CO-386
10/2018

# United States District Court
# For the District of Columbia

Black Rock City LLC )
660 Alabama St. )
San Francisco, CA 94110 )
 )
                **Plaintiff** )
      vs )   Civil Action No._____
 )
David L. Bernhardt, in his official capacity as Secretary of the )
U.S. Department of Interior, U.S. Department of the Interior, )
Winnemucca District Office for the Bureau of Land )
Management, and Interior Board of Land Appeals )
 )
                **Defendant** )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Black Rock City LLC_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Black Rock City LLC_____ which have any outstanding securities in the hands of the public:

> Burning Man Project is the parent corporation of Black Rock City LLC. Burning Man Project does not have any publicly traded stock. Black Rock City LLC has no affiliates or subsidiaries.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

465542
_____
BAR IDENTIFICATION NO.

Rafe Petersen, Holland & Knight, LLP
_____
Print Name

800 17th Street, NW #1100
_____
Address

Washington DC 20006
_____
City        State        Zip Code

202 419 2481
_____
Phone Number