# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK ROCK CITY LLC | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 1:19-cv-03729 |
| | ) |
| DAVID L. BERNHARDT, | ) |
| in his official capacity as Secretary of the | ) |
| United States Department of the Interior, | ) |
| | ) |
| UNITED STATES DEPARTMENT | ) |
| OF THE INTERIOR, | ) |
| | ) |
| WINNEMUCCA DISTRICT OFFICE | ) |
| FOR THE BUREAU OF LAND | ) |
| MANAGEMENT, | ) |
| | ) |
| INTERIOR BOARD OF | ) |
| LAND APPEALS, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), Plaintiff moves for the admission and appearance of attorney Nicholas W.F. Targ, p*ro hac vice,* in the above-entitled action. This motion is supported by the Declaration of Nicholas Targ, filed herewith. As set forth in Mr. Targs' declaration, he is admitted and an active member in good standing of the Supreme Court of California and the State of California Bar. This motion is supported and signed by Rafe Petersen, an active member of the Bar of this Court.

Dated this 28th day of February, 2020

Respectfully submitted,

HOLLAND & KNIGHT LLP

_____
Rafe Petersen (DC Bar No. 465542)
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DC 20006
Telephone: (202) 955-3000
E-mail: rafe.peteresen@hklaw.com
*Attorney for Plaintiff Black Rock City LLC*