IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK ROCK CITY LLC | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) |
| | ) Case No. 1:19-cv-03729 |
| | ) |
| DAVID L. BERNHARDT, | ) |
| in his official capacity as Secretary of the | ) |
| United States Department of the Interior, | ) |
| | ) |
| UNITED STATES DEPARTMENT | ) |
| OF THE INTERIOR, | ) |
| | ) |
| WINNEMUCCA DISTRICT OFFICE | ) |
| FOR THE BUREAU OF LAND | ) |
| MANAGEMENT, | ) |
| | ) |
| INTERIOR BOARD OF | ) |
| LAND APPEALS, | ) |
| | ) |
|     Defendants. | ) |

**DECLARATION OF NICHOLAS TARG IN SUPPORT OF
MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Nicholas Targ, declare as follows:

1. My name is Nicholas W.F. Targ. I serve as counsel for Black Rock City LLC.

2. I am an attorney practicing with the law firm of Holland & Knight LLP. My office address is 50 California Street, Suite 2800, San Francisco, CA 94111. My office telephone number is (415) 743-6900.

3. I am a member in good standing of the Bar of California as set forth in the Certificate of Good Standing attached hereto.

4. I certify that I have never been subject to discipline for my conduct as an attorney before any court or as a member of any bar association.

5. I have not been admitted *pro hac vice* to practice in this Court within the last two (2) years.

6. I am not a resident of the District of Columbia, and I do not practice law from an office located in the District of Columbia.

7. I will, if admitted for purposes of this litigation, conduct myself in accordance with all applicable rules of professional conduct and the rules of this Court.

8. In accordance with the Court's CM/ECF Administrative Procedures, the required filing fee will be paid in full with-in 24 hours after this document is filed electronically.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: February 24, 2020

HOLLAND & KNIGHT LLP

_____
Nicholas Targ (Pro Hac Vice)
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111
415.743.6900
E-mail: nicholas.targ@hklaw.com
*Attorney for Plaintiff Black Rock City LLC*

**The State Bar of California**

OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES

180 Howard Street, San Francisco, CA 94105     888-800-3400     AttorneyRegulation@calbar.ca.gov

# CERTIFICATE OF STANDING

December 26, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, NICHOLAS W. F. TARG, #171576 was admitted to the practice of law in this state by the Supreme Court of California on July 25, 1994; that from the date of admission to September 16, 2003, he was an ACTIVE licensee of the State Bar of California; that effective September 16, 2003, he was suspended from the practice of law in California by order of the Supreme Court for nonpayment of State Bar licensing fees; that said suspension remained in effect to May 4, 2004 upon which last mentioned date he was reinstated by the Supreme Court upon payment of all delinquent State Bar fees and penalties; and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Records