IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK ROCK CITY LLC | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 1:19-cv-03729 |
| DAVID L. BERNHARDT, in his official capacity as Secretary of the United States Department of the Interior, | ) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, | ) |
| WINNEMUCCA DISTRICT OFFICE FOR THE BUREAU OF LAND MANAGEMENT, | ) |
| INTERIOR BOARD OF LAND APPEALS, | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Motion for Admission of Attorney *Pro Hac Vice* filed on behalf of Nicholas W.F. Targ and any opposition thereto, it is this _____ day of _____ 2020

**ORDERED** that Nicholas W.F. Targ is hereby admitted *pro hac vice* as co-counsel for Plaintiff, Black Rock City LLC for purposes of representing the Plaintiff in connection with the above-entitled action.

_____