IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK ROCK CITY LLC | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 1:19-cv-03729 |
| | ) |
| DAVID L. BERNHARDT, | ) |
| in his official capacity as Secretary of the | ) |
| United States Department of the Interior, | ) |
| | ) |
| UNITED STATES DEPARTMENT | ) |
| OF THE INTERIOR, | ) |
| | ) |
| WINNEMUCCA DISTRICT OFFICE | ) |
| FOR THE BUREAU OF LAND | ) |
| MANAGEMENT, | ) |
| | ) |
| INTERIOR BOARD OF | ) |
| LAND APPEALS, | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF ALEXANDRA DOBLES IN SUPPORT OF
MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Alexandra Dobles, declare as follows:

1. My name is Alexandra E. Dobles. I serve as counsel for Black Rock City LLC.

2. I am an attorney practicing with the law firm of Holland & Knight LLP. My office address is 800 17th Street NW, Suite 1100, Washington, DC 20006. My office

telephone number is (202) 955-3000.

3. I am a member in good standing of the Bar of New York as set forth in the Certificate of Good Standing attached hereto.

4. I certify that I have never been subject to discipline for my conduct as an attorney before any court or as a member of any bar association.

5. I am pending admission to the Bar of the District of Columbia by transferred UBE Score.

6. I have not been admitted *pro hac vice* to practice in this Court within the last two (2) years.

7. I am a resident of the District of Columbia, and I practice law from an office located in the District of Columbia.

8. I will, if admitted for purposes of this litigation, conduct myself in accordance with all applicable rules of professional conduct and the rules of this Court.

9. In accordance with the Court's CM/ECF Administrative Procedures, the required filing fee will be paid in full with-in 24 hours after this document is filed electronically.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: February 28, 2020

HOLLAND & KNIGHT LLP

_____
Alexandra Dobles (Pro Hac Vice)
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DC 20006
Telephone: (202) 955-3000
E-mail: alexandra.dobles@hklaw.com
*Attorney for Plaintiff Black Rock City LLC*



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, *Robert D. Mayberger*, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Alexandra E. Dobles

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **7th day of December, 2018**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **23rd day of December, 2019**.



Robert D. Mayberger

Clerk