**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BLACK ROCK CITY LLC | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 1:19-cv-03729 |
| | ) |
| DAVID L. BERNHARDT, | ) |
| in his official capacity as Secretary of the | ) |
| United States Department of the Interior, | ) |
| | ) |
| UNITED STATES DEPARTMENT | ) |
| OF THE INTERIOR, | ) |
| | ) |
| WINNEMUCCA DISTRICT OFFICE | ) |
| FOR THE BUREAU OF LAND | ) |
| MANAGEMENT, | ) |
| | ) |
| INTERIOR BOARD OF | ) |
| LAND APPEALS, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Motion for Admission of Attorney *Pro Hac Vice* filed on behalf of Alexandra E. Dobles and any opposition thereto, it is this _____ day of _____ 2020

**ORDERED** that Alexandra E. Dobles is hereby admitted *pro hac vice* as co-counsel for Plaintiff, Black Rock City LLC, for purposes of representing the Plaintiff in connection with the above-entitled action.

_____