## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BLACK ROCK CITY LLC          )
                                      )

     Plaintiff,               )

v.                                  )
                                      ) Case No. 1:19-cv-03729

DAVID L. BERNHARDT,      ) **PROOF OF SERVICE OF SUMMONS**
in his official capacity as Secretary of the   ) **AND COMPLAINT**
United States Department of the Interior,  )

UNITED STATES DEPARTMENT    )
OF THE INTERIOR,             )

WINNEMUCCA DISTRICT OFFICE  )
FOR THE BUREAU OF LAND      )
MANAGEMENT,              )

INTERIOR BOARD OF          )
LAND APPEALS,             )

     Defendants.          )

_____

On February 19, 2020, pursuant to Rule 4(i) of the Federal Rules of Civil Procedure,

Plaintiff served copies of the: (1) Summons in a Civil Action; (2) Complaint for Declaratory and

Injunctive Relief; and (3) Civil Cover Sheet, via certified mail, returned receipt requested, to the

following Defendants:

DAVID L. BERNHARDT,                   UNITED STATES DEPARTMENT
in his official capacity as Secretary of the        OF THE INTERIOR,
United States Department of the Interior,        1849 C Street, N.W.
1849 C Street, N.W.                      Washington D.C. 20240
Washington D.C. 20240

INTERIOR BOARD OF
LAND APPEALS,
801 N. Quincy Street, Suite 300
Arlington, VA 22203

WINNEMUCCA DISTRICT OFFICE
FOR THE BUREAU OF LAND
MANAGEMENT,
5100 East Winnemucca Boulevard
Winnemucca, Nevada 89445

William Barr, Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Timothy Shea, Attorney General
US Attorney Office District of Columbia
555 4th Street, NW
Washington, DC 20530

According to the return receipts and certification tracking numbers provided by the U.S.

Postal Service, David L. Bernhardt (Secretary of the United States Department of the Interior),

the United States Department of the Interior, the Winnemucca District Office for the Bureau of

Land Management, William Barr (Attorney General, US Department of Justice), and Timothy

Shea (US Attorney's Office District of Columbia) received the documents on February 24, 2020

and the Interior Board of Land Appeals received the documents on February 21, 2020.  Copies of

the certified mail receipts, domestic return receipts and electronic notifications that were returned

are attached as Exhibit 1.


Dated: March 12, 2020

/s/ Rafe Petersen
Rafe Petersen (Bar #465542)
800 17th Street NW, #1100
Washington, D.C. 2006
(202) 419-2481
rafe.petersen@hklaw.com

Attorney for Plaintiff Black Rock City LLC

# __EXHIBIT 1__

Proof of Service

#73289453_v3

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| Black Rock City LLC<br>660 Alabama Street<br>San Francisco, CA 94110<br><br>*Plaintiff(s)*<br>v.<br>David L. Bernhardt, in his official capacity as Secretary of<br>the US Department of Interior, US Department of Interior,<br>The Winnemucca District Office for the Bureau of Land<br>Management, The Interior Board of Land Appeals<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.   19-3729-DLF<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Department of the Interior,
1849 C Street, NW
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Rafe Petersen
Holland & Knight LLP
800 17th Street, NW #1100
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:   _____12/16/2019_____      _____/s/ Reginald D. Johnson_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  19-3729-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   U.S. Department of the Interior

was received by me on *(date)*   February 19, 2020   .

    ❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

    ❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❒ I returned the summons unexecuted because _____ ; or

    ☒ Other *(specify):*
        Pursuant to FRCP 4(i)(1) and 2): Sent copies by certified mail to the civil-process clerk at the
        United States Attorney's Office, to the Attorney General of the United States at Washington, DC
        and to the agency, corporation, or employee.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   February 19, 2020

_____
*Server's signature*

Alexandra E. Dobles, Esq.
_____
*Printed name and title*

Holland & Knight LLP
800 17th Street NW, Suite 1100
Washington, DC 20006
_____
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 9414726699042114051577

Remove ✕

Your item was delivered to a neighbor as requested at 7:33 am on February 24, 2020 in WASHINGTON, DC 20240.

## ⊘ Delivered

February 24, 2020 at 7:33 am
Delivered, Neighbor as Requested
WASHINGTON, DC 20240

**Get Updates** ⌄

---

**Text & Email Updates**     ⌄

---

**Tracking History**     ⌄

---

**Product Information**     ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Black Rock City LLC<br>660 Alabama Street<br>San Francisco, CA 94110<br><br>_____<br>*Plaintiff(s)*<br>v.<br>David L. Bernhardt, in his official capacity as Secretary of<br>the US Department of Interior, US Department of Interior,<br>The Winnemucca District Office for the Bureau of Land<br>Management, The Interior Board of Land Appeals<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 19-cv-03729-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Timothy J. Shea
U.S. Attorney's Office for the District of Columbia
c/o Civil Process Clerk
555 4th Street NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Rafe Petersen
Holland & Knight, LLP
800 17th Street, NW #1100
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:   _____02/19/2020_____

_____/s/ Erica Garmendez_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-03729-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Timothy J. Shea, US Attorney for the District of Columbia

was received by me on *(date)*   February 19, 2020   .

❏ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Pursuant to FRCP 4(i)(1) and 2): Sent copies by certified mail to the civil-process clerk at the United
States Attorney's Office, to the Attorney General of the United States at Washington, DC and to the
agency, corporation, or employee.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: February 19, 2020
_____

_____
*Server's signature*

Alexandra E. Dobles, Esq.

_____
*Printed name and title*

Holland & Knight LLP
800 17th Street NW, Suite 1100
Washington, DC 20006

_____
*Server's address*

Additional information regarding attempted service, etc:

2. Article Number

9414 7266 9904 2114 0515 91

3. Service Type  **CERTIFIED MAIL®**

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

1. Article Addressed to:

Timothy J. Shea, Attorney General
US Attorney Office District of Columbia
555 4th Street, NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature

X    FEB 24 2020    ☐ Agent
☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

PS Form 3811, January 2005          Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE®

First-Class Mail®
Postage & Fees Paid
USPS®
Permit No. G-10

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

**HOLLAND & KNIGHT LLP**
**800 17TH STREET NW SUITE 1100**
**WASHINGTON DC 20006-6801**

# USPS Tracking®

FAQs >

## Track Another Package  +

**Tracking Number:** 9414726699042114051591

Remove ✕

Your item was delivered at 4:39 am on February 24, 2020 in WASHINGTON, DC 20530.

## ⊘ Delivered

February 24, 2020 at 4:39 am
Delivered
WASHINGTON, DC 20530

**Get Updates** ∨

---

**Text & Email Updates**                                                    ∨

---

**Tracking History**                                                         ∨

---

**Product Information**                                                      ∨

---

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| Black Rock City LLC<br>660 Alabama Street<br>San Francisco, CA 94110 | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No.  19-3729-DLF |
| David L. Bernhardt, in his official capacity as Secretary of<br>the US Department of Interior, US Department of Interior,<br>The Winnemucca District Office for the Bureau of Land<br>Management, The Interior Board of Land Appeals | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Winnemucca District Office for the
Bureau of Land Management
5100 East Winnemucca Blvd.
Winnemucca, Nevada 89445

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Rafe Petersen
Holland & Knight LLP
800 17th Street, NW #1100
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  _____12/16/2019_____

_/s/ Reginald D. Johnson_
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   19-3729-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Winnemucca District Office for the Bureau of Land Management

was received by me on *(date)*        February 19, 2020      .

❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

☒  Other *(specify):*
      Pursuant to FRCP 4(i)(1) and 2): Sent copies by certified mail to the civil-process clerk at the United States
      Attorney's Office, to the Attorney General of the United States at Washington, DC and to the agency,
      corporation, or employee.

My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:   February 19, 2020

_____
*Server's signature*

Alexandra E. Dobles, Esq.
_____
*Printed name and title*

Holland & Knight LLP
800 17th Street NW, Suite 1100
Washington, DC 20006
_____
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

## Track Another Package **+**

**Tracking Number:** 9414726699042114051614

Remove ✕

Your item was delivered to an individual at the address at 2:13 pm on February 24, 2020 in WINNEMUCCA, NV 89445.

## ⊘ Delivered

February 24, 2020 at 2:13 pm
Delivered, Left with Individual
WINNEMUCCA, NV 89445

**Get Updates** ⌄

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **Product Information** | ⌄ |

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### District of Columbia

| | | |
|---|---|---|
| Black Rock City LLC<br>660 Alabama Street<br>San Francisco, CA 94110 | ) ) ) ) | |
| _____<br>*Plaintiff(s)*<br>v.<br>David L. Bernhardt, in his official capacity as Secretary of<br>the US Department of Interior, US Department of Interior,<br>The Winnemucca District Office for the Bureau of Land<br>Management, The Interior Board of Land Appeals<br>_____<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  19-3729-DLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  David L. Bernhardt, in his official capacity as Secretary of the U.S. Department of the
Interior, 1849 C Street, NW Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:  Rafe Petersen
Holland & Knight, LLP
800 17th Street, NW #1100
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  _____12/16/2019_____          ____/s/ Reginald D. Johnson____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   19-3729-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   David L. Bernhardt, in his official capacity as
Secretary of the US Department of the Interior

was received by me on *(date)*   February 19, 2020   .

❑ I personally served the summons on the individual at *(place)*

_____   on *(date)* _____   ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____   on *(date)* _____   ; or

❑ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Pursuant to FRCP 4(i)(1) and 2): Sent copies by certified mail to the civil-process clerk at the United States
Attorney's Office, to the Attorney General of the United States at Washington, DC and to the agency,
corporation, or employee.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   February 19, 2020

_____
*Server's signature*

Alexandra E. Dobles, Esq.
_____
*Printed name and title*

Holland & Knight LLP
800 17th Street NW, Suite 1100
Washington, DC 20006
_____
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

## Track Another Package  +

**Tracking Number:** 9414726699042114051553

Remove ✕

Your item was delivered to a neighbor as requested at 7:33 am on February 24, 2020 in WASHINGTON, DC 20240.

## ⊘ Delivered

February 24, 2020 at 7:33 am
Delivered, Neighbor as Requested
WASHINGTON, DC 20240

**Get Updates** ⌄

**See More** ⌄

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Black Rock City LLC<br>660 Alabama Street<br>San Francisco, CA 94110<br><br>*Plaintiff(s)*<br>v.<br>David L. Bernhardt, in his official capacity as Secretary of<br>the US Department of Interior, US Department of Interior,<br>The Winnemucca District Office for the Bureau of Land<br>Management, The Interior Board of Land Appeals<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  19-3729-DLF<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Interior Board of Land Appeals
801 N. Quincy Street, Suite 300
Arlington, VA 22203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Rafe Petersen
Holland & Knight LLP
800 17th Street, NW #1100
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  _____12/16/2019_____          _____/s/ Reginald D. Johnson_____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   19-3729-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Interior Board of Land Appeals

was received by me on *(date)*   February 19, 2020   .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
   Pursuant to FRCP 4(i)(1) and 2): Sent copies by certified mail to the civil-process clerk at the
   United States Attorney's Office, to the Attorney General of the United States at Washington, DC
   and to the agency, corporation, or employee.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   February 19, 2020

_____
*Server's signature*

Alexandra E. Dobles, Esq.
_____
*Printed name and title*

Holland & Knight LLP
800 17th Street NW, Suite 1100
Washington, DC 20006
_____
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

## Track Another Package  +

**Tracking Number:** 9414726699042114051560

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 11:48 am on February 21, 2020 in ARLINGTON, VA 22203.

## ✓ Delivered

February 21, 2020 at 11:48 am
Delivered, Front Desk/Reception/Mail Room
ARLINGTON, VA 22203

**Get Updates** ⌄

Feedback

| Text & Email Updates | ⌄ |
|---|---|
| Tracking History | ⌄ |
| Product Information | ⌄ |

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| Black Rock City LLC<br>660 Alabama Street<br>San Francisco, CA 94110 | ) )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| David L. Bernhardt, in his official capacity as Secretary of<br>the US Department of Interior, US Department of Interior,<br>The Winnemucca District Office for the Bureau of Land<br>Management, The Interior Board of Land Appeals | )<br>)<br>)<br>)<br>) |
| *Defendant(s)* | ) |

Civil Action No. 19-cv-03729-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  William P. Barr, U.S. Attorney General
c/o Lee J. Lofthus, Assistant Attorney General for Administration
U.S. Department of Justice, Management Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Rafe Petersen
Holland & Knight, LLP
800 17th Street, NW #1100
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:    02/19/2020

/s/ Erica Garmendez
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-03729-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   William P. Barr, U.S. Attorney General

was received by me on *(date)*   February 19, 2020        .

  ❑ I personally served the summons on the individual at *(place)*

  _____   on *(date)*   _____   ; or

  ❑ I left the summons at the individual's residence or usual place of abode with *(name)*

  _____ , a person of suitable age and discretion who resides there,

  on *(date)*   _____ , and mailed a copy to the individual's last known address; or

  ❑ I served the summons on *(name of individual)* _____ , who is

  designated by law to accept service of process on behalf of *(name of organization)* _____

  _____   on *(date)*   _____   ; or

  ❑ I returned the summons unexecuted because _____ ; or

  ☒ Other *(specify):*
  Pursuant to FRCP 4(i)(1) and 2): Sent copies by certified mail to the civil-process clerk at the United
  States Attorney's Office, to the Attorney General of the United States at Washington, DC and to the
  agency,corporation, or employee.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: February 19, 2020

        _____
          *Server's signature*

        Alexandra E. Dobles, Esq.
        _____
          *Printed name and title*

        Holland & Knight LLP
        800 17th Street NW, Suite 1100
        Washington, DC 20006
        _____
          *Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 9414726699042114051607      Remove ✕

Your item was delivered at 4:39 am on February 24, 2020 in WASHINGTON, DC 20530.

## ⊘ Delivered

February 24, 2020 at 4:39 am
Delivered
WASHINGTON, DC 20530

**Get Updates** ⌄

---

**Text & Email Updates**      ⌄

---

**Tracking History**      ⌄

---

**Product Information**      ⌄

---

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

9414 7266 9904 2114 0515 77

**TO:**

US DEPARTMENT OF THE INTERIOR
1849 C Street, N.W.
Washington D.C. 20240

**SENDER:** R. Petersen

**REFERENCE:** 163100.00001

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

POSTMARK OR DATE

**USPS®**
**Receipt for Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

9414 7266 9904 2114 0515 91

**TO:**

Timothy J. Shea, Attorney General
US Attorney Office District of Columbia
555 4th Street, NW
Washington, DC 20530

**SENDER:** Rafe Petersen

**REFERENCE:** 163100.00001

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

POSTMARK OR DATE

**USPS®**
**Receipt for Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

9414 7266 9904 2114 0516 14

**TO:**

WINNEMUCCA DISTRICT OFFICE
FOR THE BUREAU OF LAND MANAGEMENT
5100 East Winnemucca Boulevard
Winnemucca, Nevada 89445

**SENDER:** R. Petersen

**REFERENCE:** 163100-00001

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

POSTMARK OR DATE

**USPS®**
**Receipt for Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

9414 7266 9904 2114 0515 53

9414 7266 9904 2114 0515 60

TO:

DAVID L. BERNHARDT, Secretary
United States Department of the Interior
1849 C Street, N.W.
Washington D.C. 20240

SENDER: R. Petersen

REFERENCE:
163100 - 00001

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |
| **USPS®** **Receipt for** **Certified Mail®** | POSTMARK OR DATE | |

No Insurance Coverage Provided
Do Not Use for International Mail

TO:

INTERIOR BOARD OF LAND APPEALS
801 N. Quincy Street, Suite 300
Arlington, VA 22203

SENDER: R. Petersen

REFERENCE:
163100 - 00001

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |
| **USPS®** **Receipt for** **Certified Mail®** | POSTMARK OR DATE | |

No Insurance Coverage Provided
Do Not Use for International Mail

9414 7266 9904 2114 0516 07

TO:

William Barr, Attorney General
US Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

SENDER: R. Petersen

REFERENCE:
163100 -00001

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |
| **USPS®** **Receipt for** **Certified Mail®** | POSTMARK OR DATE | |

No Insurance Coverage Provided
Do Not Use for International Mail