# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK ROCK CITY LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID BERNHARDT,<br>SECRETARY OF THE INTERIOR, *et al.*<br><br>    Defendants. | Civil Action No. 19-cv-03729-DLF |

## NOTICE OF APPEARANCE

Please enter on the docket the appearance of Michael S. Sawyer as counsel for Defendants David Bernhardt, in his official capacity as Secretary of the United States Department of the Interior, the United States Department of the Interior, the Winnemucca District Office for the Bureau of Land Management, and the Interior Board of Land Appeals.

Electronic service should be delivered to michael.sawyer@usdoj.gov, as previously registered in the Electronic Case Filing system. Service of any papers and correspondence should be addressed to the undersigned counsel as follows:

    <u>U.S. Mail (including USPS Priority Mail Services):</u>

        Michael Sawyer
        U.S. Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        P.O. Box 7611
        Washington, D.C. 20044-7611

<u>Express Mail Services or Hand Delivery:</u>

>4 Constitution Square
>150 M St. NE
>Suite 3.116
>Washington, D.C. 20002

| | |
|---|---|
| DATE: April 15, 2020 | Respectfully submitted, |

>PRERAK SHAH
>Deputy Assistant Attorney General
>Environment and Natural Resources Division
>
> /s/ Michael S. Sawyer
>MICHAEL S. SAWYER
>Trial Attorney, Natural Resources Section
>United States Department of Justice
>Environment & Natural Resources Division
>P.O. Box 7611
>Washington, D.C. 20044-7611
>Telephone: 202-514-5273
>E-mail: michael.sawyer@usdoj.gov
>
>*Counsel for Defendants*