# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BLACK ROCK CITY LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID BERNHARDT, )<br>SECRETARY OF THE INTERIOR, *et al.* )<br>)<br>Defendants. ) | Civil Action No. 19-cv-03729-DLF |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER
### OR OTHERWISE RESPOND TO COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants respectfully request that the deadline for answering or otherwise responding to the Complaint in this matter be extended by one month from April 24, 2020 up to and including May 25, 2020. This is the first request for an extension of this deadline.

As good cause for this extension, the undersigned counsel has an overlapping deadline on April 24, 2020 in another mattering pending in the United States District Court for the District of Utah.  Additionally, the President has declared a national emergency concerning the novel coronavirus (COVID-19) outbreak, which is causing disruptions to the normal work environment for the undersigned counsel.  Defendants therefore respectfully request that the Court grant this extension.

Counsel for the Defendants conferred with counsel for Plaintiff, who indicated that Plaintiff would not oppose this motion.

DATE: April 15, 2020                          Respectfully submitted,

                                              PRERAK SHAH
                                              Deputy Assistant Attorney General
                                              Environment and Natural Resources Division


                                              /s/ Michael S. Sawyer
                                              MICHAEL S. SAWYER
                                              Trial Attorney, Natural Resources Section
                                              United States Department of Justice
                                              Environment & Natural Resources Division
                                              P.O. Box 7611
                                              Washington, D.C. 20044-7611
                                              Telephone: 202-514-5273
                                              E-mail: michael.sawyer@usdoj.gov

                                              *Counsel for Defendants*