**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BLACK ROCK CITY LLC,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>DAVID BERNHARDT,<br>SECRETARY OF THE INTERIOR, *et al.*<br><br>　　　Defendants. | Civil Action No. 19-cv-03729-DLF |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Having read and considered Defendants' Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint, the Motion is hereby GRANTED. Defendants' time to answer or otherwise respond to the Complaint is extended up to and including May 25, 2020.

　　　SO ORDERED.

_____

Judge Dabney L. Friedrich