**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BLACK ROCK CITY LLC, ) ) Plaintiff, ) ) v. ) ) DAVID BERNHARDT, ) SECRETARY OF THE INTERIOR, *et al*., ) ) Defendants. ) | Civil Action No. 19-cv-03729-DLF |

## NOTICE OF APPEARANCE

Please enter on the docket the appearance of Paul A. Turcke as counsel for Defendants David Bernhardt, in his official capacity as Secretary of the United States Department of the Interior, the United States Department of the Interior, the Winnemucca District Office of the United States Bureau of Land Management, and the Interior Board of Land Appeals.

Electronic service should be delivered to paul.turcke@usdoj.gov, as previously registered in the Electronic Case Filing system. Service of any papers and correspondence should be addressed to the undersigned counsel as follows:

<u>U.S. Mail (including USPS Priority Mail Services):</u>

> Paul A. Turcke
> U.S. Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> P.O. Box 7611
> Washington, D.C. 20044-7611

<u>Express Mail Services or Hand Delivery:</u>

    4 Constitution Square
    150 M St. NE
    Suite 3.1605
    Washington, D.C. 20002

DATE: May 7, 2020                    Respectfully submitted,

                                             PRERAK SHAH
                                             Deputy Assistant Attorney General
                                             Environment and Natural Resources Division

                                             _/s/ Paul A. Turcke_
                                             PAUL A. TURCKE
                                             Trial Attorney, Natural Resources Section
                                             United States Department of Justice
                                             Environment & Natural Resources Division
                                             P.O. Box 7611
                                             Washington, D.C. 20044-7611
                                             Telephone: 202-353-1389
                                             E-mail: paul.turcke@usdoj.gov

                                             *Counsel for Defendants*