# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK ROCK CITY LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID BERNHARDT,<br>SECRETARY OF THE INTERIOR *et al.*,<br><br>    Defendants. | Civil Action No. 19-cv-03729-DLF |

## STIPULATION PROPOSING SCHEDULE ON MOTION TO DISMISS

Defendants presently face a deadline in this action of May 25, 2020, to answer or respond to the Complaint. Defendants will be filing a motion to dismiss this action under Fed.R.Civ.P. 12(b)(6). The parties to this action, through their undersigned counsel of record and given counsels' other pending deadlines, hereby stipulate and propose to the Court that the schedule under Local Civil Rule 7 be modified, so that Plaintiff shall serve its memorandum of points and authorities in opposition to the motion within 45 days of the service of the motion, and Defendants shall serve their reply memorandum within 14 days after service of the memorandum in opposition. The parties acknowledge under Local Civil Rule 7(f) that any oral hearing on the motion shall be in the discretion of the Court. A proposed order is included.

DATE: May 21, 2020                              Respectfully submitted,

                                                                  HOLLAND & KNIGHT LLP

   */s/ Rafe Petersen*
Rafe Petersen
800 17th Street NW, #1100
Washington, D.C. 20006
(202) 419-2481

*Counsel for Plaintiff*


PRERAK SHAH
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice


 */s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-353-1389
E-mail: paul.turcke@usdoj.gov

*Counsel for Defendants*