# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BLACK ROCK CITY LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 19-cv-03729-DLF |
| DAVID BERNHARDT,<br>SECRETARY OF THE INTERIOR, *et al.* | ) ) ) | |
| Defendants. | ) ) ) | |

## [PROPOSED] ORDER APPROVING STIPULATION
## PROPOSING SCHEDULE ON MOTION TO DISMISS

Upon consideration of the parties' Stipulation Proposing Schedule on Motion to Dismiss, it is hereby ORDERED that Plaintiff shall serve its memorandum of points and authorities in opposition to Defendants' motion within 45 days of the service of the motion, and Defendants shall serve their reply memorandum within 14 days after service of the memorandum in opposition.  The Court will determine, upon receipt of the pleadings, whether to conduct an oral hearing on the motion.

SO ORDERED this ___ day of _____, 2020.


_____
Judge Dabney L. Friedrich