# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BLACK ROCK CITY LLC, <br><br> Plaintiff, <br><br> v. <br><br> DAVID BERNHARDT, <br> SECRETARY OF THE INTERIOR, *et al.* <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 19-cv-03729-DLF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR RELIEF FROM THE REQUIREMENTS OF LOCAL CIVIL RULE 7(N)

Upon consideration of Defendants' Unopposed Motion for Relief from the Requirements of Local Rule 7(n)(1), it is hereby ORDERED that Defendants' Motion is GRANTED, and further ORDERED that the deadline for Defendants to file a certified list of the contents of the administrative record is tolled until thirty days after Defendants file an answer to Plaintiff's Complaint, or as otherwise addressed in the Court's ruling on Defendants' Motion to Dismiss.

SO ORDERED this ___ day of _____, 2020.

_____
Judge Dabney L. Friedrich