# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK ROCK CITY LLC,  <br><br>  Plaintiff,  <br><br>  v.  <br><br> DAVID BERNHARDT, SECRETARY OF THE INTERIOR, *et al.*,  <br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 19-cv-03729-DLF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Fed.R.Civ.P. 12(b)(6), Defendants hereby move to dismiss Plaintiff Black Rock City LLC's Complaint (ECF No. 1) with prejudice. There is no plausible interpretation of governing legal authority which could compel Defendants to perform the actions for which Plaintiff seeks a Court order, and the Complaint must therefore be dismissed for failure to state a claim upon which relief can be granted. A proposed order is attached. In accordance with Local Civil Rule 7(f), Defendants desire to present oral argument, should the Court find argument will be helpful in resolving the Motion.

For the foregoing reasons, as addressed in Defendants' Memorandum of Points and Authorities in Support that accompanies this Motion, the Court should grant Defendants' Motion to Dismiss.

DATE: May 22, 2020

Respectfully submitted,

PRERAK SHAH  
Deputy Assistant Attorney General  
Environment and Natural Resources Division  
United States Department of Justice

   */s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-353-1389
E-mail: paul.turcke@usdoj.gov

*Attorney for Defendants*