# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK ROCK CITY LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID BERNHARDT, )<br>SECRETARY OF THE INTERIOR, *et al.* )<br>)<br>Defendants. ) | Civil Action No. 19-cv-03729-DLF |

## **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

Having read and considered the parties' written submissions and arguments on Defendants' Motion to Dismiss, it is hereby ORDERED that Defendants' Motion to Dismiss is GRANTED and ORDERED that Plaintiff's Complaint (ECF No. 1) is hereby DISMISSED with prejudice. The Clerk of the Court is hereby directed to enter judgment in favor of Defendants and close the case.

SO ORDERED this ___ day of _____, 2020.

_____
Judge Dabney L. Friedrich