CO-386
10/2018

# United States District Court
# For the District of Columbia

BLACK ROCK CITY LLC and )
BURNING MAN PROJECT )
)
)
               Plaintiff )      Civil Action No. __1:19-cv-03729-DLF____
      vs )
DAVID L. BERNHARDT, et al. )
)
)
             Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Burning Man Project_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Burning Man Project_____ which have any outstanding securities in the hands of the public:

Burning Man Project does not have any publicly traded stock. Burning Man Project has no parent companies, subsidiaries, or affiliates which have any outstanding public securities.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

_465542_____      Rafe Petersen, Holland & Knight LLP
BAR IDENTIFICATION NO.     Print Name

800 17th Street NW #1100
Address

Washington D.C. 20006
City     State     Zip Code

202-419-2481
Phone Number