IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BLACK ROCK CITY LLC, *et al.*

    Plaintiffs,

v.                                                                                          Civ. Action No. 1:19-cv-03729-DLF

DAVID L. BERNHARDT, *et al.*

    Defendants.

_____

**[PROPOSED] ORDER GRANTING MOTION
FOR LEAVE TO AMEND COMPLAINT**

Upon consideration of the Plaintiffs' Motion to Amend Complaint, it is hereby ORDERED that Plaintiffs are granted leave to file their first Amended Complaint, a copy of which is attached to the Plaintiffs' Motion as Exhibit A. Plaintiffs' first Amended Complaint is deemed filed as of the date of this Order.

SO ORDERED this __ day of _____, 2020.

                                                                                                        Judge Dabney L. Friedrich

Copies to:

**Paul A. Turcke**
U.S. DEPARTMENT OF JUSTICE
150 M Street NE, Room 3.1605
Washington, DC 20002
Email: paul.turcke@usdoj.gov

**Michael Sean Sawyer**
U.S. DEPARTMENT OF JUSTICE
601 D St NW
Washington, DC 20004
Email: michael.sawyer@usdoj.gov