UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BLACK ROCK CITY LLC, ) ) ) Plaintiff, ) ) v. ) ) DAVID BERNHARDT, ) SECRETARY OF THE INTERIOR *et al.*, ) ) Defendants. ) | Civil Action No. 19-cv-03729-DLF |

### DEFENDANTS' RESPONSE
### TO PLAINTIFF'S MOTION TO AMEND COMPLAINT

In accordance with the Court's minute entry dated July 7, 2020, Defendants hereby respond to Plaintiff's motion to amend complaint (Doc. No. 19). Defendants moved under Federal Rule of Civil Procedure 12(b)(6) on May 22, 2020, to dismiss the original complaint (Doc. No. 16). Within the time prescribed for filing of "a memorandum of points and authorities in opposition to the motion" Plaintiff filed only an amended complaint. *See* Local Civil Rule 7(b). In such circumstances the Court "may treat the motion as conceded." *Id.*; *Cohen v. Bd. of Trs. of the Univ. of D.C.*, 819 F.3d 476, 480-81 (D.C. Cir. 2016) (affirming "at least insofar as dismissal was without prejudice"); *Barnes v. D.C.*, 42 F. Supp. 3d 111 (D.D.C. 2014) (addressing whether dismissal should be with or without prejudice). Through withdrawal of the Interior Board of Land Appeals as a party and the "failure to act" claims under 5 U.S.C. §706(1), Defendants have achieved substantial objectives of the motion to dismiss. Defendants agree that it will conserve future resources of the parties and the Court to allow the proposed amendment if dismissal of the case would only trigger filing of a new action. Under these circumstances, Defendants do not suffer prejudice in a manner that would

justify opposition in the Rule 15 analysis.  Accordingly, Defendants do not oppose the motion to amend complaint (Doc. No. 19).

DATE: August 4, 2020                          Respectfully submitted,

                                                    JEAN E. WILLIAMS
                                                  Deputy Assistant Attorney General
                                                  Environment and Natural Resources Division
                                                  United States Department of Justice

                                                  */s/ Paul A. Turcke*
                                                  PAUL A. TURCKE
                                                  Trial Attorney
                                                  Natural Resources Section
                                                  P.O. Box 7611
                                                  Washington, D.C. 20044-7611
                                                  Telephone: 202-353-1389
                                                  E-mail: paul.turcke@usdoj.gov

                                                  *Counsel for Defendants*