## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BLACK ROCK CITY LLC and
BURNING MAN PROJECT,

    Plaintiffs,

       v.

DAVID BERNHARDT,
SECRETARY OF THE INTERIOR *et al.*,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 19-cv-03729-DLF

## DEFENDANTS' NOTICE OF FILING
## CERTIFIED LIST OF THE CONTENTS OF THE ADMINISTRATIVE RECORD

In accordance with the Court's Minute Order dated October 7, 2020, and Local Rule

7(n), Defendants David Bernhardt, Secretary of the Interior, et al., hereby provide notice of

filing a certified list of the contents of the Administrative Record.  A declaration certifying the

contents of the Administrative Record is attached as Exhibit 1.  The Certified List of Contents

of the Administrative Record is attached as Exhibit 2.  Contemporaneously with filing of this

Notice, Defendants have served upon Plaintiffs' counsel by FedEx delivery a USB flash drive

containing the complete Administrative Record and a copy of the Certified List hyperlinked to

individual Record documents.

DATE: November 5, 2020

Respectfully submitted,

PAUL E. SALAMANCA
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

_/s/ Paul A. Turcke_

PAUL A. TURCKE
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-353-1389
E-mail: paul.turcke@usdoj.gov

_Counsel for Defendants_