# EXHIBIT 1

(Declaration of Chelsea McKinney)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BLACK ROCK CITY LLC and<br>BURNING MAN PROJECT,<br><br>    Plaintiffs,<br><br>        v.<br><br>DAVID BERNHARDT,<br>SECRETARY OF THE INTERIOR *et al*.,<br><br>    Defendants. | Civil Action No. 19-cv-03729-DLF |

## DECLARATION OF CHELSEA McKINNEY
## CERTIFYING THE ADMINISTRATIVE RECORD

I, Chelsea McKinney, declare as follows:

1. My name is Chelsea McKinney. I have 12 years of experience in federal land management; I have been employed with the U.S. Bureau of Land Management since October 2016. I am currently employed as the Burning Man Project Manager, for the Bureau of Land Management (BLM) Winnemucca District, Black Rock Field Office. Prior to this position I was the Outdoor Recreation Planner for the Black Rock Field Office.

2. I have 3 years (FY 2017, FY 2018, and FY 2019) of experience working at the Burning Man event. In 2017 I was involved with vending compliance. In 2018 and 2019, I was the Special Recreation Permit (SRP) Monitor.

3. In addition to the above duties, I am responsible for overseeing compilation of documents from BLM for the Administrative Record underlying the above-captioned litigation. In this capacity, I directed and worked alongside staff in obtaining files pertaining to the BLM decisions challenged in this case. The documents contained in the Administrative

2

Record constitute true, accurate, and complete copies of the original documents located in BLM's files.

4. To the best of my knowledge and belief, I attest that the Certified List of the Contents of the Administrative Record identifies each document in the Administrative Record in this case, and I hereby certify that the documents referenced in the Certified List filed herewith constitute a true, correct, and complete copy of the Administrative Record in this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 29th day of October, 2020.

CHELSEA MCKINNEY
Digitally signed by CHELSEA MCKINNEY
Date: 2020.10.29 13:03:21 -07'00'

Chelsea McKinney
Burning Man Project Manager
Winnemucca (NV) District
U.S. Bureau of Land Management