## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK ROCK CITY LLC, and<br>BURNING MAN PROJECT,<br><br>    Plaintiffs,<br><br>    v.<br><br>DAVID BERNHARDT,<br>SECRETARY OF THE INTERIOR *et al*.,<br><br>    Defendants. | Civil Action No. 19-cv-03729-DLF |

## JOINT STATUS REPORT
## PROPOSING SCHEDULE FOR FURTHER PROCEEDINGS

In accordance with the Court's Minute Order dated October 7, 2020, counsel for both parties present this joint status report proposing a schedule for further proceedings.

1. Defendants have contemporaneously herewith filed the Certified List of Contents of the Administrative Record and served a copy of the complete Administrative Record upon Plaintiffs' counsel.

2. Plaintiffs will identify any issues concerning the Administrative Record, and initiate conferral on or before **January 8, 2021**, and the parties will informally seek to resolve any issues and disputes regarding the administrative record among themselves. If informal resolution efforts are not successful, Plaintiffs will have until **January 22, 2021**, to file any motion to complete or supplement the administrative record, or for the Court to consider extra-record evidence on the merits. Any such motion will have the effect of vacating the briefing schedule set forth below, and the parties will propose a new briefing schedule within 14 days of the Court's resolution of the motion.

3. The parties propose presentation of cross-motions for summary judgment according to the following schedule:

a. Plaintiffs will file their motion for summary judgment and supporting memorandum no later than **February 19, 2021**.

b. Defendants will file their combined opposition and cross-motion no later than **April 9, 2021**.

c. Plaintiffs will file their combined opposition and reply no later than **May 7, 2021**.

d. Defendants will file their reply no later than **May 28, 2021**.

The parties request that the Court adopt their proposed schedule. A proposed order is submitted herewith.

DATE: November 5, 2020            Respectfully submitted,

HOLLAND & KNIGHT LLP

 */s/ Rafe Petersen*
RAFE PETERSEN
800 17th Street NW, #1100
Washington, D.C. 2006
(202) 419-2481 rafe.petersen@hklaw.com
*Attorneys for Plaintiffs*

PAUL E. SALAMANCA
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

 */s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 paul.turcke@usdoj.gov
*Attorneys for Defendants*