UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BLACK ROCK CITY LLC, and<br>BURNING MAN PROJECT,<br><br>            Plaintiffs,<br><br>      v.<br><br>DAVID BERNHARDT,<br>SECRETARY OF THE INTERIOR, *et al.*<br><br>            Defendants. | Civil Action No. 19-cv-03729-DLF |

### [PROPOSED] ORDER SETTING SCHEDULE FOR FURTHER PROCEEDINGS

Upon consideration of the parties' Joint Status Report Proposing Schedule for Further Proceedings in this case involving review of agency action, it is hereby **ORDERED** that the following schedule will govern further proceedings in this case:

1. Plaintiffs will identify any issues concerning the Administrative Record, and initiate conferral on or before **January 8, 2021**, and the parties will informally seek to resolve any issues and disputes regarding the administrative record among themselves. If informal resolution efforts are not successful, Plaintiffs will have until **January 22, 2021**, to file any motion to complete or supplement the administrative record, or for the Court to consider extra-record evidence on the merits. Any such motion will have the effect of vacating the briefing schedule set forth below, and the parties will propose a new briefing schedule within 14 days of the Court's resolution of the motion.

2. The parties will present cross-motions for summary judgment according to the following schedule:

2

a. Plaintiffs will file their motion for summary judgment and supporting memorandum no later than **February 19, 2021**.

b. Defendants will file their combined opposition and cross-motion no later than **April 9, 2021**.

c. Plaintiffs will file their combined opposition and reply no later than **May 7, 2021**.

d. Defendants will file their reply no later than **May 28, 2021**.

The Court will determine, upon receipt of the pleadings, whether to conduct an oral hearing on the motions.

SO ORDERED this ___ day of _____, 2020.

_____
Judge Dabney L. Friedrich