# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BLACK ROCK CITY LLC, *et al.*

    Plaintiffs,

v.                                                                            Civ. Action No. 1:19-cv-03729-DLF

DAVID L. BERNHARDT, *et al.*

    Defendants.

_____

## UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Plaintiffs Black Rock City LLC and Burning Man Project (collectively, "BMP") move to amend the Court's order of November 6, 2020 with regard to the requirement to file any motion to complete or supplement the Administrative Record, or for the Court to consider extra-record evidence by January 22, 2021. Consistent with that Order, the Parties have conferred in good faith and have made significant progress in resolving any issues or disputes. However, both Parties believe that an additional two weeks is necessary to complete these discussions. All other dates shall remain the same.

2

Defendants do not oppose this motion.

Respectfully submitted this 22nd day of January 2021.

        HOLLAND & KNIGHT LLP

        By:   /s/ Rafe Petersen

        Rafe Petersen (Bar ID Number: 465542)
        Nicholas W. Targ
        Alexandra E. Dobles
        800 17th Street NW, #1100
        Washington, D.C. 2006
        (202) 419-2481

        *Attorneys for Plaintiffs Black Rock City LLC and Burning Man Project*