# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BLACK ROCK CITY LLC, *et al.*

    Plaintiffs,

v.                                                                                          Civ. Action No. 1:19-cv-03729-DLF

DAVID L. BERNHARDT, *et al.*

    Defendants.

_____

## [PROPOSED] ORDER TO AMEND SCHEDULING ORDER

    Upon consideration of Plaintiffs' Unopposed Motion to Amend the Scheduling Order it is hereby ORDERED that:

Plaintiffs will have until February 5, 2021, to file any motion to complete or supplement the administrative record, or for the Court to consider extra-record evidence on the merits.

    SO ORDERED this ___ day of _____, 2021.

 

_____
Judge Dabney L. Friedrich