## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BLACK ROCK CITY LLC, *et al.*

    Plaintiffs,

v.                                                                                                 Civ. Action No. 1:19-cv-03729-DLF

DAVID L. BERNHARDT, *et al.*

    Defendants.

_____

### MOTION TO ADMIT DAVID S. LEVIN *PRO HAC VICE*

    Pursuant to Civil Local Rule 83.2(d), the undersigned moves for the admission of David S. Levin, *pro hac vice*, as counsel for Plaintiffs Black Rock City, LLC and Burning Man Project. In support of this motion, the undersigned states as follows:

    1.    As set forth in the attached Declaration, Mr. Levin is an attorney licensed to practice law in the state of California and was admitted to the California State Bar on December 16, 1991. He has been a member in good standing in California since his admission.

    2.    Mr. Levin is familiar with the claims asserted in this matter.

    3.    The undersigned respectfully requests that Mr. Levin be permitted to practice in this case, *pro hac vice*, on behalf of Plaintiffs and to attend and participate in all pre-trial, trial and post-trial proceedings in this matter.

    4.    This motion is made by Rafe Petersen who is a member in good standing of the District of Columbia Bar and is also admitted to practice before this Court. Mr. Petersen will continue to serve as counsel for Plaintiffs.

WHEREFORE, the undersigned respectfully requests that the Motion for the Admission of David S. Levin *pro hac vice* be granted.

Dated:  February 16, 2021                     Respectfully submitted,


                              HOLLAND & KNIGHT LLP

                              /s/ Rafe Petersen
                              Rafe Petersen (Bar # 465542)
                              800 17th Street, N.W., Suite 1100
                              Washington, D.C. 20006
                              Telephone: (202) 955 3000
                              Facsimile: (202) 955 5564
                              E-mail: rafe.petersen@hklaw.com

                              *Counsel for Plaintiffs Black Rock City, LLC and Burning Man Project*