IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BLACK ROCK CITY LLC, *et al.*

      Plaintiffs,

v.                                             Civ. Action No. 1:19-cv-03729-DLF

DAVID L. BERNHARDT, *et al.*

      Defendants.

## DECLARATION OF DAVID S. LEVIN

I, David S. Levin, state as follows:

    1.    My name is David S. Levin.

    2.    I practice at the offices of the Levin Law Firm; 405 Sherman Ave., Palo Alto, CA 94306.

    3.    I was admitted to the bar of the State of California on December 16, 1991 and have been a member in good standing since then.

    4.    I have not been disciplined by any bar.

    5.    I am not a resident of the District of Columbia, and I do not practice law from an office located in the District of Columbia.

    6.    I will, if admitted for purposes of this litigation, conduct myself in accordance with all applicable rules of professional conduct and the rules of this Court.

    7.    I have not been admitted *pro hac vice* in this Court within the last two years.

    8.    In accordance with the Court's CM/ECF Administrative Procedures, the required filing fee will be paid in full with-in 24 hours after this document is filed electronically.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date:  February 16, 2021

/s/ David S. Levin
David S. Levin (Pro Hac Vice)
Levin Law Firm
405 Sherman Avenue
Palo Alto, CA 94306
(650) 858-8500
david@levinlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 16th day of February, 2021, a copy of the foregoing was served via this Court's electronic filing system on all parties of record.

/s/ Rafe Petersen
Rafe Petersen

#81894413_v1



# The State Bar of California

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

## CERTIFICATE OF STANDING

February 10, 2021

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DAVID SCOTT LEVIN, #156336 was admitted to the practice of law in this state by the Supreme Court of California on December 16, 1991; that said public record states that information has been provided pursuant to Business and Professions Code section 6086.1(c); that on March 6, 2006, a notice of hearing was issued by State Bar court to commence formal disciplinary proceedings and hearings; that on May 17, 2006, there was a dismissal of the proceeding; that he has been since the date of admission, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Records