**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

BLACK ROCK CITY LLC, *et al.*

    Plaintiffs,

v.   Civ. Action No. 1:19-cv-03729-DLF

DAVID L. BERNHARDT, *et al.*

    Defendants.

_____

**ORDER GRANTING MOTION
TO ADMIT DAVID S. LEVIN *PRO HAC VICE*** 

    **THIS CAUSE** came before the Court upon the Motion To Admit David S. Levin *Pro Hac Vice* filed on February 16th, 2021.

    **THE COURT** having considered the Motion, the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby,

    **ORDERED** that the Motion To Admit David S. Levin *Pro Hac Vice* is GRANTED.

    **DONE AND ORDERED** in chambers this _____ day of February, 2021.

                                                       Judge Dabney L. Friedrich