## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BLACK ROCK CITY LLC and<br>BURNING MAN PROJECT,<br><br>    Plaintiffs,<br><br>       v.<br><br>SCOTT DE LA VEGA, ACTING<br>SECRETARY OF THE INTERIOR *et al.*,[1]<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 19-cv-03729-DLF |

## DEFENDANTS' NOTICE OF FILING REVISED
## CERTIFIED LIST OF THE CONTENTS OF THE ADMINISTRATIVE RECORD

In accordance with Local Rule 7(n), Defendants Scott de la Vega, Acting Secretary of the Department of the Interior, *et al*., hereby provide notice of filing a revised certified list of the contents of the Administrative Record.  A declaration certifying the contents of the Revised Administrative Record is attached as Exhibit 1.  The Revised Index and Certified List of Contents of the Administrative Record is attached as Exhibit 2.  Defendants have served by electronic file sharing upon Plaintiffs' counsel the complete Revised Administrative Record and a copy of the Revised Index and Certified List hyperlinked to individual Record documents.

DATE: February 17, 2021                  Respectfully submitted,

                                      JEAN E. WILLIAMS
                                      Acting Assistant Attorney General
                                      Environment and Natural Resources Division
                                      United States Department of Justice

---

[1]      Pursuant to Fed. R. Civ. P. Rule 25(d), Scott de la Vega, in his official capacity as Acting Secretary of the Interior, is automatically substituted for David Bernhardt.

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-353-1389
E-mail: paul.turcke@usdoj.gov

*Counsel for Defendants*