# EXHIBIT 1

(Second Declaration of Chelsea McKinney)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BLACK ROCK CITY LLC and
BURNING MAN PROJECT,

    Plaintiffs,

    v.

SCOTT DE LA VEGA, ACTING
SECRETARY, OF THE INTERIOR *et al.*,

    Defendants.

Civil Action No. 19-cv-03729-DLF

## SECOND DECLARATION OF CHELSEA McKINNEY
## CERTIFYING THE REVISED ADMINISTRATIVE RECORD

I, Chelsea McKinney, declare as follows:

1. My name is Chelsea McKinney. I previously submitted the Declaration of Chelsea McKinney Certifying the Administrative Record (ECF 23-1), and hereby incorporate by reference and note the continuing veracity of my prior testimony in that declaration, as updated herein.

2. Through conferral with Plaintiffs' counsel, Defendants have agreed to include additional materials in the Administrative Record in the above-captioned litigation. As was the case for the previously-identified materials, I was responsible for overseeing compilation of documents from BLM for the Revised Administrative Record, and I directed and worked alongside staff in obtaining files pertaining to the BLM decisions challenged in this case. The documents contained in the Revised Administrative Record constitute true, accurate, and complete copies of the original documents located in BLM's files.

2

3. To the best of my knowledge and belief, I attest that the Revised Index to the Administrative Record filed herewith constitutes the Certified List of the Contents of the Administrative Record in this case, and I hereby certify that the documents referenced in aforementioned Revised Index and Certified List filed herewith constitute a true, correct, and complete copy of the Revised Administrative Record in this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 16th day of February, 2021.

CHELSEA MCKINNEY
Digitally signed by CHELSEA MCKINNEY
Date: 2021.02.16 16:49:11 -07'00'

Chelsea McKinney
Burning Man Project Manager
Winnemucca (NV) District
U.S. Bureau of Land Management