# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BLACK ROCK CITY LLC, *et al.*

      Plaintiffs,

v.                                                    Civ. Action No. 1:19-cv-03729-DLF

DAVID L. BERNHARDT, *et al.*

      Defendants.

_____

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
## FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, upon consideration of the Plaintiffs' Motion for Summary Judgment, it is hereby ORDERED that the Plaintiffs' Motion is GRANTED. The Court further orders and declares as follows:

1. Defendants have exceeded statutory authority by charging costs in the 2015 through 2019 cost recovery decisions that were not "reasonable costs" as required by 43 U.S.C. § 1734. Defendants' actions are arbitrary, capricious, or otherwise not in accordance with law in accordance with procedures required by law pursuant to the Administrative Procedure Act, 5 U.S.C. §§ 701-706.

2. Defendants' actions were arbitrary, capricious, or otherwise not in accordance with law by failing to provide Plaintiffs with a reasoned explanation of the costs charged in the 2015 through 2019 cost recovery decisions.

3. Defendants' actions were arbitrary, capricious, or otherwise not in accordance with law by charging Plaintiffs for costs that were not reasonable, including costs associated with:

a. Law enforcement personnel who were in excess of the number reasonably necessary for the administration of BMP's permit, whose work served "the general public interest" rather than being for BMP's "exclusive benefit," who were assigned to support the local sheriff with state law matters, and/or who provided "internal affairs" services;

b. BLM's unnecessary law enforcement substation;

c. Additional compensation paid to personnel pursuant to erroneous "emergency and "mission critical work" designations;

d. Information technology personnel, equipment, and supplies in excess of BLM's reasonable needs in administering the 2015 through 2019 Burning Man Special Recreation Permits;

e. Unnecessary and duplicative medical units; and,

f. Administration and monitoring of Special Recreation Permit requirements of third parties.

2. The 2015-2019 cost recovery decisions are remanded to Defendants for further explanation of costs.  Defendants are compelled to refund to Plaintiffs the unreasonable or unjustified costs charged to Plaintiffs in the 2015 through 2019 cost recovery decisions.

3. Defendants are enjoined from charging further unreasonable or unjustified costs to Plaintiffs through cost recovery regulations and are required to provide a sufficiently detailed and reasoned explanation for all costs charged to Plaintiffs for future Burning Man Events.

This Order is immediately effective and enforceable upon entry.

SO ORDERED this ___ day of _____, 2021.


_____
Judge Dabney L. Friedrich

Copies to:

**Paul A. Turcke**
U.S. DEPARTMENT OF JUSTICE
150 M Street NE, Room 3.1605
Washington, DC 20002
Email: paul.turcke@usdoj.gov

**Michael Sean Sawyer**
U.S. DEPARTMENT OF JUSTICE
601 D St NW
Washington, DC 20004
Email: michael.sawyer@usdoj.gov

#82218693_v1