**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BLACK ROCK CITY LLC, and<br>BURNING MAN PROJECT,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEBRA HAALAND,<br>SECRETARY OF THE INTERIOR, *et al.*<br><br>    Defendants. | Civil Action No. 19-cv-03729-DLF |

## **[PROPOSED] ORDER**

This matter comes before the Court on Plaintiffs' Motion for Summary Judgment and Defendants' Cross-Motion for Summary Judgment. Upon consideration of all memoranda, administrative record documents, and arguments submitted in support of and in opposition to both motions, the Court has determined that Defendants' Cross-Motion for Summary Judgment is hereby GRANTED in its entirety, and Plaintiffs' Motion for Summary Judgment is hereby DENIED in its entirety.

SO ORDERED this ___ day of _____, 2021.

_____
Judge Dabney L. Friedrich