# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BLACK ROCK CITY LLC, *et al.*

    Plaintiffs,

v.                                                    Civ. Action No. 1:19-cv-03729-DLF

DAVID L. BERNHARDT, *et al.*

    Defendants.

_____

## PLAINTIFFS' UNOPPOSED MOTION
## TO AMEND THE BRIEFING SCHEDULE

Plaintiffs Black Rock City LLC and Burning Man Project (collectively, "BMP") respectfully move to amend the current briefing schedule for the Parties' cross-motions for summary judgment. Plaintiffs request an extension of three weeks for Plaintiffs to file their combined response and reply (currently due on or before May 7, 2021) and for Defendants to file their reply (currently due on or before May 28, 2021). This request is due to an unforeseen family health emergency of Plaintiffs' counsel. Federal Defendants have indicated that they are agreeable to this three week extension. A proposed order is attached.

                          Respectfully submitted this 30th day of April, 2021

                          By:    /s/ Rafe Petersen

                          HOLLAND & KNIGHT LLP

                          Rafe Petersen (Bar ID Number: 465542)
                          Nicholas W. Targ
                          Alexandra E. Dobles
                          800 17th Street NW, #1100
                          Washington, D.C. 2006
                          (202) 419-2481

        David S. Levin (CA Bar No. 156336)
        LEVIN LAW FIRM
        *Admitted pro hac vice*
        405 Sherman Ave
        Palo Alto, CA 94306-1827
        (650) 858-8500

        *Attorneys for Plaintiffs Black Rock City LLC and Burning Man Project*