**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

BLACK ROCK CITY LLC, *et al.*

    Plaintiffs,

v.                                                                                       Civ. Action No. 1:19-cv-03729-DLF

DAVID L. BERNHARDT, *et al.*

    Defendants.

_____

**[PROPOSED] ORDER TO AMEND SCHEDULING ORDER**

    Upon consideration of Plaintiffs' Unopposed Motion to Amend the Scheduling Order it is hereby ORDERED that:

Plaintiffs shall file their combined responses and reply on or before May 28, 2021

Defendants shall file their reply on or before June 28, 2021.

    SO ORDERED this ___ day of _____, 2021.


                                                                                     _____
                                                                                     Judge Dabney L. Friedrich

#81689817_v1