IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BLACK ROCK CITY LLC, *et al.*

    Plaintiffs,

v.                                                Civ. Action No. 1:19-cv-03729-DLF

DAVID L. BERNHARDT, *et al.*

    Defendants.

_____

**NOTICE OF FILING OF JOINT APPENDIX**

Plaintiffs Black Rock City LLC and Burning Man Project (collectively, "BMP") hereby file the Joint Appendix, as prepared jointly by the parties in accordance with LCvR 7(n).

Respectfully submitted this 12th day of July 2021.

By:   /s/ Rafe Petersen

HOLLAND & KNIGHT LLP

Rafe Petersen (Bar ID Number: 465542)
Nicholas W. Targ
Alexandra E. Dobles
800 17th Street NW, #1100
Washington, D.C. 2006
(202) 419-2481

David S. Levin (CA Bar No. 156336)
LEVIN LAW FIRM
Admitted pro hac vice
405 Sherman Ave
Palo Alto, CA 94306-1827
(650) 858-8500

*Attorneys for Plaintiffs Black Rock City LLC and Burning Man Project*

#76848819_v2