| # | File Name/Link | Bates Start | Bates End |
|---|---|---|---|
| 1 | 2015 COST RECOVERY001 | 688 | 690 |
| 2 | 2015 BM - Closeout Summary.pdf | 465 | 465 |
| 3 | 2015 BM - Project Log.pdf | 523 | 528 |
| 4 | 2015 BM - BLM Contracts.pdf | 343 | 464 |
| 5 | 2015 BM - Travel Per Person.pdf | 529 | 531 |
| 6 | 2015 BM - Vehicle Utilization.pdf | 532 | 532 |
| 7 | 2015 BM - Misc Supplies and Equip.pdf | 466 | 521 |
| 8 | 2016 CRA signed Decision 1-31-17 | 786 | 788 |
| 9 | 2016 BM - CRA Closeout - Summary Table_Final.pdf | 720 | 720 |
| 10 | 2016 BM - CRA Closeout - Project Labor Table_Final.pdf | 713 | 719 |
| 11 | 2016 BM - CRA Closeout - Contracting Table_Final.pdf | 712 | 712 |
| 12 | 2016 BM - CRA Closeout - Travel Table_Final.pdf | 721 | 722 |
| 13 | 2016 BM - CRA Closeout - Vehicle Utilization Table_Final.pdf | 723 | 723 |
| 14 | 2016 BM CRA Closeout - Misc Supplies and Equip Table_Final.pdf | 724 | 725 |
| 15 | 2016 Event BLM Misc receipts | 789 | 862 |
| 16 | 2017 BM - CRA Closeout Decision | 1243 | 1245 |
| 17 | 2017 BM - CRA Closeout - Summary Table_Final | 1242 | 1242 |
| 18 | 2017 BM - CRA Closeout - Attachment 1 Project Labor Table | 1157 | 1164 |
| 19 | 2017 BM - CRA Closeout - Attachment 2 BLM Contracts | 1165 | 1233 |
| 20 | 2017 BM - CRA Closeout - Attachment 3 Travel Expenses | 1234 | 1236 |
| 21 | 2017 BM - CRA Closeout - Attachment 4 Vehicle Utilization Expenses | 1237 | 1237 |
| 22 | 2017 BM - CRA Closeout - Attachment 5 Misc Purchases Table | 1238 | 1241 |
| 23 | 2018 CRA Closeout Misc Receipts 03-29-2019 | 2029 | 2129 |
| 24 | 2018 CRA Closeout_Gov_t Contracts 03-29-2019 | 2130 | 2754 |
| 25 | 2018 CRA Decision Signed 03-29-2019 | 2755 | 2771 |
| 26 | 2020-02-13 2019 BM CRA Closeout Decision | 3643 | 3661 |
| 27 | 2020-07-06 Burning Man SOR (2019) | 11685 | 12037 |
| 28 | 2012_08_19_BMAN_PAY_CAP_WAIVER_SIGNED | 83 | 83 |
| 29 | 2017-04-29 Burning Man SOR (2016) | 9963 | 10625 |
| 30 | 2018-04-24 Burning Man SOR (2017) | 10712 | 11132 |
| 31 | DD Ops Briefing Paper_Mission Critical | 6507 | 6508 |
| 32 | 2017 Pay Cap DOI Authorization_Signed | 1457 | 1457 |

| | | | |
|---|---|---|---|
| 33 | PIM 2018-010 - Mission Critical designation for Burning Man Event | 8049 | 8050 |
| 34 | 2019-06-27 Burning Man SOR (2018) | 11185 | 11601 |
| 35 | 2019-09-30 - IBLA 2019-109 - BLM Answer | 3568 | 3631 |
| 36 | 2020-02-28 FINAL 2019 After Action Review for BMP | 3671 | 3684 |
| 37 | Briefing Paper_AAR Procedures | 4819 | 4820 |
| 38 | BM 2016 - Incident Action Plan - Final_MP_BLM | 4402 | 4418 |
| 39 | BM 2017 - Incident Action Plan_FINAL.pdf | 4419 | 4434 |
| 40 | 2019 IAP | 3261 | 3366 |
| 41 | LT 2012 Burning Man Summary Final (2) (1) | 7782 | 7782 |
| 42 | 2016-04-26 Burning Man SOR (2015) | 8765 | 9873 |
| 43 | 2019-02-22 2018 Burning Man Labor | 11161 | 11184 |
| 44 | 2020-01-29 2019 Burning Man Labor | 11638 | 11684 |
| 45 | 2018-06-25 - BLM Answer IBLA 2018-086 | 2869 | 2938 |
| 46 | IM 2018-015 - LE Staffing Reqs for FY 2018 Special Events | 7702 | 7705 |
| 47 | 2019-11-11 Burning Man Reply (2018) | 11602 | 11637 |
| 48 | 2019-02-06 P-IM LE Staffing Reqs for Special Events and High-Use R | 11159 | 11160 |
| 49 | 2016 blm CAD extract report - BATES | ER00001 | ER00085 |
| 50 | 2017 blm CAD extract report - BATES | ER00086 | ER00115 |
| 51 | 2018 blm CAD extract report - BATES | ER00116 | ER00137 |
| 52 | 2019 blm CAD extract report - BATES | ER00138 | ER00166 |
| 53 | State Director Briefing Paper_LE Staffing | 8587 | 8588 |
| 54 | 2014-09-24 LE Staffing Requirements for FY15 Special Events and Hi | 8762 | 8764 |
| 55 | BLM IM 2015-133 LE Staffing wAttach1 | 4351 | 4354 |
| 56 | IM 2016-146 | 7698 | 7701 |
| 57 | Final 2017 BLM Burning Man Event AAR | 7154 | 7181 |
| 58 | 2015 BLM Burning Man AAR_Final | 304 | 342 |
| 59 | 2015 CR Decision Original Scan | 691 | 702 |
| 60 | BRC_Legal_2016_notice_of_appeal | 4745 | 4749 |
| 61 | DOI-BLM-NV-W03500-2015-0020-DR | 6532 | 6536 |
| 62 | BRC 2015 CRA Appeal Cover Letter | 4519 | 4522 |
| 63 | 2019-07-05 questions | 3468 | 3469 |
| 64 | 2019-07-09 Email - Response to MB | 3472 | 3474 |
| 65 | 2019-07-09 Email - CM Response to MB | 3470 | 3471 |

| | | | |
|---|---|---|---|
| 66 | H_2930_1_FINAL | 7352 | 7598 |
| 67 | Public_Health_and_Safety_at_the_Burning_Man_Event | 8141 | 8166 |
| 68 | 2014 FINAL DECISION TO BRC FOR CRA REFUND March 26 201 | 266 | 279 |
| 69 | Attachment 1 - 2013 Cost Recovery Close Out | 4028 | 4109 |
| 70 | Project Log 2012 BM Event 04.25.13 (2) | 8138 | 8140 |
| 71 | State Director Briefing Paper_Mission Critical | 8589 | 8590 |
| 72 | 2017 BP_BurningMan_BLM_medical | 1358 | 1361 |
| 73 | Section 9 Burning Man 2017 Medical Threat Assessment_Redacted | 8563 | 8584 |
| 74 | Burning Man DOI-BLM-NV-W030-2012-0007-Final EA | 4835 | 5177 |
| 75 | Burning_Man_Event_SRP-Draft_EIS_Vol2 | 5362 | 5567 |
| 76 | 2019 MOUs | 3367 | 3418 |
| 77 | 2016 Cost Recovery Agreement - Signed by BRC | 770 | 777 |
| 78 | Fresh Look Final Draft July 11 | 7273 | 7294 |
| 79 | FONSI_Burning_Man 2012-2016 | 7268 | 7272 |
| 80 | 2016 BLM signed SRP | 704 | 706 |
| 81 | 2016_12_15 BLM to BRC Cover Letter and SRP Evaluation FINAL | 1072 | 1077 |
| 82 | 2016_FINAL_BM PostEvent Inspection_Report_wAttachment1 | 1081 | 1101 |
| 83 | BRC AAR_FINAL_2016_12_22 | 4648 | 4697 |
| 84 | BLM 2016 AAR Cover Letter Signed | 4296 | 4296 |
| 85 | 2015 BRC AAR Final smaller | 535 | 687 |
| 86 | BRC 2015 - BLM Answer (as filed) | 4466 | 4518 |
| 87 | 2017 BRC AAR Final | 1362 | 1419 |
| 88 | Manual 1323.pdf | 7783 | 7837 |
| 89 | BRCAAR2014Finalcd | 4760 | 4806 |
| 90 | BRC_Letter_March_12_2015_Enclosure_Safety_Health_Security (1) | 4750 | 4759 |
| 91 | NVNW03500-15-01_-_SRP | 8024 | 8025 |
| 92 | BRC Request for Indirect Waiver - 3-3-2016 | 4729 | 4744 |
| 93 | 2016-03-18_Mack to Barnes_Re Cost Recovery Estimate for 2016 Bur | 1103 | 1106 |
| 94 | 2015 BRC AAR Cover Letter to BLM | 533 | 534 |
| 95 | 2016_06_27_BMAN_WHITE_PAPER_COST_RECOVERY_PIRTLE | 1029 | 1034 |
| 96 | BLM Response to BRC 2015 CRA Appeal Cover Letter_05-05-2016 | 4355 | 4356 |
| 97 | 2016_Direct Signature_Req for CRA | 1078 | 1080 |
| 98 | 2016_06_22_BMAN_WHITE_PAPER_CAD_REPORTS_YOUNG | 1016 | 1017 |

| | | | |
|---|---|---|---|
| 99 | 2016_06_23_BMAN_WHITE_PAPER_EMERGENCY_DESIGNATI | 1018 | 1028 |
| 100 | BRC 2016 CRA Funds Addition Letter_06-29-2016 | 4640 | 4643 |
| 101 | 2016 CR Estimate-Agreement_Burning Man Event_7-22-2016 | 778 | 785 |
| 102 | 2016-07-29 BRC letter to BLM 2016 CRA comments.pdf | 1126 | 1131 |
| 103 | 2016-08-02 BLM letter to BRC letter.pdf | 1132 | 1133 |
| 104 | BLM_BRC signed 2016 CRA | 4367 | 4374 |
| 105 | 2016 BLM SRP signed Decision | 707 | 711 |
| 106 | 2017 Burning Man Phase 1 CRA Estimate_BLM _ BRC_signed | 1438 | 1445 |
| 107 | 2017 Cover Letter Phase 2 CRE_Sent to BRC | 1454 | 1455 |
| 108 | 2017 Phase 2 CRA Hours | 1460 | 1471 |
| 109 | BRC Proposal for BLM Medical | 4720 | 4728 |
| 110 | BLM response to BRC re medical - 6-5-17 | 4361 | 4361 |
| 111 | 2017 Phase 2 CRA Cover Letter from BRC to BLM July 27 2017 | 1458 | 1459 |
| 112 | 2018-01-19 CRA1_Cover Letter.pdf | 2847 | 2847 |
| 113 | 2018-02-09 CRA Phase 1 - BRC Signed | 2848 | 2855 |
| 114 | Email from BRC to BLM re questions - 2-15-18 | 6564 | 6570 |
| 115 | 2017 BRC Qs Part 1 | 1420 | 1424 |
| 116 | State Director Briefing Paper_Employee Safety at Burning Man | 8585 | 8586 |
| 117 | 2018 Phase 2 CRA Attachment 1_Cost Tables | 2779 | 2781 |
| 118 | 2018-07-06_BM_CoverLetter_CRAPhase2.pdf | 2945 | 2946 |
| 119 | 2018 CRA Phase 2 _signed | 2772 | 2775 |
| 120 | 2019-02-06 CoverLetter_CRA_Phase1 | 3422 | 3423 |
| 121 | 2019-02-25 CoverLetter_CRA_SignedPhase1 | 3440 | 3440 |
| 122 | 2019-06-25 CRA Phase 2 Cover Letter & Agrmnt | 3459 | 3467 |
| 123 | 2019-07-12 BMP ltr to BLM regarding CRA Phase 2 Qs | 3475 | 3475 |
| 124 | 2019-08-19 CRA Phase 2 Letter and Agreement signed | 3495 | 3504 |
| 125 | Burning_Man_Event_SRP-Final_EIS_Vol1 | 5568 | 5741 |
| 126 | BLM0018531_Final Signed ROD | 4375 | 4392 |
| 127 | 2018-06-01_SignedCoverLetter_CRAPhase2_2018BurningMan.pdf | 2866 | 2867 |
| 128 | Permits for Recreation on Public Lands 67 FR 61732.pdf | 8035 | 8048 |
| 129 | 2019-04-18 planning teamresponse | 3447 | 3452 |
| 130 | BRC 2016 - Statement of Reasons | 4590 | 4639 |
| 131 | 2016 Burning Man Fed RegNotice_Map_NewsRelease | 762 | 769 |

| | | | |
|---|---|---|---|
| 132 | IBLA 2017-126 -BLM Answer to Statement of Reasons (as filed) | 7608 | 7665 |
| 133 | BLM 2016 AAR Final | 4297 | 4334 |
| 134 | 2018-08-29 NonCompliance_TierOneIssue.pdf | 2956 | 2958 |
| 135 | 2018 Suicide Attempt CAD Report | 2808 | 2810 |
| 136 | 2018 Event BRC purports is 8.28 unreported SA | 2776 | 2777 |
| 137 | 2018 SA no notification | 2782 | 2791 |
| 138 | bp mustreport | 4450 | 4451 |
| 139 | 2018-07-05 Email re SA numbers at BMAN.pdf | 2941 | 2944 |
| 140 | reply to RA 7-6-2018 | 8312 | 8313 |
| 141 | Public_Health_and_Safety_at_the_Burning_Man_Event_Revised | 8167 | 8196 |
| 142 | BLM 2016 AAR Stats | 4335 | 4336 |
| 143 | BLM Burning Man LE Positions_Permit Cap_City Population 2010_20 | 4340 | 4340 |
| 144 | 2018 BM PMS | 1601 | 1635 |
| 145 | 2016-07-22 M.BensonMail - Re_ CAD Reports SOW _2016 Event.pdf | 1120 | 1125 |
| 146 | 2016-06-17 Mack to Benson_Re Medical Trailer MOU.pdf | 1108 | 1109 |
| 147 | Briefing Paper - LE Substation | 4816 | 4818 |
| 148 | 2015_06_08_BMAN_PAY_CAP_WAIVER_SIGNED | 703 | 703 |
| 149 | 2016_08_08_SOW_BLM_OLES_BMAN_2016_MICROWAVE_WIR | 1064 | 1071 |
| 150 | 2016-08-08_SOW_BLM_OLES_BMAN_2016_NETWORK_SERVIC | 1134 | 1143 |
| 151 | Final 2017_MOU SOW_CAD Service_for BLM_to BRC | 7205 | 7216 |
| 152 | Final 2017_MOU SOW_MICROWAVE WIRELESS INTERNET_for | 7217 | 7224 |
| 153 | 2019-07-17 response letter to July 11 CRA Phase 2 | 3476 | 3477 |
| 154 | BM 2018 OMU Overview | 4438 | 4440 |
| 155 | Burning Man 2018 SRP Stipulations - SIGNED | 4822 | 4834 |
| 156 | BurningMan.safetyletterresponse.finaldraft.April 21 (3) (1) | 6444 | 6487 |
| 157 | BLM 20 Issues and Concerns Response Letter | 4291 | 4295 |
| 158 | Final 2014 BLM BMan Operational Assessment (1) | 7110 | 7153 |
| 159 | 08-26-2018 Update re gate closed | 9 | 10 |
| 160 | 2014-09-24 IM-2014-149 Attachment 1 | 12038 | 12038 |
| 161 | 2017 BM CRA Phase 1_Briefing Paper to SD | 01302 | 01304 |
| 162 | 2017 BM Event Decision Document_Signed | 01305 | 01310 |
| 163 | 2017 Phase 2 CRA Labor $ | 01472 | 01487 |
| 164 | 2019-02-25 CRA_Phase1_Signed | 03441 | 03446 |

| | | | |
|---|---|---|---|
| 165 | bp special agent | 04462 | 04465 |
| 166 | BRC 2016 SRP Application | 04644 | 04647 |
| 167 | im2014-032_attachment 1 | 07706 | 07707 |
| 168 | Scanned 2017 BLM BM Operation Misc Purchase Receipts_R-1 thru R | 08314 | 08404 |
| 169 | Scanned 2017 BLM BM Operation Misc Purchase Receipts_R-60 thru | 08405 | 08453 |
| 170 | Section 9 Burning Man 2017 Medical Threat Assessment_Redacted | 08563 | 08584 |