

United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Winnemucca District Office
5100 East Winnemucca Boulevard
Winnemucca, Nevada 89445
Phone: (775) 623-1500 Fax: (775) 623-1503
Email: wfoweb@blm.gov
www.blm.gov/nv/st/en/fo/wfo.html

In Reply Refer To:
LLNVW03500-15-01
2930 (NV020.00)

CERTIFIED MAIL: 7014 2870 0001 4871 2046
RETURN RECEIPT REQUESTED

Rosalie Barnes
Government Relations Manager       :       Burning Man 2015 Event
Black Rock City, LLC       :       Special Recreation Permit
660 Alabama St
San Francisco, CA 94110-2008

## DECISION

Dear Ms. Barnes:

### INTRODUCTION

On August 3, 2015, the Bureau of Land Management (BLM) and Black Rock City, LLC (BRC) entered into a Cost Recovery Agreement (CRA) for the Burning Man 2015 event. That CRA included an estimate for the BLM's cost to process and administer the Special Recreation Permit (SRP) for the Burning Man 2015 event. The original CRA was in the amount of $2,944,827 for the 2015 event.

The BLM makes every attempt to develop a CRA cost estimate that foreshadows all direct and indirect costs, as accurately as possible, projected expenses for planning, issuing and administering the Burning Man SRP.

### DECISION

The BLM's actual direct and indirect costs for the Burning Man 2015 event total $2,793,722.27. The attached documents provide a detailed breakdown of all actual direct and indirect costs. To date the BLM has received all payments for the CRA, for a total of $2,944,827.

Based on those actual costs and the estimate already paid by BRC, the BLM has identified BRC is owed a refund of $151,104.73.

AR00688

**RATIONALE**
The Federal Land Policy and Management Act (FLPMA) section 304(b) provides that the Secretary of the Interior is authorized to require a deposit of payments intended to reimburse the United States for costs incurred in processing and administering applications for use of the public lands. 43 U.S.C. § 1734(b).

The BLM's SRP regulations state that the BLM may refund any cost recovery overpayments. 43 C.F.R. § 2932.33(a). Further, the BLM's Recreation Permit Administration Handbook (H-2930-1) directs the BLM to refund to the applicant the remaining balance in a cost recovery account at the end of the project.

The 2015 CRA and the 2015 actuals totals justify the refund amount BRC will receive.

**AUTHORITY:**
The statutory authorities underlying the regulations in this part are FLPMA, 43 U.S.C. 1701 et seq., and the Federal Land Recreation Enhancement Act (REA), 16 U.S.C. 6801 et seq.

a) FLPMA contains the BLM's general land use management authority over the public lands, and establishes outdoor recreation as one of the principal uses of those lands (43 U.S.C. 1701(a)(8)). Section 302(b) of FLPMA directs the Secretary of the Interior to regulate through permits or other instruments the use of the public lands, which includes commercial recreation use. Section 303 of FLPMA authorizes the BLM to promulgate and enforce regulations, and establishes the penalties for violations of the regulations.

b) REA authorizes the BLM to collect fees for recreational use in areas meeting certain criteria (16 U.S.C. 6802(f) and (g) (2)), and to issue special recreation permits for group activities and recreation events (16 U.S.C. 6802(h)).

43 C.F.R. § 2932.33(a). *Overpayments.* For multi-year commercial permits, if your actual fees due are less than the estimated fees you paid in advance, BLM will credit overpayments to the following year or season. For other permits, BLM will give you the option whether to receive refunds or credit overpayments to future permits, less processing costs.

**APPEAL PROVISIONS**
A person who wishes to appeal to the Interior Board of Land Appeals must do so under 43 C.F.R. § 4.411 and must file in the office of the officer who made the decision (not the board), in writing to William Mack, Field Manager, Black Rock Field Office, 5100 East Winnemucca Boulevard, Winnemucca, Nevada 89445. A person served with the decision being appealed must transmit the notice of appeal in time to be filed in the office where it is required to be filed within thirty (30) days after the date of service.

The notice of appeal must give the serial number or other identification of the case and may include a statement of reasons for the appeal, a statement of standing if required by § 4.412(b), and any arguments the appellant wishes to make. Attached Form 1842-1 provides additional information regarding filing an appeal.

No extension of time will be granted for filing a notice of appeal. If a notice of appeal is filed after the grace period provided in §4.401(a), the notice of appeal will not be considered and the case will be closed by the officer from whose decision the appeal is taken. If the appeal is filed during the grace period provided in §4.401(a) and the delay in filing is not waived, as provided in that section, the notice of appeal will not be considered and the appeal will be dismissed by the Board.

The appellant shall serve a copy of the notice of appeal and any statements of reason, written arguments, or briefs under §4.413 on each adverse party named in the decision from which the appeal is taken and on the Office of the Solicitor, Pacific Southwest Regional Solicitor, U.S. Department of the Interior, 2800 Cottage Way, Room E-1712, Sacramento, California 95825-1890.

Service must be accompanied by personally serving a copy to the party or by sending the document by registered or certified mail, return receipt requested, to the address of record in the bureau, no later than 15 days after filing the document.

In addition, within thirty (30) days of receipt of this decision you have the right to file a petition for a stay together with your appeal in accordance with the regulations at 43 C.F.R. § 4.21. The petition must be served upon the same parties specified above.

Pursuant to 43 C.F.R. § 4.21(b), a petition for stay, if filed, must show sufficient justification based on the following standards:

1) The relative harm to the parties if the stay is granted or denied;
2) The likelihood of the appellant's success on the merits;
3) The likelihood of immediate and irreparable harm if the stay is not granted; and,
4) Whether the public interest favors granting the stay.

43 C.F.R. § 4.21(b)(2) provides that the appellant requesting a stay bears the burden of proof to demonstrate that a stay should be granted.

If you have any questions on this decision please contact me at 775-623-1500.

Sincerely,

William Mack, Jr
Field Manager
Black Rock Field Office

Enclosures
Attachment 1 – Cost Recovery Closeout Summary
Attachment 2 – Project Log
Attachment 3 – BLM Contracts
Attachment 4 – Travel Expenses
Attachment 5 – Vehicle Utilization Expenses
Attachment 6 – Miscellaneous Supplies and Equipment

AR00690

| 2015 BURNING MAN EVENT COST RECOVERY CLOSE OUT SUMMARY | | | | | |
|---|---|---|---|---|---|
| **ITEM** | **Total Estimate** | **Total Actual** | **Balance** | **Description/Comment** | **Detail Located On:** |
| **BLM LABOR** | $ 1,464,616.00 | $ 1,450,523.86 | $ 14,092.14 | | Project Log |
| **CONTRACT LABOR** | | | | | |
| Forest Service | $ - | $ 59,967.32 | $ (59,967.32) | Originally estimated in BLM Labor | Contract 5 |
| Park Police / National Park Service | $ 125,000.00 | $ 110,060.87 | $ 14,939.13 | | Contract 3 |
| **UTVs** | $ 20,000.00 | $ 7,795.47 | $ 12,204.53 | | Contract 8 |
| **COMPUTER AUTOMATED DISPATCH** | $ 140,000.00 | $ 138,345.20 | $ 1,654.80 | | Contract 2 |
| **MICROWAVE / INTERNET** | $ 130,000.00 | $ 102,374.00 | $ 27,626.00 | | Contract 4 |
| **COMMUNICATIONS** | | | | | |
| Satellite Tracking | $ 55,000.00 | $ 56,494.20 | $ (1,494.20) | | Contract 6 |
| Dispatch Consoles | $ 13,000.00 | $ 12,500.00 | $ 500.00 | | Contract 7 |
| Base Station Purchase | $ 7,500.00 | $ 4,899.67 | $ 2,600.33 | | Contract 10 |
| 3-Way Mics | | $ 7,500.00 | $ (7,500.00) | | Contract 9 |
| Contracted Dispatch Company | $ 167,000.00 | $ 166,520.00 | $ 480.00 | | Contract 1 |
| Additional Comm Purchases | $ 11,500.00 | | $ 11,500.00 | | |
| **TRAVEL** | $ 80,000.00 | $ 67,140.74 | $ 12,859.26 | | Travel Expenses |
| **HEALTH & HUMAN SERVICES** | $ 30,000.00 | | $ 30,000.00 | HHS did not bill BLM for services | N/A |
| **VEHICLE UTILIZATION** | $ 75,000.00 | $ 48,182.58 | $ 26,817.42 | | Vehicle Utilization |
| **MISC SUPPLIES AND EQUIPMENT** | $ 77,500.00 | $ 32,417.82 | $ 45,082.18 | | Charge Card Purchases |
| Goggles | | $ 4,248.30 | $ (4,248.30) | Purchased via contract | Contract 11 |
| GPS Cameras | | $ 4,197.00 | $ (4,197.00) | Purchased via contract | Contract 12 |
| **INDIRECT RATE 22.9%** | $ 548,711.00 | $ 520,555.24 | $ 28,155.76 | | |
| **TOTAL** | **$ 2,944,827.00** | **$ 2,793,722.27** | **$ 151,104.73** | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **UNITED STATES DEPARTMENT OF INTERIOR BUREAU OF LAND MANAGEMENT** | | | | | | | | | | **Functional Area / WBS** L51050000 / LVRCF1504080 | |
| **2015 BURNING MAN EVENT COST RECOVERY PROJECT LOG** | | | | | | | | | | | |

| DATES | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aug 24, 29-Sept 7 | | | | X | | | 2015-19-20 | ALBRIGHT | FIELD STAFF RANGER (FTO) | Law Enforcement / Patrol | Nevada Canine Certification Swing Shift Patrol Canine | 147 | $ 9,520.01 |
| Aug 29-Sept 7 | | | | X | | | 2015-19-20 | ALLEN | SPECIAL AGENT | Law Enforcement / Investigations | Swing Shift Investigations | 113.5 | $ 8,859.74 |
| Aug 28-Sept 11 | | | | X | X | | 2015-18-20 | ANDRES | FIELD STAFF RANGER | Law Enforcement / Patrol | Swing Shift Patrol | 198 | $ 12,073.83 |
| Aug 29-Sept 8 | | | | X | | | 2015-19-20 | ARRIES | RANGER | Law Enforcement / Patrol | Night Shift Patrol | 160 | $ 10,566.94 |
| Aug 15-Sept 12 | | X | X | X | X | | 2015-18-20 | BLACK | SUPERVISORY TELECOMMUNICATIONS SPECIALIST | Civilian Operations / Communications Unit Leader | Dispatch Trailer Set Up Pre-Event Radio Programming Main Event Radio Support Post-Event Radio Support and tear down | 397 | $ 23,948.78 |
| Aug 23-Sept 8 | | | X | X | | | 2015-19-20 | BLEVINS | FIELD STAFF RANGER | Law Enforcement / Patrol | Swing Shift Patrol | 213 | $ 14,059.24 |
| Aug 23-Sept 12 | | | X | X | X | | 2015-19-20 | BOIK | STATE CHIEF RANGER | Law Enforcement / Investigations | Swing Shift Investigations Team Lead | 256 | $ 24,466.11 |
| Aug 28-Sept 8 | | | | X | | | 2015-19-20 | BOXX | RANGER | Law Enforcement / Patrol | Swing Shift Patrol | 158 | $ 9,028.46 |
| Aug 27-Sept 7 | | | | X | | | 2015-19-20 | BRASINGTON | DISTRICT CHIEF RANGER | Law Enforcement / Patrol | Swing Shift Patrol | 154 | $ 14,012.49 |
| Aug 23-Sept 12 | | X | X | X | | | 2015-19-20 | BRISCOE | DISTRICT RANGER (SUPERVISORY) | Law Enforcement / Command Staff | Law Enforcement Planning Chief | 244.75 | $ 21,144.10 |
| Aug 30-Sept 9 | | | X | X | | | 2015-19-20 | BROWN | FIELD STAFF RANGER | Law Enforcement / Patrol | Day Shift Patrol | 143 | $ 9,566.03 |
| Aug 27-Sept 10 | | | | X | | | 2015-19-20 | BRUNK | SPECIAL AGENT | Law Enforcement / Investigations | Day Shift Investigations | 152.5 | $ 11,375.92 |
| Aug 29-Sept 8 | | | | X | | | 2015-19-20 | BUCHANAN | DISTRICT RANGER | Law Enforcement / Patrol | Night Shift Patrol | 138 | $ 11,293.75 |
| Aug 23-Sept 8 | | X | X | | | | 2015-19-20 | BULKLEY | FIELD STAFF RANGER | Law Enforcement / Investigations | Pre Event Day Shift Patrol Main Event Day Shift Special Investigations | 236 | $ 15,170.64 |
| Aug 29-Sept 7 | | | | X | | | 2015-19-20 | CAFFEY | NATIONAL CHIEF RANGER | Law Enforcement / Patrol | Swing Shift Patrol | 86 | $ 8,554.47 |
| Aug 22-Sept 12 | | | X | X | X | | 2015-18-20 | CARPENTER | RESIDENT RANGER | Law Enforcement / Patrol | Night Shift Patrol Canine | 292 | $ 20,081.05 |
| Aug 19-Sept 11 | | X | X | X | X | | 2015-18-20 | CARTER | TELECOMMUNICATIONS SPECIALIST | Civilian Operations / Communications | Pre-Event Radio Programming Main Event Radio Support Post-Event Radio Support and tear down | 233 | $ 16,051.24 |
| Aug 23-Sept 9 | | X | X | X | X | | 2015-19-20 | CAUDILL | ENGINEERING EQUIPMENT OPERATING SUPERVISOR | Civilian Operations / Logistics | Day Shift Logistics Pre, Main, and Post Event HQ Facilities Support, Staff Fuel Station | 229 | $ 11,356.16 |
| Aug 30-Sept 8 | | | | X | X | | 2015-19-20 | CHODOROWSKI | FIELD STAFF RANGER | Law Enforcement / Patrol | Night Shift Patrol | 165 | $ 12,547.31 |

| DATES | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aug 29-Sept 9 | | | | X | | | 2015-19-20 | CLARK | CHIEF RANGER | Law Enforcement / Patrol | Day Shift Patrol | 142 | $ 13,600.95 |
| Aug 29-Sept 7 | | | | X | | | 2015-19-20 | CULVER | FIELD STAFF RANGER | Law Enforcement / Patrol | Swing Shift Patrol | 124 | $ 7,851.10 |
| Aug 24-Sept 10 | | | X | X | X | | 2015-19-20 | CURTIS | SUPERVISORY RESOURCE SPECIALIST | Civilian Operations / Compliance Supervisor | Supervise Environmental Compliance Efforts Liasion with BRC Compliance | 228 | $ 16,751.27 |
| Aug 24-Sept 9 | | | X | X | X | | 2015-19-20 | DELANEY | ASST. STATE FIRE MANAGEMENT OFFICER | Civilian Operations / Command Staff | Operations Chief for all Divisions under Civilian Operations | 237 | $ 18,179.20 |
| Aug 29-Sept 6 | | | | X | | | 2015-19-20 | ELTON | SPECIAL AGENT | Law Enforcement / Investigations | Swing Shift Investigations | 104 | $ 7,771.38 |
| Aug 27-Sept 9 | | | | X | | | 2015-19-20 | ENTRICAN | FIELD STAFF RANGER | Law Enforcement / Patrol | Swing Shift Patrol | 152 | $ 11,075.36 |
| Aug 27-Sept 7 | | | X | X | | | 2015-19-20 | EVENSON | PUBLIC AFFAIRS SPECIALIST | Public Information | Event Statistics Public Information Contact | 149 | $ 11,006.86 |
| Aug 24-Sept 7 | | | X | X | | | 2015-19-20 | FINCH | FIELD STAFF RANGER | Law Enforcement / Patrol | Swing Shift Patrol - Perimeter | 184 | $ 12,002.36 |
| Aug 29-Sept 8 | | | | X | | | 2015-19-20 | FONKEN | RANGER | Law Enforcement / Patrol | Day Shift Patrol - Perimeter | 137.5 | $ 10,261.10 |
| Aug 28-Sept 9 | | | | X | | | 2015-19-20 | FRANZOY | FIELD STAFF RANGER | Law Enforcement / Patrol | Day Shift Patrol | 155.5 | $ 12,555.59 |
| Aug 29-Sept 7 | | | | X | | | 2015-19-20 | FUSELIER | ASSISTANT FIELD MANAGER | Civilian Operations / Compliance | Ensure Environmental Compliance | 104 | $ 6,790.03 |
| Aug 19-Sept 3 | | X | X | X | | | 2015-18-20 | GRIMES | IT SPECIALIST | Civilian Operations / Information Technology | HQ IT Setup within trailers Computer/IT Support at HQ during event | 250 | $ 11,657.75 |
| Aug 19-Sept 12 | | X | X | X | X | | 2015-19-20 | HARNESS | RADIO PROGRAM MANAGER | Civilian Operations / Communications | Pre-Event Radio Programming Main Event Radio Support Post-Event Radio Support and tear down | 369 | $ 24,751.78 |
| Aug 30-Sept 8 | | | | X | | | 2015-19-20 | HAUCK | SPECIAL AGENT | Law Enforcement / Investigations | Day Shift Investigations | 128 | $ 10,335.47 |
| Aug 19, 24-Sept 8 | X | | X | X | | | 2015-18-20 | HONE | SPECIAL AGENT | Law Enforcement / Investigations | Operations Plan Preparation Pre-Event Patrol/Investigations Day Shift Investigations | 191 | $ 16,368.52 |
| Aug 28-Sept 8 | | | | X | | | 2015-19-20 | HOWELL | FIELD STAFF RANGER | Law Enforcement / Patrol | Night Shift Patrol - Perimeter | 146.5 | $ 10,201.34 |
| Aug 23-Sept 9 | | | X | X | | | 2015-19-20 | HUSTON | FIELD STAFF RANGER | Law Enforcement / Patrol | Nevada Canine Certification Day Shift Patrol Canine | 254 | $ 17,795.36 |
| Aug 19-Sept 10 | | X | X | X | X | | 2015-19-20 | IAGULLI | TELECOMMUNICATIONS SPECIALIST | Civilian Operations / Communications | Pre-Event Radio Programming Main Event Radio Support Post-Event Radio Support and tear down | 298 | $ 18,886.01 |
| July 9-10 Aug 28-Sept 7 | X | | | X | | | 2015-15 2015-19-20 | JENSEN | RANGER (FTO) | Law Enforcement / Patrol | July Bman Tabletop and Protocol Review Swing Shift Patrol Supervisor | 152.5 | $ 10,525.38 |
| Aug 24-Sept 9 | | | X | X | X | | 2015-19-20 | JOHNSON, T | FIELD STAFF RANGER | Law Enforcement / Patrol | Night Shift Patrol | 224 | $ 14,036.33 |
| Aug 20-Sept 9 | X | | X | X | X | | 2015-18-20 | JOHNSON, M | SPECIAL AGENT | Law Enforcement / Investigations | Operations Plan Preparation Pre-Event Patrol/Investigations Day Shift Investigations Team Lead | 312 | $ 25,062.70 |

| DATES | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aug 24-Sept 4 | | | X | X | | | 2015-19 | JONES | OUTDOOR RECREATION PLANNER | Civilian Operations / Compliance | Supervise Vending Compliance Efforts Ensure Vending Compliance | 162 | $ 7,780.94 |
| Aug 30-Sept 8 | | | | X | | | 2015-19-20 | KEEFER | FIELD STAFF RANGER | Law Enforcement / Patrol | Day Shift Ranger | 124.25 | $ 7,425.33 |
| Aug 29-Sept 7 | | | | X | | | 2015-19-20 | KIRKHAM | SPECIAL AGENT | Law Enforcement / Investigations | Swing Shift Investigations | 76.5 | $ 6,152.00 |
| Aug 29-Sept 8 | | | | X | | | 2015-19-20 | LASHER | RANGER | Law Enforcement / Patrol | Day Shift Patrol | 129 | $ 9,790.51 |
| Aug 29-Sept 8 | | | | X | | | 2015-19-20 | LAZZARO | SPECIAL AGENT | Law Enforcement / Investigations | Day Shift Investigations | 170 | $ 16,739.54 |
| Aug 30-Sept 8 | | | | X | | | 2015-19-20 | LIND | FIELD STAFF RANGER | Law Enforcement / Patrol | Day Shift Patrol | 116 | $ 6,047.24 |
| Aug 28-Sept 8 | | | | X | | | 2015-19-20 | LLOYD, K | FIELD STAFF RANGER (FTO) | Law Enforcement / Patrol | Swing Shift Patrol Supervisor | 154.5 | $ 11,012.00 |
| Aug 24-Sept 10 | | | X | X | X | | 2015-19-20 | LLOYD, R | DISTRICT RANGER (SUPERVISORY)(FTO) | Law Enforcement / Patrol | Day Shift Commander | 253 | $ 19,201.72 |
| Aug 29-Sept 7 | | | | X | | | 2015-19-20 | LOFTIN | SPECIAL AGENT | Law Enforcement / Investigations | Swing Shift Investigations | 74.5 | $ 6,211.83 |
| Aug 22-Sept 12 | X | | X | X | X | | 2015-18-20 | LOVE | SPECIAL AGENT-IN-CHARGE | Law Enforcement / Command Staff | Operations Plan Preperation Law Enforcement Management (direct event support on playa) | 306 | $ 30,445.31 |
| Aug 26-Sept 7 | | | X | X | | | 2015-19-20 | MACK | FIELD MANAGER | Civilian Operations / Command Staff | Civilians Management (at event only) | 56 | $ 2,593.84 |
| Aug 24-Sept 8 | | | X | X | | | 2015-19-20 | MARQUEZ | FIRE MANAGEMENT SPECIALIST | Civilian Operations / Compliance | Ensure Vending Compliance | 116 | $ 6,402.24 |
| Aug 26-Sept 11 | | | | X | X | | 2015-19-20 | MARSOOBIAN | FIELD STAFF RANGER | Law Enforcement / Medic | Medical Team - provide medical support to Federal personnel only | 197 | $ 13,118.71 |
| Beg. of August, Aug 24-Sept 9 | X | | X | X | X | | 2015-17-20 | MATTHEWS | GIS SPECIALIST | Civilian Operations / GIS Lead | Prepare Maps for Event GIS Support Environmental Compliance during event | 259.25 | $ 13,516.68 |
| July 9-10 Aug 30-Sept 10 | X | | | X | X | | 2015-15 2015-19-20 | MAURER | RESIDENT RANGER | Law Enforcement / Patrol | July Bman Tabletop and Protocol Review Day Shift Patrol Supervisor | 129.5 | $ 9,974.99 |
| Aug 24-Sept 8 | | | X | X | | | 2015-19-20 | MCGRATH | STATE CHIEF RANGER | Law Enforcement / Patrol | Night Shift Patrol | 192 | $ 19,451.76 |
| Aug 28-Sept 9 | | | | X | | | 2015-19-20 | MILLER | STATE CHIEF RANGER | Law Enforcement / Patrol | Day Shift Patrol Supervisor | 158.5 | $ 14,726.23 |
| Aug 30-Sept 8 | | | | X | | | 2015-19-20 | MITSUYASU | SUPERVISORY RANGER | Law Enforcement / Patrol | Day Shift Patrol | 130.5 | $ 10,896.62 |
| Aug 27-Sept 8 | | | | X | | | 2015-19-20 | MOE | FIELD STAFF RANGER | Law Enforcement / Patrol | Swing Shift Patrol | 117 | $ 7,786.57 |
| Aug 28-Sept 7 | | | | X | | | 2015-19-20 | MONTOYA | SPECIAL AGENT | Law Enforcement / Investigations | Swing Shift Special Investigations | 131 | $ 9,506.57 |
| Aug 22-Sept 12 | X | | X | X | X | | 2015-18-20 | MOORE | STATE CHIEF RANGER | Law Enforcement / Command Staff | Operations Plan Preparation Law Enforcement Operations Chief | 298 | $ 25,187.52 |

 AR00525

| DATES | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aug 22-Sept 10, Oct 5-16 | | | X | X | X | X | 2015-18-20 2015-22 | MORGAN | OUTDOOR RECREATION PLANNER | Civilian Operations / Compliance | Ensure Environmental Compliance Post Event Review | 258 | $ 19,706.51 |
| Aug 27-Sept 9 | | | | X | | | 2015-19-20 | NARDINGER | SPECIAL AGENT | Law Enforcement / Investigations | Swing Shift Investigations | 131 | $ 10,256.97 |
| Aug 15-Sept 11 | | X | | X | X | | 2015-18-20 | NICHOLS | TELECOMMUNICATIONS SPECIALIST | Civilian Operations / Information Technology | IT Set-up/Programming for Event Computer/IT Support at HQ during event HQ IT tear-down within trailers | 176 | $ 11,623.12 |
| Aug 24-Sept 13 | | | X | X | X | | 2015-19-20 | OELRICH | SAFETY AND OCCUPATIONAL HEALTH SPECIALIST | Civilian Operations / Safety Officer | Ensure Safety at HQ for federal personnel Liasion with BRC Safety Operations | 239 | $ 16,818.99 |
| Aug 23-Sept 12 | | | X | X | X | | 2015-19-20 | OPER | ASST. SPECIAL AGENT-IN-CHARGE | Law Enforcement / Command Staff | Law Enforcement Liaison with BRR Attend BRR meetings, resolve LE issues | 158 | $ 12,780.44 |
| July 9-10 Aug 23-Sept 11 | X | | X | X | X | | 2015-15 2015-19-20 | PARR | RANGER (FTO) | Law Enforcement / Patrol | July Bman Tabletop and Protocol Review Night Shift Patrol Supervisor - Canine | 280 | $ 20,189.81 |
| Oct 2014-Oct 2015 | X | X | X | X | X | X | 2014-21-2015-22 | PIRTLE | SPECIAL PROJECTS MANAGER | Civilian Operations / Facilities Manager | Planning for HQ Facilities, MOU Contracts, BLM Contracts, Set-up of HQ, Liasion with BRC for HQ facilities, Post-event tear down, post-event inspection and close out | 1350 | $ 76,495.68 |
| Aug 27-Sept 7 | | | | X | | | 2015-19-20 | PRESLEY | FIELD STAFF RANGER | Law Enforcement / Patrol | Night Shift Patrol | 137 | $ 9,127.97 |
| Aug 28-Sept 8 | | | | X | | | 2015-19-20 | RAMIREZ | FIELD STAFF RANGER (SUPERVISORY) | Law Enforcement / Patrol | Swing Shift Patrol | 143 | $ 10,375.77 |
| Aug 20-Sept 12 | X | | X | X | X | | 2015-18-20 | RAMOS | CONTRACT SPECIALIST | Contracting Specialist | Operations Plan Preparation Contracting and Purchasing Lead for event | 340 | $ 14,998.14 |
| Aug 23-Sept 8 | | | X | X | | | 2015-19-20 | RICE | RESIDENT RANGER | Law Enforcement / Patrol | Nevada Canine Certification Day Shift Patrol Canine | 251 | $ 17,705.10 |
| Aug 28-Sept 10 | | | | X | X | | 2015-19-20 | ROMERO | RANGER | Law Enforcement / Patrol | Swing Shift Patrol | 165.5 | $ 8,968.19 |
| Aug 24-Sept 7 | | | X | X | | | 2015-19-20 | ROOP | STATE CHIEF RANGER | Law Enforcement / Patrol | Swing Shift Commander | 206 | $ 21,300.87 |
| Aug 29-Sept 8 | | | | X | | | 2015-19-20 | ROREX | PLANNING AND ENVIRONMENTAL COORDINATOR | Civilian Operations / Compliance | Ensure Environmental Compliance | 107.75 | $ 5,404.39 |
| Aug 23-Sept 8 | | | X | X | | | 2015-19-20 | RUSSELL | FIELD STAFF RANGER | Law Enforcement / Patrol | Swing Shift Patrol | 218 | $ 11,398.08 |
| Aug 20-Sept 12 | X | | X | X | X | | 2015-18-20 | SANDBERG | BUDGET ANALYST | Finance | Operations Plan Preparation Finance and Timekeeping Lead for event | 350 | $ 20,125.54 |
| Aug 27-Sept 8 | | | | X | | | 2015-19-20 | SCHUTZBEGER | FIELD STAFF RANGER | Law Enforcement | Night Shift Patrol | 154 | $ 11,729.30 |

| DATES | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aug 19-Sept 12 | | X | X | X | X | | 2015-18-20 | SCHWIRIAN | TELECOMMUNICATIONS SPECIALIST | Civilian Operations / Communications | Pre-Event Radio Programming Main Event Radio Support Post-Event Radio Support and tear down | 357 | $ 17,971.80 |
| Aug 29-Sept 7 | | | | X | | | 2015-19-20 | SHARKEY | FIELD STAFF RANGER (FTO) | Law Enforcement / Patrol | Swing Shift Patrol | 129.5 | $ 9,987.42 |
| Aug 29-Sept 9 | | | | X | | | 2015-19-20 | SHILAIKIS | SPECIAL AGENT | Law Enforcement / Investigations | Day Shift Investigations | 154.5 | $ 13,100.46 |
| Aug 23-Sept 8 | | | X | X | | | 2015-19-20 | SONES | DISTRICT RANGER (SUPERVISORY) | Law Enforcement / Patrol | Day Shift Patrol Supervisor | 231 | $ 16,873.16 |
| Aug 29-Sept 7 | | | | X | | | 2015-19-20 | STEENHOVEN | PARK RANGER | Civilian Operations / Compliance | Ensure Environmental Compliance | 113.5 | $ 4,922.69 |
| Aug 24-Sept 8 | | | X | X | | | 2015-19-20 | STOLTS | FIELD STAFF RANGER | Law Enforcement / Patrol | Day Shift Patrol Canine | 215.75 | $ 14,354.53 |
| Aug 23-Sept 9 | | X | X | X | X | | 2015-19-20 | STORLA | RANGE TECHNICIAL | Civilian Operations / Logistics | Day Shift Logistics Pre, Main, and Post Event HQ Facilities Support, Staff Fuel Station | 228 | $ 9,167.25 |
| Aug 20-Sept 12 | X | | X | X | X | | 2015-18-20 | STOVER | ASST. SPECIAL AGENT-IN-CHARGE | Law Enforcement / Command Staff | Operations Plan Preparation Law Enforcement Investigations Chief | 193 | $ 15,607.81 |
| July 9-10 Aug 22-Sept 12 | X | | X | X | X | | 2015-15 2015-18-20 | SULLIVAN | STATE CHIEF RANGER | Law Enforcement / Patrol | July Bman Tabletop and Protocol Review Night Shift Patrol Commander | 296 | $ 26,924.42 |
| Aug 28-Sept 7 | | | | X | | | 2015-19-20 | SWANSON | SPECIAL AGENT | Law Enforcement / Investigations | Night Shift Special Investigations | 130 | $ 10,412.78 |
| Aug 24-Sept 9 | | | X | X | X | | 2015-19-20 | TEA | OUTDOOR RECREATION PLANNER | Civilian Operations / Compliance | Ensure Environmental Compliance | 201.5 | $ 8,444.05 |
| Aug 25-Sept 9 | | | X | X | | | 2015-19-20 | TEMPLETON | ASST. SPECIAL AGENT-IN-CHARGE | Law Enforcement / Medic | Medical Team Lead- provide medical support to Federal personnel only | 199.75 | $ 17,640.50 |
| Aug 23-Sept 8 | | | X | X | | | 2015-19-20 | TITUS | SUPERVISORY RANGER | Law Enforcement / Patrol | July Bman Tabletop and Protocol Review Night Shift Patrol Supervisor | 234.5 | $ 17,616.45 |
| Beg of August Aug 27-Sept 7 | | | | X | | | 2015-17-20 | TOWNE | DISTRICT MANAGER | Civilian Operations / Command Staff | Civilians Management (direct permit support) | 161 | $ 14,044.44 |
| Aug 27-Sept 8 | | | | X | | | 2015-19-20 | TUMA | NATIONAL LAW ENFORCEMENT TRAINING COORDINATOR | Law Enforcement / Patrol | Night Shift Patrol | 137.75 | $ 13,921.39 |
| Aug 29-Sept 8 | | | | X | | | 2015-19-20 | VERMEYS | ASST. FIELD MANAGER | Civilian Operations / Compliance | Ensure Environmental Compliance | 116.5 | $ 5,903.51 |
| Aug 23-Sept 8 | | | X | X | | | 2015-19-20 | WAGGONER | RANGER | Law Enforcement / Patrol | Night Shift Patrol | 202.5 | $ 11,920.92 |
| Aug 28-Sept 8 | | | | X | | | 2015-19-20 | WEISEND | FIELD STAFF RANGER | Law Enforcement / Patrol | Swing Shift Patrol | 139.75 | $ 10,089.02 |
| Aug 24-Sept 9 | | | X | X | X | | 2015-19-20 | WELTY | GIS SPECIALIST | Civilian Operations / GIS | GIS Support Environmental Compliance during event | 232.5 | $ 7,569.73 |

 AR00527

| DATES | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aug 16-Sept 12 | | X | X | X | X | | 2015-18-20 | WHITEHEAD | RECREATION TECHNICIAN | Civilian Operations / Logistics | HQ Setup<br>Night Shift Logistics<br>Pre, Main, and Post Event HQ Facilities Support, Staff Fuel Station | 355.5 | $ 11,946.56 |
| End of July-Sept 13 | X | X | X | X | X | | 2015-16-20 | WILLIAMS | BIOLOGICAL TECHNICIAN | Civilian Operations / Logistics | Planning and inventory for event needs<br>HQ Setup<br>Night Shift Logistics<br>Pre, Main, and Post Event HQ Facilities Support, Staff Fuel Station | 397 | $ 19,896.52 |
| Aug 29-Sept 7 | | | | | X | | 2015-19-20 | WORTHINGTON | PARK RANGER | Civilian Operations / Compliance | Ensure Environmental Compliance | 136 | $ 6,370.01 |
| Aug 28-Sept 10 | | | | X | X | | 2015-19-20 | WOYCHOWSKI | RANGER (FTO) | Law Enforcement / Patrol | Night Shift Patrol | 166 | $ 12,169.71 |
| Aug 29-Sept 8 | | | | | X | | 2015-19-20 | YACUBIC | ARCHAEOLOGIST | Civilian Operations / Compliance | Ensure Environmental Compliance | 106 | $ 5,246.86 |
| June 1- Sept 12 | X | X | X | X | X | | 2015-13-20 | YOUNG | STATE CHIEF RANGER | Technology Chief | CAD Devlopment<br>Joint Dispatch Planning<br>Network needs on playa<br>Internet, Dispatch, and CAD contact | 526 | $ 44,306.74 |
| | | | | | | | | | | | **LABOR TOTAL:** | **21,133.00** | **$ 1,450,523.86** |

## 2015 BURNING MAN - BLM CONTRACTS

| NO. | CONTRACTOR | PURPOSE | AMOUNT OBLIGATED | AMOUNT INVOICED | SOLE SOURCE | ONE-TIME vs. ANNUAL | CONTRACT DOCUMENT | STATEMENT OF WORK | INVOICE (S) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Law Enforcement Temporary Placement Service | Mission Support Technicians (Dispatchers) | $ 166,520.00 | $ 166,520.00 | No | Annual | Pg. 2-3 | Pg. 4-8 | Pg. 9-12 |
| 2 | Inet Dispatch, LLC | Computer Aided Dispatch | $ 138,346.00 | $ 138,345.20 | Sole Source | Annual | Pg. 13-14 | Pg. 15-25 | Pg. 26-28 |
| 3 | National Park Service | United States Park Police personnel - operation support | $ 135,000.00 | $ 110,060.87 | N/A | Annual | Pg. 29-30 | Pg. 31-34 | Pg. 35-36 |
| 4 | Lyman Communications, LLC | Microwave IP Network | $ 129,974.00 | $ 102,374.00 | No | Annual | Pg. 37-38 | Pg. 39-63 | Pg. 64-65 |
| 5 | Forest Service, US Department of Agriculture | Law Enforcement personnel - operation support  (Patrol) | $ 75,000.00 | $ 59,967.32 | N/A | Annual | Pg. 66-67 | pg. 68-70 | Pg. 71-73 |
| 6 | Alvarez & Associates, LLC | Satellite Tracker (for event personnel) Activation and Service | $ 56,494.20 | $ 56,494.20 | No | Annual | Pg. 74-75 | N/A | Pg. 76 |
| 7 | Modular Communications Systems | Dispatch Consoles | $ 12,500.00 | $ 12,500.00 | No | Annual | Pg. 77-78 | Pg. 79-80 | Pg. 81 |
| 8 | Hertz Equipment Rental Corporation | Utility Terrain Vehicles (UTVs) | $ 7,995.90 | $ 7,795.47 | No | Annual | Pg. 82-83 | Pg. 84-85 | Pg. 86-87 |
| 9 | Midland Radio Corporation | 3-wire Microphones for Midland Radios | $ 7,500.00 | $ 7,500.00 | No | One-Time | Pg. 88-89 | Pg. 90 | Pg. 91 |
| 10 | Tribalco, LLC | Base Station purchase | $ 4,899.67 | $ 4,899.67 | No | One-Time | Pg. 92- 103 | Pg. 104-105 | Pg. 106 |
| 11 | Botach Tactical | Goggles (for event personnel) | $ 4,248.30 | $ 4,248.30 | No | Annual | Pg. 107-108 | Pg. 109 | Pg. 110 |
| 12 | Geospatial Experts | GPS Camers for Compliance Team | $ 4,197.00 | $ 4,197.00 | No | One-Time | Pg. 111-121 | N/A | Pg. 122 |

*Prepared by Jessie Sandberg*

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS<br>*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | 1. REQUISITION NUMBER<br>0040221579 | | PAGE   OF<br>1      2 |
|---|---|---|---|

| 2. CONTRACT NO. | | 3. AWARD/<br>EFFECTIVE DATE | 4. ORDER NUMBER<br>L15PX00961 | 5. SOLICITATION NUMBER<br>L15PS00575 | 6. SOLICITATION<br>ISSUE DATE<br>06/11/2015 |
|---|---|---|---|---|---|

| 7.   **FOR SOLICITATION**<br>**INFORMATION CALL:** ▶ | a. NAME<br>Andrea Ramos | b. TELEPHONE  NUMBER  *(No collect calls)*<br>(801) 539-4145 | 8. OFFER DUE DATE/LOCAL TIME<br>ES |
|---|---|---|---|

| 9. ISSUED BY                          CODE | LUA | 10. THIS ACQUISITION IS   ☐ UNRESTRICTED OR   ☒ SET ASIDE:            % FOR: |
|---|---|---|

BLM UT-STATE OFC ADM SVCS BR(UT952)
440 WEST 200 SOUTH, SUITE 500
SALT LAKE CITY UT 84101

☒ SMALL BUSINESS

☐ HUBZONE SMALL
BUSINESS

☐ SERVICE-DISABLED
VETERAN-OWNED
SMALL BUSINESS

WOMEN-OWNED SMALL BUSINESS
(WOSB) ELIGIBLE UNDER THE WOMEN-OWNED
SMALL BUSINESS PROGRAM
☐ EDWOSB
☐ 8(A)

NAICS: 541990

SIZE STANDARD:  $15.0

| 11. DELIVERY FOR FOB DESTINA-<br>TION UNLESS BLOCK IS<br>MARKED<br>☐ SEE SCHEDULE | 12. DISCOUNT TERMS<br>ACCP | | ☐ 13a.  THIS CONTRACT IS A<br>RATED ORDER UNDER<br>DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|---|
| | | | 14. METHOD OF SOLICITATION<br>☒ RFQ      ☐ IFB      ☐ RFP | |

| 15. DELIVER TO                        CODE | 0004276670 | 16. ADMINISTERED BY                 CODE | LUA |
|---|---|---|---|

BLM-UT UTAH STATE OFFICE*
440 WEST 200 SOUTH, SUITE 500
PO BOX 45155
SALT LAKE CITY UT 84101

BLM UT STATE OFC ADM SVCS-UT952
440 WEST 200 SOUTH, SUITE 500
SALT LAKE CITY UT 84101

| 17a. CONTRACTOR/   CODE | 0071363340 | FACILITY<br>CODE | | 18a. PAYMENT WILL BE MADE BY            CODE | IPP INV |
|---|---|---|---|---|---|

LAW ENFORCEMENT TEMPORARY PLACEMENT SERVICE
Attn: ATTN GOVERNMENT POC
5360 STAFFORD CIR
PACE FL 32571-6816

Invoice Processing Platform System
US Department of Treasury
http://www.ipp.gov

TELEPHONE NO.    000-000-0000

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK  BELOW
IS CHECKED      ☐ SEE ADDENDUM

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| | Mission Support Technicians (Dispatchers) for<br>Burning Man Event<br>Legacy Doc #: BLM Suggested COR: EBOIK<br>Delivery: 09/30/2015<br>Account Assignment: K G/L Account: 6100.252R0<br>Business Area: L000 Commitment Item: 252R00 Cost<br>Center: LLNVW03000 Functional Area:<br>L51050000.EA0000 Fund: 15XL5017AP Fund Center:<br>LLNVW03000 Project/WBS: LV.RC.F1504080 PR Acct<br>Assign Line: 01<br>Continued ...<br>*(Use Reverse and/or Attach Additional Sheets as Necessary)* | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA<br>01 | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*<br>$166,520.00 |
|---|---|

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4.  FAR 52.212-3  AND 52.212-5 ARE ATTACHED.     ADDENDA     ☐ ARE   ☐ ARE NOT ATTACHED.

☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4.  FAR 52.212-5 IS ATTACHED.      ADDENDA     ☒ ARE   ☐ ARE NOT ATTACHED.

| ☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN _____<br>COPIES TO ISSUING OFFICE.  CONTRACTOR AGREES TO FURNISH AND DELIVER<br>ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL<br>SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED. | ☐ 29. AWARD OF CONTRACT:                        ☐ OFFER<br>DATED _____ . YOUR OFFER ON SOLICITATION (BLOCK 5),<br>INCLUDING ANY ADDITIONS OR  CHANGES WHICH ARE SET FORTH<br>HEREIN, IS ACCEPTED AS TO ITEMS: |
|---|---|
| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* |
| 30b. NAME AND TITLE OF SIGNER *(Type or print)*     \| 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or print)*<br>Jolyn Goss        \| 31c. DATE SIGNED |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

AR00344

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| | Period of Performance: 07/20/2015 to 09/30/2015 | | | | |
| 00010 | MISSION SUPPORT TECHNICIANS | | | | 166,520.00 |
| | The total amount of award: $166,520.00. The<br>obligation for this award is shown in box 26. | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED    ☐ INSPECTED    ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL  ☐ FINAL | | | ☐ COMPLETE  ☐ PARTIAL  ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) |
| | | 42c. DATE REC'D (YY/MM/DD) | 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

**Amended combined synopsis/solicitation to answer questions.**

**Questions and Answers will be attached as a separate document Combined synopsis/solicitation**

The Bureau of Land Management Utah Law Enforcement has a requirement for Mission Support Technicians.

This is a combined synopsis/solicitation for commercial items prepared in accordance with the format in Subpart 12.6, as supplemented with additional information included in this notice. This announcement constitutes the only solicitation; proposals are being requested and a written solicitation will not be issued. This solicitation is issued under L15PS00575 and is an invitation to provide a request for quotation. This solicitation and incorporated provisions and clauses are those in effect through Federal Acquisition Circular January 30, 2014.

Required equipment, services, tasks and responsibilities of the contractor shall consist of the following:

**1 Center Manager 3 Lead Mission Support Technicians and 9** Mission Support Technicians (MST) are needed to staff the 24 hour center. The MSTs provide criminal justice information to law enforcement officers, communicate and coordinate emergency responses, and maintain statistical data for reporting to executive and command leadership.

All law enforcement communication operations are required to be compliant with the Nevada Criminal Justice Information System (NCJIS) and National Crime Information Center policies and procedures. Each MST needs a favorable background investigation meeting or exceeding NCJIS screening standards.

The contractor is required to provide the following documentation to Contracting Specialist AJ Ramos by July 10, 2015 to initiate the NCJIS background process.

**Applicant Requirements:**
1. A list of the MSTs assigned to work the event. Please include name, date of birth, place of birth, current address, and social security number.
2. Each MST will need their fingerprints taken (see attached recording legible fingerprints document). They agency administering the fingerprints is required to sign the fingerprint card in the appropriate box. The MST is also required to sign the fingerprint card.
3. Each MST will need to fill out the Nevada Department of Public Safety (NVDPS) Fingerprint Background Waiver Form. Put "Bureau of Land Management" as the requesting agency.
4. Submit items 1-3 to AJ Ramos at the Utah State Office, 440 West 200 South, Suite 500, Salt Lake City, Utah 84101-1345.
5. Any previous felony convictions may preclude the MST from being authorized to work this event.

Once the above is received, BLM will complete the following.
**BLM Requirements:**
1. Submits the fingerprint cards to NVDPS in Carson City, Nevada.

2. Once favorable background investigation is complete, BLM Terminal Agency Coordinator (TAC) will request a new operator ID for each MST.
3. The BLM TAC will conduct a criminal history check for each MST assigned to the operation.
4. The BLM TAC will coordinate training prior to the start of the operation. This may require earlier arrival.
5. The BLM will coordinate with the NVDPS to conduct an onsite criminal justice security inspection.

**Mission Support Technicians Needed:**
- 1 Center Manager (Option)
- 3 Lead mission support technicians
- 9 mission support technicians

**(Option) Required knowledge, skills, and abilities by Center Manager**

- Coordinate with Black Rock City (BRC) Emergency Services Division (ESD) Communications in a shared communication center workspace.
- Coordinate with Pershing County Sheriff's Office (PCSO) Communications in a shared communication center workspace.
- Foster a collaborative, team oriented work environment.
- Supervise, Direct and lead the Lead MSTs and MSTs on the shifts, accounting for stress and workload management, ensuring professional and courteous conduct.
- Ensure accurate and timely information is disseminated to the field, identifying hurdles and challenges within the work environment.
- Provide feedback to the Incident Command Staff to improve overall service to field and work environment in the communication center.
- Able to pull reports and provide to management with short notice.
- Provide feedback to the Law Enforcement Branch Chief to pass along to Shift Supervisors, Patrol Commanders, Investigative Teams, etc. Reducing tensions between the communication center and the field personnel and increasing efficiency.
- Have and maintain a flexible and positive attitude under very stressful, unpredictable circumstances.
- Able to problem solve and think critically, independent of direct supervision.
- Have substantial previous experience working in a law enforcement or emergency services communication center, preferably as a Center Manager or Center Coordinator.

**Required knowledge, skills, and abilities by each Lead Mission Support Technician**

- Supervise the MSTs on the shift, accounting for stress and workload management, ensuring professional and courteous conduct.
- Ensure accurate and timely information is disseminated to the field, identifying hurdles and challenges within the work environment.

- Provide feedback to the Center Manager to improve overall service to field and work environment in the communication center.
- Able to pull reports and provide to management with short notice.
- Provide MST feedback to the Center Manager to pass along to Shift Supervisors. Reducing tensions between the communication center and the field personnel.
- Have and maintain a flexible and positive attitude under very stressful, unpredictable circumstances.
- Able to problem solve and think critically, independent of direct supervision.
- Have previous experience working in a law enforcement or emergency services communication center

**<u>Required knowledge, skills, and abilities by each Mission Support Technician</u>**
- Able to handle multiple **law enforcement** events simultaneously.
- Able to work efficiently in a very dynamic work environment where situations can change frequently and with significant criticality.
- Able to critically think, problem solve, and make decisions without immediate supervision.
- Must be computer literate and able to learn a new CAD system.

**<u>Required knowledge for all personnel</u>**
- Prior Law Enforcement and/or public safety communication experience in a dispatch center
- Have prior knowledge, skill and use of a Computer Aided Dispatch (CAD) system
- Have prior knowledge, skill and use of two way radio system

**<u>Work Environment</u>**

The BMTOC is in a modular trailer that is located on site of the Black Rock Desert Playa. Shifts are 12 hours including drive time to and from site. Shifts may be extended due to activity. Center Manager will work and report to the Event Civilian Operations Chief. Lead Mission Support technician will work/report to the center manager. Mission support technicians will work/report to their respective leads.

CONTROL will provide 24 hours of mission support to the event over three shifts. **<u>Day Shift (0500-1700), Swing Shift (1500-0300) and Night Shift (1900-0700)</u>**.

Mission Support responsibilities of "CONTROL" will include:

> Track officers and non-law enforcement staff to provide for employee safety.
> Provide investigative services and criminal justice information to officers.

Provide statistical data to the Plans (GIS) Unit.

Provide specific workload reports.

Accurately and completely enter data for events to comply
with requirements of records management system.

### iNetDispatch CAD

"CONTROL" will be utilizing a computer aided dispatch system provided by iNet
Dispatch.  The CAD has many capabilities, including resource tracking, event
creation and tracking, criminal justice queries, satellite and road map GIS,
automatic vehicle locate through the Delorme interface, and Jasper reporting.
You will be provided a username, password, an overview and documentation
upon arrival. We will have 24hr on-site support for the CAD.

### JLink (JusticeLink)

JLink is a secondary query system similar to CLETS, or CLIPS in other states.
Through JLink, you will be able to run queries that are not necessarily standard.
You will be provided a username and password for this system as well.

## TRAVEL:

- Approximate travel dates arriving in Gerlach, Nevada August 19th, 2015 leaving Gerlach,
  Nevada September 11, 2015. Need to account for training with Chris Allen for the NCJIS
  requirements. **DATES ARE SUBJECT TO CHANGE**
- Fly into Reno, Nevada as it is the closest airport to the event. Drive time from Reno to
  Gerlach is about two hours.
- Housing for 13 mission support technicians will be provided by the BLM
- Meals will be provided by the BLM through a catering service from August 25th through
  September 11, 2015. Pre-Event and post-Event meals will be coordinated by BLM in the
  nearby community of Gerlach, NV. The communication center will have a refrigerator
  and freezer for personal storage of snacks, food, drinks, etc. The refrigerator will be
  stocked daily with water and "sports drinks" by logistics personnel.
- Center Manager will need to travel to Phoenix Arizona or Salt Lake City, UT prior to the
  event for a two to five day training (Dates TBD)
  - Price _____

52.212-02, Evaluation - Commercial Items. Technical Performance: Prospective Offer must be regularly
established in the business called for.  Offeror must be a small business.  Offeror must provide make,
model, and other relevant information regarding the equipment proposed.  Past Performance: The
Government may, at its discretion, base past performance on past knowledge and previous experience
with the contractor, supply or service being provided, customer survey or other reasonable basis. Price.
Technical and Past Performance, when combined are of significantly greater importance when compared

to price. (b) A written notice of award or acceptance of an offer, mailed or otherwise, furnished to the successful offeror within the time for acceptance specified in the offer, shall result in a binding contract without further action by either party. Before the offer's specified expiration time, the Government may accept an offer (or part of an offer), whether or not there are negotiations after its receipt, unless a written notice of withdrawal is received before award. The following Clauses are incorporated by reference and apply: 52.212-1, Instructions to OfferorsCommercial; 52.212-2, EvaluationCommercial Items; 52.212-3, Offeror Representations and CertificationsCommercial Items; 52.252-2, Clauses Incorporated by Reference (Feb 1998); 52.204-6, Data Universal Numbering System Number; 52.204-7, System for Award Management, 52.204-12, Data Universal Numbering System Maintenance; 52.204-13, System for Award Management Maintenance; 52.212-4, Contract Terms and ConditionsCommercial Items; 52.212-5, Contract Terms and Conditions Required To Implement Statutes or Executive OrdersCommercial Items, Alternate 1; 52.222-50, Combating Trafficking in Persons (FEB 2009); 52.233-3, Protest After Award (AUG 1996); 52.233-4, Applicable Law for Breach of Contract Claim (OCT 2004); 52.209-6, Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment (DEC 2010);52.219-6, Notice of Total Small Business Set-Aside (NOV 2011); 52.222-3, Convict Labor (JUN 2003); 52.222-19, Child Labor-Cooperation with Authorities and Remedies (MAR 2012); 52.222-21, Prohibition of Segregated Facilities (FEB 1999); 52.222-26, Equal Opportunity (MAR 2007); 52.222-35, Equal Opportunity for Veterans (SEP 2010); 52.222-36, Affirmative Action for Workers with Disabilities (OCT 2010); 52.222-37, Employment Reports on Veterans (SEP 2010); 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (DEC 2010); 52.223-18, Encouraging Contractor Policies to Ban Text Messaging While Driving (AUG 2011); 52.225-1, Buy American Act - Supplies (FEB 2009); 52.232-33, Payment by Electronic Funds Transfer System for Award Management (OCT 2003);52.223-18 Encouraging Contractor Policies to Ban Text Messaging While Driving. (AUG 2011); 1452.232-99 Providing Accelerated Payment to Small Business Subcontractors; 1452.201-70 AUTHORITIES AND DELEGATIONS (SEPT 2011); DOI ELECTRONIC INVOICING Electronic Invoicing and Payment Requirements - Invoice Processing Platform (IPP) (September 2011); 52.212-1 Instructions to Offerors - Commercial Items. (FEB 2012); 52.212-2 Evaluation - Commercial Items. (JAN 1999) ; 52.212-3 Offeror Representations and Certifications-Commercial Items. (DEC 2012) Offers are due no later than 8:00 AM MST, April 11, 2014. This requirement is 100% set-aside for small business. All offerors must be registered in the System for Award Management (SAM). You may register at: www.SAM.gov.


Government Point of Contact: AJ Ramos Contracting Officer Bureau of Land Management 440 West 200 South Suite 500 Salt Lake City, Utah 84101 Phone: 801-539-4165 Email: aramos@blm.gov

# LAW ENFORCEMENT TEMPORARY PLACEMENT SERVICE



5360 Stafford Circle

Pace, FL 32571

850-382-3898

lawenforcementtempplace@gmail.com

**To:**

Bureau of Land Management

440 West 200 South, Suite 500

Salt Lake City, Utah 84101

| | |
|---|---|
| **Invoice #** | 107 |
| **Purchase Order #** | L15PX00961 |
| **Invoice Date** | July 22, 2015 |
| **Balance Due** | **USD $23,600.00** |
| **Due Date** | August 5, 2015 |

| DESCRIPTION | RATE | QUANTITY | TAX | LINE TOTAL |
|---|---|---|---|---|
| Airline Reservations (Burning Man 2015) | $1,000.00 | 14 | | $14,000.00 |
| Rental Cars (3Full Size Cars, 1 SUV) | $4,500.00 | 1 | | $4,500.00 |
| Motel Reservations (16 Rooms, 2 nights) | $2,400.00 | 1 | | $2,400.00 |
| Uniform Shirts (98 Polo Type Shirts) | $2,700.00 | 1 | | $2,700.00 |

**Terms:**

Please pay within 14 days of invoice date.

| **Total Due** | **USD $23,600.00** |
|---|---|

AR00351

**Note to Client:**

All of the above expenses have been incurred in preparation for providing Dispatch Services at the 2015 Burning Man Event to be held in Gerlach, Nevada and have been invoiced according to the contract, "Bid Proposal Worksheet".

AR00352

# LAW ENFORCEMENT TEMPORARY PLACEMENT SERVICE



5360 Stafford Circle

Pace, FL 32571

850-382-3898

lawenforcementtempplace@gmail.com

**To:**

Bureau of Land Management

440 West 200 South, Suite 500

Salt Lake City, Utah 84101

| | |
|---|---|
| **Invoice #** | 112 |
| **Purchase Order #** | L15PX00961 |
| **Invoice Date** | September 3, 2015 |
| **Balance Due** | **USD $11,200.00** |
| **Due Date** | September 17, 2015 |

| DESCRIPTION | RATE | QUANTITY | TAX | LINE TOTAL |
|---|---|---|---|---|
| Employee Perdium (14 x 8 days = 112) | $100.00 | 112 | | $11,200.00 |

**Terms:**

Please pay within 14 days of invoice date.

| | |
|---|---|
| **Total Due** | **USD $11,200.00** |

**Note to Client:**

Employee Perdium: 14 Employees x $100.00 per day x 8 days = $11200.00 (Total perdium for the event).

AR00353

# LAW ENFORCEMENT TEMPORARY PLACEMENT SERVICE



5360 Stafford Circle

Pace, FL 32571

850-382-3898

lawenforcementtempplace@gmail.com

**To:**

Bureau of Land Management

440 West 200 South, Suite 500

Salt Lake City, Utah 84101

| | |
|---|---|
| **Invoice #** | 113 |
| **Purchase Order #** | L15PX00961 |
| **Invoice Date** | September 12, 2015 |
| **Balance Due** | **USD $131,720.00** |
| **Due Date** | September 25, 2015 |

| DESCRIPTION | RATE | QUANTITY | TAX | LINE TOTAL |
|---|---|---|---|---|
| Total Employee Salaries | $110,400.00 | 1 | | $110,400.00 |
| LETPS Administrative Services | $21,320.00 | 1 | | $21,320.00 |

**Terms:**

Please pay within 14 days of invoice date.

| | |
|---|---|
| **Total Due** | **USD $131,720.00** |

## Note to Client:

1) Total employee salaries for Mission Support Technicians, Mission Support Supervisors, Detail Supervisor, and LETPS Representative for the 2015 Burning Man Event Gerlach, Nevada.

2) Total administrative costs and fees for LETPS for the 2015 Burning Man Event.

AR00354

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | 1. REQUISITION NUMBER | | PAGE | OF |
|---|---|---|---|---|
| *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | 0040230147 | | 1 | 2 |

| 2. CONTRACT NO. | 3. AWARD/ EFFECTIVE DATE | 4. ORDER NUMBER L15PX00959 | | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|---|

| 7. FOR SOLICITATION INFORMATION CALL: ▶ | a. NAME Andrea Ramos | b. TELEPHONE NUMBER (No collect calls) (801) 539-4145 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|

| 9. ISSUED BY | CODE | LUA | 10. THIS ACQUISITION IS | X | UNRESTRICTED OR | ☐ SET ASIDE: | % FOR: |
|---|---|---|---|---|---|---|---|

BLM UT-STATE OFC ADM SVCS BR(UT952)
440 WEST 200 SOUTH, SUITE 500
SALT LAKE CITY UT 84101

☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

☐ WOMEN-OWNED SMALL BUSINESS
☐ (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☐ 8(A)

NAICS: 541512

SIZE STANDARD: $27.5

| 11. DELIVERY FOR FOB DESTINA-TION UNLESS BLOCK IS MARKED ☐ SEE SCHEDULE | 12. DISCOUNT TERMS ACCP | | ☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|---|
| | | | 14. METHOD OF SOLICITATION ☐ RFQ   ☐ IFB   ☐ RFP | |

| 15. DELIVER TO | CODE | 0004276670 | 16. ADMINISTERED BY | CODE | LUA |
|---|---|---|---|---|---|

BLM-UT UTAH STATE OFFICE*
440 WEST 200 SOUTH, SUITE 500
PO BOX 45155
SALT LAKE CITY UT 84101

BLM UT STATE OFC ADM SVCS-UT952
440 WEST 200 SOUTH, SUITE 500
SALT LAKE CITY UT 84101

| 17a. CONTRACTOR/ OFFEROR | CODE | 0071338858 | FACILITY CODE | | 18a. PAYMENT WILL BE MADE BY | CODE | IPP INV |
|---|---|---|---|---|---|---|---|

INET DISPATCH, LLC
Attn: ATTN GOVERNMENT POC
7918 N 47TH ST
PARADISE VALLEY AZ 85253-2904

Invoice Processing Platform System
US Department of Treasury
http://www.ipp.gov

TELEPHONE NO.   000-000-0000

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED   ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Suggested Vendor:   Suggested Buyer/CO: Legacy Doc #: BLM Suggested COR: EBOIK Delivery: 09/30/2015 Account Assignment: K G/L Account: 6100.252R0 Business Area: L000 Commitment Item: 252R00 Cost Center: LLNVW03000 Functional Area: L51050000.EA0000 Fund: 15XL5017AP Fund Center: LLNVW03000 Project/WBS: LV.RC.F1504080 PR Acct Assign Line: 01 Period of Performance: 07/21/2015 to 09/30/2015 Continued ... *(Use Reverse and/or Attach Additional Sheets as Necessary)* | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA 01 | 26. TOTAL AWARD AMOUNT (For Govt. Use Only) $138,346.00 |
|---|---|

| ☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4.  FAR 52.212-3  AND 52.212-5 ARE ATTACHED.  ADDENDA | ☐ ARE | ☐ ARE NOT ATTACHED. |
|---|---|---|
| ☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.  ADDENDA | ☒ ARE | ☐ ARE NOT ATTACHED. |

| ☐ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES TO ISSUING OFFICE.  CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED. | ☐ 29. AWARD OF CONTRACT: ___ OFFER DATED ___  YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR  CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: |
|---|---|

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) *Andrea J. Ramos* |
|---|---|
| 30b. NAME AND TITLE OF SIGNER (Type or print) | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER (Type or print) Andrea Ramos | 31c. DATE SIGNED 07/21/15 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

AR00355

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| 00010 | 2015 BMAN CAD | | | | 138,346.00 |
| | The total amount of award: $138,346.00. The obligation for this award is shown in box 26. | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED   ☐ INSPECTED   ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL   ☐ FINAL | | | ☐ COMPLETE   ☐ PARTIAL   ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) | |
|---|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) | |
| | | 42c. DATE REC'D (YY/MM/DD) | 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

AR00356

**UNITED STATES DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**
**OFFICE OF LAW ENFORCEMENT AND SECURITY**
**REGION 3**

**STATEMENT OF WORK (SOW)**

**for providing Computer Aided Dispatch (CAD) technical services and support in the Gerlach, NV area for the BLM 2015 Burning Man Event**

**PROJECT TITLE:**

BLM 2015 Burning Man Computer Aided Dispatch (CAD)

**BACKGROUND:**

The Burning Man Recreational Event is an international art festival and an experiment in a "temporary community dedicated to radical self-expression and self-reliance". The temporary community of Black Rock City is created for eight days and becomes the 7th largest city in Nevada. The event takes place on the Black Rock Desert within the Black Rock/High Rock NCA, managed by the Winnemucca District Office. A Special Recreation Permit (SRP) is issued to Black Rock City LLC which is responsible for all activities within Black Rock City. The SRP has approximately 13 general stipulations and 55 special stipulations. The BLM also generates a Closure Order for the event that is announced in the Federal Register which designates the event area as a temporary closure and documents temporary restriction of certain activities within the temporary closure.

The BLM's operational mission is to ensure public safety and resource protection through the enforcement of the event closure order, the SRP stipulations, Federal laws/regulations and Nevada state laws/regulations at the event. To accomplish this mission the BLM has adopted the Incident Command System (ICS) and integrated multiple agencies into one operation. The ICS operation will be a combination of overhead, operational and support positions. The ICS operation will cover all three event periods of the detail: Pre-Event; Main Event; Post-Event (8/25 - 9/11: 18 days).

Feedback from previous events has identified key issues that would improve officer safety by providing real time tracking of units and events. The Burning Man dispatch center currently does not have a method sufficient to meet this business need.

Another identified need is the ability to provide statistical analysis pertaining to type and disposition of events BLM is involved in. This information would allow for better cost analysis, accurate allocation of resources during the event, and proactively planning for subsequent Burning Man events. It also allows for timely allocation of resources each day supporting the community oriented policing approach BLM uses to support the Burning Man Event.

**SCOPE OF WORK:**

The Contractor shall provide a fully functional Computer Aided Dispatch (CAD) System, technical services, technical support, software applications and hardware to ensure a fully functional, operational and reliable Law Enforcement CAD at the BLM Headquarters (BLM HQ) and other nearby locations in "Black Rock City, Nevada."

**UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
OFFICE OF LAW ENFORCEMENT AND SECURITY
REGION 3**

**STATEMENT OF WORK (SOW)**

**REQUIREMENTS:**

The Contractor shall provide technical services, technical support, software applications and hardware to ensure a functional and operational law enforcement computer network (LEN) in the Burning Man Tactical Operation and Communication Center (BMTOC).

The Contractor shall provide Client/Server Support Engineering Services for the BMTOC, which includes a variety of System, Database, Network, GIS and Computer Aided Dispatch (CAD) Database Administration and Support Services relating specifically to the network operations of the communication center.

Required tasks and responsibilities of the contractor shall consist of the following:

1. Provide one (1) On-Site Server License, for iNetCAD/AVL
2. Provide eight (8) client subscription licenses for browser based computer aided dispatch software, for 3 months each license, for iNetCAD Client
3. Provision and maintain a CAD server on site, which includes at minimum:
    a. Application Server
    b. Database Server
    c. GIS Server
    d. State of Nevada Criminal Justice Interface
    e. IMARS Interface

4. **Database, ArcGIS Server**
   Integrate customer provided Geospatial information to display relevant data as it pertains to Burning Man Event to include Geographic Information Systems (GIS) Maps, layer files and shape files. This includes actively identifying a response area based on the Global Positioning Satellite Tracking device data, accurate utilization and display of intersection mapping, and ability to provide reports and maps based on this data.

5. **GPS/AVL Interface (Software Maintenance)**
   Integrate Global Positioning Satellite Tracking device data through an open source or contractor provided application interface (API) to depict locations real time on the CAD GIS map layers. Vendor will be provided test devices to ensure accuracy.

**UNITED STATES DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**
**OFFICE OF LAW ENFORCEMENT AND SECURITY**
**REGION 3**

**STATEMENT OF WORK (SOW)**

6. **GPS/AVL Interface (Database Maintenance)**
   Integrate Global Positioning Satellite Tracking device data through an open source or
   contractor provided application interface (API) to capture locations into the CAD
   database in the coordinate fields. Clear previous years' device IMEI Information and
   User information out of the CAD Database and populate with current information. Error
   and validation check to ensure no duplication of IMEI information which is known to
   cause interruptions in the API. Vendor will be provided test devices to ensure accuracy.

7. **NCJIS State/NCIC Interface (Software Maintenance)**
   Integrate criminal justice interface via a State Switch with the CAD to run the specific
   queries through Nevada to determine wanted and driver's license checks, stolen vehicle
   and vehicle registration check, Canadian persons wanted and driver's license check,
   Canadian vehicle registration and stolen check, probation, protection order files, sex
   offender registration, NCIC wanted files, NLETS transactions for above checks and
   additional as defined by the needs of the customer.

8. **IMARS (Niche Interface) (Software Maintenance)**
   Create a database source for exporting event data from the CAD Database to IMARS
   through XML Schema and XSLT transformation.  If a connection cannot be sustained by
   the customer, the vendor will be required to provide batch data to be pushed to IMARS in
   a non-automated procedure on a per hour, per day or per event basis. If a connection can
   be sustained, the IMARS data will be pushed to IMARS at the close of each Law
   Enforcement event.

9. Display all relative information as it pertains to a person or plate that has already been
   assigned to a previous incident in CAD.

10. Allow for user interface feedback to improve query return clarity, use of the command
    line, report output, and GIS integration.

11. Provide technical support for additional Law Enforcement software applications on the
    LEN.

12. Perform System Administration functions for Microsoft Windows environment, in the
    absence of IT personnel.

13. Perform System Administration functions for Group Policy environment, in the absence
    of IT personnel.

14. Perform Database Administration (DBA) functions for Microsoft SQL Server or
    equivalent.

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
OFFICE OF LAW ENFORCEMENT AND SECURITY
REGION 3

STATEMENT OF WORK (SOW)

15. Perform Network Administration functions for CISCO environments, in the absence of IT personnel.

16. Develop test cases and performs functional quality tests for Law Enforcement Applications.

17. Write automation scripts for Microsoft Windows and SQL Server database application packages or similar.

18. Solve product, operating system, hardware, network and database problems of low to moderate complexity and scope.

19. Develop and maintains installation, usage, and troubleshooting guides for BLM as possible for planning of future events.

20. Understand and communicate end user requirements to BLM.

21. Provide technical and help desk support for Law Enforcement end-users.

22. Database Source Creation for exporting event data from the CAD Database to reporting tools such as Microsoft Access and/or Sequel Server Crystal Reports and/or Jasper. Provide up to ten custom reports for given parameters provided by the customer.

23. Contract personnel must arrive on site at the location on Wednesday, August 19, 2015 and begin set-up and testing, no later than 13:00 hours, Pacific Daylight Time (UTC-08:00).

24. System must be built, deployed, tested and operational by Monday, August 24, 2015 at 12:00 hours, Pacific Daylight Time (UTC-08:00).

25. Contractor must have dedicated technical support on-site during the entire "Service Period." Contractor must have dedicated technical support personnel available to respond within 15 minutes in the event of CAD System failure.

26. Contractor must provide a "High Availability" CAD System" required from 08/25/2015 00:01 hours through 09/11/2015 23:59 hours, Pacific Daylight Time (UTC-08:00).

27. It is a requirement for this contractor to work collaboratively and cooperatively with additional contractors, vendors, federal, state, local agencies during the performance period both at the location and at off-site locations if necessary.

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
OFFICE OF LAW ENFORCEMENT AND SECURITY
REGION 3

STATEMENT OF WORK (SOW)

28. The contractor shall be responsible for lodging of contractor personnel on-site through the use of a contractor furnished RV or camper trailer. The government will provide space for parking and power, potable water and sewage service.

29. The contractor shall be responsible for food and beverages for contractor personnel from August 19th through August 24th. Government catering service will begin on August 25, 2015. Government catering service will conclude on September 11, 2015.

30. The contractor shall provide any on-site transportation needed for contractor personnel and contractor equipment at the location during the performance period.

31. The contractor shall be responsible for all transportation of all contractor personnel and contractor equipment to and from the event.

32. The contractor shall be available to participate in pre-coordination meetings by telephone and/or video teleconference.

33. **Pre-Event System Implementation - Engineering Services (6/15 – 8/15/2015)**
Project Management, Core CAD Software Upgrade & Certification, Map Assessment/Integration, Interfaces Upgrade & Certification, Interfaces Feature Modification Development, Report Review & Custom Report Development, CAD Feature Modification/Development, Training

34. Provide pre-event training documentation and electronic based training in the format of a webinar for 13-15 people.  Provide a Demo product users may utilize during training.

35. Provide contractor personnel to participate in an in-person planning / training session with the Communications Center Manager. This is conceived as occurring in mid to late July 2015 in Phoenix, Arizona.

36. **Event (on-site) Engineering Services (Support & Engineering)**
Project Management, Core CAD Software Development & Maintenance, Map Assessment/Integration, Interfaces Upgrade & Certification, Interfaces Feature Modification Development, Report Review & Custom Report Development, CAD Feature Modification/Development, Training

37. Provide on-site training for BLM IT Support.  Training will consist of an overview of the system so IT personnel can competently check the system's functionality.

38. Provide on-site support for set up and/or take down of all vendor provided equipment.

**UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
OFFICE OF LAW ENFORCEMENT AND SECURITY
REGION 3**

**STATEMENT OF WORK (SOW)**

39. **Post Event Engineering Services**
    Meetings, Move system/Install/Setup Server on BLM Network, closeout, final reports.


 **Special Requirements/ Options:**

Automated Parsing of Data:

Parse specific fields from the Department of Motor Vehicle return through Nevada Criminal Justice Information System (NCJIS) and/or the International Justice and Public Safety Network (NLETS). Automate population of fields from the person and vehicle returns to automatically run the registered owner of a vehicle and create a local file.

IMARS Automation- Automation of data being pushed from the computer aided dispatch to IMARS is dependent upon a network connection that is set up and maintained by the Customer and the Nevada Department of Public Safety.  If a connection can be made and sustained, the customer requests data to be pushed at the time of each event's conclusion.

The Contractor shall hold or be able to obtain, at minimum, a current National Agency Check with Investigations (NACI), and if needed Criminal Justice Investigative System certification. These must be in place prior to commencement of any work.

**OCCUPATION / OCCUPATION CODE(s):**

> http://www.bls.gov/soc/
> 15-1130 Software Developers and Programmers
> > 15-1131 Computer Programmers
> > 15-1132 Software Developers, Applications
> > 15-1133 Software Developers, Systems Software
> > 15-1134 Web Developers
> 15-1140 Database and Systems Administrators and Network Architects
> > 15-1141 Database Administrators
> > 15-1142 Network and Computer Systems Administrators
> > 15-1143 Computer Network Architects
> 15-1152 Computer Network Support Specialists

**UNITED STATES DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**
**OFFICE OF LAW ENFORCEMENT AND SECURITY**
**REGION 3**

**STATEMENT OF WORK (SOW)**

**GOVERNMENT FURNISHED REQUIREMENTS:**

The tasks and responsibilities of the government shall consist of the following:

1. Provide onsite parking for contractor furnished RV or camper trailer.
2. Provide electrical power to the contractor furnished RV or camper trailer.
3. Provide electrical power to the contractor electrical equipment for the IP network at the BLM HQ and the Sub-Station.
4. Provide food and beverages for the contractor through catering service from August 25 through September 11.
   a. Meals will be served three times per day at regular intervals.
   b. Meals will be provided for no more than five contractor personnel.
5. Provide water fill service through an on-site contractor.
6. Provide sewage pump out service through an on-site contractor.
7. Provide a government Project Lead for coordination and direction pre-event, event and post-event.
8. Provide a shipping address in Gerlach, Nevada to the contractor may ship small and urgent packages necessary to the project.
9. The government MAY provide temporary storage for contractor equipment pre-event and post-event at the BLM Black Rock Station in Gerlach, Nevada, if space is available which will not adversely affect normal government operations at this site.

**UNITED STATES DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**
**OFFICE OF LAW ENFORCEMENT AND SECURITY**
**REGION 3**

**STATEMENT OF WORK (SOW)**

**ACKNOWLEDGEMENTS:**

The government acknowledges the network at the BLM HQ and within Black Rock City is dependent on power provided by the government and/or another contractor to the government. The contractor will not be responsible for system outages or failures which are caused by lack of power or power inadequacies. The contractor is responsible for providing contractor power requirements for the location to the government in advance of the performance period, but not later than July 27th, 2015.

**DELIVERABLES:**

The tasks and responsibilities identified in the Scope of Work shall fall into the following categories:

1. Project Management
2. Systems Architecture
3. Systems Engineering
4. Database Administration Services
5. System Administration Services
6. Network Administration Services
7. CAD Application Support Services
8. User Training
9. Accounting of Billable Activities

Weekly meetings with the contractor shall be held to track all work being performed.

The contractor shall provide a detailed accounting of all billable services following the period for which the services were performed.

**LOCATION:**

BLM 2015 Burning Man BLM Headquarters (BLM HQ)

Black Rock Desert near Gerlach, NV (Pershing County, Nevada)

2015 City location(s):

| | |
|---|---|
| The Man | N40.78630, W-119.20650 |
| Perimeter Point 1 | N40.78300, W -119.23562 |
| Perimeter Point 2 | N40.80598, W -119.21944 |
| Perimeter Point 3 | N40.80221, W -119.18559 |
| Perimeter Point 4 | N40.77628, W -119.18008 |

**UNITED STATES DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**
**OFFICE OF LAW ENFORCEMENT AND SECURITY**
**REGION 3**

**STATEMENT OF WORK (SOW)**

Perimeter Point 5/BLM HQ   N40.76436, W -119.21094

OFF PLAYA STAGING AREA          N40.78334, W -119.26932

Location 1 (Primary)
Burning Man Tactical Operations and Communication Center
N40.76436, W -119.21094

Location 2 (Secondary)
Federal Law Enforcement Communication Center (FLECC)
C/O
Bureau of Land Management
Phoenix District Office
21605 N. 7th Ave.
Phoenix, AZ 85027
Ground Floor – Single Story Building

**PERIOD OF PERFORMANCE**

June 15th 2015 to December 31st, 2015.  This will account for the configuration prior to deployment as well as support post event for database maintenance.

**PERIOD OF SERVICE:**

August 19, 2015 through September 12, 2015. (25 Days)

08/19/2015 – Contractor must arrive at BLM HQ begin "setup"

08/25/2015 – Provided Services at BLM HQ fully operational at or before 12:00 hours

09/11/2015 – "Post Patrol" portion of event ends, contractor begins "break down"

09/12/2015 – Contractor may depart when "break down" complete.

**UNITED STATES DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**
**OFFICE OF LAW ENFORCEMENT AND SECURITY**
**REGION 3**

**STATEMENT OF WORK (SOW)**

**LEGAL AUTHORITIES AND REGULATORY REQUIREMENTS:**

The design, construction and operation of the Law Enforcement Network and transmission of all data must comply with all commonly accepted commercial network standard and regulations and with the following legal and regulatory requirements:

- 44 U.S.C. § 3541– Federal Information Security Management Act (FISMA) of 2002
- National Institute of Standards and Technology (NIST), Federal Information Processing Standard (FIPS) Publication 140-2, Security Requirements for Cryptographic Modules
- National Institute of Standards and Technology (NIST), Federal Information Processing Standard (FIPS) Publication 197, Advanced Encryption Standard (AES) 256 bit cypher.
- 28 C.F.R. § 20 - Criminal Justice Information Systems
- 43 C.F.R. Public Lands: Interior
- 16 U.S.C. § 470 – National Historic Preservation Act

**UNITED STATES DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**
**OFFICE OF LAW ENFORCEMENT AND SECURITY**
**REGION 3**

**STATEMENT OF WORK (SOW)**

**CONTACTS:**

**BLM Project Lead/Technical Point of Contact/Project Inspector (PI)**

Jon Young
State Chief Ranger
Bureau of Land Management
One North Central Avenue Suite 800
Phoenix, AZ 85004-4427
(O): 602-417-9319
(C): 623-826-1286
(F): 602-417-9545
j5young@blm.gov

**BLM Contracting Officer Representative (COR)**

Eric Boik
Facilities Manager
Bureau of Land Management
Winnemucca District Office
(C): 775-455-6947
mpirtle@blm.gov

**BLM Contracting Officer (CO)**

AJ Ramos
Contract Specialist
BLM, Office of Law Enforcement and Security
Region 3
440 West 200 South, Suite 500
Salt Lake City, Utah 84101
801-539-4145 office
801-200-4161 cell
aramos@blm.gov



# INVOICE

7702 East Doubletree Ranch Rd, Suite 300
Scottsdale, Az, 85258
Tel: (888) 949-9911
Fax: (905) 278-9915

**INVOICE # 15-072302**
**DATE: JULY 23/2015**

TO  Attn: Andrea Ramos
BLM –UT State Office
440 West 200 South, Suite 500
*PO Box 45155*
*Salt Lake City UT 84101*

SHIP
TO    Same

| PO/JOB | SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE | PAYMENT TERMS | DUE DATE |
|---|---|---|---|---|---|
| PO# L15PX00959 R 0 /Burning Man Project | NA | Due on receipt | | Due on receipt | July 23/14 |

| QTY | ITEM # | DESCRIPTION | UNIT PRICE | DISCOUNT | LINE TOTAL |
|---|---|---|---|---|---|
| 1 | ContSign | Contract Signing/PO Received (30%) | $ 41,503 | | $ 41,503 |

| | | | | TOTAL DISCOUNT | |
|---|---|---|---|---|---|
| | | | | SUBTOTAL | $ 41,503 |
| | | | | | |
| | | | | TOTAL | $ 41,503 |

AR00368



# INVOICE

7702 East Doubletree Ranch Rd, Suite 300
Scottsdale, Az, 85258
Tel:  (888) 949-9911
Fax: (905) 278-9915

**INVOICE # 15-082401**
**DATE: AUG 24/2015**

**TO**   Attn: Andrea Ramos
BLM –UT State Office
440 West 200 South, Suite 500
*PO Box 45155*
*Salt Lake City UT 84101*

**SHIP**
**TO**   Same

| PO/JOB | SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE | PAYMENT TERMS | DUE DATE |
|--------|-----------------|----------------|---------------|---------------|----------|
| PO# L15PX00959 R 0 /Burning Man Project | NA | Due on receipt | | Due on receipt | Aug 24/15 |

| QTY | ITEM # | DESCRIPTION | UNIT PRICE | DISCOUNT | LINE TOTAL |
|-----|--------|-------------|-----------|----------|------------|
| 1 | TrainComplete | Completion of Training  (50%) | $ 69,173 | | $ 69,173.00 |
| 2 | LiveOps | Live Operations Start (10%) | $13,834.60 | | $13,834.60 |

| | | | | TOTAL DISCOUNT | |
|---|---|---|---|---|---|
| | | | | SUBTOTAL | $ 83,007.60 |
| | | | | | |
| | | | | TOTAL | $ 83,007.60 |

**AR00369**



# INVOICE

7702 East Doubletree Ranch Rd, Suite 300
Scottsdale, Az, 85258
Tel: (888) 949-9911
Fax: (905) 278-9915

**INVOICE # 15-101005**
**DATE: SEP 10/2015**

| TO | Attn: Andrea Ramos | SHIP | |
|---|---|---|---|
| | BLM -UT State Office | TO | Same |
| | 440 West 200 South, Suite 500 | | |
| | *PO Box 45155* | | |
| | *Salt Lake City UT 84101* | | |

| PO/JOB | SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE | PAYMENT TERMS | DUE DATE |
|---|---|---|---|---|---|
| PO# L15PX00959 R 0 /Burning Man Project | NA | Due on receipt | | Due on receipt | Sep 10/15 |

| Q TY | ITEM # | DESCRIPTION | UNIT PRICE | DISCO UNT | LINE TOTAL |
|---|---|---|---|---|---|
| 1 | OpsEnd | Completion of Operations  (10%) | $13,834.60 | | $13,834.60 |
| | | **TOTAL DISCOUNT** | | | |
| | | **SUBTOTAL** | | | $13,834.60 |
| | | | | | |
| | | **TOTAL** | | | $13,834.60 |

AR00370

| INTERAGENCY AGREEMENT | 1. IAA NO.<br>L15PG00211 | PAGE<br>1 | OF<br>2 |
|---|---|---|---|

| 2. ORDER NO. | 3. REQUISITION NO.<br>0040232914 | 4. SOLICITATION NO. |
|---|---|---|

| 5. EFFECTIVE DATE<br>See Block 26c | 6. AWARD DATE<br>08/08/2015 | 7. PERIOD OF PERFORMANCE<br>08/01/2015 TO 09/25/2015 |
|---|---|---|

| 8. SERVICING AGENCY | 9. DELIVER TO |
|---|---|
| National Park Service<br>ALC: 14-10-0099<br>DUNS: 126516947 +4:<br>1100 Ohio Dr SW<br>Washington DC 20242-0001<br><br><br>POC      Connie Green<br>TELEPHONE NO.  202-619-7054 | BLM-UT UTAH STATE OFFICE*<br>440 WEST 200 SOUTH, SUITE 500<br>PO BOX 45155<br>SALT LAKE CITY UT 84101<br>US |

| 10. REQUESTING AGENCY | 11. INVOICE OFFICE |
|---|---|
| L UT-STATE OFC ADM SVCS BR(UT952)<br>ALC:<br>DUNS:  +4:<br>440 WEST 200 SOUTH, SUITE 500<br>SALT LAKE CITY UT 84101<br><br>POC<br>TELEPHONE NO. | OC622 - PAYMENTS SECTION<br>BUREAU OF LAND MANAGEMENT<br>DENVER FEDERAL CENTER, BLDG. 50<br>MS OC-620 Payments<br>PO BOX 25047<br>DENVER CO 80225 |

| 12. ISSUING OFFICE | 13. LEGISLATIVE AUTHORITY<br>31 USC 1535 Economy Act of 1932, as amended |
|---|---|
| BLM UT-STATE OFC ADM SVCS BR(UT952)<br>440 WEST 200 SOUTH, SUITE 500<br>SALT LAKE CITY UT 84101 | 14. PROJECT ID |
| | 15. PROJECT TITLE<br>SPECIAL OPERATIONS SUPPORT BURNING MAN 2015 |

| 16. ACCOUNTING DATA |
|---|
| 01 |

| 17.<br>ITEM NO. | 18.<br>SUPPLIES/SERVICES | 19.<br>QUANTITY | 20.<br>UNIT | 21.<br>UNIT PRICE | 22.<br>AMOUNT |
|---|---|---|---|---|---|
| | Intra-agency Agreement w/ NPS to provide special operations support (USPP)<br>Legacy Doc #: BLM Suggested COR: EBOIK<br>Delivery: 09/25/2015<br>Account Assignment: K G/L Account: 6100.253H0<br>Business Area: L000 Commitment Item: 253H00 Cost Center: LLNVW03000 Functional Area:<br>L51050000.NU0000 Fund: 15XL5017AP Fund Center:<br>LLNVW03000 Project/WBS: LV.RC.F1504080 PR Acct Assign Line: 01<br><br><br>Continued ... | | | | |

| 23. PAYMENT PROVISIONS | 24. TOTAL AMOUNT<br>$135,000.00 |
|---|---|

| 25a. SIGNATURE OF GOVERNMENT REPRESENTATIVE (SERVICING) | 26a. SIGNATURE OF GOVERNMENT REPRESENTATIVE (REQUESTING) |
|---|---|
| 25b. NAME AND TITLE | 25c. DATE | 26b. CONTRACTING OFFICER<br>Jolyn Goss | 26c. DATE |

**AR00371**

| IAA NO | ORDER NO | PAGE | OF |
|---|---|---|---|
| L15PG00211 | | 2 | 2 |

| 00010 | 2015 Burning Man Support | | | | | 135,000.00 |
|---|---|---|---|---|---|---|
| | The total amount of award: $135,000.00. The obligation for this award is shown in box 24. | | | | | |

AR00372

IAA# L15PG00211- ARTICLES

I.   PROJECT TITLE:

Special Operations and Training Support for BLM by USPP

The U.S. Park Police (USPP) will support the BLM with intial training, crowd assessments, operational planning, and on the ground support and attendance of any cases developed from the special events. For events spraining over the next 5 years, per Diem, travel, some equipment and time will covered by the BLM.

II.   OBJECTIVE:
U.S. Park Police (USPP) will provide for training in, crowd control, officer extraction and any other skill the Park Police deems appropriate for the safety of BLM employees and others at the duing special operations.

USPP will be assisting BLM Law Enforcement with the operational planing, operational assesments, training and patrol of special operations. Park Police will provide teams to conduct training related to crowds, crowd control, officer extraction from crowds as well other training deemed necessary for patrol for the BLM during special operations or training.

USPP will provide staffing for teams to provide for investigation of people on people crimes to include, assault, sex crimes and other crimes when requested in cordination with USPP. Teams members may include supervisors, officers and techinians to be determined by USPP to support their mission during the BLM Special Operations or training.

After the event BLM will provide funding for those cases requiring further work, case presentations, evidence validation and testimony in court requiring the USPP employees to attend.

BLM LE does not typically have the ability to work with the skills and specialties the USPP possess. USPP does have the skill set, training and capability to train and assist the BLM with these skills. Since USPP is an Interior agency they have been solicited to assist with Special Operations and training for the BLM.

III.   STATEMENT OF WORK:
For  operations the U.S. Park Police (USPP) will provide training for crowd situations, a full team to include technicians, officers and supervision to support evidence for person on person crimes, case investigations and testimony  and support for cases moving forward .

The USPP agrees to:

1.   Provide-Park Police will provide crowd control and related training.
2.   Provide-Assistance to incorporate investigative unit into BLM operational plans.
3.   Provide-Officers, supervision and technicians to investigate person on person crimes.
4.   Provide-Staff to close out cases and/or testify for cases investigated.
5.   Deliverables to include: Supplies for officers, staff, and technicians for collection of evidence or other items to complete mission.
6.   Staff and assessment for BLM Operations.

Note: Responsible official for the SELLER is to ensure all personnel who work on this project and any expenses incurred are charged to the account classification number identified in the IAA.

IAA# L15PG00211- ARTICLES

The BLM agrees to:

1. Provide handheld radios/frequencies to participating LEOs
2. Operational Plan
3. Housing at Bruno's Motel
4. Instruction on BLM policies, regulations, practices
5. To pay for labor, overtime hours, travel related expenses and per diem

IV.   REPORTS:

The U.S. Park Police will provide assessment and operational reports to the BLM both on paper and electronically.  Reports will coordinate with designee and need to be complete during event if needed and Oct 15, 2014.

V.   AVAILABILITY OF FUNDS

Funds in the amount of $135,000 are obligated by execution of this IAA.  Once IAA is signed funds will be available. As operations and or training is requested funding will be made available by this IAA. The ability of the parties to carry out their responsibilities under this IAA is subject to their respective funding procedures and the availability of appropriate funds. Should either party encounter budgetary problems in the course of its respective internal procedures which may affect the activities to be carried out under this IAA, that party will notify the other party in writing in a timely manner.

**Available funding provided by the BLM under this IAA expires September 25, 2015**

VI.   SETTLEMENT OF DISPUTES:

The parties under this IAA are responsible for resolving any disputes that may arise within 30 business days of the billing date.  If a resolution cannot be achieved during this 30-day period, the matter will then be referred to the Department of Interior Financial Management Office (PFM) http://www.doi.gov/pfm/.

VII.   FINANCIAL ARRANGEMENTS (PAYMENT):

This IAA is not to exceed the amount as stated herein [inclusive of all Modifications.]. The charges for goods/services will include both direct and indirect costs applicable to this IAA. For (WO800) time and materials based IAAs, the final charge for the work will be based on the actual costs incurred. For fixed price IAAs, the final charge will be the charge negotiated between the BLM and the USPP. When advance payment has been made on a reimbursable based IAA and the actual costs are less than the estimate, the difference will be refunded.

The USPP will submit their billing through the Intra-Governmental Payment and Collection (IPAC) system or the Intra-Governmental Transaction Portal, whichever is applicable.  The bill will reference the BLM's Dunn and Bradstreet Number, the Requesting Agency Location Code, The Treasury Account Symbol, the Accounting Classification Reference Code(s), the Obligating Document Number, a brief description of the services performed, and the Accounts Payable point-of-contact name and phone number.

AR00374

A copy of the supporting documentation will be forwarded to the BLM initiating office when the bill is prepared.  Payment will be made quarterly. BLM will bill monthly.

The BLM shall not be obligated to pay for, nor will the USPP be obligated to perform any effort that will require the expenditure of funds above the obligated amount.

## USPP agrees to submit IPAC before September 25th, 2015.

VIII.   TERM OF IAA:

This IAA shall become effective upon signature by both parties.  Unless completed early, or terminated in accordance with paragraph IX, this IAA expires 09/25/2015.  If extended by bilateral modification through coordinated with the BLM OLES Contracting Office duration shall not exceed September 25, 2015. The L15PG00211, Articles and Statement of Work included in this package are all part of the agreement that is being entered into.

IX.   TERMINATION:

This IAA may be terminated by either party upon 30 days written notice. If the IAA is cancelled by the BLM, the USPP will be reimbursed for costs incurred prior to cancellation, plus any termination costs. All costs claimed by the USPP must be itemized and furnished to the BLM.

X.   MODIFYING THE IAA:

Either party under this IAA may propose to make changes under this IAA by notifying the other party in writing. All changes under this IAA must be modified and agreed upon by both parties in writing.

XI.   POINTS OF CONTACT:

Changes to the Points of Contact identified below may be made by written notification to each of the parties under this IAA.

REQUESTING AGENCY (BLM)                    SERVICING AGENCY (USFS)

Technical Contact                                        Technical Contact
Name:        Cassie Sandberg                    Name:        Connie Green
Title:         Budget Analyst                        Title:         Program Manager
Address:    440 West 200 South, Suite 500   Address:    1100 Ohio Drive, SW, Room 176
                 Salt Lake City, UT 84101                       Washington, DC 20242
Phone:      801-539-4170                          Phone:      (202) 619-7054
Email:       csandber@blm.gov                   Email:       Connie_Green@nps.gov

Contracting Contact:                               Contracting Contact:
Name:        AJ Ramos                             Name:        Christina Myers
Title:         Contracting Officer                  Title:         Budget Analyst
Address:    440 W 200 S, Suite 500            Address:    1100 Ohio Drive, SW, Room 176
                 Salt Lake City, Utah 84101                    Washington, DC 20242
Phone:      (801) 539-4145                        Phone: (202) 619-7048
Email:       aramos@blm.gov                     Email:       Christina_Myers@nps.gov

AR00375

IAA# L15PG00211- ARTICLES

**Billing Contact**
OC622- Payments Section
Bureau of Land Management
Denver Federal Center, Bldg. 50
P.O. Box 25047
Denver, CO 80225

**Billing Contact**
Same as Technical Contact.

AR00376

RECEIVED BY YOUR ALC
ALL TRANSACTIONS RECEIVED BY: 14110008
INCLUDES THIRD PARTY SUBMITTER DATA

Start Date: 09/11/2015  End Date: 09/13/2015

| Originating ALC | Customer ALC | Submitter ALC | COLLECTION |
|---|---|---|---|
| 14100099 | 14110008 | 14100099 | |

| Document Reference Number | Summary Amount |
|---|---|
| 01146096 | $2,073.73 |

| Accomplished Date | Accounting Date | Number of Detail(s) | Originator DO Symbol |
|---|---|---|---|
| 09/11/2015 | 09/30/2015 | 1 | X0233 |

| ALC Contact | Contact Phone |
|---|---|
| Deborah A. Buchanan | 7034879026 |

Contact Email

deborah_buchanan@nps.gov

| Detail Number | Receiver Treasury Account Symbol | Receiver DUNS+4 | Sender Treasury Account Symbol | Sender DUNS+4 |
|---|---|---|---|---|
| 1 | 014    X1109000 | | 014    X1039000 | |

| | Receiver BETC | Receiver DUNS | Sender BETC | Sender DUNS |
|---|---|---|---|---|
| | DISB | | COLL | 926180977 |

| Purchase Order Number | Invoice Number |
|---|---|
| L115PG00211 | 0090378913 |

| Obligating Document Number | Requisition Number | Contract Number |
|---|---|---|
| L115PG00211 | 0040232914 | L115PG00211 |

| CLIN | Jas Number |
|---|---|
| 000010 | |

| ACT(trace number) | Job (Project) Number | Pay Flag | Receiver Dept Code |
|---|---|---|---|
| 001 | 140000103964615001 | P | 14 |

| Unit of Issue | Quantity | Unit Price | Detail Amount |
|---|---|---|---|
| EA | 1.00 | $2,073.73 | $2,073.73 |

| ACRN | Accounting Classification Code | FSN/AAA/ADSN | DOD Activity Address Code |
|---|---|---|---|
| | | 0 | |

| Transaction Contact | Contact Phone |
|---|---|
| Willie Chrispen | 703-487-9013 |

Transaction Description
Agreement: L115PG00211 Service Provided
Dates:08/01/2015-09/04/2015

Miscellaneous Information
Agreement #: L115PG00211

**AR00377**

Report Requested by: Luana  Pacheco

IPACTransactionReportSelection

RECEIVED BY YOUR ALC
ALL TRANSACTIONS RECEIVED BY: 14110008
INCLUDES THIRD PARTY SUBMITTER DATA

Start Date: 10/21/2015  End Date: 10/21/2015

| Originating ALC | Customer ALC | Submitter ALC | COLLECTION |
|---|---|---|---|
| 14100099 | 14110008 | 14100099 | |

| Document Reference Number | Summary Amount |
|---|---|
| 01149557 | $107,987.14 |

| Accomplished Date | Accounting Date | Number of Detail(s) | Originator DO Symbol |
|---|---|---|---|
| 10/21/2015 | 10/31/2015 | 1 | X0233 |

| ALC Contact | | Contact Phone |
|---|---|---|
| Deborah A. Buchanan | | 7034879026 |

Contact Email

deborah_buchanan@nps.gov

| Detail Number | Receiver Treasury Account Symbol | Receiver DUNS+4 | Sender Treasury Account Symbol | Sender DUNS+4 |
|---|---|---|---|---|
| 1 | 014   X1109000 | | 014   X1039000 | |

| | Receiver BETC | Receiver DUNS | Sender BETC | Sender DUNS |
|---|---|---|---|---|
| | DISB | | COLL | 926180977 |

| Purchase Order Number | Invoice Number |
|---|---|
| L115PG00211 | 0090392282 |

| Obligating Document Number | Requisition Number | Contract Number |
|---|---|---|
| L115PG00211 | 0040232914 | L115PG00211 |

| CLIN | Jas Number |
|---|---|
| 000010 | |

| ACT(trace number) | Job (Project) Number | Pay Flag | Receiver Dept Code |
|---|---|---|---|
| 001 | 140000105603656001 | P | 14 |

| Unit of Issue | Quantity | Unit Price | Detail Amount |
|---|---|---|---|
| EA | 1.00 | $107,987.14 | $107,987.14 |

| ACRN | Accounting Classification Code | FSN/AAA/ADSN | DOD Activity Address Code |
|---|---|---|---|
| | | 0 | |

| Transaction Contact | Contact Phone |
|---|---|
| Willie Chrispen (WO) | 703-487-9013 |

Transaction Description
Agreement: L115PG00211 Service Provided
Dates:09/04/2015-10/13/2015

Miscellaneous Information
Agreement #: L115PG00211

---

10/22/2015

Report Requested by: Luana  Pacheco                                  **AR00378**
                                                              IPACTransactionReportSelection

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | 1. REQUISITION NUMBER | PAGE | OF |
|---|---|---|---|
| *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | 0040221578 | 1 | 18 |

| 2. CONTRACT NO. | 3. AWARD/ EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| | | L15PX01136 | | |

| 7. FOR SOLICITATION INFORMATION CALL: ▶ | a. NAME Andrea Ramos | b. TELEPHONE NUMBER *(No collect calls)* (801) 539-4145 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|

| 9. ISSUED BY | CODE | LUA | 10. THIS ACQUISITION IS | ☒ UNRESTRICTED OR | ☐ SET ASIDE: | % FOR: |
|---|---|---|---|---|---|---|

BLM UT-STATE OFC ADM SVCS BR(UT952)
440 WEST 200 SOUTH, SUITE 500
SALT LAKE CITY UT 84101

☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☐ 8(A)

NAICS: 517919

SIZE STANDARD: $32.5

| 11. DELIVERY FOR FOB DESTINA-TION UNLESS BLOCK IS MARKED ☐ SEE SCHEDULE | 12. DISCOUNT TERMS ACCP | | 13b. RATING |
|---|---|---|---|
| | | ☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 14. METHOD OF SOLICITATION ☐ RFQ   ☐ IFB   ☐ RFP |

| 15. DELIVER TO | CODE | 0004276480 | 16. ADMINISTERED BY | CODE | LUA |
|---|---|---|---|---|---|

BLM-NV WINNEMUCCA FIELD OFFICE*
5100 E WINNEMUCCA BLVD
WINNEMUCCA NV 89445

BLM UT-STATE OFC ADM SVCS BR(UT952)
440 WEST 200 SOUTH, SUITE 500
SALT LAKE CITY UT 84101

| 17a. CONTRACTOR/ OFFEROR | CODE | 0071125590 | FACILITY CODE | 18a. PAYMENT WILL BE MADE BY | CODE | IPP INV |
|---|---|---|---|---|---|---|

LYMAN COMMUNICATIONS, L.L.C.
Attn: ATTN GOVERNMENT POC
9080 N HWY 125
OAK CITY UT 84649-0000

Invoice Processing Platform System
US Department of Treasury
http://www.ipp.gov

TELEPHONE NO.   000-000-0000

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED   ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Suggested Vendor:   Suggested Buyer/CO: Legacy Doc #: BLM Suggested COR: EBOIK Delivery: 09/30/2015 Account Assignment: K G/L Account: 6100.257L0 Business Area: L000 Commitment Item: 257L00 Cost Center: LLNVW03000 Functional Area: L51050000.EA0000 Fund: 15XL5017AP Fund Center: LLNVW03000 Project/WBS: LV.RC.F1504080 PR Acct Assign Line: 01 Period of Performance: 08/08/2015 to 09/30/2015 Continued ... *(Use Reverse and/or Attach Additional Sheets as Necessary)* | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA 01 | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* $129,974.00 |
|---|---|

| ☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4.  FAR 52.212-3 AND 52.212-5 ARE ATTACHED.   ADDENDA | ☐ ARE | ☐ ARE NOT ATTACHED. |
|---|---|---|
| ☐ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.   ADDENDA | ☐ ARE | ☐ ARE NOT ATTACHED. |

| ☐ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN _____ COPIES TO ISSUING OFFICE.  CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED. | ☐ 29. AWARD OF CONTRACT: _____ OFFER DATED _____. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: |
|---|---|
| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* |
| 30b. NAME AND TITLE OF SIGNER *(Type or print)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or print)* Jolyn Goss | 31c. DATE SIGNED |

| AUTHORIZED FOR LOCAL REPRODUCTION PREVIOUS EDITION IS NOT USABLE | STANDARD FORM 1449 (REV. 2/2012) Prescribed by GSA - FAR (48 CFR) 53.212 |
|---|---|

AR00379

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| 00010 | Develop & Build Microwave IP Network | | | | 129,974.00 |
| | The total amount of award: $129,974.00. The obligation for this award is shown in box 26. | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED    ☐ INSPECTED    ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE

32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE

32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL  ☐ FINAL | | | ☐ COMPLETE  ☐ PARTIAL  ☐ FINAL | |

| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY |
|---|---|---|

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | 42a. RECEIVED BY (Print)

41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location)

42c. DATE REC'D (YY/MM/DD) | 42d. TOTAL CONTAINERS

STANDARD FORM 1449 (REV. 2/2012) BACK

2 - Section 2

*Clauses*

**52.252-2 Clauses Incorporated by Reference. (FEB 1998)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es): www.acquisition.gov/far

**52.204-6 Data Universal Numbering System Number. (JUL 2013)**

**52.204-7 System for Award Management. (JUL 2013)**

**52.204-12 Data Universal Numbering System Number Maintenance (DEC 2012)**

**52.204-13 System for Award Management Maintenance. (JUL 2013)**

**52.209-2 Prohibition on Contracting With Inverted Domestic Corporations-Representation. (DEC 2014)**

**52.209-6 Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment. (AUG 2013)**

**52.223-18 Encouraging Contractor Policies to Ban Text Messaging While Driving. (AUG 2011)**

**52.203-98 Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements Representation (DEVIATION 2015-02)**

Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements

Representation (FEB 2015)

(a) In accordance with section 743 of Division E, Title VII, of the Consolidated and Further Continuing Resolution Appropriations Act, 2015 (Pub. L. 113-235), Government agencies are not permitted to use funds appropriated (or otherwise made available) under that or any other Act for contracts with an entity that requires employees or subcontractors of such entity seeking to report fraud, waste, or abuse to sign internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such fraud, waste, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.

(b) The prohibition in paragraph (a) of this provision does not contravene requirements applicable to Standard Form 312, Form 4414, or any other form issued by a Federal department or agency governing the nondisclosure of classified information.

(c) Representation. By submission of its offer, the Offeror represents that it does not require employees or subcontractors of such entity seeking to report fraud, waste, or abuse to sign internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such waste, fraud, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.

(End of provision)

**52.203-99 Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements (DEVIATION 2015-02)**

Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements (FEB 2015)

(a) The contractor shall not require employees or subcontractors seeking to report fraud, waste, or abuse to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such fraud, waste, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.

(b) The contractor shall notify employees that the prohibition and restrictions of any internal confidentiality agreements covered by this clause are no longer in effect.

(c) The prohibition in paragraph (a) of this clause does not contravene requirements applicable to Standard Form 312, Form 4414, or any other form issued by a Federal department or agency governing the nondisclosure of classified information.

(d)(1) In accordance with section 743 of Division E, Title VII, of the Consolidated

and Further Continuing Resolution Appropriations Act, 2015 (Pub. L. 113-235), use of funds appropriated (or otherwise made available) under that or any other Act may be prohibited, if the Government determines that the contractor is not in compliance with the provisions of this clause.

(2) The Government may seek any available remedies in the event the contractor fails to comply with the provisions of this clause.

**52.212-4 Contract Terms and Conditions - Commercial Items. (MAY 2015)**

(a) *Inspection/Acceptance*. The Contractor shall only tender for acceptance those items that conform to the requirements of this contract. The Government reserves the right to inspect or test any supplies or services that have been tendered for acceptance. The Government may require repair or replacement of nonconforming supplies or reperformance of nonconforming services at no increase in contract price. If repair/replacement or reperformance will not correct the defects or is not possible, the Government may seek an equitable price reduction or adequate consideration for acceptance of nonconforming supplies or services. The Government must exercise its postacceptance rights (1) within a reasonable time after the defect was discovered or should have been discovered; and (2) before any substantial change occurs in the condition of the item, unless the change is due to the defect in the item.

(b) *Assignment*. The Contractor or its assignee may assign its rights to receive payment due as a result of performance of this contract to a bank, trust company, or other financing institution, including any Federal lending agency in accordance with the Assignment of Claims Act (31 U.S.C. 3727). However, when a third party makes payment (e.g., use of the Governmentwide commercial purchase card), the Contractor may not assign its rights to receive payment under this contract.

(c) *Changes*. Changes in the terms and conditions of this contract may be made only by written agreement of the parties.

(d) *Disputes*. This contract is subject to 41 U.S.C. chapter 71, Contract Disputes. Failure of the parties to this contract to reach agreement on any request for equitable adjustment, claim, appeal

or action arising under or relating to this contract shall be a dispute to be resolved in accordance with the clause at FAR 52.233-1, Disputes, which is incorporated herein by reference. The Contractor shall proceed diligently with performance of this contract, pending final resolution of any dispute arising under the contract.

(e) *Definitions*. The clause at FAR 52.202-1, Definitions, is incorporated herein by reference.

(f) *Excusable delays*. The Contractor shall be liable for default unless nonperformance is caused by an occurrence beyond the reasonable control of the Contractor and without its fault or negligence such as, acts of God or the public enemy, acts of the Government in either its sovereign or contractual capacity, fires, floods, epidemics, quarantine restrictions, strikes, unusually severe weather, and delays of common carriers. The Contractor shall notify the Contracting Officer in writing as soon as it is reasonably possible after the commencement of any excusable delay, setting forth the full particulars in connection therewith, shall remedy such occurrence with all reasonable dispatch, and shall promptly give written notice to the Contracting Officer of the cessation of such occurrence.

(g) *Invoice*. (1) The Contractor shall submit an original invoice and three copies (or electronic invoice, if authorized) to the address designated in the contract to receive invoices. An invoice must include-

    (i) Name and address of the Contractor;

    (ii) Invoice date and number;

    (iii) Contract number, contract line item number and, if applicable, the order number;

    (iv) Description, quantity, unit of measure, unit price and extended price of the items delivered;

    (v) Shipping number and date of shipment, including the bill of lading number and weight of shipment if shipped on Government bill of lading;

    (vi) Terms of any discount for prompt payment offered;

    (vii) Name and address of official to whom payment is to be sent;

    (viii) Name, title, and phone number of person to notify in event of defective invoice; and

    (ix) Taxpayer Identification Number (TIN). The Contractor shall include its TIN on the invoice only if required elsewhere in this contract.

    (x) Electronic funds transfer (EFT) banking information.

        (A) The Contractor shall include EFT banking information on the invoice only if required elsewhere in this contract.

        (B) If EFT banking information is not required to be on the invoice, in order for the invoice to be a proper invoice, the Contractor shall have submitted correct EFT banking information in accordance with the applicable solicitation provision, contract clause (e.g., 52.232-33,

Payment by Electronic Funds Transfer-System for Award Management, or 52.232-34, Payment by Electronic Funds Transfer-Other Than System for Award Management), or applicable agency procedures.

(C) EFT banking information is not required if the Government waived the requirement to pay by EFT.

(2) Invoices will be handled in accordance with the Prompt Payment Act (31 U.S.C. 3903) and Office of Management and Budget (OMB) prompt payment regulations at 5 CFR part 1315.

(h) *Patent indemnity.* The Contractor shall indemnify the Government and its officers, employees and agents against liability, including costs, for actual or alleged direct or contributory infringement of, or inducement to infringe, any United States or foreign patent, trademark or copyright, arising out of the performance of this contract, provided the Contractor is reasonably notified of such claims and proceedings.

(i) *Payment-* (1) *Items accepted.* Payment shall be made for items accepted by the Government that have been delivered to the delivery destinations set forth in this contract.

(2) *Prompt payment.* The Government will make payment in accordance with the Prompt Payment Act (31 U.S.C. 3903) and prompt payment regulations at 5 CFR part 1315.

(3) *Electronic Funds Transfer (EFT).* If the Government makes payment by EFT, see 52.212-5(b) for the appropriate EFT clause.

(4) *Discount.* In connection with any discount offered for early payment, time shall be computed from the date of the invoice. For the purpose of computing the discount earned, payment shall be considered to have been made on the date which appears on the payment check or the specified payment date if an electronic funds transfer payment is made.

(5) *Overpayments.* If the Contractor becomes aware of a duplicate contract financing or invoice payment or that the Government has otherwise overpaid on a contract financing or invoice payment, the Contractor shall-

(i) Remit the overpayment amount to the payment office cited in the contract along with a description of the overpayment including the-

(A) Circumstances of the overpayment (*e.g.,* duplicate payment, erroneous payment, liquidation errors, date(s) of overpayment);

(B) Affected contract number and delivery order number, if applicable;

(C) Affected contract line item or subline item, if applicable; and

(D) Contractor point of contact.

(ii) Provide a copy of the remittance and supporting documentation to the Contracting Officer.

(6) *Interest.* (i) All amounts that become payable by the Contractor to the Government under this contract shall bear simple interest from the date due until paid unless paid within 30 days of becoming due. The interest rate shall be the interest rate established by the Secretary of the Treasury as provided in 41 U.S.C. 7109, which is applicable to the period in which the amount becomes due, as provided in (i)(6)(v) of this clause, and then at the rate applicable for each six-month period as fixed by the Secretary until the amount is paid.

(ii) The Government may issue a demand for payment to the Contractor upon finding a debt is due under the contract.

(iii) *Final decisions.* The Contracting Officer will issue a final decision as required by 33.211 if-

(A) The Contracting Officer and the Contractor are unable to reach agreement on the existence or amount of a debt within 30 days;

(B) The Contractor fails to liquidate a debt previously demanded by the Contracting Officer within the timeline specified in the demand for payment unless the amounts were not repaid because the Contractor has requested an installment payment agreement; or

(C) The Contractor requests a deferment of collection on a debt previously demanded by the Contracting Officer (see 32.607-2).

(iv) If a demand for payment was previously issued for the debt, the demand for payment included in the final decision shall identify the same due date as the original demand for payment.

(v) Amounts shall be due at the earliest of the following dates:

(A) The date fixed under this contract.

(B) The date of the first written demand for payment, including any demand for payment resulting from a default termination.

(vi) The interest charge shall be computed for the actual number of calendar days involved beginning on the due date and ending on-

(A) The date on which the designated office receives payment from the Contractor;

(B) The date of issuance of a Government check to the Contractor from which an amount otherwise payable has been withheld as a credit against the contract debt; or

(C) The date on which an amount withheld and applied to the contract debt would otherwise have become payable to the Contractor.

(vii) The interest charge made under this clause may be reduced under the procedures prescribed in 32.608-2 of the Federal Acquisition Regulation in effect on the date of this contract.

(j) *Risk of loss*. Unless the contract specifically provides otherwise, risk of loss or damage to the supplies provided under this contract shall remain with the Contractor until, and shall pass to the Government upon:

> (1) Delivery of the supplies to a carrier, if transportation is f.o.b. origin; or

> (2) Delivery of the supplies to the Government at the destination specified in the contract, if transportation is f.o.b. destination.

(k) *Taxes*. The contract price includes all applicable Federal, State, and local taxes and duties.

(l) *Termination for the Government's convenience*. The Government reserves the right to terminate this contract, or any part hereof, for its sole convenience. In the event of such termination, the Contractor shall immediately stop all work hereunder and shall immediately cause any and all of its suppliers and subcontractors to cease work. Subject to the terms of this contract, the Contractor shall be paid a percentage of the contract price reflecting the percentage of the work performed prior to the notice of termination, plus reasonable charges the Contractor can demonstrate to the satisfaction of the Government using its standard record keeping system, have resulted from the termination. The Contractor shall not be required to comply with the cost accounting standards or contract cost principles for this purpose. This paragraph does not give the Government any right to audit the Contractor's records. The Contractor shall not be paid for any work performed or costs incurred which reasonably could have been avoided.

(m) *Termination for cause*. The Government may terminate this contract, or any part hereof, for cause in the event of any default by the Contractor, or if the Contractor fails to comply with any contract terms and conditions, or fails to provide the Government, upon request, with adequate assurances of future performance. In the event of termination for cause, the Government shall not be liable to the Contractor for any amount for supplies or services not accepted, and the Contractor shall be liable to the Government for any and all rights and remedies provided by law. If it is determined that the Government improperly terminated this contract for default, such termination shall be deemed a termination for convenience.

(n) *Title*. Unless specified elsewhere in this contract, title to items furnished under this contract shall pass to the Government upon acceptance, regardless of when or where the Government takes physical possession.

(o) *Warranty*. The Contractor warrants and implies that the items delivered hereunder are merchantable and fit for use for the particular purpose described in this contract.

(p) *Limitation of liability*. Except as otherwise provided by an express warranty, the Contractor will not be liable to the Government for consequential damages resulting from any defect or deficiencies in accepted items.

(q) *Other compliances*. The Contractor shall comply with all applicable Federal, State and local laws, executive orders, rules and regulations applicable to its performance under this contract.

(r) *Compliance with laws unique to Government contracts.* The Contractor agrees to comply with 31 U.S.C. 1352 relating to limitations on the use of appropriated funds to influence certain Federal contracts; 18 U.S.C. 431 relating to officials not to benefit; 40 U.S.C. chapter 37, Contract Work Hours and Safety Standards; 41 U.S.C. chapter 87, Kickbacks; 41 U.S.C. 4712 and 10 U.S.C. 2409 relating to whistleblower protections; 49 U.S.C. 40118, Fly American; and 41 U.S.C. chapter 21 relating to procurement integrity.

(s) *Order of precedence*. Any inconsistencies in this solicitation or contract shall be resolved by giving precedence in the following order: (1) the schedule of supplies/services; (2) The Assignments, Disputes, Payments, Invoice, Other Compliances, Compliance with Laws Unique to Government Contracts, and Unauthorized Obligations paragraphs of this clause; (3) the clause at 52.212-5; (4) addenda to this solicitation or contract, including any license agreements for computer software; (5) solicitation provisions if this is a solicitation; (6) other paragraphs of this clause; (7) the Standard Form 1449; (8) other documents, exhibits, and attachments; and (9) the specification.

(t) *System for Award Management (SAM)* (1) Unless exempted by an addendum to this contract, the Contractor is responsible during performance and through final payment of any contract for the accuracy and completeness of the data within the SAM database, and for any liability resulting from the Government's reliance on inaccurate or incomplete data. To remain registered in the SAM database after the initial registration, the Contractor is required to review and update on an annual basis from the date of initial registration or subsequent updates its information in the SAM database to ensure it is current, accurate and complete. Updating information in the SAM does not alter the terms and conditions of this contract and is not a substitute for a properly executed contractual document.

(2)(i) If a Contractor has legally changed its business name, "doing business as" name, or division name (whichever is shown on the contract), or has transferred the assets used in performing the contract, but has not completed the necessary requirements regarding novation and change-of-name agreements in FAR subpart 42.12, the Contractor shall provide the responsible Contracting Officer a minimum of one business day's written notification of its intention to (A) change the name in the SAM database; (B) comply with the requirements of subpart 42.12; and (C) agree in writing to the timeline and procedures specified by the responsible Contracting Officer. The Contractor must provide with the notification sufficient documentation to support the legally changed name.

(ii) If the Contractor fails to comply with the requirements of paragraph (t)(2)(i) of this clause, or fails to perform the agreement at paragraph (t)(2)(i)(C) of this clause, and, in the absence of a properly executed novation or change-of-name agreement, the SAM information that shows the Contractor to be other than the Contractor indicated in the contract will be considered to be incorrect information within the meaning of the "Suspension of Payment" paragraph of the electronic funds transfer (EFT) clause of this contract.

(3) The Contractor shall not change the name or address for EFT payments or manual payments, as appropriate, in the SAM record to reflect an assignee for the purpose of assignment of claims (see Subpart 32.8, Assignment of Claims). Assignees shall be separately registered in the SAM database. Information provided to the Contractor's SAM record that indicates payments, including those made by EFT, to an ultimate recipient other than that Contractor will be considered to be incorrect information within the meaning of the "Suspension of payment" paragraph of the EFT clause of this contract.

(4) Offerors and Contractors may obtain information on registration and annual confirmation requirements via SAM accessed through *https://www.acquisition.gov*.

(u) *Unauthorized Obligations.* (1) Except as stated in paragraph (u)(2) of this clause, when any supply or service acquired under this contract is subject to any End User License Agreement (EULA), Terms of Service (TOS), or similar legal instrument or agreement, that includes any clause requiring the Government to indemnify the Contractor or any person or entity for damages, costs, fees, or any other loss or liability that would create an Anti-Deficiency Act violation (31 U.S.C. 1341), the following shall govern:

(i) Any such clause is unenforceable against the Government.

(ii) Neither the Government nor any Government authorized end user shall be deemed to have agreed to such clause by virtue of it appearing in the EULA, TOS, or similar legal instrument or agreement. If the EULA, TOS, or similar legal instrument or agreement is invoked through an "I agree" click box or other comparable mechanism (e.g., "click-wrap" or "browse-wrap" agreements), execution does not bind the Government or any Government authorized end user to such clause.

(iii) Any such clause is deemed to be stricken from the EULA, TOS, or similar legal instrument or agreement.

(2) Paragraph (u)(1) of this clause does not apply to indemnification by the Government that is expressly authorized by statute and specifically authorized under applicable agency regulations and procedures.

(v) *Incorporation by reference.* The Contractor's representations and certifications, including those completed electronically via the System for Award Management (SAM), are incorporated by reference into the contract.

(End of clause)

**52.212-5 Contract Terms and Conditions Required To Implement Statutes or Executive Orders - Commercial Items. (MAY 2015) - Alternate I (JUL 2014)**

(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

(1) 52.209-10, Prohibition on Contracting with Inverted Domestic Corporations (DEC 2014)

(2) 52.233-3, Protest After Award (AUG 1996) (31 U.S.C. 3553).

(3) 52.233-4, Applicable Law for Breach of Contract Claim (OCT 2004) (Public Laws 108-77 and 108-78 (19 U.S.C. 3805 note)).

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items: (Contracting Officer check as appropriate.)

[ ] (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (SEP 2006), with Alternate I (OCT 1995) (41 U.S.C. 4704 and 10 U.S.C. 2402).

[ ] (2) 52.203-13, Contractor Code of Business Ethics and Conduct (APR 2010) (41 U.S.C. 3509).

[ ] (3) 52.203-15, Whistleblower Protections under the American Recovery and Reinvestment Act of 2009 (JUN 2010) (Section 1553 of Pub. L. 111-5). (Applies to contracts funded by the American Recovery and Reinvestment Act of 2009.)

[ ] (4) 52.204-10, Reporting Executive Compensation and First-Tier Subcontract Awards (JUL 2013) (Pub. L. 109-282) (31 U.S.C. 6101 note).

(5) (Reserved)

[ ] (6) 52.204-14, Service Contract Reporting Requirements (JAN 2014) (Pub. L. 111-117, section 743 of Div. C).

[ ] (7) 52.204-15, Service Contract Reporting Requirements for Indefinite-Delivery Contracts (JAN 2014) (Pub. L. 111-117, section 743 of Div. C).

[ ] (8) 52.209-6, Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment. (AUG 2013) (31 U.S.C. 6101 note).

[ ] (9) 52.209-9, Updates of Publicly Available Information Regarding Responsibility Matters (JUL 2013) (41 U.S.C. 2313).

[ ] (10) (Reserved)

[ ] (11)(i) 52.219-3, Notice of HUBZone Set-Aside or Sole-Source Award (NOV 2011) (15 U.S.C. 657a).

[ ] (ii) Alternate I (NOV 2011) of 52.219-3.

[ ] (12)(i) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (OCT 2014) (if the offeror elects to waive the preference, it shall so indicate in its offer) (15 U.S.C. 657a).

[ ] (ii) Alternate I (JAN 2011) of 52.219-4.

[ ] (13) (Reserved)

[ ] (14)(i) 52.219-6, Notice of Total Small Business Set-Aside (NOV 2011) (15 U.S.C. 644).

[ ] (ii) Alternate I (NOV 2011).

[ ] (iii) Alternate II (NOV 2011).

[ ] (15)(i) 52.219-7, Notice of Partial Small Business Set-Aside (JUN 2003) (15 U.S.C. 644).

[ ] (ii) Alternate I (OCT 1995) of 52.219-7.

[ ] (iii) Alternate II (MAR 2004) of 52.219-7.

[ ] (16) 52.219-8, Utilization of Small Business Concerns (OCT 2014) (15 U.S.C. 637(d)(2) and (3)).

[ ] (17)(i) 52.219-9, Small Business Subcontracting Plan (OCT 2014) (15 U.S.C. 637(d)(4)).

[ ] (ii) Alternate I (OCT 2001) of 52.219-9.

[ ] (iii) Alternate II (OCT 2001) of 52.219-9.

[ ] (18) 52.219-13, Notice of Set-Aside of Orders (NOV 2011) (15 U.S.C. 644(r)).

[ ] (19) 52.219-14, Limitations on Subcontracting (NOV 2011) (15 U.S.C. 637(a)(14)).

[ ] (20) 52.219-16, Liquidated Damages-Subcontracting Plan (JAN 1999) (15 U.S.C. 637(d)(4)(F)(i)).

[ ] (21) 52.219-27, Notice of Service-Disabled Veteran-Owned Small Business Set-Aside (NOV 2011) (15 U.S.C. 657f).

[ ] (22) 52.219-28, Post Award Small Business Program Rerepresentation (JUL 2013) (15 U.S.C. 632(a)(2)).

[ ] (23) 52.219-29, Notice of Set-Aside for Economically Disadvantaged Women-Owned Small Business (EDWOSB) Concerns (JUL 2013) (15 U.S.C. 637(m)).

[ ] (24) 52.219-30, Notice of Set-Aside for Women-Owned Small Business (WOSB) Concerns Eligible Under the WOSB Program (JUL 2013) (15 U.S.C. 637(m)).

[X] (25) 52.222-3, Convict Labor (JUN 2003) (E.O. 11755).

[X] (26) 52.222-19, Child Labor-Cooperation with Authorities and Remedies (JAN 2014) (E.O. 13126).

[X] (27) 52.222-21, Prohibition of Segregated Facilities (APR 2015).

[X] (28) 52.222-26, Equal Opportunity (APR 2015) (E.O. 11246).

[ ] (29) 52.222-35, Equal Opportunity for Veterans (JUL 2014) (38 U.S.C. 4212).

[X] (30) 52.222-36, Equal Opportunity for Workers with Disabilities (JUL 2014) (29 U.S.C. 793).

[ ] (31) 52.222-37, Employment Reports on Veterans (JUL 2014) (38 U.S.C. 4212).

[ ] (32) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (DEC 2010) (E.O. 13496).

[ ] (33)(i) 52.222-50, Combating Trafficking in Persons (MAR 2015) (22 U.S.C. chapter 78 and E.O. 13627).

[ ] (ii) *Alternate I* (MAR 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).

[ ] (34) 52.222-54, Employment Eligibility Verification (AUG 2013). (Executive Order 12989). (Not applicable to the acquisition of commercially available off-the-shelf items or certain other types of commercial items as prescribed in 22.1803.)

[ ] (35)(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Items (MAY 2008) (42 U.S.C. 6962(c)(3)(A)(ii)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

    [ ] (ii) Alternate I (MAY 2008) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

[ ] (36)(i) 52.223-13, Acquisition of EPEAT®-Registered Imaging Equipment (JUN 2014) (E.O.s 13423 and 13514).

    [ ] (ii) Alternate I (JUN 2014) of 52.223-13.

[ ] (37)(i) 52.223-14, Acquisition of EPEAT®-Registered Televisions (JUN 2014) (E.O.s 13423 and 13514).

    (ii) Alternate I (JUN 2014) of 52.223-14.

[ ] (38) 52.223-15, Energy Efficiency in Energy-Consuming Products (DEC 2007) (42 U.S.C. 8259b).

[ ] (39)(i) 52.223-16, Acquisition of EPEAT®-Registered Personal Computer Products (JUN 2014) (E.O.s 13423 and 13514).

    [ ](ii) Alternate I (JUN 2014) of 52.223-16.

[X] (40) 52.223-18, Encouraging Contractor Policies to Ban Text Messaging While Driving (AUG 2011)

[X] (41) 52.225-1, Buy American-Supplies (MAY 2014) (41 U.S.C. chapter 83).

[ ] (42)(i) 52.225-3, Buy American-Free Trade Agreements-Israeli Trade Act (MAY 2014) (41 U.S.C. chapter 83, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, 19 U.S.C. 3805 note, 19 U.S.C. 4001 note, Pub. L. 103-182, 108-77, 108-78, 108-286, 108-302, 109-53, 109-169, 109-283, 110-138, 112-41, 112-42, and 112-43.

    [ ] (ii) Alternate I (MAY 2014) of 52.225-3.

    [ ] (iii) Alternate II (MAY 2014) of 52.225-3.

    [ ] (iv) Alternate III (MAY 2014) of 52.225-3.

[ ] (43) 52.225-5, Trade Agreements (NOV 2013) (19 U.S.C. 2501, *et seq*., 19 U.S.C. 3301 note).

[ ] (44) 52.225-13, Restrictions on Certain Foreign Purchases (JUN 2008) (E.O.'s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).

[ ] (45) 52.225-26, Contractors Performing Private Security Functions Outside the United States (JUL 2013) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

[ ] (46) 52.226-4, Notice of Disaster or Emergency Area Set-Aside (NOV 2007) (42 U.S.C. 5150).

[ ] (47) 52.226-5, Restrictions on Subcontracting Outside Disaster or Emergency Area (NOV 2007) (42 U.S.C. 5150).

[ ] (48) 52.232-29, Terms for Financing of Purchases of Commercial Items (FEB 2002) (41 U.S.C. 4505, 10 U.S.C. 2307(f)).

[ ] (49) 52.232-30, Installment Payments for Commercial Items (OCT 1995) (41 U.S.C. 4505, 10 U.S.C. 2307(f)).

[X] (50) 52.232-33, Payment by Electronic Funds Transfer-System for Award Management (JUL 2013) (31 U.S.C. 3332).

[ ] (51) 52.232-34, Payment by Electronic Funds Transfer - Other than System for Award Management (JUL 2013) (31 U.S.C. 3332).

[ ] (52) 52.232-36, Payment by Third Party (MAY 2014) (31 U.S.C. 3332).

[ ] (53) 52.239-1, Privacy or Security Safeguards (AUG 1996) (5 U.S.C. 552a).

[ ] (54)(i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (FEB 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631).

[ ] (ii) Alternate I (APR 2003) of 52.247-64.

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items: (Contracting Officer check as appropriate.)

[ ] (1) 52.222-17, Nondisplacement of Qualified Workers (MAY 2014) (E.O. 13495).

[X] (2) 52.222-41, Service Contract Labor Standards (MAY 2014) (41 U.S.C. chapter 67).

[ ] (3) 52.222-42, Statement of Equivalent Rates for Federal Hires (MAY 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

[ ] (4) 52.222-43, Fair Labor Standards Act and Service Contract Labor Standards-Price Adjustment (Multiple Year and Option Contracts) (MAY 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

[ ] (5) 52.222-44, Fair Labor Standards Act and Service Contract Labor Standards-Price Adjustment (MAY 2014) (29 U.S.C 206 and 41 U.S.C. chapter 67).

[ ] (6) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (MAY 2014) (41 U.S.C. chapter 67).

[ ] (7) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (MAY 2014) (41 U.S.C. chapter 67).

[ ] (8) 52.222-55, Minimum Wages Under Executive Order 13658 (DEC 2014) (E.O. 13658).

[ ] (9) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (MAY 2014) (42 U.S.C. 1792).

[ ] (10) 52.237-11, Accepting and Dispensing of $1 Coin (SEP 2008) (31 U.S.C. 5112(p)(1)).

(d)(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), and (c) of this clause, the Contractor is not required to flow down any FAR clause, other than those in this paragraph (e)(1) of this paragraph in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause-

(i) 52.203-13, Contractor Code of Business Ethics and Conduct (APR 2010) (41 U.S.C. 3509).

(ii) 52.219-8, Utilization of Small Business Concerns (OCT 2014) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $650,000 ($1.5 million for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(iii) 52.222-17, Nondisplacement of Qualified Workers (MAY 2014) (E.O. 13495). Flow down required in accordance with paragraph (l) of FAR clause 52.222-17.

(iv) 52.222-21, Prohibition of Segregated Facilities (APR 2015).

(v) 52.222-26, Equal Opportunity (APR 2015) (E.O. 11246).

(vi) 52.222-35, Equal Opportunity for Veterans (JUL 2014) (38 U.S.C. 4212).

(vii) 52.222-36, Equal Opportunity for Workers with Disabilities (JUL 2014) (29 U.S.C. 793).

(viii) 52.222-37, Employment Reports on Veterans (JUL 2014) (38 U.S.C. 4212).

(ix) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (DEC 2010) (E.O. 13496). Flow down required in accordance with paragraph (f) of FAR clause 52.222-40.

(x) 52.222-41, Service Contract Labor Standards (MAY 2014) (41 U.S.C. chapter 67).

(xi) __ (A) 52.222-50, Combating Trafficking in Persons (MAR 2015) (22 U.S.C. chapter 78 and E.O. 13627).

AR00393

__ (B) Alternate I (MAR 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).

__Alternate I (AUG 2007) of 52.222-50 (22 U.S.C. 7104(g)).

(xii) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (MAY 2014) (41 U.S.C. chapter 67).

(xiii) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (MAY 2014) (41 U.S.C. chapter 67).

(xiv) 52.222-54, Employment Eligibility Verification (AUG 2013).

(xv) 52.222-55, Minimum Wages Under Executive Order 13658 (DEC 2014) (E.O. 13658).

(xvi) 52.225-26, Contractors Performing Private Security Functions Outside the United States (JUL 2013) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

(xvii) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (MAY 2014) (42 U.S.C. 1792). Flow down required in accordance with paragraph (e) of FAR clause 52.226-6.

(xviii) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (FEB 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the contractor May include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

**1452.232-99 Providing Accelerated Payment to Small Business Subcontractors**

PROVIDING ACCELERATED PAYMENT TO SMALL BUSINESS SUBCONTRACTORS

This clause implements the temporary policy provided by OMB Policy Memorandum M-12-16, Providing Prompt Payment to Small Business Subcontractors, dated July 11, 2012.

(a) Upon receipt of accelerated payments from the Government, the contractor is required to make accelerated payments to small business subcontractors to the maximum extent practicable after receipt of a proper invoice and all proper documentation from the small business subcontractor.

(b) Include the substance of this clause, including this paragraph (b), in all subcontracts with small business concerns.

(c) The acceleration of payments under this clause does not provide any new rights under the Prompt Payment Act.

**1452.201-70 AUTHORITIES AND DELEGATIONS (SEPT 2011)**

Authorities and Delegations (SEP 2011)

(a) The Contracting Officer is the only individual authorized to enter into or terminate this contract, modify any term or condition of this contract, waive any requirement of this contract, or accept nonconforming work.

(b) The Contracting Officer will designate a Contracting

Officer's Representative (COR) at time of award. The COR will be responsible for technical monitoring of the contractor's performance and deliveries. The COR will be appointed in writing, and a copy of the appointment will be furnished to the Contractor. Changes to this delegation will be made by written changes to the existing appointment or by issuance of a new appointment.

(c) The COR is not authorized to perform, formally or

informally, any of the following actions:

(1) Promise, award, agree to award, or execute any contract, contract modification, or notice of intent that changes or may change this contract;

(2) Waive or agree to modification of the delivery schedule;

(3) Make any final decision on any contract matter subject to the Disputes Clause;

(4) Terminate, for any reason, the Contractor's right to

proceed;

(5) Obligate in any way, the payment of money by the Government.

(d) The Contractor shall comply with the written or oral

direction of the Contracting Officer or authorized representative(s) acting within the scope and authority of the appointment memorandum.

The Contractor need not proceed with direction that it considers to have been issued without proper authority. The Contractor shall notify the Contracting Officer in writing, with as much detail as possible, when the COR has taken an action or has issued direction (written or oral) that the Contractor considers to exceed the COR's appointment, within 3 days of the occurrence. Unless otherwise provided in this contract, the Contractor assumes all costs, risks,

liabilities, and consequences of performing any work it is directed to perform that falls within any of the categories defined in paragraph (c) prior to receipt of the Contracting Officer's response issued under paragraph (e) of this clause.

(e) The Contracting Officer shall respond in writing within 30 days to any notice made under paragraph (d) of this clause. A failure of the parties to agree upon the nature of a direction, or upon the contract action to be taken with respect thereto, shall be subject to the provisions of the Disputes clause of this contract.

(f) The Contractor shall provide copies of all correspondence to the Contracting Officer and the COR.

AR00395

(g) Any action(s) taken by the Contractor, in response to any direction given by any person acting on behalf of the Government or any Government official other than the Contracting Officer or the COR acting within his or her appointment, shall be at the Contractor's risk.

(End of clause)

**DOI ELECTRONIC INVOICING Electronic Invoicing and Payment Requirements - Invoice Processing Platform (IPP) (April 2013)**

Payment requests must be submitted electronically through the U. S. Department of the Treasury's Invoice Processing Platform System (IPP).

"Payment request" means any request for contract financing payment or invoice payment by the Contractor. To constitute a proper invoice, the payment request must comply with the

requirements identified in the applicable Prompt Payment clause included in the contract, or the clause 52.212-4 Contract Terms and Conditions - Commercial Items included in commercial item contracts. The IPP website address is: https://www.ipp.gov.

Under this contract, the following documents are required to be submitted as an attachment to the IPP invoice

THE VENDOR SHALL UTILIZE THE ATTACHMNENTS FEATURE ON THE LOWER RIGHT HAND CORNER OF THE IPP INVOICING SCREEN TO PROVIDE A COPY OF THEIR REGULAR VENDOR INVOICE AND OTHER REQUIRED DOCUMENTATION TO SUBSTANTIATE THE REQUEST FOR PAYMENT. THE CO RESERVES THE RIGHT TO REJECT THE REQUEST UNTIL THE INVOICE AND DOCUMENTATION ARE PROVIDED.

The Contractor must use the IPP website to register, access and use IPP for submitting requests for payment. The Contractor Government Business Point of Contact (as listed in SAM will receive enrollment instructions via email from the Federal Reserve Bank of Boston (FRBB) within 3 - 5 business days of the contract award date. Contractor assistance with enrollment can be obtained by contacting the IPP Production Helpdesk via email ippgroup@bos.frb.org or phone (866) 973-3131.

If the Contractor is unable to comply with the requirement to use IPP for submitting invoices for payment, the Contractor must submit a waiver request in writing to the Contracting Officer with its proposal or quotation.

(End of Template)

AR00396

**Amended combined synopsis/solicitation to answer questions.**

**Questions and Answers will be attached as a separate document Combined synopsis/solicitation**

Combined synopsis/solicitation

The Bureau of Land Management Utah Law Enforcement has a requirement for Microwave IP Network. Specifications are attached.

This is a combined synopsis/solicitation for commercial items prepared in accordance with the format in Subpart 12.6, as supplemented with additional information included in this notice. This announcement constitutes the only solicitation; proposals are being requested and a written solicitation will not be issued. This solicitation is issued under L15PS00573 and is an invitation to provide a request for quotation. This solicitation and incorporated provisions and clauses are those in effect through Federal Acquisition Circular January 30, 2014.

Required equipment, services, tasks and responsibilities of the contractor shall consist of the following:

1. **Internet over microwave at BLM HQ, 25 Mbps bi-directional (minimum):**
   Contractor must provide internet service which will be sent to BLM HQ via microwave transmission, encrypted with FIPS140-2 compliant AES 256k encryption at licensed frequency/frequencies to prevent interference and interception. VoIP phone lines, phones and fax lines will be included. Fax machines are government furnished equipment. The contractor must provide all necessary public and private IP addressing. Microwave internet connection will be backed up by secondary microwave IP connection (preferred) or satellite IP connection (5 Mbps minimum.)

2. **Ethernet Cabling at BLM HQ.**
   Contractor must provide, run, install, bury, secure and terminate Category 5 (cat 5) or higher cabling at the BLM HQ to the "critical" buildings identified by the government. A trenching machine is available on site to assist with long or difficult cable runs as needed and will be coordinated on-site through the Burning Man / BLM Facilities Manager. The "critical" buildings are listed below and shown on an attached map, but this is a highly dynamic event and the contractor should account for unplanned changes and adjustments.
   Critical Buildings for wired Ethernet:
   - Communications
   - Compliance
   - Dispatch
   - EOC
   - Medical
   - Investigations
   - Jail
   - Report writing

3. **GOVERNMENT only Wi-Fi access at BLM HQ:**
   Contractor must provide robust reliable Wi-Fi network to provide coverage of the entire BLM HQ. Hidden and password protected SSID allows only BLM and other authorized

personnel to access the Wi-Fi network. Wi-Fi network may or may not use MAC address control. MAC address control is not desirable due to the temporary nature of this network and event. Wi-Fi network must be capable of simultaneously supporting a minimum of 200 devices with independent leases.

4. **Verizon Wireless cell signal extender(s) (minimum 3):**
Contractor to provide a solution for BLM cell service at BLM HQ over the microwave IP network for failover / backup. Each unit must be capable of 6 simultaneous cellular telephone calls. The three (3) minimum extenders must allow for 18 simultaneous cellular phone calls at BLM HQ. Contractor must be able to manage access list of cellular device subscribers from BLM. Contractor must be able to manage and adjust access list during event to add cellular device subscribers as needed throughout the event duration.

5. **GOVERNMENT only access network and Wi-Fi extended to center camp:**
Contractor shall extend the internet from BLM HQ to the law enforcement substation near center camp. Contractor must provide an Ethernet connection to the Sub-Station. Wi-Fi speed and connection will be subject to the end user's device antenna gain. Signal should provide for approximately 450 meter range for cell phone Wi-Fi access.

6. **Pan Tilt Zoom (PTZ) IP Camera**
Contractor must provide a Pan Tilt Zoom (PTZ) IP Camera at the Law Enforcement substation near center camp. The PTZ camera must be able to be controllable over the extended microwave network from the BLM HQ. The contractor must provide at least one PTZ controller at BLM HQ with a large flat screen high definition television for monitoring (42" minimum diagonal.) The contractor must install, setup and configure all related equipment at all locations.

7. **IP Cameras for "In-Custody" suspect monitoring at jail**
Contractor must provide, install, configure and test a minimum of two (2) IP Cameras in the jail at the BLM HQ. The cameras must be able to be monitored over the network at the BLM HQ in the Investigations Building. The cameras will be placed in opposite corners of the jail and should be wide view cameras to ensure the entirety of the jail is seen through the use of both cameras. The cameras must record video and audio. The contractor must provide, install configure and test a monitor, controller (if needed) and Network Video Recorder (NVR) in the Investigations Building to monitor the two cameras in the jail. The cameras must be able to be monitored on a single display screen in a split view format. The monitor must be a large flat screen high definition television for monitoring (42" minimum diagonal.) The contractor must provide a wall mount for the display. The Network Video Recorder (NVR) must be capable of recording both camera feeds for 24 hours continuously. The NVR must have the ability to easily extract the video through a USB port or SD Card for case information. The contractor must provide a minimum of two (2) signs which state "Warning Audio and Video Surveillance In Progress" or similar. The contractor must install, setup and configure all related equipment at all locations.

8. **Four (4) DirecTV or dish receivers (minimum):**

Contractor shall provide hardware, setup, configuration and account service to allow for use of four DirecTV or dish network receivers at the BLM HQ and or substation. Contractor shall set up and make operational the systems at locations at the BLM HQ to be determined on site at the event at the time of the event. Television monitors for this will be Government Furnished Equipment (GFE.)

9. **(OPTION) GOVERNMENT only access Wi-Fi extended to "Off Playa Staging Area"**
   Contractor must quote for evaluation the "option" to extend the internet from BLM HQ to the law enforcement "Off Playa Staging Area" approximately 1.5 miles from the BLM HQ. Wi-Fi speed and connection will be subject to the end user's device antenna gain. Signal should provide for approximately 450 meter range for cell phone Wi-Fi access.

10. **(OPTION) DEPLOYABLE - Cell on Wheels (COW) / Cell on Light Truck (COLT)**
    Contractor must quote for evaluation the "option" to provide a self-powered, self-sustainable COW or COLT or other similar mobile and rapidly deployable cellular service platform. This deployable shall be outfitted with both 850 MHz and 1900 MHz band antennas. This deployable will serve as a backup / failover for the primary COW which will be at BLM HQ and provided by a separate contractor who is the FCC Spectrum License Holder for this geographic area. The deployable will be placed at the "Off Playa Staging Area" staging area and will be activated in a limited broadcast mode for cellular service at "Off Playa Staging Area." In the event of a primary COW failure, this deployable will be moved to BLM HQ and setup as the primary COW.

11. Contract personnel must arrive on site at the location on Wednesday, August 19, 2015 and begin set-up and testing, no later than 13:00 hours.

12. System must be built, deployed, tested and operational by Sunday, August 23, 2015 at 23:59 hours.

13. Contractor must have dedicated technical support on-site during the entire "Service Period." Contractor must have dedicated technical support personnel available to respond within 15 minutes in the event of network failure.

14. Contractor must provide a "High Availability Network" (5-9's or 99.999% per year / or 99.5% per 24 hours). System "High Availability" is required from 08/24/2015 00:01 hours through 09/11/2015 23:59 hours.

15. Contractor must provide network bandwidth which is dedicated and must not be shared with other clients. Minimum bandwidth requirement is 25 Mbps bidirectional.

16. Contractor must provide a microwave system which is fully licensed on the routes to the primary delivery location at the BLM HQ, to prevent interference / interception and to meet with federal requirements. Subordinate extensions from the BLM HQ to other locations such as the Center Camp / LE Sub-Station and "Off Playa Staging Area" should

ideally be licensed, but may be unlicensed. Contractor is responsible for any and all costs and/or fees for licensing.

17. Weather including wind, dust and rain are common at the location. The network must be capable of operation regardless of weather conditions.

18. Contractor must provide a full contingency / failover option at the location. Contingency / failover must be readily deployed in standby mode at all times during the performance period. Contingency / failover must be automatically deployed in the event of known primary system outage or failure.

19. Contractor must provide a minimum of twenty one (20) Voice over IP (VOIP) telephone circuits or lines which must be capable of operating simultaneously and have individually assigned telephone numbers. The contractor shall provide a minimum of twenty one (20) telephone handsets, setup installed and maintained.

20. Contractor must provide a minimum of three (3) fax over IP data circuits or lines which must be capable of operating simultaneously. Fax machines are Government Furnished Equipment (GFE.)

21. It is a requirement for this contractor to work collaboratively and cooperatively with additional contractors, vendors, federal, state, local agencies during the performance period both at the location and at off-site locations if necessary.

22. The contractor shall provide all system design and pre-event engineering. The contractor shall provide a detailed written plan and technical drawing and furnish it to the BLM Project Lead as soon as possible after contract award, but no later than Monday July 27th, 2015 17:00 hours.

23. The contractor shall provide a temperature controlled environment for all indoor system electronics.

24. The contractor shall provide a "relatively" dust free / dust controlled environment for all indoor system electronics.

25. The contractor shall be responsible for lodging of contractor personnel on-site through the use of a contractor furnished RV or camper trailer. The government will provide space for parking and power, potable water and sewage service.

26. The contractor shall be responsible for food and beverages for contractor personnel from August 19th through August 24th. Government catering service will begin on August 25, 2015. Government catering service will conclude on September 11, 2015.

27. The contractor shall provide any on-site transportation needed for contractor personnel and contractor equipment at the location during the performance period.

28. The contractor shall be responsible for all transportation of all contractor personnel and contractor equipment to and from the event.

29. The contractor shall be responsible for all power for remote repeater locations and/or any part of the network which is not at the BLM HQ or in Black Rock City.

30. If the contractor chooses to use solar power at remote repeater locations, the system must be engineered to include an uninterruptible power supply (UPS) capable of maintaining the system at "High Availability."

31. The contractor is encouraged to engineer the network to include an uninterruptible power supply (UPS) at the BLM HQ and the substation.

32. The contractor shall be available to participate in pre-coordination meetings by telephone and/or video teleconference.

33. The contractor shall provide network monitoring and network filtering to increase productivity, regulate bandwidth usage, and prevent risky behavior through enforcement of granular policies on user activities. The contractor shall provide network hardware and/or software to control access to web sites, applications, and Web 2.0 platforms based on users, groups, time, bandwidth, and other criteria. The contractor will conduct these activities at the direction of the Project Inspector.

34. The contractor shall provide reports on bandwidth utilization and monitoring for the duration of the "Service Period." Daily, Weekly and Service Period Reports will be provided at the request of the Project Inspector. Proactive delivery of reports through electronic delivery by email is desired.

**OCCUPATION / OCCUPATION CODE(s):**

http://www.bls.gov/soc/
15-1152 Computer Network Support Specialists
49-2021 Radio, Cellular, and Tower Equipment Installers and Repairers

**SPECIAL REQUIREMENTS:**

The microwave network will require a network to be built over long distances in a remote geographic area, which typically involves placing temporary hardware, such as repeaters/relays on mountain peaks or ridgelines. The contractor will be required to gain access to remote, rugged terrain of their choosing in order to build a functional network. Much of the land in this geographic area is under the administration and management of the United States Department of the Interior, Bureau of Land Management (BLM.) If the contractor selects repeater locations which are on lands administered and managed by BLM, BLM will grant the contractor any necessary temporary authorizations which may be needed to access or use those locations. No

authorization shall be granted in violation of laws or regulations. If the contractor selects repeater locations which are not on lands administered and managed by BLM, such as privately owned, tribal or other lands, the contractor is responsible for obtaining any necessary authorizations which may be needed to access or use those locations. Selection of these sites, must be done in conjunction with BLM. The contractor is responsible for any costs or fees necessary to access these locations or obtain agreements to use these locations. The contractor shall be responsible for any specialized vehicles or equipment needed to access remote locations or install equipment at these locations.

## GOVERNMENT FURNISHED REQUIREMENTS:

The tasks and responsibilities of the government shall consist of the following:

1. Provide onsite parking for contractor furnished RV or camper trailer.
2. Provide electrical power to the contractor furnished RV or camper trailer.
3. Provide electrical power to the contractor electrical equipment for the IP network at the BLM HQ and the Sub-Station.
4. Provide food and beverages for the contractor through catering service from August 25 through September 11.
   a. Meals will be served three times per day at regular intervals.
   b. Meals will be provided for no more than five contractor personnel.
5. Provide water fill service through an on-site contractor.
6. Provide sewage pump out service through an on-site contractor.
7. Provide a government Project Lead for coordination and direction pre-event and on-site.
8. Provide a shipping address in Gerlach, Nevada to the contractor may ship small and urgent packages necessary to the project.
9. The government MAY provide temporary storage for contractor equipment pre-event and post-event at the BLM Black Rock Station in Gerlach, Nevada, if space is available which will not adversely affect normal government operations at this site.

## ACKNOWLEDGEMENTS:

The government acknowledges the network at the BLM HQ and within Black Rock City is dependent on power provided by the government and/or another contractor to the government. The contractor will not be responsible for system outages or failures which are caused by lack of power or power inadequacies. The contractor is responsible for providing contractor power requirements for the location to the government in advance of the performance period, but not later than July 27th, 2015.

## DELIVERABLES:

The tasks and responsibilities identified in the Statement of Work shall fall into the following categories:

1. Technical Services
2. Network Services
3. Data Services
4. System Administration Services

AR00402

5. Network Administration Services
6. Accounting of Billable Activities

The contractor shall provide a detailed accounting of all billable services following the period for which the services were performed.

## LOCATION:

BLM 2015 Burning Man BLM Headquarters (BLM HQ)

Black Rock Desert near Gerlach, NV (Pershing County, Nevada)

2015 City location(s):

| | |
|---|---|
| The Man | N40.78630, W-119.20650 |
| Perimeter Point 1 | N40.78300, W -119.23562 |
| Perimeter Point 2 | N40.80598, W -119.21944 |
| Perimeter Point 3 | N40.80221, W -119.18559 |
| Perimeter Point 4 | N40.77628, W -119.18008 |
| Perimeter Point 5/BLM HQ | N40.76436, W -119.21094 |
| OFF PLAYA STAGING AREA | N40.78334, W -119.26932 |

It is expected that the network will require infrastructure placement in multiple locations possibly in multiple counties, in order to deliver service to the above location.

## PERIOD OF PERFORMANCE:

From Contract Award through completion. July 1, 2015 (estimated) through July 31, 2016.

## PERIOD OF SERVICE:

August 19, 2015 through September 12, 2015. (25 Days)

08/19/2015 – Contractor must arrive at BLM HQ begin "setup"

08/23/2015 – Provided Services at BLM HQ fully operational at or before 23:59 hours

09/11/2015 – "Post Patrol" portion of event ends, contractor begins "break down"

09/12/2015 – Contractor may depart when "break down" complete.

AR00403

**LEGAL AUTHORITIES AND REGULATORY REQUIREMENTS:**

The design, construction and operation of the network and transmission of all data must comply with all commonly accepted commercial network standard and regulations and with the following legal and regulatory requirements:

- 44 U.S.C. § 3541– Federal Information Security Management Act (FISMA) of 2002
- National Institute of Standards and Technology (NIST), Federal Information Processing Standard (FIPS) Publication 140-2, Security Requirements for Cryptographic Modules
- National Institute of Standards and Technology (NIST), Federal Information Processing Standard (FIPS) Publication 197, Advanced Encryption Standard (AES) 256 bit cypher.
- 28 C.F.R. § 20 - Criminal Justice Information Systems
- 43 C.F.R. Public Lands: Interior
- 16 U.S.C. § 470 – National Historic Preservation Act

- Price _____

52.212-02, Evaluation - Commercial Items. Technical Performance: Prospective Offer must be regularly established in the business called for. Offeror must be a small business. Offeror must provide make, model, and other relevant information regarding the equipment proposed. Past Performance: The Government may, at its discretion, base past performance on past knowledge and previous experience with the contractor, supply or service being provided, customer survey or other reasonable basis. Price. Technical and Past Performance, when combined are of significantly greater importance when compared to price. (b) A written notice of award or acceptance of an offer, mailed or otherwise, furnished to the successful offeror within the time for acceptance specified in the offer, shall result in a binding contract without further action by either party. Before the offer's specified expiration time, the Government may accept an offer (or part of an offer), whether or not there are negotiations after its receipt, unless a written notice of withdrawal is received before award. The following Clauses are incorporated by reference and apply: 52.212-1, Instructions to OfferorsCommercial; 52.212-2, EvaluationCommercial Items; 52.212-3, Offeror Representations and CertificationsCommercial Items; 52.252-2, Clauses Incorporated by Reference (Feb 1998); 52.204-6, Data Universal Numbering System Number; 52.204-7, System for Award Management, 52.204-12, Data Universal Numbering System Maintenance; 52.204-13, System for Award Management Maintenance; 52.212-4, Contract Terms and ConditionsCommercial Items; 52.212-5, Contract Terms and Conditions Required To Implement Statutes or Executive OrdersCommercial Items, Alternate 1; 52.222-50, Combating Trafficking in Persons (FEB 2009); 52.233-3, Protest After Award (AUG 1996); 52.233-4, Applicable Law for Breach of Contract Claim (OCT 2004); 52.209-6, Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment (DEC 2010);52.219-6, Notice of Total Small Business Set-Aside (NOV 2011); 52.222-3, Convict Labor (JUN 2003); 52.222-19, Child Labor-Cooperation with Authorities and Remedies (MAR 2012); 52.222-21, Prohibition of Segregated Facilities (FEB 1999); 52.222-26, Equal Opportunity (MAR 2007); 52.222-35, Equal Opportunity for Veterans (SEP 2010); 52.222-36, Affirmative Action for Workers with Disabilities (OCT 2010); 52.222-37, Employment Reports on Veterans (SEP 2010); 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (DEC 2010); 52.223-18, Encouraging Contractor Policies to Ban Text Messaging While Driving (AUG 2011); 52.225-1, Buy American Act - Supplies (FEB 2009); 52.232-33, Payment by Electronic Funds Transfer System for

Award Management (OCT 2003);52.223-18 Encouraging Contractor Policies to Ban Text Messaging While Driving. (AUG 2011); 1452.232-99 Providing Accelerated Payment to Small Business Subcontractors; 1452.201-70 AUTHORITIES AND DELEGATIONS (SEPT 2011); DOI ELECTRONIC INVOICING Electronic Invoicing and Payment Requirements - Invoice Processing Platform (IPP) (September 2011); 52.212-1 Instructions to Offerors - Commercial Items. (FEB 2012); 52.212-2 Evaluation - Commercial Items. (JAN 1999) ; 52.212-3 Offeror Representations and Certifications-Commercial Items. (DEC 2012) Offers are due no later than 8:00 AM MST, April 11, 2014. This requirement is 100% set-aside for small business. All offerors must be registered in the System for Award Management (SAM). You may register at: www.SAM.gov.


Government Point of Contact: AJ Ramos Contracting Officer Bureau of Land Management 440 West 200 South Suite 500 Salt Lake City, Utah 84101 Phone: 801-539-4165 Email: aramos@blm.gov

AR00405

# LYMAN COMMUNICATIONS     INVOICE

1905 West 4700 South #241
Salt Lake City. UT  84129
Phone:  (858) 829-4852  Fax: (801) 935-9311

**DATE:** August 28, 2015
**INVOICE #** 110

**Bill To:** Invoicing Processing Platform System
U.S. Treasury

(FOR)
BLM-NV Winnemucca Field Office
5100 E. Winnemucca Blvd
Winnemucca, NV 89445

**For:**    PO NUMBER: **L15PX01136**
Microwave IP Network for 2015 Burning Man

| DATE | DAYS | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|---|
| 08/17/2015 – 08/28/2015 | 12 | Interim payment for Microwave IP Network for 2015 Burning Man Event | $50,999.00 | $50,999.00 |
| | | | **TOTAL** | $50,999.00 |

Make all checks payable to: LYMAN COMMUNICATIONS
Terms: Net 30 Days
DUNS#: 962640988

**THANK YOU FOR YOUR BUSINESS!**

AR00406

# LYMAN COMMUNICATIONS   INVOICE

1905 West 4700 South #241
Salt Lake City. UT  84129
Phone:  (858) 829-4852  Fax: (801) 935-9311

**DATE:** September 12, 2015

**INVOICE #** 117

**Bill To:** Invoicing Processing Platform System
U.S. Treasury

(FOR)
BLM-NV Winnemucca Field Office
5100 E. Winnemucca Blvd
Winnemucca, NV 89445

**For:**   PO NUMBER: **L15PX01136**
Microwave IP Network for 2015 Burning Man

| DATE | DAYS | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|---|
| 08/29/2015 – 09/12/2015 | 15 | Final payment for Microwave IP Network for 2015 Burning Man Event | $51,375.00 | $51,375.00 |
| | | | **TOTAL** | $51,375.00 |

Make all checks payable to: LYMAN COMMUNICATIONS
Terms: Net 30 Days
DUNS#: 962640988

**THANK YOU FOR YOUR BUSINESS!**

AR00407

| INTERAGENCY AGREEMENT | 1. IAA NO. L15PG00213 | | PAGE 1 | OF 2 |
|---|---|---|---|---|

| 2. ORDER NO. | 3. REQUISITION NO. 0040232912 | 4. SOLICITATION NO. |
|---|---|---|

| 5. EFFECTIVE DATE See Block 26c | 6. AWARD DATE 08/08/2015 | 7. PERIOD OF PERFORMANCE 08/01/2015 TO 09/25/2015 |
|---|---|---|

| 8. SERVICING AGENCY | 9. DELIVER TO |
|---|---|
| FOREST SERVICE U.S. DEPARTMENT OF AGRICULTURE<br>ALC: 12401100<br>DUNS: 929332484 +4:<br>201 14TH ST SW YATES BLDG<br>WASHINGTON DC 20002-6405<br><br><br>POC     ATTN GOVERNMENT POC<br>TELEPHONE NO.  000-000-0000 | BLM-UT UTAH STATE OFFICE*<br>440 WEST 200 SOUTH, SUITE 500<br>PO BOX 45155<br>SALT LAKE CITY UT 84101<br>US |

| 10. REQUESTING AGENCY | 11. INVOICE OFFICE |
|---|---|
| L UT-STATE OFC ADM SVCS BR(UT952)<br>ALC:<br>DUNS:  +4:<br>440 WEST 200 SOUTH, SUITE 500<br>SALT LAKE CITY UT 84101<br><br><br>POC<br>TELEPHONE NO. | OC622 - PAYMENTS SECTION<br>BUREAU OF LAND MANAGEMENT<br>DENVER FEDERAL CENTER, BLDG. 50<br>MS OC-620 Payments<br>PO BOX 25047<br>DENVER CO 80225 |

| 12. ISSUING OFFICE | 13. LEGISLATIVE AUTHORITY |
|---|---|
| BLM UT-STATE OFC ADM SVCS BR(UT952)<br>440 WEST 200 SOUTH, SUITE 500<br>SALT LAKE CITY UT 84101 | Service First, Public Law 112-74, Section 422 (P.L. 106-291; 114 Stat. 996; 43 U.S.C. 1701 note) |
| | 14. PROJECT ID |
| | 15. PROJECT TITLE USFS 2015 BM SUPPORT |

| 16. ACCOUNTING DATA 01 |
|---|

| 17. ITEM NO. | 18. SUPPLIES/SERVICES | 19. QUANTITY | 20. UNIT | 21. UNIT PRICE | 22. AMOUNT |
|---|---|---|---|---|---|
| | USFS 2015 BM SUPPORT:<br>Legacy Doc #: BLM Suggested COR: EBOIK<br>Delivery: 09/25/2015<br>Account Assignment: K G/L Account: 6100.253H0<br>Business Area: L000 Commitment Item: 253H00 Cost Center: LLNVW03000 Functional Area:<br>L51050000.NU0000 Fund: 15XL5017AP Fund Center:<br>LLNVW03000 Project/WBS: LV.RC.F1504080 PR Acct Assign Line: 01 | | | | |
| 00010 | USFS 2015 BM Support<br>Continued ... | | | | 75,000.00 |

| 23. PAYMENT PROVISIONS | 24. TOTAL AMOUNT $75,000.00 |
|---|---|

| 25a. SIGNATURE OF GOVERNMENT REPRESENTATIVE (SERVICING) | 26a. SIGNATURE OF GOVERNMENT REPRESENTATIVE (REQUESTING) | |
|---|---|---|
| 25b. NAME AND TITLE | 25c. DATE | 26b. CONTRACTING OFFICER Andrea Ramos | 26c. DATE |

| IAA NO | ORDER NO | PAGE | OF |
|---|---|---|---|
| L15PG00213 | | 2 | 2 |

The total amount of award: $75,000.00. The
obligation for this award is shown in box 24.

AR00409

IAA# L15PG00213- ARTICLES

I.   PROJECT TITLE:

2015 Burning Man Event

Law Enforcement (LEOs) assistance at the Burning Man Event in the Black Rock High
Rock National Conservation Area (NCA)

II.   OBJECTIVE:

The objective of this agreement is to provide a means by which an exchange of funds
may be completed for law enforcement and dispatch services rendered by the United
States Forest Service (USFS) to the Bureau of Land Management (BLM) during the
Burning Man Event.  This event occurs each year and in the past BLM has not been able
to provide enough law enforcement officers to adequately conduct our ICS operation
during the Burning Man Event.

III.   STATEMENT OF WORK:

A.  USFS agrees to:
    (1)  Provide law enforcement officers and patrol vehicles to provide law
         enforcement patrol of BLM lands during the Burning Man Event as
         determined by the BLM.
    (2)  LEOs participate in mandatory "cross designation" training prior to
         deployment (4 hours).

B.  BLM agrees to:
    (1)  Provide handheld radios/frequencies to participating LEOs.
    (2)  Operational Plan.
    (3)  Housing at Bruno's Motel.
    (4)  Instruction on BLM policies, regulations, practices.
    (5)  To pay for labor and overtime hours, travel related expenses and per diem.

IV.   REPORTS:

The Forest Service personnel will be required to submit to the State Chief Ranger in Salt
Lake, or other designated person, all law enforcement reports generated during the course
of the detail.  These reports include but are not limited to; arrest reports, violation notices,
and accident reports.

V.   AVAILABILITY OF FUNDS:

The availability of the parties to carry out their responsibilities under this IAA is subject
to their representative funding procedures and the availability of funds.  Should either
party encounter budgetary problems in the course of its respective internal procedures

AR00410

IAA# L15PG00213- ARTICLES

which may affect the activities to be carried out under this IAA, that party will notify the other party in a timely manner.

## Available funding provided by the BLM under this IAA expires September 25, 2015

VI.   SETTLEMENT OF DISPUTES:

The parties under this IAA are responsible for resolving any disputes that may arise within 30 business days of the billing date.  If a resolution cannot be achieved during this 30-day period, the matter will then be referred to the Department of Interior Financial Management Office (PFM) http://www.doi.gov/pfm/.

VII.   FINANCIAL ARRANGEMENTS (PAYMENT):

This IAA is not to exceed the amount as stated herein [inclusive of all Modifications.]. The charges for goods/services will include both direct and indirect costs applicable to this IAA. (BLM requires the specific Indirect Cost Rate to be identified in this section. IF you have received approval from the Bureau Budget Officer to waive or reduce the Indirect Cost Rate, indicate so in this section. For (WO800) time and materials based IAAs, the final charge for the work will be based on the actual costs incurred. For fixed price IAAs, the final charge will be the charge negotiated between the BLM and the USFS. When advance payment has been made on a reimbursable based IAA and the actual costs are less than the estimate, the difference will be refunded.

The USFS will submit their billing through the Intra-Governmental Payment and Collection (IPAC) system or the Intra-Governmental Transaction Portal, whichever is applicable.  The bill will reference the BLM Dunn and Bradstreet Number, the Requesting Agency Location Code, The Treasury Account Symbol, the Accounting Classification Reference Code(s), the Obligating Document Number, a brief description of the services performed, and the Accounts Payable point-of-contact name and phone number.

A copy of the supporting documentation will be forwarded to the BLM initiating office when the bill is prepared.  Payment will be made upon delivery or upon completion of the work (*Note: to CO: recommend coordination with USFS's billing POC to discuss billing frequency.

The BLM shall not be obligated to pay for, nor will the USFS be obligated to perform any effort that will require the expenditure of funds above the obligated amount.

## USFS agrees to submit IPAC before September 25th, 2015.

VIII.   TERM OF IAA:

This IAA shall become effective upon signature by both parties.  Unless completed early, or terminated in accordance with paragraph IX, this IAA expires September 30, 2013.  If extended by bilateral modification through coordinated with the BLM Nevada State Office duration shall not exceed (two years after contract).  The IAA (#L15PG00213), IAA Articles and Statement of Work included in this package are all part of the agreement that is being entered into.

IX.   TERMINATION:

**AR00411**

IAA# L15PG00213- ARTICLES

This IAA may be terminated by either party upon 30 days written notice. If the IAA is cancelled by the BLM, the USFS will be reimbursed for costs incurred prior to cancellation, plus any termination costs. All costs claimed by the USFS must be itemized and furnished to the BLM.

X.     MODIFYING THE IAA:

Either party under this IAA may propose to make changes under this IAA by notifying the other party in writing. All changes under this IAA must be modified and agreed upon by both parties in writing.

XI.    POINTS OF CONTACT:

Changes to the Points of Contact identified below may be made by written notification to each of the parties under this IAA.

REQUESTING AGENCY (BLM)

Technical Contact
Name:        Cassie Sandberg
Title:        Budget Analyst
Address:     440 West 200 South, Suite 500
             Salt Lake City, UT 84101
Phone:       801-539-4170
Email:       csandber@blm.gov

Contracting Contact
Name:        AJ Ramos
Title:        Contracting Officer
Address:     440 West 200 South Suite 500
             Salt Lake City, UT 84101
Phone:       801-539-4145
Email:       aramos@blm.gov

Billing Contact
OC622- Payments Section
Bureau of Land Management
Denver Federal Center, Bldg. 50
P.O. Box 25047
Denver, CO 80225

SERVICING AGENCY (USFS)

Technical Contact
Name:        Ragan Hall
Title:        Program Manager
Address:     324 25th Street
             Ogden, UT  84401-2310
Phone:       801-625-5780
Email:       rdhall@fs.fed.us

Contracting Contact
Name:        Carla Pickering
Title:        Grants Management
Address:     324 25th Street
             Ogden, UT  84401-2310
Phone:       801-625-5812
Email:       cpickering@fs.fed.us

Billing Contact
Same as Technical Contact

AR00412

FOREST SERVICE

BILL FOR COLLECTION

| Doc. Date : 09/19/2015 | PAGE: 1 |
|---|---|

ENCLOSE A COPY OF THIS BILL WITH YOUR CHECK OR MONEY ORDER. DO NOT SEND CASH. PLEASE INCLUDE BILL NO. AND CUSTOMER NUMBER ON  YOUR CHECK OR ON YOUR ONLINE BILL PAYMENT.
MAKE CHECK PAYABLE TO:
    FOREST SERVICE

MAIL PAYMENT TO:
US Forest Service C/O Citibank
P.O. Box  301550
Los Angeles CA 90030-1550
Or pay online at www.fs.fed.us/billpay

TO:
    BUREAU OF LAND MGMT
    CHIEF DIV OF FINANCIAL MGMT
    DENVER FEDERAL CTR BLDG 50
    DENVER CO 80225 US

PAYER INDICATE
AMOUNT ENCLOSED:

| NET AMOUNT DUE : | $ | 43,133.07 |
|---|---|---|
| DUE DATE: | 10/19/15 | |
| FMMI BILL NUMBER : | 3001790845 | |
| CUSTOMER NUMBER : | 5000288 | |

REFERENCE CONTRACT/PERMIT/AGREEMENT NUMBER :
    NRMG-15-IA-11046000-053

DESCRIPTION :  L15PG00213

REMARKS :
RE: 3200006345
NOTE :
PLEASE SEND ALL CORRESPONDENCE, INQUIRIES, AND CHANGE OF ADDRESS
TO :
    ASC - BUDGET & FIN
    101B SUN AVE NE
    ALBUQUERQUE NM 87109 US

| PRINCIPAL : | $ | 43,133.07 |
|---|---|---|
| INTEREST : | $ | 0.00 |
| ADMINISTRATIVE COST : | $ | 0.00 |
| PENALTY : | $ | 0.00 |
| AMOUNT DUE : | $ | 43,133.07 |
| AMOUNT CREDITED : | $ | 0.00 |
| NET AMOUNT DUE : | $ | 43,133.07 |

FAILURE TO MAKE PAYMENTS BY THE DUE DATE WILL RESULT IN THE ASSESSMENT OF LATE PAYMENT CHARGES (INTEREST, ADMINISTRATIVE COST, AND/OR PENALTY CHARGES) IN ACCORDANCE WITH YOUR CONTRACT, PERMIT, OR THE DEBT COLLECTION ACT OF 1982, AS AMENDED. POSTMARKS ARE NOT HONORED. LATE FEES DO NOT APPLY FOR BILLINGS IN ADVANCE OF RECEIPT OF GOODS OR SERVICES.

OBLIG DOC# L15PG00213 IPAC MTHLY IN ARREARS
PROJECT TITLE: R4 BLM BURNING MAN 2015
BLM POC:C SANDBERG 801-539-4170  FS POC: S HARRIS 801-625-5324
FS AGR# 15-IA-11046000-053

SPECIAL BILLING REQUIREMENTS: B1, C1, C2

| LINE | LINE INFORMATION | AMOUNT | |
|---|---|---|---|
| 000020 | FS.RA.1360.NF.XF53.5053R 15XX | $ | 43,133.07 |

**AR00413**

RECEIVED BY YOUR ALC
ALL TRANSACTIONS RECEIVED BY: 14110008
INCLUDES THIRD PARTY SUBMITTER DATA

Start Date: 09/22/2015  End Date: 09/22/2015

| Originating ALC | Customer ALC | Submitter ALC | COLLECTION |
|---|---|---|---|
| 12401100 | 14110008 | 12060000 | |

| Document Reference Number | Summary Amount |
|---|---|
| 10045916 | $43,133.07 |

| Accomplished Date | Accounting Date | Number of Detail(s) | Originator DO Symbol |
|---|---|---|---|
| 09/22/2015 | 09/30/2015 | 1 | X1050 |

| ALC Contact | Contact Phone |
|---|---|
| Jonathan Sappington | 5044265217 |

Contact Email

Jonathan.Sappington@nfc.usda.gov

| Detail Number | Receiver Treasury Account Symbol | Receiver DUNS+4 | Sender Treasury Account Symbol | Sender DUNS+4 |
|---|---|---|---|---|
| 1 | 014   X1109000 | | 012   X1106000 | |
| | Receiver BETC | Receiver DUNS | Sender BETC | Sender DUNS |
| | DISB | | COLL | |

| Purchase Order Number | Invoice Number |
|---|---|
| L15PG00213 | L15PG00213 |

| Obligating Document Number | Requisition Number | Contract Number |
|---|---|---|
| L15PG00213 | L15PG00213 | 3001790845 |

| CLIN | Jas Number |
|---|---|
| 002 | FS.RA.1360.NF.XF53.5053R |

| ACT(trace number) | Job (Project) Number | Pay Flag | Receiver Dept Code |
|---|---|---|---|
| 0005000288 | L15PG00213 | F | 14 |

| Unit of Issue | Quantity | Unit Price | Detail Amount |
|---|---|---|---|
| VA | 1.00 | $43,133.07 | $43,133.07 |

| ACRN | Accounting Classification Code | FSN/AAA/ADSN | DOD Activity Address Code |
|---|---|---|---|
| DEFAULT | L15PG00213 | 0 | |

| Transaction Contact | Contact Phone |
|---|---|
| JASMINE SCOTT | 999-999-9999 |

Transaction Description
LONG TEXT=OBLIG DOC# L15PG00213 IPAC MTHLY
IN ARREARS;PROJECT TITLE: R4 BLM BURNING MAN
2015;BLM POC:C SANDBERG 801-539-4170 FS POC:
S HARRIS 801-625-5324;FS AGR#
15-IA-11046000-053;;;;;;SPECIAL BILLING
REQUIREMENTS: B1, C1, C2;;;;

Miscellaneous Information
CUSTOMER=0005000288;PO=L15PG00213;SO=32000063
5/000020;REFERENCE=DEFAULT;ITEM
DESC=NRMG-15-IA-11046000-053;CONTRACT
START=;CONTRACT END=;

**AR00414**

RECEIVED BY YOUR ALC
ALL TRANSACTIONS RECEIVED BY: 14110008
INCLUDES THIRD PARTY SUBMITTER DATA

Start Date: 11/05/2015  End Date: 11/05/2015

| Originating ALC | Customer ALC | Submitter ALC | COLLECTION |
|---|---|---|---|
| 12401100 | 14110008 | 12060000 | |

| Document Reference Number | | Summary Amount | |
|---|---|---|---|
| 10046818 | | $16,834.25 | |

| Accomplished Date | Accounting Date | Number of Detail(s) | Originator DO Symbol |
|---|---|---|---|
| 11/05/2015 | 11/30/2015 | 1 | X1050 |

| ALC Contact | | Contact Phone |
|---|---|---|
| Jonathan Sappington | | 5044265217 |

Contact Email

Jonathan.Sappington@nfc.usda.gov

| Detail Number | Receiver Treasury Account Symbol | Receiver DUNS+4 | Sender Treasury Account Symbol | Sender DUNS+4 |
|---|---|---|---|---|
| 1 | 014  X1109000 | | 012  X1106000 | |

| | Receiver BETC | Receiver DUNS | Sender BETC | Sender DUNS |
|---|---|---|---|---|
| | DISB | | COLL | |

| Purchase Order Number | Invoice Number |
|---|---|
| L15PG00213 | L15PG00213 |

| Obligating Document Number | Requistion Number | Contract Number |
|---|---|---|
| L15PG00213 | L15PG00213 | 3001810724 |

| CLIN | Jas Number |
|---|---|
| 002 | FS.RA.1360.NF.XF53.5053R |

| ACT(trace number) | Job (Project) Number | Pay Flag | Receiver Dept Code |
|---|---|---|---|
| 0005000288 | L15PG00213 | F | 14 |

| Unit of Issue | Quantity | Unit Price | Detail Amount |
|---|---|---|---|
| VA | 1.00 | $16,834.25 | $16,834.25 |

| ACRN | Accounting Classification Code | FSN/AAA/ADSN | DOD Activity Address Code |
|---|---|---|---|
| DEFAULT | L15PG00213 | 0 | |

| Transaction Contact | Contact Phone |
|---|---|
| JASMINE SCOTT | 999-999-9999 |

Transaction Description
LONG TEXT=OBLIG DOC# L15PG00213 IPAC MTHLY
IN ARREARS;PROJECT TITLE: R4 BLM BURNING MAN
2015;BLM POC:C SANDBERG 801-539-4170 FS POC:
S HARRIS 801-625-5324;FS AGR#
15-IA-11046000-053;;;;;SPECIAL BILLING
REQUIREMENTS: B1, C1. C2;;;;

Miscellaneous Information
CUSTOMER=0005000288;PO=L15PG00213;SO=32000063
5/000020;REFERENCE=DEFAULT;ITEM
DESC=NRMG-15-IA-11046000-053;CONTRACT
START=;CONTRACT END=;

**AR00415**

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | | | 1. REQUISITION NUMBER 0040235792 | | PAGE 1 | OF 2 |
|---|---|---|---|---|---|---|
| *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | | | | | | |

| 2. CONTRACT NO. NNG15SD19B | 3. AWARD/ EFFECTIVE DATE | 4. ORDER NUMBER L15PD01054 | | 5. SOLICITATION NUMBER | | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|---|---|

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME Andrea Ramos | b. TELEPHONE NUMBER *(No collect calls)* (801) 539-4145 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|

| 9. ISSUED BY                        CODE  LUA | 10. THIS ACQUISITION IS   [X] UNRESTRICTED OR   [ ] SET ASIDE:    % FOR: |
|---|---|
| BLM UT-STATE OFC ADM SVCS BR(UT952) 440 WEST 200 SOUTH, SUITE 500 SALT LAKE CITY UT 84101 | [ ] SMALL BUSINESS    [ ] WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM [ ] HUBZONE SMALL BUSINESS    [ ] EDWOSB    NAICS: 423690 [ ] SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS    [ ] 8(A)    SIZE STANDARD: 100 |

| 11. DELIVERY FOR FOB DESTINA- TION UNLESS BLOCK IS MARKED [ ] SEE SCHEDULE | 12. DISCOUNT TERMS PP30 | | 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|---|
| | | | | 14. METHOD OF SOLICITATION [ ] RFQ   [ ] IFB   [ ] RFP |

| 15. DELIVER TO                    CODE  0004276225 | 16. ADMINISTERED BY                    CODE  LUA |
|---|---|
| BLM-AZ ARIZONA STATE OFFICE* ONE NORTH CENTRAL AVENUE PHOENIX AZ 85004-4424 | BLM UT-STATE OFC ADM SVCS BR(UT952) 440 WEST 200 SOUTH, SUITE 500 SALT LAKE CITY UT 84101 |

| 17a. CONTRACTOR/ OFFEROR    CODE 0070389062    FACILITY CODE | 18a. PAYMENT WILL BE MADE BY                    CODE  IPP INV |
|---|---|
| ALVAREZ & ASSOCIATES, LLC Attn: ATTN GOVERNMENT POC 8251 GREENSBORO DR STE 230 TYSONS CORNER VA 22102-3817 | Invoice Processing Platform System US Department of Treasury http://www.ipp.gov |
| TELEPHONE NO.   000-000-0000 | |

| [ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED   [ ] SEE ADDENDUM |
|---|---|

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Suggested Vendor:    Suggested Buyer/CO: Legacy Doc #: BLM Suggested COR: EBOIK Delivery: 08/13/2016 Account Assignment: K G/L Account: 6100.257J0 Business Area: L000 Commitment Item: 257J00 Cost Center: LLNVW03000 Functional Area: L51050000.NU0000 Fund: 15XL5017AP Fund Center: LLNVW03000 Project/WBS: LV.RC.F1504080 PR Acct Assign Line: 01 Period of Performance: 08/14/2015 to 08/13/2016 Continued ... | | | | |
| | *(Use Reverse and/or Attach Additional Sheets as Necessary)* | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA 01 | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* $56,494.20 |
|---|---|

| [ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4.  FAR 52.212-3 AND 52.212-5 ARE ATTACHED.    ADDENDA  [ ] ARE  [ ] ARE NOT ATTACHED. |
|---|
| [X] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4.  FAR 52.212-5 IS ATTACHED.    ADDENDA  [ ] ARE  [X] ARE NOT ATTACHED. |

| [ ] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ____ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED. | [X] 29. AWARD OF CONTRACT: Quote #015018    [ ] OFFER DATED 08/14/2015   YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: |
|---|---|
| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* |
| 30b. NAME AND TITLE OF SIGNER *(Type or print)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or print)* Andrea Ramos | 31c. DATE SIGNED 8/14/15 |

| AUTHORIZED FOR LOCAL REPRODUCTION PREVIOUS EDITION IS NOT USABLE | STANDARD FORM 1449 (REV. 2/2012) Prescribed by GSA - FAR (48 CFR) 53.212 |
|---|---|

AR00416

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| 00010 | InReach Factory Service and Support | | | | 5,220.00 |
| 00020 | Service Active Fee (SEWP#AF-00844X-ACT) | | | | 3,137.50 |
| 00030 | Pro Back Office (SEWP#AP-008395-003) | | | | 9,034.50 |
| 00040 | Service Delorme4 (SEWP#AP-008442-000) | | | | 34,727.20 |
| 00050 | 1 Month Heavy Use (SEWP#AP-008395-002) | | | | 4,375.00 |
| | The total amount of award: $56,494.20. The obligation for this award is shown in box 26. | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED    ☐ INSPECTED    ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|
| | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL   ☐ FINAL | | | ☐ COMPLETE   ☐ PARTIAL   ☐ FINAL | |

| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY |
|---|---|---|

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) |
| | | 42c. DATE REC'D (YY/MM/DD) | 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

**AR00417**



# INVOICE

9635 Maroon Cir., Ste 340,
Englewood, CO, 80112, USA
Phone: (303) 569-6353 Fax: (303) 325-7520
http://www.alvarezassociates.com/
accounting@alvarezassociates.com

| Billing Address | Shipping Address | | |
|---|---|---|---|
| | | **Invoice Number** | SIN000019 |
| Department of the Interior<br>DEPT OF TREASURY | Department of the Interior<br>OFFICE OF LAW ENFORCEMENT & SECURITY<br>RENO,NV 89502-7147 | **Invoice Date** | 08/19/2015 |

| Contract Type | Contract # | Control # | Invoice Currency | Due Date |
|---|---|---|---|---|
| SEWP V | L15PD01054 | 7972 | USD | 8/19/2015 |

| | Product Name | Quantity | Unit Price | Net Value |
|---|---|---|---|---|
| 1 | SEWP V SURCHARGE | 1.00 | $219.47 | $219.47 |
| 2 | CREDIT SEWP V | 1.00 | $-219.47 | $-219.47 |
| 3 | InReach Factory service and support" Includes updating firmware, activating, quality assurance testing, backoffice set up, return shipping | 150.00 | $34.80 | $5,220.00 |
| 4 | Service Agreement Activation Fee - One Time | 125.00 | $25.10 | $3,137.50 |
| 5 | Enterprise professional back office $60/year/device | 150.00 | $60.23 | $9,034.50 |
| 6 | Service Agreement 1. 12,000 bytes per month for one device for one year | 80.00 | $434.09 | $34,727.20 |
| 7 | InReach service agreement plan, 1 month overage at 30kb/month | 70.00 | $62.50 | $4,375.00 |
| | | | | $56,494.20 |

| **Remit to Information:** |
|---|
| Alvarez & Associates, LLC<br>8251 Greensboro Dr., Suite 230<br>Tysons Corner, VA 22102 |
| **Payment Terms:** |
| NET 30 |
| **Bank Information:** |
| Account #: 1527376501 - Cage Code # 54HW2<br>Account #: 1527376502 - Cage Code # 35LK3<br>ABA #: 055001096<br>Federal Tax ID: 20-1561067<br>D&B: 160759135-3201 |

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | 1. REQUISITION NUMBER 0040232759 | | PAGE 1 | OF 2 |
|---|---|---|---|---|

| 2. CONTRACT NO. | 3. AWARD/ EFFECTIVE DATE | 4. ORDER NUMBER L15PX01127 | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|

| 7. | FOR SOLICITATION INFORMATION CALL: | a. NAME Andrea Ramos | b. TELEPHONE NUMBER *(No collect calls)* (801) 539-4145 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|---|

| 9. ISSUED BY | CODE LUA |
|---|---|

BLM UT-STATE OFC ADM SVCS BR(UT952)
440 WEST 200 SOUTH, SUITE 500
SALT LAKE CITY UT 84101

| 10. THIS ACQUISITION IS | [X] UNRESTRICTED OR | [ ] SET ASIDE: ___ % FOR: |
|---|---|---|
| [ ] SMALL BUSINESS | [ ] WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM | |
| [ ] HUBZONE SMALL BUSINESS | [ ] EDWOSB | NAICS: 334220 |
| [ ] SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS | [ ] 8(A) | SIZE STANDARD: 750 |

| 11. DELIVERY FOR FOB DESTINA-TION UNLESS BLOCK IS MARKED [ ] SEE SCHEDULE | 12. DISCOUNT TERMS ACCP | | 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|---|
| | | | 14. METHOD OF SOLICITATION [ ] RFQ  [ ] IFB  [ ] RFP | |

| 15. DELIVER TO | CODE 0004276507 |
|---|---|

BLM-NV NEVADA STATE OFFICE*
1340 FINANCIAL BLVD
PO BOX 12000
RENO NV 89502-0006

| 16. ADMINISTERED BY | CODE LUA |
|---|---|

BLM UT-STATE OFC ADM SVCS BR(UT952)
440 WEST 200 SOUTH, SUITE 500
SALT LAKE CITY UT 84101

| 17a. CONTRACTOR/ OFFEROR | CODE 0070277760 | FACILITY CODE |
|---|---|---|

MODULAR COMMUNICATIONS SYSTEMS
Attn: ATTN GOVERNMENT POC
13309 SATICOY ST
NORTH HOLLYWOOD CA 91605-3407

TELEPHONE NO.   000-000-0000

| 18a. PAYMENT WILL BE MADE BY | CODE IPP INV |
|---|---|

Invoice Processing Platform System
US Department of Treasury
http://www.ipp.gov

| [ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM |
|---|---|

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Suggested Vendor:    Suggested Buyer/CO: Legacy Doc #: BLM Suggested COR: EBOIK Delivery: 08/19/2015 Account Assignment: K G/L Account = 6100.233F0 Business Area: L000 Commitment Item: 233F00 Cost Center: LLNVW03000 Functional Area: L51050000.EA0000 Fund: 15XL5017AP Fund Center: LLNVW03000 Project/WBS: LV.RC.F1504080 PR Acct Assign Line: 01 Period of Performance: 08/08/2015 to 09/12/2015 Continued ... *(Use Reverse and/or Attach Additional Sheets as Necessary)* | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA 01 | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* $12,500.00 |
|---|---|

| [ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4.  FAR 52.212-3 AND 52.212-5 ARE ATTACHED.  ADDENDA | [ ] ARE | [ ] ARE NOT ATTACHED. |
|---|---|---|
| [ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4.  FAR 52.212-5 IS ATTACHED.  ADDENDA | [ ] ARE | [ ] ARE NOT ATTACHED. |

| [ ] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES TO ISSUING OFFICE.  CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED. | [ ] 29. AWARD OF CONTRACT: ___ OFFER DATED ___.  YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: |
|---|---|
| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* *Andrea J Kewv* |
| 30b. NAME AND TITLE OF SIGNER *(Type or print)*  |  30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or print)* Andrea Ramos  |  31c. DATE SIGNED 8/8/15 |

| AUTHORIZED FOR LOCAL REPRODUCTION PREVIOUS EDITION IS NOT USABLE | STANDARD FORM 1449 (REV. 2/2012) Prescribed by GSA - FAR (48 CFR) 53.212 |
|---|---|

AR00419

2 of   2

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| 00010 | 2015 BM – Dispatch Consoles | | | | 12,500.00 |
| | The total amount of award: $12,500.00. The obligation for this award is shown in box 26. | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED     ☐ INSPECTED     ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL   ☐ FINAL | | | ☐ COMPLETE   ☐ PARTIAL   ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT

| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42a. RECEIVED BY (Print) |
|---|---|---|
| | | 42b. RECEIVED AT (Location) |
| | | 42c. DATE REC'D (YY/MM/DD) | 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

AR00420

BUREAU OF LAND MANAGEMENT
NEVADA STATE OFFICE
WINNEMUCCA DISTRICT OFFICE

# STATEMENT OF WORK
## FOR DISPATCH CONSOLE RENTALS
## BLM BURNING MAN OPERATION

## BACKGROUND

The Burning Man Recreational Event is an international art festival and an experiment in a "temporary community dedicated to radical self-expression and self-reliance". The temporary community of Black Rock City is created for eight days and becomes the 7th largest city in Nevada. The event takes place on the Black Rock Desert within the Black Rock/High Rock NCA, managed by the Winnemucca District Office. A Special Recreation Permit (SRP) is issued to Black Rock City LLC which is responsible for all activities within Black Rock City. The SRP has 13 general stipulations and 49 special stipulations. The BLM also generates a Closure Order for the event that is announced in the *Federal Register* which designates the event area as a temporary closure and documents temporary restriction of certain activities within the temporary closure.

The BLM's operational mission is to ensure public safety and resource protection through the enforcement of the event closure order, the SRP stipulations, Federal laws/regulations and Nevada state laws/regulations at the event. To accomplice this mission the BLM has adopted the ICS system and integrated multiple agencies into one operation. The ICS operation will be a combination of overhead, operational and support positions. The ICS operation will cover all three event periods of the detail: Pre-Event; Main Event; Post-Event (8/17 - 9/17: 30 days). For the 2015 event the ICS operation has identified the need to rent 6 dispatch consoles for dispatch to monitor and communicate on all of the event's repeaters.

## REQUIRED SERVICES

Touch screen dispatch consoles that can control five base stations through a tone control and give the ability to the Center manager to control the radios and supervise the traffic. The following console related items are required for a 30 day rental period.

1) 6 Position five channel radio console system
2) 6 Touch screen laptops or desktops.
3) 6 Sets of speakers.
4) 6 Mics.
5) 6 Foot pedals.
6) Programming the consoles to match the setup of the event.
7) Contractor must bring to Burning Man ICP or ship equipment to the BLM state office in Reno, NV.
8) Contractor will provide onsite setup.

1

AR00421

**LOCATION**

The dispatch consoles will be set up in the dispatch trailer at the Burning Man ICP at Black Rock City.  (12 miles north of Gerlach, NV.)

**PERIOD OF PERFORMANCE**

The Dispatch Consoles need to be sent to the Nevada State Office by Aug 17th for inventory or brought to Burning Man ICP on Aug. 19th.  The dispatch consoles will be set up and tested by the contractors on-playa representatives and will be operational by August 21st.  They will be used for the event from Aug 22 – Sept 11.  The BLM will break down the equipment repack and ship back to the manufacturer on Sept 17th.

2

AR00422

# Modular Communication Systems, Inc.

13309 Saticoy St.
North Hollywood, CA  91605
USA

Voice:   818-764-1333
Fax:      818-764-1992



# INVOICE

| | |
|---|---|
| Invoice Number: | 12562 |
| Invoice Date: | Aug 24, 2015 |
| Page: | 1 |

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| BLM - NV State OFC<br>1340 Financial Blvd.<br>Reno, NV  89502 | BLM - NV State OFC<br>1340 Financial Blvd.<br>Reno, NV  89502 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 00214 | L15PX01127 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Courier | 8/20/15 | 9/23/15 |

| Quantity | BackOrder | Item | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 1.00 | | Position-ELO | Workstation Electronics: 6 rental positions with rental back rack. Invoice to www.ipp.gov | 12,500.00 | 12,500.00 |

| | |
|---|---|
| Subtotal | 12,500.00 |
| Sales Tax | |
| Total Invoice Amount | 12,500.00 |
| Payment/Credit Applied | |
| **TOTAL** | **12,500.00** |

Check/Credit Memo No:

AR00423

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | | | 1. REQUISITION NUMBER 0040226912 | | PAGE OF | |
|---|---|---|---|---|---|---|
| OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30 | | | | | 1 | 5 |

| 2. CONTRACT NO. | 3. AWARD/ EFFECTIVE DATE | 4. ORDER NUMBER L15PX01138 | | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE 07/10/2015 |
|---|---|---|---|---|---|

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME Andrea Ramos | b. TELEPHONE NUMBER (No collect calls) (801) 539-4145 | 8. OFFER DUE DATE/LOCAL TIME ET |
|---|---|---|---|

| 9. ISSUED BY CODE LUA | 10. THIS ACQUISITION IS [X] UNRESTRICTED OR [ ] SET ASIDE: ____ % FOR: |
|---|---|

9. ISSUED BY   CODE LUA

BLM UT-STATE OFC ADM SVCS BR(UT952)
440 WEST 200 SOUTH, SUITE 500
SALT LAKE CITY UT 84101

10. THIS ACQUISITION IS  [X] UNRESTRICTED OR  [ ] SET ASIDE: ____ % FOR:

[ ] SMALL BUSINESS
[ ] HUBZONE SMALL BUSINESS
[ ] SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

[ ] WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
[ ] EDWOSB
[ ] 8(A)

NAICS: 532412

SIZE STANDARD: $32.5

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED [ ] SEE SCHEDULE | 12. DISCOUNT TERMS PP30 | 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | | 14. METHOD OF SOLICITATION [X] RFQ   [ ] IFB   [ ] RFP |

| 15. DELIVER TO   CODE 0004276670 | 16. ADMINISTERED BY   CODE LUA |
|---|---|
| BLM-UT UTAH STATE OFFICE* 440 WEST 200 SOUTH, SUITE 500 PO BOX 45155 SALT LAKE CITY UT 84101 | BLM UT STATE OFC ADM SVCS-UT952 440 WEST 200 SOUTH, SUITE 500 SALT LAKE CITY UT 84101 |

| 17a. CONTRACTOR/ OFFEROR   CODE 0071339176   FACILITY CODE | 18a. PAYMENT WILL BE MADE BY   CODE IPP INV |
|---|---|
| HERTZ EQUIPMENT RENTAL CORPORATION Attn: ATTN GOVERNMENT POC 1610 KLEPPE LN SPARKS NV 89431-6430 | Invoice Processing Platform System US Department of Treasury http://www.ipp.gov |
| TELEPHONE NO.  000-000-0000 | |

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED  [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Suggested Vendor:   Suggested Buyer/CO: Legacy Doc #: BLM Suggested COR: EBOIK Delivery: 08/24/2015 Account Assignment: K G/L Account: 6100.233L0 Business Area: L000 Commitment Item: 233L00 Cost Center: LLNVW03000 Functional Area: L51050000.EA0000 Fund: 15XL5017AP Fund Center: LLNVW03000 Project/WBS: LV.RC.F1504080 PR Acct Assign Line: 01 Period of Performance: 08/24/2015 to 09/12/2015 Continued ... | | | | |
| | (Use Reverse and/or Attach Additional Sheets as Necessary) | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA 01 | 26. TOTAL AWARD AMOUNT (For Govt. Use Only) $7,995.90 |
|---|---|

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4.  FAR 52.212-3 AND 52.212-5 ARE ATTACHED.  ADDENDA  [ ] ARE  [ ] ARE NOT ATTACHED.

[X] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4.  FAR 52.212-5 IS ATTACHED.  ADDENDA  [ ] ARE  [ ] ARE NOT ATTACHED.

[X] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ____ COPIES TO ISSUING OFFICE.  CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

[ ] 29. AWARD OF CONTRACT: ____ OFFER DATED ____.  YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) Andrea J Ramos |
|---|---|
| 30b. NAME AND TITLE OF SIGNER (Type or print) | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER (Type or print) Andrea Ramos | 31c. DATE SIGNED 8/10/15 |

| AUTHORIZED FOR LOCAL REPRODUCTION PREVIOUS EDITION IS NOT USABLE | STANDARD FORM 1449 (REV 2/2012) Prescribed by GSA - FAR (48 CFR) 53.212 |
|---|---|

AR00424

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| 00010 | 8 UTVs 2015 BMan Event | | | | 7,995.90 |
| | The total amount of award: $7,995.90. The<br>obligation for this award is shown in box 26. | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED      ☐ INSPECTED      ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|
| | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED<br>CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL   ☐ FINAL | | | ☐ COMPLETE   ☐ PARTIAL   ☐ FINAL | |

| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY |
|---|---|---|

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | 42a. RECEIVED BY (Print) |
|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER      41c. DATE | 42b. RECEIVED AT (Location) |
| | 42c. DATE REC'D (YY/MM/DD)      42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

**AR00425**

BUREAU OF LAND MANAGEMENT
NEVADA STATE OFFICE
WINNEMUCCA DISTRICT OFFICE

# STATEMENT OF WORK
FOR UTILITY TERRAIN VEHICLE (UTVS)
FOR 2015 BLM BURNING MAN OPERATION

**BACKGROUND**

The Burning Man Recreational Event is an international art festival and an experiment in a "temporary community dedicated to radical self-expression and self-reliance". The temporary community of Black Rock City is created for eight days and becomes the 7th largest city in Nevada. The event takes place on the Black Rock Desert within the Black Rock/High Rock NCA, managed by the Winnemucca District Office. A Special Recreation Permit (SRP) is issued to Black Rock City LLC which is responsible for all activities within Black Rock City. The SRP has 13 general stipulations and 49 special stipulations. The BLM also generates a Closure Order for the event that is announced in the *Federal Register* which designates the event area as a temporary closure and documents temporary restriction of certain activities within the temporary closure.

The BLM's operational mission is to ensure public safety and resource protection through the enforcement of the event closure order, the SRP stipulations, Federal laws/regulations and Nevada state laws/regulations at the event. To accomplice this mission the BLM has adopted the ICS system and integrated multiple agencies into one operation. The ICS operation will be a combination of overhead, operational and support positions. The ICS operation will cover all three event periods of the detail: Pre-Event; Main Event; Post-Event (8/24 - 9/11: 19 days). The detail also entails a set-up week, before event weeks, and a break-down week, after event weeks, that some detailers are assigned to. For the 2015 event the ICS management has identified the need to rent 25 specific models of UTVs for use during all weeks of the operation. The UTVs will be used for working/patrolling in Black Rock City by the Civilian Operations side of the BLM's event operation management.

**REQUIRED SERVICES**

Rental of 26 UTV's:

1) Rental of 18 ClubCar XRT800 UTVs (2 seater side-by-sides with forward facing rear seats, 4x2, off-road, gas powered, golf cart configuration UTVs).

2) Rental of 6 Polaris Ranger Crews UTVs (4 seater side-by-sides with forward facing rear seats, 4x2 or 4x4, off-road, gas powered UTVs).

   Note: All ClubCars will be keyed for the same ignition key. Contractor will provide 20 keys total for ClubCars.

1

AR00426

3) Rental of 2 Kubota RTV1140 UTVs (4 seater side-by-sides, 4x4, off road, <u>heavy duty</u>, diesel powered, <u>utility truck configuration</u> UTVs).

<u>Service</u> of:

1) Service of any mechanical failure of UTVs on playa within 24hrs of service call, or replacement of UTV within 24hrs of failure notification call.

2) Delivery and Pick-up of UTVs to BLM Hdqt playa site.

## LOCATION

Delivery and Pick-up to the ICP site, which will be located at the end of 12-mile playa entry road, off County Road 34, 12 miles north of Gerlach, NV.

## PERIOD OF PERFORMANCE

All UTVs deliveries to playa site must be completed by end-of-day on Monday, August 24, 2015. UTVs can be picked up on or after Saturday, September 12, 2015, but must be picked up by end-of-day on September 15, 2015 (last day security of UTV's on playa can be provided by BLM staff).  The on-playa rental use dates will be August 25 through September 11, 2015, 19 days.

(Note: The BLM Project Manager Mark Pirtle will be at the BLM Hdqt playa site from 8/3-9/14, to coordinate deliveries, set-ups, service schedules, demobilization actions and pick-ups).

2

AR00427

# Hertz
## Equipment Rental

Res/Quote Number:  50041351

**CUSTOMER COPY**
## ORIGINAL INVOICE
9/18/15

Invoice Number:   28200946-002

PAYMENT TERMS ARE NET 10 DAYS
LATE CHARGES MAY APPLY
Customer is responsible for FUEL, FLATS,
DAMAGE and CLEANUP FEES.

BUREAU OF LAND MANAGEMENT NEVA
BLM NV-STATE OFC BGT & FIN SVC
1340 FINANCIAL BLVD
RENO, NV  89502-7147

| | |
|---|---|
| **AMOUNT  DUE:** | **$    7795.47** |
| AMOUNT  ENCLOSED: | $ _____ |
| CUSTOMER NUMBER: | 2900700 |

MAIL PAYMENT TO:
HERTZ EQUIPMENT RENTAL CORPORATION
P.O. BOX 650280
DALLAS, TX  75265-0280

_ _ _ _ _ To insure accurate and timely posting, detach and send top portion with your payment _ _ _ _ _ _ _ _

**RENTED FROM:**
HERTZ EQUIPMENT RENTAL (720)
1610 KLEPPE LANE
SPARKS, NV  89431
Ph: 775-359-9090
Fax:855-490-6815

PO#:                         L15PX01138
JOB NUMBER:               BURNING MAN
RENTAL START DATE:     8/24/15   10:00
DELIVERED BY:                    HERTZ
ORDERED BY:               MARK PIRTLE
SIGNED BY:                          CNP
SALES REP:               GRIFFIN WOOD
CLOSED BY:            CHRISTINE LAUER

**SHIPPING ADDRESS:**
BUREAU OF LAND MANAGEMENT
BURNING MAN
GERLACH, NV  89412

| **RENTAL DAYS:** | | **16** |
|---|---|---|
| INVOICE FROM DATE: | 8/24/15 | 10:01 |
| INVOICE THRU DATE: | 9/09/15 | 10:39 |

| | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 6252.00 | | 6252.00 |
| SALES ITEMS | 100.64 | | 100.64 |
| OTHER CHARGES | 140.00 | | 140.00 |
| FUEL CHARGES | 302.83 | | 302.83 |
| DELIVERY/PICK UP | 1000.00 | | 1000.00 |
| TOTAL CHARGES | 7795.47 | | 7795.47 |

NET DUE                                7795.47

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | CART/4X2/GAS | 8/ | 130.00 | 21.67 | 130.00 | 349.00 | 749.00 | 749.00 |

780040060  Make: CLUBCAR  Model: XRT800  Ser #: XJ1134219352
7800040            Hours Free:                         8      40     160
HR OUT: 1116.830  HR IN: 1126.500  TOTAL: 9.670
FREE: 112.000    EXCESS: 0    HRS CHG: 2.341
EMISSIONS & ENV SURCHARGE     EMISSIONS                                      10.26

| 1 | CART/4X2/GAS | 8/ | 130.00 | 21.67 | 130.00 | 349.00 | 749.00 | 749.00 |
|---|---|---|---|---|---|---|---|---|

780040130  Make: CLUBCAR  Model: XRT800  Ser #: XJ1316359815
7800040            Hours Free:                         8      40     160
HR OUT: 60.670  HR IN: 126.400  TOTAL: 65.730
FREE: 112.000    EXCESS: 0    HRS CHG: 2.341
EMISSIONS & ENV SURCHARGE     EMISSIONS                                      10.26

| 1 | CART/4X2/GAS | 8/ | 130.00 | 21.67 | 130.00 | 349.00 | 749.00 | 749.00 |
|---|---|---|---|---|---|---|---|---|

780040118  Make: CLUBCAR  Model: XRT800  Ser #: XJ1317362530
7800040            Hours Free:                         8      40     160
HR OUT: 290.000  HR IN: 301.800  TOTAL: 11.800
09/03/15 Total Hours from Prior Exchange
   TOTAL: 11.800    FREE: 112.000    EXCESS: 0

CONTINUED

**Hertz.**
**Equipment Rental**

CUSTOMER COPY
# ORIGINAL INVOICE
**9/18/15**

Res/Quote Number:  50041351

Customer Number: 2900700

Invoice Number:   28200946-002

BUREAU OF LAND MANAGEMENT NEVA
BLM NV-STATE OFC BGT & FIN SVC
1340 FINANCIAL BLVD
RENO, NV  89502-7147

Customer is responsible for FUEL, FLATS, DAMAGE and CLEANUP FEES.

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|-----|-------------|------|-----|------|-----|------|--------|--------|
| | | | HRS CHG: 2.341 | | | | | |
| | EMISSIONS & ENV SURCHARGE      EMISSIONS | | | | | | | 10.26 |
| 1 | CART/4X2/GAS | 8/ | 130.00 | 21.67 | 130.00 | 349.00 | 749.00 | 749.00 |
| | 780040120  Make: CLUBCAR  Model: XRT800  Ser #: XJ1317362557 | | | | | | | |
| | 7800040            Hours Free: | | | | 8 | 40 | 160 | |
| | HR OUT: 256.800  HR IN: 272.100  TOTAL: 15.300 | | | | | | | |
| | FREE: 112.000   EXCESS: 0    HRS CHG: 2.341 | | | | | | | |
| | EMISSIONS & ENV SURCHARGE      EMISSIONS | | | | | | | 10.26 |
| 1 | CART/4X2/GAS | 8/ | 130.00 | 21.67 | 130.00 | 349.00 | 749.00 | 749.00 |
| | 780040122  Make: CLUBCAR  Model: XRT800  Ser #: XJ1317362558 | | | | | | | |
| | 7800040            Hours Free: | | | | 8 | 40 | 160 | |
| | HR OUT: 411.700  HR IN: 423.100  TOTAL: 11.400 | | | | | | | |
| | FREE: 112.000   EXCESS: 0    HRS CHG: 2.341 | | | | | | | |
| | EMISSIONS & ENV SURCHARGE      EMISSIONS | | | | | | | 10.26 |
| 1 | CART/4X2/GAS | 8/ | 130.00 | 21.67 | 130.00 | 349.00 | 749.00 | 749.00 |
| | 780040133  Make: CLUBCAR  Model: XRT800  Ser #: XJ1316360006 | | | | | | | |
| | 7800040            Hours Free: | | | | 8 | 40 | 160 | |
| | HR OUT: 275.040  HR IN: 289.800  TOTAL: 14.760 | | | | | | | |
| | FREE: 112.000   EXCESS: 0    HRS CHG: 2.341 | | | | | | | |
| | EMISSIONS & ENV SURCHARGE      EMISSIONS | | | | | | | 10.26 |
| 1 | CART/4WHEEL/FOUR PASSENGER/DIESEL | 8/ | 149.00 | 24.83 | 149.00 | 429.00 | 879.00 | 879.00 |
| | 780120619  Make: KUBOTA  Model: RTV1140  Ser #: 19080 | | | | | | | |
| | 7800120            Hours Free: | | | | 8 | 40 | 160 | |
| | HR OUT: 1208.700  HR IN: 1218.900  TOTAL: 10.200 | | | | | | | |
| | FREE: 112.000   EXCESS: 0    HRS CHG: 2.747 | | | | | | | |
| | EMISSIONS & ENV SURCHARGE      EMISSIONS | | | | | | | 12.04 |
| 1 | CART/4WHEEL/FOUR PASSENGER/DIESEL | 8/ | 149.00 | 24.83 | 149.00 | 429.00 | 879.00 | 879.00 |
| | 800014984  Make: KUBOTA  Model: RTV1140CPX-H  Ser #: 30811 | | | | | | | |
| | 7800120            Hours Free: | | | | 8 | 40 | 160 | |
| | HR OUT: 420.400  HR IN: 431.600  TOTAL: 11.200 | | | | | | | |
| | FREE: 112.000   EXCESS: 0    HRS CHG: 2.747 | | | | | | | |
| | EMISSIONS & ENV SURCHARGE      EMISSIONS | | | | | | | 12.04 |
| | DELIVERY FUEL CHARGE        3712000001 | | | | | | | 15.00 |

SALES ITEMS:

| QTY | ITEM NUMBER | UNIT | PRICE | AMOUNT |
|-----|-------------|------|-------|--------|
| 5 | REFUEL | EA | 7.990 | 39.95 |
| | 3741000001 - REFUEL SERVICE FEE - REVENU | | | |
| 5.1 | REFUEL | EA | 7.990 | 40.75 |
| | 3741000001 - REFUEL SERVICE FEE - REVENU | | | |
| 3.5 | REFUEL | EA | 7.990 | 27.97 |
| | 3741000001 - REFUEL SERVICE FEE - REVENU | | | |
| 5.1 | REFUEL | EA | 7.990 | 40.75 |
| | 3741000001 - REFUEL SERVICE FEE - REVENU | | | |
| 4.8 | REFUEL | EA | 7.990 | 38.35 |
| | 3741000001 - REFUEL SERVICE FEE - REVENU | | | |
| 4.9 | REFUEL | EA | 7.990 | 39.15 |
| | 3741000001 - REFUEL SERVICE FEE - REVENU | | | |
| 5 | REFUEL | EA | 7.990 | 39.95 |
| | 3741000001 - REFUEL SERVICE FEE - REVENU | | | |
| 4.5 | REFUEL | EA | 7.990 | 35.96 |
| | 3741000001 - REFUEL SERVICE FEE - REVENU | | | |
| 1 | CLEANING | EA | 140.000 | 140.00 |
| | 3740000001 CLEANING SERVICE FEE - REVENU | | | |
| | Cleaning charged at shop rate of 105 per | | | |
| | hour. 10 minutes per cart. | | | |

| ORDER FOR SUPPLIES OR SERVICES | | PAGE | OF PAGES |
|---|---|---|---|
| | | 1 | 2 |

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| 1. DATE OF ORDER | 2. CONTRACT NO. *(If any)* |
|---|---|
| 08/08/2015 | GS-35F-0336M |

| 3. ORDER NO. | 4. REQUISITION/REFERENCE NO. |
|---|---|
| L15PD00959 | 0040232911 |

**5. ISSUING OFFICE** *(Address correspondence to)*
BLM UT-STATE OFC ADM SVCS BR(UT952)
440 WEST 200 SOUTH, SUITE 500
SALT LAKE CITY UT 84101

**6. SHIP TO:**

a. NAME OF CONSIGNEE
BLM-NV NEVADA STATE OFFICE*

b. STREET ADDRESS
1340 FINANCIAL BLVD
PO BOX 12000

| c. CITY | d. STATE | e. ZIP CODE |
|---|---|---|
| RENO | NV | 89502-0006 |

**7. TO:** ATTN GOVERNMENT POC

a. NAME OF CONTRACTOR
MIDLAND RADIO CORPORATION

b. COMPANY NAME

c. STREET ADDRESS
5900 PARRETTA DR

| d. CITY | e. STATE | f. ZIP CODE |
|---|---|---|
| KANSAS CITY | MO | 64120-2134 |

f. SHIP VIA

**8. TYPE OF ORDER**

☐ a. PURCHASE
REFERENCE YOUR:

Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.

☒ b. DELIVERY

Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

| 9. ACCOUNTING AND APPROPRIATION DATA | 10. REQUISITIONING OFFICE |
|---|---|
| 01 | BLM-UT UTAH STATE OFFICE* |

**11. BUSINESS CLASSIFICATION** *(Check appropriate box(es))*
☐ a. SMALL   ☐ b. OTHER THAN SMALL   ☐ c. DISADVANTAGED   ☐ d. WOMEN-OWNED   ☐ e. HUBZone
☐ f. SERVICE-DISABLED VETERAN-OWNED   ☐ g. WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOSB PROGRAM   ☐ h. EDWOSB

**12. F.O.B. POINT**
Destination

| 13. PLACE OF | | 14. GOVERNMENT B/L NO. | 15. DELIVER TO F.O.B. POINT ON OR BEFORE *(Date)* 08/24/2015 | 16. DISCOUNT TERMS ACCP |
|---|---|---|---|---|
| a. INSPECTION | b. ACCEPTANCE | | | |

**17. SCHEDULE** *(See reverse for Rejections)*

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | Suggested Vendor:    Suggested Buyer/CO: Legacy Doc #: BLM Suggested COR: EBOIK Admin Office: BLM UT-STATE OFC ADM SVCS BR(UT952) 440 WEST 200 SOUTH, SUITE 500 SALT LAKE CITY UT 84101 Continued ... | | | | | |

| 18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NO. | | 17(h) TOTAL *(Cont. pages)* ◀ |
|---|---|---|---|---|

**21. MAIL INVOICE TO:**

*SEE BILLING INSTRUCTIONS ON REVERSE*

| a. NAME | Invoice Processing Platform System | $7,500.00 |
|---|---|---|

| b. STREET ADDRESS (or P.O. Box) | US Department of Treasury http://www.ipp.gov | |
|---|---|---|

| c. CITY | d. STATE | e. ZIP CODE | $7,500.00 |
|---|---|---|---|

17(i) GRAND TOTAL ◀

| 22. UNITED STATES OF AMERICA BY *(Signature)* | 23. NAME *(Typed)* |
|---|---|
| *Andrea J Ramos* | Andrea Ramos TITLE: CONTRACTING/ORDERING OFFICER |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 347 (Rev. 2/2012)
Prescribed by GSA/FAR 48 CFR 53.213(f)

AR00430

**ORDER FOR SUPPLIES OR SERVICES**
**SCHEDULE - CONTINUATION**

PAGE NO
2

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | ORDER NO. |
|---|---|---|
| 08/08/2015 | GS-35F-0336M | L15PD00959 |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | Account Assignment: K G/L Account: 6100.263L0 Business Area: L000 Commitment Item: 263L00 Cost Center: LLNVW03000 Functional Area: L51050000.EA0000 Fund: 15XL5017AP Fund Center: LLNVW03000 Project/WBS: LV.RC.F1504080 PR Acct Assign Line: 01 | | | | | |
| 00010 | 3 way mics | 1 | EA | 7,500.00 | 7,500.00 | |
| | The total amount of award: $7,500.00. The obligation for this award is shown in box 17(i). | | | | | |

| TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | $7,500.00 |

AUTHORIZED FOR LOCAL REPODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 348 (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53 213(f)

AR00431

BUREAU OF LAND MANAGEMENT
NEVADA STATE OFFICE
WINNEMUCCA DISTRICT OFFICE

# STATEMENT OF WORK
FOR PORTABLE RADIO MICROPHONE PURCHASE
BLM BURNING MAN OPERATION

**BACKGROUND**
The Burning Man Recreational Event is an international art festival and an experiment in a "temporary community dedicated to radical self-expression and self-reliance". The temporary community of Black Rock City is created for eight days and becomes the 7th largest city in Nevada. The event takes place on the Black Rock Desert within the Black Rock/High Rock NCA, managed by the Winnemucca District Office. A Special Recreation Permit (SRP) is issued to Black Rock City LLC which is responsible for all activities within Black Rock City. The SRP has 13 general stipulations and 49 special stipulations. The BLM also generates a Closure Order for the event that is announced in the *Federal Register* which designates the event area as a temporary closure and documents temporary restriction of certain activities within the temporary closure.

The BLM's operational mission is to ensure public safety and resource protection through the enforcement of the event closure order, the SRP stipulations, Federal laws/regulations and Nevada state laws/regulations at the event. To accomplice this mission the BLM has adopted the ICS system and integrated multiple agencies into one operation. The ICS operation will be a combination of overhead, operational and support positions. The ICS operation will cover all three event periods of the detail: Pre-Event; Main Event; Post-Event (8/18 - 9/17: 30 days). For the 2015 event the ICS operation has identified the need to purchase 50 3-wire microphones for Midland STP-105B radios for ICS staff that will meet the needs for the event. Nevada BLM is providing 65 Midland STP-105B radios to the event but currently don't have microphones for these radios.

**REQUIRED SERVICES**
Accessory for 50 Midland STP-105B VHS Portable radios. The seller must be able to provide these accessories in the following form:

1)  50 3-wire Microphones for Midland STP-105B

**LOCATION**
The Microphones must be shipped to the BLM Nevada Black Rock Station (SNDO)COML Dalton Black. Need to be delivered by 8/25/2015.
(200 Transfer Rd. Box 271, Gerlach, NV 89412)

AR00432



5900 Parretta Drive ● KANSAS CITY, MISSOURI ● 64120
TELEPHONE: (816) 241-8500 ● FAX: (816) 241-5713
EMAIL:  mail@midlandradio.com
WEBSITE:  www.midlandradio.com

## QUOTE# 072915-1_BLM_Black
DHS TACCOM Contract No. HSSS01-12-D-0026

**Date:** **July 28, 2015**
**To:** **Dalton Black**
      **Bureau of Land Management - NV**
**Phone:** **(775) 861-6409**
**E-Mail:** **dlblack@blm.gov**

| MODEL NO. | PRODUCT DESCRIPTON | QTY. | BLM UNIT PRICE | BLM EXT. PRICE |
|-----------|--------------------|------|----------------|----------------|
| 90-1170 | 3 Wire Surveillance Kit | 50 | $150.00 | $7,500.00 |
| | | | GRAND TOTAL | $7,500.00 |

- **Price Includes FOB Destination.**

**Thank you.  Please feel free to contact me with any questions at 1-800-821-7848, extension 234, or via e-mail at sballew@midlandradio.com.**

| ORDER FOR SUPPLIES OR SERVICES | | | PAGE | OF | PAGES |
|---|---|---|---|---|---|
| **IMPORTANT:** Mark all packages and papers with contract and/or order numbers. | | | 1 | | 12 |

| 1. DATE OF ORDER | 2. CONTRACT NO. *(if any)* | 6. SHIP TO: | | |
|---|---|---|---|---|
| 08/11/2015 | F11PC00161 | a. NAME OF CONSIGNEE | | |

| 3. ORDER NO. | 4. REQUISITION/REFERENCE NO. | |
|---|---|---|
| L15PD00978 | 0040232910 | BLM-NV NEVADA STATE OFFICE* |

| 5. ISSUING OFFICE *(Address correspondence to)* | b. STREET ADDRESS |
|---|---|
| BLM UT-STATE OFC ADM SVCS BR(UT952)<br>440 WEST 200 SOUTH, SUITE 500<br>SALT LAKE CITY UT 84101 | 1340 FINANCIAL BLVD<br>PO BOX 12000 |

| | c. CITY | d. STATE | e. ZIP CODE |
|---|---|---|---|
| | RENO | NV | 89502-0006 |

| 7. TO: ATTN Government POC | f. SHIP VIA |
|---|---|
| a. NAME OF CONTRACTOR | |

| b. COMPANY NAME | 8. TYPE OF ORDER |
|---|---|

**c. STREET ADDRESS**

| | ☐ a. PURCHASE | ☒ b. DELIVERY |
|---|---|---|
| | REFERENCE YOUR:<br>Quote 150316.2.1_TRIB_FWS+_ | Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract. |
| d. CITY   e. STATE   f. ZIP CODE | Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated. | |

| 9. ACCOUNTING AND APPROPRIATION DATA | 10. REQUISITIONING OFFICE |
|---|---|
| 01 | |

| 11. BUSINESS CLASSIFICATION  *(Check appropriate box(es))* | 12. F.O.B. POINT |
|---|---|
| ☐ a. SMALL    ☐ b. OTHER THAN SMALL    ☐ c. DISADVANTAGED    ☐ d. WOMEN-OWNED    ☐ e. HUBZone<br>☐ f. SERVICE-DISABLED VETERAN-OWNED    ☐ g. WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOSB PROGRAM    ☐ h. EDWOSB | Destination |

| 13. PLACE OF | | 14. GOVERNMENT B/L NO. | 15. DELIVER TO F.O.B. POINT ON OR BEFORE *(Date)* | 16. DISCOUNT TERMS |
|---|---|---|---|---|
| a. INSPECTION | b. ACCEPTANCE | | 08/20/2015 | PP30 |

| 17. SCHEDULE *(See reverse for Rejections)* | | | | | | |
|---|---|---|---|---|---|---|
| ITEM NO.<br>(a) | SUPPLIES OR SERVICES<br>(b) | QUANTITY ORDERED<br>(c) | UNIT<br>(d) | UNIT PRICE<br>(e) | AMOUNT<br>(f) | QUANTITY ACCEPTED<br>(g) |
| | Suggested Vendor:    Suggested Buyer/CO:<br>Legacy Doc #: BLM Suggested COR: EBOIK<br>Admin Office:<br>    BLM UT-STATE OFC ADM SVCS BR(UT952)<br>    440 WEST 200 SOUTH, SUITE 500<br>    SALT LAKE CITY UT 84101<br>Continued ... | | | | | |

| | 18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NO. | | 17(h)<br>TOTAL<br>*(Cont. pages)* |
|---|---|---|---|---|---|
| SEE BILLING INSTRUCTIONS ON REVERSE | 21. MAIL INVOICE TO: | | | | |
| | a. NAME | Internet Payment Platform System | | $4,899.67 | |
| | b. STREET ADDRESS *(or P.O. Box)* | US Department of Treasury<br>http://www.ipp.gov | | | 17(i)<br>GRAND TOTAL |
| | c. CITY | d. STATE   e. ZIP CODE | | $4,899.67 | |

| 22. UNITED STATES OF AMERICA BY *(Signature)* | 23. NAME *(Typed)* |
|---|---|
| *Andrea J Ramos* | Andrea Ramos<br>TITLE: CONTRACTING/ORDERING OFFICER |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 347 (Rev. 2/2012)
Prescribed by GSA/FAR 48 CFR 53.213(f)

**AR00434**

**ORDER FOR SUPPLIES OR SERVICES**
**SCHEDULE - CONTINUATION**

| | PAGE NO |
|---|---|
| | 2 |

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 08/11/2015 | F11PC00161 | | L15PD00978 |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | Account Assignment: L G/L Account: 6100.312C0 Business Area: L000 Commitment Item: 312C00 Cost Center: LLNVW03000 Functional Area: L51050000.EA0000 Fund: 15XL5017AP Fund Center: LLNVW03000 Project/WBS: LV.RC.F1504080 PR Acct Assign Line: 01 | | | | | |
| 00010 | 2015 BM - Base Stations | 1 | EA | 4,899.67 | 4,899.67 | |
| | The total amount of award: $4,899.67. The obligation for this award is shown in box 17(i). | | | | | |
| | TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | ▷ | | | $4,899.67 | |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 348 (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53.213(f)

AR00435

*Clauses*

**52.252-2 Clauses Incorporated by Reference. (FEB 1998)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es): www.acquisition.gov/far

**52.204-6 Data Universal Numbering System Number. (JUL 2013)**

**52.204-7 System for Award Management. (JUL 2013)**

**52.204-12 Data Universal Numbering System Number Maintenance (DEC 2012)**

**52.204-13 System for Award Management Maintenance. (JUL 2013)**

**52.209-2 Prohibition on Contracting With Inverted Domestic Corporations-Representation. (DEC 2014)**

**52.209-10 Prohibition on Contracting With Inverted Domestic Corporations. (DEC 2014)**

**52.212-4 Contract Terms and Conditions - Commercial Items. (MAY 2015)**

**52.232-39 Unenforceability of Unauthorized Obligations. (JUN 2013)**

**52.232-40 Providing Accelerated Payments to Small Business Subcontractors. (DEC 2013)**

**52.212-5 Contract Terms and Conditions Required To Implement Statutes or Executive Orders - Commercial Items. (MAY 2015) - Alternate I (JUL 2014)**

> (a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

>> (1) 52.209-10, Prohibition on Contracting with Inverted Domestic Corporations (DEC 2014)

>> (2) 52.233-3, Protest After Award (AUG 1996) (31 U.S.C. 3553).

>> (3) 52.233-4, Applicable Law for Breach of Contract Claim (OCT 2004) (Public Laws 108-77 and 108-78 (19 U.S.C. 3805 note)).

> (b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items: (Contracting Officer check as appropriate.)

>> [ ] (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (SEP 2006), with Alternate I (OCT 1995) (41 U.S.C. 4704 and 10 U.S.C. 2402).

[ ] (2) 52.203-13, Contractor Code of Business Ethics and Conduct (APR 2010) (41 U.S.C. 3509).

[ ] (3) 52.203-15, Whistleblower Protections under the American Recovery and Reinvestment Act of 2009 (JUN 2010) (Section 1553 of Pub. L. 111-5). (Applies to contracts funded by the American Recovery and Reinvestment Act of 2009.)

[ ] (4) 52.204-10, Reporting Executive Compensation and First-Tier Subcontract Awards (JUL 2013) (Pub. L. 109-282) (31 U.S.C. 6101 note).

(5) (Reserved)

[ ] (6) 52.204-14, Service Contract Reporting Requirements (JAN 2014) (Pub. L. 111-117, section 743 of Div. C).

[ ] (7) 52.204-15, Service Contract Reporting Requirements for Indefinite-Delivery Contracts (JAN 2014) (Pub. L. 111-117, section 743 of Div. C).

[ ] (8) 52.209-6, Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment. (AUG 2013) (31 U.S.C. 6101 note).

[ ] (9) 52.209-9, Updates of Publicly Available Information Regarding Responsibility Matters (JUL 2013) (41 U.S.C. 2313).

[ ] (10) (Reserved)

[ ] (11)(i) 52.219-3, Notice of HUBZone Set-Aside or Sole-Source Award (NOV 2011) (15 U.S.C. 657a).

[ ] (ii) Alternate I (NOV 2011) of 52.219-3.

[ ] (12)(i) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (OCT 2014) (if the offeror elects to waive the preference, it shall so indicate in its offer) (15 U.S.C. 657a).

[ ] (ii) Alternate I (JAN 2011) of 52.219-4.

[ ] (13) (Reserved)

[ ] (14)(i) 52.219-6, Notice of Total Small Business Set-Aside (NOV 2011) (15 U.S.C. 644).

[ ] (ii) Alternate I (NOV 2011).

[ ] (iii) Alternate II (NOV 2011).

[ ] (15)(i) 52.219-7, Notice of Partial Small Business Set-Aside (JUN 2003) (15 U.S.C. 644).

[ ] (ii) Alternate I (OCT 1995) of 52.219-7.

AR00437

[ ] (iii) Alternate II (MAR 2004) of 52.219-7.

[ ] (16) 52.219-8, Utilization of Small Business Concerns (OCT 2014) (15 U.S.C. 637(d)(2) and (3)).

[ ] (17)(i) 52.219-9, Small Business Subcontracting Plan (OCT 2014) (15 U.S.C. 637(d)(4)).

[ ] (ii) Alternate I (OCT 2001) of 52.219-9.

[ ] (iii) Alternate II (OCT 2001) of 52.219-9.

[ ] (18) 52.219-13, Notice of Set-Aside of Orders (NOV 2011) (15 U.S.C. 644(r)).

[ ] (19) 52.219-14, Limitations on Subcontracting (NOV 2011) (15 U.S.C. 637(a)(14)).

[ ] (20) 52.219-16, Liquidated Damages-Subcontracting Plan (JAN 1999) (15 U.S.C. 637(d)(4)(F)(i)).

[ ] (21) 52.219-27, Notice of Service-Disabled Veteran-Owned Small Business Set-Aside (NOV 2011) (15 U.S.C. 657f).

[ ] (22) 52.219-28, Post Award Small Business Program Rerepresentation (JUL 2013) (15 U.S.C. 632(a)(2)).

[ ] (23) 52.219-29, Notice of Set-Aside for Economically Disadvantaged Women-Owned Small Business (EDWOSB) Concerns (JUL 2013) (15 U.S.C. 637(m)).

[ ] (24) 52.219-30, Notice of Set-Aside for Women-Owned Small Business (WOSB) Concerns Eligible Under the WOSB Program (JUL 2013) (15 U.S.C. 637(m)).

[X] (25) 52.222-3, Convict Labor (JUN 2003) (E.O. 11755).

[X] (26) 52.222-19, Child Labor-Cooperation with Authorities and Remedies (JAN 2014) (E.O. 13126).

[X] (27) 52.222-21, Prohibition of Segregated Facilities (APR 2015).

[X] (28) 52.222-26, Equal Opportunity (APR 2015) (E.O. 11246).

[ ] (29) 52.222-35, Equal Opportunity for Veterans (JUL 2014) (38 U.S.C. 4212).

[ ] (30) 52.222-36, Equal Opportunity for Workers with Disabilities (JUL 2014) (29 U.S.C. 793).

[ ] (31) 52.222-37, Employment Reports on Veterans (JUL 2014) (38 U.S.C. 4212).

[ ] (32) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (DEC 2010) (E.O. 13496).

[ ] (33)(i) 52.222-50, Combating Trafficking in Persons (MAR 2015) (22 U.S.C. chapter 78 and E.O. 13627).

[ ] (ii) *Alternate I* (MAR 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).

[ ] (34) 52.222-54, Employment Eligibility Verification (AUG 2013). (Executive Order 12989. (Not applicable to the acquisition of commercially available off-the-shelf items or certain other types of commercial items as prescribed in 22.1803.)

[ ] (35)(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Items (MAY 2008) (42 U.S.C. 6962(c)(3)(A)(ii)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

[ ] (ii) Alternate I (MAY 2008) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

[ ] (36)(i) 52.223-13, Acquisition of EPEAT®-Registered Imaging Equipment (JUN 2014) (E.O.s 13423 and 13514).

[ ] (ii) Alternate I (JUN 2014) of 52.223-13.

[ ] (37)(i) 52.223-14, Acquisition of EPEAT®-Registered Televisions (JUN 2014) (E.O.s 13423 and 13514).

(ii) Alternate I (JUN 2014) of 52.223-14.

[ ] (38) 52.223-15, Energy Efficiency in Energy-Consuming Products (DEC 2007) (42 U.S.C. 8259b).

[ ] (39)(i) 52.223-16, Acquisition of EPEAT®-Registered Personal Computer Products (JUN 2014) (E.O.s 13423 and 13514).

[ ](ii) Alternate I (JUN 2014) of 52.223-16.

[X] (40) 52.223-18, Encouraging Contractor Policies to Ban Text Messaging While Driving (AUG 2011)

[X] (41) 52.225-1, Buy American-Supplies (MAY 2014) (41 U.S.C. chapter 83).

[ ] (42)(i) 52.225-3, Buy American-Free Trade Agreements-Israeli Trade Act (MAY 2014) (41 U.S.C. chapter 83, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, 19 U.S.C. 3805 note, 19 U.S.C. 4001 note, Pub. L. 103-182, 108-77, 108-78, 108-286, 108-302, 109-53, 109-169, 109-283, 110-138, 112-41, 112-42, and 112-43.

[ ] (ii) Alternate I (MAY 2014) of 52.225-3.

[ ] (iii) Alternate II (MAY 2014) of 52.225-3.

[ ] (iv) Alternate III (MAY 2014) of 52.225-3.

[ ] (43) 52.225-5, Trade Agreements (NOV 2013) (19 U.S.C. 2501, *et seq.*, 19 U.S.C. 3301 note).

[ ] (44) 52.225-13, Restrictions on Certain Foreign Purchases (JUN 2008) (E.O.'s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).

[ ] (45) 52.225-26, Contractors Performing Private Security Functions Outside the United States (JUL 2013) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

[ ] (46) 52.226-4, Notice of Disaster or Emergency Area Set-Aside (NOV 2007) (42 U.S.C. 5150).

[ ] (47) 52.226-5, Restrictions on Subcontracting Outside Disaster or Emergency Area (NOV 2007) (42 U.S.C. 5150).

[ ] (48) 52.232-29, Terms for Financing of Purchases of Commercial Items (FEB 2002) (41 U.S.C. 4505, 10 U.S.C. 2307(f)).

[ ] (49) 52.232-30, Installment Payments for Commercial Items (OCT 1995) (41 U.S.C. 4505, 10 U.S.C. 2307(f)).

[ ] (50) 52.232-33, Payment by Electronic Funds Transfer-System for Award Management (JUL 2013) (31 U.S.C. 3332).

[ ] (51) 52.232-34, Payment by Electronic Funds Transfer - Other than System for Award Management (JUL 2013) (31 U.S.C. 3332).

[ ] (52) 52.232-36, Payment by Third Party (MAY 2014) (31 U.S.C. 3332).

[ ] (53) 52.239-1, Privacy or Security Safeguards (AUG 1996) (5 U.S.C. 552a).

[ ] (54)(i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (FEB 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631).

[ ] (ii) Alternate I (APR 2003) of 52.247-64.

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items: (Contracting Officer check as appropriate.)

[ ] (1) 52.222-17, Nondisplacement of Qualified Workers (MAY 2014) (E.O. 13495).

[ ] (2) 52.222-41, Service Contract Labor Standards (MAY 2014) (41 U.S.C. chapter 67).

[ ] (3) 52.222-42, Statement of Equivalent Rates for Federal Hires (MAY 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

[ ] (4) 52.222-43, Fair Labor Standards Act and Service Contract Labor Standards-Price Adjustment (Multiple Year and Option Contracts) (MAY 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

[ ] (5) 52.222-44, Fair Labor Standards Act and Service Contract Labor Standards-Price Adjustment (MAY 2014) (29 U.S.C 206 and 41 U.S.C. chapter 67).

[ ] (6) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (MAY 2014) (41 U.S.C. chapter 67).

[ ] (7) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (MAY 2014) (41 U.S.C. chapter 67).

[ ] (8) 52.222-55, Minimum Wages Under Executive Order 13658 (DEC 2014) (E.O. 13658).

[ ] (9) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (MAY 2014) (42 U.S.C. 1792).

[ ] (10) 52.237-11, Accepting and Dispensing of $1 Coin (SEP 2008) (31 U.S.C. 5112(p)(1)).

(d)(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), and (c) of this clause, the Contractor is not required to flow down any FAR clause, other than those in this paragraph (e)(1) of this paragraph in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause-

(i) 52.203-13, Contractor Code of Business Ethics and Conduct (APR 2010) (41 U.S.C. 3509).

(ii) 52.219-8, Utilization of Small Business Concerns (OCT 2014) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $650,000 ($1.5 million for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(iii) 52.222-17, Nondisplacement of Qualified Workers (MAY 2014) (E.O. 13495). Flow down required in accordance with paragraph (l) of FAR clause 52.222-17.

(iv) 52.222-21, Prohibition of Segregated Facilities (APR 2015).

(v) 52.222-26, Equal Opportunity (APR 2015) (E.O. 11246).

(vi) 52.222-35, Equal Opportunity for Veterans (JUL 2014) (38 U.S.C. 4212).

(vii) 52.222-36, Equal Opportunity for Workers with Disabilities (JUL 2014) (29 U.S.C. 793).

(viii) 52.222-37, Employment Reports on Veterans (JUL 2014) (38 U.S.C. 4212).

(ix) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (DEC 2010) (E.O. 13496). Flow down required in accordance with paragraph (f) of FAR clause 52.222-40.

(x) 52.222-41, Service Contract Labor Standards (MAY 2014) (41 U.S.C. chapter 67).

(xi) __ (A) 52.222-50, Combating Trafficking in Persons (MAR 2015) (22 U.S.C. chapter 78 and E.O. 13627).

　　　__ (B) Alternate I (MAR 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).

　　　__Alternate I (AUG 2007) of 52.222-50 (22 U.S.C. 7104(g)).

(xii) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (MAY 2014) (41 U.S.C. chapter 67).

(xiii) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (MAY 2014) (41 U.S.C. chapter 67).

(xiv) 52.222-54, Employment Eligibility Verification (AUG 2013).

(xv) 52.222-55, Minimum Wages Under Executive Order 13658 (DEC 2014) (E.O. 13658).

(xvi) 52.225-26, Contractors Performing Private Security Functions Outside the United States (JUL 2013) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

(xvii) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (MAY 2014) (42 U.S.C. 1792). Flow down required in accordance with paragraph (e) of FAR clause 52.226-6.

(xviii) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (FEB 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the contractor May include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

(End of clause)

**1452.201-70 AUTHORITIES AND DELEGATIONS (SEPT 2011)**

Authorities and Delegations (SEP 2011)

(a) The Contracting Officer is the only individual authorized to enter into or terminate this contract, modify any term or condition of this contract, waive any requirement of this contract, or accept nonconforming work.

(b) The Contracting Officer will designate a Contracting

Officer's Representative (COR) at time of award. The COR will be responsible for technical monitoring of the contractor's performance and deliveries. The COR will be appointed in writing, and a copy of the appointment will be furnished to the Contractor. Changes to this delegation will be made by written changes to the existing appointment or by issuance of a new appointment.

(c) The COR is not authorized to perform, formally or

informally, any of the following actions:

(1) Promise, award, agree to award, or execute any contract, contract modification, or notice of intent that changes or may change this contract;

(2) Waive or agree to modification of the delivery schedule;

(3) Make any final decision on any contract matter subject to the Disputes Clause;

(4) Terminate, for any reason, the Contractor's right to

proceed;

(5) Obligate in any way, the payment of money by the Government.

(d) The Contractor shall comply with the written or oral

direction of the Contracting Officer or authorized representative(s) acting within the scope and authority of the appointment memorandum.

The Contractor need not proceed with direction that it considers to have been issued without proper authority. The Contractor shall notify the Contracting Officer in writing, with as much detail as possible, when the COR has taken an action or has issued direction (written or oral) that the Contractor considers to exceed the COR's appointment, within 3 days of the occurrence. Unless otherwise provided in this contract, the Contractor assumes all costs, risks,

liabilities, and consequences of performing any work it is directed to perform that falls within any of the categories defined in paragraph (c) prior to receipt of the Contracting Officer's response issued under paragraph (e) of this clause.

(e) The Contracting Officer shall respond in writing within 30 days to any notice made under paragraph (d) of this clause. A failure of the parties to agree upon the nature of a direction, or upon the contract action to be taken with respect thereto, shall be subject to the provisions of the Disputes clause of this contract.

(f) The Contractor shall provide copies of all correspondence to the Contracting Officer and the COR.

(g) Any action(s) taken by the Contractor, in response to any direction given by any person acting on behalf of the Government or any Government official other than the Contracting Officer or the COR acting within his or her appointment, shall be at the Contractor's risk.

(End of clause)

**DOI ELECTRONIC INVOICING Electronic Invoicing and Payment Requirements - Invoice Processing Platform (IPP) (April 2013)**

Payment requests must be submitted electronically through the U. S. Department of the Treasury's Invoice Processing Platform System (IPP).

"Payment request" means any request for contract financing payment or invoice payment by the Contractor. To constitute a proper invoice, the payment request must comply with the

requirements identified in the applicable Prompt Payment clause included in the contract, or the clause 52.212-4 Contract Terms and Conditions - Commercial Items included in commercial item contracts. The IPP website address is: https://www.ipp.gov.

Under this contract, the following documents are required to be submitted as an attachment to the IPP invoice

THE VENDOR SHALL UTILIZE THE ATTACHMNENTS FEATURE ON THE LOWER RIGHT HAND CORNER OF THE IPP INVOICING SCREEN TO PROVIDE A COPY OF THEIR REGULAR VENDOR INVOICE AND OTHER REQUIRED DOCUMENTATION TO SUBSTANTIATE THE REQUEST FOR PAYMENT. THE CO RESERVES THE RIGHT TO REJECT THE REQUEST UNTIL THE INVOICE AND DOCUMENTATION ARE PROVIDED.

The Contractor must use the IPP website to register, access and use IPP for submitting requests for payment. The Contractor Government Business Point of Contact (as listed in SAM will receive enrollment instructions via email from the Federal Reserve Bank of Boston (FRBB) within 3 - 5 business days of the contract award date. Contractor assistance with enrollment can be obtained by contacting the IPP Production Helpdesk via email ippgroup@bos.frb.org or phone (866) 973-3131.

If the Contractor is unable to comply with the requirement to use IPP for submitting invoices for payment, the Contractor must submit a waiver request in writing to the Contracting Officer with its proposal or quotation.

(End of Template)

**52.203-98 Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements Representation (DEVIATION 2015-02)**

Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements

Representation (FEB 2015)

(a) In accordance with section 743 of Division E, Title VII, of the Consolidated and Further Continuing Resolution Appropriations Act, 2015 (Pub. L. 113-235), Government agencies are not permitted to use funds appropriated (or otherwise made available) under that or any other Act for contracts with an entity that requires employees or subcontractors of such entity seeking to report fraud, waste, or abuse to sign internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such fraud, waste, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.

(b) The prohibition in paragraph (a) of this provision does not contravene requirements applicable to Standard Form 312, Form 4414, or any other form issued by a Federal department or agency governing the nondisclosure of classified information.

(c) Representation. By submission of its offer, the Offeror represents that it does not require employees or subcontractors of such entity seeking to report fraud, waste, or abuse to sign internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such waste, fraud, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.

(End of provision)

**52.203-99 Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements (DEVIATION 2015-02)**

Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements (FEB 2015)

(a) The contractor shall not require employees or subcontractors seeking to report fraud, waste, or abuse to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such fraud, waste, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.

(b) The contractor shall notify employees that the prohibition and restrictions of any internal confidentiality agreements covered by this clause are no longer in effect.

(c) The prohibition in paragraph (a) of this clause does not contravene requirements applicable to Standard Form 312, Form 4414, or any other form issued by a Federal department or agency governing the nondisclosure of classified information.

(d)(1) In accordance with section 743 of Division E, Title VII, of the Consolidated

and Further Continuing Resolution Appropriations Act, 2015 (Pub. L. 113-235), use of funds appropriated (or otherwise made available) under that or any other Act may be prohibited, if the Government determines that the contractor is not in compliance with the provisions of this clause.

(2) The Government may seek any available remedies in the event the contractor fails to comply with the provisions of this clause.

(End of clause)

BUREAU OF LAND MANAGEMENT
NEVADA STATE OFFICE
WINNEMUCCA DISTRICT OFFICE

# STATEMENT OF WORK
FOR BASE STATION PURCHASE
BLM BURNING MAN OPERATION

**BACKGROUND**

The Burning Man Recreational Event is an international art festival and an experiment in a "temporary community dedicated to radical self-expression and self-reliance". The temporary community of Black Rock City is created for eight days and becomes the 7th largest city in Nevada. The event takes place on the Black Rock Desert within the Black Rock/High Rock NCA, managed by the Winnemucca District Office. A Special Recreation Permit (SRP) is issued to Black Rock City LLC which is responsible for all activities within Black Rock City. The SRP has 13 general stipulations and 49 special stipulations. The BLM also generates a Closure Order for the event that is announced in the *Federal Register* which designates the event area as a temporary closure and documents temporary restriction of certain activities within the temporary closure.

The BLM's operational mission is to ensure public safety and resource protection through the enforcement of the event closure order, the SRP stipulations, Federal laws/regulations and Nevada state laws/regulations at the event. To accomplice this mission the BLM has adopted the ICS system and integrated multiple agencies into one operation. The ICS operation will be a combination of overhead, operational and support positions. The ICS operation will cover all three event periods of the detail: Pre-Event; Main Event; Post-Event (8/18 - 9/17: 30 days). For the 2015 event the ICS operation has identified the need to purchase 1 base station for the BLM Burning Man dispatch needs for the event. The event uses a VHF P25 conventional system that runs AES encryption. The base station must meet these specs.

**REQUIRED SERVICES**

AES encryption capable Motorola APX Consolette VHF P25 base station. The seller must be able to provide this base station and accessories in the following form:

1) APX 7000 Single Band VHF Mid Pwr
2) ASTRO Digital CAI Operation
3) Conventional Operation
4) AES/DES-XL/DES-OFB Encryption
5) Multikey Encryption Operation
6) RF PreAmp
7) Limited Front Panel with Clock
8) AC Line Cord
9) 2 Year Service
10) Shipping to SNDO in Las Vegas

1

**LOCATION**

The radios must be shipped to the BLM Nevada State Office COML Dalton Black.  Need Delivered by 08/19/2015.
1340 Financial Blvd Reno, NV 89502

AR00447

```
DATE OF INVOICE: 11/20/2015          INVOICE #:  15312

TO: http://www.ipp.gov              FROM: Tribalco LLC
                                          4915 St. Elmo Street, Ste 501
                                          Bethesda, MD 20814


TERMS:                              SHIP.:
P. O.:
BILLING PD ENDED: 11/30/2015
                                    OUR ACCOUNT NUMBER: DOIP-058


===============================================================================
 LINE                DESCRIPTION OF ARTICLES PROVIDED        UNIT        SALES
  NO   QUANTITY      OR SERVICES PERFORMED FOR CLIENT        PRICE      AMOUNT
===============================================================================

   1       1         Contract No:  F11PC00161
                     Order No:  L15PD00978
                     CLIN:  00010
                     2015 BM - Base Stations              4899.670    4899.67
                                                                     -----------
                              TOTAL AMOUNT DUE:                        4899.67
                                                                     ===========
```

**AR00448**

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | | | | 1. REQUISITION NUMBER 0040232758 | | PAGE 1 | OF 2 |
|---|---|---|---|---|---|---|---|
| OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30 | | | | | | | |

| 2. CONTRACT NO. GS-07F-5502R | 3. AWARD/ EFFECTIVE DATE | 4. ORDER NUMBER L15PD00931 | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME Andrea Ramos | b. TELEPHONE NUMBER (No collect calls) (801) 539-4145 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|

| 9. ISSUED BY                           CODE   LUA | 10. THIS ACQUISITION IS   X  UNRESTRICTED OR   ☐ SET ASIDE:        % FOR: |
|---|---|
| BLM UT-STATE OFC ADM SVCS BR(UT952) 440 WEST 200 SOUTH, SUITE 500 SALT LAKE CITY UT 84101 | ☐ SMALL BUSINESS   ☐ HUBZONE SMALL BUSINESS   ☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS   ☐ WOMEN-OWNED SMALL BUSINESS ☐ (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM   ☐ EDWOSB   ☐ 8(A)   NAICS: 333314   SIZE STANDARD: 500 |

| 11. DELIVERY FOR FOB DESTINA-TION UNLESS BLOCK IS MARKED   ☐ SEE SCHEDULE | 12. DISCOUNT TERMS CC30 | ☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | 14. METHOD OF SOLICITATION   ☐ RFQ   ☐ IFB   ☐ RFP | |

| 15. DELIVER TO                     CODE   0004276670 | 16. ADMINISTERED BY                    CODE   LUA |
|---|---|
| BLM-UT UTAH STATE OFFICE* 440 WEST 200 SOUTH, SUITE 500 PO BOX 45155 SALT LAKE CITY UT 84101 | BLM UT STATE OFC ADM SVCS-UT952 440 WEST 200 SOUTH, SUITE 500 SALT LAKE CITY UT 84101 |

| 17a. CONTRACTOR/ OFFEROR   CODE   0071311067   FACILITY CODE | 18a. PAYMENT WILL BE MADE BY              CODE   CC INV |
|---|---|
| BOTACH TACTICAL Attn: ATTN GOVERNMENT POC 3423 W 43RD PL LOS ANGELES CA 90008-4907 | Method of Payment - Gov't Chrg Card JPMorgan Chase Bank, National Assoc Commercial Card Solutions P.O. BOX 4471 Carol Stream IL 60197-4471 |
| TELEPHONE NO.   000-000-0000 | |
| ☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED   ☐ SEE ADDENDUM |

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Suggested Vendor:    Suggested Buyer/CO: Legacy Doc #: BLM Suggested COR: EBOIK Delivery: 08/12/2015 Account Assignment: K G/L Account: 6100.265C0 Business Area: L000 Commitment Item: 265C00 Cost Center: LLNVW03000 Functional Area: L51050000.NU0000 Fund: 15XL5017AP Fund Center: LLNVW03000 Project/WBS: LV.RC.F1504080 PR Acct Assign Line: 01 Period of Performance: 08/05/2015 to 08/12/2015 Continued ... | | | | |
| | (Use Reverse and/or Attach Additional Sheets as Necessary) | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA 01 | 26. TOTAL AWARD AMOUNT (For Govt. Use Only) $4,248.30 |
|---|---|

| ☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED.   ADDENDA   ☐ ARE   ☐ ARE NOT ATTACHED. |
|---|
| ☐ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.   ADDENDA   ☐ ARE   ☐ ARE NOT ATTACHED. |

| ☐ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED. | ☐ 29. AWARD OF CONTRACT:          OFFER DATED ___ . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: |
|---|---|
| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) Andrea J. Ramos |
| 30b. NAME AND TITLE OF SIGNER (Type or print)   30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER (Type or print) Andrea Ramos   31c. DATE SIGNED 08/05/15 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

AR00449

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| 00010 | Goggles<br><br><br>The total amount of award: $4,248.30. The<br>obligation for this award is shown in box 26. | | | | 4,248.30 |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED:

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) | |
|---|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) | |
| | | 42c. DATE REC'D (YY/MM/DD) | 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

AR00450

Bureau of Land Management OLES has a requirement to purchase 170 Smith Outside The Wire Goggles the price quoted shall include all 170 Smith Outside The Wire Goggles and shipping to destination of Salt Lake City, Utah

AR00451

| | |
|---|---|
| **RFQ ID: RFQ1010565** | **Reference #:** |
| RFQ Title:Smith Outside The Wire Goggles | |
| RFQ Status: Closed | RFQ Close Date: 07/28/2015 05:00:00 PM EDT |

| | |
|---|---|
| **Quote ID: RFQ1010565-WKE** | **Total Quote Price:$4,248.30** |
| **Quote Status: Pending Response** | **This quote is good until:** 09/26/2015 05:00:00 PM EDT |
| **Vendor:** BOTACH TACTICAL | **Prompt Pay:** 0 Days 0% |
| **Contract Number:** GS-07F-5502R  **Expires:** 11/30/2019 | **FOB:** Destination |
| **Schedule/SIN:** 84/426 1A | **Socio-Economic:** s |
| **Contact:** Stephanie Medina | **DUNS:** 965068661 |
| 323-636-1555 | |
| GSA@BOTACH.COM | |

**Line Items** (Specific items added by the vendor to complete this quote are listed below, beneath the RFQ line item)

| Mfr. Part/Item # | Manufacturer | Product/Service Name | Qty | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|
| OTW01T49912-2R | Smith Optics | | 170 | EA | $24.99 | $4,248.30 |
| | | | | | Total Line Items: | **$4,248.30** |

**Vendor Comments**

FOB DESTINATION. ABLE TO SHIP WITHIN 24 HOURS ARO. OPEN MARKET. THANK YOU, STEPHANIE MEDINA EMAIL:gsa@botach.com PHONE:323-636-1555 Small Business/GSA Contract: # GS-07F-5502R / GS-07F-0302V Cage Code #1JFW6 Duns: #965068661 / Federal Tax ID: 95-4556374

**Vendor Attached Documents:**

| | |
|---|---|
| Total Dollar Amount in Attached Documents: | **$0.00** |
| FOB Transportation Cost: | **$0.00** |
| **Total Quote:** | **$4,248.30** |

| |
|---|
| **Buyer Notes** |

AR00452

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30 | | 1. REQUISITION NUMBER 0040236463 | | | PAGE 1 | OF 2 |
|---|---|---|---|---|---|---|

| 2. CONTRACT NO. | 3. AWARD/ EFFECTIVE DATE | 4. ORDER NUMBER L15PX01186 | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|

| 7. | FOR SOLICITATION INFORMATION CALL: | a. NAME Andrea Ramos | b. TELEPHONE NUMBER *(No collect calls)* (801) 539-4145 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|---|

| 9. ISSUED BY | CODE LUA | 10. THIS ACQUISITION IS | ☒ UNRESTRICTED OR | ☐ SET ASIDE: % FOR: |
|---|---|---|---|---|

BLM UT-STATE OFC ADM SVCS BR(UT952)
440 WEST 200 SOUTH, SUITE 500
SALT LAKE CITY UT 84101

☐ SMALL BUSINESS

☐ HUBZONE SMALL BUSINESS

☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

☐ WOMEN-OWNED SMALL BUSINESS

☐ (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM

☐ EDWOSB

☐ 8(A)

NAICS: 423410

SIZE STANDARD: 100

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED ☐ SEE SCHEDULE | 12. DISCOUNT TERMS PP30 | ☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | | 14. METHOD OF SOLICITATION ☐ RFQ ☐ IFB ☐ RFP |

| 15. DELIVER TO | CODE 0004276670 | 16. ADMINISTERED BY | CODE LUA |
|---|---|---|---|

BLM-UT UTAH STATE OFFICE*
440 WEST 200 SOUTH, SUITE 500
PO BOX 45155
SALT LAKE CITY UT 84101

BLM UT-STATE OFC ADM SVCS BR(UT952)
440 WEST 200 SOUTH, SUITE 500
SALT LAKE CITY UT 84101

| 17a. CONTRACTOR/ OFFEROR | CODE 0071304103 | FACILITY CODE | 18a. PAYMENT WILL BE MADE BY | CODE IPP INV |
|---|---|---|---|---|

GEOSPATIAL EXPERTS INC.
Attn: ATTN GOVERNMENT POC
12000 WASHINGTON ST STE 385
THORNTON CO 80241-3136

Invoice Processing Platform System
US Department of Treasury
http://www.ipp.gov

TELEPHONE NO.   000-000-0000

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Suggested Vendor:   Suggested Buyer/CO: Legacy Doc #: BLM Suggested COR: EBOIK Delivery: 08/21/2015 Account Assignment: K G/L Account: 6100.312B0 Business Area: L000 Commitment Item: 312B00 Cost Center: LLNVW03000 Functional Area: L51050000.EA0000 Fund: 15XL5017AP Fund Center: LLNVW03000 Project/WBS: LV.RC.F1504080 PR Acct Assign Line: 01  Continued ... | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA 01 | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* $4,197.00 |
|---|---|

| ☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED. |
|---|
| ☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED. |

| ☐ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED. | ☒ 29. AWARD OF CONTRACT: Quote 3887 OFFER DATED 07/24/2015 YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: |
|---|---|
| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* |
| 30b. NAME AND TITLE OF SIGNER *(Type or print)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or print)* Andrea Ramos | 31c. DATE SIGNED 8/12/15 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

AR00453

2 of   2

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| 00010 | GPS Cameras | 3 | EA | 1,399.00 | 4,197.00 |
|  | The total amount of award: $4,197.00. The<br>obligation for this award is shown in box 26. |  |  |  |  |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED    ☐ INSPECTED    ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL   ☐ FINAL | | | ☐ COMPLETE   ☐ PARTIAL   ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY *(Print)* |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT *(Location)* |
| | | 42c. DATE REC'D *(YY/MM/DD)*    42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

**AR00454**

**Section 2**

*Clauses*

**52.204-6 Data Universal Numbering System Number. (JUL 2013)**

**52.204-7 System for Award Management. (JUL 2013)**

**52.204-12 Data Universal Numbering System Number Maintenance (DEC 2012)**

**52.204-13 System for Award Management Maintenance. (JUL 2013)**

**52.209-6 Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment. (AUG 2013)**

**52.212-4 Contract Terms and Conditions - Commercial Items. (MAY 2014) - Alternate I (MAY 2014)**

**52.212-5 Contract Terms and Conditions Required To Implement Statutes or Executive Orders - Commercial Items. (OCT 2014) - Alternate I (JUL 2014)**

(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

(1) 52.222-50, Combating Trafficking in Persons (FEB 2009) (22 U.S.C. 7104(g)).

(2) 52.233-3, Protest After Award (AUG 1996) (31 U.S.C. 3553).

(3) 52.233-4, Applicable Law for Breach of Contract Claim (OCT 2004) (Public Laws 108-77 and 108-78 (19 U.S.C. 3805 note)).

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items: (Contracting Officer check as appropriate.)

[ ] (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (SEP 2006), with Alternate I (OCT 1995) (41 U.S.C. 4704 and 10 U.S.C. 2402).

[ ] (2) 52.203-13, Contractor Code of Business Ethics and Conduct (APR 2010) (41 U.S.C. 3509).

[ ] (3) 52.203-15, Whistleblower Protections under the American Recovery and Reinvestment Act of 2009 (JUN 2010) (Section 1553 of Pub. L. 111-5). (Applies to contracts funded by the American Recovery and Reinvestment Act of 2009.)

[ ] (4) 52.204-10, Reporting Executive Compensation and First-Tier Subcontract Awards (JUL 2013) (Pub. L. 109-282) (31 U.S.C. 6101 note).

(5) (Reserved)

[ ] (6) 52.204-14, Service Contract Reporting Requirements (JAN 2014) (Pub. L. 111-117, section 743 of Div. C).

[ ] (7) 52.204-15, Service Contract Reporting Requirements for Indefinite-Delivery Contracts (JAN 2014) (Pub. L. 111-117, section 743 of Div. C).

[X] (8) 52.209-6, Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment. (AUG 2013) (31 U.S.C. 6101 note).

[ ] (9) 52.209-9, Updates of Publicly Available Information Regarding Responsibility Matters (JUL 2013) (41 U.S.C. 2313).

[ ] (10) 52.209-10, Prohibition on Contracting with Inverted Domestic Corporations (MAY 2012) (section 738 of Division C of Pub. L. 112-74, section 740 of Division C of Pub. L. 111-117, section 743 of Division D of Pub. L. 111-8, and section 745 of Division D of Pub. L. 110-161).

[ ] (11) (i)52.219-3, Notice of HUBZone Set-Aside or Sole-Source Award (NOV 2011) (15 U.S.C. 657a).

[ ] (ii) Alternate I (NOV 2011) of 52.219-3.

[ ] (12) (i)52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (OCT 2014) (if the offeror elects to waive the preference, it shall so indicate in its offer) (15 U.S.C. 657a).

[ ] (ii) Alternate I (JAN 2011) of 52.219-4.

[ ] (13) (Reserved)

[X] (14)(i) 52.219-6, Notice of Total Small Business Set-Aside (NOV 2011) (15 U.S.C. 644).

      [ ] (ii) Alternate I (NOV 2011).

      [ ] (iii) Alternate II (NOV 2011).

[ ] (15)(i) 52.219-7, Notice of Partial Small Business Set-Aside (JUN 2003) (15 U.S.C. 644).

      [ ] (ii) Alternate I (OCT 1995) of 52.219-7.

      [ ] (iii) Alternate II (MAR 2004) of 52.219-7.

[ ] (16) 52.219-8, Utilization of Small Business Concerns (OCT 2014) (15 U.S.C. 637(d)(2) and (3)).

[ ] (17)(i) 52.219-9, Small Business Subcontracting Plan (OCT 2014) (15 U.S.C. 637(d)(4)).

      [ ] (ii) Alternate I (OCT 2001) of 52.219-9.

[ ] (iii) Alternate II (OCT 2001) of 52.219-9.

[ ] (iv) Alternate III (OCT 2014) of 52.219-9.

[ ] (18) 52.219-13, Notice of Set-Aside of Orders (NOV 2011) (15 U.S.C. 644(r)).

[ ] (19) 52.219-14, Limitations on Subcontracting (NOV 2011) (15 U.S.C. 637(a)(14)).

[ ] (20) 52.219-16, Liquidated Damages-Subcontracting Plan (JAN 1999) (15 U.S.C. 637(d)(4)(F)(i)).

[ ] (21) 52.219-27, Notice of Service-Disabled Veteran-Owned Small Business Set-Aside (NOV 2011) (15 U.S.C. 657f).

[X] (22) 52.219-28, Post Award Small Business Program Rerepresentation (JUL 2013) (15 U.S.C. 632(a)(2)).

[ ] (23) 52.219-29, Notice of Set-Aside for Economically Disadvantaged Women-Owned Small Business (EDWOSB) Concerns (JUL 2013) (15 U.S.C. 637(m)).

[ ] (24) 52.219-30, Notice of Set-Aside for Women-Owned Small Business (WOSB) Concerns Eligible Under the WOSB Program (JUL 2013) (15 U.S.C. 637(m)).

[X] (25) 52.222-3, Convict Labor (JUN 2003) (E.O. 11755).

[X] (26) 52.222-19, Child Labor-Cooperation with Authorities and Remedies (JAN 2014) (E.O. 13126).

[X ] (27) 52.222-21, Prohibition of Segregated Facilities (FEB 1999).

[X ] (28) 52.222-26, Equal Opportunity (MAR 2007) (E.O. 11246).

[ ] (29) 52.222-35, Equal Opportunity for Veterans (JUL 2014) (38 U.S.C. 4212).

[X ] (30) 52.222-36, Equal Opportunity for Workers with Disabilities (JUL 2014) (29 U.S.C. 793).

[  ] (31) 52.222-37, Employment Reports on Veterans (JUL 2014) (38 U.S.C. 4212).

[ ] (32) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (DEC 2010) (E.O. 13496).

[ ] (33) 52.222-54, Employment Eligibility Verification (AUG 2013). (Executive Order 12989). (Not applicable to the acquisition of commercially available off-the-shelf items or certain other types of commercial items as prescribed in 22.1803.)

[ ] (34)(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Items (MAY 2008) (42 U.S.C. 6962(c)(3)(A)(ii)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

[ ] (ii) Alternate I (MAY 2008) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

AR00457

[ ] (35)(i) 52.223-13, Acquisition of EPEAT®-Registered Imaging Equipment (JUN 2014)+(E.O.s 13423 and 13514).

(ii) Alternate I (JUN 2014) of 52.223-13.

[ ] (36)(i) 52.223-14, Acquisition of EPEAT®-Registered Televisions (JUN 2014) (E.O.s 13423 and 13514).

(ii) Alternate I (JUN 2014) of 52.223-14.

[ ] (37) 52.223-15, Energy Efficiency in Energy-Consuming Products (DEC 2007) (42 U.S.C. 8259b).

[ ] (38)(i) 52.223-16, Acquisition of EPEAT®-Registered Personal Computer Products (JUN 2014) (E.O.s 13423 and 13514).

[ ](ii) Alternate I (JUN 2014) of 52.223-16.

[X] (39) 52.223-18, Encouraging Contractor Policies to Ban Text Messaging While Driving (AUG 2011)

[X] (40) 52.225-1, Buy American-Supplies (MAY 2014) (41 U.S.C. chapter 83).

[ ] (41)(i) 52.225-3, Buy American-Free Trade Agreements-Israeli Trade Act (MAY 2014) (41 U.S.C. chapter 83, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, 19 U.S.C. 3805 note, 19 U.S.C. 4001 note, Pub. L. 103-182, 108-77, 108-78, 108-286, 108-302, 109-53, 109-169, 109-283, 110-138, 112-41, 112-42, and 112-43.

[ ] (ii) Alternate I (MAY 2014) of 52.225-3.

[ ] (iii) Alternate II (MAY 2014) of 52.225-3.

[ ] (iv) Alternate III (MAY 2014) of 52.225-3.

[ ] (42) 52.225-5, Trade Agreements (NOV 2013) (19 U.S.C. 2501, *et seq.*, 19 U.S.C. 3301 note).

[ ] (43) 52.225-13, Restrictions on Certain Foreign Purchases (JUN 2008) (E.O.'s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).

[ ] (44) 52.225-26, Contractors Performing Private Security Functions Outside the United States (JUL 2013) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

[ ] (45) 52.226-4, Notice of Disaster or Emergency Area Set-Aside (NOV 2007) (42 U.S.C. 5150).

[ ] (46) 52.226-5, Restrictions on Subcontracting Outside Disaster or Emergency Area (NOV 2007) (42 U.S.C. 5150).

AR00458

[ ] (47) 52.232-29, Terms for Financing of Purchases of Commercial Items (FEB 2002) (41 U.S.C. 4505, 10 U.S.C. 2307(f)).

[ ] (48) 52.232-30, Installment Payments for Commercial Items (OCT 1995) (41 U.S.C. 4505, 10 U.S.C. 2307(f)).

[X] (49) 52.232-33, Payment by Electronic Funds Transfer-System for Award Management (JUL 2013) (31 U.S.C. 3332).

[ ] (50) 52.232-34, Payment by Electronic Funds Transfer - Other than System for Award Management (JUL 2013) (31 U.S.C. 3332).

[ ] (51) 52.232-36, Payment by Third Party (MAY 2014) (31 U.S.C. 3332).

[ ] (52) 52.239-1, Privacy or Security Safeguards (AUG 1996) (5 U.S.C. 552a).

[ ] (53)(i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (FEB 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631).

[ ] (ii) Alternate I (APR 2003) of 52.247-64.

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items: (Contracting Officer check as appropriate.)

[X] (1) 52.222-41, Service Contract Labor Standards (MAY 2014) (41 U.S.C. chapter 67).

[ ] (2) 52.222-42, Statement of Equivalent Rates for Federal Hires (MAY 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

[ ] (3) 52.222-43, Fair Labor Standards Act and Service Contract Labor Standards-Price Adjustment (Multiple Year and Option Contracts) (MAY 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

[ ] (4) 52.222-44, Fair Labor Standards Act and Service Contract Labor Standards-Price Adjustment (MAY 2014) (29 U.S.C 206 and 41 U.S.C. chapter 67).

[ ] (5) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (MAY 2014) (41 U.S.C. chapter 67).

[ ] (6) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (MAY 2014) (41 U.S.C. chapter 67).

[ ] (7) 52.222-17, Nondisplacement of Qualified Workers (MAY 2014) (E.O. 13495).

[ ] (8) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (MAY 2014) (42 U.S.C. 1792).

[ ] (9) 52.237-11, Accepting and Dispensing of $1 Coin (SEP 2008) (31 U.S.C. 5112(p)(1)).

(d)(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), and (c) of this clause, the Contractor is not required to flow down any FAR clause, other than those in this paragraph (e)(1) of this paragraph in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause-

(i) 52.203-13, Contractor Code of Business Ethics and Conduct (APR 2010) (41 U.S.C. 3509).

(ii) 52.219-8, Utilization of Small Business Concerns (OCT 2014) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $650,000 ($1.5 million for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(iii) 52.222-17, Nondisplacement of Qualified Workers (MAY 2014) (E.O. 13495). Flow down required in accordance with paragraph (l) of FAR clause 52.222-17.

(iv) 52.222-26, Equal Opportunity (MAR 2007) (E.O. 11246).

(v) 52.222-35, Equal Opportunity for Veterans (JUL 2014) (38 U.S.C. 4212).

(vi) 52.222-36, Equal Opportunity for Workers with Disabilities (JUL 2014) (29 U.S.C. 793).

(vii) 52.222-37, Employment Reports on Veterans (JUL 2014) (38 U.S.C. 4212).

(viii) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (DEC 2010) (E.O. 13496). Flow down required in accordance with paragraph (f) of FAR clause 52.222-40.

(ix) 52.222-41, Service Contract Labor Standards (MAY 2014) (41 U.S.C. chapter 67).

(x) 52.222-50, Combating Trafficking in Persons (FEB 2009) (22 U.S.C. 7104(g)).

___Alternate I (AUG 2007) of 52.222-50 (22 U.S.C. 7104(g)).

(xi) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (MAY 2014) (41 U.S.C. chapter 67).

(xii) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (MAY 2014) (41 U.S.C. chapter 67).

(xiii) 52.222-54, Employment Eligibility Verification (AUG 2013).

AR00460

(xiv) 52.225-26, Contractors Performing Private Security Functions Outside the United States (JUL 2013) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; I0 U.S.C. 2302 Note).

(xv) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (MAY 2014) (42 U.S.C. 1792). Flow down required in accordance with paragraph (e) of FAR clause 52.226-6.

(xvi) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (FEB 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the contractor May include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

**52.223-18 Encouraging Contractor Policies to Ban Text Messaging While Driving. (AUG 2011)**

**52.232-40 Providing Accelerated Payments to Small Business Subcontractors. (DEC 2013)**

**52.252-2 Clauses Incorporated by Reference. (FEB 1998)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es): http://www.acquisition.gov/far

**1452.201-70 AUTHORITIES AND DELEGATIONS (SEPT 2011)**

Authorities and Delegations (SEP 2011)

(a) The Contracting Officer is the only individual authorized to enter into or terminate this contract, modify any term or condition of this contract, waive any requirement of this contract, or accept nonconforming work.

(b) The Contracting Officer will designate a Contracting

Officer's Representative (COR) at time of award. The COR will be responsible for technical monitoring of the contractor's performance and deliveries. The COR will be appointed in writing, and a copy of the appointment will be furnished to the Contractor. Changes to this delegation will be made by written changes to the existing appointment or by issuance of a new appointment.

(c) The COR is not authorized to perform, formally or

informally, any of the following actions:

(1) Promise, award, agree to award, or execute any contract, contract modification, or notice of intent that changes or may change this contract;

(2) Waive or agree to modification of the delivery schedule;

(3) Make any final decision on any contract matter subject to the Disputes Clause;

(4) Terminate, for any reason, the Contractor's right to

proceed;

(5) Obligate in any way, the payment of money by the Government.

(d) The Contractor shall comply with the written or oral

direction of the Contracting Officer or authorized representative(s) acting within the scope and authority of the appointment memorandum.

The Contractor need not proceed with direction that it considers to have been issued without proper authority. The Contractor shall notify the Contracting Officer in writing, with as much detail as possible, when the COR has taken an action or has issued direction (written or oral) that the Contractor considers to exceed the COR's appointment, within 3 days of the occurrence. Unless otherwise provided in this contract, the Contractor assumes all costs, risks,

liabilities, and consequences of performing any work it is directed to perform that falls within any of the categories defined in paragraph (c) prior to receipt of the Contracting Officer's response issued under paragraph (e) of this clause.

(e) The Contracting Officer shall respond in writing within 30 days to any notice made under paragraph (d) of this clause. A failure of the parties to agree upon the nature of a direction, or upon the contract action to be taken with respect thereto, shall be subject to the provisions of the Disputes clause of this contract.

(f) The Contractor shall provide copies of all correspondence to the Contracting Officer and the COR.

(g) Any action(s) taken by the Contractor, in response to any direction given by any person acting on behalf of the Government or any Government official other than the Contracting Officer or the COR acting within his or her appointment, shall be at the Contractor's risk.

**DOI ELECTRONIC INVOICING Electronic Invoicing and Payment Requirements - Invoice Processing Platform (IPP) (April 2013)**

Payment requests must be submitted electronically through the U. S. Department of the Treasury's Invoice Processing Platform System (IPP).

"Payment request" means any request for contract financing payment or invoice payment by the Contractor. To constitute a proper invoice, the payment request must comply with the

requirements identified in the applicable Prompt Payment clause included in the contract, or the clause 52.212-4 Contract Terms and Conditions - Commercial Items included in commercial item contracts. The IPP website address is: https://www.ipp.gov.

Under this contract, the following documents are required to be submitted as an attachment to the IPP invoice : THE VENDOR SHALL ATTACH A COPY OF THEIR REGULAR VENDOR INVOICE UTILIZING THE ATTACHMENTS FEATURE ON THE LOWER RIGHT HAND CORNER OF THE IPP INVOICING SCREEN TO SUBSTATINTATE THE REQUEST FOR PAYMENT.  THE CO RESERVES THE RIGHT TO REJECT THE REQUEST FOR PAYMENT UNTIL SUCH TIME AS THE DOCUMENTATION IS PROVIDED.

The Contractor must use the IPP website to register, access and use IPP for submitting requests for payment. The Contractor Government Business Point of Contact (as listed in SAM will receive enrollment instructions via email from the Federal Reserve Bank of Boston (FRBB) within 3 - 5 business days of the contract award date. Contractor assistance with enrollment can be obtained by contacting the IPP Production Helpdesk via email ippgroup@bos.frb.org or phone (866) 973-3131.

If the Contractor is unable to comply with the requirement to use IPP for submitting invoices for payment, the Contractor must submit a waiver request in writing to the Contracting Officer with its proposal or quotation.

**52.203-98 Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements – Representations (DEVIATION 2015-02) (Feb 2015)**
    (a) In accordance with section 743 of Division E, Title VII, of the Consolidated and Further Continuing Resolution Appropriations Act, 2015 (Pub. L. 113-235), Government agencies are not permitted to use funds appropriated (or otherwise made available) under that or any other Act for contracts with an entity that requires employees or subcontractors of such entity seeking to report fraud, waste, or abuse to sign internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such waste, fraud, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.
    (b) The prohibition in paragraph (a) of this provision does not contravene requirements applicable to Standard Form 312, Form 4414, or any other form issued by a Federal department or agency governing the nondisclosure of classified information.
    (c) *Representation.* By submission of its offer, the Offeror represents that it does not require employees or subcontractors of such entity seeking to report fraud, waste, or abuse to sign internal confidentiality agreements or statement prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such waste, fraud, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.

**52.203-99 Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements – Representations (DEVIATION 2015-02) (Feb 2015)**
    (a) The Contractor shall not require employees or subcontractors seeking to report fraud, waste, or abuse to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such waste, fraud, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.
    (b) The contractor shall notify employees that the prohibitions and restrictions of any internal confidentiality agreements covered by this clause are no longer in effect.
    (c) The prohibition in paragraph (a) of this clause does not contravene requirements applicable to Standard Form 312, Form 4414, or any other form issued by a Federal department or agency governing the nondisclosure of classified information.
    (d)(1) In accordance with section 743 of Division E, Title VII, of the Consolidated and Further Continuing Resolution Appropriations Act, 2015 (Pub. L. 113-235), use of funds appropriated (or otherwise made available) under that or any other Act may be prohibited, if the Government determines that the Contractor is not in compliance with the provisions of this clause.
    (2) The Government may seek any available remedies in the event the contractor fails to comply with the provisions of this clause.

GeoSpatial Experts
12000 N Washington St.
#385
Thornton, CO 80241



# Invoice

| Date | Invoice # |
|------|-----------|
| 8/20/2015 | 7912 |

| Bill To | Ship To |
|---------|---------|
| BLM-UT Utah State Office<br>440 West 200 South, Suite 500<br>Salt Lake City, UT  84101 | BLM-UT Utah State Office<br>440 West 200 South, Suite 500<br>Salt Lake City, UT  84101 |

| P.O. Number | Terms | Due Date | Ship | Camera Serial # | |
|-------------|-------|----------|------|-----------------|---|
| L15PX01186 | Due on receipt | 8/20/2015 | 8/20/2015 | | |

| Item Code | Description | Qty | Unit Price USD | Amount USD |
|-----------|-------------|-----|----------------|------------|
| GSE-2810 | Ricoh G800SE w/GPS, 8GB SDHC, Pelican case, extra battery | 3 | 1,399.00 | 4,197.00 |
| | Ricoh G800SE Serial Numbers: XQ03100197, XQ03100198, XQ03100199 | | | |
| | FedEx Package 1 Tracking #: 174982215012747 | | | |

Accounts not paid within terms are subject to a 1% monthly finance charge.

| | |
|---|---|
| **Subtotal** | USD 4,197.00 |
| **Sales Tax** | USD 0.00 |
| **Total USD** | USD 4,197.00 |
| **Balance Due** | USD 4,197.00 |

| Phone # | Fax # |
|---------|-------|
| 303.255.2908 | 303.362.7129 |

| Web Site |
|----------|
| http://www.GeoSpatialExperts.com |

AR00464

## 2015 BURNING MAN - TRAVEL PER PERSON

*Travel Expenses include (Not all personnel have each item): Airfare, Lodging, Per Diem and Travel Incidentals, and Rental Car*

| LAST NAME | AMOUNT | DATE | TRIP PURPOSE |
|---|---|---|---|
| ALBRIGHT | $ 303.37 | Sept 2015 | Travel to and from event |
| ALLEN | $ 123.25 | Sept 2015 | Travel to and from event |
| ANDRES | $ 188.00 | Sept 2015 | Travel to and from event |
| ARRIES | $ 492.29 | Sept 2015 | Travel to and from event |
| BLACK | $ 2,157.89 | Sept 2015 | Travel to and from event |
| BLEVINS | $ 416.72 | Sept 2015 | Travel to and from event |
| BOIK | $ 161.25 | Sept 2015 | Travel to and from event |
| BOXX | $ 278.25 | Sept 2015 | Travel to and from event |
| BRASINGTON | $ 302.75 | Sept 2015 | Travel to and from event |
| BRISCOE | $ 94.75 | Sept 2015 | Travel to and from event |
| BROWN | $ 136.25 | Sept 2015 | Travel to and from event |
| BRUNK | $ 509.10 | Sept 2015 | Travel to and from event |
| BUCHANAN | $ 157.59 | Sept 2015 | Travel to and from event |
| BULKLEY | $ 369.39 | Sept 2015 | Travel to and from event |
| CAFFEY | $ 116.50 | Sept 2015 | Travel to and from event |
| CARPENTER | $ 400.50 | Sept 2015 | Travel to and from event |
| CARTER JR | $ 515.25 | Sept 2015 | Travel to and from event |
| CAUDILL | $ 177.00 | Sept 2015 | Travel to and from event |
| CHODOROWSKI | $ 536.70 | Sept 2015 | Travel to and from event |
| CLARK | $ 310.75 | Sept 2015 | Travel to and from event |
| CULVER | $ 106.00 | Sept 2015 | Travel to and from event |
| CURTIS | $ 159.50 | Sept 2015 | Travel to and from event |
| DELANEY | $ 196.00 | Sept 2015 | Travel to and from event |
| ELTON | $ 111.50 | Sept 2015 | Travel to and from event |
| ENTRICAN | $ 375.00 | Sept 2015 | Travel to and from event |
| EVENSON | $ 108.00 | Sept 2015 | Travel to and from event |
| FINCH | $ 141.50 | Sept 2015 | Travel to and from event |
| FONKEN | $ 314.25 | Sept 2015 | Travel to and from event |
| FRANZOY | $ 564.83 | Sept 2015 | Travel to and from event |
| FUSELIER | $ 131.25 | Sept 2015 | Travel to and from event |
| GRIMES | $ 363.00 | Sept 2015 | Travel to and from event |
| HARNESS | $ 784.03 | Sept 2015 | Travel to and from event |
| HAUCK | $ 111.50 | Sept 2015 | Travel to and from event |
| HONE | $ 161.25 | Sept 2015 | Travel to and from event |
| HOWELL | $ 370.55 | Sept 2015 | Travel to and from event |
| HUSTON | $ 751.75 | Sept 2015 | Travel to and from event |
| JENSEN | $ 264.50 | July 2015 | Tabletop ICS/UC Meeting |
|  | $ 463.49 | Sept 2015 | Travel to and from event |
| JOHNSON, M | $ 804.71 | July 2015 | Tabletop ICS/UC Meeting |
|  | $ 1,056.25 | Sept 2015 | Travel to and from event |
| JOHNSON, T | $ 151.50 | Sept 2015 | Travel to and from event |
| JONES | $ 223.75 | Sept 2015 | Travel to and from event |
| KEEFER | $ 123.25 | Sept 2015 | Travel to and from event |
| KIRKHAM | $ 136.25 | Sept 2015 | Travel to and from event |

| LAST NAME | AMOUNT | DATE | TRIP PURPOSE |
|---|---|---|---|
| LASHER | $ 330.70 | Sept 2015 | Travel to and from event |
| LAZZARO | $ 2,636.14 | Sept 2015 | Travel to and from event |
| LIND | $ 131.25 | Sept 2015 | Travel to and from event |
| LLOYD, K | $ 358.71 | Sept 2015 | Travel to and from event |
| LLOYD, R | $ 276.25 | July 2015 | Tabletop ICS/UC Meeting |
| | $ 222.25 | Sept 2015 | Travel to and from event |
| LOFTIN | $ 116.50 | Sept 2015 | Travel to and from event |
| LOVE | $ 788.98 | April 2015 | Meeting with BRC in CA |
| | $ 3,201.28 | April 2015 | BLM Executive Managers, Internal/External Partners Mtg. |
| | $ 1,052.30 | May 2015 | BLM/BRC Ops Plan Protocol Meeting |
| | $ 1,139.45 | July 2015 | LE Integration/Operation Meeting |
| | $ 485.51 | Sept 2015 | Travel to and from event |
| MACK | $ 84.75 | Sept 2015 | Travel to and from event |
| MARQUEZ | $ 207.25 | Sept 2015 | Travel to and from event |
| MARSOOBIAN | $ 605.67 | Sept 2015 | Travel to and from event |
| MATTHEWS | $ 166.25 | Sept 2015 | Travel to and from event |
| MAURER | $ 74.75 | Sept 2015 | Travel to and from event |
| MCGRATH | $ 184.50 | Sept 2015 | Travel to and from event |
| MILLER | $ 649.32 | Sept 2015 | Travel to and from event |
| MITSUYASU | $ 131.25 | Sept 2015 | Travel to and from event |
| MOE | $ 277.97 | Sept 2015 | Travel to and from event |
| MONTOYA | $ 448.77 | Sept 2015 | Travel to and from event |
| MOORE | $ 1,209.47 | May 2015 | BLM/BRC Ops Plan Protocol Meeting |
| | $ 1,243.57 | July 2015 | Tabletop ICS/UC Meeting / Planning |
| | $ 1,711.27 | July 2015 | LE Integration/Operation Meeting |
| | $ 552.91 | Sept 2015 | Travel to and from event |
| MORGAN | $ 361.98 | Sept 2015 | Travel to and from event |
| NARDINGER | $ 512.16 | Sept 2015 | Travel to and from event |
| NICHOLS | $ 507.53 | Sept 2015 | Travel to and from event |
| OELRICH | $ 302.46 | Sept 2015 | Tabletop ICS/UC Meeting / Planning |
| | $ 807.15 | Sept 2015 | Travel to and from event |
| OPER | $ 156.25 | Sept 2015 | Travel to and from event |
| PARR | $ 178.50 | July 2015 | Tabletop ICS/UC Meeting |
| PIRTLE | $ 1,379.12 | Sept 2015 | Travel to and from event |
| PRESLEY | $ 323.03 | Sept 2015 | Travel to and from event |
| RAMIREZ | $ 448.77 | Sept 2015 | Travel to and from event |
| RAMOS | $ 3,269.31 | April 2015 | BLM Executive Managers, Internal/External Partners Mtg. |
| | $ 1,204.41 | July 2015 | SOW discussion with BRC |
| | $ 1,362.97 | July 2015 | LE Integration/Operation Meeting |
| | $ 891.73 | Sept 2015 | Travel to and from event |
| RICE | $ 229.00 | Sept 2015 | Travel to and from event |
| ROMERO | $ 470.77 | Sept 2015 | Travel to and from event |
| ROOP | $ 1,076.30 | July 2015 | Tabletop ICS/UC Meeting |
| | $ 141.50 | Sept 2015 | Travel to and from event |
| ROREX | $ 69.75 | Sept 2015 | Travel to and from event |
| RUSSELL | $ 392.38 | Sept 2015 | Travel to and from event |
| SANDBERG | $ 3,269.31 | April 2015 | BLM Executive Managers, Internal/External Partners Mtg. |

| LAST NAME | AMOUNT | DATE | TRIP PURPOSE |
|---|---|---|---|
| | $ 1,362.97 | July 2015 | LE Integration/Operation Meeting |
| | $ 878.37 | Sept 2015 | Travel to and from event |
| SCHUTZBERGER | $ 384.36 | Sept 2015 | Travel to and from event |
| SCHWIRIAN | $ 1,335.41 | Sept 2015 | Travel to and from event |
| SEIDLITZ | $ 142.25 | May 2015 | BLM/BRC Ops Plan Protocol Meeting |
| SHARKEY | $ 116.50 | Sept 2015 | Travel to and from event |
| SHILAIKIS | $ 370.50 | Sept 2015 | Travel to and from event |
| SONES | $ 274.00 | Sept 2015 | Travel to and from event |
| STEENHOVEN | $ 97.25 | Sept 2015 | Travel to and from event |
| STOLTS | $ 146.50 | Sept 2015 | Travel to and from event |
| STORLA | $ 191.75 | Sept 2015 | Travel to and from event |
| STOVER | $ 893.25 | Sept 2015 | Travel to and from event |
| | $ 1,108.10 | May 2015 | BLM/BRC Ops Plan Protocol Meeting |
| | $ 1,173.71 | July 2015 | Tabletop ICS/UC Meeting / Planning |
| SULLIVAN | $ 315.50 | July 2015 | Tabletop ICS/UC Meeting |
| | $ 592.50 | Sept 2015 | Travel to and from event |
| SWANSON | $ 431.21 | Sept 2015 | Travel to and from event |
| TEA | $ 212.25 | Sept 2015 | Travel to and from event |
| TEMPLETON | $ 656.04 | Sept 2015 | Travel to and from event |
| TITUS | $ 364.55 | July 2015 | Tabletop ICS/UC Meeting |
| | $ 281.00 | Sept 2015 | Travel to and from event |
| TUMA | $ 176.50 | Sept 2015 | Travel to and from event |
| VERMEYS | $ 182.25 | Sept 2015 | Travel to and from event |
| WAGGONER | $ 436.56 | Sept 2015 | Travel to and from event |
| WEISEND | $ 563.56 | Sept 2015 | Travel to and from event |
| WELTY | $ 166.25 | Sept 2015 | Travel to and from event |
| WHITEHEAD | $ 727.25 | Sept 2015 | Travel to and from event |
| WILLIAMS | $ 522.00 | Sept 2015 | Travel to and from event |
| WORTHINGTON | $ 112.25 | Sept 2015 | Travel to and from event |
| WOYCHOWSKI | $ 278.25 | Sept 2015 | Travel to and from event |
| YACUBIC | $ 84.50 | Sept 2015 | Travel to and from event |
| YOUNG | $ 1,200.84 | Sept 2015 | Travel to and from event |
| **TOTAL** | **$ 67,140.74** | | |

| 2015 BURNING MAN - VEHICLE UTILIZATION | | | | |
|---|---|---|---|---|
| **Plate Number** *(Last 3 digits)* | **Utilization Amount** *(Costs/mile only)* | | **Plate Number** *(Last 3 digits)* | **Utilization Amount** *(Costs/mile only)* |
| 616 | $ 308.55 | | 730 | $ 1,159.20 |
| 686 | $ 142.41 | | 731 | $ 1,310.06 |
| 951 | $ 230.04 | | 808 | $ 1,212.33 |
| 061 | $ 637.65 | | 809 | $ 587.19 |
| 942 | $ 771.90 | | 858 | $ 1,013.24 |
| 150 | $ 1,161.00 | | 075 | $ 977.73 |
| 469 | $ 1,240.00 | | 27R | $ 113.72 |
| 473 | $ 1,366.48 | | 43N | $ 620.90 |
| 743 | $ 335.94 | | **TOTAL** | **$ 48,182.58** |
| 786 | $ 985.80 | | | |
| 805 | $ 1,055.86 | | | |
| 890 | $ 1,575.49 | | | |
| 989 | $ 1,491.00 | | | |
| 020 | $ 959.76 | | | |
| 175 | $ 1,468.91 | | | |
| 290 | $ 796.71 | | | |
| 445 | $ 880.75 | | | |
| 502 | $ 1,835.30 | | | |
| 508 | $ 1,926.48 | | | |
| 541 | $ 1,599.04 | | | |
| 892 | $ 1,223.97 | | | |
| 971 | $ 562.98 | | | |
| 976 | $ 1,455.30 | | | |
| 109 | $ 544.98 | | | |
| 110 | $ 690.69 | | | |
| 130 | $ 532.63 | | | |
| 235 | $ 820.26 | | | |
| 286 | $ 1,325.56 | | | |
| 287 | $ 408.87 | | | |
| 314 | $ 1,962.30 | | | |
| 320 | $ 353.43 | | | |
| 455 | $ 1,403.17 | | | |
| 499 | $ 413.91 | | | |
| 532 | $ 1,090.05 | | | |
| 538 | $ 1,501.36 | | | |
| 576 | $ 301.40 | | | |
| 609 | $ 2,106.72 | | | |
| 647 | $ 554.40 | | | |
| 650 | $ 514.80 | | | |
| 677 | $ 1,168.70 | | | |
| 678 | $ 1,483.66 | | | |

## 2015 BURNING MAN - MISC. SUPPLIES AND EQUIPMENT

| RECEIPT # | VENDOR | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 1 | DATA COMM FOR BUSINESS | $ 2,999.00 | Secure Ethernet tunnel for CJ network connection |
| 2 | VENUS COMMUNICATIONS L | $ 2,880.56 | Radio Equipment |
| 3 | CC 1069 BARRIE MINNITTE | $ 2,496.00 | High Rock Rental House |
| N/A | RADIO CACHE REFURBISHMENT COST | $ 1,907.66 | Refurbishment cost for the use of borrowed radios from Bureau Radio Cache (no receipt) |
| 4 | RADIOMATE CORP | $ 1,843.15 | Radio Equipment |
| 5 | B&H PHOTO, 800-606-696 | $ 1,782.25 | Backup battery |
| N/A | GOVERNMENT PRINTING OFFICE | $ 1,590.00 | Federal Register Printing (no receipt) |
| 6 | AMAZON.COM | $ 1,499.70 | Radio Supplies - Pelican Cases |
| N/A | FEDEX 96036555 | $ 1,483.27 | Shipment of Equipment to Gerlach (no receipt) |
| 7 | MARRIOTT CITY CENTER S | $ 1,464.00 | Conference Room Rental for Planning Meeting |
| 8 | GMS TACTICAL | $ 1,198.00 | Shemaghs for federal personnel |
| 9 | MINIMUS.BIZ | $ 1,086.00 | Hand Sanitizer, Lotion, & Sunblock for federal personnel |
| 10 | SIRCHIE FINGER PRINT L | $ 1,082.50 | Drug testing kits |
| 11 | WWWGLOWSOURCECOM | $ 756.69 | Glow necklaces for personnel safety |
| 12 | AMAZON.COM | $ 749.85 | Radio Supplies - Pelican Cases |
| 13 | MAGNUM ELECTRONICS | $ 710.39 | Motorola accessories |
| 14 | RADIOMATE CORP | $ 672.10 | Headsets for dispatchers |
| 15 | POWERWERX/BULK WIRE | $ 652.68 | Radio Equipment |
| 16 | ASEPTIC CONTROL PRODUC | $ 565.94 | Hand Sanitizer for HQ Trailers and federal personnel |
| 17 | MIDLAND RADIO CORP | $ 550.00 | Key loader cable |
| 18 | CASE CLUB | $ 516.48 | Pelican case for satellite trackers |
| 19 | QI *SOAP.COM | $ 412.72 | Hand wipes for federal personnel |
| 20 | THE HOME DEPOT 3310 | $ 386.84 | Miscellaneous Hardware, signs, etc. for HQ and Dispatch |
| 21 | EVIDENT INC | $ 373.00 | Evidence bags |
| 22 | U-HAUL MOVING & STORAG | $ 272.70 | Transporting equipment to HQ |
| 23 | SCHEELS RENO SPARKS | $ 269.29 | Radio storage case |
| 24 | AMAZON.COM | $ 249.95 | Radio Supplies - Pelican Cases |
| 25 | SPORTSMANS WAREHOUSE 1 | $ 204.66 | Radio storage case |
| 26 | LOWES #00321* | $ 200.49 | Supplies needed for Medical trailer at HQ |
| 27 | U-HAUL MOVING & STORAG | $ 139.88 | Transporting equipment to HQ |
| 28 | UHI*U-HAULMAIN STREET | $ 133.80 | Transporting equipment to HQ |
| 29 | AMAZON MKTPLACE PMTS | $ 131.32 | Radio earpieces |
| 30 | AMAZON MKTPLACE PMTS | $ 123.31 | Radio Equipment - Earpieces |
| 31 | U-HAUL MOVING & STORAG | $ 119.00 | Transporting equipment to HQ |
| 32 | SIRCHIE FINGER PRINT L | $ 114.17 | Drug testing kits |
| 33 | MINIMUS.BIZ | $ 107.00 | Lotion for federal personnel |
| 34 | AMAZON MKTPLACE PMTS | $ 96.25 | Radio earpieces |
| 35 | TESSCO, INC | $ 88.65 | Radio cables |

| RECEIPT # | VENDOR | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 36 | PMT*BATTERIES | $ 73.89 | Lithium batteries |
| 37 | WEST MARINE 1219 | $ 68.92 | RV Tank Treatment for lodging trailer |
| 38 | THE HOME DEPOT 3313 | $ 65.43 | Rubber hose caps |
| 39 | AMAZON MKTPLACE PMTS | $ 64.90 | Radio earpieces |
| 40 | REI 67 RENO | $ 56.01 | Medical supplies |
| N/A | CONVENIENCE CHECK FEE | $ 47.42 | Convenience check fee for High Rock Rental house (no receipt) |
| 41 | REI 67 RENO | $ 46.27 | Medical supplies |
| 42 | AMAZON MKTPLACE PMTS | $ 41.26 | Radio earpieces |
| 43 | AMAZON MKTPLACE PMTS | $ 25.00 | Label tape for radios |
| 44 | AMAZON MKTPLACE PMTS | $ 19.47 | Radio Equipment - Earpieces |
| | **TOTAL** | **$ 32,417.82** | |

# INVOICE

**DCB**

**Data Comm for Business, Inc.**
PO Box 6329 • Champaign, IL 61826-6329
217-897-6600 • FAX 217-897-1331
Web: http://www.dcbnet.com

DATA COMM
FOR BUSINESS •
PO Box 6329
Champaign, IL 61826-6329
Ph 217-897-6600
Fax 217-897-1331
Page 1

BUREAU OF LAND MANAGEMENT
BURELA

Page 1

BURELA
BUREAU OF LAND MANAGEMENT
1 NORTH CENTRAL AVENUE
SUITE 800
PHOENIX AZ 85004

| DATE | SALESMAN | ORDER NO | ORDER/REC DATE | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|---|
| 07/30/15 | 00 | 1201 | 07/30/15 | 07/30/15 | 00266593 |

SHIP TO
BUREAU OF LAND MANAGEMENT
REF: PURCH ORD#2397-0126-0715
1 NORTH CENTRAL AVENUE, # 600
PHOENIX AZ 85004

| TERMS | SHIPPED VIA |
|---|---|
| CREDIT CARD | UPS GRD/JUL 30 2015 |

| INVOICE NO | AMOUNT |
|---|---|
| 00266593 | 2999.00 |

| ITEMS/DESCRIPTION/SERIAL NO | QUANTITIES | | UNIT PRICE |
|---|---|---|---|
| | Ordered | Shipped | |
| DCB UT606A | 2.0000 | 2.0000 | 1495.0000 |
| 1PD TUNNEL 3PORT 600MHz | | | 1495.0000 |
| Ser 51600459 | | | |
| Ser 51600460 | | | |

---

DATA COMM FOR BUSINESS
2749 COUNTY RD
DEWEY, IL 61840

TERMINAL I.D.:   00711302902242760801001
MERCHANT #:            290224760081
MC PCARD
**SALE**
RECORD #: 3            INV:
DATE: JUL 30, 15      TIME:  11:38
BATCH: 554
                      AUTH:   023539
AVS RESPONSE: Y
CVV2 RESPONSE: M

ADDRESS AND 5 DIGIT ZIP MATCH

TOTAL              $2999.00

CARD BALANCE:         $0.00

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

CUSTOMER COPY

---

PLEASE RETURN
THIS PORTION
WITH YOUR PAYMENT

INVOICE TOTAL       2999.00

| SUBTOTAL | | INVOICE TOTAL |
|---|---|---|
| 2999.00 | | 2999.00 |

| TAXABLE | SALES TAX | FREIGHT | MISCELLANEOUS |
|---|---|---|---|
| .00 | .00 | 0.00 | .00 |

NON-TAXABLE
2999.00

P.O.# 2397 0126-0715

AR00468
RECEIPT #1

# Venus Communications LLC

# Invoice

Remit to:
Venus Communications LLC
10650 Copper Lake Dr.
Reno, NV 89521

PAID
08/03/2015

| Date | Invoice # |
|------|-----------|
| 8/3/2015 | 08032015DB |

| Bill To | Ship To |
|---------|---------|
| Bureau of Land Management<br><br>4701 N. Torrey Pines Dr.<br>Las Vegas, NV 89130 | Bureau of Land Management<br><br>4701 N. Torrey Pines Dr.<br>Las Vegas, NV 89130 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| VBL 7/29 | Credit Card | | 8/3/2015 | Best Way | Destination | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 4 | BA1012-2 | RFS - 154-174 MHz Unity Gain Fiberglass Omni Antenna | 260.89 | 1,043.56 |
| 40 | TC-200-NMH-X | Times Microwave - N Male crimp connector for LMR-200 cable. Tri-metal plating. | 9.90 | 396.00 |
| 500 | LMR-200 | Times Microwave - LMR-200 low loss braided coaxial cable.100 percent foil shield. It has a polyethylene, gas-injected UV-resistant jack and 1 inch bending radius. | 0.46 | 230.00 |
| 3 | RFA-4005-520 | RF INDUSTRIES - crimping tool kit. Includes crimp handle & 10 sets of dies. Phillip screwdriver is all you need to change dies. Crimps hex .042 to .429" | 264.00 | 792.00 |
| 1 | BA1312-2 | RFS - BA1312-2 omnidirectional antenna operates in the 155 - 163 MHz . This 3dB gain VHF omni antenna100 watts, N female connector. | 330.00 | 330.00 |
| | shipping | | 89.00 | 89.00 |

It's been a pleasure working with you!

**Total** $2,880.56

RECEIPT #2

High Rock Rental
P.O. Box 125
Gerlach, NV 89417
775.557.2290 Home
775.857.7601 Cell

# Invoice

| | Date | Invoice # |
|---|---|---|
| | 06/05/2015 | #2 |

**Bill To**

Bureau of Land Management
Winnemucca Office
5100 E. Winnemucca Blvd.
Winnemucca, NV 89445

Bureau of Land Management
Received

JUN 08 2015

Field Office
Winnemucca Nevada

| P.O. No. | Terms | Project |
|---|---|---|
| | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 24 days | 24 day stay for 4 people. Check in 8/19/2015 after 11:00 a.m. Check out 9/12/2015 by 11:00 a.m.  * This rate does not include any maid service  * Please make check payable to Barrie Minnitte and mail to the address above. | $104.16 | $2,496.00 |
| | | **Total** | $2,496.00 |

RECEIPT #3

# RadioMate ®

QUOTE

1872 Countrywood Court • Walnut Creek, California 94598 • (925) 943-6442 • Fax (925) 476-5308

SOLD TO:

NEVADA BLM
4701 N TORREY PINES
LAS VEGAS
NV        89130
Attn. ████████████
Phone 775-861-6409

SHIP TO:

NEVADA BLM
4701 N TORREY PINES
LAS VEGAS
NV        89130
Attn. ████████████
Phone

QUOTE DATE 150306                    QUOTE NUMBER 35776Q

**QUOTE VALID FOR 30 DAYS ONLY**

TERMS: CRCARD
A FINANCE CHARGE OF 1.5% PER MONTH (18% ANNUM) WILL BE CHARGED PAST DUE ACCOUNTS

| ITEM | ORDER | SHIP | B/O | MODEL NUMBER / PART NUMBER | UNIT COST | TOTA |
|------|-------|------|-----|----------------------------|-----------|------|
| 1. | 6 | | | RMT 294 | $ 134.00 | $ 804.00 |
| | | | | HDST,CONVERTIBLE NC MIC | | |
| 2. | 6 | | | RMT XX4-1ABGB/PH-PBX | 170.00 | 1020.00 |
| | | | | INTERFACE,HNDGRP 10' PL414 | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |

A RMA is required for all returns. All returns must be
within 30 days, unused in original packaging & subject
to a 25% restocking charge.

      THESE HEADSETS TO BE USED WITH MODUCOM
      CONSOLE
      SHIPPING WILLBE PRE-PAID AND ADDED

SUB TOTAL   $   1824.00
DEPOSIT

SALES TAX   $        .00
SHIPPING    $
LABOR       $

TOTAL DUE -------->  $   1824.00

AR00471
RECEIPT #4

8/13/2015                    DEPARTMENT OF THE INTERIOR Mail - Confirmation of Your Order #1034886087




---

# Confirmation of Your Order #1034886087
1 message

**B&H Photo Customer Service** <ord-status@bhphotovideo.com>                    Fri, Jul 24, 2015 at 9:01 AM
To:

if you cannot read this email **Click here to view on the web**

                                            **420 Ninth Avenue**
                                                                                  **New York, NY 10001**
The Professional's Source                                                          **800-606-6969**
**www.bhphotovideo.com**                                                           **212-444-6615**

## Order Confirmation

Please review and verify the information below.

SHOP ON THE GO
B&H apps & mobile site

  

| **Date** | **Shipping Method** | **Status** | **Order Number** |
|---|---|---|---|
| 07/24/2015 | Expedited Delivery | NEW | 1034886087 |

**Ship To**                          **Bill To**                          **Payment**

BLM 4701 N Torrey Pines Dr           BLM 4701 N Torrey Pines Dr           Card Type: Master Card
Las Vegas, NV 89130                  Las Vegas, NV 89130                  Card Number:
USA                                  USA                                  Amount Charged: $1,782.25

| Product | Qty. | Price | Total |
|---|---|---|---|
| APC APSMC1500<br>Smart-UPS C 1440VA with LCD (120V) | 1 | $324.95 | $324.95 |
| APC APBR1500G<br>Power-Saving Back-UPS Pro 1500 (120V) | 3 | $162.50 | $487.50 |
| APC APBR1500G<br>Power-Saving Back-UPS Pro 1500 (120V) | 3 | $199.95 | $599.85 |
| **B&H Rewards:** This item is eligible for **2%** Rewards / **125** Reward points. Details | | | |
| APC APSMC10002U<br>SMC1000-2U Smart-UPS C 1000VA Rackmount 2U with LCD (120V) | 1 | $369.95 | $369.95 |

Orders consisting of two or more types of items                    Sub Total:    $1,782.25
                                                                    Sh...

                                                                    **RECEIPT #5**

AR00472

https://mail.google.com/mail/u/0/?ui=2&ik=67fe9df0d4&view=pt&q=apc&qs=true&search=query&th=14ec0ccca4a5'

may be shipped from multiple locations.

|  | Sales Tax: | $0.00 |
|---|---|---|
|  | **Total $1,782.25** | |

All orders are subject to approval by our verification dept.
We will notify you by phone or email should your order be delayed.

**Estimated Delivery Date :**          **Check your order Status Click here**
Thu, Jul 30                                      contact customer service Click Here

Note: Signature may be required upon delivery.

**Our NYC SuperStore Hours of Operation**
Sunday: 10:00am - 6:00pm
Monday thru Thursday: 9:00am - 7:00pm

Thank you for your order

Friday: 9:00am - 1:00pm EST / 2:00pm EDT
Saturday: Closed

Follow B&H on           Visit our blog  explora

To unsubscribe from promotional emails click here

## Shipped on August 24, 2015

| Items Ordered | Price |
|---|---|
| 1 of: *Pelican 1650 Case with Foam for Camera (Desert Tan)*<br>Sold by: Amazon.com LLC | $249.95 |

Condition: New

**Shipping Address:**

▊▊▊▊▊▊▊

200 Transfer Rd
Box 271
Gerlach, nv 89412
United States

| | |
|---|---|
| Item(s) Subtotal: | $249.95 |
| Shipping & Handling: | $23.19 |
| Free Shipping: | -$23.19 |
| | ----- |
| Total before tax: | $249.95 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$249.95** |
| | ----- |

**Shipping Speed:**
FREE Shipping

## Shipped on August 24, 2015

| Items Ordered | Price |
|---|---|
| 1 of: *Pelican 1650 Case with Foam for Camera (Desert Tan)*<br>Sold by: Amazon.com LLC | $249.95 |

AR00474

**RECEIPT #6**

Condition: New

**Shipping Address:**
~~▬▬▬▬▬▬▬~~
200 Transfer Rd
Box 271
Gerlach, nv 89412
United States

| | |
|---|---|
| Item(s) Subtotal: | $249.95 |
| Shipping & Handling: | $23.19 |
| Free Shipping: | -$23.19 |
| | ----- |
| Total before tax: | $249.95 |
| Sales Tax: | $0.00 |
| | ----- |

**Shipping Speed:**
FREE Shipping

**Total for This Shipment:$249.95**
-----

## Shipped on August 24, 2015

| **Items Ordered** | **Price** |
|---|---|
| 1 of: *Pelican 1650 Case with Foam for Camera (Desert Tan)* | $249.95 |
| Sold by: Amazon.com LLC | |

Condition: New

**Shipping Address:**
~~▬▬▬▬▬▬▬~~
200 Transfer Rd
Box 271
Gerlach, nv 89412
United States

| | |
|---|---|
| Item(s) Subtotal: | $249.95 |
| Shipping & Handling: | $23.19 |
| Free Shipping: | -$23.19 |
| | ----- |
| Total before tax: | $249.95 |
| Sales Tax: | $0.00 |
| | ----- |

**Shipping Speed:**
FREE Shipping

**Total for This Shipment:$249.95**
-----

## Shipped on August 24, 2015

| **Items Ordered** | **Price** |
|---|---|
| 1 of: *Pelican 1650 Case with Foam for Camera (Desert Tan)* | $249.95 |
| Sold by: Amazon.com LLC | |

Condition: New

**Shipping Address:**
~~▬▬▬▬▬▬▬~~
200 Transfer Rd
Box 271
Gerlach, nv 89412
United States

| | |
|---|---|
| Item(s) Subtotal: | $249.95 |
| Shipping & Handling: | $23.17 |
| Free Shipping: | -$23.17 |
| | ----- |
| Total before tax: | $249.95 |
| Sales Tax: | $0.00 |
| | ----- |

**Shipping Speed:**
FREE Shipping

**Total for This Shipment:$249.95**
-----

## Shipped on August 24, 2015

| Items Ordered | Price |
|---|---|
| 1 of: *Pelican 1650 Case with Foam for Camera (Desert Tan)* | $249.95 |
| Sold by: Amazon.com LLC | |

Condition: New

**Shipping Address:**

███████████

200 Transfer Rd
Box 271
Gerlach, nv 89412
United States

| | |
|---|---|
| Item(s) Subtotal: | $249.95 |
| Shipping & Handling: | $23.19 |
| Free Shipping: | -$23.19 |
| | ----- |
| Total before tax: | $249.95 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$249.95** |
| | ----- |

**Shipping Speed:**
FREE Shipping

## Shipped on August 24, 2015

| Items Ordered | Price |
|---|---|
| 1 of: *Pelican 1650 Case with Foam for Camera (Desert Tan)* | $249.95 |
| Sold by: Amazon.com LLC | |

Condition: New

**Shipping Address:**

███████████

200 Transfer Rd
Box 271
Gerlach, nv 89412
United States

| | |
|---|---|
| Item(s) Subtotal: | $249.95 |
| Shipping & Handling: | $23.18 |
| Free Shipping: | -$23.18 |
| | ----- |
| Total before tax: | $249.95 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$249.95** |
| | ----- |

**Shipping Speed:**
FREE Shipping

## Payment information

**Payment Method:**
MasterCard | Last digits: ███

**Billing address**

███████████

4701 N TORREY PINES DR
LAS VEGAS, NV 89130-2301
United States

**Credit Card transactions**

MasterCard ending in 2938: August 24, 2015: $1,499.70

To view the status of your order, return to <u>Order Summary</u>.

AR00476

| Room | Name | | Rate | Depart | | Time | |
|---|---|---|---|---|---|---|---|
| Type | BLM MEETING APR2015 | | .00 | 04/28/15 | Arrive | Time | 10072 ACCT# |
| | BUREAU OF LAND MANAG | | | 04/27/15 | | | |
| | 440 W 200 S STE 500 | | | Payment | | | |
| Clerk | Address | | | | | | MKR#: |
| | SALT LAKE CI UT 84101-1434 | | | | | | |

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|---|

```
04/24 ADVDP-MC                          1464.00
      PAYMENT RECEIVED BY: MASTERCARD    XXXXXXXXXXXX
04/28 BANQUETS      381212      732.00
05/01 BANQUETS      381122      732.00

                                                   .00
```

Salt Lake Marriott City Center
220 S. State Street
Salt Lake City, UT 84111
(P) 801-961-8700 (F) 801-521-2511

# GMS Tactical LLC

GMS Tactical
540 W  Iron
Suite 105
Mesa, AZ  85210

(480)964-3557
sales@gmstactical.com

<div style="text-align:right">

# Invoice

| Date | Invoice # |
|---|---|
| 07/22/2015 | 1477 |
| Terms | Due Date |
| Due on receipt | 07/22/2015 |

</div>

**Bill To**

BLM
███████████████
440 W 200 S ste 500
salt lake city UT 84101



| Amount Due | Enclosed |
|---|---|
| $0.00 | |

Please detach top portion and return with your payment.

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| 07/22/2015 | Shemagh, Desert Scarf, Sand / Tan | 200 | 5.99 | 1,198.00 |

| | | |
|---|---|---|
| Total | | $1,198.00 |
| Deposit | | $1,198.00 |
| Balance Due | | $0.00 |

**AR00478**

**RECEIPT #8**





Thank you for your Minimus.biz order!

Your order details are below. Please retain a copy of this e-mail for your records.

Sincerely,
Minimus.biz
customerservice@minimus.biz

This e-mail has been sent from an e-mail address that cannot accept incoming e-mail. Please direct all questions to CustomerService@minimus.biz and include your order number in the subject line.

**Bill To:** 
BLM
440 West 200 South Suite 500
Salt Lake City, UT 84101
United States

**Ship To:**
BLM
440 West 200 South Suite 500
Salt Lake City, UT 84101
United States

**Order Number:** 216602
**Order Time:** 7/22/2015 10:27:44 AM
**Payment Method:**
**Promotional Code(s):**

**Shipping Method:** Free FedEx Ground - Restricted Items In Cart

**Special Instructions:**

| Qty | Product Code: | Product Name | Price each | Subtotal |
|-----|---------------|--------------|------------|----------|
| 200 | C02-0320804-8300 | Purell Instant Hand Sanitizer 2 oz flip top | $2.18 | $436.00 |

AR00479
RECEIPT #9

11/19/2015                           DEPARTMENT OF THE INTERIOR Mail - Your Minimus.biz Order #: 216602

| 200 | C02-0353406-8200 | Curel® Daily Moisture Original Lotion | $1.07 | $214.00 |
| 200 | P04-0127701-8100 | Banana Boat® Sport Sunblock SPF30 (tube) | $2.18 | $436.00 |

Coupon Codes
Used:

| | |
|---|---|
| Order SubTotal: | $1,086.00 |
| Tax: | $0.00 |
| Shipping: | $0.00 |
| Handling: | $0.00 |
| LoyaltyPointsUsed | $0.00 |
| **Grand Total:** | $1,086.00 |
| LoyaltyPointEarned: | $10.86 |

# Thank you for your order!

AR00480



**SIRCHIE**
Products ▪ Vehicles ▪ Training

100 Hunter Place
Youngsville, N.C. 27596
Phone: (919) 554-2244, (800) 356-7311
Fax: (919) 554-2266, (800) 899-8181
www.sirchie.com
Extended Sales Hours 8AM-8PM EST Mon-Thurs, 8AM-7:30 PM EST Fri.

| | |
|---|---|
| Quote Number: | 0756103 |
| Quote Date: | 8/10/2015 |
| Prepared by: | Philip Kovac |
| Modified by: | Philip Kovac |
| RE: RFQ | ▬▬▬ |
| FOB | Origin |

Page:   1

## *QUOTE*

| | |
|---|---|
| Cust No: | M84101 |
| Attention: | ▬▬▬ |
| Fax No.: | |
| Phone No.: | (801) 539-4127 |
| E-mail: | mdgochis@blm.gov |

**Bill to Address:**
BUREAU OF LAND MANAGEMENT
440 WEST 200 S
STE 500
SALT LAKE CITY, UT  84101

**Ship to Address:**
BLM
200 Transfer Road
Gerlach, NV  89412

| Qty | | Description | Unit Price | Total |
|---|---|---|---|---|
| 5 | NARK2001 | TEST 01-MARQUIS REAGENT/10PAK<br>General Screening | $15.50 | $77.50 |
| 5 | NARK20015 | TEST 15- METHAMPHETAMINE/10 | $19.50 | $97.50 |
| 5 | NARK2004 | TEST 04-LYSERGIC DIETHYLAMIDE<br>General Screening | $19.50 | $97.50 |
| 5 | NARK2005 | TEST 05- DUQUENOIS-LEVINE/10<br>7-10 Days | $19.50 | $97.50 |
| 5 | NARK2006 | NARK Acid Neutralizer, 30ml | $5.00 | $25.00 |
| 5 | NARK2007 | TEST07-SCOTT REAGENT MODIFIED | $19.50 | $97.50 |
| 5 | NARK2008 | TEST 08-METHADONE/10 PAK | $19.50 | $97.50 |
| 5 | NARK2002 | TEST 02- NITRIC ACID/ 10 PAK<br>General Screening | $15.50 | $77.50 |
| 5 | NARK2009 | TEST 09- PCP / 10 PAK | $19.50 | $97.50 |
| 5 | NARK20010 | TEST10-OPIATE REAGENT-MECKE'S | $19.50 | $97.50 |
| 5 | NARK20011 | TEST 11- MECKE'S(MODIFIED)/10 | $19.50 | $97.50 |
| 5 | NARK2003 | TEST 03- DILLE-KOPPANYI/10PAK | $19.50 | $97.50 |

**Payment Details**
| | |
|---|---|
| Terms: | CREDIT CARDS |
| Expected Delivery: | 3 Days |
| Expiration: | 30 Days |
| Federal ID No.: | 26-1186682 |

| | |
|---|---|
| Net Order: | 1,057.50 |
| Less Discount: | 0.00 |
| Shipping & Handling: | 25.00 |
| Sales Tax: | 0.00 |
| **Order Total:** | **1,082.50** |

Thank you for your continued interest in SIRCHIE products.  When placing your order, please reference your quote number provided above.  If you have any questions or concerns, please do not hesitate to call.

Signature: _____

Philip Kovac

By placing this order, you are acknowledging you are a United States purchaser and agree not to ship products internationally and /or engage in a subsequent resale leading to the export of these items. Certain commodities cannot be exported from the United States without specific approval from the Department of Commerce (Part 730 *et seq*., U.S. Export Administration Regulations) and/or the Department of State (22 C.F.R. 120-130, ITAR). Diversion contrary to U.S. law is prohibited.

AR00481

RECEIPT #10

Huzzah! This email confirms that your order has shipped and is on its way to you. Click here to track your package.

Your order has shipped via **USPS Economy: 5 to 10 business days**.
Your tracking number is: 1ZA82V92YT00023373

Got a question about your order? Click here to contact us with any questions about your order, or call us Monday - Friday, 9AM - 5PM PST at (877) 279-0632.

Thanks for shopping at Glowsource.com!

## Order Information

**Order number:** 105346
**Order Date:** 7/25/2015

## Billing Address

<span style="background:black">▬▬▬▬▬▬▬▬</span>
Bureau of Land Management
<span style="background:black">▬▬▬▬▬▬▬</span>
440 West 200 South
Suite 500
Salt Lake City, UT 84101 US

## Additional Information

## Payment Information

**Payment Method**
Credit or Debit Card

## Order Summary

| | | |
|---|---|---|
| GLO-22AS 22" Premium Glow Necklaces | $17.45 x 40 | **$698.00** |

ps://mail.google.com/mail/u/0/?ui=2&ik=f52ef21886&view=pt&cat=Ramos%2FMy%20credit%20card&search=cat&th=14ed09109d7403c2&siml=14ed09109...   1/2

RECEIPT #11

AR00482

11/19/2015                    DEPARTMENT OF THE INTERIOR Mail - Your Glowsource.com Order #105346 Has Shipped!



Assorted (50 per Pack)
**Color:** Mixed Colors (+$2 Attached Connectors)

**Shipping To**
⬛⬛⬛⬛⬛⬛⬛
**Company:** Bureau of Land Management
1340 Financial Blvd Suite 500 Reno,
NV 89502 US

**Shipping Method**
USPS Economy: 5 to 10 business days

**Tracking Number**
1ZA82V92YT00023373

**Shipped Date**
2015-07-27

**Subtotal:** $698.00
**Discount:** $0.00
**Shipping:** $58.69
**Sales Tax:** $0.00
**Total:** $756.69

Glowsource.com
129 Roweland Drive Suite 201
Johnson City, TN 37601
Phone: (877) 279-0632
customerservice@glowsource.com

Condition: New

**Shipping Address:**
~~█████████~~
200 Transfer Rd
Box 271
Gerlach, nv 89412
United States

**Shipping Speed:**
FREE Shipping

| | |
|---|---|
| Item(s) Subtotal: | $249.95 |
| Shipping & Handling: | $23.19 |
| Free Shipping: | -$23.19 |
| | ----- |
| Total before tax: | $249.95 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$249.95** |
| | ----- |

## Shipped on August 24, 2015

| Items Ordered | Price |
|---|---|
| 1 of: *Pelican 1650 Case with Foam for Camera (Desert Tan)*<br>Sold by: Amazon.com LLC | $249.95 |

Condition: New

**Shipping Address:**
~~█████████~~
200 Transfer Rd
Box 271
Gerlach, nv 89412
United States

**Shipping Speed:**
FREE Shipping

| | |
|---|---|
| Item(s) Subtotal: | $249.95 |
| Shipping & Handling: | $23.19 |
| Free Shipping: | -$23.19 |
| | ----- |
| Total before tax: | $249.95 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$249.95** |
| | ----- |

## Shipped on August 24, 2015

| Items Ordered | Price |
|---|---|
| 1 of: *Pelican 1650 Case with Foam for Camera (Desert Tan)*<br>Sold by: Amazon.com LLC | $249.95 |

Condition: New

**Shipping Address:**
~~█████████~~
200 Transfer Rd
Box 271
Gerlach, nv 89412
United States

**Shipping Speed:**
FREE Shipping

| | |
|---|---|
| Item(s) Subtotal: | $249.95 |
| Shipping & Handling: | $23.17 |
| Free Shipping: | -$23.17 |
| | ----- |
| Total before tax: | $249.95 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$249.95** |
| | ----- |

## Shipped on August 24, 2015

RECEIPT #12

**Payment information**

**Payment Method:**

█████████ | Last digits: ███████

**Billing address**

███████████

4701 N TORREY PINES DR
LAS VEGAS, NV 89130-2301
United States

-----

Estimated tax to be collected:     $0.00

-----

**Credit Card transactions**

████████████████████████: August 24, 2015:   $749.85
████████████████████████████████████████
████████████████████████████████████████

To view the status of your order, return to <u>Order Summary</u>.

AR00485



8/12/2015

8/12/2015DEPARTMENT OF THE INTERIOR Mail - magnumelectronics.com Order Confirmation



---

## magnumelectronics.com Order Confirmation

1 message

**orders@magnumelectronics.com** <orders@magnumelectronics.com>    Mon, Aug 10, 2015 at 12:15 PM
To:

CustomerID# 9141



Thank you for your order. Your order number is 800120, placed 08/10/2015 at 03:15PM.

Your merchandise should ship within 7 days. If an item is not in stock it will be ordered the same day and usually shipped within 3 business days unless it is backordered with the manufacturer. Please call us at (302)734-9250 if you need an item expedited or to verify that we have it in stock.

**Bill To:**

BLM

4701 North Torrey Pines
Las Vegas, NV 89130
United States

**Ship To:**

BLM

4701 North Torrey Pines
Las Vegas, NV 89130
United States

**Payment Info:**

Credit Card: MasterCard
******

**Shipping Method:**

FedEx 2Day®

**Order Details:**

| Code | Item | Qty | Price | Grand Total |
|------|------|-----|-------|-------------|
| TKN8531 | Motorola TKN8531 KVL Keyloader Cable - XTL, APX | 2 | $94.95 | $189.90 |
| NTN8613 | NTN8613 Keyload Adapter - XTS5000 | 2 | $79.00 | $158.00 |
| HKN6182 | Motorola HKN6182 KVL Keyloader Adapter - XTL, APX 7500/6500 | 2 | $65.00 | $130.00 |
| WPLN6904 | Motorola WPLN6904 KVL Keyload Cable - APX | 2 | $99.00 | $198.00 |

Subtotal: $675.90

Tax: $0.00

Shipping

AR00486

RECEIPT #13

https://mail.google.com/mail/u/0/?ui=2&ik=67fe9df0d4&view=pt&q=kvl&qs=true&search=query&th=14f190a32f8

Cost:
Grand Total: $710.39

For price promotions, tech tips, and recent news, visit our blog at blog.magnumelectronics.com.
Visit us again at http://www.magnumelectronics.com/

AR00487



**RadioMate** ®

MODUCRAFT CORP
Merchant ID: 00001590834G                Ref #: 0802

1872 Countrywood Court • Walnut Creek, California 94598 • (925) 943-6442 • Fax (92

I N V O I C E

**Sale**

| | | |
|---|---|---|
| MASTERCARD | Entry Method: Manual | |
| Amount: | $ | 672.10 |
| Tax: | $ | 0.00 |
| Total: | $ | 672.10 |
| 09/02/15 | 18:21:11 | |
| Inv #: 000002 | Appr Code: 032915 | |
| Apprvd: Online | Batch: 000301 | |
| AVS Code: ZIP MATCH Z | | |
| CVV2 Code: MATCH M | | |
| Cust #: 35921 | | |

SOLD TO:

BLM ARIZONA/BLACKROCK
ONE N CENTRAL AVE800
PHOENIZ
AZ          85004
ATTN.

SHIP TO:

BLM BLACK
200 TRANSF
GERLACH
NV          8
ATTN. JON YOUNG

Customer Copy
THANK YOU
HAVE A NICE DAY!

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

| | | | | |
|---|---|---|---|---|
| ORDER DATE | 150901 | SHIP VIA | UPS | |
| ORDER NUMBER | 35921N | WAYBILL NO. | CC | |
| CUSTOMER P.O. NO. | | SHIP DATE | 150902 | |
| INVOICE NUMBER | 155921 | NO. CARTONS | 1 | |
| INVOICE DATE | 150902 | PAGE NUMBER | | |

**TERMS: CC**

A FINANCE CHARGE OF 1.5% PER MONTH (18% ANNUM) WILL BE CHARGED PAST DUE ACCOUNTS

| ITEM | ORDER | SHIP | B/O | MODEL NUMBER / PART NUMBER | UNIT COST | TOTAL COST |
|---|---|---|---|---|---|---|
| 1. | 6 | 6 | 0 | RMT 265<br>HDST,OH NC MIC CUSH PLUS | $ 104.00 | $ 624.00 |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |

Thank you for your order
A RMA is required for all returns. All returns must be
within 30 days, unused in original packaging & subject
to a 25% restocking charge.

| | | |
|---|---|---|
| SUB TOTAL | $ | 624.00 |
| DEPOSIT | | |
| SALES TAX | $ | .00 |
| SHIPPING | $ | 48.10 |
| LABOR | $ | |
| **PAID/CREDIT CARD** -----> | $ | 672.10 |

CUSTOMER SHIP FIRST OVERNIGHT.
SHIPPING + INS. PREPAID AND ADDED.

AR00488
RECEIPT #14



**POWERWERX**
23695 Via Del Rio
92887, Yorba Linda, CA
United States of America

Phone: 888-321-0073
Fax: 714-674-4949
Email: cs@powerwerx.com

**Number:** 7529409
**Date:** 08/16/2015
**Status:** Received





| SKU | Name | Price | Qty | Amount |
|---|---|---|---|---|
| CigBuddy | CigBuddy, the portable cigarette lighter plug to Powerpole adapter | $14.99 | 4 | $59.96 |
| 1462G1 | Powerpole Mounting Clamp Pair for 2 or 4 PP15/30/45 Powerpoles | $2.99 | 5 | $14.95 |
| 3-6054P2 | SB50 Environmental Boot with Cover, Load Side | $9.99 | 10 | $99.90 |
| 3-6055P2 | SB50 Environmental Boot with Cover, Source Side | $10.99 | 10 | $109.90 |
| PanelDVM-Blue | Powerwerx Panel Mount Digital Blue Volt Meter for 12/24V Systems | $19.99 | 1 | $19.99 |
| PanelHoleSaw | Hole Saw for Panel Mount Accessories, Arbored 1-3/16" High Speed | $17.99 | 1 | $17.99 |
| WattMeter-PP | DC Inline Watt Meter and Power Analyzer, Powerpole Ends | $49.99 | 6 | $299.94 |

| | |
|---|---|
| Product Total: | $622.63 |
| Shipping: | $30.05 |
| Tax: | $0.00 |
| **Total:** | **$652.68** |

**Payments:**

| Type | Status | Delivery | Amount | Reference | Created |
|---|---|---|---|---|---|
| Credit card | Approved | Online | $652.68 | | 08/16/2015 |

AR00489
RECEIPT #15

# ASEPTIC CONTROL PRODUCTS, INC.

# INVOICE

**3831 INDUSTRIAL AVE UNIT D**
**ROLLING MEADOWS**
**IL   60008**
**Phone: (800) 448-0131 Ext.      Fax: (847) 342-1809**

**DATE**   July 28, 2015
**NUMBER**   0000088454
**CUSTOMER NO.**   GB9318

**BILL TO:**

BUREAU OF LAND MANAGEMENT
ONE N. CENTRAL AVE.
SUITE 800
PHOENIX AZ    85004

(602) 417-9318 Ext.

**SHIP TO:**

BUREAU OF LAND MANAGEMENT
440 W 200 SOUTH
SUITE 500
SALT LAKE CITY  UT    84101

(602) 417-9318 Ext.

| P.O. NUMBER | SALESPERSON | ORDER DATE | REQ. DATE | ORDER NUMBER |
|---|---|---|---|---|
| 062715 | | 28-Jul-15 | | 0000161870 |

| F.O.B. | SHIP VIA | | TERMS |
|---|---|---|---|
| SHIP PT. | FED-EX GROUND | | MASTER CARD |

| STOCK CODE DESCRIPTION | UOM | QUANTITY REQ. | SHIPPED | B.O. | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 10-1628<br>VIONEX NO RINSE GEL 18oz. | CS. | 3 | 3 | | 88.94000 | 266.82 |
| 10-1624<br>VIONEX NO RINSE GEL 4oz. | CS. | 2 | 2 | | 72.13000 | 144.26 |
| 10-1398<br>WALL BRACKET FOR 18oz. BTL. | EA. | 1 | 1 | | 4.40000 | 4.40 |
| 10-1510<br>VIONEX ANTIMICRO. SKIN WIPES | CS. | 1 | 1 | | 74.71000 | 74.71 |

Limitation of liability. IT IS UNDERSTOOD AND
AGREED THAT SELLER'S LIABILITY WHETHER IN
CONTRACT, IN TORT, UNDER ANY WARRANTY, IN
NEGLIGENCE OR OTHERWISE SHALL NOT
EXCEED THE RETURN OF THE PURCHASE PRICE
PAID BY PURCHASER AND UNDER NO
CIRCUMSTANCES SHALL SELLER BE LIABLE FOR
SPECIAL, INDIRECT OR CONSEQUENTIAL
DAMAGES. THE PRICE STATED FOR THE
PRODUCTS, GOOD OR EQUIPMENT IS A
CONSIDERATION OF LIMITING SELLER'S LIABILITY.
NO ACTION, REGARDLESS OF FORM, ARISING
OUT OF THE TRANSACTIONS UNDER THIS
AGREEMENT.

CONTINUED

AR00490

RECEIPT #16

# ASEPTIC CONTROL PRODUCTS, INC.

**3831 INDUSTRIAL AVE UNIT D**
**ROLLING MEADOWS**
**IL    60008**
**Phone: (800) 448-0131 Ext.      Fax: (847) 342-1809**

# INVOICE

**DATE**   July 28, 2015
**NUMBER**   0000088454
**CUSTOMER NO.**   GB9318

**BILL TO:**

BUREAU OF LAND MANAGEMENT
ONE N. CENTRAL AVE.
SUITE 800
PHOENIX AZ    85004

(602) 417-9318 Ext.

**SHIP TO:**

BUREAU OF LAND MANAGEMENT
440 W 200 SOUTH
SUITE 500
SALT LAKE CITY  UT    84101

(602) 417-9318 Ext.

| P.O. NUMBER | SALESPERSON | ORDER DATE | REQ. DATE | ORDER NUMBER |
|---|---|---|---|---|
| 062715 | | 28-Jul-15 | | 0000161870 |

| F.O.B. | SHIP VIA | TERMS |
|---|---|---|
| SHIP PT. | FED-EX GROUND | MASTER CARD |

| STOCK CODE DESCRIPTION | UOM | QUANTITY REQ. | SHIPPED | B.O. | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| PAID IN FULL WITH MASTERCARD | | | | | | |

| | |
|---|---|
| **NET AMOUNT** | 490.19 |
| **FREIGHT** | 75.75 |
| **TAX** | |
| **TOTAL DUE** | $565.94 |

AR00491



5900 Parretta Drive • KANSAS CITY, MISSOURI • 64120
TELEPHONE: (816) 241-8500 • FAX: (816) 241-5713
EMAIL: mail@midlandradio.com
WEBSITE: www.midlandradio.com

## QUOTE# 081015-2_BLM 

GSA Contract No. GS35F0336M / DHS TACCOM Contract No. HSSS01-12-D-0026)
(Pricing Based on Current Promotion, Effective Through August 31, 2015)

**Date:** **July 6, 2015**
**To:** ▓▓▓▓▓▓
   **Bureau of Land Management - NV**
**Phone:** **(775) 861-6409**
**E-Mail:** ▓▓▓▓▓▓

| MODEL NO. | PRODUCT DESCRIPTON | QTY. | BLM UNIT PRICE | BLM EXT. PRICE |
|---|---|---|---|---|
| 91-1310 | KVL Keyloader Cable for STP/STM/SDT Series P25 Portables, Mobiles, and Desktop Stations and  Base Tech III P25 Base Stations/Repeaters | 2 | $275.00 | $550.00 |
| | | | | |
| | | | GRAND TOTAL | $550.00 |

- **NOTE:  Promotional pricing for P25 Portable, Accessories, Options, and Service Items effective through August 31, 2015.**

- **Price Includes FOB Destination.**

**Thank you.  Please feel free to contact me with any questions at 1-800-821-7848, extension 234, or via e-mail at** sballew@midlandradio.com.

AR00492
RECEIPT #17

**FOAM PLASTICS & RUBBER PRODUCTS**
**4765 E BRYSON ST**
**ANAHEIM, CA 92807**

PH: 714-779-8794    FAX: 714-779-8066
e-mail: sales@caseclub.com
www.caseclub.com

1990 - 2015
Twenty-Five Years of
Excellent Customer Service

PAID
06/01/2015

# INVOICE

| Date | Invoice # |
|------|-----------|
| 5/21/2015 | INV15-0865 |

| Bill To | Ship To |
|---------|---------|
| Office of Law Enforcement & Security<br>One North Central Avenue, Suite 800<br>Phoenix, AZ 85004-4427 | Office of Law Enforcement & Security<br>One North Central Avenue, Suite 800<br>Phoenix, AZ 85004-4427 |

| P.O. No. | Terms | Due Date | FOB | Shipped Via | Sales Order No. |
|----------|-------|----------|-----|-------------|-----------------|
|  | CREDIT | 5/21/2015 |  | UPS GROUND |  |

| DESCRIPTION | QTY ORDERED | QTY SHIPPED | BAL. DUE | UNIT PRICE | AMOUNT |
|-------------|-------------|-------------|----------|------------|--------|
| 3I-4213-12B-E CASE BLACK, CUSTOM PE FOAM FOR CUSTOMERS PARTS, 2 SILICA GELS IN EACH CASE, MIL INJECTION MOLDED CASE |  | 1 | 0 | 485.92 | 485.92T |
| SHIPPING CHARGES Shipped On: 05/29/2015 Tracking #: 1Z0785X00368815171 Out-of-state sale, exempt from sales tax |  |  |  | 31.95<br>0.00<br>0.00% | 31.95<br>0.00<br>0.00 |

| 3% FEE (BASED ON THE GRAND TOTAL) WILL BE CHARGED FOR NET 30 ACCOUNTS THAT ARE PAID BY CREDIT CARD | **Total** | $517.87 |
|---|---|---|
|  | **Payments/Credits** | -$517.87 |
| A FEE OF $30 WILL BE APPLIED TO ALL RETURNED CHECKS. | **Balance Due** | $0.00 |

Defective merchandise may be returned for replacement or a refund (excluding shipping charges) within 30 days of purchase. A return merchandise authorization (RMA) number and the original invoice must accompany all returns for defective and non-defective merchandise. Non-defective stock merchandise may be returned for a refund (excluding shipping charges & 20% - 25% restocking fee) within 30 days of purcase, provided the case is not damaged or used and is returned in its original packaging. No returns on special order merchandise or custom cases. Shipping and handling charges are not refundable. Cases damaged by shipping companies must be claimed within 10 days of receipt for credit from shipping company. Note: Some manufacturers have a money back guarantee of their own, (see documentation accompanying your merchandise or contact us with any questions) you may be able to return the product directly to the manufacturer.

AR00493

RECEIPT #18



HOUSEHOLD     PERSONAL CARE     BEAUTY     HEALTH & WELLNESS     GROCERY

FREE 1-2 DAY DELIVERY ON ALL ORDERS $49+  |  FREE RETURNS



Thank you for shopping at Soap.com. **Your Order ID is 44456733.** Please refer to this number if you need to contact us. NOTE: Items may arrive in multiple boxes, from multiple carriers and can be delivered as late as 8pm.

**Here are your order details:**

Item ships free and will arrive **Tomorrow, Thursday, Jul. 23**

| Qty | Description | Item Price | Discount | Subtotal |
|-----|-------------|------------|----------|----------|
| 67 | Wet Ones Antibacterial Hand Moist Wipes, Travel - Fresh - 15 ct - 3 pk | $6.16 | $0.00 | $412.72 |

### Order Summary

| | |
|---|---|
| **Subtotal:** | **$412.72** |
| Shipping: | $0.00 |
| **Total** | **$412.72** |

**Shipping info:**
440 W 200TH S STE 500
SALT LAKE CITY, UT  84101-1434
United States

**NOTE:** If items are shipping directly from the manufacturer, you'll receive a separate email with tracking

AR00494

RECEIPT #19



More saving.
® More doing.™

6590 SOUTH VIRGINIA ST, RENO, NV 89511
STORE MANAGER KYLE NUGENT (775) 851-9600

3310  00003  00426   08/26/15  09:30 AM
CASHIER RAQUEL - RXA602

076174723731 DP PRO ORG <A>
   DEWALT MIDSIZE DEEP PRO ORGANIZER
   4014.97                           5
   MAX REFUND VALUE $58.52/4
030546400002 SIGN <A>
   CREATE A SIGN WHITE CORRUGATED 20X24
   204.98                          9.96N
   MAX REFUND VALUE $9.74/2
038902034953 PTN158S1 <A>          8.47N
   #8 X 1-5/8" PG10 EXT SCREW 1 LB
   MAX REFUND VALUE $8.28
038902035356 PTN2S1 <A>            8.47N
   #8 X 2" PG10 EXT SCREW 1 LB
   MAX REFUND VALUE $8.28
051131982345 LARGE HOOK <A>
   COMMAND BRSHD NCKL MODERN HOOK LARGE
   409.96                         39.84N
   MAX REFUND VALUE $39.90/4
030699731664 MASON LINE <A>        3.61N
   MASON LINE POLY PRO #18X325 WHITE
   MAX REFUND VALUE $3.53
051141365251 HOOK <A>
   COMMAND QUARTZ TERRACE HOOK
   503.87                         18.95N
   MAX REFUND VALUE $18.90/5
049223503578 11/4VNCPHKWH <A>
   VINYL MUG HOOKS, WHITE, 1-1/4"
   501.98                          9.90N
   MAX REFUND VALUE $9.70/5
736511430363 #66PRINCPK <A>
   #66 DIVA-PRINCESS PINK
   404.48                         17.92N
   MAX REFUND VALUE $17.52/4
052427600356 GORILLA TAPE <A>
   GORILLA 35 YD HEAVY DUTY DUCT TAPE
   508.98                         44.90N
   MAX REFUND VALUE $43.90/5

   SCOTCH 2 X 55 YD DUCT TAPE
   604.49                         26.94N
   MAX REFUND VALUE $26.33/6
046878279353 BRASS COUPL <A>
   BRASS GOOSENECK SHUTOFF COUPLING
   205.97                         11.94N
   MAX REFUND VALUE $11.67/2
046878279377 12PK WASHERS <A>
   RUBBER HOSE WASHERS 12 PK
   201.19                          2.38N
   MAX REFUND VALUE $2.32/2
046878279339 SHUT OFF CPL <A>
   BRASS SHUTOFF COUPLING
   205.97                         11.94N
   MAX REFUND VALUE $11.67/2
616013108086 UNVRSL CLMP <A>
   PIPE CLAMP STRUT SILVER 1-1/2" EA
   403.00                         12.00N
   MAX REFUND VALUE $11.72/4
616013108079 UNVRSL CLMP <A>
   PIPE CLAMP STRUT SILVER 1-1/4" EA
   402.25                          9.00N
   MAX REFUND VALUE $8.80/4
008236471526 SIGN <A>             1.19N
   2"X3" SIGN - PRIVATE PLASTIC
   MAX REFUND VALUE $1.16
008236471571 SIGN <A>             1.19N
   2"X3" SIGN - EMPLOYEE ONLY PLASTIC
   MAX REFUND VALUE $1.16
045899401323 SIGN <A>
   6"X6" SIGN - NO CELL PHONE
   402.48                          9.92N
   MAX REFUND VALUE $9.70/4
045899402818 SIGN <A>
   6X6 SELF ADHESIVE RECYCLE
   601.28                          7.68N
   MAX REFUND VALUE $7.51/6
045899401255 SIGN <A>
   4"X6" SIGN-WI-FI SELF ADHESIVE DECAL
   302.48                          7.44N
   MAX REFUND VALUE $7.27/3
   -------------GSA Customer
   395.74 2.25 Percent Off         -8.90
   MUST RETURN ALL ITEMS FOR A FULL REFUND

                    SUBTOTAL       386.84
                    SALES TAX        0.00
   TAX EXEMPT
                    TOTAL         $386.84
                                  386.84
   AUTH CODE 029962/603300   4

AR00495

# EVIDENT

**Evident, Inc.**
739 Brooks Mill Road
Union Hall VA 24176-4025

Phone 800-576-7606 or 540-576-3512
Fax 888-384-3368 or 540-576-3942
contact@evident.cc
**www.ShopEVIDENT.com**

| Page | Date | Invoice |
|------|------|---------|
| 1 | 08/10/15 | 97188A |

**Evident, Inc.**
**Federal ID #54-1634534**

| BILL TO | SHIP TO |
|---------|---------|
| BUREAU OF LAND MANAGEMENT - OLES ACCOUNTS PAYABLE 440 WEST 200 SOUTH STE 500 SALT LAKE CITY, UT  84101 | BUREAU OF LAND MANAGEMENT - O 1340 FINANCIAL BLVD RENO, NV  89502 |

| Customer No. | Sales I.D. | Purchase Order# | Media Code | Payment Terms |
|--------------|-----------|-----------------|------------|---------------|
| 45556 | /GIL | | FUT/ | |

| Credit Card Number | Type | App. Code | Phone Number | Total Wt. | Zone | #Packages | Ship Via |
|--------------------|------|-----------|--------------|-----------|------|-----------|----------|
| | | 094177 | | 25.7 | 8 | 1 | UPC |

View Our New Website At www.ShopEVIDENT.com

| Qty. | B/O | Shipped | Item # | Description | Unit Price | Disc. | Extension |
|------|-----|---------|--------|-------------|-----------|-------|-----------|
| 1 | 0 | 1 | 5061 | 100 - Medium Paper Evidence Bags | 22.00-- | | 22.00 |
| 3 | 0 | 3 | 5023 | 50 - Tyvek Evidence Envelopes 9 1/2" X 12 1/2" | 42.00-- | | 126.00 |
| 3 | 0 | 3 | 4026 | 12 - Syringe Evidence Tubes | 16.50-- | | 49.50 |
| 2 | 0 | 2 | 403-PB16 | 5 - 16 oz. Leakproof Plastic Bottles | 17.00-- | | 34.00 |
| 2 | 0 | 2 | 403-PB32 | 5 - 32 oz. Leakproof Plastic Bottles | 28.00-- | | 56.00 |
| 3 | 0 | 3 | 403-PJ64 | 1 - 64 oz. Large Plastic Jar | 4.50-- | | 13.50 |
| 1 | 0 | 1 | 403-PJ128 | 1 - 128 oz. Large Plastic Jar | 6.00-- | | 6.00 |
| 3 | 0 | 3 | 8032 | 100 - 3 1/2" x 6" Evidence Labels | 10.00-- | | 30.00 |

EVIDENT, INC. IS A WOMAN-OWNED
SMALL BUSINESS
FEID: 54-1634534

EMAIL INVOICE TO:

| | | |
|---|---|---|
| MERCHANDISE INVOICE TOTAL $ | 337.00 |
| SHIPPING & HANDLING $ | 36.00 |
| INVOICE TOTAL $ | 373.00 |
| | -373.00 |

AR00496

**RECEIPT #21**

| U-HAUL EQUIPMENT CONTRACT | | In-Town Return (IN) |
|---|---|---|

Contract No.: 24487302
Thursday 9/10/2015 3:52 PM

U-Haul Moving & Storage of
Carson City
(864081)

1498 E Williams
CARSON CITY, NV, 89701

(775)882-6887

Customer Name:

Cust Ph - Email:

Rental Date/Time: 9/10/2015 7:07 AM
Return Date/Time: 9/10/2015 3:50 PM
Chargeable Rental Periods: 1

| Equipment | MI Out | MI In | MI Rate | MI Charge | Coverage | Missing or Damage Charge: | Rental Rate | Rental Charge | Actual Charges |
|---|---|---|---|---|---|---|---|---|---|
| TT - 20' Truck TT 1450D Plate: AE09612 State: AZ | 57529.0 | 57821.0 | $0.89 X 292.0 | $259.88 | $0.00 | $0.00 | $29.95 | $29.95 | $289.83 |
| Utility Dolly | Qty Rented: 1 | | Qty Missing: 0 Qty Returned: 1 Qty Damaged: 0 | | | $0.00 | $7.00 | $7.00 | $7.00 |

FUEL TANK CAPACITY: 0 GALLONS

| E | 1/8 | 1/4 | 3/8 | 1/2 | 5/8 | 3/4 | 7/8 | F |

| | |
|---|---|
| Environmental Fee: | $1.00 |
| SubTotal: | $297.83 |
| EZ Fuel Sales: | $71.25 |
| Rental Tax: | $22.62 |
| Rental Charges: | $391.70 |
| Previous Paid: | $0.00 |

Card Type:
MASTERCARD

Account:
XXXXXXXXXXXXXXX

Auth:
072751

Card Type:
MASTERCARD

Account:
XXXXXXXXXXXXXXX

Auth:
092485

| | |
|---|---|
| Credit Card Payment: | $119.00 |
| Credit Card Payment: | $272.70 |
| Net Paid Today: | $391.70 |

. I confirm that during the term of my rental there was not an accident involving the rented U-Haul equipment and no incidence where this equipment struck or otherwise caused damage to any person or property either while on a public road or private property. There was no injury or damage sustained by me or any other drivers or passengers of this equipment.

X _____
     Customer Signature

ERICK SALAS-LOPWBS TRNCRS

## How are we doing? Please go to http://www.uhaul.com/review and let us know if you received the level of quality and service you expect from this U-Haul location.

AR00497
RECEIPT #22



Reno Sparks Scheels
1200 Scheels Drive
Sparks, NV 89434
(775)331-2700

---------------------------------

8/16/15                          10:23 AM
Trans.: 8009                Store: 00074
Reg.: 016                      Till: 016
Cashier: 56315              Sales: 56315

SALE



0 0 0 7 4 0 1 6 8 0 0 9

---------------------------------

CASE SINGLE PISTOL                49.99  T
  01942809320        1 @    49.99
  Store=49.99 @ 7.7250%        3.86

CASE IN2700 W/FOAM 4PISTOL-BLK   199.99  T
  82549400050        1 @   199.99
  Store=199.99 @ 7.7250%      15.45

Subtotal                         249.98
  Store Taxable Amount      249.98
  Store Tax                  19.31
Total Sales Tax                   19.31

Total                            269.29

Credit                           269.29
  Card: MasterCard
  Account: ███████
  Auth: 094096 (A)
  Entry: Swipe

Total Tender                     269.29

Change Due                         0.00

    If you used a Scheels Visa Card today,
    you earned $8.08 in reward value
     toward your next Scheels Gift Card.
        Reward Your Passion!

            Customer Copy

---------------------------------

           Visit the
        Scheels Website
             at
         www.scheels.com

AR00498
RECEIPT #23

**amazon**.com

Final Details for Order #106-3955787-7241063
Print this page for your records.

**Order Placed:** August 15, 2015
**Amazon.com order number:** 106-3955787-7241063
**Order Total:** $2,499.50

## Shipped on August 18, 2015

| Items Ordered | Price |
|---|---|
| 1 of: *Pelican 1650 Case with Foam for Camera (Desert Tan)*<br>Sold by: Amazon.com LLC | $249.95 |

Condition: New

**Shipping Address:**
~~██████████~~
200 Transfer Rd
Box 271
Gerlach, nv 89412
United States

| | |
|---|---|
| Item(s) Subtotal: | $249.95 |
| Shipping & Handling: | $23.19 |
| Free Shipping: | -$23.19 |
| | ----- |
| Total before tax: | $249.95 |
| Sales Tax: | $0.00 |
| | ----- |

**Shipping Speed:**
FREE Shipping

**Total for This Shipment:** **$249.95**
-----

AR00499

**RECEIPT #24**

```
            SPORTSMAN'S WAREHOUSE
               3306 Kietzke Lane
               Reno, NV  89502
                 775-828-1500


   1311777 1200 CASE TAN      49.99  T
   1310259 PELICAN 1450 PI   139.99  T

          SUBTOTAL           189.98
          SALES TAX           14.68
          TOTAL              204.66
          MC                (204.66)

   MC          SALE  $204.66
   XXXXXXXXXXX▮▮▮  SWIPED
   APPR: 075901
   JOURNAL: 0123013975896838


   Tran Code: 053 12AC 001 00H6
   ||||||||||||||||||||||||||||||||
        *05312AC00100H6*


                   484      # 17
   Register:REG1   Aug 16 2015  2:02 PM
           thank you for shopping at
             SPORTSMAN'S WAREHOUSE!
       30-day return policy with receipt
    only. Merchandise must be resaleable.
    For the safety of our customers, all
   sales of firearms, ammunition, powder,
      primers, thermal underwear, and
           swimwear are FINAL.


       We value your opinion - visit
   www.sportsmanswarehouse.com/opinion
       to complete a survey about your
          recent shopping experience.
             For your time,
         you will be entered into our
        monthly drawing for a chance
              to win 1 of 5
       $100.00  gift  cards
       which can be redeemed in store
              or online at
       www.sportsmanswarehouse.com
```



LOWE'S HOME CENTERS, LLC
5075 KIETZKE LANE
RENO, NV 89511   (775) 824-4750

own contract GS21F0039X

- SALE -

SALES#: S0321JS1 875734   TRANS#: 77869101 08-29-15

| | | |
|---|---|---|
| 530395 UT 8-IN AIR CIRCULATOR FA | 35.96 | *OM |
|    2 @   17.98 | | |
| 406110 UTL 3PACK LED BATTERY POW | 77.88 | *OM |
|    6 @   12.98 | | |
| 67864 UTLT 25-FT 12/3 YLW SJTW | 38.47 | *OM |
| 59226 UTLT 15-FT 14-GAUGE YLW O | 18.97 | *OM |
| 71125 DOT IT LINEAR SWIVEL 1CT | 9.48 | *OM |
| 363522 ML PASSWORD 2-IN BRASS RE | 13.98 | *OM |
| 309004 GH 4-1/2-IN ZINC DOUBLE H | 5.75 | *OM |

|  |  |
|---|---|
| SUBTOTAL: | 200.49 |
| TOTAL TAX: | 0.00 |
| INVOICE 08550  TOTAL: | 200.49 |
| M/C: | 200.49 |

M/C ▮▮▮▮▮▮▮ AMOUNT:200.49 AUTHCD:050305
SWIPED REFID:869101032108 08/29/15 10:25:01
CUSTOMER CODE: b1m



STORE: 0321   TERMINAL: 08   08/29/15 10:25:16

# OF ITEMS PURCHASED:    13
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

*OM-OPEN MARKET

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: ROBERT GONSALVES

WE HAVE   LOWEST PRICES, GUARANTEED.
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

AR00501
RECEIPT #26

WebBEST Receipt

**One-Way Rental (OUT) -** Wednesday, 8/19/2015 7:34 AM Contract No.: 23979729 Equip.: - TT 2937F
ROADSIDE ASSISTANCE : visit myuhaul.com
Dispatched From: 864081 - Safe-Protection (NO)

Customer:

Renting Location:
U-Haul Moving & Storage of Carson City -
(864081)
1498 E Williams
CARSON CITY, NV 89701 (775)882-6887

**Destination:** FERNLEY, NV                Due Date/Time: 8/20/2015 7:33 AM
**DROP OFF EQUIPMENT AT:**   A to Z RV Repair & Auto Detail    868 Hwy 95a S , FERNLEY, NV    (775) 835-6942

Days Allowed: 1          MI Allowed: 58.0

Extra Day Rate for the TT $40.00 Per Day        $0.40 Per MI

| Equipment | MI Out | Coverage | Rental Charge | Total Charge |
|---|---|---|---|---|
| TT 2937F | 8531.6 | $0.00 | $125.00 | $125.00 |
| AG37433 AZ | | | | |

**REGULAR CHECK-IN - EMAIL ON FILE**

FUEL TANK CAPACITY: 40 GALLONS

| | Environmental Fee: | $5.00 |
|---|---|---|
| | SubTotal: | $130.00 |
| | Rental Tax: | $9.88 |
| | Rental Deposit Paid: | $0.00 |
| | Total Rental Charges (including Deposit): | $139.88 |

E   1/8   1/4   3/8   1/2   5/8   3/4   7/8   F

30  27.3  23  20.5  18  15  13  10.8  7.8  5.3  3.8  1.8

Estimated gallons needed to return to dispatched level of 3/4

Card Type:          Account:               Auth-
MASTERCARD     XXXXXXXXXXXXXXXX         061038

| | Credit Card Payment: | $139.88 |
|---|---|---|
| | Net Paid Today: | $139.88 |

SafeMove Declined for Equipment TT 2937F .
• I agree to verify my truck's fuel level is 3/4 before leaving the premises. I will return the vehicle with the same amount of fuel as when dispatched and/or agree to pay a $4.75 per gallon convenience fee for the estimated fuel I do not replace. If returned with less than a 1/4 tank, I agree to also pay a $30.00 service fee. U-Haul does not reimburse if this truck is returned with more fuel than what is printed on the receipt gauge. U-Haul pays for oil (save receipts).
• U-Haul provides the Customer with minimum limits of protection required by that state or province of the Customer. Customer assumes Sole Responsibility for any and all provided protection is in excess or secondary to any insurance coverage(s) of the Customer. Customer assumes Sole Responsibility for any and all liability that exceeds the applicable minimum limits of protection for that state or province.
• I understand that this equipment must be returned to one of the U-Haul drop-off locations listed on this contract or I must call the drop-off number.
• I understand that the equipment rented is water resistant and not vate. proof
• I acknowledge that I have received the appropriate User Instructions and acknowledge my responsibility to fully read and understand these User Instructions before operating the equipment.
• I understand that I am financially responsible for all damages to equipment.
• I agree to submit all claims against U-Haul in accordance with the U-Haul Arbitration Agreement, incorporated by reference, and available at uhaul.com/arbitration or from your local U-Haul representative.
• I agree that distracted driving is dangerous and that driving while distracted is likely to lead to an **accident/crash** causing serious injury or death. I agree not to use a hand held mobile phone (other than for an emergency call) and not to text while driving any U-Haul truck or towing any U-Haul Trailer, Tow Dolly or Auto Transport. My agreement not to do so is material to U-Haul's decision to enter into this Agreement. My failure to comply is material breach of this Agreement.
- The following shall be admissible as evidence of negligence and breach of contract in any lawsuit or arbitration: 1) that the driver of the U-Haul truck, or vehicle towing any U-Haul Trailer, Tow Dolly or Auto Transport was texting while driving: 2) that the driver of the U-Haul truck, or vehicle towing any U-Haul Trailer, Tow Dolly or Auto Transport, was using any mobile phone (other than hands free or for an emergency call) while driving.
• I acknowledge that I have received and agree to the terms and conditions of this Rental Contract and the Rental Contract Addendum.

Scott Hykes

Customer Signature

Discount Savings on Motel and Hotel Rooms. Advanced Reservations Required at Some Locations.10% OFF at La Quinta Inns and Suites: 1-800-753-3757 Online @ www.lq.com/uhaul20% OFF at Days Inn, Ramada and Super 8 Motels: 1-877-670-7088 Online @ www.wyndhamrewards.com/uhaul
Questions or need help? Call me.

_____ (775)882-6887

69461162(G)

AR00502
RECEIPT #27

8/22/2015

https://mail.coogle.com/ /scs/mail-static/ /is/k=omail.main.en.Bu8aoKL9iO.O//m=m i.t/am=PiMeALq4 4dxooCzdJJXlOY9 z52SfOTw4N6Eva8ZC4A m 2 vB-DdBbtoABr/t=tvdi=1/f=zcms/rs=AHGWo9DzoSAC.

**U-HAUL EQUIPMENT CONTRACT**

Contract No.: 23979729
Wednesday 8/19/2015 3:52 PM

Customer Name:

Rental Date/Time: 8/19/2015 3:52 PM
Days Allowed: 1

Main Street Gas & Food Mart
(020723)
605 E Main St
FERNLEY, NV, 89408

**One-Way Return (IN)**

(775)835-8261

Cust Ph - Email:

Return Date/Time: 8/19/2015 3:52 PM
MI Allowed: 58.0

Dispatching Location: 864081

| Truck Details: | Amount |
|---|---|
| Truck: TT - 20' Truck - TT 2937F | |
| Mileage: OUT = 8591.6 I IN = 8784.4 | |
| Extra Miles (194.8 MI @ $0.40/MI): | $77.92 |
| **Total Truck Charges:** | **$77.92** |

| Other: | Amount |
|---|---|
| EZ Fuel Sales: | $50.35 |
| **Other Total:** | **$50.35** |

| Total Equipment Charges: | Amount |
|---|---|
| SubTotal: | $128.27 |
| Rental Tax: | $5.53 |
| **Grand Total:** | **$133.80** |
| Previous Paid: | $0.00 |
| **Credit Card Payment:** | **$133.80** |
| Net Paid Today: | $133.80 |

Card Type:
MASTERCARD

Account:
XXXXXXXXXXXXXXXX

Auth-
025827

E ¼ ½ ¾ F

• I confirm that during the term of my rental there was not an accident involving the rented U-Haul equipment and no incidence where this equipment struck or otherwise caused damage to any person or property either while on a public road or private property. There was no injury or damage sustained by me or any other drivers or passengers of this equipment.

X
Customer Signature

X
Agent Signature - (20723)

**How are we doing? Please go to http://www.uhaul.com/review and let us know if you received the level of quality and service you expect from this U-Haul location.**

AR00503
**RECEIPT #28**

1/1



## Details for Order #111-3629313-5207457

Print this page for your records.

**Order Placed:** August 12, 2015
**Amazon.com order number:** 111-3629313-5207457
**Order Total:** $131.32

## Not Yet Shipped

| Items Ordered | Price |
|---|---|
| 28 of: *2.5mm Covert Listen Only Acoustic Clear Tube Earpiece 1 PIN for Ham Radio* | $4.69 |
| Sold by: Profee Store (seller profile) | |
| Condition: New | |

**Shipping Address:**

████████████
200 Transfer Rd
Box 271
Gerlach, nv 89412
United States

**Shipping Speed:**
Standard

## Payment information

**Payment Method:**
MasterCard | Last digits: ████

**Billing address**
Dalton Black
4701 N TORREY PINES DR
LAS VEGAS, NV 89130-2301
United States

| | |
|---|---|
| Item(s) Subtotal: | $131.32 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $131.32 |
| Estimated tax to be collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$131.32** |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2015, Amazon.com, Inc. or its affiliates

**Shipped on August 13, 2015**

| **Items Ordered** | **Price** |
|---|---|
| 19 of: *Zeadio® ZP-AR009 RECEIVER/LISTEN ONLY Standard Acoustic Earpiece with 2.5mm Connector for Ham Radio, Two-Way Radios, Transceivers and Radio Speaker Mi* | $6.49 |

Sold by: Zeadio (seller profile) | Product question? Ask Seller

Condition: New

**Shipping Address:**

200 Transfer Rd
Box 271
Gerlach, nv 89412
United States

**Shipping Speed:**
FREE Shipping

| | |
|---|---|
| Item(s) Subtotal: | $123.31 |
| Shipping & Handling: | $4.60 |
| Free Shipping: | -$4.60 |
| | ----- |
| Total before tax: | $123.31 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$123.31** |
| | ----- |

**Payment information**

**Payment Method:**

RECEIPT #30

| U-HAUL EQUIPMENT CONTRACT | | | | | | | In-Town Return (IN) | |

Contract No.: 24487302
Thursday 9/10/2015 3:52 PM

U-Haul Moving & Storage of Carson City (864081)

1498 E Williams
CARSON CITY, NV, 89701

(775)882-6887

**Customer Name:**

**Cust Ph - Email:**

Rental Date/Time: 9/10/2015 7:07 AM
Return Date/Time: 9/10/2015 3:50 PM

Chargeable Rental Periods: 1

| Equipment | MI Out | MI In | MI Rate | MI Charge | Coverage | Missing or Damage Charge | Rental Rate | Rental Charge | Actual Charges |
|---|---|---|---|---|---|---|---|---|---|
| TT - 20' Truck TT 1450D Plate: AE09612 State: AZ | 57529.0 | 57821.0 | $0.89 X 292.0 | $259.88 | $0.00 | $0.00 | $29.95 | $29.95 | $289.83 |
| Utility Dolly | Qty Rented: 1 Qty Returned: 1 | | Qty Missing: 0 Qty Damaged: 0 | | | $0.00 | $7.00 | $7.00 | $7.00 |

FUEL TANK CAPACITY: 0 GALLONS

Environmental Fee: $1.00
SubTotal: $297.83
EZ Fuel Sales: $71.25
Rental Tax: $22.62
Rental Charges: $391.70
Previous Paid: $0.00

E 1/8 1/4 3/8 1/2 5/8 3/4 7/8 F

Card Type: MASTERCARD   Account: XXXXXXXXXXXXXXXX   Auth: 072751   Credit Card Payment: $119.00
Card Type: MASTERCARD   Account: XXXXXXXXXXXXXXXX   Auth: 092485   Credit Card Payment: $272.70

Net Paid Today: $391.70

. I confirm that during the term of my rental there was not an accident involving the rented U-Haul equipment and no incidence where this equipment struck or otherwise caused damage to any person or property either while on a public road or private property. There was no injury or damage sustained by me or any other drivers or passengers of this equipment.

X _____
Customer Signature

ERICK SALAS-LOPWBS TRNCRS

How are we doing? Please go to http://www.uhaul.com/review and let us know if you received the level of quality and service you expect from this U-Haul location.



# Hello, ███████

Thank you for your order from Sirchie. Once your package ships we will send an email with a link to track your order. You can check the status of your order by logging into your account. If you have any questions about your order please contact us at marketing@sirchie.com or call us at 800-356-7311 Monday - Friday, 8am - 5pm PST. Your order confirmation is below. Thank you again for your business.

## Your Order #100012520 (placed on July 25, 2015 2:35:50 PM EDT)

**Billing Information:**



BLM
440 West 200 South
Suite 500
Salt Lake City, Utah, 84101
United States

**Payment Method:**

**Credit Card**

**Shipping Information:**

BLM
1340 Financial Boulevard
Reno, Nevada, 89502
United States

**Shipping Method:**

United Parcel Service - Ground

| Item | Sku | Qty | Subtotal |
|------|-----|-----|----------|
| NARK II Psilocybin/Psilocin Mushrooms Reagent | NARK20030 | 5 | $97.50 |
| | | Subtotal | $97.50 |
| | | Shipping & Handling | $16.67 |

https://mail.google.com/mail/u/0/?ui=2&ik=f52ef21886&view=pt&cat=Ramos%2FMy%20credit%20card&search=cat&th=14ec68004ba8ec16&siml=14ec68004...   1/2

AR00507

RECEIPT #32

**Grand Total**          **$114.17**

Thank you, **Sirchie**

AR00508



Thank you for your Minimus.biz order!

Your order details are below. Please retain a copy of this e-mail for your records.

Sincerely,
Minimus.biz
customerservice@minimus.biz

This e-mail has been sent from an e-mail address that cannot accept incoming e-mail. Please direct all questions to CustomerService@minimus.biz and include your order number in the subject line.

**Bill To:**

blm
440 west 200 south suite 500
Salt Lake City, UT 84101
United States

**Ship To:**

blm
440 west 200 south suite 500
Salt Lake City, UT 84101
United States

**Order Number: 216614**
Order Time: 7/22/2015 2:20:24 PM
Payment Method:
Promotional Code(s):

**Shipping Method:** Free FedEx Ground / FedEx SmartPost

**Special Instructions:**

| Qty | Product Code: | Product Name | Price each | Subtotal |
|-----|---------------|--------------|------------|----------|
| 100 | C02-0353406-8200 | Curel® Daily Moisture Original Lotion | $1.07 | $107.00 |

Coupon Codes Used:

Order SubTotal: $107.00

AR00509
**RECEIPT #33**

11/19/2015                                   DEPARTMENT OF THE INTERIOR Mail - Your Minimus.biz Order #: 216614

| | |
|---|---|
| Tax: | $0.00 |
| Shipping: | $0.00 |
| Handling: | $0.00 |
| LoyaltyPointsUsed | $0.00 |
| **Grand Total:** | $107.00 |
| LoyaltyPointEarned: | $1.07 |

# Thank you for your order!

AR00510

## Shipped on August 19, 2015

| Items Ordered | Price |
|---|---|
| 14 of: *Zeadio® ZP-AR009 RECEIVER/LISTEN ONLY Standard Acoustic Earpiece with 2.5mm Connector for Ham Radio, Two-Way Radios, Transceivers and Radio Speaker Mi* | $6.49 |

Sold by: Zeadio (seller profile) | Product question? Ask Seller

Condition: New

**Shipping Address:**

~~████████████~~
200 Transfer Rd
Box 271
Gerlach, nv 89412
United States

**Shipping Speed:**
Two-Day Shipping

Item(s) Subtotal: $90.86
Shipping & Handling: $5.39
-----
Total before tax: $96.25
Sales Tax: $0.00
-----
**Total for This Shipment:$96.25**
-----

## Shipped on August 19, 2015

| Items Ordered | Price |
|---|---|

https://www.amazon.com/gp/css/summary/print.html/ref=oh_aui_pi_o00_?ie=UTF8&orde...   8/25/2015

RECEIPT #34




## Fwd: Your Order Details
1 message

Thu, Nov 19, 2015 at 11:37 AM

——— Forwarded message ———
From: <webmaster@tessco.com>
Date: Aug 5, 2015 1:44 PM
Subject: Your Order Details
Cc:

    LOG IN

**Order Confirmation**

Thank you for choosing TESSCO for your wireless needs! We have received your order and the specifics are detailed below.

If have any questions, please **contact us immediately by calling 800.856.5083** (USA and Canada) or 410.229.1200 (from all other countries).

To track your order, log in to TESSCO.com and click the Account tab at the top of any page.

**We appreciate your business!**

**Shipping Information**

4701 N. Torrey Pines Dr
Las Vegas, NV 89130

**Billing Information**

4701 N. Torrey Pines Dr
Las Vegas, NV 89130

**Account Information**

Your account number : 2399790

Company Name: BLM

Sales Order Number(s): 865697

Purchase Order Number: BM CABLE

**Payment Information**

Card type:   MasterCard
Card number
Expires:   10/2016
Name on card: Scott Schwirian

**Order Details**

| TESSCO PART NO. | QTY | DESCRIPTION | UOM | EXPECTED DELIVERY DATE (QTY, MM/DD) | YOUR PRICE[1] | EXTENDED PRICE[1] |
|---|---|---|---|---|---|---|
| 573700 | 1 | LMR-195 and LMR-200 Cable Prep ToolThis is non-cancellable, non-returnable item. | 1 EACH | 108/12 | 83.27 | 83.27 |

[1] Prices are shown in the currency of the account.
Expected Delivery Dates are presented in the Order Details table above.
 

 

| | |
|---|---|
| Order Subtotal: | 83.27 |
| Delivery: | 5.38* |
| Sales Tax: | 0.00* |
| Order Total: | 88.65 |

* Delivery charges and sales tax shown are estimated. Your final costs may be higher shipment method(s) and delivery location(s).

AR00512

RECEIPT #35

**Thanks for your recent purchase from BATTERIES.com!**



Pending authorization of your credit card information, we will ship your item(s); your credit card will be charged at the time of shipment.

Your order number for the merchandise below is #K24035590000 and it is currently being processed. Once we ship your order, you will receive a shipping confirmation email as well.

Your order summary is provided below. We hope you enjoy your purchase!

Sincerely,
BATTERIES.com Customer Service

**Order Number**
K24035590000

**Shipping Address**

BLM
1340 FINANCIAL BLVD
RENO, NV 89502-7147

| Qty | Item # | Description | Total |
|---|---|---|---|
| 3 | BAT L91BP4 | Energizer Ultimate Lithium AA Batt 4 Pack - L91BP | $ 32.97 |
| 3 | BAT L92BP4 | Energizer Ultimate Lithium AAA Batt 4 Pack | $ 32.97 |

| | |
|---|---|
| **Net Product:** | $ 65.94 |
| **Tax:** | $ 0.00 |
| **P & H:** | $ 7.95 |
| **Total Order:** | $ 73.89 |

This order qualifies for a **SHIPPING REFUND**   Click Here

AR00513
**RECEIPT #36**



# West Marine

2505 Mill St
Reno, NV  89502-2101
775-329-2552

Customer: █████████
Company:

**************************************
Your West Advantage Information
**************************************

West Adv #: 6343504
Points Earned Today:            64
Your Total Points:              64

| Qty | Price | Total |
|---|---|---|
| Boatchem-Exterminator Gal  .9731 | | |
| | 31.99 | 31.99 |
| Boatchem-Exterminator Gal 8r .9731 | | |
| | 31.99 | 31.99 |
| | Subtotal | 63.98 |
| | Sales Tax | 4.94 |
| | **Total** | **68.92** |
| MasterCard ████████ | | 68.9 |

AR00514
**RECEIPT #37**

More saving.
More doing:®

STORE MANAGER LOGAN FELLHAUER 354-2245
4755 GALLERIA PKWY SPARKS, NEVADA 83436

3313  00003  78471   08/18/15  01:10 PM
CASHIER TERRY - TCM6C2

08781700S678 3/8 X 50 R <4>
3/8 X 50 RUBBER AIR HOSE          59.96N
2929.98
MAX REFUND VALUE $58.61/2
0000-462-892 PLASTIC CAP <A>       6.06N
3D 1-1/4"PLASTIC AND CAP ROOFING 1#
MAX REFUND VALUE $6.82
----GSA Customer----
66.94  2.25 Percent Off            -1.51
MUST RETURN ALL ITEMS FOR A FULL REFUND

SUBTOTAL                  65.43
SALES TAX                  0.00

TAX EXEMPT
TOTAL               $65.43
MASTERCARD           65.43   TA
AUTH CODE 072399/4030903

P.O.#/JOB NAME: 0

3313 03 78471 08/18/2015 0934

RETURN POLICY DEFINITIONS
POLICY ID     DAYS   POLICY EXPIRES ON
A      1       90       11/16/2015
THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

*************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

COMPARTA SU OPINION EN UNA BREVE
ENCUESTA PARA LA OPORTUNIDAD de ganar

**amazon**.com

## Final Details for Order #106-9995320-3790600

Print this page for your records.

**Order Placed:** August 18, 2015
**Amazon.com order number:** 106-9995320-3790600
**Order Total:** $202.41

### Shipped on August 19, 2015

| Items Ordered | Price |
|---|---|
| 10 of: *Zeadio® ZP-AR009 RECEIVER/LISTEN ONLY Standard Acoustic Earpiece with 2.5mm Connector for Ham Radio, Two-Way Radios, Transceivers and Radio Speaker Mi*<br>Sold by: Zeadio (seller profile) \| Product question? Ask Seller | $6.49 |

Condition: New

**Shipping Address:**
██████████████
200 Transfer Rd
Box 271
Gerlach, nv 89412
United States

**Shipping Speed:**
Two-Day Shipping

|  |  |
|---|---|
| Item(s) Subtotal: | $64.90 |
| Shipping & Handling: | $0.00 |
|  | ----- |
| Total before tax: | $64.90 |
| Sales Tax: | $0.00 |
|  | ----- |
| **Total for This Shipment:** | **$64.90** |
|  | ----- |

AR00516
RECEIPT #39



2225 Harvard Way
Reno NV 89502
(775) 828-9090

Cashier 139026       Register 6        Store 67
SALE             Tran# 7645      8/29/15 12:48 PM

0200670676450829201540821599970

                              MEMBER

050716011883       SunscreenSPF30 8      12.00
853868001036       NUUN        TR/
                    5 @ 7.00          35.00  N
050716005431       Picaridin3ozSpra      7.50


                   SUBTOTAL              54.50
                   SALES TAX  7.725%      1.51
                   TOTAL                 56.01

        BANKCARD                         56.01
        ACCT #
        AUTH # 052926


River Talk with the Truckee River
Watershed - FREE Presentation!
Register @ REI.com/Reno for more classes
Next REI Garage Sale
Saturday October 3rd 10am-3pm!

*****************************************
     FREE U.S. Standard Shipping on
         Online or Phone Orders with
            $50 minimum purchase.
           Some exclusions apply.

        See free shipping details at
           www.rei.com/free-shipping.

       Shop online at www.rei.com
    or order by phone at 1-800-426-4840

*****************************************
      Proof of purchase required for refund.

We stand behind everything we sell.If you are not
 satisfied with your REI purchase, you can return it
for a replacement or refund within one year of purchase.

AR00517

RECEIPT #40



2225 Harvard Way
Reno NV 89502
(775) 828-9090

| | | |
|---|---|---|
| Cashier 139026 | Register 6 | Store 67 |
| SALE | Tran# 7652 | 8/29/15 12:57 PM |



0200670676520829201540821599 70

MEMBER #

| | | |
|---|---|---|
| 038472094005 | 2nd Skin Blstr 5 | 7.95 |
| 767719024788 | PHIPOLYUTI BLACK | 5.00 |
| 632281173519 | RITE IN THE RAIN | |
| | 5 @ 6.00 | 30.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 42.95 |
| SALES TAX 7.725% | | 3.32 |
| TOTAL | | 46.27 |

| | |
|---|---|
| BANKCARD | 46.27 |
| ACCT # | |
| AUTH # 021111 | |

River Talk with the Truckee River
Watershed - FREE Presentation!
Register @ REI.com/Reno for more classes
Next REI Garage Sale
Saturday October 3rd 10am-3pm!

*****************************************
FREE U.S. Standard Shipping on
Online or Phone Orders with
$50 minimum purchase.
Some exclusions apply.

See free shipping details at
www.rei.com/free-shipping.

Shop online at www.rei.com
or order by phone at 1-800-426-4840.

*****************************************
Proof of purchase required for refund.

We stand behind everything we sell. If you are not
satisfied with your REI purchase, you can return it
for a replacement or refund within one year of purc

AR00518

RECEIPT #41

Case 1:19-cv-03729-DLF   Document 35-2   Filed 07/12/21   Page 190 of 372

**6 of:** *Zeadio® ZP-AR009 RECEIVER/LISTEN ONLY Standard Acoustic Earpiece*          $6.49
*with 2.5mm Connector for Ham Radio, Two-Way Radios, Transceivers and*
*Radio Speaker Mi*
Sold by: Zeadio (seller profile) | Product question? Ask Seller

Condition: New

**Shipping Address:**

██████████████
200 Transfer Rd
Box 271
Gerlach, nv 89412
United States

**Shipping Speed:**
Two-Day Shipping

|                                    |         |
| ---------------------------------- | ------- |
| Item(s) Subtotal:                  | $38.94  |
| Shipping & Handling:               | $2.32   |
|                                    | -----   |
| Total before tax:                  | $41.26  |
| Sales Tax:                         | $0.00   |
|                                    | -----   |
| **Total for This Shipment:**       | **$41.26** |
|                                    | -----   |

AR00519

RECEIPT #42

**amazon**.com

### Final Details for Order #109-5236233-3645069
Print this page for your records.

**Order Placed:** August 5, 2015
**Amazon.com order number:** 109-5236233-3645069
**Order Total:** $25.00

### Shipped on August 6, 2015

| Items Ordered | Price |
|---|---|
| 1 of: *Brother Laminated Black On White Tape 2Pack (TZe2312PK)*<br>Sold by: Amazon.com LLC | $18.99 |

Condition: New

**Shipping Address:**
██████████████
4701 N TORREY PINES DR
LAS VEGAS, NV 89130-2301
United States

**Shipping Speed:**
Standard Shipping

Item(s) Subtotal: $18.99
Shipping & Handling: $6.01
-----
Total before tax: $25.00
Sales Tax: $0.00
-----
**Total for This Shipment: $25.00**
-----

### Payment information

**Payment Method:**
MasterCard | Last digits: ████

**Billing address**
██████████████
4701 N TORREY PINES DR
LAS VEGAS, NV 89130-2301
United States

Item(s) Subtotal: $18.99
Shipping & Handling: $6.01
-----
Total before tax: $25.00
Estimated tax to be collected: $0.00
-----
**Grand Total: $25.00**

**Credit Card transactions**
MasterCard ending ████: August 6, 2015: $25.00

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2015, Amazon.com, Inc. or its affiliates

AR00520
RECEIPT #43

**amazon**.com

Final Details for Order #111-1462023-9949853
Print this page for your records.

**Order Placed:** August 12, 2015
**Amazon.com order number:** 111-1462023-9949853
**Order Total:** $142.78

## Shipped on August 13, 2015

| Items Ordered | Price |
|---|---|
| 3 of: *Zeadio® ZP-AR009 RECEIVER/LISTEN ONLY Standard Acoustic Earpiece with 2.5mm Connector for Ham Radio, Two-Way Radios, Transceivers and Radio Speaker Mi*<br>Sold by: Zeadio (seller profile) | Product question? Ask Seller | $6.49 |

Condition: New

**Shipping Address:**
~~[redacted]~~
200 Transfer Rd
Box 271
Gerlach, nv 89412
United States

**Shipping Speed:**
FREE Shipping

| | |
|---|---|
| Item(s) Subtotal: | $19.47 |
| Shipping & Handling: | $0.72 |
| Free Shipping: | -$0.72 |
| | ----- |
| Total before tax: | $19.47 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$19.47** |
| | ----- |

**RECEIPT #44**



United States Department of the Interior
BUREAU OF LAND MANAGEMENT
Black Rock Field Office
5100 East Winnemucca Boulevard
Winnemucca, Nevada 89445
Phone: (775) 623-1500 Fax: (775) 623-1503
Email: wfoweb@blm.gov
www.blm.gov/nv/st/en/fo/wfo.html



In Reply Refer To:
LLNVW03500-16-01
2930 (NV030.12)

CERTIFIED MAIL 7013 1710 0000 0882 9559
RETURN RECEIPT REQUESTED

Charlie Dolman
Event Operations Director          :          Burning Man 2016 Event
Black Rock City, LLC               :          Special Recreation Permit
660 Alabama St.
San Francisco, CA. 94110-2008                 1/31/2017

## DECISION

Dear Mr. Dolman:

### INTRODUCTION

On July 29, 2016, the Bureau of Land Management (BLM) and Black Rock City, LLC (BRC) entered into a Cost Recovery Agreement (CRA) for the Burning Man 2016 event. That CRA included an estimate for the BLM's cost to process and administer the Special Recreation Permit (SRP) for the Burning Man 2016 event. The original CRA Phase 1 was in the amount of $184,224 and Phase 2 was in the amount of $2,015,735 for a grand total of $2,199,959 for the 2016 event.

The BLM makes every attempt to develop a CRA cost estimate that foreshadows all direct and indirect costs, as accurately as possible, projected expenses for planning, issuing and administering the Burning Man SRP.

### DECISION

The BLM's actual direct and indirect costs for the Burning Man 2016 event total **$2,166,127.41**. The attached documents provide a detailed breakdown of all actual direct and indirect costs. To date the BLM has received all payments for the CRA, for a total of $2,199,959.

Based on those actual costs and the estimate already paid by BRC, the BLM has identified BRC is owed a refund of **$33,831.59**.

AR00786

**RATIONALE**

The Federal Land Policy and Management Act (FLPMA) section 304(b) provides that the Secretary of the Interior is authorized to require a deposit of payments intended to reimburse the United States for costs incurred in processing and administering applications for use of the public lands, 43 U.S.C. § 1734(b).

The BLM's SRP regulations state that the BLM may refund any cost recovery overpayments, 43 C.F.R. § 2932.33(a). Further, the BLM's Recreation Permit Administration Handbook (H-2930-1) directs the BLM to refund to the applicant the remaining balance in a cost recovery account at the end of the project.

The 2016 CRA and the 2016 actuals totals justify the refund amount BRC will receive.

**AUTHORITY:**
The statutory authorities underlying the regulations in this part are FLPMA, 43 U.S.C. 1701 et seq., and the Federal Land Recreation Enhancement Act (REA), 16 U.S.C. 6801 et seq.

a)    FLPMA contains the BLM's general land use management authority over the public lands, and establishes outdoor recreation as one of the principal uses of those lands (43 U.S.C. 1701(a)(8)). Section 302(b) of FLPMA directs the Secretary of the Interior to regulate through permits or other instruments the use of the public lands, which includes commercial recreation use. Section 303 of FLPMA authorizes the BLM to promulgate and enforce regulations, and establishes the penalties for violations of the regulations.

b)    REA authorizes the BLM to collect fees for recreational use in areas meeting certain criteria (16 U.S.C. 6802(f) and (g) (2)), and to issue special recreation permits for group activities and recreation events (16 U.S.C. 6802(h).

43 C.F.R. § 2932.33(a), *Overpayments.* For multi-year commercial permits, if your actual fees due are less than the estimated fees you paid in advance, BLM will credit overpayments to the following year or season. For other permits, BLM will give you the option whether to receive refunds or credit overpayments to future permits, less processing costs.

**APPEAL PROVISIONS**
A person who wishes to appeal to the Interior Board of Land Appeals must do so under 43 C.F.R. § 4.411 and must file in the office of the officer who made the decision (not the board), in writing to William Mack, Field Manager, Black Rock Field Office, 5100 East Winnemucca Boulevard, Winnemucca, Nevada 89445. A person served with the decision being appealed must transmit the notice of appeal in time to be filed in the office where it is required to be filed within thirty (30) days after the date of service.

The notice of appeal must give the serial number or other identification of the case and may include a statement of reasons for the appeal, a statement of standing if required by § 4.412(b), and any arguments the appellant wishes to make. Attached Form 1842-1 provides additional information regarding filing an appeal.

No extension of time will be granted for filing a notice of appeal. If a notice of appeal is filed after the grace period provided in §4.401(a), the notice of appeal will not be considered and the case will be closed by the officer from whose decision the appeal is taken. If the appeal is filed during the grace period provided in §4.401(a) and the delay in filing is not waived, as provided in that section, the notice of appeal will not be considered and the appeal will be dismissed by the Board.

The appellant shall serve a copy of the notice of appeal and any statements of reason, written arguments, or briefs under §4.413 on each adverse party named in the decision from which the appeal is taken and on the Office of the Solicitor, Pacific Southwest Regional Solicitor, U.S. Department of the Interior, 2800 Cottage Way, Room E-1712, Sacramento, California 95825-1890.

Service must be accompanied by personally serving a copy to the party or by sending the document by registered or certified mail, return receipt requested, to the address of record in the bureau, no later than 15 days after filing the document.

In addition, within thirty (30) days of receipt of this decision you have the right to file a petition for a stay together with your appeal in accordance with the regulations at 43 C.F.R. § 4.21. The petition must be served upon the same parties specified above.

Pursuant to 43 C.F.R. § 4.21(b), a petition for stay, if filed, must show sufficient justification based on the following standards:

1) The relative harm to the parties if the stay is granted or denied;
2) The likelihood of the appellant's success on the merits;
3) The likelihood of immediate and irreparable harm if the stay is not granted; and,
4) Whether the public interest favors granting the stay.

43 C.F.R. § 4.21(b)(2) provides that the appellant requesting a stay bears the burden of proof to demonstrate that a stay should be granted.

If you have any questions on this decision please contact Michael Vermeys, BLM Burning Man Project Manager at 775-623-1582.

Sincerely,

Mark E. Hall
Acting Field Manager
Black Rock Field Office

Enclosures
Attachment 1 – Cost Recovery Closeout Summary
Attachment 2 – Project Labor Log
Attachment 3 -- BLM Contracts
Attachment 4 – Travel Expenses
Attachment 5 – Vehicle Utilization Expenses
Attachment 6 – Miscellaneous Supplies and Equipment

AR00788

FINAL

| 2016 BURNING MAN EVENT COST RECOVERY CLOSE OUT SUMMARY (ATT #1) | | | | |
|---|---|---|---|---|
| **ITEM** | **Estimated Costs (per CRA EST.)** | **Actual Costs (per FBMS Reports)** | **Balance Due** | **Description/Comment** | **Detail Located On:** |
| **LABOR** | $ 1,366,632.00 | $ 1,419,657.02 | -$ 53,025.02 | | Labor Report |
| BLM Labor | | ($1,381,718.17) | | | |
| Forest Service Labor | | ($37,938.85) | | Via IAA Contract | Contracts |
| HHS Labor | $ 20,000.00 | $0.00 | $ 20,000.00 | Via IAA Contract, HHS didn't invoice | Contracts |
| **SUPPORT CONTRACTS** | | | | | |
| **Microwave/Internet** | $ 130,000.00 | $ 128,800.00 | $ 1,200.00 | | |
| Lyman | | ($106,300.00) | | | Contracts |
| High Desert | | ($22,500.00) | | | Contracts |
| **Communications** | | | | | |
| Satellite Tracking (Alvarez & Associates) | $ 56,500.00 | $ 55,435.15 | $ 1,064.85 | | Contracts |
| CAD Server Licensing (SHI International) | $ 13,000.00 | $ 7,060.72 | $ 5,939.28 | | Contracts |
| **JOC** | | | | | |
| Medical Modular Building Rental (ModSpace) | $ 6,000.00 | $ 5,401.94 | $ 598.06 | | Contracts |
| **TRAVEL** | $ 95,000.00 | $ 40,727.89 | $ 54,272.11 | | Travel Report |
| **VEHICLE UTILIZATION** | $ 50,000.00 | $ 49,480.52 | $ 519.48 | | Vehicle Utilization Report |
| **MISC SUPPLIES AND EQUIPMENT PURCHASE** | $ 50,000.00 | $ 53,613.35 | -$ 3,613.35 | | |
| Miscellaneous Purchases | | ($31,637.35) | | Purchased via Credit Card or Check | Credit Card Receipts |
| Midland Radio Accessories | | ($21,976.00) | | Purchased via contract | Contracts |
| **DIRECT COST TOTAL** | $ 1,787,132.00 | $ 1,760,176.59 | $ 26,955.41 | | |
| **INDIRECT COST TOTAL (RATE 23.1%)** | $ 412,827.00 | $ 405,950.82 | $ 6,876.18 | | |
| **TOTAL** | **$ 2,199,959.00** | **$ 2,166,127.41** | **$ 33,831.59** | | |

AR00720

| | | | | | | UNITED STATES DEPARTMENT OF INTERIOR<br>BUREAU OF LAND MANAGEMENT | | | | | Functional Area / WBS |
| | | | | | | | | | | | L51050000 /<br>LVRCF1604630 |

| | | | | | | 2016 BURNING MAN EVENT COST RECOVERY PROJECT LOG (ATT # 2) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | ALBRIGHT | CA Field Staff Ranger, K9 Handler | City Patrol, K9 Handler        Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. Additional duties of K9 Handler | 177.00 | $12,055.72 |
| 8/7/16-9/17/16 | | | X | X | X | | 201618-201620 | ALLEN | OLES Region 3 Special Agent | NCIC TAC, Pre & Post Event Investigations (Integrated Investigations) Main Event, Night Shift | NCIC TAC function officer, works with NV DPS for on playa NCIC program. Integrated Investigations function officer, works for Pershing County Sheriffs to assist in investigations of state violations | 171.00 | $13,684.08 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | ANDRES | UT  Field Staff Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 155.75 | $10,875.62 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | ANDREWS | OLES Region 1 ASAC | Investigation (Patrol Investigative Support), Swing Shift | Patrol Investigative Support function officer, works in patrol function in uniform to conduct any patrol cases that require follow-up investigation | 136.00 | $12,078.68 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | BARNES | OLES Region 3 Special Agent | Investigations (Integrated Investigations), Swing Shift | Integrated Investigations function officer, works for Pershing County Sheriffs to assist in investigations of state violations | 135.00 | $12,404.74 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | BARRIOS | OLES Region 1 SAC | Investigation (Patrol Investigative Support), Swing Shift | Patrol Investigative Support function officer, works in patrol function in uniform to conduct any patrol cases that require follow-up investigation | 120.00 | $13,370.07 |
| 8/7/16-9/17/16 | X | X | X | X | | | 201618-201620 | BLACK | NV Supervisory Telecomm Specialist | Event Comm Lead, Day Shift | Communications function, supervisor of radio/dispatch communications network program | 366.00 | $22,688.41 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | BLEVINS | NM Field Staff Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 173.00 | $12,007.74 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | BOIK | OLES Region 3 State Chief Ranger | LE Patrol Chief, Day Shift | Patrol Chief function officer, supervises all patrol operations during their assigned shift | 226.50 | $21,728.38 |
| 8/21/16-9/17/16 | | | X | X | | | 201619-201620 | BOLES | CA Patrol Ranger, K9 Handler | City Patrol, Pre Event - Night Shift / Main Event - Swing Shift, K9 Handler | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. Additional duties of K9 Handler | 216.50 | $13,432.22 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | BOONE | NM Field Staff Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 179.00 | $10,602.69 |
| 8/21/16-9/17/16 | | | X | X | | | 201619-201620 | BOXX | CA Patrol Ranger | City Patrol,  Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 216.00 | $9,685.25 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | BRASINGTON | AZ District Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 159.00 | $15,034.75 |

| DATE | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | BRIDGES | OR Park Ranger | Logistics, Night Shift | Logistics support function specialist, provides logistical needs to JOC facility, Sub-station and to detailers | 181.50 | $4,562.57 |
| 1/24/16-9/17/16 | X | | X | X | X | X | 201604-201620 | BRISCOE | NV Zone 1 Supervisor | LE Operations Chief | LE Planner of event operations; Supervisor of LE program during event operations | 517.50 | $42,894.59 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | BUCHANAN | ID District Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 146.00 | $12,246.34 |
| 6/12/16-6/25/16 | X | | | | | | 201614 | CADIGAN | NV/BRFO Wildlife Biologist | NEPA Planning | NEPA support authorizing the SRP | 1.00 | $47.90 |
| 8/7/16-9/17/16 | | | X | X | X | | 201618-201620 | CARPENTER | NM Resident Ranger, K9 Handler | City Patrol, K9 Handler Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. Additional duties of K9 Handler | 280.00 | $20,169.84 |
| 8/7/16-9/17/16 | | | X | X | X | | 201618-201620 | CARTER | CA CommTech | Comm Tech, Day Shift | Communications function specialist, works on radio/dispatch communications network | 298.00 | $20,514.11 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | CHAIDEZ | CA Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 139.00 | $9,973.26 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | CULVER | NV Field Staff Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 146.00 | $10,291.93 |
| 8/21/16-9/17/16 | | | | X | X | | 201619-201620 | CUNNINGHAM | CO Field Staff Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 213.00 | $16,379.89 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | CURRY | OLES Region 2 Special Agent | Investigation (Patrol Investigative Support), Night Shift | Patrol Investigative Support function officer, works in patrol function in uniform to conduct any patrol cases that require follow-up investigation | 115.00 | $10,457.05 |
| 8/7/16-9/3/16 | | | X | | | | 201618-201619 | DAHL | ID NOC IT Specialist | Justice Lync Specialist for the DPS ASA services | Justice Lync function, ensures connection with DPS NCIC services | 98.00 | $5,875.43 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | DEAN | NM Field Staff Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 181.50 | $12,733.39 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | EVENSON | NSO PIO | Event PIO | Event PIO function, serves as event Public Information Officer for event operations | 143.00 | $10,681.79 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | FELIX | NV Field Staff Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 141.50 | $9,445.00 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | FISCHER | NV Field Staff Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 133.50 | $10,468.38 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | FONKEN | CA Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 153.75 | $12,542.03 |

| DATE | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/10/16-10/29/16 | X | | X | X | | | 201616-201623 | FREIBERG | ID ORP | Event Compliance Supervisor (Environmental/Vending) | Compliance Supervisor function, supervises the environmental, vending, GIS and safety compliance monitoring programs | 233.50 | $14,906.92 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | GARCIA | CO Field Staff Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 170.00 | $12,915.59 |
| 8/7/16-9/17/16 | X | | X | X | X | | 201618-201620 | GOCHIS | UT LE Adminstrative Assistant | Event Administrative Assistant | Administrative Assistant function, serves the IC and Operational Chiefs in all administrative event duties | 285.25 | $7,520.70 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | GOOD | OLES Region 2 SAC | Investigation (Patrol Investigative Support), Day Shift | Patrol Investigative Support function officer, works in patrol function in uniform to conduct any patrol cases that require follow-up investigation | 115.50 | $11,760.53 |
| 8/7/16-9/17/16 | | | X | X | X | | 201618-201620 | GRIMES | NV IT Specialist | Event IT Equipment Specialist, Day Shift | IT Equipment Specialist function, installs/maintains all IT equipment at JOC and sub-station | 328.00 | $15,871.52 |
| 5/29/16-8/6/16 | X | | | | | | 201613-201617 | HALL | NV/BRFO Assistant Field Manager | NEPA Planning | NEPA support authorizing the SRP | 9.00 | $543.22 |
| 8/21/16-9/17/16 | | | X | X | X | | 201619-201620 | HARRIS | ID OLES IMARS Program Administrator | Event IMAR Coordinator, Day Shift | IMARS Support function officer, coordinates event IMARS program | 73.00 | $5,134.48 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | HAUCK | OLES Region 5 Special Agent | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 140.00 | $12,113.90 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | HINCKLEY | CO Field Staff Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 156.00 | $10,403.94 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | HONE | UT State Chief Ranger | Investigations (Intergated Investigation), Night Shift | Integrated Investigations function officer, works for Pershing County Sheriffs to assist in investigations of state violations | 137.50 | $12,623.86 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | HOWELL | WY Field Staff Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 170.00 | $12,637.65 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | HUEGERICH | OLES Chief, Office of Professional Responsibility (OPR) | Event OPR Lead | OPR function officer, event on-site Internal Affairs component and Use of Force reports reviewer | 70.00 | $7,234.39 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | HUSTON | SD Field Staff Ranger, K9 Handler | City Patrol, K9 Handler Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. Additional duties of K9 Handler | 178.00 | $13,283.10 |
| 8/21/17-10/1/16 | | | | X | | | 201619-201621 | HYRONS | OLES Region 3 Special Agent | Evidence Technician, Day Shift | LE Evidence function, serves as evidence officer for all event cases with logged evidence | 167.00 | $12,469.87 |
| 9/4/16-9/17/16 | | | | | X | | 201620 | IAGULLI | NV IT Specialist | Comm Tech | Communications network breakdown support | 28.00 | $1,786.92 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | JENSEN | AZ Ranger | Shift Supervisor, Swing Shift | Shift Supervisor function officer, field supervisor of one half of Shift city patrol officers | 165.00 | $12,903.94 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | G. JOHNSON | NV Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 139.50 | $8,862.02 |

| DATE | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | R. JOHNSON | AZ Ranger | City Patrol,  Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 163.75 | $9,425.05 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | M. JOHNSON | OLES Region 3 ASAC | Investigations (Integrated Investigations), Day Shift | Integrated Investigations function officer, works for Pershing County Sheriffs to assist in investigations of state violations | 138.50 | $12,379.52 |
| 8/7/16-9/17/16 | | | X | X | X | | 201618-201620 | KING | AZ IT Specialist | Event IT Security | IT Security function specialist, ensures the security of event technology and data, including CAD servers, DPS Justice Link, IMARS etc | 369.50 | $18,903.25 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | KURTZ | ID ORP | Environmental Compliance, Day Shift | Environmental Compliance Monitoring function, monitors BRC's environmental compliance program | 156.50 | $9,592.43 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | LASHER | CA Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 155.00 | $12,246.11 |
| 8/21/16-9/3/16 | | | | X | | | 201619 | LEFLAR | NV/WDO Supply Technician | Event Logistics Runner | Logistics support function specialist, served as purchase/delivery of logistics needs. Part-time, not on playa | 47.50 | $1,373.64 |
| 8/21/16-9/17/16 | | | X | X | X | | 201619-201620 | K. LLOYD | WY Field Staff Ranger | City Patrol, Pre Event - Day Shift / Main Event - Swing Shift / Post Event - Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 236.00 | $16,688.68 |
| 8/21/16-9/17/16 | | | | X | X | | 201619-201620 | R. LLOYD | UT District Ranger | Patrol Commander, Day Shift | Patrol Commander function officer, supervises patrol officers assigned to his shift | 198.00 | $16,010.78 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | LONG | ID Field Staff Ranger | IMARS Reviewer | IMARS function, reviews/edits IMARS input reports, not on playa | 38.00 | $2,520.97 |
| 4/17/16-8/6/16; 8/21/16-9/17/16 | X | | X | X | X | X | 201610-201617; 201619-201620 | MACK | NV/BRFO Field Manager | Event Incident Commander (AO of Permit) | Event Management function, served as overall manager of event operations | 368.00 | $26,442.85 |
| 8/21/16-9/17/16 | | | X | X | | | 201619-201620 | MANSEAU | MT Field Staff Ranger, K9 Handler | City Patrol, K9 Handler Pre Event - Day Shift / Main Event - Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. Additional duties of K9 Handler | 198.00 | $13,228.28 |
| 8/21/16-9/17/16 | | | | X | X | | 201619-201620 | MARSOOBIAN | AZ Field Staff Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 153.00 | $10,385.64 |
| 8/21/16-9/17/16 | X | | X | X | | | 201619-201620 | MATTHEWS | NV GIS Specialist | Event GIS Specialist, Day Shift | Compliance function Specialist, assist environment, vending monitoring teams with GIS needs; assisted LE and CivOps with GPS programming needs | 194.00 | $10,865.41 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | MCGRATH | ID State Chief Ranger | Shift Supervisor, Swing Shift | Shift Supervisor function officer, field supervisor of one half of Shift city patrol officers | 151.00 | $15,354.28 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | MCKINNON | NV/BRFO Realty Specialist | Vending Compliance, Day Shift | Vending Compliance Monitoring function, worked with BRC OSS team on vendor SRP compliance | 96.50 | $5,146.45 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | MILLER | OLES Region 5, State Chief Ranger | Shift Supervisor, Day Shift | Shift Supervisor function officer, field supervisor of one half of Shift city patrol officers | 179.00 | $17,671.02 |
| 8/7/16-9/17/16 | | | X | X | | | 201618-201620 | MILLION | OR  ORP | Logistic Lead, Day Shift | Logistics function Specialist, served as lead of logistic team | 252.75 | $12,371.17 |

AR00716

| DATE | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | MITSUYASU | OR Supervisory Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 143.00 | $13,712.15 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | MOE | CO Field Staff Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 140.50 | $9,452.08 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | MOORE | OLES Region 3 State Chief Ranger | LE Patrol Chief, Night Shift | Patrol Chief function officer, supervises all patrol operations during their assigned shift | 221.50 | $21,632.52 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | MURRELL | WY District Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 172.00 | $10,000.28 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | NALEN | NV Supervisory Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 142.50 | $11,227.14 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | NARDINGER | OLES Region 4 Special Agent | Investigations (Patrol Investigative Support), Swing Shift | Patrol Investigative Support function officer, works in patrol function in uniform to conduct any patrol cases that require follow-up investigation | 137.00 | $10,796.30 |
| 8/7/16 - 9/3/16 | | X | X | | | | 201618-201619 | NICHOLS | NV TeleComm Specilaist | IT Specialist, Day Shift | IT Specialist Specialist, assisted in set-up of IT equipment during Set Up and Pre Event | 98.00 | $6,953.08 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | OELRICH | CO State Office Safety Lead | Event Safety Officer, Day Shift | Safety function Specialist, served as BLM's event safety officer for JOC and BRC | 162.00 | $12,083.67 |
| 4/17/16-5/14/16; 9/4/16-9/17/16 | X | | | X | | | 201610-201611; 201620 | OPER | OLES Region 3 ASAC | Investigations Chief, Day Shift | Investigations function officer, served as supervisor of investigators in both investigative components | 249.75 | $24,773.24 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | PAIVA | NV Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 141.50 | $10,302.76 |
| 8/21/16-9/17/16 | | | X | X | X | | 201619-201620 | PARR | OR Field Staff Ranger, K9 Handler | Shift Supervisor, K9 Handler, Night Shift | Shift Supervisor function officer, field supervisor of one half of Shift city patrol officers. Additional duties of K9 Handler | 256.50 | $19,079.73 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | PETERSEN | CA Resident Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 101.00 | $6,727.98 |
| 4/17/16-10/1/16; 10/16/16-11/12/16 | X | X | X | X | X | X | 201610-201621; 201623-201624 | PIRTLE | NV/WDO Re-Employed Annuitant - Burning Man Project | Planning Lead, Event CivOps Chief, Close-out Lead | Event Management function, served as planning lead during planning operations, served as operational chief of civilian operations during event, served as close-out lead during close-out operations (AAR, CRA) | 991.00 | $47,708.08 |
| 4/17/16-4/30/16 | X | | | | | | 201610 | RICCI | NV/WDO Planning and Environmental Coordinator | NEPA Planning | NEPA support authorizing the SRP | 3.50 | $242.09 |
| 8/21/16-9/17/16 | | | | X | X | | 201619-201620 | RICE | CA Resident Ranger, K9 Handler | City Patrol, K9 Handler Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. Additional duties of K9 Handler | 178.25 | $13,267.42 |

AR00717

| DATE | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/21/16-9/17/16 | | | | X | | | 201619-201621 | RICHARDSON | OLES Region 5 Special Agent | Investigations (Patrol Investigative Support), Night Shift | Patrol Investigative Support function officer, works in patrol function in uniform to conduct any patrol cases that require follow-up investigation | 130.00 | $11,417.43 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | ROMERO | AZ Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 162.75 | $9,331.64 |
| 8/21/16-9/17/16 | | | X | X | | | 201619-201620 | ROOP | OLES Region 2 State Chief Ranger | Pre Event - Patrol Commander, Day Shift / Main Event - Patrol Commander, Swing Shift | Patrol Commander function officer, supervises patrol officers assigned to his shift | 195.00 | $20,798.13 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | RUSSELL | UT Field Staff Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 156.00 | $9,954.82 |
| 5/1/16-5/14/16 | X | | | | | | 201611 | SAXTON | NV Budgeet Analyst | Budget Analyst for CRA Estimate | Developed CRA Estimate figures for detailers cost per hour | 2.00 | $107.18 |
| 8/7/16-9/3/16 | | | X | X | X | | 201618-201619 | SCHETZLE | NV IT Specialist | Comm Tech, Day Shift | Communications function specialist, works on radio/dispatch communications network | 174.00 | $10,807.78 |
| 8/7/16-9/17/16 | | | X | X | X | | 201618-201620 | SCHWIRIAN | NV IT Specialist | Comm Tech, Day Shift | Communications function specialist, works on radio/dispatch communications network | 324.00 | $17,152.10 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | SHILAIKIS | OLES Region 4 Special Agent | Investigations (Integrated Investigations), Day Shift | Integrated Investigations function officer, works for Pershing County Sheriffs to assist in investigations of state violations | 147.00 | $12,373.85 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | J. SMITH | AZ Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 146.00 | $9,468.56 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | W. SMITH | UT Field Staff Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 142.50 | $9,227.58 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | SONES | NV Supervisory Ranger | Shift Supervisor, Day Shift | Shift Supervisor function officer, field supervisor of one half of Shift city patrol officers | 138.00 | $10,402.15 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | SPAIN | ID Supervisory Ranger | Evidence Technician, Night Shift | LE Evidence function, serves as evidence officer for all event cases with logged evidence | 168.00 | $13,948.72 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | STEENHOVEN | ID Wilderness Ranger | Environmental Compliance, Day Shift | Environmental Compliance Monitoring function, worked with BRC environmental  teams on environmental SRP compliance | 149.25 | $6,508.62 |
| 8/21/16-10/1/16 | | | | X | | | 201619-201621 | STEPHENSON | UT District Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 142.00 | $11,629.28 |
| 8/21/16-9/17/16 | | | X | X | X | | 201619-201620 | STOLTS | NV Field Staff Ranger, K9 Handler | City Patrol, K9 Handler Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. Additional duties of K9 Handler | 219.50 | $13,864.82 |
| 8/7/16-9/17/16 | | | X | X | X | | 201618-201620 | SULLIVAN | OLES Region 4 State Chief Ranger | Patrol Commander, Night Shift | Patrol Commander function officer, supervises patrol officers assigned to his shift | 264.00 | $25,799.51 |

| DATE | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/7/16-9/17/16 | | | X | X | X | | 201618-201620 | SUMINSKI | AZ Comm Center Manager | Dispatch Center Manager | Dispatch function Specialist, served as dispatch center manager and first line supervisor of contract dispatchers | 337.00 | $15,607.81 |
| 8/21/16-9/17/16 | | | X | | | | 201619-201620 | TAYLOR | NV/WDO Accounting Technician | Check-In Program Lead | Management function, served as detailer check-in lead during main event operations check-in | 28.00 | $1,277.51 |
| 8/7/16-9/17/16 | X | | X | X | | | 201618-201620 | TEMPLETON | OLES Region 5 ASAC | Medical Unit Leader, Day Shift | Medical function officer, served as lead of BLM's medical unit | 217.00 | $18,984.58 |
| 8/21/16-9/17/16 | | | | X | X | | 201619-201620 | TITUS | CA Supervisory Ranger | Shift Supervisor, Night Shift | Shift Supervisor function officer, field supervisor of one half of Shift city patrol officers | 187.00 | $15,130.86 |
| 8/21/16-9/3/16 | | | | X | | | 201619 | VANAIRSDALE | OLES Special Agent, OPR | OPR Investigator | OPR function officer, event on-site Internal Affairs component and Use of Force reports reviewer | 0.00 | -$3.06 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | WAGGONER | CO Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 155.00 | $9,677.84 |
| 8/21/16-9/17/16 | | | X | X | | | 201619-201620 | WEAVER | ID LE IT Specialist | IMARS, Swing Shift | IMARS Support function officer, coordinates event IMARS program | 143.00 | $9,805.16 |
| 8/7/16-9/3/16 | | | X | X | | | 201618-201619 | WHITEHEAD | OR Recreation Technician | Logitics Support, Day Shift | Logistics support function specialist, provides logistical needs to JOC facility, Sub-station and to detailers | 211.00 | $7,096.45 |
| 8/21/16-9/17/16 | | | X | X | | | 201619-201620 | WILLIAMS | UT Natural Resource Specialist | Logitics Support, Day Shift | Logistics support function specialist, provides logistical needs to JOC facility, Sub-station and to detailers | 191.50 | $10,042.62 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | WILSON | NV Special Agent | Investigations (Integrated Investigations), Swing Shift | Integrated Investigations function officer, works for Pershing County Sheriffs to assist in investigations of state violations | 121.00 | $10,841.53 |
| 8/7/16-9/17/16 | | | X | X | X | | 201618-201620 | WISEMORE | NV TeleComm Specilaist | Comm Tech, Night Shift | Communications function specialist, works on radio/dispatch communications network | 332.00 | $17,484.87 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | WOODS | CA Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 130.75 | $9,477.56 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | YACUBIC | NV/HRFO Archaeologist | Envirnmental Compliance, Day Shift | Environmental Compliance Monitoring function, worked with BRC environmental  teams on environmental SRP compliance | 123.00 | $6,666.82 |
| 4/17/16-9/17/16 | X | X | X | X | X | | 201610-201620 | YOUNG | OLES Region 5 State Chief Ranger | Comm Chief, Day Shift. | Communication Function, Chief of program which includes radio network, dispatch, IT Equipment and IT Security. | 557.75 | $50,305.43 |
| 7/24/16-9/17/16 | | X | X | X | | | 201617-201618 | ZOHOVETZ | NV Resident Ranger | Logistics - Pre Event / Environmental Compliance - Main Event, Day Shift | Pre Event - Logistics support function specialist, provides logistical needs to JOC facility, Sub-station and to detailers      Main Event - Environmental Compliance Monitoring function, worked with BRC environmental  teams on environmental SRP compliance | 297.00 | $16,061.57 |
| | | | | | | | | | | **LABOR TOTAL:** | | **19,808.25** | **1,381,718.17** |

AR00719

| | | 2016 BURNING MAN - BLM CONTRACTS (ATT#3) | | | | | |
|---|---|---|---|---|---|---|---|
| NO. | CONTRACTOR | PURPOSE | AMOUNT OBLIGATED | AMOUNT INVOICED | SOLE SOURCE | ONE-TIME vs. ANNUAL | CONTRACT DOCUMENT (see Attached) |
| 1 | SHI International | Microsoft licensing and support | $ 7,060.72 | $ 7,060.72 | NO | Annual | L16PB00672 |
| 2 | Midland Radio Corporation | Radio encryption & accessories | $ 21,976.00 | $ 21,976.00 | Yes | One-Time | L16PD00794 |
| 3 | Alvarez & Associates, LLC | Satellite tracking updates & service | $ 55,435.15 | $ 55,435.15 | Yes | Annual | L16PD00826 |
| 4 | IAA USDA (Forest Service) Labor | LE Patrols | $ 50,000.00 | $ 37,938.85 | Yes | Annual | L16PG00202 |
| 5 | IAA HHS Labor | Medical support | $ 30,000.00 | $ 0.00 | Yes | Annual | L16PG00203 |
| 6 | Modular Space Corporation | Rental of 60' modular building for medical program | $ 5,401.94 | $ 5,401.94 | No | One-Time | L16PX01189 |
| 7 | Lyman Communications, LLC | Network services | $ 106,300.00 | $ 106,300.00 | No | Annual | L16PX01421 |
| 8 | High Desert Internet Services | Microwave Wireless Internet | $ 22,500.00 | $ 22,500.00 | No | Annual | L16PX01422 |
| | | | Total | $ 256,612.66 | | | |

## 2016 BURNING MAN - TRAVEL PER PERSON (ATT #4)

*Travel Expenses include (Not all personnel have each item): Airfare, Lodging, Per Diem and Travel Incidentals, and Rental Car*

| LAST NAME | AMOUNT | POSTING DATE | TRIP PURPOSE |
|---|---|---|---|
| ALBRIGHT | $161.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| ALLEN | $485.75 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| ANDRES | $278.25 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| ANDREWS | $112.29 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| BARNES | $180.75 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| BARRIOS | $146.00 | Oct 2016 | Travel for related assigned duties at Burning Man event |
| BLACK | $1,006.36 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| BLEVINS | $348.73 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| BOIK | $171.00 | Oct 2016 | Travel for related assigned duties at Burning Man event |
| BOLES | $48.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| BOONE | $527.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| BOXX | $380.25 | Sept/Nov 2016 | Travel for related assigned duties at Burning Man event |
| BRASINGTON | $274.75 | Sept/Oct 2016 | Travel for related assigned duties at Burning Man event |
| BRIDGES | $476.11 | Sept/Nov 2016 | Travel for related assigned duties at Burning Man event |
| BRISCOE | $171.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| BUCHANAN | $210.25 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| CARPENTER | $399.00 | Oct 2016 | Travel for related assigned duties at Burning Man event |
| CARTER | $613.39 | Oct 2016 | Travel for related assigned duties at Burning Man event |
| CULVER | $188.75 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| CUNNINGHAM | $951.00 | Aug/Sept 2016 | Travel for related assigned duties at Burning Man event |
| CURRY | $160.75 | Sept/Nov 2016 | Travel for related assigned duties at Burning Man event |
| DAHL | $1,034.71 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| DEAN | $252.50 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| EVENSON | $155.75 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| FELIX | $160.75 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| FISCHER | $175.75 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| FONKEN | $355.75 | Aug/Sept 2016 | Travel for related assigned duties at Burning Man event |
| FREIBERG | $165.75 | Sept/Nov 2016 | Travel for related assigned duties at Burning Man event |
| GARCIA | $510.61 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| GOCHIS | $593.70 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| GOOD | $206.35 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| GRIMES | $526.75 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| HARRIS | $944.66 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| HAUCK | $160.75 | Oct 2016 | Travel for related assigned duties at Burning Man event |
| HINCKLEY | $231.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| HONE | $175.75 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| HOWELL | $522.77 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| HUEGERICH | $212.43 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| HUSTON | $355.50 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| HYRONS | $106.75 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| IAGULLI | $101.92 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| JENSEN | $553.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| JOHNSON | $837.66 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| KING | $1,370.03 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| KURTZ | $151.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| LASHER | $380.43 | Aug/Sept 2016 | Travel for related assigned duties at Burning Man event |
| LLOYD | $727.86 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| MACK | $427.93 | May/June 2016 | Travel for related assigned duties at Burning Man event |
| MANSEAU | $256.50 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| MARSOOBIAN | $514.12 | Sept/Nov 2016 | Travel for related assigned duties at Burning Man event |
| MCGRATH | $175.75 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| MILLER | $728.87 | Sept/Oct 2016 | Travel for related assigned duties at Burning Man event |
| MILLION | $407.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| MITSUYASU | $161.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| MOE | $362.50 | Sept 2016 | Travel for related assigned duties at Burning Man event |

| | | | |
|---|---|---|---|
| MOORE | $171.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| MURRELL | $281.61 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| NALEN | $146.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| NARDINGER | $481.54 | Aug/Sept/Oct 2016 | Travel for related assigned duties at Burning Man event |
| NICHOLS | $534.40 | Aug 2016 | Travel for related assigned duties at Burning Man event |
| OELRICH | $438.28 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| OPER | $195.75 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| PAIVA | $219.20 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| PIRTLE | $1,283.74 | Oct 2016 | Travel for related assigned duties at Burning Man event |
| RICE | $400.28 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| RICHARDSON | $634.31 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| ROMERO | $289.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| ROOP | $175.75 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| RUSSELL | $146.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| SCHETZLE | $505.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| SCHWIRIAN | $1,603.75 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| SHILAIKIS | $476.25 | Sept/Oct 2016 | Travel for related assigned duties at Burning Man event |
| SMITH | $609.75 | Sept/Nov 2016 | Travel for related assigned duties at Burning Man event |
| SONES | $141.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| SPAIN | $170.75 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| STEENHOVEN | $160.75 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| STEPHENSON | $935.25 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| STOLTS | $161.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| SULLIVAN | $651.76 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| SUMINSKI | $1,521.65 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| TAYLOR | $199.50 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| TEMPLETON | $497.18 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| TITUS | $396.00 | Sept/Nov 2016 | Travel for related assigned duties at Burning Man event |
| WAGGONER | $461.25 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| WEAVER | $160.75 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| WHITEHAD | $406.75 | Sept/Nov 2016 | Travel for related assigned duties at Burning Man event |
| WILLIAMS | $160.75 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| WILSON | $146.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| Winn OFC | $29.50 | Dec 2016 | Travel for related assigned duties at Burning Man event |
| WISEMORE | $713.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| WOODS | $736.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| YOUNG | $2,855.76 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| ZOHOVETZ | $337.75 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| **TOTAL** | **$40,727.89** | | |

AR00722

## 2016 BURNING MAN - VEHICLE UTILIZATION (ATT#5)

| Plate Number | Utilization Amount | | Plate Number | Utilization Amount |
|---|---|---|---|---|
| 889 | $748.44 | | 428 | $960.30 |
| 061 | $69.01 | | 447 | $249.91 |
| 754 | $1,966.14 | | 448 | $529.11 |
| 171 | $1,134.84 | | 456 | $781.84 |
| 202 | $257.44 | | 570 | $678.04 |
| 554 | $453.59 | | 771 | $444.40 |
| 742 | $1,724.92 | | 816 | $759.78 |
| 982 | $880.60 | | 127 | $249.46 |
| 028 | $796.95 | | 570 | $743.04 |
| 474 | $268.21 | | **TOTAL** | **$49,480.52** |
| 559 | $371.20 | | | |
| 023 | $491.04 | | | |
| 061 | $1,592.58 | | | |
| 110 | $897.40 | | | |
| 286 | $442.96 | | | |
| 287 | $2,687.48 | | | |
| 316 | $565.11 | | | |
| 462 | $1,012.48 | | | |
| 491 | $681.39 | | | |
| 532 | $1,157.48 | | | |
| 566 | $649.91 | | | |
| 584 | $2,075.64 | | | |
| 609 | $1,945.01 | | | |
| 678 | $1,178.80 | | | |
| 730 | $543.20 | | | |
| 731 | $1,195.26 | | | |
| 737 | $918.72 | | | |
| 762 | $106.26 | | | |
| 782 | $2,424.10 | | | |
| 808 | $1,281.00 | | | |
| 809 | $1,361.15 | | | |
| 836 | $1,661.10 | | | |
| 858 | $959.42 | | | |
| 977 | $785.40 | | | |
| 980 | $800.24 | | | |
| 984 | $1,178.10 | | | |
| 075 | $1,833.93 | | | |
| 098 | $1,251.28 | | | |
| 200 | $698.04 | | | |
| 241 | $1,518.00 | | | |
| 398 | $1,520.82 | | | |

## 2016 BURNING MAN - MISC. SUPPLIES AND EQUIPMENT (ATT#6)

| RECEIPT # | VENDOR | CARD HOLDER | AMOUNT | DESCRIPTION |
|---|---|---|---|---|
| R-1 | AARDVARK | FONKEN | $102.21 | New Duty Holster (Orginal damaged by participant). |
| R-2 | BANNERSONTHECHEAP.COM | GOCHIS | $50.77 | Banner for JOC Modular Building "BLM LAW ENFORCEMENT", also shipping cost. |
| R-3 | BEST BUY     00017830 | KING | $50.97 | Printer Cables for Communication function. |
| R-4 | BEST BUY     00017830 | YOUNG | $1,789.23 | Technical Equipment accessories/supplies for Communications function. |
| R-5 | BIG O TIRES 28105 | JOHNSON | $510.96 | New tire on LE vehicle, damaged at event. |
| R-6 | BLM-NIFC FIRE CACHE | GOCHIS | $854.73 | Crew time report booklets for event detailers. |
| R-7 | BOSCH MOTORS | CADIGAN | $388.97 | Gov't vehicle detailing, post use at event (included new air filter). |
| R-8 | BOUND TREE MEDICAL LLC | TEMPLETON | $346.92 | Medical supplies for medical unit function. |
| R-9 | BRUNOS SHELL & TOWING | MILLION | $16.57 | Fuel for washer at BRS for detailer vehicles. |
| R-10 | BRUNOS SHELL & TOWING | MILLION | $10.00 | Flat tire repair for detailer vehicle. |
| R-11 | CAPRICE ELECTRONICS | GOCHIS | $26.00 | Earplugs for detailers. |
| R-12 | CC 1013 JAMES ROBERTS | APPOLD | $2,500.00 | Payment to HHS contractor James Roberts (medical unit team member) for duties rendered at event (Gov't check) |
| R-13 | CONOCO - WHEAT MONTANA | NARDINGER | $19.10 | Generator fuel for detailer lodging trailer. |
| R-14 | CONVENIENCE CHECK FEE | APPOLD | $47.50 | Check fee for Gov't check to James Roberts. |
| R-15 | ENTERPRISE RENT-A-CAR | IAGULLI JR | $165.68 | Rental fee for truck rental to deliver IT equipment to playa from Reno, communicatiuon function. |
| R-16 | FEDEXOFFICE  00024026 | GOCHIS | $248.69 | Laminator for JOC, admin function. |
| R-17 | GRUBER INDUSTRIES | KING | $154.05 | Cat5e Patch cables, communication function. |
| R-18 | HC WAREHOUSE/BUCKSTAFF | GOCHIS | $64.18 | Restraint belts, event LE function. |
| R-19 | IN *CORPORATE SIGNATUR | GOCHIS | $784.00 | Education material for participant handout, compliance function. |
| R-20 | LOVE S COUNTRY00002469 | IAGULLI JR | $86.60 | Fuel charges for communications rental truck, communication function. |
| R-21 | LOWES #03034* | KING | $219.37 | Air filters for AC units for housing of technical equipment, communication function. |
| R-22 | MINIMUS.BIZ | GOCHIS | $1,353.69 | Bulk purchase of hand sanitizer and sunscreen for detailers. |
| R-23 | NETBRANDS MEDIA CORP. | GOCHIS | $1,622.79 | BLM/LE wristbands, LE function. |
| R-24 | OAKLEY, INC. | BOIK | $2,500.00 | Dust Goggles, detailers safety function. |
| R-25 | OFFICE DEPOT #2605 | BOIK | $575.70 | LE Office supplies for JOC. |
| R-26 | OFFICE DEPOT #2628 | GOCHIS | $170.79 | Management office supplies for JOC. |
| R-27 | PEAVEY CORP. | HYRONS | $32.31 | Evidence supplies, LE function. |
| R-28 | PELICAN PRODUCTS INC | KING | $1,832.50 | Pelican Rack/Case system for CAD servers (Rack/Case #1), communication function. |
| R-29 | PELICAN PRODUCTS INC | YOUNG | $1,140.48 | Four pelican case for handheld radio storage, communication function. |
| R-30 | PELICAN PRODUCTS INC | YOUNG | $1,832.50 | Pelican Rack/Case system for CAD servers (Rack/Case #2), communication function. |
| R-31 | POWERWERX | BLACK | $439.72 | Communications supplies/parts, communications function. |
| R-32 | PROVANTAGE LLC | KING | $683.00 | Communication equipment (PDU), communication function. |

| | | | | |
|---|---|---|---|---|
| R-33 | RACK SOLUTIONS INC | KING | $728.14 | Communication equipment (racks), communication function. |
| R-34 | SAFARILAND, LLC | GOCHIS | $2,247.00 | Drug NIK test kits, LE evidence function. |
| R-35 | SCHEELS ALL SPORTS INC | FREIBERG | $800.00 | PPE uniform pants, compliance function. |
| R-36 | SECURITY PRO USA | GOCHIS | $1,005.80 | Dust Scarfs (Shemagh), detailers safety function. |
| R-37 | SIRCHIE FINGER PRINT L | HYRONS | $259.33 | Evidence bags, LE evidence function. |
| R-38 | SKAGGS COMPANIES, INC. | GOCHIS | $80.00 | Batteries, detailers support function. |
| R-39 | SPORTS DEN-CORPORATE | GOCHIS | $550.00 | PPE uniform shirts, compliance function. |
| R-40 | SQ *ANDYS LOCK AND KEY | MILLION | $8.00 | Extra keys for event UTVs. |
| R-41 | SQ *JAYS DETAIL | WATKINS | $160.00 | Gov't vehicle detailing, post use at event. |
| R-42 | STAPLES    00104174 | GOCHIS | $46.76 | Management office supplies for JOC. |
| R-43 | TA #172 SPARKS NV | IAGULLI JR | $130.02 | Fuel charges for communications rental truck, communication function. |
| R-44 | THE HOME DEPOT #3313 | MILLION | $29.96 | Lumber for JOC logistic project, support function. |
| R-45 | TOOLFETCHLL | GOCHIS | $150.12 | Light lantern, LE function. |
| R-46 | VENUS COMMUNICATIONS L | BLACK | $2,029.91 | Antenna's and accessories, communication function. |
| R-47 | WASHOE COUNTY | ALLEN | $475.00 | Dispatcher training, NCIC TAC/Dispatch function. |
| R-48 | WWW.IBSUPPLY.COM | ACOSTA | $19.80 | Key tags, logistic function. |
| R-49 | WWW.NEWEGG.COM | KING | $227.83 | Synology Camera licence pack, communication function. |
| R-50 | WWW.RESCUEGEAR.COM | GOCHIS | $516.54 | Handheld radio harnesses, management function. |
| R-51 | NIFC | BLACK | $1,425.00 | Handheld radio batteries (Within agency transfer of funds) |
| R-52 | NIFC | BLACK | $128.16 | Shipping of NIFC Handheld radio batteries (Within agency transfer of funds) |
| **TOTAL** | | | **$31,637.35** | |

| RECEIPT # | VENDOR | CARD HOLDER | AMOUNT | DESCRIPTION |
|---|---|---|---|---|
| | **2016 BURNING MAN - MISC. SUPPLIES AND EQUIPMENT (ATT#6)** | | | |
| R-1 | AARDVARK | FONKEN | $102.21 | New Duty Holster (Orginal damaged by participant). |
| R-2 | BANNERSONTHECHEAP.COM | GOCHIS | $50.77 | Banner for JOC Modular Building "BLM LAW ENFORCEMENT", also shipping cost. |
| R-3 | BEST BUY      00017830 | KING | $50.97 | Printer Cables for Communication function. |
| R-4 | BEST BUY      00017830 | YOUNG | $1,789.23 | Technical Equipment accessories/supplies for Communications function. |
| R-5 | BIG O TIRES 28105 | JOHNSON | $510.96 | New tire on LE vehicle, damaged at event. |
| R-6 | BLM-NIFC FIRE CACHE | GOCHIS | $854.73 | Crew time report booklets for event detailers. |
| R-7 | BOSCH MOTORS | CADIGAN | $388.97 | Gov't vehicle detailing, post use at event (included new air filter). |
| R-8 | BOUND TREE MEDICAL LLC | TEMPLETON | $346.92 | Medical supplies for medical unit function. |
| R-9 | BRUNOS SHELL & TOWING | MILLION | $16.57 | Fuel for washer at BRS for detailer vehicles. |
| R-10 | BRUNOS SHELL & TOWING | MILLION | $10.00 | Flat tire repair for detailer vehicle. |
| R-11 | CAPRICE ELECTRONICS | GOCHIS | $26.00 | Earplugs for detailers. |
| R-12 | CC 1013 JAMES ROBERTS | APPOLD | $2,500.00 | Payment to HHS contractor James Roberts (medical unit team member) for duties rendered at event (Gov't check) |
| R-13 | CONOCO - WHEAT MONTANA | NARDINGER | $19.10 | Generator fuel for detailer lodging trailer. |
| R-14 | CONVENIENCE CHECK FEE | APPOLD | $47.50 | Check fee for Gov't check to James Roberts. |
| R-15 | ENTERPRISE RENT-A-CAR | IAGULLI JR | $165.68 | Rental fee for truck rental to deliver IT equipment to playa from Reno, communicatiuon function. |
| R-16 | FEDEXOFFICE   00024026 | GOCHIS | $248.69 | Laminator for JOC, admin function. |
| R-17 | GRUBER INDUSTRIES | KING | $154.05 | Cat5e Patch cables, communication function. |
| R-18 | HC WAREHOUSE/BUCKSTAFF | GOCHIS | $64.18 | Restraint belts, event LE function. |
| R-19 | IN *CORPORATE SIGNATUR | GOCHIS | $784.00 | Education material for participant handout, compliance function. |
| R-20 | LOVE S COUNTRY00002469 | IAGULLI JR | $86.60 | Fuel charges for communications rental truck, communication function. |
| R-21 | LOWES #03034* | KING | $219.37 | Air filters for AC units for housing of technical equipment, communication function. |
| R-22 | MINIMUS.BIZ | GOCHIS | $1,353.69 | Bulk purchase of hand sanitizer and sunscreen for detailers. |
| R-23 | NETBRANDS MEDIA CORP. | GOCHIS | $1,622.79 | BLM/LE wristbands, LE function. |
| R-24 | OAKLEY, INC. | BOIK | $2,500.00 | Dust Goggles, detailers safety function. |
| R-25 | OFFICE DEPOT #2605 | BOIK | $575.70 | LE 0ffice supplies for JOC. |
| R-26 | OFFICE DEPOT #2628 | GOCHIS | $170.79 | Management office supplies for JOC. |
| R-27 | PEAVEY CORP. | HYRONS | $32.31 | Evidence supplies, LE function. |
| R-28 | PELICAN PRODUCTS INC | KING | $1,832.50 | Pelican Rack/Case system for CAD servers (Rack/Case #1), communication function. |
| R-29 | PELICAN PRODUCTS INC | YOUNG | $1,140.48 | Four pelican case for handheld radio storage, communication function. |
| R-30 | PELICAN PRODUCTS INC | YOUNG | $1,832.50 | Pelican Rack/Case system for CAD servers (Rack/Case #2), communication function. |
| R-31 | POWERWERX | BLACK | $439.72 | Communications supplies/parts, communications function. |
| R-32 | PROVANTAGE LLC | KING | $683.00 | Communication equipment (PDU), communication function. |

AR00789

| R-33 | RACK SOLUTIONS INC | KING | $728.14 | Communication equipment (racks), communication function. |
|------|---------------------|------|---------|-----------------------------------------------------------|
| R-34 | SAFARILAND, LLC | GOCHIS | $2,247.00 | Drug NIK test kits, LE evidence function. |
| R-35 | SCHEELS ALL SPORTS INC | FREIBERG | $800.00 | PPE uniform pants, compliance function. |
| R-36 | SECURITY PRO USA | GOCHIS | $1,005.80 | Dust Scarfs (Shemagh), detailers safety function. |
| R-37 | SIRCHIE FINGER PRINT L | HYRONS | $259.33 | Evidence bags, LE evidence function. |
| R-38 | SKAGGS COMPANIES, INC. | GOCHIS | $80.00 | Batteries, detailers support function. |
| R-39 | SPORTS DEN-CORPORATE | GOCHIS | $550.00 | PPE uniform shirts, compliance function. |
| R-40 | SQ *ANDYS LOCK AND KEY | MILLION | $8.00 | Extra keys for event UTVs. |
| R-41 | SQ *JAYS DETAIL | WATKINS | $160.00 | Gov't vehicle detailing, post use at event. |
| R-42 | STAPLES      00104174 | GOCHIS | $46.76 | Management office supplies for JOC. |
| R-43 | TA #172 SPARKS NV | IAGULLI JR | $130.02 | Fuel charges for communications rental truck, communication function. |
| R-44 | THE HOME DEPOT #3313 | MILLION | $29.96 | Lumber for JOC logistic project, support function. |
| R-45 | TOOLFETCHLL | GOCHIS | $150.12 | Light lantern, LE function. |
| R-46 | VENUS COMMUNICATIONS L | BLACK | $2,029.91 | Antenna's and accessories, communication function. |
| R-47 | WASHOE COUNTY | ALLEN | $475.00 | Dispatcher training, NCIC TAC/Dispatch function. |
| R-48 | WWW.IBSUPPLY.COM | ACOSTA | $19.80 | Key tags, logistic function. |
| R-49 | WWW.NEWEGG.COM | KING | $227.83 | Synology Camera licence pack, communication function. |
| R-50 | WWW.RESCUEGEAR.COM | GOCHIS | $516.54 | Handheld radio harnesses, management function. |
| R-51 | NIFC | BLACK | $1,425.00 | Handheld radio batteries (Within agency transfer of funds) |
| R-52 | NIFC | BLACK | $128.16 | Shipping of NIFC Handheld radio batteries (Within agency transfer of funds) |
| **TOTAL** | | | **$31,637.35** | |



# ORDER

R-1

| | |
|---|---|
| Order # | **ORD-17429-Z1M7F0** |
| Date: | **09-06-16** |
| Payment Terms: | **PREPAID** |
| Page: | **1 of 1** |
| Expiration Date: | |

1935 Puddingstone Drive
La Verne, CA  91750
TEL: (909) 451-6100   FAX: (909) 392-3823
FED TAX ID: 95-4451904

**Bill To:** BLM - Marina
Attn: Peter Fonken
940 Second Avenue
Marina, CA 93933
US

**Ship To:** BLM - Marina
Attn: Peter Fonken
940 Second Avenue
Marina, CA 93933
US

| Entered by | Customer No. | Shipping Method | PO Number/Contract # |
|---|---|---|---|
| Audrey Horstman | BLM - Marina | BestWay | |

| | Qty | Item Number | CT | Description | Price | Ext Price |
|---|---|---|---|---|---|---|
| * | 1 | SDG6520-XX-132-# | | 6520 SLS EDW Clip-On Style, Level II Retention Duty Holster, STX Tactical, Black, LH (Specify Weapon) | $65.81 | $65.81 |
| | | | | ~ Weapon: Taser X26E ~ Product Code: #6520-64-132 | | |
| * | 1 | BH44A890BK | | Taser X-26 Injection Molded Cartridge Holder | $18.40 | $18.40 |
| | | | | GSA CONTRACT #GS-07F-141DA ON PART NUMBER #SDG6520-XX-132 ONLY. | | |
| | | | | PLEASE EMAIL INVOICE TO: Peter Fonken | | |

No return will be accepted unless a Return Authorization is issued prior to the goods being returned. If the error which necessitates the return is a result of an Aardvark error, no restocking fee will be charged. Merchandise may be returned within 30 days of purchase and buyer will be subject to a 20% restocking fee. All returns must be Freight Prepaid and in new sellable condition. Credit for the value of the returned merchandise (less restocking fees and shipping charges) will be made. Defective merchandise is not subject to any restocking fee. Customized orders are non-returnable.

| | |
|---|---|
| Subtotal | $84.21 |
| Freight | $18.00 |
| Sales Tax | $0.00 |
| **Total** | **$102.21** |

AR00791
Print Date: 9/6/2016

DEPARTMENT OF THE INTERIOR Mail - Thank you for ordering from Banners on the Cheap! Your Order Number is 73288635



## R-2



**Gochis, Matthew**

## Thank you for ordering from Banners on the Cheap! Your Order Number is 73288635

2 messages

**Banners On The Cheap** <service@bannersonthecheap.com>
Reply-To: Banners On The Cheap <service@bannersonthecheap.com>
To:

Mon, Aug 15, 2016 at 2:25 PM



# BANNERS ON THE CHEAP

For more information, please contact us at 1-877-710-1876

Business Banners        Special Occasion Banners        Banner Accessories        Help

## Thank you for ordering from Banners on the Cheap!
## Your Order Number is 73288635

Make sure to print out this page or write down your order number for your records.
Here is a summary of the order you placed on **8/15/2016**:

### Billing & Shipping Information

**Bill To:**
MATT GOCHIS
440 W 200 S STE 500
SALT LAKE CITY, UT, 84101
United States

**Ship To:**
BLM - Attn: Mark Pirtle
200 Transfer Road
Gerlach, NV, 89412
United States

**Contact Info:**

**Shipping Method:**
Ground

**Your order should arrive by:**
8/24/2016

### Order Item Information

| Item Description | Material | Size | Unit Price | Qty | Total |
|---|---|---|---|---|---|
| BLM LAW ENFORCEMENT | Vinyl Banner | 2ft x 6ft | $25.18 | 1 | $25.18 |
|  | **Sides:** Single Sided |  |  |  |  |

AR00792

https://mail.google.com/mail/u/0/?ui=2&ik=75d23b43b0&view=pt&cat=BM%202016%20Receipts&search=cat&th=1568fe1c5b75ae37&siml=1568fe1c5b75ae37&siml=1568fe8fae3f4dc1

1/2

9/28/2016

Case 1:19-cv-03729-DLF   Document 35-2   Filed 07/12/21   Page 214 of 372

DEPARTMENT OF THE INTERIOR Mail - Thank you for ordering from Banners on the Cheap! Your Order Number is 73288635

Custom Sign
(ID: 838813847)

## Payment Information

**Payment Status:**
Complete

MasterCard: ~~XXXXXXXXXXXXXXXXX~~

**This email is your receipt, so please print out a copy for your records.** We'll email you a shipping notification as soon as your order is carefully packaged and on its way. If necessary, we'll send you additional shipping updates about your order.

**Summary of Charges:**

| | |
|---|---|
| Subtotal: | $25.18 |
| Promotion: | ($6.30) |
| Shipping: | $28.25 |
| Tax: | $3.64 |
| **Total:** | **$50.77** |

Questions or concerns? Contact us at: service@bannersonthecheap.com or **1-877-710-1876**

This email was sent by: **BannersOnTheCheap.com**
11525A Stonehollow Dr., Suite 100 Austin, TX, 78758, USA

---

**Gochis, Matthew** <mtgochis@blm.gov>
To: Eric Boik <eboik@blm.gov>, Mark Pirtle <mpirtle@blm.gov>

Mon, Aug 15, 2016 at 2:33 PM

Matt Gochis
Law Enforcement Assistant
BLM, Office of Law Enforcement and Security
Region 3
440 West 200 South, Suite 500
Salt Lake City, Utah 84101

[Quoted text hidden]

**AR00793**

R-3

```
WELCOME TO BEST BUY #1783
         1315 SCHEELS DR
         SPARKS, NV 89434
         (775) 352-3435

      Keep your receipt!


Val #:220110-253063-915105-195450-239972-695

1783 044 1302 08/28/16 19:38

           TAX EXEMPT

9293001   NS-RW125AB           30.99 N
 1377 USB 2.0 A/B
 Sales Tax            0.00
9282527   SDCZ36-032G           7.99 N
 32GB CRUZER GLIDE USB
   22.00  SALE DISCOUNT
 Sales Tax            0.00
9282527   SDCZ36-032G           7.99 N
 32GB CRUZER GLIDE USB
   22.00  SALE DISCOUNT
 Sales Tax            0.00
                      ----------
           SUBTOTAL   50.97
          Sales Tax    0.00
                      ==========
              TOTAL   50.97

XXXXXXXXXX5978  Swiped  USD$   50.97
MASTERCARD
RYAN C               KING
APPROVAL 205290

          OTHER SAVINGS:   44.00
          TOTAL SAVINGS:   44.00
```

Best Buy
Ryan King

2X 32GB USB + 10' printer cable

```
14-day return period on Phones and Camera
  Connectable Devices for all customers.

        15-day return period on
          almost everything else.

  A valid receipt is required for all
  returns. Except where prohibited, we may
  request an ID. ID info may be stored in a
    secure, encrypted database used for
      tracking returns and exchanges.

   Returned items missing packaging or
       accessories are subject to
        a missing item deduction.

  For return/promise details and a complete
  list of exceptions, ask for a policy flyer
      or go to www.BestBuy.com/Returns.

   To learn about our privacy practices
   please visit www.BestBuy.com/privacy.

      YOUR CUSTOMER SERVICE PIN IS:
          1783 044 1302 002816


............... END RECEIPT ...............
```

AR00794


R-4

```
                 LARKJ, NV 89434
                 (775) 352-3439

              Keep your receipt!
```

||||||||||||||||||||||||||||||||||||||||||||||

```
Val #:000108-790665-779307-592258-413474-192

17xx 060 8153 06/17/16 11:27
              TAX EXEMPT

8894028    NS-PCYL57C                  24.05 N*
  INSIGNIA SCREEN CLEANING 20Z/5
  0.94     ACCESS BNDL EX
  Sales Tax            0.00
8894028    NS-PCYL57C                  24.05 N*
  INSIGNIA SCREEN CLEANING 20Z/5
  0.94     ACCESS BNDL EX
  Sales Tax            0.00
8894028    NS-PCYL57C                  24.05 N*
  INSIGNIA SCREEN CLEANING 20Z/5
  0.94     ACCESS BNDL EX
  Sales Tax            0.00
8044082    NS-PCYA855                   9.61 N*
  8-OUNCE DUSTER & 80 COUNT MONI
  0.38     ACCESS BNDL EX
  Sales Tax            0.00
8044082    NS-PCYA855                   9.61 N*
  8-OUNCE DUSTER & 80 COUNT MONI
  0.38     ACCESS BNDL EX
  Sales Tax            0.00
8044082    NS-PCYA855                   9.61 N*
  8-OUNCE DUSTER & 80 COUNT MONI
  0.38     ACCESS BNDL EX
  Sales Tax            0.00
8044082    NS-PCYA855                   9.61 N*
  8-OUNCE DUSTER & 80 COUNT MONI
  0.38     ACCESS BNDL EX
  Sales Tax            0.00
7536061    NS-PNP5004                   7.99 N
  BEACH MOUSE PAD
  Sales Tax            0.00
7536061    NS-PNP5004                   7.99 N
  BEACH MOUSE PAD
  Sales Tax            0.00
5577759    SDSDQUI-008                 12.99 N
  8GB MICROSDHC ULTRA CLASS 10
  12.00   SALE DISCOUNT
  Sales Tax            0.00
5577795    SDSDU-008G-                 12.50 N*
  8GB ULTRA SDCHC UHS-1 CLASS 10
  12.00   SALE DISCOUNT
  0.49     ACCESS BNDL EX
  Sales Tax            0.00
5577795    SDSDU-008G-                 12.50 N*
  8GB ULTRA SDCHC UHS-1 CLASS 10
  12.00   SALE DISCOUNT
  0.49     ACCESS BNDL EX
  Sales Tax            0.00
5577759    SDSDQUI-008                 12.99 N
  8GB MICROSDHC ULTRA CLASS 10
  12.00   SALE DISCOUNT
  Sales Tax            0.00
5577759    SDSDQUI-008                 12.99 N
```

```
5577759    SDSDQUI-008                 12.99 N
  8GB MICROSDHC ULTRA CLASS 10
  12.00   SALE DISCOUNT
  Sales Tax            0.00
5577759    SDSDQUI-008                 12.99 N
  8GB MICROSDHC ULTRA CLASS 10
  12.00   SALE DISCOUNT
  Sales Tax            0.00
5577759    SDSDQUI-008                 12.99 N
  8GB MICROSDHC ULTRA CLASS 10
  12.00   SALE DISCOUNT
  Sales Tax            0.00
5577759    SDSDQUI-008                 12.99 N
  8GB MICROSDHC ULTRA CLASS 10
  12.00   SALE DISCOUNT
  Sales Tax            0.00
8951041    F4U058TT                    48.10 N*
  BELKIN SUPERSPEED USB 30 4-POR
  1.89     ACCESS BNDL EX
  Sales Tax            0.00
4561575    JUH377                      48.10 N*
  USB 3.0 7 PORTS HUB 2.4A  FAST
  1.89     ACCESS BNDL EX
  Sales Tax            0.00
4561575    JUH377                      48.11 N*
  USB 3.0 7 PORTS HUB 2.4A  FAST
  1.88     ACCESS BNDL EX
  Sales Tax            0.00
4561575    JUH377                      48.11 N*
  USB 3.0 7 PORTS HUB 2.4A  FAST
  1.88     ACCESS BNDL EX
  Sales Tax            0.00
4561575    JUH377                      48.11 N*
  USB 3.0 7 PORTS HUB 2.4A  FAST
  1.88     ACCESS BNDL EX
  Sales Tax            0.00
9226777    SDCZ60-008G                  3.99 N
  8GB CRUZER GLIDE USB
  1.00    SALE DISCOUNT
  Sales Tax            0.00
3789011    P-FD16GATT4                 14.43 N*
  PNY 16GB ATTACHE 4 USB 2.0
  0.56     ACCESS BNDL EX
  Sales Tax            0.00
9226777    SDCZ60-008G                  3.99 N
  8GB CRUZER GLIDE USB
  1.00    SALE DISCOUNT
  Sales Tax            0.00
226875     SDCZ60-016G                  4.99 N
  16GB CRUZER GLIDE USB
  13.00   SALE DISCOUNT
  Sales Tax            0.00
3789011    P-FD16GATT4                 14.43 N*
  PNY 16GB ATTACHE 4 USB 2.0
  0.56     ACCESS BNDL EX
  Sales Tax            0.00
1337600    NS-PCH6430                  24.05 N*
  USB 3.0 TRAVEL HUB
  0.94     ACCESS BNDL EX
  Sales Tax            0.00
9226777    SDCZ60-008G                  3.99 N
  8GB CRUZER GLIDE USB
  1.00    SALE DISCOUNT
  Sales Tax            0.00
9226777
```

```
9226777    SDCZ60-008G              3.99 N
8GB CRUZER GLIDE USB
  1.00   SALE DISCOUNT
Sales Tax              0.00
4333600    NS-PCH6430              24.05 N*
USB 3.0 TRAVEL HUB
  0.94   ACCESS BNDL EX
Sales Tax              0.00
3789011    P-FD16GATT4             14.43 N*
PNY 16GB ATTACHE 4 USB 2.0
  0.56   ACCESS BNDL EX
Sales Tax              0.00
3789011    P-FD16GATT4             14.43 N*
PNY 16GB ATTACHE 4 USB 2.0
  0.56   ACCESS BNDL EX
Sales Tax              0.00
9226875    SDCZ60-016G              4.99 N
16GB CRUZER GLIDE USB
 13.00   SALE DISCOUNT
Sales Tax              0.00
9226777    SDCZ60-008G              3.99 N
8GB CRUZER GLIDE USB
  1.00   SALE DISCOUNT
Sales Tax              0.00
9226777    SDCZ60-008G              3.99 N
8GB CRUZER GLIDE USB
  1.00   SALE DISCOUNT
Sales Tax              0.00
9226777    SDCZ60-008G              3.99 N
8GB CRUZER GLIDE USB
  1.00   SALE DISCOUNT
Sales Tax              0.00
9226777    SDCZ60-008G              3.99 N
8GB CRUZER GLIDE USB
  1.00   SALE DISCOUNT
Sales Tax              0.00
9226777    SDCZ60-008G              3.99 N
8GB CRUZER GLIDE USB
  1.00   SALE DISCOUNT
Sales Tax              0.00
9226777    SDCZ60-008G              3.99 N
8GB CRUZER GLIDE USB
  1.00   SALE DISCOUNT
Sales Tax              0.00
9226777    SDCZ60-008G              3.99 N
8GB CRUZER GLIDE USB
  1.00   SALE DISCOUNT
Sales Tax              0.00
7801066    SDSQXWG-032             24.05 N*
32 GB PIXTOR EXTREME MICROSD
 55.00   SALE DISCOUNT
  0.94   ACCESS BNDL EX
Sales Tax              0.00
9226777    SDCZ60-008G              3.99 N
8GB CRUZER GLIDE USB
  1.00   SALE DISCOUNT
Sales Tax              0.00
7801066    SDSQXWG-032             24.05 N*
32 GB PIXTOR EXTREME MICROSD
 55.00   SALE DISCOUNT
  0.94   ACCESS BNDL EX
Sales Tax              0.00
9059012    WDBBKD0030B            129.99 N
WD 3TB MY PASSPORT ULTRA CLASS
Sales Tax              0.00
9059012    WDBBKD0030B            129.99 N
WD 3TB MY PASSPORT ULTRA CLASS
Sales Tax              0.00
7869174    WDBGPU0010B             59.99 N
WD 1TB MY PASSPORT ULTRA CLASS
Sales Tax              0.00
```

```
Sales Tax              0.00
8915094    STDR4000100            122.99 N
SEAGATE BACKUP PLUS PORTABLE 4
  7.00   SALE DISCOUNT
Sales Tax              0.00
8915094    STDR4000100            122.99 N
SEAGATE BACKUP PLUS PORTABLE 4
  7.00   SALE DISCOUNT
Sales Tax              0.00
4791500    STEH1000101             69.99 N
SEAGATE BACKUP PLUS ULTRA SLIM
Sales Tax              0.00
3789011    P-FD16GATT4             14.43 N*
PNY 16GB ATTACHE 4 USB 2.0
  0.56   ACCESS BNDL EX
Sales Tax              0.00
4791500    STEH1000101             69.99 N
SEAGATE BACKUP PLUS ULTRA SLIM
Sales Tax              0.00
5577759    SDSDQUI-008             12.99 N
8GB MICROSDHC ULTRA CLASS 10
 12.00   SALE DISCOUNT
Sales Tax              0.00
9044257    SDCZ48-128G             22.13 N*
128GB SANDISK USB 3.0
 97.00   SALE DISCOUNT
  0.86   ACCESS BNDL EX
Sales Tax              0.00
9044257    SDCZ48-128G             22.13 N*
128GB SANDISK USB 3.0
 97.00   SALE DISCOUNT
  0.86   ACCESS BNDL EX
Sales Tax              0.00
4375300    910-004432              38.49 N*
LOGITECH M535 BLUETOOTH MOUSE
  1.50   ACCESS BNDL EX
Sales Tax              0.00
9044257    SDCZ48-128G             22.13 N*
128GB SANDISK USB 3.0
 97.00   SALE DISCOUNT
  0.86   ACCESS BNDL EX
Sales Tax              0.00
9226777    SDCZ60-008G              3.99 N
8GB CRUZER GLIDE USB
  1.00   SALE DISCOUNT
Sales Tax              0.00
9226777    SDCZ60-008G              3.99 N
8GB CRUZER GLIDE USB
  1.00   SALE DISCOUNT
Sales Tax              0.00
4333600    NS-PCH6430              24.05 N*
USB 3.0 TRAVEL HUB
  0.94   ACCESS BNDL EX
Sales Tax              0.00
7801066    SDSQXWG-032             24.05 N*
32 GB PIXTOR EXTREME MICROSD
 55.00   SALE DISCOUNT
  0.94   ACCESS BNDL EX
Sales Tax              0.00
4901080    ECMMD16GM70              7.99 N
EMTEC M700 16GB USB 2.0 SUPER
  3.00   CLEARANCE
  4.00   SALE DISCOUNT
Sales Tax              0.00
4901080    ECMMD16GM70              7.99 N
EMTEC M700 16GB USB 2.0 SUPER
  3.00   CLEARANCE
  4.00   SALE DISCOUNT
Sales Tax              0.00
4901080    ECMMD16GM70              7.99 N
EMTEC M700 16GB
```

AR00796

```
Sales Tax         0.00
9226777   SDCZ60-008G            3.99 N
  8GB CRUZER GLIDE USB
  1.00   SALE DISCOUNT
Sales Tax         0.00
9226777   SUCZ60-008G            3.99 N
  8GB CRUZER GLIDE USB
  1.00   SALE DISCOUNT
Sales Tax         0.00
3789011   P-FD16GATT4           14.43 N
  PNY 16GB ATTACHE 4 USB 2.0
  0.56    ACCESS BNDL EX
Sales Tax         0.00
9226777   SDCZ60-008G            3.99 N
  8GB CRUZER GLIDE USB
  1.00   SALE DISCOUNT
Sales Tax         0.00
7801066   SDSQXWG-032           24.29 N
  32 GB PIXTOR EXTREME MICROSD
  55.00  SALE DISCOUNT
  0.94    ACCESS BNDL EX
Sales Tax         0.00

              SUBTOTAL   1789.23
              Sales Tax     0.00
              TOTAL      1789.23

************2305  ChipRead USD$  1789.23
MASTERCARD - MASTERCARD
YOUNG/JON K
APPROVAL 084180

MODE: Issuer
AID: A0000000041010

ACCESS BNDL EX SAVINGS:   30.00
        OTHER SAVINGS:   832.00
       TOTAL SAVINGS:   862.00

MY BEST BUY ELITE
MFMAFR ID 0326493739
```

Best Buy
Jon Young
IT related event supplies,
USB Drives, Flash Cards, etc.

AR00797

## INVOICE

**BIG O TIRES # 28105**
330 11TH STREET
Elko, NV 89801
(775) 738-2877





Visit us on the web at: www.bigotires.com

| | |
|---|---|
| Invoice No: 028105-21892 | Page 1 |
| Order No: 21892 | |
| Date: 08/25/2016 | Time: 01:26 PM |
| Started by:  TYREL H | |
| Invoiced by:  TYREL H | |

**Vehicle Information**   Year: 2010   Make: TRAILER
Model:  TRAILER        Color:
License: 1426268 (NV)  Odometer:     1
Engine:                VIN:
Unit:                  Driver:
Tire Pressure  Front: 0   Rear: 0   Torque: 0
TPMS Warning Lights On   Incoming: No   Outgoing: No
**Customer Instructions**   Save Old Parts? No

Cust.:     B L M  8105-207117
Address:  3900 E IDAHO ST
City, State, Zip:  ELKO, NV 89801-4692
Phone:          Alt Ph:          Cell: (775) 934-7935

Bill To:

| Part No. | Description | Technician | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|
| TRL VGS53 | 225/75R15 VANGUARD RADIAL | FP | 4.00 | 89.95 | 359.80 |
| | Tire Serial #: RKFYTB2016  RKFYTB2016  RKFYTB2016  RKFYTB2016 | | | | |
| LAB BAL | TIRE BALANCE | FP | 4.00 | 15.50 | 62.00 |
| | FREE TIRE ROTATION | FP | 0.00 | 0.00 | 0.00 |
| | FREE TIRE RE-BALANCING | FP | 0.00 | 0.00 | 0.00 |
| | FREE TIRE REPAIRS | FP | 0.00 | 0.00 | 0.00 |
| FEE FEEDISP | DISPOSAL FEE | FP | 4.00 | 4.00 | 16.00 |
| | ALIGNMENT CHECK | FP | 0.00 | 0.00 | 0.00 |
| | BRAKE INSPECTION | FP | 0.00 | 0.00 | 0.00 |
| FEE FEEENV | ENVIRONMENTAL FEE | FP | 4.00 | 1.00 | 4.00 |
| FEE FEESHOPT | SHOP SUPPLIES - TIRES | FP | 4.00 | 1.00 | 4.00 |
| RHW TPP | TIRE PROTECTION PLAN | FP | 4.00 | 13.49 | 53.96 |

*** Technicians who Performed Services on Invoice ***
[FP]   FERNANDO P

*Mike Johnson*

## Invoice Summary

| | |
|---|---|
| I GRANT BIG O TIRES PERMISSION TO OPERATE THE VEHICLE HEREIN DESCRIBED FOR THE PURPOSE OF TESTING, INSPECTING, INCLUDES REMOVAL OF WHEELS AND DRUMS THE PURPOSE OF INSPECTING THE BRAKES, SERVICING  OR DELIVERY. I RELEASE BIG O TIRES FROM RESPOSIBILITY FOR LOSS OR DAMAGE TO VEHICLE OR CONTENTS THEREIN, IN CASE OF FIRE, THEFT, OR OTHER CAUSE BEYOND BIG O TIRES CONTROL. I AUTHORIZE THE REPAIR AND SERVICE WORK LISTED ON THIS INVOICE TO BE PERFORMED FOR THE AMOUNT SHOWN ABOVE. ALL CHARGES ARE DUE AND PAYABLE BY THE 10TH OF FOLLOWING MONTH. ALL CHARGES ARE SUBJECT TO 1.5 % FINANCE CHARGE. | |

**Payment**

| Type | Amount |
|---|---|
| MASTERCARD FLEET ****9046 Auth 097403 | $510.96 |

**Invoice Totals**

| | |
|---|---|
| Parts | 359.80 |
| FET | 0.00 |
| Core Chg | 0.00 |
| Labor | 115.96 |
| Waste Disposal | 24.00 |
| Shop Supplies | 11.20 |
| Sales Tax | 0.00 |
| **Total:** | **510.96** |

I have received the above goods and/or services. If this
is a credit card purchase, I agree to pay and comply with
the cardholders agreement with the issuer.
There are no cancellations allowed.

**AR00798**

Customer

Company: NIFC
Date: 08/09/2016
Supplies: Crew Time Report Sheets
for BLM Staff to document hours
worked.
Cost: $854.73

R-6

**NATL INTERAGENCY FIRE CENTER**
3833 S. DEVELOPMENT AVENUE
BOISE, ID 83705
Phone: 208-387-5104

| No: | 3624958 |
|-----|---------|

Transaction #: 3728706
Date of Transaction: 08/09/2016

**CUSTOMER:**

BLM UTAH STATE OFFICE
440 WEST 200 SOUTH
SUITE 500
SALT LAKE CITY, UT 84101 US

| LINE # | QTY | DESCRIPTION | REMARKS | UNIT PRICE | TOTAL |
|--------|-----|-------------|---------|------------|-------|
| 1 | 1.00 | STATE ASSIST / TRAINING / PUBLICATIONS / NIFC CREDIT CARD ORDERS - ISSUES PROJECT: LFFACARD0000 | ISSUE:0000799082 | - n/a - | 802.00 |
| 2 | 1.00 | STATE ASSIST / TRAINING / PUBLICATIONS / NIFC CREDIT CARD ORDERS - SHIPPING PROJECT: LFFACARD0000 | FEDX | - n/a - | 52.73 |
| | | | | **TOTAL:** | **$854.73** |

**PAYMENT INFORMATION**

NOTE: Items will appear on credit card statement as "National Interagency Fire Center (NIFC)".

| 1 | AMOUNT: 854.73 | | POSTMARKED: N/A |
|---|----------------|---|-----------------|
| | TYPE: CREDIT CARD | | RECEIVED: 08/09/2016 |
| | NAME: BLM UTAH STATE OFFICE 440 WEST 200 SOUTH SUITE 500 SALT LAKE CITY UT 84101 US | | |
| | CARD NO: XXXXXXXXXXXX9340 | | AUTH CODE: 039083 |
| | NAME ON CARD: MATTHEW GOCHIS | | |

 R-7

**Bosch Motors, Inc.**
1201 E Winnemucca Blvd.
Winnemucca, NV. 89445
Phone: 775-623-2551  Fax: 775-623-6238

**22912**
Org. Est. # 022958

J36

# INVOICE

Print Date : 09/09/2016

**GSA**
5100 E WINNEMUCCA BLVD
WINNEMUCCA, NV  89445
Home 866-939-4472 --- Office 775-623-1500
Cust ID :  2068

2013 Ford - Explorer
3.5L, V6 (213CI) VIN(8), 6 speed Automatic 6F35, 4-Wheel
Lic # : G621366M - NV        Odometer In : 26,439
Unit # : 621366                     Odometer Out : 26,439
VIN # : 1FM5K8B86 **DGA72072**

| Part Description / Number | Qty | Sale | Ext | Labor Description | Hours | Extended |
|---|---|---|---|---|---|---|
| AIR FILTER | 1.00 | 21.34 | 21.34 | 12 HOURS AT 30.00 P/H  BURNING MAN | | |
| 6935 | | | | DETAIL | 3.60 | 360.00 |
| Shop Supplies | | | 7.63 | FULL MEAL DEAL | | |

BOSCH MOTORS
1201 E WINNEMUCCA BLVD
WINNEMUCCA  NV 89445

DATE: 09/09/16          TIME: 16:43
MERCHANT ID:                  KY32286110001

CREDIT CARD
MASTERCARD SALE

CARD#                          ************9699
EXPIRATION DATE           ** **
SEQ:                              651004
INVOICE:                        22912
APPROVAL CODE:          060421
ENTRY METHOD:            SWIPED

PRODUCT          QTY PRICE AMOUNT
WORK ORDER                  388.97

TOTAL AMOUNT:    $388.97

APPROVED 060421

THANKS FOR YOUR BUSINESS

CUSTOMER COPY

[ Technicians : HERRERA , MANNY ]

| Org. Estimate | $ 305.95 | Revisions | $ 0.00 | Current Estimate | $ 305.95 | Additional Cost | Revised Estimate |
|---|---|---|---|---|---|---|---|

*Kathy Cadigan*

| | |
|---|---|
| Labor: | 360.00 |
| Parts: | 28.97 |
| Sub: | 388.97 |
| Tax: | 0.00 |
| Total: | $388.97 |
| Bal Due: | $0.00 |

[ Payments - MasterCard - $388.97 ]

I hereby authorize the above repair work to be done along with the necessary material and hereby grant you and/or your employees permission to operate the car or truck herein described on street, highways or elsewhere for the purpose to testing and/or inspection. An express mechanic's lien is hereby acknowledged on above car or truck to secure the amount of repairs thereto. Warranty on parts and labor is one years or 12,000 miles whichever comes first. Warranty work has to be performed in our shop & cannot exceed the original cost of repair.

Copyright (c) 2016 Mitchell Repair Information Company, LLC InvStkPaperHrs 04 12 16kr

**AR00800**



**BoundTree**
*medical*

*Making Precious Minutes Count...!"*
PHONE: (800) 533-0523
www.boundtree.com

*R-8*

# Sales Order Confirmation

| Order # | 98164710 |
|---|---|
| Date | 8/8/2016 |
| Page | 1 of 1 |
| Entered By | RDAVIS |

TIN# 31-1739487

Bill To:   227447

US BLM - OLES
STE 800/WARREN TEMPLETON
PHOENIX, AZ 85004

Ship To:   SHIP001

US BLM - OLES
1 N CENTRAL AVE
STE 800/WARREN TEMPLETON
PHOENIX, AZ 85004-4414

| Purchase Order No. | Customer ID | Salesperson ID | Whse | Shipping Method | Payment Terms | | Ref # |
|---|---|---|---|---|---|---|---|
| WARREN | 227447 | T TERRITORY 004AG2 | 01 | NO FRT | PPD CREDIT CARD | | 32265846 |

| Item Number | Description | Ordered | Shipped | B/O | U of M | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1985-00 | Acetaminophen, 160mg/5ml, Cherry Elixir, 4 oz | 3 | 3 | 0 | EA | $3.80 | $11.40 |
| 1330-05750 | Alcohol Prep Pads, Medium, 2 ply, 70% Alcohol, Sterile 200/bx 20bx/cs | 1 | 1 | 0 | BX | $2.68 | $2.68 |
| 601109 | BACITRACIN ZINC FOILPAC 0.9GM 144/BX 9908 12BX/CS | 1 | 1 | 0 | BX | $20.49 | $20.49 |
| 17513 | Extra Strength APAP, 500mg Acetaminophen Tablests 2/pk 250pk/bx 12bx/cs | 1 | 1 | 0 | BX | $23.79 | $23.79 |
| 20033 | DIAMODE ANTIDIARRHEAL, 1/PK 100PK/BX 24BX/CS | 1 | 1 | 0 | BX | $36.79 | $36.79 |
| 42513 | DECOREL FORTE PLUS COLD AND COUGH RELIEF, 2/PK 250PK/BX 12BX/CS | 1 | 1 | 0 | BX | $42.79 | $42.79 |
| HP2-24 | HYDROGEN PEROXIDE 2 OZ PUMP SPRAY 24/CS | 3 | 3 | 0 | EA | $4.96 | $14.88 |
| 10013 | I-PRIN, 200mg Ibuprofen Tablets 2/pk 250pk/bx 12bx/cs | 1 | 1 | 0 | BX | $30.49 | $30.49 |
| 05022 | Medikoff Throat Lozenge, Cherry, 75/bx 24bx/cs | 3 | 3 | 0 | BX | $7.59 | $22.77 |
| 601240 | POVIDONE IODINE (PVP) SWABSTICKS 1/PK 50/BX (10BX/CS) | 3 | 3 | 0 | BX | $8.59 | $25.77 |
| 600-16 | IV Flush Syringe, Normal Saline 3ml Prefilled 12cc Syringe, Sterile 400ea/cs | 20 | 20 | 0 | EA | $1.08 | $21.60 |
| 353065 | CATHETER INTRAVENOUS (IV) 18 GAUGE X 1.25 IN 50/BX 4BX/CS PROTECTIV PLUS | 20 | 20 | 0 | EA | $3.39 | $67.80 |
| 601323 | IV Solution, Sodium Chloride 0.9% 500ml Bag 24ea/cs Baxter 2B1323Q | 2 | 2 | 0 | EA | $5.09 | $10.18 |
| 1350-53210 | Triple Antibotic Ointment w/Bacitracin, Neomycin, Polymyxin B. 0.9gm UD 144/bx 12bx/cs | 1 | 1 | 0 | BX | $15.49 | $15.49 |

Note: * indicates taxable item

*Boond Tree*
*Warren Templeton*
*medical Supplies*

| | |
|---|---|
| Subtotal | $346.92 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Total | $346.92 |

AR00801

R-9

**WELCOME TO BRUNO'S**
**FUEL AND TOWING**
TO32283394-001  BRUNOS SHELL & TOWING
565 MAIN ST
GERLACH      NV 89412


    DUPLICATE OUTDOOR RECEIPT


DATE    08/22/16
TIME      3:51 PM
AUTH# 074618

MC FLEET
    ACCOUNT NUMBER
XXXX XXXX XXXX 2970
MILLION/ZACH B

PUMP  PRODUCT  PPG
 02    UNLD   $3.349

GALLONS   FUEL TOTAL
 4.949     $16.57


**HAVE A NICE DAY**

Bruno's.
Zack Million

Fuel to run power
washer @ Black Rock Station
to Clean Vehicles.

AR00802

**R-10**

**WELCOME TO BRUNO'S
FUEL AND TOWING**
T032283394-001  BRUNOS SHELL & TOWING
565 MAIN ST
GERLACH      NV 89412

| Description | Qty | Amount |
| --- | --- | --- |
| ------ | --- | ------ |
| <CUSTOMER COPY> | | |
| NON TAX | 1 | 10.00 |

```
                        ------------
            Sub Total      10.00
                 Tax        0.00
        TOTAL            10.00
               CREDIT  $   10.00
```

CARD TYPE: MC FLEET
CARD NAME: MILLION/ZACH B
ACCT NUMBER: XXXX XXXX XXXX 2970
TRANS TYPE:  SALE
APPROVAL: 063518      INVOICE: 022714
AMOUNT: $   10.00


APPROVED  063518
*****************************************

**HAVE A NICE DAY**
REG# 0002 CSH# 002 DR# 01  TRAN# 25119
08/19/16  14:23:40          ST# AB123

*Bruno's*
*Zach Million*

*Flat repair for*

*LE truck.*

AR00803



R-11

Gochis, Matthew <~mdgochis@blm.gov>

# Confirmation of GSA Advantage! Session Number 9104425

2 messages

**gsa.advantage@gsa.gov** <gsa.advantage@gsa.gov>
To: ~~mdgochis@blm.gov~~

Wed, Jul 27, 2016 at 11:39 AM

Thank you for ordering from GSA Advantage!. We are proud to be your one-stop shopping source!

This e-mail is a CONFIRMATION of the order you recently placed. Your order information is below. We will notify you by e-mail of status changes as they occur. You may also monitor the progress of your order or other orders by logging on at https://www.GSAadvantage.gov and then choosing "Order Status/History" from the menu at the top of each page.

The following items were ordered from session #9104425 on Jul 27, 2016 for a total of $26.00.

```
----------------------------------------------------------------
Vendor: CAPRICE ELECTRONICS, INC. 718-222-0433
PO #:   LGAKDA7424L
Order Status POC: sales@capricegov.com

QTY     ITEM                               PRICE      TOTAL


200 EA   EARSOFT FX SHAPED EARPLUG IN POLYBAG   $0.13     $26.00
         312-1261

                                      PO TOTAL:   $26.00

----------------------------------------------------------------
```

*Matt Gochis*

Having problems with GSA NSN requisitions? Call 800-488-3111 or go to https://apps.fas.gsa.gov/cops/ncsc/ and report a problem.

Having problems with Schedule orders? Contact the vendor directly at the phone number or e-mail address provided above.

For other questions pertaining to GSA Advantage! Call toll free 877-472-3777, option 2, or e-mail gsa.advantage@gsa.gov.

To change or discontinue your e-mail for these messages, logon to https://www.GSAadvantage.gov , then choose Profile and update your e-mail address, or select No to receive e-mail status updates for your orders. Thank you!

**Matthew Gochis** <mdgochis@blm.gov>
To: eboik@blm.gov, Briscoe Logan <lbriscoe@blm.gov>

Wed, Aug 3, 2016 at 10:09 AM

$.13 per box.

R-12 

# Nevada BLM Convenience Check / Charge Card
## Purchase Request Authorization

| Date: 9/2/2016 | Requestor: David W. Appold | Phone: 775-861-6417 |
|---|---|---|

| Accounting Information:<br><br>FBMS Codes | LLNVW03500<br><br>Cost Center (Office Code) | L12320000.EA0000<br><br>Functional Area (SubActivity/PE) | LVRDNV190000<br><br>Work Break Down (Project Code) | <br><br>Com. Item (BOC) | 13X<br><br>Source Fund Yr |
|---|---|---|---|---|---|

**Estimated Amount $ 2,000.00**

**Supply (Cannot exceed $3500) /Service (Cannot exceed $2,500) Requested:**

Balance Due for Trailor Rental for 2016 Burning Man Fire Prepareness Crew at Black Rock Station

**Attach Supporting Documentation to this request**

| Supervisor Approval (required): | Date: 9/2/16 |
|---|---|
| Budget Approval (required): | Date: 9/6/16 |

| Vendor Name and Address | Contact Name Phone/Fax No. | Tax ID/Social Security Number |
|---|---|---|
| Damien Richard | 775-338-6509 | 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 |
| 14090 Winners Cup Dirve | | |
| Reno , NV 89521 | | Non-Profit ☐ |

**Paid by Credit Card ending in XXXX-**                    **on Date:**

**CHECK WRITE NOTES:**

| Paid by Check Number: 1009 | Date of Check: 9/2/2016 | Check Fee (1.9%): 38.00 |
|---|---|---|
| Mailed Check to above address ☐ on Date: | Gave Check to: Damien Richard on 9/2/2016 on Date: | |

**Comments:**

AR00805

DAVID APPOLD
DOI-BUREAU OF LAND MANAGEMENT
DEPARTMENT OF INTERIOR/BLM
1340 FINANCIAL BLVD
RENO NV 89502

For Official Use Only
US Government Tax Exempt
Not Valid If Made Payable To Cash

1013

DATE 9/2/16

88-767/1130

PAY TO
THE ORDER OF _JAMES Roberts_     | $ 2,500

*2,500.00* _Two Thousand Five Hundred_                          DOLLARS

**J.P.Morgan**

JPMorgan Chase Bank, N.A.
Commercial Credit Card Access Check

Not Valid For Amount Over $3500
Not Valid After 60 Days
Tax ID# 14-0001849

MEMO _BM EMT SERVICES_                    _David W. Appold_

⑆113007673⑆ 5272800040309⑈ 1013

AR00806



R-13

NARDINGER

RV - GOV - CC
GENERATOR FUEL
BM RECEIPT NO. ①
(NOT TRAVEL RELATED.)

LUCKY MONTANA FARMS
#0125722
10078 HWY 287
THREE FORKS          , MT
08/22/2016 980784691
11:37:16 AM

7137
MC FLEET

INVOICE 113535
AUTH 00-089797
REF 470200822161135

PUMP# 2
PREMIUM          7.025G
PRICE/GAL        2.719

FUEL TOTAL   $  19.10

CREDIT       $  19.10

Card #57 Seq Num 20
Term ID 2
Invocation ID: 00
WAS THIS GAS?
ROUTE YOUR WIN AT
WW.HSTIST.COM

R - 14  

## Nevada BLM Convenience Check / Charge Card
## Purchase Request Authorization

| Date: 8/7/2016 | Requestor: David W. Appold | Phone: 775-861-6417 |
|---|---|---|

| Accounting Information: FBMS Codes | LLNVW03500 Cost Center (Office Code) | L5105.0000.EA0 000 Functional Area (SubActivity/PE) | LVRCF1604630 Work Break Down (Project Code) | J52V Com. Item (BOC) | 16X Source Fund Yr |
|---|---|---|---|---|---|

**Estimated Amount $ $2,500.00**

**Supply (Cannot exceed $3500) /Service (Cannot exceed $2,500) Requested:**

Check for $2,500 for Medlacl Team Unit Member – James Roberts; Medical Support Services

Attach Supporting Documentation to this request

| Supervisor Approval (required): | M/ | Date: 8 Aug 16 |
|---|---|---|
| Budget Approval (required): | | Date: 10 Aug. 2016 |

| Vendor Name and Address | Contact Name Phone/Fax No. | Tax ID/Social Security Number |
|---|---|---|
| James Roberts | 702-326-4367 | 4048000255 |
| 10388 Smokemont Ct | | |
| Las Vegas, NV 89120 | | Non-Profit ☐ |

| Paid by Credit Card ending In XXXX- | | on Date: |
|---|---|---|

**CHECK WRITE NOTES:**

| Paid by Check Number: | Date of Check: | Check Fee (1.9%): $ 47.50 |
|---|---|---|
| Mailed Check to above address ☑ on Date: 9/8/16 | Gave Check to: on Date: | |

Comments:

1/24/2013 AC

**ENTERPRISE LEASING COMPANY - WEST, 3005 MILL ST, RENO, NV 895020106 (775) 325-8888**

**RENTAL AGREEMENT**  **REF#**
423602                5KBZKT

## R-15

**RENTER**
BLM LAW ENFORCEMENT, JAMES
IAGULLI

**DATE & TIME OUT**
09/07/2016  08:06 AM
**DATE & TIME IN**
09/08/2016  12:46 PM

**BILLING CYCLE**
24-HOUR

**CAR CLASS CHARGED**
FBOX

**VEH #1 2015 INTE 43CA 26BX**
VIN# 3HAMMMML9FL745239
LIC# 175AYP
MILES DRIVEN  245
CAR CLASS: GBOX

**CLAIM INFO**
CUSTOMER PAY

### SUMMARY OF CHARGES

| Charge Description | Date | Quantity | Per | Rate | Total |
|---|---|---|---|---|---|
| EXCESS DISTANCE CHARGE | 09/07 - 09/08 | 45 | DISTANCE | $0.14 | $6.30 |
| TIME & DISTANCE | 09/07 - 09/08 | 2 | DAY | $73.75 | $147.50 |
| REFUELING CHARGE | 09/07 - 09/08 | | | | $0.00 |
| | | | | **Subtotal:** | **$153.80** |
| **Taxes & Surcharges** | | | | | |
| SALES TAX | 09/07 - 09/08 | | | 7.725% | $11.88 |
| | | | | **Total Charges:** | **$165.68** |

**Total Estimated Amount Due**                          $165.68

**PAYMENT INFORMATION**
**AMOUNT PAID**      **TYPE**            **CREDIT CARD NUMBER**
$165.68              Mastercard          xxxxxxxxxxxx0442 PENDING

*James Iagulli*

Company: FedEx
Date: 08/23/2016   Matt Gochis
Supplies: Lamination of documents for
field use in
Pictou River
environment
Cost: $248.69

## FedEx Office ❄

FedEx Office is your destination
for printing and shipping.

# R-16

| | | |
|---|---|---|
| Price per piece Lamination | | |
| Regular Total | 224.21 | |
| Discounts | 54.98 | |
| | | |
| please do not distur   Qty 1 | | 79.46 |
| | | |
| Lamination Trim | 100 @ | 0.3800 E |
| 000353 Reg. Price | 0.50 | |
| | | |
| Lamination/SqFt | 14 @ | 2.2500 E |
| 000369 Reg. Price | 3.00 | |
| | | |
| Single Cut | 8 @ | 1.1200 E |
| 000376 Reg. Price | 1.49 | |
| | | |
| Cutting Setup | 1 @ | 1.0000 E |
| 000377 Reg. Price | 1.25 | |
| | | |
| Price per piece | 79.46 | |
| Regular Total | 105.17 | |
| Discounts | 25.71 | |
| | | |
| Sub-Total | | 248.69 |
| Tax | | 0.00 |
| Deposit | | 0.00 |
| | | |
| Total | | 248.69 |
| | | |
| MasterCard (S) | | 248.69 |
| Account: 9340 | | |
| Auth: 036396 (A) | | |
| | | |
| Total Tender | | 248.69 |
| Change Due | | 0.00 |

Total Discounts    80.69

AR00810



# Sales Order

**Sales Order -   527132**

**Order Date -  08/02/16**

*R-17*

| Bill to Address | |
|---|---|
| **Company** US Bureau Of Land Management | |
| **Dept/Attn** | |
| **Street Addr** One N Central Ave | |
| **Address2** | |
| **Suite** | **M/S** |
| **City** Phoenix | **State** AZ    **Zip** 85004 |
| **County** Maricopa | **Country** |
| jpatrou@blm.gov | |

| Ship to Address | |
|---|---|
| **Company** US Bureau Of Land Management | |
| **Dept/Attn** *****WILL CALL Friday Morning**** | |
| **Street Addr** One N Central Ave | |
| **Address2** | |
| **Suite** | **M/S** |
| **City** Phoenix | **State** AZ    **Zip** 85004 |
| **County** Maricopa | **Country** |

| SBT # | Ship Via | F.O.B. | Payment Terms | Purchase Order # | Sales Rep | Reference # |
|---|---|---|---|---|---|---|
| USBU02 | Will Call | Origin | CREDIT CARD | Ryan King | HMTKON | FAV365 |

| ITEM | | Quantity | Qty. Shipped | Item Number | Unit of Meas. | Required Date | Unit Price | | | Ext Price |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Back Ordered | Item Description | | | | Disc | Tax | |
| 1 | M | 14 | 0 | 17-608200-004FB | EA | 08/02/16 | 2.80000 | | Y | 39.20 |
| | | | | Cat5e Patch Cable, USA, CM, STR, 0Boot/0Label, 004FT, BLUE | | | | | | |
| 2 | M | 14 | 0 | 17-608200-008FB | EA | 08/02/16 | 3.50000 | | Y | 49.00 |
| | | | | Cat5e Patch Cable, USA, CM, STR, 0Boot/0Label, 008FT, BLUE | | | | | | |
| 3 | M | 14 | 0 | 17-608200-012FB | EA | 08/02/16 | 4.25000 | | Y | 59.50 |
| | | | | Cat5e Patch Cable, USA, CM, STR, 0Boot/0Label, 012FT, BLUE | | | | | | |

*Ryan King*

| M = Mfg, Blue copy | B = Bid |
|---|---|
| F = Fiber, Pink copy | R = RMA |
| S = Stock, No copy | D = Dropship |
| | O = Partial ship |

| | |
|---|---|
| **Non Taxable Subtotal** | 0.00 |
| **Taxable Subtotal** | 147.70 |
| **Tax (4.300%)** | 6.35 |
| **Total Order** | 154.05 |

Customer Original

Gruber Industries Inc.    21439 N. 2nd Avenue    Phoenix, Arizona 85027 USA    Main 602.863.2655    Fax 602.257.4313    support@gruber.com   AR00811

Page 1   Document name SOODBW1    Printed on - 08/02/16  at - 1:57 PM  by - KON



Gochis, Matthew <mgochis@bia.gov>

# You order 140757 at Handcuff Warehouse is shipped
2 messages

*R-18*

**Customer Service** <sales@handcuffwarehouse.com>
To: ███████

Tue, Sep 6, 2016 at 10:00 AM

*Matt Gochis*



## Shipping Confirmation

Dear Matt Gochis,
Your order has been shipped. Please see details below.
Order Number: 140757
Order Date: 09/04/2016
Shipped Date: 09/06/2016
Tracking: 1Z01F1E10151499305

| Item Photo | Item Description | Qty Ordered | Qty Shipped | Price | Status | Tracking# |
|---|---|---|---|---|---|---|
|  | Gould & Goodrich Model 189 Leather Restraining Belt | 1 | 1 | $64.18 | Shipped | 1Z01F1E10151499305 |

### Other Items You Might Like

Grip Restraint Waist Belt/Hobble with D-Ring
$44.20

Ripp Restraints Model TB-300 Transport Belt W/ Single Cuff
$52.50

Ripp Restraint-Transport Belt w/2" D Ring
$33.60

Humane Restraint Model NT-48 Nylon Transport Belt
$35.00

This email was sent to ███████ by sales@handcuffwarehouse.com. To ensure delivery of emails to your inbox, please add sales@handcuffwarehouse.com to your address book or safe sender list.

12/14/2016                          DEPARTMENT OF THE INTERIOR Mail - Order Confirmation from Corporate Signatures, Inc., #68705



R-19                                    Gochis, Matthew <mdgochis@blm.gov>

# Order Confirmation from Corporate Signatures, Inc., #68705
1 message

**Corporate Signatures** <info@corporatesignatures.com>                          Thu, Aug 18, 2016 at 9:47 AM
To: mdgochis@blm.gov

MATT                        [MATT GOCHIS 84101-1345]
Thank you for ordering from Corporate Signatures, Inc.!

Below, you'll find the details of your order, including expected ship dates and invoice details.  You may want to keep these for your records.

If we can help in any way, please call us at 1-800-233-6690 (intl: 401-385-3060) or email us at info@corporatesignatures.com

We appreciate your business!

From all of us at
Corporate Signatures

DATE:     21-Jul-2016
ORDER #:  2448-5161-5221
REFERENCE #:   68705

SOLD TO:
=========
MATT GOCHIS
US BUREAU OF LAND MANAGEMENT
440 W 200 S STE 50
SALT LAKE CITY UT  84101-1345
US

SHIPPED TO:
============
ERIC BOIK
US BUREAU OF LAND MANAGEMENT
GENERAL DELIVERY
GERLACH NV  89412-9999
UNITED STATES

*Handwritten notes:*
Company: Incorp Signatures
Date: 07-21-2016
Supplies: Education materials to give to ~~peebre~~ participants.
Total: 784.00
Matt Gochis

==================================================================
Ordered: 1000  Shipped: 1000   CBC-B2G   Police Badges Custom-Justice gold   $0.73   Ship Date: 18-Aug-2016

Ordered: 1000  Shipped: 1000   C250-1   CONTRACT SCREENPRINT 1C Rate   $0.00   Ship Date: 18-Aug-2016

AR00813

12/14/2016                    DEPARTMENT OF THE INTERIOR Mail - Order Confirmation from Corporate Signatures, Inc., #68705

Ordered: 1000  Shipped: 1000  CCB-2G  CLIP BADGE - Full Shield Gold  $0.00  Ship Date: 18-Aug-2016

Ordered: 1  Shipped: 1  001   REPEAT SET-UP CHARGE  $24.00  Ship Date: 18-Aug-2016

============================================================

Product Total: $754.00
Sales Tax: $0.00
Shipping: $30.00
Discount: $0.00
Surcharge: $0.00
Grand Total: $784.00
BalanceDue: $0.00


Thank you for your order!

AR00814

R-20

```
Welcome To Loves#246
825 Commerce Center
     Fernley NV

09/07/16   09:05

Pump   Gallons   Price
 11    33.450 $ 2.589

Product          Amount
Auto Diesel    $ 86.60

TOTAL SALE     $ 86.60

##############0442
Card:  MCFL
Approval:       062771

Ticket:         91400


TOTAL SALE   $ 86.60

Thank You !!!
```

James Iagulli

AR00815

Card Number: ************6978
Customer Name: RYAN KING
Date: 2016-08-28 10:16:00.0

**LOWE'S**
**SPARKS , NV**
- SALE -
SALES#: S3034FV1 1553948   TRANS#: 2404583 08-28-16
136053 14-25 MAXIMUM ALLERGEN FI   67.88
19.97   DISCOUNT EACH   -3.00
4 @   16.97
144654 14-24 MAXIMUM ALLERGEN FI   135.76
19.97   DISCOUNT EACH   -3.00
8 @   16.97
SUBTOTAL:   203.64
NV - STATE TAX:   9.37
NV - WASHOE COUNTY TAX:   6.36
TOTAL TAX:   15.73
INVOICE 02834  TOTAL:   219.37
M/C:   219.37
M/C ************6978   000422
SWIPED
CUSTOMER CODE: none
TOTAL DISCOUNT:   36.00
3034 02  08 28 16 10:16:49  REF#: 834
CUSTOMER: RYAN J KING
THE ISSUER OF THE CARD IDENTIFIED ON
THIS ITEM IS AUTHORIZED TO PAY THE
AMOUNT SHOWN AS TOTAL UPON PROPER
PRESENTATION. I PROMISE TO PAY SUCH
TOTAL (TOGETHER WITH ANY OTHER CHARGE
DUE THEREON) SUBJECT TO AND IN
ACCORDANCE WITH THE AGREEMENT
GOVERNING THE USE OF SUCH CARD

CUSTOMER SIGNATURE.

R-21

Lowes
Ryan King
Air filters
8x 12x24
4x 12x25

© 2003 by Lowe's©. All rights reserved. Lowe's and the gable design are registered trademarks of LF, LLC
Lowe's Improving Home Improvement (SM)



R-22

**INVOICE**
39314

2610 Conejo Spectrum Street, Newbury Park, CA 91320
Phone: 1-805-480-1415  Fax: 1-805-480-1471
http://www.minimus.biz

**Invoice Date:** 25-Jul-16

### NOTE ADDRESS CHANGE

**Bill To:** Bureau of Land Management
Matt Gochis
440 West 200 South #500
Salt lake City Utah  84101
USA

T ~~805-222-1000~~

**Ship To:** Bureau of Land Management
1340 Financial Blvd
Reno NV  89502
USA

**Customer PO:**

| Order ID: | Ordered By | Payment Method | Order Date: | Requested Date: | | Ship Via: |
|---|---|---|---|---|---|---|
| OL 39314 | Matt Gochis | Credit Card | 7/25/2016 | | | FedExGround |

| Item | Description | Quantity: | Extended Price: |
|---|---|---|---|
| C02-0320804-8300 | Purell Instant Hand Sanitizer 2 oz flip top | 300 | $499.14 |
| P04-0127705-8400 | Banana Boat® Sport Performance® Sunscreen SPF50 | 300 | $787.29 |

| | |
|---|---|
| Subtotal | $1,286.43 |
| Deductions | $0.00 |
| Tax | $0.00 |
| Shipping | $67.26 |
| Total | $1,353.69 |
| Deposit | $0.00 |
| Balance Due | $1,353.69 |

Make all checks payable to **Minimus.**  If you have any questions concerning this invoice, contact Accounting at 805-480-1415 or Accounting@minimus.biz

All bills are due and payable Net 30 days following invoice date. A late charge of 1% per month will be imposed on past balances.
Please open and inspect package(s) and report any damages or shortages within 10 days.

## THANK YOU FOR YOUR BUSINESS!

# Page 1 of 1

Printout Date:  25-Jul-16

AR00817

12/14/2016                    DEPARTMENT OF THE INTERIOR Mail - Your 24HourWristbands.Com Order (#P235766)



R-23                                    Gochis, Matthew <mdgochis@blm.gov>

## Your 24HourWristbands.Com Order (#P235766)
1 message

Company : netbrands
DATE  08-11-2016
Supplies

24HourWristbands.Com <no-reply@24hourwristbands.com>          Thu, Aug 11, 2016 at 3:00 PM
To: mdgochis@blm.gov

Used for education Items $ to give participants
Total : $1622.79        Matt Gochis



**Thanks for your order, Matt Gochis!**                                    **INVOICE**
If you need to make an order please visit our website at 24HourWristbands.Com.
                                                                            P235766

Our Customers Love Us @ ResellerRatings.com
Leave us a 5 Star review today and we'll
your order the same day!
*Include order number in review
✓ Write a review

Please **CLICK HERE** to approve your order. Note: All orders will be processed in 24 hours. Failing to approve the order will not allow the order to be remade or refund if the order has an error.

Please click here to review our Terms and Conditions for your order. If you have any questions, feel free to contact our customer service department at 281-786-3764

                                                                            AR00818

**Email Address:** mdgochis@blm.gov
**Billing Address:**                                    **Shipping Address**
Matt Gochis                                             Eric Boik
440 West 200 South Suite 500                            200 transfer road gerlach navada 89412
Salt Lake City, UT 84101                                Gerlach, NV 89412
US                                                      US

**Payment Method:** Credit Card
**Order Subtotal:**      $1622.79
**C/H & Insurance:**      $0.00
**Order Total:**         $1622.79

*Notes: Purchases will appear in your bank/credit card statement as Netbrands Media Corp*

**Order's Note:** Quantity of each band is 100, except black, which is 200 and 0 of the white.

* If your order come with our pre-drawn cliparts, please follow this link to verify your chosen cliparts http://24hourwnstbands.com/available-cliparts/

*Our W9 can be download at http://24hourwnstbands.com/pdf/W9.pdf*

**Order #:** P235766
**Order Status: Scheduled - Waiting**

**Item #1:**
**Product:** Ink Injected Wristbands
**Quantity:** 11400
**Customize** Size: Adult
**Details:**      Font: Belbott
                  Font Color: White
                  Message Style: Front - Back
                  Front Message: BLM Law Enforcement
                  Back Message: Protecting Public Lands
                  Inside Message: www.blm.gov
                  Front Start Clipart: N/A
                  Front End Clipart: N/A
                  Back Start Clipart: N/A
                  Back End Clipart: N/A
                  Keychain: No
                  Individually Wrapped: No
                  Bag Logo: No
                  Bag Message:
                  Customized In: China
                  Card Insert: No
                  Eco: No

**AR00819**

12/16/2016

Case 1:19-cv-03729-DLF   Document 35-2   Filed 07/12/21   Page 241 of 372
DEPARTMENT OF THE INTERIOR Mail - Fwd: OakleySI.com Order Status



**Vermeys, Michael <mvermeys@blm.gov>**

## Fwd: OakleySI.com Order Status

1 message

R-24

**Boik, Eric** <eboik@blm.gov>
To: Michael Vermeys <mvermeys@blm.gov>

Thu, Dec 15, 2016 at 1:52 PM

Oakley Receipt

———— Forwarded message ————
From: **Customer Services Team** <standardissue@oakley.com>
Date: Thu, Jul 21, 2016 at 10:01 PM
Subject: OakleySI.com Order Status
To: Eric <eboik@blm.gov>

## OAKLEY STANDARD ISSUE
www.OakleySI.com

Dear Eric,

Thank you for your purchase at OakleySI.com.

Your order status is below:

ORDER# HS0002052944

| Item# | Description | Status | Tracking Number |
|-------|-------------|--------|-----------------|
| 02-414 | SI Sand/Wind/Dust Goggle | **Shipped\*** | 1Z664F0E0376438741 |
| | | | 1Z664F0E0376438778 |
| | GREY/BLACK | | 1Z664F0E0376438769 |
| | | | 1Z664F0E0376438750 |

### BILLING ADDRESS

Eric Boik
1340 Financial Blvd
Reno NV United States 89502-7147

### ORDER DETAILS

| | |
|---|---|
| Item(s) Total | $2,500.00 |
| Shipping | $0.00 |
| Tax | $0.00 |
| **TOTAL** | **$2,500.00** |

AR00820



**Vermeys, Michael <mvermeys@blm.gov>**

# Fwd: Office Depot Store Receipt
1 message

R-25

**Boik, Eric <eboik@blm.gov>**                          Thu, Dec 15, 2016 at 1:50 PM
To: Michael Vermeys <mvermeys@blm.gov>

Office Depot Receipt

---------- Forwarded message ----------
From: **Office Depot Store Receipt** <storereceipt@officedepot.com>
Date: Mon, Aug 22, 2016 at 10:32 AM
Subject: Office Depot Store Receipt
To: eboik@blm.gov

Questions? Call
**800.GO.DEPOT**
800-463-3768

**Office DEPOT OfficeMax**

OFFICE DEPOT STORE #2605
1011 STEAMBOAT PARKWAY
RENO NV 89521
(775) 851 - 3450

| | | | |
|---|---|---|---|
| Date | 08/22/2016 | 10:24 AM | |
| Version | 16.4.2 | | |
| Store | 2605 | | |
| Register | 2 | | |
| Transaction # | 8759 | | |
| Employee | 755658 | | |
| SALE | | | |

| | | | |
|---|---|---|---|
| 436003 | LAMINATOR, FUSIONT | 184.99 | SS |
| G | | | |
| | Business Solutions Prc | 184.99 | |
| | **You Pay** | **184.99**SS | |
| 149789 | POUCH,LAMINATING,L | | |
| | 2 @ 27.99 | 55.98 | |
| G | | | |
| | Business Solutions Prc | 55.98 | |
| | **You Pay** | **55.98**SS | |
| 174734 | USB,CHRGR,HOME,BLU | 27.99 | SS |
| G | | | |
| | Business Solutions Prc | 27.99 | |
| | **You Pay** | **27.99**SS | |
| 865992 | CAR,CHRGR,USB,HRDW | 39.99 | SS |
| G | | | |
| | Business Solutions Prc | 37.99 | |
| | **You Pay** | **37.99**SS | |
| 148799 | CHRGR,2.1A,LTG,WHT | 24.99 | SS |
| G | | | |
| | Instant Savings | -10.00 | |
| | Business Solutions Prc | 24.990 | |

**AR00821**

|  | **You Pay** | **14.99**SS |
| 330784 | ENV,CLS,9X12,25PK | |
|  | 4 @ 9.99 | 39.96 |
| G | | |
|  | Business Solutions Prc | 27.96 |
|  | **You Pay** | **27.96**SS |
| 212662 | BDR,INP,VW,3",NAVY | |
|  | 10 @ 13.99 | 139.90 |
| G | | |
|  | Business Solutions Prc | 139.90 |
|  | **You Pay** | **139.90**SS |
| 470229 | READY INDEX A-Z | |
|  | 10 @ 8.79 | 87.90 |
| G | | |
|  | Business Solutions Prc | 85.90 |
|  | **You Pay** | **85.90**SS |
|  | Subtotal: | 575.70 |
|  | Total: | 575.70 |
|  | MasterCard SmartPay 9096: | 575.70 |

AUTH CODE    010360
TDS    Swiped



Tax Exemption Number        89001111
G - Not on Federal Supply Schedule
Total Savings:
**$26.00**

**WE WANT TO HEAR FROM YOU!**

Participate in our online customer survey and receive a coupon for **$10 off your next qualifying purchase of $50 or more on office supplies, furniture and more.**
(Excludes Technology. Limit 1 coupon per household/business.)
Visit **www.officedepot.com/feedback** and enter the survey code below.
Survey Code:    **14KN 2MNK RCQK**

**\*E2TVT33XPYU5Y8R6WC\***

100 % Satisfaction Guarantee Click Here

Eric Boik
State Chief Ranger
BLM Nevada State Office
1340 Financial Blvd.
Reno, NV 89502
Office: (775) 861-6621
Mobile: (775) 225-5320
ebolk@blm.gov
BLM Law Enforcement on Facebook

AR00822



**Gochis, Matthew**

**Ref# 10055006**
1 message

R-26



Wed, Dec 21, 2016 at 3:11 PM

For your reference

```
          OFFICE DEPOT CUSTOMER TRANSACTION REQUEST      16/12/20
                              14:35:22
STORE:       2628              Screen 01 of 02
165 DISC DRIVE
SPARKS
NV 89436         Description   Number      Pct  Amount
Tran Type  SAS01 Customer Number      36442149
Sale        BAG,FREEZER,GAL      767541      12.00
Order#    N/A              12 @   1.00
Cashier Id 0758173 PNCH,HLE,RUBBER      719521      3.50
Trans#     363 BRO 12MM BLK/WH      239400      62.97
Reg#       3          3 @  20.99
Date    16/08/21 CRT,TPE,1/2",WH      606811      66.57
Time      17:59        3 @  22.19
          LABEL,1/2" BLK/      226734      22.19
Merch     170.79 RBRBNDS,SZ64,1#      855946      3.56
Non-mrch   .00 Tax Exempt Id 28185377
Tax        .00 MASTERCARD    ****************9340      170.79
          Card Id          384206443
Total     170.79
          UNKNOWN 14 REC  is@blm.gov
```

Company: Office Depot
Date: 08/21/2016
Supplies: Office supplies
for management
trailer, lable tape,
and final cleaning
supplies

Cost: $170.79
Matt Gochis

```
          OFFICE DEPOT CUSTOMER TRANSACTION REQUEST      16/12/20
                              14:35:32
STORE:       2628              Screen 02 of 02
165 DISC DRIVE
SPARKS
NV 89436         Description   Number      Pct  Amount
Tran Type  SAS01 Other          50
Sale
Order#    N/A
```

12/21/2016                                         DEPARTMENT OF THE INTERIOR Mail - Ref# 10055006

Cashier Id  0758173
Trans#        363
Reg#             3
Date        16/08/21
Time          17:59

Merch       170.79
Non-mrch      .00
Tax            .00

Total       170.79

Thank you for shopping at Office Depot.
We are glad we could help with your inquiry.

Please note that the date of purchase is written in YY/MM/DD format rather than MM/DD/YY format. If you are submitting this receipt in connection with a warranty claim it is always advisable to point out the date format to the warranty provider or product manufacturer.

Thanks,
Sofie

**Anna Sofia Paulino**
Customer Service - Billing Support
GO DEPOT 800.463.3768
Business | 800.263.3423
Store Receipt Retrieval | 800.721.6592 Opt 5
www.officedepot.com

**Office DEPOT OfficeMax**

CONFIDENTIALITY NOTICE: The information contained in this email and attached document(s) may contain confidential information that is intended only for the addressee(s). If you are not the intended recipient, you are hereby advised that any disclosure, copying, distribution or the taking of any action in reliance upon the information is prohibited. If you have received this email in error, please immediately notify the sender and delete it from your system.

LYNN PEAVEY COMPANY

PO BOX 14100

LENEXA  KS  66285-4100

Acknowledgement: 000000000267786

Page: 1

Date: 5/5/2016

Your Order Number: CCUF 44024

Route To: SEAN HYRONS

Phone: 775 434 3722

Reprinted 5/5/2016

**** Order Acknowledgement ****

R-27

Sold to Id: 895031

BUREAU OF LAND MANAGEMENT

1340 FINANCIAL BLVD

RENO  NV  89502

Delivery Location Id: 000003

BUREAU OF LAND MANAGEMENT

SEAN HYRONS

1340 FINANCIAL BLVD

RENO  NV  89502

Ship Via:  44

FOB:  LENEXA, KS

Freight: Prepay and Add

Terms:  0.0% Within 0 Days, Net 30 Days

| Line | Item | Quantity | UM | Unit Price | Extended Price | Ship Date |
|------|------|----------|-----|-----------|----------------|-----------|
| | shyrons@blm.gov | | | | | |
| | price decrease | | | | | |
| 001 | 05673 | 1.00 | PK | 5.15 | 5.15 | 5/6/2016 |
| | HDWR SK 11.75 NYLON FASTNERS 100/PK | | | | | |
| 002 | 05853 | 1.00 | PK | 27.16 | 27.16 | 5/6/2016 |
| | BOX SK HAND GUN 20/PK | | | | | |

Sean Hyrons

Customer Service Representative:  BS

Total Amount of this Order: 32.31

const.sql v7.20.02

AR00825



**PELICAN**

**Pelican Products, Inc.**
**23215 Early Ave**
**Torrance CA  90505**
**USA**

R-28

Page: 1 of 2
Aug 1, 2016
19:04:48

# Order Confirmation

| Sold to Party |
| --- |
| RYAN KING<br>C/O FLECC<br>21605 N 7TH AVE<br>Phoenix AZ  85027-2929 |

| Ship to Party |
| --- |
| JON YOUNG<br>C/O FLECC<br>21605 N 7TH AVE<br>Phoenix AZ  85027-2929 |

| Information | |
| --- | --- |
| Sales Order No. | 1125729 |
| Document Date | Aug 1, 2016 |
| Customer No. | LOBBY_P2 |
| Currency | USD |
| Pelican Contact | Edmund Valdez |

| Header Information | | | |
| --- | --- | --- | --- |
| Purchase Order No: | ORDER-2 | Purchase Order Date: | 08/01/2016 |
| Expected Ship Date: | 08/04/2016 | Freight Carrier: | UPS Ground |
| Terms of Payment | Payable immediately without deduction | Freight Type: | Prepaid |
| Terms of Delivery: | FCA ORIGIN | | |

| Item | Material | Quantity | Price | Price Unit | Amount |
| --- | --- | --- | --- | --- | --- |
| 10 | REPAIR_MATERIAL<br>CLASSIC-V-7U-SAE<br><br>Customer Material No.:<br><br>OPTION: STORE N' LID KIT<br><br>Shipped from: Ontario, CA<br><br>-ADD DE STORE N' LID KIT TO 5" LID | 1 EA | 1,832.50 USD | 1 EA | 1,832.50 |

| | |
| --- | --- |
| Net Price + Charges | 1,832.50 |
| ***Estimated Freight Amount | |
| Price BeforeTax | 1,832.50 |
| Sales Tax | |
| Grand Total | 1,832.50 |
| **Final Amount** | **1,832.50** |

Pelican Products
Ryan King
Pelican Rack/case system
for CAD scovers

AR00826



**Pelican Products, Inc.**
23215 Early Ave
Torrance CA 90505
USA

*R-29*

Page: 1 of 2
Aug 1, 2016
19:09:40

# Order Confirmation

### Sold to Party

DALTON BLACK
TORRANCE CA 90503

### Ship to Party

DALTON BLACK
1340 FINANCIAL BLVD
Reno NV 89502-7147

### Information

| | |
|---|---|
| Sales Order No. | 1125796 |
| Document Date | Aug 1, 2016 |
| Customer No. | LOBBY_P2 |
| Currency | USD |
| Pelican Contact | Edmund Valdez |

### Header Information

| | | | |
|---|---|---|---|
| Purchase Order No: | ORDER-3 | Purchase Order Date: | 08/01/2016 |
| Expected Ship Date: | 08/04/2016 | Freight Carrier: | UPS Ground |
| Terms of Payment | Payable immediately without deduction | Freight Type: | Prepaid & Add |
| Terms of Delivery | FCA ORIGIN | | |

| Item | Material | Quantity | Price | Price Unit | Amount |
|---|---|---|---|---|---|
| 10 | 1650-020-190 1650,WL/WF,DESERT TAN Shipped from: Chino, CA | 2 EA | 259.68 USD | 1 EA | 519.36 |
| 20 | 1650-020-130 1650,WL/WF,OD GREEN Shipped from: Chino, CA | 1 EA | 259.68 USD | 1 EA | 259.68 |
| 30 | 1650-020-110 1650,WL/WF,BLACK Shipped from: Chino, CA | 1 EA | 259.68 USD | 1 EA | 259.68 |

| | |
|---|---|
| **Net Price + Charges** | 1,038.72 |
| ***Estimated Freight Amount** | 101.76 |
| **Price BeforeTax** | 1,140.48 |
| **Sales Tax** | |
| **Grand Total** | 1,140.48 |
| **Final Amount** | 1,140.48 |

*Pelican*
*Jon Young*
*4 Pelican cases*

AR00827



**Pelican Products, Inc.**
**23215 Early Ave**
**Torrance CA  90505**
**USA**

Page:  1  of  2
Aug 1, 2016
19:07:00



# Order Confirmation

### Sold to Party

RYAN KING
C/O FLECC
21605 N 7TH AVE
Phoenix AZ  85027-2929

### Information

| | |
|---|---|
| Sales Order No. | 1125728 |
| Document Date | Aug 1, 2016 |
| Customer No. | LOBBY_P2 |
| Currency | USD |
| Pelican Contact | Edmund Valdez |

### Ship to Party

RYAN KING
C/O FLECC
21605 N 7TH AVE
Phoenix AZ  85027-2929

### Header Information

| | | | |
|---|---|---|---|
| Purchase Order No: | ORDER-1 | Purchase Order Date: | 08/01/2016 |
| Expected Ship Date: | 08/04/2016 | Freight Carrier: | UPS Ground |
| Terms of Payment | Payable immediately without deduction | Freight Type: | Prepaid |
| Terms of Delivery: | EXW ORIGIN | | |

| Item | Material | Quantity | Price | Price Unit | Amount |
|---|---|---|---|---|---|
| 10 | REPAIR_MATERIAL | 1 EA | 1,832.50 USD | 1 EA | 1,832.50 |
| | CLASSIC-V-7U-SAE | | | | |
| | Customer Material No.: | | | | |
| | OPTION: STORE N' LID KIT | | | | |
| | Shipped from: Ontario, CA | | | | |
| | -INSTALL DE STORE N' LID KIT TO | | | | |

| | |
|---|---|
| Net Price + Charges | 1,832.50 |
| ***Estimated Freight Amount | |
| Price BeforeTax | 1,832.50 |
| Sales Tax | |
| Grand Total | 1,832.50 |
| Final Amount | 1,832.50 |

Pelican Products
Jon Young
Pelican Rack/case system
for CAD servers

AR00828



# Powerwerx

**Powerwerx**
23695 Via Del Rio
Yorba Linda, CA 92887

888-321-0073
help@powerwerx.com
http://powerwerx.com

R-31

# INVOICE

**Number:** 7056194
**Date:** 8/10/2016

| Bill To | |
|---|---|
| BLM | dlblack@blm.gov |
| Dalton Black | 775-296-1542 |
| 4701 North Torrey Pines | |
| Las Vegas, NV 89130 | |

| Ship To | |
|---|---|
| BLM | dlblack@blm.gov |
| Dalton Black | 775-289-1806 |
| 1340 Financial Blvd | |
| Reno, NV 89502 | |

**Ship via:** UPS Ground
**Tracking Number:** 1Z5RW1600397300610

| SKU | Description | Unit Price | Qty | Total Price |
|---|---|---|---|---|
| 1331 | PP30 Loose Piece 30 Amp Powerpole Contact 1331 | $0.13 | 100 | $13.00 |
| WP30-100 | 30 Amp Permanently Bonded Red/Black Anderson Powerpole Connectors (Sets: 100) | $85.99 | 1 | $85.99 |
| PCLIP | Powerwerx Retention Clips for PP15/30/45 Powerpole Connectors | $0.49 | 25 | $12.25 |
| USBbuddy | USBbuddy, Portable Powerpole (12V) to USB (5V) Converter and Device Charger | $19.99 | 4 | $79.96 |
| PanelUSB-Plus | Powerwerx Panel Mount Dual USB 4.2A Device Charger for 12/24V Systems | $23.99 | 1 | $23.99 |
| BS1733 | Blue Sea 1733 Mini OLED Panel DC Voltmeter | $35.99 | 1 | $35.99 |
| PD-4 | 4 Position Power Distribution Block for 15/30/45A Powerpole Connectors | $23.99 | 1 | $23.99 |
| PanelPole | Powerwerx PanelPole, Panel Mount Housing for Two Powerpole Connectors with a Weather Resistant Cover | $18.99 | 1 | $18.99 |
| SOC-PP | Cigarette Lighter Socket with Internal 15A ATC Fuse and Powerpole Ends | $15.99 | 4 | $63.96 |
| BULLET-2-PP | Bullet/SAE Connector to Powerpole Connector - 1 ft. long | $9.99 | 1 | $9.99 |
| CigBuddy | CigBuddy, the portable cigarette lighter plug to Powerpole adapter | $14.99 | 4 | $59.96 |

| | |
|---|---|
| Subtotal: | $428.07 |
| Shipping: | $11.65 |
| Tax: | $0.00 |
| Total: | **$439.72** |
| Payment Received: | $439.72 |
| Balance Due: | **$0.00** |

Powerwerx
Dalton Black
Misc Communications parts

# PROVANTAGE® Your World of Technology

## RECEIPT

| Invoice #<br>**7725825** | Invoice Date<br>Tuesday, August 2, 2016 | Purchase Order #<br>None | Order #<br>7076336 | Customer #<br>3201496 |
|---|---|---|---|---|

Customer:

RYAN KING
BUREA OF LAND MANAGEMENT
XXXXXXXXXXXXXX
PHOENIX, AZ XXXXX

*R-32*

Payment Method: Mastercard  (...6978) Shipping: Ground Delivery Account Rep: Michele McNickle

| Shipped | Manuf Part No. | Description | Each | Total |
|---|---|---|---|---|
| 2 | PDUMH15NET2 | **TRPDOOP.** Tripp Lite Switched PDU 15A 8 (5-15R) 120V 5-15P 100-127V 12ft Cord 1U Rack-Mount | 334.00 | 668.00 |

Shipping & Handling: 15.00

(US\$) **Total:** 683.00

**PAID IN FULL WITH CREDIT CARD**

## Provantage LLC

7576 Freedom Avenue NW, North Canton, Ohio 44720-6902 USA
Email: Accounting@provantage.com   Fax: 330-494-5260   Business Office: 330-494-3781

FEN 45-3142133

AR00830



1519 Int. 30 W.
Greenville, TX 75402
United States
+1 903 453 0801

R-33

# INVOICE

Order # 16094806
Order Date: Aug 9, 2016

| SOLD TO: | SHIP TO: |
|---|---|
| Ryan King<br>21605 North 7th Avenue<br>Phoenix, Arizona, 85027<br>United States<br>T: 480-209-9178 | Ryan King<br>21605 North 7th Avenue<br>Phoenix, Arizona, 85027<br>United States<br>T: 480-209-9178 |
| **Payment Method** | **Shipping Method:** |
| Name on the Card:<br>Credit Card Type: Master Card<br>Credit Card Number: xxxx-6978<br>Expiration Date: 01/2017 | UPS - UPS Second Day Air<br>(Total Shipping Charges $98.28) |

| Products | SKU | Price | QTY | Tax | Subtotal |
|---|---|---|---|---|---|
| 2U Bracket, 4-bends, 3.50" wide | 2UBRK-350-FULL | $15.99 | 10 | $0.00 | $159.90 |
| Dell 2950 Quick Dry Slide Rack Rails | 122-5203 | $104.99 | 2 | $0.00 | $209.98 |
| 2U, Universal Rack Rails | 2UKIT-109 | $129.99 | 2 | $0.00 | $259.98 |
| | | | | Subtotal: | $629.86 |
| | | | | Shipping & Handling: | $98.28 |
| | | | | Grand Total: | $728.14 |
| | | | | Total Paid: | $728.14 |
| | | | | Total Due: | $0.00 |

Rack Solutions
Ryan King
Racks for Secuers

AR00831

9/28/2016
Confirmation of your Order 00070059 - ~~████████~~ - DEPARTMENT OF THE INTERIOR Mail



Phone: +1.800.347.1200

# Thank you for your order!

R-34

Matt Gochis

Dear Matthew Gochis,
Please find a summary of your order for your reference:

Order number **00070059** placed on **Jun 29, 2016**

|  |  | Price | Quantity | Total |
|---|---|---|---|---|
|  | **NIK® Test A - General Screening**<br>**Model 800-6071 \| SKU 1006149 \| Part 800-6071**<br><br>• IN STOCK. Ships within 14 days. | $18.00 | 10 | $180.00 |
|  | **NIK® Test B - General Screening**<br>**Model 800-6072 \| SKU 1006150 \| Part 800-6072**<br><br>• IN STOCK. Ships within 14 days. | $18.00 | 10 | $180.00 |
|  | **NIK® Test C - Barbiturates** | $25.50 | 5 | $127.50 |

AR00832

Case 1:19-cv-03729-DLF   Document 35-2   Filed 07/12/21   Page 254 of 372
9/28/2016
Confirmation of your Order 00070059 - ████@████ - DEPARTMENT OF THE INTERIOR Mail



Model 800-6073 | SKU 1006151 | Part
800-6073

- **IN STOCK. Ships within 14
days.**

---



**NIK® Test E - Marijuana, Hashish
and Hash Oil**
Model 800-6075 | SKU 1006153 | Part
800-6075

$25.50     5     $127.50

- **IN STOCK. Ships within 14
days.**

---



**NIK® Test G - Cocaine, Crack & Free
Base**
Model 800-6077 | SKU 1006155 | Part
800-6077

$25.50     10     $255.00

- **IN STOCK. Ships within 14
days.**

---



**NIK® Test H - Methadone**
Model 800-6078 | SKU 1006156 | Part
800-6078

$25.50     1     $25.50

- **IN STOCK. Ships within 14
days.**

---

**NIK® Test J - PCP**

$25.50     1     $25.50

AR00833

Case 1:19-cv-03729-DLF  Document 35-2  Filed 07/12/21  Page 255 of 372
9/28/2016
Confirmation of your Order 00070059 - ~~maguire@energy~~ - DEPARTMENT OF THE INTERIOR Mail



Model 800-6079 | SKU 1006157 | Part
800-6079

- **IN STOCK. Ships within 14
days.**

---



**NIK® Test K - Opiates**
Model 800-6080 | SKU 1006158 | Part
800-6080

- **IN STOCK. Ships within 14
days.**

| | | |
|---|---|---|
| $25.50 | 3 | $76.50 |

---



**NIK® Test L - Heroin**
Model 800-6081 | SKU 1006159 | Part
800-6081

- **IN STOCK. Ships within 14
days.**

| | | |
|---|---|---|
| $25.50 | 3 | $76.50 |

---



**NIK® Test M - Methaqualone**
Model 800-6082 | SKU 1006160 | Part
800-6082

- **IN STOCK. Ships within 14
days.**

| | | |
|---|---|---|
| $25.50 | 1 | $25.50 |

---



**NIK® Test N - Pentazocine**
Model 800-6083 | SKU 1006161 | Part
800-6083

| | | |
|---|---|---|
| $25.50 | 3 | $76.50 |

AR00834

9/28/2016

Case 1:19-cv-03729-DLF   Document 35-2   Filed 07/12/21   Page 256 of 372
Confirmation of your Order 00070059 - ⬛⬛⬛⬛⬛⬛⬛ DEPARTMENT OF THE INTERIOR Mail

- IN STOCK. Ships within 14 days.



**NIK® Test O - GHB**
Model 800-6090 | SKU 1006168 | Part 800-6090

| | | |
|---|---|---|
| $25.50 | 10 | $255.00 |

- IN STOCK. Ships within 14 days.



**NIK® Test P - Propoxyphene**
Model 800-6084 | SKU 1006162 | Part 800-6084

| | | |
|---|---|---|
| $25.50 | 1 | $25.50 |

- IN STOCK. Ships within 14 days.



**NIK® Test Q - Ephedrine**
Model 800-6085 | SKU 1006163 | Part 800-6085

| | | |
|---|---|---|
| $25.50 | 5 | $127.50 |

- IN STOCK. Ships within 14 days.



**NIK® Test R - Valium , Rohypnol and Methcathinone**
Model 800-6086 | SKU 1006164 | Part 800-6086

| | | |
|---|---|---|
| $25.50 | 5 | $127.50 |

- IN STOCK. Ships within 14 days.

AR00835

Confirmation of your Order 00070059 - ~~████@█████~~ - DEPARTMENT OF THE INTERIOR Mail



**NIK® Test T - Ketamine**
**Model 800-6091 | SKU 1006169 | Part**
**800-6091**

| | | |
|---|---|---|
| $25.50 | 5 | $127.50 |

- **IN STOCK. Ships within 14 days.**



**NIK® Test U - Methamphetamine**
**Model 800-6087 | SKU 1006165 | Part**
**800-6087**

| | | |
|---|---|---|
| $25.50 | 10 | $255.00 |

- **IN STOCK. Ships within 14 days.**



**NIK® Test W - Amphetamines and Methadone**
**Model 800-6088 | SKU 1006166 | Part**
**800-6088**

| | | |
|---|---|---|
| $25.50 | 5 | $127.50 |

- **IN STOCK. Ships within 14 days.**



**NIK® Test I - PMA, Ketamine, Barbiturates and Methadone**
**Model 800-6089 | SKU 1006167 | Part**
**800-6089**

| | | |
|---|---|---|
| $25.50 | 1 | $25.50 |

- **IN STOCK. Ships within 14 days.**

AR00836

9/28/2016

Case 1:19-cv-03729-DLF   Document 35-2   Filed 07/12/21   Page 258 of 372
Confirmation of your Order 00070059 - ~~█████@█████~~ - DEPARTMENT OF THE INTERIOR Mail

Order will ship within 2 business days

## Shipping & Payment

## Order Summary

| | |
|---|---|
| Merchandise | $2,247.00 |
| Shipping | $0.00 |
| Tax | $0.00 |

**Shipping To:**

Sean Hyrons
1340 Financial Blvd
Reno, NV 89502-7147
United States

Phone: 7754343722
PO # or Group / Agency
Bureau of Land Management
Method: Fedex Ground
Shipping Status: Not Shipped

**Paid By:**

Credit Card
Matthew Gochis

•••••••
EXP 03/2019
Amount: $2,247.00
Billing
Email: ~~█████@███.███~~

AR00837



8/3/2016                                    DEPARTMENT OF THE INTERIOR Mail - Confirmation for scheels.com Order #15866394

**Freiberg, David <dfreiberg@blm.gov>**

## Confirmation for scheels.com Order #15866394
1 message

*12-35*

customerservice@scheels.com <customerservice@scheels.com>                    Wed, Aug 3, 2016 at 12:18 PM
To: dfreiberg@blm.gov



*LLNVW03500, L51050000, fA0000*
*- PPE pants*
*. LVRCF 1604630.16*

# SCHEELS                                    ORDER CONFIRMATION

*2646,*

| APPAREL | FOOTWEAR | HUNTING | FISHING | CAMPING | ATHLETIC GEAR | FAN SHOP |

## THANK YOU FOR ORDERING FROM SCHEELS.COM

### ORDER #: 15866394    ORDER DATE: AUGUST 3, 2016

### BILLING INFORMATION

Credit Card Payment: MasterCard
Account Number: *************2796
Expiration Date: 05/2017
Amount: $800.00

**Billing Address:**

David Freiberg
400 West F Street
Shoshone Idaho
United States 83352
208732-7271
dfreiberg@blm.gov

### SHIPPING INFORMATION

**Shipping Address:**

David Freiberg
400 West F Street
Shoshone Idaho
United States 83352
208732-7271
dfreiberg@blm.gov

**Ship as Complete: Yes**

### ORDER SUMMARY

| Product | | Shipping Method | Qty | Each | Total |
|---|---|---|---|---|---|
| Product Image | Men's The North Face Paramount Peak II Convertible Pant<br>SKU: 63743945601<br>Color : Weimaraner Brown<br>Size : Medium<br>Length : Regular | Promotional Shipping | 2 | $80.00 | $160.00 |
| Product Image | Men's The North Face Paramount Peak II Convertible Pant<br>SKU: 63743945602<br>Color : Weimaraner Brown<br>Size : Medium<br>Length : Long | Promotional Shipping | 2 | $80.00 | $160.00 |
| Product Image | Men's The North Face Paramount Peak II Convertible Pant<br>SKU: 63743945599<br>Color : Weimaraner Brown<br>Length : Regular<br>Size : Large | Promotional Shipping | 1 | $80.00 | $80.00 |

**AR00838**

8/3/2016                     DEPARTMENT OF THE INTERIOR Mail - Confirmation for scheels.com Order #15866394

| | | | | | |
|---|---|---|---|---|---|
|  Product Image | **Men's T.   North Face Paramount Peak II Convertible Pant** SKU: 63743945597 **Color : Weimaraner Brown** **Size : Large** **Length : Long** | Promotional Shipping | 2 | $80.00 | $160.00 |
| Product Image | **Men's The North Face Paramount Peak II Convertible Pant** SKU: 63743944817 **Color : Asphalt Grey** **Length : Long** **Size : Medium** | Promotional Shipping | 1 | $80.00 | $80.00 |
| Product Image | **Men's The North Face Paramount Peak II Convertible Pant** SKU: 63743944818 **Color : Asphalt Grey** **Length : Short** **Size : Large** | Promotional Shipping | 1 | $80.00 | $80.00 |
| Product Image | **Men's The North Face Paramount Peak II Convertible Pant** SKU: 63743944818 **Color : Asphalt Grey** **Length : Short** **Size : Large** | Promotional Shipping | 1 | $80.00 | $80.00 |

|  |  |
|---|---|
| Order Subtotal: | $800.00 |
| Total discounts on order: | ($14.36) |
| Tax: | $0.00 |
| Shipping: | $14.36 |
| Shipping Tax: | $0.00 |
| **Order Total:** | **$800.00** |

**UPS MY CHOICE** 
Get free delivery alerts >

**Norton** SECURED   YOUR PURCHASE IS NORTON GUARANTEED

---

  

## Love hearing about online specials and new products?
## Update your profile and interests and be the first to know!

NEW USER? REGISTER ►        ALREADY REGISTERED?   UPDATE YOUR PROFILE ►

## CONNECT WITH US!

---



**Everything you buy at SCHEELS, on sale or otherwise, is guaranteed satisfactory or your money back. You don't take chances at SCHEELS ... Ever.**

---

**Once your order is prepared and ready to be shipped you will recieve an email with your shipping and tracking information in the next 24-48 hours. If you have any questions or concerns about your order, you can contact us by email at customerservice@scheels.com.**

Security Pro USA

8543 Venice Blvd.
Los Angeles, CA 90034
(310) 475-7780
www.securityprousa.com



R-36

# Sales Order

| Date | S.O. No. |
|------|----------|
| 8/1/2016 | 130974 |

| Name / Address |
|----------------|
| BLM |
| Matthew Gochis |
| 440 W. 200 South Suite 500 |
| Salt Lake City, UT 84101 |

| Ship To |
|---------|
| BLM |
| Eric Boik |
| 1340 Financial Blvd. |
| Reno, NV 89502 |

| P.O. No. | Terms | Ship By Date |
|----------|-------|--------------|
| | Pre-Pay | 8/1/2016 |

| Item | Description | Ordered | Rate | Amount |
|------|-------------|---------|------|--------|
| 34023RTDNRNS... | Rebel Tactical Shemagh Tactical Military Scarf 42"x42" (Desert Sand) | 120 | 8.06 | 967.20 |
| Shipping | Shipping | 1 | 38.60 | 38.60 |

Cindy Perez
Direct Phone: 310-475-7780 Ext. 109
Fax: 310-475-7065
cp@securityprousa.com
www.securityprousa.com
DUNS# 616679049, Federal Tax ID: 95-4308568
CAGE: 3R0M2
Small Business/GSA Contract # GS-07F-0577T

Reference Number:124106914
Total:$1,005.80
Transaction Type:Sale
Transaction Status:Pending Settlement
Card Type:MasterCard
Card Number:
Entry Method:Keyed
Approval Code:024656
Approval Message:APPROVAL
AVS Result:Full Exact Match
CSC Result:Match
Customer Name:Matthew Gochis
Invoice:130974

Thank you for your business

**Total**                                      $1,005.80

Signature _____

Export warning : This product may be subject to the Arms Export Control Act (Title 22, U.S.C., Sec 2751, et seq.). Violations of these export laws are subject to severe criminal penalties. US export controls and may fall under ITAR or BIS regulations. It is the buyer responsibility to obtain a proper export license.

AR00840

9/28/2016



DEPARTMENT OF THE INTERIOR Mail - Fwd: Sirchie: New Order # 100025361

Gochis, Matthew <mdgochis@blm.gov>

## Fwd: Sirchie: New Order # 100025361
1 message

R-37

**Hyrons, Sean** <shyrons@blm.gov>
To: Matthew Gochis <mgochis@blm.gov>

Mon, Aug 15, 2016 at 2:51 PM

*Sean Hyrons*

——— Forwarded message ———
From: **Sales** <marketing@sirchie.com>
Date: Mon, Aug 15, 2016 at 1:50 PM
Subject: Sirchie: New Order # 100025361
To: sean hyrons <shyrons@blm.gov>



## Hello, sean hyrons

Thank you for your order from Sirchie. Once your package ships we will send an email with a link to track your order. You can check the status of your order by logging into your account. If you have any questions about your order please contact us at marketing@sirchie.com or call us at 800-356-7311 Monday - Friday, 8am - 5pm PST.
Your order confirmation is below. Thank you again for your business.

## Your Order #100025361 (placed on August 15, 2016 4:50:19 PM EDT)

**Billing Information:**

sean hyrons
Bureau Of Land Management

**Payment Method:**

**Credit Card**

AR00841

9/28/2016

DEPARTMENT OF THE INTERIOR Mail - Fwd: Sirchie: New Order # 100025361

1340 Financial Blvd
Reno, Nevada, 89502
United States

**Shipping Information:**

sean hyrons
Bureau Of Land Management
1340 Financial Blvd
Reno, Nevada, 89502
United States

**Shipping Method:**

United Parcel Service - Ground

| Item | Sku | Qty | Subtotal |
|---|---|---|---|
| Keepsafe Evidence Bag 6 inch x 10 1/4 inch | KSB610C | 1 | $40.95 |
| Integrity Evidence Bag 4 inch x 7 1/2 Inch (100 each) | IEB4000 | 1 | $23.75 |
| Keepsafe Evidence Bag 10 Inch x 13 inch | KSB1013C | 1 | $51.20 |
| Integrity Evidence Bag 12 inch x 15 1/2 inch (100 each) | IEB1200 | 1 | $48.75 |
| Preprinted Kraft Evidence Bag 8 inch x 5 inch x 18 inch (Set of 100) | EB002P | 1 | $24.95 |
| Preprinted Kraft Evidence Bag 12 inch x 7 inch x 18 inch (Set of 100) | EB003P | 1 | $26.95 |
| | | Subtotal | $216.55 |
| | | Shipping & Handling | $46.26 |
| | | **Grand Total** | **$262.81** |

Thank you, **Sirchie**

GSA discount 3.48
Total 259.33

AR00842

# SKAGGS

**Public Safety Uniforms & Equipment**
**Salt Lake City Store**
**3828 South Main Street**
**SALT LAKE CITY, UT  84115**
**(801) 261-4400**

# INVOICE

| | |
|---|---|
| Invoice Date | 08/17/16 |
| Invoice No. | 2724237 RI |
| Customer No. | 277101 |
| Page No. | 1 |

R-38

| Sold To: | Shipped To: |
|---|---|
| BLM | BLM |
| 440 WEST 200 SO | 440 WEST 200 SO |
| SALT LAKE CITY, UT  84145 | SALT LAKE CITY, UT  84145 |

Matt Gochis

| Customer P.O. | Ship Via | Terms | Order Date | Sales Order No. |
|---|---|---|---|---|
| GOCHIS, MATT | Undefined | Blank Terms | 08/17/16 | 1970512 SO |
| Special Instructions | | | | Sales Person |
| 801-539-4083 | | | | 582853 |

| Quantity | Item | Description | Unit Price | Extended Price |
|---|---|---|---|---|
| 40 | LAS SF12-01 | BATTERIES, 3VOLT ONE EACH | 2.00 | 80.00 |
| -1 | PERSONAL PAY | PERSONAL PAYMENT | 80.00 | -80.00 |

| PLEASE REMIT PAYMENT TO: | Skaggs Companies, Inc.<br>3828 South Main Street<br>Salt Lake City, UT  84115 | Tax @0.000% | .00 |
|---|---|---|---|
| | | Invoice Total | .00 |
| Signature: | Date: | AR00843 | |

Sports Den Corporate Sales Inc

1350 S Foothill Drive
Salt Lake City, UT 84108

R-39

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/20/2016 | 2033 |

| Bill To | Ship To |
|---------|---------|
| MATT GOCHIS<br>BLM OFFICE OF LAW ENFORCEMENT AND SECURIT<br>440 WEST 200 SO SUITE 500<br>SALT LAKE CITY UTAH 84101 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | BRAD | 8/20/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 11 | SHIRTS | SHIRTS WITH LOGO'S | 50.00 | 550.00 |

| | Total | USD 550.00 |
|--|-------|------------|

AR00844

What: BLM Personnel Uniforms (PPE)

How: $550.00

Quantity: 11 shirts

Why: Uniforms purchased for BLM Personnel with UV protection. Shirts are designed to protect BLM employees while working extended periods of time in harsh environment conditions such as Heat, UV contact, Wind, dust, and Rain.

AR00845



**Million, Zach <zmillion@blm.gov>**

## Receipt from Andys Lock And Key
1 message



**Andys Lock And Key via Square** <receipts@messaging.squareup.com>          Fri, Aug 19, 2016 at 12:31 PM
Reply-To: Andys Lock And Key via Square
<r_oiyukojzlfnfershljmtis2c.rYUZ.UjTNWByf7AwO3vi0.57fa43188056ec874f5ff488669870eb4efd761f@reply.squareup.com>
To: zmillion@blm.gov

**Things just got easier.**
Now when you shop at sellers who use Square,
your receipts will be delivered automatically.
Learn more.

 

Andys lock & key
Zach Million

Extra Keys
for vehicles

**$8.00**

| Custom Amount | $8.00 |
|---|---|
| Total | $8.00 |

| MasterCard 2970 (Swipe) | 8/19/2016, 12:30 PM |
|---|---|
|  | #Qch4 |
|  | 097628 |

**AR00846**



**Jay's Detail**
1626 Hwy 20 South
Worland, WY 82401
(307)3472071
jaysdetail@rtconnect.net

5

R-41

**BILL TO**
G.S.A.
101 South 23rd Street
Worland, wy 82401

**INVOICE #** 5963
**DATE** 09/21/2016
**DUE DATE** 10/21/2016
**TERMS** Net 30

| VIN | ODOMETER | LICENSE/UNIT# |
|---|---|---|
| 1FMCU9GX1EUC39237 | 26182 | I-429462 |

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 09/21/2016 | **Full Detail**<br>WHITE 01-2014 FORD ESCAPE | 160.00 |
| 09/21/2016 | **Pick Up & Delivery**<br>Included | 0.00 |

Thank you for your business.

**BALANCE DUE**

**$160.00**

*Used by Ken Lloyd
for burning Man trip*

*Watkins*

AR00847

Company: Staples          Matt Gochis
Date: 08/20/2018
Suppress: Ink labels for dispatch and
Cost: 048.76   office supplies

# STAPLES

624 East 400th South
Salt Lake City, UT 84102
(801) 355-9444

SALE                        1788149 16 006 21418
                            0417 08/20/18 61.47

## QTY  SKU                        PRICE

| 1 | STPLS STAN VIEW BN | |
| | 718103190509 | 8.99N |
| 1 | STPLS STAN VIEW BN | |
| | 718103198509 | 8.99N |
| 1 | STPLS HD VIEW BIND | |
| | 718103198882 | 8.99N |
| 1 | BUS-CARD INKJET IV | |
| | 072782008767 | 19.79N |

SUBTOTAL                           46.76

Tax Exempt Number 411990/600
This Tax-Exempt Customer number has been
temporarily deactivated. Please call the
Staples Tax Dept. at 800-611-4000.

TOTAL                             $46.76

MASTERCARD                     USD$46.76
Card No.: XXXXXXXXXXX9340 [C]
Chip Read
Auth No.: 089532
AID.: A0000000041010

R-42

TOTAL ITEMS     4

Staples brand products.
Below Budget. Above Expectations.

THANK YOU FOR SHOPPING AT STAPLES !

AR00848

R-43



**TravelCenters**
**of America**

TA Sparks #0172
200 North McCarren
Sparks NV 89431-5419
775-359-0550

Receipt # 42032281
Wed Aug 17, 2016
Floretta S
Register #42
Type: SALE       (COPY)

Qty Name                Price    Total

  1 Diesel #2          2 659   130.02
     Pump          3
     Gallons       4 898
     Price / Gal   2 659

Sale Total                    130 02
Tax Total                       0 00
**Total**                   `130.02`

Received
  MASTERCARD FLEET            130 02
  556826******0442    SWIPED
  APPROVED  044481
  Auth. Code  044481
  Invoice NO  07298

PROMPTS

Site Manager. 775 359 0550
District Manager Cell  5   586  718

Please come again!

James Iagulli

AR00849

R-44



STORE MANAGER LOGAN FELLHAUER 354-2248
4755 GALLERIA PKWY SPARKS, NEVADA 89436

3313  00001  79234   08/19/16  11:41 AM
CASHIER MARY

07/28 343000 2X4-10 GDF <A>
    2X4-10FT STD/BTR PRIME DOUG FIR
    $19.90                          19.90N
    MAX REFUND VALUE $19.05/5
07/29 330019 4X4-10 GDF <A>
    4X4-10FT #2/BTR PRIME DOUG FIR   11.15N
    MAX REFUND VALUE $10.91
------------FED Customer-----------
30.65 2.25 Percent Off        -0.69
MUST RETURN ALL ITEMS FOR A FULL REFUND

              SUBTOTAL        29.96
              SALES TAX        0.00
TAX EXEMPT
              TOTAL          $29.96
XXXX XXXXXXX2970 MASTERCARD      29.96
AUTH CODE 022019/7010411          TA

P.O.#/JOB NAME: NO

3313 01 79234 08/19/2016 5763

RETURN POLICY DEFINITIONS
POLICY ID   DAYS    POLICY EXPIRES ON
A     1      90        11/17/2016
THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

********************************************

Home Depot
Zach Million
Lumber to build wallmounts
& Shade Structures.

AR00850

9/28/2016                          DEPARTMENT OF THE INTERIOR Mail - Toolfetch: New Order # T286753



Gochis, Matthew  ~~mdgochis@blm.gov~~

## Toolfetch: New Order # T286753
3 messages

R-45

**Toolfetch Sales** <sales@toolfetch.com>                              Mon, Aug 29, 2016 at 12:06 PM
To: Matt Gochis ~~mdgochis@blm.gov~~



Call Us 1-800-508-4735

## Hello, Matt Gochis

Thank you for your order from Toolfetch. Once your package ships we will send an email with a link to track your order.
You can check the status of your order by logging into your account. If you have any questions about your order please
contact us at orders@toolfetch.com or call us at 1-800-508-4735 Monday - Friday, 9:00AM - 5:30PM EST.

Your order confirmation is below. Thank you again for your business.

## Your Order #T286753 (placed on August 29, 2016 2:06:47 PM EDT)

**Billing Information:**                          **Payment Method:**

Matt Gochis                                       **Credit Card**
Bureau Of Land Management
440 West 200 South Suite 500
Salt Lake City, Utah, 84101                        **Credit Card Type:**
United States                                      MasterCard
~~████████████~~
                                                   **Credit Card Number:**
                                                   ~~████████████~~

**Shipping Information:**                          **Shipping Method:**                    AR00851

9/28/2016

DEPARTMENT OF THE INTERIOR Mail - Toolfetch: New Order # T286753

UPS - UPS 2nd Day Air

Matt Gochis
BLM OLES
P.O. Box 307
200 Transfer Road
Gerlach, Nevada, 89412
United States

| Item | Sku | Qty | Subtotal |
|---|---|---|---|
| Streamlight 44947 Coyote Super Siege 120v Combolantern | SG44947 | 1 | $120.12 |
| | | Subtotal | $120.12 |
| | | Shipping & Handling | $30.00 |
| | | **Grand Total** | **$150.12** |

Thank you again!

   

---

**Gochis, Matthew** <██████@███.gov>                          Mon, Aug 29, 2016 at 12:10 PM
To: Michael Carpenter <████████@███.gov>
Cc: Deborah Sullivan <dsullivan@blm.gov>, Eric Boik <████@███.gov>

Mike,

The light company called me and unbelievably after completing my order they called and said the coyote color was out of order and they would send a yellow light.

I declined and canceled order, and have purchased another coyote light from another company with 2 day UPS 2nd day air.

I apologize for this delay, but it should be here 2 days from 8/29/2016 at 10:00.

AR00852

# Venus Communications LLC

R-46

# Invoice

**Remit to:**
**Venus Communications LLC**
**10650 Copper Lake Dr.**
**Reno, NV 89521**

PAID
08.02.2016

| Date | Invoice # |
|------|-----------|
| 8/2/2016 | 182105 |

| Bill To | Ship To |
|---------|---------|
| Bureau of Land Management<br>Attn: Dalton Black<br>4701 N. Torrey Pines Dr.<br>Las Vegas, NV 89130 | Bureau of Land Management<br>Attn: Dalton Black<br>1340 Financial Blvd<br>Reno, NV 89502 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| VBL 7/29 | Credit Card | | 8/2/2016 | Best Way | Destination | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 2 | ANT150F2-I | Telewave - 148-174 2.5 dB Fiberglass Inverted Omni | 640.06 | 1,280.12 |
| 2 | WSBC3010 | Commscope - Pipe-to-Pipe Clamp. 1-1/2" to 3-1/2" | 56.245 | 112.49 |
| 1 | RFA-4009 | RF Industries - master cable crimp tool kit includes a crimping tool with a piston-type compression crimp frame and two hex dies for low loss LMR400 and LMR600 | 399.37 | 399.37 |
| 1 | CST-600 | Times Microwave - LMR-600 Prep Tool for virtually all connectors | 81.42 | 81.42 |
| 1 | 105020WS | Platinum Tools - Shielded EZ-RJ45 Connectors w/pass-thru 100/box | 156.51 | 156.51 |
| | shipping | | 0.00 | 0.00 |

Venus Comm
Dalton Black
Antenna's &
accessories

It's been a pleasure working with you!

| **Total** | **$2,029.91** |
|-----------|---------------|

AR00853

 R-47



**Washoe County**
**Regional Public Safety Training Center**
**5190 Spectrum Blvd.**
**Reno, NV  89512**
**775-789-5512**

Bureau of Land Management LV
Attn:  Accounts Payable
4701 N. Torrey Pines Dr.
Las Vegas NV  89130

*Chris Allen*

*Chris Allen*

| INVOICE |
|---|
| Date:  07/26/2016 |
| Invoice Number:  1817000212 |
| Customer Number:  6000002389 |
| Reference:  MOODLE |
| Due In:   30 Days Net |

| Description | Amount |
|---|---|
| BLM-Burning Man-Moodle for 19 people | 475.00 |
| | **Total Due: 475.00** |

## Please detach and remit with payment.

Name:    Bureau of Land Management LV Attn:  Accounts Payable

Customer Number:  6000002389          Amount Paid:  _____

Document Number(s): 1817000212

**REMIT PAYMENT TO:**
**Washoe County**
**Regional Public Safety Training Center**
**5190 Spectrum Blvd.**
**Reno, NV  89512**

AR00854

More

# FW: Washoe County transaction receipt. 8/1/2016 3:25:13 PM Pacific - Invoice: 1817000212    Inbox   x

**Bender, Julie** <JBender@washoecounty.us>                          3:25 PM (41 minutes ago)
to me

Washoe County

5190 Spectrum Blvd
Reno, NV 89512

8/1/2016 3:25:05 PM
Reference Number: 124125020
Total:              $475.00
Transaction Type:   Sale
Transaction Status: Pending Settlement
Card Type:          MasterCard
Card Number:        xxxxxxxxxxxx0126
Entry Method:       Keyed
Approval Code:      003465
Approval Message:   APPROVAL 003465
AVS Result:         0
CSC Result:         Match
Customer Name:      BLM-LV Moodle
Invoice:            1817000212
        X_____

Please sign here to agree to payment.
UNR

 Click here to Reply or Forward

AR00855



# INVOICE/RECEIPT

*R-48*

**INDUSTRIES FOR THE BLIND, INC.**
445 S. CURTIS RD.
WEST ALLIS, WI 53214
800-642-8778
customerservice@ibsupply.com
www.ibSupply.com

| | |
|---|---|
| **INVOICE NUMBER** | IB695652 |
| **INVOICE DATE** | 08/16/2016 |
| **ORDER NUMBER** | IB695652 |
| **ORDER DATE** | 08/12/2016 |
| **PAGE** | 1 of 2 |

| BILLING ADDRESS | SHIPPING ADDRESS |
|---|---|
| DOI BLM<br>BIANCA ACOSTA<br>1340 FINANCIAL BLVD<br>RENO, NV 89502<br>775-861-6489<br>bacosta@blm.gov | DOI BLM<br>ATTN: MARK PIRTLE<br>200 TRANSFER ROAD<br>GERLACH, NV 89412<br>775-557-2503<br>bacosta@blm.gov |

| PO NUMBER / JOB ORDER NUMBER | TERMS | CUSTOMER ACCOUNT |
|---|---|---|
| | NET 30 | DOIBA1 |
| **DUNS #:**  006096200 | **Fed ID #:**  39-0840476 | |

| Item Number | Contract Status | AbilityOne | Green | Ord.Qty. | Ship Qty. | Unit Price |
|---|---|---|---|---|---|---|
| Item Description | | | | UOM | Status | Ext. Price |
| AVE11025 | GS-02F-0208N | NO | NO | 4 | 4 | 4.95 |
| Avery Key Tag | | | | PK | | 19.80 |

**Date Captured:** 08/16/2016 22:10PM
**Credit Card #:** XXXXXXXXXXX0972
**Status:** PAID IN FULL!

| | |
|---|---|
| Any returns must be made within 30 days of the date of purchase. Products are subject to a 10% restocking fee, plus all return shipping charges if customer error. Custom furniture cannot be returned. | |

| | |
|---|---|
| **SUBTOTAL** | $19.80 |
| **SHIPPING** | $0.00 |
| **DISCOUNT** | $0.00 |
| **SALES TAX** | $0.00 |
| **LESS DEPOSIT** | $19.80 |
| **TOTAL AMOUNT DUE** | $0.00 |

AR00856

*Industries for the Blind, Inc.*          Generated on: 12/21/2016 10:45AM          *An Equal Opportunity Employer!*

## INVOICE DETAILS

Sold and Shipped by **Newegg**



| | |
|---|---|
| Order #: | 316510298 |
| Invoice #: | 141620296 |
| Submitted: | 08/11/2016 02:58 PM |

### Ship To

Ryan King
BLM
21605 N 7th Ave
Phoenix,AZ 85027-2929
United States

602-417-9655

### Bill To

Ryan King
BLM
21605 North 7th Avenue
Phoenix,AZ 85027

Mastercard:************6978

## Order Summary

| Qty | Product Description | Price |
|---|---|---|
| | **Shipped from CA, USA - Tracking #: 609502616061** | |
| 1 | Synology CLP4 Camera License Pack - 1 code to connect up to 4 IP cameras Item #: N82E16822108230 Standard Return Policy | $199.00 |
| | **Subtotal** | $199.00 |
| | Tax | $0.00 |
| | Newegg Next Day | $28.83 |
| | Order Total | $227.83 |

## Return Policies

1. **--Manufacturer Warranty**
   a. Summary
      i.
         - Return for refund within: non-refundable
         - Return for replacement within: non-replaceable
   b. Detail
      i. Newegg.com does not offer any express warranties. However, many of the products available through Newegg.com are covered by Manufacturers' Warranties. If a product is covered by a manufacturer's warranty, it will be stated on that product's web page. Manufacturers' warranty details are typically available at the manufacturer's website; click Contact Manufacturers to see a list of the manufacturers whose items we carry. Detailed manufacturer warranty information can also be obtained for free by contacting our Customer Service department. Please note that products in this category are **non-refundable** unless otherwise indicated.

      Products that state "*This item can be returned to the product manufacturer only*" must be returned directly to the product manufacturer for repair or replacement, unless otherwise required by law. For these items, the warranty policy provided by the product manufacturer explicitly requires that any returns, repairs etc. be requested and processed directly by the consumer (or "end-user") of the item.

2. **Standard Return Policy**
   a. Summary
      i.
         - Return for refund within: 30 days
         - Return for replacement within: 30 days
   b. Detail
      i. This is our Standard Return Policy. Items covered by this policy (those products for which Newegg states "*This item may be returned for a replacement or refund within 30 days only*") must be returned to Newegg

9/28/2016                    DEPARTMENT OF THE INTERIOR Mail - Order #1885 confirmed



Gochis, Matthew <mgochis@bim.gov>

## Order #1885 confirmed
1 message

**RescueGear.com** <orders@rescuegear.com>                                    Sat, Aug 27, 2016 at 6:30 PM
To: mgochis@bim.gov

R-50

matt Gochis

# RescueGear.com                    ORDER #1885

## Thank you for your purchase!

Hi matt, we're getting your order ready to be shipped. We will notify you when it has been sent.

View your order        or   Visit our store

## Order summary

   CMC Radio Vest × 5                                    **$460.00**

                              Subtotal                **$460.00**          AR00858

https://mail.google.com/mail/u/0/?ui=2&ik=75d23b43b0&view=pt&cat=BM%202016%20Receipts&search=cat&th=156ce8dda3146b83&siml=156ce8dda3146b83

9/28/2016

| Shipping | $56.54 |
|---|---|
| **Total** | **$516.54 USD** |

## Customer information

| Shipping address | Billing address |
|---|---|
| matt gochis | matt gochis |
| P.O. Box 307 200 Transfer Road | 440 West 200 South |
| | suite 500 |
| Gerlach, Nevada 89412 | Salt Lake City, Utah 84101 |

| Shipping method | Payment method |
|---|---|
| UPS Second Day Air | Tax exempt — $516.54 |

If you have any questions, reply to this email or contact us at orders@rescuegear.com

Your order will be shipped as soon as we receive your PO printed on Department Letterhead. Web-quotes@rescuegear.com

**AR00859**

**ICBS**



**ISSUE REPORT**

**DATE:** 08-10-2016

**PAGE:** 1   OF 2

**ISSUED FROM:** Great Basin Cache
GREAT BASIN CACHE
3833 SOUTH DEVELOPMENT AVENUE
BOISE                    , ID 83705

**ISSUE NUMBER:** 0000800722
**ISSUING CACHE:** IDGBK
**INCIDENT/OTHER ORDER NUMBER:** NV-WID-020154
**INCIDENT/OTHER ORDER NAME:** 2016 BURNING MAN    **YEAR:** 2016
**CUSTOMER PO NO:**

**CUSTOMER:**
**SHIP TO:** 1340 Financial Blvd Reno, Nevada 89502

**BILL TO:** WINNEMUCA FIELD OFFICE
5100 E. WINNEMUCCA BLVD.

ISSUE UPDATED
BY: _____ DATE: 8-10-16

89500

Reno                    , NV

**CONTACT:**

WINNEMUCCA                ,NV89445

**CONTACT:**
775-623-1500

**SHIPPING CONTACT NAME:** Dalton Black

**PHONE:** 775-296-1542

<u>**ACCOUNTING INFORMATION**</u>

**FS ACCOUNT CODE :**          **OVERRIDE CODE:**          **BLM ACCOUNT CODE:** LLNVW03500.L51050000.EA0000.LVRCF1604630
**SHIPPING ACCOUNT CODE:** LLNVW03500.L51050000.EA0000.LVRCF1604630 **OVERRIDE CODE:**
**OTHER ACCOUNT CODE:**

**TOTAL COST   :** $1,425.00                **DATE/TIME ISSUED:** 2016-08-10T06:52:20
**TOTAL WEIGHT:** 312.50          LBS        **DATE/TIME RECEIVED:** 2016-08-10T06:52:21
**TOTAL CUBES :** 2.7059          CUFEET      **DATE/TIME REQUIRED:** 2016-08-12T16:00:00
**TRANSPORTATION MODE:** ALL CACHES - BEST MEANS

<u>**ISSUE COMMENTS**</u>

NEVADA STATE OFFICE
1340 FINANCIAL BLVD
RENO NV 89502
ATTN: DALTON BLACK 775-296-1542

ETA OF 8/11 RELAYED TO DALTON BLACK
EB 8/10 1145

PCS: 42   Wt: 384
HAZ: 0   Wt: 0
Total: 42   384
Shipped By: SEKO
GBL #: NS 071 413
Pro/AB: FCC71413
Date: 8-10-16
Ship $: 178

AR00860


ICBSR    For accessibility help with this application, contact the Interagency Help Desk at 1-866-224-7677 and a subject matter expert will assist you.   Jeff

Alerts  Item  Billing  Incident/Other Orders  Customer  Issues/Transfers  Inbound  Inventory  VAS  Returns  Outbound  Task  System  Business Intelligence  Configuration  Refurbishment

**Issue Details**                                                                                                                              Sa

**Sales Order**                                                                                          Confirm | Schedule & Release | View Holds | Cancel

| | | | |
|---|---|---|---|
| Enterprise NWCG | | Seller NWCG | Incident Year 2016 |
| Issue Number 000080077J | | Status Draft Order Created By ROSS | Issue Date 08/10/2016 07:52:20 |
| Issue Type Normal | | Service ☑ | Requested Ship Date 08/10/2016 ☐ |
| Document Type Incident Issue | | Incident No NV-WID-020154 | |
| Incident Type Other Support | | Incident Name 2016 BURNING MAN | |
| Incident BLM Account Code | | Incident FS Account Code | Override Code |
| Incident Other Acct Code | | Shipping Acct Code | Shipping Account Override Code |

|  | FDMS | | | | |
|---|---|---|---|---|---|
| | Cost Center | Functional Area | | Work Breakdown Structure | |

| | | | |
|---|---|---|---|
| | | Ship Cache IDGBK | Customer ID/Unit ID NVWID 🔍 |
| Recent Incident | | Previous Incident | Customer/Unit Name WINNEMUCCA FIELD OFFICE |
| Actual Delivery Date 08/10/2016 ☐ 07:52:21 ⏱ | | Estimated Delivery Date 08/10/2016 ☐ 07:52:21 ⏱ | Requested Delivery Date 08/12/2016 ☐ 17:00:00 |
| Shipping Contact Name Dalton Black | | Shipping Contact Phone 775-296-1542 | Shipping Method Shipping Instructions ☑ |

ROSS Special Needs

**Customer Details**

| | | |
|---|---|---|
| Unit Type Federal | Department USDI | Agency BLM |
| GACC WB (Western Great Basin Coordination Center) | | |

**ROSS Information** ⌐                                                        **Bill To** 🖶

| | | |
|---|---|---|
| ROSS Financial Code LLNVW03500 L51050000 EA0000 LVRCF1604630.18X | Request Initiated By ROSS | 5100 E. WINNEMUCCA BLVD. |
| ROSS Billing Organization NVWID | ROSS Fiscal Year 2016 | WINNEMUCCA NV 89445 US |
| ROSS Owning Organization Bureau of Land Management | ROSS Dispatch Unit Id NVCNC | |

**Ship** 🖅 ⌐ **Shipping Instructions** ⌐        **Will Pick Up** ⌐                        **Charges** 🖉

| To | Shipping Instructions ☑ | | Will Pick Up ☐ | | Line Sub Total | 1,4250 |
|---|---|---|---|---|---|---|
| 5100 E. WINNEMUCCA BLVD. | Information | 1340 Financial Blvd Reno, Nevada 89502 | Name | | Total Charges | 0.0 |
| WINNEMUCCA NV 89445 US | | | Information | | Total Tax | 0.0 |
| | | | | | Total Discount | 0.C |
| | City Reno | | | Time 08/12/2016 ☐ 17:00:00 ⏱ | Grand Total | 1,415 |
| | State Nevada ☑ | | | | | |

**Order Lines**                                                      Add System Number | View Details | View Instructions | View Kit Components

| ☐ Line S_# | Item ID | PC | UOM | Description | Requested Qty | Available RFI Qty | Issue Qty | Actual Pricing Qty | UTF Qty | Backordered Qty | Forwarded Qty | Ship Date | Comments | Amount | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ 5-1 | 000030 | | Supply PG | BATTERY - SIZE AA, 1.5 VOLT, PENLIGHT | 250.00 | 4869.00 | 250 250.00 | 0.00 | | 0.00 | 0.00 | | 🖉 | $ 1425.00 | Draft Orde Creat By ROSS |

20 ☑ Display # Records        Previous    Page 1 of 1    Next

*Wade*
*8/10/16*
*0915*

AR00361

**ICBS**

**DATE:** 08-10-2016

## ISSUE REPORT

**ISSUE NUMBER:** 0000800722

**PAGE:** 2   OF 2

| REQUEST NUMBER | CACHE ITEM | DESCRIPTION | QTY REQ | QTY ISSUED | QTY UTF | QTY BO | QTY FWD | U/I | UNIT COST | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|---|
| S-1 | 000030 | BATTERY - SIZE AA, 1.5 VOLT, PENLIGHT | 250.00 | 250.00 | 0.00 | 0.00 | 0.00 | PG | $5.70 | $1,425.00 |
| COMMENTS: | | | | | | | | | | |
| | | | | | | | | | $ | $ |
| COMMENTS: | | | | | | | | | | |
| | | | | | | | | | $ | $ |
| COMMENTS: | | | | | | | | | | |
| | | | | | | | | | $ | $ |
| COMMENTS: | | | | | | | | | | |
| | | | | | | | | | $ | $ |
| COMMENTS: | | | | | | | | | | |
| | | | | | | | | | $ | $ |
| COMMENTS: | | | | | | | | | | |
| | | | | | | | | | $ | $ |
| COMMENTS: | | | | | | | | | | |

**ISSUE FILLED BY :** _____

**ISSUE CHECKED BY:** _____

**DATE:** _____

**ISSUE RECEIVED BY:** _____

**DATE:** _____

**AR00862**



United States Department of the Interior
BUREAU OF LAND MANAGEMENT
Black Rock Field Office
5100 East Winnemucca Boulevard
Winnemucca, Nevada 89445
Phone: (775) 623-1500 Fax: (775) 623-1503
Email: wfoweb@blm.gov
www.blm.gov/nv/st/en/fo/wfo.html



In Reply Refer To:
LLNVW03500-17-01
2930 (NV030.12)

CERTIFIED MAIL 9171 9690 0935 0005 3401 77
*RETURN RECEIPT REQUESTED*

Charlie Dolman                                  Burning Man 2017 Event
Event Operations Director                       Special Recreation Permit
Black Rock City, LLC
660 Alabama St.                                 1/16/2018
San Francisco, CA. 94110-2008


## DECISION

Dear Mr. Dolman:

### INTRODUCTION

On July 13, 2017, the Bureau of Land Management (BLM) and Black Rock City, LLC (BRC) entered into a Cost Recovery Agreement (CRA) for the Burning Man 2017 event. That CRA included an estimate for the BLM's cost to process and administer the Special Recreation Permit (SRP) for the Burning Man 2017 event. The original CRA Phase 1 was in the amount of $472,238 and Phase 2 was in the amount of $2,031,215, which totaled $2,503,453 for the BLM's cost to process and administer the 2017 event.

The BLM makes every attempt to develop a CRA cost estimate that includes all the expected direct and indirect costs, as accurately as possible. These costs include the projected expenses for planning, issuing and administering the Burning Man SRP.

### DECISION

The BLM's actual direct and indirect costs for the Burning Man 2017 event total **$2,341,705.34.** The attached documents provide a detailed breakdown of all actual direct and indirect costs. To date, the BLM has received all of BRC's payments for the CRA, for a total of $2,503,453. Based on those actual costs and the amount already paid by BRC, the BLM has identified BRC is owed a refund of **$161,747.66.**

2017 BMC Close Out Decision                                                Page 1

**AR01243**

**RATIONALE**

The Federal Land Policy and Management Act (FLPMA) section 304(b) provides that the Secretary of the Interior is authorized to require a deposit of payments intended to reimburse the United States for costs incurred in processing and administering applications for use of the public lands, 43 U.S.C. § 1734(b).

The BLM's SRP regulations state that the BLM may refund any cost recovery overpayments, 43 C.F.R. § 2932.33(a). Further, the BLM's Recreation Permit Administration Handbook (H-2930-1) directs the BLM to refund to the applicant the remaining balance in a cost recovery account at the end of the project.

The 2017 CRA and the 2017 actual cost totals justify the refund amount BRC will receive.

**AUTHORITY**

The statutory authorities underlying the regulations in this part are FLPMA, 43 U.S.C. 1701 *et seq.*, and the Federal Land Recreation Enhancement Act (REA), 16 U.S.C. 6801 *et seq.* FLPMA contains the BLM's general land use management authority over the public lands, and establishes outdoor recreation as one of the principal uses of those lands (43 U.S.C. 1701(a)(8)). Section 302(b) of FLPMA directs the Secretary of the Interior to regulate through permits or other instruments the use of the public lands, which includes commercial recreation use. Section 303 of FLPMA authorizes the BLM to promulgate and enforce regulations, and establishes the penalties for violations of the regulations. REA authorizes the BLM to collect fees for recreational use in areas meeting certain criteria (16 U.S.C. 6802(t) and (g) (2)), and to issue special recreation permits for group activities and recreation events (16 U.S.C. 6802(h).

43 C.F.R. § 2932.33(a) states: For multi-year commercial permits, if your actual fees due are less than the estimated fees you paid in advance, BLM will credit overpayments to the following year or season. For other permits, BLM will give you the option whether to receive refunds or credit overpayments to future permits, less processing costs.

**APPEAL PROVISIONS**

A person who wishes to appeal to the Interior Board of Land Appeals must do so under 43 C.F.R. § 4.411 and must file in the office of the officer who made the decision (not the Board), in writing to Mark E. Hall, Field Manager, Black Rock Field Office, 5100 East Winnemucca Boulevard, Winnemucca, Nevada 89445. A person served with the decision being appealed must transmit the notice of appeal in time to be filed in the office where it is required to be filed within thirty (30) days after the date of service. The notice of appeal must give the serial number or other identification of the case and may include a statement of reasons for the appeal, a statement of standing if required by 43 C.F.R. § 4.412 (b). and any arguments the appellant wishes to make. Attached Form 1842-1 provides additional information regarding filing an appeal.

No extension of time will be granted for filing a notice of appeal. If a notice of appeal is filed after the grace period provided in 43 C.F.R. § 4.401 (a), the notice of appeal will not be considered and the case will be closed by the officer from whose decision the appeal is taken. If the appeal is filed during the grace period provided in§4.401(a) and the delay in filing is not waived, as provided in that section, the notice of appeal will not be considered and the appeal will be dismissed by the Board.

AR01244

The appellant shall serve a copy of the notice of appeal and any statements of reason, written arguments, or briefs under 43 C.F.R. § 4.413 on each adverse party named in the decision from which the appeal is taken and on the Office of the Solicitor, Pacific Southwest Regional Solicitor, U.S. Department of the Interior, 2800 Cottage Way, Room E-1712, Sacramento, California 95825-1890. Service must be accompanied by personally serving a copy to the party or by sending the document by registered or certified mail, return receipt requested, to the address of record in the bureau, no later than 15 days after filing the document.

In addition, within thirty (30) days of receipt of this decision you have the right to file a petition for a stay together with your appeal in accordance with the regulations at 43 C.F.R. § 4.21. The petition must be served upon the same parties specified above. Pursuant to 43 C.F.R. § 4.21(b), a petition for stay, if filed, must show sufficient justification based on the following standards:

1) The relative harm to the parties if the stay is granted or denied;
2) The likelihood of the appellant's success on the merits;
3) The likelihood of immediate and irreparable harm if the stay is not granted; and,
4) Whether the public interest favors granting the stay.

43 C.F.R. § 4.21(b)(2) provides that the appellant requesting a stay bears the burden of proof to demonstrate that a stay should be granted.

If you have any questions on this decision please contact Mark Pirtle, BLM Burning Man Planner at 775-861-6674.

Sincerely,

Mark E Hall

Mark E. Hall, PhD.
Field Manager
Black Rock Field Office

Enclosures:
Cost Recovery Closeout Summary
Attachment 1 - Project Labor Log
Attachment 2 - BLM Contracts
Attachment 3 - Travel Expenses
Attachment 4 - Vehicle Utilization Expenses
Attachment 5 - Miscellaneous Supplies and Equipment

AR01245

## 2017 BURNING MAN EVENT COST RECOVERY CLOSE OUT SUMMARY

| ITEM | Estimated Costs (per CRA EST.) | Actual Costs (per FBMS Reports) | Balance Due | Description/Comment | Detail Located On: |
|---|---|---|---|---|---|
| **LABOR** | $ 1,594,229.47 | $ 1,515,598.67 | $  (78,630.80) | | Labor Report + IAAs |
| BLM Labor | $1,534,229.47 | $1,487,097.78 | $   (47,131.69) | | Labor Report |
| Forest Service Labor | $40,000.00 | $28,500.89 | $   (11,499.11) | Via IAA Contract | Contracting Report |
| HHS Labor | $20,000.00 | 0 | $   (20,000.00) | Via IAA Contract, HHS didn't invoice | Contracting Report |
| **SUPPORT CONTRACTS** | $ 239,500.00 | $229,844.43 | **(9,655.57)** | Contracts | Contracting Report |
| **Federal Register Posting Fee** | $3,500.00 | $1,908.00 | $   (1,592.00) | Direct Internal Billing | Contracting Report |
| **Microwave/Internet**        (High Desert) | $107,000.00 | $108,710.00 | $    1,710.00 | Contract | Contracting Report |
| **Communications** | | | | | |
| Satellite Tracking (Strohman Enterprises) | $56,000.00 | $53,172.00 | $   (2,828.00) | Contract | Contracting Report |
| CAD Server Licensing (SHI International) | $8,000.00 | $3,737.40 | $   (4,262.60) | Contract | Contracting Report |
| Repeater Purchase  (Daniel's Electronics) | $15,000.00 | $7,867.48 | $   (7,132.52) | Contract | Contracting Report |
| Dell Servers and Racks (Sterling Computers) | $50,000.00 | $54,449.55 | $    4,449.55 | Contract | Contracting Report |
| **TRAVEL** | $ 95,000.00 | $ 48,235.63 | $  (46,764.37) | | Travel Report |
| **VEHICLE UTILIZATION** | $ 50,000.00 | $ 42,516.61 | $   (7,483.39) | | Vehicle Utilization Report |
| **MISC SUPPLIES, EQUIPMENT & SERVICES PURCHASE (CREDIT CARD/CONTRACT/DIRECT BILLING)** | $ 50,000.00 | $61,458.90 | **$    11,458.90** | | Misc Purchase Report |
| Substation Services (Credit Card) | N/A | $1,200.00 | | Purchased via Credit Card | Credit Card Receipts |
| Miscellaneous Credit Card Purchases | N/A | $34,875.90 | | Purchased via Credit Card or Check | Credit Card Receipts |
| Midland Radio Accessories Contract | N/A | $25,383.00 | | Purchased via Contract | Contracting Report |
| **DIRECT COST TOTAL** | **$ 2,028,729.47** | **$ 1,897,654.24** | **(131,075.23)** | | |
| **INDIRECT COST TOTAL (RATE 23.4%)** | **$ 474,722.00** | **$444,051.10** | **(30,670.90)** | | |
| **CRA Est. Calulation Error (Overcharge)** | **$ 1.53** | | | | |
| **TOTAL** | **$2,503,453.00** | **$2,341,705.34** | **(161,747.66)** | | |

AR01242

| UNITED STATES DEPARTMENT OF INTERIOR BUREAU OF LAND MANAGEMENT | Functional Area / WBS |
|---|---|
| | L51050000 / LVRCF1705280 |

**2017 BURNING MAN EVENT COST RECOVERY PROJECT LABOR LOG (ATT # 1)**

| DATE | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/22/17-9/7/17 | | | | X | X | | 201719-201720 | ALBRIGHT | CA Field Staff Ranger, K9 Handler | City Patrol, K9 Handler Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. Additional duties of K9 Handler | 193.00 | $14,367.73 |
| 4/17/17-11/24/17 | X | X | X | X | X | X | 201710-201725 | ANDRES | NV Staff Ranger | LE Planner/Deputy Ops Chief | LE Planner of event operations; Supervisor of LE program during event operations | 864.50 | $69,600.76 |
| 8/22/17-9/4/17 | | | | X | | | 201719-201720 | APLEY | OR Field Staff Ranger | Investigation (Patrol Investigative Support), Night Shift | Patrol Investigative Support function officer, works in patrol function in uniform to conduct any patrol cases that require follow-up investigation | 139.00 | $9,759.74 |
| 8/22-09/04/17 | | | X | X | | | 201719-201720 | AZAR | AZ District Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 210.50 | $17,388.91 |
| 8/22/17-9/4/17 | | | | X | | | 201719-201720 | BARNES | OLES Region 3 Special Agent | Investigation (Patrol Investigative Support), Day Shift | Patrol Investigative Support function officer, works in patrol function in uniform to conduct any patrol cases that require follow-up investigation | 138.00 | $12,344.85 |
| 6/11/17-12/29/17 | X | X | X | X | X | X | 201712-201725 | BENNETT | NV CCDO Budget | Budget Support | Tracking and close-out of CRA funds. | 6.00 | $1,211.49 |
| 8/22/17-9/4/17 | | | | X | | | 201719-201720 | BIERK | CO State Chief Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 165.75 | $19,215.16 |
| 6/11/17-9/9/17 | | X | X | X | X | | 201712-201720 | BLACK, D. | NV Supervisory Telecomm Specialist | Event Comm Lead, Day Shift | Communications function, supervisor of radio/dispatch communications network program | 407.00 | $17,733.08 |
| 7/9/17-8/4/17 | X | | | | | | 201714-201715 | BLACK, J. | NEPA | DNA Analysis | Prepare DNA for completion. | 20.00 | $1,121.97 |
| 8/22-09/04/17 | | | | X | | | 201719-201720 | BOIK | OLES Region 3 State Chief Ranger | LE Patrol Chief, Day Shift | Patrol Chief function officer, supervises all patrol operations during their assigned shift | 171.00 | $17,049.36 |
| 8/25-09/04/17 | | | | X | | | 201719 | BOONE | NM Field Staff Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 99.00 | $6,343.12 |
| 8/22/17-9/4/17 | | | X | X | | | 201718-201720 | BOXX | CA Patrol Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 190.00 | $8,919.48 |
| 08/22-09/09/17 | | | | X | | | 201719-201720 | BRIDGES | OR Park Ranger | Logistics, Night Shift | Logistics support function specialist, provides logistical needs to JOC facility, Sub-station and to detailers | 210.50 | $5,456.43 |
| 4/28/17-09/09/17 | X | | X | X | X | X | 201711-201720 | BRISCOE | NV Zone 1 Supervisor | LE Operations Chief | LE Planner of event operations; Supervisor of LE program during event operations | 252.00 | $25,288.06 |
| 8/25/17-9/4/17 | | | | X | | | 201719-201720 | BUCHANAN | ID District Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 145.00 | $12,879.29 |

AR01157

| DATE | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | | | | | | 201716 | CADIGAN | NV/BRFO Wildlife Biologist | NEPA Planning | NEPA support authorizing the SRP | 1.00 | $51.64 |
| 08/20/17-09/09/17 | | | | X | | | 201719-201720 | CANAAN | Regional Special Agent | Investigation (Patrol Investigative Support), Night Shift | Patrol Investigative Support function officer, works in patrol function in uniform to conduct any patrol cases that require follow-up investigation | 144.00 | $15,632.40 |
| 08/06/17-09/09/17 | | | X | X | X | | 201718-201720 | CARPENTER | NM Resident Ranger, K9 Handler | City Patrol, K9 Handler Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. Additional duties of K9 Handler | 263.00 | $19,651.96 |
| 8/24/17-09/04/17 | | | | X | | | 201719-201720 | CARTER, C. | OR Administrative Assistant | Evidence Technician | LE Evidence function, serves as evidence officer for all event cases with logged evidence | 183.00 | $10,376.06 |
| 08/06/17-09/09/17 | | | | X | | | 201718-201720 | CARTER, D. | CA Radio Tech | Comm Tech | Communications network  support | 346.00 | $24,125.00 |
| 08/20/17-09/09/17 | | | | X | | | 201719-201720 | CASTRO | CA Field Staff Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 167.00 | $10,686.38 |
| 08/20/17-09/09/17 | | | | X | | | 201719-201720 | CLEMENTI | WY - Occupational Health and Safety Manager | Event Safety Officer, Day Shift | Safety function Specialist, served as BLM's event safety officer for JOC and BRC | 211.00 | $13,635.80 |
| 08/20/17-09/09/17 | | | | X | | | 201719-201720 | CULVER | NV Field Staff Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 145.75 | $10,690.79 |
| 08/20/17-09/09/17 | | | | X | X | | 201719-201720 | CUNNINGHAM | CO Field Staff Ranger | City Patrol,  Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 181.00 | $14,324.42 |
| 08/20/17-09/09/17 | | | | X | | | 201719-201720 | DIERMIER | CA Range Tech | Logistics | Logistics support function specialist, provides logistical needs to JOC facility, Sub-station and to detailers | 211.00 | $5,136.02 |
| 08/20/17-09/09/17 | | | | X | | | 201719-201720 | ENTRICAN | CO Field Staff Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 165.00 | $12,912.90 |
| 08/20/17-09/09/17 | | | | X | | | 201719-201720 | FELIX | NV District Ranger | City Patrol Supervisor,  Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 147.00 | $10,887.08 |
| 08/20/17-09/09/17 | | | X | X | | | 201719-201720 | FISCHER | NV Field Staff Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 175.00 | $13,479.21 |
| 08/20/17-09/09/17 | | | | X | | | 201719-201720 | FONKEN | CA Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 154.00 | $12,566.31 |
| 08/20/17-09/09/17 | | X | X | X | X | | 201718-201720 | FORURIA | NV Elko AFM | Logistics | Logistics support function specialist, provides logistical needs to JOC facility, Sub-station and to detailers | 307.00 | $18,582.83 |
| 08/20/17-09/09/17 | | | | X | | | 201719-201720 | GANDIAGA | OLES Senior Special Agent | Investigations Chief | Investigations function officer, served as supervisor of investigators in both investigative components | 138.00 | $11,990.45 |

| DATE | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/20/17-09/09/17 | | | | X | | | 201719-201720 | GARCIA | CO Field Staff Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 118.00 | $9,426.89 |
| 08/06/17-09/09/17 | X | | X | X | X | | 201718-201720 | GARSIDE | Black Rock Station Manager | Logistics | Logistics support function specialist, provides logistical needs to JOC facility, Sub-station and to detailers | 92.00 | $3,068.26 |
| 08/20/17-09/09/17 | | | | X | | | 201719-201720 | GONZALEZ | Arizona Field Staff Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 172.00 | $10,629.30 |
| 08/20/17-09/09/17 | | | | X | | | 201719-201720 | GRAHAM | WA Suport Services Technician | Administrative Support | Administrative Support Services on playa. | 241.50 | $9,494.95 |
| 07/23/17-09/09/17 | X | X | X | X | X | | 201717-201720 | GRIMES | NV IT Specialist | Event IT Equipment Specialist, Day Shift | IT Equipment Specialist function, installs/maintains all IT equipment at JOC and sub-station | 343.00 | $17,221.80 |
| 04/28/17-12/29/17 | X | X | X | X | X | X | 201711-201726 | HALL | NV/BRFO Assistant Field Manager | Authorized Officer | Event Management function, served as overall manager of event operations | 305.75 | $19,339.91 |
| 08/20/17-09/09/17 | | | X | X | X | | 201719-201720 | HARRIS | ID OLES IMARS Program Administrator | Event IMAR Coordinator, Day Shift | IMARS Support function officer, coordinates event IMARS program | 148.50 | $9,851.84 |
| 08/20/17-09/09/17 | | | | X | | | 201719-201720 | HARRISON | CA Field Staff Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 147.00 | $9,216.83 |
| 08/20/17-09/09/17 | | | | X | | | 201719-201720 | HAWKINS | UT Field Staff Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 174.00 | $11,926.14 |
| 08/06/17-09/09/17 | X | | X | X | X | X | 201718-201720 | HENDRIX | Battle Mountain Public Affairs | Event Public Affairs | | 166.00 | $8,487.24 |
| 08/20/17-09/09/17 | | | | X | | | 201719-201720 | HONE | UT Special Agent | Medical Unit Leader, Day Shift | Medical unit staff, provide care to employees. | 143.00 | $13,295.05 |
| 08/20/17-09/09/17 | | | | X | | | 201719-201720 | HOWELL | WY Field Staff Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 153.50 | $11,644.38 |
| 08/20/17-09/09/17 | | | | X | | | 201719-201720 | HUEGERICH | OLES Chief, Office of Professional Responsibility (OPR) | Event OPR Lead | OPR function officer, event on-site Internal Affairs component and Use of Force reports reviewer | 162.75 | $15,310.28 |
| 08/20/17-09/09/17 | | | | X | | | 201719-201720 | HUSTON | SD Field Staff Ranger, K9 Handler | City Patrol, K9 Handler Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. Additional duties of K9 Handler | 165.50 | $12,027.56 |
| 08/20/17-09/09/17 | | | | X | X | | 201719-201720 | HYRONS | OLES Region 3 Special Agent | Evidence Technician, Day Shift | LE Evidence function, serves as evidence officer for all event cases with logged evidence | 154.00 | $11,843.36 |
| 08/06/17-09/09/17 | | X | X | X | | | 201718-201720 | IAGULLI | NV IT Specialist | Comm Tech | Communications network support | 328.00 | $21,638.55 |
| 8/20/17-9/09/17 | | | | X | | | 201719-201720 | JENSEN | AZ Special Agent | Shift Supervisor, Night Shift | Shift Supervisor function officer, field supervisor of one half of Shift city patrol officers | 119.50 | $9,373.89 |
| 8/20/17-9/09/17 | | | | X | X | | 201719-201720 | G. JOHNSON | NV Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 163.25 | $10,867.67 |

| DATE | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/20/17-9/09/17 | | | | X | | | 201719-201720 | M. JOHNSON | OLES Region 3 ASAC | Investigations (Integrated Investigations), Day Shift | Integrated Investigations function officer, works for Pershing County Sheriffs to assist in investigations of state violations | 140.00 | $13,109.69 |
| 8/20/17-9/09/17 | | | | X | | | 201719-201720 | R. JOHNSON | AZ Field Staff Ranger | City Patrol,  Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 164.75 | $9,384.63 |
| 8/20/17-9/09/17 | | | | X | X | | 201719-201720 | T. JOHNSON | UT Field Staff Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 168.00 | $11,096.22 |
| 8/20/17-9/09/17 | | | | X | | | 201719-201720 | KANIA | UT District Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 145.00 | $9,315.43 |
| 7/23/17-9/09/17 | | | X | X | X | | 201716-201720 | KING | AZ IT Specialist | Event IT Security | IT Security function specialist, ensures the security of event technology and data, including CAD servers, DPS Justice Link, IMARS etc | 386.00 | $20,743.82 |
| 8/20/17-9/09/17 | | | | X | | | 201719-201720 | KURTZ | ID ORP | Compliance Chief | Compliance Monitoring supervisor, monitors BRC's environmental and vending compliance program | 148.00 | $9,138.36 |
| 8/20/17-9/09/17 | | | | X | | | 201719-201720 | LASHER | CA Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 156.00 | $12,389.21 |
| 8/20/17-9/09/17 | | | | X | | | 201719-201720 | LAZZARO | AK Special Agent | Investigations (Integrated Investigations), Swing Shift | Integrated Investigations function officer, works for Pershing County Sheriffs to assist in investigations of state violations | 153.00 | $11,333.44 |
| 08/06/17-08/20/17 | | | | X | | | 201718 | LEFLAR | NV/WDO Supply Technician | Event Logistics Runner | Logistics support function specialist, served as purchase/delivery of logistics needs. Part-time, not on playa | 4.00 | $112.13 |
| 8/20/17-9/09/17 | | | | X | | | 201719-201720 | LIND | WY Field Staff Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 162.00 | $11,599.86 |
| 8/20/17-9/09/17 | | | | X | | | 201719 | LITTLE | ID LE Trainee | Logistics Runner | Logistics support function specialist, served as purchase/delivery of logistics needs. Part-time, not on playa | 15.75 | $493.72 |
| 8/20/17-9/09/17 | | | X | X | X | | 201719-201720 | R. LLOYD | UT District Ranger | Patrol Supervisor, Day Shift | Shift Supervisor function officer, field supervisor of one half of Shift city patrol officers | 240.25 | $20,221.63 |
| 8/20/17-9/09/17 | | | | X | | | 201719-201720 | LOCKIE | CA Ecologist | Environmental Compliance, Day Shift | Environmental Compliance Monitoring function, monitors BRC's environmental compliance program | 136.50 | $6,374.53 |
| 8/20/17-9/09/17 | | | | X | | | 201719-201720 | MANSEAU | MT Field Staff Ranger, K9 Handler | City Patrol, K9 Handler Pre Event - Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. Additional duties of K9 Handler | 50.75 | $3,714.91 |
| 8/20/17-9/09/17 | | | | X | X | | 201719-201720 | MARSOOBIAN | AZ Field Staff Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 190.50 | $13,900.67 |

AR01160

| DATE | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/20/17-9/09/17 | | | | X | | | 201719-201720 | MARTIN | WY Field Staff Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 153.75 | $10,485.85 |
| 8/20/17-9/09/17 | | | | X | | | 201719-201720 | MATRANGA | NV Special Agent | Investigation (Patrol Investigative Support), Swing Shift | Patrol Investigative Support function officer, works in patrol function in uniform to conduct any patrol cases that require follow-up investigation | 127.00 | $11,382.30 |
| 8/06/17-9/09/17 | | X | X | X | X | | 201718-201720 | MATTHEWS | NV GIS Specialist | Logistic Lead, Day Shift | Logistics function Specialist, served as lead of logistic team | 307.00 | $18,425.79 |
| 8/20/17-9/09/17 | | | | X | | | 201719-201720 | MCDONALD | CA Field Staff Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 164.00 | $11,990.06 |
| 8/20/17-9/09/17 | | | | X | | | 201719-201720 | MCGRATH | ID State Chief Ranger | LE Night Ops Chief | Patrol Chief function officer, supervises all patrol operations during their assigned shift | 129.00 | $14,115.58 |
| 8/20/17-9/09/17 | | | | X | | | 201719-201720 | MCKINNEY | NV/BRFO ORP | Vending Compliance, Day Shift | Vending Compliance Monitoring function, worked with BRC OSS team on vendor SRP compliance | 165.50 | $11,207.08 |
| 8/20/17-9/09/17 | | | X | X | | | 201719-201720 | MEUTH | UT Field Staff Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 200.00 | $15,231.58 |
| 8/20/17-9/09/17 | | | | X | | | 201719-201720 | D. MILLER | ID LE Trainee | Event Logistics Runner | Logistics support function specialist, served as purchase/delivery of logistics needs. Part-time, not on playa | 16.00 | $497.56 |
| 8/20/17-9/09/17 | | | | X | | | 201719-201720 | J. MILLER | OLES Region 5, State Chief Ranger | Shift Supervisor, Day Shift | Shift Supervisor function officer, field supervisor of one half of Shift city patrol officers | 170.00 | $17,071.39 |
| 8/20/17-9/09/17 | | | | X | | | 201719-201720 | MOE | CO Field Staff Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 154.50 | $11,121.31 |
| 8/20/17-9/09/17 | | | | X | | | 201719-201720 | MONTOYA | AZ Special Agent | Investigation (Patrol Investigative Support), Swing Shift | Patrol Investigative Support function officer, works in patrol function in uniform to conduct any patrol cases that require follow-up investigation | 144.00 | $12,028.86 |
| 8/20/17-9/09/17 | | | X | X | | | 201719-201720 | MOORE | OLES Region 3 State Chief Ranger | LE Day Shift Commander | Patrol Commander function officer, supervises patrol officers assigned to his shift | 196.00 | $19,296.88 |
| 8/20/17-9/09/17 | | | | X | | | 201719-201720 | NACARRA | UT Special Agent | Investigations (Integrated Investigations), Night Shift | Integrated Investigations function officer, works for Pershing County Sheriffs to assist in investigations of state violations | 138.00 | $13,071.55 |
| 8/20/17-9/09/17 | | | | X | | | 201719-201720 | NARDINGER | OLES Region 4 Special Agent | Investigations (Patrol Investigative Support), Swing Shift | Patrol Investigative Support function officer, works in patrol function in uniform to conduct any patrol cases that require follow-up investigation | 154.50 | $10,583.05 |
| 8/20/17-9/09/17 | | X | X | | | | 201718-201719 | NICHOLS | NV TeleComm Specialist | IT Specialist, Day Shift | IT Specialist function Specialist, assisted in set-up of IT equipment during Set Up and Pre Event | 118.00 | $8,782.97 |
| 8/20/17-9/09/17 | | | X | X | X | | 201719-201720 | PARR | OR Field Staff Ranger, K9 Handler | City Patrol, K9 Handler, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. Additional duties of K9 Handler | 236.00 | $17,865.72 |

AR01161

| DATE | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/20/17-9/09/17 | | | | X | | | 201719-201720 | PETERSEN | CA Resident Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 41.00 | $3,144.31 |
| 4/16/17-12/29/17 | X | X | X | X | X | X | 201710-201726 | PIRTLE | NV/WDO Re-Employed Annuitant - Burning Man Project | Planning Lead,IC,  Close-out Lead | Event Management function, served as planning lead during planning operations, served as operational chief of civilian operations during event, served as close-out lead during close-out operations (AAR, CRA) | 690.00 | $34,693.49 |
| 8/20/17-9/09/17 | | | | X | | | 201719-201720 | PURDY | CA Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 149.00 | $8,747.65 |
| 8/20/17-9/09/17 | | | | X | | | 201719-201720 | ROBINSON | AZ Ranger, K9 Handler | City Patrol, K9 Handler Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. Additional duties of K9 Handler | 175.00 | $13,527.32 |
| 8/20/17-9/09/17 | | | | X | | | 201719-201720 | ROMERO | AZ Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 161.50 | $9,045.20 |
| 7/09/17-9/09/17 | | X | X | X | X | X | 201714-201723 | ROREX | NV BRFO GIS | Event GIS | Compliance function Specialist, assist environment, vending monitoring teams with GIS needs; assisted LE and CivOps with GPS programming needs | 386.50 | $21,601.73 |
| 8/20/17-9/09/17 | | | X | X | | | 201719-201720 | RUSSELL | UT Field Staff Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 204.50 | $14,309.19 |
| 8/20/17-9/09/17 | | | | X | | | 201719-201720 | SAWTELL | CA Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 161.75 | $9,128.92 |
| 8/20/17-9/09/17 | | | X | X | X | | 201718-201720 | SCHWIRIAN | NV IT Specialist | Comm Tech, Day Shift | Communications function specialist, works on radio/dispatch communications network | 156.00 | $8,278.65 |
| 4/11/17-9/09/17 | X | X | X | | | | 201710-201719 | SEARS | NV BRFO ORP | Vending Compliance | Vending Compliance Monitoring function, worked with BRC vending  teams on SRP compliance | 634.00 | $28,813.12 |
| 8/20/17-9/27/17 | | | | X | X | X | 201719-201722 | SHAARDA | NV BRFO Land Law Examiner | Environmental Compliance | Environmental Compliance Monitoring function, worked with BRC environmental  teams on environmental SRP compliance | 66.00 | $2,358.44 |
| 8/20/17-9/09/17 | | | | X | | | 201619-201620 | SHILAIKIS | OLES Region 4 Special Agent | Investigations (Integrated Investigations), Day Shift | Integrated Investigations function officer, works for Pershing County Sheriffs to assist in investigations of state violations | 140.00 | $11,959.23 |
| 8/20/17-9/09/17 | | | X | X | | | 201619-201620 | SONES | NV Supervisory Ranger | Shift Supervisor, Day Shift | Shift Supervisor function officer, field supervisor of one half of Shift city patrol officers | 180.50 | $15,412.45 |
| 8/20/17-9/09/17 | | | | X | | | 201619-201620 | SPAIN | ID Supervisory Ranger, K9 | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 158.50 | $12,869.65 |

AR01162

| DATE | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/20/17-9/9/17 | | | | X | | | 201619-201620 | STEENHOVEN | ID Wilderness Ranger | Environmental Compliance, Day Shift | Environmental Compliance Monitoring function, worked with BRC environmental teams on environmental SRP compliance | 144.00 | $7,092.26 |
| 8/20/17-9/9/17 | | | | X | | | 201619-201620 | STEVENS | AZ Special Agent | Investigations (Integrated Investigations), Swing Shift | Integrated Investigations function officer, works for Pershing County Sheriffs to assist in investigations of state violations | 142.00 | $11,810.69 |
| 8/20/17-9/9/17 | | | X | X | X | | 201719-201720 | SULLIVAN | OLES Region 4 State Chief Ranger | Patrol Commander, Night Shift | Patrol Commander function officer, supervises patrol officers assigned to his shift | 260.00 | $27,365.76 |
| 8/20/17-9/9/17 | | | X | X | X | | 201714-201720 | SUMINSKI | AZ Comm Center Manager | Dispatch Center Manager | Dispatch function Specialist, served as dispatch center manager and first line supervisor of contract dispatchers | 287.50 | $14,520.42 |
| 8/20/17-9/9/17 | | | | X | | | 201719-201720 | SZYMPRUCH | OR District Ranger | IMARS Reviewer | IMARS function, reviews/edits IMARS input reports, not on playa | 36.00 | $1,574.39 |
| 8/20/17-9/9/17 | X | | X | X | | | 201718-201720 | TEMPLETON | OLES Region 5 ASAC | Medical Unit Leader, Day Shift | Medical function officer, served as lead of BLM's medical unit | 206.00 | $18,860.36 |
| 8/20/17-9/9/17 | | | | X | | | 201719-201720 | TITUS | CA Supervisory Ranger | Patrol Commander, Swing Shift | Patrol Commander function officer, supervises patrol officers assigned to his shift | 170.50 | $14,052.84 |
| 04/11/17-09/09/17 | X | X | X | X | X | | 201711-201721 | VERMEYS | NV BRFO Project Manager | CivOps | Event Management function, served as planning lead during planning operations, served as operational chief of civilian operations during event, served as close-out lead during close-out operations (AAR, CRA) | 527.00 | $33,979.29 |
| 8/20/17-9/9/17 | | | | X | | | 201719-201720 | VIGNESS | WY Field Staff Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 154.00 | $11,656.09 |
| 8/20/17-9/9/17 | | | | X | | | 201719-201720 | WAGGONER | WY Special Agent | Investigation (Patrol Investigative Support), Day Shift | Patrol Investigative Support function officer, works in patrol function in uniform to conduct any patrol cases that require follow-up investigation | 129.00 | $9,110.85 |
| 8/20/17-9/9/17 | | | | X | | | 201719-201720 | WATSON | CA District Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 141.00 | $9,343.43 |
| 8/20/17-9/9/17 | | | X | X | | | 201719-201720 | WEAVER | ID LE IT Specialist | IMARS, Swing Shift | IMARS Support function officer, coordinates event IMARS program | 146.00 | $10,435.93 |
| 8/20/17-9/9/17 | | | | X | | | 201719-201720 | WHITWORTH | ID Field Staff Ranger, K9 | City Patrol. Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 159.50 | $11,092.25 |
| 8/20/17-9/9/17 | | X | X | | | | 201719-201720 | WORFOLK | NV Field Staff Ranger | NCIC TAC, Pre Event | NCIC TAC function officer, works with NV DPS for on playa NCIC program. Integrated Investigations function officer, works for Pershing County Sheriffs to assist in investigations of state violations | 68.75 | $4,182.31 |
| 8/20/17-9/9/17 | | | | X | | | 201719-201720 | WOYCHOWSKI | CA District Ranger | Shift Supervisor, Day Shift | Shift Supervisor function officer, field supervisor of one half of Shift city patrol officers | 138.00 | $12,215.51 |
| 8/21/16-9/17/16 | X | | | | | | 201716 | YACUBIC | NV/HRFO Archaeologist | DNA Analysis | DNA production team. | 10.00 | $422.30 |
| 8/06/17-9/09/17 | | X | X | X | X | | 201718-201720 | D. YOUNG | NV IT Specialist | Comm Tech | Communications network support | 291.00 | $14,278.11 |

| DATE | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/11/17- 9/09/17 | X | X | X | X | X | | 201711- 201720 | J. YOUNG | OLES Region 5 State Chief Ranger | Comm Chief, Day Shift. | Communication Function, Chief of program which includes radio network, dispatch, IT Equipment and IT Security. | 594.75 | $51,494.66 |
| 8/20/17- 9/09/17 | | | X | X | X | | 201719- 201720 | ZOHOVETZ | NV Resident Ranger | City Patrol. Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 216.00 | $15,562.62 |
| | | | | | | | | | | | **LABOR TOTAL:** | **21,406.25** | **1,487,097.78** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **2017 BURNING MAN - BLM CONTRACTS/AGREEMENTS (ATT#2)** | | | | | | | |
| **NO.** | **CONTRACTOR** | **PURPOSE** | **AMOUNT OBLIGATED** | **AMOUNT INVOICED** | **SOLE SOURCE** | **ONE-TIME vs. ANNUAL** | **CONTRACT DOCUMENT** (see Attached) |
| | | SUPPORT LABOR AGREEMENTS | | | | | |
| 1 | IAA USDA (Forest Service) Labor | LE Patrols | $40,000.00 | $28,500.89 | Yes | Annual | L17PG00163 |
| 2 | IAA HHS Labor | Medical Support | $20,000.00 | $0.00 | Yes | Annual | L17PG00175 |
| | | SUPPORT SERVICES/EQUIPMENT PLANNED CONTRACTS | | | | | |
| 3 | High Desert Internet Services | Network services | $107,000.00 | $108,710.00 | No | Annual | L17PX00991 |
| 4 | Strohman Enterprises | Satellite tracking updates & service | $56,000.00 | $53,172.00 | Yes | Annual | L17PX00762 |
| 5 | SHI International | Microsoft licensing and support | $8,000.00 | $3,737.40 | No | Annual | L17PB00336 |
| 6 | Daniel's Electronics | Communications Repeater Purchase | $15,000.00 | $7,867.48 | Yes | One-Time | L17PD00437 |
| 7 | Sterling Computers Corp. | CAD Servers & Racks | $50,000.00 | $54,449.55 | No | One-Time | L17PD00640 |
| 8 | Federal Registor | Posting Fee of Closure Order in Federal Registor | $3,500.00 | $1,908.00 | Yes | Annual | N/A |
| | | SUPPORT SERVICES/EQUIPMENT MISC CONTRACT | | | | | |
| 9 | Midland Radio Corporation | Radio Encryption & Accessories | N/A | $25,383.00 | Yes | One-Time | L17PD00505 |

Total Labor (Agreements):  $ 28,500.89
Total (Planned Contracts):  $229,844.43
Total (Misc Contract):  $25,383.00
**All Total:**  **$283,728.32**

| INTERAGENCY AGREEMENT | 1. IAA NO.<br>L17PG00163/P00001 | PAGE<br>1 | OF<br>2 |
|---|---|---|---|

| 2. ORDER NO. | 3. REQUISITION NO. | 4. SOLICITATION NO. |
|---|---|---|

| 5. EFFECTIVE DATE<br>12/07/2017 | 6. AWARD DATE<br>12/07/2017 | 7. PERIOD OF PERFORMANCE<br>08/20/2017 TO 09/09/2017 |
|---|---|---|

| 8. SERVICING AGENCY | 9. DELIVER TO |
|---|---|
| U S DEPARTMENT OF AGRICULTURE<br>ALC:<br>DUNS: 929332484 +4: 0001<br>201 14TH ST SW YATES BLDG<br>WASHINGTON DC 20024-0001<br><br><br>POC ATTN GOVERNMENT POC<br>TELEPHONE NO. 000-000-0000 | BLM-NEVADA STATE OFFICE<br>1340 FINANCIAL BLVD<br>Reno NV 89502<br>US |

| 10. REQUESTING AGENCY | 11. INVOICE OFFICE |
|---|---|
| L NV-STATE OFC BDGT&FIN SVCS(NV955)<br>ALC: 14-11-008<br>DUNS: 084359236 +4:<br>1340 FINANCIAL BLVD.<br>RENO NV 89502<br><br><br>POC David Appold<br>TELEPHONE NO. 775-861-6417 | OC622 - PAYMENTS SECTION<br>BUREAU OF LAND MANAGEMENT<br>DENVER FEDERAL CENTER, BLDG. 50<br>MS OC-620 Payments<br>PO BOX 25047<br>DENVER CO 80225 |

| 12. ISSUING OFFICE | 13. LEGISLATIVE AUTHORITY |
|---|---|
| BLM NV-STATE OFC BGT&FIN SVC(NV955)<br>1340 FINANCIAL BLVD.<br>RENO NV 89502 | 31 USC 1535 Economy Act of 1932, as amended |
| | 14. PROJECT ID |
| | 15. PROJECT TITLE<br>LAW ENFORCEMENT PATROLS FOR 2017 BURNING MAN |

| 16. ACCOUNTING DATA |
|---|
| 01 |

| 17.<br>ITEM NO. | 18.<br>SUPPLIES/SERVICES | 19.<br>QUANTITY | 20.<br>UNIT | 21.<br>UNIT PRICE | 22.<br>AMOUNT |
|---|---|---|---|---|---|
| | The purpose of this modification is to deobligate the remaining funds of $11,499.11 on Line Item 0010 and close out the IAA. As a result, the new total of the IAA is $28,500.89.<br>Legacy Doc #: BLM Invoice Review Required: Y<br>Delivery: 09/09/2017<br>Account Assignm: K G/L Account: 6100.253H0<br>Business Area: L000 Commitment Item: 253H00 Cost Center: LLNVW03500 Functional Area: L51050000.EA0000 Fund: 17XL5017AP Fund Center: LLNVW03500 Project/WBS: LV.RC.F1705280 PR Acct Assign: 01<br>Continued ... | | | | |

| 23. PAYMENT PROVISIONS | 24. TOTAL AMOUNT<br>-$11,499.11 |
|---|---|

| 25a. SIGNATURE OF GOVERNMENT REPRESENTATIVE (SERVICING) | 26a. SIGNATURE OF GOVERNMENT REPRESENTATIVE (REQUESTING) |
|---|---|
| 25b. NAME AND TITLE | 25c. DATE | 26b. CONTRACTING OFFICER<br>David Appold | 26c. DATE |

**AR01166**

| IAA NO | ORDER NO | PAGE | OF |
|---|---|---|---|
| L17PG00163/P00001 | | 2 | 2 |

Administrative Point of contact:
David W. Appold, Contracting Officer
dappold@blm,gov
775-861-6417

AR01167

| INTERAGENCY AGREEMENT | 1. IAA NO.<br>L17PG00163 | | PAGE<br>1 | OF<br>2 |
|---|---|---|---|---|

| 2. ORDER NO. | 3. REQUISITION NO.<br>0040340623 | 4. SOLICITATION NO. |
|---|---|---|

| 5. EFFECTIVE DATE<br>08/20/2017 | 6. AWARD DATE<br>06/09/2017 | 7. PERIOD OF PERFORMANCE<br>08/20/2017 TO 09/09/2017 |
|---|---|---|

| 8. SERVICING AGENCY<br>U S DEPARTMENT OF AGRICULTURE<br>ALC:<br>DUNS: 929332484 +4: 0001<br>201 14TH ST SW YATES BLDG<br>WASHINGTON DC 20024-0001<br><br><br>POC     ATTN GOVERNMENT POC<br>TELEPHONE NO.   000-000-0000 | 9. DELIVER TO<br>BLM-NEVADA STATE OFFICE<br>1340 FINANCIAL BLVD<br>Reno NV 89502<br>US |
|---|---|

| 10. REQUESTING AGENCY<br>L NV-STATE OFC BDGT&FIN SVCS(NV955)<br>ALC: 14-11-008<br>DUNS: 084359236 +4:<br>1340 FINANCIAL BLVD.<br>RENO NV 89502<br><br><br>POC     David Appold<br>TELEPHONE NO.   775-861-6417 | 11. INVOICE OFFICE<br>OC622 - PAYMENTS SECTION<br>BUREAU OF LAND MANAGEMENT<br>DENVER FEDERAL CENTER, BLDG. 50<br>MS OC-620 Payments<br>PO BOX 25047<br>DENVER CO 80225 |
|---|---|

| 12. ISSUING OFFICE<br>BLM NV-STATE OFC BGT&FIN SVC(NV955)<br>1340 FINANCIAL BLVD.<br>RENO NV 89502 | 13. LEGISLATIVE AUTHORITY<br>31 USC 1535 Economy Act of 1932, as amended |
|---|---|
| | 14. PROJECT ID |
| | 15. PROJECT TITLE<br>LAW ENFORCEMENT PATROLS FOR 2017 BURNING MAN |

16. ACCOUNTING DATA
01

| 17.<br>ITEM NO. | 18.<br>SUPPLIES/SERVICES | 19.<br>QUANTITY | 20.<br>UNIT | 21.<br>UNIT PRICE | 22.<br>AMOUNT |
|---|---|---|---|---|---|
| | Law enforcement patrols during the 2017 Burning Man Event<br>Legacy Doc #: BLM Invoice Review Required: Y<br>Delivery: 09/09/2017<br>Account Assignm: K G/L Account: 6100.253H0<br>Business Area: L000 Commitment Item: 253H00 Cost Center: LLNVW03500 Functional Area:<br>L51050000.EA0000 Fund: 17XL5017AP Fund Center: LLNVW03500 Project/WBS: LV.RC.F1705280 PR Acct Assign: 01<br><br><br>Continued ... | | | | |

| 23. PAYMENT PROVISIONS | 24. TOTAL AMOUNT<br>$40,000.00 |
|---|---|

| 25a. SIGNATURE OF GOVERNMENT REPRESENTATIVE (SERVICING) | 26a. SIGNATURE OF GOVERNMENT REPRESENTATIVE (REQUESTING) |
|---|---|
| 25b. NAME AND TITLE | 25c. DATE | 26b. CONTRACTING OFFICER<br>David Appold | 26c. DATE |

**AR01168**

| IAA NO | ORDER NO | PAGE | OF |
|---|---|---|---|
| L17PG00163 | | 2 | 2 |

| 00010 | Law Enforcement Patrols 2017 Burning Man Event | | | | | 40,000.00 |
|---|---|---|---|---|---|---|

Administrative Point of contact:
David W. Appold, Contracting Officer
dappold@blm,gov
775-861-6417

The total amount of award: $40,000.00. The
obligation for this award is shown in box 24.

AR01169

IAA# L17PG00163 Mod P00001 - ARTICLES

I.     PROJECT TITLE:
       2017 Burning Man Event

       USFS Law Enforcement (LEOs) assistance at the Burning Man Event in the Black Rock High Rock
       National Conservation Area (NCA)

II.    OBJECTIVE:

       The purpose of this modification is to deobligate the remaining funds of $11,499.11 on Line Item
       0010 and close out the IAA. As a result, the new total of the IAA is $28,500.89.

III.   POINTS OF CONTACT:

       Changes to the Points of Contact identified below may be made by written notification to each of the
       parties under this IAA.


REQUESTING AGENCY (BLM)                        SERVICING AGENCY (USFS)


Technical Contact                              Technical Contact
Name:         Becky Andres                     Name: Chad Krogstad
Title:        Staff LE Ranger                  Title: Patrol Commander
Address:      1340 Financial Blvd              Address: 1323 Club Drive
              Reno, NV  89502                  Vallejo, CA 94592-110
Phone:        (775) 861-6444                   Phone:
Email:        randres@blm.gov                  Email: ckrogstad@fs.fed.us


Contracting Contact                            Contracting Contact
Name:         Dave Appold                      Name:        Gerri Bordash
Title:        Supervisory Procurement Analyst  Title:       Grants Management Specialist
Address:      1340 Financial Blvd              Address:     1323 Club Drive
              Reno, NV  89502                                Vallejo, CA  94592
Phone:        (775) 861-6417                   Phone:       (707) 562-8782
Email:        dappold@blm.gov                  Email:       gbordash@fs.fed.us


Billing Contact                                Billing Contact
OC622- Payments Section                        Same as Technical Contact
Bureau of Land Management
Denver Federal Center, Bldg. 50
P.O. Box 25047
Denver, CO 80225


                           Page 3 of 3


AR01170



# UNITED STATES DEPARTMENT OF THE  INTERIOR
## INTER/INTRA-AGENCY AGREEMENT (IAA)

  

**1. Period of Performance**

| START | END |
|---|---|
| 08/20/17 | 09/30/2017 |

**Buyer** has work performed for them by the Seller named in item 6b.    **Seller** to perform work as described herein for the agency named in item 6a.

SEE INSTRUCTIONS ON PAGE 2

**2. Common Document Number (Agreement Number)**

L17PG00163        Page 1 of  3

**3. Check appropriate box**

☐ Original    ☒ Mod # No. P00001    ☐ Severable    ☐ Non-Severable

**4. Under the authority of (Cite authorities):**

☐ 43 U.S.C. 1701 et seq., (FLPMA)

☐ Department of the Interior Appropriation Act for FY

☐ 31 U.S.C.1535 (Economy Act)

☐ Working Capital Fund (WCF)

☒ Other: 46 USC 1701 Service  First Agreement

**5. Description of Work:**  SEE Articles

**PROJECT TITLE:**    Burning Man 2017 LE Support

| | Seller |
|---|---|
| 6a.  Agency:     Bureau of Land Management , Carson City District | Agency:  USFS    PACIFIC SOUTHWEST REGION |
| Address:       1340 Financial Blvd | Address: 1323    Club Drive |
| Address:       Reno, NV 89502 | Address:        Vallejo, CA 94592 |
| Administrative POC    David Appold  dappold@blm.gov | Administrative POC:    Gerri Bordash , gbordash@fs.fed.us |
| | |
| Email:                                    Phone   775-861-6417           Fax | Email:                        Phone   **(707) 562-8782**        Fax: |
| Technical Point of Contact:     Logan Briscoe  Email: lbriscoe@blm.gov | Technical Point of Contact:   Chad Krogstad , ckrogstad@fs.fed.us |
| Phone   775-885-6002     Fax | Phone                                    Fax: |

| ACCOUNT DATA | BUYER | SELLER |
|---|---|---|
| **7.  Agency Location Code** | 7a  14-11-008 | 7b  12-40-1110 |
| 8.  BPN Number (DUNS #) FSN | 8a.  084359236 | 8b.  92-9332484 |
| **9.  Treasury Account Symbol  (TAS)** | 9a.  14X5017 | 9b.  12X11115 |
| 10.  Standard General Ledger | 10a. | 10b. |
| 11.  Cost Structure/Account  CC/FA/WBS | 11a  LNLVW03500 L51050000.EA0000 LV.RC.F1705280 17XL15017AP  (Decrease $11,499.11) | 11b.  2510 |
| 12. Business Event Type Code | 12a  DISB | 12b  COLL |
| 13.  Requisition Number for Buyer **Project Account for Seller   WBS** | 13a | 13b. |
| 14.  Contract Line Number for Buyer/ Proposal Number or Sales Order # for Seller | 14a.0010 | 14b. |
| 15. **Buyer  provide Expiration of Funding Source  (Date or indefinite)** | 15a.09/30/2017 | 15b. NOTE: Seller, ensure project completion by this date (Seller must not incur additional costs) **See Block 15a** |

| 16.  Amount Obligated by Buyer | | 17.  Bill To (Name and Address, including zip code of **Finance Office**): |
|---|---|---|
| a.  Initial or current  obligation: | $40,000.00 | Name:      OC622 – Payments Section, BLM |
| b.  Modification Amount (check one)  ☐ Increase    ☒ Decrease | $11,499.11 | Address:   Denver Federal Bldg, 50,  P.O. Box 25047 Address:   Denver, CO 80225 |
| c.  Total obligation: | $28,500.89 | |

**18. Billing for Federal Agencies and DOD will be processed via IPAC. (billing will be done** ☐ bi-weekly  ☒ monthly  ☐ quarterly  ☐ in advance)

Upon Approval, this agreement constitutes an obligation against Buyer requesting the work; or authority to proceed with work by Seller for the herein named agency in anticipation of reimbursement.

| 19.  Approved for Buyer:  _____ (Contracting Officer or other Authorized Signature) *other only for WCF | | 20.  Approved by Seller:  _____ (Seller's Authorizing Signature ) |
|---|---|---|
| 19a.  Name (Type):    David W. Appold | | 20a.  Name (Type): |
| 19b.  Title: Contracting Officer | 19c.  Date:                12/7/2017 | 20b. Title: Budget Analyst | 20c. Date: |

AR01171

## INSTRUCTIONS FOR INTER/INTRA-AGENCY AGREEMENT (IAA)
*NOTE:  Information* <mark>highlighted</mark> *is to be completed by, or obtained from, the Seller Agency*

### IAA – BUYER TO HAVE WORK PERFORMED BY A PARTICIPATING (SELLER) AGENCY

**\*Note:  Complete Items below for a single funding line – continuation page is required for multiple lines of funding**
 **The Buyer executes this form, completes and obligates information under Buyer data elements.**
1. Enter the start and end date (period of performance) in which work will be completed.
2. Enter the Common Document Number (Inter/intra Agency Agreement number).
3. Check "Original" if first submission, "Modification" and enter modification number if modification.
4. Check 31 U.S.C. 1535" unless another specific legislative authority exists, in which case that authority is shown under "other".  If 31 U.S.C. 1535 is
   checked, an Economy Act Determination **must** be prepared by the project manager and approved by a warranted Contracting Officer with delegated
   authority.
5. Provide a Project Title and description of the work to be performed in accordance with Acquisition, Section 1510-17.5.
6. Enter the Buyer Agency office name, city, state, zip code, Buyer technical and administrative contact names and phone nos. with area code, also
   include fax and Email address.
**6a.** Enter the Seller Agency office name, city, State, Buyer technical and administrative contact names and phone nos. with area code, also include fax
   and Email address.  These fields can be completed by the Seller if unknown to the Buyer.
<mark>This data will be referenced on your Treasury IPAC bill</mark>
7a. Provide your 8 digit Agency Location Code (ALC) assigned by Treasury.
8a. Type your Business Partner Network Number (DUNS No.) as registered in Federal Register, this is also referred to as the FSN for Dept. of Defense.
9a. Provide the Treasury Account Symbol (TAS) for this funding line.
10a. Determine the Treasury Standard General Ledger accounts (SGL) for this funding request.
11a Enter the account cost structure for your Agency.  This may include an office identifier, program and budget object class.
12a Provide the Business Event Type Code (BETC) for this action.
13a Type the Requisition Number referenced to support this Agreement.
14a Contract Line Number for this funding.
15a. Provide the Fund Expiration date, or type 'Indefinite' (for no year funds).
**\*Items 9a – 14a are specific for each line of funding on the obligation document.  See * above.**

<mark>**7b-14b. Seller Agency completes these items.**
**This data will be used to cross-reference the IA with the Seller's reimbursable account.**</mark>

16.  For an original IA; enter the amount to complete items a, c, and d.  For modification; complete items a, b, c, and d.
16a. Enter the Initial or current obligation amount
16b. Enter the Modification Amount
16c. Check appropriate box to indicate if the funding is being increased or decreased by this action.
17.  Enter the Buyer Agency, Bill To - Finance Office address, include office name, city, state, and zip code.
**Forward a copy of this draft Agreement for completion of the Seller Agency account data.**
**Obtain a signed, accepted copy of this Agreement from the Buyer Agency.**
**Ensure that the data elements in 7b-14b have been completed.**
18.  Check the preferred billing schedule for the Buyer Agency and ensure that the term is acceptable for both Buyer and Seller.
19.  IA must be signed by a warranted Contracting Officer with delegated authority.  IA is not signed by the Buyer until approved in block 20 by the
   participating agency.
20.  Signature of approving official for the participating agency**.**
**Send a fully executed copy of this Agreement to the Seller Agency after obligation is recorded in the Financial System via the IDEAS/PRISM**
**system.**

### PARTICIPATING SELLER AGENCY TO SUPPORT THE BUYER AGENCY

**The Draft IAA is received for completion by the Seller Agency.**
**This data will be used to cross-reference the IAA with the Seller Agency's reimbursable account in FFS or SAP.**
6b. Enter the Seller Agency office name, city, State, Buyer technical and administrative contact names and phone nos. with area code, also include fax
   and Email address.  These fields can be completed by the Buyer
<mark>7b. Provide your 8 digit Agency Location Code (ALC) assigned by Treasury.</mark>
<mark>8b. Type your Business Partner Network Number (DUNS No.) as registered in Federal Register, this is also referred to as the FSN for Dept. of Defense.</mark>
<mark>9b. Provide the Treasury Account Symbol (TAS) for this funding line.</mark>
<mark>10b. Determine the Treasury Standard General Ledger accounts (SGL) for your reimbursable account.</mark>
<mark>11b. Enter the cost structure / account classification for your Agency's reimbursable.  This may include an office identifier, program and budget object
   class.  (Note:  This cost structure **must** be charged with time or expenditures for billing to occur.)</mark>
<mark>12b. Provide the Business Event Type Code (BETC) for this action.</mark>
<mark>13b. Type the Project or Job Number assigned to track expenses for completing the work requested in Agreement.</mark>
<mark>14b. Enter any additional Seller account reference data.  (Project code assigned, Proposal number, sub-agreement contract reference)</mark>
15b. Seller to ensure completion by this date (No additional costs may be incurred).
**16.  To be completed by Buyer**
17.  Ensure that the billing term is acceptable by Seller Agency.
20.  Ensure that the approval signature is an agent authorized to accept or behalf of the Seller Agency.
**Return the IAA copy to the Contracting Officer for execution and obligation.**
After Receipt of the fully executed copy of this Agreement, create a reimbursable account in FFS, PCAS or SAP, SD to track expenses that will be IPAC
billed against this Obligation.

    

# UNITED STATES DEPARTMENT OF THE INTERIOR
## INTER/INTRA-AGENCY AGREEMENT (IAA)

**I. Period of Performance**

| START | END |
|---|---|
| 08/20/17 | 09/30/2017 |

Buyer has work performed for them by the Seller named in item 6b.   Seller to perform work as described herein for the agency named in item 6a.

**SEE INSTRUCTIONS ON PAGE 2**

**2. Common Document Number (Agreement Number)**
L17PG00163   Page 1 of 5

**3. Check appropriate box**
☒ Original   ☐ Modification No. ☐ Severable ☐ Non-Severable

**4. Under the authority of (Cite authorities):**
☐ 43 U.S.C. 1701 et seq., (FLPMA)
☐ Department of the Interior Appropriation Act for FY
☐ 31 U.S.C.1535 (Economy Act)

☐ Working Capital Fund (WCF)
☒ Other: 46 USC 1701 Service First Agreement

**5. Description of Work:  SEE Articles**   **PROJECT TITLE:**   Burning Man 2017 LE Support

| Buyer | Seller |
|---|---|
| **6a. Agency**   Bureau of Land Management , Carson City District | **Agency:**   U.S. Forest Service, Pacific Southwest Region |
| Address:   1340 Financial Blvd | Address:   1323 Club Drive |
| Address:   Reno, NV 89502 | Address:   Vallejo, CA 94592-1110 |
| Administrative POC   David Appold   dappold@blm.gov | Administrative POC:   Geraldine C. Bordash (Gerri), Grant Management Specialist |
| Email:   Phone   775-861-6417   Fax | Email:   gbordash@fs.fed.us   Phone   (707) 562-8782   Fax:   707-562-9144 |
| Technical Point of Contact:   Logan Briscoe   Email: lbriscoe@blm.gov   Phone   775-885-6002   Fax | Technical Point of Contact:   Chad Krogstad , ckrogstad@fs.fed.us   Phone   707-562-9125   Fax: |

## ACCOUNT DATA

| BUYER | | SELLER |
|---|---|---|
| 7. Agency Location Code | 7a  14-11-008 | 7b  12-40-1110 |
| 8. BPN Number (DUNS #) FSN | 8a. 084359236 | 8b.  92-9332484 |
| 9. Treasury Account Symbol  (TAS) | 9a.  14X5017 | 9b.  127/11106 |
| 10. Standard General Ledger | 10a. | 10b. |
| 11. Cost Structure/Account CC/FA/WBS | 11a  LLNVW03500 L51050000.EA0000 LV.RC.F1705280 17XLI5017AP | 11b.  2510 |
| 12. Business Event Type Code | 12a  DISB | 12b  COLL |
| 13. Requisition Number for Buyer Project Account for Seller  WBS | 13a  40340623 | 13b. 17-IA-11051360-091 |
| 14. Contract Line Number for Buyer/ Proposal Number or Sales Order # for Seller | 14a.0010 | 14b. |
| 15. Buyer  provide Expiration of Funding Source  (Date or indefinite) | 15a.09/30/2017 | 15b. NOTE: Seller, ensure project completion by this date (Seller must not incur additional costs) See Block 15a |

| 16. Amount Obligated by Buyer | | 17. Bill To (Name and Address, including zip code of **Finance Office**): |
|---|---|---|
| a. Initial or current  obligation: | $40,000.00 | Name:   OC622 – Payments Section, BLM |
| b. Modification Amount (check one)   ☐ Increase  ☐ Decrease | $ | Address:   Denver Federal Bldg, 50, P.O. Box 25047 |
| c. Total obligation: | $40,000.00 | Address:   Denver, CO 80225 |

**18. Billing for Federal Agencies and DOD will be processed via IPAC. (billing will be done ☐ bi-weekly ☒ monthly ☐ quarterly ☐ in advance)**

Upon Approval, this agreement constitutes an obligation against Buyer requesting the work; or authority to proceed with work by Seller for the herein named agency in anticipation of reimbursement.

| 19. Approved for Buyer:   DAVID APPOLD   Digitally signed by DAVID APPOLD Date: 2017.07.20 11:59:56 -07'00' (Contracting Officer or other Authorized Signature) *other only for WCF | 20. Approved by Seller (Seller's Authorizing Signature ) |
|---|---|
| 19a. Name (Type):    David W. Appold | 20a. Name (Type):   DON HOANG |
| 19b. Title:   Supervisory Procurement Analyst   19c. Date: | 20b. Title: Special Agent in Charge   20c. Date: 7/19/17 |

AR01173

**INSTRUCTIONS FOR INTER/INTRA-AGENCY AGREEMENT (IAA)**
*NOTE: Information highlighted is to be completed by, or obtained from, the Seller Agency*

## IAA – BUYER TO HAVE WORK PERFORMED BY A PARTICIPATING (SELLER) AGENCY

**\*Note: Complete Items below for a single funding line – continuation page is required for multiple lines of funding**
**The Buyer executes this form, completes and obligates information under Buyer data elements.**

1. Enter the start and end date (period of performance) in which work will be completed.
2. Enter the Common Document Number (Inter/intra Agency Agreement number).
3. Check "Original" if first submission, "Modification" and enter modification number if modification.
4. Check 31 U.S.C. 1535 unless another specific legislative authority exists, in which case that authority is shown under "other". If 31 U.S.C. 1535 is checked, an Economy Act Determination **must** be prepared by the project manager and approved by a warranted Contracting Officer with delegated authority.
5. Provide a Project Title and description of the work to be performed in accordance with Acquisition, Section 1510-17.5.
6. Enter the Buyer Agency office name, city, state, zip code, Buyer technical and administrative contact names and phone nos. with area code, also include fax and Email address.
6a. Enter the Seller Agency office name, city, State, Buyer technical and administrative contact names and phone nos. with area code, also include fax and Email address. These fields can be completed by the Seller if unknown to the Buyer.
**This data will be referenced on your Treasury IPAC bill**
7a. Provide your 8 digit Agency Location Code (ALC) assigned by Treasury.
8a. Type your Business Partner Network Number (DUNS No.) as registered in Federal Register, this is also referred to as the FSN for Dept. of Defense.
9a. Provide the Treasury Account Symbol (TAS) for this funding line.
10a. Determine the Treasury Standard General Ledger accounts (SGL) for this funding request.
11a Enter the account cost structure for your Agency. This may include an office identifier, program and budget object class.
12a Provide the Business Event Type Code (BETC) for this action.
13a Type the Requisition Number referenced to support this Agreement.
14a Contract Line Number for this funding.
15a. Provide the Fund Expiration date, or type 'Indefinite' (for no year funds).

**\*Items 9a – 14a are specific for each line of funding on the obligation document. See \* above.**

**7b-14b. Seller Agency completes these items.**
**This data will be used to cross-reference the IA with the Seller's reimbursable account.**

16. For an original IA; enter the amount to complete items a, c, and d. For modification; complete items a, b, c, and d.
16a. Enter the Initial or current obligation amount
16b. Enter the Modification Amount
16c. Check appropriate box to indicate if the funding is being increased or decreased by this action.
17. Enter the Buyer Agency, Bill To - Finance Office address, include office name, city, state, and zip code.
**Forward a copy of this draft Agreement for completion of the Seller Agency account data.**
**Obtain a signed, accepted copy of this Agreement from the Buyer Agency.**
**Ensure that the data elements in 7b-14b have been completed.**
18. Check the preferred billing schedule for the Buyer Agency and ensure that the term is acceptable for both Buyer and Seller.
19. IA must be signed by a warranted Contracting Officer with delegated authority. IA is not signed by the Buyer until approved in block 20 by the participating agency.
20. Signature of approving official for the participating agency.
**Send a fully executed copy of this Agreement to the Seller Agency after obligation is recorded in the Financial System via the IDEAS/PRISM system.**

## PARTICIPATING SELLER AGENCY TO SUPPORT THE BUYER AGENCY

**The Draft IAA is received for completion by the Seller Agency.**
**This data will be used to cross-reference the IAA with the Seller Agency's reimbursable account in FFS or SAP.**

6b. Enter the Seller Agency office name, city, state, State, Buyer technical and administrative contact names and phone nos. with area code, also include fax and Email address. These fields can be completed by the Buyer
7b. Provide your 8 digit Agency Location Code (ALC) assigned by Treasury.
8b. Type your Business Partner Network Number (DUNS No.) as registered in Federal Register, this is also referred to as the FSN for Dept. of Defense.
9b. Provide the Treasury Account Symbol (TAS) for this funding line.
10b. Determine the Treasury Standard General Ledger accounts (SGL) for your reimbursable account.
11b. Enter the cost structure / account classification for your Agency's reimbursable. This may include an office identifier, program and budget object class. (Note: This cost structure **must** be charged with time or expenditures for billing to occur.)
12b. Provide the Business Event Type Code (BETC) for this action.
13b. Type the Project or Job Number assigned to track expenses for completing the work requested in Agreement.
14b. Enter any additional Seller account reference data. (Project code assigned, Proposal number, sub-agreement contract reference)
15b. Seller to ensure completion by this date (No additional costs may be incurred).
**16. To be completed by Buyer**
17. Ensure that the billing term is acceptable by Seller Agency.
20. Ensure that the approval signature is an agent authorized to accept or behalf of the Seller Agency.
**Return the IAA copy to the Contracting Officer for execution and obligation.**
After Receipt of the fully executed copy of this Agreement, create a reimbursable account in FFS, PCAS or SAP. SD to track expenses that will be IPAC billed against this Obligation.

AR01174

IAA # L17PG00163 ARTICLES
U.S. Forest Service Agreement No.: 17-IA-11051360-091

I.   PROJECT TITLE:
2017 Burning Man Event

USFS Law Enforcement (LEOs) assistance at the Burning Man Event in the Black Rock High Rock National Conservation Area (NCA)

II.   OBJECTIVE:

The objective of this agreement is to provide a means by which an exchange of funds may be completed for law enforcement services rendered by the United States Forest Service (USFS) to the Bureau of Land Management (BLM) during the 2017 Burning Man Event.  This event occurs each year and in the past BLM has not been able to provide enough law enforcement officers to adequately staff the Burning Man Event.   The operational period of the event is 8/22/17-9/04/17.

III.   STATEMENT OF WORK:
   A.  USFS agrees:
      (1)  To provide law enforcement officers and patrol vehicles to provide law enforcement patrol of BLM lands during the Burning Man Event as determined by the BLM.
      (2)  LEOs must participate in mandatory "cross designation" training prior to deployment (4 hours).

   B.  BLM agrees to provide the following:
      (1)  Handheld radios/frequencies to participating LEOs
      (2)  Operational Plans
      (3)  Housing at Bruno's Motel
      (4)  Meals during the event
      (5)  Instruction on BLM policies, regulations, practices
      (6)  To pay for all labor, vehicle utilization, travel related expenses and per diem

IV.   REPORTS:

The Forest Service personnel will be required to submit to the Law Enforcement Branch Chief, or other designated person, all law enforcement reports generated during the course of the detail. These reports include but are not limited to; arrest reports, violation notices, and accident reports.

V.   AVAILABILITY OF FUNDS

The availability of the parties to carry out their responsibilities under this IAA is subject to their representative funding procedures and the availability of funds. Should either party encounter budgetary problems in the course of its respective internal procedures which may affect the activities to be carried out under this IAA, that party will notify the other party in a timely manner.

**Available funding provided by the BLM under this IAA expires September 25, 2017**

AR01175

IAA# L17PG00163 - ARTICLES

VI.    SETTLEMENT OF DISPUTES:

The parties under this IAA are responsible for resolving any disputes that may arise within 30 business days of the billing date. If a resolution cannot be achieved during this 30-day period, the matter will then be referred to the Department of Interior Financial Management Office (PFM) http://www.doi.gov/pfm/.

VII.   FINANCIAL ARRANGEMENTS (PAYMENT):

This IAA is not to exceed the amount as stated herein [inclusive of all Modifications.] $40,000. The charges for goods/services will include both direct and indirect costs applicable to this IAA. (BLM requires the specific Indirect Cost Rate to be identified in this section. IF you have received approval from the Bureau Budget Officer to waive or reduce the Indirect Cost Rate, indicate so in this section). For (WO800) time and materials based IAAs, the final charge for the work will be based on the actual costs incurred. For fixed price IAAs, the final charge will be the charge negotiated between the BLM and the USFS. When advance payment has been made on a reimbursable based IAA and the actual costs are less than the estimate, the difference will be refunded.

The USFS will submit their billing through the Intra-Governmental Payment and Collection (IPAC) system or the Intra-Governmental Transaction Portal, whichever is applicable. The bill will reference the BLM Dunn and Bradstreet Number, the Requesting Agency Location Code, The Treasury Account Symbol, the Accounting Classification Reference Code(s), the Obligating Document Number, a brief description of the services performed, and the Accounts Payable point-of-contact name and phone number.

A copy of the supporting documentation will be forwarded to the BLM initiating office when the bill is prepared. Payment will be made upon delivery or upon completion of the work (*Note: to CO: recommend coordination with USFS's billing POC to discuss billing frequency.)

The BLM shall not be obligated to pay for, nor will the USFS be obligated to perform any effort that will require the expenditure of funds above the obligated amount.

**USFS agrees to submit IPAC before September 25, 2017.**

VIII.  TERM OF IAA:

This IAA shall become effective upon signature by both parties. Unless completed early, or terminated in accordance with paragraph IX, this IAA expires September 30, 2017. If extended by bilateral modification through coordinated with the BLM Nevada State Office duration shall not exceed (two years after contract). The IAA #L17PG00163, IAA Articles and Statement of Work included in this package are all part of the agreement that is being entered into.

IX.    TERMINATION:

This IAA may be terminated by either party upon 30 days written notice. If the IAA is cancelled by the BLM, the USFS will be reimbursed for costs incurred prior to cancellation, plus any termination costs. All costs claimed by the USFS must be itemized and furnished to the BLM.

AR01176

X.      MODIFYING THE IAA:

Either party under this IAA may propose to make changes under this IAA by notifying the other party in writing. All changes under this IAA must be modified and agreed upon by both parties in writing.

XI.     POINTS OF CONTACT:

Changes to the Points of Contact identified below may be made by written notification to each of the parties under this IAA.

REQUESTING AGENCY (BLM)                    SERVICING AGENCY (USFS)

Technical Contact                          Technical Contact
Name:        Becky Andres                  Name: Chad Krogstad
Title:       Staff LE Ranger               Title: Patrol Commander
Address:     1340 Financial Blvd           Address: 1323 Club Drive
             Reno, NV  89502               Vallejo, CA 94592-1110
Phone:       (775) 861-6444                Phone: 707-562-9125
Email:       randres@blm.gov               Email: ckrogstad@fs.fed.us

Contracting Contact                        Contracting Contact
Name:        Dave Appold                   Name:        Geraldine C. Bordash (Gerri)
Title:       Supervisory Procurement Analyst  Title:    Grants Management Specialist
Address:     1340 Financial Blvd           Address:     1323 Club Drive
             Reno, NV  89502                            Vallejo, CA  94592-1110
Phone:       (775) 861-6417                Phone:       (707) 562-8782
Email:       dappold@blm.gov               Email:       gbordash@fs.fed.us

Billing Contact                            Billing Contact
OC622- Payments Section                    Same as Technical Contact
Bureau of Land Management
Denver Federal Center, Bldg. 50
P.O. Box 25047
Denver, CO 80225

Page  4 of  4

| FS Agreement No. | **17-IA-11051360-091** |
|---|---|
| Cooperator Agreement No. | **L17PG00163** |

Supplemental Provisions to the AD-672 or Equivalent Form

## 1.  NOTICES

Any communications affecting the operations covered by this agreement given by the U.S. Forest Service or BLM is/are sufficient only if in writing and delivered in person, mailed, or transmitted electronically by e-mail or fax, as follows:

   To the U.S. Forest Service Program Manager, at the address specified in the grant/agreement.

   To BLM at the BLM's address shown in the grant/agreement or such other address designated within the grant/agreement.

Notices are effective when delivered in accordance with this provision, or on the effective date of the notice, whichever is later.

## 2.  ALTERNATIVE DISPUTE RESOLUTION - INTERAGENCY

The parties to this agreement shall settle any disputes that may arise under this agreement by following direction in the Treasury Financial Manual, Volume 1, Part 2, Chapter 4700, Appendix 10; Intragovernmental Business Rules.

## 3.  USE OF U.S. FOREST SERVICE INSIGNIA

In order for BLM to use the U.S. Forest Service insignia on any published media, such as a Web page, printed publication, or audiovisual production, permission must be granted from the U.S. Forest Service's Office of Communications.  A written request must be submitted and approval granted in writing by the Office of Communications prior to use of the insignia.

## 4.  PUBLIC NOTICES

It is U.S. Forest Service's policy to inform the public as fully as possible of its programs and activities. BLM is/are encouraged to give public notice of the receipt of this agreement and, from time to time, to announce progress and accomplishments.  Press releases or other public notices should include a statement substantially as follows:

   "Law Enforcement and Investigations of the U.S. Forest Service, Department of Agriculture, and the Bureau of Land Management …."

BLM may call on U.S. Forest Service's Office of Communication for advice regarding public notices.  BLM is/are requested to provide copies of notices or announcements to the U.S. Forest Service Program Manager and to U.S. Forest Service's Office Communications as far in advance of release as possible.

AR01178

5. **SPECIAL BILLING REQUIREMENTS – FINANCIAL DOCUMENTATION (Incoming Funds)**

Reimbursable billings must be issued at the prescribed frequency based on expenditures recorded in the U.S Forest Service accounting system for work performed. Bills for Collection reflect an aggregate amount for the billing period. The U.S. Forest Service Transaction Register listing itemized expenses will be provided in accordance with the billing cycle. Provision of the Transaction Register or other supporting documentation accompanying individual bills will be limited to agreements over $2,500, and only when Cooperative requirements are clearly defined within this provision.

The special billing requirements are: with each bill.

6. **BILLING (FS Servicing Agency) – IA**

The maximum total cost liability to the BLM for this agreement is **$40,000.00** Overhead is assessed at 0.0 percent. Transfer of funds to the Forest Service must be through an Interagency Payment and Collection System (IPAC) billing or, if Federal partner is a USDA agency, payments is made through FMMI. A detailed list of charges incurred must be made available upon request. The IPAC billing document which the Forest Service prepares must contain the following information:

| BILLING DATA | REQUESTING AGENCY | FOREST SERVICE |
|---|---|---|
| Obligation Document Number (PO# from FMMI) | 40340623 | TBA at Execution |
| Agency Location Code (ALC) | 14-11-008 | 12-40-1100 |
| Treasury Account Symbol (TAS) | 14X5107 | 127/11106 |
| Account/Cost Structure | LLNVW03500 L51050000.EA0000 LV.RC.F1705280 17XL15017AP | TBA at Execution |
| Budget Object Code (BOC) | | 2510 |
| Document Agreement Number | L17PG00163 | 17-IA-11051360-091 |
| Data Universal Numbering System number (DUNS) | 084359236 | 92-9332484 |
| Business Event Type Code (BETC) | DISB | COLL |

7. **NONDISCRIMINATION STATEMENT – PRINTED, ELECTRONIC, OR AUDIOVISUAL MATERIAL**

The BLM shall include the following statement, in full, in any printed, audiovisual material, or electronic media for public distribution developed or printed with any Federal funding.

AR01179

*"In accordance with Federal law and U.S. Department of Agriculture policy, this institution is prohibited from discriminating on the basis of race, color, national origin, sex, age, or disability.  (Not all prohibited bases apply to all programs.)*

To file a complaint alleging discrimination, write USDA, Director, Office of Civil Rights, 1400 Independence Avenue, SW, Washington DC  20250-9410 or call toll free voice (866) 632-9992, TDD (800)877-8339, or voice relay (866) 377-8642.  USDA is an equal opportunity provider and employer."

If the material is too small to permit the full statement to be included, the material must, at minimum, include the following statement, in print size no smaller than the text:

*"This institution is an equal opportunity provider."*

## 8.  U.S. FOREST SERVICE ACKNOWLEDGED IN PUBLICATIONS, AUDIOVISUALS, AND ELECTRONIC MEDIA

BLM shall acknowledge U.S. Forest Service support in any publications, audiovisuals, and electronic media developed as a result of this agreement.

These terms and conditions are incorporated and made a part of the referenced agreement.

The authority and format of this agreement have been reviewed and approved for signature.

/s/ *Geraldine C. Bordash*                                                      07/07/2017
GERALDINE C. BORDASH                                          Date
U.S. Forest Service, Grants Management Specialist

AR01180

| INTERAGENCY AGREEMENT | 1. IAA NO.<br>L17PG00175/P00001 | | PAGE<br>1 | OF<br>2 |
|---|---|---|---|---|

| 2. ORDER NO. | 3. REQUISITION NO. | 4. SOLICITATION NO. |
|---|---|---|

| 5. EFFECTIVE DATE<br>12/07/2017 | 6. AWARD DATE<br>12/07/2017 | 7. PERIOD OF PERFORMANCE<br>08/21/2017 TO 09/30/2017 |
|---|---|---|

| 8. SERVICING AGENCY | 9. DELIVER TO |
|---|---|
| Program Support Center<br>ALC: 75030030<br>DUNS: 024199981 +4:<br>4550 Montgomery Ave # 950<br>Bethesda MD 20814-3304<br><br><br><br>POC    David Dolinsky<br>TELEPHONE NO. 202-205-0499 | BLM-NEVADA STATE OFFICE<br>1340 FINANCIAL BLVD<br>Reno NV 89502<br>US |

| 10. REQUESTING AGENCY | 11. INVOICE OFFICE |
|---|---|
| L NV-STATE OFC BDGT&FIN SVCS(NV955)<br>ALC:<br>DUNS:  +4:<br>1340 FINANCIAL BLVD.<br>RENO NV 89502<br><br><br>POC<br>TELEPHONE NO. | OC622 - PAYMENTS SECTION<br>BUREAU OF LAND MANAGEMENT<br>DENVER FEDERAL CENTER, BLDG. 50<br>MS OC-620 Payments<br>PO BOX 25047<br>DENVER CO 80225 |

| 12. ISSUING OFFICE | 13. LEGISLATIVE AUTHORITY<br>31 USC 1535 Economy Act of 1932, as amended |
|---|---|
| BLM NV-STATE OFC BGT&FIN SVC(NV955)<br>1340 FINANCIAL BLVD.<br>RENO NV 89502 | |
| | 14. PROJECT ID |
| | 15. PROJECT TITLE<br>2017 BURNING MAN MDICAL SUPPORT |

| 16. ACCOUNTING DATA |
|---|
| 01 |

| 17.<br>ITEM NO. | 18.<br>SUPPLIES/SERVICES | 19.<br>QUANTITY | 20.<br>UNIT | 21.<br>UNIT PRICE | 22.<br>AMOUNT |
|---|---|---|---|---|---|
| | The purpose of this modification is to deobligate the remaining funds of $20,000.00 on Line Item 0010 and close out the IAA. As a result, the new total of the IAA is $0.00.<br>Legacy Doc #: BLM Invoice Review Required: Y<br>Delivery: 09/09/2017<br>Account Assignm: K G/L Account: 6100.256M0<br>Business Area: L000 Commitment Item: 256M00 Cost Center: LLNVW03500 Functional Area: L51050000.EA0000 Fund: 17XL5017AP Fund Center: LLNVW03500 Project/WBS: LV.RC.F1705280 PR Acct Assign: 01<br>Continued ... | | | | |

| 23. PAYMENT PROVISIONS | 24. TOTAL AMOUNT<br>-$20,000.00 |
|---|---|

| 25a. SIGNATURE OF GOVERNMENT REPRESENTATIVE (SERVICING) | 26a. SIGNATURE OF GOVERNMENT REPRESENTATIVE (REQUESTING) |
|---|---|
| 25b. NAME AND TITLE | 25c. DATE | 26b. CONTRACTING OFFICER<br>David Appold | 26c. DATE |

**AR01181**

| IAA NO | ORDER NO | | | | PAGE | OF |
|--------|----------|--|--|--|------|-----|
| L17PG00175/P00001 | | | | | 2 | 2 |

Administrative Point of Contact:
David W. Appold, Contracting Officer
dappold@blm.gov
775-861-6417

AR01182

IAA # L17PG00175 - ARTICLES

I.   PROJECT TITLE:

Medical Support from Health and Human Services (HHS) for the 2017 Burning Man Event.

II.   OBJECTIVE:

To provide necessary medical oversight, response and assessment to Bureau of Land Management employees and contractors in a harsh, remote, and tactical environment during the 2017 Burning Man Event.

III.   STATEMENT OF WORK:

The United States Department of Health and Human Services (HHS) agrees to provide the following services to the Bureau of Land Management, Winnemucca District Office for the 2017 Burning Man event, with an operational period between 8/22/17-9/09/17:

a)   Medical Support Services: HHS will provide medical support services to meet BLM requirements, which may include, but are not limited to, mission-specific training, mission planning, and medical intelligence, specifically the development of a Medical Threat Assessment specific to the event.

b)   Needs Assessment: Prior to the event, HHS will conduct a needs assessment for the BLM to make recommendations and to determine how best to develop, implement and maintain the emergency medical support requirements for the event.  These recommendations will include, but are not limited to: training, procedures, protocols, processes, equipment, resources and oversight, which will enhance successful mission accomplishment.

c)   Medical Equipment Selection: HHS will provide BLM with guidance and recommendations regarding the equipment and supplies required by the BLM for the 2017 Burning Man event.  When appropriate, the Medical Director may authorize the procurement of controlled substances and prescription medical devices and will ensure that appropriate records of use, storage and administration are maintained in accordance with applicable federal standards.

d)   Medical Direction and Consultation: HHS will designate a physician who would serve as medical director for BLM Emergency Medical Technicians (EMTs) and ensure 24-hour access to the medical director (or his designee) during the operational period. The medical director would provide medical oversight for BLM certified medical providers. This medical oversight may include standing orders, real-time medical consultation, development of customized and mission-specific protocols for treatment, and supervision of a quality improvement program.

e)   Direct Operational Support: HHS will provide a Medical Support Team (MST), which usually consists of an independent duty medic and a physician/midlevel provider, to supplement the BLM medical unit.  Additional providers or MSTs may be supplied, as needed. HHS will ensure that all personnel directly involved in supporting BLM have at least a Secret clearance.  Pursuant to 42 U.S.C. 215, HHS personnel will be detailed to BLM during the operational period to provide direct field medical support and extended mission support.  Such support may include onsite consultation, patient advocacy,

providing personnel on the scene, assessment of individuals at the scene for medical conditions, and provision of medical care to individuals as necessary.

   f)  <u>Ongoing Assessments and Quality Improvement</u>: HHS will conduct a post operation assessment of the medical component of the event, recommending to BLM any training, procedures, equipment and resources that will enhance future events.  This may include a medical record review for quality improvement.  Except as required by law and in accordance with the Privacy Act, HHS will not disclose or disseminate these records outside USHHS without prior BLM approval.

IV.   <u>REPORTS:</u>

The HHS will provide assessment and operational reports to the BLM both on paper and electronically.  Reports will coordinate with designee and need to be complete during event if needed and October 31, 2017.

V.    <u>AVAILABILITY OF FUNDS</u>

Funds in the amount of $30,000 are obligated by execution of this IAA.  Once IAA is signed funds will be available. The ability of the parties to carry out their responsibilities under this IAA is subject to their respective funding procedures and the availability of appropriate funds. Should either party encounter budgetary problems in the course of its respective internal procedures which may affect the activities to be carried out under this IAA, that party will notify the other party in writing in a timely manner.

VI.   <u>SETTLEMENT OF DISPUTES:</u>

The parties under this IAA are responsible for resolving any disputes that may arise within 30 business days of the billing date.  If a resolution cannot be achieved during this 30-day period, the matter will then be referred to the Department of Interior Financial Management Office (PFM) http://www.doi.gov/pfm/.

VII.  <u>FINANCIAL ARRANGEMENTS (PAYMENT):</u>

This IAA is not to exceed the amount as stated herein [inclusive of all Modifications.]. The charges for goods/services will include both direct and indirect costs applicable to this IAA. For (WO800) time and materials based IAAs, the final charge for the work will be based on the actual costs incurred. For fixed price IAAs, the final charge will be the charge negotiated between the BLM and the HHS. When advance payment has been made on a reimbursable based IAA and the actual costs are less than the estimate, the difference will be refunded.

The HHS will submit their billing through the Intra-Governmental Payment and Collection (IPAC) system or the Intra-Governmental Transaction Portal, whichever is applicable.  The bill will reference the BLM's Dunn and Bradstreet Number, the Requesting Agency Location Code, The Treasury Account Symbol, the Accounting Classification Reference Code(s), the Obligating Document Number, a brief description of the services performed, and the Accounts Payable point-of-contact name and phone number.

A copy of the supporting documentation will be forwarded to the BLM initiating office when the bill is prepared.

IAA # L17PG00175 - ARTICLES

The BLM shall not be obligated to pay for, nor will the USHHS be obligated to perform any effort that will require the expenditure of funds above the obligated amount.

VIII.    TERM OF IAA:

This IAA shall become effective upon signature by both parties.  Unless completed early, or terminated in accordance with paragraph IX, this IAA expires 09/30/2017.  If extended by bilateral modification through coordinated with the BLM Contracting Office duration shall not exceed September 30, 2017. The L16PG, Articles and Statement of Work included in this package are all part of the agreement that is being entered into.

IX.    TERMINATION:

This IAA may be terminated by either party upon 30 days written notice. If the IAA is cancelled by the BLM, the HHS will be reimbursed for costs incurred prior to cancellation, plus any termination costs. All costs claimed by the HHS must be itemized and furnished to the BLM.

X.    MODIFYING THE IAA:

Either party under this IAA may propose to make changes under this IAA by notifying the other party in writing. All changes under this IAA must be modified and agreed upon by both parties in writing.

XI.    POINTS OF CONTACT:

Changes to the Points of Contact identified below may be made by written notification to each of the parties under this IAA.

REQUESTING AGENCY (BLM)                    SERVICING AGENCY (HHS)

Technical Contact                                      Technical Contact
Name:  Warren Templeton                        Name:         Denis Fitzgerald
Title:    Assistant Special Agent-in-Charge    Title:         Medical Director, Tactical
            BLM-OLES (AZ)                                           Medicine Program


Address: One North Central Avenue, Ste 800    Address:      200 Independence Ave, SW
            Phoenix, AZ  85004                                         Washington, DC 20201

Phone:  (602) 417-9318                              Phone:        (202) 657-8125
Email:  wtemplet@blm.gov                          Email:        Denis.Fitzgerald@hhs.gov

Contracting Contact:                                  Contracting Contact:
Name: Dave Appold                                   Name:         David Dolinsky
Title:  Supervisory Procurement Analyst       Title:         Deputy Director for
                                                                           Administration and Finance Operations
Address: 1340 Financial Blvd                       Address:      200 Independence Ave, SW
            Reno, NV  89502                                            Washington, DC 20201

Phone: (775) 861-6417                              Phone:        (202) 205-0499
Email: dappold@blm.gov                            Email:        david.dolinsky@hhs.gov

IAA # L17PG00175 - ARTICLES

**Billing Contact**
OC622- Payments Section
Bureau of Land Management
Denver Federal Center, Bldg. 50
P.O. Box 25047
Denver, CO 80225

**Billing Contact**
Same as Technical Contact.

**AR01186**

# UNITED STATES DEPARTMENT OF THE INTERIOR
## INTER/INTRA-AGENCY AGREEMENT (IAA)

   

**1. Period of Performance**

| START | END |
|---|---|
| 08/21/17 | 09/30/17 |

**Buyer** has work performed for them by the Seller named in item 6b.　　**Seller** to perform work as described herein for the agency named in item 6a.

**SEE INSTRUCTIONS ON PAGE 2**

**2. Common Document Number (Agreement Number)**

L17PG00175　　Page 1 of 5

**3. Check appropriate box**

☒ Original　☐ Modification No.　☐ Severable　☐ Non-Severable

**4. Under the authority of (Cite authorities):**

☐ 43 U.S.C. 1701 et seq., (FLPMA)　　☐ Working Capital Fund (WCF)

☐ Department of the Interior Appropriation Act for FY　　☐ Other: 46 USC 1701 Service First Agreement

☒ 31 U.S.C.1535 (Economy Act)　　Bridgeport Helitack Crew

**5. Description of Work:** See Articles　　**PROJECT TITLE:** Burning Man 2016 medical Support

| | **Seller** |
|---|---|
| 6a. Agency: Bureau of Land Management , Carson City District | Agency: HHS |
| Address: 1340 Financial Blvd | Address: 200 Independence Ave, SW |
| Address: Reno, NV 89502 | Address: Washington DC 20201 |
| Administrative POC David Appold dappold@blm.gov | Administrative POC: David Dolinsky , David.dolinsky@hhs.gov |
| Email: Phone 775-861-6417 Fax | Email: Phone **(202)205-0499** Fax: |
| Technical Point of Contact: Warren Templeton Email: wtemplet@blm.gov | Technical Point of Contact: Denis Fitzgerald, Denis.Fitgerald@hhs.gov |
| Phone 602-417-9318 Fax | Phone (202)205-0499 Fax: |

| **ACCOUNT DATA** | **BUYER** | **SELLER** |
|---|---|---|
| **7. Agency Location Code** | 7a 14-11-008 | 7b 75030030 |
| 8. BPN Number (DUNS #) FSN | 8a. 084359236 | 8b. 024199981 |
| **9. Treasury Account Symbol (TAS)** | 9a. 014X5017 | 9b. 75X4552.00114X1039 |
| 10. Standard General Ledger | 10a. | 10b. |
| **11. Cost Structure/Account CC/FA/WBS** | 11a LLNVW03500 L51050000.EA0000 LV.RC.F1705280 17XL5017AP | 11b. |
| 12. Business Event Type Code | 12a DISB | 12b COLL |
| 13. Requisition Number for Buyer **Project Account for Seller WBS** | 13a 40342128 | 13b. |
| 14. Contract Line Number for Buyer/ Proposal Number or Sales Order # for Seller | 14a.0010 | 14b. |
| 15. **Buyer provide Expiration of Funding Source (Date or indefinite)** | 15a.09/30/2017 | 15b. NOTE: Seller, ensure project completion by this date (Seller must not incur additional costs) **See Block 15a** |

| 16. Amount Obligated by Buyer | | 17. Bill To (Name and Address, including zip code of **Finance Office**): |
|---|---|---|
| a. Initial or current obligation: | $20,000.00 | Name: OC622-Payments Section, Bureau of Land Management |
| b. Modification Amount (check one) ☐ Increase ☐ Decrease | $ | Address: Denver Federal Center, Bldg. 50, POB 25047 |
| c. Total obligation: | $20,000.00 | Address: Denver, CO 80225 |

18. Billing for Federal Agencies and DOD will be processed via IPAC. (billing will be done ☐ bi-weekly ☒ monthly ☐ quarterly ☐ in advance)

Upon Approval, this agreement constitutes an obligation against Buyer requesting the work; or authority to proceed with work by Seller for the herein named agency in anticipation of reimbursement.

| 19. Approved for Buyer: _____ (Contracting Officer or other Authorized Signature) *other only for WCF | 20. Approved by Seller: _____ (Seller's Authorizing Signature ) |
|---|---|
| 19a. Name (Type): David W. Appold | 20a. Name (Type): |
| 19b. Title: 　19c. Date: | 20b. Title: Budget Analyst 　20c. Date: |

AR01187

## INSTRUCTIONS FOR INTER/INTRA-AGENCY AGREEMENT (IAA)

*NOTE:  Information highlighted is to be completed by, or obtained from, the Seller Agency*

### IAA – BUYER TO HAVE WORK PERFORMED BY A PARTICIPATING (SELLER) AGENCY

**\*Note:  Complete Items below for a single funding line – continuation page is required for multiple lines of funding**

**The Buyer executes this form, completes and obligates information under Buyer data elements.**

1. Enter the start and end date (period of performance) in which work will be completed.
2. Enter the Common Document Number (Inter/intra Agency Agreement number).
3. Check "Original" if first submission, "Modification" and enter modification number if modification.
4. Check 31 U.S.C. 1535" unless another specific legislative authority exists, in which case that authority is shown under "other".  If 31 U.S.C. 1535 is checked, an Economy Act Determination **must** be prepared by the project manager and approved by a warranted Contracting Officer with delegated authority.
5. Provide a Project Title and description of the work to be performed in accordance with Acquisition, Section 1510-17.5.
6. Enter the Buyer Agency office name, city, state, zip code, Buyer technical and administrative contact names and phone nos. with area code, also include fax and Email address.
**6a.** Enter the Seller Agency office name, city, State, Buyer technical and administrative contact names and phone nos. with area code, also include fax and Email address.  These fields can be completed by the Seller if unknown to the Buyer.
**This data will be referenced on your Treasury IPAC bill**
7a. Provide your 8 digit Agency Location Code (ALC) assigned by Treasury.
8a. Type your Business Partner Network Number (DUNS No.) as registered in Federal Register, this is also referred to as the FSN for Dept. of Defense.
9a. Provide the Treasury Account Symbol (TAS) for this funding line.
10a. Determine the Treasury Standard General Ledger accounts (SGL) for this funding request.
11a Enter the account cost structure for your Agency.  This may include an office identifier, program and budget object class.
12a Provide the Business Event Type Code (BETC) for this action.
13a Type the Requisition Number referenced to support this Agreement.
14a Contract Line Number for this funding.
15a. Provide the Fund Expiration date, or type 'Indefinite' (for no year funds).
**\*Items 9a – 14a are specific for each line of funding on the obligation document.  See \* above.**
**7b-14b. Seller Agency completes these items.**
**This data will be used to cross-reference the IA with the Seller's reimbursable account.**
16.  For an original IA; enter the amount to complete items a, c, and d.  For modification; complete items a, b, c, and d.
16a. Enter the Initial or current obligation amount
16b. Enter the Modification Amount
16c. Check appropriate box to indicate if the funding is being increased or decreased by this action.
17.  Enter the Buyer Agency, Bill To - Finance Office address, include office name, city, state, and zip code.
**Forward a copy of this draft Agreement for completion of the Seller Agency account data.**
**Obtain a signed, accepted copy of this Agreement from the Buyer Agency.**
**Ensure that the data elements in 7b-14b have been completed.**
18.  Check the preferred billing schedule for the Buyer Agency and ensure that the term is acceptable for both Buyer and Seller.
19.  IA must be signed by a warranted Contracting Officer with delegated authority.  IA is not signed by the Buyer until approved in block 20 by the participating agency.
20.  Signature of approving official for the participating agency**.**
**Send a fully executed copy of this Agreement to the Seller Agency after obligation is recorded in the Financial System via the IDEAS/PRISM system.**

### PARTICIPATING SELLER AGENCY TO SUPPORT THE BUYER AGENCY

**The Draft IAA is received for completion by the Seller Agency.**
**This data will be used to cross-reference the IAA with the Seller Agency's reimbursable account in FFS or SAP.**

6b. Enter the Seller Agency office name, city, State, Buyer technical and administrative contact names and phone nos. with area code, also include fax and Email address.  These fields can be completed by the Buyer
7b. Provide your 8 digit Agency Location Code (ALC) assigned by Treasury.
8b. Type your Business Partner Network Number (DUNS No.) as registered in Federal Register, this is also referred to as the FSN for Dept. of Defense.
9b. Provide the Treasury Account Symbol (TAS) for this funding line.
10b. Determine the Treasury Standard General Ledger accounts (SGL) for your reimbursable account.
11b. Enter the cost structure / account classification for your Agency's reimbursable.  This may include an office identifier, program and budget object class.   (Note:  This cost structure **must** be charged with time or expenditures for billing to occur.)
12b. Provide the Business Event Type Code (BETC) for this action.
13b. Type the Project or Job Number assigned to track expenses for completing the work requested in Agreement.
14b. Enter any additional Seller account reference data.  (Project code assigned, Proposal number, sub-agreement contract reference)
15b. Seller to ensure completion by this date (No additional costs may be incurred).
**16.  To be completed by Buyer**
17.  Ensure that the billing term is acceptable by Seller Agency.
20.  Ensure that the approval signature is an agent authorized to accept or behalf of the Seller Agency.
**Return the IAA copy to the Contracting Officer for execution and obligation.**
After Receipt of the fully executed copy of this Agreement, create a reimbursable account in FFS, PCAS or SAP, SD to track expenses that will be IPAC billed against this Obligation.

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | 1. REQUISITION NUMBER 0040339650 | PAGE 1 | OF 12 |
|---|---|---|---|

| 2. CONTRACT NO. | 3. AWARD/ EFFECTIVE DATE | 4. ORDER NUMBER L17PX00991 | 5. SOLICITATION NUMBER L17PS00623 | 6. SOLICITATION ISSUE DATE 06/20/2017 |
|---|---|---|---|---|

| 7. | **FOR SOLICITATION INFORMATION CALL:** ▶ | a. NAME Gregory Kothman | b. TELEPHONE NUMBER *(No collect calls)* (775) 861-6440 | 8. OFFER DUE DATE/LOCAL TIME PT |
|---|---|---|---|---|

| 9. ISSUED BY | CODE LVA |
|---|---|

BLM NV-STATE OFC BGT&FIN SVC(NV955)
1340 FINANCIAL BLVD.
RENO NV 89502

| 10. THIS ACQUISITION IS |
|---|
| ☐ UNRESTRICTED OR   ☒ SET ASIDE: 100.00 % FOR: |
| ☒ SMALL BUSINESS |
| ☐ HUBZONE SMALL BUSINESS |
| ☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS |
| WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM |
| ☐ EDWOSB |
| ☐ 8(A) |
| NAICS: 517919 |
| SIZE STANDARD: $32.5 |

| 11. DELIVERY FOR FOB DESTINA- TION UNLESS BLOCK IS MARKED ☐ SEE SCHEDULE | 12. DISCOUNT TERMS PP30 | 13a. ☐ THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | 14. METHOD OF SOLICITATION ☒ RFQ   ☐ IFB   ☐ RFP | |

| 15. DELIVER TO | CODE | 16. ADMINISTERED BY | CODE LVA |
|---|---|---|---|

BLM-NEVADA STATE OFFICE   CODE 0005447808
1340 FINANCIAL BLVD
Reno NV 89502

BLM NV-STATE OFC BGT&FIN SVC(NV955)
1340 FINANCIAL BLVD.
RENO NV 89502

| 17a. CONTRACTOR/ OFFEROR | CODE 0071379076 | FACILITY CODE | 18a. PAYMENT WILL BE MADE BY | CODE IPP INV |
|---|---|---|---|---|

HIGH DESERT INTERNET SERVICES
Attn: Douglas Dawson
250 ARROW ST
FERNLEY NV 89408-9695

Invoice Processing Platform System
US Department of Treasury
http://www.ipp.gov

TELEPHONE NO.   775-771-5750

| ☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED   ☐ SEE ADDENDUM |
|---|---|

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Invoice Review Required: Y Delivery: 09/10/2017 Account Assignm: K G/L Account: 6100.233U0 Business Area: L000 Commitment Item: 233U00 Cost Center: LLNVW03500 Functional Area: L51050000.EA0000 Fund: 17XL5017AP Fund Center: LLNVW03500 Project/WBS: LV.RC.F1705280 PR Acct Assign: 01 Period of Performance: 08/16/2017 to 09/10/2017 Continued ... | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA 01 | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* $108,710.00 |
|---|---|

| ☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED.   ADDENDA   ☐ ARE   ☐ ARE NOT ATTACHED. |
|---|
| ☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.   ADDENDA   ☒ ARE   ☐ ARE NOT ATTACHED. |

| ☐ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN _____ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED. | ☒ 29. AWARD OF CONTRACT: ☐ OFFER DATED 06/28/2017 YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: |
|---|---|
| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* |
| 30b. NAME AND TITLE OF SIGNER *(Type or print)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or print)* David Appold | 31c. DATE SIGNED |

| AUTHORIZED FOR LOCAL REPRODUCTION PREVIOUS EDITION IS NOT USABLE | STANDARD FORM 1449 (REV. 2/2012) Prescribed by GSA - FAR (48 CFR) 53.212 |
|---|---|

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| 00010 | NETWORK SERVICES SUPPORT AT 2017 BURNING MAN EVENT Provide fully functional computer network, technical services, technical support, software applications and hardware to ensure a fully functional, operational and reliable Law Enforcement Data network and Incident network at the BLM Headquarters (BLM JOC) and other nearby locations in "Black Rock City, Nevada" in accordance with the attached Statement of Work and as proposed in offer BM-BLM-2017.01 dated 06/28/2017.<br><br>Technical Point of Contact:<br>Mark Hall<br>(775)623-1529<br>mehall@blm.gov<br><br>Administrative Point of Contact:<br>Greg Kothman<br>(775)861-6440<br>gkothman@blm.gov<br><br>The total amount of award: $108,710.00. The obligation for this award is shown in box 26. | | | | 108,710.00 |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED    ☐ INSPECTED    ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL  ☐ FINAL | | | ☐ COMPLETE  ☐ PARTIAL  ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) |
| | | 42c. DATE REC'D (YY/MM/DD) | 42d. TOTAL CONTAINERS |

AR01190

STANDARD FORM 1449 (REV. 2/2012) BACK

Purchase Order L17PX00991
Network Services 2017 Burning Man
BLM Nevada - Winnemucca District

**Section 2**

**Clauses**

**52.252-2 Clauses Incorporated by Reference. (FEB 1998)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://www.acquisition.gov/

http://farsite.hill.af.mil/

(End of clause)

**52.201-1 -- Definitions**
**52.203-17 -- Contractor Employee Whistleblower Rights and Requirement to Inform Employees of Whistleblower Rights (Apr 2014)**
**52.204-4 -- Printed or Copied Double-Sided on Postconsumer Fiber Content (May 2011)**
**52.204-9 -- Personal Identity Verification of Contractor Personnel (Jan 2011)**
**52.204-13 -- System for Award Management Maintenance (Oct 2016)**
**52.204-18 -- Commercial and Government Entity Code Maintenance (Jul 2016)**
**52.209-2 -- Prohibition on Contracting With Inverted Domestic Corporations-Representation (Nov 2015)**
**52.212-4 -- Contract Terms and Conditions -- Commercial Items (Jan 2017)**
**52.223-6 -- Drug-Free Workplace (May 2001)**
**52.223-10 -- Waste Reduction Program (May 2001)**
**52.224-1 -- Privacy Act Notification (Apr 1984)**
**52.224-2 -- Privacy Act (Apr 1984)**
**52.232-39 -- Unenforceability of Unauthorized Obligations (Jun 2013)**
**52.232-40 -- Providing Accelerated Payments to Small Business Subcontractors (Dec 2013)**
**52.233-4 -- Applicable Law For Breach Of Contract Claim (OCT 2004)**
**52.237-2 -- Protection of Government Buildings, Equipment, and Vegetation (Apr 1984)**
**52.242-15 -- Stop-Work Order (Aug 1989)**
**52.243-1 -- Changes – Fixed-Price *Alternate II (Apr 1984)***
**52.246-4 -- Inspection of Services – Fixed Price (Aug 1996)**
**52.246-16 -- Responsibility for Supplies (Apr 1994)**
**52.245-1 -- Government Property (Jan 2017)**

**52.203-99 Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements (DEVIATION 2015-02)**

 (a) The contractor shall not require employees or subcontractors seeking to report fraud, waste, or abuse to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such fraud, waste, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.

(b) The contractor shall notify employees that the prohibition and restrictions of any internal confidentiality agreements covered by this clause are no longer in effect.

(c) The prohibition in paragraph (a) of this clause does not contravene requirements applicable to Standard Form 312, Form 4414, or any other form issued by a Federal department or agency governing the nondisclosure of classified information.

AR01191

Purchase Order L17PX00991
Network Services 2017 Burning Man
BLM Nevada - Winnemucca District

(d)(1) In accordance with section 743 of Division E, Title VII, of the Consolidated and Further Continuing Resolution Appropriations Act, 2015 (Pub. L. 113-235), use of funds appropriated (or otherwise made available) under that or any other Act may be prohibited, if the Government determines that the contractor is not in compliance with the provisions of this clause.

(2) The Government may seek any available remedies in the event the contractor fails to comply with the provisions of this clause.

(End of clause)

**52.212-5 Contract Terms and Conditions Required To Implement Statutes or Executive Orders - Commercial Items. (JUN 2016)**

(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

(1) 52.209-10, Prohibition on Contracting with Inverted Domestic Corporations (NOV 2015).

(2) 52.233-3, Protest After Award (AUG 1996) (31 U.S.C. 3553).

(3) 52.233-4, Applicable Law for Breach of Contract Claim (OCT 2004) (Public Laws 108-77 and 108-78 (19 U.S.C. 3805 note)).

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items: (Contracting Officer check as appropriate.)

[X] (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (SEP 2006), with Alternate I (OCT 1995) (41 U.S.C. 4704 and 10 U.S.C. 2402).

[ ] (2) 52.203-13, Contractor Code of Business Ethics and Conduct (OCT 2015) (41 U.S.C. 3509).

[ ] (3) 52.203-15, Whistleblower Protections under the American Recovery and Reinvestment Act of 2009 (JUN 2010) (Section 1553 of Pub. L. 111-5). (Applies to contracts funded by the American Recovery and Reinvestment Act of 2009.)

[X] (4) 52.204-10, Reporting Executive Compensation and First-Tier Subcontract Awards (OCT 2015) (Pub. L. 109-282) (31 U.S.C. 6101 note).

(5) (Reserved)

[ ] (6) 52.204-14, Service Contract Reporting Requirements (JAN 2014) (Pub. L. 111-117, section 743 of Div. C).

[ ] (7) 52.204-15, Service Contract Reporting Requirements for Indefinite-Delivery Contracts (JAN 2014) (Pub. L. 111-117, section 743 of Div. C).

[X] (8) 52.209-6, Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment. (OCT 2015) (31 U.S.C. 6101 note).

[ ] (9) 52.209-9, Updates of Publicly Available Information Regarding Responsibility Matters (JUL 2013) (41 U.S.C. 2313).

4

Purchase Order L17PX00991
Network Services 2017 Burning Man
BLM Nevada - Winnemucca District

[ ] (10) (Reserved)

[ ] (11)(i) 52.219-3, Notice of HUBZone Set-Aside or Sole-Source Award (NOV 2011) (15 U.S.C. 657a).

[ ] (ii) Alternate I (NOV 2011) of 52.219-3.

[ ] (12)(i) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (OCT 2014) (if the offeror elects to waive the preference, it shall so indicate in its offer) (15 U.S.C. 657a).

[ ] (ii) Alternate I (JAN 2011) of 52.219-4.

[ ] (13) (Reserved)

[X] (14)(i) 52.219-6, Notice of Total Small Business Set-Aside (NOV 2011) (15 U.S.C. 644).

       [ ] (ii) Alternate I (NOV 2011).

       [ ] (iii) Alternate II (NOV 2011).

[ ] (15)(i) 52.219-7, Notice of Partial Small Business Set-Aside (JUN 2003) (15 U.S.C. 644).

       [ ] (ii) Alternate I (OCT 1995) of 52.219-7.

       [ ] (iii) Alternate II (MAR 2004) of 52.219-7.

[ ] (16) 52.219-8, Utilization of Small Business Concerns (OCT 2014) (15 U.S.C. 637(d)(2) and (3)).

[ ] (17)(i) 52.219-9, Small Business Subcontracting Plan (OCT 2015) (15 U.S.C. 637(d)(4)).

       [ ] (ii) Alternate I (OCT 2001) of 52.219-9.

       [ ] (iii) Alternate II (OCT 2001) of 52.219-9.

       [ ] (iv) Alternate III (OCT 2015) of 52.219-9.

[ ] (18) 52.219-13, Notice of Set-Aside of Orders (NOV 2011) (15 U.S.C. 644(r)).

[ ] (19) 52.219-14, Limitations on Subcontracting (NOV 2011) (15 U.S.C. 637(a)(14)).

[ ] (20) 52.219-16, Liquidated Damages-Subcontracting Plan (JAN 1999) (15 U.S.C. 637(d)(4)(F)(i)).

[ ] (21) 52.219-27, Notice of Service-Disabled Veteran-Owned Small Business Set-Aside (NOV 2011) (15 U.S.C. 657f).

[X] (22) 52.219-28, Post Award Small Business Program Rerepresentation (JUL 2013) (15 U.S.C. 632(a)(2)).

[ ] (23) 52.219-29, Notice of Set-Aside for, or Sole Source Award to, Economically Disadvantaged Women-Owned Small Business Concerns (DEC 2015) (15 U.S.C. 637(m)).

AR01193

Purchase Order L17PX00991
Network Services 2017 Burning Man
BLM Nevada - Winnemucca District

[ ] (24) 52.219-30, Notice of Set-Aside for, or Sole Source Award to, Women-Owned Small Business Concerns Eligible Under the Women-Owned Small Business Program (DEC 2015) (15 U.S.C. 637(m)).

[X] (25) 52.222-3, Convict Labor (JUN 2003) (E.O. 11755).

[ ] (26) 52.222-19, Child Labor-Cooperation with Authorities and Remedies (FEB 2016) (E.O. 13126).

[X] (27) 52.222-21, Prohibition of Segregated Facilities (APR 2015).

[X] (28) 52.222-26, Equal Opportunity (APR 2015) (E.O. 11246).

[X] (29) 52.222-35, Equal Opportunity for Veterans (OCT 2015) (38 U.S.C. 4212).

[X] (30) 52.222-36, Equal Opportunity for Workers with Disabilities (JUL 2014) (29 U.S.C. 793).

[X] (31) 52.222-37, Employment Reports on Veterans (FEB 2016) (38 U.S.C. 4212).

[X] (32) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (DEC 2010) (E.O. 13496).

[X] (33)(i) 52.222-50, Combating Trafficking in Persons (MAR 2015) (22 U.S.C. chapter 78 and E.O. 13627).

    [ ] (ii) *Alternate I* (MAR 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).

[X] (34) 52.222-54, Employment Eligibility Verification (OCT 2015). (E. O. 12989). (Not applicable to the acquisition of commercially available off-the-shelf items or certain other types of commercial items as prescribed in 22.1803.)

[ ] (35)(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Items (MAY 2008) (42 U.S.C. 6962(c)(3)(A)(ii)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

    [ ] (ii) Alternate I (MAY 2008) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

[ ](36) 52.223-11, Ozone-Depleting Substances and High Global Warming Potential Hydrofluorocarbons (JUN 2016) (E.O. 13693).

[ ](37) 52.223-12, Maintenance, Service, Repair, or Disposal of Refrigeration Equipment and Air Conditioners (JUN 2016) (E.O. 13693).

[ ] (38)(i) 52.223-13, Acquisition of EPEAT®-Registered Imaging Equipment (JUN 2014) (E.O.s 13423 and 13514).

    [ ] (ii) Alternate I (OCT 2015) of 52.223-13.

[ ] (39)(i) 52.223-14, Acquisition of EPEAT®-Registered Televisions (JUN 2014) (E.O.s 13423 and 13514).

    (ii) Alternate I (JUN 2014) of 52.223-14.

[ ] (40) 52.223-15, Energy Efficiency in Energy-Consuming Products (DEC 2007) (42 U.S.C. 8259b).

AR01194

Purchase Order L17PX00991
Network Services 2017 Burning Man
BLM Nevada - Winnemucca District

[ ] (41)(i) 52.223-16, Acquisition of EPEAT®-Registered Personal Computer Products (OCT 2015) (E.O.s 13423 and 13514).

[ ](ii) Alternate I (JUN 2014) of 52.223-16.

[X] (42) 52.223-18, Encouraging Contractor Policies to Ban Text Messaging While Driving (AUG 2011)

[ ] (43) 52.223-20, Aerosols (JUN 2016) (E.O. 13693).

[ ] (44) 52.223-21, Foams (JUN 2016) (E.O. 13693).

[ ] (45) 52.225-1, Buy American-Supplies (MAY 2014) (41 U.S.C. chapter 83).

[ ] (46)(i) 52.225-3, Buy American-Free Trade Agreements-Israeli Trade Act (MAY 2014) (41 U.S.C. chapter 83, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, 19 U.S.C. 3805 note, 19 U.S.C. 4001 note, Pub. L. 103-182, 108-77, 108-78, 108-286, 108-302, 109-53, 109-169, 109-283, 110-138, 112-41, 112-42, and 112-43.

[ ] (ii) Alternate I (MAY 2014) of 52.225-3.

[ ] (iii) Alternate II (MAY 2014) of 52.225-3.

[ ] (iv) Alternate III (MAY 2014) of 52.225-3.

[ ] (47) 52.225-5, Trade Agreements (FEB 2016) (19 U.S.C. 2501, *et seq.*, 19 U.S.C. 3301 note).

[X] (48) 52.225-13, Restrictions on Certain Foreign Purchases (JUN 2008) (E.O.'s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).

[ ] (49) 52.225-26, Contractors Performing Private Security Functions Outside the United States (JUL 2013) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

[ ] (50) 52.226-4, Notice of Disaster or Emergency Area Set-Aside (NOV 2007) (42 U.S.C. 5150).

[ ] (51) 52.226-5, Restrictions on Subcontracting Outside Disaster or Emergency Area (NOV 2007) (42 U.S.C. 5150).

[ ] (52) 52.232-29, Terms for Financing of Purchases of Commercial Items (FEB 2002) (41 U.S.C. 4505, 10 U.S.C. 2307(f)).

[ ] (53) 52.232-30, Installment Payments for Commercial Items (OCT 1995) (41 U.S.C. 4505, 10 U.S.C. 2307(f)).

[X] (54) 52.232-33, Payment by Electronic Funds Transfer-System for Award Management (JUL 2013) (31 U.S.C. 3332).

[ ] (55) 52.232-34, Payment by Electronic Funds Transfer - Other than System for Award Management (JUL 2013) (31 U.S.C. 3332).

[ ] (56) 52.232-36, Payment by Third Party (MAY 2014) (31 U.S.C. 3332).

[ ] (57) 52.239-1, Privacy or Security Safeguards (AUG 1996) (5 U.S.C. 552a).

AR01195

Purchase Order L17PX00991
Network Services 2017 Burning Man
BLM Nevada - Winnemucca District

[ ] (58)(i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (FEB 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631).

[ ] (ii) Alternate I (APR 2003) of 52.247-64.

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items: (Contracting Officer check as appropriate.)

[ ] (1) 52.222-17, Nondisplacement of Qualified Workers (MAY 2014) (E.O. 13495).

[X] (2) 52.222-41, Service Contract Labor Standards (MAY 2014) (41 U.S.C. chapter 67).

[X] (3) 52.222-42, Statement of Equivalent Rates for Federal Hires (MAY 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

[ ] (4) 52.222-43, Fair Labor Standards Act and Service Contract Labor Standards-Price Adjustment (Multiple Year and Option Contracts) (MAY 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

[ ] (5) 52.222-44, Fair Labor Standards Act and Service Contract Labor Standards-Price Adjustment (MAY 2014) (29 U.S.C 206 and 41 U.S.C. chapter 67).

[ ] (6) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (MAY 2014) (41 U.S.C. chapter 67).

[ ] (7) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (MAY 2014) (41 U.S.C. chapter 67).

[X] (8) 52.222-55, Minimum Wages Under Executive Order 13658 (DEC 2015).

[ ] (9) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (MAY 2014) (42 U.S.C. 1792).

[ ] (10) 52.237-11, Accepting and Dispensing of $1 Coin (SEP 2008) (31 U.S.C. 5112(p)(1)).

(d) *Comptroller General Examination of Record.* The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records - Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims

8

Purchase Order L17PX00991
Network Services 2017 Burning Man
BLM Nevada - Winnemucca District

arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e)(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in this paragraph (e)(1) of this paragraph in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause-

(i) 52.203-13, Contractor Code of Business Ethics and Conduct (OCT 2015) (41 U.S.C. 3509).

(ii) 52.219-8, Utilization of Small Business Concerns (OCT 2014) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $700,000 ($1.5 million for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(iii) 52.222-17, Nondisplacement of Qualified Workers (MAY 2014) (E.O. 13495). Flow down required in accordance with paragraph (l) of FAR clause 52.222-17.

(iv) 52.222-21, Prohibition of Segregated Facilities (APR 2015).

(v) 52.222-26, Equal Opportunity (APR 2015) (E.O. 11246).

(vi) 52.222-35, Equal Opportunity for Veterans (OCT 2015) (38 U.S.C. 4212).

(vii) 52.222-36, Equal Opportunity for Workers with Disabilities (JUL 2014) (29 U.S.C. 793).

(viii) 52.222-37, Employment Reports on Veterans (FEB 2016) (38 U.S.C. 4212).

(ix) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (DEC 2010) (E.O. 13496). Flow down required in accordance with paragraph (f) of FAR clause 52.222-40.

(x) 52.222-41, Service Contract Labor Standards (MAY 2014) (41 U.S.C. chapter 67).

(xi) [ ] (A) 52.222-50, Combating Trafficking in Persons (MAR 2015) (22 U.S.C. chapter 78 and E.O. 13627).

[ ] (B) Alternate I (MAR 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).

(xii) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (MAY 2014) (41 U.S.C. chapter 67).

9

Purchase Order L17PX00991
Network Services 2017 Burning Man
BLM Nevada - Winnemucca District

(xiii) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (MAY 2014) (41 U.S.C. chapter 67).

(xiv) 52.222-54, Employment Eligibility Verification (OCT 2015) (E. O. 12989).

(xv) 52.222-55, Minimum Wages Under Executive Order 13658 (DEC 2015).

(xvi) 52.225-26, Contractors Performing Private Security Functions Outside the United States (JUL 2013) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

(xvii) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (MAY 2014) (42 U.S.C. 1792). Flow down required in accordance with paragraph (e) of FAR clause 52.226-6.

(xviii) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (FEB 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the Contractor May include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

(End of clause)

### 52.219-14 Limitations on Subcontracting. (Jan 2017)

(a) This clause does not apply to the unrestricted portion of a partial set-aside.
(b) Applicability. This clause applies only to—
    (1) Contracts that have been set aside or reserved for small business concerns or 8(a) participants;
    (2) Part or parts of a multiple-award contract that have been set aside for small business concerns or 8(a) participants; and
    (3) Orders set aside for small business or 8(a) participants under multiple-award contracts as described in 8.405-5 and 16.505(b)(2)(i)(F).
(c) By submission of an offer and execution of a contract, the Offeror/Contractor agrees that in performance of the contract in the case of a contract for—
    (1) Services (except construction). At least 50 percent of the cost of contract performance incurred for personnel shall be expended for employees of the concern.
    (2) Supplies (other than procurement from a nonmanufacturer of such supplies). The concern shall perform work for at least 50 percent of the cost of manufacturing the supplies, not including the cost of materials.
    (3) General construction. The concern will perform at least 15 percent of the cost of the contract, not including the cost of materials, with its own employees.
    (4) Construction by special trade contractors. The concern will perform at least 25 percent of the cost of the contract, not including the cost of materials, with its own employees.

(End of clause)

### 1452.203-70 Restriction on Endorsements (Jul 1996)

The Contractor shall not refer to contracts awarded by the Department of the Interior in commercial advertising, as defined in FAR 31.205-1, in a manner which states or implies that the product or service provided is approved or endorsed by the Government, or is considered by the Government to be superior to

10

AR01198

Purchase Order L17PX00991
Network Services 2017 Burning Man
BLM Nevada - Winnemucca District

other products or services. This restriction is intended to avoid the appearance of preference by the Government toward any product or service. The Contractor may request the Contracting Officer to make a determination as to the propriety of promotional material.

(End of clause)

**Indemnification (Nov 2007)**

The contractor is an 'independent contractor' and shall obtain all necessary insurance to protect himself from liability arising out of this contract.

The contractor hereby agrees to indemnify and hold the Government harmless in connection with, any loss or liability from damage to or destruction of property or from injuries to or death of persons (including the agents and employees of both parties) if such damage, destruction, injury or death arises out of, or is caused by performance of work under this contract, unless such damage, destruction, injury or death is caused solely by the negligence of the Government, its agents or employees. The contractor agrees to include this clause, appropriately modified, in all subcontracts to be performed under this contract.

(End of Clause)

**1452.201-70 Authorities and Delegations (Sept 2011)**

 (a) The Contracting Officer is the only individual authorized to enter into or terminate this contract, modify any term or condition of this contract, waive any requirement of this contract, or accept nonconforming work.

(b) The Contracting Officer will designate a Contracting  Officer's Representative (COR) at time of award. The COR will be responsible for technical monitoring of the contractor's performance and deliveries. The COR will be appointed in writing, and a copy of the appointment will be furnished to the Contractor. Changes to this delegation will be made by written changes to the existing appointment or by issuance of a new appointment.

(c) The COR is not authorized to perform, formally or informally, any of the following actions:

(1) Promise, award, agree to award, or execute any contract, contract modification, or notice of intent that changes or may change this contract;

(2) Waive or agree to modification of the delivery schedule;

(3) Make any final decision on any contract matter subject to the Disputes Clause;

(4) Terminate, for any reason, the Contractor's right to proceed;

(5) Obligate in any way, the payment of money by the Government.

(d) The Contractor shall comply with the written or oral direction of the Contracting Officer or authorized representative(s) acting within the scope and authority of the appointment memorandum.

The Contractor need not proceed with direction that it considers to have been issued without proper authority. The Contractor shall notify the Contracting Officer in writing, with as much detail as possible, when the COR has taken an action or has issued direction (written or oral) that the Contractor considers to exceed the COR's appointment, within 3 days of the occurrence. Unless otherwise provided in this contract, the Contractor assumes all costs, risks, liabilities, and consequences of performing any work it is directed to perform that falls within any of the categories defined in paragraph (c) prior to receipt of the Contracting Officer's response issued under paragraph (e) of this clause.

AR01199

Purchase Order L17PX00991
Network Services 2017 Burning Man
BLM Nevada - Winnemucca District

(e) The Contracting Officer shall respond in writing within 30 days to any notice made under paragraph (d) of this clause. A failure of the parties to agree upon the nature of a direction, or upon the contract action to be taken with respect thereto, shall be subject to the provisions of the Disputes clause of this contract.

(f) The Contractor shall provide copies of all correspondence to the Contracting Officer and the COR.

(g) Any action(s) taken by the Contractor, in response to any direction given by any person acting on behalf of the Government or any Government official other than the Contracting Officer or the COR acting within his or her appointment, shall be at the Contractor's risk.

(End of clause)

**Electronic Invoicing and Payment Requirements - Invoice Processing Platform (IPP) (April 2013)**

Payment requests must be submitted electronically through the U. S. Department of the Treasury's Invoice Processing Platform System (IPP).

"Payment request" means any request for contract financing payment or invoice payment by the Contractor. To constitute a proper invoice, the payment request must comply with the requirements identified in the applicable Prompt Payment clause included in the contract, or the clause 52.212-4 Contract Terms and Conditions - Commercial Items included in commercial item contracts. The IPP website address is: https://www.ipp.gov.

Under this contract, the following documents are required to be submitted as an attachment to the IPP invoice:

1. **An itemized contractor invoice.**

The Contractor must use the IPP website to register access and use IPP for submitting requests for payment. The Contractor Government Business Point of Contact (as listed in SAM will receive enrollment instructions via email from the Federal Reserve Bank of Boston (FRBB) within 3 - 5 business days of the contract award date. Contractor assistance with enrollment can be obtained by contacting the IPP Production Helpdesk via email ippgroup@bos.frb.org or phone (866) 973-3131.

If the Contractor is unable to comply with the requirement to use IPP for submitting invoices for payment, the Contractor must submit a waiver request in writing to the Contracting Officer with its proposal or quotation.

(End of Local Clause)

### Section 3

**List of Attachments**
1. Statement of Work
2. Wage Determination 2015-5602 Rev. 1, dated 12 Jan 2017
3. CJIS Security Policy v5_5_20160601 -1
4. Permanent Opening of Social Media  Web 2 0 Technology Web
5. JOC Layout 2016 Detail
6. 2017 BLM-PCSO Side JOC Layout (DRAFT)

12

AR01200

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | | |
|---|---|---|
| *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | | |

| | | |
|---|---|---|
| | 1. REQUISITION NUMBER 0040339554 | PAGE  OF  1   9 |

| 2. CONTRACT NO. | 3. AWARD/ EFFECTIVE DATE | 4. ORDER NUMBER L17PX00762 | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|

| 7. FOR SOLICITATION INFORMATION CALL: ▶ | a. NAME Gregory Kothman | b. TELEPHONE NUMBER *(No collect calls)* (775) 861-6440 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|

| 9. ISSUED BY | CODE LVA | 10. THIS ACQUISITION IS  ☒ UNRESTRICTED OR  ☐ SET ASIDE:  % FOR: |
|---|---|---|

BLM NV-STATE OFC BGT&FIN SVC(NV955)
1340 FINANCIAL BLVD.
RENO NV 89502

☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☐ 8(A)

NAICS: 517919

SIZE STANDARD: $32.5

| 11. DELIVERY FOR FOB DESTINA-TION UNLESS BLOCK IS MARKED  ☐ SEE SCHEDULE | 12. DISCOUNT TERMS PP30 | ☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | 14. METHOD OF SOLICITATION  ☐ RFQ    ☐ IFB    ☐ RFP | |

| 15. DELIVER TO | CODE | 16. ADMINISTERED BY | CODE LVA |
|---|---|---|---|

BLM-NEVADA STATE OFFICE
1340 FINANCIAL BLVD
Reno NV 89502

CODE 0005447811

BLM NV-STATE OFC BGT&FIN SVC(NV955)
1340 FINANCIAL BLVD.
RENO NV 89502

| 17a. CONTRACTOR/ OFFEROR | CODE 0071309655 | FACILITY CODE | 18a. PAYMENT WILL BE MADE BY | CODE IPP INV |
|---|---|---|---|---|

STROHMAN, JOE
Attn: Joe Strohman
5612 OLDE HARTLEY WAY
GLEN ALLEN VA 23060-6357

Invoice Processing Platform System
US Department of Treasury
http://www.ipp.gov

TELEPHONE NO.   (804)477-3578

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED   ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Invoice Review Required: Y Delivery: 08/01/2017 Account Assignm: K G/L Account: 6100.233U0 Business Area: L000 Commitment Item: 233U00 Cost Center: LLNVW03500 Functional Area: L51050000.EA0000 Fund: 17XL5017AP Fund Center: LLNVW03500 Project/WBS: LV.RC.F1705280 PR Acct Assign: 01 Period of Performance: 08/01/2017 to 07/31/2018  Continued ... | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA 01 | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* $53,172.00 |
|---|---|

| ☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4.  FAR 52.212-3 AND 52.212-5 ARE ATTACHED.   ADDENDA | ☐ ARE  ☐ ARE NOT ATTACHED. |
|---|---|
| ☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4.  FAR 52.212-5 IS ATTACHED.   ADDENDA | ☒ ARE  ☐ ARE NOT ATTACHED. |

| ☐ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN _____ COPIES TO ISSUING OFFICE.  CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED. | ☒ 29. AWARD OF CONTRACT:  Estimate 7752  OFFER DATED  05/15/2017  YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR  CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: |
|---|---|

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* |
|---|---|

| 30b. NAME AND TITLE OF SIGNER *(Type or print)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or print)* David Appold | 31c. DATE SIGNED |
|---|---|---|---|

| AUTHORIZED FOR LOCAL REPRODUCTION PREVIOUS EDITION IS NOT USABLE | STANDARD FORM 1449 (REV. 2/2012) Prescribed by GSA - FAR (48 CFR) 53.212 |
|---|---|

AR01201

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Contractor Point of Contact:<br>Joe Strohman<br>(804)477-3578<br>joe@sesdirect.net | | | | |
| 00010 | Annual Short Burst Data service and support for iridium short burst data hardware. Includes Enterprise back-office support, API Integration and DeLorme mandated GEOS.<br>Includes 12kb/month/device | | | | 53,172.00 |
| | Technical Point of Contact:<br>Mark Hall<br>(775)623-1529<br>mehall@blm.gov | | | | |
| | Administrative Point of Contact:<br>Greg Kothman<br>(775)861-6440<br>gkothman@blm.gov | | | | |
| | The total amount of award: $53,172.00. The obligation for this award is shown in box 26. | | | | |

**32a. QUANTITY IN COLUMN 21 HAS BEEN**

☐ RECEIVED    ☐ INSPECTED    ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | | 37. CHECK NUMBER |
|---|---|---|---|---|---|
| ☐ PARTIAL   ☐ FINAL | | | ☐ COMPLETE   ☐ PARTIAL   ☐ FINAL | | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) |
| | | 42c. DATE REC'D (YY/MM/DD)     42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

L17PX00762

<div align="center">

**Section 2**

</div>

**Clauses**

**52.252-2 Clauses Incorporated by Reference. (FEB 1998)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es): www.acquisition.gov / http://farsite.hill.af.mil

(End of clause)

| Clause Number | Clause Title |
|---|---|
| 52.203-17 | Contractor Employee Whistleblower Rights and Requirement To Inform Employees of Whistleblower Rights (APR 2014) |
| 52.204-13 | System for Award Management Maintenance. (JUL 2013) |
| 52.204-18 | Commercial and Government Entity Code Maintenance. (JUL 2016) |
| 52.209-10 | Prohibition on Contracting With Inverted Domestic Corporations. (NOV 2015) |
| 52.212-4 | Contract Terms and Conditions - Commercial Items. (MAY 2015) |

**52.203-99 Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements (DEVIATION 2015-02)**

(a) The contractor shall not require employees or subcontractors seeking to report fraud, waste, or abuse to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such fraud, waste, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.

(b) The contractor shall notify employees that the prohibition and restrictions of any internal confidentiality agreements covered by this clause are no longer in effect.

(c) The prohibition in paragraph (a) of this clause does not contravene requirements applicable to Standard Form 312, Form 4414, or any other form issued by a Federal department or agency governing the nondisclosure of classified information.

(d)(1) In accordance with section 743 of Division E, Title VII, of the Consolidated

and Further Continuing Resolution Appropriations Act, 2015 (Pub. L. 113-235), use of funds appropriated (or otherwise made available) under that or any other Act may be prohibited, if the Government determines that the contractor is not in compliance with the provisions of this clause.

(2) The Government may seek any available remedies in the event the contractor fails to comply with the provisions of this clause.

(End of clause)

**52.212-5 Contract Terms and Conditions Required To Implement Statutes or Executive Orders - Commercial Items. (JUN 2016)**

(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

(1) 52.209-10, Prohibition on Contracting with Inverted Domestic Corporations (NOV 2015).

L17PX00762

(2) 52.233-3, Protest After Award (AUG 1996) (31 U.S.C. 3553).

(3) 52.233-4, Applicable Law for Breach of Contract Claim (OCT 2004) (Public Laws 108-77 and 108-78 (19 U.S.C. 3805 note)).

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items: (Contracting Officer check as appropriate.)

[ ] (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (SEP 2006), with Alternate I (OCT 1995) (41 U.S.C. 4704 and 10 U.S.C. 2402).

[ ] (2) 52.203-13, Contractor Code of Business Ethics and Conduct (OCT 2015) (41 U.S.C. 3509).

[ ] (3) 52.203-15, Whistleblower Protections under the American Recovery and Reinvestment Act of 2009 (JUN 2010) (Section 1553 of Pub. L. 111-5). (Applies to contracts funded by the American Recovery and Reinvestment Act of 2009.)

[X] (4) 52.204-10, Reporting Executive Compensation and First-Tier Subcontract Awards (OCT 2015) (Pub. L. 109-282) (31 U.S.C. 6101 note).

(5) (Reserved)

[ ] (6) 52.204-14, Service Contract Reporting Requirements (JAN 2014) (Pub. L. 111-117, section 743 of Div. C).

[ ] (7) 52.204-15, Service Contract Reporting Requirements for Indefinite-Delivery Contracts (JAN 2014) (Pub. L. 111-117, section 743 of Div. C).

[X] (8) 52.209-6, Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment. (OCT 2015) (31 U.S.C. 6101 note).

[ ] (9) 52.209-9, Updates of Publicly Available Information Regarding Responsibility Matters (JUL 2013) (41 U.S.C. 2313).

[ ] (10) (Reserved)

[ ] (11)(i) 52.219-3, Notice of HUBZone Set-Aside or Sole-Source Award (NOV 2011) (15 U.S.C. 657a).

[ ] (ii) Alternate I (NOV 2011) of 52.219-3.

[ ] (12)(i) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (OCT 2014) (if the offeror elects to waive the preference, it shall so indicate in its offer) (15 U.S.C. 657a).

[ ] (ii) Alternate I (JAN 2011) of 52.219-4.

[ ] (13) (Reserved)

[X] (14)(i) 52.219-6, Notice of Total Small Business Set-Aside (NOV 2011) (15 U.S.C. 644).

[ ] (ii) Alternate I (NOV 2011).

[ ] (iii) Alternate II (NOV 2011).

[ ] (15)(i) 52.219-7, Notice of Partial Small Business Set-Aside (JUN 2003) (15 U.S.C. 644).

[ ] (ii) Alternate I (OCT 1995) of 52.219-7.

[ ] (iii) Alternate II (MAR 2004) of 52.219-7.

L17PX00762

[ ] (16) 52.219-8, Utilization of Small Business Concerns (OCT 2014) (15 U.S.C. 637(d)(2) and (3)).

[ ] (17)(i) 52.219-9, Small Business Subcontracting Plan (OCT 2015) (15 U.S.C. 637(d)(4)).

[ ] (ii) Alternate I (OCT 2001) of 52.219-9.

[ ] (iii) Alternate II (OCT 2001) of 52.219-9.

[ ] (iv) Alternate III (OCT 2015) of 52.219-9.

[ ] (18) 52.219-13, Notice of Set-Aside of Orders (NOV 2011) (15 U.S.C. 644(r)).

[ ] (19) 52.219-14, Limitations on Subcontracting (NOV 2011) (15 U.S.C. 637(a)(14)).

[ ] (20) 52.219-16, Liquidated Damages-Subcontracting Plan (JAN 1999) (15 U.S.C. 637(d)(4)(F)(i)).

[ ] (21) 52.219-27, Notice of Service-Disabled Veteran-Owned Small Business Set-Aside (NOV 2011) (15 U.S.C. 657f).

[X] (22) 52.219-28, Post Award Small Business Program Rerepresentation (JUL 2013) (15 U.S.C. 632(a)(2)).

[ ] (23) 52.219-29, Notice of Set-Aside for, or Sole Source Award to, Economically Disadvantaged Women-Owned Small Business Concerns (DEC 2015) (15 U.S.C. 637(m)).

[ ] (24) 52.219-30, Notice of Set-Aside for, or Sole Source Award to, Women-Owned Small Business Concerns Eligible Under the Women-Owned Small Business Program (DEC 2015) (15 U.S.C. 637(m)).

[X] (25) 52.222-3, Convict Labor (JUN 2003) (E.O. 11755).

[ ] (26) 52.222-19, Child Labor-Cooperation with Authorities and Remedies (FEB 2016) (E.O. 13126).

[X] (27) 52.222-21, Prohibition of Segregated Facilities (APR 2015).

[X] (28) 52.222-26, Equal Opportunity (APR 2015) (E.O. 11246).

[ ] (29) 52.222-35, Equal Opportunity for Veterans (OCT 2015) (38 U.S.C. 4212).

[X] (30) 52.222-36, Equal Opportunity for Workers with Disabilities (JUL 2014) (29 U.S.C. 793).

[ ] (31) 52.222-37, Employment Reports on Veterans (FEB 2016) (38 U.S.C. 4212).

[ ] (32) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (DEC 2010) (E.O. 13496).

[X] (33)(i) 52.222-50, Combating Trafficking in Persons (MAR 2015) (22 U.S.C. chapter 78 and E.O. 13627).

[ ] (ii) *Alternate I* (MAR 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).

[ ] (34) 52.222-54, Employment Eligibility Verification (OCT 2015). (E. O. 12989). (Not applicable to the acquisition of commercially available off-the-shelf items or certain other types of commercial items as prescribed in 22.1803.)

[ ] (35)(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Items (MAY 2008) (42 U.S.C. 6962(c)(3)(A)(ii)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

[ ] (ii) Alternate I (MAY 2008) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

L17PX00762

[ ](36) 52.223-11, Ozone-Depleting Substances and High Global Warming Potential Hydrofluorocarbons (JUN 2016) (E.O. 13693).

[ ](37) 52.223-12, Maintenance, Service, Repair, or Disposal of Refrigeration Equipment and Air Conditioners (JUN 2016) (E.O. 13693).

[ ] (38)(i) 52.223-13, Acquisition of EPEAT®-Registered Imaging Equipment (JUN 2014) (E.O.s 13423 and 13514).

[ ] (ii) Alternate I (OCT 2015) of 52.223-13.

[ ] (39)(i) 52.223-14, Acquisition of EPEAT®-Registered Televisions (JUN 2014) (E.O.s 13423 and 13514).

(ii) Alternate I (JUN 2014) of 52.223-14.

[ ] (40) 52.223-15, Energy Efficiency in Energy-Consuming Products (DEC 2007) (42 U.S.C. 8259b).

[ ] (41)(i) 52.223-16, Acquisition of EPEAT®-Registered Personal Computer Products (OCT 2015) (E.O.s 13423 and 13514).

[ ](ii) Alternate I (JUN 2014) of 52.223-16.

[X] (42) 52.223-18, Encouraging Contractor Policies to Ban Text Messaging While Driving (AUG 2011)

[ ] (43) 52.223-20, Aerosols (JUN 2016) (E.O. 13693).

[ ] (44) 52.223-21, Foams (JUN 2016) (E.O. 13693).

[X] (45) 52.225-1, Buy American-Supplies (MAY 2014) (41 U.S.C. chapter 83).

[ ] (46)(i) 52.225-3, Buy American-Free Trade Agreements-Israeli Trade Act (MAY 2014) (41 U.S.C. chapter 83, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, 19 U.S.C. 3805 note, 19 U.S.C. 4001 note, Pub. L. 103-182, 108-77, 108-78, 108-286, 108-302, 109-53, 109-169, 109-283, 110-138, 112-41, 112-42, and 112-43.

[ ] (ii) Alternate I (MAY 2014) of 52.225-3.

[ ] (iii) Alternate II (MAY 2014) of 52.225-3.

[ ] (iv) Alternate III (MAY 2014) of 52.225-3.

[ ] (47) 52.225-5, Trade Agreements (FEB 2016) (19 U.S.C. 2501, *et seq*., 19 U.S.C. 3301 note).

[ ] (48) 52.225-13, Restrictions on Certain Foreign Purchases (JUN 2008) (E.O.'s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).

[ ] (49) 52.225-26, Contractors Performing Private Security Functions Outside the United States (JUL 2013) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

[ ] (50) 52.226-4, Notice of Disaster or Emergency Area Set-Aside (NOV 2007) (42 U.S.C. 5150).

[ ] (51) 52.226-5, Restrictions on Subcontracting Outside Disaster or Emergency Area (NOV 2007) (42 U.S.C. 5150).

[ ] (52) 52.232-29, Terms for Financing of Purchases of Commercial Items (FEB 2002) (41 U.S.C. 4505, 10 U.S.C. 2307(f)).

L17PX00762

[ ] (53) 52.232-30, Installment Payments for Commercial Items (OCT 1995) (41 U.S.C. 4505, 10 U.S.C. 2307(f)).

[X] (54) 52.232-33, Payment by Electronic Funds Transfer-System for Award Management (JUL 2013) (31 U.S.C. 3332).

[ ] (55) 52.232-34, Payment by Electronic Funds Transfer - Other than System for Award Management (JUL 2013) (31 U.S.C. 3332).

[ ] (56) 52.232-36, Payment by Third Party (MAY 2014) (31 U.S.C. 3332).

[ ] (57) 52.239-1, Privacy or Security Safeguards (AUG 1996) (5 U.S.C. 552a).

[ ] (58)(i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (FEB 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631).

[ ] (ii) Alternate I (APR 2003) of 52.247-64.

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items: (Contracting Officer check as appropriate.)

[ ] (1) 52.222-17, Nondisplacement of Qualified Workers (MAY 2014) (E.O. 13495).

[X] (2) 52.222-41, Service Contract Labor Standards (MAY 2014) (41 U.S.C. chapter 67).

[X] (3) 52.222-42, Statement of Equivalent Rates for Federal Hires (MAY 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

[ ] (4) 52.222-43, Fair Labor Standards Act and Service Contract Labor Standards-Price Adjustment (Multiple Year and Option Contracts) (MAY 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

[ ] (5) 52.222-44, Fair Labor Standards Act and Service Contract Labor Standards-Price Adjustment (MAY 2014) (29 U.S.C 206 and 41 U.S.C. chapter 67).

[ ] (6) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (MAY 2014) (41 U.S.C. chapter 67).

[ ] (7) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (MAY 2014) (41 U.S.C. chapter 67).

[X] (8) 52.222-55, Minimum Wages Under Executive Order 13658 (DEC 2015).

[ ] (9) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (MAY 2014) (42 U.S.C. 1792).

[ ] (10) 52.237-11, Accepting and Dispensing of $1 Coin (SEP 2008) (31 U.S.C. 5112(p)(1)).

(d) *Comptroller General Examination of Record*. The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records - Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

L17PX00762

(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e)(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in this paragraph (e)(1) of this paragraph in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause-

(i) 52.203-13, Contractor Code of Business Ethics and Conduct (OCT 2015) (41 U.S.C. 3509).

(ii) 52.219-8, Utilization of Small Business Concerns (OCT 2014) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $700,000 ($1.5 million for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(iii) 52.222-17, Nondisplacement of Qualified Workers (MAY 2014) (E.O. 13495). Flow down required in accordance with paragraph (l) of FAR clause 52.222-17.

(iv) 52.222-21, Prohibition of Segregated Facilities (APR 2015).

(v) 52.222-26, Equal Opportunity (APR 2015) (E.O. 11246).

(vi) 52.222-35, Equal Opportunity for Veterans (OCT 2015) (38 U.S.C. 4212).

(vii) 52.222-36, Equal Opportunity for Workers with Disabilities (JUL 2014) (29 U.S.C. 793).

(viii) 52.222-37, Employment Reports on Veterans (FEB 2016) (38 U.S.C. 4212).

(ix) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (DEC 2010) (E.O. 13496). Flow down required in accordance with paragraph (f) of FAR clause 52.222-40.

(x) 52.222-41, Service Contract Labor Standards (MAY 2014) (41 U.S.C. chapter 67).

(xi) [ ] (A) 52.222-50, Combating Trafficking in Persons (MAR 2015) (22 U.S.C. chapter 78 and E.O. 13627).

[ ] (B) Alternate I (MAR 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).

(xii) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (MAY 2014) (41 U.S.C. chapter 67).

(xiii) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (MAY 2014) (41 U.S.C. chapter 67).

(xiv) 52.222-54, Employment Eligibility Verification (OCT 2015) (E. O. 12989).

(xv) 52.222-55, Minimum Wages Under Executive Order 13658 (DEC 2015).

AR01208

L17PX00762

(xvi) 52.225-26, Contractors Performing Private Security Functions Outside the United States (JUL 2013) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

(xvii) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (MAY 2014) (42 U.S.C. 1792). Flow down required in accordance with paragraph (e) of FAR clause 52.226-6.

(xviii) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (FEB 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the Contractor May include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

(End of clause)

**Electronic Invoicing and Payment Requirements - Invoice Processing Platform (IPP) (April 2013)**

Payment requests must be submitted electronically through the U. S. Department of the Treasury's Invoice Processing Platform System (IPP).

"Payment request" means any request for contract financing payment or invoice payment by the Contractor. To constitute a proper invoice, the payment request must comply with the requirements identified in the applicable Prompt Payment clause included in the contract, or the clause 52.212-4 Contract Terms and Conditions - Commercial Items included in commercial item contracts. The IPP website address is: https://www.ipp.gov.

Under this contract, the following documents are required to be submitted as an attachment to the IPP invoice:

1. **A printable itemized contractor invoice**

The Contractor must use the IPP website to register access and use IPP for submitting requests for payment. The Contractor Government Business Point of Contact (as listed in SAM will receive enrollment instructions via email from the Federal Reserve Bank of Boston (FRBB) within 3 - 5 business days of the contract award date. Contractor assistance with enrollment can be obtained by contacting the IPP Production Helpdesk via email ippgroup@bos.frb.org or phone (866) 973-3131.

If the Contractor is unable to comply with the requirement to use IPP for submitting invoices for payment, the Contractor must submit a waiver request in writing to the Contracting Officer with its proposal or quotation.

(End of Local Clause)

**1510.302          Acceptance          (AUG 1999)**

Final inspection and acceptance of all items/services to be delivered under this contract shall be the responsibility of the Contracting Officer. Quality of work is subject to verification by the COR, with final payment to be withheld pending completion of any necessary rework by the Contractor.

**1510.322          Procurement Office Representative          (AUG 1999)**

The Procurement Office Representative for this requirement is:
Greg Kothman – Contract Specialist
Bureau of Land Management
Nevada State Office
(775)861-6440
gkothman@blm.gov

# ORDER FOR SUPPLIES OR SERVICES

| | PAGE | OF PAGES |
|---|---|---|
| | 1 | 5 |

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| 1. DATE OF ORDER | 2. CONTRACT NO. *(If any)* | 6. SHIP TO: |
|---|---|---|
| 06/01/2017 | D16PA00004 | |

**3. ORDER NO.** L17PB00336
**4. REQUISITION/REFERENCE NO.** 0040338864

a. NAME OF CONSIGNEE
BLM-NV WINNEMUCCA DISTRICT OFFICE

**5. ISSUING OFFICE** *(Address correspondence to)*
BLM NV-STATE OFC BGT&FIN SVC(NV955)
1340 FINANCIAL BLVD.
RENO NV 89502

b. STREET ADDRESS
5100 E WINNEMUCCA BLVD

c. CITY WINNEMUCCA — d. STATE NV — e. ZIP CODE 89445

**7. TO:** Katelyn Dilley

f. SHIP VIA

a. NAME OF CONTRACTOR
SHI INTERNATIONAL CORP.

b. COMPANY NAME

**8. TYPE OF ORDER**

c. STREET ADDRESS
290 DAVIDSON AVE STE 101

☐ a. PURCHASE — REFERENCE YOUR: Quotation # 13563679

☒ b. DELIVERY

Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.

d. CITY SOMERSET — e. STATE NJ — f. ZIP CODE 08873-4179

**9. ACCOUNTING AND APPROPRIATION DATA** 01

**10. REQUISITIONING OFFICE** BLM-NV WINNEMUCCA FIELD OFFICE*

**11. BUSINESS CLASSIFICATION** *(Check appropriate box(es))*
☐ a. SMALL ☒ b. OTHER THAN SMALL ☐ c. DISADVANTAGED ☐ d. WOMEN-OWNED ☐ e. HUBZone
☐ f. SERVICE-DISABLED VETERAN-OWNED ☐ g. WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOSB PROGRAM ☐ h. EDWOSB

**12. F.O.B. POINT** Destination

| 13. PLACE OF | | 14. GOVERNMENT B/L NO. | 15. DELIVER TO F.O.B. POINT ON OR BEFORE *(Date)* 06/01/2017 | 16. DISCOUNT TERMS PP30 |
|---|---|---|---|---|
| a. INSPECTION Destination | b. ACCEPTANCE Destination | | | |

**17. SCHEDULE** *(See reverse for Rejections)*

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | GSA Contract #: GS-35F-0111K Invoice Review Required: Y Admin Office: BLM NV-STATE OFC BGT&FIN SVC(NV955) 1340 FINANCIAL BLVD. RENO NV 89502 Continued ... | | | | | |

| 18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NO. | | 17(h) TOTAL *(Cont. pages)* ◀ |
|---|---|---|---|---|

**21. MAIL INVOICE TO:**

| | a. NAME | Invoice Processing Platform System | $3,737.40 | |
|---|---|---|---|---|
| SEE BILLING INSTRUCTIONS ON REVERSE | b. STREET ADDRESS (or P.O. Box) | US Department of Treasury http://www.ipp.gov | | 17(i) GRAND TOTAL |
| | c. CITY | d. STATE | e. ZIP CODE | $3,737.40 ◀ |

**22. UNITED STATES OF AMERICA BY** *(Signature)* ▶

**23. NAME** *(Typed)* David Appold
TITLE: CONTRACTING/ORDERING OFFICER

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 347** (Rev. 2/2012)
Prescribed by GSA/FAR 48 CFR 53.213(f)

AR01210

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 06/01/2017 | D16PA00004 | | L17PB00336 |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | Account Assignm: K G/L Account: 6100.257J0 Business Area: L000 Commitment Item: 257J00 Cost Center: LLNVW03500 Functional Area: L51050000.EA0000 Fund: 17XL5017AP Fund Center: LLNVW03500 Project/WBS: LV.RC.F1705280 PR Acct Assign: 01 Period of Performance: 06/01/2017 to 02/28/2019 | | | | | |
| | Contractor Point of Contact: Katelyn Dilley (732)868-5926 Katelyn_Dilley@shi.com | | | | | |
| 00010 | SQLCAL ALNG LicSAPk MVL DvcCAL - 20 each Microsoft - Part#: 359-00765 Electronic Delivery $186.87 each $3,737.40 total Reference Quotation #: 13563679 | | | | 3,737.40 | |
| | Send all electronic deliverables to: Ray Cavanaugh (623)580-5595 rcavanaugh@blm.gov | | | | | |
| | Administrative Point of Contact: Greg Kothman (775)861-6440 gkothman@blm.gov | | | | | |
| | The total amount of award: $3,737.40. The obligation for this award is shown in box 17(i). | | | | | |

| TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | ▷ | | | $3,737.40 | |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 348** (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53.213(f)

**AR01211**

BPA Call Order: L17PB00336

# *TABLE OF CONTENTS*

SECTION 2 - CLAUSES ........................................................................................................... 4

52.252-2     Clauses Incorporated By Reference     Feb 1998 ....................................................... 4

Electronic Invoicing and Payment Requirements- Invoice Processing Platform (IPP) Apr 2013 ................. 4

1510.302     Acceptance        Aug 1999 ............................................................................... 5

1510.322        Procurement Office Representative   Aug 1999 ................................................... 5

AR01212

**SECTION 2 - CLAUSES**

**52.252-2          Clauses Incorporated By Reference                         Feb 1998**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

www.acquisition.gov
http://farsite.hill.af.mil

| Clauses | Title | Date |
|---------|-------|------|
| 52.232-39 | Unenforceability of Unauthorized Obligations | Jun 2013 |
| 52.232-40 | Providing Accelerated Payment to Small Business Subcontractors | Dec 2013 |

**52.203-99          Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements                                    Feb 2015**

(a) The contractor shall not require employees or subcontractors seeking to report fraud, waste or abuse to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such fraud, waste, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.

(b) The contractor shall notify employees that the prohibition and restrictions of any internal confidentiality agreements covered by this clause are no longer in effect.

(c) The prohibition in paragraph (a) of this clause does not contravene requirements applicable to Standard Form 312, Form 4414, or any other form issued by a Federal department or agency governing the nondisclosure of classified information.

(d)(1) In accordance with section 743 of Division E, Title VII, of the Consolidated and Further Continuing Resolution Appropriations Act, (Pub. L. 113-235), use of funds appropriated (or otherwise made available) under that or any other Act may be prohibited, if the Government determines that the contractor is not in compliance with the provisions of this clause.

   (2) The Government may seek any available remedies in the event the contractor fails to comply with the provisions of this clause.

(End of Clause)

**Electronic Invoicing and Payment Requirements- Invoice Processing Platform (IPP) Apr 2013**

Payment requests must be submitted electronically through the U.S. Department of the Treasury's Internet Payment Processing System (IPP).

 "Payment request" means any request for contract financing payment or invoice payment by the Contractor. To constitute a proper invoice, the payment request must comply with the requirements identified in the applicable Prompt Payment clause included in the contract, or the clause 52.212-4

BPA Call Order: L17PB00336

Contract Terms and Conditions-Commercial Items included in commercial item contracts. The IPP website address is: https://www.ipp.gov.

Under this contract, the following documents are required to be submitted as an attachment to the IPP invoice:

**1. Contractors itemized invoice must be uploaded and attached to the IPP electronic invoice.**

The Contractor must use the IPP website to register access and use IPP for submitting requests for payment. The Contractor Government Business Point of Contact (as listed in SAM) will receive enrollment instructions via email from the Federal Reserve Bank of Boston (FRBB) prior to the contract award date, but no more than 3-5 business days of the contract award date. Contractor assistance with enrollment can be obtained by contacting the IPP Production Helpdesk via email ippgroup@bos.frb.org or phone (866) 973-3131.

If the Contractor is unable to comply with the requirement to use IPP for submitting invoices for payment, the Contractor must submit a waiver request in writing to the Contracting Officer with its proposal or quotation.

## 1510.302      Acceptance                                                                          Aug 1999

Final inspection and acceptance of all items/services to be delivered under this contract shall be the responsibility of the Contracting Officer.  Quality of work is subject to verification by the COR, with final payment to be withheld pending completion of any necessary rework by the Contractor.

(End of clause)

## 1510.322      Procurement Office Representative                                                   Aug 1999

The Procurement Office Representative for this requirement is:

Greg Kothman
Bureau of Land Management
Nevada State Office
1340 Financial Blvd.
Reno, NV 89502
Phone:  775-861-6440
Email: gkothman@blm.gov

(End of clause)

AR01214

| | | | PAGE | OF PAGES |
|---|---|---|---|---|
| **ORDER FOR SUPPLIES OR SERVICES** | | | 1 | 6 |

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| 1. DATE OF ORDER<br>05/22/2017 | 2. CONTRACT NO. *(If any)*<br>HSSS01-12-D-0015 | 6. SHIP TO: | | |
|---|---|---|---|---|

| 3. ORDER NO.<br>L17PD00437 | 4. REQUISITION/REFERENCE NO.<br>0040335065 | a. NAME OF CONSIGNEE<br>BLM-NV SOUTHERN NEVADA DISTRICT OFF |
|---|---|---|

| 5. ISSUING OFFICE *(Address correspondence to)*<br>BLM NV-STATE OFC BGT&FIN SVC(NV955)<br>1340 FINANCIAL BLVD.<br>RENO NV 89502 | b. STREET ADDRESS<br>4701 NORTH TORREY PINES DRIVE |
|---|---|

| c. CITY<br>LAS VEGAS | d. STATE<br>NV | e. ZIP CODE<br>89130-2301 |
|---|---|---|

| 7. TO: Alec Ramsay | f. SHIP VIA |
|---|---|

**a. NAME OF CONTRACTOR**
DANIELS ELECTRONICS LTD

**b. COMPANY NAME**

8. TYPE OF ORDER

**c. STREET ADDRESS**
43 ERIE ST

- [ ] a. PURCHASE

REFERENCE YOUR:
Quote 223261-H40598

Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.

- [X] b. DELIVERY

Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

| d. CITY<br>VICTORIA | e. STATE<br>BC | f. ZIP CODE<br>V8V 1P8 | | |
|---|---|---|---|---|

| 9. ACCOUNTING AND APPROPRIATION DATA<br>01 | 10. REQUISITIONING OFFICE<br>BLM-NV LAS VEGAS FIELD OFFICE* |
|---|---|

**11. BUSINESS CLASSIFICATION** *(Check appropriate box(es))*

- [ ] a. SMALL
- [X] b. OTHER THAN SMALL
- [ ] c. DISADVANTAGED
- [ ] d. WOMEN-OWNED
- [ ] e. HUBZone
- [ ] f. SERVICE-DISABLED VETERAN-OWNED
- [ ] g. WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOSB PROGRAM
- [ ] h. EDWOSB

| 12. F.O.B. POINT<br>Destination |
|---|

| 13. PLACE OF | | 14. GOVERNMENT B/L NO. | 15. DELIVER TO F.O.B. POINT<br>ON OR BEFORE *(Date)*<br>08/01/2017 | 16. DISCOUNT TERMS<br>PP30 |
|---|---|---|---|---|
| a. INSPECTION<br>Destination | b. ACCEPTANCE<br>Destination | | | |

**17. SCHEDULE** *(See reverse for Rejections)*

| ITEM NO.<br>(a) | SUPPLIES OR SERVICES<br>(b) | QUANTITY ORDERED<br>(c) | UNIT<br>(d) | UNIT PRICE<br>(e) | AMOUNT<br>(f) | QUANTITY ACCEPTED<br>(g) |
|---|---|---|---|---|---|---|
| | Contractor Point of Contact:<br>Alec Ramsay<br>(800)664-4066<br>lmrsales@codanradio.com<br>Invoice Review Required: Y<br><br>Continued ... | | | | | |

| 18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NO. | 17(h)<br>TOTAL<br>*(Cont. pages)* |
|---|---|---|---|

| | 21. MAIL INVOICE TO: | | |
|---|---|---|---|
| *SEE BILLING INSTRUCTIONS ON REVERSE* | a. NAME Invoice Processing Platform System | $7,867.48 | |
| | b. STREET ADDRESS (or P.O. Box) US Department of Treasury<br>http://www.ipp.gov | | 17(i)<br>GRAND TOTAL |
| | c. CITY | d. STATE | e. ZIP CODE | $7,867.48 |

| 22. UNITED STATES OF<br>AMERICA BY *(Signature)* | 23. NAME *(Typed)*<br>Sherri Ferguson<br>TITLE: CONTRACTING/ORDERING OFFICER |
|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 347** (Rev. 2/2012)
Prescribed by GSA/FAR 48 CFR 53.213(f)

**AR01215**

IMPORTANT:  Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 05/22/2017 | HSSS01-12-D-0015 | | L17PD00437 |

| ITEM NO.<br>(a) | SUPPLIES/SERVICES<br>(b) | QUANTITY<br>ORDERED<br>(c) | UNIT<br>(d) | UNIT<br>PRICE<br>(e) | AMOUNT<br>(f) | QUANTITY<br>ACCEPTED<br>(g) |
|---|---|---|---|---|---|---|
| | Admin Office:<br>    BLM NV-STATE OFC BGT&FIN SVC(NV955)<br>    1340 FINANCIAL BLVD.<br>    RENO NV 89502<br>Account Assignm: K G/L Account: 6100.327L0<br>Business Area: L000 Commitment Item: 327L00<br>Cost Center: LLNVW03500 Functional Area:<br>L51050000.EA0000 Fund: 17XL5017AP Fund<br>Center: LLNVW03500 Project/WBS:<br>LV.RC.F1705280 PR Acct Assign: 01<br><br>Reference Quote: 223261-H40598 | | | | | |
| 00010 | Z54216 VHF 30W P25 Repeater System Package<br>Standard Warranty of 3.00 year(s): parts<br>and labor, FCA Seattle, WA<br>Includes the following items:<br>1014m VHF Low Power (2-8W) Non-Commercially<br>Powered Repeater Stations Including:<br>APP-FIRM01-W-XX<br>APP-FIRM02-W-XX<br>CBLC46-12506XXX<br>SM-3-H0-014-00<br>SR-39-1<br>VR-4E150-00-000<br>VT-4E150-00-800<br>IM08-MT-4E-TXRX<br>IM31-SM3<br>IM35-SR3MB84<br>-----<br>VT-4E150-00-800 TRANSMITTER, MT-4E,<br>VHF136-174 1.00 each<br>VR-4E150-00-000<br>RX,MT-4E,VHF136-174MHz,CLASS B 1.00 each<br>APP-FIRM01-W-XX FIRMWARE,MT4E RX, DIGITAL<br>UPGRADE 1.00 each<br>APP-FIRM02-W-XX FIRMWARE,MT4E TX, DIGITAL<br>UPGRADE 1.00 each<br>SR-39-1 SUBRACK/MOTHERBOARD,96PIN+I/O 1.00<br>each<br>SM-3-H0-014-00 SYSTEM<br>REGULATOR,9-11VDC,14HP 1.00 each<br>AMP-4-150-30-00 AMPLIFIER,<br>MT-4,138-174MHz,30W 1.00 each<br>CBLC46-12506025 CABLE,RJ45<br>PLUG-PLUG,8P0S,25CM 1.00 each<br>Continued ... | 1 | EA | 7,867.48 | 7,867.48 | |

| TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | ▷ | | $7,867.48 | |
|---|---|---|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 348** (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53.213(f)

AR01216

IMPORTANT:  Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 05/22/2017 | HSSS01-12-D-0015 | | L17PD00437 |

| ITEM NO.<br><br>(a) | SUPPLIES/SERVICES<br><br>(b) | QUANTITY<br>ORDERED<br>(c) | UNIT<br><br>(d) | UNIT<br>PRICE<br>(e) | AMOUNT<br><br>(f) | QUANTITY<br>ACCEPTED<br>(g) |
|---|---|---|---|---|---|---|
| | IM08-MT-4E-TXRX MANUAL, MT-4E RECEIVER and<br>TRANSMITTER 1.00 each<br>IM31-SM3 MANUAL, SYSTEM REGULATOR 1.00 each<br>IM35-SR3MB84 MANUAL, SR-3<br>SUBRACK/MOTHERBOARD 1.00 each<br><br>System is configured as a DC powered, 30W<br>VHF, P25 repeater Class B receivers.<br>Duplexer not included.<br>Frequencies provided by Technical Point of<br>Contact:<br>TX 170.6875<br>RX 166.7550<br><br><br>Technical Point of Contact:<br>Dalton Black - Telecommunications Specialist<br>(775)861-6409<br>dlblack@blm.gov<br><br>Administrative Point of Contact:<br>Greg Kothman- Contract Specialist<br>(775)861-6440<br>gkothman@blm.gov<br><br>The total amount of award: $7,867.48. The<br>obligation for this award is shown in box<br>17(i). | | | | | |

| | TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | ▷ | | | $0.00 | |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 348 (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53.213(f)

AR01217

Codan Radio Repeater System
Issuing Office: BLM Nevada State Office
Location: BLM Southern Nevada District Office
Delivery Order Number: L17PD00437

# *TABLE OF CONTENTS*

SECTION 1 – SPECIFICATIONS ........................................................................................................5

SECTION 2 - CLAUSES ....................................................................................................................5

52.252-2    Clauses Incorporated By Reference    Feb 1998.........................................................5

Electronic Invoicing and Payment Requirements- Invoice Processing Platform (IPP) Apr 2013 .................6

1510.302    Acceptance        Aug 1999 ................................................................................6

1510.322        Procurement Office Representative    Aug 1999 ...............................................6

AR01218

Codan Radio Repeater System
Issuing Office: BLM Nevada State Office
Location: BLM Southern Nevada District Office
Delivery Order Number: L17PD00437

## SECTION 1 – SPECIFICATIONS

The Bureau of Land Management (BLM) Nevada State Office requires a Codan Radio Repeater System delivered to the BLM Southern Nevada District Office.

## SECTION 2 - CLAUSES

### 52.252-2        Clauses Incorporated By Reference                    Feb 1998

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

www.acquisition.gov
http://farsite.hill.af.mil

| Clauses | Title | Date |
|---------|-------|------|
| 52.232-39 | Unenforceability of Unauthorized Obligations | Jun 2013 |
| 52.232-40 | Providing Accelerated Payment to Small Business Subcontractors | Dec 2013 |

### 52.203-99        Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements                                    Feb 2015

(a) The contractor shall not require employees or subcontractors seeking to report fraud, waste or abuse to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such fraud, waste, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.

(b) The contractor shall notify employees that the prohibition and restrictions of any internal confidentiality agreements covered by this clause are no longer in effect.

(c) The prohibition in paragraph (a) of this clause does not contravene requirements applicable to Standard Form 312, Form 4414, or any other form issued by a Federal department or agency governing the nondisclosure of classified information.

(d)(1) In accordance with section 743 of Division E, Title VII, of the Consolidated and Further Continuing Resolution Appropriations Act, (Pub. L. 113-235), use of funds appropriated (or otherwise made available) under that or any other Act may be prohibited, if the Government determines that the contractor is not in compliance with the provisions of this clause.

   (2) The Government may seek any available remedies in the event the contractor fails to comply with the provisions of this clause.

(End of Clause)

AR01219

Codan Radio Repeater System
Issuing Office: BLM Nevada State Office
Location: BLM Southern Nevada District Office
Delivery Order Number: L17PD00437

**Electronic Invoicing and Payment Requirements- Invoice Processing Platform (IPP) Apr 2013**

Payment requests must be submitted electronically through the U.S. Department of the Treasury's Internet Payment Processing System (IPP).

"Payment request" means any request for contract financing payment or invoice payment by the Contractor. To constitute a proper invoice, the payment request must comply with the requirements identified in the applicable Prompt Payment clause included in the contract, or the clause 52.212-4 Contract Terms and Conditions-Commercial Items included in commercial item contracts. The IPP website address is: https://www.ipp.gov.

Under this contract, the following documents are required to be submitted as an attachment to the IPP invoice:

**1. Contractors itemized invoice must be uploaded and attached to the IPP electronic invoice.**

The Contractor must use the IPP website to register access and use IPP for submitting requests for payment. The Contractor Government Business Point of Contact (as listed in SAM) will receive enrollment instructions via email from the Federal Reserve Bank of Boston (FRBB) prior to the contract award date, but no more than 3-5 business days of the contract award date. Contractor assistance with enrollment can be obtained by contacting the IPP Production Helpdesk via email ippgroup@bos.frb.org or phone (866) 973-3131.

If the Contractor is unable to comply with the requirement to use IPP for submitting invoices for payment, the Contractor must submit a waiver request in writing to the Contracting Officer with its proposal or quotation.

**1510.302          Acceptance                                                                 Aug 1999**

Final inspection and acceptance of all items/services to be delivered under this contract shall be the responsibility of the Contracting Officer.  Quality of work is subject to verification by the COR, with final payment to be withheld pending completion of any necessary rework by the Contractor.

(End of clause)

**1510.322          Procurement Office Representative                             Aug 1999**

The Procurement Office Representative for this requirement is:

Greg Kothman
Bureau of Land Management
Nevada State Office
1340 Financial Blvd.
Reno, NV 89502
Phone:  775-861-6440
Email: gkothman@blm.gov

(End of clause)

AR01220

ORDER FOR SUPPLIES OR SERVICES

| | PAGE | OF | PAGES |
|---|---|---|---|
| | 1 | | 6 |

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| 1. DATE OF ORDER | 2. CONTRACT NO. *(If any)* |
|---|---|
| 07/07/2017 | NNG15SC20B |

| 3. ORDER NO. | 4. REQUISITION/REFERENCE NO. |
|---|---|
| L17PD00640 | 0040344447 |

**5. ISSUING OFFICE** *(Address correspondence to)*
BLM NV-STATE OFC BGT&FIN SVC(NV955)
1340 FINANCIAL BLVD.
RENO NV 89502

**6. SHIP TO:**

a. NAME OF CONSIGNEE
BLM-AZ PHOENIX DISTRICT OFFICE*

b. STREET ADDRESS
21605 N 7TH AVE

| c. CITY | d. STATE | e. ZIP CODE |
|---|---|---|
| PHOENIX | AZ | 85027-2099 |

**7. TO:** Chris Calvillo

a. NAME OF CONTRACTOR
STERLING COMPUTERS CORPORATION

b. COMPANY NAME

c. STREET ADDRESS
600 STEVENS PORT DR STE 200

| d. CITY | e. STATE | f. ZIP CODE |
|---|---|---|
| DAKOTA DUNES | SD | 57049-5149 |

f. SHIP VIA

**8. TYPE OF ORDER**

☐ a. PURCHASE

REFERENCE YOUR:

_____

Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.

☒ b. DELIVERY

Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

| 9. ACCOUNTING AND APPROPRIATION DATA | 10. REQUISITIONING OFFICE |
|---|---|
| 01 | BLM-OC NOC, DIVISION OF BUSINESS SE |

**11. BUSINESS CLASSIFICATION** *(Check appropriate box(es))*

☒ a. SMALL   ☐ b. OTHER THAN SMALL   ☐ c. DISADVANTAGED   ☒ d. WOMEN-OWNED   ☐ e. HUBZone

☐ f. SERVICE-DISABLED VETERAN-OWNED   ☒ g. WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOSB PROGRAM   ☒ h. EDWOSB

**12. F.O.B. POINT**
Destination

| 13. PLACE OF | | 14. GOVERNMENT B/L NO. | 15. DELIVER TO F.O.B. POINT ON OR BEFORE *(Date)* | 16. DISCOUNT TERMS |
|---|---|---|---|---|
| a. INSPECTION | b. ACCEPTANCE | | 08/07/2017 | PP30 |
| Destination | Destination | | | |

**17. SCHEDULE** *(See reverse for Rejections)*

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | Invoice Review Required: Y | | | | | |
| | Admin Office: | | | | | |
| |    BLM NV-STATE OFC BGT&FIN SVC(NV955) | | | | | |
| |    1340 FINANCIAL BLVD. | | | | | |
| |    RENO NV 89502 | | | | | |
| | Account Assignm: L G/L Account: 6100.312E0 | | | | | |
| | Continued ... | | | | | |

| 18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NO. | 17(h) TOTAL *(Cont. pages)* ◀ |
|---|---|---|---|

**21. MAIL INVOICE TO:**

| SEE BILLING INSTRUCTIONS ON REVERSE | a. NAME | Invoice Processing Platform System | $54,449.55 |
|---|---|---|---|
| | b. STREET ADDRESS (or P.O. Box) | US Department of Treasury http://www.ipp.gov | |
| | c. CITY | d. STATE | e. ZIP CODE |

17(i) GRAND TOTAL

$54,449.55 ◀

| 22. UNITED STATES OF AMERICA BY *(Signature)* ▶ | 23. NAME *(Typed)* David Appold TITLE: CONTRACTING/ORDERING OFFICER |
|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 347** (Rev. 2/2012)
Prescribed by GSA/FAR 48 CFR 53.213(f)

**AR01221**

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 07/07/2017 | NNG15SC20B | | L17PD00640 |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | Business Area: L000 Commitment Item: 312E00 Cost Center: LLNVW03500 Functional Area: L51050000.EA0000 Fund: 17XL5017AP Fund Center: LLNVW03500 Project/WBS: LV.RC.F1705280 PR Acct Assign: 01 | | | | | |
| 00010 | Dell PowerEdge VRTX Rack per quote Q-00149336 Ref CC 64062 | 1 | EA | 14,058.71 | 14,058.71 | |
| 00020 | Dell PowerEdge M630 Blade Server per quote Q-00149336 Ref CC 64062 | 4 | EA | 10,097.71 | 40,390.84 | |
| | Delivery Point of Contact: Ray Cavanaugh BLM- FLECC 21605 N 7th Ave Phoenix, AZ 85027 (623)580-5595 rcavanaugh@blm.gov | | | | | |
| | The total amount of award: $54,449.55. The obligation for this award is shown in box 17(i). | | | | | |

| TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | | | | | $54,449.55 | |

AUTHORIZED FOR LOCAL REPODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 348 (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53.213(f)

AR01222

Dell PowerEdge Rack and Servers
Issuing Office: BLM Nevada State Office
Location: BLM Phoenix District Office
Delivery Order Number: L17PD00640

# *TABLE OF CONTENTS*

**SECTION 1 – SPECIFICATIONS** ...................................................................................................**4**

**SECTION 2 - CLAUSES** ................................................................................................................**4**

**52.252-2    Clauses Incorporated By Reference    Feb 1998** .............................................................**4**

**1452.203-70    Restrictions on Endorsements    Jul 1996** ..............................................................**5**

**1452.215-70    Examination of Records by the Department of the Interior Apr 1984** .......................**5**

**Electronic Invoicing and Payment Requirements- Invoice Processing Platform (IPP) Apr 2013** .......**5**

**1510.302    Acceptance    Aug 1999** .............................................................................................**6**

**1510.322    Procurement Office Representative    Aug 1999** ...........................................................**6**

AR01223

Dell PowerEdge Rack and Servers
Issuing Office: BLM Nevada State Office
Location: BLM Phoenix District Office
Delivery Order Number: L17PD00640

## SECTION 1 – SPECIFICATIONS

The Bureau of Land Management (BLM) Arizona, Phoenix District Office requires Dell PowerEdge Rack and Blade Servers.  The proposed configuration in accordance with Quote Q-00149336 Ref CC 64062 shall be delivered to the Phoenix District Office.


## SECTION 2 - CLAUSES

## 52.252-2      Clauses Incorporated By Reference                    Feb 1998

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

www.acquisition.gov
http://farsite.hill.af.mil

| Clauses | Title | Date |
|---------|-------|------|
| 52.232-39 | Unenforceability of Unauthorized Obligations | Jun 2013 |


## 52.203-99      Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements                                        Feb 2015

(a) The contractor shall not require employees or subcontractors seeking to report fraud, waste or abuse to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such fraud, waste, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.

(b) The contractor shall notify employees that the prohibition and restrictions of any internal confidentiality agreements covered by this clause are no longer in effect.

(c) The prohibition in paragraph (a) of this clause does not contravene requirements applicable to Standard Form 312, Form 4414, or any other form issued by a Federal department or agency governing the nondisclosure of classified information.

(d)(1) In accordance with section 743 of Division E, Title VII, of the Consolidated and Further Continuing Resolution Appropriations Act, (Pub. L. 113-235), use of funds appropriated (or otherwise made available) under that or any other Act may be prohibited, if the Government determines that the contractor is not in compliance with the provisions of this clause.

   (2) The Government may seek any available remedies in the event the contractor fails to comply with the provisions of this clause.

(End of Clause)

AR01224

Dell PowerEdge Rack and Servers
Issuing Office: BLM Nevada State Office
Location: BLM Phoenix District Office
Delivery Order Number: L17PD00640

**1452.203-70   Restrictions on Endorsements**                          **Jul 1996**

The Contractor shall not refer to contracts awarded by the Department of the Interior in commercial advertising, as defined in FAR 31.205–1, in a manner which states or implies that the product or service provided is approved or endorsed by the Government, or is considered by the Government to be superior to other products or services. This restriction is intended to avoid the appearance of preference by the Government toward any product or service. The Contractor may request the Contracting Officer to make a determination as to the propriety of promotional material.

(End of clause)

**1452.215-70   Examination of Records by the Department of the Interior        Apr 1984**

For purposes of the Examination of Records by the Comptroller General clause of this contract (FAR 52.215–1), the Secretary of the Interior, the Inspector General, and their duly authorized representative(s) from the Department of the Interior shall have the same access and examination rights as the Comptroller General of the United States.

(End of clause)

**Electronic Invoicing and Payment Requirements- Invoice Processing Platform (IPP) Apr 2013**

Payment requests must be submitted electronically through the U.S. Department of the Treasury's Internet Payment Processing System (IPP).

"Payment request" means any request for contract financing payment or invoice payment by the Contractor. To constitute a proper invoice, the payment request must comply with the requirements identified in the applicable Prompt Payment clause included in the contract, or the clause 52.212-4 Contract Terms and Conditions-Commercial Items included in commercial item contracts. The IPP website address is: https://www.ipp.gov.

Under this contract, the following documents are required to be submitted as an attachment to the IPP invoice:

**<u>1. Contractors itemized invoice must be uploaded and attached to the IPP electronic invoice.</u>**

The Contractor must use the IPP website to register access and use IPP for submitting requests for payment. The Contractor Government Business Point of Contact (as listed in SAM) will receive enrollment instructions via email from the Federal Reserve Bank of Boston (FRBB) prior to the contract award date, but no more than 3-5 business days of the contract award date. Contractor assistance with enrollment can be obtained by contacting the IPP Production Helpdesk via email ippgroup@bos.frb.org or phone (866) 973-3131.

If the Contractor is unable to comply with the requirement to use IPP for submitting invoices for payment, the Contractor must submit a waiver request in writing to the Contracting Officer with its proposal or quotation.

AR01225

Dell PowerEdge Rack and Servers
Issuing Office: BLM Nevada State Office
Location: BLM Phoenix District Office
Delivery Order Number: L17PD00640

**1510.302** **Acceptance** **Aug 1999**

Final inspection and acceptance of all items/services to be delivered under this contract shall be the responsibility of the Contracting Officer.  Quality of work is subject to verification by the COR, with final payment to be withheld pending completion of any necessary rework by the Contractor.

(End of clause)

**1510.322** **Procurement Office Representative** **Aug 1999**

The Procurement Office Representative for this requirement is:

Greg Kothman
Bureau of Land Management
Nevada State Office
1340 Financial Blvd.
Reno, NV 89502
Phone:  775-861-6440
Email: gkothman@blm.gov

(End of clause)

AR01226

s 4500106771 Created by Shannon Furnier

## gations 4500106771 Created by Shannon Furnier

Print Preview | Messages | Personal Setting

| 4500106771 | Vendor | | 20118737 GOVERNMENT PRI... | Doc. date | 04/28/2017 |

| Material | Short Text | PO Quantity | O... | C | Deliv. Date | Net Price | Curre... | Per | Matl Group | Pint |
|---|---|---|---|---|---|---|---|---|---|---|
| | FedReg:NTC_TR_SpecUs_ | | 1 AU | D | 04/28/2017 | 2,300.00 | USD | 1 | Print & Repr... | BLM |
| | | | | | | | USD | | | |
| | | | | | | | USD | | | |
| | | | | | | | USD | | | |
| | | | | | | | USD | | | |
| | | | | | | | USD | | | |

Default Values | Addl Planning

] FedReg:NTC_TR_SpecUseBurningManPe...

Quantities/Weights | Delivery Schedule | Delivery | Invoice | Conditions | Account Assignment | Purchase Order History

| o...Item | Posting Date | Quantity | Delivery cost quantity | OUn | Amount in LC | L.cur | Qty in OPUn | DeCost |
|---|---|---|---|---|---|---|---|---|
| 271 | 1 07/19/2017 | | | | 1,908.00 | USD | | |
| | | | | | 1,908.00 | USD | | |

AR01227
eipL

**ORDER FOR SUPPLIES OR SERVICES**

| | | PAGE | OF PAGES |
|---|---|---|---|
| | | 1 | 6 |

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| 1. DATE OF ORDER | 2. CONTRACT NO. *(If any)* |
|---|---|
| 06/09/2017 | HSSS01-12-D-0026 |

| 3. ORDER NO. | 4. REQUISITION/REFERENCE NO. |
|---|---|
| L17PD00505 | 0040340973 |

**5. ISSUING OFFICE** *(Address correspondence to)*
BLM NV-STATE OFC BGT&FIN SVC(NV955)
1340 FINANCIAL BLVD.
RENO NV 89502

**6. SHIP TO:**

**a. NAME OF CONSIGNEE**
BLM-NV SOUTHERN NEVADA DISTRICT OFF

**b. STREET ADDRESS**
4701 NORTH TORREY PINES DRIVE

| c. CITY | d. STATE | e. ZIP CODE |
|---|---|---|
| LAS VEGAS | NV | 89130-2301 |

**7. TO:** Susan Ballew

**a. NAME OF CONTRACTOR**
MIDLAND RADIO CORPORATION

**b. COMPANY NAME**

**c. STREET ADDRESS**
5900 PARRETTA DR

| d. CITY | e. STATE | f. ZIP CODE |
|---|---|---|
| KANSAS CITY | MO | 64120-2134 |

**f. SHIP VIA**

**8. TYPE OF ORDER**

[ ] a. PURCHASE

REFERENCE YOUR:

_____

Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.

[X] b. DELIVERY

Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

**9. ACCOUNTING AND APPROPRIATION DATA**
01

**10. REQUISITIONING OFFICE**
BLM-NV LAS VEGAS FIELD OFFICE*

**11. BUSINESS CLASSIFICATION** *(Check appropriate box(es))*
[X] a. SMALL   [ ] b. OTHER THAN SMALL   [ ] c. DISADVANTAGED   [ ] d. WOMEN-OWNED   [ ] e. HUBZone
[ ] f. SERVICE-DISABLED VETERAN-OWNED   [ ] g. WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOSB PROGRAM   [ ] h. EDWOSB

**12. F.O.B. POINT**
Destination

| 13. PLACE OF | | 14. GOVERNMENT B/L NO. | 15. DELIVER TO F.O.B. POINT ON OR BEFORE *(Date)* | 16. DISCOUNT TERMS |
|---|---|---|---|---|
| a. INSPECTION | b. ACCEPTANCE | | 08/01/2017 | PP30 |
| Destination | Destination | | | |

**17. SCHEDULE** *(See reverse for Rejections)*

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | Contractor Point of Contact: Susan Ballew (816)241-8500 ext 234 sballew@midlandradio.com Invoice Review Required: Y  Continued ... | | | | | |

| 18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NO. | | 17(h) TOTAL *(Cont. pages)* |
|---|---|---|---|---|
| | | | | |

| | 21. MAIL INVOICE TO: | | |
|---|---|---|---|
| SEE BILLING INSTRUCTIONS ON REVERSE | a. NAME   Invoice Processing Platform System | $25,383.00 | |
| | b. STREET ADDRESS (or P.O. Box)   US Department of Treasury http://www.ipp.gov | | 17(i) GRAND TOTAL |
| | c. CITY                          d. STATE   e. ZIP CODE | $25,383.00 | |

| 22. UNITED STATES OF AMERICA BY *(Signature)* | 23. NAME *(Typed)* David Appold TITLE: CONTRACTING/ORDERING OFFICER |
|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 347** (Rev. 2/2012)
Prescribed by GSA/FAR 48 CFR 53.213(f)

**AR01228**

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 06/09/2017 | HSSS01-12-D-0026 | | L17PD00505 |

| ITEM NO.<br>(a) | SUPPLIES/SERVICES<br>(b) | QUANTITY ORDERED<br>(c) | UNIT<br>(d) | UNIT PRICE<br>(e) | AMOUNT<br>(f) | QUANTITY ACCEPTED<br>(g) |
|---|---|---|---|---|---|---|
| | Admin Office:<br>    BLM NV-STATE OFC BGT&FIN SVC(NV955)<br>    1340 FINANCIAL BLVD.<br>    RENO NV 89502<br>Account Assignm: K G/L Account: 6100.263L0<br>Business Area: L000 Commitment Item: 263L00<br>Cost Center: LLNVW03500 Functional Area:<br>L51050000.EA0000 Fund: 17XL5017AP Fund<br>Center: LLNVW03500 Project/WBS:<br>LV.RC.F1705280 PR Acct Assign: 01 | | | | | |
| 00010 | 96-2501G AES/DES Encryption for P25<br>Portables, Mobiles, and Desktop Stations.<br>The Bureau of Land Management- Nevada will<br>ship 40 radios requiring encryption. | 40 | EA | 229.00 | 9,160.00 | |
| 00020 | ACC-1717 High Gain Dual Band Antenna<br>(144/440 MHz), 15 3/4" Long for STP Series<br>P25 Portable Radios | 40 | EA | 20.00 | 800.00 | |
| 00030 | ACC-720G Heavy Duty Professional Speaker<br>Microph0one with Hirose Connector | 65 | EA | 103.00 | 6,695.00 | |
| 00040 | ACC-1800G 1800 mAh Li-Ion Battery for STP<br>Series Portable Radio, Includes Belt Clip | 70 | EA | 119.00 | 8,330.00 | |
| 00050 | ACC-460AG 6-Station Universal Rapid Gang<br>Charger (includes 6 Adapter Cups) | 2 | EA | 199.00 | 398.00 | |
| | Technical Point of Contact:<br>Dalton Black - Telecommunications Specialist<br>(775)861-6409<br>Continued ... | | | | | |

| TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | | $25,383.00 | |
|---|---|---|---|

**ORDER FOR SUPPLIES OR SERVICES**

**SCHEDULE CONTINUATION**

IMPORTANT:  Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | ORDER NO. |
|---|---|---|
| 06/09/2017 | HSSS01-12-D-0026 | L17PD00505 |

| ITEM NO.<br>(a) | SUPPLIES/SERVICES<br>(b) | QUANTITY<br>ORDERED<br>(c) | UNIT<br>(d) | UNIT<br>PRICE<br>(e) | AMOUNT<br>(f) | QUANTITY<br>ACCEPTED<br>(g) |
|---|---|---|---|---|---|---|
| | dlblack@blm.gov<br><br><br>Administrative Point of Contact:<br>Greg Kothman- Contract Specialist<br>(775)861-6440<br>gkothman@blm.gov<br><br>The total amount of award: $25,383.00. The<br>obligation for this award is shown in box<br>17(i). | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | ▷ | | $0.00 | |

Midland Radio AES Encryption
Issuing Office: BLM Nevada State Office
Location: BLM Southern Nevada District Office
Delivery Order Number: L17PD00505

## *TABLE OF CONTENTS*

SECTION 1 – SPECIFICATIONS ................................................................................................................. 5

SECTION 2 - CLAUSES .............................................................................................................................. 5

52.252-2     Clauses Incorporated By Reference     Feb 1998 ....................................................... 5

Electronic Invoicing and Payment Requirements- Invoice Processing Platform (IPP) Apr 2013 ................. 6

1510.302     Acceptance          Aug 1999 ................................................................................................. 6

1510.322          Procurement Office Representative   Aug 1999 ................................................. 6

AR01231

Midland Radio AES Encryption
Issuing Office: BLM Nevada State Office
Location: BLM Southern Nevada District Office
Delivery Order Number: L17PD00505

## SECTION 1 – SPECIFICATIONS

The Bureau of Land Management (BLM) Nevada State Office requires a Midland Radio Encryption and Radio Accessories delivered to the BLM Southern Nevada District Office.

## SECTION 2 - CLAUSES

### 52.252-2        Clauses Incorporated By Reference                              Feb 1998

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

www.acquisition.gov
http://farsite.hill.af.mil

| Clauses | Title | Date |
|---|---|---|
| 52.232-39 | Unenforceability of Unauthorized Obligations | Jun 2013 |
| 52.232-40 | Providing Accelerated Payment to Small Business Subcontractors | Dec 2013 |

### 52.203-99      Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements                              Feb 2015

(a) The contractor shall not require employees or subcontractors seeking to report fraud, waste or abuse to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such fraud, waste, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.

(b) The contractor shall notify employees that the prohibition and restrictions of any internal confidentiality agreements covered by this clause are no longer in effect.

(c) The prohibition in paragraph (a) of this clause does not contravene requirements applicable to Standard Form 312, Form 4414, or any other form issued by a Federal department or agency governing the nondisclosure of classified information.

(d)(1) In accordance with section 743 of Division E, Title VII, of the Consolidated and Further Continuing Resolution Appropriations Act, (Pub. L. 113-235), use of funds appropriated (or otherwise made available) under that or any other Act may be prohibited, if the Government determines that the contractor is not in compliance with the provisions of this clause.

   (2) The Government may seek any available remedies in the event the contractor fails to comply with the provisions of this clause.

(End of Clause)

AR01232

Midland Radio AES Encryption
Issuing Office: BLM Nevada State Office
Location: BLM Southern Nevada District Office
Delivery Order Number: L17PD00505

## Electronic Invoicing and Payment Requirements- Invoice Processing Platform (IPP) Apr 2013

Payment requests must be submitted electronically through the U.S. Department of the Treasury's Internet Payment Processing System (IPP).

"Payment request" means any request for contract financing payment or invoice payment by the Contractor. To constitute a proper invoice, the payment request must comply with the requirements identified in the applicable Prompt Payment clause included in the contract, or the clause 52.212-4 Contract Terms and Conditions-Commercial Items included in commercial item contracts. The IPP website address is: https://www.ipp.gov.

Under this contract, the following documents are required to be submitted as an attachment to the IPP invoice:

**1. Contractors itemized invoice must be uploaded and attached to the IPP electronic invoice.**

The Contractor must use the IPP website to register access and use IPP for submitting requests for payment. The Contractor Government Business Point of Contact (as listed in SAM) will receive enrollment instructions via email from the Federal Reserve Bank of Boston (FRBB) prior to the contract award date, but no more than 3-5 business days of the contract award date. Contractor assistance with enrollment can be obtained by contacting the IPP Production Helpdesk via email ippgroup@bos.frb.org or phone (866) 973-3131.

If the Contractor is unable to comply with the requirement to use IPP for submitting invoices for payment, the Contractor must submit a waiver request in writing to the Contracting Officer with its proposal or quotation.

## 1510.302     Acceptance                                                          Aug 1999

Final inspection and acceptance of all items/services to be delivered under this contract shall be the responsibility of the Contracting Officer.  Quality of work is subject to verification by the COR, with final payment to be withheld pending completion of any necessary rework by the Contractor.

(End of clause)

## 1510.322     Procurement Office Representative                                   Aug 1999

The Procurement Office Representative for this requirement is:

Greg Kothman
Bureau of Land Management
Nevada State Office
1340 Financial Blvd.
Reno, NV 89502
Phone:  775-861-6440
Email: gkothman@blm.gov

(End of clause)

AR01233

## 2017 BURNING MAN - TRAVEL PER PERSON (ATT #3)

*Travel Expenses include (Not all personnel have each item): Airfare, Lodging, Per Diem and Travel Incidentals, and Rental Car*

| LAST NAME | AMOUNT | POSTING DATE | TRIP PURPOSE |
|---|---|---|---|
| ALBRIGHT | $458.25 | | Travel for related assigned duties at Burning Man event. |
| ANDRES | $128.00 | | Travel for related assigned duties at Burning Man event. |
| APLEY | $160.75 | | Travel for related assigned duties at Burning Man event. |
| AZAR | $502.18 | | Travel for related assigned duties at Burning Man event. |
| BARNES | $329.19 | | Travel for related assigned duties at Burning Man event. |
| BIERK | $830.00 | | Travel for related assigned duties at Burning Man event. |
| BLACK | $2,213.60 | | Travel for related assigned duties at Burning Man event. |
| BOIK | $165.75 | | Travel for related assigned duties at Burning Man event. |
| BOONE | $593.46 | | Travel for related assigned duties at Burning Man event. |
| BOXX | $388.65 | | Travel for related assigned duties at Burning Man event. |
| BRIDGES | $171.00 | | Travel for related assigned duties at Burning Man event. |
| BRISCOE | $185.75 | | Travel for related assigned duties at Burning Man event. |
| BUCHANAN | $160.75 | | Travel for related assigned duties at Burning Man event. |
| CARPENTER | $291.00 | | Travel for related assigned duties at Burning Man event. |
| CARTER, C. | $224.75 | | Travel for related assigned duties at Burning Man event. |
| CARTER, D. | $314.00 | | Travel for related assigned duties at Burning Man event. |
| CASTRO | $500.46 | | Travel for related assigned duties at Burning Man event. |
| CLEMENTI | $974.11 | | Travel for related assigned duties at Burning Man event. |
| CULVER | $227.00 | | Travel for related assigned duties at Burning Man event. |
| CUNNINGHAM | $678.25 | | Travel for related assigned duties at Burning Man event. |
| DIERMIER | $244.75 | | Travel for related assigned duties at Burning Man event. |
| ENTRICAN | $536.00 | | Travel for related assigned duties at Burning Man event. |
| FELIX | $146.00 | | Travel for related assigned duties at Burning Man event. |
| FISCHER | $127.75 | | Travel for related assigned duties at Burning Man event. |
| FONKEN | $373.65 | | Travel for related assigned duties at Burning Man event. |
| FORURIA | $1,019.75 | | Travel for related assigned duties at Burning Man event. |
| GANDIAGA | $193.60 | | Travel for related assigned duties at Burning Man event. |
| GARCIA | $593.73 | | Travel for related assigned duties at Burning Man event. |
| GRAHAM | $0.00 | | Travel for related assigned duties at Burning Man event. |
| GRIMES | $574.75 | | Travel for related assigned duties at Burning Man event. |
| HALL | $102.75 | | Travel for related assigned duties at Burning Man event. |
| HARRIS | $703.53 | | Travel for related assigned duties at Burning Man event. |
| HARRISON | $60.00 | | Travel for related assigned duties at Burning Man event. |

| | | | |
|---|---|---|---|
| HAWKINS | $453.25 | | Travel for related assigned duties at Burning Man event. |
| HENDRIX | $104.49 | | Travel for related assigned duties at Burning Man event. |
| HONE | $165.75 | | Travel for related assigned duties at Burning Man event. |
| HOWELL | $460.85 | | Travel for related assigned duties at Burning Man event. |
| HUEGERICH | $860.75 | | Travel for related assigned duties at Burning Man event. |
| HUSTON | $390.17 | | Travel for related assigned duties at Burning Man event. |
| HYRONS | $170.75 | | Travel for related assigned duties at Burning Man event. |
| JENSEN | $521.01 | | Travel for related assigned duties at Burning Man event. |
| JOHNSON, G. | $316.75 | | Travel for related assigned duties at Burning Man event. |
| JOHNSON, M. | $160.75 | | Travel for related assigned duties at Burning Man event. |
| JOHNSON, R. | $517.62 | | Travel for related assigned duties at Burning Man event. |
| JOHNSON, T. | $170.74 | | Travel for related assigned duties at Burning Man event. |
| KANIA | $536.39 | | Travel for related assigned duties at Burning Man event. |
| KING | $1,789.11 | | Travel for related assigned duties at Burning Man event. |
| KURTZ | $160.75 | | Travel for related assigned duties at Burning Man event. |
| LASHER | $559.43 | | Travel for related assigned duties at Burning Man event. |
| LAZZARO | $2,956.94 | | Travel for related assigned duties at Burning Man event. |
| LIND | $380.25 | | Travel for related assigned duties at Burning Man event. |
| LITTLE | $96.00 | | Travel for related assigned duties at Burning Man event. |
| LLOYD | $336.00 | | Travel for related assigned duties at Burning Man event. |
| LOCKIE | $160.75 | | Travel for related assigned duties at Burning Man event. |
| MANSEAU | $211.50 | | Travel for related assigned duties at Burning Man event. |
| MARSOOBIAN | $536.00 | | Travel for related assigned duties at Burning Man event. |
| MARTIN | $382.17 | | Travel for related assigned duties at Burning Man event. |
| MATTHEWS | $560.00 | | Travel for related assigned duties at Burning Man event. |
| MATRANGA | $160.75 | | Travel for related assigned duties at Burning Man event. |
| MCDONALD | $599.27 | | Travel for related assigned duties at Burning Man event. |
| MCGRATH | $160.75 | | Travel for related assigned duties at Burning Man event. |
| MCKINNEY | $64.75 | | Travel for related assigned duties at Burning Man event. |
| MEUTH | $497.25 | | Travel for related assigned duties at Burning Man event. |
| MILLER, J. | $521.40 | | Travel for related assigned duties at Burning Man event. |
| MILLER, D. | $96.00 | | Travel for related assigned duties at Burning Man event. |
| MOE | $483.56 | | Travel for related assigned duties at Burning Man event. |
| MONTOYA | $421.75 | | Travel for related assigned duties at Burning Man event. |
| MOORE | $175.75 | | Travel for related assigned duties at Burning Man event. |
| NACCARA | $224.75 | | Travel for related assigned duties at Burning Man event. |
| NARDINGER | $643.09 | | Travel for related assigned duties at Burning Man event. |
| NICHOLS | $567.86 | | Travel for related assigned duties at Burning Man event. |
| PARR | $190.75 | | Travel for related assigned duties at Burning Man event. |

AR01235

| | | | |
|---|---|---|---|
| PETERSEN | $140.75 | | Travel for related assigned duties at Burning Man event. |
| PIRTLE | $1,068.84 | | Travel for related assigned duties at Burning Man event. |
| PURDY | $408.75 | | Travel for related assigned duties at Burning Man event. |
| ROBINSON | $218.00 | | Travel for related assigned duties at Burning Man event. |
| ROMERO | $517.62 | | Travel for related assigned duties at Burning Man event. |
| ROREX | $208.75 | | Travel for related assigned duties at Burning Man event. |
| RUSSELL | $404.54 | | Travel for related assigned duties at Burning Man event. |
| SAWTELL | $219.75 | | Travel for related assigned duties at Burning Man event. |
| SCHWIRIAN | $678.17 | | Travel for related assigned duties at Burning Man event. |
| SEARS | $171.75 | | Travel for related assigned duties at Burning Man event. |
| SHAARDA | $44.75 | | Travel for related assigned duties at Burning Man event. |
| SHILAIKIS | $385.25 | | Travel for related assigned duties at Burning Man event. |
| SONES | $175.75 | | Travel for related assigned duties at Burning Man event. |
| SPAIN | $257.92 | | Travel for related assigned duties at Burning Man event. |
| STEENHOVEN | $145.75 | | Travel for related assigned duties at Burning Man event. |
| STEVENS | $507.85 | | Travel for related assigned duties at Burning Man event. |
| SULLIVAN | $631.75 | | Travel for related assigned duties at Burning Man event. |
| SUMINSKI | $949.58 | | Travel for related assigned duties at Burning Man event. |
| TEMPLETON | $320.53 | | Travel for related assigned duties at Burning Man event. |
| TITUS | $460.62 | | Travel for related assigned duties at Burning Man event. |
| VERMEYS | $1,273.63 | | Travel for related assigned duties at Burning Man event. |
| VIGNESS | $329.19 | | Travel for related assigned duties at Burning Man event. |
| WAGGONER | $491.25 | | Travel for related assigned duties at Burning Man event. |
| WATSON | $126.50 | | Travel for related assigned duties at Burning Man event. |
| WEAVER | $160.75 | | Travel for related assigned duties at Burning Man event. |
| WHITWORTH | $344.68 | | Travel for related assigned duties at Burning Man event. |
| WORFOLK | $1,299.75 | | Travel for related assigned duties at Burning Man event. |
| WOYCHOWSKI | $510.48 | | Travel for related assigned duties at Burning Man event. |
| YOUNG, D. | $628.75 | | Travel for related assigned duties at Burning Man event. |
| YOUNG, J. | $2,948.97 | | Travel for related assigned duties at Burning Man event. |
| ZOHOVETZ | $266.00 | | Travel for related assigned duties at Burning Man event. |
| **TOTAL** | **$48,235.63** | | |

## 2017 BURNING MAN - VEHICLE UTILIZATION (ATT#4)

| Plate Number | Utilization Amount | | Plate Number | Utilization Amount |
|---|---|---|---|---|
| 933 | $359.87 | | 771 | $430.50 |
| 787 | $275.93 | | 867 | $844.29 |
| 844 | $79.52 | | 870 | $692.18 |
| 508 | $303.55 | | 996 | $538.20 |
| 540 | $711.35 | | 10 | $708.59 |
| 993 | $789.75 | | 024 | $1,235.99 |
| 023 | $360.93 | | 141 | $1,721.03 |
| 061 | $1,230.13 | | 27R | $547.30 |
| 109 | $954.00 | | 37S | $835.99 |
| 110 | $817.70 | | TOTAL | $42,516.61 |
| 288 | $1,136.27 | | | |
| 316 | $986.05 | | | |
| 455 | $1,067.42 | | | |
| 458 | $337.61 | | | |
| 499 | $645.54 | | | |
| 532 | $680.86 | | | |
| 566 | $1,544.32 | | | |
| 584 | $1,546.35 | | | |
| 609 | $1,527.55 | | | |
| 650 | $942.82 | | | |
| 670 | $807.72 | | | |
| 678 | $1,275.18 | | | |
| 730 | $588.30 | | | |
| 731 | $1,017.07 | | | |
| 747 | $1,282.56 | | | |
| 766 | $1,305.92 | | | |
| 808 | $1,012.05 | | | |
| 809 | $611.00 | | | |
| 829 | $1,341.43 | | | |
| 030 | $865.64 | | | |
| 038 | $1,145.42 | | | |
| 072 | $1,055.23 | | | |
| 075 | $619.45 | | | |
| 098 | $896.76 | | | |
| 393 | $1,506.70 | | | |
| 447 | $438.37 | | | |
| 448 | $476.13 | | | |
| 516 | $375.15 | | | |
| 643 | $1,192.98 | | | |
| 696 | $737.50 | | | |
| 716 | $114.46 | | | |

| RECEIPT # | CARD HOLDER | VENDOR | AMOUNT | DESCRIPTION |
|---|---|---|---|---|
| **2017 BURNING MAN - MISC. SUPPLIES AND EQUIPMENT (ATT#5)** | | | | |
| R-1 | APPOLD | Bass Pro Online | $303.14 | Uniforms for CivOps Event Specific. |
| R-2 | APPOLD | Gerlach General | $160.00 | Space Rental for Gerlach Community Center Orientation Day. |
| R-3 | APPOLD | Gerlach General - payment fee | $3.04 | Payment fee for Gerlach Community Center. |
| R-4 | APPOLD | Scheels | $303.14 | Uniforms for CivOps Event Specific. |
| R-5 | APPOLD | Sports Den | $1,957.14 | Uniforms for CivOps Event Specific. |
| R-6 | BLACK | Amazon | $490.08 | Radio Accessories. |
| R-7 | BLACK | Amazon | $235.64 | Radio Accessories. |
| R-8 | BLACK | Amazon | $385.96 | Radio Accessories. |
| R-9 | BLACK | Amazon | $757.85 | Radio Accessories. |
| R-10 | BLACK | Amazon | $96.91 | Radio Accessories. |
| R-11 | BLACK | Factory Outlet Store | $859.48 | Radio Accessories. |
| R-12 | BLACK | Lowe's | $261.21 | Foil Tape, Reflective Tape, Big Alarm. |
| R-13 | BLACK | LTS Logo & Team Sports | $404.85 | Communications Polos - Event Specific. |
| R-14 | BLACK | Pioneer Energy Product | $1,765.93 | Cable, Clamp, Copper Strap. |
| R-15 | BLACK | Power Werx | $608.84 | 30 AMP Power supply, RIGrunner. |
| R-16 | BLACK | Power Werx | $255.46 | DC Line Noise Filter (20 Amps) |
| R-17 | BLACK | Shell Oil | $145.00 | Auto Detailing. |
| R-18 | BLACK | Arellano Heat | $1,885.00 | Communications Tower Repair. |
| R-19 | BLACK | Systems Engineering | $1,792.00 | RIOS Standard Interface Cable. |
| R-20 | BLACK | Tessco Technologies | $2,077.17 | Communications Panel. |
| R-21 | BLACK | Tessco Technologies | $1,293.33 | Duplexer, Cables, adapters/breakers. |
| R-22 | BLACK | Tessco Technologies | $2,193.38 | Duplexer, Shelf, Cables, accessories. |
| R-23 | BLACK | Tessco Technologies | $10.93 | Panel for communications. |
| R-24 | CADIGAN | United Site Service | $1,200.00 | Restroom Services at LE Substation. |
| R-25 | FORURIA | Walmart Supercenter | $28.88 | Office Supplies. |
| R-26 | GARSIDE | Advanced Educational | $291.00 | Safety protection from sun exposure - sunscreen. |
| R-27 | GARSIDE | HD Supply Facilities | $68.38 | Safety protection from playa exposure - lotion. |
| R-28 | GARSIDE | Lowe's | $159.58 | Compressor for Vehicle and Equipment maintenance. |
| R-29 | GARSIDE | Lowe's | $8.01 | Caulking for logistics. |

AR01238

| R-30 | GARSIDE | Lowe's | $162.09 | Supplies for logistics - scotch and Duct tape, boxes, chisel. |
|---|---|---|---|---|
| R-31 | GARSIDE | Noble Supply & Logistics | $90.56 | Windshield washing supplies. |
| R-32 | GARSIDE | Office Depot | $47.40 | Duct Tape. |
| R-33 | GARSIDE | Premier & Companies | $118.25 | Car wash supplies. |
| R-34 | GARSIDE | Premier & Companies | $72.60 | Windshield washing supplies. |
| R-35 | GARSIDE | Supplies Now | $52.50 | Windshield washing supplies. |
| R-36 | GARSIDE | The Office Group | $209.85 | Towels and Hand Sanitizer. |
| R-37 | GARSIDE | Grainger | $104.40 | Trash bags. |
| R-38 | GARSIDE | IB Supply | $22.38 | Zip ties. |
| R-39 | GARSIDE | IB Supply | $115.65 | Windshield washing supplies. |
| R-40 | GRAHAM | 76 - BHCB LLC Easy Auto | $240.00 | Auto Detailing. |
| R-41 | GRAHAM | Chief Supply CRM | $209.99 | Two-way Radio speaker mount replacement, broken on playa. |
| R-42 | HONE | Target | $280.51 | OTC Medications and supplies for Medical Unit. |
| R-43 | HONE | The Home Depot | $103.43 | Medical Unit Supplies - Air Filters, doormats, Stretch wrap, wet/dry vacuum. |
| R-44 | HONE | Walmart Supercenter | $26.85 | OTC Medications for Medical Unit. |
| R-45 | I426844 | Fine Detailing | $300.00 | Auto Detailing. DIERMIER |
| R-46 | I620516 | Fine Detailing | $300.00 | Auto Detailing. LOCKIE |
| R-47 | IAGULLI | Enterprise Rent-A-Car | $171.12 | Rental for delivery of communications equipment (BRC & BLM). |
| R-48 | IAGULLI | Enterprise Rent-A-Car | $159.34 | Rental for return of communications equipment (BRC & BLM). |
| R-49 | IAGULLI | Loves | $102.86 | Gas for rented Enterprise Truck. |
| R-50 | IAGULLI | Tessco Technologies | $149.08 | 20 AMP Plug-in, communications support. |
| R-51 | KANIA | AutoZone | $10.99 | Trailer plug adaptor. |
| R-52 | KING | Amazon | $1,067.83 | Server rack system. |
| R-53 | KING | Newegg | $199.99 | Camera license pack. |
| R-54 | KING | Newegg | $989.82 | Standard depth rack enclosure cabinet for harsh environments - IT Security. |
| R-55 | LAZZARO | Reno Cart | $5.00 | Equipment Rental. |
| R-56 | LEFLAR | Lowe's | $7.57 | Plastic cap nails - Logsitics support. |
| R-57 | MOORE | Amazon | $56.88 | Collar Brass for LE command staff. |
| R-58 | PHILIPP | LN Curtis | $36.00 | Collar Brass for LE command staff. |
| R-59 | PHILIPP | Uniforms West Supp | $10.17 | Collar Brass for LE command staff. |

| R-60 | PINCUS | Advanced Digital Solution | $1,083.16 | Encrypted hard drives for evidence, policy compliant PPI protected. |
|---|---|---|---|---|
| R-61 | PINCUS | Air Science USA | $2,008.06 | Fume hood for evidence - officer safety reduce exposure to illicit drugs. |
| R-62 | PINCUS | Amazon | $94.82 | Nitrile gloves. |
| R-63 | PINCUS | Amazon | $837.27 | Safety goggles for employees. |
| R-64 | PINCUS | Amazon | $138.49 | Safety goggles for employees. |
| R-65 | PINCUS | Amazon | $289.57 | Safety goggles for employees. |
| R-66 | PINCUS | Amazon | $199.18 | Safety goggles for employees. |
| R-67 | PINCUS | Auto Body Toolmart | $52.94 | Window Markers for identifying detailer vehicles. |
| R-68 | PINCUS | Evident Inc | $368.39 | Drug Test Kits. |
| R-69 | PINCUS | FedEx Office | $79.74 | LE Information sheets. |
| R-70 | PINCUS | Galls | $111.70 | Replacement Pepper Spray for LE. |
| R-71 | PINCUS | Gem Laser Express | $53.68 | Admistrative file totes. |
| R-72 | PINCUS | Idea Stage Promotion | $239.21 | Safety LED Light Arm Band. |
| R-73 | PINCUS | Medimpex United | $1,451.50 | Drug Test Kits. |
| R-74 | PINCUS | Office Depot | $41.14 | Playa office supplies: file folders, hanging files, pencils. |
| R-75 | PINCUS | Tactical Gear | $1,192.50 | Shemaghs for employee safety. |
| R-76 | PINCUS | The Home Depot | $122.36 | Evidence Storage bins and zip ties. |
| R-77 | PINCUS | The Office Group | $166.30 | AA batteries. |
| R-78 | PINCUS | Walmart | $105.80 | Evidence bags, hand sanitizer, lotion. |
| R-79 | SHAARDA | FedEx | $5.18 | Shipping charges. |
| R-80 | SHAARDA | FedEx Office | $216.00 | Shipping charges. |
| R-81 | SHAARDA | Lowe's | $35.94 | Air filters. |
| R-82 | SHAARDA | Walmart | $253.40 | OTC first aid supplies, hepa filters, and glue. |
| R-83 | SHAARDA | IB Supply | $93.60 | Flash Drives. |
| R-84 | SPAIN | Amazon | $90.92 | K-9 Medical Supplies - Tub for cooling and soaking paws. |
| R-85 | TAYLOR | Walmart | $40.58 | Bug spray, paint, tape. |

AR01240

| R-86 | TAYLOR | IB Supply | $46.30 | Notebooks - Playa office supplies. |
|---|---|---|---|---|
| R-87 | VERMEYS | DHC Supplies | $20.33 | Ratchet tie downs. |
| R-88 | VERMEYS | Idea Stage Promotion | $229.64 | Safety LED Light Arm Band. |
| R-89 | VERMEYS | Jim Dandy Productions | $687.05 | Perimeter Signage. |
| R-90 | VERMEYS | Lowe's | $148.39 | Logistics Supplies: screws, bucket, disinfectant. |
| R-91 | VERMEYS | Staples | $113.98 | 2 locking filing cabinets for LE, 7 notebooks. |
| R-92 | YOUNG | Lowe's | $34.34 | Keys made. |
| **TOTAL** | | | **$36,075.90** | |