

**Office DEPOT**
**OfficeMax**

Reno - (775) 332-5559
08/09/2018  12:02 PM

27VTQPXP4XQ5M4WMF

SALE        3252-1-2675-897452-18 7.2
681268  TAG,KEY,RND,50
  2 @ 8.99              17.98
G
  Business Solutions Prc    15.98
        You Pay          15.98SS
408996  INDX,11x8.5,1-
  3 @ 4.99              14.97
G
  Business Solutions Prc    14.97
        You Pay          14.97SS
        Subtotal:          30.95
  NV State Tax    4.6%      0.00
  NV County Tax  3.665%     0.00
        Total:            30.95
MasterCard SmartPay 1       30.95

AUTH CODE 031017
TDS Chip Read
AID A0000000041010    MASTERCARD
TVR 0000008000
CVS No Signature Required

─────────────────────────────

 CONTROL:        XPZH3-VEA5B
 OD
Tax Exemption Number 34883563
    G - Not on Federal Supply Schedule
      Total Savings:
          $2.00
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
      WE WANT TO HEAR FROM YOU!

  Participate in our online customer
  survey and receive a coupon for
  $10 off your next qualifying
  purchase of $50 or more on
office supplies, furniture and more.
(Excludes Technology. Limit 1 coupon per
      household/business.)

  Visit www.officedepot.com/feedback
  and enter the survey code below:
      155Q 3A2H PM38

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

R-1

Rebecca Andres

AR02029



Andres, Rebecca <randres@blm.gov>

---

# [EXTERNAL] www.armynavyusa.com Order Confirmation
1 message

---

**Orders@armynavyusa.com** <Orders@armynavyusa.com>
To: RANDRES@blm.gov

*R-2* ρ-1

Mon, Aug 6, 2018 at 1:15 PM

*Rebecca Andres*

CustomerID# 29363

Thank you for your order. Your order number is 123312, placed 08/06/2018 at 04:14PM.

**Bill To:**

BLM
BECKY ANDRES
1340 FINANCIAL BLVD
RENO, NV 89502
United States
775-861-644
RANDRES@BLM.GOV

**Ship To:**

BLM
BECKY ANDRES
1340 FINANCIAL BLVD
RENO, NV 89502
United States
775-861-644

**Payment Info:**

**Credit Card:** MasterCard
REBECCA L ANDRES
************1853

**Shipping Method:**

Free Shipping

**Order Details:**

| Code | Item | Qty | Price | Grand Total |
|------|------|-----|-------|-------------|
| RTC-10350 | Genuine GI Sun-Wind-Dust Goggles - 10350 | 50 | $29.99 | $1,499.50 |

Subtotal: $1,499.50
Tax: $0.00
Shipping Cost: $0.00
Grand Total: $1,499.50

**Order Comments:** ORDER PLACED OVER THE PHONE WITH RON

*:Y

Thank you for shopping at www.armynavyusa.com!
Visit us again at https://www.armynavyusa.com/

AR02030



R-2
P-2

**Andres, Rebecca <randres@blm.gov>**

# [EXTERNAL] Transaction Receipt from R & S ARMY-NAVY STORE for $1499.50 (USD)

1 message

**Auto-Receipt** <noreply@mail.authorize.net>                    Mon, Aug 6, 2018 at 1:14 PM
Reply-To: "ArmyNavy USA.com" <orders@armynavyusa.com>
To: BECKY ANDRES <RANDRES@blm.gov>

Order Information

| | |
|---|---|
| Description: | OrderID 123312 |
| Invoice Number | 123312 |
| Customer ID | 29363 |

**Billing Information**                          **Shipping Information**
BECKY ANDRES
BLM
1340 FINANCIAL BLVD
RENO, NV 89502
US
RANDRES@BLM.GOV
775-861-644

                                    Total:  **$1499.50 (USD)**

Payment Information

| | |
|---|---|
| Date/Time: | 6-Aug-2018 16:14:51 EDT |
| Transaction ID: | 61220506397 |
| Payment Method: | MasterCard xxxx1853 |
| Transaction Type: | Purchase |
| Auth Code: | 067306 |

Merchant Contact Information
R & S ARMY-NAVY STORE
WOODHAVEN, NY 11421
US
orders@ArmyNavyUSA.com

AR02031



Print Payment Confirmation



R-3
Rebecca Andres

| B.L.M has made a payment for project #: 97441 | |
|---|---|
| Transaction ID : | 40853434258 |
| Transaction Date : | August 3, 2018, 10:46 am |
| Name in QB : | B.L.M |
| Payment Status : | B.L.M has made a payment for project #: 97441 |
| Payment Method : | MasterCard XXXX1853 |
| Payment Amount : | $266.25 |
| Est or Invoice # : | 97441 |
| Description : | Burning man material |
| Billing Information: | |
| First Name : | Rebecca |
| Last Name : | Andres |
| Address : | 1340 Financial Blvd |
| City : | Reno |
| State : | Nevada |
| Zip : | 89502 |
| Receipt sent to : | randres@blm.gov |
| Other Details: | |
| Customer IP : | 172.68.189.230 - Mozilla/5.0 (Windows NT 6.1; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/67.0.3396.99 Safari/537.36 |
| Account Manager : | Zac Crowder |

Zac Crowder has acknowledged that the client has given verbal authorization to keep their card on file with the understanding that RPS will charge the above-referenced credit card automatically, upon commencement of their order(s). The client also understands that their future jobs may be put on hold should their credit card be canceled or declined.



## High Desert Mobile Auto Detailing

R-4

### How was your experience?

 

Rebecca Andres

Law Enforcement
Substation Cleaning

$475.00

Custom Amount    $475.00

Total              $475.00

## High Desert Mobile Auto Detailing
775-691-6907



MasterCard 1853 (Keyed)

Oct 18 2018 at 3:41 PM #NmBj Auth code: 014514

© 2019 Square, Inc.

1455 Market Street, Suite 600
San Francisco, CA 94103

AR02033



Andres, Rebecca <randres@blm.gov>

# [EXTERNAL] TacticalGear.com Order #2005239 / $963.79 / Andres
1 message

TacticalGear.com <email@cat5.com>
Reply-To: "TacticalGear.com" <tg@cat5.com>
To: randres@blm.gov

Mon, Jul 23, 2018 at 9:46 AM

R-5

Thank you for shopping with us. P1





# ORDER RECEIVED

Hi Becky, we've received order # 2005239 and are working on it now. We'll send an email to randres@blm.gov when we've shipped it.

# Order #: 2005239

You placed this order on **7/23/2018**

**Billing Zip Code**
Becky Andres
89502

**Shipping Address**
Becky Andres
1340 Financial Blvd
Reno, NV 89502
7753153497

**Order Info**
Payment: Credit Card
**Rewards Earned:** $47.94
No-Rush (7 - 9 Business Days)

AR02034



**TG Shemagh**
Tan / Black, TGR-TGSHEMAGH255

| Price | Quantity | Total |
|-------|----------|-------|
| $7.99 | 120 | $958.80 |

If you ordered multiple items, they may be shipping from different warehouse and arriving in separate packages. Shipping time refers to days in transit beginning the day after your order ships. Most orders ship within 1-2 business days. Customized orders will take an additional 1-2 days for processing.

| | |
|---|---|
| Subtotal | **$958.80** |
| Shipping | **$4.99** |
| Tax | **$0.00** |
| **Total** | **$963.79** |



TACTICALGEAR.COM

    

**Need help?**
Contact our customer relations team
M-F 9AM-5PM at 636-680-8051

**Follow Us**

**Ensure Deliverability**
Add [email@cat5.com] to your address book. Mark this email as "not spam / not junk" if necessary.

TacticalGear.com is located at:
18167 Edison Avenue Suite B,
Chesterfield, MO 63005.



AR02035

R-6   *Rebecca Andres*

## ORDER FOR SUPPLIES OR SERVICES

| DATE OF ORDER<br>Jul 23 2018 | GSA CONTRACT NUMBER<br>GS-02F-0208N | SHIP TO<br>See SHIPPING INSTRUCTIONS below |
|---|---|---|
| ORDER NUMBER<br>**47QDCC18MB5D6** | REQUISITION/REFERENCE NO. | |

| ISSUING OFFICE<br>Department of the Interior | |
|---|---|
| TO<br>INDUSTRIES FOR THE BLIND, INC.<br>445 S CURTIS RD<br>MILWAUKEE, WI 53214-1016 | TYPE OF ORDER<br>DELIVERY |
| ACCOUNTING AND APPROPRIATION DATA | REQUISITIONING OFFICE<br>GSA ADVANTAGE ORDER - AAC: 140ADV |

| BUSINESS CLASSIFICATION | | | | |
|---|---|---|---|---|
| SMALL | [X] OTHER-THAN-SMALL   DISADVANTAGED | | WOMEN-OWNED | VET-OWNED |

| FOB POINT<br>SEE SCHEDULE | GOVERNMENT B/L NO. | DELIVERY TO FOB POINT ON OR<br>BEFORE (date)<br>Jul 25 2018 | DISCOUNT TERMS<br>NET 30 Days |
|---|---|---|---|

### SCHEDULE

| ITEM NO. | SUPPLIES OR SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | MEDIUM-DUTY FILE FOLDER, 1/3 CUT, LETTER<br>MEDIUM-DUTY FILE FOLDER, 1/3 CUT, LETTER, BROWN,<br>100 FILE FOLDERS. Medium-duty 11 pt. Kraft paperboa...<br>Manufacturer:ABILITYONE<br>Mfr Part: 7530002815939<br>Vnd Part: 7530002815939<br>FOB: Destination - Includes Shipping | 1 | HU | $22.47 | $22.47 |
| 2 | SKILCRAFT THREE SECTION PRESSBOARD FILE<br>SKILCRAFT Three Section Pressboard File Folder. Heavy-duty<br>pressboard cover with 17 pt. Kraft divide...<br>Manufacturer:ABILITYONE<br>Mfr Part: 7530009908884<br>Vnd Part: 7530009908884<br>FOB: Destination - Includes Shipping | 15 | EA | $2.72 | $40.80 |
| | | | | GRAND TOTAL: | $63.27 |

***SHIPPING INSTRUCTIONS***

SHIP TO:

   BLM - Becky Andres
   1340 FINANCIAL BLVD.
   Reno, NV 89502
   Attn: BECKY ANDRES 775-315-3497
   RANDRES@BLM.GOV
   PO: 47QDCC18MB5D6
***END SHIPPING INSTRUCTIONS***

### MAIL INVOICE TO/PURCHASE CARD INFORMATION

| NAME<br>Government Purchase Card =<br>MASTERCARD | STREET ADDRESS<br>Credit Card Number/Exp Date: XXXX-XXXX-XXXX-1853 /<br>09-2020 | CITY/STATE/ZIP<br>Obtain credit card<br>authorization prior to<br>shipment |
|---|---|---|
| CONTRACTING/ORDERING<br>OFFICER | E-MAIL | PHONE |

AR02036

Gerlach General Improvment District

P.O. Box 209
410 Cottonwood Street
Gerlach, NV 89412

R - 7

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/16/18 | 1459 |

**Bill To**

BLM-Nevada State Office
c/o Becky Andres
1340 Financial Blvd.
Reno, Nevada 89502

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|          | Community Center Rental  8/24/2018 | 100.00 | 100.00 |
|          | cleaning fees | 75.00 | 75.00 |

We appreciate your business!

**Total**   $175.00

Conveuence Check Fee  —  + 3.30
178.30

AR02037

R-8

DAVID APPOLD
DOI-BUREAU OF LAND MANAGEMENT
DEPARTMENT OF INTERIOR/BLM
1340 FINANCIAL BLVD
RENO NV 89502

1052

88-767/1130

For Official Use Only
US Government Tax Exempt
Not Valid If Made Payable To Cash

DATE 7/24/18

PAY TO
THE ORDER OF   Gerlach Empowment District     $ 175.00

One Hundred seventy Five —— 00/100 DOLLARS

J.P.Morgan
JPMorgan Chase Bank, N.A.
Commercial Credit Card Access Check

Not Valid For Amount Over $3500
Not Valid After 60 Days
Tax ID# 14-0001849

MEMO  8/24/18 - Gerlach

David W. Appold

⑆1130076731⑆ 522800004030901052

Gov't check fee $3.30

AR02038

*P1*

Sports Den Corporate Sales Inc

1350 Foothill Dr.
Salt Lake City, UT 84108



R-9
*P1*

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/12/2018 | 5264 |

**Bill To**

BLM - BLACK ROCK STATION
200 TRANSFER ROAD
GERLACH, NV 89412

**Ship To**

DAVID APPOLD
dappold @ blm.gov

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | MG | 9/12/2018 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 24 | HATS | HATS W/ BLM LOGO | 14.00 | 336.00T |
| 2 | Pants | INF PARAMOUNT PANT | 70.00 | 140.00T |
| 1 | FREIGHT | 2 DAY AIR | 60.00 | 60.00T |
| 19 | SHIRTS | EDDIE BAUER LS SHIRT W/ BLM LOGO | 52.00 | 988.00T |
| 1 | Shipping | | 38.91 | 38.91T |
| | | Local Sales Tax | 0.00% | 0.00 |

*PD 9/12/18*

| | Total | USD 1,562.91 |
|--|-------|--------------|

AR02039

Payment Receipt

R-9
p 2

Sports Den Corporate Sales Inc
1350 Foothill Dr.
Salt Lake City, UT 84108

Received From:
BLM - BLACK ROCK STATION
BLM - BLACK ROCK STATION
200 TRANSFER ROAD
GERLACH, NV 89412

| | | |
|---|---|---|
| Date Received | 09/12/2018 | |
| Payment Method | E-Check | |
| Check/Ref. No. | 3093 | |

Payment Amount    USD 1,562.91

Invoices Paid

| Date | Number | Amount Applied |
|---|---|---|
| 09/12/2018 | 5264 | USD -1,562.91 |

AR02040

R-10

```
    Humboldt Printers
   405 West 4th Street
  Winnemucca, Nevada 89445
   Phone 775-623-3931
    Fax 775-623-3989

2:31 PM              7/26/1!

#00021547        |

                      86.2
 1 x 86.20 Printing   86.20
 non-tax )
 ard Type
 cct#
 ame
 approval#         09806
 Reference#
 wripe/Manual      Manu:
 user              regist
 ayment - CR CARD (ref  86.
 098084 )

       Sub Total:    86.
          Total:     86.
       Tendered:     86.
         Change:     0
```

HUMBOLDT PRINTERS LLC
405 W 4TH ST
WINNEMUCCA, NV 89445
07/26/2018                 12:30:45

CREDIT CARD
MC SALE

| | |
|---|---|
| ard # | XXXXXXXXXXXX0200 |
| ip Card | MASTER AR |
| aID: | A0000000410. |
| ATC: | 000$ |
| TC: | B03F541DB641584-3 |
| SEQ #: | $ |
| Batch #: | 464 |
| INVOICE | 4 |
| Approval Code: | 09005H |
| Entry Method: | Chip Read |
| Mode: | Issued |
| Tax Amount: | $0.00 |
| Cust Code: | 1 |

SALE AMOUNT          $86.20

CUSTOMER COPY

SONOMA CYCLE

Name: Angela Arbonies (Range Management Specialist)
Date: 7/26/2018
Amount: $86.20
Foe: Vehicle Passes for Livestock permittees for the 2018 BM Event.

AR02041



R-11

event

Kathleen Cadigan

9/11/2018

160.00
Bernardo Estrada Detailing
Govt veh Detailing

```
                                    VVVV
                          0341C75542222D BD
                                       3
                                     179
                                       3
         NOTE                     062800
     .pprova' Code              Chip Read
     .try Method                   Issuer
     ode.                         $0 00
      ix Amount
     .st Code

    SALE AMOUNT          $160.00
```

MERCHANT COPY

AR02042



Truck detail for truck (GISA) used for
Burning Man 2018 event.

R-12

Kathleen Cadisan

9/26/2018

$160.80

BERNARDO ESTRADA DETAI
1042 GRASS VALLEY RD
WINNEMUCCA, NV 89445

09 26 2018                    16:36:22

CREDIT CARD

MC SALE

| | |
|---|---|
| Card #: | XXXXXXXXXXX5050 |
| Chip Card | MASTERCARD |
| AID: | A0000000041010 |
| ATC: | 0008 |
| ARQC | L953J JE45USEFD08 |
| SEQ #: | 1 |
| Batch #: | 186 |
| INVOICE | 1 |
| Approval Code: | 012952 |
| Entry Method | Chip Read |
| Mode: | Issuer |
| Tax Amount | $0.00 |
| Cust Code: | |

SALE AMOUNT                    $160.00

CUSTOMER COPY

AR02043

Field Supplies for Moop Inspection
of Burney Man 2018 event.

R-13

9/21/2018

$173.41

Kathleen Cadigan

```
THANK YOU FOR SHOPPING AT
            BIG R
         (775) 623-2447

   WE APPRECIATE YOUR BUSINESS!
     Visit us at BIGRWEST.COM

   NEVADA'S RANCH, FARM & HOME
         SUPPLY LEADER
09/21/18  3:58PM ALG    521   SALE
-----------------------------------
317311        2  EA  $1.59 EA  N
RB MALLET (15oz) (hom)       $3.18
307548        3  EA  $2.48 EA  N
MALLET RUBBER (8oz)          $7.44
317311        1  EA  $1.59 EA  N
RB MALLET (15oz) (hom)       $1.59
2220487       2  EA  $7.89 EA  N
POLY H-BRAID YEL (1/4"x100') $15.78
793964        1  EA  $3.98 EA  N
SPRAY (BLK-BONUS)            $3.98
643785        3  EA  $4.95 EA  N
BAG FREEZER (gal)            $14.85
643807        5  EA  $3.99 EA  N
ZIP-LOC GALLON               $19.95
2600017       1  EA  $7.69 EA  N
JUMBO PASTRY/CUTTING MAT     $7.69
116599        5  EA $19.79 EA  N
STAKE (GRADE/SURVEY) (36")   $98.95

SUB-TOTAL:$  173.41  TAX: $       .00
                    TOTAL: $   173.41
               BC AMT:  $      173.41

BK CARD#:   XXXXXXXXXXXX9050
MID:***********0929TID:
AUTH:  009817       AMT: $   173.41
Host reference #:435649   Bat#0000

TID: 00341715

Chip Read
CARD TYPE:MASTERCARD    EXPR: XXXX
AID : A0000000041010
TVR : 0000003000
IAD : 0110603003220000DD480000000000000
TSI : E600
ARC : 00
MODE : Issuer
CVM :
Name : MASTERCARD
ATC :0006
AC   : 8E4270DBC13C84C5
TxnID/ValCode: 272471

Bank card          USD$  173.41
```



```
==>> JRNL#E35649/3            <<=
       CUST NO:  303
```

AR02044

```
THANK YOU KATHLEEN L CADIGAN
```

Burning Man. Let - Sent in afternoon so
    post office.

R-14

Kathleen Cadigan
9/10/2018

$3.95
Postage Fee

```
================
W   4UCCA
    VSON ST
    4UCCA
    V
    -3676
    00445
    275-8777   1:55 PM
================
    ===========
        1e
```

```
(
      r
   00
```

```
dit Card Remitd        $3.95
 (Card Name·MasterCard)
 (A    u t # XXXXXXXXXXXX9050)
 (Approval # 095691)
 (Transa tlo  #:627)
 (AID:AO    0041010        Chip)
 (AL:MASTER ARD)
 (PIN:N t Re ulred)

   u  t a king number to 28777
 S) t  get the latest status.
 ard Message and Data rates may
   Y u  a  also visit www.usps.com
 Tra kl g  r call 1-800-222-1811.


       Preview your Mail
       lrack your Packages
       Sign up for FREE @
     www.informeddelivery.com

All sa
Refund:
    Tl
```

AR02045

R-15

**WELCOME TO BRUNO'S**
**FUEL AND TOWING**
TO32435253-001  BRUNOS GAS & TOWING
565 MAIN ST
GERLACH     NV 89412

| Description | Qty | Amount |
| --- | --- | --- |
| ------- | --- | ------ |
| < DUPLICATE RECEIPT > | | |
| NON-TAX | 1 | 36.00 |
| | | ------ |
| Sub Total | | 36.00 |
| Tax | | 0.00 |

**TOTAL      36.00**
              CREDIT  $     36.00
CARD TYPE: MC FLEET
ACCT NUMBER: XXXX XXXX XXXX 5557
TRANS TYPE:  SALE
APPROVAL: 093966      INVOICE: 012980
AMOUNT: $  36.00

X _____
I AGREE TO PAY TOTAL AMOUNT ACCORDING TO
CARD ISSUER AGREEMENT. _____INITIALS
TOP COPY - MERCHANT  2ND COPY - CUSTOMER

APPROVED  093966
*×*****************************************

**HAVE A NICE DAY**
 REG# 0002 CSH# 002 DR# 01  TRAN# 21856
  09/03/18  10:44:11        ST# AB123

*Burning Man*

*Anti-Freeze for Vehicle*

*Steven Due*
*Logistic Team*



**LOWE'S®**

LOWE'S HOME CENTERS, LLC
375 STANLEY DR E
FERNLEY, NV 89408   (775) 980-4000

- SALE -
SALES#: S2661MB1 1939748   TRANS#: 14979845 08-22-18

349284 BHK #800 X 800-FT NYL SEI          8.98
296774 DV IR 1/4-IN - 1/2-IN SKT          3.98
588330 LEHIGH 6X50FT ALL PUR CLO         12.51
          3 @      4.17
858725 IQ DV 56-PC IR FLEX TORQ          29.98

SUBTOTAL:          55.45
TOTAL TAX:          0.00
INVOICE 14749 TOTAL:          55.45
W/T:          55.45

W/C:XXXXXXXXXXXX5557 AMOUNT:55.45 AUTHCD:029943
CHIP REFID:266114301015 08/22/18 16:07:37
CUSTOMER CODE: .
APL: MASTERCARD  TVR: 0000008000
AID: A0000000041010  TSI: E800
STORE: 2661  TERMINAL: 14  08/22/18 16:18:06
**# OF ITEMS PURCHASED: 6**
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: NOW HIRING  WWW.LOWES.COM

LOWE'S PRICE MATCH GUARANTEE
FOR MORE DETAILS, VISIT LOWES.COM/PRICEMATCH

YOUR OPINIONS COUNT!
REGISTER FOR A CHANCE TO BE
ONE OF FIVE US$300 WINNERS DRAWN MONTHLY!
¡REGISTRESE EN EL SORTEO MENSUAL
PARA SER UNO DE LOS CINCO GANADORES DE US$300!

REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY
WITHIN ONE WEEK AT: www.lowes.com/survey
Y O U R   I D # 14749 2661 234

NO PURCHASE NECESSARY TO ENTER OR WIN.
VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER.
OFFICIAL RULES & WINNERS AT:  www.lowes.com/survey
STORE: 2661  TERMINAL: 14  08/22/18 16:18:06

R-16

✳ Burning Man ✳

Hardware & Tools

Steven Due
Logistic Team

R-17

☆ Burning Man ☆

Fan
Hardware
Tape
Zipties
Spray Paint

Steven Dve
Logistic Team



**LOWE'S**

LOWE'S HOME CENTERS, LLC
375 STANLEY DR E
FERNLEY, NV 89408   (775) 980-4000

– SALE –

SALES#: S2661NB1 1939740   TRANS#: 14582210 08-29-18

| | | |
|---|---|---|
| 809480 PELONIS 16-IN OSC STAND F | | 39.96 |
| 2 @    19.98 | | |
| 130192 8MM NYLN INSRT LOCK NUT 4 | | 0.62 |
| 104237 GORILLA 2-CT 3 GRAM SUPER | | 3.98 |
| 537855 11-IN HEAVY DUTY CABLE TI | | 10.87 |
| 115914 ASSORT BLACK TIES 200-CT | | 7.46 |
| 1035777 PROJECT SOURCE NEO FOAM B | | 5.98 |
| 394731 3M 6-CT 1.41-IN 2020 MASK | | 15.98 |
| 282040 12-OZ RUSTIC UMBR NLT-CLR | | 6.10 |
| 244363 12-OZ AUTUMN BROWN MULTI- | | 6.10 |
| 282035 12-OZ SATIN DARK BROWN SP | | 4.10 |
| 101126 12-OZ FLAT BROWN STOPS RU | | 4.10 |
| 42806 19-OZ LYSOL DISINFECT SPR | | 19.44 |
| 3 @    6.48 | | |

|  |  |
|---|---|
| SUBTOTAL: | 125.03 |
| TOTAL TAX: | 0.00 |
| INVOICE 14502  TOTAL: | 125.03 |
| M/C: | 125.03 |

M/C:XXXXXXXXXXXX5557 AMOUNT:125.03 AUTHCD:025693
CHIP REFID:266114303293 08/29/18 15:32:54
CUSTOMER CODE: .
APL: MASTERCARD   TVR: 0000008000
AID: A0000000041010   TSI: E800
STORE: 2661   TERMINAL: 14   08/29/18 15:37:21
# OF ITEMS PURCHASED:     15
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



AR02048

R-18



**Pep Boys**

Pep Boys #708
5000 Smithridge Dr
Reno, NV 89502
(775)827-1700
www.pepboys.com

08/29/2018                    12:49:19 PM PST
Trans: 298807                    Store: 0708
Reg: 1C1                            Till:101
Cashier: 452951

SALE

0708101298807201808029

Certificate Number: 140001849
Reason: None

USCHEM METAL FUZION          19.99 E
   77013            1 @ 19.99
DURACELL 20FT 4GA            39.99 E
   CRJC2C4          1 @ 39.99
PB 5GAL BUCKET                4.99 E
   250175           1 @ 4.99
CHEVRON PROGARD FIC           5.90 E
   266335266        1 @ 5.90
CHEVRON PROGARD FIC           5.90 E
   266335266        1 @ 5.90
CHEVRON PROGARD FIC           5.90 E
   266335266        1 @ 5.90
CHEVRON PROGARD FIC           5.90 E
   266335266        1 @ 5.90
CHEVRON PROGARD FIC           5.90 E
   266335266        1 @ 5.90
CHEVRON PROGARD FIC           5.90 E
   266335266        1 @ 5.90
CHEVRON PROGARD FIC           5.90 E
   266335266        1 @ 5.90
Sub Total                   100.37
   Tax                        0.00

Total                       100.37
   Master Card (D)          100.37
      Account: XXXXXXXXXXXXX5557
      Auth: 034228 (A)
Total Tender                100.37
Change Due                    0.00

Application Label:: MASTERCARD
AID: AC000C00041010
 VR: 0C000C8000
 SI: E800
AC: 9779C704C95E5A09
AR(: 0C

Burning Man

Metal Epoxy
Jumper Cables
Bucket
Fuel-Injector Cleaner

Steven Due
Logistic Team

AR02049

R-19
p-1

```
Walmart >'<
775-575-4832 Mgr:BRIAN SYDNEY
1550 NEWLANDS DR E
FERNLEY NV 89408
ST# 04370 OP# 000944 TE# 05 TR# 01013
A/C FILTER     087293200643      8.88 X
A/C FILTER     087293200643      8.88 X
A/C FILTER     087293200643      8.88 X
A/C FILTER     087293200643      8.88 X
A/C FILTER     087293200643      8.88 X
A/C FILTER     087293200643      8.88 X
A/C FILTER     087293200643      8.88 X
A/C FILTER     087293200643      8.88 X
CARGO LINER    075803507476     24.00 X
GV FZ QT 50    007074203696      5.58 X
GV SQ SNK      007074215560      4.20 X
FREEZER BAGS   007074209666      4.66 X
EQ WIPES       068113110523      3.97 X
EQ WIPES       068113110523      3.97 X
EQ WIPES       068113110523      3.97 X
EQ WIPES       068113110523      3.97 X
EQ WIPES       068113110523      3.97 X
EQ WIPES       068113110523      3.97 X
EQ WIPES       068113110523      3.97 X
EQ WIPES       068113110523      3.97 X
EQ WIPES       068113110523      3.97 X
EQ WIPES       068113110523      3.97 X
EQ WIPES       068113110523      3.97 X
EQ WIPES       068113110523      3.97 X
EQUATE CGHDP   068113113636      3.40 X
EQUATE CGHDP   068113113636      3.48 X
EQUATE CGHDP   068113113919      3.48 X
EQUATE CGHDP   068113113919      3.48 X
PEPTO BISMOL   030149003947     11.28 X
CI SPRT SPRY   004110000671H     6.97 X
CI SPRT SPRY   004110000671H     6.97 X
CI SPRT SPRY   004110000671H     6.97 X
CI SPRT SPRY   004110000671H     6.97 X
CI SPRT SPRY   004110000671H     6.97 X
CI SPRT SPRY   004110000671H     6.97 X
IH 3OZ CREAM   004116700891H     4.96 X
IH 3OZ CREAM   004116700891H     4.96 X
IH 3OZ CREAM   004116700891H     4.96 X
IHO CAP 24     030045029532      9.97 X
IHO CAP 24     030045029532      9.97 X
IHO CAP 24     030045029532      9.97 X
EQ UL SIRGI    068113122037      7.20 X
EQ UL SIRGI    068113122037      7.20 X
BANDAID        038137115078H     6.47 X
BANDAID        038137115078H     6.47 X
BANDAID        038137115078H     6.47 X
HYDRO CREAM    068113102775      6.46 X
HYDRO CREAM    068113102775      6.46 X
HYDRO CREAM    068113102775      6.46 X
HYDRO CREAM    068113102775      6.46 X
TIGER BALM     003927822010H     4.98 X
TIGER BALM     003927822010H     4.98 X
TIGER BALM     003927822010H     4.98 X
TIGER BALM     003927822010H     4.98 X
TIGER BALM     003927831510H     5.68 X
TIGER BALM     003927831510H     5.68 X
TIGER BALM     003927831510H     5.68 X
HYDRO CREAM    068113102775      6.46 X
EMC RASPBERR   007631430298      4.47 X
EMC RASPBERR   007631430298      4.47 X
EMC ORANGE     007631430297      4.47 X
EMC ORANGE     007631430297      4.47 X
EMC ORANGE     007631430297      4.47 X
EMC ORANGE     007631430297      4.47 X
EMC ORANGE     007631430297      4.47 X
EMC RASPBERR   007631430298      4.47 X
EMC RASPBERR   007631430298      4.47 X
EMC RASPBERR   007631430298      4.47 X
EQ EYE ITCH    068113102773      8.00 T
EQ EYE ITCH    068113102773      8.00 T
EQ EYE ITCH    068113102773      8.00 T
EQ EYE ITCH    068113102773      8.00 T
EQ EYE ITCH    068113102773      8.00 T
EQ EYE ITCH    068113102773      8.00 T
EQ EYE ITCH    068113102773      8.00 T
EQ EYE ITCH    068113102773      8.00 T
EQ EYE ITCH    068113102773      8.00 T
EQ EYE ITCH    068113102773      8.00 T
EQ EYE ITCH    068113102773      8.00 T
EQ EYE ITCH    068113102773      8.00 T
EQ EYE ITCH    068113102773      8.00 T
EQ EYE ITCH    068113102773      8.00 T
EQ EYE ITCH    068113102773      8.00 T
```

☆ Burning Man ☆
Wal-Mart Recept Pg1

All items are
over the counter
medical supplies

Steven Ove
Logistic Team

AR02050

R-17
p-2

2

```
LOTUETRA  12G  001101740819        9.94 X
LOTUETRA  12G  001101740819        9.94 X
LOTUETRA  12G  001101740819        9.94 X
LOTUETRA  12G  001101740819        9.94 X
LOTUETRA  12G  001101740819        9.94 X
LOTUETRA  12G  001101740819        9.94 X
LOTUETRA  12G  001101740819        9.94 X
LOTUETRA  12G  001101740819        9.94 X
EQ NAS SPRY      060538866186      3.32 X
EQ NAS SPRY      060538866186      3.32 X
EQ NAS SPRY      060538866186      3.32 X
EQ NAS SPRY      060538866186      3.32 X
EQ NAS SPRY      060538866186      3.32 X
EQ NAS SPRY      060538866186      3.32 X
EQ NAS SPRY      060538866186      3.32 X
EQ NAS SPRY      060538866186      3.32 X
EQ SC NASAL      068113117091      3.32 X
EQ SC NASAL      068113117091      3.32 X
EQ SC NASAL      068113117091      3.32 X
EQ SC NASAL      068113117091      3.92 X
EQ SC NASAL      068113117091      3.92 X
BIOFREEZE        073112400003H     11.98 X
BIOFREEZE        073112400003H     11.98 X
NASAL SPRAY      066113170017       1.88 X
NASAL SPRAY      068113170017       1.88 X
NASAL SPRAY      068113170017       1.88 X
NASAL SPRAY      068113170017       1.88 X
NASAL SPRAY      068113170017       1.88 X
NASAL SPRAY      068113170017       1.88 X
NASAL SPRAY      068113169612       2.82 X
NASAL SPRAY      068113169612       2.82 X
NASAL SPRAY      068113169612       0.88 X
NASAL SPRAY      007003030410       0.88 X
NASAL SPRAY      007003030410       0.00 X
NASAL SPRAY      007003030410       0.88 X
NASAL SPRAY      007003030410       0.88 X
NASAL SPRAY      007003030410       0.88 X
NASAL SPRAY      007003030410       0.88 X
NASAL SPRAY      007003030410       0.88 X
NASAL SPRAY      007003030410       0.88 X
FOOT CREAM       004110040906       6.48 X
FOOT CREAM       004110040906       6.40 X
FOOT CREAM       004110040906       6.40 X
NASAL SPRAY      030225030080H      2.07 X
EQ TEARS         068119173194H      3.46 X
EQ FOOTCREAM     007074212413       3.48 X
EQ FOOTCREAM     007074212413       3.48 X
EQ FOOTCREAM     007074212413       3.40 X
EQ FOOTCREAM     007074212413       3.40 X
EQ FOOTCREAM     007074212413       3.48 X
EQ FOOTCREAM     007074212413       3.40 X
EQ AL ELIXER     068113110394       5.94 X
EQ AL ELIXER     068113110394       5.94 X
EQ AL ELIXER     068113110394       5.94 X
EQ AL ELIXER     068113110394       5.94 X
EQ AL ELIXER     068113110394       5.94 X
EQ AL ELIXER     068113110394       5.94 X
EQ AL ELIXER     068113110394       5.94 X
EQ AL ELIXER     068113110394       3.94 X
EQ ALGY ELIX     068113110393       3.94 X
EQ ALGY ELIX     068113110393       6.97 X
HYLANTA TN       081990301030       6.97 X
HYLANTA TN       081990301030       6.97 X
HYLANTA TN       081990301030       3.32 X
EQ SAL SPRAY     060538866113       3.32 X
EQ SAL SPRAY     060538866113       3.32 X
EQ SAL SPRAY     060538866113       2.44 X
EQ LIQ ANT       068113101621       2.44 X
EQ LIQ ANT       068113101621       2.44 X
EQ LIQ ANT       068113101621       4.90 X
BL EYE DROPS     031011902225       4.90 X
BL EYE DROPS     031011902225       4.90 X
BL EYE DROPS     031011902225       4.90 X
BL EYE DROPS     031011902225       4.90 X
BL EYE DROPS     031011902225       4.90 X
BL EYE DROPS     031011902225       4.90 X
BL EYE DROPS     031011902225       4.90 X
BL EYE DROPS     031011902225       4.90 X
BL EYE DROPS     031011902225       4.90 X
```

```
EQ TEARS         068113173195H      5.94 X
EQ TEARS         068113173195H      5.94 X
EQ TEARS         068113173194H      3.46 X
EQ TEARS         068113173194H      3.46 X
PLASTIC CUPS     068113192553       2.77 X
PLASTIC CUPS     068113192553       2.77 X
BL EYE DROPS     031011902225       4.98 X
BL EYE DROPS     031011902225       4.90 X
EQ TEARS         068113173194H      3.46 X
EQ TEARS         068113173194H      3.46 X
EQ TEARS         068113173195H      5.94 X
TIGER BALM       00392/822010H      4.90 X
EQ EYEDROPS      068113173207H      0.97 X
EQ EYEDROPS      068113173207H      0.97 X
EQ EYEDROPS      068113173208H      1.00 X
EQ EYEDROPS      068113173208H      1.00 X
EQ EYEDROPS      068113173208H      1.00 X
EQ EYEDROPS      068113173207H      0.97 X
EQ EYEDROPS      068113173207H      0.97 X
              SUBTOTAL            971.77
    TAX 1    7.100 %              69.00
              TOTAL             1,040.77
          MCARD TEND           1,040.77

MASTERCARD  5557  I 2 APPRND#0998
REF # 1042000314
AID A0000000041010
TC 76A9EA08DFF08708
TERMINAL # SE011301
*NO SIGNATURE REQUIRED
    08/22/18        15:41:32
         CHANGE DUE            0.00
      # ITEMS SOLD 185
   TC# 0749 2208 4768 7153 3307 74
```

[barcode]

```
Low Prices You Can Trust. Every Day.
08/22/18        15:41:32
     ***CUSTOMER COPY***
```

☆ Burning Man ☆
Wal-Mart Receipt Pg 2

All items are
over the counter
medical supplies

AR02051

**VF SOLUTIONS**
**SHIP ACKNOWLEDGEMENT**                                    Page 1 of 1
**545 MARRIOTT DRIVE NASHVILLE TN 37214**
**800-325-9516**
CUSTOMER #   79549-05-0000

*R-21*

SOLD TO:                                            SHIP TO:
  BUREAU OF LAND MANAGEMENT - SPO              STATE DIRECTOR
  **SPECIAL PURCHASES**                         DAVID APPOLD
  DENVER FEDERAL CTR BLDG 50                    BUREAU OF LAND MANAGEMENT
  POB 25047                                     1340 FINANCIAL BLVD
  DENVER CO 80225 0047                          RENO NV 89502

PO #: 07/25/2018          REQUESTED:  07/25/2018        ENTERED:  07/25/2018        BY  LLNV910000

SHIP FROM:  HENNING        VIA:  UPS GROUND SERVICE                              ORDER #:  918695-00

**NAME : STATE DIRECTOR**                              SHIPPED ON : 07/30/2018

| LOT NUMBER | SIZE | | DESCRIPTION | CODE | SHIP QTY | B/O QTY | CAN QTY | UNIT PRICE |
|---|---|---|---|---|---|---|---|---|
| FS2007 | RG | XS | U BROWN QUICK DRY PANTS | | 1 | 1 | 0 | 95.00 |
| FS2007 | LN | L | U BROWN QUICK DRY PANTS | | 6 | 0 | 0 | 95.00 |
| FS2007 | RG | XL | U BROWN QUICK DRY PANTS | | 12 | 0 | 0 | 95.00 |
| FS2007 | LN | XL | U BROWN QUICK DRY PANTS | | 2 | 0 | 0 | 95.00 |

*Kim Ferguson*

*Pants for LE Support @*
*Burning Man Event*

*LLNVWO3500  LE1050000.EAD000*
*LVRCF1805950  18X    265C.00*

| | | | | * TOTALS | 21 | 1 | 0 | 1,995.00 |
|---|---|---|---|---|---|---|---|---|

NOTES:

*** PAID BY CREDIT CARD – THIS IS YOUR RECEIPT ***

TRACKING NO(S):

1Z3144250376539579

END OF ORDER #:        918695-00

| CODES: | HY = HEM/CHARGE | BLANK = STOCK | C = CUSTOM | I = IRREGULAR |
|---|---|---|---|---|
| | HN = HEM/NO CHARGE | M = MAKE LIKE | N = NON STOCK | O = CUT-TO-ORDER |

NONSTOCK/CUSTOM ORDERS ARE MADE TO ORDER AND MAY NOT BE CANCELLED OR RETURNED.

AR02052

**VF SOLUTIONS**
**SHIP ACKNOWLEDGEMENT**                                          Page 1 of 1
**545 MARRIOTT DRIVE NASHVILLE TN 37214**
**800-325-9516**
CUSTOMER #   79549-05-0000

*R - 22*

| SOLD TO: | SHIP TO: |
|---|---|
| BUREAU OF LAND MANAGEMENT - SPO | STATE DIRECTOR |
| **SPECIAL PURCHASES** | DAVID APPOLD |
| DENVER FEDERAL CTR BLDG 50 | BUREAU OF LAND MANAGEMENT |
| POB 25047 | 1340 FINANCIAL BLVD |
| DENVER CO 80225 0047 | RENO NV 89502 |

| PO #: 07/25/2018 | REQUESTED: 07/25/2018 | ENTERED: 07/25/2018 | BY  LLNV910000 |
|---|---|---|---|
| SHIP FROM:  HENNING | VIA:  UPS GROUND SERVICE | | ORDER #:  918695-01 |
| NAME : STATE DIRECTOR | | SHIPPED ON :  08/08/2018 | |

| LOT NUMBER | SIZE | | DESCRIPTION | CODE | SHIP QTY | B/O QTY | CAN QTY | UNIT PRICE |
|---|---|---|---|---|---|---|---|---|
| FS2007 | RG | XS | U BROWN QUICK DRY PANTS | | 1 | 0 | 0 | 95.00 |

Kim Ferguson

Pants for LE Support
@ Burning Man Event

LLNVW03500.L51050000.EK0000
LVRCF1805950  18×    2650.00

| * TOTALS | 1 | 0 | 0 | 95.00 |
|---|---|---|---|---|

NOTES:

*** PAID BY CREDIT CARD – THIS IS YOUR RECEIPT ***

TRACKING NO(S):

1Z3144250393422297

END OF ORDER #:      918695-01

| CODES: | HY = HEM/CHARGE | BLANK = STOCK | C = CUSTOM | I = IRREGULAR |
|---|---|---|---|---|
| | HN = HEM/NO CHARGE | M = MAKE LIKE | N = NON STOCK | O = CUT-TO-ORDER |

NONSTOCK/CUSTOM ORDERS ARE MADE TO ORDER AND MAY NOT BE CANCELLED OR RETURNED.

AR02053



**VF SOLUTIONS**
**SHIP ACKNOWLEDGEMENT**                    Page 1 of 1
**545 MARRIOTT DRIVE NASHVILLE TN 37214**
**800-325-9516**
CUSTOMER #    79549-05-0000

R-23

| SOLD TO: | SHIP TO: |
|---|---|
| BUREAU OF LAND MANAGEMENT - SPO | STATE DIRECTOR |
| **SPECIAL PURCHASES** | DAVE APPOLD |
| DENVER FEDERAL CTR BLDG 50 | BUREAU OF LAND MANAGEMENT |
| POB 25047 | 1340 FINANCIAL BLVD |
| DENVER CO 80225 0047 | RENO NV 89502 |

PO #: 08/06/2018          REQUESTED: 08/06/2018          ENTERED: 08/06/2018          BY  LLNV91000
                                                                                                  0

SHIP FROM:  HENNING             VIA:  UPS GROUND SERVICE                      ORDER #: 113909-00

NAME : STATE DIRECTOR                                    SHIPPED ON : 08/13/2018

| LOT NUMBER | SIZE | | DESCRIPTION | CODE | SHIP QTY | B/O QTY | CAN QTY | UNIT PRICE |
|---|---|---|---|---|---|---|---|---|
| FS2007 | RG | XXL | U BROWN QUICK DRY PANTS | | 1 | 1 | 0 | 95.00 |

*Kim Ferguson
Pants for LE Support
@ Burning Man Event
LLNVWD3500  L5105 0000. EA0000
LVRCF180 6950
187
265C.00*

|  |  | * TOTALS |  | 1 | 1 | 0 | 95.00 |
|---|---|---|---|---|---|---|---|

NOTES:

*** PAID BY CREDIT CARD -- THIS IS YOUR RECEIPT ***

TRACKING NO(S):

1Z3144250334582976

END OF ORDER #:        113909-00

| CODES: | HY = HEM/CHARGE | BLANK = STOCK | C = CUSTOM | I = IRREGULAR |
|---|---|---|---|---|
| | HN = HEM/NO CHARGE | M = MAKE LIKE | N = NON STOCK | O = CUT-TO-ORDER |

NONSTOCK/CUSTOM ORDERS ARE MADE TO ORDER AND MAY NOT BE CANCELLED OR RETURNED.

AR02054

**VF SOLUTIONS**
**SHIP ACKNOWLEDGEMENT**
**545 MARRIOTT DRIVE NASHVILLE TN 37214**
**800-325-9516**
CUSTOMER #    79549-05-0000

R-24    Page 1 of 1

| SOLD TO: | SHIP TO: |
|---|---|
| BUREAU OF LAND MANAGEMENT - SPO | STATE DIRECTOR |
| **SPECIAL PURCHASES** | DAVE APPOLD |
| DENVER FEDERAL CTR BLDG 50 | BUREAU OF LAND MANAGEMENT |
| POB 25047 | 1340 FINANCIAL BLVD |
| DENVER  CO  80225  0047 | RENO  NV  89502 |

PO #: 08/06/2018              REQUESTED: 08/06/2018         ENTERED: 08/06/2018       BY  LLNV910000

SHIP FROM:  HENNING              VIA:  UPS GROUND SERVICE                    ORDER #:  113909-00

NAME : STATE DIRECTOR                          SHIPPED ON : 08/13/2018

| LOT NUMBER | SIZE | | DESCRIPTION | CODE | SHIP QTY | B/O QTY | CAN QTY | UNIT PRICE |
|---|---|---|---|---|---|---|---|---|
| FS2007 | RG | XXL | U BROWN QUICK DRY PANTS | | 1 | 1 | 0 | 95.00 |

Kim Ferguson

Pants for LE Support @
Burning Man Event
LLNVW03500  L51050000 EA 0000
LVRCF1805950  18×  265C.00

* TOTALS                    1      1      0      95.00

NOTES:

*** PAID BY CREDIT CARD – THIS IS YOUR RECEIPT ***

TRACKING NO(S):

1Z3144250334582976

END OF ORDER #:      113909-00

| CODES: | HY = HEM/CHARGE | BLANK = STOCK | C = CUSTOM | I = IRREGULAR |
|---|---|---|---|---|
| | HN = HEM/NO CHARGE | M = MAKE LIKE | N = NON STOCK | O = CUT-TO-ORDER |

NONSTOCK/CUSTOM ORDERS ARE MADE TO ORDER AND MAY NOT BE CANCELLED OR RETURNED.

AR02055

possible.

Once your package has shipped, we'll send you a confirmation email with a tracking number.

Your credit card will not be charged until the order has shipped.

**Questions?**
Contact Us

R-25

Scott Fisher
Evidence officer

CHECK ORDER STATUS

## Product Information



**Dymo 30323 2-1/8x4 inch White Shipping Labels**    Qty: 4    **$10.80**

**Dymo 1957331 LabelWriter 450 Bundle with 4 LW Rolls**    Qty: 1    **$89.59**

**Delivery Method:** Super Saver (7-10 Business Days)

Adorama Inc

| | |
|---|---|
| **Order Subtotal:** | $132.79 |
| **Shipping Cost:** | $0.00 |
| **Taxes:** | $0.00 |
| **Total:** | $132.79 |

## Shipping & Billing Info

**Shipping Address**

Scott Fischer  BLM
5665 Morgan Mill Rd
Carson City, NV, US, 89701

AR02056



Andres, Rebecca <randres@blm.gov>

---

# Fwd: [EXTERNAL] Confirmation of GSA Advantage! Session Number 10650461
1 message

---

**Scott Fischer** <smfischer@blm.gov>              Thu, Jul 19, 2018 at 12:53 PM
To: Rebecca Andres <randres@blm.gov>

Scott Fischer
Field Staff Ranger
Bureau of Land Management
Carson City District
5665 Morgan Mill Road
Carson City, NV 89410

775-885-6178

*R-26*

*P-1*

*Scott Fischer.*
*Evidence officer*

---------- Forwarded message ----------
From: <gsa.advantage@gsa.gov>
Date: Thu, Jul 19, 2018 at 12:52 PM
Subject: [EXTERNAL] Confirmation of GSA Advantage! Session Number 10650461
To: <smfischer@blm.gov>

Thank you for ordering from GSA Advantage! We are proud to be your one-stop shopping source!

This e-mail is a CONFIRMATION of the order you recently placed. Your order information is below. We will notify you by e-mail of status changes as they occur. You may also monitor the progress of your order or other orders by logging on at https://www.GSAadvantage.gov and then choosing "Order Status/History" from the menu at the top of each page.

The following items were ordered from session #10650461 on Jul 19, 2018 for a total of $356.92.

```
--------------------------------------------------------------------------------
Vendor: CAPRICE ELECTRONICS, INC. 718-222-0433
PO #:  47QDCC18MAWJG
Order Status POC: sales@capricegov.com
```

| QTY | ITEM | PRICE | TOTAL |
|-----|------|-------|-------|
| 1 EA | THESE GUN EVIDENCE BOXES<br>ECB001G | $34.91 | $34.91 |
| 1 EA | THESE RIFLE EVIDENCE BOX<br>ERB004 | $62.56 | $62.56 |
| 1 EA | THESE BROWN KRAFT EVIDEN<br>EB002 | $23.25 | $23.25 |
| 1 EA | THESE BROWN KRAFT EVIDEN<br>EB003P | $27.95 | $27.95 |

**AR02057**

1/31/2019    DEPARTMENT OF THE INTERIOR Mail - Fwd: [EXTERNAL] Confirmation of GSA Advantage! Session Number 10650461

Case 1:19-cv-03729-DLF   Document 35-3   Filed 07/12/21   Page 30 of 762

ρ2

| 1 EA | INTEGRITY EVIDENCE BAGS,<br>IEB4000 | $22.19 | $22.19 |
|------|-------------------------------------|--------|--------|
| 1 EA | INTEGRITY EVIDENCE BAGS,<br>IEB9120 | $34.12 | $34.12 |

PO TOTAL:    $204.98

-----------------------------------------

R-26
ρ2



Evident, Inc.
739 Brooks Mill Road
Union Hall VA 24176-4025

Phone 800-576-7606 or 540-576-3512
Fax 888-384-3388 or 540-576-3942
contact@ShopEVIDENT.com
www.ShopEVIDENT.com



R-27



| Page | Date | Invoice |
|---|---|---|
| 1 | 08/08/18 | 134203A |

Evident, Inc.
Federal ID #54-1634534

**BILL TO:**
BUREAU OF LAND MANAGEMENT
ACCOUNTS PAYABLE
5665 MORGAN MILL RD
CARSON CITY, NV  89701

**SHIP TO:**
BUREAU OF LAND MANAGEMENT
SCOTT FISCHER
5665 MORGAN MILL RD
CARSON CITY, NV  89701

| Customer No. | Sales ID | Purchase Order # | Work Code | Payment Terms |
|---|---|---|---|---|
| 62747 | /SCH | W36681 | FNV/ | XXXXXXXX0608 MASTER |

| Credit Card Number | Type | Auth. Code | Phone Number | Total P# | Pages | Boxes | Ship Via |
|---|---|---|---|---|---|---|---|
| | | 008666 | (775) 885-6178 | 3.0 | 8 | 1 | UPC |

We Appreciate Your Business!
Visit Our Website At www.ShopEVIDENT.com
EVIDENT is a Woman-Owned Small Business

| Qty. | B/O | Shipped | Item # | Description | Unit Price | Disc. | Extension |
|---|---|---|---|---|---|---|---|
| 5 | 0 | 5 | NIK6074 | Nik Test D LSD - 10 tests | 25.50-- | | 127.50 |
| 8 | 8 | 0 | NARK20015 | Nark II Methamphetamine/MDMA - 10 tests | 20.55-- | | 0.00 |
| 5 | 0 | 5 | NARK20033 | Nark II Fentanyl - 10 tests | 20.55-- | | 102.75 |
| 2 | 0 | 2 | NARK20030 | Nark II Psilocybin Mushrooms - 10 tests | 20.55-- | | 41.10 |
| 1 | 0 | 1 | CATALOG19 | EVIDENT Product Catalog #19 | 0.00-- | | 0.00 |
| 1 | 0 | 1 | FIRSTORDER | THANK YOU FOR YOUR FIRST ORDER WITH EVIDENT! | 0.00-- | | 0.00 |

EVIDENT, INC. IS A WOMAN-OWNED
SMALL BUSINESS
FEID: 54-1634534

ShopEVIDENT.com Order #W36681

VISIT www.ShopEVIDENT.com FOR
ALL OF YOUR FAVORITE ITEMS

| | |
|---|---|
| MERCHANDISE INVOICE TOTAL $ | 271.35 |
| SHIPPING & HANDLING $ | 21.87 |
| INVOICE TOTAL $ | 293.22 |
| CR. CARD: MC, APPR:008666 $ | -293.22 |

Scott Fischer
Evidence Officer

Web Status: updated

AUG 0 8 2018
BY: NA

AR02059



**EVIDENT**

Evident, Inc.
739 Brooks Mill Road
Union Hall VA 24176-4025

Phone 800-576-7606 or 540-576-3512
Fax 888-384-3368 or 540-576-3942
contact@ShopEVIDENT.com
**www.ShopEVIDENT.com**



| Page | Date | Invoice |
|------|------|---------|

Evident, Inc.
Federal ID #54-1634534

| B I L L T O | BUREAU OF LAND MANAGEMENT<br>ACCOUNTS PAYABLE<br>5665 MORGAN MILL RD<br>CARSON CITY, NV  89701 | S H I P T O | BUREAU OF LAND MANAGEMENT<br>SCOTT FISCHER<br>5665 MORGAN MILL RD<br>CARSON CITY, NV  89701 |
|---|---|---|---|

| Customer No. | Sales I.D. | Purchase Order# | Media Code | Payment Terms | | |
|---|---|---|---|---|---|---|
| 62747 | /SCH | W36681 | FNV/ | XXXXXXXX0608 MASTER | | |
| **Credit Card Number** | | **Type** | **App. Code** | **Phone Number** | **Total Wt.** | **Zone** | **# Packages** | **Ship Via** |
| | | | 091736 | (775) 885-6178 | 2.2 | 8 | 1 | UPC |

We Appreciate Your Business!
Visit Our Website At www.ShopEVIDENT.com
EVIDENT is a Woman-Owned Small Business

| Qty. | B/O | Shipped | Item # | Description | Unit Price | Disc. | Extension | Pkg |
|---|---|---|---|---|---|---|---|---|
| 8 | 0 | 8 | NARK20015 | Nark II Methamphetamine/MDMA - | 20.55-- | | 164.40 | |
| | | | | 10 tests | | | | |
| | | | | MERCHANDISE INVOICE TOTAL $ | | | 164.40 | |
| | | | | INVOICE TOTAL $ | | | 164.40 | |
| | | | | CR. CARD: MC, APPR:091736 $ | | | -164.40 | |

*Scott Fischer*
*Evidence Officer*

AR02060



Scott Fischer,
Evidence officer

R-29

```
--------------------------------------------------------------------
Vendor: PREMIER & COMPANIES, INC. 866-412-2472
PO #:   47QDCC18MAWJH
Order Status POC: government@premierandco.com

QTY    ITEM                                     PRICE      TOTAL


4 EA   DISP LOW-POWDER- LOW-MODULUS 100%-NITR D  $9.24     $36.96
       7005L


1 PK   WEIGHING DISH 3-1/2 IN L PK 500          $39.06     $39.06
       WB-316B


4 EA   DISP LOW-POWDER- LOW-MODULUS 100%-NITR D  $9.24     $36.96
       7005M


4 EA   DISP LOW-POWDER- LOW-MODULUS 100%-NITR D  $9.74     $38.96
       7005XL


                                        PO TOTAL: $151.94
--------------------------------------------------------------------
```

- R-29
  $ 39.06

- R-30
  $ 112.88

Having problems with GSA NSN requisitions? Call 800-488-3111 or go to https://apps.fas.gsa.gov/cops/ncsc/ and report a problem.

Having problems with Schedule orders? Contact the vendor directly at the phone number or e-mail address provided above.

For other questions pertaining to GSA Advantage! Call toll free 877-472-3777, option 2, or e-mail gsa.advantage@gsa.gov.

To change or discontinue your e-mail for these messages, logon to https://www.GSAadvantage.gov , then choose Profile and update your e-mail address, or select No to receive e-mail status updates for your orders. Thank you!

**AR02061**



*Scott Fischer.*
*Evidence officer*

R-30

---
```
Vendor: PREMIER & COMPANIES, INC. 866-412-2472
PO #:   47QDCC18MAWJH
Order Status POC: government@premierandco.com
```

| QTY | ITEM | PRICE | TOTAL |
|-----|------|-------|-------|
| 4 EA | DISP LOW-POWDER- LOW-MODULUS 100%-NITR D 7005L | $9.24 | $36.96 |
| 1 PK | WEIGHING DISH 3-1/2 IN L PK 500 WB-316B | $39.06 | $39.06 |
| 4 EA | DISP LOW-POWDER- LOW-MODULUS 100%-NITR D 7005M | $9.24 | $36.96 |
| 4 EA | DISP LOW-POWDER- LOW-MODULUS 100%-NITR D 7005XL | $9.74 | $38.96 |
| | | PO TOTAL: | $151.94 |

*(handwritten annotations: R-29, $39.06; R-30, $112.88)*

---

Having problems with GSA NSN requisitions? Call 800-488-3111 or go to https://apps.fas.gsa.gov/cops/ncsc/ and report a problem.

Having problems with Schedule orders? Contact the vendor directly at the phone number or e-mail address provided above.

For other questions pertaining to GSA Advantage! Call toll free 877-472-3777, option 2, or e-mail gsa.advantage@gsa.gov.

To change or discontinue your e-mail for these messages, logon to https://www.GSAadvantage.gov , then choose Profile and update your e-mail address, or select No to receive e-mail status updates for your orders. Thank you!

AR02062

# ORDER ACKNOWLEDGEMENT

THE LAB DEPOT
469 LUMPKIN CAMPGROUND RD S
DAWSONVILLE, GA 30534
706-265-2320



| Order Number | |
|---|---|
| 342293 | |
| Order Date | Page |
| 7/18/2018 14:23:17 | 1 of 1 |

**Bill To:**

BLM
ATTN: PURCHASING
5665 MORGAN MILL RD
CARSON CITY, NV 89701

**Ship To:**

BLM
SCOTT FISCHER / ORDER # 431065
5665 MORGAN MILL RD
CARSON CITY, NV 89701

Ordered By: Mr. SCOTT FISCHER

Customer ID:     164657

| PO Number | | Ship Route | Taker | |
|---|---|---|---|---|
| 431065 | | | LORI_MITCHELL | |

| Quantities | | | | | Item ID | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Allocated | Remaining | UOM Unit Size | Disp. | Item Description | Unit Size | | |
| 1.0000 | 0.0000 | 1.0000 EA | | B | ASTS-030 | EA | 198.00 | 198.00 |
| | | | 1.0 | | HEPA FILTER | 1.0 | | |
| | | | | | HEPA FILTER | | | |
| | | | | | *Order Line Notes:* OUT OF STOCK - EST SHIP DATE FROM GA IS 7/26 | | | |
| 1.0000 | 0.0000 | 1.0000 EA | | B | ASTS-001 | EA | 198.00 | 198.00 |
| | | | 1.0 | | GP FILTER | 1.0 | | |
| | | | | | GP FILTER | | | |
| | | | | | *Order Line Notes:* OUT OF STOCK - EST SHIP DATE FROM GA IS 7/26 | | | |

*Total Lines: 2*

| | |
|---|---|
| **SUB-TOTAL:** | 396.00 |
| **TAX:** | 0.00 |
| **FR SHIPPING CHARGE:** | 25.50 |
| **AMOUNT TENDERED:** | 421.50 |
| **AMOUNT DUE:** | 0.00 |
| | *U.S. Dollars* |

Scott Fischer
Evidence Officer

AR02063

**amazon.com**

## Details for Order #114-4074120-1513827
<u>Print this page for your records.</u>

R-32

Shane Garside

**Order Placed:** August 17, 2018
**Amazon.com order number:** 114-4074120-1513827
**Order Total:** $140.34

### Not Yet Shipped

| Items Ordered | Price |
|---|---|
| 6 of: *Bag Buddy Bag Holder - Versatile Metal Support Stand for 39-45 Gallon Plastic and Paper Bags - Use For Leaves, Yard Work, Laundry, Trash and More - 30* <br> Sold by: River Colony Trading (seller profile) <br><br> Condition: New <br> Brand New, Fast Shipping | $23.39 |

**Shipping Address:**
Shane Garside
BLM - Black Rock Station
200 TRANSFER RD
GERLACH, NV 89412-0271
United States

**Shipping Speed:**
Two-Day Shipping

### Payment information

**Payment Method:**
MasterCard | Last digits: 7190

**Billing address**
Shane Garside
BLM - BLACK ROCK FIELD OFFICE
5100 E WINNEMUCCA BLVD
WINNEMUCCA, NV 89445-2921
United States

Item(s) Subtotal: $140.34
Shipping & Handling: $0.00
-----
Total before tax: $140.34
Estimated tax to be collected: $0.00
-----
**Grand Total: $140.34**

To view the status of your order, return to <u>Order Summary</u>.

<u>Conditions of Use</u> | <u>Privacy Notice</u> © 1996-2018, Amazon.com, Inc. or its affiliates

LLNVWO3500
L51050000. EA0000
LVRCF18 05950
14X   264B.

Requested By: Mark Pirtle
Ordered By: Shane Garside
Black Rock Station Manager

R-33

*Shane Garside*

```
AutoZone 3742
     1210 CHISHOLM T
      FERNLEY, NV
      (775) 575-7202
Loyalty Card 910100XXXXXX0750
                   4 @ 1/14.99
#248484   DEF002        59.96 P
Peak BlueDEF
Diesel Exhaust Fluid, 2.50 GAL
              SUBTOTAL      59.96
Peak Disc                   9.96-
         NEW SUBTOTAL      50.00
    TOTAL TAX @ 7.100%      3.55
                 TOTAL     53.55
XXXXXXXXXXXX7190 MASTERCARD 53.55
              APPROVAL #   079617
Data Source: CHIP
App Name/Label: MASTERCARD
AID: A0000000041010
TC D58685275ED1CAD5
SIGNATURE VERIFIED
REG #03  CSR #10 RECEIPT #394250
STR. TRANS #608748
STORE #3742
DATE 08/16/2018  14:03
# OF ITEMS SOLD 4
```

*3742608748081618*

```
Peak-2 for $25 on Peak BlueDEF Diesel Ex
haust Fluid. Must buy 2
Deal 96592: Total Savings    9.96

Member: SHANE GARSIDE
Credits Towards Next Reward: 1

   Take a survey for a
   chance to win $5000
      at www.autozonecares.com
     or by calling 1-800-598-8943.
   No Purchase Necessary. Ends 08/31/18.
        subject to Entry Periods.
     Subject to full Official Rules
       at www.autozonecares.com.
         Ref No:
   3742-608748-180816-3
```

L L NV w3500      LV RCF 1805150
L 51050000.EA 0000
18X
2648

Requested By: Bradlee Mathews
                Logistics Chief

Ordered By: Shane Garside
           Black Rock Station Manager

AR02065

R-34

Shane Garside

```
          THANK YOU FOR SHOPPING AT
                    BIG R
                (775) 575-2447

            WE APPRECIATE YOUR BUSINESS!
            Visit us at BIGRWEST.COM

          NEVADA'S RANCH, FARM & HOME
                 SUPPLY LEADER
       08/23/18  8:29AM LMS        541   SALE
       --------------------------------------
       649066          1   EA  $13.79 EA
       SQUEEGEE w/SCRUBBER               $13.79

       SUB-TOTAL:$    13.79  TAX: $       .98
                           TOTAL: $     14.77
                           BC AMT:  $    14.77

       BK CARD#:   XXXXXXXXXXXX7190
       MID: 542929801251703
       AUTH:  002778         AMT: $    14.77
       Host reference #:436367   Bat#0000

       TID: 00437014

       Chip Read
       CARD TYPE:MASTERCARD    EXPR: XXXX
       AID : A0000000041010
       TVR : 0000008000
       IAD : 0110609003220004ED7000000000000
       TSI : E800
       ARC : 00
       MODE : Issuer
       CVM :
       Name : MASTERCARD
       ATC :0014
       AC   : D17D8B078CAD404F
       TxnID/ValCode: 243086


       Bank card          USD$   14.77
```

```
       ||| ||||||||||||||||||||||| |||
```

```
       ==>> JRNL#E36367/5            <<==
            CUST NO:*5

          THANK YOU SHANE R GARSIDE
              FOR YOUR PATRONAGE
```



```
       Name :  X_____
       I agree to pay above total amount
       according to card issuer agreement
       (merchant agreement if credit voucher)
       Acct:    FERNLEY CASH CUSTOMER

               Customer Copy


       Keep this receipt for all returns,
         exchanges & warranty claims
```

LNVW03500
.105 0000. EA0000
RCF185950
3X    264B

quested By:
  Bradlee Matthews
  Logistics Chief

dered By:
  Shane Garside
  Black Rock Station
            Manager

AR02066



The Home Depot - Order Confirmation

# Order #WD25201785
Placed on: Aug 19, 2018

*R-35*

*Shane Garside*

## Billing Information

**Shane Garside**
5100 E Winnemucca Blvd
WINNEMUCCA NV 89445

Payment Method: MC ***7190

| Item | Price/Item | Qty | Line Total |
|------|-----------|-----|-----------|
| **Ship To Home (1 item)** | | | |
| 200 Transfer Rd , GERLACH, NV 89412 | | | |
| HDX 17 Gal. Storage Tote in Black | $7.98 ~~$8.97~~ Saved 11% | 20 | $159.60 |

**Expect It On Aug 22**

| | | |
|---|---|---|
| **Subtotal** | | $159.60 |
| Shipping | | FREE |
| Sales Tax | | $0.00 |
| **Total** | | **$159.60** |
| You Saved | | $50.29 |

**Need help?**
Online Customer Support:
1-800-430-3376

Custom Blinds:
1-800-658-7320

Call 7 days a week:
6 a.m. to 2 a.m. EST

LLNVWO 3500
L5105 6000. EA0000
LVRCF 1805950
18X　264B

Requested By: Bradlee Matthews
　　　　Logistics Chief
Ordered By: Shane Garside
　　　Black Rock Station Manager

AR02067

*R-36 Shane Garside*

## ORDER FOR SUPPLIES OR SERVICES

| | | |
|---|---|---|
| **DATE OF ORDER**<br>Aug 16 2018 | **GSA CONTRACT NUMBER**<br>GS-21F-0035T | **SHIP TO**<br>See SHIPPING INSTRUCTIONS below |
| **ORDER NUMBER**<br>**47QDCC18MEUR8** | **REQUISITION/REFERENCE NO.** | |
| **ISSUING OFFICE**<br>Department of the Interior | | |
| **TO**<br>PREMIER & COMPANIES, INC.<br>212 WEST 35TH STREET<br>2ND FLOOR<br>NEW YORK, NY 10001 | | **TYPE OF ORDER**<br>DELIVERY |
| **ACCOUNTING AND APPROPRIATION DATA** | | **REQUISITIONING OFFICE**<br>GSA ADVANTAGE ORDER - AAC: 140ADV |

**BUSINESS CLASSIFICATION**

| | | | |
|---|---|---|---|
| [X] SMALL | OTHER-THAN-SMALL      DISADVANTAGED | WOMEN-OWNED | VET-OWNED |
| **FOB POINT**<br>SEE SCHEDULE | **GOVERNMENT B/L NO.** | **DELIVERY TO FOB POINT ON OR BEFORE (date)**<br>Aug 22 2018 | **DISCOUNT TERMS**<br>NET 30 Days |

### SCHEDULE

| ITEM NO. | SUPPLIES OR SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | WINDSHIELD WASHER FLUID 1 GAL.<br>SPLASH 234193-T35 - WINDSHIELD WASHER FLUID 1 GAL.<br>- WINDSHIELD WASHER ALL SEASON +3...<br>Manufacturer:SPLASH<br>Mfr Part: 234193-T35<br>Vnd Part: 2510707006<br>BPA: GS-23F-BA009<br>FOB: Destination - Includes Shipping | 80 | EA | $2.40 | $192.00 |
| | | | | **GRAND TOTAL:** | **$192.00** |

**\*\*\*SHIPPING INSTRUCTIONS\*\*\***

**SHIP TO:**
   BLM - Black Rock Station
   200 TRANSFER RD
   Gerlach, NV 89412
   Attn: SHANE GARSIDE 7755572503
   SGARSIDE@BLM.GOV
   PO: 47QDCC18MEUR8
**\*\*\*END SHIPPING INSTRUCTIONS\*\*\***

### MAIL INVOICE TO/PURCHASE CARD INFORMATION

| NAME<br>Government Purchase Card =<br>MASTERCARD | STREET ADDRESS<br>Credit Card Number/Exp Date: XXXX-XXXX-XXXX-7190 /<br>03-2021 | CITY/STATE/ZIP<br>Obtain credit card<br>authorization prior to<br>shipment |
|---|---|---|
| CONTRACTING/ORDERING<br>OFFICER<br>Shane Garside | E-MAIL<br>sgarside@blm.gov | PHONE<br>7755572503 |

AR02068

K-37

R-37

Shane Garside

PAGE NO: 1

## TALLMAN LUMBER CO. INC
### 105 S. BRIDGE STREET
### WINNEMUCCA, NV 89445
**tallmanlumber1955@gmail.com**
**PHONE: (775) 623-2935**

THANK YOU! RECEIPT REQUIRED FOR RETURNS
PAY ONLINE AT tallmanlumber.com

REFERENCE:

TERMS:
CASH/CHECK/BANKCARD

CLERK:
SO

DATE / TIME:  8/21/18  8:38

TERMINAL: 553

SALESPERSON:
TAX: 685   HUMBOLDT

## INVOICE: X97667

SOLD TO: CASH
SHIP TO: GARSIDE/SHANE R

CUSTOMER NO: *5
JOB NO: 000
PURCHASE ORDER:

| SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE | /PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | BX | H150003 | FIN HX NT USS Z 1/4-20  100 | | 1 | 3.69 | /BX | 3.69 |
| 1 | 1 | BX | H290015 | FENDER WASH Z 1/4X1 1/4  100 | | 1 | 11.49 | /BX | 11.49 |
| 1 | 1 | BX | H240018 | CARRIAGE BOLT 1/4X1 1/2  100 | | 1 | 9.99 | /BX | 9.99 |

LLNW03500
LS105 0000 EA0000
LVRC F1805950
16X  2648

Requested By: Bradlee Matthews
            Logistics Chief

** PAID IN FULL **

Ordered By: Shane Garside
         Black Rock Station Manager

BANKCARD PAYMENT
BKCRD# XXXXXXXXXXXX7190
MID: 191201884886

APP: 007607        XR: 097667

26.89

26.89

| | |
|---|---|
| TAXABLE | 25.17 |
| NON-TAXABLE | 0.00 |
| SUB-TOTAL | 25.17 |
| TAX AMOUNT | 1.72 |
| **TOTAL AMOUNT** | **26.89** |

Received By

AR02069

R-38

Shane Garside

See back of receipt for your chance
to win $1000 ID #:7M4DGNXBSC7

**Walmart**

775-625-3777 Mgr:KIM RILEY
3010 POTATO RD
WINNEMUCCA NV 89445
ST# 02617 OP# 004970 TE# 06 TR# 09910

| | | |
|---|---|---|
| SW WJ SK | 003700092810 | 22.97 X |
| SWIF 24CT | 003700008443 | 11.97 X |
| SWIF 24CT | 003700008443 | 11.97 X |
| SWFR WJ LQ | 003700083061 | 5.22 X |
| SWIFFER | 003700023680 | 5.22 X |
| SWIFFER | 003700023680 | 5.22 X |
| SWFR WJ LQ | 003700083061 | 5.22 X |
| SWFR WJ LQ | 003700083061 | 5.22 X |
| SWFR WJ LQ | 003700083061 | 5.22 X |
| SWIFFER | 003700023680 | 5.22 X |
| SWIFFER | 003700023680 | 5.22 X |
| SWIFFER | 003700023680 | 5.22 X |
| SWIFFER | 003700023680 | 5.22 X |

SUBTOTAL          99.11
TAX 1   6.850 %    6.79
TOTAL          105.90
MCARD TEND    105.90
MASTERCARD- 7190 I 2 APPR#061180
REF # 1042000314
AID A0000000041010
TC E68F74E9F6C3B4D0
TERMINAL # SC010942
*NO SIGNATURE REQUIRED
08/21/18     09:28:59
CHANGE DUE      0.00
# ITEMS SOLD 13
TC# 5376 3557 1913 2035 1496 4

Low Prices You Can Trust. Every Day.
08/21/18     09:28:59
***CUSTOMER COPY***
Use Walmart Pay to save your receipts.

LLNVW03500
L5105000. EA0000
LVRCF1805950
18X    264B

Requested By: Bradlee Matthews
Logistics Chief

Orded By: Shane Garside
Black Rock Station Manager

AR02070

P1



R-39
p1

Garside, Shane <sgarside@blm.gov>

# [EXTERNAL] ibSupply - IB930158 - Order Confirmation
1 message

**ibSupply.com <orders@ibsupply.com>**
To: SGARSIDE@blm.gov

Thu, Aug 16, 2018 at 6:16 PM



Thank you for placing an order at www.ibSupply.com!

Order Number: IB930158
Customer ID: SGARSIDE@BLM.GOV

You may view this order at
https://www.ibsupply.com/order/view/order_id/930158

If you have any questions, please contact us at 800-642-8778 or email customerservice@ibsupply.com.

Please reference your order number in any inquiries about your order.

Order Detail:

**Shipping Address Information**
--------------------------------------
BLM - BLACK ROCK STATION
SHANE GARSIDE
200 TRANSFER RD
GERLACH, NV 89412
775-623-1706
SGARSIDE@BLM.GOV

*LLNVWO 3500*
*L5105 0000. EA000 0*
*LVRCF 1805 950*
*18X 264B*

*Requested By: Bradlee Mathews*
*Logistics Chief*

*Ordered By: Shane Garside*
*Black Rock Station Manager*

**Billing Address Information**
--------------------------------------
BLM - WINNEMUCCA
SHANE GARSIDE
5100 E WINNEMUCCA BLVD
WINNEMUCCA, NV 89445
775-623-1706
SGARSIDE@BLM.GOV

**Order Summary**
--------------------------------------

| Qty | Item Number | Description | Price | Total |
|-----|-------------|-------------|-------|-------|
| 10 | 7510013166213 | SKILCRAFT White Board Eraser | $2.52 | $25.20 |

--------------------------------------

AR02071

8/17/2018                    Case 1:19-cv-03729-DLF   Document 35-3   Filed 07/12/21   Page 44 of 762
DEPARTMENT OF THE INTERIOR Mail - [EXTERNAL] ibSupply -1B930158 - Order Confirmation

P2

R - 39
P - 2

! indicates an AbilityOne item
* indicates a Green item

Subtotal:                                        $25.20

Shipping:                                        $0.00

Total:                                           $25.20


ibSupply.com Support Team
customerservice@ibsupply.com | Phone : 800-642-8778 | Fax: 414-778-3389
SAM Registered as: INDUSTRIES FOR THE BLIND, INC.
DUNS: 006096200 | CAGE Code: 9U362 | Tax ID: 39-084-0476

AR02072



Case 1:19-cv-03729-DLF   Document 35-3   Filed 07/12/21   Page 45 of 762

*P 3*

*R-351*
*p 3*

Garside, Shane <sgarside@blm.gov>

---

# [EXTERNAL] ibSupply - IB930512 - Order Confirmation

1 message

---

**ibSupply.com <orders@ibsupply.com>**
To: SGARSIDE@blm.gov

Fri, Aug 17, 2018 at 2:14 PM



ib supply™
by Industries for the Blind

Thank you for placing an order at www.ibSupply.com!

Order Number: IB930512
Customer ID: SGARSIDE@BLM.GOV

You may view this order at
https://www.ibsupply.com/order/view/order_id/930512

If you have any questions, please contact us at 800-642-8778 or email customerservice@ibsupply.com.

Please reference your order number in any inquiries about your order.

Order Detail:

Shipping Address Information

------------------------------------

BLM - BLACK ROCK STATION
SHANE GARSIDE
200 TRANSFER RD
GERLACH, NV 89412
775-623-1706
SGARSIDE@BLM.GOV

Billing Address Information

------------------------------------

BLM - WINNEMUCCA
SHANE GARSIDE
5100 E WINNEMUCCA BLVD
WINNEMUCCA, NV 89445
775-623-1706
SGARSIDE@BLM.GOV

*LLNVW03500*
*L51050000. EA0000*
*~~LLRP~~*
*LVRCFI805950*
*18X  264B*

*Ordered By: Shane Garside*
*Black Rock Station*
*Manager*
*Requested By: Bradlee Mathews*
*Logistics Chief*

Order Summary

------------------------------------------------------------------

| | Qty | Item Number | Description | Price | Total |
|---|---|---|---|---|---|
| * | 5 | QRT550 | Whiteboard Spray Cleaner For Dry Erase Boards, 17 Oz Spray Bottle | $9.83 | $49.15 |
| * | 2 | CLO78526 | Tall Kitchen Drawstring Bags, 24 X 27 3/8, 13gal, .95mil, White, 100/box | $18.38 | $36.76 |

AR02073

Case 1:19-cv-03729-DLF Document 35-3   Filed 07/12/21   Page 46 of 762

P4

| 12 | CLO15949EA | Disinfecting Wipes, 7 X 8, Fresh Scent, 75/canister | $5.36 | $64.32 |

-------------------------------------------------------------------

! indicates an AbilityOne item
* indicates a Green item

R-39
p 4

| Subtotal: | $150.23 |
| Shipping: | $0.00 |
| Total: | $150.23 |

ibSupply.com Support Team
customerservice@ibsupply.com | Phone : 800-642-8778 | Fax: 414-778-3389
SAM Registered as: INDUSTRIES FOR THE BLIND, INC.
DUNS: 006096200 | CAGE Code: 9U362 | Tax ID: 39-084-0476

Total $175.43

AR02074

P1



Garside, Shane <sgarside@blm.gov>

# [EXTERNAL] ibSupply - IB930632 - Order Confirmation
1 message

**ibSupply.com <orders@ibsupply.com>**    Sat, Aug 18, 2018 at 2:24 PM
To: SGARSIDE@blm.gov



R-40

P1

Thank you for placing an order at www.ibSupply.com!

Order Number: IB930632
Customer ID: SGARSIDE@BLM.GOV

You may view this order at
https://www.ibsupply.com/order/view/order_id/930632

If you have any questions, please contact us at 800-642-8778 or email customerservice@ibsupply.com.

Please reference your order number in any inquiries about your order.

Order Detail:

Shipping Address Information
--------------------------------
BLM - BLACK ROCK STATION
SHANE GARSIDE
200 TRANSFER RD
GERLACH, NV 89412
775-623-1706
SGARSIDE@BLM.GOV

*LLNVWO 3500*
*L51050000. EA0008*
*LVRCF1805950*
*18X  264B*

*Requested By: Bradlee Mathews*
*Logistics Chief*
*Ordered By: Shane Garside*
*Black Rock Station*
*Manager*

Billing Address Information
--------------------------------
BLM - WINNEMUCCA
SHANE GARSIDE
5100 E WINNEMUCCA BLVD
WINNEMUCCA, NV 89445
775-623-1706
SGARSIDE@BLM.GOV

Order Summary
--------------------------------

| Qty | Item Number | Description | Price | Total |
| --- | --- | --- | --- | --- |
| 15 | CLO15949EA | Disinfecting Wipes, 7 X 8, Fresh Scent, 75/canister | $5.36 | $80.40 |

--------------------------------

AR02075

P 2

! indicates an AbilityOne item
* indicates a Green item

Subtotal:        R-40       $80.40

Shipping:       P 2        $0.00

Total:                   $80.40

ibSupply.com Support Team
customerservice@ibsupply.com | Phone : 800-642-8778 | Fax: 414-778-3389
SAM Registered as: INDUSTRIES FOR THE BLIND, INC.
DUNS: 006096200 | CAGE Code: 9U362 | Tax ID: 39-084-0476

AR02076



Garside, Shane <sgarside@blm.gov>

# [EXTERNAL] ibSupply - IB930720 - Order Confirmation
1 message

**ibSupply.com** <orders@ibsupply.com>
To: SGARSIDE@blm.gov

Sun, Aug 19, 2018 at 10:51 AM



*R-40*
*p-3*

Thank you for placing an order at www.ibSupply.com!

Order Number: IB930720
Customer ID: SGARSIDE@BLM.GOV

You may view this order at
https://www.ibsupply.com/order/view/order_id/930720

If you have any questions, please contact us at 800-642-8778 or email customerservice@ibsupply.com.

Please reference your order number in any inquiries about your order.

Order Detail:

Shipping Address Information     *LLNVW03500*     *Requested By: Bradlee Matthews*
------------------------------     *L51050000. EA0000*        *Logistics Chief*
BLM - BLACK ROCK STATION    *LVRCF1805950*    *Ordered By: Shane Garside*
SHANE GARSIDE               *19X    264B*      *Black Rock Station Manager*
200 TRANSFER RD
GERLACH, NV 89412
775-623-1706
SGARSIDE@BLM.GOV

Billing Address Information
------------------------------
BLM - WINNEMUCCA
SHANE GARSIDE
5100 E WINNEMUCCA BLVD
WINNEMUCCA, NV 89445
775-623-1706
SGARSIDE@BLM.GOV

Order Summary
------------------------------

| Qty | Item Number | Description | Price | Total |
|---|---|---|---|---|
| 2 | MMM33506 | 3350 General Purpose Packaging Tape, 1.88" X 54.6yds, 3" Core, Clear, 6/pack | $16.94 | $33.88 |

AR02077

Case 1:19-cv-03729-DLF Document 35-3 Filed 07/12/21 Page 50 of 762   P4

| 3 | DVOCB701953 Windex Original Glass Cleaner Spray | $43.09 | $129.27 |

------------------------------------------------------------------

! indicates an AbilityOne item
* indicates a Green item

R-40
p-4

| Subtotal: | $163.15 |
| Shipping: | $0.00 |
| Total: | $163.15 |

ibSupply.com Support Team
customerservice@ibsupply.com | Phone : 800-642-8778 | Fax: 414-778-3389
SAM Registered as: INDUSTRIES FOR THE BLIND, INC.
DUNS: 006096200 | CAGE Code: 9U362 | Tax ID: 39-084-0476

**AR02078**



p5



Garside, Shane <sgarside@blm.gov>

---

## [EXTERNAL] ibSupply - IB932030 - Order Confirmation
1 message

**ibSupply.com** <orders@ibsupply.com>                                    Tue, Aug 21, 2018 at 2:57 PM
To: SGARSIDE@blm.gov



$R-40$
$p-5$

Thank you for placing an order at www.ibSupply.com!

Order Number: IB932030
Customer ID: SGARSIDE@BLM.GOV

You may view this order at
https://www.ibsupply.com/order/view/order_id/932030

If you have any questions, please contact us at 800-642-8778 or email customerservice@ibsupply.com.

Please reference your order number in any inquiries about your order.

Order Detail:

Shipping Address Information
---------------------------------
BLM - BLACK ROCK STATION
SHANE GARSIDE
200 TRANSFER RD
GERLACH, NV 89412
775-623-1706
SGARSIDE@BLM.GOV

Billing Address Information
---------------------------------
BLM - WINNEMUCCA
SHANE GARSIDE
5100 E WINNEMUCCA BLVD
WINNEMUCCA, NV 89445
775-623-1706
SGARSIDE@BLM.GOV

*Handwritten notes:*
$LL\ NVW 03500$
$L5105\ 0000.\ EA 0000$
$LVRCF 185950$
$18X\quad 264B$

Requested By: Bradlee Mathews
                Logistics Chief

Ordered By: Shane Garside
              Black Rock Station Manager

Order Summary
---------------------------------------------------------------------

Qty  Item Number  Description                                         Price    Total
---------------------------------------------------------------------

4    BRTTZE345    Brother P-Touch TZe Flat Surface Laminated Tape  $16.23  $64.92
---------------------------------------------------------------------

AR02079

! indicates an AbilityOne item
* indicates a Green item

Subtotal:                                              $64.92

Shipping:                                              $0.00

Total:                                                 $64.92

$12.40
$p - 6$

ibSupply.com Support Team
customerservice@ibsupply.com | Phone : 800-642-8778 | Fax: 414-778-3389
SAM Registered as: INDUSTRIES FOR THE BLIND, INC.
DUNS: 006096200 | CAGE Code: 9U362 | Tax ID: 39-084-0476

Total: $308.47

AR02080

R-41



Apple valley Auto Detail you for your business

How was your experience?

 

JeFFrey Graham

Gnt veh cleanins

$200.00

Custom Amount $200.00

Total          $200.00

Apple valley Auto Detail you for your business
509-423-1794

MasterCard 9398 (Keyed)

Sep 11
2018 at
12:11
PM
#ACbF
Auth
code:
004242

© 2019 Square, Inc.

1455 Market Street, Suite 600
San Francisco, CA 94103



R-42

Rusty Leflar
Detail of Vehicle

BERNARDO ESTRADA DETAI
1042 GRASS VALLEY RD
WINNEMUCCA, NV 89445

09 13 2018                    16·05·45

CREDIT CARD

MC SALE

| | |
|---|---|
| Card #: | XXXXXXXXXXXX9951 |
| Chip Card: | MASTERCARD |
| AID | A0000000041010 |
| ATC. | 000E |
| ARQC: | 178uB43H0201B882 |
| SEQ #: | 1 |
| Batch #. | 181 |
| INVOICE | 1 |
| Approval Code | 035026 |
| Entry Method | Chip Read |
| Mode: | Issuer |
| Tax Amount: | $0.00 |
| Cust Code | |

SALE AMOUNT          $160.00

CUSTOMER COPY

AR02082

R-43

Rusty Leflar
Detail of vehicle

BERNARDO ESTRADA DETAI
1042 GRASS VALLEY RD
WINNEMUCCA, NV 89445

09 "1 2018                                    13 30 25

CREDIT CARD

NC SALE

Card =                        XXXXXXXXXXYX9951
Chip Card                         MASTERCARD
AID                             A0000000041010
ATC:                                      000F
ARQC                       E50B66E021419AAC
SEQ #:                                        1
Batch #:                                   185
INVOICE                                       1
Approval Code                          092435
Entry Method                        Chip Read
Mode:                                   Issuer
Tax Amount.                             $0.00
Cust Code:

SALE AMOUNT                 $160.00

CUSTOMER COPY

AR02083

R-44

Rusty Leflar
Detail of vehicle

BERNARDO ESTRADA DETAI
1042 GRASS VALLEY RD
WINNEMUCCA, NV 89445

10 30 2018                                    15 50 38

CREDIT CARD

MC SALE

| | |
|---|---|
| Card # | XXXXXXXXXXXXX9951 |
| Chip Card | MASTERCARD |
| AID | A0000000041010 |
| ATC: | 0001 |
| ARQC | FDCCB53798162439 |
| SEQ # | 1 |
| Batch # | 192 |
| INVOICE | 1 |
| Approval Code | 035319 |
| Entry Method | Chip Read |
| Mode | Issuer |
| Tax Amount | $160 00 |
| Cust Code | 1991 |

SALE AMOUNT          $160.00

AR02084

R-45
p1

Rusty Leflar
Detailing of 2 vehicles

G623828R

BERNARDO ESTRADA ETAL
1042 GRASS VALLEY RD
WINNEMUCCA, NV 89445

11 02 2018                    11 58 36

CREDIT CARD

MC SALE

Card =              XXXXXXXXXXX9951
Chip Card                 MASTERCARD
AID                  A0000000041010
ATC:                            0003
ARQC              A1049F659b342885
SEQ =:                             3
Batch =                          195
INVOICE                            3
Approval Code                 081563
Entry Method               Chip Read
Mode:                         Issuer
Tax Amount                    $0.00
Cust Code

SALE AMOUNT              $160.00

AR02085

BURNING MAN
Vehicle Detail.
# 427272

R-45
p-2

BERNARDO ESTRADA DETAI
1042 GRASS VALLEY RD
WINNEMUCCA, NV 89445

11 02 2018                    11·56 03

CREDIT CARD

MC SALE

Card #               XXXXXXXXXXXX9951
Chip Card                  MASTERCARD
AID                  A0000000041010
ATC:                           0002
ARQC             AB335CE2A2E0EE9E
SEQ #:                            2
Batch #.                        195
INVOICE                          2
Approval Code·              041560
Entry Method              Chip Read
Mode:                        Issuer
Tax Amount:                   $0 00
Cust Code:

SALE AMOUNT          $160.00

AR02086



R-46
P-1

# Details for Order #112-3810875-4959446
Print this page for your records.Print this page for your records.

**Order Placed:** August 8, 2018
**Amazon.com order number:** 112-3810875-4959446
**Order Total:** $261.42

*Sandra Nieman*
*( for Andrea Lannon-Littlefield)*
*Dispatch*

## Not Yet Shipped

| Items Ordered | Price |
|---|---|
| 2 of: *JIUSY 2 Pack - Lightweight Neck Gaiter Neck Warmer Face Mask Windproof Protection Cover for Motorcycle Cycling Fishing Hunting Hiking Riding Climbing Ski Snowboard Outdoor Sports Black and Navy Blue*<br>Sold by: JiuSuYi Trading Co.,Ltd (seller profile) | Product question? Ask Seller | $10.99 |

Condition: New

| | |
|---|---|
| 1 of: *NEXTOUR Neck Gaiter Headwear Headband Magic Scarf Seamless Bandana for Runing, Fishing, Hiking, Motorcycle 12 in 1 Multi Function for Women and Men*<br>Sold by: NEXTOUR SPORTS (seller profile) | $12.95 |

Condition: New

| | |
|---|---|
| 2 of: *JIUSY 2 Pack - Lightweight Soft Neck Gaiter Neck Warmer Face Mask Windproof Protection Cover for Motorcycle Cycling Fishing Hunting Hiking Riding Climbing Ski Snowboard Outdoor Sports Green*<br>Sold by: JiuSuYi Trading Co.,Ltd (seller profile) | Product question? Ask Seller | $10.99 |

Condition: New

| | |
|---|---|
| 5 of: *JIUSY 2 Pack - Lightweight Soft Neck Gaiter Neck Warmer Face Mask Windproof Protection Cover for Motorcycle Cycling Fishing Hunting Hiking Riding Climbing Ski Snowboard Outdoor Sports Black and Green*<br>Sold by: JiuSuYi Trading Co.,Ltd (seller profile) | Product question? Ask Seller | $10.99 |

Condition: New

| | |
|---|---|
| 1 of: *Neck Gaiter, 6PCS/ 9PCS Sport Headwear Face Bandana Mask Elastic UV Resistence Magic Headband for Men and Women*<br>Sold by: NEXTOUR SPORTS (seller profile) | $9.99 |

Condition: New

| | |
|---|---|
| 3 of: *Terra Kuda Face Clothing Neck Gaiter Mask – Non Slip Light Breathable for Sun Wind Dust Bandana Balaclava (Wolf Grey)*<br>Sold by: Active Duty Gear, Inc (seller profile) | $12.95 |

Condition: New

| | |
|---|---|
| 1 of: *Neck Gaiter, 6PCS/ 9PCS Sport Headwear Face Bandana Mask Elastic UV Resistence Magic Headband for Men and Women*<br>Sold by: NEXTOUR SPORTS (seller profile) | $9.99 |

Condition: New

| | |
|---|---|
| 3 of: *Terra Kuda Face Clothing Neck Gaiter Mask – Non Slip Light Breathable for Sun Wind Dust Bandana Balaclava (Tundra Camo)*<br>Sold by: Active Duty Gear, Inc (seller profile) | $12.95 |

Condition: New

| | |
|---|---|
| 2 of: *Terra Kuda Face Clothing Neck Gaiter Mask – Non Slip Light Breathable for Sun Wind Dust Bandana Balaclava (Stealth Black)*<br>Sold by: Active Duty Gear, Inc (seller profile) | $12.95 |

Condition: New

| | |
|---|---|
| 2 of: *Neck Gaiter, 6PCS/ 9PCS Sport Headwear Face Bandana Mask Elastic UV Resistence Magic Headband for Men and Women*<br>Sold by: NEXTOUR SPORTS (seller profile) | $12.99 |

Condition: New

**Shipping Address:**
Andrea Littlefield BLM BMAN COMMS

AR02087

PO BOX 307
200 TRANSFER STATION RD
GERLACH, NV 89412-0307
United States

*R-46*
*p-2*

**Shipping Speed:**
Two-Day Shipping

## Payment information

**Payment Method:**
MasterCard | Last digits: 7468

**Billing address**
Andrea
PO Box 3420
Wrightwood, CA 92397
United States

| | |
|---|---|
| Item(s) Subtotal: | $261.42 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $261.42 |
| Estimated tax to be collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$261.42** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

AR02088



# Details for Order #112-6348793-9042633
Print this page for your records.Print this page for your records.

*R-46*
*p-3*

**Order Placed:** August 8, 2018
**Amazon.com order number:** 112-6348793-9042633
**Order Total:** $43.96

## Not Yet Shipped

| Items Ordered | Price |
|---|---|
| 4 of: *JIUSY 2 Pack - Lightweight Soft Neck Gaiter Neck Warmer Face Mask Windproof Protection Cover for Motorcycle Cycling Fishing Hunting Hiking Riding Climbing Ski Snowboard Outdoor Sports Navy Blue*<br>Sold by: JiuSuYi Trading Co.,Ltd (seller profile) | Product question? Ask Seller | $10.99 |

Condition: New

**Shipping Address:**
Andrea Littlefield BLM BMAN COMMS
PO BOX 307
200 TRANSFER STATION RD
GERLACH, NV 89412-0307
United States

**Shipping Speed:**
Standard Shipping

## Payment information

**Payment Method:**
MasterCard | Last digits: 7468

**Billing address**
Andrea
PO Box 3420
Wrightwood, CA 92397
United States

| | |
|---|---|
| Item(s) Subtotal: | $43.96 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $43.96 |
| Estimated tax to be collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$43.96** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

*Total: $305.38*

AR02089

# Thanks
# for choosing
# Staples.

R-47
ρ-1

## Here's the receipt from
## your latest visit:

Sandra Nieman
(for Andrea Langen-Littlefield)
Dispatch

**945 E. Hospitality Lane**
San Bernardino, CA 92408
(909) 478-9884

```
SALE                    1883317 7 002 48070
                        0119 08/14/18 01:24

QTY SKU         PRICE


        REWARDS NUMBER 3725610996
1    CLIP/PIN VLU PK 43
     718103151368                    7.49N
1    V5 RT ASST BLK/BLU
     072838260536                    4.00N
        *****Promotion*****
1    SPLS STD WT SHEET *
     718103009836                    9.49N
1    SPLS STD WT SHEET *
     718103009836                    4.74N
     * Reg. Price 9.49
     * Item Discount <-4.75>
   Total Promotion Discount <-4.75>
  ****************************************
        *****Promotion*****
1    HOOK LARGE 3PK *
     051131949416                    9.99N
1    HOOK LARGE 3PK *
     051131949416                    4.99N
     * Reg. Price 9.99
     * Item Discount <-5.00>
   Total Promotion Discount <-5.00>
  ****************************************
1    DESIGNER HOOK MEDI
     051141232713                   13.49N
1    PILOT G2 .7MM FN B *
     072838315892                    5.99N
1    UND AAG 2PPD PLAN
```

```
          038576194106              18.79N
  1    MULTI CLR BIG 5TAB
       718103060240                  7.99N
  1    MULTI CLR BIG 5TAB
       718103060240                  7.99N
  1    MULTI CLR BIG 5TAB
       718103060240                  7.99N
  1    STPLS STAN VIEW BN
       718103216210                  4.99N
  1    STPLS STAN VIEW BN
       718103216210                  4.99N
  1    STPLS STAN VIEW BN
       718103216210                  4.99N
  1    STPLS STAN VIEW BN
       718103216210                  4.99N
  1    STPLS STAN VIEW BN
       718103216210                  4.99N
  1    STPLS STAN VIEW BN
       718103216210                  4.99N
  SUBTOTAL                         132.88
        Tax Exempt Number 3912226101


  TOTAL                          $132.88
  MASTERCARD                 USD$132.88
  Card No.: XXXXXXXXXXX7468 [C]
                 Chip Read
  Auth No.: 019216
  AID.: A0000000041010



                TOTAL ITEMS 18

  *Item is currently on promotion.  Some
  coupons are only valid on regular priced
  items.  Please see coupon terms and
  conditions for details.



            Staples brand products.
        Below Budget. Above Expectations.

      THANK YOU FOR SHOPPING AT STAPLES !

         Shop online at www.staples.com



         Shop Smarter. Get Rewarded.
      Staples Rewards members get up to 5%
   back in Rewards in store only. $2 back in
   Rewards per recycled ink cartridges. Up to
    20 per month.Minimum purchase required.
     Exclusions Apply.See an associate for
        full program details or to enroll.
```

R-47
p-2

AR02091

R-48

Kristina Shander

# FedEx Express

## Package US Airbill

| FedEx Tracking Number | 8085 2683 3938 |

**1 From** Please print and press hard.

Date 05/25/2018

Sender's FedEx Account Number

Sender's Name Mark E. Hall

Company BLM/WINNEMUCCA

Address 5100 E WINNEMUCCA BLVD

Recipient's FedEx Use Only

City WINNEMUCCA   State NV   ZIP 89445-2921

Phone 775-623-1500

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.

LS05, E20002, LVRCF1805950, WI500

**3 To**

Recipient's Name Rudy Evenson

Company Bureau of Land Management   Phone 775.861-6411

Address 1340 Financial Blvd.

City Reno   State NV   ZIP 89502

0120444333

**4 Express Package Service**   * To most locations.

Pkg. 0215

Next Business Day by

- FedEx First Overnight
- FedEx Priority Overnight
- [X] FedEx Standard Overnight

2 or 3 Business Days

- FedEx 2Day A.M.
- FedEx 2Day
- FedEx Express Saver

**5 Packaging**   *Declared value limit $500.

- [X] FedEx Envelope*
- FedEx Pak*
- FedEx Box
- FedEx Tube
- Other

**6 Special Handling and Delivery Signature Options**

- SATURDAY Delivery

Does this shipment contain dangerous goods?

- No
- Yes   As per attached Shipper's Declaration
- Yes   Dry Ice

Cargo Aircraft Only

- No Signature Required
- Direct Signature
- Indirect Signature

**7 Payment** Bill to:

- [X] Sender   BLM Inc.
- Recipient
- Third Party
- Credit Card
- Cash/Check

Total Packages   Total Weight   Total Declared Value

$5.37

611

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED.

Get transit times. Schedule pickups. Create labels. Go to fedex.com.

AR02092

Shaarda  12-49_p-1



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 6-293-44873 | Aug 31, 2018 | 1853-1774-9 | 3 of 4 |

Tracking ID: 782378236012 continued

LLNVW00210 · LI42000000 · LX5S011 F000000 · 18X

| | | | | |
|---|---|---|---|---|
| Svc Area | RM | Declared Value Charge | | 0.00 |
| Signed by | K.SHARR | DAS Extended Comm | | 1.55 |
| FedEx Use | 000000000/125072/_ | Total Charge | USD | $13.81 | 13
| **Ship Date: Aug 20, 2018** | | **Cust. Ref: NO REFERENCE INFORMATION** | **Ref #2:** | |
| **Payor: Third Party** | | **Ref #3:** | | |
| Distance Based Pricing, Zone 8 | | | | |
| Package sent from: 20009 zip code | | | | |

| | | | | |
|---|---|---|---|---|
| Automation | SSFO | Sender | Recipient | |
| Tracking ID | 812613534360 | NAGARA | K. SHAARDA | |
| Service Type | FedEx Express Saver | 5100 E WINNEMUCCA BLVD | BLM | |
| Package Type | FedEx Large Box | WINNEMUCCA NV 89445 US | 5100 E WINNEMUCCA BLVD | |
| Zone | 08 | | WINNEMUCCA NV 89445 US | |
| Packages | 1 | LLNVW00210 · LI42000000 · X2G0000: | | |
| Rated Weight | 7.0 lbs, 3.2 kgs | Transportation Charge   LX55011 F0000 · 18X | | 6.46 |
| Declared Value | USD 20.00 | Fuel Surcharge | | 0.00 |
| Delivered | Aug 23, 2018 14:02 | Direct Signature | | 3.00 |
| Svc Area | RM | Declared Value Charge | | 0.00 |
| Signed by | K.SHARR | DAS Extended Comm | | 1.85 |
| FedEx Use | 000000000/126072/_ | Total Charge | USD | $11.31 | 14
| **Ship Date: Aug 21, 2018** | | **Cust. Ref: NO REFERENCE INFORMATION** | **Ref #2:** | |
| **Payor: Third Party** | | **Ref #3:** | | |
| Distance Based Pricing, Zone 8 | | | | |
| Package sent from: 20602 zip code | | | | |

⟶

| | | | | |
|---|---|---|---|---|
| Automation | AWB | Sender | Recipient | |
| Tracking ID | 812396107980 | GREG SMITH | SHANE GARSIDE | |
| Service Type | FedEx Priority Overnight | OWINGS MD  20736 US | US DEPT OF INTERIOR | |
| Package Type | Customer Packaging | | 200 TRANSFER RD | |
| Zone | 08 | LLNVW03600. LS1050000. 0A0000 | GERLACH NV 89412 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge  LVPCF1805950 | | 5.57 |
| Delivered | Aug 22, 2018 16:37 | Fuel Surcharge | | 0.00 |
| Svc Area | RM | Direct Signature | | 3.00 |
| Signed by | D.CARTER | DAS Extended Comm | 10.42 | 1.85 |
| FedEx Use | 023362938/251536/_ | Total Charge | USD | $10.42 | 15
| **Ship Date: Aug 25, 2018** | | **Cust. Ref: NO REFERENCE INFORMATION** | **Ref #2:** | |
| **Payor: Third Party** | | **Ref #3:** | | |
| Distance Based Pricing, Zone 2 | | | | |

| | | | | |
|---|---|---|---|---|
| Automation | SSFE | Sender | Recipient | |
| Tracking ID | 808526834371 | C PHILLIPS | DARCY CROTTEAU | |
| Service Type | FedEx Express Saver | 5100 E WINNEMUCCA BLVD | NEVADA DIVISION OF FORESTRY | |
| Package Type | Customer Packaging | WINNEMUCCA NV 89445 US | 2478 FAIRVIEW DR | |
| Zone | 02 | | CARSON CITY NV 89701 US | |
| Packages | 1 | | | |
| Rated Weight | 3.0 lbs, 1.4 kgs | LLNVW00240 LF2000000.HU0000 LFSP LYC100000·18X | | |
| Declared Value | USD 1.00 | | | |
| Delivered | Aug 28, 2018 14:25 | Transportation Charge | | 3.87 |
| Svc Area | A2 | Fuel Surcharge | | 0.00 |
| Signed by | E HENERSON | Declared Value Charge | | 0.00 |
| FedEx Use | 000000000/125060/_ | Total Charge | USD | $3.87 | 16
| **Ship Date: Aug 25, 2018** | | **Cust. Ref: NO REFERENCE INFORMATION** | **Ref #2:** | |
| **Payor: Third Party** | | **Ref #3:** | | |
| Distance Based Pricing, Zone 5 | | | | |

| | | | | |
|---|---|---|---|---|
| Automation | SSFE | Sender | Recipient | |
| Tracking ID | 808526834496 | C PHILLIPS | FIRE BLM NOC | |
| Service Type | FedEx First Overnight | BLM/WINNEMUCCA RD | DENVER FEDERAL CENTER | |
| Package Type | FedEx Envelope | 5100 E WINNEMUCCA BLVD | 6TH & KIPLWG | |
| Zone | 05 | WINNEMUCCA NV 89445 US | DENVER CO 80225 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Aug 28, 2018 07:48 | | | |
| Svc Area | A1 | Transportation Charge | | 36.80 |
| Signed by | T.RUBALL | Fuel Surcharge | | 0.00 |
| FedEx Use | 000000000/6124/_ | Total Charge | USD | $36.80 | 17

LLNVW00240 LF2000000.HU0000 LFSP LYC100000·18X

*Sharda 12-49 p-2*



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 6-293-44873 | Aug 31, 2018 | 1853-1774-9 | 4 of 4 |

**Ship Date:** Aug 25, 2018  
**Payor:** Third Party  
Distance Based Pricing, Zone 4

**Cust Ref:** NO REFERENCE INFORMATION  **Ref 2:**  
**Ref 3:**

| | | | | |
|---|---|---|---|---|
| Automation | SSFE | **Sender** | | **Recipient** |
| Tracking ID | 808526834500 | C PHILLIPS | | CASUAL DAYMENT CENTER |
| Service Type | FedEx First Overnight | 5100 E WINNEMUCCA BLVD | | 3833 S DEVELOPMENT AVE |
| Package Type | FedEx Envelope | WINNEMUCCA NV 89445 US | | BOISE ID 83705 US |
| Zone | 04 | | | |
| Packages | 1 | LLNVW00240 LF2000000.HU0000 LFSP J8G70000.15X | | |
| Rated Weight | N/A | | | |
| Declared Value | USD 1.00 | | | |
| Delivered | Aug 28, 2018 07:49 | Transportation Charge | | 35.43 |
| Svc Area | A2 | Fuel Surcharge | | 0.00 |
| Signed by | E.LIVERMORE | Declared Value Charge | | 0.00 |
| FedEx Use | 000000000/6123/ | Total Charge | USD | $35.43 |

1B

| | | |
|---|---|---|
| | **Third Party Subtotal** | **USD** | **$111.64** |

## FedEx Express Multiweight - Recipient Detail (Original)

**Ship Date:** Aug 21, 2018  
**Payor:** Recipient  
**Bundle ID:** 3404451  
**Package Type:** Customer Packaging

**Service Type:** FedEx Priority Overnight  
**Rate Method:** Hundredwt  
**Zone:** 08  
**Automation:** SSFE

**Svc Area:** RM  
**Rated Wgt:** 141.0 lbs, 64.0 kgs  
**# Packages:** 2

| | | | |
|---|---|---|---|
| | **Sender** | | **Recipient** |
| | William Zarychita | | Shane Garside |
| | 12138 PAWTUCKETT LN | | BLM Black Rock Station |
| | WALDORF MD 20602 US | | 200 Transfer Station Rd |
| | | | GERLACH NV 89412 US |

| Tracking ID | Delivered/Signed By | Rated Weight/Actual Weight | FedEx Use | Cust. Ref./Ref.#2/Ref.#3/RMA # | Amount |
|---|---|---|---|---|---|
| 782409323100 | Aug 22, 2018 16:37 | 15.0 lbs, 6.8 kgs | 000000000/251536/ | NO REFERENCE INFORMATION | 20.10 |
| | D.CARTER | | | | |
| | Distance Based Pricing, Zone 8 | LLNVW03500. L51050000. EA0000. LVRCF1865950 | | | |
| 782409383686 | Aug 23, 2018 17:29 | 126.0 lbs, 57.2 kgs | 000000000/251535/ | NO REFERENCE INFORMATION | 114.45 |
| | S GARSON | | | | |
| | Distance Based Pricing, Zone 8 | LLNVW03500 L51050000. EA6000. LVRCF1805950 | | | |

| | | |
|---|---|---|
| Transportation Charge | | 119.85 |
| Fuel Surcharge | | 0.00 |
| Additional Handling Charge - Package | | 5.50 |
| Additional Handling Charge - Weight | | 5.50 |
| DAS Extended Comm | 139.55 | 3.70 |
| Total Charge | USD | $134.55 |

| | | |
|---|---|---|
| | **Multiweight - Recipient Subtotal** | **USD** | **$134.55** |
| | **Total FedEx Express** | **USD** | **$246.19** |

AR02094



*Sharda 12-41 p-3*

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 6-286-79804 | Aug 24, 2018 | 1853-1774-9 | 3 of 4 |

**Ship Date:** Aug 21, 2018    **Cust. Ref:** NO REFERENCE INFORMATION    **Ref# 2:**
**Payor:** Shipper    **Ref#3:**
Distance Based Pricing, Zone 4

| | | | |
|---|---|---|---|
| Automation | AWB | **Sender** | **Recipient** |
| Tracking ID | 808526834419 | C PHILLIPS | CASUAL PAYMENT CENTER |
| Service Type | FedEx First Overnight | BLM/WINNEMUCCA DO | 3833 S DEVELOPMMENT AVE |
| Package Type | FedEx Envelope | 5100 E WINNEMUCCA BLVD | BOISE ID 83705 US |
| Zone | 04 | WINNEMUCCA NV 89445-2921 US | |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Aug 22, 2018 08:15 | Transportation Charge | 35.43 |
| Svc Area | A2 | Fuel Surcharge | 0.00 |
| Signed by | J.JULIE | Direct Signature | 3.00 |
| FedEx Use | 023477548/6123/_ | Total Charge    USD | 38.43 |

LLNVW00240 LF2000000.HU0000 LFSP J8G70000.1SX

**Shipper Subtotal    USD    $69.69** 21

**Ship Date:** Aug 21, 2018    **Cust. Ref:** NO REFERENCE INFORMATION    **Ref# 2:**
**Payor:** Recipient    **Ref#3:**
Distance Based Pricing, Zone 8
Package sent from: 20602 zip code

| | | | |
|---|---|---|---|
| Automation | AWB | **Sender** | **Recipient** |
| Tracking ID | 812396107957 | GREG SMITH | SHANE GARSIDE |
| Service Type | FedEx Priority Overnight | US DEPT OF INTERIOR | US DEPT OF INTERIOR |
| Package Type | Customer Packaging | 8430 WAVERLY RD | 200 TRANSFER RD |
| Zone | 08 | OWINGS MD 20736 US | GERLACH NV 89412 US |
| Packages | 1 | | |
| Rated Weight | 96.0 lbs, 43.5 kgs | Transportation Charge | 81.88 |
| Delivered | Aug 22, 2018 16:37 | Fuel Surcharge | 0.00 |
| Svc Area | RM | Direct Signature | 3.00 |
| Signed by | D.CARTER | DAS Extended Comm | 1.85 |
| FedEx Use | 023362938/251536/_ | Additional Handling Charge - Weight | 5.50 |
| | | Total Charge    USD | $92.23 |

LLNVW03500. LS1050000. EA0000
LURCF1805950    92 23

**Ship Date:** Aug 21, 2018    **Cust. Ref:** NO REFERENCE INFORMATION    **Ref# 2:**
**Payor:** Recipient    **Ref#3:**
Distance Based Pricing, Zone 8
Package sent from: 20602 zip code    LLNVWD3500. LS1050000. EA0000. LURCF1805950

| | | | |
|---|---|---|---|
| Automation | AWB | **Sender** | **Recipient** |
| Tracking ID | 812396107968 | GREG SMITH | SHANE GARSIDE |
| Service Type | FedEx Priority Overnight | US DOI | US DEPT OF INTERSOR |
| Package Type | Customer Packaging | 8430 WAVERLY RD | 200 TRANSLER RD |
| Zone | 08 | WINNEMUCCA NV 89445-2921 US | GERLACH NV 89412 US |
| Packages | 1 | | |
| Rated Weight | 78.0 lbs, 35.4 kgs | Transportation Charge | 68.83 |
| Delivered | Aug 22, 2018 16:37 | Fuel Surcharge | 0.00 |
| Svc Area | RM | Direct Signature | 3.00 |
| Signed by | D.CARTER | DAS Extended Comm | 1.85 |
| FedEx Use | 023362938/251536/_ | Additional Handling Charge - Weight | 5.50 |
| | | Total Charge    USD | $79.18 |

79.18    23

**Recipient Subtotal    USD    $171.41**

**Ship Date:** Aug 18, 2018    **Cust. Ref:** NO REFERENCE INFORMATION    **Ref# 2:**
**Payor:** Third Party    **Ref#3:**
Distance Based Pricing, Zone 4

| | | | |
|---|---|---|---|
| Automation | SSFE | **Sender** | **Recipient** |
| Tracking ID | 808526834350 | C PHILLIPS | CHSYAL PAYMENT CENTER |
| Service Type | FedEx First Overnight | BLM/ WINNEMUCCA | NIFC EMPLOYEES ASSOCIATION |
| Package Type | FedEx Envelope | 5100 E WINNEMUCCA BLVD | 3833 S DEVELOPMENT AVE |
| Zone | 04 | WINNEMUCCA NV 89445 US | BOISE ID 83705 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Declared Value | USD 100.00 | Transportation Charge | 35.43 |
| Delivered | Aug 20, 2018 08:19 | Fuel Surcharge | 0.00 |
| Svc Area | A2 | Direct Signature | 3.00 |
| Signed by | L.SEISMORE | Declared Value Charge | 0.00 |
| FedEx Use | 000000000/6123/_ | Total Charge    USD | 38.43 |

24

LLNVW00240 LF2000000.HU0000 LFSP J8G70000.1SX

**AR02095**

Shaarla  12-49 p-4



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 6-300-54451 | Sep 07, 2018 | 1853-1774-9 | 3 of 4 |

## FedEx Express Shipment Detail By Payor Type (Original)

**Ship Date: Aug 30, 2018**
**Payor: Shipper**

**Cust. Ref: NO REFERENCE INFORMATION**  **Ref #2:**
**Ref #3:**

Distance Based Pricing, Zone 5
FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
Minimum Billable Weight was applied.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | AWB | C PHILLIPS | DENVER FEDERAL CENTER GLM /NOC | |
| Tracking ID | 808526834430 | BLM/WINNEMUCCA DO | 6TH AND KIPLING ST | |
| Service Type | FedEx First Overnight | 5100 E WINNEMUCCA BLVD | DENVER CO 80225 US | |
| Package Type | FedEx Small Box | WINNEMUCCA NV 89445-2921 US | | |
| Zone | 05 | | | |
| Packages | 1 | LLNVW00240 LF2000000.HU0000 LFSP J B G7 0000. | | |
| Actual Weight | 1.0 lbs, 0.5 kgs | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | | |
| Delivered | Aug 31, 2018 07:43 | Transportation Charge | | 47.89 |
| Svc Area | A1 | Fuel Surcharge | | 0.00 |
| Signed by | T.RUBALL | Direct Signature | | 3.00 |
| FedEx Use | 024278361/17578/_ | Total Charge | USD | $50.89 |

**Shipper Subtotal** **USD** **$50.89** 29

## FedEx Express Multiweight - Third Party Detail (Original)

**Ship Date: Sep 04, 2018**
**Tendered Date: Sep 03, 2018**
**Bundle ID: 3418940**
**Payor: Third Party**

**Service Type: FedEx Standard Overnight**  **Svc Area: A2**
**Rate Method: Hundredwt**  **Rated Wgt: 187.0 lbs, 62.1 kgs**
**Zone: 08**  **# Packages: 2**
**Package Type: Customer Packaging**  **Automation: SSPO**

| | Sender | Recipient |
|---|---|---|
| | Greg Smith | BILL ZARYCHTA |
| | 5100 E WINNEMUCCA BLVD | 12138 PAWTUCKETT LN |
| | WINNEMUCCA NV 89445 US | WALDORF MD 20602 US |

| Tracking ID | Delivered/Signed By | Rated Weight/Actual Weight | FedEx Use | Cust. Ref./Ref.#2/Ref.#3/RMA # | Amount |
|---|---|---|---|---|---|
| 782595641098 | Sep 05, 2018 11:54 | 123.0 lbs, 55.8 kgs | 000000000/120424/02 | NO REFERENCE INFORMATION | 106.87 |
| | see above | | | | |

Distance Based Pricing, Zone 8
FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
Package Delivered to Recipient Address - Release Authorized

| 782595641102 | Sep 05, 2018 11:54 | 14.0 lbs, 6.4 kgs | 000000000/120425/02 | NO REFERENCE INFORMATION | 18.60 |
|---|---|---|---|---|---|
| | see above | | | | |

Distance Based Pricing, Zone 8
FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
Package Delivered to Recipient Address - Release Authorized

LLNVW03500. LS/050000.
EA0000. 18X
LWRCF1405950

| | Transportation Charge | 110.57 |
|---|---|---|
| | Fuel Surcharge | 0.00 |
| | Residential Delivery | 3.50 |
| | Additional Handling Charge - Package | 5.50 |
| | Additional Handling Charge - Weight | 5.50 |
| | Total Charge USD | $125.17 |

125.17 30

**Ship Date: Sep 04, 2018**
**Tendered Date: Sep 03, 2018**
**Bundle ID: 3418297**
**Payor: Third Party**

**Service Type: FedEx Standard Overnight**  **Svc Area: A5**
**Rate Method: Hundredwt**  **Rated Wgt: 282.0 lbs, 127.9 kgs**
**Zone: 08**  **# Packages: 4**
**Package Type: Customer Packaging**  **Automation: SSPO**

| | Sender | Recipient |
|---|---|---|
| | Greg Smith | GREG SMITH |
| | 5100 E WINNEMUCCA BLVD | 8430 WAVERLY RD |
| | WINNEMUCCA NV 89445 US | OWINGS MD 20736 US |

| Tracking ID | Delivered/Signed By | Rated Weight/Actual Weight | FedEx Use | Cust. Ref./Ref.#2/Ref.#3/RMA # | Amount |
|---|---|---|---|---|---|
| 782595610743 | Sep 05, 2018 13:07 | 100.0 lbs, 45.4 kgs | 000000000/120424/02 | NO REFERENCE INFORMATION | 88.24 |
| | see above | | | | |

Distance Based Pricing, Zone 8
FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
Package Delivered to Recipient Address - Release Authorized

| 782595610754 | Sep 05, 2018 13:07 | 65.0 lbs, 29.5 kgs | 000000000/120425/02 | NO REFERENCE INFORMATION | 59.90 |
|---|---|---|---|---|---|
| | see above | 45.0 lbs, 20.4 kgs | | | |

Distance Based Pricing, Zone 8
FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
We calculated your charges based on a dimensional weight of 65.0 lbs, 32" x 21" x 16", using a dimensional factor of 166.
Package Delivered to Recipient Address - Release Authorized

AR02096



*Shaarda Kitty p-5*

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 6-300-54451 | Sep 07, 2018 | 1853-1774-9 | 4 of 4 |

782595610765 Sep 05, 2018 13:07    80.0 lbs, 36.3 kgs        000000000/120425/02    NO REFERENCE INFORMATION    72.04
   see above
Distance Based Pricing, Zone 8
FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
Package Delivered to Recipient Address - Release Authorized

782595610775 Sep 05, 2018 13:07    37.0 lbs, 16.8 kgs        000000000/120425/02    NO REFERENCE INFORMATION    37.24
   see above
Distance Based Pricing, Zone 8
FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
Package Delivered to Recipient Address - Release Authorized

LLNUWO3600. LSIOSOOOO.
EA0000. 18Y

LURCFIYG5950

| | | |
|---|---|---|
| Transportation Charge | | 228.42 |
| Fuel Surcharge | | 0.00 |
| Residential Delivery | | 7.00 |
| Additional Handling Charge - Package | | 11.00 |
| Additional Handling Charge - Weight | | 11.00 |
| Total Charge | USD | $257.42 |

257.42

| Multiweight - Third Party Subtotal | USD | $382.89 |
|---|---|---|
| **Total FedEx Express** | **USD** | **$433.78** |

## FedEx Ground Bill Recipient Detail (Original)

| Ship Date: Aug 24, 2018 | Cust. Ref: 2812 | P.O. #: 1234009 | |
|---|---|---|---|
| Payer: Recipient | Dept #: | | |

| | | | | |
|---|---|---|---|---|
| Tracking ID | 437562672679 | Sender | Recipient | Transportation Charge | 2.83 |
| Service Type | Ground Domestic | GREGORIO GARCIA | KRISTINA SHAARDA | DAS Extended Comm | 1.85 |
| Zone | 05 | BLM PMDS WAREHOUSE | BLM WINNEMUCCA DISTRICT OFFICE Total Charge | USD | $4.68 |
| Packages | 1 | 6TH AND KIPLING | 5100 E WINNEMUCCA BLVD | | |
| Actual Weight | 0.9 lbs | DENVER CO 80225 | WINNEMUCCA NV 89445-2921 | | |
| Rated Weight | 1 lbs | | | | |
| Delivered | Aug 28, 2018 | | | | |

LLNUWO0240. LI8200000. XZ0000. LXSS011F0000

| Bill Recipient Subtotal | USD | $4.68 |
|---|---|---|
| **Total FedEx Ground** | **USD** | **$4.68** |

Snaarda 12-4-1 p-b

# FedEx.

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 6-306-86681 | Sep 14, 2018 | 1853-1774-9 | 4 of 5 |

**Ship Date: Sep 06, 2018**
**Payor: Shipper**
**Cust Ref: NO REFERENCE INFORMATION**   **Ref #2:**
**Ref #3:**

Distance Based Pricing, Zone 6
FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
We calculated your charges based on a dimensional weight of 49.0 lbs, 31" x 20" x 13", using a dimensional factor of 166.

| | | | | |
|---|---|---|---|---|
| Automation | AWB | **Sender** | **Recipient** | |
| Tracking ID | 808526834522 | SHARN GARSIE | US HELATH & HUMAN SERVICES | |
| Service Type | FedEx 2Day | BLM/WINNEMUCCA DO | 854 AVE | |
| Package Type | Customer Packaging | 5100 E WINNEMUCCA BLVD | GRAND PRAIRIE TX 75050 US | |
| Zone | 06 | WINNEMUCCA NV 89445-2921 US | | |
| Packages | 1 | | | |
| Actual Weight | 20.0 lbs, 9.1 kgs | Transportation Charge | LLNVW03500. LS10500000. EA00D0 | 34.79 |
| Rated Weight | 49.0 lbs, 22.2 kgs | Fuel Surcharge | | 0.00 |
| Delivered | Sep 10, 2018 11:52 | Direct Signature | | 3.00 |
| Svc Area | A1 | Courier Pickup Charge | LURCF1805950 | 1.00 |
| Signed by | A.LOPIZ | Additional Handling Charge - Package | 44.29 | 5.50 |
| FedEx Use | 024960124/235813/_ | **Total Charge** | **USD** | **$44.29** |

**Ship Date: Sep 06, 2018**
**Payor: Shipper**
**Cust Ref:** **Ref #2:**
**Ref #3:**

Distance Based Pricing, Zone 6
FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
We calculated your charges based on a dimensional weight of 59.0 lbs, 31" x 21" x 15", using a dimensional factor of 166.

| | | | | |
|---|---|---|---|---|
| Automation | AWB | **Sender** | **Recipient** | |
| Tracking ID | 808526834533 | SHARN GARSIDE | CR | |
| Service Type | FedEx 2Day | BLM/WINNEMUCCA DO | 854 AVE | |
| Package Type | Customer Packaging | 5100 E WINNEMUCCA BLVD | GRAND PRAIRIE TX 75050 US | |
| Zone | 06 | WINNEMUCCA NV 89445-2921 US | | |
| Packages | 1 | | | |
| Actual Weight | 35.0 lbs, 15.9 kgs | | | |
| Rated Weight | 59.0 lbs, 26.8 kgs | Transportation Charge | | 40.07 |
| Delivered | Sep 10, 2018 11:52 | Fuel Surcharge | | 0.00 |
| Svc Area | A1 | Courier Pickup Charge | | 1.00 |
| Signed by | A.LOPIZ | Direct Signature | 44.07 | 3.00 |
| FedEx Use | 024960124/235813/_ | **Total Charge** | **USD** | **$44.07** |

**Ship Date: Sep 06, 2018**
**Payor: Shipper**
**Cust Ref: NO REFERENCE INFORMATION**   **Ref #2:**
**Ref #3:**

Distance Based Pricing, Zone 6
FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
We calculated your charges based on a dimensional weight of 82.0 lbs, 31" x 23" x 15", using a dimensional factor of 166.

| | | | | |
|---|---|---|---|---|
| Automation | AWB | **Sender** | **Recipient** | |
| Tracking ID | 808526834544 | S G | US HELATH & HUMAN SERVICES | |
| Service Type | FedEx 2Day | BLM/WINNEMUCCA DO | 845 AVE | |
| Package Type | Customer Packaging | 5100 E WINNEMUCCA BLVD | GRAND PRAIRIE TX 75050 US | |
| Zone | 06 | WINNEMUCCA NV 89445-2921 US | | |
| Packages | 1 | | | |
| Actual Weight | 35.0 lbs, 15.9 kgs | Transportation Charge | | 52.20 |
| Rated Weight | 82.0 lbs, 37.2 kgs | Fuel Surcharge | | 0.00 |
| Delivered | Sep 10, 2018 11:52 | Courier Pickup Charge | | 1.00 |
| Svc Area | A1 | Additional Handling Charge - Package | | 5.50 |
| Signed by | A.LOPIZ | Direct Signature | 61.70 | 1.00 |
| FedEx Use | 024960124/235813/_ | **Total Charge** | **USD** | **$61.70** |

**Ship Date: Sep 06, 2018**
**Payor: Shipper**
**Cust Ref: NO REFERENCE INFORMATION**   **Ref #2:**
**Ref #3:**

Distance Based Pricing, Zone 6
FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
We calculated your charges based on a dimensional weight of 81.0 lbs, 37" x 18" x 20", using a dimensional factor of 166.

| | | | | |
|---|---|---|---|---|
| Automation | AWB | **Sender** | **Recipient** | |
| Tracking ID | 808526834555 | S G | US HEALTH & HUMAN SERVCES | |
| Service Type | FedEx 2Day | BLM/WINNEMUCCA DO | 854 AVE | |
| Package Type | Customer Packaging | 5100 E WINNEMUCCA BLVD | GRAND PRAIRIE TX 75050 US | |
| Zone | 06 | WINNEMUCCA NV 89445-2921 US | | |
| Packages | 1 | | | |
| Actual Weight | 25.0 lbs, 11.3 kgs | | | |
| Rated Weight | 81.0 lbs, 36.7 kgs | Transportation Charge | | 51.68 |

Continued on next page

AR02098

Shaarda 12-4(R.p-5)



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 6-306-86681 | Sep 14, 2018 | 1853-1774-9 | 5 of 5 |

Tracking ID: 808526834555 continued

| | | | | | |
|---|---|---|---|---|---|
| Delivered | Sep 10, 2018 11:52 | Fuel Surcharge | | | 0.00 |
| Svc Area | A1 | Courier Pickup Charge | | 55.68 | 1.00 |
| Signed by | A.LOPIZ | Direct Signature | | | 1.00 |
| FedEx Use | 024960124/235813/_ | Total Charge | | USD | 55.58 |

A2

Ship Date: Sep 05, 2018
Payor: Shipper

Cust. Ref#: NO REFERENCE INFORMATION    Ref#2:
Ref#3:

Distance Based Pricing, Zone 6
FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
We calculated your charges based on a dimensional weight of 47.0 lbs, 32" x 20" x 12", using a dimensional factor of 166.

| | | | | | |
|---|---|---|---|---|---|
| Automation | AWB | **Sender** | | **Recipient** | |
| Tracking ID | 808526834566 | S GARSDE | | US HELATH & HUMAN SERVICES\ | |
| Service Type | FedEx 2Day | BLM/WINNEMUCCA DO | | 845 AVE | |
| Package Type | Customer Packaging | 5100 E WINNEMUCCA BLVD | | GRAND PRAIRIE TX 75050 US | |
| Zone | 06 | WINNEMUCCA NV 89445-2921 US | | | |
| Packages | 1 | | | | |
| Actual Weight | 15.0 lbs, 6.8 kgs | Transportation Charge | LLNUW03500. LSIDBO0000. EA0000 | | 33.74 |
| Rated Weight | 47.0 lbs, 21.3 kgs | Fuel Surcharge | | | 0.00 |
| Delivered | Sep 10, 2018 11:52 | Additional Handling Charge - Package | LURCF1805950 | | 5.50 |
| Svc Area | A1 | Direct Signature | | | 3.00 |
| Signed by | A.LOPIZ | Courier Pickup Charge | | 43.24 | 1.00 |
| FedEx Use | 024960124/235813/_ | Total Charge | | USD | 43.24 |

A3

Ship Date: Sep 05, 2018
Payor: Shipper

Cust. Ref#: NO REFERENCE INFORMATION    Ref#2:
Ref#3:

Distance Based Pricing, Zone 6
FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
We calculated your charges based on a dimensional weight of 63.0 lbs, 31" x 21" x 16", using a dimensional factor of 166.

| | | | | |
|---|---|---|---|---|
| Automation | AWB | **Sender** | **Recipient** | |
| Tracking ID | 808526834577 | SHAME G | US HELATH & HUMAN SERVICES | |
| Service Type | FedEx 2Day | BLM/WINNEMUCCA DO | 845 AVE | |
| Package Type | Customer Packaging | 5100 E WINNEMUCCA BLVD | GRAND PRAIRIE TX 75050 US | |
| Zone | 06 | WINNEMUCCA NV 89445-2921 US | | |
| Packages | 1 | | | |
| Actual Weight | 30.0 lbs, 13.6 kgs | Transportation Charge | | 42.18 |
| Rated Weight | 63.0 lbs, 28.6 kgs | Fuel Surcharge | | 0.00 |
| Delivered | Sep 10, 2018 11:52 | Direct Signature | | 3.00 |
| Svc Area | A1 | Additional Handling Charge - Package | 51.68 | 5.50 |
| Signed by | A.LOPIZ | Courier Pickup Charge | | 1.00 |
| FedEx Use | 024960124/235813/_ | Total Charge | USD | 51.58 |

A4

| | | |
|---|---|---|
| **Shipper Subtotal** | **USD** | **$504.25** |
| **Total FedEx Express** | **USD** | **$504.25** |

AR02099

Prepared by

Burning Man    FedEx Charges

| |
|---|
| $ 134.55 |
| $  92.23 |
| $  79.18 |
| $ 125.47 |
| $ 257.42 |
| $  10.42 |
| $  44.29 |
| $  44.07 |
| $  61.70 |
| $  55.68 |
| $  43.24 |
| $  51.68 |
| $ 999.93 |

AR02100

R-50



Paul. Spencer
Logistics
Supplies



♥**CVS** pharmacy

3240 US HIGHWAY 50 E
CARSON CITY, NV  89701
775 883 7011

REG#05 TRN#8425 CSHR#0838385 STR#9981

Helped by: MARY

```
  1 AWND DLY MSTR LTN  2 5Z   4.99T
  1 AWND DLY MSTR LTN  2 5Z   4.99T
  1 AWND DLY MSTR LTN  2 5Z   4.99T
  1 AWND DLY MSTR LTN  2 5Z   4.99T
  1 AWND DLY MSTR LTN  2 5Z   4.99T
  1 AWND DLY MSTR LTN  2 5Z   4.99T
  1 AWND DLY MSTR LTN  2 5Z   4.99T
  1 AWND DLY MSTR LTN  2 5Z   4.99T
  1 AWND DLY MSTR LTN  2 5Z   4.99T
  1 AWND DLY MSTR LTN  2 5Z   4.99T
  1 BEE POKER CRDS     EACH   4.39T
F 1 CVS ALCHL SWABS    120S   2.89T
F 1 CVS ALCHL SWABS    120S   2.89T
  1 GB HEALNG HAND CRM 3Z     5.69T
  1 GB HEALNG HAND CRM 3Z     5.69T
  1 GB HEALNG HAND CRM 3Z     5.69T
  1 GB HEALNG HAND CRM 3Z     5.69T
  1 GB HEALNG HAND CRM 3Z     5.69T
  1 UNO BLISTER PACK   EACH   9.69T
          TAX                  .00
```

19 ITEMS

Survey ID #
3193 7309 5415 141 40

```
     TOTAL              98.21
     CHARGE             98.21
     ***********8385      CH
MASTERCARD    ***********8385
APPROVED# 023600
REF# 054253
TRAN TYPE  SALE
AID  A0000000041010
TC  7287GF3E3F04B88D
TERMINAL# 69037082
NO SIGNATURE REQUIRED
CVM  1E0300
TVR(95)  0000008000
TSI(9B)  E800

     CHANGE              00
```

LLNUW03500
LS1050CCU. NUcc
LVRCF1805950
18X

AR02101

R-51



Paul Spencer
Logistics

Supplies

LL NVWO35CO
L5105 0000. NYaa
LVRCF180595C

18 X



**LOWE'S**

LOWE'S HOME CENTERS, LLC
430 FAIRVIEW DRIVE
CARSON CITY, NV 89701   (775) 881-2460

- SALE -

ESD: S1024AF1 2502794   TRANS#: 94410G56 08-27-18

| | |
|---|---|
| 242361 KIT TWINSTALK COMP i14704 | 159.00 |
| 665595 HAS 50-FT PREMIUM HOSE U | 24.93 |
| 96901 10 FT 6 OUT METAL POWERST | 38.91 |
| 3 0   12.97 | |

|  |  |
|---|---|
| SUBTOTAL: | 222.89 |
| TOTAL TAX: | 0.00 |
| INVOICE 13220  TOTAL: | 222.89 |
| H/C: | 222.89 |

H/C:XXXXXXXXXXXX6585 AMOUNT:272.89 AUTHCD:033903
CHIP REFID:102413160934 08/27/18 15:46:38
CUSTOMER CODE: XX
AP1: MASTERCARD   TVH: 0060008000
AID: A0000000041010   TSI: E800
STORE: 1024   TERMINAL: 13   08/27/18 15:48:10

**# OF ITEMS PURCHASED:        5**

EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



R-52



Paul Spencer
Logistics

Supplies

LL NVW 035C
L5105 0000 Nu°

18X

LVRCF1805950

NAPA AUTO TRUCK PARTS
1842 E WILLIAM ST
CARSON CITY NV 89701
775 883 1577

Merchant ID: 8765
Term #: 4011                    Store #: 4767
                               Ref #: 0829

## Sale

**00000000003385
MASTERCARD              Entry Method: Chip

Total: $              92.02

27/18                        14:12:29
Inv #: 000028        Appr Code: 005210
Transaction ID: 0827KGFUNL8YS
Apprvd: Online           Batch#: 000383

MASTERCARD
ID: A0000000041010
1: E000
R: 0000008000

Customer Copy
THANK YOU

R-53



Paul Spencer

Logistics

Trash bess

# SAVE MART SUPERMARKETS

3620 N Carson St
775-841-4402
Try Our Pharmacy At 775-841-4430
Save Mart

Cashier: TRACIEE D          Clerk# 156369

27/18                          16:05:42

GROCERY
    14 @ 1/ 2.39
GEL RC STRG BAG QT                33.46
        SUBTOTAL                  33.46
        TOTAL TAX                   .00
        TOTAL                     33.46
CREDIT CARDS      TENDER          33.46
CASH              CHANGE            .00

        NUMBER OF ITEMS            14

------------------------------------

        Save Mart #552
    3920 North Carson Street
    Carson City NV 89706
        (775)841-4402
08 27/2018                     16:09:32
MASTERCARD        Entry Method:    Chip
CARD #:           XXXXXXXXXXXX8385
PURCHASE          - APPROVED
AUTH CODE:072516

Mode:                     Issuer
AID                A0000000041010
TVP:                   0000008000
IAD.    0110A08003220000F34000000000000
000FF
TSI                          E800
ARC                            00
TC:                0CC5D38546ED577E
MID  242-163    110  001 SEQ· 61343F
Total                    16:08 33.46

LLNVW03500
L51050000,NUca
LVRCF1805950
18x



R-54

**Vermeys, Michael <mvermeys@blm.gov>**

---

# [EXTERNAL] Order Confirmation
1 message

---

SkyMobileDetailing@gmail.com <SkyMobileDetailing@gmail.com>
To: mvermeys@blm.gov

Wed, Oct 3, 2018 at 2:52 PM

**SKY MOBILE DETAILING**
**640 W FRONT ST**
**BATTLE MOUNTAIN, NV 89820**
**775-954-8685**

**Order Results**

| | |
|---|---|
| Profile Name: | SKY MOBILE DETAILING |
| Transaction ID: | 031018E3D-34A106FA-9590-49DB-AF7E-963CFAB70EC2 |
| Date/Time: | 10/03/2018 05:52:26 PM |
| Transaction Type: | SALE |
| Approval Message: | APPROVAL |
| Approval Code: | 060744 |
| ENTRY METHOD: | ICC |
| AID: | A0000000041010 |
| TVR: | 0000008000 |
| TSI: | E800 |
| Application: | MASTERCARD |
| Verification Method: | SIGNATURE |

**Order Section**

| | |
|---|---|
| Card Number : | ************0274 |
| Amount : | $300.00USD |
| Sales Tax : | $0.00USD |

The information contained in this e-mail and in any attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. This message has been scanned for known computer viruses.

signature.jpg
5K

BATTLE MT. DISTRICT
Vehicle I621939

BURNING MAN EVENT

LLNVWØ 3500. L5105. EA. LVRCF1805950.18?

AR02105



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 6-307-49923 | Sep 14, 2018 | 1510-8314-5 | 2 of 4 |

## FedEx Express Shipment Summary By Payor Type

*R-55 p-1 Walkama*

### FedEx Express Shipments (Original)

| Payor Type | Shipments | Rated Weight | Transportation Charge | Special Handling Charge | Net Chg/Tax Contribution | Discounts | Total Charges |
|---|---|---|---|---|---|---|---|
| Shipper | 7 | 33.0 | 72.29 | 266.10 | | | 338.39 |
| Total FedEx Express | 7 | 33.0 | 72.29 | 266.10 | | | 338.39 |

| | | | |
|---|---|---|---|
| **TOTAL THIS INVOICE** | | **USD** | **$338.39** |

## FedEx Express Shipment Detail By Payor Type (Original)

**Ship Date: Sep 05, 2018**   Cust. Ref: NO REFERENCE INFORMATION   Ref #2:
**Payor: Shipper**   Ref #3:
Distance Based Pricing, Zone 4

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Scott Fischer | Chase Phillip | |
| Tracking ID | 773145175254 | 5665 Morgan Mill Road | BLM Utah State Office | |
| Service Type | FedEx Express Saver | CARSON CITY NV 89701 US | 440 West 200 South St. | |
| Package Type | Customer Packag'ng | | SALT LAKE CITY UT 84101 US | |
| Zone | 04 | | | |
| Packages | 1 | | | |
| Rated Weight | 5.0 lbs, 2.3 kgs | | | |
| Delivered | Sep 10, 2018 11 33 | Transportation Charge | | 4.56 |
| Svc Area | A1 | Fuel Surcharge | | 0.00 |
| Signed by | C.MOUNTAIN | Courier Pickup Charge | | 1.00 |
| FedEx Use | 000000000/126064/_ | Total Charge | USD | $5.56 |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 6-307-49923 | Sep 14, 2018 | 1510-8314-5 | 3 of 4 |

Tracking ID: 773151251656 continued

| | | | | |
|---|---|---|---|---|
| Svc Area | A2 | Fuel Surcharge | | 0.00 |
| Signed by | E.L | Courier Pickup Charge | | 1.00 |
| FedEx Use | 000000000/6123/_ | Total Charge | USD | $36.43 |

**Ship Date: Sep 07, 2018**   Cust. Ref: NO REFERENCE INFORMATION   Ref #2:
**Payor: Shipper**   Ref #3:
Distance Based Pricing, Zone 5

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Scott Fischer | Chris Weber | |
| Tracking ID | 773164105128 | 5665 Morgan Mill Road | 7920 Hygiene Rd | |
| Service Type | FedEx Express Saver | CARSON CITY NV 89701 US | LONGMONT CO 80503 US | |
| Package Type | Customer Packaging | | | |
| Zone | 05 | | | |
| Packages | 1 | Transportation Charge | | 13.52 |
| Rated Weight | 16.0 lbs, 7.3 kgs | Fuel Surcharge | | 0.00 |
| Declared Value | USD 25,000.00 | Additional Handling Charge - Package | | 5.50 |
| Delivered | Sep 11, 2018 11 42 | Residential Delivery | | 1.75 |
| Svc Area | A4 | Direct Signature | | 0.00 |
| Signed by | C.WEBER | Declared Value Charge | | 250.00 |
| FedEx Use | 000000000/126066/_ | Courier Pickup Charge | | 1.00 |
| | | Total Charge | USD | $271.77 |

**Ship Date: Sep 10, 2018**   Cust. Ref: NO REFERENCE INFORMATION   Ref #2:

R-55
p-2

# FedEx Shipment Form

## From

**Date:** 9/5/2018

**Sender:** Scott Fischer

**Billing Reference:** LLNVW03500 L510500000 NU0000 LVRCF1805950 18X

## To

**Recipient's Name:** Chase Philipp

**Company Name:** BLM Utah State Office

**Address:** 440 W 200 S

**Address:** Use this Line for Hold Location address or for continuation of your shipping address.

**City** Salt Lake City      **State** UT      **Zip** 84101

## Express Package Service

**Next Business Day**                    **2 or 3 Business Days**

☐ FedEx First Overnight          ☐ FedEx2Day A.M.

☐ FedEx Priority Overnight       ☐ FedEx 2Day

☐ FedEx Standard Overnight       ☒ FedEx Express Saver

## Special Handling and Delivery Signature Options

☐ Saturday Delivery (*Not Available for FedEx Overnight, FedEx 2Day A.M. or FedEx Express Saver*)

☒ No Signature Required          ☐ Direct Signature      ☐ Indirect Signature

Does this shipment contain dangerous goods?

☒ No   ☐ Yes

## Payment *Bill to:*

☒ Sender      ☐ Recipient

**Total Packages:** 1

**Special Instructions:** Enter Special Instructions.

AR02107

# FedEx Shipment Form

## From

**Date:** 9/5/2018

**Sender:** Scott Fischer

**Billing Reference:** LLNVW03500 L510500000 NU0000 LVRCF1805950 18X

## To

**Recipient's Name:** Chris Webber

**Company Name:** Smiths Detection

**Address:** Enter Street Address.

**Address:** Use this Line for Hold Location address or for continuation of your shipping address.

**City** Enter City. **State** Enter State.      **Zip** Enter Zip Code.

## Express Package Service

**Next Business Day**                **2 or 3 Business Days**

☐FedEx First Overnight            ☐FedEx2Day A.M.

☐FedEx Priority Overnight        ☐FedEx 2Day

☐FedEx Standard Overnight       ☒FedEx Express Saver

## Special Handling and Delivery Signature Options

☐**Saturday Delivery (** *Not Available for FedEx Overnight, FedEx 2Day A.M. or FedEx Express Saver* **)**

☒**No Signature Required**            ☐**Direct Signature**      ☐**Indirect Signature**

**Does this shipment contain dangerous goods?**

☒**No**   ☐**Yes**

## Payment *Bill to:*

☒**Sender**      ☐**Recipient**

**Total Packages:** 1

**Special Instructions:** Weight 16lbs,  Insure for $25,000

**amazon**.com

R-56

## Final Details for Order #113-8848035-5616225

Print this page for your records.

Kevin Wisemore
Radio Comml

**Order Placed:** May 24, 2018
**PO number:** BM 2018
**Amazon.com order number:** 113-8848035-5616225
**Order Total:** $132.93

## Shipped on May 27, 2018

| Items Ordered | Price |
|---|---|
| 7 of: *Pwr+ 12V UL Listed Power Supply for Dell Monitor: S2316H S2316M S2318HN S2340L S2340M S2440L S2740L S2240L S2240T S2240M S2216H S2216M S2340Mc Dell LED-Lit LCD Screen Charger Adapter Extra Long 14 Ft* Sold by: PWR+ (seller profile) | Product question? Ask Seller | $18.99 |

Condition: New

**Shipping Address:**
Kevin K Wisemore
702 N INDUSTRIAL WAY
ELY, NV 89301-6641
United States

| | |
|---|---|
| Item(s) Subtotal: | $132.93 |
| Shipping & Handling: | $10.77 |
| Free Shipping: | -$10.77 |
| | ----- |
| Total before tax: | $132.93 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$132.93** |
| | ----- |

**Shipping Speed:**
FREE Shipping

## Payment information

**Payment Method:**
MasterCard | Last digits: 1620

**Billing address**
Kevin K Wisemore
702 N INDUSTRIAL WAY
ELY, NV 89301-6641
United States

| | |
|---|---|
| Item(s) Subtotal: | $132.93 |
| Shipping & Handling: | $10.77 |
| Free Shipping: | -$10.77 |
| | ----- |
| Total before tax: | $132.93 |
| Estimated tax to be collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$132.93** |

**Credit Card transactions**      MasterCard ending in 1620: May 27, 2018: $132.93

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

AR02109

amazon.com

Final Details for Order #113-7137298-6014656
Print this page for your records.

R-57

**Order Placed:** August 13, 2018
**PO number:** BLM Comm
**Amazon.com order number:** 113-7137298-6014656
**Order Total:** $701.94

### Shipped on August 14, 2018

**Items Ordered**                                                                                                    Price
60 of: 2.5mm Plug Surveillance Covert Acoustic Air Tube 1Pin Listen/Receive Only Earpiece Walkie Talkie Headset for Ham Transceiver Mic Jacks.    $11.25
Sold by: RADIO MAX (seller profile)

Condition: New

( Radio earpieces )

**Shipping Address:**
Kevin K Wisemore
200 Transfer Station Road                                                     Item(s) Subtotal: $675.00
Gerlach, Nevada 89412                                                     Shipping & Handling:  $26.94
United States                                                                                    -----
                                                                                       Total before tax: $701.94
**Shipping Speed:**                                                                          Sales Tax:   $0.00
Expedited Shipping                                                                                       -----
                                                                               Total for This Shipment: $701.94
                                                                                                         -----

### Payment Information

**Payment Method:**
MasterCard | Last digits: 1620                                              Item(s) Subtotal:  $675.00
                                                                         Shipping & Handling:   $26.94
**Billing address**                                                                                -----
Kevin K Wisemore
702 N INDUSTRIAL WAY                                                       Total before tax: $701.94
ELY, NV 89301-6641                                               Estimated tax to be collected:   $0.00
United States                                                                                      -----
                                                                             Grand Total: $701.94
**Credit Card transactions**

                                                            MasterCard ending in 1620: August 14, 2018: $701.94

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

Kevin Wisemore
Radio Comms

**AR02110**

8/30/2018
amazon.com
Amazon.com - Order 113-4868329-2990658

Final Details for Order #113-4868329-2990658
Print this page for your records.

R-58

**Order Placed:** August 13, 2018
**PO number:** BLM Comm
**Amazon.com order number:** 113-4868329-2990658
**Order Total:** $22.98

## Shipped on August 14, 2018

**Items Ordered**                                                                                            **Price**
1 of: Lsgoodcare 50Pack White Silicone Rubber Replacement Mushroom EarTips Earbud for Motorola Kenwood Icom Yaesu Baofeng HYT Midland Cobra Radio  $16.99
Surveillance Acoustic Tube Earpiece Headset
Sold by: Lsgoodcare (seller profile) | Product question? Ask Seller

Condition: New

( Radio Earbud )

**Shipping Address:**                                                         Item(s) Subtotal:  $16.99
Kevin K Wisemore                                                       Shipping & Handling:  $5.99
200 Transfer Station Road                                                                      -----
Gerlach, Nevada 89412                                                    Total before tax:  $22.98
United States                                                                   Sales Tax:   $0.00
                                                                                              -----
**Shipping Speed:**                                              Total for This Shipment:  $22.98
Standard Shipping                                                                             =====

### Payment Information

**Payment Method:**                                                        Item(s) Subtotal:  $16.99
MasterCard | Last digits: 1620                                         Shipping & Handling:  $5.99
                                                                                              -----
**Billing address**                                                      Total before tax:  $22.98
Kevin K Wisemore                                             Estimated tax to be collected:   $0.00
702 N INDUSTRIAL WAY                                                                          -----
ELY, NV 89301-6641                                                            Grand Total:  $22.98
United States

**Credit Card transactions**                              MasterCard ending in 1620: August 14, 2018: $22.98

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

Kevin Wisemore
Radio CommL

https://www.amazon.com/gp/css/summary/print.html/ref=oh_aui_pi_o01_?ie=UTF8&orderID=113-4868329-2990658

1/1

**AR02111**

amazon.com

**Order Placed:** August 13, 2018
**PO number:** BLM Comm
**Amazon.com order number:** 113-2703939-2809062
**Order Total:** $93.84

Final Details for Order #113-2703939-2809062
Print this page for your records.

R-59

### Shipped on August 15, 2018

**Items Ordered**
15 of: *Twist On Replacement Acoustic Tube for 2-Way Radio Headsets by MaximalPower*
Sold by: Refwlergy (seller profile)

**Price**
$6.19

Condition: New

**Shipping Address:**
Kevin K Wisemore
200 Transfer Station Road
Gerlach, Nevada 89412
United States

**Shipping Speed:**
Standard Shipping

Item(s) Subtotal: $92.85
Shipping & Handling:  $0.99
-----
Total before tax: $93.84
Sales Tax:  $0.00
-----
Total for This Shipment:$93.84
-----

### Payment Information

**Payment Method:**
MasterCard | Last digits: 1620

**Billing address**
Kevin K Wisemore
702 N INDUSTRIAL WAY
ELY, NV 89301-6641
United States

**Credit Card transactions**

Item(s) Subtotal: $92.85
Shipping & Handling:  $0.99
-----
Total before tax: $93.84
Estimated tax to be collected:  $0.00
-----
Grand Total: $93.84

MasterCard ending in 1620: August 15, 2018: $93.84

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

Kevin Wisemore
Radio Comm L

**AR02112**

 

Wisemore, Kevin <kwisemore@blm.gov>

---

## [EXTERNAL] Your FactoryOutletStore.com Order Receipt # FOS8585243E
1 message

FactoryOutletStore Customer Service <processing@factoryoutletstore.com>
To: Kevin Wisemore <kwisemore@blm.gov>

Tue, Jun 5, 2018 at 1:47 PM

FactoryOutletStore.com

$D-60$

## Thanks For Your Order Scroll down to view order details

Thank you for your purchase. A confirmation e-mail has been sent to you with your order details. You will receive another e-mail with tracking information once your order has shipped.

## Problems, questions, or concerns about your order?

Call us toll free at (800) 721-1260 or E-mail us at processing@factoryoutletstore.com. You can also visit us online at pl.factoryoutletstore.com/Help.

## Order Receipt

Order Number   Order Date      Order Status
FOS8585243E   6/5/2018 4:47:54 PM For order status go to pl.factoryoutletstore.com/Help

## Billing and Shipping Information

**Shipping Address**

| | |
|---|---|
| Name: | Kevin Wisemore |
| Address: | 702 N Industrial Way |
| City, State, Zip: | Ely, NV, 89301 |
| Telephone: | 775-289-1805 |
| Email Address: | kwisemore@blm.gov |

**Billing Address**

| | |
|---|---|
| Name: | Kevin Wisemore |
| Address: | 702 N Industrial Way |
| City, State, Zip: | Ely, NV, 89301 |
| Telephone: | 775-289-1805 |
| Email Address: | kwisemore@blm.gov |

Kevin Wisemore
Radio Comm L

## Credit Card Information

| Payment Method | Account Number | Account Name | Expiration Date |
|---|---|---|---|
| Mastercard | ************1620 | Kevin Wisemore | October-2019 |

Note: Your credit card bill will show a charge from Factory Outlet Store.

🛒 Your Shopping Cart

| Product Info | Unit Price | Quantity | Total |
|---|---|---|---|
| **Plantronics EncorePro HW540** Mono Corded Headset Brand New Returnable. 30 Day Guarantee | reg:$122.00 Now $72.00 | 10 | $720.00 |

| | |
|---|---|
| Promo Savings: | -$5.00 |
| Subtotal : | $715.00 |
| Sales Tax : | $0.00 |
| Ground Shipping: | Free |
| (2-5 Business Days) | |
| Total : | $715.00 |

## Reminders About Your Order

Confirmation: Your order receipt has been e-mailed to: kwisemore@blm.gov.
Shipping Method: Your order may be shipped by various carriers - UPS, FedEx or USPS. A tracking notification will be provided via email once your order has been shipped. Orders for batteries and/or small accessories may be shipped via USPS.
Returns/Exchanges: You must keep all your original packaging to return or exchange any merchandise within 30 Days.
Policies & Procedures: You have read and agree to all of our Policies & Procedures regarding returns, returns, etc.
Cancellations: You must speak with a Customer Service Representative in order to cancel any order Tel: (800) 721-1260.

Factory Outlet Store Promo (5OFFPROMO): $5 Off orders of $50 or more. Excludes Shipping Charges and Tax. Discount cannot be combined with any other offers or previous purchases. Does not include Garmin, Humminbird, Minn Kota, Cannon, Raymarine, Lowrance, Furuno, Motorguide, Motorola, Engenius, Polycom, Panasonic BTS, PetSafe, SportDog, Innotek, Petzl, Soda Stream, Teac, Tascam, Suunto and Aastra products.

AR02113



R-61



LOWE'S HOME CENTERS, LLC
1355 SCHEELS DRIVE
SPARKS, NV 89434   (775) 412-4540

Kevin Wisemore
Radio Comml

– SALE –  BM

SALES#: S3034BN1 2224783   TRANS#: 4919207 08-10-18

| | |
|---|---|
| 135512 2X30FT FOIL TAPE | 13.40 |
| 4 @   3.35 | |
| 662748 5.5-OZ DYNAFLEX 230 CLEAR | 8.36 |
| 2 @   4.18 | |
| 518170 10-PC FLAT BUNGEE ASSORT | 31.96 |
| 2 @   15.98 | |
| 44066 27-GAL HEAVY DUTY TOTE | 59.88 |
| 6 @   9.98 | |
| 13358 48INX25FT FOIL BUBBLE INS | 43.25 |

SUBTOTAL:          156.85
TOTAL TAX:          0.00
INVOICE 04510  TOTAL:          156.85
M/C:          156.85

M/C:XXXXXXXXXXXX1620 AMOUNT:156.85 AUTHCD:018809
CHIP REFID:303404415265 08/10/18 09:37:59
CUSTOMER CODE: ....
APL: MASTERCARD   TVR: 0000008000
AID: A0000000041010   TSI: E800
STORE: 3034   TERMINAL: 04   08/10/18 09:40:35
# OF ITEMS PURCHASED:          15
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: STEVE SCHOENBERGER

LOWE'S PRICE MATCH GUARANTEE
FOR MORE DETAILS            H

AR02114



**Logo Sportswear, Inc.**
12 Beaumont Road
Wallingford, CT 06492
United States



R-62

🕐 **When Will It Arrive?**
Thursday, July 12, 2018
Economy Shipping

📍 **Where Is It Going?**
Kevin Wisemore
702 North Industrial Way
Ely, NV 89301
United States

❓ **What If I Need Help?**
Call 877-535-5646, email us, request a call or
chat. We're available Mon. - Fri. 8:00am -
7:00pm EST. Your order number is 943570.

## Your Order Receipt

## Order Date: June 26, 2018

## Order: 943570

**Shipping Address**
Kevin Wisemore
702 North Industrial Way
Ely, NV 89301
United States

**Billing Address**
Kevin Wisemore
702 North Industrial Way
Ely, NV 89301
United States

**Payment Information**
Kevin Wisemore
MasterCard ending in XX1620
Amount To Be Charged: $287.23
*Your card will be charged within 1 business day.*

| Product | Qty | Price |
|---|---|---|
| UltraClub Adult Cool-N-Dry Sport Polo Embroidered (SKU: 8405) Navy / Design ID: 14433738 L: 5, XL: 1, 3XL: 5, 4XL: 1 | 12 | $337.92 |

### Your Order Total

| | |
|---|---|
| Sub-Total: | $337.92 |
| 15% Off Coupon | ($50.69) |
| Delivery by Thu., 7/12: | FREE |
| **Total:** | **$287.23** |

## Shipping Information

**Delivery Option:**
Economy

**Delivery Date:**
Thu., Jul. 12, 2018

*In the event that your order is eligible for a tracking number, you will receive an email with tracking
information.*

Kevin Wisemore
Radio Comml

## Your Reward Points Summary

You have earned **287 Reward Points** by placing this order. Create an account to avoid losing them.

Creating an account allows you to easily track your order, place re-orders or re-use your design/logo.

---

### Need Help?

Need to make a change to your order, notice an error, upgrade shipping or have general questions about your order?

Call 877-535-5646, Mon. - Fri. 8:00am - 7:00pm EST, email us, request a call or chat.

---

AR02115

R-63

Kevin Wiseman
Radio Comm L

 O'Reilly AUTO PARTS
PROFESSIONAL PARTS PEOPLE

1755 SOUTH VIRGINIA
RENO, NV 89502
(775) 337-8476
www.oreillyauto.com



Store hours:
Mon-Sat: 07:30 AM-10:00 PM      BM
Sun:     08:00 AM-09:00 PM

Counter #: 25205                ALBERTO A.
Date: 08/13/2018 12:27 PM       Drawer: 31
Invoice #: 3600-464424


REE 9535300                        9 99 NA
TIE DOWN
90 DAY LIMITED WARRANTY

REE 9535300                        9. 99 NA
TIE DOWN
90 DAY LIMITED WARRANTY

REE 9535300                        9. 99 NA
TIE DOWN
90 DAY LIMITED WARRANTY

REE 9535900                       19. 99 NA
RATCHET RTRC
90 DAY LIMITED WARRANTY

REE 9535900                       19. 99 NA
RATCHET RTRC
90 DAY LIMITED WARRANTY

5 Items

              Sub-Total        69. 95
              Total            69. 95

              MC 1620          69. 95

    MC XXXXXXXXXXXX1620 Auth CD: 083653
           REF# 255566607881

         SIGNATURE VERIFIED
Chip Indicator: Y
AID: A0000000041010

TVR: 0000008000
TSI: E80x
IAD: 011
SIGNATUF

AR02116

9/4/2018
Amazon.com - Order 111-0317181-9617066

# amazon.com

*R-64*

Final Details for Order #111-0317181-9617066
Print this page for your records.

*Jon Young*

**Order Placed:** August 21, 2018
**PO number:** BMAN 2018
**Amazon.com order number:** 111-0317181-9617066
**Order Total:** $200.10

| Shipped on August 22, 2018 |
|---|

| Items Ordered | Price |
|---|---|
| 6 of: *Battery for CA12CD- 80322-01*<br>Sold by: TELeasy (seller profile)<br><br>Condition: New | $33.35 |

**Shipping Address:**
BLM COMMUNICATIONS BRANCH
200 Transfer Station Rd
ATTN: A. LITTLEFIELD
Gerlach, NV 89412
United States

**Shipping Speed:**
Standard Shipping

| | |
|---|---|
| Item(s) Subtotal: | $200.10 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $200.10 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$200.10** |
| | ----- |

| Payment information |
|---|

**Payment Method:**
MasterCard | Last digits: 6720

**Billing address**
U.S. Department of the Interior - Bureau of
Land M
One North Central Avenue
Suite 800
Phoenix, AZ 85004
United States

| | |
|---|---|
| Item(s) Subtotal: | $200.10 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $200.10 |
| Estimated tax to be collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$200.10** |

| **Credit Card transactions** | MasterCard ending in 6720: August 22, 2018: | $200.10 |
|---|---|---|

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

**AR02117**

**amazon**.com

Amazon.com - Order 111-7094247-2408209

*R-65*
*p-1*

Final Details for Order #111-7094247-2408209
Print this page for your records.

*Jon Yoons*

**Order Placed:** August 21, 2018
**PO number:** BMAN 2018
**Amazon.com order number:** 111-7094247-2408209
**Order Total:** $852.76

---

### Shipped on August 22, 2018

| Items Ordered | Price |
|---|---|
| 4 of: *Bingle Ear Cushions Foam Replacement for Plantronics Supra Plus Encore and Most Standard Size Office Telephone Headsets H251 H251N H261 H261N H351 H351N H361 H361N (10 Pack)(BEC-FM10)*<br>Sold by: Bingle & Ovann (seller profile)<br><br>Condition: New | $14.95 |
| 2 of: *Plantronics 92900-01 Cordless PTT (Push-To-Talk) Headset Adapter, Black*<br>Sold by: Amazon.com Services, Inc<br><br>Condition: New | $321.30 |

**Shipping Address:**
BLM COMMUNICATIONS BRANCH
200 Transfer Station Rd
ATTN: A. LITTLEFIELD
Gerlach, NV 89412
United States

**Shipping Speed:**
One-Day Shipping

Item(s) Subtotal: $702.40
Shipping & Handling: $12.54
-----
Total before tax: $714.94
Sales Tax: $0.00
-----
**Total for This Shipment:** $714.94
-----

---

### Shipped on August 23, 2018

| Items Ordered | Price |
|---|---|
| 20 of: *Plantronics 88817-01 Ear Cushion, Black*<br>Sold by: Amazon.com Services, Inc (seller profile)<br>Business Price<br><br>Condition: New | $5.99 |

**Shipping Address:**
BLM COMMUNICATIONS BRANCH
200 Transfer Station Rd
ATTN: A. LITTLEFIELD
Gerlach, NV 89412

Item(s) Subtotal: $119.80
Shipping & Handling: $18.02
-----
Total before tax: $137.82
Sales Tax: $0.00

Amazon.com - Order 111-7094247-2408209

ℝ- 65 p-2

United States

**Shipping Speed:**
One-Day Shipping

**Total for This Shipment: $137.82**
-----

-----

---

## Payment information

| | |
|---|---|
| **Payment Method:** | Item(s) Subtotal: $822.20 |
| MasterCard \| Last digits: 6720 | Shipping & Handling:  $30.56 |
| | ----- |
| **Billing address** | |
| U.S. Department of the Interior - Bureau of Land M | Total before tax: $852.76 |
| | Estimated tax to be collected:  $0.00 |
| One North Central Avenue | |
| Suite 800 | ----- |
| Phoenix, AZ 85004 | **Grand Total: $852.76** |
| United States | |

**Credit Card transactions**   MasterCard ending in 6720: August 23, 2018: $852.76

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

R-66
Jon Young

Welcome to Best Buy #128
5575 S VIRGINIA ST
RENO, NV 89502

Val #:000109-988260-985623-169279-533581-603

0128 003 9297 08/26/18 15:47

TAX EXEMPT

| | | |
|---|---|---|
| 6219205   2XN62AA#ABA | | 249.99 |
| HP 27F 27-INCH DISPLAY | | |
| Sales Tax | 0.00 | |
| 6219205   2XN62AA#ABA | | 249.99 |
| HP 27F 27-INCH DISPLAY | | |
| Sales Tax | 0.00 | |
| 4833500   SE3005 | | 34.99 |
| LINKSYS SE3005 GIGABIT SWITCH | | |
| 39.99  Was Price | | |
| 5.00- Sale Discount | | |
| Sales Tax | 0.00 | |
| 4833500   SE3005 | | 34.99 |
| LINKSYS SE3005 GIGABIT SWITCH | | |
| 39.99  Was Price | | |
| 5.00- Sale Discount | | |
| Sales Tax | 0.00 | |
| 4833500   SE3005 | | 34.99 |
| LINKSYS SE3005 GIGABIT SWITCH | | |
| 39.99  Was Price | | |
| 5.00- Sale Discount | | |
| Sales Tax | 0.00 | |
| 4833500   SE3005 | | 34.99 |
| LINKSYS SE3005 GIGABIT SWITCH | | |
| 39.99  Was Price | | |
| 5.00- Sale Discount | | |
| Sales Tax | 0.00 | |
| 4833500   SE3005 | | 34.99 |
| LINKSYS SE3005 GIGABIT SWITCH | | |
| 39.99  Was Price | | |
| 5.00- Sale Discount | | |
| Sales Tax | 0.00 | |
| 4833500   SE3005 | | 34.99 |
| LINKSYS SE3005 GIGABIT SWITCH | | |
| 39.99  Was Price | | |
| 5.00- Sale Discount | | |
| Sales Tax | 0.00 | |
| 8429019   NS-A5SC6W | | 11.99 |
| INSIGNIA 6FT LIGHTNING WHITE | | |
| Sales Tax | 0.00 | |
| 8429019   NS-A5SC6W | | 11.99 |
| INSIGNIA 6FT LIGHTNING WHITE | | |
| Sales Tax | 0.00 | |
| 6195453   SRSXB21/B | | 99.99 |
| SONY - XB21 WATERPROOF PORTAB | | |
| Sales Tax | 0.00 | |
| 6195453   SRSXB21/B | | 99.99 |
| SONY - XB21 WATERPROOF PORTAB | | |
| 5812034   NS-PD94502 | | 24.99 |
| DISPLAYPORT TO HDMI ADAPTER | | |
| Sales Tax | 0.00 | |
| 5812034   NS-PD94502 | | 24.99 |
| DISPLAYPORT TO HDMI ADAPTER | | |
| Sales Tax | 0.00 | |
| 5812034   NS-PD94502 | | 24.99 |
| DISPLAYPORT TO HDMI ADAPTER | | |
| Sales Tax | 0.00 | |
| 5812034   NS-PD94502 | | 24.99 |
| DISPLAYPORT TO HDMI ADAPTER | | |
| Sales Tax | 0.00 | |
| 3510527   NS-PU98635 | | 24.99 |
| USB 3.0 TO GIGABIT ETHERNET A | | |
| Sales Tax | 0.00 | |
| 3510527   NS-PU98635 | | 24.99 |
| USB 3.0 TO GIGABIT ETHERNET A | | |
| Sales Tax | 0.00 | |
| 7451964   GS608NA | | 49.99 |
| NETGEAR GS608NA GIGABIT SWITC | | |
| Sales Tax | 0.00 | |
| 7451964   GS608NA | | 49.99 |
| NETGEAR GS608NA GIGABIT SWITC | | |
| Sales Tax | 0.00 | |

```
                   Subtotal  1183.80
                   Sales Tax     0.00
                             **********
                       Total  1183.80
```

*******k-**6720   ChipRead USD$  1183.80
MASTERCARD - MASTERCARD

Burison

**AR02120**

R-67



# ELITE MOBILE AUTO DETAIL

FOLLOW

## 4801 W WINDSOR AVE
## PHOENIX, AZ 85035
## 4802591895

Jon Young

**Item 1**      **$248.40**

**Subtotal**      **$248.40**

Tax      $0.00

# $ 248 40

AR02121





inReach, Inc.

**GARMIN**

**Customer:** U.S. Department of the Interior Bureau of Land Management BLM

**Account:** ▮▮▮▮
**Invoice:** ▮▮▮▮        **Date:** 8/20/2018
**Amount:** $81.45       **Due:** 8/21/2018

R-68

### Summary of Current Charges

Jon Young

| Previous Balance, Payments and Adjustments | |
|---|---|
| Previous Balance | $0.00 |
| **Balance Forward** | **$0.00** |
| **Summary of Current Charges** | |
| Charges for Services | $70.09 |
| **Subtotal** | **$70.09** |
| Fed USF Cellular | $4.29 |
| Rental Tax | $3.96 |
| Telecommunications Sales Tax | $3.11 |
| Total New Charges | $81.45 |
| **Total Due** | **$81.45** |

### RECURRING PAYMENT

If your credit card information is up to date, no additional actions are required at this time.

**If your payment does not go through, a late payment charge of 1.5% per month will be applied to unpaid balances.**

Any unpaid balance may result in cancellation or an early termination fee based on your subscription plan.

### INVOICE DETAIL ON NEXT PAGE

**GARMIN**

**Account:** ▮▮▮▮    **Date:** 8/20/2018
**Invoice:** ▮▮▮▮    **Due:** 8/21/2018
**Total Due $81.45(USD)**

U.S. DEPARTMENT OF THE INTERIOR BUREAU OF LAND MANAGEMENT BLM

AR02122

*Jon Young* 

R-69

# Office DEPOT
# OfficeMax

PHOENIX - (480) 502-4441
08/04/2018  5:38 PM

2PVT93XP5RQXY4RWF

| | | | |
|---|---|---|---|
| SALE | | 6692-3-8241-902823-18.7.2 | |
| 313729  MAGNETIC DRY E | | | |
| 2 @ 14.99 | | 29.98 | |
| G | | | |
| Business Solutions Prc | 31.580 | | |
| You Pay | | **29.98**SS | |
| 159261  MAGIC CD TAPE | | | |
| 2 @ 8.99 | | 17.98 | |
| G | | | |
| Business Solutions Prc | 19.980 | | |
| You Pay | | **17.98**SS | |
| 993644  STMP,PI,COPY,R | | 12.99SS | |
| G | | | |
| Business Solutions Prc | 11.29 | | |
| You Pay | | **11.29**SS | |
| 994067  STMP,PI,SCAND, | | 12.99SS | |
| G | | | |
| Business Solutions Prc | 11.29 | | |
| You Pay | | **11.29**SS | |
| 318095  SGN,6.25"X5.25 | | | |
| 2 @ 2.99 | | 5.98 | |
| G | | | |
| Business Solutions Prc | 5.98 | | |
| You Pay | | **5.98**SS | |
| 745021  TPE,S/STRONG,1 | | | |
| 2 @ 6.99 | | 13.98 | |
| G | | | |
| Business Solutions Prc | 10.38 | | |
| You Pay | | **10.38**SS | |
| 645875  MOUNTING TAPE, | | | |
| 2 @ 7.89 | | 15.78 | |
| G | | | |
| Business Solutions Prc | 16.580 | | |
| You Pay | | **15.78**SS | |
| 151581  TAPE,MOUNTING, | | | |
| 2 @ 6.99 | | 13.98 | |
| G | | | |
| Business Solutions Prc | 17.980 | | |
| You Pay | | **13.98**SS | |
| 623780  STRP,MOUNT,9PK | | | |
| 2 @ 4.19 | | 8.38 | |
| G | | | |
| Business Solutions Prc | 3.80 | | |
| You Pay | | **3.80**SS | |

| | | | |
|---|---|---|---|
| 718416  BTRY,LITH,AAA, | | 9.99SS | |
| G | | | |
| Promotion | | | |
| Business Solutions Prc | 2.05 | | |
| You Pay | | **2.05**SS | |
| 760218  LBL,OD,1/2",RE | | | |
| 2 @ 7.99 | | 15.98 | |
| G | | | |
| Business Solutions Prc | 6.78 | | |
| You Pay | | **6.78**SS | |
| 734874  SIGN,WILL RETU | | 2.19 SS | |
| G | | | |
| Business Solutions Prc | 2.690 | | |
| You Pay | | **2.19**SS | |
| 194706  SCOTCH,DE,TP,5 | | | |
| 2 @ 5.99 | | 11.98 | |
| G | | | |
| Business Solutions Prc | 12.980 | | |
| You Pay | | **11.98**SS | |
| 194696  SCOTCH,DE,TP,5 | | | |
| 2 @ 5.99 | | 11.98 | |
| G | | | |
| Business Solutions Prc | 13.780 | | |
| You Pay | | **11.98**SS | |
| 152299  TPE,XSTRNGTH,1 | | | |
| 6 @ 27.99 | | 167.94 | |
| G | | | |
| Business Solutions Prc | 155.94 | | |
| You Pay | | **166.94**SS | |
| 839348  3/4"BLACK ON H | | | |
| 4 @ 34.99 | | 139.96 | |
| G | | | |
| Business Solutions Prc | 59.36 | | |
| You Pay | | **69.36**SS | |
| 718416  BTRY,LITH,AAA, | | 9.99SS | |
| G | | | |
| Promotion | | -5.00 | |
| Retail After Discounts | 4.99 | | |
| Business Solutions Prc | 2.05 | | |
| You Pay | | **2.05**SS | |
| Subtotal: | | 372.79 | |
| Total: | | 372.79 | |
| MasterCard SmartPay 6 | | 372.79 | |

AUTH CODE 053240
TDS Chip Read
AID A0000000041010    MASTERCARD
TVR 0000008000
CVS No Signature Required

Tax Exemption Number 36442149
  G - Not on Federal Supply Schedule
        Total Savings
        $129.26



*Bman*

AR02123

12-70



Paramount RV Parts & Accessories
2490 Tachino St.
Reno NV. 89512
(775)329-7795    Fax: 775-284-3359

| Date | Invoice # |
|------|-----------|
| 08/14/18 | 49962 |

Sales Representative
STEVEC

B
I  VALUED CASH CUSTOMER          Jon Young
L
L
   Reno NV

| Qty | Item Number | Description | Retail | Price | Ext |
|-----|-------------|-------------|--------|-------|-----|
| 1 | 19-0536 | 50FT 30AMP RV EXT CORD EZ | 185.99 | 185.99 | 185.99 |
| 1 | 19-1732 | 15AM-30AF TWIST LOCK 12'' | 49.99 | 49.99 | 49.99 |
| 1 | 20-1362 | POWER CORD ADAPTER; 30 AMP... | 36.99 | 36.99 | 36.99 |
| 1 | 19-0418 | 50A RV ADAPTER | 109.99 | 109.99 | 109.99 |
| 1 | 15-0761 | 5/16"X2-1/2" LOCK W/PIN S | 6.75 | 6.75 | 6.75 |
| 1 | 15-0729 | 2PK 5/8" HITCH PIN CLIP | 3.99 | 3.99 | 3.99 |
| 1 | 15-0738 | 2pk 1/2" HITCH PIN CLIP | 2.30 | 4.25 | 4.25 |

No refunds after 30 days or without receipt
No refunds on special orders
No refunds on gas or electrical parts
20% restocking charge on all returns

Received By _____

CREDITCARD

| | |
|--|--|
| Parts | ******* |
| Sublet | ******* |
| Freight | 0.00 |
| Subtotal | 397.95 |
| Tax | 32.89 |
| | 0.00 |
| -Discount | 0.00 |
| Total | 430.84 |

AR02124

R-71

Jon Young



**More saving.**
**More doing.**

6590 SOUTH VIRGINIA ST, RENO, NV 89511
STORE MANAGER CHHARY SIENG (775)851-9600

3310  00003  00889     08/14/18  09:22 PM
CASHIER MIREYA

045899000076 4X5WASHHAND <A>
    4X5 VINYL DECAL WASH YOUR HANDS
    3@2.30                         6.90N
    MAX REFUND VALUE $6.75/3
045899000083 4X5CELLOFF <A>
    4X5 VINYL DECAL PLEASE TURN CELL OFF
    2@2.30                         4.60N
    MAX REFUND VALUE $4.50/2
045899000113 4X5AUTHACCES <A>      2.30N
    4X5 DECAL RESTRCTD AREA-AUTH ACCESS
    MAX REFUND VALUE $2.25
031949488383 FPR4FILTER <A>
    20X24 RHEEM BASIC HOUSEHOLD
    2@4.47                         8.94N
    MAX REFUND VALUE $8.73/2
---------------FED Customer---------------
22.74 2.25 Percent Off            -0.51
MUST RETURN ALL ITEMS FOR A FULL REFUND
------------------------------------------

                    SUBTOTAL       22.23
                    SALES TAX       0.00
TAX EXEMPT
                    TOTAL         $22.23
XXXXXXXXXXXXX6720 MASTERCARD
                         USD$ 22.23
AUTH CODE 048068/2035535            TA
AID A0000000041010        MASTERCARD

P.O.#/JOB NAME: 0



3310 03 00889 08/14/2018 6596

RETURN POLICY DEFINITIONS
POLICY ID   DAYS    POLICY EXPIRES
   A         90       11/12/2018

Brian.

AR02125

R-72

Jon Young



**More saving.**
**More doing.**

4925 E CAREFREE HWY
CAVE CREEK, AZ 85331 (480)488-0281

0488 00056 15323    08/05/18 02:54 PM
SELF CHECK OUT

716511320000 FOIL INSUL <A>
  24"X10' REFLECTIVE INSUL
  20@10.85                        21.70
  MAX REFUND VALUE $21.22/2
716511520011 FOIL INSUL <A>
  24INX25FT FOIL INSULATION STAPLETAB
  20@21.65                        43.30
  MAX REFUND VALUE $42.32/2
033287165940 17PC TIN BTS <A>    19.97
  RYOBI SPOLD+ TITNM DRILLBIT 17PC SET
  MAX REFUND VALUE $19.52
031949488383 FPR4FILTER <A>       4.47
  20X24 RHEEM BASIC HOUSEHOLD
  MAX REFUND VALUE $4.37
660708544161 SHOP TOWELS <A>      9.98
  TOOLBOX BLUE SHOP TOWELS 6PK
  MAX REFUND VALUE $9.76
731161043826 MIL OIL ORG <A>
  MILWAUKEE 10 BIN DEEP PRO ORG
  3@24.97                         74.91
  MAX REFUND VALUE $73.23/3
071798490243 TOWEL <A>            9.98
  QUICKIE MICROFIBER TOWELS 24PK
  MAX REFUND VALUE $9.76
6942629282075 12IN STORBIN <A>
  HUSKY 12 IN. STORAGE BIN
  2@5.97                          11.94
  MAX REFUND VALUE $11.68/2
649532617586 SURGE PROTEC <A>
  1 AC OUTLET 4 USB PORTS 9.6A
  3@19.97                         59.91
  MAX REFUND VALUE $58.56/3
094664011038 SB10-BLKBG <A>
  PLASTIC S-BINER #10-BLK W/BLK GATES
  2@9.98                          19.96
  MAX REFUND VALUE $19.50/2
094664032217 GEAR TIE <A>
  GEAR TIE 32" 2 PACK - LIME
  3@6.28                          18.84
  MAX REFUND VALUE $18.42/3
649532621040 SURGE STRIP <A>
  70L SRG 6FT BRAIDED CORD 2USB COAX
  2@49.98                         99.96
  MAX REFUND VALUE $97.70/2
638060075722 POSTIT3PK <A>
  POST-IT EXTREME NOTES 3PK
  2@4.97                           9.94
  MAX REFUND VALUE $9.72/2
073319762020 20PK TWLS <A>        8.97
  HDX TERRY TOWELS 20PK
  MAX REFUND VALUE $8.77
032076912048 STAPLE <A>
  3/16" LOW VOLT CAT5 BLUE STAPLES 100
  2@3.78                           7.56
  MAX REFUND VALUE $7.38/2
032076913000 STAPLE <A>
  1/4" BLK MSNRY STAPLES 100PK
  2@5.98                          11.96
  MAX REFUND VALUE $11.69/2

044600301129 CLXWIPES3X35 -A-
  CLOROX DISINFECTING WIPES  3x35ct
  2@5.48                          10.96
  NLP Savings  $2.00
  MAX REFUND VALUE $10.72/2
032076912567 STAPLE <A>
  1/4" WHT COAXIAL STAPLES 100PK
  2@3.78                           7.56
  MAX REFUND VALUE $7.38/2
043318130052 SIMPLE GREEN <A>     9.98
  SIMPLE GREEN APC ORIGINAL 128OZ
  MAX REFUND VALUE $9.76
052427602701 1.88IN X 27 <A>      7.47
  GORILLA CLEAR REPAIR TAPE 27FT X1.88
  MAX REFUND VALUE $7.30
052427610010 HANDY ROLL <A>
  GORILLA 1" HANDY ROLL
  3@2.97                           8.91
  MAX REFUND VALUE $8.70/3
728494145686 11"CABLETI <A>
  11" CABLE TIE HAND TWIST BLACK 50PK
  4@8.62                          34.48
  MAX REFUND VALUE $33.72/4
728494145662 7"CABLETIE <A>
  7" CABLE TIE HAND TWIST BLACK 50PK
  4@5.74                          22.96
  MAX REFUND VALUE $22.44/4
--------------FED Customer--------------
535.67 2.25 Percent Off         -12.05
MUST RETURN ALL ITEMS FOR A FULL REFUND
----------------------------------------

                    SUBTOTAL       523.62
                    SALES TAX        2.43
TAX EXEMPT
                    TOTAL         $526.05
XXXXXXXXXXXX6720 MASTERCARD
                         USD$ 526.05
AUTH CODE 087701/1562994            TA
AID A000000041010           MASTERCARD

P.O.#/JOB NAME: NA



0488 56 15323 08/05/2018 0318

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A     1      90       11/03/2018





AR02126

R-73

Jon Young



**More saving.**
**More doing.**

4925 E CAREFREE HWY
CAVE CREEK, AZ 85331 (480)488-0281

0488 00057 88002    08/11/18  03:27 PM
SELF CHECK OUT

059647911514 HDX CL VIN <A>
  HDX GLEANING VINEGAR 64 OZ
  201.79                        3.58
  MAX REFUND VALUE $3.50/2
051131935990 O-CEL-O <A>        4.98
  OCELO LIGHT DUTY SCRUB SPONGE 4PK
  MAX REFUND VALUE $4.87
037000222057 DAWN ORIGINA <A>   3.00
  DAWN ULTRA ORIGINAL
  MAX REFUND VALUE $2.93
043156901159 KEYPAD LEVER <A>  119.00
  SCHLAGE KEYLESS CAM X  CCENT   SN
  MAX REFUND VALUE $116.32
166404301  CAMJAM XT <A>
  CAMJAM   WITH 10' 550 PARACORD
  307.99                        23.97
  MAX REFUND VALUE $23.43/3
012587783665 ODOR 40CT <A>
  GLAD ODOR SHIELD FRESH LEMON 40CT
  204.24                         8.48
  MAX REFUND VALUE $8.28/2
051141138805  TCH <A>
  SCOTCH BLK BNDLNG STRAPS,30PK-1/4X8"
  206.97                        13.94
  MAX REFUND VALUE $13.62/2
079340242005 THREADLOCKER <A>
  LOCTITE 242 THREADLOCKER BLUE .2 OZ
  406.47                        25.88
  MAX REFUND VALUE $25.29/4
031949488383 FPR4FILTER <A>
  20X24 RHEEM BASIC HOUSEHOLD
  304.47                        13.41
  MAX REFUND VALUE $13.11/3
030878377911 24'ENBRSEAS <A>
  ENBRIGHTEN SEASONS
  2099.97                      199.94
  MAX REFUND VALUE $195.46/2
030878358774 ORB SHADE <A>
  CAF LIGHT SHADE -
  4024.97                       99.88
  MAX REFUND VALUE $97.64/4
------------FED Customer----------
516.06 2.25 Percent Off        -11.61
MUST RETURN ALL ITEMS FOR A FULL REFUND
---------------------------------

                SUBTOTAL      504.45
                SALES TAX       2.35
TAX EXEMPT
                TOTAL        $506.80
XXXXXXXXXXXXX6720 MASTERCARD
                        USD$ 506.80
AUTH CODE 095533/557394/7          TA
AID A0000000041010         MASTERCARD

P O. N JOB NAML : 0

AR02127

Jon Young    R-74

See ... of receipt for your chance
to w ... ID #:7H4F1G&Q196

# Walmart :¥:.

029-808J Mgr:DONALD CELSO
4855 KIETZKE LN
RENO NV 895..

| | | | | |
|---|---|---|---|---|
| S1R ... GP# 008343 TEM 50 (R& 0/631 | | | | |
| h21. QUER | 007846246004 | | 3.98 | X |
| EQUAIL BLAH | 060113122309 | | 0.97 | X |
| EQUAIL BLAU | 060113122309 | | 0.97 | X |
| EQUGI HEAU | 060113122309 | | 0.97 | X |

** UPGRD ENTRY **

| EQUAI HU | 060113122309 | 0.97 X |
|---|---|---|
| FUI AU | 060113122307 | 5.7 X |
| FU ... HUU | 060113122406 | 6.97 X |
| EU HU | 060113122406 | 6.97 X |
| EU | 060113122406 | 6.97 X |
| EU | 060113122406 | 6.97 X |

```
                  SUBTOTAL      39.57
        X 1   0.265 %           3.27
                    TOTAL      42.84
                HCARD TEND      42.84
MASI ... A/20 1 2 APPR#058263
REF & ... 406246
PAYMEN ... VICE - A
AID A0q00000841010
TC 41670F09F23E7203
TERMINAL # SC010172
*NO SIGNATURE REQUIRED*
     08/26/18        17:27.13
              CHANGE DUE        0.00
        0 ITEMS SOLD 0
    TC# 0529 8441 6309 5255 5668
```

     08/26/18        17:27:13
        ***CUSTOMER COPY***
Use Walmart Pay to save your receipts.





Jon Young.

R->5

See back of receipt for your chance
to win $1000 ID #.7M4FORRPY7F

# Walmart ><

775-829-8088 Mgr:DONALD CELSO
4855 KIETZKE LN
RENO NV 89509

ST# 02189 OP# 009036 TE# 36 TR# 04693

| | | |
|---|---|---|
| WIPE | 065362134008 | 1.67 X |
| WIPE | 065362134008 | 1.67 X |
| WIPE | 065362134008 | 1.67 X |
| WIPE | 065362134008 | 1.67 X |
| EQ WIPES | 068113110523 | 3.97 X |
| WIPE | 065362134008 | 1.67 X |
| WIPE | 065362134008 | 1.67 X |
| WIPE | 065362134008 | 1.67 X |
| WIPE | 065362134008 | 1.67 X |
| 3M ADV ALLRG | 005114191098 | 15.88 X |
| 3M ADV ALLRG | 005114191098 | 15.88 X |
| 3M ADV ALLRG | 005114191098 | 15.88 X |
| 3M ADV ALLRG | 005114191098 | 15.88 X |
| 3M ADV ALLRG | 005114191098 | 15.88 X |
| 3M ADV ALLRG | 005114191098 | 15.88 X |
| 3M ADV ALLRG | 005114191098 | 15.88 X |
| 3M ADV ALLRG | 005114191098 | 15.88 X |
| 3M ADV ALLRG | 005114191098 | 15.88 X |
| 3M ADV ALLRG | 005114191098 | 15.88 X |
| 3M ADV ALLRG | 005114191098 | 15.88 X |
| ID REQUIRED - 18 | | |
| 10-OUNCE AE | 081119601266 | 12.97 X |
| ID REQUIRED - 18 | | |
| 10-OUNCE AE | 081119601266 | 12.97 X |
| ID REQUIRED - 18 | | |
| 10-OUNCE AE | 081119601116 | 8.63 X |
| EQ SALINE | 068113170024 | 1.97 X |
| EQ SALINE | 068113170024 | 1.97 X |
| EQ SALINE | 068113170024 | 1.97 X |
| EQ SALINE | 068113170024 | 1.97 X |
| EQ SALINE | 068113170024 | 1.97 X |
| EQ SALINE | 068113170024 | 1.97 X |
| EQ SALINE | 068113170024 | 1.97 X |
| EQ SALINE | 068113170024 | 1.97 X |
| EQ SALINE | 068113170024 | 1.97 X |
| EQ SALINE | 068113170024 | 1.97 X |
| EQ SALINE | 068113170024 | 1.97 X |
| EQ SALINE | 068113170024 | 1.97 X |
| EQ SALINE | 068113170024 | 1.97 X |
| EQ SALINE | 068113170024 | 1.97 X |
| EQ SALINE | 068113170024 | 1.97 X |
| EQ SALINE | 068113170024 | 1.97 X |
| ADV LG 200CT | 030573016949 | 18.74 X |
| ADVIL TABS | 030573015475 | 13.94 X |
| CARMEX | 008307811315 | 0.98 X |
| CARMEX | 008307811315 | 0.98 X |
| CARMEX | 008307811315 | 0.98 X |
| CARMEX | 008307811315 | 0.98 X |
| CARMEX | 008307811315 | 0.98 X |
| CARMEX | 008307811315 | 0.98 X |
| CARMEX | 008307811315 | 0.98 X |
| CARMEX | 008307811315 | 0.98 X |
| CARMEX | 008307811315 | 0.98 X |
| CARMEX | 008307811315 | 0.98 X |

SUBTOTAL        287.65
TAX 1   8.265 %        23.77
TOTAL        311.42
MCARD TEND        311.42

MASTERCARD- 6720 I 2 APPR#009931
REF # 1042000314
AID A0000000041010
TC 8E0F4CB31A63C05C
TERMINAL # SC010427
*NO SIGNATURE REQUIRED*

AR02129

# 2018 BURNING MAN GOV'T CONTRACTING DOCUMENTATION

## TABLE OF CONTENTS

**CONTINUING CONTRACT – 2018 LAW ENFORCEMENT ASSISTANCE**      **1**

L18PG00106 USDA FOREST SERVICE      1.1

**ONE TIME CONTRACT – 2018 VHF DIGITAL BASE STATION**      **2**

140L3918F0058 RELM COMMUNICATIONS, INC.      2.1

**CONTINUING CONTRACT – 2018 MICROWAVE WIRELESS INTERNET SERVICES AND SUPPORT TO BLM NV DURING PERMITTED SPECIAL EVENT**      **3**

140L3918P0119 HIGH DESERT INTERNET SERVICES      3.1

**CONTINUING CONTRACTING – 2018 DISPATCH TECHNICIAN SERVICES AND SUPPORT TO BLM NV DURING PERMITTED SPECIAL EVENT**      **4**

140L3918P0120 LAW ENFORCEMENT TEMPORARY PLACEMENT SERVICE      4.1

**CONTINUING CONTRACTING – 2018 IP NETWORK, TECHNICAL SERVICES AND SUPPORT TO BLM NV DURING PERMITTED SPECIAL EVENT**      **5**

140L3918P0122 HIGH DESERT INTERNET SERVICES      5.1

**CONTINUING CONTRACTING – 2018 PUMPING SEPTIC TANKS BLACK ROCK STATION**      **6**

140L3918P0135 WATERS SEPTIC TANK SERVICE      6.1

**CONTINUING CONTRACTING – 2018 SATELLITE TRACKING SERVICE**      **7**

140L3918P0161 STROHMAN, JOE      7.1

**ONE TIME CONTRACT – 2018 BURNING MAN GENERATOR POWER HOOK-UP**      **8**

140L3918P0163 BRUNO'S COUNTRY CLUB, LLC.      8.1

**ONE TIME CONTRACT – 2018 BURNING MAN MEDICAL SUPPORT**      **9**

L18PG00086 HEALTH AND HUMAN SERVICES (HHS)      9.1

AR02130

# UNITED STATES DEPARTMENT OF THE INTERIOR
INTER/INTRA-AGENCY AGREEMENT (IAA)

**1. Period of Performance**

| | START | END |
|---|---|---|
| | 08/21/18 | 09/30/2017 |

Buyer has work performed for them by the Seller named in item 6b.    Seller to perform work as described herein for the agency named in item 6a.

**SEE INSTRUCTIONS ON PAGE 2**

**2. Common Document Number (Agreement Number)**
L18PG00106     Page 1 of 4

**3. Check appropriate box**
☐ Original   ☒ Modification No. P00001   ☐ Severable   ☐ Non-Severable

**4. Under the authority of (Cite authority):**
☐ 43 U.S.C. 1701 et seq., (FLPMA)
☐ Department of the Interior Appropriation Act for FY
☒ 31 U.S.C. 1535 (Economy Act)
☐ Working Capital Fund (WCF)
☐ Other: 46 USC 1701 Service First Agreement

**5. Description of Work:**  SEE Articles          **PROJECT TITLE:**  Burning Man 2018 LE Support

## Seller

| Buyer | Seller |
|---|---|
| 6a. Agency:   Bureau of Land Management , Carson City District | Agency:   USFS Intermountain Region |
| Address:   1340 Financial Blvd | Address:   FEDERAL BLDG 324 25TH STREET |
| Address:   Reno, NV 89502 | Address:   ODGEN, UTAH 84402 |
| Administrative POC   David Appold  dappold@blm.gov | Administrative POC.   Ragan Hall |
| Email:        Phone  775-861-6417     Fax | Email:  rdhall@fs.fed.us     Phone  801-625-5780    Fax: |
| Technical Point of Contact:   Becky Andres  Email: randres@blm.gov | Technical Point of Contact:   Larry Hall, lhall@fs.fed.us |
| Phone   775- 862-6444   Fax | Phone   801-625-5582    Fax: |

### ACCOUNT DATA

| | BUYER | SELLER |
|---|---|---|
| 7. Agency Location Code | 7a. 14-11-008 | 7b. 12-40-1110 |
| 8. BPN Number (DUNS #) FSN | 8a. 084359236 | 8b. 92-9332484 |
| 9. Treasury Account Symbol (TAS) | 9a. 14X5017 | 9b. 12X11115 |
| 10. Standard General Ledger | 10a. | 10b. |
| 11. Cost Structure/Account  CC/FA/WBS | 11a. LLNVW03500 L51050000.EA0000 LV.RC F1805950 18X ($2,654.86) | 11b. 2510 |
| 12. Business Event Type Code | 12a. DISB | 12b. COLL |
| 13. Requisition Number for Buyer Project Account for Seller  WBS | 13a. | 13b. |
| 14. Contract Line Number for Buyer/ Proposal Number or Sales Order # for Seller | 14a. 0010 | 14b. |
| 15. Buyer  provide Expiration of Funding Source  (Date or indefinite) | 15a. 09/30/2018 | 15b. NOTE: Seller, ensure project completion by this date (Seller must not incur additional costs) See Block 15a |

**16. Amount Obligated by Buyer**

| | |
|---|---|
| a. Initial or current  obligation: | $40,000.00 |
| b. Modification Amount (check one)  ☐ Increase  ☒ Decrease | $2,654.86 |
| c. Total obligation: | $37,345.14 |

**17. Bill To (Name and Address, including zip code of Finance Office):**
Name:   OC622 – Payments Section, BLM
Address:   Denver Federal Bldg, 50, P.O. Box 25047
Address:   Denver, CO 80225

**18** Billing for Federal Agencies and DOD will be processed via IPAC (billing will be done ☐ bi-weekly ☒ monthly ☐ quarterly ☐ in advance)

Upon Approval, this agreement constitutes an obligation against Buyer requesting the work; or authority to proceed with work by Seller for the herein named agency in anticipation of reimbursement.

**19.** Approved for Buyer:  DAVID APPOLD  Digitally signed by DAVID APPOLD  Date: 2019.02.06 14:40:07 -08'00'
(Contracting Officer or other Authorized Signature) *other only for WCF

**20.** Approved by Seller:  Scott Harris
(Seller's Authorizing Signature)

**19a.** Name (Type):   David W. Appold

**20a.** Name (Type)  Scott Harris

AR02131

AR02132

IAA# L18PG00106 MOD P00001 - ARTICLES

I.  PROJECT TITLE:

2018 Burning Man Event

USFS Law Enforcement (LEOs) assistance at the Burning Man Event in the Black Rock High Rock National Conservation Area (NCA)

II.  OBJECTIVE:

The purpose of this modification is to deobligate excess funds from line item 0010 as follows:

A.  Line item 0010 is decrease by $2,654.86 from $40,000.00 to $37,345.14.

B.  The total amount of the IAA is now $37,345.14

III.  POINTS OF CONTACT:

Changes to the Points of Contact identified below may be made by written notification to each of the parties under this IAA.

REQUESTING AGENCY (BLM)                 SERVICING AGENCY (USFS)

Technical Contact                       Technical Contact
Name:     Becky Andres                  Name: Larry Hall
Title:    Staff LE Ranger               Title: Patrol Commander
Address:  1340 Financial Blvd           Address: Federal Bldg 324 25th St

          Reno, NV  89502               Ogden, UT 84401
Phone:    (775) 861-6444                Phone: 801-625-5582
Email:    randres@blm.gov               Email: lhall@fs.fed.us

Contracting Contact                     Contracting Contact
Name:     Dave Appold                   Name:     Ragan Hall
Title:    Supervisory Procurement Analyst  Title:   Administrative Specialist
Address:  1340 Financial Blvd           Address:  Federal Bldg 324 25th St
          Reno, NV  89502                         Ogden, UT 84401
Phone:    (775) 861-6417                Phone:    801-625-5780
Email:    dappold@blm.gov               Email:    rdhall@fs.fed.us

Billing Contact                         Billing Contact
OC622- Payments Section                 Same as Technical Contact
Bureau of Land Management
Denver Federal Center, Bldg. 50
P.O. Box 25047
Denver, CO 80225

AR02133

AR02134

# UNITED STATES DEPARTMENT OF THE INTERIOR
## INTER/INTRA-AGENCY AGREEMENT (IAA)

**1. Period of Performance**

| START | END |
|---|---|
| 08/21/18 | 09/30/2017 |

Buyer has work performed for them by the Seller named in item 6b.   Seller to perform work as described herein for the agency named in item 6a.

**SEE INSTRUCTIONS ON PAGE 2**

**2. Common Document Number (Agreement Number)**
L18PG00106      Page 1 of 4

**3. Check appropriate box**
☒ Original      ☐ Modification No.      ☐ Severable   ☐ Non-Severable

**4. Under the authority of (Cite authorities):**
☐ 43 U.S.C. 1701 et seq., (FLPMA)
☐ Department of the Interior Appropriation Act for FY
☒ 31 U.S.C.1535 (Economy Act)

☐ Working Capital Fund (WCF)
☐ Other: 46 USC 1701 Service First Agreement

**5. Description of Work:  SEE Articles**

**PROJECT TITLE:**   Burning Man 2018 LE Support

|  | Seller |
|---|---|
| **6a.  Agency:**   Bureau of Land Management , Carson City District<br>Address:   1340 Financial Blvd<br>Address:   Reno, NV 89502<br>Administrative POC    David Appold   dappold@blm.gov<br><br>Email:   Phone  775-861-6417   Fax<br><br>Technical Point of Contact:   Becky Andres   Email: randres@blm.gov<br><br>Phone   775- 862-6444   Fax | **Agency:**   USFS Intermountain Region<br>Address:   FEDERAL BLDG 324 25TH STREET<br>Address:   ODGEN, UTAH 84402<br>Administrative POC:   Ragan Hall<br>Email:   rdhall@fs.fed.us   Phone  **801-625-5780**   Fax:<br><br>Technical Point of Contact:   Larry Hall,  lhall@fs.fed.us<br><br>Phone   801-625-5582   Fax: |

| **ACCOUNT DATA** | **BUYER** | **SELLER** |
|---|---|---|
| Agency Location Code | 7a  14-11-008 | 7b  12-40-1110 |
| BPN Number (DUNS #) FSN | 8a.  084359236 | 8b  92-9332484 |
| 9.  Treasury Account Symbol (TAS) | 9a.  14X5017 | 9b.  12X11115 |
| 10.  Standard General Ledger | 10a. | 10b. |
| 11.  Cost Structure/Account  CC/FA/WBS | 11a LLNVW03500 L51050000.EA0000 LV.RC.F1805950 18X $40,000.00 | 11b.  2510 |
| 12. Business Event Type Code | 12a DISB | 12b COLL |
| 13.  Requisition Number for Buyer Project Account for Seller   WBS | 13a | 13b. |
| 14.  Contract Line Number for Buyer/ Proposal Number or Sales Order # for Seller | 14a.0010 | 14b. |
| 15. Buyer  provide Expiration of Funding Source  (Date or Indefinite) | 15a.09/30/2018 | 15b. NOTE: Seller, ensure project completion by this expiration date (Seller must not incur additional costs) See Block 15a |

**16. Amount Obligated by Buyer**

| a. Initial or current  obligation: | $40,000.00 |
|---|---|
| b. Modification Amount (check one)<br>☐ Increase   ☐ Decrease | $ |
| c. Total obligation: | $40,000.00 |

**17. Bill To (Name and Address, including zip code of Finance Office):**
Name:   OC622 - Payments Section, BLM
Address:   Denver Federal Bldg, 50, P.O. Box 25047
Address:   Denver, CO 80225

**18.** Billing for Federal Agencies and DOD will be processed via IPAC (billing will be done ☐ bi-weekly ☒ monthly ☐ quarterly ☐ in advance)

Upon Approval, this agreement constitutes an obligation against Buyer requesting the work; or authority to proceed with work by Seller for the herein named agency in anticipation of reimbursement.

**Approved for Buyer:**   DAVID APPOLD  Digitally signed by DAVID APPOLD Date: 2018.06.12 16:49:02 -07'00'
Contracting Officer or other Authorized Signature   *other only for WCF

**20. Approved by Seller:**  _____  6/12/18
(Seller's Authorizing Signature )

**19a.  Name (Type):**   David W. Appold

**20a.  Name (Type):**   Scott Harris

AR02135

| 19b. Title: | 19c. Date: | 20b. Title Budget Analyst *Hagan+Vall* | 20c. Date: 6/12/18 |
|---|---|---|---|

## INSTRUCTIONS FOR INTER/INTRA-AGENCY AGREEMENT (IAA)
*NOTE: Information highlighted is to be completed by, or obtained from, the Seller Agency*

### IAA – BUYER TO HAVE WORK PERFORMED BY A PARTICIPATING (SELLER) AGENCY
*Note: Complete Items below for a single funding line – continuation page is required for multiple lines of funding
The Buyer executes this form, completes and obligates information under Buyer data elements.

1. Enter the start and end date (period of performance) in which work will be completed.
2. Enter the Common Document Number (Inter/intra Agency Agreement number).
3. Check "Original" if first submission, "Modification" and enter modification number if modification.
4. Check 31 U.S.C. 1535" unless another specific legislative authority exists, in which case that authority is shown under "other". If 31 U.S.C. 1535 is checked, an Economy Act Determination must be prepared by the project manager and approved by a warranted Contracting Officer with delegated authority.
5. Provide a Project Title and description of the work to be performed in accordance with Acquisition, Section 1510-17.5.
6. Enter the Buyer Agency office name, city, state, zip code, Buyer technical and administrative contact names and phone nos. with area code, also include fax and Email address.
6a. Enter the Seller Agency office name, city, State, Buyer technical and administrative contact names and phone nos. with area code, also include fax and Email address. These fields can be completed by the Seller if unknown to the Buyer.
This data will be referenced on your Treasury IPAC bill
7a. Provide your 8 digit Agency Location Code (ALC) assigned by Treasury.
8a. Type your Business Partner Network Number (DUNS No.) as registered in Federal Register, this is also referred to as the FSN for Dept. of Defense.
9a. Provide the Treasury Account Symbol (TAS) for this funding line.
10a. Determine the Treasury Standard General Ledger accounts (SGL) for this funding request.
11a. Enter the account cost structure for your Agency. This may include an office identifier, program and budget object class.
12a. Provide the Business Event Type Code (BETC) for this action.
13a. Type the Requisition Number referenced to support this Agreement.
14a. Contract Line Number for this funding.
15a. Provide the Fund Expiration date, or type 'Indefinite' (for no year funds).

*Items 9a – 14a are specific for each line of funding on the obligation document. See * above.

7b-14b. Seller Agency completes these items.
This data will be used to cross-reference the IA with the Seller's reimbursable account.

16. For an original IA; enter the amount to complete items a, c, and d. For modification; complete items a, b, c, and d.
16a. Enter the Initial or current obligation amount
16b. Enter the Modification Amount
16c. Check appropriate box to indicate if the funding is being increased or decreased by this action.
17. Enter the Buyer Agency, Bill To - Finance Office address, include office name, city, state, and zip code.
Forward a copy of this draft Agreement for completion of the Seller Agency account data.
Obtain a signed, accepted copy of this Agreement from the Buyer Agency.
Ensure that the data elements in 7b-14b have been completed.
18. Check the preferred billing schedule for the Buyer Agency and ensure that the term is acceptable for both Buyer and Seller.
19. IA must be signed by a warranted Contracting Officer with delegated authority. IA is not signed by the Buyer until approved in block 20 by the participating agency.
20. Signature of approving official for the participating agency.
Send a fully executed copy of this Agreement to the Seller Agency after obligation is recorded in the Financial System via the IDEAS/PRISM system.

### PARTICIPATING SELLER AGENCY TO SUPPORT THE BUYER AGENCY

The Draft IAA is received for completion by the Seller Agency.
This data will be used to cross-reference the IAA with the Seller Agency's reimbursable account in FFS or SAP.

6b. Enter the Seller Agency office name, city, State, Buyer technical and administrative contact names and phone nos. with area code, also include fax and Email address. These fields can be completed by the Buyer
7b. Provide your 8 digit Agency Location Code (ALC) assigned by Treasury.
8b. Type your Business Partner Network Number (DUNS No.) as registered in Federal Register, this is also referred to as the FSN for Dept. of Defense
9b. Provide the Treasury Account Symbol (TAS) for this funding line.
10b. Determine the Treasury Standard General Ledger accounts (SGL) for your reimbursable account.
11b. Enter the cost structure / account classification for your Agency's reimbursable. This may include an office identifier, program and budget object class. (Note: This cost structure must be charged with time or expenditures for billing to occur.)
12b. Provide the Business Event Type Code (BETC) for this action.
13b. Type the Project or Job Number assigned to track expenses for completing the work requested in Agreement.
14b. Enter any additional Seller account reference data. (Project code assigned, Proposal number, sub-agreement contract reference)
15b. Seller to ensure completion by this date (No additional costs may be incurred).
16. To be completed by Buyer
17. Ensure that the billing term is acceptable by Seller Agency.
20. Ensure that the approval signature is an agent authorized to accept or behalf of the Seller Agency.

AR02136

**Return the IAA copy to the Contracting Officer for execution and obligation.**
After Receipt of the fully executed copy of this Agreement, create a reimbursable account in FFS, PCAS or SAP, SD to track expenses that will be IPAC
   billed against this Obligation.

AR02137

IAA# L18PG00106 ARTICLES

I.    PROJECT TITLE:

      2018 Burning Man Event

      USFS Law Enforcement (LEOs) assistance at the Burning Man Event in the Black Rock High Rock
      National Conservation Area (NCA)

II.   OBJECTIVE:

      The objective of this agreement is to provide a means by which an exchange of funds may be
      completed for law enforcement services rendered by the United States Forest Service (USFS) to the
      Bureau of Land Management (BLM) during the 2018 Burning Man Event. This event occurs each
      year and in the past BLM has not been able to provide enough law enforcement officers to
      adequately staff the Burning Man Event.   The operational period of the event is 8/23/18-9/03/18.

III.  STATEMENT OF WORK:

      A. USFS agrees:
             (1)  To provide law enforcement officers and patrol vehicles to provide law
                  enforcement patrol of BLM lands during the Burning Man Event as
                  determined by the BLM.
             (2)  LEOs must participate in mandatory "cross designation" training prior to
                  deployment (4 hours).

      B. BLM agrees to provide the following:
             (1)  Handheld radios/frequencies to participating LEOs
             (2)  Operational Plans
             (3)  Housing at Bruno's Motel
             (4)  Meals during the event
             (5)  Instruction on BLM policies, regulations, practices
             (6)  To pay for all labor, vehicle utilization, travel related expenses and per diem

IV.   REPORTS:

      The Forest Service personnel will be required to submit to the Law Enforcement Branch Chief, or
      other designated person, all law enforcement reports generated during the course of the detail.
      These reports include but are not limited to; arrest reports, violation notices, and accident reports.

V.    AVAILABILITY OF FUNDS

      The availability of the parties to carry out their responsibilities under this IAA is subject to their
      representative funding procedures and the availability of funds. Should either party encounter
      budgetary problems in the course of its respective internal procedures which may affect the
      activities to be carried out under this IAA, that party will notify the other party in a timely
      manner.

      **Available funding provided by the BLM under this IAA expires September 24, 2018.**

AR02138

VI.   SETTLEMENT OF DISPUTES:

The parties under this IAA are responsible for resolving any disputes that may arise within 30 business days of the billing date. If a resolution cannot be achieved during this 30-day period, the matter will then be referred to the Department of Interior Financial Management Office (PFM) http://www.doi.gov/pfm/.

VII.   FINANCIAL ARRANGEMENTS (PAYMENT):

This IAA is not to exceed the amount as stated herein [inclusive of all Modifications.]. The charges for goods/services will include both direct and indirect costs applicable to this IAA. (BLM requires the specific Indirect Cost Rate to be identified in this section. IF you have received approval from the Bureau Budget Officer to waive or reduce the Indirect Cost Rate, indicate so in this section). For (WO800) time and materials based IAAs, the final charge for the work will be based on the actual costs incurred. For fixed price IAAs, the final charge will be the charge negotiated between the BLM and the USFS. When advance payment has been made on a reimbursable based IAA and the actual costs are less than the estimate, the difference will be refunded.

The USFS will submit their billing through the Intra-Governmental Payment and Collection (IPAC) system or the Intra-Governmental Transaction Portal, whichever is applicable. The bill will reference the BLM Dunn and Bradstreet Number, the Requesting Agency Location Code, The Treasury Account Symbol, the Accounting Classification Reference Code(s), the Obligating Document Number, a brief description of the services performed, and the Accounts Payable point-of-contact name and phone number.

A copy of the supporting documentation will be forwarded to the BLM initiating office when the bill is prepared. Payment will be made upon delivery or upon completion of the work (*Note: to CO: recommend coordination with USFS's billing POC to discuss billing frequency.)

The BLM shall not be obligated to pay for, nor will the USFS be obligated to perform any effort that will require the expenditure of funds above the obligated amount.

**USFS agrees to submit IPAC before September 24, 2018.**

VIII.   TERM OF IAA:

This IAA shall become effective upon signature by both parties. Unless completed early, or terminated in accordance with paragraph IX, this IAA expires September 30, 2018. If extended by bilateral modification through coordinated with the BLM Nevada State Office duration shall not exceed (two years after contract). The IAA # L18PG00106, IAA Articles and Statement of Work included in this package are all part of the agreement that is being entered into.

IX.   TERMINATION:

This IAA may be terminated by either party upon 30 days written notice. If the IAA is cancelled by the BLM, the USFS will be reimbursed for costs incurred prior to cancellation, plus any termination costs. All costs claimed by the USFS must be itemized and furnished to the BLM.

X.   MODIFYING THE IAA:

AR02139

Either party under this IAA may propose to make changes under this IAA by notifying the other party in writing. All changes under this IAA must be modified and agreed upon by both parties in writing.

XI.     POINTS OF CONTACT:

Changes to the Points of Contact identified below may be made by written notification to each of the parties under this IAA.

REQUESTING AGENCY (BLM)                      SERVICING AGENCY (USFS)

Technical Contact                                             Technical Contact
Name:       Becky Andres                            Name: Larry Hall
Title:          Staff LE Ranger                         Title: Patrol Commander
Address:    1340 Financial Blvd                   Address: Federal Bldg 324 25th St

                   Reno, NV 89502                     Ogden, UT 84401
Phone:      (775) 861-6444                           Phone: 801-625-5582
Email:       randres@blm.gov                        Email: lhall@fs.fed.us

Contracting Contact                                        Contracting Contact
Name:       Dave Appold                             Name:       Ragan Hall
Title:          Supervisory Procurement Analyst     Title:          Administrative Specialist
Address:    1340 Financial Blvd                   Address:    Federal Bldg 324 25th St
                   Reno, NV 89502                                      Ogden, UT 84401
Phone:      (775) 861-6417                           Phone:      801-625-5780
Email:       dappold@blm.gov                        Email:       rdhall@fs.fed.us

Billing Contact                                               Billing Contact
OC622- Payments Section                          Same as Technical Contact
Bureau of Land Management
Denver Federal Center, Bldg. 50
P.O. Box 25047
Denver, CO 80225

AR02140

IAA# L18PG00106 ARTICLES

I.   PROJECT TITLE:

2018 Burning Man Event

USFS Law Enforcement (LEOs) assistance at the Burning Man Event in the Black Rock High Rock National Conservation Area (NCA)

II.   OBJECTIVE:

The objective of this agreement is to provide a means by which an exchange of funds may be completed for law enforcement services rendered by the United States Forest Service (USFS) to the Bureau of Land Management (BLM) during the 2018 Burning Man Event. This event occurs each year and in the past BLM has not been able to provide enough law enforcement officers to adequately staff the Burning Man Event.   The operational period of the event is 8/23/18-9/03/18.

III.   STATEMENT OF WORK:

A.  USFS agrees:

(1)  To provide law enforcement officers and patrol vehicles to provide law enforcement patrol of BLM lands during the Burning Man Event as determined by the BLM.

(2)  LEOs must participate in mandatory "cross designation" training prior to deployment (4 hours).

B.  BLM agrees to provide the following:

(1)  Handheld radios/frequencies to participating LEOs

(2)  Operational Plans

(3)  Housing at Bruno's Motel

(4)  Meals during the event

(5)  Instruction on BLM policies, regulations, practices

(6)  To pay for all labor, vehicle utilization, travel related expenses and per diem

IV.   REPORTS:

The Forest Service personnel will be required to submit to the Law Enforcement Branch Chief, or other designated person, all law enforcement reports generated during the course of the detail. These reports include but are not limited to; arrest reports, violation notices, and accident reports.

V.   AVAILABILITY OF FUNDS

The availability of the parties to carry out their responsibilities under this IAA is subject to their representative funding procedures and the availability of funds. Should either party encounter budgetary problems in the course of its respective internal procedures which may affect the activities to be carried out under this IAA, that party will notify the other party in a timely manner.

**Available funding provided by the BLM under this IAA expires September 24, 2018.**

AR02141

VI.   SETTLEMENT OF DISPUTES:

The parties under this IAA are responsible for resolving any disputes that may arise within 30 business days of the billing date. If a resolution cannot be achieved during this 30-day period, the matter will then be referred to the Department of Interior Financial Management Office (PFM) http://www.doi.gov/pfm/.

VII.   FINANCIAL ARRANGEMENTS (PAYMENT):

This IAA is not to exceed the amount as stated herein [inclusive of all Modifications.]. The charges for goods/services will include both direct and indirect costs applicable to this IAA. (BLM requires the specific Indirect Cost Rate to be identified in this section. IF you have received approval from the Bureau Budget Officer to waive or reduce the Indirect Cost Rate, indicate so in this section). For (WO800) time and materials based IAAs, the final charge for the work will be based on the actual costs incurred. For fixed price IAAs, the final charge will be the charge negotiated between the BLM and the USFS. When advance payment has been made on a reimbursable based IAA and the actual costs are less than the estimate, the difference will be refunded.

The USFS will submit their billing through the Intra-Governmental Payment and Collection (IPAC) system or the Intra-Governmental Transaction Portal, whichever is applicable. The bill will reference the BLM Dunn and Bradstreet Number, the Requesting Agency Location Code, The Treasury Account Symbol, the Accounting Classification Reference Code(s), the Obligating Document Number, a brief description of the services performed, and the Accounts Payable point-of-contact name and phone number.

A copy of the supporting documentation will be forwarded to the BLM initiating office when the bill is prepared. Payment will be made upon delivery or upon completion of the work (*Note: to CO: recommend coordination with USFS's billing POC to discuss billing frequency.

The BLM shall not be obligated to pay for, nor will the USFS be obligated to perform any effort that will require the expenditure of funds above the obligated amount.

**USFS agrees to submit IPAC before September 24, 2018.**

VIII.   TERM OF IAA:

This IAA shall become effective upon signature by both parties. Unless completed early, or terminated in accordance with paragraph IX, this IAA expires September 30, 2018. If extended by bilateral modification through coordinated with the BLM Nevada State Office duration shall not exceed (two years after contract). The IAA # L18PG00106, IAA Articles and Statement of Work included in this package are all part of the agreement that is being entered into.

IX.   TERMINATION:

This IAA may be terminated by either party upon 30 days written notice. If the IAA is cancelled by the BLM, the USFS will be reimbursed for costs incurred prior to cancellation, plus any termination costs. All costs claimed by the USFS must be itemized and furnished to the BLM.

X.   MODIFYING THE IAA:

**AR02142**

Either party under this IAA may propose to make changes under this IAA by notifying the other party in writing. All changes under this IAA must be modified and agreed upon by both parties in writing.

XI.     POINTS OF CONTACT:

Changes to the Points of Contact identified below may be made by written notification to each of the parties under this IAA.

**REQUESTING AGENCY (BLM)**

Technical Contact
Name:        Becky Andres
Title:          Staff LE Ranger
Address:     1340 Financial Blvd

                    Reno, NV  89502
Phone:       (775) 861-6444
Email:        randres@blm.gov

Contracting Contact
Name:        Dave Appold
Title:          Supervisory Procurement Analyst
Address:     1340 Financial Blvd
                    Reno, NV  89502
Phone:       (775) 861-6417
Email:        dappold@blm.gov

Billing Contact
OC622- Payments Section
Bureau of Land Management
Denver Federal Center, Bldg. 50
P.O. Box 25047
Denver, CO 80225

**SERVICING AGENCY (USFS)**

Technical Contact
Name: Larry Hall
Title: Patrol Commander
Address: Federal Bldg 324 25th St

Ogden, UT 84401
Phone: 801-625-5582
Email: lhall@fs.fed.us

Contracting Contact
Name:        Ragan Hall
Title:          Administrative Specialist
Address:     Federal Bldg 324 25th St
                    Ogden, UT 84401
Phone:       801-625-5780
Email:        rdhall@fs.fed.us

Billing Contact
Same as Technical Contact

AR02143

AR02144

| INTERAGENCY AGREEMENT | | 1. IAA NO L18PG00106 | | PAGE 1 | OF 2 |
|---|---|---|---|---|---|
| 2. ORDER NO | | 3. REQUISITION NO. 0040398226 | | 4. SOLICITATION NO. | |

| ~~ECTIVE DATE~~ 21/2018 | 6. AWARD DATE 06/13/2018 | 7. PERIOD OF PERFORMANCE 08/21/2018 TO 09/30/2018 |
|---|---|---|

| ~~8~~. SERVICING AGENCY | 9. DELIVER TO |
|---|---|
| USDA FOREST SERVICE<br>ALC:<br>DUNS: 929332484 +4:<br>201 14TH ST SW<br>WASHINGTON DC 20024<br><br><br>POC   ATTN GOVERNMENT POC<br>TELEPHONE NO.  000-000-0000 | BLM-NV WINNEMUCCA DISTRICT OFFICE<br>5100 E WINNEMUCCA BLVD<br>WINNEMUCCA NV 89445<br>US |

| 10. REQUESTING AGENCY | 11. INVOICE OFFICE |
|---|---|
| L NV-STATE OFC BDGT&FIN SVCS(NV955)<br>ALC:<br>DUNS:  +4:<br>1340 FINANCIAL BLVD.<br>RENO NV 89502<br><br>POC<br>TELEPHONE NO | OC622 - PAYMENTS SECTION<br>BUREAU OF LAND MANAGEMENT<br>DENVER FEDERAL CENTER, BLDG. 50<br>MS OC-620 Payments<br>PO BOX 25047<br>DENVER CO 80225 |

| 12. ISSUING OFFICE | 13. LEGISLATIVE AUTHORITY |
|---|---|
| BLM NV-STATE OFC BGT&FIN SVC(NV955)<br>1340 FINANCIAL BLVD.<br>O NV 89502 | 31 USC 1535 Economy Act of 1932, as amended |
| | 14. PROJECT ID |
| | 15. PROJECT TITLE BURNING MAN 2018 LAW ENFORCEMENT PARTROLS |

| 16. ACCOUNTING DATA 01 | | | | | |
|---|---|---|---|---|---|

| 17. ITEM NO | 18. SUPPLIES/SERVICES | 19. QUANTITY | 20. UNIT | 21. UNIT PRICE | 22. AMOUNT |
|---|---|---|---|---|---|
| | Header Text: INTERAGENCY AGREEMENT WITH USFS FOR LAW ENFORCEMENT PATROLS DURING THE BURNING MAN EVENT POC BECKY ANDRES 775-861-6444 Legacy Doc #: BLM CO Invoice Review Required: Y Delivery: 09/09/2018 Account Assignm: K G/L Account: 6100.252R0 Business Area: L000 Commitment Item: 252R00 Cost Center: LLNVW03500 Functional Area: L51050000.EA0000 Fund: 18XL5017AP Fund Center: LLNVW03500 Project/WBS: LV.RC.F1805950 PR Acct Assign: 01<br><br>Continued ... | | | | |

| 23. PAYMENT PROVISIONS | 24. TOTAL AMOUNT $40,000.00 |
|---|---|

| ~~SI~~GNATURE OF GOVERNMENT REPRESENTATIVE (SERVICING) | 26a. SIGNATURE OF GOVERNMENT REPRESENTATIVE (REQUESTING) DAVID APPOLD | Digitally signed by DAVID APPOLD Date: 2018.06.13 16:54:47 -07'00' |
|---|---|---|
| 25b. NAME AND TITLE | 25c. DATE | 26b. CONTRACTING OFFICER David Appold | 26c. DATE |

| IAA NO<br>L18PG00106 | ORDER NO | PAGE<br>2 | OF<br>2 |
| --- | --- | --- | --- |

00010   IAA with USFS LE for Burning Man 2018                                          40,000.00

       Period of Performance: 08/20/2018 to 09/09/2018


       The total amount of award: $40,000.00. The
       obligation for this award is shown in box 24.

AR02146

RECEIVED BY YOUR ALC
ALL TRANSACTIONS RECEIVED BY: 14110008    L18PG00106
INCLUDES THIRD PARTY SUBMITTER DATA

Start Date: 11/06/2018  End Date: 11/06/2018

| Originating ALC | Customer ALC | Submitter ALC | COLLECTION |
|---|---|---|---|
| 12401100 | 14110008 | 12060000 | |

| Document Reference Number | | Summary Amount | |
|---|---|---|---|
| 10077245 | | $8,969.17 | |

| Accomplished Date | Accounting Date | Number of Detail(s) | Originator DO Symbol |
|---|---|---|---|
| 11/06/2018 | 11/30/2018 | 1 | X1050 |

| ALC Contact | Contact Phone |
|---|---|
| | 18772433072 |

Contact Email

casey.blondeau@cfo.usda.gov

| Receiver Treasury Account Symbol | | | | | | | | Sender Treasury Account Symbol | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Detail Nr | SP | ATA | AID | BPOA | EPOA | A | MAIN SUB | Receiver DUNS+4 | SP | ATA | AID | BPOA | EPOA | A | MAIN SUB | Sender DUNS+4 |
| 1 | | 014 | | X | 5017 | 000 | | | | 012 | 2018 | 2021 | | 1106 | 000 | |

| Receiver BETC | Receiver DUNS | Sender BETC | Sender DUNS |
|---|---|---|---|
| DISB | | COLL | |

| Purchase Order Number | Invoice Number |
|---|---|
| L18PG00106 | L18PG00106 |

| Obligating Document Number | Requisition Number | Contract Number |
|---|---|---|
| L18PG00106 | L18PG00106 | 3002908873 |

| CLIN | Jas Number |
|---|---|
| 002 | FS.RA.0460.NF.XF42.8042R |

| ACT(trace number) | Job (Project) Number | Pay Flag |
|---|---|---|
| 0005000288 | L18PG00106 | F |

| Unit of Issue | Quantity | Unit Price | Detail Amount |
|---|---|---|---|
| VA | 1.00 | $8,969.17 | $8,969.17 |

| ACRN | Accounting Classification Code | FSN/AAA/ADSN | DOD Activity Address Code |
|---|---|---|---|
| DEFAULT | L18PG00106 | 0 | |

| Transaction Contact | Contact Phone |
|---|---|
| ALYSHA MARTINEZ | 999-999-9999 |

Transaction Description
LONG TEXT=OBLIG DOC# L18PG00106 IPAC MTHLY
IN ARREARS;PROJECT TITLE: 2018 BURNING MAN
EVENT:BLM POC:DAVID APPOLD 775-861-6417;FS
POC: RAGAN HALL 801-625-5780;FS AGR#
18-IA-11046000-042;;;;;;SPECIAL BILLING
REQUIREMENTS: B1, C1, C2;;

Miscellaneous Information

CUSTOMER=0005000288;PO=L18PG00106;SO=32000090
2/000010;REFERENCE=DEFAULT;ITEM
DESC=NRMG-18-IA-11046000-042;CONTRACT
START=08/01/2018;CONTRACT END=09/30/2018;

AR02148

RECEIVED BY YOUR ALC
ALL TRANSACTIONS RECEIVED BY: 14110008          L18PG00106
INCLUDES THIRD PARTY SUBMITTER DATA

Start Date: 09/18/2018  End Date: 09/18/2018

| Originating ALC | Customer ALC | Submitter ALC | COLLECTION |
|---|---|---|---|
| 12401100 | 14110008 | 12060000 | |

| Document Reference Number | Summary Amount |
|---|---|
| 10075811 | $28,375.97 |

| Accomplished Date | Accounting Date | Number of Detail(s) | Originator DO Symbol |
|---|---|---|---|
| 09/18/2018 | 09/30/2018 | 1 | X1050 |

| ALC Contact | | Contact Phone |
|---|---|---|
| | | 18772433072 |

Contact Email
casey.blondeau@cfo.usda.gov

Receiver Treasury Account Symbol          Sender Treasury Account Symbol

| Detail Nr | SP | ATA | AID | BPOA | EPOA | A | MAIN | SUB | Receiver DUNS+4 | SP | ATA | AID | BPOA | EPOA | A | MAIN | SUB | Sender DUNS+4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 014 | | | X | 5017 | 000 | | | 012 | 2018 | 2021 | | 1106 | 000 | | | |

| Receiver BETC | Receiver DUNS | Sender BETC | Sender DUNS |
|---|---|---|---|
| DISB | | COLL | |

| Purchase Order Number | Invoice Number |
|---|---|
| L18PG00106 | L18PG00106 |

| Obligating Document Number | Requistion Number | Contract Number |
|---|---|---|
| L18PG00106 | L18PG00106 | 3002873192 |

| CLIN | Jas Number |
|---|---|
| 002 | FS.RA.0460.NF.XF42.8042R |

| ACT(trace number) | Job (Project) Number | Pay Flag |
|---|---|---|
| 0005000288 | L18PG00106 | F |

| Unit of Issue | Quantity | Unit Price | Detail Amount |
|---|---|---|---|
| VA | 1.00 | $28,375.97 | $28,375.97 |

| ACRN | Accounting Classification Code | FSN/AAA/ADSN | DOD Activity Address Code |
|---|---|---|---|
| DEFAULT | L18PG00106 | 0 | |

| Transaction Contact | Contact Phone |
|---|---|
| ALYSHA MARTINEZ | 999-999-9999 |

Transaction Description
LONG TEXT=OBLIG DOC# L18PG00106 IPAC MTHLY IN ARREARS;PROJECT TITLE: 2018 BURNING MAN EVENT;BLM POC:DAVID APPOLD 775-861-6417;FS POC: RAGAN HALL 801-625-5780;FS AGR# 18-IA-11046000-042;;;;;SPECIAL BILLING REQUIREMENTS: B1, C1, C2;;

Miscellaneous Information
CUSTOMER=0005000288;PO=L18PG00106;SO=32000090 2/000010;REFERENCE=DEFAULT;ITEM DESC=NRMG-18-IA-11046000-042;CONTRACT START=08/01/2018;CONTRACT END=09/30/2018;

Report Requested by: Luana Pacheco

AR02149
IPACTransactionReportSelection

AR02150

**Dawn Crowder**

| | |
|---|---|
| om: | Hall, Ragan D -FS |
| nt: | Tuesday, June 12, 2018 1:29 PM |
| To: | David Appold |
| Subject: | RE: [EXTERNAL] Burning Man LE |
| Attachments: | burning man agreement.pdf |

David,  please see the attached signed agreement.  The sac signed for Larry Hall who is out of the office.

**From:** David Appold [mailto:dappold@blm.gov]
**Sent:** Monday, June 11, 2018 6:07 PM
**To:** Wagoner, Timothy - FS <timothywagoner@fs.fed.us>; Hall, Larry -FS <lhall@fs.fed.us>
**Cc:** Hall, Ragan D -FS <rdhall@fs.fed.us>; Rebecca Andres <randres@blm.gov>
**Subject:** RE: [EXTERNAL] Burning Man LE

Tim/Larry/Ragan,

Please see the attached cover and articles for your review and signature.

Thanks,

Dave

vid W. Appold
pervisory Procurement Analyst/Contracting Officer
BLM Nevada State Office
(O) 775-861-6417
(F) 775-861-6634
dappold@blm.gov

**From:** Wagoner, Timothy - FS <timothywagoner@fs.fed.us>
**Sent:** Thursday, May 31, 2018 12:18 PM
**To:** dappold@blm.gov
**Cc:** Hall, Ragan D -FS <rdhall@fs.fed.us>; randres@blm.gov
**Subject:** [EXTERNAL] Burning Man LE
**Importance:** High

Hi,

Please see the attached agreement for signature. If you have any questions please let me know.

anks,



**Tim Wagoner**
**Lead Grants Management Specialist**

**Forest Service**
**Region 4, AQM, Utah Acqusition Support Center**

p: 801-908-1921
f: 801-908-1930
timothywagoner@fs.fed.us

1749 W 500 S
Salt Lake City, UT 84104
www.fs.fed.us

**Caring for the land and serving people**

https://ems-team.usda.gov/sites/fs-niat-aqm-mgmt/GandA/SitePages/swinasb.aspx

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

AR02152

**Formatted address**

FOREST SERVICE
U.S. DEPARTMENT OF AGRICULTURE
201 14TH ST SW YATES BLDG
WASHINGTON DC  20002-6405

AR02153

AR02154

# INTER-AGENCY/INTRA-AGENCY AGREEMENT
# DETERMINATION AND FINDINGS
### Revised 4/7/00

*As outlined in the Economy Act (31 U.S.C. 1535), BLM can only place orders with other federal agencies for goods or services if the following specific information is contained the Determinations and Findings, to authorize the action:*

1. The proposed Agreement between the Bureau of Land Management, *(Department of Agriculture, U.S. Forest Service)* is justified under the authority of the Economy Act (31 U.S.C. 1535 and 48 CFR 17-503).

2. The Bureau of Land Management is not able to provide enough law enforcement officers to adequately staff the Burning Man Event. As such, the BLM requires assistance from the USFS to provide law enforcement officers and patrol vehicles for patrols of the event. The estimated total cost of services is $40,000. Funding in the amount of $40,000 is available, and legal authority exists for this acquisition.

3. This order is in the best interest of the United States Government.

4. The U.S. Forest Service is able to provide the required services and supplies.

5. The USFS is a federal agency that can assist the BLM with enforcement of federal laws through a cross designation Memorandum of Understanding. This makes the US Department of Agriculture, U.S. Forest Service, especially suited to provide services requested by the Bureau of Land Management (BLM) for the Burning Man event.

6. This action does not conflict with any other Federal Agency's authority or responsibility.

*/s/ Becky Andres  5/16/2018*
Signature of Requester and Date

DAVID APPOLD   Digitally signed by DAVID APPOLD
Date: 2018.06.13 11:11:25 -07'00'

Approval of Contracting Officer and Date

DAVID APPOLD   Digitally signed by DAVID APPOLD
Date: 2018.06.13 11:12:03 -07'00'

Approval of Chief of the Contracting Office and Date

AR02156

```
PR: 4030    Doc Type: FP Funded Purch Req    Title: INTER-AGENCY AGREEMENT USFS FOR LE'S
Run Dat  /13/2018    Run Time: 12:05:59  User ID:DAPPOI    Version Number: 00

Header Text:    INTERAGENCY AGREEMENT WITH USFS FOR LAW ENFORCEMENT PATROLS DURING THE BURNING MAN
                EVENTPOC BECKY ANDRES  775-861-6444

********** Header Details **********          ********** Approval/Status **********
Requisitioner:        Eleanor Taylor          Release Group AA
COR/Receiving:        ETAYLOR                  Release Strategy S1    Release Status:
GSA Contract Number:                           Transmission Status:   03  Successfully Trans
Originating Office POC:                        
Issuing Office:       BANDRES                  Co Description         Approved By    Date        Time
Ratification Indicator: LVA                    SP Supervisor          JMCKINNO       06/07/2018  12:54:12
Total Price:          40,000.00    USD         CF Certifying Funds App RLANGE1       06/07/2018  13:46:42
Supervisory Approver: JMCKINNO
Ad-Hoc Approver:
Ratification Approver: RLANGE1
Certifying Funds Approver: 3000000956
Originating Office:   BLM-NV WINNEMUCCA FIELD OFFICE*
Address:              5100 E WINNEMUCCA BLVD
                      WINNEMUCCA NV  89445

********** Item 00010 **********
Item  ItemCat  Short Text                      Quantity / Unit    Val Price /        Total Price /  Curr
00010 Service  IAA with USFS LE for Burning Man 2018  1.000  AU    40000.00          40000.00       USD

UPC        /Description                        Mat.Grp  Plant     Deliv.Date      Delivery Address
R4300000   PHYSICAL SECURITY & BADGING         R430     L000      09/09/2018      0004276794

GSA/FEDSTRIP Number  CPO Number  Agency Order Number  Per.of Perf. Start    Per.of Perf. End
                                                      08/20/2018            09/09/2018

Responsible Cost Center  Action Type      Post Awd Smart Number      IT Approval/Tracking Number   Closed
                         1 Add new line                                                            No

********** Accounting Details **********
SeqNum  Acct Assign    Distr%    DistType                           Quantity / Unit    Amount / Currency    G/L Account
01      K Cost center  0.0       Single                             1.000  AU          40000.00   USD       6100.252R0

BusArea  Committem     Cost Center     FuncArea            Fund          Funds Center     WBS Element
L000     252R00        LLNVW03500      L51150000.EA0000    18XL5017AP    LLNVW03500       LV.RC.FI805950

Asset    Sub Asset     Order           Funded Program      TAS           BETC   SAF Indic Trade in  UPC Override
                                       LVRCFI805950        14X5017

Bus.Entity  Building   Property  Rental Unit  Contract

********** Delivery Address **********
Address No.:          0004276794
Address:              BLM-NV WINNEMUCCA DISTRICT OFFICE
                      5100 E WINNEMUCCA BLVD
                      WINNEMUCCA NV  89445
                      USA
```

AR02157

PR: 4098226   Doc Type: FP Funded Purch Req   Title: INTER-AGENCY AGREEMENT USFS FOR LE'S
Run Date: 06/13/2018   Run Time: 12:05:59   User ID:DAPPOLD   Version Number: 00

********** Additional Status Data **********

| Purchase Order | Smart Number | PO Line | PO Date |
|---|---|---|---|

********** End of Report **********

AR02158

# ORDER FOR SUPPLIES OR SERVICES

| | PAGE | OF PAGES |
|---|---|---|
| | 1 | 6 |

IMPORTANT: Mark all packages and papers with contract and/or order numbers

| 1. DATE OF ORDER | 2 CONTRACT NO. (If any) |
|---|---|
| 03/27/2018 | L16PA00013 |

| 3. ORDER NO | 4 REQUISITION/REFERENCE NO |
|---|---|
| 0918F0058 | 0040385014 |

**5 ISSUING OFFICE** (Address correspondence to)
BLM NV-STATE OFC BGT&FIN SVC(NV955)
1340 FINANCIAL BLVD.
RENO NV 89502

**6 SHIP TO**

a NAME OF CONSIGNEE
BLM-NV SOUTHERN NEVADA DISTRICT OFF

b STREET ADDRESS
4701 NORTH TORREY PINES DRIVE

| c CITY | d STATE | e ZIP CODE |
|---|---|---|
| LAS VEGAS | NV | 89130-2301 |

**7. TO** WAYNE STEPHENSON

a NAME OF CONTRACTOR
RELM COMMUNICATIONS, INC.

b COMPANY NAME

c STREET ADDRESS
7100 TECHNOLOGY DR

f SHIP VIA

**8 TYPE OF ORDER**

| ☐ a PURCHASE | ☒ b DELIVERY |
|---|---|
| REFERENCE YOUR | Except for billing instructions on the reverse this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract |
| Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated | |

| d CITY | e STATE | f ZIP CODE |
|---|---|---|
| MELBOURNE | FL | 32904-1521 |

| 9 ACCOUNTING AND APPROPRIATION DATA | 10 REQUISITIONING OFFICE |
|---|---|
| 01 | BLM-NV WINNEMUCCA FIELD OFFICE* |

**11 BUSINESS CLASSIFICATION** (Check appropriate box(es))

☒ a SMALL   ☐ b OTHER THAN SMALL   ☐ c DISADVANTAGED   ☐ d WOMEN-OWNED   ☐ e HUBZone

☐ f SERVICE-DISABLED VETERAN-OWNED   ☐ g WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOSB PROGRAM   ☐ h EDWOSB

| 12 F O B POINT |
|---|
| Destination |

| 13 PLACE OF | | 14 GOVERNMENT B/L NO | 15 DELIVER TO F O B POINT ON OR BEFORE (Date) | 16 DISCOUNT TERMS |
|---|---|---|---|---|
| a INSPECTION Destination | b ACCEPTANCE Destination | | 04/30/2018 | PP30 |

## 17. SCHEDULE (See reverse for Rejections)

| ITEM NO (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | GSA Contract #: GS-35F-0133L CO Invoice Review Required: Y Admin Office: | | | | | |
| | BLM NV-STATE OFC BGT&FIN SVC(NV955) 1340 FINANCIAL BLVD. RENO NV 89502 Continued ... | | | | | |

| 18 SHIPPING POINT | 19 GROSS SHIPPING WEIGHT | 20 INVOICE NO | | 17(h) TOTAL (Cont pages) ◀ |
|---|---|---|---|---|

**21 MAIL INVOICE TO**

| SEE BILLING INSTRUCTIONS ON REVERSE | a NAME | Invoice Processing Platform System | $13,118.78 | |
|---|---|---|---|---|
| | b STREET ADDRESS (or P O Box) | US Department of Treasury http://www.ipp.gov | | 17(i) GRAND TOTAL |
| | c CITY | d STATE | e ZIP CODE | $13,118.78 ◀ |

| 22 UNITED STATES OF AMERICA BY (Signature) ▶ DAVID APPOLD   Digitally signed by DAVID APPOLD Date: 2018.04.02 16:25:44 -07'00' | 23 NAME (Typed) David Appold TITLE CONTRACTING/ORDERING OFFICER |
|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 347 (Rev 2/2012)
Prescribed by GSA/FAR 48 CFR 53 213(f)

**AR02159**

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO | | ORDER NO |
|---|---|---|---|
| 03/27/2018 | L16PA00013 | | 140L3918F0058 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY ORDERED | UNIT | UNIT PRICE | AMOUNT | QUANTITY ACCEPTED |
|---|---|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) | (f) | (g) |
| | 4701 Torrey Pines Drive | | | | | |
| | Las Vegas, NV 89130-2301 | | | | | |
| | (775)861-6409 | | | | | |
| | dlblack@blm.gov | | | | | |
| | | | | | | |
| | The total amount of award: $13,118.78. The | | | | | |
| | obligation for this award is shown in box | | | | | |
| | 17(i). | | | | | |

| | TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | > | | | $0.00 | |

AR02160

## SECTION 2 - CLAUSES

**52.252-2      Clauses Incorporated By Reference                    Feb 1998**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

www.acquisition.gov
http://farsite.hill.af.mil

| Clauses | Title | Date |
|---|---|---|
| 52.232-39 | Unenforceability of Unauthorized Obligations | Jun 2013 |
| 52.232-40 | Providing Accelerated Payment to Small Business Subcontractors | Dec 2013 |

**52.203-99      Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements                         Feb 2015**

(a) The contractor shall not require employees or subcontractors seeking to report fraud, waste or abuse to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such fraud, waste, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.

(b) The contractor shall notify employees that the prohibition and restrictions of any internal confidentiality agreements covered by this clause are no longer in effect.

(c) The prohibition in paragraph (a) of this clause does not contravene requirements applicable to Standard Form 312, Form 4414, or any other form issued by a Federal department or agency governing the nondisclosure of classified information.

(d)(1) In accordance with section 743 of Division E, Title VII, of the Consolidated and Further Continuing Resolution Appropriations Act, (Pub. L. 113-235), use of funds appropriated (or otherwise made available) under that or any other Act may be prohibited, if the Government determines that the contractor is not in compliance with the provisions of this clause.

(2) The Government may seek any available remedies in the event the contractor fails to comply with the provisions of this clause.

(End of Clause)

**Electronic Invoicing and Payment Requirements- Invoice Processing Platform (IPP) Apr 2013**

Payment requests must be submitted electronically through the U.S. Department of the Treasury's Internet Payment Processing System (IPP).

"Payment request" means any request for contract financing payment or invoice payment by the Contractor. To constitute a proper invoice, the payment request must comply with the requirements identified in the applicable Prompt Payment clause included in the contract, or the clause 52.212-4

Page 5 of 6

**AR02161**

## BURNING MAN VHF DIGITAL BASE STATION STATEMENT OF WORK (SOW)

### 1.0  Background

The Burning Man Recreational Event is an international art festival and an experiment in a "temporary community dedicated to radical self-expression and self-reliance".  The temporary community of Black Rock City is created for eight days and becomes the 7th largest city in Nevada.  The event takes place on the Black Rock Desert within the Black Rock/High Rock NCA, managed by the Winnemucca District Office.  A Special Recreation Permit (SRP) is issued to Black Rock City LLC which is responsible for all activities within Black Rock City. The SRP has 13 general stipulations and 49 special stipulations. The BLM also generates a Closure Order for the event that is announced in the *Federal Register* which designates the event area as a temporary closure and documents temporary restriction of certain activities within the temporary closure.

The BLM's operational mission is to ensure public safety and resource protection through the enforcement of the event closure order, the SRP stipulations, Federal laws/regulations and Nevada state laws/regulations at the event.  To accomplice this mission the BLM has adopted the ICS system and integrated multiple agencies into one operation. The ICS operation will be a combination of overhead, operational and support positions. The ICS operation will cover all three event periods of the detail: Pre-Event; Main Event; Post-Event (8/17 - 9/16: 30 days).  For the 2018 event the ICS operation has identified the need to purchase six (6) VHF digital fixed station interface (DFSI) base stations to bring the radio system into compliance with Project 25 requirements.

### 2.0  Scope

BLM expects a VHF base station that is digital and is controlled by DFSI.

### 3.0  Objectives

- Order off BPA L16PA00013.
- Will be used by BLM personnel for the Burning Man Event.
- 19" rack mounted.

### 4.0  Tasks

- Units will install into a standard 19" rack taking up no more than 6U of space.
- Units will be able to be powered by 120 VAC or 12 VDC.
- Units will be capable of handling both analog and Digital (P25) radio signals with the option of Mixed Mode operation.
- Units will be field programmable between 150-174 MHz by USB using a personnel computer.
- Units will have a RF transmit power of 50W.

# BK TECHNOLOGIES

**Please Remit To:**
**RELM WIRELESS CORPORATION**
Dept AT 952187
Atlanta, GA 31192-2187

Sales:  800-821-2900
Credit:  800-428-1950

For warranty information, call Tech Support:
(800) 422-6281

**Invoice: 5965169**

## INVOICE

Page:  1 of 2
Date:  5/2/2018

**Sold To: JC666**

BLM
1340 Financial Blvd
Reno NV 89502
USA

**Ship To: 1**

Dalton Black
BLM-NV Southern Nevada District Office
4701 North Torrey Pines Drive
Las Vegas NV 89130
USA

| PO Number: 140L3918F0058 | Terms: IPP-WEB INVOICE | F.O.B.: FOB-DEST |
|---|---|---|
| Sales Rep: Wayne Stephenson | OrderNum: 377462 | Ship Via: FedEx Gnd Relm |
| Packing Slip: 116958 | Ordered: 4/4/2018 | Ship Date: 5/2/2018 |

*GSA-BPA-BLM    SHIP TO ATTN: Dalton Black    SPECIAL INVOICING    IPP*

$

| Line | Qty Ordered | Qty Shipped | Qty B/O | Unit Price | Ext Price |
|---|---|---|---|---|---|
| | 6.00 | 6.00 | 0 | 172.80EA | 1,036.80 |
| Part#: KZA0576 | | | | | |
| Desc: Fctry Install, DES and AES Encryption, KNG-M Series | | | | | |
| Tracking#: FEDEX LTL 3831326472 | | | | | |
| | 6.00 | 6.00 | 0 | 165.00EA | 990.00 |
| Part#: KAA0521M | | | | | |
| Desc: Ethernet Interface, KNG-M/B | | | | | |
| Tracking#: FEDEX LTL 3831326472 | | | | | |
| | 3.00 | 3.00 | 0 | 165.00EA | 495.00 |
| Part#: MISCPARTS | | | | | |
| Desc: Rack Shelf, Sliding, vented | | | | | |
| Tracking#: FEDEX LTL 3831326472 | | | | | |
| | 1.00 | 1.00 | 0 | 500.00EA | 500.00 |
| Part#: ASSEMBLYCHG | | | | | |
| Desc: Fee, Assembly Charge | | | | | |
| Tracking#: FEDEX LTL 3831326472 | | | | | |
| | 6.00 | 6.00 | 0 | 1,682.83EA | 10,096.98 |
| Part#: KNG-M150 | | | | | |
| Desc: Mobile, Digital, VHF 136-174MHz,5000Ch,50W | | | | | |

ARForm 001.00

AR02163

Case 1:19-cv-03729-DLF   Document 35-3   Filed 07/12/21   Page 136 of 762





Kothman, Gregory <gkothman@blm.gov>

## BPA Call 140L3918F0058 Relm Radios BLM Southern Nevada District
3 messages

**Kothman, Gregory** <gkothman@blm.gov>                     Tue, Apr 3, 2018 at 4:29 PM
To: Wayne Stephenson <wstephenson@relm.com>
Cc: Dalton Black <dlblack@blm.gov>

Wayne,
Please see the attached call order in response to quote WS180227-4.

Let me know if you have any questions and thank you for your continued support of BLM.


Kind regards,
Greg

Greg Kothman
Contract Specialist
Bureau of Land Management
Nevada State Office
1340 Financial Blvd
Reno, NV 89502
gkothman@blm.gov
(775)861-6440

 **D01 Call Order 140L3918F0058.pdf**
296K

**Wayne Stephenson** <WStephenson@bktechnologies.com>       Wed, Apr 4, 2018 at 5:04 AM
To: "Kothman, Gregory" <gkothman@blm.gov>
Cc: Dalton Black <dlblack@blm.gov>


Greg,


The BLM BPA Call order 140L3918F0058 has been received.
Thanks for the award....


Best regards,
Wayne


Wayne Stephenson
VP of Federal Sales – DOI & USDA/USFS

BK Technologies

7100 Technology Drive

West Melbourne, FL 32904

800-648-0947 x7893 (Office)

321-953-7893 (Direct)

AR02165



Need tracking info:

PACK#: 116958

SO#: 377462

**From:** Black, Dalton [mailto:dlblack@blm.gov]
**Sent:** Friday, May 04, 2018 10:22 AM
**To:** Wayne Stephenson
**Subject:** Fwd: BPA Call 140L3918F0058 Relm Radios BLM Southern Nevada District

Wayne,

I was going to see if it would be possible to get a tracking number for this order?

---------- Forwarded message ----------
From: **Kothman, Gregory** <gkothman@blm.gov>
Date: Tue, Apr 3, 2018 at 4:29 PM
Subject: BPA Call 140L3918F0058 Relm Radios BLM Southern Nevada District

[Quoted text hidden]

[Quoted text hidden]

--

Dalton Black

Telecommunications Manager

Nevada BLM

775-861-6409 - office

775-296-1542 - cell

702-515-5152 -fax



[ Print ]   [ Close ]   [ Help ]

**Transaction Information**

| | | | | |
|---|---|---|---|---|
| Award Type: | BPA Call | Prepared Date: | 04/03/2018 14 41 40 | Prepared User: | DAPPOLD |
| Award Status: | Final | Last Modified Date: | 04/03/2018 15 41 12 | Last Modified User: | DAPPOLD |
| Closed Status: | No | Closed Status Date: | | Closed By: | |

**Document Information**

| | Agency | Procurement Identifier | Modification No | Trans No |
|---|---|---|---|---|
| Award ID: | 1422 | 140L3918F0058 | 0 | 0 |
| Referenced IDV ID: | 1422 | INL16PA00013 | P00003 | |
| Reason For Modification: | | | | |
| Solicitation ID: | | | | |

| | Agency Identifier | Main Account | Sub Account | Initiative | |
|---|---|---|---|---|---|
| Treasury Account Symbol: | 14 | 5017 | | Select One | ▼ |

**Dates** / **Amounts**

| Dates | | Amounts | |
|---|---|---|---|
| Date Signed: | 04/03/2018 | Action Obligation: | $13,118.78 |
| Effective Date: | 03/27/2018 | Base And Exercised Options Value: | $13,118.78 |
| Completion Date: | 04/30/2018 | Base and All Options Value (Total Contract Value): | $13,118.78 |
| Est. Ultimate Completion Date: | 04/30/2018 | Fee Paid for Use of Indefinite Delivery Vehicle: | $0.00 |

**Purchaser Information**

| | | | |
|---|---|---|---|
| Contracting Office Agency ID: | 1422 | Contracting Office Agency Name: | BUREAU OF LAND MANAGEMENT |
| Contracting Office ID: | 140L39 | Contracting Office Name: | BUREAU OF LAND MANAGEMENT |
| Funding Agency ID: | 1422 | Funding Agency Name: | BUREAU OF LAND MANAGEMENT |
| Funding Office ID: | 140L39 | Funding Office Name: | BUREAU OF LAND MANAGEMENT |
| Foreign Funding: | Not Applicable ▼ | | |

**Contractor Information**

| | | | |
|---|---|---|---|
| SAM Exception: | | | [...] [ Remove Exception ] |
| DUNS No: | 006418933 | Street: | 7100 TECHNOLOGY DR |
| Vendor Name: | RELM COMMUNICATIONS INC | Street2: | |
| DBAN: | | City: | MELBOURNE |
| Cage Code: | 62720 | State: | FL   Zip: 329041521 |
| | | Country: | UNITED STATES |
| | | Phone: | |
| | | Fax No: | |
| | | Congressional District: FLORIDA 08 | |

**Business Category**    [ Show Details ]

| | |
|---|---|
| Organization Type | |
| Number of Employees | 0 |
| State of Incorporation | |
| Country of Incorporation | |
| Annual Revenue | $0 |

**Contract Data**

| | |
|---|---|
| Type of Contract: | Firm Fixed Price ▼ |
| Inherently Governmental Functions: | Other Functions ▼ |
| Multiyear Contract: | Select One ▼ |
| Major Program: | |
| National Interest Action: | None ▼ |
| Cost Or Pricing Data: | No ▼ |
| Purchase Card Used As Payment Method: | No ▼ |
| Undefinitized Action: | No ▼ |
| Performance Based Service Acquisition: | Not Applicable ▼ |
| * FY 2004 and prior; 80% or more specified as performance requirement | |
| * FY 2005 and later; 50% or more specified as performance requirement | |
| Contingency Humanitarian Peacekeeping Operation: | |

| | |
|---|---|
| **Contracting Officer's Business Size Selection:** | Small Business ▼ |
| **Subcontract Plan:** | Select One ▼ |
| **Price Evaluation Percent Difference:** | % |



Gregory Kothman    Log Out

ALERT: If you are registering a new entity in SAM.gov, you must provide an original, signed notarized letter stating that you are the authorized Entity Administrator before your registration will be activated. Read our FAQs to learn more about this process change.

**RELM COMMUNICATIONS, INC.**

DUNS: 006418933   CAGE Code: 62720

Status: Active

7100 TECHNOLOGY DR
MELBOURNE, FL, 32904-1521 ,
UNITED STATES

Expiration Date: 03/21/2019
Purpose of Registration: All Awards

# Entity Dashboard

- Entity Registration
  - Core Data
  - Assertions
  - Reps & Certs
  - POCs
- Reports
- Service Contract Report
- BioPreferred Report
- Exclusions
  - Active Exclusions
  - Inactive Exclusions
  - Excluded Family Members

RETURN TO SEARCH

## Entity Registration

### Page Description

This page contains a view of the entire Entity Registration record. To print or save a copy of this registration, select Print. To view a specific section of the registration, select one of the sub-navigation links (for example, Core Data or POCs) under Entity Registration. To access a previous version of this registration, pick from the record drop-down list then select View Selected Record. The page will reload to display the record.

PRINT

| Current Record | VIEW SELECTED RECORD |

DUNS Number:                006418933
D&B Legal Business Name:    RELM COMMUNICATIONS, INC.
Doing Business As:          BK RADIO

| **Core Data** | **[Expand All] | [Collapse All]** |

**Business & TIN Information:**

**Business Information:**
Business Start Date:            06/30/1947
Fiscal Year End Close Date:     12/31
Company Division Name:
Company Division Number:
Corporate URL:                  http://www.relm.com
Congressional District:         FL 08
Initial Registration Date:      06/29/2001
Submission Date:                03/21/2018
Activation Date:                03/21/2018
Expiration Date:                03/21/2019

**Physical Address:**
Address Line 1:                 7100 TECHNOLOGY DR
City:                           MELBOURNE
State/Province:                 FL
Country:                        UNITED STATES
ZIP/Postal Code:                32904 - 1521

**Mailing Address:**
Address Line 1:                 7100 TECHNOLOGY DR.
Address Line 2:
City:                           WEST MELBOURNE
State/Province:                 FL
Country:                        UNITED STATES
ZIP/Postal Code:                32904 - 1525

**Sensitive Identifiers:**
EIN:                            350827418

**IRS consent:**
Tax Payer Name:                 RELM COMMUNICATIONS INC
Address Line 1:                 7100 TECHNOLOGY DR
Address Line 2:
City:                           WEST MELBOURNE
State:                          FL
Country:                        UNITED STATES
ZIP/Postal Code:                32904 - 1525
Type of Tax:                    Applicable Federal Tax
Tax Year: (Most Recent Tax Year)    2017
Name of Individual Executing Consent:     WILLIAM P KELLY
Title of the Individual Executing Consent:   WILLIAM P KELLY
TIN Consent Date:               03/21/2018

| **CAGE/NCAGE Code** | |

AR02169

| NAICS Code | Primary | Description |
|---|---|---|
| 334220 | Yes | Radio and Television Broadcasting and Wireless Communications Equipment Manufacturing |
| 334290 | | Other Communications Equipment Manufacturing |
| 335929 | | Other Communication and Energy Wire Manufacturing |
| 517410 | | Satellite Telecommunications |
| 517919 | | All Other Telecommunications |
| 811213 | | Communication Equipment Repair and Maintenance |

**Product & Service Codes Selected**

| PSC | Description |
|---|---|
| 5895 | MISCELLANEOUS COMMUNICATION EQUIPMENT |
| 5820 | RADIO AND TELEVISION COMMUNICATION EQUIPMENT, EXCEPT AIRBORNE |

**Size Metrics**

**World Wide:**

| | |
|---|---|
| Total Receipts (3 year average) | $ 39685000 |
| Average Number of Employees (12 Month Average): | 112 |

**Location (Optional):**

| | |
|---|---|
| Annual Receipts (3 Year Average): | $ 39685000 |
| Average Number of employees (12 Month Average): | 112 |

**EDI Information**

Do you wish to enter EDI Information for your non-government entity?   No

**Disaster Response Information**

Do you wish to be included in the Disaster Response Registry?   No
Does your company require bonding to bid on Contracts?
**Geographic Area Served:**

| **Representations and Certifications** | **[Expand All] | [Collapse All]** |
|---|---|

**Representations and Certifications:**

I have read each of the FAR and DFARS provisions presented on this page. By submitting this certification, I, Shari Sharp, am attesting to the accuracy of the representations and certifications contained herein, including the entire NAICS table. I understand that I may be subject to criminal prosecution under Section 1001, Title 18 of the United States Code or civil liability under the False Claims Act if I misrepresent RELM COMMUNICATIONS, INC. in any of these representations or certifications to the Government.

READ ONLY PROVISIONS – The following FAR and DFARS provisions are provided for you to read. They do not require completion of any data. Select the provision number to expand and review the full text. When certifying to the information on this page, you are also certifying that you have read each one of these provisions.

FAR 52.203-11: Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions

FAR 52.203-18: Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements or Statements- Representation

FAR 52.209-10: Prohibition on Contracting with Inverted Domestic Corporations.

FAR 52.212-5: Contract Terms and Conditions Required to Implement Statutes or Executive Orders-Commercial Items.

FAR 52.222-38: Compliance with Veterans' Employment Reporting Requirements

FAR 52.222-50: Combating Trafficking in Persons

FAR 52.222-56: Certification Regarding Trafficking in Persons Compliance Plan.

FAR 52.223-1: Biobased Product Certification

AR02170

FAR 52.215-6: Place of Performance

FAR 52.219-1: Small Business Program Representations (Alternate I)

The NAICS Codes you selected on the Goods and Services page of this registration are listed in the table under 52.219-1 (c). Those NAICS Codes for which you are identified as small serve to complete the small business concern representation in 52.219-1(c)(1).

You are certifying to your size status for all the NAICS codes in the table. Please review it carefully. The Y/N answers are located in the "Small Business?" column. A "Y" indicates "Small" and "N" indicates "Other than Small." This status is derived from the SBA's size standards based on the size metrics you entered.

The NAICS Codes shown are only those you selected. Use the "View More" button to see your entity's size status for any NAICS Code.

FAR 52.219-2: Equal Low Bids

FAR 52.222-18: Certification Regarding Knowledge of Child Labor for Listed End Products

FAR 52.222-22: Previous Contracts and Compliance Reports

FAR 52.222-25: Affirmative Action Compliance

FAR 52.222-48: Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Certification

FAR 52.222-52: Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Certification

FAR 52.223-4: Recovered Material Certification

FAR 52.223-9: Estimate of Percentage of Recovered Material Content for EPA-Designated Items (Alternate I)

FAR 52.223-22: Public Disclosure of Greenhouse Gas Emissions and Reduction Goals-Representation.

FAR 52.225-2: Buy American Certificate

FAR 52.225-4: Buy American-Free Trade Agreements-Israeli Trade Act Certificate

FAR 52.225-6: Trade Agreements Certificate

FAR 52.226-2: Historically Black College or University and Minority Institution Representation

FAR 52.227-15: Representation of Limited Rights Data and Restricted Computer Software

DFARS 252.209-7002: Disclosure of Ownership or Control by a Foreign Government

DFARS 252.216-7008: Economic Price Adjustment-Wage Rates or Material Prices Controlled by a Foreign Government-Representation.

DFARS 252.225-7000: Buy American—Balance of Payments Program Certificate.

DFARS 252.225-7020: Trade Agreements Certificate.

DFARS 252.225-7035: Buy American Act—Free Trade Agreements—Balance of Payments Program Certificate (Alternate I, II, III, IV & V)

DFARS 252.225-7049: Prohibition on Acquisition of Commercial Satellite Services from Certain Foreign Entities—Representations.

DFARS 252.247-7022: Representation of Extent of Transportation by Sea

**Points of Contact**          **[Expand All] | [Collapse All]**

**Mandatory Points of Contact:**

AR92171

| | |
|---|---|
| City: | WEST MELBOURNE |
| State/Province: | FL |
| Country: | UNITED STATES |
| ZIP/Postal Code: | 32904 |

**Government Business Alternate POC**

| | |
|---|---|
| Title: | |
| First Name: | SUSANA |
| Middle Name: | |
| Last Name: | Brown |
| Email: | sbrown@relm.com |
| US Phone: | (800)821-2900 |
| Extension: | |
| NON US Phone: | |
| Notes: | |
| Address Line 1: | 7100 TECHNOLOGY DRIVE |
| Address Line 2: | |
| City: | WEST MELBOURNE |
| State/Province: | FL |
| Country: | UNITED STATES |
| ZIP/Postal Code: | 32904 |



IBM v1.P.11.20180322-1434

WWW4

Search Records
Data Access
Check Status
About
Help

Disclaimers
Accessibility
Privacy Policy

FAPIIS.gov
GSA.gov/IAE
GSA.gov
USA.gov

**FAR Report**

**Certification for: RELM COMMUNICATIONS, INC.**
**DUNS: 006418933**
**Certification Validity From:Wed Mar 21 10:22:43 EDT 2018**
**To :Thu Mar 21 10:22:44 EDT 2019**

I have read each of the FAR and DFARS provisions presented on this page. By submitting this certification, I, Shari Sharp, am attesting to the accuracy of the representations and certifications contained herein, including the entire NAICS table. I understand that I may be subject to criminal prosecution under Section 1001, Title 18 of the United States Code or civil liability under the False Claims Act if I misrepresent RELM COMMUNICATIONS, INC. in any of these representations or certifications to the Government.

By maintaining an active entity registration in SAM, the entity complied with requirements to report proceedings data in accordance with FAR 52.209-7 Information Regarding Responsibility Matters and with requirements to report executive compensation data in accordance with FAR 52.204-10 Reporting Executive Compensation and First-Tier Subcontract Awards.

**FAR 52.203-2 Certificate of Independent Price Determination (Apr 1985)**

(a) The offeror certifies that-
(1) The prices in this offer have been arrived at independently, without, for the purpose of restricting competition, any consultation, communication, or agreement with any other offeror or competitor relating to-
(i)Those Prices
(ii)The intention to submit an offer; or
(iii) The methods or factors used to calculate the prices offered.
(2) The prices in this offer have not been and will not be knowingly disclosed by the offeror, directly or indirectly, to any other offeror or competitor before bid opening (in the case of a sealed bid solicitation) or contract award (in the case of a negotiated solicitation) unless otherwise required by law; and
(3) No attempt has been made or will be made by the offeror to induce any other concern to submit or not to submit an offer for the purpose of restricting competition.

(b) Each signature on the offer is considered to be a certification by the signatory that the signatory-
(1) Is the person in the offeror's organization responsible for determining the prices being offered in this bid or proposal, and that the signatory has not participated and will not participate in any action contrary to paragraphs (a)(1) through (a)(3) of this provision; or
(2) (i) Has been authorized, in writing, to act as agent for the following principals in certifying that those principals have not participated, and will not participate in any action contrary to paragraphs (a)(1) through (a)(3) of this provision TIM VITOU, C.E.O. / President; SHARI SHARP, DIRECTOR OF BUSINESS OPERATIONS;
(ii)As an authorized agent, does certify that the principals named in subdivision (b)(2)(i) of this provision have not participated, and will not participate, in any action contrary to paragraphs (a)(1) through (a)(3) of this provision; and
(iii)As an agent, has not personally participated, and will not participate, in any action contrary to paragraphs (a)(1) through (a)(3) of this provision.

(c) If the offeror deletes or modifies paragraph (a)(2) of this provision, the offeror must furnish with its offer a signed statement setting forth in detail the circumstances of the disclosure.

**(End of Provision)**

**FAR 52.203-11 Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions 007)**

(a) Definitions. As used in this provision-"Lobbying contact" has the meaning provided at 2 U.S.C. 1602(8). The terms "agency," "influencing or attempting to influence," "officer or employee of an agency," "person," "reasonable compensation," and "regularly employed" are defined in the FAR clause of this solicitation entitled "Limitation on Payments to Influence Certain Federal Transactions"(52.203-12).

(b) Prohibition. The prohibition and exceptions contained in the FAR clause of this solicitation entitled "Limitation on Payments to Influence Certain Federal Transactions" (52.203-12) are hereby incorporated by reference in this provision.

(c) Certification. The offeror, by signing its offer, hereby certifies to the best of its knowledge and belief that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on its behalf in connection with the awarding of this contract.

(d) Disclosure. If any registrants under the Lobbying Disclosure Act of 1995 have made a lobbying contact on behalf of the offeror with respect to this contract, the offeror shall complete and submit, with its offer, OMB Standard Form LLL, Disclosure of Lobbying Activities, to provide the name of the registrants. The offeror need not report regularly employed officers or employees of the offeror to whom payments of reasonable compensation were made.

(e) Penalty. Submission of this certification and disclosure is a prerequisite for making or entering into this contract imposed by 31 U.S.C. 1352. Any person who makes an expenditure prohibited under this provision or who fails to file or amend the disclosure required to be filed or amended by this provision, shall be subject to a civil penalty of not less than $10,000, and not more than $100,000, for each such failure.

**(End of Provision)**

(e) Type of organization.
* [ ] sole proprietorship;

* [ ] Partnership;

* [X] Corporate entity (not tax-exempt);

* [ ] Corporate entity (tax-exempt);

* [ ] Government entity (Federal, State, or local);

* [ ] Foreign government;

* [ ] International organization per 26 CFR 1.6049-4;

* [ ] Other

(f) Common parent.
* [X] Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.

* [ ] Name:

TIN:

### (End of Provision)

**FAR 52.204-5 Women-Owned Business (Other Than Small Business) (Oct 2014)**

(a) Definition. "Women-owned business concern," as used in this provision, means a concern that is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of its stock is owned by one or more women; and whose management and daily business operations are controlled by one or more women.

(b) Representation. [Complete only if the offeror is a women-owned business concern and has not represented itself as a small business concern in paragraph (b)(1) of FAR 52.219-1, Small Business Program Representations, of this solicitation.] The offeror represents that it [ ] is a women-owned business concern.

### (End of Provision)

**FAR 52.204-17 Ownership or Control of Offeror (Jul 2016)**

(a) Definition. As used in this provision--
Commercial and Government Entity (CAGE) code means--

(1) An identifier assigned to entities located in the United States or its outlying areas by the Defense Logistics Agency (DLA) Commercial and Government Entity (CAGE) Branch to identify a commercial or government entity, or

(2) An identifier assigned by a member of the North Atlantic Treaty Organization (NATO) or by the NATO Support and Procurement Agency (NSPA) to entities located outside the United States and its outlying areas that the DLA Commercial and Government Entity (CAGE) Branch records and maintains in the CAGE master file. This type of code is known as a NATO CAGE (NCAGE) code.

Highest-level owner means the entity that owns or controls an immediate owner of the offeror, or that owns or controls one or more entities that control an immediate owner of the offeror. No entity owns or exercises control of the highest level owner.

Immediate owner means an entity, other than the offeror, that has direct control of the offeror. Indicators of control include, but are not limited to, one or more of the following: Ownership or interlocking management, identity of interests among family members, shared facilities and equipment, and the common use of employees.

(b) The Offeror represents that it [ ] has or [X] does not have an immediate owner. If the Offeror has more than one immediate owner (such as a joint venture), then the Offeror shall respond to paragraph (c) and if applicable, paragraph (d) of this provision for each participant in the joint venture.*

(c) If the Offeror indicates "has" in paragraph (b) of this provision, enter the following information:

Immediate owner CAGE code: _____
Immediate owner legal name:Offeror asserts international ownership. They must provide the owner's NCAGE Code within 90 days of registration.
(Do not use a "doing business as" name)

Is the immediate owner owned or controlled by another entity?

[ ] Yes [ ] No

(a)(1)   The Offeror certifies, to the best of its knowledge and belief, that-
(i)  The Offeror and/or any of its Principals-
(A)  Are [ ]  Are not [X]  presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;
(B)  Have [ ]  Have not [X] , within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, State, or local) contract or subcontract; violation of Federal or State antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, violating Federal criminal tax laws, or receiving stolen property(if offeror checks "have", the offeror shall also see 52.209-7, if included in this solicitation);
(C)  Are [ ]  Are not [X]  presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in paragraph (a)(1)(i)(B) of this provision.
(D)  Have [ ]  Have not [X] , within a three-year period preceding this offer, been notified of any delinquent Federal Taxes in an amount that exceeds $3,500 for which the liability remains unsatisfied.
(1)  Federal taxes are considered delinquent if both of the following criteria apply:
(i)  The tax liability is finally determined. The liability is finally determined if it has been assessed. A liability is not finally determined if there is a pending administrative or judicial challenge. In the case of a judicial challenge to the liability, the liability is not finally determined until all judicial appeal rights have been exhausted.
(ii)  The taxpayer is delinquent in making payment. A taxpayer is delinquent if the taxpayer has failed to pay the tax liability when full payment was due and required. A taxpayer is not delinquent in cases where enforced collection action is precluded.
(2)  Examples:
(i)  The taxpayer has received a statutory notice of deficiency, under I.R.C.6212, which entitles the taxpayer to seek Tax Court review of a proposed tax deficiency. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek Tax Court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.
(ii)  The IRS has filed a notice of Federal tax lien with respect to an assessed tax liability, and the taxpayer has been issued a notice under I.R.C. 6320 entitling the taxpayer to request a hearing with the IRS Office of Appeals contesting the lien filing, and to further appeal to the Tax Court if the IRS determines to sustain the lien filing. In the course of the hearing, the taxpayer is entitled to contest the underlying tax liability because the taxpayer has had no prior opportunity to contest the liability. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek tax court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.
(iii)  The taxpayer has entered into an installment agreement pursuant to I.R.C.6159. The taxpayer is making timely payments and is in full compliance with the agreement terms. The taxpayer is not delinquent because the taxpayer is not currently required to make full payment.
(iv)  The taxpayer has filed for bankruptcy protection. The taxpayer is not delinquent because enforced collection action is stayed under 11 U.S.C 362 (the Bankruptcy Code).
(ii)  The Offeror has [ ] , has not [X] , within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.
(2)  "Principal," for the purposes of this certification, means an officer, director, owner, partner, or a person having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a division or business segment; and similar positions).
This Certification Concerns a Matter Within the Jurisdiction of an Agency of the United States and the Making of a False, Fictitious, or Fraudulent Certification May Render the Maker Subject to Prosecution Under Section 1001, Title 18, United States Code.

(b)  The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c)  A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

(d)  Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e)  The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

**(End of Provision)**

**FAR 52.209-10 Prohibition on Contracting with Inverted Domestic Corporations (Nov 2015)**

Definitions. As used in this clause- "Inverted domestic corporation" means a foreign incorporated entity that meets the definition of an inverted domestic corporation under 6 U.S.C. 395(b), applied in accordance with the rules and definitions of 6 U.S.C. 395(c).

"Subsidiary" means an entity in which more than 50 percent of the entity is owned-
(1) Directly by a parent corporation; or
(2) Through another subsidiary of a parent corporation.

(b) If the contractor reorganizes as an inverted domestic corporation or becomes a subsidiary of an inverted domestic corporation at any time during the period of performance of this contract, the Government may be prohibited from paying for Contractor activities performed after the date when it becomes an inverted domestic corporation or subsidiary. The Government may seek any available remedies in the event the Contractor
fails to perform in accordance with the terms and conditions of the contract as a result of Government action under this clause.

(a) Definitions. As used in this provision-

"Commercial and Government Entity (CAGE) code" means--
(1) An identifier assigned to entities located in the United States or its outlying areas by the Defense Logistics Agency (DLA) Contractor and Government Entity (CAGE) Branch to identify a commercial or government entity, or
(2) An identifier assigned by a member of the North Atlantic Treaty Organization (NATO) or by the NATO Support Agency (NSPA) to entities located outside the United States and its outlying areas that the DLA Contractor and Government Entity (CAGE) Branch records and maintains in the CAGE master file. This type of code is known as an NCAGE code.

"Economically disadvantaged women-owned small business (EDWOSB) concern" means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States and who are economically disadvantaged in accordance with 13 CFR part 127. It automatically qualifies as a women-owned small business eligible for the WOSB Program.

"Forced or indentured child labor" means all work or service-
(1) Exacted from any person under the age of 18 under the menace of any penalty for its nonperformance and for which the worker does not offer himself voluntarily; or
(2) Performed by any person under the age of 18 pursuant to a contract the enforcement of which can be accomplished by process or penalties.

"Highest-level owner" means the entity that owns or controls an immediate owner of the offeror, or that owns or controls one or more entities that control an immediate owner of the offeror. No entity owns or exercises control of the highest level owner.

"Immediate owner" means an entity, other than the offeror, that has direct control of the offeror. Indicators of control include, but are not limited to, one or more of the following: ownership or interlocking management, identity of interests among family members, shared facilities and equipment, and the common use of employees.

"Internal confidentiality agreement or statement" means a confidentiality agreement or any other written statement that the contractor requires any of its employees or subcontractors to sign regarding nondisclosure of contractor information, except that it does not include confidentiality agreements arising out of civil litigation or confidentiality agreements that contractor employees or subcontractors sign at the behest of a Federal agency.

"Inverted domestic corporation", means a foreign incorporated entity that meets the definition of an inverted domestic corporation under 6 U.S.C. 395(b), applied in accordance with the rules and definitions of 6 U.S.C. 395(c).

"Manufactured end product" means any end product in product and service codes (PSCs) 1000-9999, except-
(1) PSC 5510, Lumber and Related Basic Wood Materials;
(2) Product or Service Group (PSG) 87, Agricultural Supplies;
(3) PSG 88, Live Animals;
(4) PSG 89, Subsistence;
(5) PSC 9410, Crude Grades of Plant Materials;
(6) PSC 9430, Miscellaneous Crude Animal Products, Inedible;
(7) PSC 9440, Miscellaneous Crude Agricultural and Forestry Products;
(8) PSC 9610, Ores;
(9) PSC 9620, Minerals, Natural and Synthetic; and
(10) PSC 9630, Additive Metal Materials.

"Place of manufacture" means the place where an end product is assembled out of components, or otherwise made or processed from raw materials into the finished product that is to be provided to the Government. If a product is disassembled and reassembled, the place of reassembly is not the place of manufacture.

"Predecessor" means an entity that is replaced by a successor and includes any predecessors of the predecessor.

"Restricted business operations" means business operations in Sudan that include power production activities, mineral extraction activities, oil-related activities, or the production of military equipment, as those terms are defined in the Sudan Accountability and Divestment Act of 2007 (Pub. L. 110-174). Restricted business operations do not include business operations that the person (as that term is defined in Section 2 of the Sudan Accountability and Divestment Act of 2007) conducting the business can demonstrate-
(1) Are conducted under contract directly and exclusively with the regional government of southern Sudan;
(2) Are conducted pursuant to specific authorization from the Office of Foreign Assets Control in the Department of the Treasury, or are expressly exempted under Federal law from the requirement to be conducted under such authorization;
(3) Consist of providing goods or services to marginalized populations of Sudan;
(4) Consist of providing goods or services to an internationally recognized peacekeeping force or humanitarian organization;
(5) Consist of providing goods or services that are used only to promote health or education; or
(6) Have been voluntarily suspended.

"Sensitive technology"-
(1) Means hardware, software, telecommunications equipment, or any other technology that is to be used specifically-
(i) To restrict the free flow of unbiased information in Iran; or
(ii) To disrupt, monitor, or otherwise restrict speech of the people of Iran; and
(2) Does not include information or informational materials the export of which the President does not have the authority to regulate or prohibit pursuant to section 203(b)(3) of the International Emergency Economic Powers Act (50 U.S.C. 1702(b)(3)).

"Service - disabled veteran - owned small business concern"-
(1) Means a small business concern-
(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and
(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.
(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

"Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR part 121 and size standards in this solicitation.

"Small disadvantaged business concern", consistent with 13 CFR 124.1002, means a small business concern under the size standard applicable to the acquisition, that-
(1) Is at least 51 percent unconditionally and directly owned (as defined at 13 CFR 124.105) by-
(i) One or more socially disadvantaged (as defined at 13 CFR 124.103) and economically disadvantaged (as defined at 13 CFR 124.104) individuals who are citizens of the United States; and
(ii) Each individual claiming economic disadvantage has a net worth not exceeding $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); and
(2) The management and daily business operations of which are controlled (as defined at 13 CFR 124.106) by individuals, who meet the criteria in paragraphs (1)(i) and (ii) of this definition.

"Subcontract" means any contract as defined in subpart 2.1 entered into by a subcontractor to furnish supplies or services for performance of a prime contract or a subcontract. It includes but is not limited to purchase orders, and changes and modifications to purchase orders.

"Subcontractor" means any supplier, distributor, vendor, or firm (including a consultant) that furnishes supplies or services to or for a prime contractor or another subcontractor.

"Subsidiary" means an entity in which more than 50 percent of the entity is owned-
(1) Directly by a parent corporation; or
(2) Through another subsidiary of a parent corporation.

"Successor" means an entity that has replaced a predecessor by acquiring the assets and carrying out the affairs of the

(1)*  Small business concern. The offeror represents as part of its offer that it [X] is, [  ] is not a small business concern.
(2)*  Veteran-owned small business concern. The offeror represents as part of its offer that it [  ] is, [X] is not a veteran-owned small business concern.
(3)*  Service-disabled veteran-owned small business concern. The offeror represents as part of its offer that it [  ] is, [X] is not a service-disabled veteran-owned small business concern.
(4)  Small disadvantaged business concern. The offeror represents,  that it [  ] is, [X] is not a small disadvantaged business concern as defined in 13 CFR 124.1002.
(5)*  Women-owned small business concern. The offeror represents that it [  ] is, [X] is not a women-owned small business concern.

*Small business concern, Veteran-owned small business concern, Service-disabled veteran-owned small business concern, and Women-owned small business concern size status is calculated based on the Small Business Administration size standard for each NAICS code using the size metrics (e.g. Average Number of Employees and Average Annual Receipts) provided by RELM COMMUNICATIONS, INC. in their SAM registration.

(6)**  Women-owned small business (WOSB) concern eligible under the WOSB Program. [Complete only if the offeror represented itself as a women-owned small business concern in paragraph (c)(5) of this provision] The offeror represents that:
(i)  It [  ] is, [  ] is not a WOSB concern eligible under the WOSB Program, has provided all the required documents to the WOSB Repository, and no change in circumstances or adverse decisions have been issued that affects its eligibility; and
(ii)  It [  ] is, [  ] is not a joint venture that complies with the requirements of 13 CFR part 127, and the representation in paragraph (c)(6)(i) of this provision is accurate in reference to the WOSB concern or concerns that are participating in the joint venture. [The offeror shall enter the name or names of the WOSB concern or concerns that are participating in the joint venture:] Each WOSB concern participating in the joint venture shall submit a separate signed copy of the WOSB representation.
(7)**  Economically disadvantaged women-owned small business (EDWOSB) concern . [Complete only if the offeror represented itself as a WOSB concern eligible under the WOSB Program in (c)(6) of this provision.] The offeror represents that:
(i)  It [  ] is, [  ] is not an EDWOSB concern, has provided
all the required documents to the WOSB Repository, and no change in circumstances or adverse decisions have been issued that affects its eligibility; and
(ii)  It [  ] is, [  ] is not a joint venture that complies with
the requirements of 13 CFR part 127, and the representation in paragraph (c)(7)(i) of this provision is accurate for each EDWOSB concern participating in the joint venture. [The offeror shall enter the name or names of the EDWOSB concern and other small businesses that are participating in the joint venture:  ] Each EDWOSB concern participating
in the joint venture shall submit a separate signed copy of the EDWOSB representation.
Note: Complete paragraphs (c)(8) and (c)(9) only if this solicitation is expected to exceed the simplified acquisition threshold.
(8)  Women-owned business concern (other than small business concern). [Complete only if the offeror is a women-owned business concern and did not represent itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents that it [  ] is a women-owned business concern.
(9)  Tie bid priority for labor surplus area concerns. If this is an invitation for bid, small business offerors may identify the labor surplus areas in which costs to be incurred on account of manufacturing or production (by offeror or first-tier subcontractors) amount to more than 50 percent of the contract price:
State Eligible Labor Surplus  Civil Jurisdictions Included:


(10)  HUBZone small business concern. The offeror represents, as part of its offer, that-
(i)  It [  ] is, It[X] is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified in accordance with 13 CFR part 126; and

(ii)  It [  ] is, It[X] is not a HUBZone joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (c)(11)(i) of this provision is accurate for each HUBZone small business concern participating in the HUBZone joint venture. [The offeror shall enter the names of each of the HUBZone small business concerns participating in the HUBZone joint venture:  .] Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.


(d)  Representations required to implement provisions of Executive Order 11246-
(1)  Previous contracts and compliance. The offeror represents that-
(i)  It [X] has It [  ] has not participated in a previous contract or subcontract subject to the Equal Opportunity clause of this solicitation; and
(ii)  It [X] has It [  ] has not filed all required compliance reports.
(2)  Affirmative Action Compliance. The offeror represents that-
(i)  It [X] has developed and has on file, It [  ] has not developed and does not have on file, at each establishment, affirmative action programs required by rules and regulations of the Secretary of Labor (41 cfr parts 60-1 and 60-2), or
(ii)  It [  ] has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.


(e)  Certification Regarding Payments to Influence Federal Transactions (31 U.S.C. 1352).(Applies only if the contract is expected to exceed $150,000.) By submission of its offer, the offeror certifies to the best of its knowledge and belief that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress or an employee of a Member of Congress on his or her behalf in connection with the award of any resultant contract. If any registrants under the Lobbying Disclosure Act of 1995 have made a lobbying contact on behalf of the offeror with respect to this contract, the offeror shall complete and submit, with its offer, OMB Standard Form LLL, Disclosure of Lobbying Activities, to provide the name of the registrants. The offeror need not report regularly employed officers or employees of the offeror to whom payments of reasonable compensation were made.


(f)  Buy American Certificate. (Applies only if the clause at Federal Acquisition Regulation (FAR)52.225-1, Buy American-Supplies, is included in this solicitation.)
(1)  The offeror certifies that each end product, except those listed in paragraph (f)(2) of this provision, is a domestic end product and that for other than COTS items, the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The offeror shall list as foreign end products those end products manufactured in the United States that do not qualify as domestic end products, i.e., an end product that is not a COTS item and does not meet the component test in paragraph (2) of the definition of "domestic end product." The terms "commercially available off-the-shelf (COTS) item" "component," "domestic end product," "end product," "foreign end product," and "United States" are defined in the clause of this solicitation entitled "Buy American-Supplies."
(2)  Foreign End Products:

(3)  The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25.

(h)  Certification Regarding Responsibility Matters (Executive Order 12689).(Applies only if the contract value is expected to exceed the simplified acquisition threshold.) The offeror certifies, to the best of its knowledge and belief, that the offeror and/or any of its principals-

(1)  [ ] Are [X] Are not presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency; and

(2)  [ ] Have [X] Have not, within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a Federal, state or local government contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, violating Federal criminal tax laws,or receiving stolen property; and

(3)  [ ] Are [X] are not presently indicted for, or otherwise criminally or civilly charged by a Government entity with, commission of any of these offenses enumerated in paragraph (h)(2) of this clause; and

(4)  [ ] Have [X] Have not within a three-year period preceding this offer, been notified of any delinquent Federal taxes in an amount that exceeds $3,500 for which the liability remains unsatisfied.

(i)  Taxes are considered delinquent if both of the following criteria apply:

(A)  The tax liability is finally determined. The liability is finally determined if it has been assessed. A liability is not finally determined if there is a pending administrative or judicial challenge. In the case of a judicial challenge to the liability, the liability is not finally determined until all judicial appeal rights have been exhausted.

(B)  The taxpayer is delinquent in making payment. A taxpayer is delinquent if the taxpayer has failed to pay the tax liability when full payment was due and required. A taxpayer is not delinquent in cases where enforced collection action is precluded.

(ii)  Examples:

(A)  The taxpayer has received a statutory notice of deficiency, under I.R.C.6212, which entitles the taxpayer to seek Tax Court review of a proposed tax deficiency. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek Tax Court Review, this will not be a final tax liability under the taxpayer has exercised all judicial appeal rights.

(B)  The IRS has filed a notice of Federal tax lien with respect to an assessed tax liability, and the taxpayer has been issued a notice under I.R.C.6320 entitling the taxpayer to request a hearing with the IRS Office of Appeals contesting the lien filing, and to further appeal to the Tax Court if the IRS determines to sustain the lien filing. In the course of the hearing, the taxpayer is entitled to contest the underlying tax liability because the taxpayer has had no prior opportunity to contest the liability. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek tax court review, this will not be a final tax liability until the tax payer has exercised all judicial appeal rights.

(C)  The taxpayer has entered into an installment agreement pursuant to I.R.C.6159. The taxpayer is making timely payments and is in full compliance with the agreement terms. The taxpayer is not delinquent because the taxpayer is not currently required to make full payment.

(D)  The taxpayer has filed for bankruptcy protection. The taxpayer is not delinquent because enforced collection action is stayed under II U. S. C 362 (the Bankruptcy Code).

(i)  Certification Regarding Knowledge of Child Labor for Listed End Products (Executive Order 13126). [The Contracting Officer must list in paragraph (i)(1) any end products being acquired under this solicitation that are included in the List of Products Requiring Contractor Certification as to Forced or Indentured Child Labor, unless excluded at 22.1503(b).]

(1)  Listed end products.

(k) Certificates regarding exemptions from the application of the Service Contract Labor Standards(Certification by the offeror as to its compliance with respect to the contract also constitutes its certification as to compliance by its subcontractor if it subcontracts out the exempt services.) [The contracting officer is to check a box to indicate if paragraph (k)(1) or (k)(2) applies.]

(1)   Maintenance, calibration, or repair of certain equipment as described in FAR 22.1003-4(c)(1). The offeror [ ] does [X] does not certify that ___

(i)   The items of equipment to be serviced under this contract are used regularly for other than Governmental purposes and are sold or traded by the offeror (or subcontractor in the case of an exempt subcontract) in substantial quantities to the general public in the course of normal business operations;

(ii)   The services will be furnished at prices which are, or are based on, established catalog or market prices (see FAR 22.1003-4(c)(2)(ii)) for the maintenance, calibration, or repair of such equipment; and

(iii)   The compensation (wage and fringe benefits) plan for all service employees performing work under the contract will be the same as that used for those employees and equivalent employees servicing the same equipment of commercial customers.

(2)   Certain services as described in FAR 22.1003-4(d)(1). The offeror [ ] does, [X] does not certify that ___

(i)   The services under the contract are offered and sold regularly to non-Governmental customers, and are provided by the offeror (or subcontractor in the case of an exempt subcontract) to the general public in substantial quantities in the course of normal business operations;

(ii)   The contract services will be furnished at prices that are, or are based on, established catalog or market prices (see FAR 22.1003-4(d)(2)(iii));

(iii)   Each service employee who will perform the services under the contract will spend only a small portion of his or her time (a monthly average of less than 20 percent of the available hours on an annualized basis, or less than 20 percent of available hours during the contract period if the contract period is less than a month) servicing the Government contract; and

(iv)   The compensation (wage and fringe benefits) plan for all service employees performing work under the contract is the same as that used for these employees and equivalent employees servicing commercial customers.

(3)   If paragraph (k)(1) or (k)(2) of this clause applies ___

(i)   If the offeror does not certify to the conditions in paragraph (k)(1) or (k)(2) and the Contracting Officer did not attach a Service Contract Labor Standards wage determination to the solicitation, the offeror shall notify the Contracting Officer as soon as possible, and

(ii)   The Contracting Officer may not make an award to the offeror if the offeror fails to execute the certification in paragraph (k)(1) or (k)(2) of this clause or to contact the Contracting Officer as required in paragraph (k)(3)(i) of this clause.


(l)   Taxpayer Identification Number (TIN) (26 U.S.C. 6109, 31 U.S.C. 7701). (Not applicable if the offeror is required to provide this information to the SAM database to be eligible for award.)

(1)   All offerors must submit the information required in paragraphs (l)(3) through (l)(5) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the Internal Revenue Service (IRS).

(2)   The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(3)   Taxpayer Identification Number (TIN).

* [X] TIN on file.

* [ ] TIN has been applied for.

* TIN is not required because:

* [ ] Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

* [ ] Offeror is an agency or instrumentality of a foreign government;

* [ ] Offeror is an agency or instrumentality of the Federal Government.

(4)   Type of organization.
* [ ] sole proprietorship;

* [ ]  Partnership;

* [X] Corporate entity (not tax-exempt);

* [ ] Corporate entity (tax-exempt);

* [ ] Government entity (Federal, State, or local);

* [ ] Foreign government;

* [ ] International organization per 26 CFR 1.6049-4;

* [ ] Other

(5)   Common parent.
* [X] Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.
* [ ] Name:

TIN:


(m)   Restricted business operations in Sudan. By submission of its offer, the offeror certifies that the offeror does not conduct any restricted business operations in Sudan.

(r) Predecessor of Offeror. (Applies in all solicitations that include the provision at 52.204-16, Commercial and Government Entity Code Reporting.)

(1) The Offeror represents that it [ ] is or [X] is not a successor to a predecessor that held a Federal contract or grant within the last three years.

(2) If the Offeror has indicated "is" in paragraph (r)(1) of this provision, enter the following information for all predecessors that held a Federal contract or grant within the last three years (if more than one predecessor, list in reverse chronological order):

Predecessor CAGE Code: _____
(or mark "Unknown").
Predecessor legal name: _____
(Do not use a "doing business as" name)


(s) Reserved.


(t)Public Disclosure of Greenhouse Gas Emissions and Reduction Goals. Applies in all solicitations that require offerors to register in SAM (52.212â€"1(k)).

(1) This representation shall be completed if the Offeror received $7.5 million or more in contract awards in the prior Federal fiscal year. The representation is optional if the Offeror received less than $7.5 million in Federal contract awards in the prior Federal fiscal year.

(2) Representation. [Offeror to check applicable block(s) in paragraph (t)(2)(i) and (ii)].

(i) The Offeror (itself or through its immediate owner or highest-level owner) [ ] does [ ] does not publicly disclose greenhouse gas emissions, i.e., makes available on a publicly accessible Web site the results of a greenhouse gas inventory, performed in accordance with an accounting standard with publicly available and consistently applied criteria, such as the Greenhouse Gas Protocol Corporate Standard.

(ii) The Offeror (itself or through its immediate owner or highest-level owner) [ ] does [ ] does not publicly disclose a quantitative greenhouse gas emissions reduction goal, i.e., make available on a publicly accessible Web site a target to reduce absolute emissions or emissions intensity by a specific quantity or percentage.

(iii) A publicly accessible Web site includes the Offeror's own Web site or a recognized, third-party greenhouse gas emissions reporting program.

(3) If the Offeror checked "does" in paragraphs (t)(2)(i) or (t)(2)(ii) of this provision, respectively, the Offeror shall provide the publicly accessible Web site(s) where greenhouse gas emissions and/or reduction goals are reported:


(u)(1) In accordance with section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions), Government agencies are not permitted to use appropriated (or otherwise made available) funds for contracts with an entity that requires employees or subcontractors of such entity seeking to report waste, fraud, or abuse to sign internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such waste, fraud, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.

(2) The prohibition in paragraph (u)(1) of this provision does not contravene requirements applicable to Standard Form 312 (Classified Information Nondisclosure Agreement), Form 4414 (Sensitive Compartmented Information Nondisclosure Agreement), or any other form issued by a Federal department or agency governing the nondisclosure of classified information.

(3) Representation. By submission of its offer, the Offeror represents that it will not require its employees or subcontractors to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting waste, fraud, or abuse related to the performance of a Government contract to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information (e.g., agency Office of the Inspector General).


**Alternate I (Oct 2014)**

As prescribed in 12.301(b)(2), add the following paragraph (c)(11) to the basic provision:

(11) (Complete if the offeror has represented itself as disadvantaged in paragraph (c)(4) of this provision.)

[ ] Black American.

[ ] Hispanic American.

[ ] Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians).

[ ] Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, The Philippines, Republic of Palau, Republic of the Marshall Islands, Federated States of Micronesia, the Commonwealth of the Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).

[ ] Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal).

[ ] Individual/concern, other than one of the preceding.

**(End of Provision)**

**FAR 52.212-5 Contract Terms and Conditions Required to Implement Statutes or Executive Orders-Commercial Items (Jan 2017)**

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

[Contracting Officer check as appropriate.]
___ (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (Sept 2006), with Alternate I (Oct 1995) (41 U.S.C. 4704 and 10 U.S.C. 2402).
___ (2) 52.203-13, Contractor Code of Business Ethics and Conduct (Apr 2010) (41 U.S.C. 3509)).
___ (3) 52.203-15, Whistleblower Protections under the American Recovery and Reinvestment Act of 2009 (June 2010) (Section 1553 of Pub. L. 111-5). (Applies to contracts funded by the American Recovery and Reinvestment Act of 2009.)
___ (4) 52.204-10, Reporting Executive Compensation and First-Tier Subcontract Awards (Oct 2016) (Pub. L. 109-282) (31 U.S.C. 6101 note).
___ (5) [Reserved].
___ (6) 52.204-14, Service Contract Reporting Requirements (Oct 2016) (Pub. L. 111-117, section 743 of Div. C).
___ (7) 52.204-15, Service Contract Reporting Requirements for Indefinite-Delivery Contracts (Jan 2014) (Pub. L. 111-117, section 743 of Div. C).
___ (8) 52.209-6, Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment. (Oct 2015) (31 U.S.C. 6101 note).
___ (9) 52.209-9, Updates of Publicly Available Information Regarding Responsibility Matters (Jul 2013) (41 U.S.C. 2313).
___ (10) [Reserved].
___ (11)(i) 52.219-3, Notice of HUBZone Set-Aside or Sole-Source Award (Nov 2011) (15 U.S.C. 657a).
___ (ii) Alternate I (Nov 2011) of 52.219-3.
___ (12)(i) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (Oct 2014) (if the offeror elects to waive the preference, it shall so indicate in its offer) (15 U.S.C. 657a).
___ (ii) Alternate I (Jan 2011) of 52.219-4.
___ (13) [Reserved]
___ (14)(i) 52.219-6, Notice of Total Small Business Set-Aside (Nov 2011) (15 U.S.C. 644).
___ (ii) Alternate I (Nov 2011).
___ (iii) Alternate II (Nov 2011).
___ (15)(i) 52.219-7, Notice of Partial Small Business Set-Aside (June 2003) (15 U.S.C. 644).
___ (ii) Alternate I (Oct 1995) of 52.219-7.
___ (iii) Alternate II (Mar 2004) of 52.219-7.
___ (16) 52.219-8, Utilization of Small Business Concerns (Nov 2016) (15 U.S.C. 637(d)(2) and (3)).
___ (17)(i) 52.219-9, Small Business Subcontracting Plan (Jan 2017) (15 U.S.C. 637(d)(4)).
___ (ii) Alternate I (Nov 2016) of 52.219-9.
___ (iii) Alternate II (Nov 2016) of 52.219-9.
___ (iv) Alternate III (Nov 2016) of 52.219-9.
___ (v) Alternate IV (Nov 2016) of 52.219-9.
___ (18) 52.219-13, Notice of Set-Aside of Orders (Nov 2011)(15 U.S.C. 644(r)).
___ (19) 52.219-14, Limitations on Subcontracting (Jan 2017) (15 U.S.C. 637(a)(14)).
___ (20) 52.219-16, Liquidated Damages-Subcontracting Plan (Jan 1999) (15 U.S.C. 637(d)(4)(F)(i)).
___ (21) 52.219-27, Notice of Service-Disabled Veteran-Owned Small Business Set-Aside (Nov 2011) (15 U.S.C. 657 f).
___ (22) 52.219-28, Post Award Small Business Program Rerepresentation (Jul 2013) (15 U.S.C. 632(a)(2)).
___ (23) 52.219-29, Notice of Set-Aside for, or Sole Source Award to, Economically Disadvantaged Women-Owned Small Business Concerns (Dec 2015) (15 U.S.C. 637(m)).
___ (24) 52.219-30, Notice of Set-Aside for, or Sole Source Award to, Women-Owned Small Business Concerns Eligible Under the Women-Owned Small Business Program (Dec 2015) (15 U.S.C. 637(m)).
___ (25) 52.222-3, Convict Labor (June 2003) (E.O. 11755).
___ (26) 52.222-19, Child Labor-Cooperation with Authorities and Remedies (Oct 2016) (E.O. 13126).
___ (27) 52.222-21, Prohibition of Segregated Facilities (Apr 2015).
___ (28) 52.222-26, Equal Opportunity (Sept 2016) (E.O. 11246).
___ (29) 52.222-35, Equal Opportunity for Veterans (Oct 2015) (38 U.S.C. 4212).
___ (30) 52.222-36, Equal Opportunity for Workers with Disabilities (Jul 2014) (29 U.S.C. 793).
___ (31) 52.222-37, Employment Reports on Veterans (Feb 2016) (38 U.S.C. 4212).
___ (32) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (Dec 2010) (E.O. 13496).
___ (33)(i) 52.222-50, Combating Trafficking in Persons (Mar 2015) (22 U.S.C. chapter 78 and E.O. 13627).
___ (ii) Alternate I (Mar 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).
___ (34) 52.222-54, Employment Eligibility Verification (Oct 2015). (Executive Order 12989) (Not applicable to the acquisition of commercially available off-the-shelf items or certain other types of commercial items as prescribed in 22.1803.)
___ (35) 52.222-59, Compliance with Labor Laws (Executive Order 13673) (Oct 2016). (Applies at $500 million for solicitations and resultant contracts issued from October 25, 2016 through April 24, 2017; applies at $500,000 for solicitations and resultant contracts issued after April 24, 2017).
Note to paragraph (b)(35): By a court order issued on October 24, 2016, 52.222-59 is enjoined indefinitely as of the date of the order. The enjoined paragraph will become effective immediately if the court terminates the injunction. At that time, GSA, DoD and NASA will publish a document in the Federal Register advising the public of the termination of the injunction.
___ (36) 52.222-60, Paycheck Transparency (Executive Order 13673) (Oct 2016).
___ (37)(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Items (May 2008) (42 U.S.C. 6962(c)(3)(A)(ii)). (Not applicable to the acquisition of commercially available off-the-shelf items.)
___ (ii) Alternate I (May 2008) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)). (Not applicable to the acquisition of commercially available off-the-shelf items.)
___ (38) 52.223-11, Ozone-Depleting Substances and High Global Warming Potential Hydrofluorocarbons (Jun 2016) (E.O. 13693).
___ (39) 52.223-12, Maintenance, Service, Repair, or Disposal of Refrigeration Equipment and Air Conditioners (Jun 2016) (E.O. 13693).
___ (40)(i) 52.223-13, Acquisition of EPEAT®-Registered Imaging Equipment (Jun 2014) (E.O.s 13423 and 13514).
___ (ii) Alternate I (Oct 2015) of 52.223-13.
___ (41)(i) 52.223-14, Acquisition of EPEAT®-Registered Televisions (Jun 2014) (E.O.s 13423 and 13514).
___ (ii) Alternate I (Jun 2014) of 52.223-14.
___ (42) 52.223-15, Energy Efficiency in Energy-Consuming Products (Dec 2007) (42 U.S.C. 8259b).
___ (43)(i) 52.223-16, Acquisition of EPEAT®-Registered Personal Computer Products (Oct 2015) (E.O.s 13423 and 13514).
___ (ii) Alternate I (Jun 2014) of 52.223-16.
___ (44) 52.223-18, Encouraging Contractor Policies to Ban Text Messaging While Driving (Aug 2011) (E.O. 13513).
___ (45) 52.223-20, Aerosols (Jun 2016) (E.O. 13693).
___ (46) 52.223-21, Foams (Jun 2016) (E.O. 13693).
___ (47)(i) 52.224-3, Privacy Training (Jan 2017) (5 U.S.C. 552a).
___ (ii) Alternate I (Jan 2017) of 52.224-3.
___ (48) 52.225-1, Buy American-Supplies (May 2014) (41 U.S.C. chapter 83).
___ (49)(i) 52.225-3, Buy American-Free Trade Agreements-Israeli Trade Act (May 2014) (41 U.S.C. chapter 83, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, 19 U.S.C. 3805 note, 19 U.S.C. 4001 note, Pub. L. 103-182, 108-77, 108-78, 108-286, 108-302, 109-53, 109-169, 109-283, 110-138, 112-41, 112-42, and 112-43.
___ (ii) Alternate I (May 2014) of 52.225-3.
___ (iii) Alternate II (May 2014) of 52.225-3.

(e)(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in this paragraph (e)(1) in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause—

(i) 52.203-13, Contractor Code of Business Ethics and Conduct (Oct 2015) (41 U.S.C. 3509).

(ii) 52.203-19, Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements (Jan 2017) (section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions)).

(iii) 52.219-8, Utilization of Small Business Concerns (Nov 2016) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $700,000 ($1.5 million for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(iv) 52.222-17, Nondisplacement of Qualified Workers (May 2014) (E.O. 13495). Flow down required in accordance with paragraph (l) of FAR clause 52.222-17.

(v) 52.222-21, Prohibition of Segregated Facilities (Apr 2015)

(vi) 52.222-26, Equal Opportunity (Sept 2016) (E.O. 11246).

(vii) 52.222-35, Equal Opportunity for Veterans (Oct 2015) (38 U.S.C. 4212).

(viii) 52.222-36, Equal Opportunity for Workers with Disabilities (Jul 2014) (29 U.S.C. 793).

(ix) 52.222-37, Employment Reports on Veterans (Feb 2016) (38 U.S.C. 4212)

(x) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (Dec 2010) (E.O. 13496). Flow down required in accordance with paragraph (f) of FAR clause 52.222-40.

(xi) 52.222-41, Service Contract Labor Standards (May 2014) (41 U.S.C. chapter 67).

(xii)

___(A) 52.222-50, Combating Trafficking in Persons (Mar 2015) (22 U.S.C. chapter 78 and E.O 13627).

___(B) Alternate I (Mar 2015) of 52 222-50 (22 U.S.C. chapter 78 and E.O 13627).

(xiii) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (May 2014) (41 U.S.C. chapter 67).

(xiv) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (May 2014) (41 U.S.C. chapter 67).

(xv) 52.222-54, Employment Eligibility Verification (Oct 2015).

(xvi) 52.222-55, Minimum Wages Under Executive Order 13658 (Dec 2015) (Executive Order 13658).

(xvii) 52.222-59, Compliance with Labor Laws (Executive Order 13673) (Oct 2016) (Applies at $50 million for solicitations and resultant contracts issued from October 25, 2016 through April 24, 2017; applies at $500,000 for solicitations and resultant contracts issued after April 24, 2017).

Note to paragraph (e)(1)(xvii): By a court order issued on October 24, 2016, 52.222-59 is enjoined indefinitely as of the date of the order. The enjoined paragraph will become effective immediately if the court terminates the injunction. At that time, GSA, DoD and NASA will publish a document in the Federal Register advising the public of the termination of the injunction.

(xviii) 52.222-60, Paycheck Transparency (Executive Order 13673) (Oct 2016)).

(xix) 52.222-62, Paid Sick Leave Under Executive Order 13706 (Jan 2017) (E.O. 13706).

(xx)(A) 52.224-3, Privacy Training (Jan 2017) (5 U.S.C. 552a).

(B) Alternate I (Jan 2017) of 52.224-3.

(xxi) 52.225-26, Contractors Performing Private Security Functions Outside the United States (Oct 2016) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

(xxii) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (May 2014) (42 U.S.C. 1792). Flow down required in accordance with paragraph (e) of FAR clause 52.226-6.

(xxiii) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Feb 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the contractor may include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.


**ALTERNATE I (Feb 2000)**


As prescribed in 12.301(b)(4)(i), delete paragraph (d) from the basic clause, redesignate paragraph (e) as paragraph (d), and revise the reference to "paragraphs (a), (b), (c), or (d) of this clause" in the redesignated paragraph (d) to read "paragraphs (a), (b), and (c) of this clause."


**ALTERNATE II (Jan 2017)**

The NAICS Codes you selected on the Goods and Services page of this registration are listed in the table under 52.219-1(c). Those NAICS Codes for which you are identified as small serve to complete the small business concern representation in 52.219-1(c)(1).

You are certifying to your size status for all the NAICS codes in the table. Please review it carefully. The Y/N answers are located in the "Small Business?" column. A "Y" indicates "Small" and "N" indicates "Other than Small." This status is derived from the SBA's size standards based on the size metrics you entered.

(a) Definitions. As used in this provision-

"Economically disadvantaged women-owned small business (EDWOSB) concern" means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States and who are economically disadvantaged in accordance with 13 CFR part 127. It automatically qualifies as a women-owned small business concern eligible under the WOSB Program.

"Service-disabled veteran-owned small business concern"-
(1) Means a small business concern-
(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans, and
(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.
(2) "Service-disabled veteran" means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).
"Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and the size standard in paragraph (b) of this provision.
"Small disadvantaged business concern," consistent with 13 CFR 124.1002, means a small business concern under the size standard applicable to the acquisition, that-
(1) Is at least 51 percent unconditionally and directly owned (as defined at 13 CFR 124.105) by-
(i) One or more socially disadvantaged (as defined at 13 CFR 124.103) and economically disadvantaged (as defined at 13 CFR 124.104) individuals who are citizens of the United States, and
(ii) Each individual claiming economic disadvantage has a net worth not exceeding $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); and
(2) The management and daily business operations of which are controlled (as defined at 13 CFR 124.106) by individuals who meet the criteria in paragraphs (1)(i) and (ii) of this definition.
"Veteran-owned small business concern" means a small business concern-
(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and
(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned small business concern" means a small business concern-

(1) That is at least 51 percent owned by one or more women; or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and
(2) Whose management and daily business operations are controlled by one or more women.

"Women-owned small business (WOSB) concern eligible under the WOSB Program" (in accordance with 13 CFR part 127), means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States.

(b) (1) The North American Industry Classification System (NAICS) code for this acquisition is See Note *
(2) The small business size standard is See Note.
(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(c) Representations

| NAICS Code | Name | NAICS Exception | Size Standard | Small Business? |
|---|---|---|---|---|
| 334220 | Radio and Television Broadcasting and Wireless Communications Equipment Manufacturing | | 1250 | Y |
| 334290 | Other Communications Equipment Manufacturing | | 750 | Y |
| 335929 | Other Communication and Energy Wire Manufacturing | | 1000 | Y |
| 517410 | Satellite Telecommunications | | $32500000 | N |
| 517919 | All Other Telecommunications | | $32500000 | N |
| 811213 | Communication Equipment Repair and Maintenance | | $11000000 | N |

(a)  This provision applies to small business concerns only

(b)  The bidder's status as a labor surplus area (LSA) concern may affect entitlement to award in case of tie bids. If the bidder wishes to be considered for this priority, the bidder must identify, in the following space, the LSA in which the costs to be incurred on account of manufacturing or production (by the bidder or the first-tier subcontractors) amount to more than 50 percent of the contract price.

(c)  Failure to identify the labor surplus areas as specified in paragraph (b) of this provision will preclude the bidder from receiving priority consideration. If the bidder is awarded a contract as a result of receiving priority consideration under this provision and would not have otherwise received award, the bidder shall perform the contract or cause the contract to be performed in accordance with the obligations of an LSA concern.

**(End of Provision)**

**FAR 52.222-18 Certification Regarding Knowledge of Child Labor for Listed End Products (Feb 2001)**

(a)  Definition:

"Forced or indentured child labor" means all work or service-

(1)  Exacted from any person under the age of 18 under the menace of any penalty for its nonperformance and for which the worker does not offer himself voluntarily; or

(2)  Performed by any person under the age of 18 pursuant to a contract the enforcement of which can be accomplished by process or penalties.

(b)  Listed end products. The following end product(s) being acquired under this solicitation is (are) included in the List of Products Requiring Contractor Certification as to Forced or Indentured Child Labor, identified by their country of origin. There is a reasonable basis to believe that listed end products from the listed countries of origin may have been mined, produced, or manufactured by forced or indentured child labor.

The offeror represents that-

(a) It [X] has developed and has on file, [ ] has not developed and does not have on file, at each establishment, affirmative action programs required by the rules and regulations of the Secretary of Labor (41 CFR 60-1 and 60-2); or

(b) It [ ] has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

**(End of Provision)**

**FAR 52.222-38 Compliance with Veterans' Employment Reporting Requirements (Feb 2016)**

As prescribed in 22.1310 (c), insert the following provision:

COMPLIANCE WITH VETERANS' EMPLOYMENT REPORTING REQUIREMENTS (Feb 2016)

By submission of its offer, the offeror represents that, if it is subject to the reporting requirements of 38 U.S.C. 4212(d) ( i.e., if it has any contract containing Federal Acquisition Regulation clause 52.222-37, Employment Reports on Veterans), it has filed the most recent VETS-4212 Report required by that clause.

**(End of Provision)**

**FAR 52.222-48 Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Certification (May 2014)**

(a)  The offeror shall check the following certification:

Certification

The offeror [ ] does certify  [X] does not certify that -

(1)  The items of equipment to be serviced under this contract are used regularly for other than Government purposes, and are sold or traded by the offeror (or subcontractor in the case of an exempt subcontractor) in substantial quantities to the general public in the course of normal business operations;

(2)  The services will be furnished at prices which are, or are based on, established catalog or market prices for the maintenance, calibration, or repair of equipment.

(i)  An "established catalog price" is a price included in a catalog, price list, schedule, or other form that is regularly maintained by the manufacturer or the offeror, is either published or otherwise available for inspection by customers, and states prices at which sales currently, or were last, made to a significant number of buyers constituting the general public.

(ii)  An "established market price" is a current price, established in the usual course of trade between buyers and sellers free to bargain, which can be substantiated from sources independent of the manufacturer or offeror; and

(3)  The compensation (wage and fringe benefits) plan for all service employees performing work under the contract are the same as that used for these employees and equivalent employees servicing the same equipment of commercial customers.

(b) Certification by the offeror as to its compliance with respect to the contract also constitutes its certification as to compliance by its subcontractor if it subcontracts out the exempt services. If the offeror certifies to the conditions in paragraph (a) of this provision, and the Contracting Officer determines in accordance with FAR 22.1003-4(c)(3) that the Service Contract Labor Standards statute-

(1) Will not apply to this offeror, then the Service Contract Labor Standards clause in this solicitation will not be included in any resultant contract to this offeror; or

(2) Will apply to this offeror, then the clause at 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements, in this solicitation will not be included in any resultant contract awarded to this offeror, and the offeror may be provided an opportunity to submit a new offer on that basis.

(c)  If the offeror does not certify to the conditions in paragraph (a) of this provision-

(1)  The clause in this solicitation at 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements, will not be included in any resultant contract awarded to this offeror; and

(2)  The offeror shall notify the Contracting Officer as soon as possible, if the Contracting Officer did not attach a Service Contract Labor Standards wage determination to the solicitation.

(d)  The Contracting Officer may not make an award to the offeror, if the offeror fails to execute the certification in paragraph (a) of this provision or to contact the Contracting Officer as required in paragraph (c) of this provision.

**(End of Provision)**

**FAR 52.222-50 Combating Trafficking in Persons (MAR 2015)**

As prescribed in 22.1705(a)(1), insert the following clause:

COMBATING TRAFFICKING IN PERSONS (MAR 2015)

(c) Contractor requirements. The Contractor shall-
(1) Notify its employees and agents of-
(i) The United States Government's policy prohibiting trafficking in persons, described in paragraph (b) of this clause; and
(ii) The actions that will be taken against employees or agents for violations of this policy. Such actions for employees may include, but are not limited to, removal from the contract, reduction in benefits, or termination of employment; and
(2) Take appropriate action, up to and including termination, against employees, agents, or subcontractors that violate the policy in paragraph (b) of this clause.


(d) Notification.
(1) The Contractor shall inform the Contracting Officer and the agency Inspector General immediately of-
(i) Any credible information it receives from any source (including host country law enforcement) that alleges a Contractor employee, subcontractor, subcontractor employee, or their agent has engaged in conduct that violates the policy in paragraph (b) of this clause (see also 18 U.S.C. 1351, Fraud in Foreign Labor Contracting, and 52.203-13(b)(3)(i)(A), if that clause is included in the solicitation or contract, which requires disclosure to the agency Office of the Inspector General when the Contractor has credible evidence of fraud); and
(ii) Any actions taken against a Contractor employee, subcontractor, subcontractor employee, or their agent pursuant to this clause.
(2) If the allegation may be associated with more than one contract, the Contractor shall inform the contracting officer for the contract with the highest dollar value.


(e) Remedies. In addition to other remedies available to the Government, the Contractor's failure to comply with the requirements of paragraphs (c), (d), (g), (h), or (i) of this clause may result in-
(1) Requiring the Contractor to remove a Contractor employee or employees from the performance of the contract;
(2) Requiring the Contractor to terminate a subcontract;
(3) Suspension of contract payments until the Contractor has taken appropriate remedial action;
(4) Loss of award fee, consistent with the award fee plan, for the performance period in which the Government determined Contractor non-compliance;
(5) Declining to exercise available options under the contract;
(6) Termination of the contract for default or cause, in accordance with the termination clause of this contract; or
(7) Suspension or debarment.


(f) Mitigating and aggravating factors. When determining remedies, the Contracting Officer may consider the following:
(1) Mitigating factors. The Contractor had a Trafficking in Persons compliance plan or an awareness program at the time of the violation, was in compliance with the plan, and has taken appropriate remedial actions for the violation, that may include reparation to victims for such violations.
(2) Aggravating factors. The Contractor failed to abate an alleged violation or enforce the requirements of a compliance plan, when directed by the Contracting Officer to do so.


(g) Full cooperation.
(1) The Contractor shall, at a minimum-
(i) Disclose to the agency Inspector General information sufficient to identify the nature and extent of an offense and the individuals responsible for the conduct;
(ii) Provide timely and complete responses to Government auditors' and investigators' requests for documents;
(iii) Cooperate fully in providing reasonable access to its facilities and staff (both inside and outside the U.S.) to allow contracting agencies and other responsible Federal agencies to conduct audits, investigations, or other actions to ascertain compliance with the Trafficking Victims Protection Act of 2000 (22 U.S.C. chapter 78), E.O. 13627, or any other applicable law or regulation establishing restrictions on trafficking in persons, the procurement of commercial sex acts, or the use of forced labor; and
(iv) Protect all employees suspected of being victims of or witnesses to prohibited activities, prior to returning to the country from which the employee was recruited, and shall not prevent or hinder the ability of these employees from cooperating fully with Government authorities.
(2) The requirement for full cooperation does not foreclose any Contractor rights arising in law, the FAR, or the terms of the contract. It does not-
(i) Require the Contractor to waive its attorney-client privilege or the protections afforded by the attorney work product doctrine;
(ii) Require any officer, director, owner, employee, or agent of the Contractor, including a sole proprietor, to waive his or her attorney client privilege or Fifth Amendment rights; or
(iii) Restrict the Contractor from-
(A) Conducting an internal investigation; or
(B) Defending a proceeding or dispute arising under the contract or related to a potential or disclosed violation.

(b) Certification by the offeror as to its compliance with respect to the contract also constitutes its certification as to compliance by its subcontractor if it subcontracts out the exempt services. If the offeror certifies to the conditions in paragraph (a) of this provision, and the Contracting Officer determines in accordance with FAR 22.1003-4(d)(3) that the Service Contract Labor Standards statute-

(1) Will not apply to this offeror, then the Service Contract Labor Standards clause in this solicitation will not be included in any resultant contract to this offeror; or

(2) Will apply to this offeror, then the clause at FAR 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements, in this solicitation will not be included in any resultant contract awarded to this offer, and the offeror may be provided an opportunity to submit a new offer on that basis.

(c) If the offeror does not certify to the conditions in paragraph (a) of this provision-

(1) The clause of this solicitation at 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements, will not be included in any resultant contract to this offeror; and

(2) The offeror shall notify the Contracting Officer as soon as possible if the Contracting Officer did not attach a Service Contract Labor Standards wage determination to the solicitation.

(d) The Contracting Officer may not make an award to the offeror, if the offeror fails to execute the certification in paragraph (a) of this provision or to contact the Contracting Officer as required in paragraph (c) of this provision.

(End of Provision)

**FAR 52.222-56 Certification Regarding Trafficking in Persons Compliance Plan (MAR 2015)**

As prescribed in 22.1705(b), insert the following provision:

CERTIFICATION REGARDING TRAFFICKING IN PERSONS COMPLIANCE PLAN (MAR 2015)

(a) The term "commercially available off-the-shelf (COTS) item," is defined in the clause of this solicitation entitled "Combating Trafficking in Persons" (FAR clause 52.222-50).

(b) The apparent successful Offeror shall submit, prior to award, a certification, as specified in paragraph (c) of this provision, for the portion (if any) of the contract that-
(1) Is for supplies, other than commercially available off-the-shelf items, to be acquired outside the United States, or services to be performed outside the United States; and
(2) Has an estimated value that exceeds $500,000.

(c) The certification shall state that-
(1) It has implemented a compliance plan to prevent any prohibited activities identified in paragraph (b) of the clause at 52.222-50, Combating Trafficking in Persons, and to monitor, detect, and terminate the contract with a subcontractor engaging in prohibited activities identified at paragraph (b) of the clause at 52.222-50, Combating Trafficking in Persons; and
(2) After having conducted due diligence, either-
(i) To the best of the Offeror's knowledge and belief, neither it nor any of its proposed agents, subcontractors, or their agents is engaged in any such activities; or
(ii) If abuses relating to any of the prohibited activities identified in 52.222-50(b) have been found, the Offeror or proposed subcontractor has taken the appropriate remedial and referral actions.

(End of Provision)

**FAR 52.223-1 Biobased Product Certification (May 2012)**

(a) As required by the Farm Security and Rural Investment Act of 2002 and the Energy Policy Act of 2005 (7 U.S.C. 8102(c)(3)), the offeror certifies, by signing this offer, that biobased products (within categories of products listed by theUnited States Department of Agriculture in 7 CFR part 3201, subpart B) to be used or delivered in the performance of the contract, other than biobased products that are not purchased by the offeror as a direct result of this contract, will comply with the applicable specifications or other contractual requirements.

(End of Provision)

**FAR 52.223-4 Recovered Material Certification (May 2008)**

As required by the Resource Conservation and Recovery Act of 1976 (42 U.S.C. 6962(c)(3)(A)(i)), the offeror certifies, by signing this offer, that the percentage of recovered materials content for EPA-designated items to be delivered or used in the performance of the contract will be at least the amount required by the applicable contract specifications or other contractual requirements.

[X]  certifies compliance with 52.223-4

(End of Provision)

**FAR 52.223-9 Estimate of Percentage of Recovered Material Content for EPA-Designated Items (May 2008)**
**Alternate I (May 2008)**

(a) The offeror certifies that each end product, except those listed in paragraph (b) or (c) of this provision, is a domestic end product and that for other than COTS items, the offeror has considered components of unknown origin to have been   mined, produced, or manufactured outside the United States.    The terms "Bahrainian, Moroccan, Omani, Panamanian, or Peruvian end product," "commercially    available off-the-shelf (COTS) item," "component," "domestic end product," "end product," "foreign end product," "Free Trade Agreement country," "Free Trade Agreement country end product," "Israeli end product," and   "United States" are defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli   Trade Act."

(b) The offeror certifies that the following supplies are Free Trade Agreement country end products (other than Bahrainian, Moroccan, Omani, Panamanian, or Peruvian end products) or Israeli end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act":
Free Trade Agreement Country End Products(Other than Bahrainian, Moroccan, Omani, Panamanian, or Peruvian End Products) or Israeli End Products:"

(c) The offeror shall list those supplies that are foreign endproducts (other than those listed in paragraph (b) of this provision) as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act." The offeror shall list as other foreign end products those end products manufactured in the United States that do not qualify as domestic end products, I.e., an end product that is not a COTS item and does not meet the component test in paragraph (2) of the definition of "domestic end product."

Other Foreign End Products:

(d) The Government will evaluate offers in accordance with the policies and procedures of Part 25 of the Federal Acquisition Regulation.

**Alternate I (May 2014)**

As prescribed in 25.1101 (b)(2)(ii), substitute the following paragraph (b) for paragraph (b) of the basic provision:
(b) The offeror certifies that the following supplies are Canadian end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act":
Canadian End Products:

**Alternate II (May 2014)**

As prescribed in 25.1101(b)(2)(iii), substitute the following paragraph (b) for paragraph (b) of the basic provision:
 (b) The offeror certifies that the following supplies are Canadian end products or Israeli end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act":
Canadian or Israeli End Products:

**Alternate  (May 2014)**

As prescribed in 25.1101(b)(2)(iv), substitute the following paragraph (b) for paragraph (b) of the basic provision:

(b) The offeror certifies that the following supplies are Free Trade Agreement country end products (other than Bahrainian,Korean, Moroccan, Omani, Panamanian, or Peruvian end products) or Israeli end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act":
Free Trade Agreement Country End Products (Other than Bahrainian, Korean, Moroccan, Omani, Panamanian, or Peruvian End Products) or Israeli End Products:

**(End of Provision)**
**FAR 52.225-6 Trade Agreements Certificate (May 2014)**

(a) The offeror certifies that each end product, except those listed in paragraph (b) of this provision, is a U.S.-made,or designated country, end product, as defined in the clause of this solicitation entitled "Trade Agreements."

(b) The offeror shall list as other end products those supplies that are not U.S.-made, or designated country, end products.
Other End Products:

(c) The Government will evaluate offers in accordance with the policies and procedures of Part 25 of the Federal Acquisition Regulation. For line items covered by the WTO GPA,the Government will evaluate offers of U.S.-made, or designated country, end products without regard to the restrictions of the Buy American statute. The Government will consider for award only offers of U.S.-made, or designated country, end products unless the Contracting Officer determines that there are no offers for those products or that the offers for those products are insufficient to fulfill the requirements of this solicitation.

**(End of Provision)**
**FAR 52.225-20 Prohibition on Conducting Restricted Business Operations in Sudan-Certification (Aug 2009)**

(d)  Exception for trade agreements. The representation requirement of paragraph (c)(1) and the certification requirements of paragraphs (c)(2) and (c)(3) of this provision do not apply if-

(1)  This solicitation includes a trade agreements notice or certification (e.g., 52.225-4, 52.225-6, 52.225-12, 52.225-24, or comparable agency provision), and

(2)  The offeror has certified that all the offered products to be supplied are designated country end products or designated country construction material.

**(End of Provision)**

**FAR 52.226-2 Historically Black College or University and Minority Institution Representation (Oct 2014)**

(a) Definitions. As used in this provision-

"Historically black college or university" means an institution determined by the Secretary of Education to meet the requirements of 34 CFR 608.2.

"Minority institution" means an institution of higher education meeting the requirements of Section 365(3) of the Higher Education Act of 1965 (20 U.S.C. 1067k), including a Hispanic-serving institution of higher education, as defined in Section 502(a) of the Act (20 U.S.C. 1101a).

(b) Representation. The offeror represents that it-
[ ] is [X] is not a historically black college or university;

[ ] is [X] is not a minority institution.

**(End of Provision)**

**FAR 52.227-6 Royalty Information (Apr 1984)**

(a)  Cost or charges for royalties. When the response to this solicitation contains costs or charges for royalties totaling more than $250, the following information shall be included in the response relating to each separate item of royalty or license fee:

(1)  Name and address of licensor.

(2)  Date of license agreement.

(3)  Patent numbers, patent application serial numbers, or other basis on which the royalty is payable.

(4)  Brief description, including any part or model numbers of each contract item or component on which the royalty is payable.

(5)  Percentage or dollar rate of royalty per unit.

(6)  Unit price of contract item.

(7)  Number of units.

(8)  Total dollar amount of royalties.

(b)  Copies of current licenses. In addition, if specifically requested by the Contracting Officer before execution of the contract, the offeror shall furnish a copy of the current license agreement and an identification of applicable claims of specific patents.

**(End of Provision)**

**FAR 52.227-15 Representation of Limited Rights Data and Restricted Computer Software (Dec 2007)**

(a)  This solicitation sets forth the Government's known delivery requirements for data (as defined in the clause at 52.227-14, Rights in Data-General). Any resulting contract may also provide the Government the option to order additional data under the Additional Data Requirements clause at 52.227-16, if included in the contract. Any data delivered under the resulting contract will be subject to the Rights in Data-General clause at 52.227-14 included in this contract. Under the latter clause, a Contractor may withhold from delivery data that qualify as limited rights data or restricted computer software, and deliver form, fit, and function data instead. The latter clause also may be used with its Alternates II and or III to obtain delivery of limited rights data or restricted computer software, marked with limited rights or restricted rights notices, as appropriate. In addition, use of Alternate V with this latter clause provides the Government the right to inspect such data at the Contractor's facility.

(b)  By completing the remainder of this paragraph, the offeror represents that it has reviewed the requirements for the delivery of technical data or computer software and states [offeror check appropriate block]-

(1)  [X] None of the data proposed for fulfilling such requirements qualifies as limited rights data or restricted computer software, or

(2)  [ ] Data proposed for fulfilling such requirements qualify as limited rights data or restricted computer software and are identified as follows:

(c)  Any identification of limited rights data or restricted computer software in the offeror's response is not determinative of the status of the data should a contract be awarded to the offeror.

**(End of Provision)**



Gregory Kothman    Log Out

ALERT: If you are registering a new entity in SAM.gov, you must provide an original, signed **notarized letter** stating that you are the authorized Entity Administrator before your registration will be activated. Read **our FAQs** to learn more about this process change.

## Entity Dashboard

Entity Overview
- **Entity Registration**
    - Core Data
    - Assertions
    - Reps & Certs
    - POCs
- **Reports**
    - Service Contract Report
    - BioPreferred Report
- **Exclusions**
    - Active Exclusions
    - Inactive Exclusions
    - Excluded Family Members

RETURN TO SEARCH

**RELM COMMUNICATIONS, INC.**

DUNS: 006418933    CAGE Code: 62720

Status: Active

7100 TECHNOLOGY DR
MELBOURNE, FL, 32904-1521 ,
UNITED STATES

Expiration Date: 03/21/2019

Purpose of Registration: All Awards

### Active Exclusions

**Page Description**

There are no active exclusion records associated to this entity by its unique entity identifier, i.e. the DUNS Number. You may conduct additional searches for exclusion records using different search criteria by selecting Search Records in the main navigation.

PRINT


GSA

Search Records        FAPIIS.gov
Data Access        Disclaimers        GSA.gov/IAE
Check Status        Accessibility        GSA.gov
About        Privacy Policy        USA.gov
Help

IBM v1.P 11.2018⊡322-1434

WWW4

**AR02190**

## Search Results

Entity: RELM COMMUNICATIONS, INC.
DUNS: 006418933
CAGE: 62720
Date FAPIIS search conducted: 03/27/2018 16:01:36

| FAPIIS Data | Records | Count |
|---|---|---|
| Administrative Agreement | No | 0 |
| Defective Pricing | No | 0 |
| DoD Determination of Contractor Fault | No | 0 |
| Information on Trafficking in Persons | No | 0 |
| Non-Responsibility Determination | No | 0 |
| Recipient Not-Qualified Determination | No | 0 |
| Subcontractor Payment Issues | No | 0 |
| Termination for Cause | No | 0 |
| Termination for Default | No | 0 |
| Termination for Material Failure to Comply | No | 0 |

### Proceedings Information as Entered by the Entity in SAM.gov

- Question: Does your business or organization (represented by the DUNS number on this specific Entity Management section of SAM record) have current active Federal contracts and/or grants with total value (including any exercised/unexercised options) greater than $10,000,000?
  ***Contractor Response: **Yes**

- Question: Within the last five years, has your business or organization (represented by the DUNS number on this specific Entity Management section of SAM record) and/or any of its principals, in connection with the award to or performance by your business or organization of a Federal contract or grant, been the subject of a Federal or State (1) criminal proceeding resulting in a conviction or other acknowledgment of fault; (2) civil proceeding resulting in a finding of fault with a monetary fine, penalty, reimbursement, restitution, and/or damages greater than $5,000, or other acknowledgment of fault; and/or (3) administrative proceeding resulting in a finding of fault with either a monetary fine or penalty greater than $5,000 or reimbursement, restitution, or damages greater than $100,000, or other acknowledgment of fault?
  ***Contractor Response: **No**

### SAM Exclusion Data

*** No matching Performance Information section of SAM records were found based on the search criteria information we have. You may want to search the Performance Information section of SAM directly at https://www.sam.gov and use the 'Advanced Search' option to locate the entity of interest.

# DETERMINATION OF FAIR & REASONABLE PRICING
## Simplified Acquisition Procedures
## Purchase Requisition 0040385014

1.  In accordance with FAR 13.106-3(a), basis for award using simplified acquisition procedures, I determine the proposed price to be fair and reasonable based on the following:

☐ Competitive quotations or offers (FAR 13.106-3(a)(1))

☐ Market research (FAR 13.106-3(a)(2)(i))

☒ Comparison of the proposed price with purchases found reasonable on previous purchases (FAR 13.106-3(a)(2)(ii))

☒ Current price lists, catalogs, or advertisements (FAR 13.106-3(a)(2)(iii))

☐ Comparison with similar items in a related industry (FAR 13.106-3(a)(2)(iv))

☐ Contracting officer's personal knowledge of the item being purchased (FAR 13.106-3(a)(2)(v))

☐ Comparison to an independent Government estimate (FAR 13.106-3(a)(2)(vi))

☐ Any other reasonable basis (FAR 13.106-3(a)(2)(vii))

BLM FY 2016 Call Orders: 26
BLM FY 2017 Call Orders: 38
BLM FY 2018 Call Orders: 5 thus far

Open Market List Pricing: $26,986.37
BLM BPA L16PA00013: $13,118.78

Based on previous orders and the additional discount off the GSA pricing, placing a direct call order against the Single-Award BLM BPA (L16PA00013) to RELM Communications, Inc. is in the best interest of the Government.

Gregory Kothman
Contracts Specialist



**RELM Wireless Corporation**
**7100 Technology Drive**
**West Melbourne, FL 32904**
**Sales: 800-821-2900  Fax: 800-704-3177**



PLEASE USE THIS ESTIMATE NUMBER ON ALL CORRESPONDENCE

Estimate Number:   WS180227-4

Date   27-Feb-18

To: Dalton Black
Telecommunications Manager
Nevada BLM
775-861-6409 - office
775-296-1542 - cell
702-515-5152 -fax

| | |
|---|---|
| Prepared by: | Wayne Stephenson |
| Phone: | 321-953-7893 |
| Fax: | 321-953-7890 |
| Cell: | 321-698-0400 |
| Email: | wstephenson@relm.com |
| Terms: | NET 30 days |
| Delivery: | FOB Destination |
| BLM BPA | L16PA00013 |
| DUNS: | 006418933 |
| Federal ID: | 35-0827418-V |

Shipment within _____ 30 _____ days after receipt of order (ARO)
Estimate valid until   27-Apr-18

| Item | Quantity | Manufacturer's Model Number | Description | List Unit Price | BLM BPA Unit Price | Extended BLM BPA Pricing USD |
|---|---|---|---|---|---|---|
| 1 | 6 | KNG-M150 | KNG VHF 136-174 MHz, DVSI™ AMBE +2 Enhanced Dual Rate Vocoder (Ver. 1.8) , P25 Dash Mount Digital Mobile Radio, 50 Watts, 2048 Channels - Includes KAA0630 Install Kit & KAA0261 external Speaker (w/KAA0647 speaker cable) - for 110 Watt operation, order KZA0154 110W option. | 3,658.34 | 1,682.83 | 10,096.98 |
| 2 | 6 | KZA0576 | Factory Installed, DES / AES Encryption Option - KNG-M/B | 288.00 | 172.80 | 1,036.80 |
| 3 | 6 | KAA0521M | DFSI Interface Option, DB-25 Interface cable for IP connectivity, KNG-M and KNG-B | 275.00 | 165.00 | 990.00 |
| 4 | 3 | MISCPARTS | Rack Shelf, Sliding, vented | 275.00 | 165.00 | 495.00 |
| 5 | 1 | ASSEMBLYCHG | Programming and Integration (required for any cabinet, duplexer, or custom configurations) | 833.33 | 500.00 | 500.00 |
| | | | | | | |
| | | | | | ORDER TOTAL | 13,118.78 |

All prices are based upon packing suitable for domestic shipment or overseas air shipment unless otherwise noted.
All deliveries subject to any necessary United States Government Authorization

APPROVED   W. Stephenson

**AR02193**



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Nevada State Office
1340 Financial Boulevard
Reno, Nevada  89502-7147
http://www.blm.gov/nv



In Reply Refer To:
NV955

## DETERMINATION AND FINDINGS

### Purchase Requisition 0040385014 RELM Radio Accessories

The nature of this action is to place a Call Order against a BLM Single-Award BPA on a Brand Name basis limiting full and open competition.

## FINDINGS

Extensive market research shows the validity of brand name components required for integration into the existing RELM manufactured P25 Radios currently used by BLM.  The BPA (L16PA00013) is more advantageous than open market or GSA.  A Brand Name Justification for Excepting Full and Open Competition was prepared in accordance with FAR 13.501 with a Brand Name limiting to one awardee who is capable of providing the supplies or services required at the level of quality required because the supplies or services ordered are unique of highly specialized.

## DETERMINATION

Based on the findings, I have determined to place a direct call order against the BLM BPA to RELM Communications, Inc.


Gregory Kothman
Contracts Specialist

<u>27 March 2018</u>
Date

PR Number: 0040385014                              Date: 2/27/2018
Project: RELM 150 Series Mobile Radios with Encryption and Rack

### "JUSTIFICATION FOR EXCEPTION TO FAIR OPPORTUNITY"
**Statutory permitting other than full and open competition is contained in Subpart 13.501 of the Federal Acquisition Regulation.**

**(1) Identification of the agency and the contracting activity**

US DOI – Bureau of Land Management
Requesting Office: BLM Winnemucca District Office- Black Rock Station
Contracting Office: BLM Nevada State Office (NV955)
1340 Financial Blvd, Reno NV89502

**(2) Nature – Description of the Action**

BLM has a requirement for P25 mobile radios with rack configuration for 2018 Burning Man event support.

**(3) Description of supplies or services required to meet the agencies need, including the estimated value:**

Relm 150 Series Radios with Accessories estimated at $13,200.00

**(4) An identification of the exception to fair opportunity (see FAR 13.501) and the supporting rationale, including a demonstration that the proposed contractor's unique qualifications or the nature of the acquisition requires use of the exception cited. If the contracting officer uses the logical follow-on exemption, the rationale shall describe why the relationship between the initial order and the follow-on is logical (e.g., in terms of scope, period of performance, or value):**

FAR 13.501 -  Only one brand is capable of providing the supplies or services required at the level of quality required because the supplies or services ordered are unique of highly specialized – Brand Name Specific.

The Nevada Bureau of Land Management (BLM) and partnering governmental agencies (PGA) require secure, dependable communications at all times. Continuity of operations is dependent on system availability as well as maintaining the confidentiality and integrity of the network. Confidentiality, integrity and availability all work together to provide a highly resilient and always available solution. There are many considerations for maximizing radio communication availability to BLM personnel and our PGAs. BLM currently uses P25 radios manufactured by RELM Communications, Inc.
Based on previous orders against the BLM BPA, it is determined that no other radio manufacturer can provide equal components that will seamlessly integrate into the existing RELM Communications/ BK Technologies radios.

**(5) A demonstration by the contracting officer that the anticipated cost to the Government will be fair and reasonable:**

The proposed price is anticipated to be fair and reasonable based on the following:

AR02195

PR: 40385014          Doc Type: FP Funded Purch Req        Title: PR1#1 FY18 BURNING MAN DFSI BASE STATION
Run Date: 03/27/2018                      Run Time: 09:39:17     User ID:GKOTHMAN       Version Number: 00

Suggested Vendor:       REIM WIRELESS#00641B9933
Header Text:            PRIORITY 1BPA: L16PA00013FY 18 BURNING MAN DFSI BASE STATIONSQUESTIONS CONTACT DALTON
                       BLACK 775-861-6409SEE ATTACHMENTS

********** Header Details **********                       ********** Approval/Status **********
Requisitioner:          Davneva Rios                        Release Group:AA      Release Status:
COR/Receiving Agent:    DBLACK                               Release Strategy:SC   Successfully Trans
GPA/Contract Number:                                        Transmission Status:  03
Originating Office POC:  IVA
Issuing Office:          DALTON BLACK                        Co Description       Approved By    Date        Time
Ratification Indicator:                                     SP Supervisor        DBLACK        03/22/2018   11:02:56
Total Price:            13,118.78                           RA Radio Approver     DBLACK        03/23/2018   10:05:58
Ad-Hoc Approver:                               USD          PA Radio Approver     KFLODMAN      03/23/2018   10:05:32
Supervisory Approver:    COSBORN                            PP Pers. Prop Approver DBLACK        03/23/2018   11:05:53
Certifying Funds Approver: JPLATT                           CF Certifying Funds App JPLATT
Originating Office:     300000000957
                        BLM-NV WINNEMUCCA FIELD OFFICE*
Address:                5100 E WINNEMUCCA BLVD
                        WINNEMUCCA NV 89445

********** Item 00010 **********
Item   ItemCat   Short Text                                 Quantity / Unit    Val Price /       Total Price / Curr
00010  Goods     KNG-M150                                   6.000  EA          1682.83           10096.98   USD

                 /Description
       UPC       RADIO, MOBILE                              Mat.Grp   Plant     Deliv.Date       Delivery Address
       5201120                                              5BRDNC53  L000      05/15/2018        0004278796

       GSA/FEDSTRIP Number  CPO Number  Action Type  Agency Order Number  Per.of Perf. Start  IT Approval/Tracking Number  Closed
                                        1 Add new line                    Per.of Perf. End                                 No
Responsible Cost Center  Post Awd Smart Number
LLNVW03500               1

********** Accounting Details **********
SeqNum  Acct Assign  Accountable Property  DistType          Quantity / Unit    Amount / Currency     G/L Account
01      I Accountable Property  Distr%   Single              6.000  EA          10096.98   USD        6100.312C0
                                0.0

BusArea  Commitltem  Cost Center     FundArea        Fund              Funds Center     WBS Element
1000     312C00      LLNVW03500      LS10S0000.EA0000 18XL5017AP       LLNVW03500       LV.RC.F1805950

Asset   Sub Asset   Order           Funded Program    TAS              BETC   SAF Indic Trade in  UPC Override
                                    LVRCF1805950      14X5017

Bus.Entity   Building   Property   Rental Unit Contract

********** Delivery Address **********
Address No.:
Address:     BLM-NV SOUTHERN NEVADA DISTRICT OFFICE
             4701 NORTH TORREY PINES DRIVE
             LAS VEGAS NV 89130-2301
             USA

PR: 40385014    Doc Type: FP Funded Purch Req          Title: PR#1 FY18 BURNING MAN DFSI BASE STATION
Run Date: 03/27/2018                Run Time: 09:39:17    User ID:GKOTHMAN    Version Number: 00

```
********** Accounting Details ***********
SeqNum  Acct Assign    Distr%    DistType
01      1 Accountable Property  0.0      Single

BusArea    CommitItem    Cost Center    FuncArea        Funds Center      WBS Element        G/L Account
L000       312C00        LINVW03500     L51050000.EA0000 LINVW03500        IV.RC.P1805950     6100.312C0

                                                         Quantity / Unit   Amount / Currency
                                                         6.000  EA         990.00  USD

UPC              /Description                            Fund             Plant            SAF Indic   Trade in   UPC Override
58201120         RADIO, MOBILE                           18XL5017AP        L000

Asset            Sub Asset     Order                     Funded Program
                                                         IVRCP1805950
                                                         TAS
                                                         14X5017                           BETC

Bus.Entity      Building      Property     Rental Unit  Contract

********** Delivery Address ***********
Address No.:
Address:          B00042676
                  BLM-NV SOUTHERN NEVADA DISTRICT OFFICE
                  4701 NORTH TORREY PINES DRIVE
                  LAS VEGAS NV 89130-2201
                  USA

********** Additional Status Data ***********
Purchase Order                 Smart Number

GSA/FEDSTRIP Number  CPO Number   Agency Order Number  Per.of Perf. Start   Per.of Perf. End

                                                                            IT Approval/Tracking Number
Responsible Cost Center  Action Type      Post Awd Smart Number                                 Closed
LINVW03500               1 Add new line                                                         No

********** Item Itemdat 00040 ***********
********** Accounting Details ***********
SeqNum  Acct Assign    Distr%    DistType
01      1 Accountable Property  0.0      Single
                                                                            PO Line             PO Date

Item Itemdat  Short Text                                Quantity / Unit   Val Price /   Total Price / Curr
00040 Goods   MISCPARTS                                 3.000  EA         165.00        495.00  USD

BusArea    Commititem    Cost Center    FuncArea        Mat.Grp   Plant    Deliv.Date       Delivery Address
L000       312C00        LINVW03500     L51050000.EA0000 58RDNC33  L000     05/15/2018       00042766

Asset     Sub Asset     Order                           Funds Center      Amount / Currency
                                                         LINVW03500         495.00  USD
                                                         Fund             WBS Element        G/L Account
                                                         18XL5017AP        IV.RC.P1805950     6100.312C0
                         Funded Program
                         IVRCP1805950                    TAS              SAF Indic   Trade in   UPC Override
                                                         14X5017           BETC

Bus.Entity      Building      Property     Rental Unit  Contract
```

AR02197

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | 1. REQUISITION NUMBER | PAGE | OF |
|---|---|---|---|
| *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | 0040389106 | 1 | 12 |

| 2. CONTRACT NO. | 3. AWARD/ EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| | | 140L3918P0119 | 140L3918Q0061 | 05/29/2018 |

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME Gregory Kothman | b. TELEPHONE NUMBER *(No collect calls)* (775) 861-6440 | 8. OFFER DUE DATE/LOCAL TIME PT |

9. ISSUED BY        CODE  LVA

BLM NV-STATE OFC BGT&FIN SVC(NV955)
1340 FINANCIAL BLVD.
RENO NV 89502

10. THIS ACQUISITION IS ☐ UNRESTRICTED OR ☒ SET ASIDE 100.00 % FOR

☒ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

WOMEN-OWNED SMALL BUSINESS
☐ (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☐ 8(A)

NAICS 517919

SIZE STANDARD $32.5

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED ☐ SEE SCHEDULE | 12. DISCOUNT TERMS | ☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | | 14. METHOD OF SOLICITATION ☒ RFQ  ☐ IFB  ☐ RFP |

15. DELIVER TO        CODE  0004276794

BLM-NV WINNEMUCCA DISTRICT OFFICE
5100 E WINNEMUCCA BLVD
WINNEMUCCA NV 89445

16. ADMINISTERED BY        CODE  LVA

BLM NV-STATE OFC BGT&FIN SVC(NV955)
1340 FINANCIAL BLVD.
RENO NV 89502

17a. CONTRACTOR/ OFFEROR    CODE 0071379076    FACILITY CODE

HIGH DESERT INTERNET SERVICES
Attn: Doug Dawson
250 ARROW ST
FERNLEY NV 89408-9695

TELEPHONE NO.  775-771-5750

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18a. PAYMENT WILL BE MADE BY        CODE  IPP INV

Invoice Processing Platform System
US Department of Treasury
http://www.ipp.gov

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED  ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | CO Invoice Review Required: Y Delivery: 09/30/2018 Account Assignm: K G/L Account: 6100.257C0 Business Area: L000 Commitment Item: 257C00 Cost Center: LLNVW03500 Functional Area: L51050000.EA0000 Fund: 18XL5017AP Fund Center: LLNVW03500 Project/WBS: LV.RC.F1805950 PR Acct Assign: 01 | | | | |
| | Continued ... | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA 01 | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* $22,000.00 |
|---|---|

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED.    ADDENDA  ☐ ARE  ☐ ARE NOT ATTACHED.
☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.    ADDENDA  ☒ ARE  ☐ ARE NOT ATTACHED.

☐ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

☒ 29. AWARD OF CONTRACT: REFERENCE ___ OFFER DATED 06/18/2018. YOUR OFFER ON SOLICITATION (BLOCK 5) INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* |
|---|---|
| | *Gregory Kothman* |

| 30b. NAME AND TITLE OF SIGNER *(Type or print)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or print)* Gregory Kothman | 31c. DATE SIGNED 6/21/2018 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

AR02198

AR02199

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| 00010 | Microwave Wireless Internet Services at 2018<br>Burning Man Event in accordance with the attached<br>Statement of Work.<br><br>Period of Performance: 07/31/2018 to 09/30/2018<br><br>Technical Point of Contact:<br>Jon Young - Lead Ranger<br>(623)826-1286<br>j5young@blm.gov<br><br>Administrative Point of Contact:<br>Greg Kothman - Contract Specialist<br>(775)861-6440<br>gkothman@blm.gov<br><br>The total amount of award: $22,000.00. The<br>obligation for this award is shown in box 26. | | | | 22,000.00 |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED       ☐ INSPECTED       ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33 SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL    ☐ FINAL | | | ☐ COMPLETE   ☐ PARTIAL   ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | 42a. RECEIVED BY (Print) |
|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER    41c. DATE | 42b. RECEIVED AT (Location) |
| | 42c. DATE REC'D (YY/MM/DD)    42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

**AR02200**

AR02201

Purchase Order 140L3918P0119
Microwave Wireless Internet Service Support 2018 Burning Man
BLM Nevada - Winnemucca District

### Section 2

**Clauses**

**52.252-2 Clauses Incorporated by Reference. (FEB 1998)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):
http://www.acquisition.gov/
http://farsite.hill.af.mil/

(End of clause)

52.201-1 -- Definitions
52.203-17 -- Contractor Employee Whistleblower Rights and Requirement to Inform Employees of Whistleblower Rights (Apr 2014)
52.204-4 -- Printed or Copied Double-Sided on Postconsumer Fiber Content (May 2011)
52.204-9 -- Personal Identity Verification of Contractor Personnel (Jan 2011)
52.204-13 -- System for Award Management Maintenance (Oct 2016)
52.204-18 -- Commercial and Government Entity Code Maintenance (Jul 2016)
52.209-2 -- Prohibition on Contracting With Inverted Domestic Corporations-Representation (Nov 2015)
52.212-4 -- Contract Terms and Conditions -- Commercial Items (Jan 2017)
52.223-6 -- Drug-Free Workplace (May 2001)
52.223-10 -- Waste Reduction Program (May 2001)
52.224-1 -- Privacy Act Notification (Apr 1984)
52.224-2 -- Privacy Act (Apr 1984)
52.232-39 -- Unenforceability of Unauthorized Obligations (Jun 2013)
52.232-40 -- Providing Accelerated Payments to Small Business Subcontractors (Dec 2013)
52.233-4 -- Applicable Law For Breach Of Contract Claim (OCT 2004)
52.237-2 -- Protection of Government Buildings, Equipment, and Vegetation (Apr 1984)
52.242-15 -- Stop-Work Order (Aug 1989)
52.243-1 -- Changes – Fixed-Price *Alternate II (Apr 1984)*
52.246-4 -- Inspection of Services – Fixed Price (Aug 1996)
52.246-16 -- Responsibility for Supplies (Apr 1994)
52.245-1 -- Government Property (Jan 2017)

**52.203-99 Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements (DEVIATION 2015-02)**

(a) The contractor shall not require employees or subcontractors seeking to report fraud, waste, or abuse to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such fraud, waste, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.

(b) The contractor shall notify employees that the prohibition and restrictions of any internal confidentiality agreements covered by this clause are no longer in effect.

(c) The prohibition in paragraph (a) of this clause does not contravene requirements applicable to Standard Form 312, Form 4414, or any other form issued by a Federal department or agency governing the nondisclosure of classified information.

3

Purchase Order 140L3918P0119
Microwave Wireless Internet Service Support 2018 Burning Man
BLM Nevada - Winnemucca District

(d)(1) In accordance with section 743 of Division E, Title VII, of the Consolidated and Further Continuing Resolution Appropriations Act, 2015 (Pub. L. 113-235), use of funds appropriated (or otherwise made available) under that or any other Act may be prohibited, if the Government determines that the contractor is not in compliance with the provisions of this clause.

(2) The Government may seek any available remedies in the event the contractor fails to comply with the provisions of this clause.

(End of clause)

**52.212-5 Contract Terms and Conditions Required To Implement Statutes or Executive Orders - Commercial Items. (JUN 2016)**

(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

(1) 52.209-10, Prohibition on Contracting with Inverted Domestic Corporations (NOV 2015).

(2) 52.233-3, Protest After Award (AUG 1996) (31 U.S.C. 3553).

(3) 52.233-4, Applicable Law for Breach of Contract Claim (OCT 2004) (Public Laws 108-77 and 108-78 (19 U.S.C. 3805 note)).

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items: (Contracting Officer check as appropriate.)

[X] (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (SEP 2006), with Alternate I (OCT 1995) (41 U.S.C. 4704 and 10 U.S.C. 2402).

[ ] (2) 52.203-13, Contractor Code of Business Ethics and Conduct (OCT 2015) (41 U.S.C. 3509).

[ ] (3) 52.203-15, Whistleblower Protections under the American Recovery and Reinvestment Act of 2009 (JUN 2010) (Section 1553 of Pub. L. 111-5). (Applies to contracts funded by the American Recovery and Reinvestment Act of 2009.)

[X] (4) 52.204-10, Reporting Executive Compensation and First-Tier Subcontract Awards (OCT 2015) (Pub. L. 109-282) (31 U.S.C. 6101 note).

(5) (Reserved)

[ ] (6) 52.204-14, Service Contract Reporting Requirements (JAN 2014) (Pub. L. 111-117, section 743 of Div. C).

[ ] (7) 52.204-15, Service Contract Reporting Requirements for Indefinite-Delivery Contracts (JAN 2014) (Pub. L. 111-117, section 743 of Div. C).

[X] (8) 52.209-6, Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment. (OCT 2015) (31 U.S.C. 6101 note).

[ ] (9) 52.209-9, Updates of Publicly Available Information Regarding Responsibility Matters (JUL 2013) (41 U.S.C. 2313).

4

AR02203

Purchase Order 140L3918P0119
Microwave Wireless Internet Service Support 2018 Burning Man
BLM Nevada - Winnemucca District

[ ] (10) (Reserved)

[ ] (11)(i) 52.219-3, Notice of HUBZone Set-Aside or Sole-Source Award (NOV 2011)
(15 U.S.C. 657a).

[ ] (ii) Alternate I (NOV 2011) of 52.219-3.

[ ] (12)(i) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business
Concerns (OCT 2014) (if the offeror elects to waive the preference, it shall so indicate in
its offer) (15 U.S.C. 657a).

[ ] (ii) Alternate I (JAN 2011) of 52.219-4.

[ ] (13) (Reserved)

[X] (14)(i) 52.219-6, Notice of Total Small Business Set-Aside (NOV 2011) (15 U.S.C.
644).

[ ] (ii) Alternate I (NOV 2011).

[ ] (iii) Alternate II (NOV 2011).

[ ] (15)(i) 52.219-7, Notice of Partial Small Business Set-Aside (JUN 2003) (15 U.S.C.
644).

[ ] (ii) Alternate I (OCT 1995) of 52.219-7.

[ ] (iii) Alternate II (MAR 2004) of 52.219-7.

[ ] (16) 52.219-8, Utilization of Small Business Concerns (OCT 2014) (15 U.S.C.
637(d)(2) and (3)).

[ ] (17)(i) 52.219-9, Small Business Subcontracting Plan (OCT 2015) (15 U.S.C.
637(d)(4)).

[ ] (ii) Alternate I (OCT 2001) of 52.219-9.

[ ] (iii) Alternate II (OCT 2001) of 52.219-9.

[ ] (iv) Alternate III (OCT 2015) of 52.219-9.

[ ] (18) 52.219-13, Notice of Set-Aside of Orders (NOV 2011) (15 U.S.C. 644(r)).

[ ] (19) 52.219-14, Limitations on Subcontracting (NOV 2011) (15 U.S.C. 637(a)(14)).

[ ] (20) 52.219-16, Liquidated Damages-Subcontracting Plan (JAN 1999) (15 U.S.C.
637(d)(4)(F)(i)).

[ ] (21) 52.219-27, Notice of Service-Disabled Veteran-Owned Small Business Set-Aside
(NOV 2011) (15 U.S.C. 657f).

[X] (22) 52.219-28, Post Award Small Business Program Rerepresentation (JUL 2013)
(15 U.S.C. 632(a)(2)).

[ ] (23) 52.219-29, Notice of Set-Aside for, or Sole Source Award to, Economically
Disadvantaged Women-Owned Small Business Concerns (DEC 2015) (15 U.S.C.
637(m)).

5

AR02204

Purchase Order 140L3918P0119
Microwave Wireless Internet Service Support 2018 Burning Man
BLM Nevada - Winnemucca District

[ ] (24) 52.219-30, Notice of Set-Aside for, or Sole Source Award to, Women-Owned Small Business Concerns Eligible Under the Women-Owned Small Business Program (DEC 2015) (15 U.S.C. 637(m)).

[X] (25) 52.222-3, Convict Labor (JUN 2003) (E.O. 11755).

[ ] (26) 52.222-19, Child Labor-Cooperation with Authorities and Remedies (FEB 2016) (E.O. 13126).

[X] (27) 52.222-21, Prohibition of Segregated Facilities (APR 2015).

[X] (28) 52.222-26, Equal Opportunity (APR 2015) (E.O. 11246).

[X] (29) 52.222-35, Equal Opportunity for Veterans (OCT 2015) (38 U.S.C. 4212).

[X] (30) 52.222-36, Equal Opportunity for Workers with Disabilities (JUL 2014) (29 U.S.C. 793).

[X] (31) 52.222-37, Employment Reports on Veterans (FEB 2016) (38 U.S.C. 4212).

[X] (32) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (DEC 2010) (E.O. 13496).

[X] (33)(i) 52.222-50, Combating Trafficking in Persons (MAR 2015) (22 U.S.C. chapter 78 and E.O. 13627).

    [ ] (ii) *Alternate I* (MAR 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).

[X] (34) 52.222-54, Employment Eligibility Verification (OCT 2015). (E. O. 12989). (Not applicable to the acquisition of commercially available off-the-shelf items or certain other types of commercial items as prescribed in 22.1803.)

[ ] (35)(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Items (MAY 2008) (42 U.S.C. 6962(c)(3)(A)(ii)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

    [ ] (ii) Alternate I (MAY 2008) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

[ ](36) 52.223-11, Ozone-Depleting Substances and High Global Warming Potential Hydrofluorocarbons (JUN 2016) (E.O. 13693).

[ ](37) 52.223-12, Maintenance, Service, Repair, or Disposal of Refrigeration Equipment and Air Conditioners (JUN 2016) (E.O. 13693).

[ ] (38)(i) 52.223-13, Acquisition of EPEAT®-Registered Imaging Equipment (JUN 2014) (E.O.s 13423 and 13514).

    [ ] (ii) Alternate I (OCT 2015) of 52.223-13.

[ ] (39)(i) 52.223-14, Acquisition of EPEAT®-Registered Televisions (JUN 2014) (E.O.s 13423 and 13514).

    (ii) Alternate I (JUN 2014) of 52.223-14.

[ ] (40) 52.223-15, Energy Efficiency in Energy-Consuming Products (DEC 2007) (42 U.S.C. 8259b).

6

Purchase Order 140L3918P0119
Microwave Wireless Internet Service Support 2018 Burning Man
BLM Nevada - Winnemucca District

[ ] (41)(i) 52.223-16, Acquisition of EPEAT®-Registered Personal Computer Products
(OCT 2015) (E.O.s 13423 and 13514).

[ ](ii) Alternate I (JUN 2014) of 52.223-16.

[X] (42) 52.223-18, Encouraging Contractor Policies to Ban Text Messaging While
Driving (AUG 2011)

[ ] (43) 52.223-20, Aerosols (JUN 2016) (E.O. 13693).

[ ] (44) 52.223-21, Foams (JUN 2016) (E.O. 13693).

[ ] (45) 52.225-1, Buy American-Supplies (MAY 2014) (41 U.S.C. chapter 83).

[ ] (46)(i) 52.225-3, Buy American-Free Trade Agreements-Israeli Trade Act (MAY
2014) (41 U.S.C. chapter 83, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, 19 U.S.C. 3805
note, 19 U.S.C. 4001 note, Pub. L. 103-182, 108-77, 108-78, 108-286, 108-302, 109-53,
109-169, 109-283, 110-138, 112-41, 112-42, and 112-43.

[ ] (ii) Alternate I (MAY 2014) of 52.225-3.

[ ] (iii) Alternate II (MAY 2014) of 52.225-3.

[ ] (iv) Alternate III (MAY 2014) of 52.225-3.

[ ] (47) 52.225-5, Trade Agreements (FEB 2016) (19 U.S.C. 2501, et seq., 19 U.S.C.
3301 note).

[X] (48) 52.225-13, Restrictions on Certain Foreign Purchases (JUN 2008) (E.O.'s,
proclamations, and statutes administered by the Office of Foreign Assets Control of the
Department of the Treasury).

[ ] (49) 52.225-26, Contractors Performing Private Security Functions Outside the United
States (JUL 2013) (Section 862, as amended, of the National Defense Authorization Act
for Fiscal Year 2008; 10 U.S.C. 2302 Note).

[ ] (50) 52.226-4, Notice of Disaster or Emergency Area Set-Aside (NOV 2007) (42
U.S.C. 5150).

[ ] (51) 52.226-5, Restrictions on Subcontracting Outside Disaster or Emergency Area
(NOV 2007) (42 U.S.C. 5150).

[ ] (52) 52.232-29, Terms for Financing of Purchases of Commercial Items (FEB 2002)
(41 U.S.C. 4505, 10 U.S.C. 2307(f)).

[ ] (53) 52.232-30, Installment Payments for Commercial Items (OCT 1995) (41 U.S.C.
4505, 10 U.S.C. 2307(f)).

[X] (54) 52.232-33, Payment by Electronic Funds Transfer-System for Award
Management (JUL 2013) (31 U.S.C. 3332).

[ ] (55) 52.232-34, Payment by Electronic Funds Transfer - Other than System for Award
Management (JUL 2013) (31 U.S.C. 3332).

[ ] (56) 52.232-36, Payment by Third Party (MAY 2014) (31 U.S.C. 3332).

[ ] (57) 52.239-1, Privacy or Security Safeguards (AUG 1996) (5 U.S.C. 552a).

7

Purchase Order 140L3918P0119
Microwave Wireless Internet Service Support 2018 Burning Man
BLM Nevada - Winnemucca District

[ ] (58)(i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels
(FEB 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631).

[ ] (ii) Alternate I (APR 2003) of 52.247-64.

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to
commercial services, that the Contracting Officer has indicated as being incorporated in this
contract by reference to implement provisions of law or Executive orders applicable to
acquisitions of commercial items: (Contracting Officer check as appropriate.)

[ ] (1) 52.222-17, Nondisplacement of Qualified Workers (MAY 2014) (E.O. 13495).

[X] (2) 52.222-41, Service Contract Labor Standards (MAY 2014) (41 U.S.C. chapter
67).

[X] (3) 52.222-42, Statement of Equivalent Rates for Federal Hires (MAY 2014) (29
U.S.C. 206 and 41 U.S.C. chapter 67).

[ ] (4) 52.222-43, Fair Labor Standards Act and Service Contract Labor Standards-Price
Adjustment (Multiple Year and Option Contracts) (MAY 2014) (29 U.S.C. 206 and 41
U.S.C. chapter 67).

[ ] (5) 52.222-44, Fair Labor Standards Act and Service Contract Labor Standards-Price
Adjustment (MAY 2014) (29 U.S.C 206 and 41 U.S.C. chapter 67).

[ ] (6) 52.222-51, Exemption from Application of the Service Contract Labor Standards
to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements
(MAY 2014) (41 U.S.C. chapter 67).

[ ] (7) 52.222-53, Exemption from Application of the Service Contract Labor Standards
to Contracts for Certain Services-Requirements (MAY 2014) (41 U.S.C. chapter 67).

[X] (8) 52.222-55, Minimum Wages Under Executive Order 13658 (DEC 2015).

[ ] (9) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (MAY
2014) (42 U.S.C. 1792).

[ ] (10) 52.237-11, Accepting and Dispensing of $1 Coin (SEP 2008) (31 U.S.C.
5112(p)(1)).

(d) *Comptroller General Examination of Record.* The Contractor shall comply with the provisions
of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the
simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records -
Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the
Comptroller General, shall have access to and right to examine any of the Contractor's
directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records,
materials, and other evidence for examination, audit, or reproduction, until 3 years after
final payment under this contract or for any shorter period specified in FAR Subpart 4.7,
Contractor Records Retention, of the other clauses of this contract. If this contract is
completely or partially terminated, the records relating to the work terminated shall be
made available for 3 years after any resulting final termination settlement. Records
relating to appeals under the disputes clause or to litigation or the settlement of claims

8

Purchase Order 140L3918P0119
Microwave Wireless Internet Service Support 2018 Burning Man
BLM Nevada - Winnemucca District

arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e)(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in this paragraph (e)(1) of this paragraph in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause-

(i) 52.203-13, Contractor Code of Business Ethics and Conduct (OCT 2015) (41 U.S.C. 3509).

(ii) 52.219-8, Utilization of Small Business Concerns (OCT 2014) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $700,000 ($1.5 million for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(iii) 52.222-17, Nondisplacement of Qualified Workers (MAY 2014) (E.O. 13495). Flow down required in accordance with paragraph (l) of FAR clause 52.222-17.

(iv) 52.222-21, Prohibition of Segregated Facilities (APR 2015).

(v) 52.222-26, Equal Opportunity (APR 2015) (E.O. 11246).

(vi) 52.222-35, Equal Opportunity for Veterans (OCT 2015) (38 U.S.C. 4212).

(vii) 52.222-36, Equal Opportunity for Workers with Disabilities (JUL 2014) (29 U.S.C. 793).

(viii) 52.222-37, Employment Reports on Veterans (FEB 2016) (38 U.S.C. 4212).

(ix) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (DEC 2010) (E.O. 13496). Flow down required in accordance with paragraph (f) of FAR clause 52.222-40.

(x) 52.222-41, Service Contract Labor Standards (MAY 2014) (41 U.S.C. chapter 67).

(xi) [ ] (A) 52.222-50, Combating Trafficking in Persons (MAR 2015) (22 U.S.C. chapter 78 and E.O. 13627).

[ ] (B) Alternate I (MAR 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).

(xii) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (MAY 2014) (41 U.S.C. chapter 67).

AR02208

Purchase Order 140L3918P0119
Microwave Wireless Internet Service Support 2018 Burning Man
BLM Nevada - Winnemucca District

(xiii) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (MAY 2014) (41 U.S.C. chapter 67).

(xiv) 52.222-54, Employment Eligibility Verification (OCT 2015) (E. O. 12989).

(xv) 52.222-55, Minimum Wages Under Executive Order 13658 (DEC 2015).

(xvi) 52.225-26, Contractors Performing Private Security Functions Outside the United States (JUL 2013) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

(xvii) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (MAY 2014) (42 U.S.C. 1792). Flow down required in accordance with paragraph (e) of FAR clause 52.226-6.

(xviii) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (FEB 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the Contractor May include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

(End of clause)

## 52.219-14 Limitations on Subcontracting. (Jan 2017)

(a) This clause does not apply to the unrestricted portion of a partial set-aside.
(b) Applicability. This clause applies only to—
   (1) Contracts that have been set aside or reserved for small business concerns or 8(a) participants;
   (2) Part or parts of a multiple-award contract that have been set aside for small business concerns or 8(a) participants; and
   (3) Orders set aside for small business or 8(a) participants under multiple-award contracts as described in 8.405-5 and 16.505(b)(2)(i)(F).
(c) By submission of an offer and execution of a contract, the Offeror/Contractor agrees that in performance of the contract in the case of a contract for—
   (1) Services (except construction). At least 50 percent of the cost of contract performance incurred for personnel shall be expended for employees of the concern.
   (2) Supplies (other than procurement from a nonmanufacturer of such supplies). The concern shall perform work for at least 50 percent of the cost of manufacturing the supplies, not including the cost of materials.
   (3) General construction. The concern will perform at least 15 percent of the cost of the contract, not including the cost of materials, with its own employees.
   (4) Construction by special trade contractors. The concern will perform at least 25 percent of the cost of the contract, not including the cost of materials, with its own employees.

(End of clause)

## 1452.203-70 Restriction on Endorsements (Jul 1996)

The Contractor shall not refer to contracts awarded by the Department of the Interior in commercial advertising, as defined in FAR 31.205-1, in a manner which states or implies that the product or service provided is approved or endorsed by the Government, or is considered by the Government to be superior to

10

AR02209

Purchase Order 140L3918P0119
Microwave Wireless Internet Service Support 2018 Burning Man
BLM Nevada - Winnemucca District

other products or services. This restriction is intended to avoid the appearance of preference by the Government toward any product or service. The Contractor may request the Contracting Officer to make a determination as to the propriety of promotional material.

(End of clause)

**Indemnification (Nov 2007)**

The contractor is an 'independent contractor' and shall obtain all necessary insurance to protect himself from liability arising out of this contract.

The contractor hereby agrees to indemnify and hold the Government harmless in connection with, any loss or liability from damage to or destruction of property or from injuries to or death of persons (including the agents and employees of both parties) if such damage, destruction, injury or death arises out of, or is caused by performance of work under this contract, unless such damage, destruction, injury or death is caused solely by the negligence of the Government, its agents or employees. The contractor agrees to include this clause, appropriately modified, in all subcontracts to be performed under this contract.

(End of Clause)

**1452.201-70 Authorities and Delegations (Sept 2011)**

 (a) The Contracting Officer is the only individual authorized to enter into or terminate this contract, modify any term or condition of this contract, waive any requirement of this contract, or accept nonconforming work.

(b) The Contracting Officer will designate a Contracting  Officer's Representative (COR) at time of award. The COR will be responsible for technical monitoring of the contractor's performance and deliveries. The COR will be appointed in writing, and a copy of the appointment will be furnished to the Contractor. Changes to this delegation will be made by written changes to the existing appointment or by issuance of a new appointment.

(c) The COR is not authorized to perform, formally or informally, any of the following actions:

(1) Promise, award, agree to award, or execute any contract, contract modification, or notice of intent that changes or may change this contract;

(2) Waive or agree to modification of the delivery schedule;

(3) Make any final decision on any contract matter subject to the Disputes Clause;

(4) Terminate, for any reason, the Contractor's right to proceed;

(5) Obligate in any way, the payment of money by the Government.

(d) The Contractor shall comply with the written or oral direction of the Contracting Officer or authorized representative(s) acting within the scope and authority of the appointment memorandum.

The Contractor need not proceed with direction that it considers to have been issued without proper authority. The Contractor shall notify the Contracting Officer in writing, with as much detail as possible, when the COR has taken an action or has issued direction (written or oral) that the Contractor considers to exceed the COR's appointment, within 3 days of the occurrence. Unless otherwise provided in this contract, the Contractor assumes all costs, risks, liabilities, and consequences of performing any work it is directed to perform that falls within any of the categories defined in paragraph (c) prior to receipt of the Contracting Officer's response issued under paragraph (e) of this clause.

11

Purchase Order 140L3918P0119
Microwave Wireless Internet Service Support 2018 Burning Man
BLM Nevada - Winnemucca District

(e) The Contracting Officer shall respond in writing within 30 days to any notice made under paragraph (d) of this clause. A failure of the parties to agree upon the nature of a direction, or upon the contract action to be taken with respect thereto, shall be subject to the provisions of the Disputes clause of this contract.

(f) The Contractor shall provide copies of all correspondence to the Contracting Officer and the COR.

(g) Any action(s) taken by the Contractor, in response to any direction given by any person acting on behalf of the Government or any Government official other than the Contracting Officer or the COR acting within his or her appointment, shall be at the Contractor's risk.

(End of clause)

**Electronic Invoicing and Payment Requirements - Invoice Processing Platform (IPP) (April 2013)**

Payment requests must be submitted electronically through the U. S. Department of the Treasury's Invoice Processing Platform System (IPP).

"Payment request" means any request for contract financing payment or invoice payment by the Contractor. To constitute a proper invoice, the payment request must comply with the requirements identified in the applicable Prompt Payment clause included in the contract, or the clause 52.212-4 Contract Terms and Conditions - Commercial Items included in commercial item contracts. The IPP website address is: https://www.ipp.gov.

Under this contract, the following documents are required to be submitted as an attachment to the IPP invoice:

1. **An itemized contractor invoice.**

The Contractor must use the IPP website to register access and use IPP for submitting requests for payment. The Contractor Government Business Point of Contact (as listed in SAM will receive enrollment instructions via email from the Federal Reserve Bank of Boston (FRBB) within 3 - 5 business days of the contract award date. Contractor assistance with enrollment can be obtained by contacting the IPP Production Helpdesk via email ippgroup@bos.frb.org or phone (866) 973-3131.

If the Contractor is unable to comply with the requirement to use IPP for submitting invoices for payment, the Contractor must submit a waiver request in writing to the Contracting Officer with its proposal or quotation.

(End of Local Clause)

## Section 3

**List of Attachments**

1. Statement of Work
2. Wage Determination 2015-5601 Rev. 5, dated 10 Jan 2018
3. CJIS Security Policy Version 5.6, dated 5 June 2017
4. DOI Memo: Request and Risk Acceptance for Permanent Opening of Social Media and Web 2.0 Technology Websites, dated 3 March 2010

12

AR02211

 

**Date: 10-03-2018**                                    **INVOICE NO. 10032018-BM**

**VENDOR:**                                             **REMIT TO:**
High Desert Internet Services. Inc.                     High Desert Internet Services
Doug Dawson, President                                  Customer Service Department
16 Salvadore Drive, Unit A                              P.O. Box 13535
Fernley, NV 89408                                       Reno NV 89510

**CUSTOMER:**                                           **CONTACT PERSON: Jon Young**
Department of the Interior
OC622 - PAYMENTS SECTION
BUREAU OF LAND MANAGEMENT DENVER FEDERAL CENTER, BLDG. 50 POB 25047
DENVER CO 80225

**TRANSACTION DETAILS:**

**Purchase Order# 140L3918P0119 – 30 Mg transport and Internet connection to Black Rock City
BLM compound for Burning Man Event.**

**TOTAL DUE:  $22,000.00**
**TERMS:  Upon Receipt**

For questions or concerns regarding this transaction, please call Doug Dawson
At 775-771-5750

Thank You!

AR02212

AR02213

6/22/2018      DEPARTMENT OF THE INTERIOR Mail - Purchase Order 140L3918P0119 BLM Microwave Wireless Internet Services & Support for Burning ...



Kothman, Gregory <gkothman@blm.gov>

## Purchase Order 140L3918P0119 BLM Microwave Wireless Internet Services & Support for Burning Man 2018
1 message

**Gregory Kothman** <gkothman@blm.gov>                                      Fri, Jun 22, 2018 at 7:45 AM
To: Doug Dawson <doug@hdiss.com>
Cc: Gregory Kothman <gkothman@blm.gov>, "Young, Jon" <j5young@blm.gov>, Rebecca Andres <randres@blm.gov>,
Eleanor Taylor <emtaylor@blm.gov>, Mark Pirtle <mpirtle@blm.gov>

Doug,
Please see the attached purchase order.

Let me know if you have any questions and thank you for your continued support of the Bureau of Land Management.

Kind regards,
Greg

Greg Kothman
Contract Specialist
Bureau of Land Management
Nevada State Office
1340 Financial Blvd
Reno, NV 89502
gkothman@blm.gov
(775)861-6440

---

**5 attachments**

**Award 140L3918P0119.pdf**
375K

**Attachment 1 Statement of Work.pdf**
141K

**Attachment 2 Wage Determination 2015-5601 Rev. 5, dated 10 Jan 2018.pdf**
96K

**Attachment 4 Permanent Opening of Social Media Web 2 0 Technology Web.pdf**
257K

**Attachment 3 CJIS Security Policy v5_6_20170605.pdf**
3060K

AR02214

AR02215



| | | | | Print | Close | Help | |
|---|---|---|---|---|---|---|---|

**Transaction Information**

| Award Type: | Purchase Order | Prepared Date: | 06/22/2018 10:28 35 | Prepared User: | GKOTHM |
|---|---|---|---|---|---|
| Award Status: | Draft | Last Modified Date: | 06/22/2018 10:32 31 | Last Modified User: | GKOTHM |
| Closed Status: | No | Closed Status Date: | | Closed By: | |

**Document Information**

| | Agency | Procurement Identifier | | Modification No | | Trans No |
|---|---|---|---|---|---|---|
| Award ID: | 1422 | 140L3918P0119 | | 0 | | 0 |
| Referenced IDV ID: | | | | | | |
| Reason For Modification: | | | | | | |
| Solicitation ID: | 140L3918Q0061 | | | | | |
| | Agency Identifier | Main Account | Sub Account | | Initiative | |
| Treasury Account Symbol: | 14 | 5017 | | | Select One | |

**Dates** / **Amounts**

| Dates | | Amounts | |
|---|---|---|---|
| Date Signed: | 06/21/2018 | Action Obligation: | $22,000.00 |
| Effective Date: | 06/21/2018 | Base And Exercised Options Value | $22,000.00 |
| Completion Date: | 09/30/2018 | Base and All Options Value (Total Contract Value) | $22,000.00 |
| Est. Ultimate Completion Date: | 09/30/2018 | Fee Paid for Use of Indefinite Delivery Vehicle: | $0.00 |
| Solicitation Date: | | | |

**Purchaser Information**

| Contracting Office Agency ID: | 1422 | Contracting Office Agency Name: | BUREAU OF LAND MANAGEMENT |
|---|---|---|---|
| Contracting Office ID: | 140L39 | Contracting Office Name: | BUREAU OF LAND MANAGEMENT |
| Funding Agency ID: | 1422 | Funding Agency Name: | BUREAU OF LAND MANAGEMENT |
| Funding Office ID: | 140L39 | Funding Office Name: | BUREAU OF LAND MANAGEMENT |
| Foreign Funding: | Not Applicable | | |

**Contractor Information**

SAM Exception:  PLEASE SELECT SAM EXCEPTION BY CLICKING THE ELLIPSIS (...) BUTTON    [...]  [Remove Exception]

| DUNS No: | 829167084 | Street: | 250 ARROW ST |
|---|---|---|---|
| Vendor Name: | HIGH DESERT INTERNET SERVICES | Street2: | |
| DBAN: | | City: | FERNLEY |
| Cage Code: | 7NZA6 | State: | NV   Zip: 894089695 |
| | | Country: | UNITED STATES |
| | | Phone: | (775) 771-5750 |
| | | Fax No: | |
| | | Congressional District: | NEVADA 02 |

[Show Details]

**Business Category**

| Organization Type | SOLE PROPRIETORSI |
|---|---|
| Number of Employees | 4 |
| State of Incorporation | NV |
| Country of Incorporation | USA |
| Annual Revenue | $3,000,000 |

**Business Types**
✓ Sole Proprietorship
**Relationship With Federal Government**
✓ All Awards
**Organization Factors**
✓ For Profit Organization

**Contract Data**

| Type of Contract: | Firm Fixed Price |
|---|---|
| Inherently Governmental Functions: | Other Functions |
| Multiyear Contract: | Select One |
| Major Program: | |
| National Interest Action: | None |
| Cost Or Pricing Data: | Select One |
| Purchase Card Used As Payment Method: | No |
| Undefinitized Action: | No |
| Performance Based Service Acquisition: | Yes - Service where PBA is used. |

* FY 2004 and prior; 80% or more specified as performance requirement
* FY 2005 and later; 50% or more specified as performance requirement

| Contingency Humanitarian Peacekeeping Operation: | Not Applicable |
|---|---|

AR02216

| Contract Financing: | | Select One | | |
|---|---|---|---|---|
| Cost Accounting Standards Clause: | | Select One | | |
| **Consolidated Contract** | | Not Consolidated | | |
| **Number Of Actions:** | | 1 | | |

**Legislative Mandates** | | **Principal Place of Performance** | | |

| **Clinger-Cohen Act:** | No | | **Principal Place of Performance Code:** | State: NV | Location | Country: USA |
|---|---|---|---|---|---|---|
| **Labor Standards:** | No | | **Principal Place Of Performance County Name:** | WASHOE | | |
| **Materials, Supplies, Articles, and Equip:** | No | | **Principal Place Of Performance City Name:** | GERLACH | | |
| **Construction Wage Rate Requirements:** | No | | **Congressional District Place Of Performance:** | 02 | | |
| **Additional Reporting:** | Select One or More Options Service Contract Inventory | | **Place Of Performance Zip Code(+4):** | 89412  - 9800 | | |

| **Interagency Contracting Authority:** | Not Applicable | | | |
|---|---|---|---|---|
| **Other Interagency Contracting Statutory Authority:** | | | | |
| *(1000 characters)* | | | | |

**Product Or Service Information**

| **Product/Service Code:** | D322 | **Description:** IT AND TELECOM- INTERNET |
|---|---|---|
| **Principal NAICS Code:** | 517919 | **Description:** ALL OTHER TELECOMMUNICATIONS |
| **Bundled Contract** | Not Bundled | |
| **DOD Acquisition Program:** | | |
| **Country of Product or Service Origin:** | USA   UNITED STATES | |
| **Place of Manufacture:** | Not a manufactured end product | |
| **Domestic or Foreign Entity:** | U.S. Owned Business | |
| **Recovered Materials/Sustainability:** | No Clauses Included and No Sustainability Included | ☑ **OMB Policy on Sustainable Acquisition** |
| **InfoTech Commercial Item Category:** | Select One | |
| **Claimant Program Code:** | **Description:** | |
| **Sea Transportation:** | Select One | |
| **GFP Provided Under This Action:** | Transaction does not use GFP | |
| **Use Of EPA Designated Products:** | Not Required | |
| **Description Of Requirement:** *(4000 characters)* | Provide Microwave Wireless Internet Services and Support to BLM NV during permitted special event Burning Man 2018 IGF::OT::IGF | |

**Competition Information**

| **Extent Competed For Referenced IDV:** | | |
|---|---|---|
| **Extent Competed:** | Competed under SAP | |
| **Solicitation Procedures:** | Simplified Acquisition | |
| **IDV Type Of Set Aside:** | | |
| **Type Of Set Aside:** | Small Business Set Aside - Total | |
| **Type Of Set Aside Source:** | This Action | |
| **Evaluated Preference:** | No Preference used | |
| **SBIR/STTR:** | Select One | |
| **Fair Opportunity/Limited Sources:** | Select One | |
| **Other Than Full And Open Competition:** | Select One | |
| **Local Area Set Aside:** | No | |
| **FedBizOpps:** | No | |
| **A76 Action:** | Yes | |
| **Commercial Item Acquisition Procedures:** | Commercial Item | |
| **IDV Number Of Offers:** | | |
| **Number Of Offers Received** | 2 | **Number of Offers Source:** This Action |
| **Small Business Competitiveness Demonstration Program:** | ☐ | |
| **Simplified Procedures for Certain Commercial Items:** | No | |
| **Preference Programs / Other Data** | | |

6/20/2018                    View Details - Entity Registration | System for Award Management

Gregory Kothman    Log Out

ALERT - June 11, 2018: Entities registering in SAM must submit a notarized letter appointing their authorized Entity Administrator. Read our updated FAQs to learn more about changes to the
notarized letter review process and other system improvements coming in June.

# Entity Dashboard

Entity Overview

**Entity Registration**

   Core Data

   Assertions

   Reps & Certs

   POCs

  Reports

› Service Contract Report

  BioPreferred Report

  Exclusions

   Active Exclusions

   Inactive Exclusions

   Excluded Family Members

RETURN TO SEARCH

**High Desert Internet Services**
DUNS: 829167084   CAGE Code: 7NZA6
Status: Active

250 Arrow St
Fernley, NV 89408-9695 ,
UNITED STATES

Expiration Date: 06/30/2018
Purpose of Registration: All Awards

## Entity Registration

**Page Description**

This page contains a view of the entire Entity Registration record. To print or save a copy of this registration, select Print. To view a specific section of the registration, select one of the sub-navigation links (for example, Core Data or POCs) under Entity Registration. To access a previous version of this registration, pick from the record drop-down list then select View Selected Record. The page will reload to display the record.

PRINT

| Current Record ▼ | VIEW SELECTED RECORD |

DUNS Number:                    829167084
D&B Legal Business Name:        High Desert Internet Services
Doing Business As:              (none)

**Core Data**                    [Expand All] | [Collapse All]

**Business & TIN Information:**

  **Business Information:**

    Business Start Date:              05/01/2002
    Fiscal Year End Close Date:      12/31
    Company Division Name:
    Company Division Number:
    Corporate URL:                   www.hdiss.net
    Congressional District:          NV 02
    Initial Registration Date:       07/25/2016
    Submission Date:                 06/30/2017
    Activation Date:                 06/30/2017
    Expiration Date:                 06/30/2018

  **Physical Address:**

    Address Line 1:                  250 Arrow St
    City:                            Fernley
    State/Province:                  NV
    Country:                         UNITED STATES
    ZIP/Postal Code:                 89408  - 9695

  **Mailing Address:**

    Address Line 1:                  PO Box 62228
    Address Line 2:
    City:                            Sunnyvale
    State/Province:                  CA
    Country:                         UNITED STATES
    ZIP/Postal Code:                 94088  - 2228

  **Sensitive Identifiers:**

    SSN:                             530824799

  **IRS consent:**

    Tax Payer Name:                  douglas l dawson
    Address Line 1:                  250 Arrow St
    Address Line 2:
    City:                            Fernley
    State:                           NV
    Country:                         UNITED STATES
    ZIP/Postal Code:                 89408
    Type of Tax:                     Applicable Federal Tax
    Tax Year: (Most Recent Tax Year) 2016

    Name of Individual Executing Consent:     Douglas L Dawson

    Title of the Individual Executing Consent:   Owner

    TIN Consent Date:                06/30/2017

AR02218

6/20/2018

Case 1:19-cv-03729-DLF   Document 35-3   Filed 07/12/21   Page 191 of 762
View Details - Entity Registration | System for Award Management

## CAGE/NCAGE Code

| | |
|---|---|
| CAGE: | 7NZA6 |
| Does this entity have an Immediate Owner? | No |
| Does this entity have any Predecessors? | No |

## General Information

Country of Incorporation:        UNITED STATES
State of Incorporation:          NV
Company Security Level:
Highest Employee Security Level:

### Business Types

Check the registrant's Reps & Certs, if present, under FAR 52.212-3 or FAR 52.219-1 to
determine if the entity is an SBA-certified HUBZone small business concern. Additional
small business information may be found in the SBA's Dynamic Small Business Search if
the entity completed the SBA Supplemental Pages during registration.

### Entity Structure

Sole Proprietorship

### Profit Structure

For Profit Organization

### Entity Type

Business or Organization

### Purpose of Registration

All Awards

## Financial Information

Do you accept credit cards as a method of payment?     Yes
**Account Details:**
CAGE Code:          7NZA6
**Electronic Funds Transfer:**
**Automated Clearing House (ACH):**

## Executive Compensation Questions

Registrants in the System for Award Management (SAM) respond to the Executive Compensation questions in accordance with
Section 6202 of P.L. 110-252, amending the Federal Funding Accountability and Transparency Act (P.L. 109-282). This
information is not displayed in SAM. It is sent to USAspending.gov for display in association with an eligible award. Maintaining an
active registration in SAM demonstrates the registrant responded to the questions.

## Proceedings Questions

Registrants in the System for Award Management (SAM) respond to proceedings questions in accordance with FAR 52.209-7,
FAR 52.209-9, or 2.C.F.R. 200 Appendix XII. Their responses are not displayed in SAM. They are sent to FAPIIS.gov for display
as applicable. Maintaining an active registration in SAM demonstrates the registrant responded to the proceedings questions.

## SAM Search Authorization

I authorize my entity's non-sensitive information to be displayed in SAM public search results.     Yes

| **Assertions** | **[Expand All] | [Collapse All]** |
|---|---|

**Goods & Services:**

**NAICS Codes Selected**

| NAICS Code | Primary | Description |
|---|---|---|
| 237130 | | POWER AND COMMUNICATION LINE AND RELATED STRUCTURES CONSTRUCTION |
| 517110 | | WIRED TELECOMMUNICATIONS CARRIERS |
| 517210 | Yes | WIRELESS TELECOMMUNICATIONS CARRIERS (EXCEPT SATELLITE) |

**Product & Service Codes Selected**

| PSC | Description |
|---|---|

**Size Metrics**

**World Wide:**

| | |
|---|---|
| Total Receipts (3 year average): | $ 3000000 |
| Average Number of Employees (12 Month Average): | 4 |

**Location (Optional):**

| | |
|---|---|
| Annual Receipts (3 Year Average): | $ 3000000 |
| Average Number of employees (12 Month Average): | 4 |

**EDI Information**

Do you wish to enter EDI Information for your non-government entity?   No

**Disaster Response Information**

Do you wish to be included in the Disaster Response Registry?          No
Does your company require bonding to bid on Contracts?
**Geographic Area Served:**

**Representations and Certifications**               **[Expand All] | [Collapse All]**

**Representations and Certifications:**

I have read each of the FAR and DFARS provisions presented on this page. By submitting this certification,
I,  Douglas Dawson, am attesting to the accuracy of the representations and certifications contained
herein, including the entire NAICS table. I understand that I may be subject to criminal prosecution under
Section 1001, Title 18 of the United States Code or civil liability under the False Claims Act if I
misrepresent  High Desert Internet Services in any of these representations or certifications to the
Government.

READ ONLY PROVISIONS - The following FAR and DFARS provisions are provided for you to read. They do not
require completion of any data. Select the provision number to expand and review the full text. When
certifying to the information on this page, you are also certifying that you have read each one of these
provisions.

FAR 52.203-11: Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions

FAR 52.203-18: Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements or Statements-

Representation

FAR 52.209-10: Prohibition on Contracting with Inverted Domestic Corporations.

FAR 52.212-5: Contract Terms and Conditions Required to Implement Statutes or Executive Orders-Commercial Items.

FAR 52.222-38: Compliance with Veterans' Employment Reporting Requirements

FAR 52.222-50: Combating Trafficking in Persons

FAR 52.222-56: Certification Regarding Trafficking in Persons Compliance Plan.

FAR 52.223-1: Biobased Product Certification

FAR 52.225-20 Prohibition on Conducting Restricted Business Operations in Sudan-Certification

FAR 52.225-25: Prohibition on Contracting with Entities Engaging in Certain Activities or Transactions Relating to Iran -

AR02220

Representation and Certifications

FAR 52.227-6: Royalty Information (Alternate I)

**The FAR and DFARS provisions shown below have been populated based on data you provided earlier in your registration. Please open and review each provision before you proceed from this page. If you need to correct any data, a link will be provided to the relevant page for editing.**

By maintaining an active entity registration in SAM, the entity complied with requirements to report proceedings data in accordance with FAR 52.209-7 Information Regarding Responsibility Matters and with requirements to report executive compensation data in accordance with FAR 52.204-10 Reporting Executive Compensation and First-Tier Subcontract Awards.

FAR 52.203-2: Certificate of Independent Price Determination.

FAR 52.204-3: Taxpayer Identification

FAR 52.204-5: Women-Owned Business (Other Than Small Business)

FAR 52.204-17: Ownership or Control of Offeror

FAR 52.204-20: Predecessor of Offeror

FAR 52.209-2: Prohibition on Contracting with Inverted Domestic Corporations-Representation

FAR 52.209-5: Certification Regarding Responsibility Matters

FAR 52.209-11: Representation by Corporations Regarding Delinquent Tax Liability or a Felony Conviction under any Federal Law

FAR 52.212-3: Offeror Representations and Certifications -Commercial Items (Alternate I)

The NAICS Codes you selected on the Goods and Services page of this registration are listed in the table under 52.219-1(c). Those NAICS Codes for which you are identified as small serve to complete the small business concern representation in 52.219-1(c)(1).

You are certifying to your size status for all the NAICS codes in the table. Please review it carefully. The Y/N answers are located in the "Small Business?" column. A "Y" indicates "Small" and "N" indicates "Other than Small." This status is derived from the SBA's size standards based on the size metrics you entered.

The NAICS Codes shown are only those you selected. Use the "View More" button to see your entity's size status for any NAICS Code.

FAR 52.214-14: Place of Performance-Sealed Bidding

FAR 52.215-6: Place of Performance

FAR 52.219-1: Small Business Program Representations (Alternate I)

The NAICS Codes you selected on the Goods and Services page of this registration are listed in the table under 52.219-1(c). Those NAICS Codes for which you are identified as small serve to complete the small business concern representation in 52.219-1(c)(1).

You are certifying to your size status for all the NAICS codes in the table. Please review it carefully. The Y/N answers are located in the "Small Business?" column. A "Y" indicates "Small" and "N" indicates "Other than Small." This status is derived from the SBA's size standards based on the size metrics you entered.

The NAICS Codes shown are only those you selected. Use the "View More" button to see your entity's size status for any NAICS Code.

FAR 52.219-2: Equal Low Bids

FAR 52.222-18: Certification Regarding Knowledge of Child Labor for Listed End Products

FAR 52.222-22: Previous Contracts and Compliance Reports

FAR 52.222-25: Affirmative Action Compliance

AR02221

FAR 52.222-48: Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Certification

FAR 52.222-52: Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Certification

FAR 52.223-4: Recovered Material Certification

FAR 52.223-9: Estimate of Percentage of Recovered Material Content for EPA-Designated Items (Alternate I)

FAR 52.223-22: Public Disclosure of Greenhouse Gas Emissions and Reduction Goals-Representation.

FAR 52.225-2: Buy American Certificate

FAR 52.225-4: Buy American-Free Trade Agreements-Israeli Trade Act Certificate

FAR 52.225-6: Trade Agreements Certificate

FAR 52.226-2: Historically Black College or University and Minority Institution Representation

FAR 52.227-15: Representation of Limited Rights Data and Restricted Computer Software

| Points of Contact | [Expand All] | [Collapse All] |
|---|---|---|

**Mandatory Points of Contact:**

### Accounts Receivable POC

| | |
|---|---|
| Title: | Owner |
| First Name: | Douglas |
| Middle Name: | L |
| Last Name: | Dawson |
| Email: | doug@hdiss.com |
| US Phone: | (775)771-5750 |
| Extension: | |
| NON US Phone: | |
| Notes: | |

### Electronic Business POC

| | |
|---|---|
| Title: | Owner |
| First Name: | Douglas |
| Middle Name: | L |
| Last Name: | Dawson |
| Email: | doug@hdiss.com |
| US Phone: | (775)771-5750 |
| Extension: | |
| NON US Phone: | |
| Notes: | |
| Address Line 1: | PO Box 62228 |
| Address Line 2: | |
| City: | Sunnyvale |
| State/Province: | CA |
| Country: | UNITED STATES |
| ZIP/Postal Code: | 94088   - 2228 |

### Sole Proprietorship POC

| | |
|---|---|
| Title: | Owner |
| First Name: | Douglas |
| Middle Name: | L |
| Last Name: | Dawson |
| Email: | doug@hdiss.com |
| US Phone: | (775)771-5750 |
| Extension: | |
| NON US Phone: | |
| Notes: | |

### Government Business POC

| | |
|---|---|
| Title: | Owner |
| First Name: | Douglas |
| Middle Name: | L |
| Last Name: | Dawson |
| Email: | doug@hdiss.com |
| US Phone: | (775)771-5750 |
| Extension: | |
| NON US Phone: | |

AR02222

6/20/2018

Case 1:19-cv-03729-DLF  Document 35-3  Filed 07/12/21  Page 195 of 762
View Details - Entity Registration | System for Award Management

Notes:
Address Line 1:
Address Line 2:
City:                          Sunnyvale
State/Province:                CA
Country:                       UNITED STATES
ZIP/Postal Code:               94088  - 2228

PO Box 62228

**Optional Points of Contact:**



Search Records          Disclaimers        FAPIIS.gov
Data Access             Accessibility       GSA.gov/IAE
Check Status            Privacy Policy      GSA.gov
About                                       USA.gov
Help

**FAR Report**

**Certification for: High Desert Internet Services**
**DUNS: 829167084**
**Certification Validity From:Fri Jun 30 18:06:04 EDT 2017**
**To :Sat Jun 30 18:06:05 EDT 2018**

 I have read each of the FAR and DFARS provisions presented on this page. By submitting this certification, I, Douglas Dawson, am attesting to the accuracy of the representations and certifications contained herein, including the entire NAICS table. I understand that I may be subject to criminal prosecution under Section 1001, Title 18 of the United States Code or civil liability under the False Claims Act if I misrepresent High Desert Internet Services in any of these representations or certifications to the Government.

By maintaining an active entity registration in SAM, the entity complied with requirements to report proceedings data in accordance with FAR 52 209-7 Information Regarding Responsibility Matters and with requirements to report executive compensation data in accordance with FAR 52.204-10 Reporting Executive Compensation and First-Tier Subcontract Awards.

FAR 52.203-2 Certificate of Independent Price Determination (Apr 1985)

   (a) The offeror certifies that-
     (1) The prices in this offer have been arrived at independently, without, for the purpose of restricting competition, any consultation, communication, or agreement with any other offeror or competitor relating to-
      (i)Those Prices
      (ii)The intention to submit an offer; or
      (iii) The methods or factors used to calculate the prices offered
     (2) The prices in this offer have not been and will not be knowingly disclosed by the offeror, directly or indirectly, to any other offeror or competitor before bid opening (in the case of a sealed bid solicitation) or contract award (in the case of a negotiated solicitation) unless otherwise required by law, and
     (3) No attempt has been made or will be made by the offeror to induce any other concern to submit or not to submit an offer for the purpose of restricting competition.

   (b) Each signature on the offer is considered to be a certification by the signatory that the signatory-
     (1) Is the person in the offeror's organization responsible for determining the prices being offered in this bid or proposal, and that the signatory has not participated and will not participate in any action contrary to paragraphs (a)(1) through (a)(3) of this provision, or
     (2) (i) Has been authorized, in writing, to act as agent for the following principals in certifying that those principals have not participated, and will not participate in any action contrary to paragraphs (a)(1) through (a)(3) of this provision Douglas Dawson, Owner;
      (ii)As an authorized agent, does certify that the principals named in subdivision (b)(2)(i) of this provision have not participated, and will not participate, in any action contrary to paragraphs (a)(1) through (a)(3) of this provision; and
      (iii)As an agent, has not personally participated, and will not participate, in any action contrary to paragraphs (a)(1) through (a)(3) of this provision

   (c) If the offeror deletes or modifies paragraph (a)(2) of this provision, the offeror must furnish with its offer a signed statement setting forth in detail the circumstances of the disclosure

**(End of Provision)**

FAR 52.203-11 Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions (Sep 2007)

   (a) Definitions  As used in this provision-"Lobbying contact" has the meaning provided at 2 U.S.C. 1602(8). The terms "agency," "influencing or attempting to influence," "officer or employee of an agency," "person," "reasonable compensation," and "regularly employed" are defined in the FAR clause of this solicitation entitled "Limitation on Payments to Influence Certain Federal Transactions"(52.203-12)

   (b) Prohibition  The prohibition and exceptions contained in the FAR clause of this solicitation entitled "Limitation on Payments to Influence Certain Federal Transactions" (52.203-12) are hereby incorporated by reference in this provision

   (c) Certification  The offeror, by signing its offer, hereby certifies to the best of its knowledge and belief that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on its behalf in connection with the awarding of this contract

   (d) Disclosure  If any registrants under the Lobbying Disclosure Act of 1995 have made a lobbying contact on behalf of the offeror with respect to this contract, the offeror shall complete and submit, with its offer, OMB Standard Form LLL, Disclosure of Lobbying Activities, to provide the name of the registrants  The offeror need not report regularly employed officers or employees of the offeror to whom payments of reasonable compensation were made.

   (e) Penalty  Submission of this certification and disclosure is a prerequisite for making or entering into this contract imposed by 31 U.S.C. 1352  Any person who makes an expenditure prohibited under this provision or who fails to file or amend the disclosure required to be filed or amended by this provision, shall be subject to a civil penalty of not less than $10,000, and not more than $100,000, for each such failure.

**(End of Provision)**

**FAR 52.203-18 Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements or Statements-Representation (JAN 2017)**

As prescribed in 3.909â€"3(a), insert the following provision: Prohibition on Contracting With Entities That Require Certain Internal Confidentiality Agreements or Statements-Representation (JAN 2017)

(a) Definition.

Internal confidentiality agreement or statement, subcontract, and subcontractor, as used in this provision, are defined in the clause at 52.203-19, Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements.

(b) In accordance with section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions), Government agencies are not permitted to use funds appropriated (or otherwise made available) for contracts with an entity that requires employees or subcontractors of such entity seeking to report waste, fraud, or abuse to sign internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such waste, fraud, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.

(c) The prohibition in paragraph (b) of this provision does not contravene requirements applicable to Standard Form 312, (Classified Information Nondisclosure Agreement), Form 4414 (Sensitive Compartmented Information Nondisclosure Agreement), or any other form issued by a Federal department or agency governing the nondisclosure of classified information.

(d) Representation. By submission of its offer, the Offeror represents that it will not require its employees or subcontractors to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting waste, fraud, or abuse related to the performance of a Government contract to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information (e.g., agency Office of the Inspector General).

**(End of Provision)**

**FAR 52.204-3 Taxpayer Identification (Oct 1998)**

(a) Definitions
"Common parent," as used in this provision, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member.

"Taxpayer Identification Number (TIN)," as used in this provision, means the number required by the Internal Revenue Service (IRS) to be used by the offeror in reporting income tax and other returns. The TIN may be either a Social Security Number or an Employer Identification Number.

(b) All offerors must submit the information required in paragraphs (d) through (f) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the IRS. If the resulting contract is subject to the payment reporting requirements described in Federal Acquisition Regulation (FAR) 4.904, the failure or refusal by the offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under the contract.

(c) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(d) Taxpayer Identification Number (TIN).
* [X] TIN on file.

* [ ] TIN has been applied for.

* TIN is not required because:
* [ ] Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

* [ ] Offeror is an agency or instrumentality of a foreign government;

* [ ] Offeror is an agency or instrumentality of the Federal Government.

AR02225

(e)  Type of organization.
* [X] sole proprietorship;

* [ ]  Partnership;

* [ ] Corporate entity (not tax-exempt);

* [ ] Corporate entity (tax-exempt);

* [ ] Government entity (Federal, State, or local);

* [ ] Foreign government;

* [ ] International organization per 26 CFR 1.6049-4;

* [ ] Other


(f)  Common parent.
* [X] Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.

* [ ] Name:

TIN:

<div align="center">(End of Provision)</div>

**FAR 52.204-5 Women-Owned Business (Other Than Small Business) (Oct 2014)**

(a)  Definition. "Women-owned business concern," as used in this provision, means a concern that is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of its stock is owned by one or more women; and whose management and daily business operations are controlled by one or more women.


(b)  Representation. [Complete only if the offeror is a women-owned business concern and has not represented itself as a small business concern in paragraph (b)(1) of FAR 52.219-1, Small Business Program Representations, of this solicitation.] The offeror represents that it [  ]  is a women-owned business concern.

<div align="center">(End of Provision)</div>

**FAR 52.204-17 Ownership or Control of Offeror (Jul 2016)**

(a)  Definition. As used in this provision--
Commercial and Government Entity (CAGE) code means--

(1) An identifier assigned to entities located in the United States or its outlying areas by the Defense Logistics Agency (DLA) Commercial and Government Entity (CAGE) Branch to identify a commercial or government entity, or

(2) An identifier assigned by a member of the North Atlantic Treaty Organization (NATO) or by the NATO Support and Procurement Agency (NSPA) to entities located outside the United States and its outlying areas that the DLA Commercial and Government Entity (CAGE) Branch records and maintains in the CAGE master file. This type of code is known as a NATO CAGE (NCAGE) code.

Highest-level owner means the entity that owns or controls an immediate owner of the offeror, or that owns or controls one or more entities that control an immediate owner of the offeror. No entity owns or exercises control of the highest level owner.

Immediate owner means an entity, other than the offeror, that has direct control of the offeror. Indicators of control include, but are not limited to, one or more of the following: Ownership or interlocking management, identity of interests among family members, shared facilities and equipment, and the common use of employees.


(b) The Offeror represents that it [ ] has or [X] does not have an immediate owner. If the Offeror has more than one immediate owner (such as a joint venture), then the Offeror shall respond to paragraph (c) and if applicable, paragraph (d) of this provision for each participant in the joint venture.*

(c) If the Offeror indicates "has" in paragraph (b) of this provision, enter the following information:

Immediate owner CAGE code: _____
Immediate owner legal name: Offeror asserts international ownership. They must provide the owner's NCAGE Code within 90 days of registration.
(Do not use a "doing business as" name)

Is the immediate owner owned or controlled by another entity?

[ ] Yes [ ] No

(d) If the Offeror indicates "yes" in paragraph (c) of this provision, indicating that the immediate owner is owned or controlled by another entity, then enter the following information:

Highest-level owner CAGE code:_____
Highest-level owner legal name:Offeror asserts international ownership. They must provide the owner's NCAGE Code within 90 days of registration.
    (Do not use a "doing business as" name)

*Currently, only one Immediate or Highest-Level Owner may be identified by a CAGE Code. If the offeror has more than one (such as a joint venture) at either level of ownership, they must select only one to report.

**(End of Provision)**

**FAR 52.204-20 Predecessor of Offeror (Jul 2016)**

(a) Definitions. As used in this provision--

"Commercial and Government Entity (CAGE) code" means--

(1) An identifier assigned to entities located in the United States or its outlying areas by the Defense Logistics Agency (DLA) Commercial and Government Entity (CAGE) Branch to identify a commercial or government entity, or

(2) An identifier assigned by a member of the North Atlantic Treaty Organization (NATO) or the NATO Support and Procurement Agency (NSPA) to entities located outside the United States and its outlying areas that the DLA Commercial and Government Entity (CAGE) Branch records and maintains in the CAGE master file. This type of code is known as a NATO CAGE (NCAGE) code.

"Predecessor" means an entity that is replaced by a successor and includes any predecessors of the predecessor.

"Successor" means an entity that has replaced a predecessor by acquiring the assets and carrying out the affairs of the predecessor under a new name (often through acquisition or merger). The term "successor" does not include new offices/divisions of the same company or a company that only changes its name. The extent of the responsibility of the successor for the liabilities of the predecessor may vary, depending on State law and specific circumstances.

(b) The Offeror represents that it [ ] is or [X] is not a successor to a predecessor that held a Federal contract or grant within the last three years.

(c) If the Offeror has indicated "is" in paragraph (b) of this provision, enter the following information for all predecessors that held a Federal contract or grant within the last three years (if more than one predecessor, list in reverse chronological order):

Predecessor CAGE Code: _____
(or mark "Unknown").
    Predecessor legal name: _____
    (Do not use a "doing business as" name)

**(End of Provision)**

**FAR 52.209-2 Prohibition on Contracting with Inverted Domestic Corporations-Representation (Nov 2015)**

(a) Definitions. "Inverted domestic corporation" and "subsidiary" have the meaning given in the clause of this contract entitled Prohibition on Contracting with Inverted Domestic Corporations (52.209-10).

(b) Government agencies are not permitted to use appropriated (or otherwise made available) funds for contracts with either an inverted domestic corporation, or a subsidiary of an inverted domestic corporation, unless the exception at 9.108-2(b) applies or the requirement is waived in accordance with the procedures at 9.108-4.

(c) Representation. the offeror represents that-
    (1) It [ ] is [X] is not an inverted domestic corporation; and
    (2) It [ ] is [X] is not a subsidiary of an inverted domestic corporation.

**(End of Provision)**

**FAR 52.209-5 Certification Regarding Responsibility Matters (Apr 2010)**

(a)(1)    The Offeror certifies, to the best of its knowledge and belief, that-
      (i)   The Offeror and/or any of its Principals-
        (A)  Are [ ]  Are not [X]  presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;
        (B)  Have [ ]  Have not [X] , within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, State, or local) contract or subcontract; violation of Federal or State antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, violating Federal criminal tax laws, or receiving stolen property(if offeror checks "have", the offeror shall also see 52.209-7, if included in this solicitation);
        (C)  Are [ ]  Are not [X]  presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in paragraph (a)(1)(i)(B) of this provision.
        (D)  Have [ ]  Have not [X] , within a three-year period preceding this offer, been notified of any delinquent Federal Taxes in an amount that exceeds $3,500 for which the liability remains unsatisfied.
        (1)  Federal taxes are considered delinquent if both of the following criteria apply:
          (i)  The tax liability is finally determined. The liability is finally determined if it has been assessed. A liability is not finally determined if there is a pending administrative or judicial challenge. In the case of a judicial challenge to the liability, the liability is not finally determined until all judicial appeal rights have been exhausted.
          (ii)  The taxpayer is delinquent in making payment. A taxpayer is delinquent if the taxpayer has failed to pay the tax liability when full payment was due and required. A taxpayer is not delinquent in cases where enforced collection action is precluded.

      (2)  Examples:
        (i)  The taxpayer has received a statutory notice of deficiency, under I.R.C.6212, which entitles the taxpayer to seek Tax Court review of a proposed tax deficiency. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek Tax Court review, this will not be a final tax liability until the taxpayer has exhausted all judicial appeal rights.

        (ii)  The IRS has filed a notice of Federal tax lien with respect to an assessed tax liability, and the taxpayer has been issued a notice under I.R.C. 6320 entitling the taxpayer to request a hearing with the IRS Office of Appeals contesting the lien filing, and to further appeal to the Tax Court if the IRS determines to sustain the lien filing. In the course of the hearing, the taxpayer is entitled to contest the underlying tax liability because the taxpayer has had no prior opportunity to contest the liability. This is not a delinquent tax because it is not a final tax liability because the taxpayer has had no prior opportunity to contest the underlying tax liability because the taxpayer has had no prior opportunity to contest the liability. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek tax court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.

        (iii)  The taxpayer has entered into an installment agreement pursuant to I.R.C.6159. The taxpayer is making timely payments and is in full compliance with the agreement terms. The taxpayer is not delinquent because the taxpayer is not currently required to make full payment.

        (iv)  The taxpayer has filed for bankruptcy protection. The taxpayer is not delinquent because enforced collection action is stayed under 11 U.S.C 362 (the Bankruptcy Code).
        (ii)  The Offeror has [ ] , has not [X] , within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.
      (2)  "Principals," for the purposes of this certification, means an officer, director, owner, partner, or a person having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a division or business segment; and similar positions).
      This Certification Concerns a Matter Within the Jurisdiction of an Agency of the United States and the Making of a False, Fictitious, or Fraudulent Certification May Render the Maker Subject to Prosecution Under Section 1001, Title 18, United States Code.


      (b)  The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.


      (c)  A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.


      (d)  Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.


      (e)  The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

**(End of Provision)**

**FAR 52.209-10 Prohibition on Contracting with Inverted Domestic Corporations (Nov 2015)**

      Definitions. As used in this clause- "Inverted domestic corporation" means a foreign incorporated entity that meets the definition of an inverted domestic corporation under 6 U.S.C. 395(b), applied in accordance with the rules and definitions of 6 U.S.C. 395(c).

    "Subsidiary" means an entity in which more than 50 percent of the entity is owned-
    (1) Directly by a parent corporation; or
    (2) Through another subsidiary of a parent corporation.

(b) If the contractor reorganizes as an inverted domestic corporation or becomes a subsidiary of an inverted domestic corporation at any time during the period of performance of this contract, the Government may be prohibited from paying for Contractor activities performed after the date when it becomes an inverted domestic corporation or subsidiary. The Government may seek any available remedies in the event the Contractor
fails to perform in accordance with the terms and conditions of the contract as a result of Government action under this clause.

(c) Exceptions to this prohibition are located at 9.108-2.

(d) In the event the Contractor becomes either an inverted domestic corporation, or a subsidiary of an inverted domestic corporation during contract performance, the Contractor shall give written notice to the Contracting Officer
within five business days from the date of the inversion event.

(e) Penalty. Submission of this certification and disclosure is a prerequisite for making or entering into this contract imposed by 31 U.S.C. 1352. Any person who makes an expenditure prohibited under this provision or who fails to file or amend the disclosure required to be filed or amended by this provision, shall be subject to a civil penalty of not less than $10,000, and not more than $100,000, for each such failure.

**(End of Provision)**

**FAR 52.209-11 Representation by Corporations Regarding Delinquent Tax Liability or a Felony Conviction under any Federal Law (Feb 2016)**

(a) As required by sections 744 and 745 of Division E of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235), and similar provisions, if contained in subsequent appropriations acts, the Government will not enter into a contract with any corporation that-
(1) Has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability, where the awarding agency is aware of the unpaid tax liability, unless an agency has considered suspension or debarment of the corporation and made a determination that suspension or debarment is not necessary to protect the interests of the Government; or
(2) Was convicted of a felony criminal violation under any Federal law within the preceding 24 months, where the awarding agency is aware of the conviction, unless an agency has considered suspension or debarment of the corporation and made a determination that this action is not necessary to protect the interests of the Government.

(b) The Offeror represents that-
(1) It [ ] is [X] is not a corporation that has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability; and
(2) It [ ] is [X] is not a corporation that was convicted of a felony criminal violation under a Federal law within the preceding 24 months.

**(End of Provision)**

**FAR 52.212-3 Offeror Representations and Certifications - Commercial Items (Jan 2017)**

The NAICS Codes you selected on the Goods and Services page of this registration are listed in the table under 52 212-3(c). Those NAICS Codes for which you are identified as small serve to complete the small business concern representation in 52.212-3(c)(1).

You are certifying to your size status for all the NAICS codes in the table. Please review it carefully. The Y/N answers are located in the "Small Business?" column. A "Y" indicates "Small" and "N" indicates "Other than Small." This status is derived from the SBA's size standards based on the size metrics you entered.

An offeror shall complete only paragraph (b) of this provision if the offeror has completed the annual representations and certifications electronically via http://www.acquisition.gov. If an offeror has not completed the annual representations and certifications electronically at the System for Award Management (SAM) website, the offeror shall complete only paragraphs (c) through (u) of this provision.

(a) Definitions. As used in this provision-

"Commercial and Government Entity (CAGE) code" means--
(1) An identifier assigned to entities located in the United States or its outlying areas by the Defense Logistics Agency (DLA) Contractor and Government Entity (CAGE) Branch to identify a commercial or government entity, or
(2) An identifier assigned by a member of the North Atlantic Treaty Organization (NATO) or by the NATO Support Agency (NSPA) to entities located outside the United States and its outlying areas that the DLA Contractor and Government Entity (CAGE) Branch records and maintains in the CAGE master file. This type of code is known as an NCAGE code.

"Economically disadvantaged women-owned small business (EDWOSB) concern" means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States and who are economically disadvantaged in accordance with 13 CFR part 127. It automatically qualifies as a women-owned small business eligible for the WOSB Program.

"Forced or indentured child labor" means all work or service-
(1) Exacted from any person under the age of 18 under the menace of any penalty for its nonperformance and for which the worker does not offer himself voluntarily; or
(2) Performed by any person under the age of 18 pursuant to a contract the enforcement of which can be accomplished by process or penalties.

"Highest-level owner" means the entity that owns or controls an immediate owner of the offeror, or that owns or controls one or more entities that control an immediate owner of the offeror. No entity owns or exercises control of the highest level owner.

"Immediate owner" means an entity, other than the offeror, that has direct control of the offeror. Indicators of control include, but are not limited to, one or more of the following: ownership or interlocking management, identity of interests among family members, shared facilities and equipment, and the common use of employees.

"Internal confidentiality agreement or statement" means a confidentiality agreement or any other written statement that the contractor requires any of its employees or subcontractors to sign regarding nondisclosure of contractor information, except that it does not include confidentiality agreements arising out of civil litigation or confidentiality agreements that contractor employees or subcontractors sign at the behest of a Federal agency.

"Inverted domestic corporation", means a foreign incorporated entity that meets the definition of an inverted domestic corporation under 6 U.S.C. 395(b), applied in accordance with the rules and definitions of 6 U.S.C. 395(c).

"Manufactured end product" means any end product in product and service codes (PSCs) 1000-9999, except-
(1) PSC 5510, Lumber and Related Basic Wood Materials;
(2) Product or Service Group (PSG) 87, Agricultural Supplies;
(3) PSG 88, Live Animals;
(4) PSG 89, Subsistence;
(5) PSC 9410, Crude Grades of Plant Materials;
(6) PSC 9430, Miscellaneous Crude Animal Products, Inedible;
(7) PSC 9440, Miscellaneous Crude Agricultural and Forestry Products;
(8) PSC 9610, Ores;
(9) PSC 9620, Minerals, Natural and Synthetic; and
(10) PSC 9630, Additive Metal Materials.

"Place of manufacture" means the place where an end product is assembled out of components, or otherwise made or processed from raw materials into the finished product that is to be provided to the Government. If a product is disassembled and reassembled, the place of reassembly is not the place of manufacture.

"Predecessor" means an entity that is replaced by a successor and includes any predecessors of the predecessor.

"Restricted business operations" means business operations in Sudan that include power production activities, mineral extraction activities, oil-related activities, or the production of military equipment, as those terms are defined in the Sudan Accountability and Divestment Act of 2007 (Pub. L. 110-174). Restricted business operations do not include business operations that the person (as that term is defined in Section 2 of the Sudan Accountability and Divestment Act of 2007) conducting the business can demonstrate-
(1) Are conducted under contract directly and exclusively with the regional government of southern Sudan;
(2) Are conducted pursuant to specific authorization from the Office of Foreign Assets Control in the Department of the Treasury, or are expressly exempted under Federal law from the requirement to be conducted under such authorization;
(3) Consist of providing goods or services to marginalized populations of Sudan;
(4) Consist of providing goods or services to an internationally recognized peacekeeping force or humanitarian organization;
(5) Consist of providing goods or services that are used only to promote health or education; or
(6) Have been voluntarily suspended.

"Sensitive technology"-
(1) Means hardware, software, telecommunications equipment, or any other technology that is to be used specifically-
(i) To restrict the free flow of unbiased information in Iran; or
(ii) To disrupt, monitor, or otherwise restrict speech of the people of Iran; and
(2) Does not include information or informational materials the export of which the President does not have the authority to regulate or prohibit pursuant to section 203(b)(3) of the International Emergency Economic Powers Act (50 U.S.C. 1702(b)(3)).

"Service - disabled veteran - owned small business concern"-
(1) Means a small business concern-
(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and
(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.
(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

"Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR part 121 and size standards in this solicitation.

"Small disadvantaged business concern", consistent with 13 CFR 124.1002, means a small business concern under the size standard applicable to the acquisition, that-
(1) Is at least 51 percent unconditionally and directly owned (as defined at 13 CFR 124.105) by-
(i) One or more socially disadvantaged (as defined at 13 CFR 124.103) and economically disadvantaged (as defined at 13 CFR 124.104) individuals who are citizens of the United States; and
(ii) Each individual claiming economic disadvantage has a net worth not exceeding $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); and
(2) The management and daily business operations of which are controlled (as defined at 13 CFR 124.106) by individuals, who meet the criteria in paragraphs (1)(i) and (ii) of this definition.

"Subcontract" means any contract as that term is defined in subpart 2.1 entered into by a subcontractor to furnish supplies or services for performance of a prime contract or a subcontract. It includes but is not limited to purchase orders, and changes and modifications to purchase orders.

"Subcontractor" means any supplier, distributor, vendor, or firm (including a consultant) that furnishes supplies or services to or for a prime contractor or another subcontractor.

"Subsidiary" means an entity in which more than 50 percent of the entity is owned-
(1) Directly by a parent corporation; or
(2) Through another subsidiary of a parent corporation.

"Successor" means an entity that has replaced a predecessor by acquiring the assets and carrying out the affairs of the

predecessor under a new name (often through acquisition or merger). The term "successor" does not include new offices/divisions of the same company or a company that only changes its name. The extent of the responsibility of the successor for the liabilities of the predecessor may vary, depending on State law and specific circumstances.

"Veteran owned small business concern" means a small business concern-

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned business concern" means a concern which is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of its stock is owned by one or more women; and whose management and daily business operations are controlled by one or more women.

"Women-owned small business concern" means a small business concern-

(1) That is at least 51 percent owned by one or more women; or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

"Women-owned small business (WOSB) concern eligible under the WOSB Program" (in accordance with 13 CFR part 127), means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States.

(b)
(1)  Annual Representations and Certifications. Any changes provided by the offeror in paragraph (b)(2) of this provision do not automatically change the representations and certifications posted on the SAM website.

(2)  The offeror has completed the annual representations and certifications electronically via the SAM website accessed through http://www.acquisition.gov. After reviewing the SAM database information, the offeror verifies by submission of this offer that the representations and certifications currently posted electronically at FAR 52.212-3, Offeror Representations and Certifications-Commercial Items, have been entered or updated in the last 12 months, are current, accurate, complete, and applicable to this solicitation (including the business size standard applicable to the NAICS code referenced for this solicitation), as of the date of this offer and are incorporated in this offer by reference (see FAR 4.1201), except for paragraphs _____.

[Offeror to identify the applicable paragraphs at (c) through (u) of this provision that the offeror has completed for the purposes of this solicitation only, if any.

These amended representation(s) and/or certification(s) are also incorporated in this offer and are current, accurate, and complete as of the date of this offer.

Any changes provided by the offeror are applicable to this solicitation only, and do not result in an update to the representations and certifications posted electronically on SAM.]

(c)  Offerors must complete the following representations when the resulting contract is to be performed inside the United States or its outlying areas. Check all that apply.

| NAICS Code | Name | NAICS Exception | Size Standard | Small Business? |
|---|---|---|---|---|
| 237130 | POWER AND COMMUNICATION LINE AND RELATED STRUCTURES CONSTRUCTION | | $36500000 | Y |
| 517110 | WIRED TELECOMMUNICATIONS CARRIERS | | 1500 | Y! |
| 517210 | WIRELESS TELECOMMUNICATION S CARRIERS (EXCEPT SATELLITE) | | 1500 | Y! |

!The Small Business Administration's size tables have changed, which affects the small business status for this NAICS code.

(1)* Small business concern. The offeror represents as part of its offer that it [X] is, [ ] is not a small business concern.

(2)* Veteran-owned small business concern. The offeror represents as part of its offer that it [ ] is, [X] is not a veteran-owned small business concern.

(3)* Service-disabled veteran-owned small business concern. The offeror represents as part of its offer that it [ ] is, [X] is not a service-disabled veteran-owned small business concern.

(4) Small disadvantaged business concern. The offeror represents,  that it [ ] is, [X] is not a small disadvantaged business concern as defined in 13 CFR 124.1002.

(5)* Women-owned small business concern. The offeror represents that it [ ] is, [X] is not a women-owned small business concern.

*Small business concern, Veteran-owned small business concern, Service-disabled veteran-owned small business concern, and Women-owned small business concern size status is calculated based on the Small Business Administration size standard for each NAICS code using the size metrics (e.g. Average Number of Employees and Average Annual Receipts) provided by High Desert Internet Services in their SAM registration.

(6)** Women-owned small business (WOSB) concern eligible under the WOSB Program. [Complete only if the offeror represented itself as a women-owned small business concern in paragraph (c)(5) of this provision] The offeror represents that:

(i) It [ ] is, [ ] is not a WOSB concern eligible under the WOSB Program, has provided all the required documents to the WOSB Repository, and no change in circumstances or adverse decisions have been issued that affects its eligibility; and

(ii) It [ ] is, [ ] is not a joint venture that complies with the requirements of 13 CFR part 127, and the representation in paragraph (c)(6)(i) of this provision is accurate in reference to the WOSB concern or concerns that are participating in the joint venture. [The offeror shall enter the name or names of the WOSB concern or concerns that are participating in the joint venture:] Each WOSB concern participating in the joint venture shall submit a separate signed copy of the WOSB representation.

(7)** Economically disadvantaged women-owned small business (EDWOSB) concern . [Complete only if the offeror represented itself as a WOSB concern eligible under the WOSB Program in (c)(6) of this provision.] The offeror represents that:

(i) It [ ] is, [ ] is not an EDWOSB concern, has provided all the required documents to the WOSB Repository, and no change in circumstances or adverse decisions have been issued that affects its eligibility; and

(ii) It [ ] is, [ ] is not a joint venture that complies with the requirements of 13 CFR part 127, and the representation in paragraph (c)(7)(i) of this provision is accurate for each EDWOSB concern participating in the joint venture. [The offeror shall enter the name or names of the EDWOSB concern and other small businesses that are participating in the joint venture:  ] Each EDWOSB concern participating in the joint venture shall submit a separate signed copy of the EDWOSB representation.

Note: Complete paragraphs (c)(8) and (c)(9) only if this solicitation is expected to exceed the simplified acquisition threshold.

(8) Women-owned business concern (other than small business concern). [Complete only if the offeror is a women-owned business concern and did not represent itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents that it [ ] is a women-owned business concern.

(9) Tie bid priority for labor surplus area concerns. If this is an invitation for bid, small business offerors may identify the labor surplus areas in which costs to be incurred on account of manufacturing or production (by offeror or first-tier subcontractors) amount to more than 50 percent of the contract price:

State Eligible Labor Surplus:  Civil Jurisdictions Included:

(10) HUBZone small business concern. The offeror represents, as part of its offer, that-

(i) It [ ] is, It[X] is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified in accordance with 13 CFR part 126; and

(ii) It [ ] is, It[X] is not a HUBZone joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (c)(11)(i) of this provision is accurate for each HUBZone small business concern participating in the HUBZone joint venture. [The offeror shall enter the names of each of the HUBZone small business concerns participating in the HUBZone joint venture:  ] Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

(d)  Representations required to implement provisions of Executive Order 11246–

(1)  Previous contracts and compliance. The offeror represents that–

(i)  It [ ] has It [X] has not participated in a previous contract or subcontract subject to the Equal Opportunity clause of this solicitation; and

(ii)  It [X] has It [ ] has not filed all required compliance reports.

(2)  Affirmative Action Compliance. The offeror represents that–

(i)  It [ ] has developed and has on file, It [ ] has not developed and does not have on file, at each establishment, affirmative action programs required by rules and regulations of the Secretary of Labor (41 cfr parts 60-1 and 60-2), or

(ii)  It [X] has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

(e)  Certification Regarding Payments to Influence Federal Transactions (31 U.S.C. 1352).(Applies only if the contract is expected to exceed $150,000.) By submission of its offer, the offeror certifies to the best of its knowledge and belief that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress or an employee of a Member of Congress on his or her behalf in connection with the award of any resultant contract. If any registrants under the Lobbying Disclosure Act of 1995 have made a lobbying contact on behalf of the offeror with respect to this contract, the offeror shall complete and submit, with its offer, OMB Standard Form LLL, Disclosure of Lobbying Activities, to provide the name of the registrants. The offeror need not report regularly employed officers or employees of the offeror to whom payments of reasonable compensation were made.

(f) Buy American Certificate. (Applies only if the clause at Federal Acquisition Regulation (FAR)52.225-1, Buy American-Supplies, is included in this solicitation.)

(1) The offeror certifies that each end product, except those listed in paragraph (f)(2) of this provision, is a domestic end product and that for other than COTS items, the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The offeror shall list as foreign end products those end products manufactured in the United States that do not qualify as domestic end products, i.e., an end product that is not a COTS item and does not meet the component test in paragraph (2) of the definition of "domestic end product." The terms "commercially available off-the-shelf (COTS) item," "component," "domestic end product," "end product," "foreign end product," and "United States" are defined in the clause of this solicitation entitled "Buy American-Supplies."

(2) Foreign End Products:

(3) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25.

(g)(1) Buy American-Free Trade Agreements-Israeli Trade Act Certificate. (Applies only if the clause at FAR52.225-3, Buy American-Free Trade Agreements-Israeli Trade Act, is included in this solicitation.)

(i) The offeror certifies that each end product, except those listed in paragraph (g)(1)(ii) or (g)(1)(iii) of this provision, is a domestic end product and that for other than COTS items, the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The terms "Bahrainian, Moroccan, Omani, Panamanian, or Peruvian end product," "commercially available off-the-shelf (COTS) item," "component," "domestic end product," "end product," "foreign end product," "Free Trade Agreement country," "Free Trade Agreement country end product," "Israeli end product," and "United States" are defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act."

(ii) The offeror certifies that the following supplies are Free Trade Agreement country end products (other than Bahrainian, Moroccan, Omani, Panamanian, or Peruvian end products) or Israeli end products as defined in the clause of this solicitation entitled "Buy American Act- Free Trade Agreements-Israeli Trade Act": Free Trade Agreement Country End Products (Other than Bahrainian, Moroccan, Omani, Panamanian, or Peruvian End Products) or Israeli End Products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act":

(iii) The offeror shall list those supplies that are foreign end products (other than those listed in paragraph (g)(1)(ii) of this provision) as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act." The offeror shall list as other foreign end products those end products manufactured in the United States that do not qualify as domestic end products, i.e., an end product that is not a COTS item and does not meet the component test in paragraph (2) of the definition of "domestic end product."

Other Foreign End Products:

(iv) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25.

(2) Buy American-Free Trade Agreements-Israeli Trade Act Certificate, Alternate I. If Alternate I to the clause at FAR 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision:

(g)(1)(ii) The offeror certifies that the following supplies are Canadian end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act": Canadian End Products:

(3) Buy American-Free Trade Agreements-Israeli Trade Act Certificate, Alternate II. If Alternate II to the clause at FAR 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision:

(g)(1)(ii) The offeror certifies that the following supplies are Canadian end products or Israeli end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act": Canadian or Israeli End Products:

(4) Buy American-Free Trade Agreements-Israeli Trade Act Certificate, Alternate III. If Alternate III to the clause at 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision:

(g)(1)(ii) The offeror certifies that the following supplies are Free Trade Agreement country end products (other than Bahrainian, Korean, Moroccan, Omani, Panamanian, or Peruvian end products) or Israeli end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act":

Free Trade Agreement Country End Products (Other than Bahrainian, Korean, Moroccan, Omani, Panamanian, or Peruvian End Products) or Israeli End Products:

(5) Trade Agreements Certificate. (Applies only if the clause at FAR 52.225-5, Trade Agreements, is included in this solicitation.)

(i) The offeror certifies that each end product, except those listed in paragraph (g)(5)(ii) of this provision, is a U.S.-made or designated country end product, as defined in the clause of this solicitation entitled "Trade Agreements."

(ii) The offeror shall list as other end products those end products that are not U.S.-made or designated country end products.

Other End Products:

(iii) The Government will evaluate offers in accordance with the policies and procedures of FAR Part25. For line items covered by the WTO GPA, the Government will evaluate offers of U.S.-made or designated country end products without regard to the restrictions of the Buy American statute. The Government will consider for award only offers of U.S.-made or designated country end products unless the Contracting Officer determines that there are no offers for such products or that the offers for such products are insufficient to fulfill the requirements of the solicitation.

(h)  Certification Regarding Responsibility Matters (Executive Order 12689) (Applies only if the contract value is expected to exceed the simplified acquisition threshold.) The offeror certifies, to the best of its knowledge and belief, that the offeror and/or any of its principals-

(1)  [ ] Are [X] Are not presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency; and

(2)  [ ] Have [X] Have not, within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a Federal, state or local government contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, violating Federal criminal tax laws,or receiving stolen property; and

(3)  [ ] Are [X] are not presently indicted for, or otherwise criminally or civilly charged by a Government entity with, commission of any of these offenses enumerated in paragraph (h)(2) of this clause; and

(4)  [ ] Have [X] Have not within a three-year period preceding this offer, been notified of any delinquent Federal taxes in an amount that exceeds $3,500 for which the liability remains unsatisfied.

(i)  Taxes are considered delinquent if both of the following criteria apply:

(A)  The tax liability is finally determined. The liability is finally determined if it has been assessed. A liability is not finally determined if there is a pending administrative or judicial challenge. In the case of a judicial challenge to the liability, the liability is not finally determined until all judicial appeal rights have been exhausted.

(B)  The taxpayer is delinquent in making payment. A taxpayer is delinquent if the taxpayer has failed to pay the tax liability when full payment was due and required. A taxpayer is not delinquent in cases where enforced collection action is precluded.

(ii)  Examples:

(B)  The taxpayer has received a statutory notice of deficiency, under I.R.C.6212, which entitles the taxpayer to seek Tax Court review of a proposed tax deficiency. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek Tax Court Review, this will not be a final tax liability under the taxpayer has exercised all judicial appeal rights.

(B)  The IRS has filed a notice of Federal tax lien with respect to an assessed tax liability, and the taxpayer has been issued a notice under I.R.C.6320 entitling the taxpayer to request a hearing with the IRS Office of Appeals contesting the lien filing, and to further appeal to the Tax Court if the IRS determines to sustain the lien filing. In the course of the hearing, the taxpayer is entitled to contest the underlying tax liability because the taxpayer has had no prior opportunity to contest the liability. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek tax court review, this will not be a final tax liability until the tax payer has exercised all judicial appeal rights.

(C)  The taxpayer has entered into an installment agreement pursuant to I.R.C 6159. The taxpayer is making timely payments and is in full compliance with the agreement terms. The taxpayer is not delinquent because the taxpayer is not currently required to make full payment.

(D)  The taxpayer has filed for bankruptcy protection. The taxpayer is not delinquent because enforced collection action is stayed under II U. S. C 362 (the Bankruptcy Code).

(i)  Certification Regarding Knowledge of Child Labor for Listed End Products (Executive Order 13126). [The Contracting Officer must list in paragraph (i)(1) any end products being acquired under this solicitation that are included in the List of Products Requiring Contractor Certification as to Forced or Indentured Child Labor, unless excluded at 22.1503(b).]

(1)  Listed end products.

| Listed End Products | Listed Country of Origin |
|---|---|
| Bamboo | Burma |
| Beans (green, soy, yellow) | Burma |
| Brazil Nuts/Chestnuts | Bolivia |
| Bricks | Afghanistan, Burma, China, India, Nepal, Pakistan |
| Carpets | Nepal, Pakistan |
| Cattle | South Sudan |
| Cassiterite | Democratic Republic of Congo |
| Coal | Pakistan |
| Coca (stimulant plant) | Colombia |
| Cocoa | Cote d'Ivoire, Nigeria |
| Coffee | Cote d'Ivoire |
| Coltan | Democratic Republic of Congo |
| Cotton | Benin, Burkina Faso, China, Tajikistan, Uzbekistan |
| Cottonseed (hybrid) | India |
| Diamonds | Sierra Leone |
| Dried Fish | Bangladesh |
| Electronics | China |
| Embroidered Textiles (zari) | India, Nepal |
| Fish | Ghana |
| Garments | Argentina, India, Thailand, Vietnam |
| Gold | Burkina Faso, Democratic Republic of Congo |
| Granite | Nigeria |
| Gravel (crushed stones) | Nigeria |
| Pornography | Russia |
| Rice | Burma, India, Mali |
| Rubber | Burma |
| Shrimp | Thailand |
| Stones | India, Nepal |
| Sugarcane | Bolivia, Burma |
| Teak | Burma |
| Textiles (hand-woven) | Ethiopia |
| Tilapia (fish) | Ghana |
| Tobacco | Malawi |
| Toys | China |
| Wolframite | Democratic Republic of Congo |

(2) Certification. [If the Contracting Officer has identified end products and countries of origin in paragraph (i)(1) of this provision, then the offeror must certify to either (i)(2)(i) or (i)(2)(ii) by checking the appropriate block.]

[X]  (i)  The offeror will not supply any end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product.

[ ]  (ii)  The offeror may supply an end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product. The offeror certifies that it has made a good faith effort to determine whether forced or indentured child labor was used to mine, produce, or manufacture any such end product furnished under this contract. On the basis of those efforts, the offeror certifies that it is not aware of any such use of child labor.

(j)  Place of Manufacture(Does not apply unless the solicitation is predominantly for the acquisition of manufactured end products.) For statistical purposes only, the offeror shall indicate whether the place of manufacture of the end products it expects to provide in response to this solicitation is predominantly-

(1)  In the United States (Check this box if the total anticipated price of offered end products manufactured in the United States exceeds the total anticipated price of offered end products manufactured outside the United States); or

(2)  Outside the United States.

| FSC Code | Place Of Manufacture |
|---|---|

(k) Certificates regarding exemptions from the application of the Service Contract Labor Standards(Certification by the offeror as to its compliance with respect to the contract also constitutes its certification as to compliance by its subcontractor if it subcontracts out the exempt services.) [The contracting officer is to check a box to indicate if paragraph (k)(1) or (k)(2) applies.]

(1)   Maintenance, calibration, or repair of certain equipment as described in FAR 22.1003-4(c)(1). The offeror [ ] does [X] does not certify that ___

(i)   The items of equipment to be serviced under this contract are used regularly for other than Governmental purposes and are sold or traded by the offeror (or subcontractor in the case of an exempt subcontract) in substantial quantities to the general public in the course of normal business operations;

(ii)   The services will be furnished at prices which are, or are based on, established catalog or market prices (see FAR 22.1003-4(c)(2)(ii)) for the maintenance, calibration, or repair of such equipment; and

(iii)   The compensation (wage and fringe benefits) plan for all service employees performing work under the contract will be the same as that used for these employees and equivalent employees servicing the same equipment of commercial customers.

(2)   Certain services as described in FAR 22.1003-4(d)(1). The offeror **[ ]** does, [X] does not certify that ___

(i)   The services under the contract are offered and sold regularly to non-Governmental customers, and are provided by the offeror (or subcontractor in the case of an exempt subcontract) to the general public in substantial quantities in the course of normal business operations;

(ii)   The contract services will be furnished at prices that are, or are based on, established catalog or market prices (see FAR 22.1003-4(d)(2)(iii));

(iii)   Each service employee who will perform the services under the contract will spend only a small portion of his or her time (a monthly average of less than 20 percent of the available hours on an annualized basis, or less than 20 percent of available hours during the contract period if the contract period is less than a month) servicing the Government contract; and

(iv)   The compensation (wage and fringe benefits) plan for all service employees performing work under the contract is the same as that used for these employees and equivalent employees servicing commercial customers.

(3)   If paragraph (k)(1) or (k)(2) of this clause applies ___

(i)   If the offeror does not certify to the conditions in paragraph (k)(1) or (k)(2) and the Contracting Officer did not attach a Service Contract Labor Standards wage determination to the solicitation, the offeror shall notify the Contracting Officer as soon as possible; and

(ii)   The Contracting Officer may not make an award to the offeror if the offeror fails to execute the certification in paragraph (k)(1) or (k)(2) of this clause or to contact the Contracting Officer as required in paragraph (k)(3)(i) of this clause.


(l)   Taxpayer Identification Number (TIN) (26 U.S.C. 6109, 31 U.S.C. 7701). (Not applicable if the offeror is required to provide this information to the SAM database to be eligible for award.)

(1)   All offerors must submit the information required in paragraphs (l)(3) through (l)(5) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the Internal Revenue Service (IRS).

(2)   The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(3)   Taxpayer Identification Number (TIN).

* [X] TIN on file.

* [ ] TIN has been applied for.

* TIN is not required because:

* [ ] Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

* [ ] Offeror is an agency or instrumentality of a foreign government;

* [ ] Offeror is an agency or instrumentality of the Federal Government.

(4)   Type of organization.
* [X] sole proprietorship;

* [ ]  Partnership;

* [ ] Corporate entity (not tax-exempt);

* [ ] Corporate entity (tax-exempt);

* [ ] Government entity (Federal, State, or local);

* [ ] Foreign government;

* [ ] International organization per 26 CFR 1.6049-4;

* [ ] Other

(5)   Common parent.
* [X] Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.
* [ ] Name:

TIN:


(m)   Restricted business operations in Sudan. By submission of its offer, the offeror certifies that the offeror does not conduct any restricted business operations in Sudan.

(n)  Prohibition on Contracting with Inverted Domestic Corporations.
     (1)  Government agencies are not permitted to use appropriated (or otherwise made available) funds for contracts with either an inverted domestic corporation, or a subsidiary of an inverted domestic corporation, unless the exception at 9.108-2(b) applies or the requirement is waived in accordance with the procedures at 9.108-4.
     (2)  Representation. the offeror represents that-
     (i)  It [ ]  is [X]  is not an inverted domestic corporation; and
     (ii) It [ ]  is [X]  is not a subsidiary of an inverted domestic corporation.


(o)  Prohibition on contracting with entities engaging in certain activities or transactions relating to Iran.
     (1)  The offeror shall e-mail questions concerning sensitive technology to the Department of State at CISADA106@state.gov.
     (2)  Representation and Certifications. Unless a waiver is granted or an exception applies as provided in paragraph (o)(3) of this provision, by submission of its offer, the offeror-
     (i)  Represents, to the best of its knowledge and belief, that the offeror does not export any sensitive technology to the government of Iran or any entities or individuals owned or controlled by, or acting on behalf or at the direction of, the government of Iran;
     (ii)  Certifies that the offeror, or any person owned or controlled by the offeror, does not engage in any activities for which sanctions may be imposed under section 5 of the Iran Sanctions Act; and
     (iii)  Certifies that the offeror, and any person owned or controlled by the offeror, does not knowingly engage in any transaction that exceeds $3,000 with Iran's Revolutionary Guard Corps or any of its officials, agents, or affiliates, the property and interests in property of which are blocked pursuant to the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.) (see OFAC's Specially Designated Nationals and Blocked Persons List at http://www.treasury.gov/ofac/downloads/t11sdn.pdf).
     (3)  The representation and certification requirements of paragraph (o)(2) of this provision do not apply if-
     (i)  This solicitation includes a trade agreements certification (e.g., 52.212-3(g) or a comparable agency provision), and
     (ii)  The offeror has certified that all the offered products to be supplied are designated country end products.


(p)  Ownership or Control of Offeror. (Applies in all solicitations when there is a requirement to be registered in SAM or a requirement to have a DUNS Number in the solicitation.
     (1)  The Offeror represents that it [ ]  has or [X] does not have an immediate owner. If the Offeror has more than one immediate owner (such as a joint venture), then the Offeror shall respond to paragraph (c) and if applicable, paragraph (d) of this provision for each participant in the joint venture.*
     (2)  If the Offeror indicates "has"* in paragraph (b) of this provision, enter the following information:

          Immediate owner CAGE code:
          Immediate owner legal name:Offeror asserts international ownership. They must provide the owner's NCAGE Code within 90 days of registration.
          (Do not use a "doing business as" name)

          Is the immediate owner owned or controlled by another entity?

          [ ] Yes [ ] No
     (3)  If the Offeror indicates "yes" in paragraph (p)(2) of this provision, indicating that the immediate owner is owned or controlled by another entity, then enter the following information:

          Highest-level owner CAGE code:
          Highest-level owner legal name:Offeror asserts international ownership. They must provide the owner's NCAGE Code within 90 days of registration.
          (Do not use a "doing business as" name)

          *Currently, only one Immediate or Highest-Level Owner may be identified by a CAGE Code. If the offeror has more than one (such as a joint venture) at either level of ownership, they must select only one to report.


(q)  Representation by Corporations Regarding Delinquent Tax Liability or a Felony Conviction under any Federal Law.
     (1)  As required by sections 744 and 745 of Division E of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L.113-235), and similar provisions, if contained in subsequent appropriations acts, the Government will not enter into a contract with any corporation that-
     (i)  Has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability, where the awarding agency is aware of the unpaid tax liability, unless an agency has considered suspension or debarment of the corporation and made a determination that suspension or debarment is not necessary to protect the interests of the Government; or
     (ii)  Was convicted of a felony criminal violation under any Federal law within the preceding 24 months, where the awarding agency is aware of the conviction, unless an agency has considered suspension or debarment of the corporation and made a determination that this action is not necessary to protect the interests of the Government.
     (2)  The Offeror represents that-
     (i)  It [ ]  is [X]  is not a corporation that has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability; and
     (ii)  It [ ]  is [X]  is not a corporation that was convicted of a felony criminal violation under a Federal law within the preceding 24 months.

(r) Predecessor of Offeror. (Applies in all solicitations that include the provision at 52.204-16, Commercial and Government Entity Code Reporting.)
(1) The Offeror represents that it [ ] is or [X] is not a successor to a predecessor that held a Federal contract or grant within the last three years.
(2) If the Offeror has indicated "is" in paragraph (r)(1) of this provision, enter the following information for all predecessors that held a Federal contract or grant within the last three years (if more than one predecessor, list in reverse chronological order):

Predecessor CAGE Code: _____
(or mark "Unknown").
Predecessor legal name: _____
(Do not use a "doing business as" name)

(s) By a court order issued on October 24, 2016, this paragraph is enjoined indefinitely as of the date of the order. The enjoined paragraph will become effective immediately if the court terminates the injunction. At that time, DoD, GSA, and NASA will publish a document in the Federal Register advising the public of the termination of the injunction.

(t)Public Disclosure of Greenhouse Gas Emissions and Reduction Goals. Applies in all solicitations that require offerors to register in SAM (52.212â€"1(k)).
(1) This representation shall be completed if the Offeror received $7.5 million or more in contract awards in the prior Federal fiscal year. The representation is optional if the Offeror received less than $7.5 million in Federal contract awards in the prior Federal fiscal year.
(2) Representation. [Offeror to check applicable block(s) in paragraph (t)(2)(i) and (ii)].
(i) The Offeror (itself or through its immediate owner or highest-level owner) [ ] does [ ] does not publicly disclose greenhouse gas emissions, i.e., makes available on a publicly accessible Web site the results of a greenhouse gas inventory, performed in accordance with an accounting standard with publicly available and consistently applied criteria, such as the Greenhouse Gas Protocol Corporate Standard.
(ii) The Offeror (itself or through its immediate owner or highest-level owner) [ ] does [ ] does not publicly disclose a quantitative greenhouse gas emissions reduction goal, i.e., make available on a publicly accessible Web site a target to reduce absolute emissions or emissions intensity by a specific quantity or percentage.
(iii) A publicly accessible Web site includes the Offeror's own Web site or a recognized, third-party greenhouse gas emissions reporting program.
(3) If the Offeror checked "does" in paragraphs (t)(2)(i) or (t)(2)(ii) of this provision, respectively, the Offeror shall provide the publicly accessible Web site(s) where greenhouse gas emissions and/or reduction goals are reported:

(u)(1) In accordance with section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions), Government agencies are not permitted to use appropriated (or otherwise made available) funds for contracts with an entity that requires employees or subcontractors of such entity seeking to report waste, fraud, or abuse to sign internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such waste, fraud, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.
(2) The prohibition in paragraph (u)(1) of this provision does not contravene requirements applicable to Standard Form 312 (Classified Information Nondisclosure Agreement), Form 4414 (Sensitive Compartmented Information Nondisclosure Agreement), or any other form issued by a Federal department or agency governing the nondisclosure of classified information.
(3) Representation. By submission of its offer, the Offeror represents that it will not require its employees or subcontractors to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting waste, fraud, or abuse related to the performance of a Government contract to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information (e.g., agency Office of the Inspector General).

**Alternate I (Oct 2014)**

As prescribed in 12.301(b)(2), add the following paragraph (c)(11) to the basic provision:

(11) (Complete if the offeror has represented itself as disadvantaged in paragraph (c)(4) of this provision.)

[ ] Black American.

[ ] Hispanic American.

[ ] Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians).

[ ] Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, The Philippines, Republic of Palau, Republic of the Marshall Islands, Federated States of Micronesia, the Commonwealth of the Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).

[ ] Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal).

[ ] Individual/concern, other than one of the preceding.

**(End of Provision)**

**FAR 52.212-5 Contract Terms and Conditions Required to Implement Statutes or Executive Orders-Commercial Items (Jan 2017)**

(a)The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial items:
(1) 52.203-19, Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements (Jan 2017) (section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions)).
(2) 52.209-10, Prohibition on Contracting with Inverted Domestic Corporations (Nov 2015)
(3) 52.233-3, Protest After Award (Aug 1996) (31 U.S.C. 3553).
(4) 52.233-4, Applicable Law for Breach of Contract Claim (Oct 2004)(Public Laws 108-77 and 108-78 (19 U.S.C. 3805 note)).

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

[Contracting Officer check as appropriate.]
__ (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (Sept 2006), with Alternate I (Oct 1995) (41 U.S.C. 4704 and 10 U.S.C. 2402).
__ (2) 52.203-13, Contractor Code of Business Ethics and Conduct (Apr 2010) (41 U.S.C. 3509)).
__ (3) 52.203-15, Whistleblower Protections under the American Recovery and Reinvestment Act of 2009 (June 2010) (Section 1553 of Pub. L. 111-5). (Applies to contracts funded by the American Recovery and Reinvestment Act of 2009.)
__ (4) 52.204-10, Reporting Executive Compensation and First-Tier Subcontract Awards (Oct 2016) (Pub. L. 109-282) (31 U.S.C. 6101 note).
__ (5) [Reserved].
__ (6) 52.204-14, Service Contract Reporting Requirements (Oct 2016) (Pub. L. 111-117, section 743 of Div. C).
__ (7) 52.204-15, Service Contract Reporting Requirements for Indefinite-Delivery Contracts (Jan 2014) (Pub. L. 111-117, section 743 of Div. C).
__ (8) 52.209-6, Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment. (Oct 2015) (31 U.S.C. 6101 note).
__ (9) 52.209-9, Updates of Publicly Available Information Regarding Responsibility Matters (Jul 2013) (41 U.S.C. 2313).
__ (10) [Reserved].
__ (11)(i) 52.219-3, Notice of HUBZone Set-Aside or Sole-Source Award (Nov 2011) (15 U.S.C. 657a).
__ (ii) Alternate I (Nov 2011) of 52.219-3.
__ (12)(i) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (Oct 2014) (if the offeror elects to waive the preference, it shall so indicate in its offer) (15 U.S.C. 657a).
__ (ii) Alternate I (Jan 2011) of 52.219-4.
__ (13) [Reserved]
__ (14)(i) 52.219-6, Notice of Total Small Business Set-Aside (Nov 2011) (15 U.S.C. 644).
__ (ii) Alternate I (Nov 2011).
__ (iii) Alternate II (Nov 2011).
__ (15)(i) 52.219-7, Notice of Partial Small Business Set-Aside (June 2003) (15 U.S.C. 644).
__ (ii) Alternate I (Oct 1995) of 52.219-7.
__ (iii) Alternate II (Mar 2004) of 52.219-7.
__ (16) 52.219-8, Utilization of Small Business Concerns (Nov 2016) (15 U.S.C. 637(d)(2) and (3)).
__ (17)(i) 52.219-9, Small Business Subcontracting Plan (Jan 2017) (15 U.S.C. 637(d)(4)).
__ (ii) Alternate I (Nov 2016) of 52.219-9.
__ (iii) Alternate II (Nov 2016) of 52.219-9.
__ (iv) Alternate III (Nov 2016) of 52.219-9.
__ (v) Alternate IV (Nov 2016) of 52.219-9.
__ (18) 52.219-13, Notice of Set-Aside of Orders (Nov 2011)(15 U.S.C. 644(r)).
__ (19) 52.219-14, Limitations on Subcontracting (Jan 2017) (15 U.S.C. 637(a)(14)).
__ (20) 52.219-16, Liquidated Damages-Subcon-tracting Plan (Jan 1999) (15 U.S.C. 637(d)(4)(F)(i)).
__ (21) 52.219-27, Notice of Service-Disabled Veteran-Owned Small Business Set-Aside (Nov 2011) (15 U.S.C. 657 f).
__ (22) 52.219-28, Post Award Small Business Program Rerepresentation (Jul 2013) (15 U.S.C. 632(a)(2)).
__ (23) 52.219-29, Notice of Set-Aside for, or Sole Source Award to, Economically Disadvantaged Women-Owned Small Business Concerns (Dec 2015) (15 U.S.C. 637(m)).
__ (24) 52.219-30, Notice of Set-Aside for, or Sole Source Award to, Women-Owned Small Business Concerns Eligible Under the Women-Owned Small Business Program (Dec 2015) (15 U.S.C. 637(m)).
__ (25) 52.222-3, Convict Labor (June 2003) (E.O. 11755).
__ (26) 52.222-19, Child Labor-Cooperation with Authorities and Remedies (Oct 2016) (E.O. 13126).
__ (27) 52.222-21, Prohibition of Segregated Facilities (Apr 2015).
__ (28) 52.222-26, Equal Opportunity (Sept 2016) (E.O. 11246).
__ (29) 52.222-35, Equal Opportunity for Veterans (Oct 2015) (38 U.S.C. 4212).
__ (30) 52.222-36, Equal Opportunity for Workers with Disabilities (Jul 2014) (29 U.S.C. 793).
__ (31) 52.222-37, Employment Reports on Veterans (Feb 2016) (38 U.S.C. 4212).
__ (32) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (Dec 2010) (E.O. 13496).
__ (33)(i) 52.222-50, Combating Trafficking in Persons (Mar 2015) (22 U.S.C. chapter 78 and E.O. 13627).
__ (ii) Alternate I (Mar 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).
__ (34) 52.222-54, Employment Eligibility Verification (Oct 2015). (Executive Order 12989). (Not applicable to the acquisition of commercially available off-the-shelf items or certain other types of commercial items as prescribed in 22.1803.)
__ (35) 52.222-59, Compliance with Labor Laws (Executive Order 13673) (Oct 2016). (Applies at $50 million for solicitations and resultant contracts issued from October 25, 2016 through April 24, 2017; applies at $500,000 for solicitations and resultant contracts issued after April 24, 2017).
Note to paragraph (b)(35): By a court order issued on October 24, 2016, 52.222-59 is enjoined indefinitely as of the date of the order. The enjoined paragraph will become effective immediately if the court terminates the injunction. At that time, GSA, DoD and NASA will publish a document in the Federal Register advising the public of the termination of the injunction.
__ (36) 52.222-60, Paycheck Transparency (Executive Order 13673) (Oct 2016).
__ (37)(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Items (May 2008) (42 U.S.C. 6962(c)(3)(A)(ii)). (Not applicable to the acquisition of commercially available off-the-shelf items.)
__ (ii) Alternate I (May 2008) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)). (Not applicable to the acquisition of commercially available off-the-shelf items.)
__ (38) 52.223-11, Ozone-Depleting Substances and High Global Warming Potential Hydrofluorocarbons (Jun 2016) (E.O. 13693).
__ (39) 52.223-12, Maintenance, Service, Repair, or Disposal of Refrigeration Equipment and Air Conditioners (Jun 2016) (E.O. 13693).
__ (40)(i) 52.223-13, Acquisition of EPEAT®-Registered Imaging Equipment (Jun 2014) (E.O.s 13423 and 13514).
__ (ii) Alternate I (Oct 2015) of 52.223-13.
__ (41)(i) 52.223-14, Acquisition of EPEAT®-Registered Televisions (Jun 2014) (E.O.s 13423 and 13514).
__ (ii) Alternate I (Jun 2014) of 52.223-14.
__ (42) 52.223-15, Energy Efficiency in Energy-Consuming Products (Dec 2007) (42 U.S.C. 8259b).
__ (43)(i) 52.223-16, Acquisition of EPEAT®-Registered Personal Computer Products (Oct 2015) (E.O.s 13423 and 13514).
__ (ii) Alternate I (Jun 2014) of 52.223-16.
__ (44) 52.223-18, Encouraging Contractor Policies to Ban Text Messaging While Driving (Aug 2011) (E.O. 13513).
__ (45) 52.223-20, Aerosols (Jun 2016) (E.O. 13693).
__ (46) 52.223-21, Foams (Jun 2016) (E.O. 13693).
__ (47)(i) 52.224-3, Privacy Training (Jan 2017) (5 U.S.C. 552a).
__ (ii) Alternate I (Jan 2017) of 52.224-3.
__ (48) 52.225-1, Buy American-Supplies (May 2014) (41 U.S.C. chapter 83).
__ (49)(i) 52.225-3, Buy American-Free Trade Agreements-Israeli Trade Act (May 2014) (41 U.S.C. chapter 83, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, 19 U.S.C. 3805 note, 19 U.S.C. 4001 note, Pub. L. 103-182, 108-77, 108-78, 108-286, 108-302, 109-53, 109-169, 109-283, 110-138, 112-41, 112-42, and 112-43.
__ (ii) Alternate I (May 2014) of 52.225-3.
__ (iii) Alternate II (May 2014) of 52.225-3.

___(iv) Alternate III (May 2014) of 52.225-3.
___(50) 52.225-5, Trade Agreements (Oct 2016) (19 U.S.C. 2501, et seq., 19 U.S.C. 3301 note).
___(51) 52.225-13, Restrictions on Certain Foreign Purchases (June 2008) (E.O.'s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).
___(52) 52.225-26, Contractors Performing Private Security Functions Outside the United States (Oct 2016) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008, 10 U.S.C. 2302 Note).
___(53) 52.226-4, Notice of Disaster or Emergency Area Set-Aside (Nov 2007) (42 U.S.C. 5150).
___(54) 52.226-5, Restrictions on Subcontracting Outside Disaster or Emergency Area (Nov 2007) (42 U.S.C. 5150).
___(55) 52.232-29, Terms for Financing of Purchases of Commercial Items (Feb 2002) (41 U.S.C. 4505, 10 U.S.C. 2307(f)).
___(56) 52.232-30, Installment Payments for Commercial Items (Jan 2017) (41 U.S.C. 4505, 10 U.S.C. 2307(f)).
___(57) 52.232-33, Payment by Electronic Funds Transfer-System for Award Management (Jul 2013) (31 U.S.C. 3332).
___(58) 52.232-34, Payment by Electronic Funds Transfer-Other than System for Award Management (Jul 2013) (31 U.S.C. 3332).
___(59) 52.232-36, Payment by Third Party (May 2014) (31 U.S.C. 3332).
___(60) 52.239-1, Privacy or Security Safeguards (Aug 1996) (5 U.S.C. 552a).
___(61) 52.242-5, Payments to Small Business Subcontractors (Jan 2017)(15 U.S.C. 637(d)(12)).
___(62)(i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Feb 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631).
___ (ii) Alternate I (Apr 2003) of 52.247-64.


        (c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items.

[Contracting Officer check as appropriate.]
___ (1) 52.222-17, Nondisplacement of Qualified Workers (May 2014)(E.O. 13495).
___ (2) 52.222-41, Service Contract Labor Standards (May 2014) (41 U.S.C. chapter 67).
___ (3) 52.222-42, Statement of Equivalent Rates for Federal Hires (May 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).
___ (4) 52.222-43, Fair Labor Standards Act and Service Contract Labor Standards-Price Adjustment (Multiple Year and Option Contracts) (May 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).
___ (5) 52.222-44, Fair Labor Standards Act and Service Contract Labor Standards-Price Adjustment (May 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).
___ (6) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (May 2014) (41 U.S.C. chapter 67).
___ (7) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (May 2014) (41 U.S.C. chapter 67).
___ (8) 52.222-55, Minimum Wages Under Executive Order 13658 (Dec 2015).
___ (9) 52.222-62, Paid Sick Leave Under Executive Order 13706 (Jan 2017) (E.O. 13706).
___ (10) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (May 2014) (42 U.S.C. 1792).
___ (11) 52.237-11, Accepting and Dispensing of $1 Coin (Sept 2008) (31 U.S.C. 5112(p)(1)).


        (d) Comptroller General Examination of Record. The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records-Negotiation.
        (1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.
        (2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.
        (3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e)(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in this paragraph (e)(1) in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause-

(i) 52.203-13, Contractor Code of Business Ethics and Conduct (Oct 2015) (41 U.S.C. 3509).

(ii) 52.203-19, Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements (Jan 2017) (section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions)).

(iii) 52.219-8, Utilization of Small Business Concerns (Nov 2016) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $700,000 ($1.5 million for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(iv) 52.222-17, Nondisplacement of Qualified Workers (May 2014) (E.O. 13495). Flow down required in accordance with paragraph (l) of FAR clause 52.222-17.

(v) 52.222-21, Prohibition of Segregated Facilities (Apr 2015)

(vi) 52.222-26, Equal Opportunity (Sept 2015) (E.O. 11246).

(vii) 52.222-35, Equal Opportunity for Veterans (Oct 2015) (38 U.S.C. 4212).

(viii) 52.222-36, Equal Opportunity for Workers with Disabilities (Jul 2014) (29 U.S.C. 793).

(ix) 52.222-37, Employment Reports on Veterans (Feb 2016) (38 U.S.C. 4212)

(x) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (Dec 2010) (E.O. 13496). Flow down required in accordance with paragraph (f) of FAR clause 52.222-40.

(xi) 52.222-41, Service Contract Labor Standards (May 2014) (41 U.S.C. chapter 67).

(xii)

___(A) 52.222-50, Combating Trafficking in Persons (Mar 2015) (22 U.S.C. chapter 78 and E.O 13627).

___(B) Alternate I (Mar 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O 13627).

(xiii) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (May 2014) (41 U.S.C. chapter 67).

(xiv) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (May 2014) (41 U.S.C. chapter 67).

(xv) 52.222-54, Employment Eligibility Verification (Oct 2015).

(xvi) 52.222-55, Minimum Wages Under Executive Order 13658 (Dec 2015) (Executive Order 13658).

(xvii) 52.222-59, Compliance with Labor Laws (Executive Order 13673) (Oct 2016) (Applies at $50 million for solicitations and resultant contracts issued from October 25, 2016 through April 24, 2017; applies at $500,000 for solicitations and resultant contracts issued after April 24, 2017).

Note to paragraph (e)(1)(xvii): By a court order issued on October 24, 2016, 52.222-59 is enjoined indefinitely as of the date of the order. The enjoined paragraph will become effective immediately if the court terminates the injunction. At that time, GSA, DoD and NASA will publish a document in the Federal Register advising the public of the termination of the injunction.

(xviii) 52.222-60, Paycheck Transparency (Executive Order 13673) (Oct 2016)).

(xix) 52.222-62, Paid Sick Leave Under Executive Order 13706 (Jan 2017) (E.O. 13706).

(xx)(A) 52.224-3, Privacy Training (Jan 2017) (5 U.S.C. 552a).

(B) Alternate I (Jan 2017) of 52.224-3.

(xxi) 52.225-26, Contractors Performing Private Security Functions Outside the United States (Oct 2016) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

(xxii) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (May 2014) (42 U.S.C. 1792). Flow down required in accordance with paragraph (e) of FAR clause 52.226-6.

(xxiii) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Feb 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the contractor may include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.


**ALTERNATE I (Feb 2000)**


As prescribed in 12.301(b)(4)(i), delete paragraph (d) from the basic clause, redesignate paragraph (e) as paragraph (d), and revise the reference to "paragraphs (a), (b), (c), or (d) of this clause" in the redesignated paragraph (d) to read "paragraphs (a), (b), and (c) of this clause."


**ALTERNATE II (Jan 2017)**

As prescribed in 12.301(b)(4)(ii), substitute the following paragraphs (d)(1) and (e)(1) for paragraphs (d)(1) and (e)(1) of the basic clause as follows:

(d)(1) The Comptroller General of the United States, an appropriate Inspector General appointed under section 3 or 8G of the Inspector General Act of 1978 (5 U.S.C. App.), or an authorized representative of either of the foregoing officials shall have access to and right to-
(i) Examine any of the Contractor's or any subcontractors' records that pertain to, and involve transactions relating to, this contract; and
(ii) Interview any officer or employee regarding such transactions.
(e)(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), and (c), of this clause, the Contractor is not required to flow down any FAR clause in a subcontract for commercial items, other than-
(i) Paragraph (d) of this clause. This paragraph flows down to all subcontracts, except the authority of the Inspector General under paragraph (d)(1)(ii) does not flow down, and
(ii) Those clauses listed in this paragraph (e)(1). Unless otherwise indicated below, the extent of the flow down shall be as required by the clause-
(A) 52.203-13, Contractor Code of Business Ethics and Conduct (Oct 2015) (41 U.S.C. 3509).
(B) 52.203-15, Whistleblower Protections Under the American Recovery and Reinvestment Act of 2009 (Jun 2010) (Section 1553 of Pub. L. 111-5).
(C) 52.219-8, Utilization of Small Business Concerns (Nov 2016) (15 U.S.C. 637(d)(2) and (3)). in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $700,000 ($1.5 million for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.
(D) 52.222-21, Prohibition of Segregated Facilities (Apr 2015).
(E) 52.222-26, Equal Opportunity (Sept 2016) (E.O. 11246).
(F) 52.222-35, Equal Opportunity for Veterans (Oct 2015) (38 U.S.C. 4212).
(G) 52.222-36, Equal Opportunity for Workers with Disabilities (Jul 2014) (29 U.S.C. 793)
(H) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (Dec 2010) (E.O. 13496). Flow down required in accordance with paragraph (f) of FAR clause 52.222-40.
(I) 52.222-41, Service Contract Labor Standards (May 2014) (41 U.S.C. chapter 67).
(J) ___(1) 52.222-50, Combating Trafficking in Persons (Mar 2015) (22 U.S.C. chapter 78 and E.O 13627).
     ___(2) Alternate I (Mar 2015) of 52 222-50 (22 U.S.C. chapter 78 and E.O 13627).
(K) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (May 2014) (41 U.S.C. chapter 67).
(L) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (May 2014) (41 U.S.C. chapter 67).
(M) 52.222-54, Employment Eligibility Verification (Oct 2015) (Executive Order 12989).
(N) 52.222-55, Minimum Wages Under Executive Order 13658 (Dec 2015).
(O) 52.222-59 Compliance with Labor Laws (Executive Order 13673) (Oct 2016).
     Note to paragraph (e)(1)(ii)(O): By a court order issued on October 24, 2016, 52.222-59 is enjoined indefinitely as of the date of the order. The enjoined paragraph will become effective immediately if the court terminates the injunction. At that time, GSA, DoD and NASA will publish a document in the Federal Register advising the public of the termination of the injunction.
(P) 52.222-60, Paycheck Transparency (Executive Order 13673) (Oct 2016).
(Q) 52.222-62, Paid Sick Leave Under Executive Order 13706 (Jan 2017) (E.O. 13706).
(R)(1)52.224-3, Privacy Training (Jan 2017) (5 U.S.C. 552a).
     (2)Alternate I (Jan 2017) of 52.224-3.
(S) 52.225-26, Contractors Performing Private Security Functions Outside the United States (Oct 2016) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note)
(T) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations. (May 2014) (42 U.S.C. 1792). Flow down required in accordance with paragraph (e) of FAR clause 52.226-6.
(U) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Feb 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

**(End of Provision)**

**FAR 52.214-14 Place of Performance-Sealed Bidding (Apr 1985)**

(a) The bidder, in the performance of any contract resulting from this solicitation, [ ] intends.[X] does not intend [check applicable box] to use one or more plants or facilities located at a different address from the address of the bidder as indicated in this bid.

(b) If the bidder checks "intends" in paragraph (a) of this provision, it shall insert in the spaces provided below the required information:

Name and Address of Owner and Operator of the Plant or Facility if Other than Bidder

**(End of Provision)**

**FAR 52.215-6 Place of Performance (Oct 1997)**

(a) The offeror or respondent, in the performance of any contract resulting from this solicitation, [ ] intends [X] does not intend [check applicable block] to use one or more plants or facilities located at a different address from the address of the offeror or respondent as indicated in this proposal or response to request for information.

(b) If the offeror or respondent checks "intends" in paragraph (a) of this provision, it shall insert in the following spaces the required information

Name and Address of Owner and Operator of the Plant or Facility if Other than Bidder

**(End of Provision)**

**FAR 52.219-1 Small Business Program Representations (Oct 2014)**

The NAICS Codes you selected on the Goods and Services page of this registration are listed in the table under 52.219-1(c). Those NAICS Codes for which you are identified as small serve to complete the small business concern representation in 52.219-1(c)(1)

You are certifying to your size status for all the NAICS codes in the table. Please review it carefully. The Y/N answers are located in the "Small Business?" column. A "Y" indicates "Small" and "N" indicates "Other than Small." This status is derived from the SBA's size standards based on the size metrics you entered.

(a) Definitions. As used in this provision-

"Economically disadvantaged women-owned small business (EDWOSB) concern" means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States and who are economically disadvantaged in accordance with 13 CFR part 127. It automatically qualifies as a women-owned small business concern eligible under the WOSB Program.

"Service-disabled veteran-owned small business concern"-
(1) Means a small business concern-
(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and
(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.
(2) "Service-disabled veteran" means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).
"Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and the size standard in paragraph (b) of this provision.
"Small disadvantaged business concern," consistent with 13 CFR 124.1002, means a small business concern under the size standard applicable to the acquisition, that-
(1) Is at least 51 percent unconditionally and directly owned (as defined at 13 CFR 124.105) by-
(i) One or more socially disadvantaged (as defined at 13 CFR 124.103) and economically disadvantaged (as defined at 13 CFR 124.104) individuals who are citizens of the United States, and
(ii) Each individual claiming economic disadvantage has a net worth not exceeding $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); and
(2) The management and daily business operations of which are controlled (as defined at 13 CFR 124.106) by individuals who meet the criteria in paragraphs (1)(i) and (ii) of this definition.
"Veteran-owned small business concern" means a small business concern-
(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and
(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned small business concern" means a small business concern-

(1) That is at least 51 percent owned by one or more women; or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and
(2) Whose management and daily business operations are controlled by one or more women.

"Women-owned small business (WOSB) concern eligible under the WOSB Program" (in accordance with 13 CFR part 127), means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States.

(b) (1) The North American Industry Classification System (NAICS) code for this acquisition is See Note.*
(2) The small business size standard is See Note.
(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(c) Representations

| NAICS Code | Name | NAICS Exception | Size Standard | Small Business? |
|---|---|---|---|---|
| 237130 | POWER AND COMMUNICATION LINE AND RELATED STRUCTURES CONSTRUCTION | | $36500000 | Y |
| 517110 | WIRED TELECOMMUNICATIONS CARRIERS | | 1500 | Y! |
| 517210 | WIRELESS TELECOMMUNICATIONS CARRIERS (EXCEPT SATELLITE) | | 1500 | Y! |

**FAR 52.219-2 Equal Low Bids (Oct 1995)**

(a)  This provision applies to small business concerns only

(b)  The bidder's status as a labor surplus area (LSA) concern may affect entitlement to award in case of tie bids. If the bidder wishes to be considered for this priority, the bidder must identify, in the following space, the LSA in which the costs to be incurred on account of manufacturing or production (by the bidder or the first-tier subcontractors) amount to more than 50 percent of the contract price.

(c)  Failure to identify the labor surplus areas as specified in paragraph (b) of this provision will preclude the bidder from receiving priority consideration. If the bidder is awarded a contract as a result of receiving priority consideration under this provision and would not have otherwise received award, the bidder shall perform the contract or cause the contract to be performed in accordance with the obligations of an LSA concern.

<div align="center">(End of Provision)</div>

**FAR 52.222-18 Certification Regarding Knowledge of Child Labor for Listed End Products (Feb 2001)**

(a)  Definition:

"Forced or indentured child labor" means all work or service-

(1)  Exacted from any person under the age of 18 under the menace of any penalty for its nonperformance and for which the worker does not offer himself voluntarily; or

(2)  Performed by any person under the age of 18 pursuant to a contract the enforcement of which can be accomplished by process or penalties.

(b)  Listed end products. The following end product(s) being acquired under this solicitation is (are) included in the List of Products Requiring Contractor Certification as to Forced or Indentured Child Labor, identified by their country of origin. There is a reasonable basis to believe that listed end products from the listed countries of origin may have been mined, produced, or manufactured by forced or indentured child labor.

| Listed End Products | Listed Country of Origin |
|---|---|
| Bamboo | Burma |
| Beans (green, soy, yellow) | Burma |
| Brazil Nuts/Chestnuts | Bolivia |
| Bricks | Afghanistan, Burma, China, India, Nepal, Pakistan |
| Carpets | Nepal, Pakistan |
| Cattle | South Sudan |
| Cassiterite | Democratic Republic of Congo |
| Coal | Pakistan |
| Coca (stimulant plant) | Colombia |
| Cocoa | Cote d'Ivoire, Nigeria |
| Coffee | Cote d'Ivoire |
| Coltan | Democratic Republic of Congo |
| Cotton | Benin, Burkina Faso, China, Tajikistan, Uzbekistan |
| Cottonseed (hybrid) | India |
| Diamonds | Sierra Leone |
| Dried Fish | Bangladesh |
| Electronics | China |
| Embroidered Textiles (zari) | India, Nepal |
| Fish | Ghana |
| Garments | Argentina, India, Thailand, Vietnam |
| Gold | Burkina Faso, Democratic Republic of Congo |
| Granite | Nigeria |
| Gravel (crushed stones) | Nigeria |
| Pornography | Russia |
| Rice | Burma, India, Mali |
| Rubber | Burma |
| Shrimp | Thailand |
| Stones | India, Nepal |
| Sugarcane | Bolivia, Burma |
| Teak | Burma |
| Textiles (hand-woven) | Ethiopia |
| Tilapia (fish) | Ghana |
| Tobacco | Malawi |
| Toys | China |
| Wolframite | Democratic Republic of Congo |

(c) Certification. The Government will not make award to an offeror unless the offeror, by checking the appropriate block, certifies to either paragraph (c)(1) or paragraph (c)(2) of this provision

[X]  (1)  The offeror will not supply any end product listed in paragraph (b) of this provision that was mined, produced, or manufactured in a corresponding country as listed for that end product

[ ]  (2)  The offeror may supply an end product listed in paragraph (b) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product. The offeror certifies that it has made a good faith effort to determine whether forced or indentured child labor was used to mine, produce, or manufacture such end product. On the basis of those efforts, the offeror certifies that it is not aware of any such use of child labor.

**(End of Provision)**
**FAR 52.222-22 Previous Contracts and Compliance Reports (Feb 1999)**

The offeror represents that-

(a)  It [ ] has It [X] has not participated in a previous contract or subcontract subject the Equal Opportunity clause of this solicitation;

(b)  It [X] has It [ ] has not filed all required compliance reports; and

(c)  Representations indicating submission of required compliance reports, signed by proposed subcontractors, will be obtained before subcontract awards

**(End of Provision)**
**FAR 52.222-25 Affirmative Action Compliance (Apr 1984)**

The offeror represents that-

(a) It [ ] has developed and has on file, [ ] has not developed and does not have on file, at each establishment, affirmative action programs required by the rules and regulations of the Secretary of Labor (41 CFR 60-1 and 60-2); or

(b) It [X] has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

**(End of Provision)**

**FAR 52.222-38 Compliance with Veterans' Employment Reporting Requirements (Feb 2016)**

As prescribed in 22.1310 (c), insert the following provision:

COMPLIANCE WITH VETERANS' EMPLOYMENT REPORTING REQUIREMENTS (Feb 2016)

By submission of its offer, the offeror represents that, if it is subject to the reporting requirements of 38 U.S.C. 4212(d) ( i.e., if it has any contract containing Federal Acquisition Regulation clause 52.222-37, Employment Reports on Veterans), it has filed the most recent VETS-4212 Report required by that clause.

**(End of Provision)**

**FAR 52.222-48 Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Certification  (May 2014)**

(a)  The offeror shall check the following certification:

Certification

The offeror [ ] does certify  [X] does not certify that -

(1)  The items of equipment to be serviced under this contract are used regularly for other than Government purposes, and are sold or traded by the offeror (or subcontractor in the case of an exempt subcontractor) in substantial quantities to the general public in the course of normal business operations;

(2)  The services will be furnished at prices which are, or are based on, established catalog or market prices for the maintenance, calibration, or repair of equipment.

(i)  An "established catalog price" is a price included in a catalog, price list, schedule, or other form that is regularly maintained by the manufacturer or the offeror, is either published or otherwise available for inspection by customers, and states prices at which sales currently, or were last, made to a significant number of buyers constituting the general public.

(ii)  An "established market price" is a current price, established in the usual course of trade between buyers and sellers free to bargain, which can be substantiated from sources independent of the manufacturer or offeror; and

(3)  The compensation (wage and fringe benefits) plan for all service employees performing work under the contract are the same as that used for these employees and equivalent employees servicing the same equipment of commercial customers.

(b) Certification by the offeror as to its compliance with respect to the contract also constitutes its certification as to compliance by its subcontractor if it subcontracts out the exempt services. If the offeror certifies to the conditions in paragraph (a) of this provision, and the Contracting Officer determines in accordance with FAR 22.1003-4(c)(3) that the Service Contract Labor Standards statute-

(1) Will not apply to this offeror, then the Service Contract Labor Standards clause in this solicitation will not be included in any resultant contract to this offeror, or

(2) Will apply to this offeror, then the clause at 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements, in this solicitation will not be included in any resultant contract awarded to this offeror, and the offeror may be provided an opportunity to submit a new offer on that basis.

(c)  If the offeror does not certify to the conditions in paragraph (a) of this provision-

(1)  The clause in this solicitation at 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements, will not be included in any resultant contract awarded to this offeror; and

(2)  The offeror shall notify the Contracting Officer as soon as possible, if the Contracting Officer did not attach a Service Contract Labor Standards wage determination to the solicitation.

(d)  The Contracting Officer may not make an award to the offeror, if the offeror fails to execute the certification in paragraph (a) of this provision or to contact the Contracting Officer as required in paragraph (c) of this provision.

**(End of Provision)**

**FAR 52.222-50 Combating Trafficking in Persons (MAR 2015)**

As prescribed in 22.1705(a)(1), insert the following clause:

COMBATING TRAFFICKING IN PERSONS (MAR 2015)

(a) Definitions. As used in this clause-
"Agent" means any individual, including a director, an officer, an employee, or an independent contractor, authorized to act on behalf of the organization.
"Coercion" means-
(1) Threats of serious harm to or physical restraint against any person;
(2) Any scheme, plan, or pattern intended to cause a person to believe that failure to perform an act would result in serious harm to or physical restraint against any person; or
(3) The abuse or threatened abuse of the legal process.
"Commercially available off-the-shelf (COTS) item" means-
(1) Any item of supply (including construction material) that is-
(i) A commercial item (as defined in paragraph (1) of the definition at FAR 2.101);
(ii) Sold in substantial quantities in the commercial marketplace; and
(iii) Offered to the Government, under a contract or subcontract at any tier, without modification, in the same form in which it is sold in the commercial marketplace; and
(2) Does not include bulk cargo, as defined in 46 U.S.C. 40102(4), such as agricultural products and petroleum products.
"Commercial sex act" means any sex act on account of which anything of value is given to or received by any person.
"Debt bondage" means the status or condition of a debtor arising from a pledge by the debtor of his or her personal services or of those of a person under his or her control as a security for debt, if the value of those services as reasonably assessed is not applied toward the liquidation of the debt or the length and nature of those services are not respectively limited and defined.
"Employee" means an employee of the Contractor directly engaged in the performance of work under the contract who has other than a minimal impact or involvement in contract performance.
"Forced Labor" means knowingly providing or obtaining the labor or services of a person-
(1) By threats of serious harm to, or physical restraint against, that person or another person;
(2) By means of any scheme, plan, or pattern intended to cause the person to believe that, if the person did not perform such labor or services, that person or another person would suffer serious harm or physical restraint, or
(3) By means of the abuse or threatened abuse of law or the legal process.
"Involuntary servitude" includes a condition of servitude induced by means of-
(1) Any scheme, plan, or pattern intended to cause a person to believe that, if the person did not enter into or continue in such conditions, that person or another person would suffer serious harm or physical restraint; or
(2) The abuse or threatened abuse of the legal process.
"Severe forms of trafficking in persons" means-
(1) Sex trafficking in which a commercial sex act is induced by force, fraud, or coercion, or in which the person induced to perform such act has not attained 18 years of age; or
(2) The recruitment, harboring, transportation, provision, or obtaining of a person for labor or services, through the use of force, fraud, or coercion for the purpose of subjection to involuntary servitude, peonage, debt bondage, or slavery.
"Sex trafficking" means the recruitment, harboring, transportation, provision, or obtaining of a person for the purpose of a commercial sex act.
"Subcontract" means any contract entered into by a subcontractor to furnish supplies or services for performance of a prime contract or a subcontract.
"Subcontractor" means any supplier, distributor, vendor, or firm that furnishes supplies or services to or for a prime contractor or another subcontractor.
"United States" means the 50 States, the District of Columbia, and outlying areas.


(b) Policy. The United States Government has adopted a policy prohibiting trafficking in persons including the trafficking-related activities of this clause. Contractors, contractor employees, and their agents shall not-
(1) Engage in severe forms of trafficking in persons during the period of performance of the contract;
(2) Procure commercial sex acts during the period of performance of the contract;
(3) Use forced labor in the performance of the contract;
(4) Destroy, conceal, confiscate, or otherwise deny access by an employee to the employee's identity or immigration documents, such as passports or drivers' licenses, regardless of issuing authority;
(5)(i) Use misleading or fraudulent practices during the recruitment of employees or offering of employment, such as failing to disclose, in a format and language accessible to the worker, basic information or making material misrepresentations during the recruitment of employees regarding the key terms and conditions of employment, including wages and fringe benefits, the location of work, the living conditions, housing and associated costs (if employer or agent provided or arranged), any significant cost to be charged to the employee, and, if applicable, the hazardous nature of the work;
(ii) Use recruiters that do not comply with local labor laws of the country in which the recruiting takes place;
(6) Charge employees recruitment fees;
(7)(i) Fail to provide return transportation or pay for the cost of return transportation upon the end of employment-
(A) For an employee who is not a national of the country in which the work is taking place and who was brought into that country for the purpose of working on a U.S. Government contract or subcontract (for portions of contracts performed outside the United States); or
(B) For an employee who is not a United States national and who was brought into the United States for the purpose of working on a U.S. Government contract or subcontract, if the payment of such costs is required under existing temporary worker programs or pursuant to a written agreement with the employee (for portions of contracts performed inside the United States); except that-
(ii) The requirements of paragraphs (b)(7)(i) of this clause shall not apply to an employee who is-
(A) Legally permitted to remain in the country of employment and who chooses to do so; or
(B) Exempted by an authorized official of the contracting agency from the requirement to provide return transportation or pay for the cost of return transportation;
(iii) The requirements of paragraph (b)(7)(i) of this clause are modified for a victim of trafficking in persons who is seeking victim services or legal redress in the country of employment, or for a witness in an enforcement action related to trafficking in persons. The contractor shall provide the return transportation or pay the cost of return transportation in a way that does not obstruct the victim services, legal redress, or witness activity. For example, the contractor shall not only offer return transportation to a witness at a time when the witness is still needed to testify. This paragraph does not apply when the exemptions at paragraph (b)(7)(ii) of this clause apply.
(8) Provide or arrange housing that fails to meet the host country housing and safety standards; or
(9) If required by law or contract, fail to provide an employment contract, recruitment agreement, or other required work document in writing. Such written work document shall be in a language the employee understands. If the employee must relocate to perform the work, the work document shall be provided to the employee at least five days prior to the employee relocating. The employee's work document shall include, but is not limited to, details about work description, wages, prohibition on charging recruitment fees, work location(s), living accommodations and associated costs, time off, roundtrip transportation arrangements, grievance process, and the content of applicable laws and regulations that prohibit trafficking in persons.

(c) Contractor requirements. The Contractor shall-
(1) Notify its employees and agents of-
(i) The United States Government's policy prohibiting trafficking in persons, described in paragraph (b) of this clause; and
(ii) The actions that will be taken against employees or agents for violations of this policy. Such actions for employees may include, but are not limited to, removal from the contract, reduction in benefits, or termination of employment; and
(2) Take appropriate action, up to and including termination, against employees, agents, or subcontractors that violate the policy in paragraph (b) of this clause.


(d) Notification.
(1) The Contractor shall inform the Contracting Officer and the agency Inspector General immediately of-
(i) Any credible information it receives from any source (including host country law enforcement) that alleges a Contractor employee, subcontractor, subcontractor employee, or their agent has engaged in conduct that violates the policy in paragraph (b) of this clause (see also 18 U.S.C. 1351, Fraud in Foreign Labor Contracting, and 52.203-13(b)(3)(i)(A), if that clause is included in the solicitation or contract, which requires disclosure to the agency Office of the Inspector General when the Contractor has credible evidence of fraud); and
(ii) Any actions taken against a Contractor employee, subcontractor, subcontractor employee, or their agent pursuant to this clause.
(2) If the allegation may be associated with more than one contract, the Contractor shall inform the contracting officer for the contract with the highest dollar value.


(e) Remedies. In addition to other remedies available to the Government, the Contractor's failure to comply with the requirements of paragraphs (c), (d), (g), (h), or (i) of this clause may result in-
(1) Requiring the Contractor to remove a Contractor employee or employees from the performance of the contract;
(2) Requiring the Contractor to terminate a subcontract;
(3) Suspension of contract payments until the Contractor has taken appropriate remedial action;
(4) Loss of award fee, consistent with the award fee plan, for the performance period in which the Government determined Contractor non-compliance;
(5) Declining to exercise available options under the contract;
(6) Termination of the contract for default or cause, in accordance with the termination clause of this contract; or
(7) Suspension or debarment.


(f) Mitigating and aggravating factors. When determining remedies, the Contracting Officer may consider the following:
(1) Mitigating factors. The Contractor had a Trafficking in Persons compliance plan or an awareness program at the time of the violation, was in compliance with the plan, and has taken appropriate remedial actions for the violation, that may include reparation to victims for such violations.
(2) Aggravating factors. The Contractor failed to abate an alleged violation or enforce the requirements of a compliance plan, when directed by the Contracting Officer to do so.


(g) Full cooperation.
(1) The Contractor shall, at a minimum-
(i) Disclose to the agency Inspector General information sufficient to identify the nature and extent of an offense and the individuals responsible for the conduct;
(ii) Provide timely and complete responses to Government auditors' and investigators' requests for documents;
(iii) Cooperate fully in providing reasonable access to its facilities and staff (both inside and outside the U.S.) to allow contracting agencies and other responsible Federal agencies to conduct audits, investigations, or other actions to ascertain compliance with the Trafficking Victims Protection Act of 2000 (22 U.S.C. chapter 78), E.O. 13627, or any other applicable law or regulation establishing restrictions on trafficking in persons, the procurement of commercial sex acts, or the use of forced labor; and
(iv) Protect all employees suspected of being victims of or witnesses to prohibited activities, prior to returning to the country from which the employee was recruited, and shall not prevent or hinder the ability of these employees from cooperating fully with Government authorities.
(2) The requirement for full cooperation does not foreclose any Contractor rights arising in law, the FAR, or the terms of the contract. It does not-
(i) Require the Contractor to waive its attorney-client privilege or the protections afforded by the attorney work product doctrine;
(ii) Require any officer, director, owner, employee, or agent of the Contractor, including a sole proprietor, to waive his or her attorney client privilege or Fifth Amendment rights; or
(iii) Restrict the Contractor from-
(A) Conducting an internal investigation; or
(B) Defending a proceeding or dispute arising under the contract or related to a potential or disclosed violation.

(h) Compliance plan.

(1) This paragraph (h) applies to any portion of the contract that-

(i) Is for supplies, other than commercially available off-the-shelf items, acquired outside the United States, or services to be performed outside the United States; and

(ii) Has an estimated value that exceeds $500,000.

(2) The Contractor shall maintain a compliance plan during the performance of the contract that is appropriate-

(i) To the size and complexity of the contract; and

(ii) To the nature and scope of the activities to be performed for the Government, including the number of non-United States citizens expected to be employed and the risk that the contract or subcontract will involve services or supplies susceptible to trafficking in persons.

(3) Minimum requirements. The compliance plan must include, at a minimum, the following.

(i) An awareness program to inform contractor employees about the Government's policy prohibiting trafficking-related activities described in paragraph (b) of this clause, the activities prohibited, and the actions that will be taken against the employee for violations. Additional information about Trafficking in Persons and examples of awareness programs can be found at the website for the Department of State's Office to Monitor and Combat Trafficking in Persons at http //www.state.gov/j/tip/

(ii) A process for employees to report, without fear of retaliation, activity inconsistent with the policy prohibiting trafficking in persons, including a means to make available to all employees the hotline phone number of the Global Human Trafficking Hotline at 1-844-888-FREE and its email address at help@befree.org.

(iii) A recruitment and wage plan that only permits the use of recruitment companies with trained employees, prohibits charging recruitment fees to the employee, and ensures that wages meet applicable host-country legal requirements or explains any variance.

(iv) A housing plan, if the Contractor or subcontractor intends to provide or arrange housing, that ensures that the housing meets host-country housing and safety standards.

(v) Procedures to prevent agents and subcontractors at any tier and at any dollar value from engaging in trafficking in persons (including activities in paragraph (b) of this clause) and to monitor, detect, and terminate any agents, subcontracts, or subcontractor employees that have engaged in such activities.

(4) Posting.

(i) The Contractor shall post the relevant contents of the compliance plan, no later than the initiation of contract performance, at the workplace (unless the work is to be performed in the field or not in a fixed location) and on the Contractor's Web site (if one is maintained). If posting at the workplace or on the Web site is impracticable, the Contractor shall provide the relevant contents of the compliance plan to each worker in writing.

(ii) The Contractor shall provide the compliance plan to the Contracting Officer upon request.

(5) Certification. Annually after receiving an award, the Contractor shall submit a certification to the Contracting Officer that-

(i) It has implemented a compliance plan to prevent any prohibited activities identified at paragraph (b) of this clause and to monitor, detect, and terminate any agent, subcontract or subcontractor employee engaging in prohibited activities; and

(ii) After having conducted due diligence, either-

(A) To the best of the Contractor's knowledge and belief, neither it nor any of its agents, subcontractors, or their agents is engaged in any such activities; or

(B) If abuses relating to any of the prohibited activities identified in paragraph (b) of this clause have been found, the Contractor or subcontractor has taken the appropriate remedial and referral actions.


(i) Subcontracts.

(1) The Contractor shall include the substance of this clause, including this paragraph (i), in all subcontracts and in all contracts with agents. The requirements in paragraph (h) of this clause apply only to any portion of the subcontract that-

(A) Is for supplies, other than commercially available off-the-shelf items, acquired outside the United States, or services to be performed outside the United States; and

(B) Has an estimated value that exceeds $500,000.

(2) If any subcontractor is required by this clause to submit a certification, the Contractor shall require submission prior to the award of the subcontract and annually thereafter. The certification shall cover the items in paragraph (h)(5) of this clause.

**(End of Provision)**

**FAR 52.222-52 Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Certification (May 2014)**

(a) The offeror shall check the following certification.

Certification

The offeror [ ] does[X] does not certify that -

(1) The services under the contract are offered and sold regularly to non-Governmental customers, and are provided by the offeror (or subcontractor in the case of an exempt subcontract) to the general public in substantial quantities in the course of normal business operations;

(2) The contract services are furnished at prices that are, or are based on, established catalog or market prices. An "established catalog price" is a price included in a catalog, price list, schedule, or other form that is regularly maintained by the manufacturer or the offeror, is either published or otherwise available for inspection by customers, and states prices at which sales currently, or were last, made to a significant number of buyers constituting the general public. An "established market price" is a current price, established in the usual course of ordinary and usual trade between buyers and sellers free to bargain, which can be substantiated from sources independent of the manufacturer or offeror;

(3) Each service employee who will perform the services under the contract will spend only a small portion of his or her time (a monthly average of less than 20 percent of the available hours on an annualized basis, or less than 20 percent of available hours during the contract period if the contract period is less than a month) servicing the Government contract; and

(4) The offeror uses the same compensation (wage and fringe benefits) plan for all service employees performing work under the contract as the offeror uses for these employees and for equivalent employees servicing commercial customers

(b) Certification by the offeror as to its compliance with respect to the contract also constitutes its certification as to compliance by its subcontractor if it subcontracts out the exempt services. If the offeror certifies to the conditions in paragraph (a) of this provision, and the Contracting Officer determines in accordance with FAR22.1003-4(d)(3) that the Service Contract Labor Standards statute-

(1) Will not apply to this offeror, then the Service Contract Labor Standards clause in this solicitation will not be included in any resultant contract to this offeror; or

(2) Will apply to this offeror, then the clause at FAR52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements, in this solicitation will not be included in any resultant contract awarded to this offer, and the offeror may be provided an opportunity to submit a new offer on that basis.

(c) If the offeror does not certify to the conditions in paragraph (a) of this provision-

(1) The clause of this solicitation at 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements, will not be included in any resultant contract to this offeror; and

(2) The offeror shall notify the Contracting Officer as soon as possible if the Contracting Officer did not attach a Service Contract Labor Standards wage determination to the solicitation.

(d) The Contracting Officer may not make an award to the offeror, if the offeror fails to execute the certification in paragraph (a) of this provision or to contact the Contracting Officer as required in paragraph (c) of this provision.

**(End of Provision)**

**FAR 52.222-56 Certification Regarding Trafficking in Persons Compliance Plan (MAR 2015)**

As prescribed in 22.1705(b), insert the following provision:

CERTIFICATION REGARDING TRAFFICKING IN PERSONS COMPLIANCE PLAN (MAR 2015)

(a) The term "commercially available off-the-shelf (COTS) item," is defined in the clause of this solicitation entitled "Combating Trafficking in Persons" (FAR clause 52.222-50).

(b) The apparent successful Offeror shall submit, prior to award, a certification, as specified in paragraph (c) of this provision, for the portion (if any) of the contract that-
(1) Is for supplies, other than commercially available off-the-shelf items, to be acquired outside the United States, or services to be performed outside the United States; and
(2) Has an estimated value that exceeds $500,000.

(c) The certification shall state that-
(1) It has implemented a compliance plan to prevent any prohibited activities identified in paragraph (b) of the clause at 52.222-50, Combating Trafficking in Persons, and to monitor, detect, and terminate the contract with a subcontractor engaging in prohibited activities identified at paragraph (b) of the clause at 52.222-50, Combating Trafficking in Persons; and
(2) After having conducted due diligence, either-
(i) To the best of the Offeror's knowledge and belief, neither it nor any of its proposed agents, subcontractors, or their agents is engaged in any such activities; or
(ii) If abuses relating to any of the prohibited activities identified in 52.222-50(b) have been found, the Offeror or proposed subcontractor has taken the appropriate remedial and referral actions.

**(End of Provision)**

**FAR 52.223-1 Biobased Product Certification (May 2012)**

(a) As required by the Farm Security and Rural Investment Act of 2002 and the Energy Policy Act of 2005 (7 U.S.C. 8102(c)(3)), the offeror certifies, by signing this offer, that biobased products (within categories of products listed by theUnited States Department of Agriculture in 7 CFR part 3201, subpart B) to be used or delivered in the performance of the contract, other than biobased products that are not purchased by the offeror as a direct result of this contract, will comply with the applicable specifications or other contractual requirements.

**(End of Provision)**

**FAR 52.223-4 Recovered Material Certification (May 2008)**

As required by the Resource Conservation and Recovery Act of 1976 (42 U.S.C. 6962(c)(3)(A)(i)), the offeror certifies, by signing this offer, that the percentage of recovered materials content for EPA-designated items to be delivered or used in the performance of the contract will be at least the amount required by the applicable contract specifications or other contractual requirements.

[X]  certifies compliance with 52.223-4

**(End of Provision)**

**FAR 52.223-9 Estimate of Percentage of Recovered Material Content for EPA-Designated Items (May 2008)**
**Alternate I (May 2008)**

As prescribed in 23.406(d), redesignate paragraph (b) of the basic clause as paragraph (c) and add the following paragraph (b) to the basic clause:

(b) The Contractor shall execute the following certification required by the Resource Conservation and Recovery Act of 1976 (42 U.S.C. 6962(i)(2)(C)):

**Certification**

[X] I, Douglas Dawson(name of certifier), am an officer or employee responsible for the performance of this contract and hereby certify that the percentage of recovered material content for EPA-designated items met the applicable contract specifications or other contractual requirements.

Submission of this record serves as the signature for this Certification

[Signature of the Officer or Employee]

Douglas Dawson
[Typed Name of the Officer or Employee]

[Title]

(Doing Business As:)
[Name of Company, Firm, or Organization]

Fri Jun 30 18:06:04 EDT 2017
[Date]

**(End of Provision)**

**FAR 52.223-22 Public Disclosure of Greenhouse Gas Emissions and Reduction Goals-Representation (Dec 2016)**

As prescribed in 23.804(b), insert the following provision:
Public Disclosure of Greenhouse Gas Emissions and Reduction Goals- Representation (Dec 2016)

(a) This representation shall be completed if the Offeror received $7.5 million or more in Federal contract awards in the prior Federal fiscal year. The representation is optional if the Offeror received less than $7.5 million in Federal contract awards in the prior Federal fiscal year.

(b) Representation [Offeror is to check applicable blocks in paragraphs (b)(1) and (2).]
(1) The Offeror (itself or through its immediate owner or highest-level owner) [ ] does, [ ] does not publicly disclose greenhouse gas emissions, i.e., makes available on a publicly accessible Web site the results of a greenhouse gas inventory, performed in accordance with an accounting standard with publicly available and consistently applied criteria, such as the Greenhouse Gas Protocol Corporate Standard.
(2) The Offeror (itself or through its immedaite owner or highest-level owner) [ ] does, [ ] does not publicly disclose a quantitative greenhouse emissions reduction goal, i.e., make available on a publicly accessible Web site a target to reduce absolute emissions or emissions intensity by a specific quantity or percentage.
(3) A publicly accessible Web site includes the Offeror's own Web site or a recognized, third-party greenhouse gas emissions reporting program.

(c) If the Offeror checked "does" in paragraphs (b)(1) or (b)(2) of this provision, respectively, the Offeror shall provide the publicly accessible Web site(s) where greenhouse gas emissions and/or reduction goals are reported:

**(End of Provision)**

**FAR 52.225-2 Buy American Act Certificate (May 2014)**

(a) The offeror certifies that each end product, except those listed in paragraph (b) of this provision, is a domestic end product and that for other than COTS items, the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The offeror shall list as foreign end products those end products manufactured in the United States that do not qualify as domestic end products, i.e., an end product that is not a COTS item and does not meet the component test in paragraph (2) of the definition of "domestic end product." The terms "commercially available off-the-shelf (COTS) item," "component," "domestic end product," "end product," "foreign end product," and "United States" are defined in the clause of this solicitation entitled "Buy American-Supplies."

(b) Foreign End Products:

(c) The Government will evaluate offers in accordance with the policies and procedures of Part 25 of the Federal Acquisition Regulation.

**(End of Provision)**

**FAR 52.225-4 Buy American-Free Trade Agreements-Israeli Trade Act Certificate (May 2014)**

(a) The offeror certifies that each end product, except those listed in paragraph (b) or (c) of this provision, is a domestic end product and that for other than COTS items, the offeror has considered components of unknown origin to have been   mined, produced, or manufactured outside the United States.   The terms "Bahrainian, Moroccan, Omani, Panamanian, or Peruvian end product," "commercially   available off-the-shelf (COTS) item," "component," "domestic end product," "end product," "foreign end product," "Free Trade Agreement country," "Free Trade Agreement country end product," "Israeli end product," and   "United States" are defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli   Trade Act."

(b) The offeror certifies that the following supplies are Free Trade Agreement country end products (other than Bahrainian, Moroccan, Omani, Panamanian, or Peruvian end products) or Israeli end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act":
Free Trade Agreement Country End Products(Other than Bahrainian, Moroccan, Omani, Panamanian, or Peruvian End Products) or Israeli End Products:"

(c) The offeror shall list those supplies that are foreign endproducts (other than those listed in paragraph (b) of this provision) as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act." The offeror shall list as other foreign end products those end products manufactured in the United States that do not qualify as domestic end products, i.e., an end product that is not a COTS item and does not meet the component test in paragraph (2) of the definition of "domestic end product."

Other Foreign End Products:

(d) The Government will evaluate offers in accordance with the policies and procedures of Part 25 of the Federal Acquisition Regulation.

**Alternate I (May 2014)**

As prescribed in 25.1101 (b)(2)(ii), substitute the following paragraph (b) for paragraph (b) of the basic provision:
(b) The offeror certifies that the following supplies are Canadian end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act":
Canadian End Products:

**Alternate II (May 2014)**

As prescribed in 25.1101(b)(2)(iii), substitute the following paragraph (b) for paragraph (b) of the basic provision:
 (b) The offeror certifies that the following supplies are Canadian end products or Israeli end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act":
Canadian or Israeli End Products:

**Alternate III (May 2014)**

As prescribed in 25.1101(b)(2)(iv), substitute the following paragraph (b) for paragraph (b) of the basic provision:

(b) The offeror certifies that the following supplies are Free Trade Agreement country end products (other than Bahrainian,Korean, Moroccan, Omani, Panamanian, or Peruvian end products) or Israeli end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act":
Free Trade Agreement Country End Products (Other than Bahrainian, Korean, Moroccan, Omani, Panamanian, or Peruvian End Products) or Israeli End Products:

**(End of Provision)**

**FAR 52.225-6 Trade Agreements Certificate (May 2014)**

(a) The offeror certifies that each end product, except those listed in paragraph (b) of this provision, is a U.S.-made,or designated country, end product, as defined in the clause of this solicitation entitled "Trade Agreements."

(b) The offeror shall list as other end products those supplies that are not U.S.-made, or designated country, end products.
Other End Products:

(c) The Government will evaluate offers in accordance with the policies and procedures of Part 25 of the Federal Acquisition Regulation. For line items covered by the WTO GPA,the Government will evaluate offers of U.S.-made, or designated country, end products without regard to the restrictions of the Buy American statute. The Government will consider for award only offers of U.S.-made, or designated country, end products unless the Contracting Officer determines that there are no offers for those products or that the offers for those products are insufficient to fulfill the requirements of this solicitation.

**(End of Provision)**

**FAR 52.225-20 Prohibition on Conducting Restricted Business Operations in Sudan-Certification (Aug 2009)**



(a) Definitions. As used in this provision-

"Business operations" means engaging in commerce in any form, including by acquiring, developing, maintaining, owning, selling, possessing, leasing, or operating equipment, facilities, personnel, products, services, personal property, real property, or any other apparatus of business or commerce.

"Marginalized populations of Sudan" means-

(1) Adversely affected groups in regions authorized to receive assistance under section 8(c) of the Darfur Peace and Accountability Act (Pub. L. 109-344) (50 U.S.C. 1701 note); and

(2) Marginalized areas in Northern Sudan described in section 4(9) of such Act.

"Restricted business operations" means business operations in Sudan that include power production activities, mineral extraction activities, oil-related activities, or the production of military equipment, as those terms are defined in the Sudan Accountability and Divestment Act of 2007(Pub. L. 110-174). Restricted business operations do not include business operations that the person (as that term is defined in Section 2 of the Sudan Accountability and Divestment Act of 2007) conducting the business can demonstrate-

(1) Are conducted under contract directly and exclusively with the regional government of southern Sudan;

(2) Are conducted pursuant to specific authorization from the Office of Foreign Assets Control in the Department of the Treasury, or are expressly exempted under Federal law from the requirement to be conducted under such authorization;

(3) Consist of providing goods or services to marginalized populations of Sudan;

(4) Consist of providing goods or services to an internationally recognized peacekeeping force or humanitarian organization;

(5) Consist of providing goods or services that are used only to promote health or education, or

(6) Have been voluntarily suspended

(b) Certification. By submission of its offer, the offeror certifies that the offeror does not conduct any restricted business operations in Sudan.

(End of Provision)

**FAR 52.225-25 Prohibition on Contracting with Entities Engaging in Certain Activities or Transactions Relating to Iran - Representation and Certifications (Oct 2015)**

(a) Definitions. As used in this provision-
"Person"-
(1) Means-
(i) A natural person;
(ii) A corporation, business association, partnership, society, trust, financial institution, insurer, underwriter, guarantor, and any other business organization, any other nongovernmental entity, organization, or group, and any governmental entity operating as a business enterprise; and

(iii) Any successor to any entity described in paragraph (1)(ii) of this definition; and

(2) Does not include a government or governmental entity that is not operating as a business enterprise.

"Sensitive technology"-

(1) Means hardware, software, telecommunications equipment, or any other technology that is to be used specifically-

(i) To restrict the free flow of unbiased information in Iran; or

(ii) To disrupt, monitor, or otherwise restrict speech of the people of Iran; and

(2) Does not include information or informational materials the export of which the President does not have the authority to regulate or prohibit pursuant to section 203(b)(3) of the International Emergency Economic Powers Act (50 U.S.C. 1702(b)(3)).

(b) The offeror shall e-mail questions concerning sensitive technology to the Department of State at CISADA106@state.gov.

(c) Except as provided in paragraph (d) of this provision or if a waiver has been granted in accordance with 25.703-4, by submission of its offer, the offeror-

(1) Represents, to the best of its knowledge and belief, that the offeror does not export any sensitive technology to the government of Iran or any entities or individuals owned or controlled by, or acting on behalf or at the direction of, the government of Iran;

(2) Certifies that the offeror, or any person owned or controlled by the offeror, does not engage in any activities for which sanctions may be imposed under section 5 of the Iran Sanctions Act. These sanctioned activities are in the areas of development of the petroleum resources of Iran, production of refined petroleum products in Iran, sale and provision of refined petroleum products to Iran, and contributing to Iran's ability to acquire or develop certain weapons or technologies; and

(3) Certifies that the offeror, and any person owned or controlled by the offeror, does not knowingly engage in any transaction that exceeds $3,500 with Iran's Revolutionary Guard Corps or any of its officials, agents, or affiliates, the property and interests in property of which are blocked pursuant to the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.) (see OFAC's Specially Designated Nationals and Blocked Persons List at http://www.treasury.gov/ofac/downloads/t11sdn.pdf).

(d)  Exception for trade agreements. The representation requirement of paragraph (c)(1) and the certification requirements of paragraphs (c)(2) and (c)(3) of this provision do not apply if-
  (1)  This solicitation includes a trade agreements notice or certification (e.g., 52.225-4, 52.225-6, 52 225-12, 52.225-24, or comparable agency provision); and
  (2)  The offeror has certified that all the offered products to be supplied are designated country end products or designated country construction material.

**(End of Provision)**

**FAR 52.226-2 Historically Black College or University and Minority Institution Representation (Oct 2014)**

(a)  Definitions. As used in this provision-

"Historically black college or university" means an institution determined by the Secretary of Education to meet the requirements of 34 CFR 608.2.

"Minority institution" means an institution of higher education meeting the requirements of Section 365(3) of the Higher Education Act of 1965 (20 U.S.C. 1067k), including a Hispanic-serving institution of higher education, as defined in Section 502(a) of the Act (20 U.S.C. 1101a).

(b)  Representation. The offeror represents that it-
  [ ] is [X] is not a historically black college or university;

[ ] is [X] is not a minority institution.

**(End of Provision)**

**FAR 52.227-6 Royalty Information (Apr 1984)**

(a)  Cost or charges for royalties. When the response to this solicitation contains costs or charges for royalties totaling more than $250, the following information shall be included in the response relating to each separate item of royalty or license fee:

  (1)  Name and address of licensor.

  (2)  Date of license agreement.

  (3)  Patent numbers, patent application serial numbers, or other basis on which the royalty is payable.

  (4)  Brief description, including any part or model numbers of each contract item or component on which the royalty is payable.

  (5)  Percentage or dollar rate of royalty per unit.

  (6)  Unit price of contract item.

  (7)  Number of units.

  (8)  Total dollar amount of royalties.

(b)  Copies of current licenses. In addition, if specifically requested by the Contracting Officer before execution of the contract, the offeror shall furnish a copy of the current license agreement and an identification of applicable claims of specific patents.

**(End of Provision)**

**FAR 52.227-15 Representation of Limited Rights Data and Restricted Computer Software (Dec 2007)**

(a)  This solicitation sets forth the Government's known delivery requirements for data (as defined in the clause at 52.227-14, Rights in Data-General). Any resulting contract may also provide the Government the option to order additional data under the Additional Data Requirements clause at 52.227-16, if included in the contract. Any data delivered under the resulting contract will be subject to the Rights in Data-General clause at 52.227-14 included in this contract. Under the latter clause, a Contractor may withhold from delivery data that qualify as limited rights data or restricted computer software, and deliver form, fit, and function data instead. The latter clause also may be used with its Alternates II and or III to obtain delivery of limited rights data or restricted computer software, marked with limited rights or restricted rights notices, as appropriate. In addition, use of Alternate V with this latter clause provides the Government the right to inspect such data at the Contractor's facility.

(b)  By completing the remainder of this paragraph, the offeror represents that it has reviewed the requirements for the delivery of technical data or computer software and states [offeror check appropriate block]-

  (1)  [X] None of the data proposed for fulfilling such requirements qualifies as limited rights data or restricted computer software; or

  (2)  [ ] Data proposed for fulfilling such requirements qualify as limited rights data or restricted computer software and are identified as follows:

(c)  Any identification of limited rights data or restricted computer software in the offeror's response is not determinative of the status of the data should a contract be awarded to the offeror.

**(End of Provision)**

AR02257



Gregory Kothman    Log Out

ALERT - June 11, 2018: Entities registering in SAM must submit a notarized letter appointing their authorized Entity Administrator. Read our updated FAQs to learn more about changes to the notarized letter review process and other system improvements coming in June.

# Entity Dashboard

- Entity Overview
- Entity Registration
  - Core Data
  - Assertions
  - Reps & Certs
  - POCs
- Reports
- Service Contract Report
- BioPreferred Report
- Exclusions
  - Active Exclusions
  - Inactive Exclusions
  - Excluded Family Members

RETURN TO SEARCH

## High Desert Internet Services

DUNS: 820167084   CAGE Code: 7NZA6

Status: Active

250 Arrow St
Fernley, NV, 89408-9695 ,
UNITED STATES

Expiration Date: 06/30/2018

Purpose of Registration: All Awards

### Active Exclusions

**Page Description**

There are no active exclusion records associated to this entity by its unique entity identifier, i.e. the DUNS Number. You may conduct additional searches for exclusion records using different search criteria by selecting Search Records in the main navigation.

PRINT



Search Records
Data Access
Check Status
About
Help

Disclaimers
Accessibility
Privacy Policy

FAPIIS.gov
GSA.gov/IAE
GSA.gov
USA.gov

AR02259

**Search Results**

Entity: HIGH DESERT INTERNET SERVICES
DUNS: 829167084
CAGE: 7NZA6
Date FAPIIS search conducted: 06/20/2018 14:13:41

| FAPIIS Data | Records | Count |
|---|---|---|
| Administrative Agreement | No | 0 |
| Defective Pricing | No | 0 |
| DoD Determination of Contractor Fault | No | 0 |
| Information on Trafficking in Persons | No | 0 |
| Non-Responsibility Determination | No | 0 |
| Recipient Not-Qualified Determination | No | 0 |
| Subcontractor Payment Issues | No | 0 |
| Termination for Cause | No | 0 |
| Termination for Default | No | 0 |
| Termination for Material Failure to Comply | No | 0 |

**Proceedings Information as Entered by the Entity in SAM.gov**

- Question: Does your business or organization (represented by the DUNS number on this specific
  Entity Management section of SAM record) have current active Federal contracts and/or grants with
  total value (including any exercised/unexercised options) greater than $10,000,000?
  ***Contractor Response:  Based on the responses provided while registering in the System for
  Award Management (SAM.gov), this entity has no criminal, civil, or administrative proceedings to
  report in accordance with FAR 52.20-7, FAR 52.209-8, or 2 C.F.R. 200 Appendix XII.

**SAM Exclusion Data**

*** No matching Performance Information section of SAM  records were found based on the search criteria
information we have.  You may want to search the Performance Information section of SAM directly at
https://www.sam.gov and use the 'Advanced Search' option to locate the entity of interest.

AR02261

# DETERMINATION OF FAIR & REASONABLE PRICING
## Simplified Acquisition Procedures
### Purchase Requisitions 0040389106 Burning Man 2018 Microwave Wireless Internet Services & Support

1.   In accordance with FAR 13.106-3(a), basis for award using simplified acquisition procedures, I determine the proposed price to be fair and reasonable based on the following:

&#9746; Competitive quotations or offers (FAR 13.106-3(a)(1))

&#9744; Market research (FAR 13.106-3(a)(2)(i))

&#9744; Comparison of the proposed price with purchases found reasonable on previous purchases (FAR 13.106-3(a)(2)(ii))

&#9744; Current price lists, catalogs, or advertisements (FAR 13.106-3(a)(2)(iii))

&#9744; Comparison with similar items in a related industry (FAR 13.106-3(a)(2)(iv))

&#9744; Contracting officer's personal knowledge of the item being purchased (FAR 13.106-3(a)(2)(v))

&#9746; Comparison to an independent Government estimate (FAR 13.106-3(a)(2)(vi))

&#9744; Any other reasonable basis (FAR 13.106-3(a)(2)(vii))

The IGCE is $20,000.00.

Competitive quotes were received from the following small business concerns:

| Offeror | Technical Acceptability | Total |
|---|---|---|
| High Desert Internet Service | Acceptable – See evaluation sheets | $22,000.00 |
| Lyman Communications | Acceptable – See evaluation sheets | $77,234.00 |

In accordance with FAR 13.106-3(a)(1) competitive quotations or offers, the quote submitted by High Desert Internet Service is technically acceptable and provides the lowest price.   Therefore, it is in the best interest of the Government to award a purchase order to High Desert Internet for this requirement.

Gregory Kothman
Contracts Specialist

AR02262

AR02263

FEDERAL EMPLOYEE NON-DISCLOSURE STATEMENT

SOLICITATION NUMBER: 140L3918Q0061 Burning Man 2018 Microwave Wireless Internet
Services & Support

The proper treatment of official information related to the procurement process (requirement
definition, validation, evaluation, selection proceedings, negotiations, etc.) is of the utmost
importance.  The following are laws which control the acquisition process.

- 5 CFR 735.206 states that an employee may not "directly or indirectly use or allow the
  use of official information obtained through or in connection with his Government
  employment."

- Title 18 U.S.C. 201 prescribes specific penalties for a Government official accepting, or
  anyone directly or indirectly promising to a Government official, anything of value with
  intent to influence an official act or otherwise influence the Government official.

- Title 18, Sec. 1905 states: "Whoever, being an officer or employee or the United States or
  any department or agency thereof, publishes, divulges, discloses, or makes known in any
  manner or to any extent not authorized by law any information coming to him in the
  course of his employment or official duties or by reason of any examination or
  investigation made by, or return, report or record made to or filed with, such department
  or agency or officer or employee thereof, which information concerns or relates to the
  trade secrets, processes, operations, style of work, or apparatus, or to the identity,
  confidential  statistical data, amount or source of any income, profits, losses, or
  expenditures of any person, firm, partnership, corporation, or association; or permits any
  income return or copy thereof or any book containing any abstract or particulars thereof to
  be seen or examined by any person except as provided by law, shall be fined not more
  than $1,000.00 or imprisoned not more than one year; or both; and shall be removed from
  office or employment."

- Title 18 U.S.C. 207 restricts the participation of former Government officers and
  employees with regard to any matter in which he has participated personally and
  substantially.  Title 18 U.S.C. 207 (a), bans a former employee for life from representing
  any one (other than the United States) before the United States Government on any
  particular matter in which he or she participated personally and substantially while a
  federal employee.  Title 18 U.S.C. 207 (b) (1), places a two year ban on a former
  employee representing anyone (other than the United States) before the United States
  government on any particular matter that was under the former employee's official
  responsibility during his/her last year of federal service.  The above statutes prescribe
  specific penalties for violation which may include a fine of up to $10,000.00 or
  imprisonment for up to two years.

Employees shall not reveal any information to anyone who is not also participating in the same
activities, and then only to the extent that such information is required in connection with such

AR02264

activities. Such information is classified "FOR OFFICIAL USE ONLY". The dissemination of information in this category to other parties will be at the sole discretion of the Contracting Officer. Pre-solicitation and solicitation information, TPEC membership, vendors' proposals, identity of offerors, proposal evaluation information and documents, and similar materials will be handled and discussed on a need-to-know basis only. Under no circumstances may pre-solicitation information, proposals, evaluation information, or selection criteria or plans be removed from the confines of the TPEC meeting area without the specific authorization of the Contracting Officer. In this regard, the methodology used or planned for use in evaluating and selecting contractors, will not be discussed or otherwise disclosed except on a "need-to-know" basis established by the Contracting Officer on a case by case basis.

Any unauthorized disclosures contrary to the foregoing provisions may result in appropriate disciplinary action pursuant to applicable statutory provision.

The purpose of this agreement is to make you aware of the preceding statutes and your responsibility to insure confidentiality of sensitive information. To confirm your awareness of this responsibility please sign and date one copy of this statement and return it to the Contracting Officer.

_____        _____
Signature                                                            Date

KEVIN LUISERMORE      TELECOMMUNICATIONS TECHNICIAN     NV 954
Typed/printed name, title, and office code

AR02265



Kothman, Gregory <gkothman@blm.gov>

## RFQ 140L3918Q0061 BLM Microwave Wireless Internet Services & Support for Burning Man 2018

Douglas Dawson <doug@hdiss.com>                                                    Mon, Jun 18, 2018 at 9:17 AM
To: "Kothman, Gregory" <gkothman@blm.gov>

---

**4 attachments**

📄 **Doc - Jun 18 2018 - 11-13.pdf**
618K

🔧 **ATT00001**
1K

📄 **2018 Burning Man BLM Wireless Internet.pdf**
373K

🔧 **ATT00002**
8K

AR02266

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30 | | 1. REQUISITION NUMBER 0040389106 | | | PAGE 1 | OF 21 |
|---|---|---|---|---|---|---|

| 2 CONTRACT NO | | 3. AWARD/ EFFECTIVE DATE | 4. ORDER NUMBER | 5 SOLICITATION NUMBER 140L3918Q0061 | 6 SOLICITA ISSUE DATE 05/29/2018 |
|---|---|---|---|---|---|

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME Gregory Kothman | b. TELEPHONE NUMBER (No collect calls) (775) 861-6440 | 8 OFFER DUE DATE/LOCAL TIME 06/18/2018 1700 PT |
|---|---|---|---|

| 9 ISSUED BY | CODE | LVA |
|---|---|---|

BLM NV-STATE OFC BGT&FIN SVC(NV955)
1340 FINANCIAL BLVD.
RENO NV 89502

| 10 THIS ACQUISITION IS | ☐ UNRESTRICTED OR | ☒ SET ASIDE. 100.00 % FOR |
|---|---|---|

| ☒ SMALL BUSINESS | WOMEN-OWNED SMALL BUSINESS ☐ (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM | |
| ☐ HUBZONE SMALL BUSINESS | | NAICS 517919 |
| ☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS | ☐ EDWOSB ☐ 8(A) | SIZE STANDARD $32.5 |

| 11 DELIVERY FOR FOB DESTINA- TION UNLESS BLOCK IS MARKED ☐ SEE SCHEDULE | 12 DISCOUNT TERMS | ☐ 13a THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b RATING |
|---|---|---|---|
| | | 14. METHOD OF SOLICITATION ☒ RFQ  ☐ IFB  ☐ RFP | |

| 15 DELIVER TO | CODE 0004276794 | 16 ADMINISTERED BY | CODE LVA |
|---|---|---|---|

BLM-NV WINNEMUCCA DISTRICT OFFICE
5100 E WINNEMUCCA BLVD
WINNEMUCCA NV 89445

BLM NV-STATE OFC BGT&FIN SVC(NV955)
1340 FINANCIAL BLVD.
RENO NV 89502

| 17a CONTRACTOR/ OFFEROR | CODE 7NZA6 | FACILITY CODE | 18a. PAYMENT WILL BE MADE BY | CODE |
|---|---|---|---|---|

*High Desert Internet Services*
*16 Salvadore Dr. unit A*
*Fernley NV  89408*

TELEPHONE NO

| ☐ 17b CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED   ☐ SEE ADDENDUM |
|---|---|

| 19 ITEM NO | 20 SCHEDULE OF SUPPLIES/SERVICES | 21 QUANTITY | 22 UNIT | 23. UNIT PRICE | 24 AMOUNT |
|---|---|---|---|---|---|
| | Delivery: 09/30/2018 | | | | |
| 00010 | Microwave Wireless Internet Services at 2018 Burning Man Event in accordance with the attached Statement of Work. Period of Performance: 07/31/2018 to 09/30/2018 Please Note: All questions must be provided in writing to gkothman@blm.gov prior to midnight on | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA | 26. TOTAL AWARD AMOUNT (For Govt. Use Only) |
|---|---|

| ☒ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED.   ADDENDA | ☒ ARE  ☐ ARE NOT ATTACHED. |
|---|---|
| ☐ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.   ADDENDA | ☐ ARE  ☐ ARE NOT ATTACHED. |

| ☒ 28 CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED. | ☐ 29. AWARD OF CONTRACT: DATED _____ YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN. IS ACCEPTED AS TO ITEMS: |
|---|---|

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) |
|---|---|
| *[signature]* | |

| 30b. NAME AND TITLE OF SIGNER (Type or print) Douglas L Dawson   owner | 30c. DATE SIGNED 6-18-2018 | 31b. NAME OF CONTRACTING OFFICER (Type or print) Gregory Kothman | 31c. DATE SIGNED |
|---|---|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

AR02267

# 2018 Burning Man BLM Wireless Internet

Prepared for



Offered By



AR02268

## Section 1

### Quote:

This quote addresses RFQ 140L3918Q0061. High Desert Internet intends to provide Microwave Broadband Internet service to the JOC at the Burning man event 2018. High Desert Internet has provided this service for the last 2 years successfully providing an interruption free connection as well as a Layer2 connection for Pershing County back to their office in Lovelock NV. High Desert Internet currently holds FCC licenses for microwave connections from the JOC location on playa to 8 mile bluff onto the Poito mnt communications site clear back through our network into Reno. High Desert Internet has multiple Fiber optic connections directly into Silicon Valley and several Tier1 providers and Peering facilities.

High Desert will also provide a secondary connection using the 3.65 band for the use of backup and out of band access and monitoring.

## Appendix 1: Technical Assumptions, Conditions, Or Exceptions

- Contractor will not be held liable for damage caused by cable penetrations into temporary buildings; existing egress or entrance points will be utilized where possible.

- BLM will provide a location for the "co-location" building, which houses core network equipment in redundant configuration. Sufficient air conditioning will be made available for at least 2000W power draw of equipment. Diverse power will be made available within this location (A & B separate generator sources). Two L5-30R power connections are required for online rated UPS units. Minimum 20U of rack space (ideally split between two diverse relay racks or cabinets) to mount core network equipment within this location.

- High Desert Internet will provide at Minimum a /28 of routable IP Space for use by BLM and other parties sharing recourses at the JOC.

## Appendix 2: Staffing Plan

High Desert Internet will have 2 - 3 technical staff onsite for Pre Event setup and Post event breakdown (See High Desert Internet Services technical staff below for description), and will have at least 1 staff member remain onsite 24/7 during the main event for technical support. All resources will be available for support escalations.

| Name | Organization | Titles | Duration |
|------|-------------|--------|----------|
| Doug Dawson | High Desert | Owner/Principal | Pre-Event, Main, & Post-Event |
| Keith Wiseman | High Desert | Technician | Pre-Event & Post Event |
| Hugh Heath | High Desert | Technician | Pre-Event & Post Event |

## Appendix 3: Personnel

Quoter specifies the following personnel as key personnel.

### Doug Dawson

Doug Dawson founded High Desert Internet Services in mid 2002. The company provides wired and wireless IP networking throughout the Reno-Tahoe / Northern Nevada region. Services are available in over 6 counties throughout the state. High Desert uses a combination of licensed microwave, WiMax, and fiber optic backbone infrastructure. The network has grown to include connectivity to major carrier hotels in Silicon Valley & Los Angeles. High Desert is one of two service providers in the region with a fully redundant backbone & network egress to multiple upstream transit providers.

Mr. Dawson began High Desert initially as a secondary service to a computer repair shop. The company now services over 1,500 consumer subscribers, along with 150 businesses or enterprises. Mr. Dawson has been providing Internet connectivity to the Black Rock region since 2007. He is a licensed radio operator (KC7MSX) and actively pursuing a private pilot license.

AR02270

# Appendix 5: Hardware

| QTY | Description | Role |
|---|---|---|
| 1 | Ceragon IP10-C 11G Microwave Link | Link from JOC to Repeater Site |
| 1 | Exalt Explorer Air 6 gig Microwave Link | Link from Repeater Site to Poito Comm Site |
| 2 | Cisco 3560G Gigabit Layer3 Switches | Core LAN Switches |

# Appendix 6: System Design

The following diagram demonstrates an overview of the Licensed microwave path from the JOC through the 8 mile repeater site to the Poito Comm site to the Internet.



AR02271

## Appendix 7: Network Monitoring

Monitoring infrastructure will be hosted on a Proxmox Hypervisor cluster. This high availability setup facilitates virtual machine (VM) automatic failover between two unique servers. VM disk images are replicated between hosts as part of this configuration.

A monitoring specific VM will be built prior to the event, and the configuration will be tested prior to the event deployment. The monitoring VM will host various monitoring software, including (but not limited to): LibreNMS, Network Weathermap, and Oxidizied.

LibreNMS provides a graphical network management interface to common infrastructure elements, such as network routers, switches, UPS units, and related equipment. All of the proposed hardware is fully supported by LibreNMS, and both Weathermap and Oxidized integrate into the LibreNMS interface.

## Appendix 8: Past Performance

High Desert Internet Services (High Desert or HDIS) was started in 2002 as a regional wireless Internet service provider. We have built out several high capacity microwave networks as well as supported several events with temporary Internet connections, and various network services. current projects include:

**Name of Project**: Night in the Country Music Festival
**Location of Project**: Yerington, NV
**Order Reference Number**: Same as "Name of Project"
**Total cost for Project**: $20,000
**Name of Agency/Entity**: Mason Valley Boys And Girls Club
**Point of Contact (including Phone Numbers)**: Justin Aguilar (Event Coordinator) 775-750-2052, justin@nightinthecountry.org

**Description of services performed (to show relevance to this project)**:
Network build out to key entry points on grounds for ticket scanners as well as fulfilling vendor requests for network access for credit card billing, administration trailers and musician trailers, and multiple WIFI hotspots in VIP venues. All locations must be broken into separate VLANS for security purposes.

**Name of Project**: Burning Man Primary Internet
**Location of Project**: BRC
**Order Reference Number**: Same as "Name of Project"

AR02272

**Total cost for Project**: $10,000

**Name of Agency/Entity**: Burning Man
**Point of Contact (including Phone Numbers)**: Chris Petrell (Gerlach IT) 408-718-1016 taz@burningman.org

**Description of services performed (to show relevance to this project)**: High Desert has provided the primary Internet connection for the Burning Man Event for the last 10 years, and as of last year an Internet connection for the JOC at Burning Man. We also constructed a Layer 2 tunnel for Pershing County Sheriff to access their office network in Lovelock, NV from their office trailer at the JOC Burning Man across a multi hop microwave network.

Additional references on behalf of High Desert Internet Services:

**Allan Mederos**

Lyon County School District IT Administrator 775-316-0442 amedeiros@lyoncsd.org

**Justin Aguilar**

Mason Valley Boys and Girls Club NITC Event Coordinator 775-750-2052 justin@nightinthecountry.org

**Michael Yepez**

Ormat Geothermal
Nevada Network Administrator 775-434-9825 myepez@ORMAT.COM

AR02273

## Section 2: Price Quote

Labor

Costs include allocation for staging activities prior to pre-event phase, during event, and post event cleanup activities.

| Description | Sub Total |
|---|---|
| Setup and Configure Microwave Connections from Poito Communication site to repeater site and from repeater site to the JOC. Setup solar array at repeater site. Build Layer 2 / Layer 3 IP network from Poito Comm site to JOC. System Breakdown and cleanup after event. | $10,000.00 |

## Bandwidth, Transport and Other Costs

| Description | Sub Total |
|---|---|
| Internet Connectivity, OC3 Microwave lease to Eagle Ridge communication site, Misc consumables | $6,000.00 |
| Travel, Fuel, Lodging- Onsite support for length of event | $6,000.00 |

**Grand Total for Items Quoted: $22,000.00**

AR02274

AR02275

**SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS**
*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30*

| | |
|---|---|
| 1. REQUISITION NUMBER 0040389106 | PAGE 1  OF 21 |

2. CONTRACT NO.

3. AWARD/ EFFECTIVE DATE

4. ORDER NUMBER

5. SOLICITATION NUMBER 140L3918Q0061

6. SOLICITATION ISSUE DATE 05/29/2018

7. FOR SOLICITATION INFORMATION CALL:
a NAME  Gregory Kothman
b. TELEPHONE NUMBER *(No collect calls)* (775) 861-6440
8. OFFER DUE DATE/LOCAL TIME 06/18/2018 1700 PT

9. ISSUED BY  CODE LVA
BLM NV-STATE OFC BGT&FIN SVC(NV955)
1340 FINANCIAL BLVD.
RENO NV 89502

10. THIS ACQUISITION IS □ UNRESTRICTED OR ☒ SET ASIDE 100.00 % FOR
☒ SMALL BUSINESS
□ HUBZONE SMALL BUSINESS
□ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS
□ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
□ EDWOSB
□ 8(a)
NAICS 517919
SIZE STANDARD $32.5

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED  □ SEE SCHEDULE

12. DISCOUNT TERMS

□ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)
13b. RATING

14. METHOD OF SOLICITATION  ☒ RFQ  □ IFB  □ RFP

15. DELIVER TO  CODE 0004276794
BLM-NV WINNEMUCCA DISTRICT OFFICE
5100 E WINNEMUCCA BLVD
WINNEMUCCA NV 89445

16. ADMINISTERED BY  CODE LVA
BLM NV-STATE OFC BGT&FIN SVC(NV955)
1340 FINANCIAL BLVD.
RENO NV 89502

17a. CONTRACTOR/ OFFEROR  CODE   FACILITY CODE

18a. PAYMENT WILL BE MADE BY  CODE

TELEPHONE NO.

□ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED  □ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Delivery: 09/30/2018 | | | | |
| 00010 | Microwave Wireless Internet Services at 2018 Burning Man Event in accordance with the attached Statement of Work. | | | | |
| | Period of Performance: 07/31/2018 to 09/30/2018 | | | | |
| | Please Note: All questions must be provided in writing to gkothman@blm.gov prior to midnight on | | | | |

*(Use Reverse or Attach Additional Sheets as Necessary)*

25. ACCOUNTING AND APPROPRIATION DATA

26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*

☒ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4 FAR 52.212-3 AND 52.212-5 ARE ATTACHED.  ADDENDA  ☒ ARE  □ ARE NOT ATTACHED.
□ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4 FAR 52.212-5 IS ATTACHED.  ADDENDA  □ ARE  □ ARE NOT ATTACHED.

☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

□ 29. AWARD OF CONTRACT: OFFER DATED _____ YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR

31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*

30b. NAME AND TITLE OF SIGNER *(Type or print)*

30c. DATE SIGNED

31b. NAME OF CONTRACTING OFFICER *(Type or print)*  Gregory Kothman

31c. DATE SIGNED

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

AR02276

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| | Tuesday, June 5, 2018. All questions will be consolidated, answered, and posted via solicitation amendment.<br><br>Quotes and related supporting documentation must be submitted electronically via email to gkothman@blm.gov on or before the closing date and time located in block 8.<br><br>Due to known issues, FedConnect submittals will not be considered.<br><br>Administrative Point of Contact:<br>Greg Kothman - Contract Specialist<br>(775)861-6440<br>gkothman@blm.gov | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED     ☐ INSPECTED     ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED:

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL  ☐ FINAL | | | ☐ COMPLETE  ☐ PARTIAL  ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) |
| | | 42c. DATE REC'D (YY/MM/DD) | 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

**AR02277**

Solicitation 140L3918Q0061
Microwave Wireless Internet Service Support 2018 Burning Man
BLM Nevada - Winnemucca District

## Section 2

**Clauses**

**52.252-2 Clauses Incorporated by Reference. (FEB 1998)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):
http://www.acquisition.gov/
http://farsite.hill.af.mil/

(End of clause)

52.201-1 -- Definitions
52.203-17 -- Contractor Employee Whistleblower Rights and Requirement to Inform Employees of Whistleblower Rights (Apr 2014)
52.204-4 -- Printed or Copied Double-Sided on Postconsumer Fiber Content (May 2011)
52.204-9 -- Personal Identity Verification of Contractor Personnel (Jan 2011)
52.204-13 -- System for Award Management Maintenance (Oct 2016)
52.204-18 -- Commercial and Government Entity Code Maintenance (Jul 2016)
52.209-2 -- Prohibition on Contracting With Inverted Domestic Corporations-Representation (Nov 2015)
52.212-4 -- Contract Terms and Conditions -- Commercial Items (Jan 2017)
52.223-6 -- Drug-Free Workplace (May 2001)
52.223-10 -- Waste Reduction Program (May 2001)
52.224-1 -- Privacy Act Notification (Apr 1984)
52.224-2 -- Privacy Act (Apr 1984)
52.232-39 -- Unenforceability of Unauthorized Obligations (Jun 2013)
52.232-40 -- Providing Accelerated Payments to Small Business Subcontractors (Dec 2013)
52.233-4 -- Applicable Law For Breach Of Contract Claim (OCT 2004)
52.237-2 -- Protection of Government Buildings, Equipment, and Vegetation (Apr 1984)
52.242-15 -- Stop-Work Order (Aug 1989)
52.243-1 -- Changes – Fixed-Price *Alternate II (Apr 1984)*
52.246-4 -- Inspection of Services – Fixed Price (Aug 1996)
52.246-16 -- Responsibility for Supplies (Apr 1994)
52.245-1 -- Government Property (Jan 2017)

**52.203-99 Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements (DEVIATION 2015-02)**

(a) The contractor shall not require employees or subcontractors seeking to report fraud, waste, or abuse to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such fraud, waste, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.

(b) The contractor shall notify employees that the prohibition and restrictions of any internal confidentiality agreements covered by this clause are no longer in effect.

(c) The prohibition in paragraph (a) of this clause does not contravene requirements applicable to Standard Form 312, Form 4414, or any other form issued by a Federal department or agency governing the nondisclosure of classified information.

3

AR02278

Solicitation 140L3918Q0061
Microwave Wireless Internet Service Support 2018 Burning Man
BLM Nevada - Winnemucca District

(d)(1) In accordance with section 743 of Division E, Title VII, of the Consolidated and Further Continuing Resolution Appropriations Act, 2015 (Pub. L. 113-235), use of funds appropriated (or otherwise made available) under that or any other Act may be prohibited, if the Government determines that the contractor is not in compliance with the provisions of this clause.

(2) The Government may seek any available remedies in the event the contractor fails to comply with the provisions of this clause.

(End of clause)

**52.212-5 Contract Terms and Conditions Required To Implement Statutes or Executive Orders - Commercial Items. (JUN 2016)**

(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

(1) 52.209-10, Prohibition on Contracting with Inverted Domestic Corporations (NOV 2015).

(2) 52.233-3, Protest After Award (AUG 1996) (31 U.S.C. 3553).

(3) 52.233-4, Applicable Law for Breach of Contract Claim (OCT 2004) (Public Laws 108-77 and 108-78 (19 U.S.C. 3805 note)).

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items: (Contracting Officer check as appropriate.)

[X] (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (SEP 2006), with Alternate I (OCT 1995) (41 U.S.C. 4704 and 10 U.S.C. 2402).

[ ] (2) 52.203-13, Contractor Code of Business Ethics and Conduct (OCT 2015) (41 U.S.C. 3509).

[ ] (3) 52.203-15, Whistleblower Protections under the American Recovery and Reinvestment Act of 2009 (JUN 2010) (Section 1553 of Pub. L. 111-5). (Applies to contracts funded by the American Recovery and Reinvestment Act of 2009.)

[X] (4) 52.204-10, Reporting Executive Compensation and First-Tier Subcontract Awards (OCT 2015) (Pub. L. 109-282) (31 U.S.C. 6101 note).

(5) (Reserved)

[ ] (6) 52.204-14, Service Contract Reporting Requirements (JAN 2014) (Pub. L. 111-117, section 743 of Div. C).

[ ] (7) 52.204-15, Service Contract Reporting Requirements for Indefinite-Delivery Contracts (JAN 2014) (Pub. L. 111-117, section 743 of Div. C).

[X] (8) 52.209-6, Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment. (OCT 2015) (31 U.S.C. 6101 note).

[ ] (9) 52.209-9, Updates of Publicly Available Information Regarding Responsibility Matters (JUL 2013) (41 U.S.C. 2313).

4

Solicitation 140L3918Q0061
Microwave Wireless Internet Service Support 2018 Burning Man
BLM Nevada - Winnemucca District

[ ] (10) (Reserved)

[ ] (11)(i) 52.219-3, Notice of HUBZone Set-Aside or Sole-Source Award (NOV 2011) (15 U.S.C. 657a).

[ ] (ii) Alternate I (NOV 2011) of 52.219-3.

[ ] (12)(i) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (OCT 2014) (if the offeror elects to waive the preference, it shall so indicate in its offer) (15 U.S.C. 657a).

[ ] (ii) Alternate I (JAN 2011) of 52.219-4.

[ ] (13) (Reserved)

[X] (14)(i) 52.219-6, Notice of Total Small Business Set-Aside (NOV 2011) (15 U.S.C. 644).

    [ ] (ii) Alternate I (NOV 2011).

    [ ] (iii) Alternate II (NOV 2011).

[ ] (15)(i) 52.219-7, Notice of Partial Small Business Set-Aside (JUN 2003) (15 U.S.C. 644).

    [ ] (ii) Alternate I (OCT 1995) of 52.219-7.

    [ ] (iii) Alternate II (MAR 2004) of 52.219-7.

[ ] (16) 52.219-8, Utilization of Small Business Concerns (OCT 2014) (15 U.S.C. 637(d)(2) and (3)).

[ ] (17)(i) 52.219-9, Small Business Subcontracting Plan (OCT 2015) (15 U.S.C. 637(d)(4)).

    [ ] (ii) Alternate I (OCT 2001) of 52.219-9.

    [ ] (iii) Alternate II (OCT 2001) of 52.219-9.

    [ ] (iv) Alternate III (OCT 2015) of 52.219-9.

[ ] (18) 52.219-13, Notice of Set-Aside of Orders (NOV 2011) (15 U.S.C. 644(r)).

[ ] (19) 52.219-14, Limitations on Subcontracting (NOV 2011) (15 U.S.C. 637(a)(14)).

[ ] (20) 52.219-16, Liquidated Damages-Subcontracting Plan (JAN 1999) (15 U.S.C. 637(d)(4)(F)(i)).

[ ] (21) 52.219-27, Notice of Service-Disabled Veteran-Owned Small Business Set-Aside (NOV 2011) (15 U.S.C. 657f).

[X] (22) 52.219-28, Post Award Small Business Program Rerepresentation (JUL 2013) (15 U.S.C. 632(a)(2)).

[ ] (23) 52.219-29, Notice of Set-Aside for, or Sole Source Award to, Economically Disadvantaged Women-Owned Small Business Concerns (DEC 2015) (15 U.S.C. 637(m)).

5

AR02280

[ ] (24) 52.219-30, Notice of Set-Aside for, or Sole Source Award to, Women-Owned Small Business Concerns Eligible Under the Women-Owned Small Business Program (DEC 2015) (15 U.S.C. 637(m)).

[X] (25) 52.222-3, Convict Labor (JUN 2003) (E.O. 11755).

[ ] (26) 52.222-19, Child Labor-Cooperation with Authorities and Remedies (FEB 2016) (E.O. 13126).

[X] (27) 52.222-21, Prohibition of Segregated Facilities (APR 2015).

[X] (28) 52.222-26, Equal Opportunity (APR 2015) (E.O. 11246).

[X] (29) 52.222-35, Equal Opportunity for Veterans (OCT 2015) (38 U.S.C. 4212).

[X] (30) 52.222-36, Equal Opportunity for Workers with Disabilities (JUL 2014) (29 U.S.C. 793).

[X] (31) 52.222-37, Employment Reports on Veterans (FEB 2016) (38 U.S.C. 4212).

[X] (32) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (DEC 2010) (E.O. 13496).

[X] (33)(i) 52.222-50, Combating Trafficking in Persons (MAR 2015) (22 U.S.C. chapter 78 and E.O. 13627).

> [ ] (ii) *Alternate I* (MAR 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).

[X] (34) 52.222-54, Employment Eligibility Verification (OCT 2015). (E. O. 12989). (Not applicable to the acquisition of commercially available off-the-shelf items or certain other types of commercial items as prescribed in 22.1803.)

[ ] (35)(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Items (MAY 2008) (42 U.S.C. 6962(c)(3)(A)(ii)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

> [ ] (ii) Alternate I (MAY 2008) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

[ ](36) 52.223-11, Ozone-Depleting Substances and High Global Warming Potential Hydrofluorocarbons (JUN 2016) (E.O. 13693).

[ ](37) 52.223-12, Maintenance, Service, Repair, or Disposal of Refrigeration Equipment and Air Conditioners (JUN 2016) (E.O. 13693).

[ ] (38)(i) 52.223-13, Acquisition of EPEAT®-Registered Imaging Equipment (JUN 2014) (E.O.s 13423 and 13514).

> [ ] (ii) Alternate I (OCT 2015) of 52.223-13.

[ ] (39)(i) 52.223-14, Acquisition of EPEAT®-Registered Televisions (JUN 2014) (E.O.s 13423 and 13514).

> (ii) Alternate I (JUN 2014) of 52.223-14.

[ ] (40) 52.223-15, Energy Efficiency in Energy-Consuming Products (DEC 2007) (42 U.S.C. 8259b).

6

AR02281

Solicitation 140L3918Q0061
Microwave Wireless Internet Service Support 2018 Burning Man
BLM Nevada - Winnemucca District

[ ] (41)(i) 52.223-16, Acquisition of EPEAT®-Registered Personal Computer Products (OCT 2015) (E.O.s 13423 and 13514).

[ ](ii) Alternate I (JUN 2014) of 52.223-16.

[X] (42) 52.223-18, Encouraging Contractor Policies to Ban Text Messaging While Driving (AUG 2011)

[ ] (43) 52.223-20, Aerosols (JUN 2016) (E.O. 13693).

[ ] (44) 52.223-21, Foams (JUN 2016) (E.O. 13693).

[ ] (45) 52.225-1, Buy American-Supplies (MAY 2014) (41 U.S.C. chapter 83).

[ ] (46)(i) 52.225-3, Buy American-Free Trade Agreements-Israeli Trade Act (MAY 2014) (41 U.S.C. chapter 83, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, 19 U.S.C. 3805 note, 19 U.S.C. 4001 note, Pub. L. 103-182, 108-77, 108-78, 108-286, 108-302, 109-53, 109-169, 109-283, 110-138, 112-41, 112-42, and 112-43.

[ ] (ii) Alternate I (MAY 2014) of 52.225-3.

[ ] (iii) Alternate II (MAY 2014) of 52.225-3.

[ ] (iv) Alternate III (MAY 2014) of 52.225-3.

[ ] (47) 52.225-5, Trade Agreements (FEB 2016) (19 U.S.C. 2501, *et seq.*, 19 U.S.C. 3301 note).

[X] (48) 52.225-13, Restrictions on Certain Foreign Purchases (JUN 2008) (E.O.'s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).

[ ] (49) 52.225-26, Contractors Performing Private Security Functions Outside the United States (JUL 2013) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

[ ] (50) 52.226-4, Notice of Disaster or Emergency Area Set-Aside (NOV 2007) (42 U.S.C. 5150).

[ ] (51) 52.226-5, Restrictions on Subcontracting Outside Disaster or Emergency Area (NOV 2007) (42 U.S.C. 5150).

[ ] (52) 52.232-29, Terms for Financing of Purchases of Commercial Items (FEB 2002) (41 U.S.C. 4505, 10 U.S.C. 2307(f)).

[ ] (53) 52.232-30, Installment Payments for Commercial Items (OCT 1995) (41 U.S.C. 4505, 10 U.S.C. 2307(f)).

[X] (54) 52.232-33, Payment by Electronic Funds Transfer-System for Award Management (JUL 2013) (31 U.S.C. 3332).

[ ] (55) 52.232-34, Payment by Electronic Funds Transfer - Other than System for Award Management (JUL 2013) (31 U.S.C. 3332).

[ ] (56) 52.232-36, Payment by Third Party (MAY 2014) (31 U.S.C. 3332).

[ ] (57) 52.239-1, Privacy or Security Safeguards (AUG 1996) (5 U.S.C. 552a).

7

Solicitation 140L3918Q0061
Microwave Wireless Internet Service Support 2018 Burning Man
BLM Nevada - Winnemucca District

[ ] (58)(i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (FEB 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631).

[ ] (ii) Alternate I (APR 2003) of 52.247-64.

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items: (Contracting Officer check as appropriate.)

[ ] (1) 52.222-17, Nondisplacement of Qualified Workers (MAY 2014) (E.O. 13495).

[X] (2) 52.222-41, Service Contract Labor Standards (MAY 2014) (41 U.S.C. chapter 67).

[X] (3) 52.222-42, Statement of Equivalent Rates for Federal Hires (MAY 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

[ ] (4) 52.222-43, Fair Labor Standards Act and Service Contract Labor Standards-Price Adjustment (Multiple Year and Option Contracts) (MAY 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

[ ] (5) 52.222-44, Fair Labor Standards Act and Service Contract Labor Standards-Price Adjustment (MAY 2014) (29 U.S.C 206 and 41 U.S.C. chapter 67).

[ ] (6) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (MAY 2014) (41 U.S.C. chapter 67).

[ ] (7) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (MAY 2014) (41 U.S.C. chapter 67).

[X] (8) 52.222-55, Minimum Wages Under Executive Order 13658 (DEC 2015).

[ ] (9) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (MAY 2014) (42 U.S.C. 1792).

[ ] (10) 52.237-11, Accepting and Dispensing of $1 Coin (SEP 2008) (31 U.S.C. 5112(p)(1)).

(d) *Comptroller General Examination of Record.* The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records - Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims

8

AR02283

Solicitation 140L3918Q0061
Microwave Wireless Internet Service Support 2018 Burning Man
BLM Nevada - Winnemucca District

arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e)(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in this paragraph (e)(1) of this paragraph in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause-

(i) 52.203-13, Contractor Code of Business Ethics and Conduct (OCT 2015) (41 U.S.C. 3509).

(ii) 52.219-8, Utilization of Small Business Concerns (OCT 2014) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $700,000 ($1.5 million for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(iii) 52.222-17, Nondisplacement of Qualified Workers (MAY 2014) (E.O. 13495). Flow down required in accordance with paragraph (l) of FAR clause 52.222-17.

(iv) 52.222-21, Prohibition of Segregated Facilities (APR 2015).

(v) 52.222-26, Equal Opportunity (APR 2015) (E.O. 11246).

(vi) 52.222-35, Equal Opportunity for Veterans (OCT 2015) (38 U.S.C. 4212).

(vii) 52.222-36, Equal Opportunity for Workers with Disabilities (JUL 2014) (29 U.S.C. 793).

(viii) 52.222-37, Employment Reports on Veterans (FEB 2016) (38 U.S.C. 4212).

(ix) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (DEC 2010) (E.O. 13496). Flow down required in accordance with paragraph (f) of FAR clause 52.222-40.

(x) 52.222-41, Service Contract Labor Standards (MAY 2014) (41 U.S.C. chapter 67).

(xi) [ ] (A) 52.222-50, Combating Trafficking in Persons (MAR 2015) (22 U.S.C. chapter 78 and E.O. 13627).

[ ] (B) Alternate I (MAR 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).

(xii) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (MAY 2014) (41 U.S.C. chapter 67).

9

Solicitation 140L3918Q0061
Microwave Wireless Internet Service Support 2018 Burning Man
BLM Nevada - Winnemucca District

(xiii) 52.222-53, Exemption from Application of the Service Contract Labor
Standards to Contracts for Certain Services-Requirements (MAY 2014) (41
U.S.C. chapter 67).

(xiv) 52.222-54, Employment Eligibility Verification (OCT 2015) (E. O.
12989).

(xv) 52.222-55, Minimum Wages Under Executive Order 13658 (DEC 2015).

(xvi) 52.225-26, Contractors Performing Private Security Functions Outside the
United States (JUL 2013) (Section 862, as amended, of the National Defense
Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

(xvii) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations
(MAY 2014) (42 U.S.C. 1792). Flow down required in accordance with
paragraph (e) of FAR clause 52.226-6.

(xviii) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial
Vessels (FEB 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631). Flow down
required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the Contractor May include in its subcontracts for commercial
items a minimal number of additional clauses necessary to satisfy its contractual
obligations.

(End of clause)

**52.219-14 Limitations on Subcontracting. (Jan 2017)**

(a) This clause does not apply to the unrestricted portion of a partial set-aside.
(b) Applicability. This clause applies only to—
    (1) Contracts that have been set aside or reserved for small business concerns or 8(a) participants;
    (2) Part or parts of a multiple-award contract that have been set aside for small business concerns
or 8(a) participants; and
    (3) Orders set aside for small business or 8(a) participants under multiple-award contracts as
described in 8.405-5 and 16.505(b)(2)(i)(F).
(c) By submission of an offer and execution of a contract, the Offeror/Contractor agrees that in
performance of the contract in the case of a contract for—
    (1) Services (except construction). At least 50 percent of the cost of contract performance incurred
for personnel shall be expended for employees of the concern.
    (2) Supplies (other than procurement from a nonmanufacturer of such supplies). The concern shall
perform work for at least 50 percent of the cost of manufacturing the supplies, not including the
cost of materials.
    (3) General construction. The concern will perform at least 15 percent of the cost of the contract,
not including the cost of materials, with its own employees.
    (4) Construction by special trade contractors. The concern will perform at least 25 percent of the
cost of the contract, not including the cost of materials, with its own employees.

(End of clause)

**1452.203-70 Restriction on Endorsements (Jul 1996)**

The Contractor shall not refer to contracts awarded by the Department of the Interior in commercial
advertising, as defined in FAR 31.205-1, in a manner which states or implies that the product or service
provided is approved or endorsed by the Government, or is considered by the Government to be superior to

10

AR02285

Solicitation 140L3918Q0061
Microwave Wireless Internet Service Support 2018 Burning Man
BLM Nevada - Winnemucca District

other products or services. This restriction is intended to avoid the appearance of preference by the Government toward any product or service. The Contractor may request the Contracting Officer to make a determination as to the propriety of promotional material.

(End of clause)

**Indemnification (Nov 2007)**

The contractor is an 'independent contractor' and shall obtain all necessary insurance to protect himself from liability arising out of this contract.

The contractor hereby agrees to indemnify and hold the Government harmless in connection with, any loss or liability from damage to or destruction of property or from injuries to or death of persons (including the agents and employees of both parties) if such damage, destruction, injury or death arises out of, or is caused by performance of work under this contract, unless such damage, destruction, injury or death is caused solely by the negligence of the Government, its agents or employees. The contractor agrees to include this clause, appropriately modified, in all subcontracts to be performed under this contract.

(End of Clause)

**1452.201-70 Authorities and Delegations (Sept 2011)**

(a) The Contracting Officer is the only individual authorized to enter into or terminate this contract, modify any term or condition of this contract, waive any requirement of this contract, or accept nonconforming work.

(b) The Contracting Officer will designate a Contracting Officer's Representative (COR) at time of award. The COR will be responsible for technical monitoring of the contractor's performance and deliveries. The COR will be appointed in writing, and a copy of the appointment will be furnished to the Contractor. Changes to this delegation will be made by written changes to the existing appointment or by issuance of a new appointment.

(c) The COR is not authorized to perform, formally or informally, any of the following actions:

(1) Promise, award, agree to award, or execute any contract, contract modification, or notice of intent that changes or may change this contract;

(2) Waive or agree to modification of the delivery schedule;

(3) Make any final decision on any contract matter subject to the Disputes Clause;

(4) Terminate, for any reason, the Contractor's right to proceed;

(5) Obligate in any way, the payment of money by the Government.

(d) The Contractor shall comply with the written or oral direction of the Contracting Officer or authorized representative(s) acting within the scope and authority of the appointment memorandum.

The Contractor need not proceed with direction that it considers to have been issued without proper authority. The Contractor shall notify the Contracting Officer in writing, with as much detail as possible, when the COR has taken an action or has issued direction (written or oral) that the Contractor considers to exceed the COR's appointment, within 3 days of the occurrence. Unless otherwise provided in this contract, the Contractor assumes all costs, risks, liabilities, and consequences of performing any work it is directed to perform that falls within any of the categories defined in paragraph (c) prior to receipt of the Contracting Officer's response issued under paragraph (e) of this clause.

11

Solicitation 140L3918Q0061
Microwave Wireless Internet Service Support 2018 Burning Man
BLM Nevada - Winnemucca District

(e) The Contracting Officer shall respond in writing within 30 days to any notice made under paragraph (d) of this clause. A failure of the parties to agree upon the nature of a direction, or upon the contract action to be taken with respect thereto, shall be subject to the provisions of the Disputes clause of this contract.

(f) The Contractor shall provide copies of all correspondence to the Contracting Officer and the COR.

(g) Any action(s) taken by the Contractor, in response to any direction given by any person acting on behalf of the Government or any Government official other than the Contracting Officer or the COR acting within his or her appointment, shall be at the Contractor's risk.

(End of clause)

**Electronic Invoicing and Payment Requirements - Invoice Processing Platform (IPP) (April 2013)**

Payment requests must be submitted electronically through the U. S. Department of the Treasury's Invoice Processing Platform System (IPP).

"Payment request" means any request for contract financing payment or invoice payment by the Contractor. To constitute a proper invoice, the payment request must comply with the requirements identified in the applicable Prompt Payment clause included in the contract, or the clause 52.212-4 Contract Terms and Conditions - Commercial Items included in commercial item contracts. The IPP website address is: https://www.ipp.gov.

Under this contract, the following documents are required to be submitted as an attachment to the IPP invoice:

1. **An itemized contractor invoice.**

The Contractor must use the IPP website to register access and use IPP for submitting requests for payment. The Contractor Government Business Point of Contact (as listed in SAM will receive enrollment instructions via email from the Federal Reserve Bank of Boston (FRBB) within 3 - 5 business days of the contract award date. Contractor assistance with enrollment can be obtained by contacting the IPP Production Helpdesk via email ippgroup@bos.frb.org or phone (866) 973-3131.

If the Contractor is unable to comply with the requirement to use IPP for submitting invoices for payment, the Contractor must submit a waiver request in writing to the Contracting Officer with its proposal or quotation.

(End of Local Clause)

**Section 3**

**List of Attachments**
1. Statement of Work
2. Wage Determination 2015-5601 Rev. 5, dated 10 Jan 2018
3. CJIS Security Policy Version 5.6, dated 5 June 2017
4. DOI Memo: Request and Risk Acceptance for Permanent Opening of Social Media and Web 2.0 Technology Websites, dated 3 March 2010
5. RFQ 140L3918Q0061 Quotation Technical and Pricing Instructions

12

**AR02287**

Solicitation 140L3918Q0061
Microwave Wireless Internet Service Support 2018 Burning Man
BLM Nevada - Winnemucca District

**Section 4**

**Provisions**

**52.252-1 Solicitation Provisions Incorporated by Reference. (FEB 1998)**

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its quotation or offer. In lieu of submitting the full text of those provisions, the offeror may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at this/these address(es):  http://www.acquisition.gov      http://farsite.hill.af.mil/

(End of provision)

**52.204-7 -- System for Award Management (Oct 2016)**
**52.204-8 – Annual Representations and Certifications (Dec 2014)**
**52.204-16 --Commercial and Government Entity Code Reporting (July 2016)**
**52.204-17 – Ownership or Control of Offeror (Nov 2014)**
**52.209-10 – Prohibition on Contracting With Inverted Domestic Corporations (Nov 2015)**
**52.212-1 – Instructions to Offerors – Commercial Items (Oct 2015)**
**52.222-22 – Previous Contracts and Compliance Reports (Feb 1999)**
**52.225-4 -- Buy American Certificate (May 2014)**
**52.225-25 – Prohibition on Contracting with Entities Engaging in Certain Activities or Transactions Relating to Iran-Representation and Certifications (Oct 2015)**
**52.245-9 – Use and Charges (Apr 2012)**
**52.246-4 -- Inspection of Services -- Fixed-Price (Aug. 1996)**

**52.203-98 Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements Representation (DEVIATION 2015-02)**

 (a) In accordance with section 743 of Division E, Title VII, of the Consolidated and Further Continuing Resolution Appropriations Act, 2015 (Pub. L. 113-235), Government agencies are not permitted to use funds appropriated (or otherwise made available) under that or any other Act for contracts with an entity that requires employees or subcontractors of such entity seeking to report fraud, waste, or abuse to sign internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such fraud, waste, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.

(b) The prohibition in paragraph (a) of this provision does not contravene requirements applicable to Standard Form 312, Form 4414, or any other form issued by a Federal department or agency governing the nondisclosure of classified information.

(c) Representation. By submission of its offer, the Offeror represents that it does not require employees or subcontractors of such entity seeking to report fraud, waste, or abuse to sign internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such waste, fraud, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.

(End of provision)

AR02288

**52.204-20 Predecessor of Offeror. (APR 2016)**

(a) Definitions. As used in this provision-

Commercial and Government Entity (CAGE) code means-

(1) An identifier assigned to entities located in the United States and its outlying areas by the Defense Logistics Agency (DLA) Contractor and Government Entity (CAGE) Branch to identify a commercial or government entity, or

(2) An identifier assigned by a member of the North Atlantic Treaty Organization (NATO) or by NATO's Support Agency (NSPA) to entities located outside the United States and its outlying areas that DLA Contractor and Government Entity (CAGE) Branch records and maintains in the CAGE master file. This type of code is known as an NCAGE code.

Predecessor means an entity that is replaced by a successor and includes any predecessors of the predecessor.

Successor means an entity that has replaced a predecessor by acquiring the assets and carrying out the affairs of the predecessor under a new name (often through acquisition or merger). The term "successor" does not include new offices/divisions of the same company or a company that only changes its name. The extent of the responsibility of the successor for the liabilities of the predecessor may vary, depending on State law and specific circumstances.

(b) The Offeror represents that it [ ] is or [ ] is not a successor to a predecessor that held a Federal contract or grant within the last three years.

(c) If the Offeror has indicated "is" in paragraph (b) of this provision, enter the following information for all predecessors that held a Federal contract or grant within the last three years (if more than one predecessor, list in reverse chronological order):

Predecessor CAGE code: [(or mark "Unknown")].

Predecessor legal name: [(Do not use a "doing business as" name)].

(End of provision)

**52.209-5 Certification Regarding Responsibility Matters. (OCT 2015)**

(a)(1) The Offeror certifies, to the best of its knowledge and belief, that-

(i) The Offeror and/or any of its Principals-

(A) Are [ ] are not [ ] presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

(B) Have [ ] have not [ ], within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, State, or local) contract or subcontract; violation of Federal or State antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, violating Federal criminal tax laws, or receiving stolen property (if offeror checks "have", the offeror shall also see 52.209-7, if included in this solicitation);

(C) Are [ ] are not [ ] presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in subdivision (a)(1)(i)(B) of this provision; and

14

Solicitation 140L3918Q0061
Microwave Wireless Internet Service Support 2018 Burning Man
BLM Nevada - Winnemucca District

(D) Have [ ], have not [ ], within a three-year period preceding this offer, been notified of any delinquent Federal taxes in an amount that exceeds $3,500 for which the liability remains unsatisfied.

(1) Federal taxes are considered delinquent if both of the following criteria apply:

(i) The tax liability is finally determined. The liability is finally determined if it has been assessed. A liability is not finally determined if there is a pending administrative or judicial challenge. In the case of a judicial challenge to the liability, the liability is not finally determined until all judicial appeal rights have been exhausted.

(ii) The taxpayer is delinquent in making payment. A taxpayer is delinquent if the taxpayer has failed to pay the tax liability when full payment was due and required. A taxpayer is not delinquent in cases where enforced collection action is precluded.

(2) Examples.

(i) The taxpayer has received a statutory notice of deficiency, under I.R.C. Sec. 6212, which entitles the taxpayer to seek Tax Court review of a proposed tax deficiency. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek Tax Court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.

(ii) The IRS has filed a notice of Federal tax lien with respect to an assessed tax liability, and the taxpayer has been issued a notice under I.R.C. Sec. 6320 entitling the taxpayer to request a hearing with the IRS Office of Appeals contesting the lien filing, and to further appeal to the Tax Court if the IRS determines to sustain the lien filing. In the course of the hearing, the taxpayer is entitled to contest the underlying tax liability because the taxpayer has had no prior opportunity to contest the liability. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek tax court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.

(iii) The taxpayer has entered into an installment agreement pursuant to I.R.C. Sec. 6159. The taxpayer is making timely payments and is in full compliance with the agreement terms. The taxpayer is not delinquent because the taxpayer is not currently required to make full payment.

(iv) The taxpayer has filed for bankruptcy protection. The taxpayer is not delinquent because enforced collection action is stayed under 11 U.S.C. 362 (the Bankruptcy Code).

(ii) The Offeror has [ ] has not [ ], within a 3-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.

(2) *Principal,* for the purposes of this certification, means an officer, director, owner, partner, or a person having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a division or business segment; and similar positions).

> (b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

> (c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

> (d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

15

AR02290

Solicitation 140L3918Q0061
Microwave Wireless Internet Service Support 2018 Burning Man
BLM Nevada - Winnemucca District

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

(End of provision)

**52.216-1 Type of Contract. (APR 1984)**

The Government contemplates award of a Firm Fixed Price contract resulting from this solicitation.

(End of provision)

**52.237-1 Site Visit (Apr 1984)**

Offerors are urged and expected to inspect the site where services are to be performed and to satisfy themselves regarding all general and local conditions that may affect the cost of contract performance, to the extent that the information is reasonably obtainable. In no event shall failure to inspect the site constitute grounds for a claim after contract award.

(End of Provision)

**SITE VISIT INFORMATION:**

A formal site visit will not be scheduled. The site is available for public access.

**52.233-2 Service of Protest. (SEP 2006)**

(a) Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the Government Accountability Office (GAO), shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from

Gregory Kothman
Bureau of Land Management
1340 Financial Blvd
Reno, NV 89502

(b) The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO.

(End of provision)

**52.212-2 Evaluation - Commercial Items. (OCT 2014)**

(a) The Government will award a contract resulting from this solicitation to the responsible offeror whose offer conforming to the solicitation will be most advantageous to the Government, price and other factors considered. The following factors shall be used to evaluate offers:

Award will be made on a best-value, trade-off process pursuant to FAR subpart 15.101-1. This process permits tradeoffs among cost or price and non-cost factors and allows the Government to accept other than the lowest priced proposal. The Government may consider award to other than the lowest priced offeror or other than the highest technically rated offeror when it is in the best interest of the Government.

16

Solicitation 140L3918Q0061
Microwave Wireless Internet Service Support 2018 Burning Man
BLM Nevada - Winnemucca District

Technical and Past Performance, when combined, are more important than price. The Government intends to award, without discussions, to the responsible offeror whose proposal complies with the solicitation requirements and is determined to be the best value to the Government.

Offerors will be rated and selected based on the following criteria:
1. **Technical Capability**

The technical submittal should include the suggested technical approach to accomplish the required services in the Statement of Work. Include only information relevant to this project. Please refer to Attachment 5 RFQ 140L3918Q0061 Quotation Technical and Pricing Instructions.

2. **Past Performance**

Past performance information is one indicator of an offeror's ability to perform the contract successfully. Sufficient information must be presented to enable the Government to evaluate past performance and determine relevancy to this project. It is the offeror's responsibility to ensure all references are provided with current and accurate contact information.

Provide a list of at least three projects similar in type and magnitude completed within the past two (2) years. Include a brief narrative of the projects to show relevancy to the work as described in the Performance Work Statement.

Provide past performance references including, at a minimum, the following information:
1. Name of Project
2. Location of Project
3. Order Reference Number
4. Total cost for Project
5. Name of Agency/Entity
6. Point of Contact (including Phone Numbers)
7. Description of services performed (to show relevancy to this project)

Offerors WITHOUT RECENT OR RELEVANT REFERENCES shall submit a statement to such effect in order to be considered as having "Neutral" Past Performance history. All others will be rated deficient in the past performance category.

The Government will utilize the past performance record provided and any other relevant past performance information obtained from other sources which may include: Past Performance Information Retrieval System (PPIRS), Federal Awardee Performance and Integrity Information System (FAPIIS), Electronic Subcontract Reporting System (eSRS), or other databases; interviews with Program Managers, Contracting Officers, Fee Determining Officials, and the Defense Contract Management Agency. Any relevant past performance rated above unsatisfactory will be considered to be acceptable.

**Past Performance Evaluation:** The following factors shall be used in the evaluation of past performance:

- ○ Relevancy of past performance provided (unless a neutral rating is requested per instructions). Relevancy should include projects similar in size and complexity.
- ○ References and past performance of the company to show quality of work necessary to successfully provide these services.
- ○ How quality control was monitored to ensure required compliance.

3. **Price**

Please refer to Attachment 5 RFQ 140L3918Q0061 Quotation Technical and Pricing Instructions. In addition, Contract Line Item 00010 on Standard Form (SF) 1449 shall be completed with firm-fixed pricing.

17

AR02292

Solicitation 140L3918Q0061
Microwave Wireless Internet Service Support 2018 Burning Man
BLM Nevada - Winnemucca District

**Technical and Past performance, when combined, are more important than price.**

(a) A written notice of award or acceptance of an offer, mailed or otherwise furnished to the successful offeror within the time for acceptance specified in the offer, shall result in a binding contract without further action by either party. Before the offer's specified expiration time, the Government may accept an offer (or part of an offer), whether or not there are negotiations after its receipt, unless a written notice of withdrawal is received before award.

## Evaluation and Award Factors

Quotes will be evaluated according to the criteria stated below.  An evaluation will be performed on each offeror's submission based on the information furnished and subsequent information gathered after quotes are received, such as responses from references, data from past performance databases and the Government's knowledge of, and previous experience with, the quoter.

### (i)  Technical capability:

Submission should demonstrate the offeror's understanding of the requirement and BLM objectives and demonstrate they have the required experience to complete the project in accordance with the Statement of Work.

### Technical Evaluation:

| Color Rating | Evaluation Criteria |
|---|---|
| Blue | Proposal meets all solicitation requirements, demonstrates an excellent understanding of the requirements and has salient features that offer significant advantage to the Government. Excellent in all respects. Advantages/strengths not offset by disadvantages/weaknesses. Very good probability of success with overall low degree of risk in meeting Government requirements. |
| Green | Proposal meets most solicitation requirements and demonstrates an adequate understanding of the requirements but does not offer significant advantages to the Government over basic RFP requirements. Disadvantage/weaknesses are not significant, unless significant advantages are proposed that outweigh significant disadvantages. Where there were areas of concern, clarifications, given by contractor, were acceptable. Good probability of success with overall low to moderate degree of risk in meeting the Government requirements. |
| Yellow | Proposal meets some but not all the RFP requirements, but offers disadvantages (weaknesses) outweighing other advantages (strengths). Examples: little or no experience cited; weak proposal; mimics RFP language rather than expressing offeror's approach or understanding of the RFP. Probability of success considered less than full confidence (moderate to high risk). |
| Pink | Proposal meets some but not all the RFP requirements. Examples: Proposal does not address all required RFP criteria; little or no experience to the extent that overall quality cannot be determined because of errors, omissions or deficiencies that may be capable of being corrected without a major rewrite or revision of proposal. Probability of success is questionable without further explanation by offeror. (Unacceptable risk). |
| Red | Proposal demonstrates little to no understanding of the requirements; or approach fails to adequately meet acceptable performance expectations. Proposal contains major errors; omissions or deficiencies and these conditions cannot be corrected without a major rewrite or resubmission. There is an unacceptably high degree of risk in meeting the Government's requirements. Unawardable as proposed. |

18

AR02293

Solicitation 140L3918Q0061
Microwave Wireless Internet Service Support 2018 Burning Man
BLM Nevada - Winnemucca District

**Past Performance Evaluation:** Must include information as specified previously and as found in Attachment 5 RFQ 140L3918Q0061 Quotation Technical and Pricing Instructions. The following factors shall be used in the evaluation of the past performance:

- a. Relevancy of past performance provided (unless a neutral rating is requested per instructions). Relevancy should include projects similar in type, size, and complexity.
- b. References and past performance of the company to show quality of work necessary to successfully complete this project
- c. How quality control was monitored to ensure deliverables are in compliance with specifications

Past Performance Ratings: The following ratings and related definitions will be used to define the performance risk.

| Level of Risk | Qualifications |
|---|---|
| **Very Low Risk** | Performance met all contract requirements and exceeded many to the Government's benefit. Problems, if any, were negligible and were resolved in a timely and highly effective manner. Performance was current and very relevant to relevant. Excellent probability of success with overall very low degree of risk in meeting Government's requirements. |
| **Low Risk** | Performance met contract requirements. Good quality. Minor problems were identified however; contractor took satisfactory corrective action to resolve where appropriate. Performance was current and very relevant to relevant. Good probability of success with overall low degree of risk in meeting the government's requirements. |
| **Average Risk** | Performance met most contract requirements. Adequate quality. Problems were identified however; contractor usually took adequate correction action. Performance was current and very relevant to semi-relevant. Good probability of success with an average degree of risk in meeting the Government's requirements. |
| **Above Average Risk** | Performance met some contract requirements. Fair quality. Problems were identified however; contractor sometimes took corrective action, but not always to the owner's satisfaction. Performance was current and very relevant to semi-relevant. Fair probability of success with an overall above average risk in meeting the Government's requirements. |
| **High Risk** | Performance did not meet some contractual requirements. There were problems, some of a somewhat serious to serious nature. Contractor's corrective action was sometimes marginally effective to ineffective. Performance was current and very relevant to semi-relevant. Probability of success is questionable with an unacceptably high degree of risk in meeting the Government's requirements. |
| **Neutral** | No current and/or relevant performance record is identifiable upon which to base a meaningful performance risk prediction. A search was unable to identify any relevant Past Performance information for the offeror or key team member/subcontractors or their key personnel. This is neither a negative or positive assessment. Unknown. |

AR02294

Price Evaluation

The purpose of the Price/Cost evaluation is to provide an assessment of the reasonableness and realism of the proposed price/cost in relation to the solicitation requirements. Proposals will be evaluated in the following manner.

(a) The Government evaluation team will conduct a Price evaluation of each offeror's price proposal to determine whether or not each proposal complies with the stated criteria: "Reasonableness" and "Realism". If the proposed price is determined to be reasonable and realistic a **GO** rating will be given, if found to be unreasonable and/or unrealistic, a **NO GO** rating will be assigned to the Price evaluation factor.

(b) Those proposals evaluated as not satisfying all of the price/cost criteria may be eliminated from consideration for award unless the Contracting Officer determines.

(i) A minor clerical error has occurred, then the offeror may be given an opportunity to correct the minor error within the constraints of the "clarifications" process or

(ii) The Contracting Officer determines discussions are required.

**Submittals:**

The priced SF1449, technical, and past performance information should be submitted via email to gkothman@blm.gov.

Proposals submitted through FedConnect or any other means will not be considered. In accordance with FAR 4.1201, representations and certifications shall be entered in the System for Award Management, www.sam.gov , and updated annually.

(End of provision)

**1452.215-71  Use and Disclosure of Proposal Information - Department of the Interior   Apr 1984**

(a) Definitions. For the purposes of this provision and the Freedom of Information Act (5 U.S.C. 552), the following terms shall have the meaning set forth below:

(1) "Trade Secret" means an unpatented, secret, commercially valuable plan, appliance, formula, or process, which is used for making, preparing, compounding, treating or processing articles or materials which are trade commodities.

(2) "Confidential commercial or financial information" means any business information (other than trade secrets) which is exempt from the mandatory disclosure requirement of the Freedom of Information Act, 5 U.S.C. 552. Exemptions from mandatory disclosure which may be applicable to business information contained in proposals include exemption (4), which covers "commercial and financial information obtained from a person and privileged or confidential," and exemption (9), which covers "geological and geophysical information, including maps, concerning wells."

(b) If the offeror, or its subcontractor(s), believes that the proposal contains trade secrets or confidential commercial or financial information exempt from disclosure under the Freedom of Information Act, (5 U.S.C. 552), the cover page of each copy of the proposal shall be marked with the following legend:

"The information specifically identified on pages _____ of this proposal constitutes trade secrets or confidential commercial and financial information which the offeror believes to be exempt from disclosure under the Freedom of Information Act. The offeror requests that this information not be disclosed to the public, except as may be required by law. The offeror also requests that this information not be used in

20

Solicitation 140L3918Q0061
Microwave Wireless Internet Service Support 2018 Burning Man
BLM Nevada - Winnemucca District

whole or part by the government for any purpose other than to evaluate the proposal, except that if a contract is awarded to the offeror as a result of or in connection with the submission of the proposal, the Government shall have the right to use the information to the extent provided in the contract."

(c) The offeror shall also specifically identify trade secret information and confidential commercial and financial information on the pages of the proposal on which it appears and shall mark each such page with the following legend:

"This page contains trade secrets or confidential commercial and financial information which the offeror believes to be exempt from disclosure under the Freedom of Information Act and which is subject to the legend contained on the cover page of this proposal."

(d) Information in a proposal identified by an offeror as trade secret information or confidential commercial and financial information shall be used by the Government only for the purpose of evaluating the proposal, except that (i) if a contract is awarded to the offeror as a result of or in connection with submission of the proposal, the Government shall have the right to use the information as provided in the contract, and (ii) if the same information is obtained from another source without restriction it may be used without restriction.

(e) If a request under the Freedom of Information Act seeks access to information in a proposal identified as trade secret information or confidential commercial and financial information, full consideration will be given to the offeror's view that the information constitutes trade secrets or confidential commercial or financial information. The offeror will also be promptly notified of the request and given an opportunity to provide additional evidence and argument in support of its position, unless administratively unfeasible to do so. If it is determined that information claimed by the offeror to be trade secret information or confidential commercial or financial information is not exempt from disclosure under the Freedom of Information Act, the offeror will be notified of this determination prior to disclosure of the information.

(f) The Government assumes no liability for the disclosure or use of information contained in a proposal if not marked in accordance with paragraphs (b) and (c) of this provision. If a request under the Freedom of Information Act is made for information in a proposal not marked in accordance with paragraphs (b) and (c) of this provision, the offeror concerned shall be promptly notified of the request and given an opportunity to provide its position to the Government. However, failure of an offeror to mark information contained in a proposal as trade secret information or confidential commercial or financial information will be treated by the Government as evidence that the information is not exempt from disclosure under the Freedom of Information Act, absent a showing that the failure to mark was due to unusual or extenuating circumstances, such as a showing that the offeror had intended to mark, but that markings were omitted from the offeror's proposal due to clerical error.

**1510.308      Notice to Quoters      Aug 1999**

(a)  This is a Request for Quotations and therefore, no public opening will be held.  The results will not be made public prior to award.

(b)  Quotes submitted in response to this Request for Quotations will not be returned, but will be retained by the Bureau of Land Management for official record purposes.

(c)  This Request for Quotations does not commit the Government to pay any costs incurred in the preparation or the submission of this quote, or to make any award.

(End of provision)

21

AR02297

WD 15-5601 (Rev.-5) was first posted on www.wdol.gov on 01/16/2018
*****************************************************************************
```
REGISTER OF WAGE DETERMINATIONS UNDER  |        U.S. DEPARTMENT OF LABOR
      THE SERVICE CONTRACT ACT          |   EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor  |        WAGE AND HOUR DIVISION
                                        |          WASHINGTON D.C.  20210
                                        |
                                        |
                                        |
                                        |  Wage Determination No.: 2015-5601
Daniel W. Simms         Division of     |        Revision No.: 5
Director            Wage Determinations |     Date Of Revision: 01/10/2018
```

Note: Under Executive Order (EO) 13658, an hourly minimum wage of $10.35 for
calendar year 2018 applies to all contracts subject to the Service Contract
Act for which the contract is awarded (and any solicitation was issued) on or
after January 1, 2015. If this contract is covered by the EO, the contractor
must pay all workers in any classification listed on this wage determination
at least $10.35 per hour (or the applicable wage rate listed on this wage
determination, if it is higher) for all hours spent performing on the contract
in calendar year 2018. The EO minimum wage rate will be adjusted annually.
Additional information on contractor requirements and worker protections under
the EO is available at www.dol.gov/whd/govcontracts

State: Nevada

Area: Nevada Counties of Elko, Eureka, Humboldt, Lander, Pershing, White Pine

```
            **Fringe Benefits Required Follow the Occupational Listing**
OCCUPATION CODE - TITLE                              FOOTNOTE          RATE
01000 - Administrative Support And Clerical Occupations
  01011 - Accounting Clerk I                                          15.19
  01012 - Accounting Clerk II                                         17.06
  01013 - Accounting Clerk III                                        19.08
  01020 - Administrative Assistant                                    25.12
  01035 - Court Reporter                                              19.55
  01041 - Customer Service Representative I                           13.61
  01042 - Customer Service Representative II                          15.30
  01043 - Customer Service Representative III                         16.70
  01051 - Data Entry Operator I                                       11.86
  01052 - Data Entry Operator II                                      13.86
  01060 - Dispatcher, Motor Vehicle                                   21.62
  01070 - Document Preparation Clerk                                  15.67
  01090 - Duplicating Machine Operator                               15.67
  01111 - General Clerk I                                             14.06
  01112 - General Clerk II                                            15.35
  01113 - General Clerk III                                           17.51
  01120 - Housing Referral Assistant                                  21.80
  01141 - Messenger Courier                                           11.66
  01191 - Order Clerk I                                               13.77
  01192 - Order Clerk II                                              16.29
  01261 - Personnel Assistant (Employment) I                         15.92
  01262 - Personnel Assistant (Employment) II                        17.82
  01263 - Personnel Assistant (Employment) III                       19.86
  01270 - Production Control Clerk                                    20.88
  01290 - Rental Clerk                                                14.77
  01300 - Scheduler, Maintenance                                      17.48
  01311 - Secretary I                                                 17.48
  01312 - Secretary II                                                19.55
  01313 - Secretary III                                               21.80
  01320 - Service Order Dispatcher                                    17.78
  01410 - Supply Technician                                           25.12
  01420 - Survey Worker                                               17.81
  01460 - Switchboard Operator/Receptionist                          14.53
```

```
   01531 - Travel Clerk I                                    13.54
   01532 - Travel Clerk II                                   14.37
   01533 - Travel Clerk III                                  15.42
   01611 - Word Processor I                                  14.86
   01612 - Word Processor II                                 16.69
   01613 - Word Processor III                                18.66
 05000 - Automotive Service Occupations
   05005 - Automobile Body Repairer, Fiberglass              23.47
   05010 - Automotive  Electrician                           21.13
   05040 - Automotive Glass Installer                        19.65
   05070 - Automotive Worker                                 19.65
   05110 - Mobile Equipment Servicer                         17.34
   05130 - Motor Equipment Metal Mechanic                    21.13
   05160 - Motor Equipment Metal Worker                      19.65
   05190 - Motor Vehicle Mechanic                            21.73
   05220 - Motor Vehicle Mechanic Helper                     17.34
   05250 - Motor Vehicle Upholstery Worker                   19.65
   05280 - Motor Vehicle Wrecker                             19.65
   05310 - Painter, Automotive                               20.49
   05340 - Radiator Repair Specialist                        19.65
   05370 - Tire Repairer                                     17.86
   05400 - Transmission Repair Specialist                    21.13
 07000 - Food Preparation And Service Occupations
   07010 - Baker                                             13.19
   07041 - Cook I                                            14.27
   07042 - Cook II                                           16.04
   07070 - Dishwasher                                         9.33
   07130 - Food Service Worker                               10.48
   07210 - Meat Cutter                                       19.04
   07260 - Waiter/Waitress                                    8.66
 09000 - Furniture Maintenance And Repair Occupations
   09010 - Electrostatic Spray Painter                       20.89
   09040 - Furniture Handler                                 17.94
   09080 - Furniture Refinisher                              20.89
   09090 - Furniture Refinisher Helper                       18.49
   09110 - Furniture Repairer, Minor                         20.70
   09130 - Upholsterer                                       19.04
 11000 - General Services And Support Occupations
   11030 - Cleaner, Vehicles                                 11.98
   11060 - Elevator Operator                                 11.47
   11090 - Gardener                                          16.54
   11122 - Housekeeping Aide                                 11.47
   11150 - Janitor                                           11.47
   11210 - Laborer, Grounds Maintenance                      13.36
   11240 - Maid or Houseman                                  10.03
   11260 - Pruner                                            12.34
   11270 - Tractor Operator                                  15.37
   11330 - Trail Maintenance Worker                          13.36
   11360 - Window Cleaner                                    12.42
 12000 - Health Occupations
   12010 - Ambulance Driver                                  19.22
   12011 - Breath Alcohol Technician                         20.27
   12012 - Certified Occupational Therapist Assistant        32.88
   12015 - Certified Physical Therapist Assistant            28.71
   12020 - Dental Assistant                                  18.09
   12025 - Dental Hygienist                                  44.54
   12030 - EKG Technician                                    36.32
   12035 - Electroneurodiagnostic Technologist               36.32
   12040 - Emergency Medical Technician                      19.22
   12071 - Licensed Practical Nurse I                        21.43
   12072 - Licensed Practical Nurse II                       23.97
   12073 - Licensed Practical Nurse III                      26.71
   12100 - Medical Assistant                                 16.51
   12130 - Medical Laboratory Technician                     20.47
   12160 - Medical Record Clerk                              15.91
```

```
    12190 - Medical Record Technician                          17.41
    12195 - Medical Transcriptionist                           21.43
    12210 - Nuclear Medicine Technologist                      46.44
    12221 - Nursing Assistant I                                11.05
    12222 - Nursing Assistant II                               12.42
    12223 - Nursing Assistant III                              13.56
    12224 - Nursing Assistant IV                               15.22
    12235 - Optical Dispenser                                  22.28
    12236 - Optical Technician                                 15.88
    12250 - Pharmacy Technician                                18.71
    12280 - Phlebotomist                                       15.22
    12305 - Radiologic Technologist                            31.84
    12311 - Registered Nurse I                                 27.63
    12312 - Registered Nurse II                                35.14
    12313 - Registered Nurse II, Specialist                    35.14
    12314 - Registered Nurse III                               40.94
    12315 - Registered Nurse III, Anesthetist                  40.94
    12316 - Registered Nurse IV                                49.04
    12317 - Scheduler (Drug and Alcohol Testing)               29.68
    12320 - Substance Abuse Treatment Counselor                29.68
  13000 - Information And Arts Occupations
    13011 - Exhibits Specialist I                              22.43
    13012 - Exhibits Specialist II                             27.78
    13013 - Exhibits Specialist III                            33.99
    13041 - Illustrator I                                      22.43
    13042 - Illustrator II                                     27.78
    13043 - Illustrator III                                    33.99
    13047 - Librarian                                          30.77
    13050 - Library Aide/Clerk                                 17.58
    13054 - Library Information Technology Systems             27.78
    Administrator
    13058 - Library Technician                                 20.75
    13061 - Media Specialist I                                 20.05
    13062 - Media Specialist II                                22.43
    13063 - Media Specialist III                               25.00
    13071 - Photographer I                                     17.46
    13072 - Photographer II                                    19.51
    13073 - Photographer III                                   24.18
    13074 - Photographer IV                                    29.57
    13075 - Photographer V                                     35.78
    13090 - Technical Order Library Clerk                      15.49
    13110 - Video Teleconference Technician                    20.97
  14000 - Information Technology Occupations
    14041 - Computer Operator I                                15.70
    14042 - Computer Operator II                               17.56
    14043 - Computer Operator III                              19.59
    14044 - Computer Operator IV                               21.76
    14045 - Computer Operator V                                24.09
    14071 - Computer Programmer I            (see 1)           22.61
    14072 - Computer Programmer II           (see 1)
    14073 - Computer Programmer III          (see 1)
    14074 - Computer Programmer IV           (see 1)
    14101 - Computer Systems Analyst I       (see 1)
    14102 - Computer Systems Analyst II      (see 1)
    14103 - Computer Systems Analyst III     (see 1)
    14150 - Peripheral Equipment Operator                      15.70
    14160 - Personal Computer Support Technician               21.76
    14170 - System Support Specialist                          23.36
  15000 - Instructional Occupations
    15010 - Aircrew Training Devices Instructor (Non-Rated)    29.62
    15020 - Aircrew Training Devices Instructor (Rated)        39.42
    15030 - Air Crew Training Devices Instructor (Pilot)       40.72
    15050 - Computer Based Training Specialist / Instructor    29.62
    15060 - Educational Technologist                           34.68
    15070 - Flight Instructor (Pilot)                          40.72
```

AR02300   3/10

```
   15080 - Graphic Artist                                           24.94
   15085 - Maintenance Test Pilot, Fixed, Jet/Prop                  40.72
   15086 - Maintenance Test Pilot, Rotary Wing                      40.72
   15088 - Non-Maintenance Test/Co-Pilot                            40.72
   15090 - Technical Instructor                                     21.58
   15095 - Technical Instructor/Course Developer                    24.94
   15110 - Test Proctor                                             19.65
   15120 - Tutor                                                    19.65
16000 - Laundry, Dry-Cleaning, Pressing And Related Occupations
   16010 - Assembler                                                11.64
   16030 - Counter Attendant                                        11.64
   16040 - Dry Cleaner                                              14.93
   16070 - Finisher, Flatwork, Machine                              11.64
   16090 - Presser, Hand                                            11.64
   16110 - Presser, Machine, Drycleaning                            11.64
   16130 - Presser, Machine, Shirts                                 11.64
   16160 - Presser, Machine, Wearing Apparel, Laundry               11.64
   16190 - Sewing Machine Operator                                  16.02
   16220 - Tailor                                                   16.96
   16250 - Washer, Machine                                          12.77
19000 - Machine Tool Operation And Repair Occupations
   19010 - Machine-Tool Operator (Tool Room)                        25.89
   19040 - Tool And Die Maker                                       30.82
21000 - Materials Handling And Packing Occupations
   21020 - Forklift Operator                                        22.26
   21030 - Material Coordinator                                     21.68
   21040 - Material Expediter                                       23.83
   21050 - Material Handling Laborer                                16.48
   21071 - Order Filler                                             14.13
   21080 - Production Line Worker (Food Processing)                 22.26
   21110 - Shipping Packer                                          16.44
   21130 - Shipping/Receiving Clerk                                 16.44
   21140 - Store Worker I                                           14.19
   21150 - Stock Clerk                                              17.98
   21210 - Tools And Parts Attendant                                22.26
   21410 - Warehouse Specialist                                     22.26
23000 - Mechanics And Maintenance And Repair Occupations
   23010 - Aerospace Structural Welder                              32.03
   23019 - Aircraft Logs and Records Technician                     26.00
   23021 - Aircraft Mechanic I                                      30.65
   23022 - Aircraft Mechanic II                                     32.03
   23023 - Aircraft Mechanic III                                    33.24
   23040 - Aircraft Mechanic Helper                                 22.75
   23050 - Aircraft, Painter                                        29.03
   23060 - Aircraft Servicer                                        26.00
   23070 - Aircraft Survival Flight Equipment Technician            29.03
   23080 - Aircraft Worker                                          27.50
   23091 - Aircrew Life Support Equipment (ALSE) Mechanic           27.50
I
   23092 - Aircrew Life Support Equipment (ALSE) Mechanic           30.65
II
   23110 - Appliance Mechanic                                       26.42
   23120 - Bicycle Repairer                                         16.24
   23125 - Cable Splicer                                            29.60
   23130 - Carpenter, Maintenance                                   22.71
   23140 - Carpet Layer                                             25.23
   23160 - Electrician, Maintenance                                 30.99
   23181 - Electronics Technician Maintenance I                     24.60
   23182 - Electronics Technician Maintenance II                    28.00
   23183 - Electronics Technician Maintenance III                   30.65
   23260 - Fabric Worker                                            23.67
   23290 - Fire Alarm System Mechanic                               27.45
   23310 - Fire Extinguisher Repairer                               22.28
   23311 - Fuel Distribution System Mechanic                        30.46
   23312 - Fuel Distribution System Operator                        24.48
```

| | |
|---|---|
| 23370 - General Maintenance Worker | 19.22 |
| 23380 - Ground Support Equipment Mechanic | 30.65 |
| 23381 - Ground Support Equipment Servicer | 26.00 |
| 23382 - Ground Support Equipment Worker | 27.50 |
| 23391 - Gunsmith I | 22.28 |
| 23392 - Gunsmith II | 25.04 |
| 23393 - Gunsmith III | 27.84 |
| 23410 - Heating, Ventilation And Air-Conditioning Mechanic | 26.08 |
| 23411 - Heating, Ventilation And Air Contidioning Mechanic (Research Facility) | 27.38 |
| 23430 - Heavy Equipment Mechanic | 27.83 |
| 23440 - Heavy Equipment Operator | 24.61 |
| 23460 - Instrument Mechanic | 28.92 |
| 23465 - Laboratory/Shelter Mechanic | 26.42 |
| 23470 - Laborer | 14.06 |
| 23510 - Locksmith | 25.28 |
| 23530 - Machinery Maintenance Mechanic | 27.59 |
| 23550 - Machinist, Maintenance | 24.97 |
| 23580 - Maintenance Trades Helper | 18.47 |
| 23591 - Metrology Technician I | 28.92 |
| 23592 - Metrology Technician II | 30.22 |
| 23593 - Metrology Technician III | 31.69 |
| 23640 - Millwright | 27.84 |
| 23710 - Office Appliance Repairer | 24.40 |
| 23760 - Painter, Maintenance | 18.20 |
| 23790 - Pipefitter, Maintenance | 27.67 |
| 23810 - Plumber, Maintenance | 26.88 |
| 23820 - Pneudraulic Systems Mechanic | 27.84 |
| 23850 - Rigger | 27.84 |
| 23870 - Scale Mechanic | 25.04 |
| 23890 - Sheet-Metal Worker, Maintenance | 28.12 |
| 23910 - Small Engine Mechanic | 20.33 |
| 23931 - Telecommunications Mechanic I | 25.94 |
| 23932 - Telecommunications Mechanic II | 27.37 |
| 23950 - Telephone Lineman | 25.08 |
| 23960 - Welder, Combination, Maintenance | 26.49 |
| 23965 - Well Driller | 30.46 |
| 23970 - Woodcraft Worker | 27.84 |
| 23980 - Woodworker | 22.03 |
| 24000 - Personal Needs Occupations | |
| 24550 - Case Manager | 15.19 |
| 24570 - Child Care Attendant | 10.95 |
| 24580 - Child Care Center Clerk | 14.96 |
| 24610 - Chore Aide | 10.44 |
| 24620 - Family Readiness And Support Services Coordinator | 15.19 |
| 24630 - Homemaker | 16.68 |
| 25000 - Plant And System Operations Occupations | |
| 25010 - Boiler Tender | 27.69 |
| 25040 - Sewage Plant Operator | 29.59 |
| 25070 - Stationary Engineer | 27.69 |
| 25190 - Ventilation Equipment Tender | 20.91 |
| 25210 - Water Treatment Plant Operator | 29.59 |
| 27000 - Protective Service Occupations | |
| 27004 - Alarm Monitor | 24.00 |
| 27007 - Baggage Inspector | 13.90 |
| 27008 - Corrections Officer | 25.60 |
| 27010 - Court Security Officer | 25.60 |
| 27030 - Detection Dog Handler | 18.18 |
| 27040 - Detention Officer | 25.60 |
| 27070 - Firefighter | 25.13 |
| 27101 - Guard I | 13.90 |
| 27102 - Guard II | 18.18 |
| 27131 - Police Officer I | 30.96 |

AR02302

```
   27132 - Police Officer II                                              34.42
 28000 - Recreation Occupations
   28041 - Carnival Equipment Operator                                    13.67
   28042 - Carnival Equipment Repairer                                    14.67
   28043 - Carnival Worker                                                10.96
   28210 - Gate Attendant/Gate Tender                                     14.77
   28310 - Lifeguard                                                      11.84
   28350 - Park Attendant (Aide)                                          16.53
   28510 - Recreation Aide/Health Facility Attendant                      12.21
   28515 - Recreation Specialist                                          20.48
   28630 - Sports Official                                                13.66
   28690 - Swimming Pool Operator                                         17.68
 29000 - Stevedoring/Longshoremen Occupational Services
   29010 - Blocker And Bracer                                             26.05
   29020 - Hatch Tender                                                   26.05
   29030 - Line Handler                                                   26.05
   29041 - Stevedore I                                                    25.18
   29042 - Stevedore II                                                   28.12
 30000 - Technical Occupations
   30010 - Air Traffic Control Specialist, Center (HFO)   (see 2)         37.52
   30011 - Air Traffic Control Specialist, Station (HFO)  (see 2)         25.87
   30012 - Air Traffic Control Specialist, Terminal (HFO) (see 2)         28.49
   30021 - Archeological Technician I                                     18.02
   30022 - Archeological Technician II                                    20.17
   30023 - Archeological Technician III                                   24.55
   30030 - Cartographic Technician                                        24.55
   30040 - Civil Engineering Technician                                   24.45
   30051 - Cryogenic Technician I                                         21.24
   30052 - Cryogenic Technician II                                        23.46
   30061 - Drafter/CAD Operator I                                         18.02
   30062 - Drafter/CAD Operator II                                        20.17
   30063 - Drafter/CAD Operator III                                       22.50
   30064 - Drafter/CAD Operator IV                                        27.19
   30081 - Engineering Technician I                                       16.00
   30082 - Engineering Technician II                                      17.96
   30083 - Engineering Technician III                                     20.10
   30084 - Engineering Technician IV                                      24.88
   30085 - Engineering Technician V                                       30.45
   30086 - Engineering Technician VI                                      36.85
   30090 - Environmental Technician                                       27.01
   30095 - Evidence Control Specialist                                    19.18
   30210 - Laboratory Technician                                          20.60
   30221 - Latent Fingerprint Technician I                                21.24
   30222 - Latent Fingerprint Technician II                               23.46
   30240 - Mathematical Technician                                        26.12
   30361 - Paralegal/Legal Assistant I                                    20.22
   30362 - Paralegal/Legal Assistant II                                   25.06
   30363 - Paralegal/Legal Assistant III                                  30.36
   30364 - Paralegal/Legal Assistant IV                                   37.09
   30375 - Petroleum Supply Specialist                                    23.46
   30390 - Photo-Optics Technician                                        24.55
   30395 - Radiation Control Technician                                   23.46
   30461 - Technical Writer I                                             25.32
   30462 - Technical Writer II                                            30.65
   30463 - Technical Writer III                                           32.80
   30491 - Unexploded Ordnance (UXO) Technician I                         23.85
   30492 - Unexploded Ordnance (UXO) Technician II                        28.85
   30493 - Unexploded Ordnance (UXO) Technician III                       34.58
   30494 - Unexploded (UXO) Safety Escort                                 23.85
   30495 - Unexploded (UXO) Sweep Personnel                               23.85
   30501 - Weather Forecaster I                                           27.19
   30502 - Weather Forecaster II                                          33.08
   30620 - Weather Observer, Combined Upper Air Or        (see 2)         22.50
   Surface Programs
   30621 - Weather Observer, Senior                       (see 2)         24.55
```

AR02303

```
31000 - Transportation/Mobile Equipment Operation Occupations
  31010 - Airplane Pilot                              28.85
  31020 - Bus Aide                                    15.82
  31030 - Bus Driver                                  20.61
  31043 - Driver Courier                              17.35
  31260 - Parking and Lot Attendant                   11.65
  31290 - Shuttle Bus Driver                          17.64
  31310 - Taxi Driver                                 11.80
  31361 - Truckdriver, Light                          17.64
  31362 - Truckdriver, Medium                         19.45
  31363 - Truckdriver, Heavy                          27.15
  31364 - Truckdriver, Tractor-Trailer                27.15
99000 - Miscellaneous Occupations
  99020 - Cabin Safety Specialist                     14.07
  99030 - Cashier                                     10.48
  99050 - Desk Clerk                                  10.44
  99095 - Embalmer                                    23.85
  99130 - Flight Follower                             23.85
  99251 - Laboratory Animal Caretaker I               12.74
  99252 - Laboratory Animal Caretaker II              13.57
  99260 - Marketing Analyst                           23.46
  99310 - Mortician                                   23.85
  99410 - Pest Controller                             19.88
  99510 - Photofinishing Worker                       12.53
  99710 - Recycling Laborer                           15.08
  99711 - Recycling Specialist                        17.39
  99730 - Refuse Collector                            15.43
  99810 - Sales Clerk                                 14.32
  99820 - School Crossing Guard                       15.43
  99830 - Survey Party Chief                          32.98
  99831 - Surveying Aide                              22.24
  99832 - Surveying Technician                        24.18
  99840 - Vending Machine Attendant                   14.96
  99841 - Vending Machine Repairer                    17.92
  99842 - Vending Machine Repairer Helper             14.96
```

Note: Executive Order (EO) 13706, Establishing Paid Sick Leave for Federal
Contractors, applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1,
2017.  If this contract is covered by the EO, the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work, up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness, injury or other health-related needs, including preventive care; to
assist a family member (or person who is like family to the employee) who is ill,
injured, or has other health-related needs, including preventive care; or for
reasons resulting from, or to assist a family member (or person who is like family
to the employee) who is the victim of, domestic violence, sexual assault, or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.41 per hour or $176.40 per week or $764.40 per month

HEALTH & WELFARE EO 13706: $4.13 per hour, or $165.20 per week, or $715.87 per
month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706, Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor, 3 weeks after 5 years, and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year: New Year's Day, Martin Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b), this wage determination does not apply to any employee who individually qualifies as a bona fide executive, administrative, or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals, (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition, because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example, if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate, then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally, because job titles vary widely and change quickly in the computer industry, job titles are not determinative of the application of the computer professional exemption. Therefore, the exemption applies only to computer employees who satisfy the compensation requirements and whose primary duty consists of:
    (1) The application of systems analysis techniques and procedures, including consulting with users, to determine hardware, software or system functional specifications;
    (2) The design, development, documentation, analysis, creation, testing or modification of computer systems or programs, including prototypes, based on and related to user or system design specifications;
    (3) The design, documentation, testing, creation or modification of computer programs related to machine operating systems; or
    (4) A combination of the aforementioned duties, the performance of which requires the same level of skills. (29 C.F.R. 541.400).

2) AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty, you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance, explosives, and incendiary materials. This includes work such as

AR02305

screening, blending, dying, mixing, and pressing of sensitive ordnance, explosives,
and pyrotechnic compositions such as lead azide, black powder and photoflash powder.
All dry-house activities involving propellants or explosives.  Demilitarization,
modification, renovation, demolition, and maintenance operations on sensitive
ordnance, explosives and incendiary materials.  All operations involving re-grading
and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that
represents a low degree of hazard when working with, or in close proximity to
ordnance, (or employees possibly adjacent to) explosives and incendiary materials
which involves potential injury such as laceration of hands, face, or arms of the
employee engaged in the operation, irritation of the skin, minor burns and the like;
minimal damage to immediate or adjacent work area or equipment being used.  All
operations involving, unloading, storage, and hauling of ordnance, explosive, and
incendiary ordnance material other than small arms ammunition.  These differentials
are only applicable to work that has been specifically designated by the agency for
ordnance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract
(either by the terms of the Government contract, by the employer, by the state or
local law, etc.), the cost of furnishing such uniforms and maintaining (by
laundering or dry cleaning) such uniforms is an expense that may not be borne by an
employee where such cost reduces the hourly rate below that required by the wage
determination. The Department of Labor will accept payment in accordance with the
following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an
adequate number of uniforms without cost or to reimburse employees for the actual
cost of the uniforms.  In addition, where uniform cleaning and maintenance is made
the responsibility of the employee, all contractors and subcontractors subject to
this wage determination shall (in the absence of a bona fide collective bargaining
agreement providing for a different amount, or the furnishing of contrary
affirmative proof as to the actual cost), reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However, in
those instances where the uniforms furnished are made of "wash and wear"
materials, may be routinely washed and dried with other personal garments, and do
not require any special treatment such as dry cleaning, daily washing, or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract, by the contractor, by law, or by the nature of the work,
there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
"Service Contract Act Directory of Occupations", Fifth Edition (Revision 1),
dated September 2015, unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE, Standard
Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e., the work to
be performed is not performed by any classification listed in the wage
determination), be classified by the contractor so as to provide a reasonable
relationship (i.e., appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification, wage rate, and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day

Case 1:19-cv-03729-DLF Document 35-3 Filed 07/12/21 Page 279 of 762

of work on which contract work is performed by them in the classification. Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract, a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order
the proposed classification title(s), a Federal grade equivalency (FGE) for each
proposed classification(s), job description(s), and rationale for proposed wage
rate(s), including information regarding the agreement or disagreement of the
authorized representative of the employees involved, or where there is no authorized
representative, the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action, together with the agency's recommendations and pertinent
information including the position of the contractor and the employees, to the U.S.
Department of Labor, Wage and Hour Division, for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or
disapproves the action via transmittal to the agency contracting officer, or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

6) Each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of
Occupations" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember, it is not the job title, but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split, combine, or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1)).

AR02307



# United States Department of the Interior

OFFICE OF THE SECRETARY
Washington, DC 20240



MAR   3 2010

Memorandum

To:        Sanjeev (Sonny) Bhagowalia
           Chief Information Officer

From:      Lawrence K. Ruffin *Lawrence K. Ruffin*
           Chief Information Security Officer

Subject:   Request and Risk Acceptance for Permanent Opening of Social Media and Web
           2.0 Technology Websites

The Department of the Interior's bureaus/offices have diverse missions requiring them to engage
the public and interact with other Federal Government agencies through Social Media and
Web 2.0 technology websites. Many of Interior's bureaus/offices and other agencies have
already established presence on some of these types of sites and the success of their missions and
business processes rely heavily on their ability to more effectively and efficiently make use of
those sites through broader access and participation/contribution of their employees in the
utilization of those services.

The Cyber Security Division (CSD), within the Department's Office of the Chief Information
Officer (OCIO) has received numerous requests from Interior's bureaus/offices to provide broad
access to YouTube, Facebook, Flickr and Twitter. In recognition of the ongoing concerns
regarding the risks (see attached) associated with use of those sites, and these technologies in
general, I am recommending consideration to allow broad access to only specific sections of
those websites to enable Interior's bureaus/offices to utilize them to help enhance the
effectiveness and efficiency of their mission/business functions. The following is an initial list
of some of the specific sections of those sites being requested to be accessible by all of Interior's
employees and contractors.

    http://www.facebook.com/SecretarySalazar

    http://www.facebook.com/nationalparkservice

    http://www.flickr.com/photos/USInterior

    http://www.twitter.com/NatlParkService

    http://www.twitter.com/USGS

    http://www.twitter.com/USInteriorNews

AR02308

http://www.youtube.com/user/esritv

http://www.youtube.com/user/FEMA

http://www.youtube.com/user/oceanexplorergov

http://www.youtube.com/user/CDCStreamingHealth

http://www.youtube.com/NationalParkService

http://www.youtube.com/USGS

http://www.youtube.com/USInterior

http://www.youtube.com/RecoveryBoard#play

http://www.youtube.com/user/irsvideos

http://www.youtube.com/user/NationalParkService

http://www.youtube.com/user/oceanexplorergov

http://www.youtube.com/user/usgs#play/all

http://www.youtube.com/user/USEPAgov

http://www.youtube.com/user/USGovernment

http://www.youtube.com/user/USFoodandDrugAdmin

http://www.youtube.com/user/ushomelandsecurity

http://www.youtube.com/user/usnistgov

http://www.youtube.com/user/whitehouse

Upon your approval, I will independently exercise the authority previously delegated to me to apply the same rationale/justification as the basis of any additional sites that I might subsequently approve for broad access by all of Interior's employees/contractors within the specific sections of these types of sites to the extent that Interior's web content filtering solution is capable of implementing such granular access. Where the web content filtering solution is unable to restrict access to specific sections within a site then those requests will be escalated to your approval.

The following web sites have also been frequently requested that would require access to the entire site as many companies and vendors utilize these sites for presentations and many

2

AR02309

bureaus/offices have a need to utilize these services to conduct meetings and provide training that are not sensitive in nature.

http://connectnow.acrobat.com

http://gotomeeting.com

http://gotowebinar.com

http://gotoassist.com

http://www.webex.com/

http://www.govloop.com/

http://office.microsoft.com/en-us/livemeeting/default.aspx

It is requested that the above sites be made generally accessible by all of Interior's employees and contractors within bureaus/offices.

For any of the sites being approved for general access, each bureau/office may elect to not allow all of their employees/contractors to have such access and CSD will consult with the Bureau Chief Information Security Officers (BCISO) to identify any access restrictions to these sites as they might deem appropriate.

Attachment

cc:   Andrew Jackson, DAS-Technology, Information and Business Services
      Bureau/Office CIOs
      Bureau/Office DCIOs
      Bureau/Office CISOs

3

AR02310

**Risk Acceptance for Permanent Opening of Social Media and
Web 2.0 Technology Websites**

## Risk Acceptance

An analysis of the tradeoffs between business needs and security risks associated with Facebook, Twitter, and YouTube has been performed jointly by the Department of the Interior (DOI) Web Council and the Information Technology Security Team.  I have reviewed the results of those analyses as well as guidance provided by the Federal CIO Council for secure use of social networking technologies.

In weighing the potential adverse effects to critical and essential mission/business requirements resulting from Interior's bureau/office employees and contractors not being able to currently utilize the identified Social Media and Web 2.0 websites and the additional websites identified in the accompanying memorandum that enable the cost-effective and efficient utilization of those technologies to help minimize the otherwise costly expense associated with travel across Interior's geographically dispersed environment, against the risks associated with their use, I have determined that the operational necessity to allow all of Interior's bureau/office employees and contractors to have access to those sites (at the discretion of each requesting BCISO) outweighs those risks to agency operations, agency information and information system assets, or individuals and are acceptable.

## Reference Documents

1. "DOI Executive Risk Assessment Briefing Request to unblock Facebook.com for all DOI employees Facebook Risk Assessment Version 1.0," dated December 3, 2009, prepared by the Department of the Interior (DOI) Social Networking/Web 2.0 Working Group

2. "DOI Executive Risk Assessment Briefing Request to unblock Twitter.com for all DOI employees - Twitter Risk Assessment Version 1.0," dated December 3, 2009, prepared by the Department of the Interior (DOI) Social Networking/Web 2.0 Working Group

3. "DOI Executive Risk Assessment Briefing Request to unblock youtube.com for all DOI employees - YouTube Risk Assessment Version 1.0," dated December 3, 2009, prepared by the Department of the Interior (DOI) Social Networking/Web 2.0 Working Group

4. "Guidelines for Secure Use of Social Media by Federal Departments and Agencies," Version 0.91, dated September 2009 and issued by the Information Security and Identity Management Committee (ISIMC), Network and Infrastructure Security Subcommittee (NISSC), Web 2.0 Security Working Group (W20SWG)

Attachment

**Departmental Approval**

_____          3-3-2010
Sanjeev (Sonny) Bhagowalia
Chief Information Officer
DOI Designated Approving/Accrediting Authority (DAA)          Date


_____          4-24-2010
Andrew Jackson                            Date
Deputy Assistant Secretary
Technology, Information and Business Services

2

AR02312

AR02313

## QUOTATION PREPARATION INSTRUCTIONS

In order to participate in this RFQ, all interested parties must submit a Technical Volume and Price Volume responding to the requirements identified herein. The Technical Volume must be separate from the Price Volume and both must be sent as electronic attachments.

Your quote shall become the property of the Government and will not be returned. If your quote contains information that you do not wish disclosed to the public or used by the Government for any purpose other than evaluation of your quote, such restrictions shall be clearly indicated on each sheet containing such information. Prior to submission of your quote, the Quoter is expected to reach an understanding of the requirements of this solicitation. If such a review establishes the need for correction or clarification, such information should immediately be brought to the attention of the Contracting Officer so that the matter can be resolved. The Government reserves the right to request such additional information as may be necessary to determine the Quoter's qualifications for award of an Order or to clarify any aspects of the technical and/or business quotes. Such information shall be furnished promptly upon the Government's request. Copies of the successful quote will be retained only as needed for contract administration and monitoring.

It is the Quoters' responsibility to read the RFQ and all related documents carefully and completely and to monitor e-mail for any updates to the RFQ on a regular basis. Additionally, it is the Quoter's responsibility to ensure/verify the Government receives its submission on or before the submission due date and time specified.

All quotation documents shall be submitted in Microsoft Excel, Microsoft Word, Microsoft Visio or other non-protected formats, except in circumstances where noted otherwise, such as Adobe PDF.

| Phase 1 | |
|---|---|
| **Section** | **Technical Volume** |
| 1 | Technical Capabilities **Limited to 10 Pages** |
| **Appendices** | All appendices are REQUIRED, unless otherwise indicated. |
| **Appendix 1** | Technical Assumptions, Conditions, Or Exceptions (Optional) |
| **Appendix 2** | Staffing Plan |
| **Appendix 3** | Personnel |
| **Appendix 4** | Sub-Contractors (Optional) |
| **Appendix 5** | Hardware List |
| **Appendix 6** | System Architecture Drawings |

AR02314

| RFQ 140L3918Q0061 | 2018 Burning Man Event BLM Microwave Wireless Internet Services & Support | Page 2 of 7 |
|---|---|---|

| Appendix 7 | Network Monitoring Plan |
|---|---|
| Appendix 8 | Past Performance Information |
| **Section** | **Price Volume** |
| 2 | Price and Price breakdown, including: Complete list of all Labor Category Descriptions and Hourly Rates for each Pricing Period supporting the Firm Fixed Price (FFP.) |
| **Appendices** | All appendices are REQUIRED, unless otherwise indicated. |
| Appendix 1 | Pricing Assumptions (Optional) |

## Written Quotation

### Technical Quote & Required Appendices

While this purchase is primarily for hardware and software, there is a level of technical complexity for the installation and integration of the products that necessitates a thorough evaluation of the Quoter's technical approach. The Quoter must submit a written technical quote which provides specific information on the following topics as the topics relate to the Government's SOW:

1. The Quoter shall demonstrate an understanding of the hardware, software, licenses, and installation/integration/training work required, including creativity and thoroughness shown in understanding the requirements described within the SOW and specific tasks.

   **Merely referencing the section of the SOW or cut-and-paste of language from the SOW is not considered an acceptable response, and may not be considered for award.**

2. The Quoter shall describe specific methods and techniques for completing the SOW tasks; identifying potential problem areas and providing such items as a complete description of quality assurance, a draft quality assurance surveillance plan, project management plan, and a staffing plan (see section 13 of the SOW).

3. The Quoter shall provide the appropriate personnel with the necessary experience, education, qualifications, and training in accordance with the SOW. Personnel must have current, valid credentials matching (at a minimum) those credentials specified within the SOW. If certifications are required, quotations containing "equivalent" substitutions may be deemed unacceptable and, as a result, may not be considered for award.

4. **Quoter shall prepare the technical volume so that it addresses the SOW sequentially (each topic shall be addressed in the same order as it appears within the SOW). The section and/or page**

AR02315

| RFQ 140L3918Q0061 | 2018 Burning Man Event BLM Microwave Wireless Internet Services & Support | Page 3 of 7 |
|---|---|---|

number(s) of the SOW being addressed by the quoter shall be clearly referenced within each section of the vendor's quote.

## Section 1 – Technical Quote

The written technical quote should address the subjects identified above and **shall not exceed ten (10) one-sided pages** in length. Text font shall be no smaller than 12 point (font associated with imbedded pictures and/or diagrams may be smaller, but must be legible). Double sided pages will count as two pages towards the page count. Use bullets to highlight key items, and keep wording concise and to the point. The cover page, cover letter and index of the technical submission do not count against the page limit. Any documentation in excess of the page limit will not be evaluated.

**At a minimum, the technical quote shall identify and thoroughly describe the quoter's approach to the following (as applicable):**

1. Ability to meet the technical requirements described in the SOW.
2. Ability to meet the System Standards Compliance described the SOW.
3. Ability to meet the Legal Authorities And Regulatory Requirements described in the SOW.
4. All required appendices.

AR02316

**Appendix 1: Technical Assumptions, Conditions, Or Exceptions:**
In addition to the technical quote, a **Technical Assumptions, Conditions or Exceptions section** may be included by the Quoter, and **is not included** in the page count limit. Quoters shall indicate, in this section only, if any *technical* assumptions have been made, conditions have been stipulated or exceptions have been taken with SOW as written. It is not the responsibility of the Government to seek out and identify assumptions, conditions, or exceptions buried within the quote. Accordingly, any technical related assumptions listed in any other volume or section will be null and void. The Government reserves the right to reject vendor assumptions.

**Appendix 2:  Staffing Plan**
A **Staffing Plan** is required from each Quoter, and **is not included** in the page count limit. Provide a detailed description of staffing requirements for this project. The staffing plan must include, as a minimum:

- Number of personnel
- Titles of personnel
- Relevant personnel qualifications and technical experience for this project
- Roles and responsibilities of personnel
- Duration personnel will be on-site
- Indication of whether personnel are employees or sub-contractors

In the Staffing Plan, all staff needed to conduct the work and produce all required products and deliverables must be identified.

**Appendix 3:  Personnel:**
A **Personnel section** is required from each Quoter, and **is not included** in the page count limit.  Provide a description of the experience and capability for each of the key personnel on your proposed project team. Descriptions shall address such items as the individual's background, education, work experience, and accomplishments.  Demonstrate the knowledge that personnel have gained through completed and ongoing efforts that are similar in nature to this effort. Resumes are limited to two (2) pages each.

Contractors quote shall demonstrate that both the organization and quoted key personnel can successfully complete this project on time, within budget and within scope.  At time of quote submission, Contractor shall indicate the availability of the key personnel who will be assigned to this task.  Key personnel are all individuals who will be supporting this task in a primary capacity, to include full and part-time personnel.

**Appendix 4: Sub-Contractors:**
A **Sub-Contractors section** may be included by the Quoter, and **is not included** in the page count limit. Provide a description of any sub-contractors planned to be used for the solution. Descriptions shall include such items as the sub-contractors area of expertise, role in the project and whether the sub-contractors will be on-site support and/or remote support. Demonstrate the knowledge that personnel have gained through completed and ongoing efforts that are similar in nature to this effort. Resumes, if provided, are limited to two (2) pages each. The mere inclusion of sub-contractors in a response will not adversely affect the evaluation. The inclusion of sub-contractors, however, will be taken into account as part of the staffing plan.

| RFQ 140L3918Q0061 | 2018 Burning Man Event BLM Microwave Wireless Internet Services & Support | Page 5 of 7 |
| --- | --- | --- |

## Appendix 5: Hardware List
**A Hardware List section** is required from each Quoter, and **is not included** in the page count limit. Provide each vendor-provided hardware component, its part number, description and specifications. **Do not** include pricing information in this appendix.

## Appendix 6: System Architecture Drawings
**System Architecture drawings are required** from each Quoter, and **are not included** in the page count limit. Quoters shall provide a Microsoft Visio diagram (or equivalent) showing high-level draft of network system architecture **and** shall provide a Microsoft Visio diagram (or equivalent, PDF, etc.) showing detail-level draft of network system architecture. **Do not** include pricing information in this appendix. Contractor must provide a technical drawing, which shows their network design concept for this project.

Drawing(s) shall address the following at minimum:

- Relationship of Internet Service Provider (ISP) connection to government network
- Relationship of (all) hardware components
- Presumed physical locations of all components
- Relationship of Primary System Environment to "Failover" environment.
- Assumed wired data line / network connections between components.
- Assumed wireless (microwave) / network connections between components.

## Appendix 7: Network Monitoring Plan
**A Network Monitoring Plan** is required from each Quoter, and **is not included** in the page count limit. Provide a plan which details the hardware, software and engineering approach to network monitoring as outlined in the RFQ. **Do not** include pricing information in this appendix.

## Appendix 8: Past Performance
**Evidence of recent experience** with the same type of work (meaning network design, installation, wireless internet service provision, service and support work,) of the same type, dollar value, and complexity, performed within the past 2 years); provide at least two references, to include name of firm, point of contact (POC) name, POC phone number and POC email address, and a brief description of the work performed. Evidence of supporting subcontractors, consultants, and business partners will be considered. **Do not** include pricing information in this appendix, however, do include dollar value of past projects where appropriate.

Sub-Contracting information
Contractor must provide a list of any known sub-contractors who will be used to support their solution. This information should be one (1) page maximum.

## Section 2 –Price Quote

The price quote shall be a separate volume from the written technical quote volume. Quoters must provide a quote on all items requested in order to be considered for award. The price quote shall clearly identify the

AR02318

| RFQ 140L3918Q0061 | 2018 Burning Man Event BLM Microwave Wireless Internet Services & Support | Page 6 of 7 |
|---|---|---|

pricing for all products and services. <u>This includes all labor categories, hours, and rates with a complete price breakdown</u> that supports the Firm-Fixed-Price for any ancillary services.

\*\*The quoter shall also include in the price volume a **GRAND TOTAL** for <u>all items quoted</u>

### Pricing Information Requirements

<u>**Appendix 1: Price Assumptions:**</u>
Quoters shall indicate, in this section only, if any price related assumptions have been made, conditions have been stipulated or exceptions have been taken with the Statement of Work as written.  It is not the responsibility of the Government to seek out and identify assumptions, conditions, or exceptions buried within the quote.  Accordingly, any price related assumptions listed in any other volume or section will be null and void.  The Government reserves the right to reject vendor assumptions.

<u>**Travel  and Other Direct Costs (ODCs):**</u>
The resultant Purchase Order will be a Firm-Fixed Price.  Forecasted travel and ODCs shall be factored into the total quote accordingly.

| RFQ 140L3918Q0061 | 2018 Burning Man Event BLM Microwave Wireless Internet Services & Support | Page 7 of 7 |

## PERIOD FOR ACCEPTANCE OF QUOTATIONS

The Quoter agrees to hold the pricing shown on its quotation firm for 45 calendar days from the date specified for receipt of quotations, unless another time period is specified in an addendum to the solicitation. Your quote shall become the property of the Government and will not be returned.  If your quote contains information that you do not wish disclosed to the public or used by the Government for any purpose other than evaluation of your quote, such restrictions shall be clearly indicated on each sheet containing such information.

Prior to submission of a quote, the Quoter is expected to reach an understanding of the requirements described within this solicitation.  If such a review establishes the need for correction or clarification, such information shall immediately be brought to the attention of the Contracting Officer so that the matter can be resolved. The Government reserves the right to request such additional information as may be necessary to determine the Quoter's qualifications for award of a Purchase Order or to clarify any aspects of the quotation (technical, price, or appendices).  Such information shall be furnished promptly upon the Government's request.  Copies of quotations will be retained only as-needed for Purchase Order administration and monitoring.

AR02320

AR02321



# United States Department of the Interior



BUREAU OF LAND MANAGEMENT
Nevada State Office
1340 Financial Boulevard
Reno, Nevada  89502-7147
http://www.blm.gov/nv

In Reply Refer To:
NV955

## DETERMINATION AND FINDINGS

**Purchase Requisitions 0040389106 Burning Man 2018 Microwave Wireless Internet Services & Support**

The nature of this action is to place a purchase order for commercial services.

## FINDINGS

Based on previous orders and internet market research, internet service providers are commonly available in the commercial market place.  Based on previous acquisitions, there is adequate small business competition.  The Government IGCE is $20,000.00.

## DETERMINATION

Based on the findings, I have determined to solicit this requirement as a total small business set aside on an open market basis.

*Gregory P Kothman*

Gregory Kothman
Contracts Specialist

25 May 2018
Date

AR02322

AR02323

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
BLM BURNING MAN OPERATION 2018

STATEMENT OF WORK (SOW)

for providing Microwave Wireless Internet, technical services and support in the Gerlach,
NV area to BLM for the 2018 Burning Man Event

PROJECT TITLE:

2018 Burning Man Event BLM Microwave Wireless Internet Service

BACKGROUND:

The Burning Man Recreational Event is an international art festival and an experiment in a
"temporary community dedicated to radical self-expression and self-reliance". The temporary
community of Black Rock City is created for eight days and becomes the seventh largest city in
Nevada. The event takes place on the Black Rock Desert within the Black Rock/High Rock
NCA, managed by the Winnemucca District Office. A Special Recreation Permit (SRP) is
issued to Black Rock City LLC, which is responsible for all activities within Black Rock City.
The SRP has approximately 13 general stipulations and 60 special stipulations. The BLM also
generates a Closure Order for the event that is announced in the Federal Register, which
designates the event area as a temporary closure and documents temporary restriction of certain
activities within the temporary closure.

The BLM's operational mission is to ensure public safety and resource protection through the
enforcement of the event closure order, the SRP stipulations, Federal laws/regulations and
Nevada state laws/regulations at the event. To accomplish this mission the BLM has adopted the
Incident Command System (ICS) and integrated multiple agencies into one operation. The ICS
operation will be a combination of overhead, operational and support positions. The ICS
operation will cover all three event periods of the detail: Pre-Event; Main Event; Post-Event
(8/21 - 9/6: 17 days).

SCOPE OF WORK:

The Contractor shall provide a fully functional FCC Licensed carrier class microwave network
and associated Wireless Internet Service, technical services, technical support, software
applications and hardware to ensure a fully functional, operational and reliable Law Enforcement
Data network and Incident network at the Joint Operations Center (JOC).

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
BLM BURNING MAN OPERATION 2018

STATEMENT OF WORK (SOW)

REQUIREMENTS:

Required equipment, services, tasks and responsibilities of the contractor shall consist of the following:

1. **Internet over microwave at BLM HQ, 30 Mbps bi-directional (minimum):**
Contractor must provide an FCC licensed carrier class microwave network and associated Wireless Internet Service which will be sent to the JOC via microwave transmission, encrypted with FIPS140-2 compliant AES 256k encryption at licensed frequency/frequencies to prevent interference and interception. The contractor must provide all necessary public and private IP addressing.

2. System must be built, deployed, tested and operational by Thursday, August 16, 2018 at 23:59 hours.

3. Contractor must be prepared to handoff a fully functional internet service connection at a demarcation point at the JOC on Thursday, August 16, 2018 at 23:59 hours or sooner.

4. Contractor must be able to deliver service internet service using commonly accepted routing protocols. Exterior gateway protocols are preferred. (not to be confused with Exterior Gateway Protocol (EGP) which is not requested or required). Border Gateway Protocol (BGP) is specifically requested and required for this project. Other protocols may be necessary depending on integration with other parties.

5. Contractor must have technical support available during the entire "PERIOD OF SERVICE." Contractor must have dedicated technical support personnel available to respond within 4 hours in the event of network failure.

6. Contractor must provide a "High Availability Network" (5-9's or 99.999% per year / or 99.5% per 24 hours). System "High Availability" is required from 08/16/2018 23:59 hours through 09/06/2018 23:59 hours.

7. Contractor must provide network bandwidth, which is dedicated and must not be shared with other clients. Minimum bandwidth requirement is 30 Mbps bidirectional.

8. Contractor must provide a microwave system, which is fully FCC, licensed on the routes to the primary delivery location at the JOC, to prevent interference / interception and to meet with federal requirements. Contractor is responsible for any and all costs and/or fees for licensing.

9. Weather including wind, dust and rain are common at the location. The network must be capable of operation regardless of weather conditions.

**UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
BLM BURNING MAN OPERATION 2018**

**STATEMENT OF WORK (SOW)**

10. It is a requirement for this contractor to work collaboratively and cooperatively with additional contractors, vendors, federal, state, local agencies during the performance period both at the location and at off-site locations if necessary.

11. The contractor shall provide all system design and pre-event engineering. The contractor shall provide a detailed written plan and technical drawing and furnish it to the BLM Project Lead as soon as possible after contract award, but no later than Tuesday, July 31, 2018 17:00 hours.

12. The contractor shall provide a temperature-controlled environment for all indoor system electronics.

13. The contractor shall provide a "relatively" dust free / dust controlled environment for all indoor system electronics.

14. The contractor shall be responsible for lodging of contractor personnel on-site, at the JOC, through the use of a contractor furnished RV or camper trailer. The government will provide space for parking and power, potable water and sewage service.

15. The contractor shall provide any on-site transportation needed for contractor personnel and contractor equipment at the location during the performance period.

16. The contractor shall be responsible for all transportation of all contractor personnel and contractor equipment to and from the event.

17. The contractor shall be responsible for all power for remote repeater locations and/or any part of the network, which is not at the JOC.

18. If the contractor chooses to use solar power at remote repeater locations, the system must be engineered to include an uninterruptible power supply (UPS) capable of maintaining the system at "High Availability."

19. The contractor shall be available to participate in pre-coordination meetings by telephone and/or video teleconference.

20. The contractor shall provide reports on bandwidth utilization and monitoring for the duration of the "Service Period." Daily, Weekly and Service Period Reports will be provided at the request of the Project Inspector. Proactive delivery of reports through electronic delivery by email is desired.

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
BLM BURNING MAN OPERATION 2018

STATEMENT OF WORK (SOW)

21. Post Event, the contractor shall be responsible for dismantling, decommissioning, removing and "breaking down" all contractor supplied and installed equipment in a timely manner. The contractor must comply with the timelines as directed by the government Project Inspector. The contractor must notify the government Project Inspector, in writing, when all "break-down" work is complete and all equipment has been removed. This includes any equipment at the event or at remote locations supporting the event.

## OCCUPATION / OCCUPATION CODE(s):

http://www.bls.gov/soc/
15-1143 Computer Network Architects
15-1152 Computer Network Support Specialists
49-2021 Radio, Cellular, and Tower Equipment Installers and Repairers

## SPECIAL REQUIREMENTS:

The microwave network will require a network to be built over long distances in a remote geographic area, which typically involves placing temporary hardware, such as repeaters/relays on mountain peaks or ridgelines. The contractor will be required to gain access to remote, rugged terrain of their choosing in order to build a functional network. Much of the land in this geographic area is under the administration and management of the United States Department of the Interior, Bureau of Land Management (BLM.) If the contractor selects repeater locations, which are on lands administered and managed by BLM, BLM will grant the contractor any necessary temporary authorizations, which may be needed to access or use those locations. No authorization shall be granted in violation of laws or regulations. If the contractor selects repeater locations, which are not on lands administered and managed by BLM, such as privately owned, tribal or other lands, the contractor is responsible for obtaining any necessary authorizations, which may be needed to access or use those locations. Selection of these sites must be done in conjunction with BLM. The contractor is responsible for any costs or fees necessary to access these locations or obtain agreements to use these locations. The contractor shall be responsible for any specialized vehicles or equipment needed to access remote locations or install equipment at these locations.

## GOVERNMENT FURNISHED REQUIREMENTS:

The tasks and responsibilities of the government shall consist of the following:

1. Provide electrical power to the contractor electrical equipment for the network at the BLM JOC.
2. Provide a government Project Lead for coordination and direction pre-event and on-site.
3. Provide a shipping address in Gerlach, Nevada to the contractor may ship small and urgent packages necessary to the project.

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
BLM BURNING MAN OPERATION 2018

STATEMENT OF WORK (SOW)

4.  The government MAY provide temporary storage for contractor equipment pre-event and post-event at the BLM Black Rock Station in Gerlach, Nevada, if space is available which will not adversely affect normal government operations at this site.
5.  The tasks and responsibilities of the government shall consist of the following:
6.  Provide onsite parking for contractor furnished RV or camper trailer.
7.  Provide electrical power to the contractor furnished RV or camper trailer.
8.  Provide electrical power to the contractor electrical equipment for the IP network at the BLM JOC and the Sub-Station.
9.  Provide food and beverages for the contractor through catering service from August 22 through September 5, 2018.
10. Meals will be served three times per day at regular intervals.
11. Meals will be provided for no more than five contractor personnel.
12. Provide water fill service through an on-site contractor.
13. Provide sewage pump out service through an on-site contractor.

RESTRICTIONS:

Unless approved by the government, the Contractor is restricted from providing any network services and support, bandwidth or internet access to any entity other than the government.

ACKNOWLEDGEMENTS:

The government acknowledges the network at the BLM JOC and within Black Rock City is dependent on power provided by the government and/or another contractor to the government. The contractor will not be responsible for system outages or failures, which are caused by lack of power or power inadequacies, which are outside of their control. The contractor is responsible for documenting, in writing, and immediately reporting any issues with power to the government project lead. The contractor is responsible for providing contractor power requirements for the location to the government in advance of the performance period, but not later than July 31, 2018.

DELIVERABLES:

The tasks and responsibilities identified in the Statement of Work shall fall into the following categories:

1.  Technical Services
2.  Network Services
3.  Data Services
4.  System Administration Services
5.  Network Administration Services
6.  Accounting of Billable Activities

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
BLM BURNING MAN OPERATION 2018

## STATEMENT OF WORK (SOW)

The contractor shall provide a detailed accounting of all billable services following the period for which the services were performed.

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
BLM BURNING MAN OPERATION 2018

## STATEMENT OF WORK (SOW)

**LOCATION:**

2018 Burning Man BLM Joint Operations Center (BLM JOC)

Black Rock Desert near Gerlach, NV (Pershing County, Nevada)

2017 City location(s):

| | |
|---|---|
| The Man | N40.78630, W-119.20650 |
| Perimeter Point 1 | N40.78300, W -119.23562 |
| Perimeter Point 2 | N40.80598, W -119.21944 |
| Perimeter Point 3 | N40.80221, W -119.18559 |
| Perimeter Point 4 | N40.77628, W -119.18008 |

Perimeter Point 5/BLM JOC  N40.76436, W -119.21094

It is expected that the network will require infrastructure placement in multiple locations possibly in multiple counties, in order to deliver service to the above location.

**PERIOD OF PERFORMANCE:**

From Contract Award through completion. July 1, 2018 (estimated) through December 31, 2018.

**PERIOD OF SERVICE:**

August 16, 2018 through September 6, 2018. (22 Days)

08/16/2018 – Provided Services at BLM JOC fully operational at or before 23:59 hours

09/06/2018 – "Post Patrol" portion of event ends, contractor begins "break down"

09/07/2018 – Contractor may depart when "break down" complete.

**UNITED STATES DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**
**BLM BURNING MAN OPERATION 2018**

## STATEMENT OF WORK (SOW)

**LEGAL AUTHORITIES AND REGULATORY REQUIREMENTS:**

The design, construction and operation of the network and transmission of all data must comply with all commonly accepted commercial network standard and regulations and with the following legal and regulatory requirements:

- 44 U.S.C. § 3541– Federal Information Security Management Act (FISMA) of 2002
- National Institute of Standards and Technology (NIST), Federal Information Processing Standard (FIPS) Publication 140-2, Security Requirements for Cryptographic Modules
- National Institute of Standards and Technology (NIST), Federal Information Processing Standard (FIPS) Publication 197, Advanced Encryption Standard (AES) 256 bit cypher.
- 28 C.F.R. § 20 - Criminal Justice Information Systems
- 43 C.F.R. Public Lands: Interior
- 16 U.S.C. § 470 – National Historic Preservation Act
- 29 U.S.C § 794d - Electronic and Information Technology (Section 508 Compliance Amendment to the Rehabilitation Act of 1973)
- FBI CJIS Security Policy
- Department of the Interior Acquisition Policy Release (DIAPR) 2012-09 – IPv6
- Department of the Interior Request and Risk Acceptance for Permanent Opening of Social Media and Web 2.0 Technology Websites

All work shall be performed in accordance with NIST SP 800-37 rev. 4, 800-18, 800-30, 800-60, 800-53, 800-53A, Federal Information Processing Standard (FIPS) 199 & 200, DOI guides & templates, and the DOI Privacy Impact Assessment.

Guides and other references related to standards within this SOW may be found at:
NIST: http://csrc.nist.gov/publications/PubsSPs.html
NIST Checklist: http://checklists.nist.gov
FIPS: http://www.nist.gov/itl/fips.cfm
DOI Privacy Impact Assessment Guide:
https://www.doi.gov/sites/doi.gov/files/migrated/ocio/information_assurance/privacy/upload/DOI-PIA-Guide-09-30-2014.pdf
NIBRS: https://www.fbi.gov/about-us/cjis/ucr/nibrs.
DOJ Information Sharing: https://it.ojp.gov/2417
EDXL: https://en.wikipedia.org/wiki/EDXL
*Any other guides and templates shall be provided at time of award by the CO

The quoted solution may undergo Assessment & Authorization activities, and the quoted solution may undergo continuous monitoring as set forth in NIST SP 800-37 rev. 4. The contractor will take appropriate and timely action to correct or mitigate any weaknesses discovered during such activities.

AR02331

## UNITED STATES DEPARTMENT OF THE INTERIOR
## BUREAU OF LAND MANAGEMENT
## BLM BURNING MAN OPERATION 2018

## STATEMENT OF WORK (SOW)

**CONTACTS:**

**BLM Project Lead/Technical Point of Contact/Project Inspector (PI)**

Jon Young
State Chief Ranger
Bureau of Land Management
One North Central Avenue Suite 800
Phoenix, AZ 85004-4427
(O): 602-417-9319
(C): 623-826-1286
(F): 602-417-9545
j5young@blm.gov

**BLM Contracting Specialist**

Greg Kothman, Contract Specialist
BLM Nevada State Office
1340 Financial Boulevard, Reno, NV 89502
Ph: (775) 861-6440
Fx: (775) 861-6634
gkothman@blm.gov

**BLM Contracting Specialist**

Kim Ferguson, Contract Specialist
BLM Nevada State Office
(Ely District Office)
702 No Industrial Way, Ely, NV 89301
Ph: 775-861-6441
Cell: 775-861-6443
Fx: 775-549-9827
k1fergus@blm.gov

**BLM Procurement Analyst**

David W. Appold
Supervisory Procurement Analyst
Division of Support Services
BLM Nevada
 (775) 861-6417 (Phone)
(775) 861-6634 (Fax)
dappold@blm.gov

AR02333

PR: 4038106   Doc Type: FP Funded Purch Req      Title: MICROWAVE WIRELESS INTERNET BURNING MAN
Run Date: 06/22/2018   Run Time: 08:47:28   User ID:GKOHMAN   Version Number: 01

Header Text:
        Providing Microwave Wireless Internet, Technical Services and Support in the Gerlach NV
        area to BLM for the 2018 Burning Man Event. POC Mark Pirtle 775-861-6674 RO Eleanor
        Taylor775-623-1768

********** Header Details **********

Requisitioner:         Eleanor Taylor            ********** Approval/Status **********
COR/Receiving:         ETAYLOR                   Release Group AA    Release Status:
GSA Contract Number:                             Release Strategy S2  03  Successfully Trans
Originating Office POC:  MPIRTLE                 Transmission Status:
Issuing Office POC:    LVA
Ratification Indicator:                          ********* Approval By     Date       Time
Total Price:           22,000.00   USD           Co Description     JMCKINNO  06/21/2018 09:53:49
Supervisory Approver:  JMCKINNO                  SP Supervisor      JMCKINNO  06/21/2018 12:55:47
Ad-Hoc Approver:                                 IT IT Approver     DIALENTI  06/21/2018 13:07:53
Certifying Funds Approve: RLANGE1                CF Certifying Funds App  RLANGE1
Originating Office:    3000000956
Address:               RLANGE1
                       BLM-NV WINNEMUCCA FIELD OFFICE*
                       5100 E WINNEMUCCA BLVD
                       WINNEMUCCA NV 89445

********** Item 00010 **********
Item        ItemCat  Short Text
00010       Service  Microwave Wireless Internet Burning Man   Quantity / Unit   Val.Price /   Total Price / Curr
                                                                1.000  AU        22000.00      22000.00   USD

UPC         /Description                                        Mat.Grp   Plant      Deliv.Date    Delivery Address
D3161000    TELECOMMUNICATION NETWORK MANAGEMENT SERVICES       D316      L000       09/30/2018    00042776794

GSA/FEDSTRIP Number  CPO Number  Agency Order Number  Per.of Perf. Start   Per.of Perf. End
                                                      08/01/2018           09/30/2018

Responsible Cost Center      Action Type          Post Awd Smart Number              IT Approval/Tracking Number   Closed
                             1 Add new line                                                                        Yes

********** Accounting Details **********
SeqNum  Acct Assign    Dist%    DistType             Quantity / Unit   Amount / Currency    G/L Account
01      K Cost center  0.0      Single               1.000  AU         22000.00  USD        6100.257C0

BusArea    Committem   Cost Center   FuncArea              Fund          Funds Center         WBS Element
L000       257C0       LLNVW03500    151050000.EA0000      D316          LLNVW03500           LV.RC.F1805950

Asset      Sub Asset   Order         Funded Program        TAS           BFTC       SAF Indic Trade in  UPC Override
                                     LVRCF1805950          14X5017

Bus.Entity  Building   Property   Rental Unit  Contract

********** Delivery Address **********
Address No.:
           00042776794
           BLM-NV WINNEMUCCA DISTRICT OFFICE
           5100 WINNEMUCCA BLVD
           WINNEMUCCA NV 89445
           USA
Address:

AR02334

PR: 1106  Doc Type: FP Funded Purch Req  Title
Run 06/22/2018  Run Time: 08:47:28  User ID:GKOTF  CROWAVE WIRELESS INTERNET BURNING MAN
Version Number: 01

********** Additional Status Data **********
Purchase Order  Smart Number
L3918P0119  140L3918P0119

PO Line 10

PO Date 06/21/2018

********** End of Report **********

AR02335

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | 1. REQUISITION NUMBER | | PAGE | OF |
|---|---|---|---|---|
| *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | 0040394445 | | 1 | 13 |

| 2. CONTRACT NO. | 3. AWARD/ EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| | | 140L3918P0120 | 140L3918Q0062 | 06/07/2018 |

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME | b. TELEPHONE NUMBER *(No collect calls)* | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|
| | Gregory Kothman | (775) 861-6440 | PT |

| 9. ISSUED BY | CODE | LVA | 10. THIS ACQUISITION IS | |
|---|---|---|---|---|

BLM NV-STATE OFC BGT&FIN SVC(NV955)
1340 FINANCIAL BLVD.
RENO NV 89502

10. THIS ACQUISITION IS ☐ UNRESTRICTED OR ☒ SET ASIDE  100.00 % FOR

☒ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

WOMEN-OWNED SMALL BUSINESS
☐ (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☐ 8(A)

NAICS 561990

SIZE STANDARD  $11.0

| 11. DELIVERY FOR FOB DESTINA-TION UNLESS BLOCK IS MARKED ☐ SEE SCHEDULE | 12. DISCOUNT TERMS | 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | | 14. METHOD OF SOLICITATION ☒ RFQ ☐ IFB ☐ RFP |

| 15. DELIVER TO | CODE | 0004276792 | 16. ADMINISTERED BY | CODE | LVA |
|---|---|---|---|---|---|

BLM-NV BLACK ROCK FIELD OFFICE
5100 E WINNEMUCCA BLVD
WINNEMUCCA NV 89445

BLM NV-STATE OFC BGT&FIN SVC(NV955)
1340 FINANCIAL BLVD.
RENO NV 89502

| 17a. CONTRACTOR/ OFFEROR | CODE | 0071363340 | FACILITY CODE | 18a. PAYMENT WILL BE MADE BY | CODE | IPP INV |
|---|---|---|---|---|---|---|

LAW ENFORCEMENT TEMPORARY PLACEMENT SERVICE
Attn: Douglas Berryman
5360 STAFFORD CIR
PACE FL 32571-6816

Invoice Processing Platform System
US Department of Treasury
http://www.ipp.gov

TELEPHONE NO.   850-382-3898

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | CO Invoice Review Required: Y Delivery: 09/06/2018 Account Assignm: K G/L Account: 6100.252R0 Business Area: L000 Commitment Item: 252R00 Cost Center: LLNVW03500 Functional Area: L51050000.EA0000 Fund: 18XL5017AP Fund Center: LLNVW03500 Project/WBS: LV.RC.F1805950 PR Acct Assign: 01 Period of Performance: 07/01/2018 to 09/07/2018 Continued ... | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* |
|---|---|
| 01 | $199,870.00 |

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4   FAR 52.212-3 AND 52.212-5 ARE ATTACHED.   ADDENDA ☐ ARE ☐ ARE NOT ATTACHED
☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4   FAR 52.212-5 IS ATTACHED.   ADDENDA ☒ ARE ☐ ARE NOT ATTACHED

☐ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN _____ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED

☒ 29. AWARD OF CONTRACT _____ OFFER DATED _____. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN. IS ACCEPTED AS TO ITEMS.

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* |
|---|---|
| | *Gregory Kothman* |

| 30b. NAME AND TITLE OF SIGNER *(Type or print)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or print)* | 31c. DATE SIGNED |
|---|---|---|---|
| | | Gregory Kothman | 6/22/2018 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

AR02336

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>140L3918P0120 | | | | PAGE<br>3 | OF<br>13 |

NAME OF OFFEROR OR CONTRACTOR
ENFORCEMENT TEMPORARY PLACEMENT SERVICE

| ITEM NO<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | gkothman@blm.gov<br><br>The total amount of award: $199,870.00. The obligation for this award is shown in box 26. | | | | |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) AR02337

Purchase Order 140L3918P0120
Dispatch Technician Services 2018 Burning Man
BLM Nevada - Winnemucca District

(d)(1) In accordance with section 743 of Division E, Title VII, of the Consolidated and Further Continuing Resolution Appropriations Act, 2015 (Pub. L. 113-235), use of funds appropriated (or otherwise made available) under that or any other Act may be prohibited, if the Government determines that the contractor is not in compliance with the provisions of this clause.

(2) The Government may seek any available remedies in the event the contractor fails to comply with the provisions of this clause.

(End of clause)

**52.212-5 Contract Terms and Conditions Required To Implement Statutes or Executive Orders - Commercial Items. (JUN 2016)**

(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

(1) 52.209-10, Prohibition on Contracting with Inverted Domestic Corporations (NOV 2015).

(2) 52.233-3, Protest After Award (AUG 1996) (31 U.S.C. 3553).

(3) 52.233-4, Applicable Law for Breach of Contract Claim (OCT 2004) (Public Laws 108-77 and 108-78 (19 U.S.C. 3805 note)).

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items: (Contracting Officer check as appropriate.)

[X] (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (SEP 2006), with Alternate I (OCT 1995) (41 U.S.C. 4704 and 10 U.S.C. 2402).

[ ] (2) 52.203-13, Contractor Code of Business Ethics and Conduct (OCT 2015) (41 U.S.C. 3509).

[ ] (3) 52.203-15, Whistleblower Protections under the American Recovery and Reinvestment Act of 2009 (JUN 2010) (Section 1553 of Pub. L. 111-5). (Applies to contracts funded by the American Recovery and Reinvestment Act of 2009.)

[X] (4) 52.204-10, Reporting Executive Compensation and First-Tier Subcontract Awards (OCT 2015) (Pub. L. 109-282) (31 U.S.C. 6101 note).

(5) (Reserved)

[ ] (6) 52.204-14, Service Contract Reporting Requirements (JAN 2014) (Pub. L. 111-117, section 743 of Div. C).

[ ] (7) 52.204-15, Service Contract Reporting Requirements for Indefinite-Delivery Contracts (JAN 2014) (Pub. L. 111-117, section 743 of Div. C).

[X] (8) 52.209-6, Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment. (OCT 2015) (31 U.S.C. 6101 note).

[ ] (9) 52.209-9, Updates of Publicly Available Information Regarding Responsibility Matters (JUL 2013) (41 U.S.C. 2313).

5

AR02338

Purchase Order 140L3918P0120
Dispatch Technician Services 2018 Burning Man
BLM Nevada - Winnemucca District

[ ] (24) 52.219-30, Notice of Set-Aside for, or Sole Source Award to, Women-Owned Small Business Concerns Eligible Under the Women-Owned Small Business Program (DEC 2015) (15 U.S.C. 637(m)).

[X] (25) 52.222-3, Convict Labor (JUN 2003) (E.O. 11755).

[ ] (26) 52.222-19, Child Labor-Cooperation with Authorities and Remedies (FEB 2016) (E.O. 13126).

[X] (27) 52.222-21, Prohibition of Segregated Facilities (APR 2015).

[X] (28) 52.222-26, Equal Opportunity (APR 2015) (E.O. 11246).

[X] (29) 52.222-35, Equal Opportunity for Veterans (OCT 2015) (38 U.S.C. 4212).

[X] (30) 52.222-36, Equal Opportunity for Workers with Disabilities (JUL 2014) (29 U.S.C. 793).

[X] (31) 52.222-37, Employment Reports on Veterans (FEB 2016) (38 U.S.C. 4212).

[X] (32) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (DEC 2010) (E.O. 13496).

[X] (33)(i) 52.222-50, Combating Trafficking in Persons (MAR 2015) (22 U.S.C. chapter 78 and E.O. 13627).

    [ ] (ii) *Alternate I* (MAR 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).

[X] (34) 52.222-54, Employment Eligibility Verification (OCT 2015). (E. O. 12989). (Not applicable to the acquisition of commercially available off-the-shelf items or certain other types of commercial items as prescribed in 22.1803.)

[ ] (35)(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Items (MAY 2008) (42 U.S.C. 6962(c)(3)(A)(ii)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

    [ ] (ii) Alternate I (MAY 2008) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

[ ](36) 52.223-11, Ozone-Depleting Substances and High Global Warming Potential Hydrofluorocarbons (JUN 2016) (E.O. 13693).

[ ](37) 52.223-12, Maintenance, Service, Repair, or Disposal of Refrigeration Equipment and Air Conditioners (JUN 2016) (E.O. 13693).

[ ] (38)(i) 52.223-13, Acquisition of EPEAT®-Registered Imaging Equipment (JUN 2014) (E.O.s 13423 and 13514).

    [ ] (ii) Alternate I (OCT 2015) of 52.223-13.

[ ] (39)(i) 52.223-14, Acquisition of EPEAT®-Registered Televisions (JUN 2014) (E.O.s 13423 and 13514).

    (ii) Alternate I (JUN 2014) of 52.223-14.

[ ] (40) 52.223-15, Energy Efficiency in Energy-Consuming Products (DEC 2007) (42 U.S.C. 8259b).

7

Purchase Order 140L3918P0120
Dispatch Technician Services 2018 Burning Man
BLM Nevada - Winnemucca District

[ ] (58)(i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (FEB 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631).

[ ] (ii) Alternate I (APR 2003) of 52.247-64.

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items: (Contracting Officer check as appropriate.)

[ ] (1) 52.222-17, Nondisplacement of Qualified Workers (MAY 2014) (E.O. 13495).

[X] (2) 52.222-41, Service Contract Labor Standards (MAY 2014) (41 U.S.C. chapter 67).

[X] (3) 52.222-42, Statement of Equivalent Rates for Federal Hires (MAY 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

[ ] (4) 52.222-43, Fair Labor Standards Act and Service Contract Labor Standards-Price Adjustment (Multiple Year and Option Contracts) (MAY 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

[ ] (5) 52.222-44, Fair Labor Standards Act and Service Contract Labor Standards-Price Adjustment (MAY 2014) (29 U.S.C 206 and 41 U.S.C. chapter 67).

[ ] (6) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (MAY 2014) (41 U.S.C. chapter 67).

[ ] (7) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (MAY 2014) (41 U.S.C. chapter 67).

[X] (8) 52.222-55, Minimum Wages Under Executive Order 13658 (DEC 2015).

[ ] (9) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (MAY 2014) (42 U.S.C. 1792).

[ ] (10) 52.237-11, Accepting and Dispensing of $1 Coin (SEP 2008) (31 U.S.C. 5112(p)(1)).

(d) *Comptroller General Examination of Record.* The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records - Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims

9

AR02340

Purchase Order 140L3918P0120
Dispatch Technician Services 2018 Burning Man
BLM Nevada - Winnemucca District

(xiii) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (MAY 2014) (41 U.S.C. chapter 67).

(xiv) 52.222-54, Employment Eligibility Verification (OCT 2015) (E. O. 12989).

(xv) 52.222-55, Minimum Wages Under Executive Order 13658 (DEC 2015).

(xvi) 52.225-26, Contractors Performing Private Security Functions Outside the United States (JUL 2013) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

(xvii) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (MAY 2014) (42 U.S.C. 1792). Flow down required in accordance with paragraph (e) of FAR clause 52.226-6.

(xviii) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (FEB 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the Contractor May include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

(End of clause)

**52.219-14 Limitations on Subcontracting. (Jan 2017)**

(a) This clause does not apply to the unrestricted portion of a partial set-aside.
(b) Applicability. This clause applies only to—
    (1) Contracts that have been set aside or reserved for small business concerns or 8(a) participants;
    (2) Part or parts of a multiple-award contract that have been set aside for small business concerns or 8(a) participants; and
    (3) Orders set aside for small business or 8(a) participants under multiple-award contracts as described in 8.405-5 and 16.505(b)(2)(i)(F).
(c) By submission of an offer and execution of a contract, the Offeror/Contractor agrees that in performance of the contract in the case of a contract for—
    (1) Services (except construction). At least 50 percent of the cost of contract performance incurred for personnel shall be expended for employees of the concern.
    (2) Supplies (other than procurement from a nonmanufacturer of such supplies). The concern shall perform work for at least 50 percent of the cost of manufacturing the supplies, not including the cost of materials.
    (3) General construction. The concern will perform at least 15 percent of the cost of the contract, not including the cost of materials, with its own employees.
    (4) Construction by special trade contractors. The concern will perform at least 25 percent of the cost of the contract, not including the cost of materials, with its own employees.

(End of clause)

**1452.203-70 Restriction on Endorsements (Jul 1996)**

The Contractor shall not refer to contracts awarded by the Department of the Interior in commercial advertising, as defined in FAR 31.205-1, in a manner which states or implies that the product or service provided is approved or endorsed by the Government, or is considered by the Government to be superior to

11

Purchase Order 140L3918P0120
Dispatch Technician Services 2018 Burning Man
BLM Nevada - Winnemucca District

(e) The Contracting Officer shall respond in writing within 30 days to any notice made under paragraph (d) of this clause. A failure of the parties to agree upon the nature of a direction, or upon the contract action to be taken with respect thereto, shall be subject to the provisions of the Disputes clause of this contract.

(f) The Contractor shall provide copies of all correspondence to the Contracting Officer and the COR.

(g) Any action(s) taken by the Contractor, in response to any direction given by any person acting on behalf of the Government or any Government official other than the Contracting Officer or the COR acting within his or her appointment, shall be at the Contractor's risk.

(End of clause)

**Electronic Invoicing and Payment Requirements - Invoice Processing Platform (IPP) (April 2013)**

Payment requests must be submitted electronically through the U. S. Department of the Treasury's Invoice Processing Platform System (IPP).

"Payment request" means any request for contract financing payment or invoice payment by the Contractor. To constitute a proper invoice, the payment request must comply with the requirements identified in the applicable Prompt Payment clause included in the contract, or the clause 52.212-4 Contract Terms and Conditions - Commercial Items included in commercial item contracts. The IPP website address is: https://www.ipp.gov.

Under this contract, the following documents are required to be submitted as an attachment to the IPP invoice:

1. **An itemized contractor invoice.**

The Contractor must use the IPP website to register access and use IPP for submitting requests for payment. The Contractor Government Business Point of Contact (as listed in SAM will receive enrollment instructions via email from the Federal Reserve Bank of Boston (FRBB) within 3 - 5 business days of the contract award date. Contractor assistance with enrollment can be obtained by contacting the IPP Production Helpdesk via email ippgroup@bos.frb.org or phone (866) 973-3131.

If the Contractor is unable to comply with the requirement to use IPP for submitting invoices for payment, the Contractor must submit a waiver request in writing to the Contracting Officer with its proposal or quotation.

(End of Local Clause)

**Section 3**

**List of Attachments**
1. Statement of Work
2. Wage Determination 2015-5601 Rev. 5, dated 10 Jan 2018

13

AR02342



# LAW ENFORCEMENT TEMPORARY PLACEMENT SERVICE

5360 Stafford Circle
Pace, FL 32571
850-382-3898
lawenforcementtempplace@gmail.com
http://www.leotemps.com

**To:**
Gregory Kothman
BLM Nevada State Office BGT & FIN
SVC (NV955), 1340 Financial Boulavard
Reno, NV 89502

| | |
|---|---|
| **Invoice #** | 161 |
| **Purchase Order #** | 140L3918P0120 |
| **Invoice Date** | September 10, 2018 |
| **Balance Due** | **USD $96,070.00** |
| **Due Date** | Upon Receipt |

| DESCRIPTION | RATE | QUANTITY | TAX | LINE TOTAL |
|---|---|---|---|---|
| Mission Support Technician Services at the 2018 Burning Man Event (Progressive Payment #3, Remaining Costs). | $96,070.00 | 1 | | $96,070.00 |

## Terms:
Please pay upon receipt. .

| | |
|---|---|
| **Total Due** | **USD $96,070.00** |



## Note to Client:
Provided law enforcement dispatch services for the Bureau of Land Management during the 2018 Burning Man Festival.

AR02343

# W ENFORCEMENT
# TEMPORARY PLACEMENT
# SERVICE



5360 Stafford Circle
Pace, FL 32571
850-382-3898
lawenforcementtempplace@gmail.com
http://www.leotemps.com

**To:**

Gregory Kothman
BLM Nevada State Office BGT & FIN
SVC (NV955), 1340 Financial Boulavard
Reno, NV 89502

| | |
|---|---|
| **Invoice #** | 160 |
| **Purchase Order #** | 140L3918P0120 |
| **Invoice Date** | August 29, 2018 |
| **Balance Due** | **USD $70,000.00** |
| **Due Date** | Upon Receipt |

| DESCRIPTION | RATE | QUANTITY | TAX | LINE TOTAL |
|---|---|---|---|---|
| Mission Support Technician Services at the 2018 Burning Man Event (Progressive Payment #2, 50 Percent of Estimated Labor Costs). | $70,000.00 | 1 | | $70,000.00 |

## Terms:

Please pay upon receipt. .

| | |
|---|---|
| **Total Due** | **USD $70,000.00** |



## ...e to Client:

Provided law enforcement dispatch services for the Bureau of Land Management during the 2018 Burning Man Festival.

AR02344

# AW ENFORCEMENT
# TEMPORARY PLACEMENT
# SERVICE

5360 Stafford Circle
Pace, FL 32571
850-382-3898
lawenforcementtempplace@gmail.com
http://www.leotemps.com



**To:**

Troy Argo
Bureau of Land Management, 1340
Financial Blvd
Reno , NV 89502

| | |
|---|---|
| **Invoice #** | 159 |
| **Purchase Order #** | 140L3918P0120 |
| **Invoice Date** | August 18, 2018 |
| **Balance Due** | **USD $33,800.00** |
| **Due Date** | Upon Receipt |

| DESCRIPTION | RATE | QUANTITY | TAX | LINE TOTAL |
|---|---|---|---|---|
| Mission Support Technician Services at the 2018 Burning Man Event (Progressive Payment #1, Travel and Related Expenses). | $33,800.00 | 1 | | $33,800.00 |

**Terms:**

Please pay upon receipt. .

| | |
|---|---|
| **Total Due** | **USD $33,800.00** |



## te to Client:

Providing law enforcement dispatch services for the Bureau of Land Management during the 2018 Burning Man Festival.



**Kothman, Gregory <gkothman@blm.gov>**

---

## [EXTERNAL] 2018 Dispatch Certification Letter

**Douglas Berryman** <douglas.berryman@leotemps.com>                Wed, Jul 4, 2018 at 5:01 AM
To: "Kothman, Gregory" <gkothman@blm.gov>
Cc: "randres@blm.gov" <randres@blm.gov>

Mr. Kothman:  Please see the attached "Dispatch Certification" that is required by this year's contract.

Sincerely,

*Douglas L. Berryman*

Douglas L. Berryman
Owner, Law Enforcement Temporary Placement Service L.L.C.
850-382-3898

---

📄 **2018 Certification Letter.docx**
    82K

## TOTAL REQUIRED TRAINING & EXPERIENCE (ACM's)

**Required Training Certificates & Certifications (MST):**

**1:**      National Incident Command System Certificate & Certification (FEMA IS100).

**2:**      Telecommunicator Emergency Response Taskforce Certificate & Certification (FEMA IS144).

**3:**      Emergency Communications Certificate & Certification (FEMA IS250A).

**4:**      Human Diversity Certificate & Certification (FEMA IS 20.17)

**5:**      Active Shooter Incidents for Public Safety Communications Course Certificate (FEMA IS907)

**Required Training Certificates & Certifications (LMST):**

1:      All training certificates and certifications required for the position of Mission Support Technician.

2:      Leadership & Supervision (APCO, IPTM, or equivalent course)

3:      Communications Training Officer / Field Training Officer Certificate & Certification (APCO, IPTM, or equivalent).

4:      National Incident Management System NIMMS (FEMA 700)

5:      Leadership & Influence (FEMA IS240)

6:      Decision Making & Problem Solving (FEMA IS241)

7:      Initial Ethics Course (FEMA IS33.16)

8:      Effective Communications (FEMA IS242)

**Required Training Certificates & Certifications (ACM):**

1:      All training certificates and certifications required for the position of Lead Mission Support Technician.

2:      Leadership & Supervision (APCO, IPTM, or equivalent course)

3:      Communications Training Officer / Field Training Officer Certificate & Certification (APCO, IPTM, or equivalent).

4:      National Incident Management System NIMMS (FEMA 700)

5:      Leadership & Influence (FEMA IS240)

6:      Decision Making & Problem Solving (FEMA IS241)

7:      Initial Ethics Course (FEMA IS33.16)

8:      Effective Communications (FEMA IS242)

**Required Experience:**

1:      Total of five years as a law enforcement dispatcher with a city, county, state or federal law enforcement agency.

2:      Two of these five years, the applicant must have held the position of "Lead Dispatcher" with a city, county, state or federal law enforcement agency.

3:      Two of these five years, the applicant must have held the position of "Communications Training Officer" with a city, county, state or federal law enforcement agency.

## TOTAL REQUIRED TRAINING & EXPERIENCE (MST's)

**Required State & Federal Certifications:**

1:      State 911 Public Safety Telecommunicator Certification Certificate (As Required).

2:      Nevada Department of Public Safety Telecommunicator Certificate & Certification.

Case 1:19-cv-03729-DLF   Document 35-3   Filed 07/12/21   Page 321 of 762

6/22/2018          DEPARTMENT OF THE INTERIOR Mail - Purchase Order 140L3918P0120 BLM Dispatch Technician Support for Burning Man 2018

Kothman, Gregory <gkothman@blm.gov>

## Purchase Order 140L3918P0120 BLM Dispatch Technician Support for Burning Man 2018

1 message

**Gregory Kothman** <gkothman@blm.gov>                                         Fri, Jun 22, 2018 at 3:01 PM
To: Douglas Berryman <douglas.berryman@leotemps.com>
Cc: Gregory Kothman <gkothman@blm.gov>, Rebecca Andres <randres@blm.gov>, Andrea Lannen-Littlefield
<alannenlittlefield@blm.gov>, Toni Suminski <tsuminsk@blm.gov>, "Young, Jon" <j5young@blm.gov>, Eleanor Taylor
<emtaylor@blm.gov>, Mark Pirtle <mpirtle@blm.gov>

Doug,
Please see the attached purchase order.  I made the progress payment schedule a little different than what we discussed,
but more in line with what the government would consider based on your cost proposal.

Please provide the appropriate personnel information to Becky Andres at your earliest convenience.

Let me know if you have any questions and thank you for your continued support of the Bureau of Land Management.

Kind regards,
Greg

Greg Kothman
Contract Specialist
Bureau of Land Management
Nevada State Office
1340 Financial Blvd
Reno, NV 89502
gkothman@blm.gov
(775)861-6440

---

**3 attachments**

📄 **Award 140L3918P0120.pdf**
     388K

📄 **Attachment 2 Wage Determination 2015-5601 Rev. 5, dated 10 Jan 2018.pdf**
     96K

📄 **Attachment 1 Statement of Work.pdf**
     179K





**Preference Programs / Other Data**

Contracting Officer's Business Size Selection: Small Business

Subcontract Plan: Plan Not Required

Price Evaluation Percent Difference: 0 %

Case 1:19-cv-03729-DLF   Document 35-3   Filed 07/12/21   Page 324 of 762

6/25/2018                R--Provide Dispatch Technician Services and Support - 140L3918Q0062 - Federal Business Opportunities: Opportunities



# R--Provide Dispatch Technician Services and Support
**Solicitation Number: 140L3918Q0062**
Agency: Department of the Interior
Office: Bureau of Land Management
Location: Nevada Region

---

**Notice Type:**
Award

**Original Posted Date:**
May 23, 2018

**Posted Date:**
June 25, 2018

**Response Date:**
-

**Original Response Date:**
June 11, 2018

**Archiving Policy:**
Automatic, 15 days after award date

**Original Archive Date:**
June 26, 2018

**Archive Date:**
July 7, 2018

**Original Set Aside:**
Total Small Business

**Set Aside:**
Total Small Business

**Classification Code:**
R -- Professional, administrative, and management support services

**NAICS Code:**
561 -- Administrative and Support Services/561990 -- All Other Support Services

---

**Contract Award Date:**
June 22, 2018

**Contract Award Number:**
140L3918P0120

**Contract Award Dollar Amount:**
$199,870.00

**Contractor Awarded DUNS:**
079486520

**Contractor Awardee:**
LAW ENFORCEMENT TEMPORARY PLACEMENT SERVICE
5360 STAFFORD CIR
PACE
FL
32571-6816
US

**Synopsis:**
Added: May 23, 2018 4:42 pm   Modified: Jun 25, 2018 12:50 pm   Track Changes
Provide Dispatch Technician Services and Support to BLM NV during permitted special event Burning Man 2018

Gregory Kothman    Log Out

ALERT - June 11, 2018  Entities registering in SAM must submit a notarized letter appointing their authorized Entity Administrator. Read our updated FAQs to learn more about changes to the notarized letter review process and other system improvements coming in June.



**Entity Dashboard**

- Agency Overview
- Entity Registration
  - Core Data
  - Assertions
  - Reps & Certs
  - POCs
- Reports
- Service Contract Report
- BioPreferred Report
- Exclusions
  - Active Exclusions
  - Inactive Exclusions
  - Excluded Family Members

RETURN TO SEARCH

**Law Enforcement Temporary Placement Service**

5360 Stafford Cir
Pace, FL, 32571-6816 ,
UNITED STATES

DUNS: 079486520   CAGE Code: 77E57
Status: Active

Expiration Date: 01/31/2019
Purpose of Registration: All Awards

**Entity Registration**

**Page Description**

This page contains a view of the entire Entity Registration record. To print or save a copy of this registration, select Print. To view a specific section of the registration, select one of the sub-navigation links (for example, Core Data or POCs) under Entity Registration. To access a previous version of this registration, pick from the record drop-down list then select View Selected Record. The page will reload to display the record.

PRINT

| Current Record ▾ | VIEW SELECTED RECORD |
|---|---|

DUNS Number: 079486520
D&B Legal Business Name: Law Enforcement Temporary Placement Service
Doing Business As: LETEMPS

| **Core Data** | **[Expand All] | [Collapse All]** |
|---|---|

**Business & TIN Information:**

**Business Information:**
Business Start Date: 07/23/2014
Fiscal Year End Close Date: 12/31
Company Division Name: Law Enforcement Temporary Placement Service
Company Division Number:
Corporate URL:
Congressional District: FL  01
Initial Registration Date: 08/25/2014
Submission Date: 01/31/2018
Activation Date: 01/31/2018
Expiration Date: 01/31/2019

**Physical Address:**
Address Line 1: 5360 Stafford Cir
City: Pace
State/Province: FL
Country: UNITED STATES
ZIP/Postal Code: 32571  - 6816

**Mailing Address:**
Address Line 1: 5360 Stafford Cir
Address Line 2:
City: Pace
State/Province: FL
Country: UNITED STATES
ZIP/Postal Code: 32571  - 6816

**Sensitive Identifiers:**
EIN: 471404834

**IRS consent:**
Tax Payer Name: Law Enforcement Temporary Placement Service
Address Line 1: 5360 Stafford Cir
Address Line 2:
City: Pace
State: FL
Country: UNITED STATES
ZIP/Postal Code: 32571  - 6816
Type of Tax: Applicable Federal Tax
Tax Year: (Most Recent Tax Year): 2017
Name of Individual Executing Consent: Douglas Lee Berryman
Title of the Individual Executing Consent: Owner
TIN Consent Date: 01/31/2018

**CAGE/NCAGE Code**

| NAICS Code | Primary | Description |
|---|---|---|
| 541990 | | All Other Professional, Scientific, and Technical Services |
| 561612 | Yes | Security Guards and Patrol Services |
| 561990 | | All Other Support Services |

**Product & Service Codes Selected**

| PSC | Description |
|---|---|
| R430 | SUPPORT- PROFESSIONAL: PHYSICAL SECURITY AND BADGING |

---

**Size Metrics**

**World Wide:**

| | |
|---|---|
| Total Receipts (3 year average): | $ 210000 |
| Average Number of Employees (12 Month Average): | 0 |

**Location (Optional):**

| | |
|---|---|
| Annual Receipts (3 Year Average): | $ 0 |
| Average Number of employees (12 Month Average): | 0 |

---

**EDI Information**

Do you wish to enter EDI Information for your non-government entity?   No

**Disaster Response Information**

| | |
|---|---|
| Do you wish to be included in the Disaster Response Registry? | Yes |
| Does your company require bonding to bid on Contracts? | No |

**Geographic Area Served:**
Any State

---

**Representations and Certifications**                    **[Expand All] | [Collapse All]**

**Representations and Certifications:**

I have read each of the FAR and DFARS provisions presented on this page. By submitting this certification, I, Doug Berryman, am attesting to the accuracy of the representations and certifications contained herein, including the entire NAICS table. I understand that I may be subject to criminal prosecution under Section 1001, Title 18 of the United States Code or civil liability under the False Claims Act if I misrepresent Law Enforcement Temporary Placement Service in any of these representations or certifications to the Government.

READ ONLY PROVISIONS - The following FAR and DFARS provisions are provided for you to read. They do not require completion of any data. Select the provision number to expand and review the full text. When certifying to the information on this page, you are also certifying that you have read each one of these provisions.

FAR 52.203-11: Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions

FAR 52.203-18: Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements or Statements-Representation

FAR 52.209-10: Prohibition on Contracting with Inverted Domestic Corporations.

FAR 52.212-5: Contract Terms and Conditions Required to Implement Statutes or Executive Orders-Commercial Items.

FAR 52.222-38: Compliance with Veterans' Employment Reporting Requirements

FAR 52.222-50: Combating Trafficking in Persons

FAR 52.222-56: Certification Regarding Trafficking in Persons Compliance Plan.

FAR 52.223-1: Biobased Product Certification

FAR 52.225-20 Prohibition on Conducting Restricted Business Operations in Sudan-Certification

The NAICS Codes you selected on the Goods and Services page of this registration are listed in the table under 52.219-1 (c). Those NAICS Codes for which you are identified as small serve to complete the small business concern representation in 52.219-1(c)(1).

You are certifying to your size status for all the NAICS codes in the table. Please review it carefully. The Y/N answers are located in the "Small Business?" column. A "Y" indicates "Small" and "N" indicates "Other than Small." This status is derived from the SBA's size standards based on the size metrics you entered.

The NAICS Codes shown are only those you selected. Use the "View More" button to see your entity's size status for any NAICS Code.

FAR 52.219-2: Equal Low Bids

FAR 52.222-18: Certification Regarding Knowledge of Child Labor for Listed End Products

FAR 52.222-22: Previous Contracts and Compliance Reports

FAR 52.222-25: Affirmative Action Compliance

FAR 52.222-48: Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Certification

FAR 52.222-52: Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Certification

FAR 52.223-4: Recovered Material Certification

FAR 52.223-9: Estimate of Percentage of Recovered Material Content for EPA-Designated Items (Alternate I)

FAR 52.223-22: Public Disclosure of Greenhouse Gas Emissions and Reduction Goals-Representation.

FAR 52.225-2: Buy American Certificate

FAR 52.225-4: Buy American-Free Trade Agreements-Israeli Trade Act Certificate

FAR 52.225-6: Trade Agreements Certificate

FAR 52.226-2: Historically Black College or University and Minority Institution Representation

FAR 52.227-15: Representation of Limited Rights Data and Restricted Computer Software

DFARS 252.209-7002: Disclosure of Ownership or Control by a Foreign Government

DFARS 252.216-7008: Economic Price Adjustment-Wage Rates or Material Prices Controlled by a Foreign Government-Representation.

DFARS 252.225-7000: Buy American--Balance of Payments Program Certificate.

DFARS 252.225-7020: Trade Agreements Certificate.

DFARS 252.225-7035: Buy American Act--Free Trade Agreements--Balance of Payments Program Certificate (Alternate I, II, III, IV & V)

DFARS 252.225-7049: Prohibition on Acquisition of Commercial Satellite Services from Certain Foreign Entities--Representations.

DFARS 252.247-7022: Representation of Extent of Transportation by Sea

| Points of Contact | [Expand All] | [Collapse All] |
| --- | --- | --- |
| **Mandatory Points of Contact:** | | |

| Accounts Receivable POC |
| --- |

---

**FAR Report**

**Certification for: Law Enforcement Temporary Placement Service**
**DUNS: 079486520**
**Certification Validity From:Wed Jan 31 10:59:57 EST 2018**
**To :Thu Jan 31 10:59:57 EST 2019**

---

 I have read each of the FAR and DFARS provisions presented on this page. By submitting this certification, I, Doug Berryman, am attesting to the accuracy of the representations and certifications contained herein, including the entire NAICS table. I understand that I may be subject to criminal prosecution under Section 1001, Title 18 of the United States Code or civil liability under the False Claims Act if I misrepresent Law Enforcement Temporary Placement Service in any of these representations or certifications to the Government.

By maintaining an active entity registration in SAM, the entity complied with requirements to report proceedings data in accordance with FAR 52.209-7 Information Regarding Responsibility Matters and with requirements to report executive compensation data in accordance with FAR 52.204-10 Reporting Executive Compensation and First-Tier Subcontract Awards.

FAR 52.203-2 Certificate of Independent Price Determination (Apr 1985)

    (a) The offeror certifies that-
      (1) The prices in this offer have been arrived at independently, without, for the purpose of restricting competition,
      any consultation, communication, or agreement with any other offeror or competitor relating to-
        (i)Those Prices
        (ii)The intention to submit an offer; or
        (iii) The methods or factors used to calculate the prices offered.
      (2) The prices in this offer have not been and will not be knowingly disclosed by the offeror, directly or
      indirectly, to any other offeror or competitor before bid opening (in the case of a sealed bid solicitation)
      or contract award (in the case of a negotiated solicitation) unless otherwise required by law; and
      (3) No attempt has been made or will be made by the offeror to induce any other concern to submit or not to submit
      an offer for the purpose of restricting competition.

    (b) Each signature on the offer is considered to be a certification by the signatory that the signatory-
      (1) Is the person in the offeror's organization responsible for determining the prices being offered in this bid
      or proposal, and that the signatory has not participated and will not participate in any action contrary
      to paragraphs (a)(1) through (a)(3) of this provision; or
      (2) (i) Has been authorized, in writing, to act as agent for the following principals in certifying that
      those principals have not participated, and will not participate in any action contrary to paragraphs
      (a)(1) through (a)(3) of this provision Douglas lee Berryman, Owner;
       (ii)As an authorized agent, does certify that the principals named in subdivision (b)(2)(i) of this
       provision have not participated, and will not participate, in any action contrary to paragraphs (a)(1)
       through (a)(3) of this provision; and
       (iii)As an agent, has not personally participated, and will not participate, in any action contrary to
       paragraphs (a)(1) through (a)(3) of this provision.

    (c) If the offeror deletes or modifies paragraph (a)(2) of this provision, the offeror must furnish with its offer
      a signed statement setting forth in detail the circumstances of the disclosure.

**(End of Provision)**

FAR 52.203-11 Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions (Sep 2007)

    (a) Definitions. As used in this provision-"Lobbying contact" has the meaning provided at 2 U.S.C. 1602(8). The terms
      "agency," "influencing or attempting to influence," "officer or employee of an agency," "person," "reasonable
      compensation," and "regularly employed" are defined in the FAR clause of this solicitation entitled "Limitation
      on Payments to Influence Certain Federal Transactions"(52.203-12).

    (b) Prohibition. The prohibition and exceptions contained in the FAR clause of this solicitation entitled
      "Limitation on Payments to Influence Certain Federal Transactions" (52.203-12) are hereby incorporated
      by reference in this provision.

    (c) Certification. The offeror, by signing its offer, hereby certifies to the best of its knowledge and belief that
      no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to
      influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress,
      or an employee of a Member of Congress on its behalf in connection with the awarding of this contract.

    (d) Disclosure. If any registrants under the Lobbying Disclosure Act of 1995 have made a lobbying contact on behalf
      of the offeror with respect to this contract, the offeror shall complete and submit, with its offer, OMB Standard
      Form LLL, Disclosure of Lobbying Activities, to provide the name of the registrants. The offeror need not report
      regularly employed officers or employees of the offeror to whom payments of reasonable compensation were made.

    (e) Penalty. Submission of this certification and disclosure is a prerequisite for making or entering into this
      contract imposed by 31 U.S.C. 1352. Any person who makes an expenditure prohibited under this provision or
      who fails to file or amend the disclosure required to be filed or amended by this provision, shall be subject to a
      civil penalty of not less than $10,000, and not more than $100,000, for each such failure.

**(End of Provision)**

AR02356

(e) Type of organization.
* [ ] sole proprietorship;

* [X] Partnership;

* [ ] Corporate entity (not tax-exempt);

* [ ] Corporate entity (tax-exempt);

* [ ] Government entity (Federal, State, or local);

* [ ] Foreign government;

* [ ] International organization per 26 CFR 1.6049-4;

* [ ] Other


(f) Common parent.
* [X] Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.

* [ ] Name:

TIN:

<div align="center">

**(End of Provision)**

</div>

**FAR 52.204-5 Women-Owned Business (Other Than Small Business) (Oct 2014)**

(a) Definition. "Women-owned business concern," as used in this provision, means a concern that is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of its stock is owned by one or more women; and whose management and daily business operations are controlled by one or more women.


(b) Representation. [Complete only if the offeror is a women-owned business concern and has not represented itself as a small business concern in paragraph (b)(1) of FAR 52.219-1, Small Business Program Representations, of this solicitation.] The offeror represents that it [ ] is a women-owned business concern.

<div align="center">

**(End of Provision)**

</div>

**FAR 52.204-17 Ownership or Control of Offeror (Jul 2016)**

(a) Definition. As used in this provision--
Commercial and Government Entity (CAGE) code means--

(1) An identifier assigned to entities located in the United States or its outlying areas by the Defense Logistics Agency (DLA) Commercial and Government Entity (CAGE) Branch to identify a commercial or government entity, or

(2) An identifier assigned by a member of the North Atlantic Treaty Organization (NATO) or by the NATO Support and Procurement Agency (NSPA) to entities located outside the United States and its outlying areas that the DLA Commercial and Government Entity (CAGE) Branch records and maintains in the CAGE master file. This type of code is known as a NATO CAGE (NCAGE) code.

Highest-level owner means the entity that owns or controls an immediate owner of the offeror, or that owns or controls one or more entities that control an immediate owner of the offeror. No entity owns or exercises control of the highest level owner.

Immediate owner means an entity, other than the offeror, that has direct control of the offeror. Indicators of control include, but are not limited to, one or more of the following: Ownership or interlocking management, identity of interests among family members, shared facilities and equipment, and the common use of employees.


(b) The Offeror represents that it [ ] has or [X] does not have an immediate owner. If the Offeror has more than one immediate owner (such as a joint venture), then the Offeror shall respond to paragraph (c) and if applicable, paragraph (d) of this provision for each participant in the joint venture.*


(c) If the Offeror indicates "has" in paragraph (b) of this provision, enter the following information:

Immediate owner CAGE code: _____
Immediate owner legal name: Offeror asserts international ownership. They must provide the owner's NCAGE Code within 90 days of registration.
(Do not use a "doing business as" name)

Is the immediate owner owned or controlled by another entity?

[ ] Yes [ ] No

(a)(1)   The Offeror certifies, to the best of its knowledge and belief, that-

(i)   The Offeror and/or any of its Principals-

(A)   Are [ ]  Are not [X]  presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

(B)   Have [ ]  Have not [X] , within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, State, or local) contract or subcontract; violation of Federal or State antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, violating Federal criminal tax laws, or receiving stolen property(if offeror checks "have", the offeror shall also see 52.209-7, if included in this solicitation);

(C)   Are [ ]  Are not [X]  presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in paragraph (a)(1)(i)(B) of this provision.

(D)   Have [ ]  Have not [X] , within a three-year period preceding this offer, been notified of any delinquent Federal Taxes in an amount that exceeds $3,500 for which the liability remains unsatisfied.

(1)   Federal taxes are considered delinquent if both of the following criteria apply:

(i)   The tax liability is finally determined. The liability is finally determined if it has been assessed. A liability is not finally determined if there is a pending administrative or judicial challenge. In the case of a judicial challenge to the liability, the liability is not finally determined until all judicial appeal rights have been exhausted.

(ii)   The taxpayer is delinquent in making payment. A taxpayer is delinquent if the taxpayer has failed to pay the tax liability when full payment was due and required. A taxpayer is not delinquent in cases where enforced collection action is precluded.

(2)   Examples:

(i)   The taxpayer has received a statutory notice of deficiency, under I.R.C.6212, which entitles the taxpayer to seek Tax Court review of a proposed tax deficiency. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek Tax Court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.

(ii)   The IRS has filed a notice of Federal tax lien with respect to an assessed tax liability, and the taxpayer has been issued a notice under I.R.C. 6320 entitling the taxpayer to request a hearing with the IRS Office of Appeals contesting the lien filing, and to further appeal to the Tax Court if the IRS determines to sustain the lien filing. In the course of the hearing, the taxpayer is entitled to contest the underlying tax liability because the taxpayer has had no prior opportunity to contest the liability. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek tax court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.

(iii)   The taxpayer has entered into an installment agreement pursuant to I.R.C.6159. The taxpayer is making timely payments and is in full compliance with the agreement terms. The taxpayer is not delinquent because the taxpayer is not currently required to make full payment.

(iv)   The taxpayer has filed for bankruptcy protection. The taxpayer is not delinquent because enforced collection action is stayed under 11 U.S.C 362 (the Bankruptcy Code).

(ii)  The Offeror has [ ] , has not [X] , within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.

(2)   "Principal," for the purposes of this certification, means an officer, director, owner, partner, or a person having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a division or business segment; and similar positions).

This Certification Concerns a Matter Within the Jurisdiction of an Agency of the United States and the Making of a False, Fictitious, or Fraudulent Certification May Render the Maker Subject to Prosecution Under Section 1001, Title 18, United States Code.

(b)   The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c)   A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

(d)   Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e)   The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

**(End of Provision)**

**FAR 52.209-10 Prohibition on Contracting with Inverted Domestic Corporations (Nov 2015)**

Definitions. As used in this clause- "Inverted domestic corporation" means a foreign incorporated entity that meets the definition of an inverted domestic corporation under 6 U.S.C. 395(b), applied in accordance with the rules and definitions of 6 U.S.C. 395(c).

"Subsidiary" means an entity in which more than 50 percent of the entity is owned-
(1) Directly by a parent corporation; or
(2) Through another subsidiary of a parent corporation.

(b) If the contractor reorganizes as an inverted domestic corporation or becomes a subsidiary of an inverted domestic corporation at any time during the period of performance of this contract, the Government may be prohibited from paying for Contractor activities performed after the date when it becomes an inverted domestic corporation or subsidiary. The Government may seek any available remedies in the event the Contractor

fails to perform in accordance with the terms and conditions of the contract as a result of Government action under this clause.

(a) Definitions. As used in this provision-

"Commercial and Government Entity (CAGE) code" means--
(1) An identifier assigned to entities located in the United States or its outlying areas by the Defense Logistics Agency (DLA) Contractor and Government Entity (CAGE) Branch to identify a commercial or government entity, or
(2) An identifier assigned by a member of the North Atlantic Treaty Organization (NATO) or by the NATO Support Agency (NSPA) to entities located outside the United States and its outlying areas that the DLA Contractor and Government Entity (CAGE) Branch records and maintains in the CAGE master file. This type of code is known as an NCAGE code.
"Economically disadvantaged women-owned small business (EDWOSB) concern" means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States and who are economically disadvantaged in accordance with 13 CFR part 127. It automatically qualifies as a women-owned small business eligible for the WOSB Program.
"Forced or indentured child labor" means all work or service-
(1) Exacted from any person under the age of 18 under the menace of any penalty for its nonperformance and for which the worker does not offer himself voluntarily; or
(2) Performed by any person under the age of 18 pursuant to a contract the enforcement of which can be accomplished by process or penalties.
"Highest-level owner" means the entity that owns or controls an immediate owner of the offeror, or that owns or controls one or more entities that control an immediate owner of the offeror. No entity owns or exercises control of the highest level owner.
"Immediate owner" means an entity, other than the offeror, that has direct control of the offeror. Indicators of control include, but are not limited to, one or more of the following: ownership or interlocking management, identity of interests among family members, shared facilities and equipment, and the common use of employees.
"Internal confidentiality agreement or statement" means a confidentiality agreement or any other written statement that the contractor requires any of its employees or subcontractors to sign regarding nondisclosure of contractor information, except that it does not include confidentiality agreements arising out of civil litigation or confidentiality agreements that contractor employees or subcontractors sign at the behest of a Federal agency.
"Inverted domestic corporation", means a foreign incorporated entity that meets the definition of an inverted domestic corporation under 6 U.S.C. 395(b), applied in accordance with the rules and definitions of 6 U.S.C. 395(c).
"Manufactured end product" means any end product in product and service codes (PSCs) 1000-9999, except-
(1) PSC 5510, Lumber and Related Basic Wood Materials;
(2) Product or Service Group (PSG) 87, Agricultural Supplies;
(3) PSG 88, Live Animals;
(4) PSG 89, Subsistence;
(5) PSC 9410, Crude Grades of Plant Materials;
(6) PSC 9430, Miscellaneous Crude Animal Products, Inedible;
(7) PSC 9440, Miscellaneous Crude Agricultural and Forestry Products;
(8) PSC 9610, Ores;
(9) PSC 9620, Minerals, Natural and Synthetic; and
(10) PSC 9630, Additive Metal Materials.
"Place of manufacture" means the place where an end product is assembled out of components, or otherwise made or processed from raw materials into the finished product that is to be provided to the Government. If a product is disassembled and reassembled, the place of reassembly is not the place of manufacture.
"Predecessor" means an entity that is replaced by a successor and includes any predecessors of the predecessor.
"Restricted business operations" means business operations in Sudan that include power production activities, mineral extraction activities, oil-related activities, or the production of military equipment, as those terms are defined in the Sudan Accountability and Divestment Act of 2007 (Pub. L. 110-174). Restricted business operations do not include business operations that the person (as that term is defined in Section 2 of the Sudan Accountability and Divestment Act of 2007) conducting the business can demonstrate-
(1) Are conducted under contract directly and exclusively with the regional government of southern Sudan;
(2) Are conducted pursuant to specific authorization from the Office of Foreign Assets Control in the Department of the Treasury, or are expressly exempted under Federal law from the requirement to be conducted under such authorization;
(3) Consist of providing goods or services to marginalized populations of Sudan;
(4) Consist of providing goods or services to an internationally recognized peacekeeping force or humanitarian organization;
(5) Consist of providing goods or services that are used only to promote health or education; or
(6) Have been voluntarily suspended.
"Sensitive technology"-
(1) Means hardware, software, telecommunications equipment, or any other technology that is to be used specifically-
(i) To restrict the free flow of unbiased information in Iran; or
(ii) To disrupt, monitor, or otherwise restrict speech of the people of Iran; and
(2) Does not include information or informational materials the export of which the President does not have the authority to regulate or prohibit pursuant to section 203(b)(3) of the International Emergency Economic Powers Act (50 U.S.C. 1702(b)(3)).
"Service - disabled veteran - owned small business concern"-
(1) Means a small business concern-
(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and
(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.
(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).
"Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR part 121 and size standards in this solicitation.
"Small disadvantaged business concern", consistent with 13 CFR 124.1002, means a small business concern under the size standard applicable to the acquisition, that-
(1) Is at least 51 percent unconditionally and directly owned (as defined at 13 CFR 124.105) by-
(i) One or more socially disadvantaged (as defined at 13 CFR 124.103) and economically disadvantaged (as defined at 13 CFR 124.104) individuals who are citizens of the United States; and
(ii) Each individual claiming economic disadvantage has a net worth not exceeding $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); and
(2) The management and daily business operations of which are controlled (as defined at 13.CFR 124.106) by individuals, who meet the criteria in paragraphs (1)(i) and (ii) of this definition.
"Subcontract" means any contract as defined in subpart 2.1 entered into by a subcontractor to furnish supplies or services for performance of a prime contract or a subcontract. It includes but is not limited to purchase orders, and changes and modifications to purchase orders.
"Subcontractor" means any supplier, distributor, vendor, or firm (including a consultant) that furnishes supplies or services to or for a prime contractor or another subcontractor.
"Subsidiary" means an entity in which more than 50 percent of the entity is owned-
(1) Directly by a parent corporation; or
(2) Through another subsidiary of a parent corporation.
"Successor" means an entity that has replaced a predecessor by acquiring the assets and carrying out the affairs of the

(1)* Small business concern. The offeror represents as part of its offer that it [X] is, [ ] is not a small business concern.
(2)* Veteran-owned small business concern. The offeror represents as part of its offer that it [ ] is, [X] is not a veteran-owned small business concern.
(3)* Service-disabled veteran-owned small business concern.The offeror represents as part of its offer that it [ ] is, [X] is not a service-disabled veteran-owned small business concern.
(4) Small disadvantaged business concern. The offeror represents,  that it [ ] is, [X] is not a small disadvantaged business concern as defined in 13 CFR 124.1002.
(5)* Women-owned small business concern. The offeror represents that it [ ] is, [X] is not a women-owned small business concern.

*Small business concern, Veteran-owned small business concern, Service-disabled veteran-owned small business concern, and Women-owned small business concern size status is calculated based on the Small Business Administration size standard for each NAICS code using the size metrics (e.g. Average Number of Employees and Average Annual Receipts) provided by Law Enforcement Temporary Placement Service during their SAM registration.
(6)** Women-owned small business (WOSB) concern eligible under the WOSB Program. [Complete only if the offeror represented itself as a women-owned small business concern in paragraph (c)(5) of this provision] The offeror represents that:
(i) It [ ] is, [ ] is not a WOSB concern eligible under the WOSB Program, has provided all the required documents to the WOSB Repository, and no change in circumstances or adverse decisions have been issued that affects its eligibility; and
(ii) It [ ] is, [ ] is not a joint venture that complies with the requirements of 13 CFR part 127, and the representation in paragraph (c)(6)(i) of this provision is accurate in reference to the WOSB concern or concerns that are participating in the joint venture. [The offeror shall enter the name or names of the WOSB concern or concerns that are participating in the joint venture:] Each WOSB concern participating in the joint venture shall submit a separate signed copy of the WOSB representation.
(7)** Economically disadvantaged women-owned small business (EDWOSB) concern . [Complete only if the offeror represented itself as a WOSB concern eligible under the WOSB Program in (c)(6) of this provision.] The offeror represents that:
(i) It [ ] is, [ ] is not an EDWOSB concern, has provided all the required documents to the WOSB Repository, and no change in circumstances or adverse decisions have been issued that affects its eligibility; and
(ii) It [ ] is, [ ] is not a joint venture that complies with the requirements of 13 CFR part 127, and the representation in paragraph (c)(7)(i) of this provision is accurate for each EDWOSB concern participating in the joint venture. [The offeror shall enter the name or names of the EDWOSB concern and other small businesses that are participating in the joint venture: .] Each EDWOSB concern participating in the joint venture shall submit a separate signed copy of the EDWOSB representation.
Note: Complete paragraphs (c)(8) and (c)(9) only if this solicitation is expected to exceed the simplified acquisition threshold.
(8) Women-owned business concern (other than small business concern). [Complete only if the offeror is a women-owned business concern and did not represent itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents that it [ ] is a women-owned business concern.
(9) Tie bid priority for labor surplus area concerns. If this is an invitation for bid, small business offerors may identify the labor surplus areas in which costs to be incurred on account of manufacturing or production (by offeror or first-tier subcontractors) amount to more than 50 percent of the contract price:
State Eligible Labor Surplus:  Civil Jurisdictions Included:


(10) HUBZone small business concern. The offeror represents, as part of its offer, that-
(i) It [ ] is, It[X] is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified in accordance with 13 CFR part 126; and
(ii) It [ ] is, It[X] is not a HUBZone joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (c)(11)(i) of this provision is accurate for each HUBZone small business concern participating in the HUBZone joint venture. [The offeror shall enter the names of each of the HUBZone small business concerns participating in the HUBZone joint venture: .] Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.


(d) Representations required to implement provisions of Executive Order 11246-
(1) Previous contracts and compliance. The offeror represents that-
(i) It [ ] has It [X] has not participated in a previous contract or subcontract subject to the Equal Opportunity clause of this solicitation; and
(ii) It [ ] has It [X] has not filed all required compliance reports.
(2) Affirmative Action Compliance. The offeror represents that-
(i) It [ ] has developed and has on file, It [ ] has not developed and does not have on file, at each establishment, affirmative action programs required by rules and regulations of the Secretary of Labor (41 cfr parts 60-1 and 60-2), or
(ii) It [X] has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.


(e) Certification Regarding Payments to Influence Federal Transactions (31 U.S.C. 1352).(Applies only if the contract is expected to exceed $150,000.) By submission of its offer, the offeror certifies to the best of its knowledge and belief that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress or an employee of a Member of Congress on his or her behalf in connection with the award of any resultant contract. If any registrants under the Lobbying Disclosure Act of 1995 have made a lobbying contact on behalf of the offeror with respect to this contract, the offeror shall complete and submit, with its offer, OMB Standard Form LLL, Disclosure of Lobbying Activities, to provide the name of the registrants. The offeror need not report regularly employed officers or employees of the offeror to whom payments of reasonable compensation were made.


(f) Buy American Certificate. (Applies only if the clause at Federal Acquisition Regulation (FAR)52.225-1, Buy American-Supplies, is included in this solicitation.)
(1) The offeror certifies that each end product, except those listed in paragraph (f)(2) of this provision, is a domestic end product and that for other than COTS items, the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The offeror shall list as foreign end products those end products manufactured in the United States that do not qualify as domestic end products, i.e., an end product that is not a COTS item and does not meet the component test in paragraph (2) of the definition of "domestic end product." The terms "commercially available off-the-shelf (COTS) item" "component," "domestic end product," "end product," "foreign end product," and "United States" are defined in the clause of this solicitation entitled "Buy American-Supplies."
(2) Foreign End Products:

(3) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25.

(h)  Certification Regarding Responsibility Matters (Executive Order 12689).(Applies only if the contract value is expected to exceed the simplified acquisition threshold.) The offeror certifies, to the best of its knowledge and belief, that the offeror and/or any of its principals-

(1)  [ ]  Are [X] Are not presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency; and

(2)  [ ]  Have [X] Have not, within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a Federal, state or local government contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, violating Federal criminal tax laws,or receiving stolen property; and

(3)  [ ]  Are [X] are not presently indicted for, or otherwise criminally or civilly charged by a Government entity with, commission of any of these offenses enumerated in paragraph (h)(2) of this clause; and

(4)  [ ]  Have [X] Have not within a three-year period preceding this offer, been notified of any delinquent Federal taxes in an amount that exceeds $3,500 for which the liability remains unsatisfied.

(i)  Taxes are considered delinquent if both of the following criteria apply:

(A)  The tax liability is finally determined. The liability is finally determined if it has been assessed. A liability is not finally determined if there is a pending administrative or judicial challenge. In the case of a judicial challenge to the liability, the liability is not finally determined until all judicial appeal rights have been exhausted.

(B)  The taxpayer is delinquent in making payment. A taxpayer is delinquent if the taxpayer has failed to pay the tax liability when full payment was due and required. A taxpayer is not delinquent in cases where enforced collection action is precluded.

(ii)  Examples:

(A)  The taxpayer has received a statutory notice of deficiency, under I.R.C.6212, which entitles the taxpayer to seek Tax Court review of a proposed tax deficiency. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek Tax Court Review, this will not be a final tax liability under the taxpayer has exercised all judicial appeal rights.

(B)  The IRS has filed a notice of Federal tax lien with respect to an assessed tax liability, and the taxpayer has been issued a notice under I.R.C.6320 entitling the taxpayer to request a hearing with the IRS Office of Appeals contesting the lien filing, and to further appeal to the Tax Court if the IRS determines to sustain the lien filing. In the course of the hearing, the taxpayer is entitled to contest the underlying tax liability because the taxpayer has had no prior opportunity to contest the liability. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek tax court review, this will not be a final tax liability until the tax payer has exercised all judicial appeal rights.

(C)  The taxpayer has entered into an installment agreement pursuant to I.R.C.6159. The taxpayer is making timely payments and is in full compliance with the agreement terms. The taxpayer is not delinquent because the taxpayer is not currently required to make full payment.

(D)  The taxpayer has filed for bankruptcy protection. The taxpayer is not delinquent because enforced collection action is stayed under II U. S. C 362 (the Bankruptcy Code).


(i)  Certification Regarding Knowledge of Child Labor for Listed End Products (Executive Order 13126). [The Contracting Officer must list in paragraph (i)(1) any end products being acquired under this solicitation that are included in the List of Products Requiring Contractor Certification as to Forced or Indentured Child Labor, unless excluded at 22.1503(b).]

(1)  Listed end products.

(k) Certificates regarding exemptions from the application of the Service Contract Labor Standards(Certification by the offeror as to its compliance with respect to the contract also constitutes its certification as to compliance by its subcontractor if it subcontracts out the exempt services.) [The contracting officer is to check a box to indicate if paragraph (k)(1) or (k)(2) applies.]

(1)   Maintenance, calibration, or repair of certain equipment as described in FAR 22.1003-4(c)(1). The offeror [ ] does [X] does not certify that ___

(i)   The items of equipment to be serviced under this contract are used regularly for other than Governmental purposes and are sold or traded by the offeror (or subcontractor in the case of an exempt subcontract) in substantial quantities to the general public in the course of normal business operations;

(ii)   The services will be furnished at prices which are, or are based on, established catalog or market prices (see FAR 22.1003-4(c)(2)(ii)) for the maintenance, calibration, or repair of such equipment; and

(iii)   The compensation (wage and fringe benefits) plan for all service employees performing work under the contract will be the same as that used for these employees and equivalent employees servicing the same equipment of commercial customers.

(2)   Certain services as described in FAR 22.1003-4(d)(1). The offeror [ ] does, [X] does not certify that ___

(i)   The services under the contract are offered and sold regularly to non-Governmental customers, and are provided by the offeror (or subcontractor in the case of an exempt subcontract) to the general public in substantial quantities in the course of normal business operations;

(ii)   The contract services will be furnished at prices that are, or are based on, established catalog or market prices (see FAR 22.1003-4(d)(2)(iii));

(iii)   Each service employee who will perform the services under the contract will spend only a small portion of his or her time (a monthly average of less than 20 percent of the available hours on an annualized basis, or less than 20 percent of available hours during the contract period if the contract period is less than a month) servicing the Government contract; and

(iv)   The compensation (wage and fringe benefits) plan for all service employees performing work under the contract is the same as that used for these employees and equivalent employees servicing commercial customers.

(3)   If paragraph (k)(1) or (k)(2) of this clause applies ___

(i)   If the offeror does not certify to the conditions in paragraph (k)(1) or (k)(2) and the Contracting Officer did not attach a Service Contract Labor Standards wage determination to the solicitation, the offeror shall notify the Contracting Officer as soon as possible; and

(ii)   The Contracting Officer may not make an award to the offeror if the offeror fails to execute the certification in paragraph (k)(1) or (k)(2) of this clause or to contact the Contracting Officer as required in paragraph (k)(3)(i) of this clause.

(l)   Taxpayer Identification Number (TIN) (26 U.S.C. 6109, 31 U.S.C. 7701). (Not applicable if the offeror is required to provide this information to the SAM database to be eligible for award.)

(1)   All offerors must submit the information required in paragraphs (l)(3) through (l)(5) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the Internal Revenue Service (IRS).

(2)   The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(3)   Taxpayer Identification Number (TIN).

* [X] TIN on file.

* [ ] TIN has been applied for.

* TIN is not required because:

* [ ] Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

* [ ] Offeror is an agency or instrumentality of a foreign government;

* [ ] Offeror is an agency or instrumentality of the Federal Government.

(4) Type of organization.
* [ ] sole proprietorship;

* [X]  Partnership;

* [ ] Corporate entity (not tax-exempt);

* [ ] Corporate entity (tax-exempt);

* [ ] Government entity (Federal, State, or local);

* [ ] Foreign government;

* [ ] International organization per 26 CFR 1.6049-4;

* [ ] Other

(5)  Common parent.
* [X] Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.
* [ ] Name:

TIN:

(m)  Restricted business operations in Sudan. By submission of its offer, the offeror certifies that the offeror does not conduct any restricted business operations in Sudan.

AR02362

(r) Predecessor of Offeror. (Applies in all solicitations that include the provision at 52.204-16, Commercial and Government Entity Code Reporting.)
(1) The Offeror represents that it [ ] is or [X] is not a successor to a predecessor that held a Federal contract or grant within the last three years.
(2) If the Offeror has indicated "is" in paragraph (r)(1) of this provision, enter the following information for all predecessors that held a Federal contract or grant within the last three years (if more than one predecessor, list in reverse chronological order):

Predecessor CAGE Code: _____
(or mark "Unknown").
Predecessor legal name: _____
(Do not use a "doing business as" name)

(s) Reserved.

(t)Public Disclosure of Greenhouse Gas Emissions and Reduction Goals. Applies in all solicitations that require offerors to register in SAM (52.212â€"1(k)).
(1) This representation shall be completed if the Offeror received $7.5 million or more in contract awards in the prior Federal fiscal year. The representation is optional if the Offeror received less than $7.5 million in Federal contract awards in the prior Federal fiscal year.
(2) Representation. [Offeror to check applicable block(s) in paragraph (t)(2)(i) and (ii)].
(i) The Offeror (itself or through its immediate owner or highest-level owner) [ ] does [ ] does not publicly disclose greenhouse gas emissions, i.e., makes available on a publicly accessible Web site the results of a greenhouse gas inventory, performed in accordance with an accounting standard with publicly available and consistently applied criteria, such as the Greenhouse Gas Protocol Corporate Standard.
(ii) The Offeror (itself or through its immediate owner or highest-level owner) [ ] does [ ] does not publicly disclose a quantitative greenhouse gas emissions reduction goal, i.e., make available on a publicly accessible Web site a target to reduce absolute emissions or emissions intensity by a specific quantity or percentage.
(iii) A publicly accessible Web site includes the Offeror's own Web site or a recognized, third-party greenhouse gas emissions reporting program.
(3) If the Offeror checked "does" in paragraphs (t)(2)(i) or (t)(2)(ii) of this provision, respectively, the Offeror shall provide the publicly accessible Web site(s) where greenhouse gas emissions and/or reduction goals are reported:

(u)(1) In accordance with section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions), Government agencies are not permitted to use appropriated (or otherwise made available) funds for contracts with an entity that requires employees or subcontractors of such entity seeking to report waste, fraud, or abuse to sign internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such waste, fraud, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.
(2) The prohibition in paragraph (u)(1) of this provision does not contravene requirements applicable to Standard Form 312 (Classified Information Nondisclosure Agreement), Form 4414 (Sensitive Compartmented Information Nondisclosure Agreement), or any other form issued by a Federal department or agency governing the nondisclosure of classified information.
(3) Representation. By submission of its offer, the Offeror represents that it will not require its employees or subcontractors to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting waste, fraud, or abuse related to the performance of a Government contract to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information (e.g., agency Office of the Inspector General).

**Alternate I (Oct 2014)**

As prescribed in 12.301(b)(2), add the following paragraph (c)(11) to the basic provision:

(11) (Complete if the offeror has represented itself as disadvantaged in paragraph (c)(4) of this provision.)

[ ] Black American.

[ ] Hispanic American.

[ ] Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians).

[ ] Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, The Philippines, Republic of Palau, Republic of the Marshall Islands, Federated States of Micronesia, the Commonwealth of the Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).

[ ] Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal).

[ ] Individual/concern, other than one of the preceding.

**(End of Provision)**

**FAR 52.212-5 Contract Terms and Conditions Required to Implement Statutes or Executive Orders-Commercial Items (Jan 2017)**

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

[Contracting Officer check as appropriate.]
__ (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (Sept 2006), with Alternate I (Oct 1995) (41 U.S.C. 4704 and 10 U.S.C. 2402).
__ (2) 52.203-13, Contractor Code of Business Ethics and Conduct (Apr 2010) (41 U.S.C. 3509)).
__ (3) 52.203-15, Whistleblower Protections under the American Recovery and Reinvestment Act of 2009 (June 2010) (Section 1553 of Pub. L. 111-5). (Applies to contracts funded by the American Recovery and Reinvestment Act of 2009.)
__ (4) 52.204-10, Reporting Executive Compensation and First-Tier Subcontract Awards (Oct 2016) (Pub. L. 109-282) (31 U.S.C. 6101 note).
__ (5) [Reserved].
__ (6) 52.204-14, Service Contract Reporting Requirements (Oct 2016) (Pub. L. 111-117, section 743 of Div. C).
__ (7) 52.204-15, Service Contract Reporting Requirements for Indefinite-Delivery Contracts (Jan 2014) (Pub. L. 111-117, section 743 of Div. C).
__ (8) 52.209-6, Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment. (Oct 2015) (31 U.S.C. 6101 note).
__ (9) 52.209-9, Updates of Publicly Available Information Regarding Responsibility Matters (Jul 2013) (41 U.S.C. 2313).
__ (10) [Reserved].
__ (11)(i) 52.219-3, Notice of HUBZone Set-Aside or Sole-Source Award (Nov 2011) (15 U.S.C. 657a).
__ (ii) Alternate I (Nov 2011) of 52.219-3.
__ (12)(i) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (Oct 2014) (if the offeror elects to waive the preference, it shall so indicate in its offer) (15 U.S.C. 657a).
__ (ii) Alternate I (Jan 2011) of 52.219-4.
__ (13) [Reserved]
__ (14)(i) 52.219-6, Notice of Total Small Business Set-Aside (Nov 2011) (15 U.S.C. 644).
__ (ii) Alternate I (Nov 2011).
__ (iii) Alternate II (Nov 2011).
__ (15)(i) 52.219-7, Notice of Partial Small Business Set-Aside (June 2003) (15 U.S.C. 644).
__ (ii) Alternate I (Oct 1995) of 52.219-7.
__ (iii) Alternate II (Mar 2004) of 52.219-7.
__ (16) 52.219-8, Utilization of Small Business Concerns (Nov 2016) (15 U.S.C. 637(d)(2) and (3)).
__ (17)(i) 52.219-9, Small Business Subcontracting Plan (Jan 2017) (15 U.S.C. 637(d)(4)).
__ (ii) Alternate I (Nov 2016) of 52.219-9.
__ (iii) Alternate II (Nov 2016) of 52.219-9.
__ (iv) Alternate III (Nov 2016) of 52.219-9.
__ (v) Alternate IV (Nov 2016) of 52.219-9.
__ (18) 52.219-13, Notice of Set-Aside of Orders (Nov 2011)(15 U.S.C. 644(r)).
__ (19) 52.219-14, Limitations on Subcontracting (Jan 2017) (15 U.S.C. 637(a)(14)).
__ (20) 52.219-16, Liquidated Damages-Subcon-tracting Plan (Jan 1999) (15 U.S.C. 637(d)(4)(F)(i)).
__ (21) 52.219-27, Notice of Service-Disabled Veteran-Owned Small Business Set-Aside (Nov 2011) (15 U.S.C. 657 f).
__ (22) 52.219-28, Post Award Small Business Program Rerepresentation (Jul 2013) (15 U.S.C. 632(a)(2)).
__ (23) 52.219-29, Notice of Set-Aside for, or Sole Source Award to, Economically Disadvantaged Women-Owned Small Business Concerns (Dec 2015) (15 U.S.C. 637(m)).
__ (24) 52.219-30, Notice of Set-Aside for, or Sole Source Award to, Women-Owned Small Business Concerns Eligible Under the Women-Owned Small Business Program (Dec 2015) (15 U.S.C. 637(m)).
__ (25) 52.222-3, Convict Labor (June 2003) (E.O. 11755).
__ (26) 52.222-19, Child Labor-Cooperation with Authorities and Remedies (Oct 2016) (E.O. 13126).
__ (27) 52.222-21, Prohibition of Segregated Facilities (Apr 2015).
__ (28) 52.222-26, Equal Opportunity (Sept 2016) (E.O. 11246).
__ (29) 52.222-35, Equal Opportunity for Veterans (Oct 2015) (38 U.S.C. 4212).
__ (30) 52.222-36, Equal Opportunity for Workers with Disabilities (Jul 2014) (29 U.S.C. 793).
__ (31) 52.222-37, Employment Reports on Veterans (Feb 2016) (38 U.S.C. 4212).
__ (32) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (Dec 2010) (E.O. 13496).
__ (33)(i) 52.222-50, Combating Trafficking in Persons (Mar 2015) (22 U.S.C. chapter 78 and E.O. 13627).
__ (ii) Alternate I (Mar 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).
__ (34) 52.222-54, Employment Eligibility Verification (Oct 2015). (Executive Order 12989. (Not applicable to the acquisition of commercially available off-the-shelf items or certain other types of commercial items as prescribed in 22 1803.)
__ (35) 52.222-59, Compliance with Labor Laws (Executive Order 13673) (Oct 2016). (Applies at $50 million for solicitations and resultant contracts issued from October 25, 2016 through April 24, 2017; applies at $500,000 for solicitations and resultant contracts issued after April 24, 2017.)
Note to paragraph (b)(35): By a court order issued on October 24, 2016, 52.222-59 is enjoined indefinitely as of the date of the order. The enjoined paragraph will become effective immediately if the court terminates the injunction. At that time, GSA, DoD and NASA will publish a document in the Federal Register advising the public of the termination of the injunction.
__ (36) 52.222-60, Paycheck Transparency (Executive Order 13673) (Oct 2016).
__ (37)(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Items (May 2008) (42 U.S.C. 6962(c)(3)(A)(ii)). (Not applicable to the acquisition of commercially available off-the-shelf items.)
__ (ii) Alternate I (May 2008) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)). (Not applicable to the acquisition of commercially available off-the-shelf items.)
__ (38) 52.223-11, Ozone-Depleting Substances and High Global Warming Potential Hydrofluorocarbons (Jun 2016) (E.O. 13693).
__ (39) 52.223-12, Maintenance, Service, Repair, or Disposal of Refrigeration Equipment and Air Conditioners (Jun 2016) (E.O. 13693).
__ (40)(i) 52.223-13, Acquisition of EPEAT®-Registered Imaging Equipment (Jun 2014) (E.O.s 13423 and 13514).
__ (ii) Alternate I (Oct 2015) of 52.223-13.
__ (41)(i) 52.223-14, Acquisition of EPEAT®-Registered Televisions (Jun 2014) (E.O.s 13423 and 13514).
__ (ii) Alternate I (Jun 2014) of 52.223-14.
__ (42) 52.223-15, Energy Efficiency in Energy-Consuming Products (Dec 2007) (42 U.S.C. 8259b).
__ (43)(i) 52.223-16, Acquisition of EPEAT®-Registered Personal Computer Products (Oct 2015) (E.O.s 13423 and 13514).
__ (ii) Alternate I (Jun 2014) of 52.223-16.
__ (44) 52.223-18, Encouraging Contractor Policies to Ban Text Messaging While Driving (Aug 2011) (E.O. 13513).
__ (45) 52.223-20, Aerosols (Jun 2016) (E.O. 13693).
__ (46) 52.223-21, Foams (Jun 2016) (E.O. 13693).
__ (47)(i) 52.224-3, Privacy Training (Jan 2017) (5 U.S.C. 552a).
__ (ii) Alternate I (Jan 2017) of 52.224-3.
__ (48) 52.225-1, Buy American-Supplies (May 2014) (41 U.S.C. chapter 83).
__ (49)(i) 52.225-3, Buy American-Free Trade Agreements-Israeli Trade Act (May 2014) (41 U.S.C. chapter 83, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, 19 U.S.C. 3805 note, 19 U.S.C. 4001 note, Pub. L. 103-182, 108-77, 108-78, 108-286, 108-302, 109-53, 109-169, 109-283, 110-138, 112-41, 112-42, and 112-43.
__ (ii) Alternate I (May 2014) of 52.225-3.
__ (iii) Alternate II (May 2014) of 52.225-3.

AR02364

(e)(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in this paragraph (e)(1) in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause-

(i) 52.203-13, Contractor Code of Business Ethics and Conduct (Oct 2015) (41 U.S.C. 3509).

(ii) 52.203-19, Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements (Jan 2017) (section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions)).

(iii) 52.219-8, Utilization of Small Business Concerns (Nov 2016) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $700,000 ($1.5 million for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(iv) 52.222-17, Nondisplacement of Qualified Workers (May 2014) (E.O. 13495). Flow down required in accordance with paragraph (l) of FAR clause 52.222-17.

(v) 52.222-21, Prohibition of Segregated Facilities (Apr 2015).

(vi) 52.222-26, Equal Opportunity (Sept 2016) (E.O. 11246).

(vii) 52.222-35, Equal Opportunity for Veterans (Oct 2015) (38 U.S.C. 4212).

(viii) 52.222-36, Equal Opportunity for Workers with Disabilities (Jul 2014) (29 U.S.C. 793).

(ix) 52.222-37, Employment Reports on Veterans (Feb 2016) (38 U.S.C. 4212)

(x) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (Dec 2010) (E.O. 13496). Flow down required in accordance with paragraph (f) of FAR clause 52.222-40.

(xi) 52.222-41, Service Contract Labor Standards (May 2014) (41 U.S.C. chapter 67).

(xii)

___(A) 52.222-50, Combating Trafficking in Persons (Mar 2015) (22 U.S.C. chapter 78 and E.O 13627).

___(B) Alternate I (Mar 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O 13627).

(xiii) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (May 2014) (41 U.S.C. chapter 67).

(xiv) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (May 2014) (41 U.S.C. chapter 67).

(xv) 52.222-54, Employment Eligibility Verification (Oct 2015).

(xvi) 52.222-55, Minimum Wages Under Executive Order 13658 (Dec 2015) (Executive Order 13658).

(xvii) 52.222-59, Compliance with Labor Laws (Executive Order 13673) (Oct 2016) (Applies at $50 million for solicitations and resultant contracts issued from October 25, 2016 through April 24, 2017; applies at $500,000 for solicitations and resultant contracts issued after April 24, 2017).

Note to paragraph (e)(1)(xvii): By a court order issued on October 24, 2016, 52.222-59 is enjoined indefinitely as of the date of the order. The enjoined paragraph will become effective immediately if the court terminates the injunction. At that time, GSA, DoD and NASA will publish a document in the Federal Register advising the public of the termination of the injunction.

(xviii) 52.222-60, Paycheck Transparency (Executive Order 13673) (Oct 2016)).

(xix) 52.222-62, Paid Sick Leave Under Executive Order 13706 (Jan 2017) (E.O. 13706).

(xx)(A) 52.224-3, Privacy Training (Jan 2017) (5 U.S.C. 552a).

(B) Alternate I (Jan 2017) of 52.224-3.

(xxi) 52.225-26, Contractors Performing Private Security Functions Outside the United States (Oct 2016) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

(xxii) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (May 2014) (42 U.S.C. 1792). Flow down required in accordance with paragraph (e) of FAR clause 52.226-6.

(xxiii) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Feb 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the contractor may include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.


**ALTERNATE I (Feb 2000)**


As prescribed in 12.301(b)(4)(i), delete paragraph (d) from the basic clause, redesignate paragraph (e) as paragraph (d), and revise the reference to "paragraphs (a), (b), (c), or (d) of this clause" in the redesignated paragraph (d) to read "paragraphs (a), (b), and (c) of this clause."


**ALTERNATE II (Jan 2017)**

The NAICS Codes you selected on the Goods and Services page of this registration are listed in the table under 52.219-1(c). Those NAICS Codes for which you are identified as small serve to complete the small business concern representation in 52.219-1(c)(1).

You are certifying to your size status for all the NAICS codes in the table. Please review it carefully. The Y/N answers are located in the "Small Business?" column. A "Y" indicates "Small" and "N" indicates "Other than Small." This status is derived from the SBA's size standards based on the size metrics you entered.

(a) Definitions. As used in this provision-

"Economically disadvantaged women-owned small business (EDWOSB) concern" means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States and who are economically disadvantaged in accordance with 13 CFR part 127. It automatically qualifies as a women-owned small business concern eligible under the WOSB Program.

"Service-disabled veteran-owned small business concern"-
(1) Means a small business concern-
(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans, and
(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.
(2) "Service-disabled veteran" means a veteran, as defined in 38 U.S.C. 101(2) with a disability that is service-connected, as defined in 38 U.S.C. 101(16).
"Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and the size standard in paragraph (b) of this provision.
"Small disadvantaged business concern," consistent with 13 CFR 124.1002, means a small business concern under the size standard applicable to the acquisition, that-
(1) Is at least 51 percent unconditionally and directly owned (as defined at 13 CFR 124.105) by-
(i) One or more socially disadvantaged (as defined at 13 CFR 124.103) and economically disadvantaged (as defined at 13 CFR 124.104) individuals who are citizens of the United States, and
(ii) Each individual claiming economic disadvantage has a net worth not exceeding $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); and
(2) The management and daily business operations of which are controlled (as defined at 13 CFR 124.106) by individuals who meet the criteria in paragraphs (1)(i) and (ii) of this definition.
"Veteran-owned small business concern" means a small business concern-
(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans, and
(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned small business concern" means a small business concern-

(1) That is at least 51 percent owned by one or more women; or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and
(2) Whose management and daily business operations are controlled by one or more women.

"Women-owned small business (WOSB) concern eligible under the WOSB Program" (in accordance with 13 CFR part 127), means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States.

(b) (1) The North American Industry Classification System (NAICS) code for this acquisition is See Note *
(2) The small business size standard is See Note.
(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(c) Representations

| NAICS Code | Name | NAICS Exception | Size Standard | Small Business? |
|---|---|---|---|---|
| 541990 | All Other Professional, Scientific, and Technical Services | | $15000000 | Y |
| 561612 | Security Guards and Patrol Services | | $20500000 | Y |
| 561990 | All Other Support Services | | $11000000 | Y |

(a) This provision applies to small business concerns only

(b) The bidder's status as a labor surplus area (LSA) concern may affect entitlement to award in case of tie bids. If the bidder wishes to be considered for this priority, the bidder must identify, in the following space, the LSA in which the costs to be incurred on account of manufacturing or production (by the bidder or the first-tier subcontractors) amount to more than 50 percent of the contract price.

(c) Failure to identify the labor surplus areas as specified in paragraph (b) of this provision will preclude the bidder from receiving priority consideration. If the bidder is awarded a contract as a result of receiving priority consideration under this provision and would not have otherwise received award, the bidder shall perform the contract or cause the contract to be performed in accordance with the obligations of an LSA concern.

**(End of Provision)**

**FAR 52.222-18 Certification Regarding Knowledge of Child Labor for Listed End Products (Feb 2001)**

(a) Definition:

"Forced or indentured child labor" means all work or service-

(1) Exacted from any person under the age of 18 under the menace of any penalty for its nonperformance and for which the worker does not offer himself voluntarily; or

(2) Performed by any person under the age of 18 pursuant to a contract the enforcement of which can be accomplished by process or penalties.

(b) Listed end products. The following end product(s) being acquired under this solicitation is (are) included in the List of Products Requiring Contractor Certification as to Forced or Indentured Child Labor, identified by their country of origin. There is a reasonable basis to believe that listed end products from the listed countries of origin may have been mined, produced, or manufactured by forced or indentured child labor.

The offeror represents that-

(a) It [ ] has developed and has on file, [ ] has not developed and does not have on file, at each establishment, affirmative action programs required by the rules and regulations of the Secretary of Labor (41 CFR 60-1 and 60-2); or

(b) It [X] has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

**(End of Provision)**

**FAR 52.222-38 Compliance with Veterans' Employment Reporting Requirements (Feb 2016)**

As prescribed in 22.1310 (c), insert the following provision:

COMPLIANCE WITH VETERANS' EMPLOYMENT REPORTING REQUIREMENTS (Feb 2016)

By submission of its offer, the offeror represents that, if it is subject to the reporting requirements of 38 U.S.C. 4212(d) ( i e., if it has any contract containing Federal Acquisition Regulation clause 52.222-37, Employment Reports on Veterans), it has filed the most recent VETS-4212 Report required by that clause.

**(End of Provision)**

**FAR 52.222-48 Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Certification  (May 2014)**

(a)  The offeror shall check the following certification:

Certification

The offeror [ ] does certify  [X] does not certify that -

(1)  The items of equipment to be serviced under this contract are used regularly for other than Government purposes, and are sold or traded by the offeror (or subcontractor in the case of an exempt subcontractor) in substantial quantities to the general public in the course of normal business operations;

(2)  The services will be furnished at prices which are, or are based on, established catalog or market prices for the maintenance, calibration, or repair of equipment.

(i)  An "established catalog price" is a price included in a catalog, price list, schedule, or other form that is regularly maintained by the manufacturer or the offeror, is either published or otherwise available for inspection by customers, and states prices at which sales currently, or were last, made to a significant number of buyers constituting the general public.

(ii)  An "established market price" is a current price, established in the usual course of trade between buyers and sellers free to bargain, which can be substantiated from sources independent of the manufacturer or offeror; and

(3)  The compensation (wage and fringe benefits) plan for all service employees performing work under the contract are the same as that used for these employees and equivalent employees servicing the same equipment of commercial customers.

(b) Certification by the offeror as to its compliance with respect to the contract also constitutes its certification as to compliance by its subcontractor if it subcontracts out the exempt services. If the offeror certifies to the conditions in paragraph (a) of this provision, and the Contracting Officer determines in accordance with FAR 22.1003-4(c)(3) that the Service Contract Labor Standards statute-

(1)  Will not apply to this offeror, then the Service Contract Labor Standards clause in this solicitation will not be included in any resultant contract to this offeror; or

(2)  Will apply to this offeror, then the clause at 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements, in this solicitation will not be included in any resultant contract awarded to this offeror, and the offeror may be provided an opportunity to submit a new offer on that basis.

(c)  If the offeror does not certify to the conditions in paragraph (a) of this provision-

(1)  The clause in this solicitation at 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements, will not be included in any resultant contract awarded to this offeror; and

(2)  The offeror shall notify the Contracting Officer as soon as possible, if the Contracting Officer did not attach a Service Contract Labor Standards wage determination to the solicitation.

(d)  The Contracting Officer may not make an award to the offeror, if the offeror fails to execute the certification in paragraph (a) of this provision or to contact the Contracting Officer as required in paragraph (c) of this provision.

**(End of Provision)**

**FAR 52.222-50 Combating Trafficking In Persons (MAR 2015)**

As prescribed in 22.1705(a)(1), insert the following clause:

COMBATING TRAFFICKING IN PERSONS (MAR 2015)

(c) Contractor requirements. The Contractor shall-
(1) Notify its employees and agents of-
(i) The United States Government's policy prohibiting trafficking in persons, described in paragraph (b) of this clause; and
(ii) The actions that will be taken against employees or agents for violations of this policy. Such actions for employees may include, but are not limited to, removal from the contract, reduction in benefits, or termination of employment; and
(2) Take appropriate action, up to and including termination, against employees, agents, or subcontractors that violate the policy in paragraph (b) of this clause.

(d) Notification.
(1) The Contractor shall inform the Contracting Officer and the agency Inspector General immediately of-
(i) Any credible information it receives from any source (including host country law enforcement) that alleges a Contractor employee, subcontractor, subcontractor employee, or their agent has engaged in conduct that violates the policy in paragraph (b) of this clause (see also 18 U.S.C. 1351, Fraud in Foreign Labor Contracting, and 52.203-13(b)(3)(i)(A), if that clause is included in the solicitation or contract, which requires disclosure to the agency Office of the Inspector General when the Contractor has credible evidence of fraud); and
(ii) Any actions taken against a Contractor employee, subcontractor, subcontractor employee, or their agent pursuant to this clause.
(2) If the allegation may be associated with more than one contract, the Contractor shall inform the contracting officer for the contract with the highest dollar value.

(e) Remedies. In addition to other remedies available to the Government, the Contractor's failure to comply with the requirements of paragraphs (c), (d), (g), (h), or (i) of this clause may result in-
(1) Requiring the Contractor to remove a Contractor employee or employees from the performance of the contract;
(2) Requiring the Contractor to terminate a subcontract;
(3) Suspension of contract payments until the Contractor has taken appropriate remedial action;
(4) Loss of award fee, consistent with the award fee plan, for the performance period in which the Government determined Contractor non-compliance;
(5) Declining to exercise available options under the contract;
(6) Termination of the contract for default or cause, in accordance with the termination clause of this contract; or
(7) Suspension or debarment.

(f) Mitigating and aggravating factors. When determining remedies, the Contracting Officer may consider the following:
(1) Mitigating factors. The Contractor had a Trafficking in Persons compliance plan or an awareness program at the time of the violation, was in compliance with the plan, and has taken appropriate remedial actions for the violation, that may include reparation to victims for such violations.
(2) Aggravating factors. The Contractor failed to abate an alleged violation or enforce the requirements of a compliance plan, when directed by the Contracting Officer to do so.

(g) Full cooperation.
(1) The Contractor shall, at a minimum-
(i) Disclose to the agency Inspector General information sufficient to identify the nature and extent of an offense and the individuals responsible for the conduct;
(ii) Provide timely and complete responses to Government auditors' and investigators' requests for documents;
(iii) Cooperate fully in providing reasonable access to its facilities and staff (both inside and outside the U.S.) to allow contracting agencies and other responsible Federal agencies to conduct audits, investigations, or other actions to ascertain compliance with the Trafficking Victims Protection Act of 2000 (22 U.S.C. chapter 78), E.O. 13627, or any other applicable law or regulation establishing restrictions on trafficking in persons, the procurement of commercial sex acts, or the use of forced labor; and
(iv) Protect all employees suspected of being victims of or witnesses to prohibited activities, prior to returning to the country from which the employee was recruited, and shall not prevent or hinder the ability of these employees from cooperating fully with Government authorities.
(2) The requirement for full cooperation does not foreclose any Contractor rights arising in law, the FAR, or the terms of the contract. It does not-
(i) Require the Contractor to waive its attorney-client privilege or the protections afforded by the attorney work product doctrine;
(ii) Require any officer, director, owner, employee, or agent of the Contractor, including a sole proprietor, to waive his or her attorney client privilege or Fifth Amendment rights; or
(iii) Restrict the Contractor from-
(A) Conducting an internal investigation; or
(B) Defending a proceeding or dispute arising under the contract or related to a potential or disclosed violation.

(b) Certification by the offeror as to its compliance with respect to the contract also constitutes its certification as to compliance by its subcontractor if it subcontracts out the exempt services. If the offeror certifies to the conditions in paragraph (a) of this provision, and the Contracting Officer determines in accordance with FAR22.1003-4(d)(3) that the Service Contract Labor Standards statute-

(1) Will not apply to this offeror, then the Service Contract Labor Standards clause in this solicitation will not be included in any resultant contract to this offeror; or

(2) Will apply to this offeror, then the clause at FAR52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements, in this solicitation will not be included in any resultant contract awarded to this offer, and the offeror may be provided an opportunity to submit a new offer on that basis.

(c) If the offeror does not certify to the conditions in paragraph (a) of this provision-

(1) The clause of this solicitation at 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements, will not be included in any resultant contract to this offeror; and

(2) The offeror shall notify the Contracting Officer as soon as possible if the Contracting Officer did not attach a Service Contract Labor Standards wage determination to the solicitation.

(d) The Contracting Officer may not make an award to the offeror, if the offeror fails to execute the certification in paragraph (a) of this provision or to contact the Contracting Officer as required in paragraph (c) of this provision.

**(End of Provision)**

**FAR 52.222-56 Certification Regarding Trafficking in Persons Compliance Plan (MAR 2015)**

As prescribed in 22.1705(b), insert the following provision:

CERTIFICATION REGARDING TRAFFICKING IN PERSONS COMPLIANCE PLAN (MAR 2015)

(a) The term "commercially available off-the-shelf (COTS) item," is defined in the clause of this solicitation entitled "Combating Trafficking in Persons" (FAR clause 52.222-50).

(b) The apparent successful Offeror shall submit, prior to award, a certification, as specified in paragraph (c) of this provision, for the portion (if any) of the contract that-
(1) Is for supplies, other than commercially available off-the-shelf items, to be acquired outside the United States, or services to be performed outside the United States; and
(2) Has an estimated value that exceeds $500,000.

(c) The certification shall state that-
(1) It has implemented a compliance plan to prevent any prohibited activities identified in paragraph (b) of the clause at 52.222-50, Combating Trafficking in Persons, and to monitor, detect, and terminate the contract with a subcontractor engaging in prohibited activities identified at paragraph (b) of the clause at 52.222-50, Combating Trafficking in Persons; and
(2) After having conducted due diligence, either-
(i) To the best of the Offeror's knowledge and belief, neither it nor any of its proposed agents, subcontractors, or their agents is engaged in any such activities; or
(ii) If abuses relating to any of the prohibited activities identified in 52.222-50(b) have been found, the Offeror or proposed subcontractor has taken the appropriate remedial and referral actions.

**(End of Provision)**

**FAR 52.223-1 Biobased Product Certification (May 2012)**

(a) As required by the Farm Security and Rural Investment Act of 2002 and the Energy Policy Act of 2005 (7 U.S.C. 8102(c)(3)), the offeror certifies, by signing this offer, that biobased products (within categories of products listed by theUnited States Department of Agriculture in 7 CFR part 3201, subpart B) to be used or delivered in the performance of the contract, other than biobased products that are not purchased by the offeror as a direct result of this contract, will comply with the applicable specifications or other contractual requirements.

**(End of Provision)**

**FAR 52.223-4 Recovered Material Certification (May 2008)**

Law Enforcement Temporary Placement Service has elected not to complete this provision. Information pertaining to this provision, must be submitted to the Government with individual offers/proposals

**(End of Provision)**

**FAR 52.223-9 Estimate of Percentage of Recovered Material Content for EPA-Designated Items (May 2008)**

Law Enforcement Temporary Placement Service has elected not to complete this provision. Information pertaining to this provision, must be submitted to the Government with individual offers/proposals

**(End of Provision)**

**FAR 52.223-22 Public Disclosure of Greenhouse Gas Emissions and Reduction Goals-Representation (Dec 2016)**

As prescribed in 23.804(b), insert the following provision:
Public Disclosure of Greenhouse Gas Emissions and Reduction Goals- Representation (Dec 2016)

As prescribed in 25.1101(b)(2)(iii), substitute the following paragraph (b) for paragraph (b) of the basic provision:
(b) The offeror certifies that the following supplies are Canadian end products or Israeli end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act":
Canadian or Israeli End Products:

**Alternate III (May 2014)**

As prescribed in 25.1101(b)(2)(iv), substitute the following paragraph (b) for paragraph (b) of the basic provision:

(b) The offeror certifies that the following supplies are Free Trade Agreement country end products (other than Bahrainian,Korean, Moroccan, Omani, Panamanian, or Peruvian end products) or Israeli end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act":
Free Trade Agreement Country End Products (Other than Bahrainian, Korean, Moroccan, Omani, Panamanian, or Peruvian End Products) or Israeli End Products:

<center>(End of Provision)</center>

**FAR 52.225-6 Trade Agreements Certificate (May 2014)**

(a) The offeror certifies that each end product, except those listed in paragraph (b) of this provision, is a U.S.-made,or designated country, end product, as defined in the clause of this solicitation entitled "Trade Agreements."

(b) The offeror shall list as other end products those supplies that are not U.S.-made, or designated country, end products. Other End Products:

(c) The Government will evaluate offers in accordance with the policies and procedures of Part 25 of the Federal Acquisition Regulation. For line items covered by the WTO GPA,the Government will evaluate offers of U.S.-made, or designated country, end products without regard to the restrictions of the Buy American statute. The Government will consider for award only offers of U.S.-made, or designated country, end products unless the Contracting Officer determines that there are no offers for those products or that the offers for those products are insufficient to fulfill the requirements of this solicitation.

<center>(End of Provision)</center>

**FAR 52.225-20 Prohibition on Conducting Restricted Business Operations in Sudan-Certification (Aug 2009)**

(a) Definitions. As used in this provision-

"Business operations" means engaging in commerce in any form, including by acquiring, developing, maintaining, owning, selling, possessing, leasing, or operating equipment, facilities, personnel, products, services, personal property, real property, or any other apparatus of business or commerce.

"Marginalized populations of Sudan" means-

(1) Adversely affected groups in regions authorized to receive assistance under section 8(c) of the Darfur Peace and Accountability Act (Pub. L. 109-344) (50 U.S.C. 1701 note); and

(2) Marginalized areas in Northern Sudan described in section 4(9) of such Act.

"Restricted business operations" means business operations in Sudan that include power production activities, mineral extraction activities, oil-related activities, or the production of military equipment, as those terms are defined in the Sudan Accountability and Divestment Act of 2007(Pub. L. 110-174). Restricted business operations do not include business operations that the person (as that term is defined in Section 2 of the Sudan Accountability and Divestment Act of 2007) conducting the business can demonstrate-

(1) Are conducted under contract directly and exclusively with the regional government of southern Sudan;

(2) Are conducted pursuant to specific authorization from the Office of Foreign Assets Control in the Department of the Treasury, or are expressly exempted under Federal law from the requirement to be conducted under such authorization;

(3) Consist of providing goods or services to marginalized populations of Sudan;

(4) Consist of providing goods or services to an internationally recognized peacekeeping force or humanitarian organization;

(5) Consist of providing goods or services that are used only to promote health or education; or

(6) Have been voluntarily suspended.

(b) Certification. By submission of its offer, the offeror certifies that the offeror does not conduct any restricted business operations in Sudan.

<center>(End of Provision)</center>

**FAR 52.225-25 Prohibition on Contracting with Entities Engaging in Certain Activities or Transactions Relating to Iran - Representation and Certifications (Oct 2015)**

(a)  Cost or charges for royalties. When the response to this solicitation contains costs or charges for royalties totaling more than $250, the following information shall be included in the response relating to each separate item of royalty or license fee:

(1)  Name and address of licensor.

(2)  Date of license agreement.

(3)  Patent numbers, patent application serial numbers, or other basis on which the royalty is payable.

(4)  Brief description, including any part or model numbers of each contract item or component on which the royalty is payable.

(5)  Percentage or dollar rate of royalty per unit.

(6)  Unit price of contract item.

(7)  Number of units.

(8)  Total dollar amount of royalties.

(b)  Copies of current licenses. In addition, if specifically requested by the Contracting Officer before execution of the contract, the offeror shall furnish a copy of the current license agreement and an identification of applicable claims of specific patents.

**(End of Provision)**

**FAR 52.227-15 d Rights Data and Restricted Computer Software (Dec 2007)**

(a)  This solicitation sets forth the Government's known delivery requirements for data (as defined in the clause at 52.227-14, Rights in Data-General). Any resulting contract may also provide the Government the option to order additional data under the Additional Data Requirements clause at 52.227-16, if included in the contract. Any data delivered under the resulting contract will be subject to the Rights in Data-General clause at 52.227-14 included in this contract. Under the latter clause, a Contractor may withhold from delivery data that qualify as limited rights data or restricted computer software, and deliver form, fit, and function data instead. The latter clause also may be used with its Alternates II and or III to obtain delivery of limited rights data or restricted computer software, marked with limited rights or restricted rights notices, as appropriate. In addition, use of Alternate V with this latter clause provides the Government the right to inspect such data at the Contractor's facility.

(b)  By completing the remainder of this paragraph, the offeror represents that it has reviewed the requirements for the delivery of technical data or computer software and states [offeror check appropriate block]:

(1)  [X] None of the data proposed for fulfilling such requirements qualifies as limited rights data or restricted computer software; or

(2)  [ ] Data proposed for fulfilling such requirements qualify as limited rights data or restricted computer software and are identified as follows:

(c)  Any identification of limited rights data or restricted computer software in the offeror's response is not determinative of the status of the data should a contract be awarded to the offeror.

**(End of Provision)**

Gregory Kothman    Log Out

ALERT - June 11, 2018: Entities registering in SAM must submit a notarized letter appointing their authorized Entity Administrator. Read our updated FAQs to learn more about changes to the notarized letter review process and other system improvements coming in June.



# Entity Dashboard

Entity Overview

- Entity Registration
  - Core Data
  - Assertions
  - Reps & Certs
  - POCs
- Reports
  - Service Contract Report
  - BioPreferred Report
- Exclusions
  - Active Exclusions
  - Inactive Exclusions
  - Excluded Family Members

RETURN TO SEARCH

**Law Enforcement Temporary Placement Service**

DUNS: 079486520    CAGE Code: 77E57

Status: Active

5360 Stafford Cir
Pace, FL, 32571-6816,
UNITED STATES

Expiration Date: 01/31/2019
Purpose of Registration: All Awards

### Active Exclusions

**Page Description**

There are no active exclusion records associated to this entity by its unique entity identifier, i.e. the DUNS Number. You may conduct additional searches for exclusion records using different search criteria by selecting Search Records in the main navigation.

PRINT



IBM v1.P.13.20180427-1347
WWW5

Search Records
Data Access
Check Status
About
Help

Disclaimers
Accessibility
Privacy Policy

FAPIIS.gov
GSA.gov/IAE
GSA.gov
USA.gov

**AR02373**

### Search Results

Entity: LAW ENFORCEMENT TEMPORARY
PLACEMENT SERVICE
DUNS: 079486520
CAGE: 77E57
Date FAPIIS search conducted: 06/22/2018 11:03:30

| FAPIIS Data | Records | Count |
|---|---|---|
| Administrative Agreement | No | 0 |
| Defective Pricing | No | 0 |
| DoD Determination of Contractor Fault | No | 0 |
| Information on Trafficking in Persons | No | 0 |
| Non-Responsibility Determination | No | 0 |
| Recipient Not-Qualified Determination | No | 0 |
| Subcontractor Payment Issues | No | 0 |
| Termination for Cause | No | 0 |
| Termination for Default | No | 0 |
| Termination for Material Failure to Comply | No | 0 |

### Proceedings Information as Entered by the Entity in SAM.gov

- Question: Does your business or organization (represented by the DUNS number on this specific Entity Management section of SAM record) have current active Federal contracts and/or grants with total value (including any exercised/unexercised options) greater than $10,000,000?
***Contractor Response: Based on the responses provided while registering in the System for Award Management (SAM.gov), this entity has no criminal, civil, or administrative proceedings to report in accordance with FAR 52.20-7, FAR 52.209-8, or 2 C.F.R. 200 Appendix XII.

### SAM Exclusion Data

*** No matching Performance Information section of SAM records were found based on the search criteria information we have. You may want to search the Performance Information section of SAM directly at https://www.sam.gov and use the 'Advanced Search' option to locate the entity of interest.

FEDERAL EMPLOYEE NON-DISCLOSURE STATEMENT

SOLICITATION NUMBER: <u>140L3918Q0062 Burning Man 2018 Mission Support Technician
Services & Support</u>

The proper treatment of official information related to the procurement process (requirement
definition, validation, evaluation, selection proceedings, negotiations, etc.) is of the utmost
importance.  The following are laws which control the acquisition process.

- 5 CFR 735.206 states that an employee may not "directly or indirectly use or allow the
use of official information obtained through or in connection with his Government
employment."

- Title 18 U.S.C. 201 prescribes specific penalties for a Government official accepting, or
anyone directly or indirectly promising to a Government official, anything of value with
intent to influence an official act or otherwise influence the Government official.

- Title 18, Sec. 1905 states: "Whoever, being an officer or employee or the United States or
any department or agency thereof, publishes, divulges, discloses, or makes known in any
manner or to any extent not authorized by law any information coming to him in the
course of his employment or official duties or by reason of any examination or
investigation made by, or return, report or record made to or filed with, such department
or agency or officer or employee thereof, which information concerns or relates to the
trade secrets, processes, operations, style of work, or apparatus, or to the identity,
confidential  statistical data, amount or source of any income, profits, losses, or
expenditures of any person, firm, partnership, corporation, or association; or permits any
income return or copy thereof or any book containing any abstract or particulars thereof to
be seen or examined by any person except as provided by law, shall be fined not more
than $1,000.00 or imprisoned not more than one year; or both; and shall be removed from
office or employment."

- Title 18 U.S.C. 207 restricts the participation of former Government officers and
employees with regard to any matter in which he has participated personally and
substantially.  Title 18 U.S.C. 207 (a), bans a former employee for life from representing
any one (other than the United States) before the United States Government on any
particular matter in which he or she participated personally and substantially while a
federal employee.  Title 18 U.S.C. 207 (b) (1), places a two year ban on a former
employee representing anyone (other than the United States) before the United States
government on any particular matter that was under the former employee's official
responsibility during his/her last year of federal service.  The above statutes prescribe
specific penalties for violation which may include a fine of up to $10,000.00 or
imprisonment for up to two years.

Employees shall not reveal any information to anyone who is not also participating in the same
activities, and then only to the extent that such information is required in connection with such

AR02375

FEDERAL EMPLOYEE NON-DISCLOSURE STATEMENT

SOLICITATION NUMBER: <u>140L3918Q0062 Burning Man 2018 Mission Support Technician Services & Support</u>

The proper treatment of official information related to the procurement process (requirement definition, validation, evaluation, selection proceedings, negotiations, etc.) is of the utmost importance.  The following are laws which control the acquisition process.

- 5 CFR 735.206 states that an employee may not "directly or indirectly use or allow the use of official information obtained through or in connection with his Government employment."

- Title 18 U.S.C. 201 prescribes specific penalties for a Government official accepting, or anyone directly or indirectly promising to a Government official, anything of value with intent to influence an official act or otherwise influence the Government official.

- Title 18, Sec. 1905 states: "Whoever, being an officer or employee or the United States or any department or agency thereof, publishes, divulges, discloses, or makes known in any manner or to any extent not authorized by law any information coming to him in the course of his employment or official duties or by reason of any examination or investigation made by, or return, report or record made to or filed with, such department or agency or officer or employee thereof, which information concerns or relates to the trade secrets, processes, operations, style of work, or apparatus, or to the identity, confidential  statistical data, amount or source of any income, profits, losses, or expenditures of any person, firm, partnership, corporation, or association; or permits any income return or copy thereof or any book containing any abstract or particulars thereof to be seen or examined by any person except as provided by law, shall be fined not more than $1,000.00 or imprisoned not more than one year; or both; and shall be removed from office or employment."

- Title 18 U.S.C. 207 restricts the participation of former Government officers and employees with regard to any matter in which he has participated personally and substantially.  Title 18 U.S.C. 207 (a), bans a former employee for life from representing any one (other than the United States) before the United States Government on any particular matter in which he or she participated personally and substantially while a federal employee.  Title 18 U.S.C. 207 (b) (1), places a two year ban on a former employee representing anyone (other than the United States) before the United States government on any particular matter that was under the former employee's official responsibility during his/her last year of federal service.  The above statutes prescribe specific penalties for violation which may include a fine of up to $10,000.00 or imprisonment for up to two years.

Employees shall not reveal any information to anyone who is not also participating in the same activities, and then only to the extent that such information is required in connection with such

AR02376

FEDERAL EMPLOYEE NON-DISCLOSURE STATEMENT

SOLICITATION NUMBER: <u>140L3918Q0062 Burning Man 2018 Mission Support Technician
Services & Support</u>

The proper treatment of official information related to the procurement process (requirement
definition, validation, evaluation, selection proceedings, negotiations, etc.) is of the utmost
importance.  The following are laws which control the acquisition process.

- 5 CFR 735.206 states that an employee may not "directly or indirectly use or allow the
  use of official information obtained through or in connection with his Government
  employment."

- Title 18 U.S.C. 201 prescribes specific penalties for a Government official accepting, or
  anyone directly or indirectly promising to a Government official, anything of value with
  intent to influence an official act or otherwise influence the Government official.

- Title 18, Sec. 1905 states: "Whoever, being an officer or employee or the United States or
  any department or agency thereof, publishes, divulges, discloses, or makes known in any
  manner or to any extent not authorized by law any information coming to him in the
  course of his employment or official duties or by reason of any examination or
  investigation made by, or return, report or record made to or filed with, such department
  or agency or officer or employee thereof, which information concerns or relates to the
  trade secrets, processes, operations, style of work, or apparatus, or to the identity,
  confidential statistical data, amount or source of any income, profits, losses, or
  expenditures of any person, firm, partnership, corporation, or association; or permits any
  income return or copy thereof or any book containing any abstract or particulars thereof to
  be seen or examined by any person except as provided by law, shall be fined not more
  than $1,000.00 or imprisoned not more than one year; or both; and shall be removed from
  office or employment."

- Title 18 U.S.C. 207 restricts the participation of former Government officers and
  employees with regard to any matter in which he has participated personally and
  substantially.  Title 18 U.S.C. 207 (a), bans a former employee for life from representing
  any one (other than the United States) before the United States Government on any
  particular matter in which he or she participated personally and substantially while a
  federal employee.  Title 18 U.S.C. 207 (b) (1), places a two year ban on a former
  employee representing anyone (other than the United States) before the United States
  government on any particular matter that was under the former employee's official
  responsibility during his/her last year of federal service.  The above statutes prescribe
  specific penalties for violation which may include a fine of up to $10,000.00 or
  imprisonment for up to two years.

Employees shall not reveal any information to anyone who is not also participating in the same
activities, and then only to the extent that such information is required in connection with such

AR02377

FEDERAL EMPLOYEE NON-DISCLOSURE STATEMENT

SOLICITATION NUMBER: <u>140L3918Q0062 Burning Man 2018 Mission Support Technician Services & Support</u>

The proper treatment of official information related to the procurement process (requirement definition, validation, evaluation, selection proceedings, negotiations, etc.) is of the utmost importance.  The following are laws which control the acquisition process.

- 5 CFR 735.206 states that an employee may not "directly or indirectly use or allow the use of official information obtained through or in connection with his Government employment."

- Title 18 U.S.C. 201 prescribes specific penalties for a Government official accepting, or anyone directly or indirectly promising to a Government official, anything of value with intent to influence an official act or otherwise influence the Government official.

- Title 18, Sec. 1905 states: "Whoever, being an officer or employee or the United States or any department or agency thereof, publishes, divulges, discloses, or makes known in any manner or to any extent not authorized by law any information coming to him in the course of his employment or official duties or by reason of any examination or investigation made by, or return, report or record made to or filed with, such department or agency or officer or employee thereof, which information concerns or relates to the trade secrets, processes, operations, style of work, or apparatus, or to the identity, confidential statistical data, amount or source of any income, profits, losses, or expenditures of any person, firm, partnership, corporation, or association; or permits any income return or copy thereof or any book containing any abstract or particulars thereof to be seen or examined by any person except as provided by law, shall be fined not more than $1,000.00 or imprisoned not more than one year; or both; and shall be removed from office or employment."

- Title 18 U.S.C. 207 restricts the participation of former Government officers and employees with regard to any matter in which he has participated personally and substantially.  Title 18 U.S.C. 207 (a), bans a former employee for life from representing any one (other than the United States) before the United States Government on any particular matter in which he or she participated personally and substantially while a federal employee.  Title 18 U.S.C. 207 (b) (1), places a two year ban on a former employee representing anyone (other than the United States) before the United States government on any particular matter that was under the former employee's official responsibility during his/her last year of federal service.  The above statutes prescribe specific penalties for violation which may include a fine of up to $10,000.00 or imprisonment for up to two years.

Employees shall not reveal any information to anyone who is not also participating in the same activities, and then only to the extent that such information is required in connection with such activities.  Such information is classified "FOR OFFICIAL USE ONLY".  The dissemination of information in this category to other parties will be at the sole discretion of the Contracting Officer.

FEDERAL EMPLOYEE NON-DISCLOSURE STATEMENT

SOLICITATION NUMBER: <u>140L3918Q0062 Burning Man 2018 Mission Support Technician Services & Support</u>

The proper treatment of official information related to the procurement process (requirement definition, validation, evaluation, selection proceedings, negotiations, etc.) is of the utmost importance.  The following are laws which control the acquisition process.

- 5 CFR 735.206 states that an employee may not "directly or indirectly use or allow the use of official information obtained through or in connection with his Government employment."

- Title 18 U.S.C. 201 prescribes specific penalties for a Government official accepting, or anyone directly or indirectly promising to a Government official, anything of value with intent to influence an official act or otherwise influence the Government official.

- Title 18, Sec. 1905 states: "Whoever, being an officer or employee or the United States or any department or agency thereof, publishes, divulges. discloses, or makes known in any manner or to any extent not authorized by law any information coming to him in the course of his employment or official duties or by reason of any examination or investigation made by, or return, report or record made to or filed with, such department or agency or officer or employee thereof, which information concerns or relates to the trade secrets, processes, operations, style of work, or apparatus, or to the identity, confidential  statistical data, amount or source of any income, profits, losses, or expenditures of any person, firm, partnership, corporation, or association; or permits any income return or copy thereof or any book containing any abstract or particulars thereof to be seen or examined by any person except as provided by law, shall be fined not more than $1,000.00 or imprisoned not more than one year; or both; and shall be removed from office or employment."

- Title 18 U.S.C. 207 restricts the participation of former Government officers and employees with regard to any matter in which he has participated personally and substantially.  Title 18 U.S.C. 207 (a), bans a former employee for life from representing any one (other than the United States) before the United States Government on any particular matter in which he or she participated personally and substantially while a federal employee.  Title 18 U.S.C. 207 (b) (1), places a two year ban on a former employee representing anyone (other than the United States) before the United States government on any particular matter that was under the former employee's official responsibility during his/her last year of federal service.  The above statutes prescribe specific penalties for violation which may include a fine of up to $10,000.00 or imprisonment for up to two years.

Employees shall not reveal any information to anyone who is not also participating in the same activities, and then only to the extent that such information is required in connection with such

FEDERAL EMPLOYEE NON-DISCLOSURE STATEMENT

SOLICITATION NUMBER: <u>140L3918Q0062 Burning Man 2018 Mission Support Technician<br>Services & Support</u>

The proper treatment of official information related to the procurement process (requirement definition, validation, evaluation, selection proceedings, negotiations, etc.) is of the utmost importance.  The following are laws which control the acquisition process.

- 5 CFR 735.206 states that an employee may not "directly or indirectly use or allow the use of official information obtained through or in connection with his Government employment."

- Title 18 U.S.C. 201 prescribes specific penalties for a Government official accepting, or anyone directly or indirectly promising to a Government official, anything of value with intent to influence an official act or otherwise influence the Government official.

- Title 18, Sec. 1905 states: "Whoever, being an officer or employee or the United States or any department or agency thereof, publishes, divulges, discloses, or makes known in any manner or to any extent not authorized by law any information coming to him in the course of his employment or official duties or by reason of any examination or investigation made by, or return, report or record made to or filed with, such department or agency or officer or employee thereof, which information concerns or relates to the trade secrets, processes, operations, style of work, or apparatus, or to the identity, confidential  statistical data, amount or source of any income, profits, losses, or expenditures of any person, firm, partnership, corporation, or association; or permits any income return or copy thereof or any book containing any abstract or particulars thereof to be seen or examined by any person except as provided by law, shall be fined not more than $1,000.00 or imprisoned not more than one year; or both; and shall be removed from office or employment."

- Title 18 U.S.C. 207 restricts the participation of former Government officers and employees with regard to any matter in which he has participated personally and substantially.  Title 18 U.S.C. 207 (a), bans a former employee for life from representing any one (other than the United States) before the United States Government on any particular matter in which he or she participated personally and substantially while a federal employee.  Title 18 U.S.C. 207 (b) (1), places a two year ban on a former employee representing anyone (other than the United States) before the United States government on any particular matter that was under the former employee's official responsibility during his/her last year of federal service.  The above statutes prescribe specific penalties for violation which may include a fine of up to $10,000.00 or imprisonment for up to two years.

Employees shall not reveal any information to anyone who is not also participating in the same activities, and then only to the extent that such information is required in connection with such

AR02380

FEDERAL EMPLOYEE NON-DISCLOSURE STATEMENT

SOLICITATION NUMBER: 140L3918Q0062 Burning Man 2018 Mission Support Technician
Services & Support

The proper treatment of official information related to the procurement process (requirement
definition, validation, evaluation, selection proceedings, negotiations, etc.) is of the utmost
importance. The following are laws which control the acquisition process.

- 5 CFR 735.206 states that an employee may not "directly or indirectly use or allow the
  use of official information obtained through or in connection with his Government
  employment."

- Title 18 U.S.C. 201 prescribes specific penalties for a Government official accepting, or
  anyone directly or indirectly promising to a Government official, anything of value with
  intent to influence an official act or otherwise influence the Government official.

- Title 18, Sec. 1905 states: "Whoever, being an officer or employee or the United States or
  any department or agency thereof, publishes, divulges, discloses, or makes known in any
  manner or to any extent not authorized by law any information coming to him in the
  course of his employment or official duties or by reason of any examination or
  investigation made by, or return, report or record made to or filed with, such department
  or agency or officer or employee thereof, which information concerns or relates to the
  trade secrets, processes, operations, style of work, or apparatus, or to the identity,
  confidential statistical data, amount or source of any income, profits, losses, or
  expenditures of any person, firm, partnership, corporation, or association; or permits any
  income return or copy thereof or any book containing any abstract or particulars thereof to
  be seen or examined by any person except as provided by law, shall be fined not more
  than $1,000.00 or imprisoned not more than one year; or both; and shall be removed from
  office or employment."

- Title 18 U.S.C. 207 restricts the participation of former Government officers and
  employees with regard to any matter in which he has participated personally and
  substantially. Title 18 U.S.C. 207 (a), bans a former employee for life from representing
  any one (other than the United States) before the United States Government on any
  particular matter in which he or she participated personally and substantially while a
  federal employee. Title 18 U.S.C. 207 (b) (1), places a two year ban on a former
  employee representing anyone (other than the United States) before the United States
  government on any particular matter that was under the former employee's official
  responsibility during his/her last year of federal service. The above statutes prescribe
  specific penalties for violation which may include a fine of up to $10,000.00 or
  imprisonment for up to two years.

Employees shall not reveal any information to anyone who is not also participating in the same
activities, and then only to the extent that such information is required in connection with such

AR02381

FEDERAL EMPLOYEE NON-DISCLOSURE STATEMENT

SOLICITATION NUMBER: <u>140L3918Q0062 Burning Man 2018 Mission Support Technician Services & Support</u>

The proper treatment of official information related to the procurement process (requirement definition, validation, evaluation, selection proceedings, negotiations, etc.) is of the utmost importance. The following are laws which control the acquisition process.

- 5 CFR 735.206 states that an employee may not "directly or indirectly use or allow the use of official information obtained through or in connection with his Government employment."

- Title 18 U.S.C. 201 prescribes specific penalties for a Government official accepting, or anyone directly or indirectly promising to a Government official, anything of value with intent to influence an official act or otherwise influence the Government official.

- Title 18, Sec. 1905 states: "Whoever, being an officer or employee or the United States or any department or agency thereof, publishes, divulges, discloses, or makes known in any manner or to any extent not authorized by law any information coming to him in the course of his employment or official duties or by reason of any examination or investigation made by, or return, report or record made to or filed with, such department or agency or officer or employee thereof, which information concerns or relates to the trade secrets, processes, operations, style of work, or apparatus, or to the identity, confidential statistical data, amount or source of any income, profits, losses, or expenditures of any person, firm, partnership, corporation, or association; or permits any income return or copy thereof or any book containing any abstract or particulars thereof to be seen or examined by any person except as provided by law, shall be fined not more than $1,000.00 or imprisoned not more than one year; or both; and shall be removed from office or employment."

- Title 18 U.S.C. 207 restricts the participation of former Government officers and employees with regard to any matter in which he has participated personally and substantially. Title 18 U.S.C. 207 (a), bans a former employee for life from representing any one (other than the United States) before the United States Government on any particular matter in which he or she participated personally and substantially while a federal employee. Title 18 U.S.C. 207 (b) (1), places a two year ban on a former employee representing anyone (other than the United States) before the United States government on any particular matter that was under the former employee's official responsibility during his/her last year of federal service. The above statutes prescribe specific penalties for violation which may include a fine of up to $10,000.00 or imprisonment for up to two years.

Employees shall not reveal any information to anyone who is not also participating in the same activities, and then only to the extent that such information is required in connection with such activities. Such information is classified "FOR OFFICIAL USE ONLY". The dissemination of information in this category to other parties will be at the sole discretion of the Contracting Officer.

AR02382



Kothman, Gregory <gkothman@blm.gov>

# [EXTERNAL] Dispatch Technician Services 2018 Burning (140L3918Q0062)

**Douglas Berryman** <douglas.berryman@leotemps.com>                    Mon, Jun 11, 2018 at 5:38 AM
To: "Kothman, Gregory" <gkothman@blm.gov>

Mr. Kothman:  Please see the attached Proposal for providing the Dispatch Technician Services for the Bureau of Land Management during this years Burning Man Festival.  If you have any questions or concerns, please don't hesitate to give me a call at any time for clarification.

Sincerely,

*Douglas L. Berryman*

Douglas L. Berryman
Owner, Law Enforcement Temporary Placement Service L.L.C.
850-382-3898

---

**7 attachments**

📄 **(1) Introduction Letter.docx**
    835K

📄 **(2) Introduction.docx**
    836K

📄 **(3) Capability Statement.pdf**
    166K

📄 **(4) Capabilities.docx**
    850K

📄 **(5) Benefits of Contracing with LETPS Dispatch Team.docx**
    837K

📄 **(6) Bid Proposal Worksheet.docx**
    835K

📄 **Sol_140L3918Q0062 (Signed).pdf**
    431K

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
|  | This is a combined synopsis/solicitation for commercial items prepared in accordance with the format in Subpart 12.6, as supplemented with additional information included in this notice. This announcement constitutes the only solicitation; proposals are being requested and a written solicitation will not be issued. This solicitation will be posted to the Federal Business Opportunities (FBO) web-site with a small business set-aside. The Bureau of Land Management Nevada State Office is issuing this combined synopsis/solicitation as a request for quote (RFQ) using FAR Part 12, Acquisition of Commercial Items, & FAR Part 13, Simplified Acquisition Procedures. The North American Industrial Classification System (NAICS) code for this procurement is 561990, with a small business standard of $11.0 million.<br>Please Note: All questions must be provided in writing to gkothman@blm.gov prior to midnight on Monday, June 4, 2018. All questions will be consolidated, answered, and posted via solicitation amendment.<br><br>Quotes and related supporting documentation must be submitted electronically via email to gkothman@blm.gov on or before the closing date and time located in block 8.<br><br>Continued ... |  |  |  |  |

**32a. QUANTITY IN COLUMN 21 HAS BEEN**

☐ RECEIVED    ☐ INSPECTED    ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL   ☐ FINAL | | | ☐ COMPLETE   ☐ PARTIAL   ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) |
|---|---|---|
| 41a. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) |
| | | 42c. DATE REC'D (YY/MM/DD)        42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

**AR02384**

Solicitation 140L3918Q0062
Dispatch Technician Services 2018 Burning Man
BLM Nevada - Winnemucca District

**Section 2**

**Clauses**

**52.252-2 Clauses Incorporated by Reference. (FEB 1998)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):
http://www.acquisition.gov/
http://farsite.hill.af.mil/

(End of clause)

**52.201-1 -- Definitions**
**52.203-17 -- Contractor Employee Whistleblower Rights and Requirement to Inform Employees of Whistleblower Rights (Apr 2014)**
**52.204-4 -- Printed or Copied Double-Sided on Postconsumer Fiber Content (May 2011)**
**52.204-9 -- Personal Identity Verification of Contractor Personnel (Jan 2011)**
**52.204-13 -- System for Award Management Maintenance (Oct 2016)**
**52.204-18 -- Commercial and Government Entity Code Maintenance (Jul 2016)**
**52.209-2 -- Prohibition on Contracting With Inverted Domestic Corporations-Representation (Nov 2015)**
**52.212-4 -- Contract Terms and Conditions -- Commercial Items (Jan 2017)**
**52.223-6 -- Drug-Free Workplace (May 2001)**
**52.223-10 -- Waste Reduction Program (May 2001)**
**52.224-1 -- Privacy Act Notification (Apr 1984)**
**52.224-2 -- Privacy Act (Apr 1984)**
**52.232-39 -- Unenforceability of Unauthorized Obligations (Jun 2013)**
**52.232-40 -- Providing Accelerated Payments to Small Business Subcontractors (Dec 2013)**
**52.233-4 -- Applicable Law For Breach Of Contract Claim (OCT 2004)**
**52.237-2 -- Protection of Government Buildings, Equipment, and Vegetation (Apr 1984)**
**52.242-15 -- Stop-Work Order (Aug 1989)**
**52.243-1 -- Changes – Fixed-Price *Alternate II (Apr 1984)***
**52.246-4 -- Inspection of Services – Fixed Price (Aug 1996)**
**52.246-16 -- Responsibility for Supplies (Apr 1994)**
**52.245-1 -- Government Property (Jan 2017)**

**52.203-99 Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements (DEVIATION 2015-02)**

(a) The contractor shall not require employees or subcontractors seeking to report fraud, waste, or abuse to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such fraud, waste, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.

(b) The contractor shall notify employees that the prohibition and restrictions of any internal confidentiality agreements covered by this clause are no longer in effect.

(c) The prohibition in paragraph (a) of this clause does not contravene requirements applicable to Standard Form 312, Form 4414, or any other form issued by a Federal department or agency governing the nondisclosure of classified information.

4

AR02385

Solicitation 140L3918Q0062
Dispatch Technician Services 2018 Burning Man
BLM Nevada - Winnemucca District

[ ] (10) (Reserved)

[ ] (11)(i) 52.219-3, Notice of HUBZone Set-Aside or Sole-Source Award (NOV 2011) (15 U.S.C. 657a).

[ ] (ii) Alternate I (NOV 2011) of 52.219-3.

[ ] (12)(i) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (OCT 2014) (if the offeror elects to waive the preference, it shall so indicate in its offer) (15 U.S.C. 657a).

[ ] (ii) Alternate I (JAN 2011) of 52.219-4.

[ ] (13) (Reserved)

[X] (14)(i) 52.219-6, Notice of Total Small Business Set-Aside (NOV 2011) (15 U.S.C. 644).

[ ] (ii) Alternate I (NOV 2011).

[ ] (iii) Alternate II (NOV 2011).

[ ] (15)(i) 52.219-7, Notice of Partial Small Business Set-Aside (JUN 2003) (15 U.S.C. 644).

[ ] (ii) Alternate I (OCT 1995) of 52.219-7.

[ ] (iii) Alternate II (MAR 2004) of 52.219-7.

[ ] (16) 52.219-8, Utilization of Small Business Concerns (OCT 2014) (15 U.S.C. 637(d)(2) and (3)).

[ ] (17)(i) 52.219-9, Small Business Subcontracting Plan (OCT 2015) (15 U.S.C. 637(d)(4)).

[ ] (ii) Alternate I (OCT 2001) of 52.219-9.

[ ] (iii) Alternate II (OCT 2001) of 52.219-9.

[ ] (iv) Alternate III (OCT 2015) of 52.219-9.

[ ] (18) 52.219-13, Notice of Set-Aside of Orders (NOV 2011) (15 U.S.C. 644(r)).

[ ] (19) 52.219-14, Limitations on Subcontracting (NOV 2011) (15 U.S.C. 637(a)(14)).

[ ] (20) 52.219-16, Liquidated Damages-Subcontracting Plan (JAN 1999) (15 U.S.C. 637(d)(4)(F)(i)).

[ ] (21) 52.219-27, Notice of Service-Disabled Veteran-Owned Small Business Set-Aside (NOV 2011) (15 U.S.C. 657f).

[X] (22) 52.219-28, Post Award Small Business Program Rerepresentation (JUL 2013) (15 U.S.C. 632(a)(2)).

[ ] (23) 52.219-29, Notice of Set-Aside for, or Sole Source Award to, Economically Disadvantaged Women-Owned Small Business Concerns (DEC 2015) (15 U.S.C. 637(m)).

6

Solicitation 140L3918Q0062
Dispatch Technician Services 2018 Burning Man
BLM Nevada - Winnemucca District

[ ] (41)(i) 52.223-16, Acquisition of EPEAT®-Registered Personal Computer Products (OCT 2015) (E.O.s 13423 and 13514).

[ ](ii) Alternate I (JUN 2014) of 52.223-16.

[X] (42) 52.223-18, Encouraging Contractor Policies to Ban Text Messaging While Driving (AUG 2011)

[ ] (43) 52.223-20, Aerosols (JUN 2016) (E.O. 13693).

[ ] (44) 52.223-21, Foams (JUN 2016) (E.O. 13693).

[ ] (45) 52.225-1, Buy American-Supplies (MAY 2014) (41 U.S.C. chapter 83).

[ ] (46)(i) 52.225-3, Buy American-Free Trade Agreements-Israeli Trade Act (MAY 2014) (41 U.S.C. chapter 83, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, 19 U.S.C. 3805 note, 19 U.S.C. 4001 note, Pub. L. 103-182, 108-77, 108-78, 108-286, 108-302, 109-53, 109-169, 109-283, 110-138, 112-41, 112-42, and 112-43.

[ ] (ii) Alternate I (MAY 2014) of 52.225-3.

[ ] (iii) Alternate II (MAY 2014) of 52.225-3.

[ ] (iv) Alternate III (MAY 2014) of 52.225-3.

[ ] (47) 52.225-5, Trade Agreements (FEB 2016) (19 U.S.C. 2501, *et seq*., 19 U.S.C. 3301 note).

[X] (48) 52.225-13, Restrictions on Certain Foreign Purchases (JUN 2008) (E.O.'s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).

[ ] (49) 52.225-26, Contractors Performing Private Security Functions Outside the United States (JUL 2013) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

[ ] (50) 52.226-4, Notice of Disaster or Emergency Area Set-Aside (NOV 2007) (42 U.S.C. 5150).

[ ] (51) 52.226-5, Restrictions on Subcontracting Outside Disaster or Emergency Area (NOV 2007) (42 U.S.C. 5150).

[ ] (52) 52.232-29, Terms for Financing of Purchases of Commercial Items (FEB 2002) (41 U.S.C. 4505, 10 U.S.C. 2307(f)).

[ ] (53) 52.232-30, Installment Payments for Commercial Items (OCT 1995) (41 U.S.C. 4505, 10 U.S.C. 2307(f)).

[X] (54) 52.232-33, Payment by Electronic Funds Transfer-System for Award Management (JUL 2013) (31 U.S.C. 3332).

[ ] (55) 52.232-34, Payment by Electronic Funds Transfer - Other than System for Award Management (JUL 2013) (31 U.S.C. 3332).

[ ] (56) 52.232-36, Payment by Third Party (MAY 2014) (31 U.S.C. 3332).

[ ] (57) 52.239-1, Privacy or Security Safeguards (AUG 1996) (5 U.S.C. 552a).

8

AR02387

Solicitation 140L3918Q0062
Dispatch Technician Services 2018 Burning Man
BLM Nevada - Winnemucca District

arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e)(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in this paragraph (e)(1) of this paragraph in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause-

(i) 52.203-13, Contractor Code of Business Ethics and Conduct (OCT 2015) (41 U.S.C. 3509).

(ii) 52.219-8, Utilization of Small Business Concerns (OCT 2014) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $700,000 ($1.5 million for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(iii) 52.222-17, Nondisplacement of Qualified Workers (MAY 2014) (E.O. 13495). Flow down required in accordance with paragraph (l) of FAR clause 52.222-17.

(iv) 52.222-21, Prohibition of Segregated Facilities (APR 2015).

(v) 52.222-26, Equal Opportunity (APR 2015) (E.O. 11246).

(vi) 52.222-35, Equal Opportunity for Veterans (OCT 2015) (38 U.S.C. 4212).

(vii) 52.222-36, Equal Opportunity for Workers with Disabilities (JUL 2014) (29 U.S.C. 793).

(viii) 52.222-37, Employment Reports on Veterans (FEB 2016) (38 U.S.C. 4212).

(ix) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (DEC 2010) (E.O. 13496). Flow down required in accordance with paragraph (f) of FAR clause 52.222-40.

(x) 52.222-41, Service Contract Labor Standards (MAY 2014) (41 U.S.C. chapter 67).

(xi) [ ] (A) 52.222-50, Combating Trafficking in Persons (MAR 2015) (22 U.S.C. chapter 78 and E.O. 13627).

[ ] (B) Alternate I (MAR 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).

(xii) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (MAY 2014) (41 U.S.C. chapter 67).

AR02388

other products or services. This restriction is intended to avoid the appearance of preference by the Government toward any product or service. The Contractor may request the Contracting Officer to make a determination as to the propriety of promotional material.

(End of clause)

**Indemnification (Nov 2007)**

The contractor is an 'independent contractor' and shall obtain all necessary insurance to protect himself from liability arising out of this contract.

The contractor hereby agrees to indemnify and hold the Government harmless in connection with, any loss or liability from damage to or destruction of property or from injuries to or death of persons (including the agents and employees of both parties) if such damage, destruction, injury or death arises out of, or is caused by performance of work under this contract, unless such damage, destruction, injury or death is caused solely by the negligence of the Government, its agents or employees. The contractor agrees to include this clause, appropriately modified, in all subcontracts to be performed under this contract.

(End of Clause)

**1452.201-70 Authorities and Delegations (Sept 2011)**

(a) The Contracting Officer is the only individual authorized to enter into or terminate this contract, modify any term or condition of this contract, waive any requirement of this contract, or accept nonconforming work.

(b) The Contracting Officer will designate a Contracting Officer's Representative (COR) at time of award. The COR will be responsible for technical monitoring of the contractor's performance and deliveries. The COR will be appointed in writing, and a copy of the appointment will be furnished to the Contractor. Changes to this delegation will be made by written changes to the existing appointment or by issuance of a new appointment.

(c) The COR is not authorized to perform, formally or informally, any of the following actions:

(1) Promise, award, agree to award, or execute any contract, contract modification, or notice of intent that changes or may change this contract;

(2) Waive or agree to modification of the delivery schedule;

(3) Make any final decision on any contract matter subject to the Disputes Clause;

(4) Terminate, for any reason, the Contractor's right to proceed;

(5) Obligate in any way, the payment of money by the Government.

(d) The Contractor shall comply with the written or oral direction of the Contracting Officer or authorized representative(s) acting within the scope and authority of the appointment memorandum.

The Contractor need not proceed with direction that it considers to have been issued without proper authority. The Contractor shall notify the Contracting Officer in writing, with as much detail as possible, when the COR has taken an action or has issued direction (written or oral) that the Contractor considers to exceed the COR's appointment, within 3 days of the occurrence. Unless otherwise provided in this contract, the Contractor assumes all costs, risks, liabilities, and consequences of performing any work it is directed to perform that falls within any of the categories defined in paragraph (c) prior to receipt of the Contracting Officer's response issued under paragraph (e) of this clause.

AR02389

Solicitation 140L3918Q0062
Dispatch Technician Services 2018 Burning Man
BLM Nevada - Winnemucca District

**Section 4**

**Provisions**

**52.252-1 Solicitation Provisions Incorporated by Reference. (FEB 1998)**

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its quotation or offer. In lieu of submitting the full text of those provisions, the offeror may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at this/these address(es): http://www.acquisition.gov    http://farsite.hill.af.mil/

(End of provision)

**52.204-7 -- System for Award Management (Oct 2016)**
**52.204-8 – Annual Representations and Certifications (Dec 2014)**
**52.204-16 --Commercial and Government Entity Code Reporting (July 2016)**
**52.204-17 – Ownership or Control of Offeror (Nov 2014)**
**52.209-10 – Prohibition on Contracting With Inverted Domestic Corporations (Nov 2015)**
**52.212-1 – Instructions to Offerors – Commercial Items (Oct 2015)**
**52.222-22 – Previous Contracts and Compliance Reports (Feb 1999)**
**52.225-4 -- Buy American Certificate (May 2014)**
**52.225-25 – Prohibition on Contracting with Entities Engaging in Certain Activities or Transactions Relating to Iran-Representation and Certifications (Oct 2015)**
**52.245-9 -- Use and Charges (Apr 2012)**
**52.246-4 -- Inspection of Services -- Fixed-Price (Aug. 1996)**

**52.203-98 Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements Representation (DEVIATION 2015-02)**

(a) In accordance with section 743 of Division E, Title VII, of the Consolidated and Further Continuing Resolution Appropriations Act, 2015 (Pub. L. 113-235), Government agencies are not permitted to use funds appropriated (or otherwise made available) under that or any other Act for contracts with an entity that requires employees or subcontractors of such entity seeking to report fraud, waste, or abuse to sign internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such fraud, waste, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.

(b) The prohibition in paragraph (a) of this provision does not contravene requirements applicable to Standard Form 312, Form 4414, or any other form issued by a Federal department or agency governing the nondisclosure of classified information.

(c) Representation. By submission of its offer, the Offeror represents that it does not require employees or subcontractors of such entity seeking to report fraud, waste, or abuse to sign internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such waste, fraud, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.

(End of provision)

14

AR02390

Solicitation 140L3918Q0062
Dispatch Technician Services 2018 Burning Man
BLM Nevada - Winnemucca District

(D) Have [ ], have not ☒, within a three-year period preceding this offer, been notified of any delinquent Federal taxes in an amount that exceeds $3,500 for which the liability remains unsatisfied.

(1) Federal taxes are considered delinquent if both of the following criteria apply:

(i) The tax liability is finally determined. The liability is finally determined if it has been assessed. A liability is not finally determined if there is a pending administrative or judicial challenge. In the case of a judicial challenge to the liability, the liability is not finally determined until all judicial appeal rights have been exhausted.

(ii) The taxpayer is delinquent in making payment. A taxpayer is delinquent if the taxpayer has failed to pay the tax liability when full payment was due and required. A taxpayer is not delinquent in cases where enforced collection action is precluded.

(2) Examples.

(i) The taxpayer has received a statutory notice of deficiency, under I.R.C. Sec. 6212, which entitles the taxpayer to seek Tax Court review of a proposed tax deficiency. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek Tax Court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.

(ii) The IRS has filed a notice of Federal tax lien with respect to an assessed tax liability, and the taxpayer has been issued a notice under I.R.C. Sec. 6320 entitling the taxpayer to request a hearing with the IRS Office of Appeals contesting the lien filing, and to further appeal to the Tax Court if the IRS determines to sustain the lien filing. In the course of the hearing, the taxpayer is entitled to contest the underlying tax liability because the taxpayer has had no prior opportunity to contest the liability. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek tax court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.

(iii) The taxpayer has entered into an installment agreement pursuant to I.R.C. Sec. 6159. The taxpayer is making timely payments and is in full compliance with the agreement terms. The taxpayer is not delinquent because the taxpayer is not currently required to make full payment.

(iv) The taxpayer has filed for bankruptcy protection. The taxpayer is not delinquent because enforced collection action is stayed under 11 U.S.C. 362 (the Bankruptcy Code).

(ii) The Offeror has [ ] has not ☒, within a 3-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.

(2) *Principal,* for the purposes of this certification, means an officer, director, owner, partner, or a person having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a division or business segment; and similar positions).

(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

16

Solicitation 140L3918Q0062
Dispatch Technician Services 2018 Burning Man
BLM Nevada - Winnemucca District

Technical and Past Performance, when combined, are more important than price. The Government intends to award, without discussions, to the responsible offeror whose proposal complies with the solicitation requirements and is determined to be the best value to the Government.

Offerors will be rated and selected based on the following criteria:

### 1.   Technical Capability

Offerors must be regularly established in the industry providing the requested services.  The technical submittal should include the suggested technical approach to accomplish the required services in the Statement of Work.  There is no specific format, but offerors should include relevant information related to personnel qualifications, staffing, management planning, etc. in order to give the Government reasonable assurance that the offeror can successfully perform the contract requirements.

### 2.   Past Performance

Past performance information is one indicator of an offeror's ability to perform the contract successfully.  Sufficient information must be presented to enable the Government to evaluate past performance and determine relevancy to this project.  It is the offeror's responsibility to ensure all references are provided with current and accurate contact information.

Provide a list of at least three projects similar in type and magnitude completed within the past two (2) years. Include a brief narrative of the projects to show relevancy to the work as described in the Performance Work Statement.

Provide past performance references including, at a minimum, the following information:
1. Name of Project
2. Location of Project
3. Order Reference Number
4. Total cost for Project
5. Name of Agency/Entity
6. Point of Contact (including Phone Numbers)
7. Description of services performed (to show relevancy to this project)

Offerors WITHOUT RECENT OR RELEVANT REFERENCES shall submit a statement to such effect in order to be considered as having "Neutral" Past Performance history.  All others will be rated deficient in the past performance category.

The Government will utilize the past performance record provided and any other relevant past performance information obtained from other sources which may include: Past Performance Information Retrieval System (PPIRS), Federal Awardee Performance and Integrity Information System (FAPIIS), Electronic Subcontract Reporting System (eSRS), or other databases; interviews with Program Managers, Contracting Officers, Fee Determining Officials, and the Defense Contract Management Agency. Any relevant past performance rated above unsatisfactory will be considered to be acceptable.

**Past Performance Evaluation:**  The following factors shall be used in the evaluation of past performance:

- o   Relevancy of past performance provided (unless a neutral rating is requested per instructions). Relevancy should include projects similar in size and complexity.
- o   References and past performance of the company to show quality of work necessary to successfully provide these services.
- o   How quality control was monitored to ensure required compliance.

18

AR02392

Solicitation 140L3918Q0062
Dispatch Technician Services 2018 Burning Man
BLM Nevada - Winnemucca District

> omissions or deficiencies and these conditions cannot be corrected without a major rewrite or resubmission. There is an unacceptably high degree of risk in meeting the Government's requirements. Unawardable as proposed.

**Past Performance Evaluation:** Must include information as specified above. The following factors shall be used in the evaluation of the past performance:

   a. Relevancy of past performance provided (unless a neutral rating is requested per instructions). Relevancy should include projects similar in type, size, and complexity.
   b. References and past performance of the company to show quality of work necessary to successfully complete this project
   c. How quality control was monitored to ensure deliverables are in compliance with specifications

Past Performance Ratings: The following ratings and related definitions will be used to define the performance risk.

| Level of Risk | Qualifications |
|---|---|
| **Very Low Risk** | Performance met all contract requirements and exceeded many to the Government's benefit. Problems, if any, were negligible and were resolved in a timely and highly effective manner. Performance was current and very relevant to relevant. Excellent probability of success with overall very low degree of risk in meeting Government's requirements. |
| **Low Risk** | Performance met contract requirements. Good quality. Minor problems were identified however; contractor took satisfactory corrective action to resolve where appropriate. Performance was current and very relevant to relevant. Good probability of success with overall low degree of risk in meeting the government's requirements. |
| **Average Risk** | Performance met most contract requirements. Adequate quality. Problems were identified however; contractor usually took adequate correction action. Performance was current and very relevant to semi-relevant. Good probability of success with an average degree of risk in meeting the Government's requirements. |
| **Above Average Risk** | Performance met some contract requirements. Fair quality. Problems were identified however; contractor sometimes took corrective action, but not always to the owner's satisfaction. Performance was current and very relevant to semi-relevant. Fair probability of success with an overall above average risk in meeting the Government's requirements. |
| **High Risk** | Performance did not meet some contractual requirements. There were problems, some of a somewhat serious to serious nature. Contractor's corrective action was sometimes marginally effective to ineffective. Performance was current and very relevant to semi-relevant. Probability of success is questionable with an unacceptably high degree of risk in meeting the Government's requirements. |

20

Solicitation 140L3918Q0062
Dispatch Technician Services 2018 Burning Man
BLM Nevada - Winnemucca District

(b) If the offeror, or its subcontractor(s), believes that the proposal contains trade secrets or confidential commercial or financial information exempt from disclosure under the Freedom of Information Act, (5 U.S.C. 552), the cover page of each copy of the proposal shall be marked with the following legend:

"The information specifically identified on pages _____ of this proposal constitutes trade secrets or confidential commercial and financial information which the offeror believes to be exempt from disclosure under the Freedom of Information Act. The offeror requests that this information not be disclosed to the public, except as may be required by law. The offeror also requests that this information not be used in whole or part by the government for any purpose other than to evaluate the proposal, except that if a contract is awarded to the offeror as a result of or in connection with the submission of the proposal, the Government shall have the right to use the information to the extent provided in the contract."

(c) The offeror shall also specifically identify trade secret information and confidential commercial and financial information on the pages of the proposal on which it appears and shall mark each such page with the following legend:

"This page contains trade secrets or confidential commercial and financial information which the offeror believes to be exempt from disclosure under the Freedom of Information Act and which is subject to the legend contained on the cover page of this proposal."

(d) Information in a proposal identified by an offeror as trade secret information or confidential commercial and financial information shall be used by the Government only for the purpose of evaluating the proposal, except that (i) if a contract is awarded to the offeror as a result of or in connection with submission of the proposal, the Government shall have the right to use the information as provided in the contract, and (ii) if the same information is obtained from another source without restriction it may be used without restriction.

(e) If a request under the Freedom of Information Act seeks access to information in a proposal identified as trade secret information or confidential commercial and financial information, full consideration will be given to the offeror's view that the information constitutes trade secrets or confidential commercial or financial information. The offeror will also be promptly notified of the request and given an opportunity to provide additional evidence and argument in support of its position, unless administratively unfeasible to do so. If it is determined that information claimed by the offeror to be trade secret information or confidential commercial or financial information is not exempt from disclosure under the Freedom of Information Act, the offeror will be notified of this determination prior to disclosure of the information.

(f) The Government assumes no liability for the disclosure or use of information contained in a proposal if not marked in accordance with paragraphs (b) and (c) of this provision. If a request under the Freedom of Information Act is made for information in a proposal not marked in accordance with paragraphs (b) and (c) of this provision, the offeror concerned shall be promptly notified of the request and given an opportunity to provide its position to the Government. However, failure of an offeror to mark information contained in a proposal as trade secret information or confidential commercial or financial information will be treated by the Government as evidence that the information is not exempt from disclosure under the Freedom of Information Act, absent a showing that the failure to mark was due to unusual or extenuating circumstances, such as a showing that the offeror had intended to mark, but that markings were omitted from the offeror's proposal due to clerical error.

**1510.308      Notice to Quoters      Aug 1999**

(a)  This is a Request for Quotations and therefore, no public opening will be held.  The results will not be made public prior to award.

(b)  Quotes submitted in response to this Request for Quotations will not be returned, but will be retained by the Bureau of Land Management for official record purposes.

22

AR02394

June 11, 2018

Gregory Kothman
Contract Specialist
Bureau of Land Management
1340 Financial Blvd
Reno, NV 89502

Mr. Kothman:

On behalf of Law Enforcement Temporary Placement Service (LETPS) and our employees, it is with great pleasure that I submit this proposal to you for providing Mission Support Technicians and Communication Support Services, to the Bureau of Land Management, during the 2018 Burning Man Festival to be held outside of Gerlach, Nevada.

The following is an introduction the LETPS Law Enforcement / 911 Emergency Dispatch Team and provides an overview of our technical capabilities and personnel. The following information is included:

1) Introduction to LETPS Law Enforcement / 911 Emergency Dispatch Services
2) Company Qualifications
3) Personnel Qualifications
4) Staffing Model
5) Leadership, Management & Supervision
6) Contingency Planning
7) Past Performance
8) Pricing Evaluation
9) Contract Summary
10) Bid Proposal Worksheet
11) Benefits to contracting with LETPS (Flyer)

I look forward to discussing Law Enforcement Temporary Placement Service L.L.C., Law Enforcement Dispatch / 911 Emergency Dispatch Team's, experience and qualifications with you and the Bureau of Land Management for providing Mission Support Technicians and Communication Support Services during this year's 2018 Burning Man Festival.

Sincerely,

*Douglas L. Berryman*

Douglas L. Berryman
Owner, Law Enforcement Temporary Placement Service L.L.C.



# CAPABILITY STATEMENT

## (LAW ENFORCEMENT DISPATCH SERVICES)

### INTRODUCTION:

Law Enforcement Temporary Placement Service L.L.C. (LETPS), Law Enforcement Dispatch Team was created in 2014 to aid city, county, state and federal law enforcement agencies with providing law enforcement dispatch services during peak times of service, or large scale special events. Specifically, LETPS Law Enforcement Dispatch Team was developed as a mobile dispatch team that can deploy to any location in the country with little, or no preparation and training. LETPS Law Enforcement Dispatch Team is designed to deliver their customers the most efficient, productive and cost-effective law enforcement dispatch services available on the market today.

### BUSINESS SUMMARY:

Law Enforcement Temporary Placement Service L.L.C.(LETPS) business plan calls for utilizing only dispatch personnel with a background in providing law enforcement dispatch services and who are currently employed with, or recently retired from, a a city, county state or federal law enforcement agency. All dispatch personnel utilized by LETPS have passed law enforcement sensitive back ground investigation, provide a satisfactory or higher evaluation from their primary employer and meet the training requirements of their state to conduct law enforcement dispatch services Additionally, dispatch personnel must provide LETPS with a recommendation letter from their primary employer, submit an application stating their qualifications and meet the minimum training requirements for their position with LETPS.

### DISPATCH TEAM CAPABILITIES:

1) Provide 24 /7 law enforcement / 911 dispatch services.
2) Travel to any location in the country with little or no preparation.
3) Trained & experienced LEO / 911 dispatchers and dispatch teams.
4) Trained & experienced LEO / 911 Communication Center Managers.
5) Trained & experienced LEO / 911 Shift Supervisors.
6) Trained & experienced LEO / 911 Lead Dispatchers.
7) Trained & experienced law enforcement / 911 dispatch personnel.
8) Trained & Experienced on multiple CAD Systems to include INET CAD.
9) Trained / experienced on multiple radio systems include 800mhz/high/low band.
10) Trained & experienced law enforcement / 911 call takers.
11) Trained & experienced in Critical Incident Managers.
12) Trained / Experienced Mass Casualty Incident Managers.
13) Trained / Experienced Emergency Operation Center Managers.
14) Communication Center Consulting Services.
15) Communication Center Security.
16) Evidence Custodians & Technicians
17) Terminal Agency Coordinators, Communication Training Officers, CISM Officers
18) Law Enforcement / 911 / Communication Training & Consulting Services.

### COMPANY:
Law Enforcement Temporary Placement Service LLC

### ADDRESS:
5360 Stafford Circle
Pace, FL 32571

### Phone:
850-382-3898

### E-mail:
douglas.berryman@leotemps.com

### WEB-SITE:
w.leotemps.com

### NAICS CODES:
541990
561612
561990

### CAGE CODE:
77E57

### D & B:
79486520

### BUSINESS CLASSIFICATION:
Small Business (-$1,000,000 00)

### YEARS IN OPERATION:
4

### FEDERAL CONTRACTS AWARDED:
Law Enforcement Dispatch Services (3)

### FEDERAL AGENCIES CONTRACTED WITH:
Bureau of Land Management (3)

AR02396

## Company Qualifications:

Years of Operation:  4 years

Total Contracts:  15

Total Federal Contracts: 7

Total Law enforcement / 911 Emergency Dispatch Contracts:  3

Main Categories:  Security, Contracted Law Enforcement Services, Contracted Law Enforcement Support Services, Security Management

Core Services: Armed, Unarmed & VIP Security Services; Traditional Law Enforcement, Rural Lands Enforcement & Public Lands Enforcement Services; Law Enforcement / 911 Emergency Dispatch, Waterborne Security / Enforcement, K9 Training & Deployment.

Law Enforcement / 911 Emergency Dispatch Services:  Specifically designed as a mobile law enforcement / 911 emergency dispatch team that can travel to any location in the country with little, or no preparation, to assist city, county, state and federal agencies during times of increased services, declared emergencies or special events.

*"Law Enforcement Temporary Placement Service L.L.C. was created by law enforcement officers and law enforcement support personnel to offer government agencies, businesses and individuals alike, an alternative to managing their security, contracted law enforcement and contracted law enforcement support services and to do so in the most efficient, productive and cost-effective manner possible."*

## Personnel Qualifications:

Law Enforcement Temporary Placement L.L.C. utilizes only law enforcement / 911 emergency dispatch personnel who are currently employed with, or recently retired from a city, county or state law enforcement agency. Utilizing this hiring practice ensures that all dispatch personnel have the necessary skills & abilities, knowledge, training and experience to successfully fulfill the position in which they currently hold on the LETPS Law Enforcement Dispatch Team.

All dispatch personnel hired by LETPS must submit the following prior to being considered by LETPS for a position:

1) LETPS Application
2) Recommendation letter from their current employer / supervisor.
3) Must meet, or exceed, their primary employer performance standards for the previous year.
4) Must submit a resume stating their qualifications for the position in which they are applying for with LETPS.
5) Employee fingerprint card for the purpose of a law enforcement sensitive background investigation.
6) Copy of a current & valid driver's license

All dispatch personnel utilized by LETPS must meet the following minimum criteria for the position in which they hold with LETPS:

<u>Assistant Center Managers:</u>  Must meet the minimum requirements for the position of Lead Mission Specialist Technician and the following:

1) Communication Center Manager training & certification.
2) Terminal Agency Coordinator (TAC)
3) Ten years of experience providing law enforcement dispatch services with a city, county, state, or federal agency.
4) Five of these ten years must be in a leadership, management and supervisory role.
5) Five of these ten years must have been as a Field Training Officer / Communication Training Officer.
6) Must have actual / practical experience supervising within an "Emergency Operations Center" during an actual / declared "State of Emergency" that may include mass fatality incidents, active shooter incidents, civil unrest, or natural disasters.

<u>Lead Mission Support Technicians:</u>  Must meet the minimum requirements for the position of Mission Support Technician and the following:

*"Law Enforcement Temporary Placement Service L.L.C.'s, Law Enforcement / 911 Emergency Dispatch Team, is currently staffed and meets the requirements of the 2018 Burning Man Mission Support Technicians Contract.  Additionally, 9 out of 17 dispatchers have dispatched for LETPS during past Burning Man Festivals."*

## Leadership, Management & Supervision:

Law Enforcement Temporary Placement Service L.L.C. Leadership & Management Team consist of the owner of the company, two Assistant Center Managers and 3 Lead Mission Support Technicians.   The LETPS Leadership & Management Team work together to ensure that the dispatch team is properly staffed, dispatch personnel meet the LETPS minimum requirements and that the proper training & guidance are given throughout  the contract period.  The following is synopsis of the LETPS Leadership & Management Team's personnel.

**Douglas L. Berryman**
**Owner, Law Enforcement Temporary Placement Service L.L.C.**
**Center Manager / Assistant Center Manager**
**Burning Man (3 years)**

Primary Employer:  Florida Fish & Wildlife Conservation Commission (FWC)

Title:  State Law Enforcement Officer, Federal Officer (NOAA), Federal Officer (USFWS)

Position:  Uniform Patrol Supervisor

Rank:  Lieutenant

Years of service:  35 years (Reserve Officer 2 years, Officer 12 years, Supervisor 21 years)

Positions Held:  Law Enforcement Officer, Field Training Officer, Investigator, K9 Officer, Boating & Hunting Accident Fatality Investigator, Uniform Patrol Supervisor, Field Training Officer Supervisor, Investigations Supervisor, Covert Investigations Supervisor, Evidence Custodian,

**Mark Burke**
**Assistant Center Manager**
**Burning Man (3 years)**

Primary Employer:  Florida Department of Agriculture & Consumer Services / City of Gulf Breeze

Title:  State law Enforcement Officer / 911-Law Enforcement Telecommunicator

Position:  Regional Law Enforcement Supervisor / 911-Law Enforcement Telecommunicator

Rank:  Lieutenant  / 911-Telecommunicator

Years of Service: 30 / 12

Positions Held: Law Enforcement  Lieutenant, Training Lieutenant, Law Enforcement Sergeant, Special Operations Officer, Law Enforcement Officer, Medical Examiner Senior Investigator, Crime Scene Investigator, Emergency-911 Telecommunicator, Terminal Agency Coordinator.

**Lucy Gowdy**
**Assistant Center Manager**
**Burning Man (2 Years)**

AR02398

prepared to handle unforeseen circumstances and emergencies without any additional personnel required. The design of the LETPS Law Enforcement / 911 Emergency Dispatch Team, along with individual dispatchers training and experience, allows LETPS to reassign personnel and positions as needed.

Law Enforcement Temporary Placement Service L.L.C. utilizes an 8-hour, 3 shift configuration, with 5 dispatchers assigned to each shift (1 Lead Mission Support Technician, 1 Lead Dispatcher, 3 Mission Support Technicians). Additionally, LETPS utilizes a 12-hour, 2 shift configuration for their Assistant Center Managers. This ensures a proper chain of command is in place at all times and provides dispatch personnel and LETPS customers with 24-hour access to the LETPS leadership & Management Team. Depending on the situation at hand, this shift configuration can be easily adjusted to meet the needs of their customers and the needs of the communications center at any time. If additional personnel are required, LETPS has multiple dispatchers on reserve who can be called upon at any time to assist.

## Past Performance Evaluation:

**Federal Contracts (Law Enforcement / 911 Dispatch Services):**

**2015 Burning Man Mission Support Technicians (Reference #L15PX00961 )**
Location:  Gerlach, NV

Costs:  $166,520.00
Agency:  Bureau of Land Management
POC #1:  John Young ( Cell: 623-826-1286 Work: 602-417-9319)
POC #2:  Mark Pirtle (Cell:775-455-6947  Work: 775-861-6500)
POC #3:  Logan Briscoe (Cell: 775-434-5124  Work: 775-885-6002)
Agency:  Pershing County Sheriff's Department
POC #1:  Jerry Allen (Cell: 775-741-7276  Work: 775-273-2641)
POC #2:  Nathan Carmichael (Cell: 775-225-1643  Work: 775-263-2641)

Services Performed:

Law Enforcement Temporary Placement Service L.L.C. provided experienced, trained and knowledgeable Assistant Center Mangers (ACM's), Lead Mission Support Technicians (LMST's), Mission Support Technicians (MST's) and LETPS Staff, to the Bureau of Land Management and the Pershing County Sheriff's Department During the 2015 Burning Man Festival held outside of Gerlach Nevada. Monitoring 5 channels and operating 2 distinct Computer Aided Dispatch systems, the LETPS Law Enforcement / 911 Emergency Dispatch Team provide 17 days of 24/7 dispatch services to sworn and now-sworn personnel working the event. LETPS Dispatch Team provided management, supervision and staffing of the BLM portion of the Emergency Dispatch Center (EDC) and consisted of (2) ACM's, (3) LMST's and (9) MST'S. All dispatch personnel certified by the Nevada Department of Public Safety (CJIS) and received training on the Computer Aided Dispatch system (INET & Pershing County CAD) and the BLM Case Management System (IMARS).

Relevancy:  Law Enforcement / 911 Emergency Dispatch Services; Managing Federal Contracts; Supervising, Staffing & Planning; Invoicing & Documentation; Customer Service & Quality Control; Ability to successfully complete contract obligations.

**2016 Burning Man Mission Support Technicians (Reference #NA, Direct Contracting with Burning Man)**

Location:  Gerlach, NV
Costs:  $202,815.88
Agency:  Bureau of Land Management
POC #1:  John Young ( Cell: 623-826-1286 Work: 602-417-9319)
POC #2:  Toni Suminski (Cell:  480-364-6306  Work: 623-434-4599)
POC #2:  Mark Pirtle (Cell:775-455-6947  Work: 775-861-6500)
POC #3:  Logan Briscoe (Cell: 775-434-5124  Work: 775-885-6002)
Agency:  Pershing County Sheriff's Department
POC #1:  Jerry Allen (Cell: 775-741-7276  Work: 775-273-2641)
POC #2:  Nathan Carmichael (Cell: 775-225-1643  Work: 775-263-2641)

Services Performed:

Law Enforcement Temporary Placement Service L.L.C. Leadership & Management Team consist of the owner of the company, two Assistant Center Managers and 3 Lead Mission Support Technicians.   The LETPS Leadership & Management Team work together to ensure that the dispatch team is properly staffed, dispatch personnel meet the LETPS minimum requirements and that the proper training & guidance are given throughout the contract period.  The LETPS Leadership & Management Team has over 170 years of combined experience in the field of law enforcement / 911 emergency communications and response.

**Planning & Quality Control:**

Law Enforcement Temporary Placement Service L.L.C. has structured their Law Enforcement / 911 Emergency Dispatch Team with multiple layers of supervision to ensure that both personnel and customers have access to leadership and management at all times 24 /7.  Additionally, with built in redundancies at each position, the LETPS Law Enforcement / 911 Emergency Dispatch Team is prepared to handle unforeseen circumstances and emergencies without any additional personnel required.  The design of the LETPS Law Enforcement / 911 Emergency Dispatch Team, along with individual dispatchers training and experience, allows LETPS to reassign personnel and positions as needed.

Law Enforcement Temporary Placement Service L.L.C. ensures quality control through a three step process:  1) The LETPS Leadership & Management Team meet daily to discuss any problems issues, or concerns that need to be addressed in regards to personnel & operations; 2) Assistant Center Managers attend the daily law enforcement shift briefings  to obtain input directly from field personnel on issues that may affect patrol efforts; 3) LETPS representative (Owner) meets a minimum of  twice a week with senior leadership and staff to obtain input from a leadership perspective on how the dispatch services are being provided and what needs to be improved

**Past Performance:**

Since 2015, Law Enforcement Temporary Placement Service L.L.C. (LETPS) has successfully provided the Law Enforcement / 911 Emergency Dispatch Services for the Bureau of Land Management, the Pershing County Sheriff's Department and the citizens of Black Rock City during the annual Burning Man Festival.  During this time, LETPS dispatch personnel have dispatched thousands of calls for service and have entered thousands of incidents into the INET Computer Aided Dispatch System (CAD).   During this period, LETPS dispatch personnel have been certified through the Nevada Department of Public Safety and have received training on the INET Computer Aided Dispatch System and the IMARS Case Management System.   LETPS has always met, or exceeded, the requirements of the contract and the expectations of the sworn and non-sworn personnel assigned to work this event.  In 2015, LETPS received an above satisfactory / exceptional evaluation in the Federal CPARS System (2016 & 2017 no evaluation was completed due to direct contracting with BRC).

**Cost Evaluation:**

Law Enforcement Temporary Placement Service L.L.C. (LETPS) exceeds  all of the specification requirements for this solicitation as noted in the Statement of Work and the solicitation itself.  LETPS offers significant advantages to the Bureau of Land Management as noted below:

Technical Capabilities:

1)  Law Enforcement  / 911 Emergency Dispatch Team that is already in place and exceeds all the technical requirements of this solicitation and the Statement of Work.

2)   Law Enforcement / 911 Emergency Dispatch Team utilizes only dispatch personnel who are currently employed with, or recently retired from, a city, county or state law enforcement agency with the ability, knowledge and experience necessary to handle all essential duties and responsibilities of the position.

3)  LETPS  Law Enforcement / 911 Emergency Dispatch Team has over 400 years of combined experience providing law Enforcement / 911 Emergency Dispatch Services.

4)  LETPS Leadership & Management Team consists of career law enforcement supervisors, Center Managers and Shift supervisors who have all provided Law Enforcement Dispatch / 911 Emergency Dispatch Services for to the Bureau of Land Management, Pershing County Sheriff's Department and the citizens of Black Rock City since 2015.  This combination of law enforcement and dispatch personnel allows LETPS to offer a 360-degree perspective on all issues affecting the communications center.

5)  LETPS Leadership & Management Team has over 170 years of combined experience providing law enforcement  / 911 Emergency Dispatch Services.

6)  LETPS Law Enforcement / 911 Emergency Dispatch Team have knowledge and experience on multiple computer aided dispatch (CAD) systems  to include INET CAD, the CAD system utilized by the Bureau of Land Management during the Burning Man Festival.

# LAW ENFORCEMENT TEMPORARY PLACEMENT SERVICE
## *Benefits of utilizing LETPS Law Enforcement Dispatch Services.*
### *(INFORMATION FLYER)*

**Business Model:**

1) Specifically designed as a mobile emergency dispatch team that provides on-site emergency dispatch services for their customers regardless of location, venue or jurisdiction.
2) Members of the LETPS Law Enforcement Dispatch team are currently employed, or recently retired, as emergency dispatch personnel with a city, county or state law enforcement agency.
3) Members of the LETPS Law Enforcement Dispatch Team are governed by their primary employer's policies & procedures manual that govern emergency dispatch operations. This eliminates confusion in times of emergencies.
4) LETPS only contracts with those dispatchers who primary employing agency and dispatch centers are accredited or currently seeking accreditation.
5) LETPS Business Model is designed to offer their customers superior services, provided by exceptional personnel and to do so in the most efficient, productive and cost-effective manner possible.

**Management Team:**

1) Are Currently employed by a city, county or state law enforcement agency and currently hold a leadership / supervisory position within that agency.
2) Consists of career law enforcement dispatch supervisors and career law enforcement supervisors with approximately 170 years of combined experience in their respective fields, to include leadership & Management.
3) Consist of dispatch supervisors who are "Terminal Agency Coordinators" for their respective agencies with an understanding of the legal requirements of providing law enforcement dispatch services.
4) Are Communication Training Officers (CTO) or Field Training Officers (FTO) with actual experience in training dispatch and law enforcement personnel on multiple radio and CAD systems to include INET CAD.
5) Have actual and practical experience working under the Incident Command System (ICS) during actual declared state of emergencies and large-scale events.
6) Have actual and practical experience supervising under the Incident Command System (ICS) within an established Incident Command Post during actual declared state of emergencies and large-scale events.
7) Have actual and practical experience with creating and implementing "Operational Plans" dealing with large scale events, declared state of emergencies and natural disasters.
8) Have actual and practical experience with planning, organizing, managing and supervising large scale events with over 250,000 people in attendance that involve multiple agencies, jurisdictions and locations
9) Have actual and practical experience with managing a mobile law enforcement dispatch team that is designed to assist city, county, state or federal agencies with law enforcement dispatch services during large scale events or declared emergencies regardless of location or venue.
10) Have worked as a MST, LMST or ACM's during the annual Burning Man Festival held in Gerlach Nevada for the Bureau of Land Management and the Pershing County Sheriff's Department.

**Dispatch Personnel:**

1) Are Currently employed by a city, county or state law enforcement agency and hold a law enforcement dispatch position within that agency.
2) Consists of career law enforcement dispatchers with approximately 130 years of combined experience providing law enforcement / 911 emergency dispatch services.
3) Consists of law enforcement dispatchers who possess the training, knowledge and experience necessary to conduct law enforcement / 911 emergency dispatch operations for city, county, state and federal law enforcement agencies.
4) Experienced in providing law enforcement dispatch services during large scale events and declared state of emergencies.
5) Come recommended by other LETPS dispatch personnel and their immediate supervisor of their primary employer.

**Other:**

# BID PROPOSAL WORKSHEET

### Fixed Firm Price (Not Itemized Billing / Invoicing)
### Mission Support Technicians for the 2018 Burning Man Festival

**Detail Personnel (18):**

(1) L.E.T.P.S.  Representative
(2) Center Manager
(3) Dispatch Supervisors
(12) Dispatchers

**Salaries ($140,000.00):**

| | | |
|---|---|---|
| L.E.T.P.S. Representative (1): | $12,000.00 | ($12,000.00) |
| Center Manager (2): | $10,000.00 | ($20,000.00) |
| Dispatch Supervisors (3) | $8,000.00 | ($24,000.00) |
| Dispatchers: (12) | $7,000.00 | ($84,000.00) |

**Airfare ($13,500.00):**

18 (employees) x $750.00.00 = $$13,500.00

**Rental Vehicles ($10,000.00):**

6 (Full Size Cars) x $1500.00 + $1,000.00 (Fuel)

**Lodging ($2000.00):**

$100.00 (lodging) x 10 (double occupancy rooms) x 2 (nights) = $2000.00

**Meals ($6300.00):**

$50.00 (Perdium) x 18 (Employees) x 7 (Days) = $6300.00
**Incidental Expenses ($2000.00):**

**TOTAL Expenses:**
$173,800.00

| | |
|---|---|
| L.E.T.P.S. (15%) | $26,070.00 |
| **BID TOTAL:** | **$199,870.00** |

*WARNING:  This "Bid proposal Worksheet" contains proprietary information and  therefore this document and all information contained herein, is strictly prohibited by law from release to any person, company, firm, corporation or to any organization for any reason, or by any method to include verbal, text, email or in writing, without the expressed written consent of Law Enforcement Temporary Placement Service L.L.C.*



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Nevada State Office
1340 Financial Boulevard
Reno, Nevada  89502-7147
http://www.blm.gov/nv



In Reply Refer To:
NV955

## DETERMINATION AND FINDINGS

**Purchase Requisitions 0040394445 Burning Man 2018 Dispatch Technician Services & Support**

The nature of this action is to place a purchase order for commercial services.

## FINDINGS

Based on previous orders and internet market research, professional services are commonly available in the commercial market place or through GSA.  Based on previous acquisitions, there is adequate small business competition and the end user has recommended a couple of suggested sources that are not GSA schedule holders.  The Government IGCE is $215,000.00.

## DETERMINATION

Based on the findings, I have determined to solicit this requirement as a total small business set aside on an open market basis.

Gregory Kothman
Contracts Specialist

<u>16 May 2018</u>
Date

PSC: R499  NAICS: 561990 All Other Support Services $11M

Stratus Security Management, Inc.

DUNS: 143200553    CAGE Code:  452F1

Status: Active

19804 Fitzpatrick St

Detroit, MI, 48228-1002

Brandon Pierce

BPierce@Stratussecurity.net

(313)837-7000


Surveillance Security, Inc.

DUNS: 967461153    CAGE Code: 3YBD0

Status: Active

175 S Hamilton Pl

Gilbert, AZ, 85233-5508

Brendan Waller

surveillancesecurity@gmail.com

(480)855-9359


Law Enforcement Temporary Placement Service LLC

DUNS: 079486520    CAGE Code: 77E57

Status: Active

5360 Stafford Cir

Pace, FL, 32571-6816

Douglas L Berryman

douglas.berryman@leotemps.com

(850)382-3898

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|---|
| | | | | | 1 | 1 |
| 2 AMENDMENT/MODIFICATION NO. | 3 EFFECTIVE DATE | | 4. REQUISITION/PURCHASE REQ NO | | 5 PROJECT NO (If applicable) | |
| 0001 | 06/07/2018 | | | | | |

| ...UED BY                              CODE | LVA | 7. ADMINISTERED BY (If other than Item 6) | CODE | |
|---|---|---|---|---|
| , NV-STATE OFC BGT&FIN SVC(NV955)<br>1340 FINANCIAL BLVD.<br>RENO NV 89502 | | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|
| | | | 140L3918Q0062 |
| | | x | 9B. DATED (SEE ITEM 11) |
| | | | 05/23/2018 |
| | | | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | | | |
| CODE | FACILITY CODE | | 10B DATED (SEE ITEM 13) |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☒ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☒ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended , by one of the following methods (a) By completing Items 8 and 15, and returning _____1_____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted ; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted , such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12 ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:    Contractor    ☐ is not.    ☐ is required to sign this document and return _____ copies to the issuing office

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible )

Period of Performance: 07/01/2018 to 09/07/2018

The purpose of this amendment is to provide the consolidated questions received from interested parties with answers. All other terms and conditions remain unchanged. The response date is not extended.

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|---|
| | | | Gregory Kothman | |
| CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | | |

| NSN 7540-01-152-8070 | STANDARD FORM 30 (REV. 10-83) |
|---|---|
| Previous edition unusable | Prescribed by GSA<br>FAR (48 CFR) 53 243 |

AR02405

# ANSWERS TO INTERESTED VENDOR QUESTIONS FOR
# RFQ 140L3918Q0062 BURNING MAN MISSION SUPPORT

**Q1)**  All travel (airfare, vehicles, fuel, etc.), lodging (motels) and meals that are required for employees, prior to checking in at on Friday August 18th in Gerlach Nevada, are to be paid for by the contractor?

**A1)**  Yes.

**Q2)**  Contractors must provide all vehicle transportation from Reno NV to Gerlach NV, and Gerlach NV to the Command Post, and Gerlach NV back to Reno at the end of the event?

**A2)**  Yes.

**Q3)**  Employees travel time , both to and from their home town, to Reno NV, and subsequently, both to and from Reno NV to Gerlach, NV are to be paid for by the contractor?

**A3)**  Yes.

**Q4)**  Saturday, August 19th through Monday August 21st, are all dispatch personnel are required to report to the Command Post for training from 0800-1800 hours?

**A4)**  Correction. August 18th, 2018 is a Saturday. All contractor personnel need to be on-site starting on this date. All Contractor personnel are required to report to the Command Post (Joint Operations Center – JOC) for training on Saturday, August 18, 2018 through Monday, August 20, 2018 from approximately 0800-1800 hours. Exact start and end times will be determined closer to the event, but will not exceed 10 hours.

**Q5)**  The SOW states, in part, that beginning with Post Patrol, the Contractor shall release 2 Mission Support Technicians per shift. Question: In case of an unforeseen emergency, towards the end of the event, that would require the dispatch center to be fully staffed through September 5th, will the 6 dispatch personnel required to be released then be required to stay? If so, these "Emergency Hours" must be included in the bid?

**A5)**  It is unlikely, based on past experience, this would be necessary, however, contingency planning is always good practice. In the case of an unforeseen emergency towards the end of the event which would require fully staffing the "dispatch center" it would be considered outside the scope of this contract. Any additional work would be negotiated and would a contract modification or separate contractual agreement for these services. Bidders are discouraged from including "Emergency Hours" in their bid.

**Q6)**  Contractors must include in their bid, not only providing dispatch services for the Bureau of Land Management sworn and non-sworn personnel, but also providing dispatch services for the Pershing County Sheriff's Department, Washoe County Sheriff's Department, the Nevada Department of Public Safety and the Black Rock City Emergency Services Department?

**A6)**  Pershing County Sheriff's Office is directly integrated at the event with the Bureau of Land Management. Contractors will be providing "dispatch services" for Pershing County Sheriff's Office. The count of Pershing County Sherriff's Office is included in the 140 personnel referenced in the statement of work. Contractors will NOT be directly providing "dispatch services" for Black Rock City (BRC) Emergency Services Department (ESD), Washoe County Sheriff's Office (WCSO) and Nevada Department of Public Safety (NVDPS). These agencies are cooperating agencies and the contractor must be willing and able to communicate with these cooperators on an "ad-hoc" / "as needed" basis dependent on actual incidents and need. It is anticipated this need will be very low to non-existent, however, the government wants potential bidders to see the cooperating agencies as part of this SOW, so it is not a surprise at the event. The need and expectations would be similar to any communication center supporting cooperating agencies during a multi-agency response to an event or incident.

## ANSWERS TO INTERESTED VENDOR QUESTIONS FOR
## RFQ 140L3918Q0062 BURNING MAN MISSION SUPPORT

have participated in ride-alongs / familiarization tours with law enforcement personnel during on-shift work hours for the benefit of event familiarization and geographical awareness of the event.. This may be possible again, but is not guaranteed.

Q15)    Since questions were presented, will the closing date for this contract change, or remain the same as originally posted (June 11, 2018 at 1700 hours).

A15)    It depends on the number of interested vendors, types of questions and when answers are posted.  Due to the short suspense on getting contractor personnel through the background checks, it is unlikely we will grant an extension.

Q16)    When do you anticipate the answer to the questions being posted?

A16)    Thursday, June 7th.

Q17)    Do I have to register as an "Interested Vendor" on Fed Connect to be eligible for this contract?

A17)    No.

Q18)    Will the contractor for Solicitation 140L3918Q0062 have to provide the communication systems for their or will they (radios and computerized communication systems) be made available by BLM/Black Rock City LLC?

A18)    No, the contractor will not have to provide the communication systems. Everything will be made available by BLM/Black Rock City LLC.

Q19a)   Does the government or BLM expects the hierarchy (2 Assistant Center Managers, 3 Lead Mission Support Technicians, and 12 Mission Support Technicians) of 17 personnel in each shift?

A19a)   No, the government does not expect all 17 personnel on each shift. Refer to A19b.

Q19b)   Or does the government or BLM expect 17 total personnel for the Performance Period divided into shifts (i.e. 8-9 persons in Shift A for 12 hours & the other half in Shift B for 12 hours) per day?

A19b)   The government expects three (3) working shifts which include one (1) Lead MST and four (4) MST's, for a total of five personnel per shift.

The government expects two (2) working shifts which include one (1) ACM per shift.

The ACM shifts will overlap the MST shifts.

From the SOW:

2 (ACM's) x 14 (Hours each / 12 @ site) x 17 (Days of providing dispatch services) = ~476 hours.

3 (LMST's) x 12 (Hours each / 10 @ site) x 17 (Days of providing dispatch services) = ~612 hours.

12 (MST's) x 12 (Hours Each / 10 @site) x 17 (Days of providing dispatch services) = ~2448 hours.

The BLM side of the EDC, call sign "CONTROL" will provide 24 hours of mission support to the event over three shifts. Day Shift (0500-1700), Swing Shift (1500-0300) and Night Shift (1900-0700). These are typical shift times, SHIFT TIMES ARE SUBJECT TO CHANGE.

(End Questions and Answers)

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS<br>*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | 1. REQUISITION NUMBER<br>0040394445 | PAGE   OF<br>1    23 | |
|---|---|---|---|

| 2. CONTRACT NO | | 3. AWARD/<br>EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER<br>140L3918Q0062 | 6. SOLICITATION<br>ISSUE DATE<br>05/23/2018 |
|---|---|---|---|---|---|

| FOR SOLICITATION<br>INFORMATION CALL: | a. NAME<br>Gregory Kothman | b. TELEPHONE NUMBER   *(No collect calls)*<br>(775) 861-6440 | 8. OFFER DUE DATE/LOCAL TIME<br>06/11/2018 1700 PT |
|---|---|---|---|

| 9. ISSUED BY                          CODE  LVA | 10. THIS ACQUISITION IS ☐ UNRESTRICTED OR  ☒ SET ASIDE:  100.00  % FOR: |
|---|---|

BLM NV-STATE OFC BGT&FIN SVC(NV955)
1340 FINANCIAL BLVD.
RENO NV 89502

☒ SMALL BUSINESS
☐ HUBZONE SMALL
   BUSINESS
☐ SERVICE-DISABLED
   VETERAN-OWNED
   SMALL BUSINESS

☐ WOMEN-OWNED SMALL BUSINESS
☐ (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED
   SMALL BUSINESS PROGRAM
☐ EDWOSB
☐ 8(A)

NAICS: 561990

SIZE STANDARD  $11.0

| 11. DELIVERY FOR FOB DESTINA-<br>TION UNLESS BLOCK IS<br>MARKED<br>☐ SEE SCHEDULE | 12. DISCOUNT TERMS | ☐ 13a. THIS CONTRACT IS A<br>RATED ORDER UNDER<br>DPAS (15 CFR 700) | 13b. RATING<br><br>14. METHOD OF SOLICITATION<br>☒ RFQ    ☐ IFB    ☐ RFP |
|---|---|---|---|

| 15. DELIVER TO                  CODE  0004276792 | 16. ADMINISTERED BY                    CODE  LVA |
|---|---|

BLM-NV BLACK ROCK FIELD OFFICE
5100 E WINNEMUCCA BLVD
WINNEMUCCA NV 89445

BLM NV-STATE OFC BGT&FIN SVC(NV955)
1340 FINANCIAL BLVD.
RENO NV 89502

| 17a. CONTRACTOR/      CODE               FACILITY<br>OFFEROR                                   CODE | 18a. PAYMENT WILL BE MADE BY              CODE |
|---|---|

TELEPHONE NO.

| ☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW<br>IS CHECKED   ☐ SEE ADDENDUM |
|---|---|

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| | Delivery: 09/06/2018<br>Period of Performance: 07/01/2018 to 09/07/2018 | | | | |
| 00010 | MISSION SUPPORT TECHNICIAN SERVICES SUPPORT AT<br>2018 BURNING MAN EVENT in accordance with the<br>attached Statement of Work.<br><br>Period of Performance: 08/18/2018 to 09/06/2018<br><br>Continued ... | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* |
|---|---|

☒ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, FAR 52.212-4  FAR 52.212-3 AND 52.212-5 ARE ATTACHED.   ADDENDA   ☒ ARE   ☐ ARE NOT ATTACHED.
☐ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4  FAR 52.212-5 IS ATTACHED.   ADDENDA   ☐ ARE   ☐ ARE NOT ATTACHED.

| ☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___1___<br>COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER<br>ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL<br>SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED. | ☐ 29. AWARD OF CONTRACT:                          OFFER<br>DATED _____ YOUR OFFER ON SOLICITATION (BLOCK 5)<br>INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH<br>HEREIN. IS ACCEPTED AS TO ITEMS: |
|---|---|
| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* |
| 30b. NAME AND TITLE OF SIGNER *(Type or print)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or print)*<br>Gregory Kothman | 31c. DATE SIGNED |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

AR02408

| **CONTINUATION SHEET** | REFERENCE NO OF DOCUMENT BEING CONTINUED | | PAGE | OF |
|---|---|---|---|---|
| | 140L3918Q0062 | | 3 | 23 |

NAME OF OFFEROR OR CONTRACTOR

| o .) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Due to known issues, FedConnect submittals will not be considered. | | | | |
| | Administrative Point of Contact: Greg Kothman - Contract Specialist (775)861-6440 gkothman@blm.gov | | | | |

NSN 7540-01-152-8067

Solicitation 140L3918Q0062
Dispatch Technician Services 2018 Burning Man
BLM Nevada - Winnemucca District

(d)(1) In accordance with section 743 of Division E, Title VII, of the Consolidated and Further Continuing Resolution Appropriations Act, 2015 (Pub. L. 113-235), use of funds appropriated (or otherwise made available) under that or any other Act may be prohibited, if the Government determines that the contractor is not in compliance with the provisions of this clause.

(2) The Government may seek any available remedies in the event the contractor fails to comply with the provisions of this clause.

(End of clause)

**52.212-5 Contract Terms and Conditions Required To Implement Statutes or Executive Orders - Commercial Items. (JUN 2016)**

(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

(1) 52.209-10, Prohibition on Contracting with Inverted Domestic Corporations (NOV 2015).

(2) 52.233-3, Protest After Award (AUG 1996) (31 U.S.C. 3553).

(3) 52.233-4, Applicable Law for Breach of Contract Claim (OCT 2004) (Public Laws 108-77 and 108-78 (19 U.S.C. 3805 note)).

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items: (Contracting Officer check as appropriate.)

[X] (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (SEP 2006), with Alternate I (OCT 1995) (41 U.S.C. 4704 and 10 U.S.C. 2402).

[ ] (2) 52.203-13, Contractor Code of Business Ethics and Conduct (OCT 2015) (41 U.S.C. 3509).

[ ] (3) 52.203-15, Whistleblower Protections under the American Recovery and Reinvestment Act of 2009 (JUN 2010) (Section 1553 of Pub. L. 111-5). (Applies to contracts funded by the American Recovery and Reinvestment Act of 2009.)

[X] (4) 52.204-10, Reporting Executive Compensation and First-Tier Subcontract Awards (OCT 2015) (Pub. L. 109-282) (31 U.S.C. 6101 note).

(5) (Reserved)

[ ] (6) 52.204-14, Service Contract Reporting Requirements (JAN 2014) (Pub. L. 111-117, section 743 of Div. C).

[ ] (7) 52.204-15, Service Contract Reporting Requirements for Indefinite-Delivery Contracts (JAN 2014) (Pub. L. 111-117, section 743 of Div. C).

[X] (8) 52.209-6, Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment. (OCT 2015) (31 U.S.C. 6101 note).

[ ] (9) 52.209-9, Updates of Publicly Available Information Regarding Responsibility Matters (JUL 2013) (41 U.S.C. 2313).

5

Solicitation 140L3918Q0062
Dispatch Technician Services 2018 Burning Man
BLM Nevada - Winnemucca District

[ ] (24) 52.219-30, Notice of Set-Aside for, or Sole Source Award to, Women-Owned Small Business Concerns Eligible Under the Women-Owned Small Business Program (DEC 2015) (15 U.S.C. 637(m)).

[X] (25) 52.222-3, Convict Labor (JUN 2003) (E.O. 11755).

[ ] (26) 52.222-19, Child Labor-Cooperation with Authorities and Remedies (FEB 2016) (E.O. 13126).

[X] (27) 52.222-21, Prohibition of Segregated Facilities (APR 2015).

[X] (28) 52.222-26, Equal Opportunity (APR 2015) (E.O. 11246).

[X] (29) 52.222-35, Equal Opportunity for Veterans (OCT 2015) (38 U.S.C. 4212).

[X] (30) 52.222-36, Equal Opportunity for Workers with Disabilities (JUL 2014) (29 U.S.C. 793).

[X] (31) 52.222-37, Employment Reports on Veterans (FEB 2016) (38 U.S.C. 4212).

[X] (32) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (DEC 2010) (E.O. 13496).

[X] (33)(i) 52.222-50, Combating Trafficking in Persons (MAR 2015) (22 U.S.C. chapter 78 and E.O. 13627).

[ ] (ii) *Alternate I* (MAR 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).

[X] (34) 52.222-54, Employment Eligibility Verification (OCT 2015). (E. O. 12989). (Not applicable to the acquisition of commercially available off-the-shelf items or certain other types of commercial items as prescribed in 22.1803.)

[ ] (35)(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Items (MAY 2008) (42 U.S.C. 6962(c)(3)(A)(ii)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

[ ] (ii) Alternate I (MAY 2008) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

[ ](36) 52.223-11, Ozone-Depleting Substances and High Global Warming Potential Hydrofluorocarbons (JUN 2016) (E.O. 13693).

[ ](37) 52.223-12, Maintenance, Service, Repair, or Disposal of Refrigeration Equipment and Air Conditioners (JUN 2016) (E.O. 13693).

[ ] (38)(i) 52.223-13, Acquisition of EPEAT®-Registered Imaging Equipment (JUN 2014) (E.O.s 13423 and 13514).

[ ] (ii) Alternate I (OCT 2015) of 52.223-13.

[ ] (39)(i) 52.223-14, Acquisition of EPEAT®-Registered Televisions (JUN 2014) (E.O.s 13423 and 13514).

(ii) Alternate I (JUN 2014) of 52.223-14.

[ ] (40) 52.223-15, Energy Efficiency in Energy-Consuming Products (DEC 2007) (42 U.S.C. 8259b).

7

Solicitation 140L3918Q0062
Dispatch Technician Services 2018 Burning Man
BLM Nevada - Winnemucca District

[ ] (58)(i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels
(FEB 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631).

[ ] (ii) Alternate I (APR 2003) of 52.247-64.

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to
commercial services, that the Contracting Officer has indicated as being incorporated in this
contract by reference to implement provisions of law or Executive orders applicable to
acquisitions of commercial items: (Contracting Officer check as appropriate.)

[ ] (1) 52.222-17, Nondisplacement of Qualified Workers (MAY 2014) (E.O. 13495).

[X] (2) 52.222-41, Service Contract Labor Standards (MAY 2014) (41 U.S.C. chapter
67).

[X] (3) 52.222-42, Statement of Equivalent Rates for Federal Hires (MAY 2014) (29
U.S.C. 206 and 41 U.S.C. chapter 67).

[ ] (4) 52.222-43, Fair Labor Standards Act and Service Contract Labor Standards-Price
Adjustment (Multiple Year and Option Contracts) (MAY 2014) (29 U.S.C. 206 and 41
U.S.C. chapter 67).

[ ] (5) 52.222-44, Fair Labor Standards Act and Service Contract Labor Standards-Price
Adjustment (MAY 2014) (29 U.S.C 206 and 41 U.S.C. chapter 67).

[ ] (6) 52.222-51, Exemption from Application of the Service Contract Labor Standards
to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements
(MAY 2014) (41 U.S.C. chapter 67).

[ ] (7) 52.222-53, Exemption from Application of the Service Contract Labor Standards
to Contracts for Certain Services-Requirements (MAY 2014) (41 U.S.C. chapter 67).

[X] (8) 52.222-55, Minimum Wages Under Executive Order 13658 (DEC 2015).

[ ] (9) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (MAY
2014) (42 U.S.C. 1792).

[ ] (10) 52.237-11, Accepting and Dispensing of $1 Coin (SEP 2008) (31 U.S.C.
5112(p)(1)).

(d) *Comptroller General Examination of Record.* The Contractor shall comply with the provisions
of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the
simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records -
Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the
Comptroller General, shall have access to and right to examine any of the Contractor's
directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records,
materials, and other evidence for examination, audit, or reproduction, until 3 years after
final payment under this contract or for any shorter period specified in FAR Subpart 4.7,
Contractor Records Retention, of the other clauses of this contract. If this contract is
completely or partially terminated, the records relating to the work terminated shall be
made available for 3 years after any resulting final termination settlement. Records
relating to appeals under the disputes clause or to litigation or the settlement of claims

9

AR02412

Solicitation 140L3918Q0062
Dispatch Technician Services 2018 Burning Man
BLM Nevada - Winnemucca District

(xiii) 52.222-53, Exemption from Application of the Service Contract Labor
Standards to Contracts for Certain Services-Requirements (MAY 2014) (41
U.S.C. chapter 67).

(xiv) 52.222-54, Employment Eligibility Verification (OCT 2015) (E. O.
12989).

(xv) 52.222-55, Minimum Wages Under Executive Order 13658 (DEC 2015).

(xvi) 52.225-26, Contractors Performing Private Security Functions Outside the
United States (JUL 2013) (Section 862, as amended, of the National Defense
Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

(xvii) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations
(MAY 2014) (42 U.S.C. 1792). Flow down required in accordance with
paragraph (e) of FAR clause 52.226-6.

(xviii) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial
Vessels (FEB 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631). Flow down
required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the Contractor May include in its subcontracts for commercial
items a minimal number of additional clauses necessary to satisfy its contractual
obligations.

(End of clause)

**52.219-14 Limitations on Subcontracting. (Jan 2017)**

(a) This clause does not apply to the unrestricted portion of a partial set-aside.
(b) Applicability. This clause applies only to—
    (1) Contracts that have been set aside or reserved for small business concerns or 8(a) participants;
    (2) Part or parts of a multiple-award contract that have been set aside for small business concerns
or 8(a) participants; and
    (3) Orders set aside for small business or 8(a) participants under multiple-award contracts as
described in 8.405-5 and 16.505(b)(2)(i)(F).
(c) By submission of an offer and execution of a contract, the Offeror/Contractor agrees that in
performance of the contract in the case of a contract for—
    (1) Services (except construction). At least 50 percent of the cost of contract performance incurred
for personnel shall be expended for employees of the concern.
    (2) Supplies (other than procurement from a nonmanufacturer of such supplies). The concern shall
perform work for at least 50 percent of the cost of manufacturing the supplies, not including the
cost of materials.
    (3) General construction. The concern will perform at least 15 percent of the cost of the contract,
not including the cost of materials, with its own employees.
    (4) Construction by special trade contractors. The concern will perform at least 25 percent of the
cost of the contract, not including the cost of materials, with its own employees.

(End of clause)

**1452.203-70 Restriction on Endorsements (Jul 1996)**

The Contractor shall not refer to contracts awarded by the Department of the Interior in commercial
advertising, as defined in FAR 31.205-1, in a manner which states or implies that the product or service
provided is approved or endorsed by the Government, or is considered by the Government to be superior to

11

Solicitation 140L3918Q0062
Dispatch Technician Services 2018 Burning Man
BLM Nevada - Winnemucca District

(e) The Contracting Officer shall respond in writing within 30 days to any notice made under paragraph (d) of this clause. A failure of the parties to agree upon the nature of a direction, or upon the contract action to be taken with respect thereto, shall be subject to the provisions of the Disputes clause of this contract.

(f) The Contractor shall provide copies of all correspondence to the Contracting Officer and the COR.

(g) Any action(s) taken by the Contractor, in response to any direction given by any person acting on behalf of the Government or any Government official other than the Contracting Officer or the COR acting within his or her appointment, shall be at the Contractor's risk.

(End of clause)

**Electronic Invoicing and Payment Requirements - Invoice Processing Platform (IPP) (April 2013)**

Payment requests must be submitted electronically through the U. S. Department of the Treasury's Invoice Processing Platform System (IPP).

"Payment request" means any request for contract financing payment or invoice payment by the Contractor. To constitute a proper invoice, the payment request must comply with the requirements identified in the applicable Prompt Payment clause included in the contract, or the clause 52.212-4 Contract Terms and Conditions - Commercial Items included in commercial item contracts. The IPP website address is: https://www.ipp.gov.

Under this contract, the following documents are required to be submitted as an attachment to the IPP invoice:

  1. An itemized contractor invoice.

The Contractor must use the IPP website to register access and use IPP for submitting requests for payment. The Contractor Government Business Point of Contact (as listed in SAM will receive enrollment instructions via email from the Federal Reserve Bank of Boston (FRBB) within 3 - 5 business days of the contract award date. Contractor assistance with enrollment can be obtained by contacting the IPP Production Helpdesk via email ippgroup@bos.frb.org or phone (866) 973-3131.

If the Contractor is unable to comply with the requirement to use IPP for submitting invoices for payment, the Contractor must submit a waiver request in writing to the Contracting Officer with its proposal or quotation.

(End of Local Clause)

**Section 3**

**List of Attachments**
  1. Statement of Work
  2. Wage Determination 2015-5601 Rev. 5, dated 10 Jan 2018

13

AR02414

Solicitation 140L3918Q0062
Dispatch Technician Services 2018 Burning Man
BLM Nevada - Winnemucca District

**52.204-20 Predecessor of Offeror. (APR 2016)**

(a) Definitions. As used in this provision-

Commercial and Government Entity (CAGE) code means-

(1) An identifier assigned to entities located in the United States and its outlying areas by the Defense Logistics Agency (DLA) Contractor and Government Entity (CAGE) Branch to identify a commercial or government entity, or

(2) An identifier assigned by a member of the North Atlantic Treaty Organization (NATO) or by NATO's Support Agency (NSPA) to entities located outside the United States and its outlying areas that DLA Contractor and Government Entity (CAGE) Branch records and maintains in the CAGE master file. This type of code is known as an NCAGE code.

Predecessor means an entity that is replaced by a successor and includes any predecessors of the predecessor.

Successor means an entity that has replaced a predecessor by acquiring the assets and carrying out the affairs of the predecessor under a new name (often through acquisition or merger). The term "successor" does not include new offices/divisions of the same company or a company that only changes its name. The extent of the responsibility of the successor for the liabilities of the predecessor may vary, depending on State law and specific circumstances.

(b) The Offeror represents that it [ ] is or [ ] is not a successor to a predecessor that held a Federal contract or grant within the last three years.

(c) If the Offeror has indicated "is" in paragraph (b) of this provision, enter the following information for all predecessors that held a Federal contract or grant within the last three years (if more than one predecessor, list in reverse chronological order):

Predecessor CAGE code: [(or mark "Unknown")].

Predecessor legal name: [(Do not use a "doing business as" name)].

(End of provision)

**52.209-5 Certification Regarding Responsibility Matters. (OCT 2015)**

(a)(1) The Offeror certifies, to the best of its knowledge and belief, that-

(i) The Offeror and/or any of its Principals-

(A) Are [ ] are not [ ] presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

(B) Have [ ] have not [ ], within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, State, or local) contract or subcontract; violation of Federal or State antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, violating Federal criminal tax laws, or receiving stolen property (if offeror checks "have", the offeror shall also see 52.209-7, if included in this solicitation);

(C) Are [ ] are not [ ] presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in subdivision (a)(1)(i)(B) of this provision; and

15

AR02415

Solicitation 140L3918Q0062
Dispatch Technician Services 2018 Burning Man
BLM Nevada - Winnemucca District

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

(End of provision)

**52.216-1 Type of Contract. (APR 1984)**

The Government contemplates award of a Firm Fixed Price contract resulting from this solicitation.

(End of provision)

**52.237-1 Site Visit (Apr 1984)**

Offerors are urged and expected to inspect the site where services are to be performed and to satisfy themselves regarding all general and local conditions that may affect the cost of contract performance, to the extent that the information is reasonably obtainable. In no event shall failure to inspect the site constitute grounds for a claim after contract award.

(End of Provision)

**SITE VISIT INFORMATION:**

A formal site visit will not be scheduled.  The site is available for public access.

**52.233-2 Service of Protest. (SEP 2006)**

(a) Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the Government Accountability Office (GAO), shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from

Gregory Kothman
Bureau of Land Management
1340 Financial Blvd
Reno, NV 89502

(b) The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO.

(End of provision)

**52.212-2 Evaluation - Commercial Items. (OCT 2014)**

(a) The Government will award a contract resulting from this solicitation to the responsible offeror whose offer conforming to the solicitation will be most advantageous to the Government, price and other factors considered. The following factors shall be used to evaluate offers:

Award will be made on a best-value, trade-off process pursuant to FAR subpart 15.101-1. This process permits tradeoffs among cost or price and non-cost factors and allows the Government to accept other than the lowest priced proposal. The Government may consider award to other than the lowest priced offeror or other than the highest technically rated offeror when it is in the best interest of the Government.

17

AR02416

Solicitation 140L3918Q0062
Dispatch Technician Services 2018 Burning Man
BLM Nevada - Winnemucca District

3. **Price**

Contract Line Item 00010 on Standard Form (SF) 1449 shall be completed with firm-fixed pricing.

**Technical and Past performance, when combined, are more important than price.**

(a) A written notice of award or acceptance of an offer, mailed or otherwise furnished to the successful offeror within the time for acceptance specified in the offer, shall result in a binding contract without further action by either party. Before the offer's specified expiration time, the Government may accept an offer (or part of an offer), whether or not there are negotiations after its receipt, unless a written notice of withdrawal is received before award.

## Evaluation and Award Factors

Quotes will be evaluated according to the criteria stated below.  An evaluation will be performed on each offeror's submission based on the information furnished and subsequent information gathered after quotes are received, such as responses from references, data from past performance databases and the Government's knowledge of, and previous experience with, the quoter.

## (i) Technical capability:

Submission should demonstrate the offeror's understanding of the requirement and BLM objectives and demonstrate they have the required experience to complete the project in accordance with the Statement of Work.

### Technical Evaluation:

| Color Rating | Evaluation Criteria |
|---|---|
| Blue | Proposal meets all solicitation requirements, demonstrates an excellent understanding of the requirements and has salient features that offer significant advantage to the Government. Excellent in all respects. Advantages/strengths not offset by disadvantages/weaknesses. Very good probability of success with overall low degree of risk in meeting Government requirements. |
| Green | Proposal meets most solicitation requirements and demonstrates an adequate understanding of the requirements but does not offer significant advantages to the Government over basic RFP requirements. Disadvantage/weaknesses are not significant, unless significant advantages are proposed that outweigh significant disadvantages. Where there were areas of concern, clarifications, given by contractor, were acceptable. Good probability of success with overall low to moderate degree of risk in meeting the Government requirements. |
| Yellow | Proposal meets some but not all the RFP requirements, but offers disadvantages (weaknesses) outweighing other advantages (strengths). Examples: little or no experience cited; weak proposal; mimics RFP language rather than expressing offeror's approach or understanding of the RFP. Probability of success considered less than full confidence (moderate to high risk). |
| Pink | Proposal meets some but not all the RFP requirements. Examples: Proposal does not address all required RFP criteria; little or no experience to the extent that overall quality cannot be determined because of errors, omissions or deficiencies that may be capable of being corrected without a major rewrite or revision of proposal. Probability of success is questionable without further explanation by offeror. (Unacceptable risk). |
| Red | Proposal demonstrates little to no understanding of the requirements; or approach fails to adequately meet acceptable performance expectations. Proposal contains major errors; |

19

Solicitation 140L3918Q0062
Dispatch Technician Services 2018 Burning Man
BLM Nevada - Winnemucca District

| Neutral | No current and/or relevant performance record is identifiable upon which to base a meaningful performance risk prediction. A search was unable to identify any relevant Past Performance information for the offeror or key team member/subcontractors or their key personnel. This is neither a negative or positive assessment. Unknown. |
|---|---|

Price Evaluation

The purpose of the Price/Cost evaluation is to provide an assessment of the reasonableness and realism of the proposed price/cost in relation to the solicitation requirements. Proposals will be evaluated in the following manner.

(a) The Government evaluation team will conduct a Price evaluation of each offeror's price proposal to determine whether or not each proposal complies with the stated criteria: "Reasonableness" and "Realism". If the proposed price is determined to be reasonable and realistic a **GO** rating will be given, if found to be unreasonable and/or unrealistic, a **NO GO** rating will be assigned to the Price evaluation factor.

(b) Those proposals evaluated as not satisfying all of the price/cost criteria may be eliminated from consideration for award unless the Contracting Officer determines.

(i) A minor clerical error has occurred, then the offeror may be given an opportunity to correct the minor error within the constraints of the "clarifications" process or

(ii) The Contracting Officer determines discussions are required.

**Submittals:**

The priced SF1449, technical, and past performance information should be submitted via email to gkothman@blm.gov.

Proposals submitted through FedConnect or any other means will not be considered.  In accordance with FAR 4.1201, representations and certifications shall be entered in the System for Award Management, www.sam.gov , and updated annually.

(End of provision)

**1452.215-71  Use and Disclosure of Proposal Information - Department of the Interior   Apr 1984**

(a) Definitions. For the purposes of this provision and the Freedom of Information Act (5 U.S.C. 552), the following terms shall have the meaning set forth below:

(1) "Trade Secret" means an unpatented, secret, commercially valuable plan, appliance, formula, or process, which is used for making, preparing, compounding, treating or processing articles or materials which are trade commodities.

(2) "Confidential commercial or financial information" means any business information (other than trade secrets) which is exempt from the mandatory disclosure requirement of the Freedom of Information Act, 5 U.S.C. 552. Exemptions from mandatory disclosure which may be applicable to business information contained in proposals include exemption (4), which covers "commercial and financial information obtained from a person and privileged or confidential," and exemption (9), which covers "geological and geophysical information, including maps, concerning wells."

21

Solicitation 140L3918Q0062
Dispatch Technician Services 2018 Burning Man
BLM Nevada - Winnemucca District

(c)  This Request for Quotations does not commit the Government to pay any costs incurred in the preparation or the submission of this quote, or to make any award.

(End of provision)

23

AR02419

```
WD 15-5601 (Rev.-5) was first posted on www.wdol.gov on 01/16/2018
*****************************************************************************
REGISTER OF WAGE DETERMINATIONS UNDER |     U.S. DEPARTMENT OF LABOR
        THE SERVICE CONTRACT ACT       |  EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor |        WAGE AND HOUR DIVISION
                                        |        WASHINGTON D.C.  20210
                                        |
                                        |
                                        |
                                        | Wage Determination No.: 2015-5601
Daniel W. Simms        Division of      |        Revision No.: 5
Director           Wage Determinations  |     Date Of Revision: 01/10/2018
```

Note: Under Executive Order (EO) 13658, an hourly minimum wage of $10.35 for
calendar year 2018 applies to all contracts subject to the Service Contract
Act for which the contract is awarded (and any solicitation was issued) on or
after January 1, 2015. If this contract is covered by the EO, the contractor
must pay all workers in any classification listed on this wage determination
at least $10.35 per hour (or the applicable wage rate listed on this wage
determination, if it is higher) for all hours spent performing on the contract
in calendar year 2018. The EO minimum wage rate will be adjusted annually.
Additional information on contractor requirements and worker protections under
the EO is available at www.dol.gov/whd/govcontracts

State: Nevada

Area: Nevada Counties of Elko, Eureka, Humboldt, Lander, Pershing, White Pine

```
              **Fringe Benefits Required Follow the Occupational Listing**
OCCUPATION CODE - TITLE                         FOOTNOTE        RATE
01000 - Administrative Support And Clerical Occupations
  01011 - Accounting Clerk I                                    15.19
  01012 - Accounting Clerk II                                   17.06
  01013 - Accounting Clerk III                                  19.08
  01020 - Administrative Assistant                              25.12
  01035 - Court Reporter                                        19.55
  01041 - Customer Service Representative I                     13.61
  01042 - Customer Service Representative II                    15.30
  01043 - Customer Service Representative III                   16.70
  01051 - Data Entry Operator I                                 11.86
  01052 - Data Entry Operator II                                13.86
  01060 - Dispatcher, Motor Vehicle                             21.62
  01070 - Document Preparation Clerk                            15.67
  01090 - Duplicating Machine Operator                          15.67
  01111 - General Clerk I                                       14.06
  01112 - General Clerk II                                      15.35
  01113 - General Clerk III                                     17.51
  01120 - Housing Referral Assistant                            21.80
  01141 - Messenger Courier                                     11.66
  01191 - Order Clerk I                                         13.77
  01192 - Order Clerk II                                        16.29
  01261 - Personnel Assistant (Employment) I                    15.92
  01262 - Personnel Assistant (Employment) II                   17.82
  01263 - Personnel Assistant (Employment) III                  19.86
  01270 - Production Control Clerk                              20.88
  01290 - Rental Clerk                                          14.77
  01300 - Scheduler, Maintenance                                17.48
  01311 - Secretary I                                           17.48
  01312 - Secretary II                                          19.55
  01313 - Secretary III                                         21.80
  01320 - Service Order Dispatcher                              17.78
  01410 - Supply Technician                                     25.12
  01420 - Survey Worker                                         17.81
  01460 - Switchboard Operator/Receptionist                     14.53
```

```
     12190 - Medical Record Technician                             17.41
     12195 - Medical Transcriptionist                              21.43
     12210 - Nuclear Medicine Technologist                         46.44
     12221 - Nursing Assistant I                                   11.05
     12222 - Nursing Assistant II                                  12.42
     12223 - Nursing Assistant III                                 13.56
     12224 - Nursing Assistant IV                                  15.22
     12235 - Optical Dispenser                                     22.28
     12236 - Optical Technician                                    15.88
     12250 - Pharmacy Technician                                   18.71
     12280 - Phlebotomist                                          15.22
     12305 - Radiologic Technologist                               31.84
     12311 - Registered Nurse I                                    27.63
     12312 - Registered Nurse II                                   35.14
     12313 - Registered Nurse II, Specialist                       35.14
     12314 - Registered Nurse III                                  40.94
     12315 - Registered Nurse III, Anesthetist                     40.94
     12316 - Registered Nurse IV                                   49.04
     12317 - Scheduler (Drug and Alcohol Testing)                  29.68
     12320 - Substance Abuse Treatment Counselor                   29.68
   13000 - Information And Arts Occupations
     13011 - Exhibits Specialist I                                 22.43
     13012 - Exhibits Specialist II                                27.78
     13013 - Exhibits Specialist III                               33.99
     13041 - Illustrator I                                         22.43
     13042 - Illustrator II                                        27.78
     13043 - Illustrator III                                       33.99
     13047 - Librarian                                             30.77
     13050 - Library Aide/Clerk                                    17.58
     13054 - Library Information Technology Systems                27.78
     Administrator
     13058 - Library Technician                                    20.75
     13061 - Media Specialist I                                    20.05
     13062 - Media Specialist II                                   22.43
     13063 - Media Specialist III                                  25.00
     13071 - Photographer I                                        17.46
     13072 - Photographer II                                       19.51
     13073 - Photographer III                                      24.18
     13074 - Photographer IV                                       29.57
     13075 - Photographer V                                        35.78
     13090 - Technical Order Library Clerk                         15.49
     13110 - Video Teleconference Technician                       20.97
   14000 - Information Technology Occupations
     14041 - Computer Operator I                                   15.70
     14042 - Computer Operator II                                  17.56
     14043 - Computer Operator III                                 19.59
     14044 - Computer Operator IV                                  21.76
     14045 - Computer Operator V                                   24.09
     14071 - Computer Programmer I              (see 1)            22.61
     14072 - Computer Programmer II             (see 1)
     14073 - Computer Programmer III            (see 1)
     14074 - Computer Programmer IV             (see 1)
     14101 - Computer Systems Analyst I         (see 1)
     14102 - Computer Systems Analyst II        (see 1)
     14103 - Computer Systems Analyst III       (see 1)
     14150 - Peripheral Equipment Operator                         15.70
     14160 - Personal Computer Support Technician                  21.76
     14170 - System Support Specialist                             23.36
   15000 - Instructional Occupations
     15010 - Aircrew Training Devices Instructor (Non-Rated)       29.62
     15020 - Aircrew Training Devices Instructor (Rated)           39.42
     15030 - Air Crew Training Devices Instructor (Pilot)          40.72
     15050 - Computer Based Training Specialist / Instructor       29.62
     15060 - Educational Technologist                              34.68
     15070 - Flight Instructor (Pilot)                             40.72
```

```
      23370 - General Maintenance Worker                  19.22
      23380 - Ground Support Equipment Mechanic           30.65
      23381 - Ground Support Equipment Servicer           26.00
      23382 - Ground Support Equipment Worker             27.50
      23391 - Gunsmith I                                  22.28
      23392 - Gunsmith II                                 25.04
      23393 - Gunsmith III                                27.84
      23410 - Heating, Ventilation And Air-Conditioning   26.08
      Mechanic
      23411 - Heating, Ventilation And Air Contidioning   27.38
      Mechanic (Research Facility)
      23430 - Heavy Equipment Mechanic                    27.83
      23440 - Heavy Equipment Operator                    24.61
      23460 - Instrument Mechanic                         28.92
      23465 - Laboratory/Shelter Mechanic                 26.42
      23470 - Laborer                                     14.06
      23510 - Locksmith                                   25.28
      23530 - Machinery Maintenance Mechanic              27.59
      23550 - Machinist, Maintenance                      24.97
      23580 - Maintenance Trades Helper                   18.47
      23591 - Metrology Technician I                      28.92
      23592 - Metrology Technician II                     30.22
      23593 - Metrology Technician III                    31.69
      23640 - Millwright                                  27.84
      23710 - Office Appliance Repairer                   24.40
      23760 - Painter, Maintenance                        18.20
      23790 - Pipefitter, Maintenance                     27.67
      23810 - Plumber, Maintenance                        26.88
      23820 - Pneudraulic Systems Mechanic                27.84
      23850 - Rigger                                      27.84
      23870 - Scale Mechanic                              25.04
      23890 - Sheet-Metal Worker, Maintenance             28.12
      23910 - Small Engine Mechanic                       20.33
      23931 - Telecommunications Mechanic I               25.94
      23932 - Telecommunications Mechanic II              27.37
      23950 - Telephone Lineman                           25.08
      23960 - Welder, Combination, Maintenance            26.49
      23965 - Well Driller                                30.46
      23970 - Woodcraft Worker                            27.84
      23980 - Woodworker                                  22.03
   24000 - Personal Needs Occupations
      24550 - Case Manager                                15.19
      24570 - Child Care Attendant                        10.95
      24580 - Child Care Center Clerk                     14.96
      24610 - Chore Aide                                  10.44
      24620 - Family Readiness And Support Services       15.19
      Coordinator
      24630 - Homemaker                                   16.68
   25000 - Plant And System Operations Occupations
      25010 - Boiler Tender                               27.69
      25040 - Sewage Plant Operator                       29.59
      25070 - Stationary Engineer                         27.69
      25190 - Ventilation Equipment Tender                20.91
      25210 - Water Treatment Plant Operator              29.59
   27000 - Protective Service Occupations
      27004 - Alarm Monitor                               24.00
      27007 - Baggage Inspector                           13.90
      27008 - Corrections Officer                         25.60
      27010 - Court Security Officer                      25.60
      27030 - Detection Dog Handler                       18.18
      27040 - Detention Officer                           25.60
      27070 - Firefighter                                 25.13
      27101 - Guard I                                     13.90
      27102 - Guard II                                    18.18
      27131 - Police Officer I                            30.96
```

AR02422    5/10

```
31000 - Transportation/Mobile Equipment Operation Occupations
   31010 - Airplane Pilot                              28.85
   31020 - Bus Aide                                    15.82
   31030 - Bus Driver                                  20.61
   31043 - Driver Courier                              17.35
   31260 - Parking and Lot Attendant                   11.65
   31290 - Shuttle Bus Driver                          17.64
   31310 - Taxi Driver                                 11.80
   31361 - Truckdriver, Light                          17.64
   31362 - Truckdriver, Medium                         19.45
   31363 - Truckdriver, Heavy                          27.15
   31364 - Truckdriver, Tractor-Trailer                27.15
99000 - Miscellaneous Occupations
   99020 - Cabin Safety Specialist                     14.07
   99030 - Cashier                                     10.48
   99050 - Desk Clerk                                  10.44
   99095 - Embalmer                                    23.85
   99130 - Flight Follower                             23.85
   99251 - Laboratory Animal Caretaker I               12.74
   99252 - Laboratory Animal Caretaker II              13.57
   99260 - Marketing Analyst                           23.46
   99310 - Mortician                                   23.85
   99410 - Pest Controller                             19.88
   99510 - Photofinishing Worker                       12.53
   99710 - Recycling Laborer                           15.08
   99711 - Recycling Specialist                        17.39
   99730 - Refuse Collector                            15.43
   99810 - Sales Clerk                                 14.32
   99820 - School Crossing Guard                       15.43
   99830 - Survey Party Chief                          32.98
   99831 - Surveying Aide                              22.24
   99832 - Surveying Technician                        24.18
   99840 - Vending Machine Attendant                   14.96
   99841 - Vending Machine Repairer                    17.92
   99842 - Vending Machine Repairer Helper             14.96
```

Note: Executive Order (EO) 13706, Establishing Paid Sick Leave for Federal
Contractors, applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1,
2017.  If this contract is covered by the EO, the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work, up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness, injury or other health-related needs, including preventive care; to
assist a family member (or person who is like family to the employee) who is ill,
injured, or has other health-related needs, including preventive care; or for
reasons resulting from, or to assist a family member (or person who is like family
to the employee) who is the victim of, domestic violence, sexual assault, or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.41 per hour or $176.40 per week or $764.40 per month

HEALTH & WELFARE EO 13706: $4.13 per hour, or $165.20 per week, or $715.87 per
month*

This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706, Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

screening, blending, dying, mixing, and pressing of sensitive ordnance, explosives,
and pyrotechnic compositions such as lead azide, black powder and photoflash powder.
 All dry-house activities involving propellants or explosives.  Demilitarization,
modification, renovation, demolition, and maintenance operations on sensitive
ordnance, explosives and incendiary materials.  All operations involving re-grading
and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that
represents a low degree of hazard when working with, or in close proximity to
ordnance, (or employees possibly adjacent to) explosives and incendiary materials
which involves potential injury such as laceration of hands, face, or arms of the
employee engaged in the operation, irritation of the skin, minor burns and the like;
minimal damage to immediate or adjacent work area or equipment being used.  All
operations involving, unloading, storage, and hauling of ordnance, explosive, and
incendiary ordnance material other than small arms ammunition.  These differentials
are only applicable to work that has been specifically designated by the agency for
ordnance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract
(either by the terms of the Government contract, by the employer, by the state or
local law, etc.), the cost of furnishing such uniforms and maintaining (by
laundering or dry cleaning) such uniforms is an expense that may not be borne by an
employee where such cost reduces the hourly rate below that required by the wage
determination. The Department of Labor will accept payment in accordance with the
following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an
adequate number of uniforms without cost or to reimburse employees for the actual
cost of the uniforms.  In addition, where uniform cleaning and maintenance is made
the responsibility of the employee, all contractors and subcontractors subject to
this wage determination shall (in the absence of a bona fide collective bargaining
agreement providing for a different amount, or the furnishing of contrary
affirmative proof as to the actual cost), reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However, in
those instances where the uniforms furnished are made of "wash and wear"
materials, may be routinely washed and dried with other personal garments, and do
not require any special treatment such as dry cleaning, daily washing, or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract, by the contractor, by law, or by the nature of the work,
there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
"Service Contract Act Directory of Occupations", Fifth Edition (Revision 1),
dated September 2015, unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE, Standard
Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e., the work to
be performed is not performed by any classification listed in the wage
determination), be classified by the contractor so as to provide a reasonable
relationship (i.e., appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification, wage rate, and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day



# Dispatch Technician Services Support to BLM NV during permitted special event

**Solicitation Number: 140L3918Q0062**
Agency: Department of the Interior
Office: Bureau of Land Management
Location: Nevada Region

**Notice Type:**
Combined Synopsis/Solicitation

**Posted Date:**
May 23, 2018

**Response Date:**
June 11, 2018

**Archiving Policy:**
Automatic, on specified date

**Archive Date:**
June 26, 2018

**Original Set Aside:**
N/A

**Set Aside:**
Total Small Business

**Classification Code:**
R — Professional, administrative, and management support services

**NAICS Code:**
561 -- Administrative and Support Services/561990 -- All Other Support Services

**Synopsis:**
Added: May 23, 2018 4:42 pm
Provide Dispatch Technician Services and Support to BLM NV during permitted special event Burning Man 2018

IGF::OT::IGF

**Additional Info:**
Click here to see more information about this opportunity on FedConnect

**Contracting Office Address:**
BLM NV-STATE OFC BGT&FIN SVC(NV955)
1340 FINANCIAL BLVD.
RENO
NV
89502
US

**Point of Contact(s):**
Kothman, Gregory

**Opportunity History**

- **Original Synopsis**
  May 23, 2018
  4:42 pm



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Nevada State Office
1340 Financial Boulevard
Reno, Nevada 89502-7147
http://www.blm.gov/nv



In Reply Refer To:
NV955

## DETERMINATION AND FINDINGS

### Purchase Requisitions 0040394445 Burning Man 2018 Dispatch Technician Services & Support

The nature of this action is to place a purchase order for commercial services.

## FINDINGS

Based on previous orders and internet market research, professional services are commonly available in the commercial market place or through GSA.  Based on previous acquisitions, there is adequate small business competition and the end user has recommended a couple of suggested sources that are not GSA schedule holders.  The Government IGCE is $215,000.00.

## DETERMINATION

Based on the findings, I have determined to solicit this requirement as a total small business set aside on an open market basis.

Gregory Kothman
Contracts Specialist

<u>16 May 2018</u>
Date

PSC: R499  NAICS: 561990 All Other Support Services $11M

Stratus Security Management, Inc.

DUNS: 143200553    CAGE Code: 452F1

Status: Active

19804 Fitzpatrick St

Detroit, MI, 48228-1002

Brandon Pierce

BPierce@Stratussecurity.net

(313)837-7000


Surveillance Security, Inc.

DUNS: 967461153    CAGE Code: 3YBD0

Status: Active

175 S Hamilton Pl

Gilbert, AZ, 85233-5508

Brendan Waller

surveillancesecurity@gmail.com

(480)855-9359


Law Enforcement Temporary Placement Service LLC

DUNS: 079486520    CAGE Code: 77E57

Status: Active

5360 Stafford Cir

Pace, FL, 32571-6816

Douglas L Berryman

douglas.berryman@leotemps.com

(850)382-3898

AR02427

**UNITED STATES DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**
**BLM BURNING MAN OPERATION 2018**

**STATEMENT OF WORK (SOW)**

**for providing Mission Support Technician (MST) personal services and support in the Gerlach, NV area for the 2018 Burning Man Event**

**PROJECT TITLE:**

2018 Burning Man Event BLM Mission Support

**BACKGROUND:**

The Burning Man Recreational Event is an international art festival and an experiment in a "temporary community dedicated to radical self-expression and self-reliance". The temporary community of Black Rock City is created for eight days and becomes the seventh largest city in Nevada. The event takes place on the Black Rock Desert within the Black Rock/High Rock NCA, managed by the Winnemucca District Office. A Special Recreation Permit (SRP) is issued to Black Rock City LLC, which is responsible for all activities within Black Rock City. The SRP has approximately 13 general stipulations and 60 special stipulations. The BLM also generates a Closure Order for the event that is announced in the Federal Register, which designates the event area as a temporary closure and documents temporary restriction of certain activities within the temporary closure.

The BLM's operational mission is to ensure public safety and resource protection through the enforcement of the event closure order, the SRP stipulations, Federal laws/regulations and Nevada state laws/regulations at the event. To accomplish this mission the BLM has adopted the Incident Command System (ICS) and integrated multiple agencies into one operation. The ICS operation will be a combination of overhead, operational and support positions. The ICS operation will cover all three event periods of the detail: Pre-Event; Main Event; Post-Event (8/21 - 9/6: 17 days).

**SCOPE OF WORK:**
The Contractor shall provide experienced and trained personnel to staff and operate the BLM portion of the Emergency Dispatch Center (EDC), 24 hours per day in support of the event. The Contractor shall provide personal services in the form of experienced and trained professional **"Mission Support Technicians,"** also known as "Telecommunicators" or "Dispatchers." The Contractor shall also provide personal services in the form of experienced and trained professional **"Lead Mission Support Technicians"** also known as "Lead Public Safety Telecommunicators" or "Lead Dispatchers." The Contractor shall also provide personal services in the form of experienced and trained professional **"Assistant Center Managers"** also known as "Supervisory Public Safety Telecommunicators" or "Supervisory Dispatchers."

**UNITED STATES DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**
**BLM BURNING MAN OPERATION 2018**

**STATEMENT OF WORK (SOW)**

13. The contractor shall be responsible for food and beverages for contractor personnel from August 17th, 2018 through August 21st, 2018. BRC provided catering service will begin on August 22, 2018 and will conclude on September 05, 2018.

14. The contractor shall provide any on-site transportation needed for contractor personnel and contractor equipment at the location during the performance period.

15. The contractor shall be responsible for all transportation of all contractor personnel and contractor equipment to and from the event.

16. The contractor shall be available to participate in pre-coordination meetings by telephone and/or video teleconference.

17. Beginning with Post-Patrol, the contractor shall release two Mission Support Technicians per shift from the event. Based on the reduced activity at the event during post-patrol, fewer personnel are needed to provide Mission Support. The contractor shall make necessary travel arrangements for these departing personnel, to depart from Reno, NV on September 4th, 2018. This allows for appropriate work / rest guidelines prior to travel.

18. The Contractor shall primarily provide services to BLM, but must also be prepared to support cooperating agencies including, but not limited to, Black Rock City (BRC) Emergency Services Department (ESD), Pershing County Sheriff's Office (PCSO), Washoe County Sheriff's Office (WCSO), Nevada Department of Public Safety (NVDPS).

19. The Contractor shall provide the services and support outlined in this statement of work to approximately 140 event personnel.

20. The contractor shall be responsible for training their personnel to use the iNet CAD system. Any "extra" or "additional" training needed by contractor employees is the responsibility of the contractor. The CAD system will be available for any "extra" or "additional" training needed.

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
BLM BURNING MAN OPERATION 2018

## STATEMENT OF WORK (SOW)

**ANTICIPATED / ESTIMATED WORK REQUIREMENTS:**

The detail provided below is an "estimate" and is by no means a guarantee of the minimum or maximum hours, which may be needed to support this event. This is a dynamic event with constantly adjusting operational needs. This is provided only as a guide for planning. The contractor is expected and required to provide all needed services and support for a Firm Fixed Price.

**Pre-Event Training Hours** (Actual training time spent on iNet and the Nevada Department of Public Safety.  No meeting times are included.)

17 (personnel) x 40 (Hours each) = ~680 hours

**On-Site Training** (Actual time spent on introductions, on-site training, conducting area familiarization, meetings, travel, meals, etc.)

17(personnel) x 10 (Hours each) x 4 (Days of on-site training) = ~ 680 hours

**Event Hours** (Actual time for travel, meals, and providing dispatch services).

2 (ACM's) x 14 (Hours each / 12 @ site) x 17 (Days of providing dispatch services) = ~476 hours.
3 (LMST's) x 12 (Hours each / 10 @ site) x 17 (Days of providing dispatch services) = ~612 hours.
12 (MST's) x 12 (Hours Each / 10 @site) x 17 (Days of providing dispatch services) = ~2448 hours.

Total Event Hours = ~3536

Pre-Event Training:  ~680 hours (40 hours per person)
On Site Training:  ~680 hours (40 hours per person)
Event hours:  ~3536 hours (17 days providing services)

**Total:  ~4896 hours (All hours combined)\***

\*Travel time from Contractor location(s) to the event and from the event are not included in this estimate as they may vary substantially.

## UNITED STATES DEPARTMENT OF THE INTERIOR
## BUREAU OF LAND MANAGEMENT
## BLM BURNING MAN OPERATION 2018

## STATEMENT OF WORK (SOW)

**SPECIAL REQUIREMENTS:**

All contractor personnel need a favorable background investigation meeting or exceeding NCJIS screening standards.

The contractor is required to provide the following documentation to BLM by July 1, 2018 to initiate the NCJIS background check and security clearance process. Failure to submit the documentation will result in the inability of contractor personnel to work the event.

Applicant Requirements:

1.  A list of the contractor personnel assigned to work the event. Please include name, date of birth, place of birth, current address, and social security number. It is helpful if this is delivered in spreadsheet format.

2.  Contractor employees will need their fingerprints taken. They agency administering the fingerprints is required to sign the fingerprint card in the appropriate box. The contractor employee is also required to sign the fingerprint card. *Specific detailed instructions regarding the forms and processes will be provided at the time of award.*

3.  Each contractor employee will need to fill out the Nevada Department of Public Safety (NVDPS) Fingerprint Background Waiver Form. Put "Bureau of Land Management" as the requesting agency. *Specific detailed instructions regarding the forms and processes will be provided at the time of award.*

4.  Submit items 1-3 to:

    **R. Andres C/O**
    BLM Nevada State Office
    1340 Financial Blvd.
    Reno, NV, 89502.

    (Sending by a trackable method, such as Federal Express or U.S. Postal Service Express Mail is recommended.)

5.  Any previous felony convictions may preclude contractor personnel from being authorized to work this event.

Once the above is received, BLM will complete the following.

BLM Responsibilities:

1.  Submits the fingerprint cards to NVDPS in Carson City, Nevada.

AR02431

**UNITED STATES DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**
**BLM BURNING MAN OPERATION 2018**

**STATEMENT OF WORK (SOW)**

**ACKNOWLEDGEMENTS:**

For the purposes of this statement of work, the job title of "Mission Support Technician" and "Dispatcher" are considered to be one and the same and also the same as "Public Safety Telecommunicator"

**LOCATION:**

2018 Burning Man BLM Joint Operations Center (BLM JOC)
Black Rock Desert near Gerlach, NV (Pershing County, Nevada)
2017 City location(s):
The Man                      N40.78630, W-119.20650
Perimeter Point 1            N40.78300, W -119.23562
Perimeter Point 2            N40.80598, W-119.21944
Perimeter Point 3            N40.80221, W -119.18559
Perimeter Point 4            N40.77628, W -119.18008
Perimeter Point 5/BLM JOC  N40.76436, W -119.21094

**PERIOD OF SERVICE:**

August 21, 2018 through September 6, 2018. (17 Days)
08/18/2018 – Contractor must arrive at Black Rock Desert to begin "on-site training"
08/21/2018 – Provided Services fully operational at or before 12:00 hours 08/21/2018 – "Pre-Patrol" portion of event begins
09/06/2018 – "Post Patrol" portion of event ends, contractor begins "break down" 09/06/2018 – Contractor may depart when "break down" complete.

**PERIOD OF PERFORMANCE:**

From Contract Award through completion. July 1, 2018 (estimated) through December 31, 2018.

## UNITED STATES DEPARTMENT OF THE INTERIOR
## BUREAU OF LAND MANAGEMENT
## BLM BURNING MAN OPERATION 2018

## STATEMENT OF WORK (SOW)

**CONTACTS:**

**BLM Project Lead/Technical Point of Contact/Project Inspector (PI)**
Jon Young
State Chief Ranger
Bureau of Land Management
One North Central Avenue Suite 800
Phoenix, AZ 85004-4427
(O): 602-417-9319
(C): 623-826-1286
(F): 602-417-9545
j5young@blm.gov

**BLM Contracting Specialist**
Greg Kothman, Contract Specialist
BLM Nevada State Office
1340 Financial Boulevard, Reno, NV 89502
Ph: (775) 861-6440
Fx: (775) 861-6634
gkothman@blm.gov

**BLM Contracting Specialist**
Kim Ferguson, Contract Specialist
BLM Nevada State Office
(Ely District Office)
702 No Industrial Way, Ely, NV 89301
Ph: 775-861-6441
Cell: 775-861-6443
Fx: 775-549-9827
k1fergus@blm.gov

**BLM Procurement Analyst**
David W. Appold
Supervisory Procurement Analyst
Division of Support Services
BLM Nevada
 (775) 861-6417 (Phone)
(775) 861-6634 (Fax)
dappold@blm.gov

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
BLM BURNING MAN OPERATION 2018

STATEMENT OF WORK (SOW)

**Minimum Abilities, Knowledge & Skills Requirements:**

**Abilities:**

1: Properly communicate well with others in a clear, concise and professional manner.

2: Work within a very dynamic work environment in an efficient and productive manner, where at any time the situation can change and with significant criticality.

3: Take direction and constructive criticism from supervisors and implement any required changes in a positive and constructive manner.

4: Ability to problem solve and make decisions independently of supervision being present.

5: Ability to handle multiple law enforcement events simultaneously, analyze calls for service and determine the appropriate response.

**Knowledge & Understanding:**

1: Knowledge and understanding of the proper operation of VHF, High Band, Low Band, repeater and 800mhz radios systems.

2: Knowledge and understanding of different computer aided dispatch systems.

3: Knowledge and understanding of state and federal crime information centers and the rules that govern access, privacy and dissemination of this information.

4: Knowledge and understanding of the "Standard Operating Procedures" that govern law enforcement dispatch operations.

5: Knowledge and understanding of applicable city, county, state, federal and tribal laws including jurisdictional responsibilities for each.

**Skills:**

1: Properly use computers, two-way radio system, computer aided dispatch system and phone / intercom systems.

2: Properly analyze incoming calls for service and determine the appropriate response and necessary resources required to safely handle the call in the most efficient and productive manner possible.

AR02434

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
BLM BURNING MAN OPERATION 2018

STATEMENT OF WORK (SOW)

## ATTACHMENT #2

Law Enforcement **Lead Mission Support Technician** Minimum Criteria

### Required State & Federal Certifications:

1: State 911 Public Safety Telecommunicator Certificate & Certification.

2: Nevada Department of Public Safety Telecommunicator Certificate & Certification.

### Required Training Certificates & Certifications:

1: All training certificates and certifications required for the position of Mission Support Technician.

2: Leadership & Supervision (APCO, IPTM, or equivalent course)

3: Communications Training Officer / Field Training Officer Certificate & Certification (APCO, IPTM, or equivalent).

4: National Incident Management System NIMMS (FEMA 700)

5: Leadership & Influence (FEMA IS240)

6: Decision Making & Problem Solving (FEMA IS241)

7: Initial Ethics Course (FEMA IS33.16)

8: Effective Communications (FEMA IS242)

### Required Experience:

1: Total of five years as a law enforcement dispatcher with a city, county, state, tribal or federal law enforcement agency.

2: Two of these five years, the applicant must have held the position of "Lead Dispatcher" with a city, county, state, tribal or federal law enforcement agency.

3: Two of these five years, the applicant must have held the position of "Communications Training Officer" with a city, county, state, tribal or federal law enforcement agency.

AR02435

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
BLM BURNING MAN OPERATION 2018

STATEMENT OF WORK (SOW)

6: All knowledge and understanding noted under "Mission Support Technician".

**Skills:**

1: Possess the skills to successfully perform all aspects of the job to include supervision, personnel management, providing dispatch services, working knowledge of multiple CAD systems and the proper use of a two-way radio system.

2: Shall possess the skills to properly supervise a shift consisting of multiple dispatchers, who are handling multiple law enforcement events simultaneously.

3: Possess the skills to teach, train and instruct personnel on all issues related to the use of radios, CAD, case management systems and the communications center SOP's.

4: Possess the skills to build a knowledgeable, productive and efficient law enforcement dispatch team, tending to the needs of all team members both on and off duty.

5: Possess the skills to successfully communicate with staff, personnel and outside organizations, ensuring that messaging is properly delivered, explained and understood by all.

6: All skills noted under "Mission Support Technician".

**Reference:**

APCO training and standards can be located at **www.apcointl.org**

FEMA training and standards can be located at **www.training.fema.gov**
1) Independent Study Program (located at top of page).
2) I.S. Course List (located on left side of page).
3) View all (at bottom of page) select appropriate courses.
4) All students must register for an SID Number in order to take exam and obtain a certificate.

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
BLM BURNING MAN OPERATION 2018

STATEMENT OF WORK (SOW)

**Minimum Abilities, Knowledge & Skills Requirements:**

**Abilities:**

1: Ability to lead by example, both on and off duty, identifying problems concerns within the team, developing solutions to these problems and ensuring that all dispatch personnel needs are addressed.

2: Ability to communicate properly with dispatch personnel & staff, law enforcement personnel & staff, and outside organizations & individuals, any issues, problems or concerns that affect dispatch or law enforcement operations and do so in a in a professional and productive manner.

3: Ability to teach, train and instruct dispatch personnel as a team, developing individual abilities, knowledge and skills so that individuals and the dispatch team as a whole, can reach their fullest potential in a short amount of time.

4: Ability to critically think, recognize problems, initiate solutions and communicate any required changes in dispatch protocol to civilian and law enforcement staff as needed.

5: Ability to plan, organize and conduct meetings and briefings with civilian and law enforcement command staffs on issues that may affect operations, communications, or personnel safety.

6: All abilities noted under "Lead Mission Support Technician".

**Knowledge & Understanding:**

1: Knowledge and understanding of how to properly manage a law enforcement communications center to include staffing, workflow management and the development and implementing of law enforcement Operational Plans.

2: Knowledge and understanding of leadership principles and how to manage personnel with in a law enforcement communications center, with the understanding that proper leadership requires the ability to accomplish the tasks at hand through others.

3: Knowledge and understanding of how to properly plan, organize and staff the communications center during emergencies or special events.

4: Knowledge and understanding of how to identify and properly deal with personnel issues that arise within the communications center that include individual dispatchers, supervisors or outside sources.

May 15, 2018
Page 19 of 20

```
PR: 40394445    Doc Type: FP Funded Purch Req    Title: 2018 BURNING MAN BLM MISSION SUPPORT
Run Date: 05/16/2018         Run Time: 08:31:35   User ID:GROTHMAN    Version Number: 00

Header Text:      SEE ATTACHED SOWANY QUESTIONS CONTACT MARK PIRTLE @775-861-6446ATTACHMENTS ADDED

********** Header Details **********            ********** Approval/Status **********
Requisitioner:        Dawn Crowder               Release Group AA     Release Status:
COR/Receiving:        ETAYLOR                     Release Strategy S1   03  Successfully Trans
GSA Contract Number:                              Transmission Status:
Originating Office POC:  MARK PIRTLE
Issuing Office POC:   IVA                         Cp Description                Approved By   Date        Time
Rating Price Indicator:                           SP Supervisor        TSUITER      05/15/2018  16:24:07
Total Price:          215,000.00        USD       CF Certifying Funds App TSUITER   05/15/2018  16:30:41
Supervisory Approver:  TSUITER
Ad-Hoc Approver:
Certifying Funds Approver: RIANGE1
Originating Office:   300000956
Address:              BLM-NV WINNEMUCCA FIELD OFFICE*
                      5100 E WINNEMUCCA BLVD
                      WINNEMUCCA NV  89445

********** Item 00010 **********
Item  ItemCat    Short Text
00010 Service    Burning Man Dispatching Mission Support       Quantity / Unit  Val Price    Total Price / Curr
                                                                1.000   AU       215000.00    215000.00    USD

UPC          /Description                                       Mat.Grp  Plant   Deliv.Date   Delivery Address
R4290000     EMERGENCY RESPONSE/DISASTER PLANNING               R429     L000    09/06/2018   00042767892

GSA/FEDSTRIP Number  CPO Number  Agency Order Number  Per.of Perf. Start
                                                      08/21/2018

Responsible Cost Center   Action Type         Post Awd Smart Number    IT Approval/Tracking Number    Closed
                          1 Add new line                                                              No

********** Accounting Details **********
SeqNum  Acct Assign  Distr%    DistType
01      K Cost center  0.0     Single               Quantity / Unit  Amount / Currency   G/L Account
                                                    1.000   AU       215000.00  USD      6100.252R0

BusArea  CommItem     Cost Center   FundArea               Fund            Funds Center    WBS Element
L000     252R00       LLNVW03500    1510500000.EA0000       18XL5017AP      L000            LV.RC.F1805950
                                                                                           LLNVW03500

Asset   Sub Asset   Order        Funded Program           TAS
                                 LVRCF1805950             14X5017         BETC   SAF Indic Trade in UPC Override

Bus.Entity   Building   Property   Rental Unit Contract

********** Delivery Address **********
Address No.:   00042767892
Address:       BLM-NV BLACK ROCK FIELD OFFICE
               5100 E WINNEMUCCA BLVD
               WINNEMUCCA NV  89445
               USA
```

AR02438

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1 CONTRACT ID CODE | | PAGE OF PAGES |
|---|---|---|---|
| | | | 1 / 2 |

| 2 AMENDMENT/MODIFICATION NO | 3 EFFECTIVE DATE | 4 REQUISITION/PURCHASE REQ NO | 5 PROJECT NO (If applicable) |
|---|---|---|---|
| P00001 | See Block 16C | | |

| 6 ISSUED BY | CODE | LVA | 7 ADMINISTERED BY (If other than Item 6) | CODE | |
|---|---|---|---|---|---|

NV-STATE OFC BGT&FIN SVC(NV955)
1340 FINANCIAL BLVD.
RENO NV 89502

| 8 NAME AND ADDRESS OF CONTRACTOR (No. street, county, State and ZIP Code) | | (x) | 9A. AMENDMENT OF SOLICITATION NO |
|---|---|---|---|

HIGH DESERT INTERNET SERVICES
Attn: Douglas Dawson
250 ARROW ST
FERNLEY NV 89408-9695

**9B DATED (SEE ITEM 11)**

| x | 10A. MODIFICATION OF CONTRACT/ORDER NO |
|---|---|
| | 140L3918P0122 |

| CODE   0071379076 | FACILITY CODE | | 10B DATED (SEE ITEM 13) |
|---|---|---|---|
| | | | 06/27/2018 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended , by one of the following methods  (a) By completing Items 8 and 15, and returning _____ copies of the amendment, (b) By acknowledging receipt of this amendment on each copy of the offer submitted  or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers.  FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER  If by virtue of this amendment you desire to change an offer already submitted , such change may be made by telegram or letter  provided each telegram or letter makes reference to the solicitation and this amendment  and is received prior to the opening hour and date specified.

| 12 ACCOUNTING AND APPROPRIATION DATA (If required) |
|---|
| 01 |

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.  IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office  appropriation date, etc ) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43 103(b) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF |
| | D. OTHER (Specify type of modification and authority) |

| E. IMPORTANT:     Contractor | ☒ is not. | ☐ is required to sign this document and return _____ copies to the issuing office |
|---|---|---|

**14 DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible )**

Delivery: 11/01/2018
Delivery Location Code: 0004276794
BLM-NV WINNEMUCCA DISTRICT OFFICE
5100 E WINNEMUCCA BLVD
WINNEMUCCA NV 89445 US

Account Assignm: K G/L Account: 6100.257C0
Business Area: L000 Commitment Item: 257C00 Cost
Center: LLNVW03500 Functional Area:
L51050000.EA0000 Fund: 18XL5017AP Fund Center:
LLNVW03500 Project/WBS: LV.RC.F1805950 PR Acct
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed  remains unchanged and in full force and effect

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|---|
| | | Troy Argo |

| 15B CONTRACTOR/OFFEROR | 15C DATE SIGNED | 16B UNITED STATES OF AMERICA | 16C DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

| NSN 7540-01-152-8070 | | STANDARD FORM 30 (REV 10-83) |
|---|---|---|
| Previous edition unusable | | Prescribed by GSA |
| | | FAR (48 CFR) 53 243 |

AR02439

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1 CONTRACT ID CODE | PAGE OF PAGES 1    2 |
|---|---|---|

| 2 AMENDMENT/MODIFICATION NO | 3 EFFECTIVE DATE | 4 REQUISITION/PURCHASE REQ NO | 5 PROJECT NO (If applicable) |
|---|---|---|---|
| P00001 | See Block 16C | | |

| ~~ISS~~UED BY | CODE | LVA |
|---|---|---|

.A NV-STATE OFC BGT&FIN SVC(NV955)
1340 FINANCIAL BLVD.
RENO NV 89502

| 7 ADMINISTERED BY (If other than Item 6) | CODE | |

| 8 NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|

HIGH DESERT INTERNET SERVICES
Attn: Douglas Dawson
250 ARROW ST
FERNLEY NV 89408-9695

9B DATED (SEE ITEM 11)

| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO 140L3918P0122 |

| CODE   0071379076 | FACILITY CODE | 10B DATED (SEE ITEM 13) 06/27/2018 |
|---|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14  The hour and date specified for receipt of Offers ☐ is extended  ☐ is not extended
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended , by one of the following methods  (a) By completing Items 8 and 15, and returning _____ copies of the amendment, (b) By acknowledging receipt of this amendment on each copy of the offer submitted  or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers   FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER  If by virtue of this amendment you desire to change an offer already submitted , such change may be made by telegram or letter  provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified

| 12 ACCOUNTING AND APPROPRIATION DATA (If required) |
|---|
| 01 |

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.  IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | | |
|---|---|---|
| | A  THIS CHANGE ORDER IS ISSUED PURSUANT TO  (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO  IN ITEM 10A. | |
| X | B  THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date  etc )  SET FORTH IN ITEM 14  PURSUANT TO THE AUTHORITY OF FAR 43 103(b) | |
| | C  THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF | |
| | D  OTHER (Specify type of modification and authority) | |

| E. IMPORTANT:    Contractor   ☒ is not.   ☐ is required to sign this document and return _____ copies to the issuing office |
|---|

14 DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible )

Delivery: 11/01/2018
Delivery Location Code: 0004276794
BLM-NV WINNEMUCCA DISTRICT OFFICE
5100 E WINNEMUCCA BLVD
WINNEMUCCA NV 89445 US

Account Assignm: K G/L Account: 6100.257C0
Business Area: L000 Commitment Item: 257C00 Cost
Center: LLNVW03500 Functional Area:
L51050000.EA0000 Fund: 18XL5017AP Fund Center:
LLNVW03500 Project/WBS: LV.RC.F1805950 PR Acct
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME  AND TITLE OF CONTRACTING OFFICER (Type or print) Troy Argo | |
|---|---|---|---|
| CONTRACTOR/OFFEROR | 15C DATE SIGNED | 16B UNITED STATES OF AMERICA | 16C DATE SIGNED |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

| NSN 7540-01-152-8070 Previous edition unusable | | STANDARD FORM 30 (REV  10-83) Prescribed by GSA FAR (48 CFR) 53 243 |
|---|---|---|

AR02440



| | | |
|---|---|---|
| **Contracting Officer's Business Size Selection:** | Small Business | |
| **Subcontract Plan:** | Plan Not Required | |
| **Price Evaluation Percent Difference:** | % | |

AR02442

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | 1. REQUISITION NUMBER | | PAGE  OF | |
|---|---|---|---|---|
| *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | 0040388604 | | 1 | 12 |

| 2. CONTRACT NO. | 3. AWARD/ EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| | | 140L3918P0122 | 140L3918Q0055 | 05/16/2018 |

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME Gregory Kothman | b. TELEPHONE  NUMBER  *(No collect calls)* (775) 861-6440 | 8. OFFER DUE DATE/LOCAL TIME PT |
|---|---|---|---|

**9. ISSUED BY**   CODE  LVA

BLM NV-STATE OFC BGT&FIN SVC(NV955)
1340 FINANCIAL BLVD.
RENO NV 89502

**10. THIS ACQUISITION IS**

- [ ] UNRESTRICTED OR [X] SET ASIDE: 100.00 % FOR:
- [X] SMALL BUSINESS
- [ ] HUBZONE SMALL BUSINESS
- [ ] SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS
- [ ] WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
- [ ] EDWOSB
- [ ] 8(A)

NAICS: 517919

SIZE STANDARD: $32.5

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED  [ ] SEE SCHEDULE | 12. DISCOUNT TERMS | 13a.  THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING | |
|---|---|---|---|---|
| | | [ ] | 14. METHOD OF SOLICITATION [X] RFQ  [ ] IFB  [ ] RFP | |

| 15. DELIVER TO   CODE  0004276794 | 16. ADMINISTERED BY   CODE  LVA |
|---|---|
| BLM-NV WINNEMUCCA DISTRICT OFFICE 5100 E WINNEMUCCA BLVD WINNEMUCCA NV 89445 | BLM NV-STATE OFC BGT&FIN SVC(NV955) 1340 FINANCIAL BLVD. RENO NV 89502 |

| 17a. CONTRACTOR/ OFFEROR  CODE  0071379076   FACILITY CODE | 18a. PAYMENT WILL BE MADE BY   CODE  IPP INV |
|---|---|
| HIGH DESERT INTERNET SERVICES Attn: Douglas Dawson 250 ARROW ST FERNLEY NV 89408-9695 | Invoice Processing Platform System US Department of Treasury http://www.ipp.gov |

TELEPHONE NO.  775-771-5750

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK  BELOW IS CHECKED   [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | CO Invoice Review Required: Y Delivery: 12/31/2018 Account Assignm: K G/L Account: 6100.257C0 Business Area: L000 Commitment Item: 257C00 Cost Center: LLNVW03500 Functional Area: L51050000.EA0000 Fund: 18XL5017AP Fund Center: LLNVW03500 Project/WBS: LV.RC.F1805950 PR Acct Assign: 01 Period of Performance: 07/31/2018 to 12/31/2018  Continued ... | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* |
|---|---|
| 01 | $130,618.00 |

| [ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED.     ADDENDA | [ ] ARE | [ ] ARE NOT ATTACHED. |
|---|---|---|
| [X] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.     ADDENDA | [X] ARE | [ ] ARE NOT ATTACHED. |

| [ ] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN _____ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED. | [X] 29. AWARD OF CONTRACT: _____ OFFER DATED _____. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS. |
|---|---|
| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* *(signature)* |
| 30b. NAME AND TITLE OF SIGNER *(Type or print)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or print)* Gregory Kothman | 31c. DATE SIGNED 6/28/2018 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

AR02443

Purchase Order 140L3918P0122
Network Service Support 2018 Burning Man
BLM Nevada - Winnemucca District


**Section 2**

Clauses

**52.252-2 Clauses Incorporated by Reference. (FEB 1998)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):
http://www.acquisition.gov/
http://farsite.hill.af.mil/

(End of clause)

52.201-1 -- Definitions
52.203-17 -- Contractor Employee Whistleblower Rights and Requirement to Inform Employees of Whistleblower Rights (Apr 2014)
52.204-4 -- Printed or Copied Double-Sided on Postconsumer Fiber Content (May 2011)
52.204-9 -- Personal Identity Verification of Contractor Personnel (Jan 2011)
52.204-13 -- System for Award Management Maintenance (Oct 2016)
52.204-18 -- Commercial and Government Entity Code Maintenance (Jul 2016)
52.209-2 -- Prohibition on Contracting With Inverted Domestic Corporations-Representation (Nov 2015)
52.212-4 -- Contract Terms and Conditions -- Commercial Items (Jan 2017)
52.223-6 -- Drug-Free Workplace (May 2001)
52.223-10 -- Waste Reduction Program (May 2001)
52.224-1 -- Privacy Act Notification (Apr 1984)
52.224-2 -- Privacy Act (Apr 1984)
52.232-39 -- Unenforceability of Unauthorized Obligations (Jun 2013)
52.232-40 -- Providing Accelerated Payments to Small Business Subcontractors (Dec 2013)
52.233-4 -- Applicable Law For Breach Of Contract Claim (OCT 2004)
52.237-2 -- Protection of Government Buildings, Equipment, and Vegetation (Apr 1984)
52.242-15 -- Stop-Work Order (Aug 1989)
52.243-1 -- Changes – Fixed-Price *Alternate II (Apr 1984)*
52.246-4 -- Inspection of Services – Fixed Price (Aug 1996)
52.246-16 -- Responsibility for Supplies (Apr 1994)
52.245-1 -- Government Property (Jan 2017)

**52.203-99 Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements (DEVIATION 2015-02)**

(a) The contractor shall not require employees or subcontractors seeking to report fraud, waste, or abuse to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such fraud, waste, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.

(b) The contractor shall notify employees that the prohibition and restrictions of any internal confidentiality agreements covered by this clause are no longer in effect.

(c) The prohibition in paragraph (a) of this clause does not contravene requirements applicable to Standard Form 312, Form 4414, or any other form issued by a Federal department or agency governing the nondisclosure of classified information.

3

Purchase Order 140L3918P0122
Network Service Support 2018 Burning Man
BLM Nevada - Winnemucca District

[ ] (10) (Reserved)

[ ] (11)(i) 52.219-3, Notice of HUBZone Set-Aside or Sole-Source Award (NOV 2011) (15 U.S.C. 657a).

[ ] (ii) Alternate I (NOV 2011) of 52.219-3.

[ ] (12)(i) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (OCT 2014) (if the offeror elects to waive the preference, it shall so indicate in its offer) (15 U.S.C. 657a).

[ ] (ii) Alternate I (JAN 2011) of 52.219-4.

[ ] (13) (Reserved)

[X] (14)(i) 52.219-6, Notice of Total Small Business Set-Aside (NOV 2011) (15 U.S.C. 644).

    [ ] (ii) Alternate I (NOV 2011).

    [ ] (iii) Alternate II (NOV 2011).

[ ] (15)(i) 52.219-7, Notice of Partial Small Business Set-Aside (JUN 2003) (15 U.S.C. 644).

    [ ] (ii) Alternate I (OCT 1995) of 52.219-7.

    [ ] (iii) Alternate II (MAR 2004) of 52.219-7.

[ ] (16) 52.219-8, Utilization of Small Business Concerns (OCT 2014) (15 U.S.C. 637(d)(2) and (3)).

[ ] (17)(i) 52.219-9, Small Business Subcontracting Plan (OCT 2015) (15 U.S.C. 637(d)(4)).

    [ ] (ii) Alternate I (OCT 2001) of 52.219-9.

    [ ] (iii) Alternate II (OCT 2001) of 52.219-9.

    [ ] (iv) Alternate III (OCT 2015) of 52.219-9.

[ ] (18) 52.219-13, Notice of Set-Aside of Orders (NOV 2011) (15 U.S.C. 644(r)).

[ ] (19) 52.219-14, Limitations on Subcontracting (NOV 2011) (15 U.S.C. 637(a)(14)).

[ ] (20) 52.219-16, Liquidated Damages-Subcontracting Plan (JAN 1999) (15 U.S.C. 637(d)(4)(F)(i)).

[ ] (21) 52.219-27, Notice of Service-Disabled Veteran-Owned Small Business Set-Aside (NOV 2011) (15 U.S.C. 657f).

[X] (22) 52.219-28, Post Award Small Business Program Rerepresentation (JUL 2013) (15 U.S.C. 632(a)(2)).

[ ] (23) 52.219-29, Notice of Set-Aside for, or Sole Source Award to, Economically Disadvantaged Women-Owned Small Business Concerns (DEC 2015) (15 U.S.C. 637(m)).

5

AR02445

Purchase Order 140L3918P0122
Network Service Support 2018 Burning Man
BLM Nevada - Winnemucca District

[ ] (41)(i) 52.223-16, Acquisition of EPEAT®-Registered Personal Computer Products (OCT 2015) (E.O.s 13423 and 13514).

[ ](ii) Alternate I (JUN 2014) of 52.223-16.

[X] (42) 52.223-18, Encouraging Contractor Policies to Ban Text Messaging While Driving (AUG 2011)

[ ] (43) 52.223-20, Aerosols (JUN 2016) (E.O. 13693).

[ ] (44) 52.223-21, Foams (JUN 2016) (E.O. 13693).

[ ] (45) 52.225-1, Buy American-Supplies (MAY 2014) (41 U.S.C. chapter 83).

[ ] (46)(i) 52.225-3, Buy American-Free Trade Agreements-Israeli Trade Act (MAY 2014) (41 U.S.C. chapter 83, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, 19 U.S.C. 3805 note, 19 U.S.C. 4001 note, Pub. L. 103-182, 108-77, 108-78, 108-286, 108-302, 109-53, 109-169, 109-283, 110-138, 112-41, 112-42, and 112-43.

[ ] (ii) Alternate I (MAY 2014) of 52.225-3.

[ ] (iii) Alternate II (MAY 2014) of 52.225-3.

[ ] (iv) Alternate III (MAY 2014) of 52.225-3.

[ ] (47) 52.225-5, Trade Agreements (FEB 2016) (19 U.S.C. 2501, *et seq*., 19 U.S.C. 3301 note).

[X] (48) 52.225-13, Restrictions on Certain Foreign Purchases (JUN 2008) (E.O.'s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).

[ ] (49) 52.225-26, Contractors Performing Private Security Functions Outside the United States (JUL 2013) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

[ ] (50) 52.226-4, Notice of Disaster or Emergency Area Set-Aside (NOV 2007) (42 U.S.C. 5150).

[ ] (51) 52.226-5, Restrictions on Subcontracting Outside Disaster or Emergency Area (NOV 2007) (42 U.S.C. 5150).

[ ] (52) 52.232-29, Terms for Financing of Purchases of Commercial Items (FEB 2002) (41 U.S.C. 4505, 10 U.S.C. 2307(f)).

[ ] (53) 52.232-30, Installment Payments for Commercial Items (OCT 1995) (41 U.S.C. 4505, 10 U.S.C. 2307(f)).

[X] (54) 52.232-33, Payment by Electronic Funds Transfer-System for Award Management (JUL 2013) (31 U.S.C. 3332).

[ ] (55) 52.232-34, Payment by Electronic Funds Transfer - Other than System for Award Management (JUL 2013) (31 U.S.C. 3332).

[ ] (56) 52.232-36, Payment by Third Party (MAY 2014) (31 U.S.C. 3332).

[ ] (57) 52.239-1, Privacy or Security Safeguards (AUG 1996) (5 U.S.C. 552a).

7

AR02446

Purchase Order 140L3918P0122
Network Service Support 2018 Burning Man
BLM Nevada - Winnemucca District

arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e)(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in this paragraph (e)(1) of this paragraph in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause-

(i) 52.203-13, Contractor Code of Business Ethics and Conduct (OCT 2015) (41 U.S.C. 3509).

(ii) 52.219-8, Utilization of Small Business Concerns (OCT 2014) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $700,000 ($1.5 million for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(iii) 52.222-17, Nondisplacement of Qualified Workers (MAY 2014) (E.O. 13495). Flow down required in accordance with paragraph (l) of FAR clause 52.222-17.

(iv) 52.222-21, Prohibition of Segregated Facilities (APR 2015).

(v) 52.222-26, Equal Opportunity (APR 2015) (E.O. 11246).

(vi) 52.222-35, Equal Opportunity for Veterans (OCT 2015) (38 U.S.C. 4212).

(vii) 52.222-36, Equal Opportunity for Workers with Disabilities (JUL 2014) (29 U.S.C. 793).

(viii) 52.222-37, Employment Reports on Veterans (FEB 2016) (38 U.S.C. 4212).

(ix) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (DEC 2010) (E.O. 13496). Flow down required in accordance with paragraph (f) of FAR clause 52.222-40.

(x) 52.222-41, Service Contract Labor Standards (MAY 2014) (41 U.S.C. chapter 67).

(xi) [ ] (A) 52.222-50, Combating Trafficking in Persons (MAR 2015) (22 U.S.C. chapter 78 and E.O. 13627).

[ ] (B) Alternate I (MAR 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).

(xii) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (MAY 2014) (41 U.S.C. chapter 67).

9

Purchase Order 140L3918P0122
Network Service Support 2018 Burning Man
BLM Nevada - Winnemucca District

other products or services. This restriction is intended to avoid the appearance of preference by the Government toward any product or service. The Contractor may request the Contracting Officer to make a determination as to the propriety of promotional material.

(End of clause)

**Indemnification (Nov 2007)**

The contractor is an 'independent contractor' and shall obtain all necessary insurance to protect himself from liability arising out of this contract.

The contractor hereby agrees to indemnify and hold the Government harmless in connection with, any loss or liability from damage to or destruction of property or from injuries to or death of persons (including the agents and employees of both parties) if such damage, destruction, injury or death arises out of, or is caused by performance of work under this contract, unless such damage, destruction, injury or death is caused solely by the negligence of the Government, its agents or employees. The contractor agrees to include this clause, appropriately modified, in all subcontracts to be performed under this contract.

(End of Clause)

**1452.201-70 Authorities and Delegations (Sept 2011)**

 (a) The Contracting Officer is the only individual authorized to enter into or terminate this contract, modify any term or condition of this contract, waive any requirement of this contract, or accept nonconforming work.

(b) The Contracting Officer will designate a Contracting  Officer's Representative (COR) at time of award. The COR will be responsible for technical monitoring of the contractor's performance and deliveries. The COR will be appointed in writing, and a copy of the appointment will be furnished to the Contractor. Changes to this delegation will be made by written changes to the existing appointment or by issuance of a new appointment.

(c) The COR is not authorized to perform, formally or informally, any of the following actions:

(1) Promise, award, agree to award, or execute any contract, contract modification, or notice of intent that changes or may change this contract;

(2) Waive or agree to modification of the delivery schedule;

(3) Make any final decision on any contract matter subject to the Disputes Clause;

(4) Terminate, for any reason, the Contractor's right to proceed;

(5) Obligate in any way, the payment of money by the Government.

(d) The Contractor shall comply with the written or oral direction of the Contracting Officer or authorized representative(s) acting within the scope and authority of the appointment memorandum.

The Contractor need not proceed with direction that it considers to have been issued without proper authority. The Contractor shall notify the Contracting Officer in writing, with as much detail as possible, when the COR has taken an action or has issued direction (written or oral) that the Contractor considers to exceed the COR's appointment, within 3 days of the occurrence. Unless otherwise provided in this contract, the Contractor assumes all costs, risks, liabilities, and consequences of performing any work it is directed to perform that falls within any of the categories defined in paragraph (c) prior to receipt of the Contracting Officer's response issued under paragraph (e) of this clause.

11

AR02448

 

**Date: 10-03-2018**                                    **INVOICE NO. 10032018-BMNS**

**VENDOR:**                                             **REMIT TO:**
High Desert Internet Services. Inc.                     High Desert Internet Services
Doug Dawson, President                                  Customer Service Department
16 Salvadore Drive, Unit A                              P.O. Box 13535
Fernley, NV 89408                                       Reno NV 89510

**CUSTOMER:**                                           **CONTACT PERSON: Jon Young**
Department of the Interior
OC622 - PAYMENTS SECTION
BUREAU OF LAND MANAGEMENT DENVER FEDERAL CENTER, BLDG. 50 POB 25047
DENVER CO 80225

**TRANSACTION DETAILS:**

**Purchase Order# 140L3918P0122 – Network Services Support At 2018 Burning Man
Event to the JOC and BLM Sub Station in Black Rock City NV.**

**TOTAL DUE:  $130,618.00**
**TERMS:** Upon Receipt

For questions or concerns regarding this transaction, please call Doug Dawson
At 775-771-5750

Thank You!

AR02449

6/28/2018          DEPARTMENT OF THE INTERIOR Mail - Purchase Order 140L3918P0122 BLM Network Services & Support for Burning Man 2018



Kothman, Gregory <gkothman@blm.gov>

## Purchase Order 140L3918P0122 BLM Network Services & Support for Burning Man 2018

1 message

**Gregory Kothman** <gkothman@blm.gov>                                          Thu, Jun 28, 2018 at 9:33 AM
To: Doug Dawson <doug@hdiss.com>
Cc: Tim Pozar <pozar@twop.co>, Matt Peterson <matt@twop.co>, "Young, Jon" <j5young@blm.gov>, Mark Pirtle
<mpirtle@blm.gov>, Rebecca Andres <randres@blm.gov>, Eleanor Taylor <emtaylor@blm.gov>, Gregory Kothman
<gkothman@blm.gov>, Kevin Wisemore <kwisemore@blm.gov>

Doug,
Please see the attached purchase order.

Let me know if you have any questions and thank you for your continued support of the Bureau of Land Management.

Kind regards,
Greg

Greg Kothman
Contract Specialist
Bureau of Land Management
Nevada State Office
1340 Financial Blvd
Reno, NV 89502
gkothman@blm.gov
(775)861-6440

---

**7 attachments**

**Purchase Order 140L3918P0122.pdf**
337K

**Attachment 2 Wage Determination 2015-5601 Rev. 5, dated 10 Jan 2018.pdf**
96K

**Attachment 1 Statement of Work.pdf**
191K

**Attachment 4 Permanent Opening of Social Media Web 2 0 Technology Web.pdf**
257K

**Attachment 3 CJIS Security Policy v5_6_20170605.pdf**
3060K

**Attachment 6 VLAN JOC Layout 2017.pdf**
421K

**Attachment 5 JOC Layout 2017 Detail.pdf**
1183K

AR02450

Case 1:19-cv-03729-DLF   Document 35-3   Filed 07/12/21   Page 423 of 762

6/28/2018   DEPARTMENT OF THE INTERIOR Mail - Subject: Proposal Review and Recommended Offeror: RFQ 140L3918Q0055 Burning Man 2018 Net...



Kothman, Gregory <gkothman@blm.gov>

## Subject: Proposal Review and Recommended Offeror: RFQ 140L3918Q0055 Burning Man 2018 Network Services and Support

1 message

Rebecca Andres <randres@blm.gov>                                              Wed, Jun 27, 2018 at 5:08 PM
To: Gregory Kothman <gkothman@blm.gov>

Based on completion of the technical and pricing reviews, the evaluation team met on Thursday, June 21, 2018 and reached a consensus to recommend High Desert Internet Service as the selected awardee based on technical superiority and reasonable pricing. The evaluation team concluded that High Desert Internet Service provides the best value for the government.
High Desert's technical proposal provides a very detailed design description. The system design is very detailed and they describe the backbone infrastructure as-well-as detail of each building's requirements. Multiple routes and cross-connects are shown with fiber used as the primary connectivity. They detail hardware to be used and detailed plan for configuration, which confirms they have an understanding of the harsh desert environment, and requirements for the event. They provided a detailed BGP setup to provide unattended failover as well as other failover solutions. The technical approach provided a detailed description of how each area of the SOW would be met. For example, High Desert provided detailed insights realized during the 2017 Burning Man event and the implementation plan for improvements to avoid system failures. The technical approach in maintaining a "highly available" network with a monitoring plan, configuration and maintenance provided the government with reasonable assurance for event success. High Desert's personnel and staffing plan demonstrated the knowledge and experience required for successful execution on complex projects; their past performance information is relevant and favorable and specifically recounts experiences working special events with temporary network infrastructure, to include the 2017 Burning Man event.

High Desert's pricing was found reasonable and realistic. At less than 20% above the IGCE, it is expected that a price increase is necessary based on the proposed improvements from previous events and the anticipated demand on infrastructure bandwidth.

The review team also found that Granite Data Solutions had a detailed technical approach with an implementation plan suitable for the event. Unfortunately, their pricing was 465% higher than the IGCE and not a reasonable value to the government.

Waterleaf International provided little information for design and implementation. The evaluation team did not feel they had a technical understanding of the requirement. Their pricing was 528% higher than the IGCE and not a reasonable value to the government.

Bielstein IT provided a reasonable technical approach and past performance showing familiarity with the event scope. However, they also noted their commitment to the Black Rock City (Burning Man) organization and their staffing plan was not sufficient to give the government reasonable assurance that the network could be properly maintained, especially if the BRC network experienced issues concurrent with the BLM network. Their pricing was more than 36% below the IGCE and the review team felt it wasn't sufficient for the infrastructure and personnel required for the event.

WiFi Joe Vendor's proposal stated capabilities, resiliency, and design, though very few in-depth details. Descriptions are very broad not well defined. The scope of this project may be beyond the vendor's capabilities based on their lack of detail. Vendor does state multiple VLAN capabilities, however only using copper cabling and no fiber. Their hardware list reflects needed devices for their proposal, however the proposed switches will not be adequate and didn't meet the requirement of the SOW stating 48 and/or 24 port. The layout design represents what they described, but may not fully understand requirements based on the drawing. Overall, WiFi Joe's proposal would be minimally adequate; providing what they have proposed, but not meeting the required scope of this project and quality of service that BLM requires. Their pricing at 16% lower than the IGCE was reasonable and realistic based on the proposal, but lacking based on the requirement.

--
Becky Andres
Staff Law Enforcement Ranger
BLM Nevada - Zone 1 Law Enforcement
775-315-3497 (cell)

AR02451

# DETERMINATION OF FAIR & REASONABLE PRICING
## Simplified Acquisition Procedures
### Purchase Requisitions 0040388604 Burning Man 2018 Network Services & Support

1.  In accordance with FAR 13.106-3(a), basis for award using simplified acquisition procedures, I determine the proposed price to be fair and reasonable based on the following:

☒ Competitive quotations or offers (FAR 13.106-3(a)(1))

☐ Market research (FAR 13.106-3(a)(2)(i))

☐ Comparison of the proposed price with purchases found reasonable on previous purchases (FAR 13.106-3(a)(2)(ii))

☐ Current price lists, catalogs, or advertisements (FAR 13.106-3(a)(2)(iii))

☐ Comparison with similar items in a related industry (FAR 13.106-3(a)(2)(iv))

☐ Contracting officer's personal knowledge of the item being purchased (FAR 13.106-3(a)(2)(v))

☒ Comparison to an independent Government estimate (FAR 13.106-3(a)(2)(vi))

☐ Any other reasonable basis (FAR 13.106-3(a)(2)(vii))

The IGCE is $110,000.00.

Competitive quotes were received from the following small business concerns:

| Offeror | Technical Acceptability | Total |
|---|---|---|
| High Desert Internet Service | See evaluation sheets | $130,618.00 |
| AV-JV WiFi-Joe LLC | See evaluation sheets | $94,603.00 |
| Bielstein IT LLC | See evaluation sheets | $80,784.00 |
| Granite Data Solutions | See evaluation sheets | $511,585.00 |
| Rockwell American Services, Ltd | Did not submit Technical | $105,000.00 |
| Waterleaf International LLC | See evaluation sheets | $581,060.35 |

Based on multiple discussions leading up to the technical evaluation summary consensus and recommended offeror, I agree with the panel recommendation in that all of the vendors had some acceptable aspects within their technical proposals. Bielstein and Wi-Fi Joe were priced low, however lacked in areas of personnel staffing or infrastructure that had higher risk of failure in the harsh desert environment at the Burning Man event. At first glance the outcome appeared to favor either of these vendors, but with members on the technical panel revisiting years of firsthand experience with network infrastructure at this event and all the possible failure scenarios not adequately addressed in the proposals, the government cannot assume the associated risk with a system or monitoring that is minimally adequate in meeting the technical requirement.

AR02452

## Search Results

Entity: HIGH DESERT INTERNET SERVICES
DUNS: 829167084
CAGE: 7NZA6
Date FAPIIS search conducted: 06/27/2018 19:57:21

| FAPIIS Data | Records | Count |
|---|---|---|
| Administrative Agreement | No | 0 |
| Defective Pricing | No | 0 |
| DoD Determination of Contractor Fault | No | 0 |
| Information on Trafficking in Persons | No | 0 |
| Non-Responsibility Determination | No | 0 |
| Recipient Not-Qualified Determination | No | 0 |
| Subcontractor Payment Issues | No | 0 |
| Termination for Cause | No | 0 |
| Termination for Default | No | 0 |
| Termination for Material Failure to Comply | No | 0 |

## Proceedings Information as Entered by the Entity in SAM.gov

- Question: Does your business or organization (represented by the DUNS number on this specific
  Entity Management section of SAM record) have current active Federal contracts and/or grants with
  total value (including any exercised/unexercised options) greater than $10,000,000?
  ***Contractor Response:  Based on the responses provided while registering in the System for
  Award Management (SAM.gov), this entity has no criminal, civil, or administrative proceedings to
  report in accordance with FAR 52.20-7, FAR 52.209-8, or 2 C.F.R. 200 Appendix XII.

## SAM Exclusion Data

*** No matching Performance Information section of SAM  records were found based on the search criteria
information we have.  You may want to search the Performance Information section of SAM directly at
https://www.sam.gov and use the 'Advanced Search' option to locate the entity of interest.

Gregory Kothman    Log Out

ALERT - June 11, 2018: Entities registering in SAM must submit a notarized letter appointing their authorized Entity Administrator. Read our updated FAQs to learn more about changes to the notarized letter review process and other system improvements coming in June.

# Entity Dashboard

**High Desert Internet Services**                                    250 Arrow St
                                                                    Fernley, NV 89408-9695 ,
DUNS: 829167084    CAGE Code: 7NZA6                                  UNITED STATES
Status: Active

                                                Expiration Date: 06/30/2018
                                                Purpose of Registration: All Awards

Entity Overview

- Entity Registration
    - Core Data
    - POCs
- Reports
  - Service Contract Report
  - BioPreferred Report
- Exclusions
  - Active Exclusions
  - Inactive Exclusions
  - Excluded Family Members

RETURN TO SEARCH

## Active Exclusions

### Page Description

There are no active exclusion records associated to this entity by its unique entity identifier, i.e. the DUNS Number. You may conduct additional searches for exclusion records using different search criteria by selecting Search Records in the main navigation.

PRINT



Search Records          SAMS.gov
Data Access    Disclaimers    GSA.gov, IAE
Check Status    Accessibility    GSA.gov
About          Privacy Policy    USA.gov
Help

**Representations and Certifications**                                    [Expand All] | [Collapse All]

**Representations and Certifications:**

I have read each of the FAR and DFARS provisions presented on this page. By submitting this certification, I, Douglas Dawson, am attesting to the accuracy of the representations and certifications contained herein, including the entire NAICS table. I understand that I may be subject to criminal prosecution under Section 1001, Title 18 of the United States Code or civil liability under the False Claims Act if I misrepresent High Desert Internet Services in any of these representations or certifications to the Government.

READ ONLY PROVISIONS - The following FAR and DFARS provisions are provided for you to read. They do not require completion of any data. Select the provision number to expand and review the full text. When certifying to the information on this page, you are also certifying that you have read each one of these provisions.

FAR 52.203-11: Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions

FAR 52.203-18: Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements or Statements-Representation

FAR 52.209-10: Prohibition on Contracting with Inverted Domestic Corporations.

FAR 52.212-5: Contract Terms and Conditions Required to Implement Statutes or Executive Orders-Commercial Items.

FAR 52.222-38: Compliance with Veterans' Employment Reporting Requirements

FAR 52.222-50: Combating Trafficking in Persons

FAR 52.222-56: Certification Regarding Trafficking in Persons Compliance Plan.

FAR 52.223-1: Biobased Product Certification

FAR 52.225-20 Prohibition on Conducting Restricted Business Operations in Sudan-Certification

FAR 52.225-25: Prohibition on Contracting with Entities Engaging in Certain Activities or Transactions Relating to Iran - Representation and Certifications

FAR 52.227-6: Royalty Information (Alternate I)

The FAR and DFARS provisions shown below have been populated based on data you provided earlier in your registration. Please open and review each provision before you proceed from this page. If you need to correct any data, a link will be provided to the relevant page for editing.

By maintaining an active entity registration in SAM, the entity complied with requirements to report proceedings data in accordance with FAR 52.209-7 Information Regarding Responsibility Matters and with requirements to report executive compensation data in accordance with FAR 52.204-10 Reporting Executive Compensation and First-Tier Subcontract Awards.

FAR 52.203-2: Certificate of Independent Price Determination.

FAR 52.204-3: Taxpayer Identification

FAR 52.204-5: Women-Owned Business (Other Than Small Business)

Certification

FAR 52.223-4: Recovered Material Certification

FAR 52.223-9: Estimate of Percentage of Recovered Material Content for EPA-Designated Items (Alternate I)

FAR 52.223-22: Public Disclosure of Greenhouse Gas Emissions and Reduction Goals-Representation.

FAR 52.225-2: Buy American Certificate

FAR 52.225-4: Buy American-Free Trade Agreements-Israeli Trade Act Certificate

FAR 52.225-6: Trade Agreements Certificate

FAR 52.226-2: Historically Black College or University and Minority Institution Representation

FAR 52.227-15: Representation of Limited Rights Data and Restricted Computer Software

6/27/2018                               View Details - Entity Registration | System for Award Management

Gregory Kothman        Log Out

ALERT - June 11, 2018: Entities registering in SAM must submit a notarized letter appointing their authorized Entity Administrator. Read our updated FAQs to learn more about changes to the
notarized letter review process and other system improvements coming in June.

**High Desert Internet Services**                                              250 Arrow St
DUNS: 829167084   CAGE Code: 7NZA6                                    Fernley, NV, 89408-9695 ,
Status: Active                                                               UNITED STATES

                                                                    Expiration Date: 06/30/2018
                                                                    Purpose of Registration: All Awards

# Entity Dashboard

- Entity Overview
  - **Entity Registration**
    - Core Data
    - POCs
  - Reports
    - Service Contract Report
    - BioPreferred Report
  - Exclusions
    - Active Exclusions
    - Inactive Exclusions
    - Excluded Family Members

[ RETURN TO SEARCH ]

## Entity Registration

### Page Description

This page contains a view of the entire Entity Registration record. To print or save a copy of this registration, select Print. To view a specific section of the registration, select one of the sub-navigation links (for example, Core Data or POCs) under Entity Registration. To access a previous version of this registration, pick from the record drop-down list then select View Selected Record. The page will reload to display the record.

[ PRINT ]

| Current Record ▼ |  | [ VIEW SELECTED RECORD ] |
|---|---|---|

| DUNS Number: | 829167084 |
| D&B Legal Business Name: | High Desert Internet Services |
| Doing Business As: | (none) |

| **Core Data** | **[Expand All]** \| **[Collapse All]** |
|---|---|

**Business & TIN Information:**

**Business Information:**
| Business Start Date: | 05/01/2002 |
| Fiscal Year End Close Date: | 12/31 |
| Company Division Name: | |
| Company Division Number: | |
| Corporate URL: | www.hdiss.net |
| Congressional District: | NV 02 |
| Initial Registration Date: | 07/25/2016 |
| Submission Date: | 06/30/2017 |
| Activation Date: | 06/30/2017 |
| Expiration Date: | 06/30/2018 |

**Physical Address:**
| Address Line 1: | 250 Arrow St |
| City: | Fernley |
| State/Province: | NV |
| Country: | UNITED STATES |
| ZIP/Postal Code: | 89408  - 9695 |

**Mailing Address:**
| Address Line 1: | PO Box 62228 |
| Address Line 2: | |
| City: | Sunnyvale |
| State/Province: | CA |
| Country: | UNITED STATES |
| ZIP/Postal Code: | 94088  - 2228 |

**Sensitive Identifiers:**
| SSN: | 530824799 |

**IRS consent:**
| Tax Payer Name: | douglas l dawson |
| Address Line 1: | 250 Arrow St |
| Address Line 2: | |
| City: | Fernley |
| State: | NV |
| Country: | UNITED STATES |
| ZIP/Postal Code: | 89408 |
| Type of Tax: | Applicable Federal Tax |
| Tax Year: (Most Recent Tax Year) | 2016 |
| Name of Individual Executing Consent: | Douglas L Dawson |
| Title of the Individual Executing Consent: | Owner |
| TIN Consent Date: | 06/30/2017 |

AR02437


| NAICS Code | Primary | Description |
|---|---|---|
| 237130 | | POWER AND COMMUNICATION LINE AND RELATED STRUCTURES CONSTRUCTION |
| 517110 | | WIRED TELECOMMUNICATIONS CARRIERS |
| 517210 | Yes | WIRELESS TELECOMMUNICATIONS CARRIERS (EXCEPT SATELLITE) |

**Product & Service Codes Selected**

| PSC | | Description |
|---|---|---|

**Size Metrics**

**World Wide:**

| | |
|---|---|
| Total Receipts (3 year average): | $ 3000000 |
| Average Number of Employees (12 Month Average): | 4 |

**Location (Optional):**

| | |
|---|---|
| Annual Receipts (3 Year Average): | $ 3000000 |
| Average Number of employees (12 Month Average): | 4 |

**EDI Information**

Do you wish to enter EDI Information for your non-government entity?   No

**Disaster Response Information**

Do you wish to be included in the Disaster Response Registry?          No
Does your company require bonding to bid on Contracts?
**Geographic Area Served:**

**Representations and Certifications**                    **[Expand All] | [Collapse All]**

**Representations and Certifications:**

I have read each of the FAR and DFARS provisions presented on this page. By submitting this certification, I,  Douglas Dawson, am attesting to the accuracy of the representations and certifications contained herein, including the entire NAICS table. I understand that I may be subject to criminal prosecution under Section 1001, Title 18 of the United States Code or civil liability under the False Claims Act if I misrepresent  High Desert Internet Services in any of these representations or certifications to the Government.

**READ ONLY PROVISIONS - The following FAR and DFARS provisions are provided for you to read. They do not require completion of any data. Select the provision number to expand and review the full text. When certifying to the information on this page, you are also certifying that you have read each one of these provisions.**

FAR 52.203-11: Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions

FAR 52.203-18: Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements or Statements-Representation

FAR 52.209-10: Prohibition on Contracting with Inverted Domestic Corporations.

FAR 52.212-5: Contract Terms and Conditions Required to Implement Statutes or Executive Orders-Commercial Items.

FAR 52.222-38: Compliance with Veterans' Employment Reporting Requirements

FAR 52.222-50: Combating Trafficking in Persons

FAR 52.222-56: Certification Regarding Trafficking in Persons Compliance Plan.

FAR 52.223-1: Biobased Product Certification

FAR 52.225-20 Prohibition on Conducting Restricted Business Operations in Sudan-Certification

FAR 52.225-25: Prohibition on Contracting with Entities Engaging in Certain Activities or Transactions Relating to Iran -

AR02458

6/27/2018

Case 1:19-cv-03729-DLF   Document 35-3   Filed 07/12/21   Page 431 of 762
View Details - Entity Registration | System for Award Management

FAR 52.222-48: Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Certification

FAR 52.222-52: Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Certification

FAR 52.223-4: Recovered Material Certification

FAR 52.223-9: Estimate of Percentage of Recovered Material Content for EPA-Designated Items (Alternate I)

FAR 52.223-22: Public Disclosure of Greenhouse Gas Emissions and Reduction Goals-Representation.

FAR 52.225-2: Buy American Certificate

FAR 52.225-4: Buy American-Free Trade Agreements-Israeli Trade Act Certificate

FAR 52.225-6: Trade Agreements Certificate

FAR 52.226-2: Historically Black College or University and Minority Institution Representation

FAR 52.227-15: Representation of Limited Rights Data and Restricted Computer Software

**Points of Contact**                       **[Expand All] | [Collapse All]**

**Mandatory Points of Contact:**

**Accounts Receivable POC**

| | |
|---|---|
| Title: | Owner |
| First Name: | Douglas |
| Middle Name: | L |
| Last Name: | Dawson |
| Email: | doug@hdiss.com |
| US Phone: | (775)771-5750 |
| Extension: | |
| NON US Phone: | |
| Notes: | |

**Electronic Business POC**

| | |
|---|---|
| Title: | Owner |
| First Name: | Douglas |
| Middle Name: | L |
| Last Name: | Dawson |
| Email: | doug@hdiss.com |
| US Phone: | (775)771-5750 |
| Extension: | |
| NON US Phone: | |
| Notes: | |
| Address Line 1: | PO Box 62228 |
| Address Line 2: | |
| City: | Sunnyvale |
| State/Province: | CA |
| Country: | UNITED STATES |
| ZIP/Postal Code: | 94088  - 2228 |

**Sole Proprietorship POC**

| | |
|---|---|
| Title: | Owner |
| First Name: | Douglas |
| Middle Name: | L |
| Last Name: | Dawson |
| Email: | doug@hdiss.com |
| US Phone: | (775)771-5750 |
| Extension: | |
| NON US Phone: | |
| Notes: | |

**Government Business POC**

| | |
|---|---|
| Title: | Owner |
| First Name: | Douglas |
| Middle Name: | L |
| Last Name: | Dawson |
| Email: | doug@hdiss.com |
| US Phone: | (775)771-5750 |
| Extension: | |
| NON US Phone: | |

AR02459



# D--Provide IP Network, technical services and support

**Solicitation Number:** 140L3918Q0055
Agency: Department of the Interior
Office: Bureau of Land Management
Location: Nevada Region

---

**Notice Type:**
Award Notice

**Response Date:**
-

**Archive Date:**
July 12, 2018

**Set Aside:**
N/A

**Posted Date:**
June 28, 2018

**Archiving Policy:**
Automatic, 15 days after award date

**Original Set Aside:**
N/A

**Classification Code:**
D -- Information technology services, including telecommunications services

**NAICS Code:**
517 -- Telecommunications/517919 -- All Other Telecommunications

---

**Contract Award Date:**
June 27, 2018

**Contract Award Number:**
140L3918P0122

**Contract Award Dollar Amount:**
$130,618.00

**Contractor Awarded DUNS:**
829167084

**Contractor Awardee:**
HIGH DESERT INTERNET SERVICES
250 ARROW ST
FERNLEY
NV
89408-9695
US

**Synopsis:**
Added: Jun 28, 2018 1:05 pm
Provide IP Network, Technical Services and Support to BLM NV during permitted special event Burning Man 2018

IGF::OT::IGF

**Contracting Office Address:**
BLM NV-STATE OFC BGT&FIN SVC(NV955)
1340 FINANCIAL BLVD.
RENO



**Transaction Information**

| | | | |
|---|---|---|---|
| Award Type: | Purchase Order | Prepared Date: 06/28/2018 12:05:39 | Prepared User: GKOTHM |
| Award Status: | Draft | Last Modified Date: 06/28/2018 12:09:15 | Last Modified User: GKOTHM |
| Closed Status: | No | Closed Status Date: | Closed By: |

**Document Information**

| | Agency | Procurement Identifier | | Modification No | Trans No |
|---|---|---|---|---|---|
| Award ID: | 1422 | 140L3918P0122 | | 0 | 0 |
| Referenced IDV ID: | | | | | |
| Reason For Modification: | | | | | |
| Solicitation ID: | 140L3918Q0055 | | | | |

| | Agency Identifier | Main Account | Sub Account | | Initiative |
|---|---|---|---|---|---|
| Treasury Account Symbol: | 14 | 5017 | | | Select One |

**Dates**

| | |
|---|---|
| Date Signed | 06/27/2018 |
| Effective Date | 06/27/2018 |
| Completion Date | 12/31/2018 |
| Est. Ultimate Completion Date | 12/31/2018 |
| Solicitation Date: | |

**Amounts**

| | |
|---|---|
| Action Obligation | $130,618.00 |
| Base And Exercised Options Value | $130,618.00 |
| Base and All Options Value (Total Contract Value) | $130,618.00 |
| Fee Paid for Use of Indefinite Delivery Vehicle: | $0.00 |

**Purchaser Information**

| | | | |
|---|---|---|---|
| Contracting Office Agency ID: | 1422 | Contracting Office Agency Name: | BUREAU OF LAND MANAGEMENT |
| Contracting Office ID: | 140L39 | Contracting Office Name: | BUREAU OF LAND MANAGEMENT |
| Funding Agency ID: | 1422 | Funding Agency Name: | BUREAU OF LAND MANAGEMENT |
| Funding Office ID: | 140L39 | Funding Office Name: | BUREAU OF LAND MANAGEMENT |
| Foreign Funding | Not Applicable | | |

**Contractor Information**

SAM Exception: PLEASE SELECT SAM EXCEPTION BY CLICKING THE ELLIPSIS (...) BUTTON  ...  Remove Exception

| | | | |
|---|---|---|---|
| DUNS No: | 829167084 | Street: | 250 ARROW ST |
| Vendor Name: | HIGH DESERT INTERNET SERVICES | Street2: | |
| DBAN: | | City: | FERNLEY |
| Cage Code: | 7NZA6 | State: | NV  Zip: 894089695 |
| | | Country: | UNITED STATES |
| | | Phone: | (775) 771-5750 |
| | | Fax No: | |
| | | Congressional District: | NEVADA 02 |

**Business Category**                                                                 Show Details

| | |
|---|---|
| Organization Type | SOLE PROPRIETORS|
| Number of Employees | 4 |
| State of Incorporation | NV |
| Country of Incorporation | USA |
| Annual Revenue | $3,000,000 |

**Business Types**
✓ Sole Proprietorship
**Relationship With Federal Government**
✓ All Awards
**Organization Factors**
✓ For Profit Organization

**Contract Data**

| | |
|---|---|
| Type of Contract: | Firm Fixed Price |
| Inherently Governmental Functions: | Other Functions |
| Multiyear Contract: | Select One |
| Major Program: | |
| National Interest Action: | None |
| Cost Or Pricing Data: | Select One |
| Purchase Card Used As Payment Method | No |
| Undefinitized Action: | Other Undefinitized Action |
| Performance Based Service Acquisition | No - Service where PBA is not used |

* FY 2004 and prior; 80% or more specified as performance requirement
* FY 2005 and later; 50% or more specified as performance requirement

| | |
|---|---|
| Contingency Humanitarian Peacekeeping Operation | Not Applicable |

AR02461

**Contracting Officer's Business Size Selection:** Small Business

**Subcontract Plan:** Plan Not Required

**Price Evaluation Percent Difference:** 0 %

AR02462

FEDERAL EMPLOYEE NON-DISCLOSURE STATEMENT

SOLICITATION NUMBER: 140L3918Q0055 Burning Man 2018 Network Services & Support

The proper treatment of official information related to the procurement process (requirement definition, validation, evaluation, selection proceedings, negotiations, etc.) is of the utmost importance.  The following are laws which control the acquisition process.

- 5 CFR 735.206 states that an employee may not "directly or indirectly use or allow the use of official information obtained through or in connection with his Government employment."

- Title 18 U.S.C. 201 prescribes specific penalties for a Government official accepting, or anyone directly or indirectly promising to a Government official, anything of value with intent to influence an official act or otherwise influence the Government official.

- Title 18, Sec. 1905 states: "Whoever, being an officer or employee or the United States or any department or agency thereof, publishes, divulges, discloses, or makes known in any manner or to any extent not authorized by law any information coming to him in the course of his employment or official duties or by reason of any examination or investigation made by, or return, report or record made to or filed with, such department or agency or officer or employee thereof, which information concerns or relates to the trade secrets, processes, operations, style of work, or apparatus, or to the identity, confidential  statistical data, amount or source of any income, profits, losses, or expenditures of any person, firm, partnership, corporation, or association; or permits any income return or copy thereof or any book containing any abstract or particulars thereof to be seen or examined by any person except as provided by law, shall be fined not more than $1,000.00 or imprisoned not more than one year; or both; and shall be removed from office or employment."

- Title 18 U.S.C. 207 restricts the participation of former Government officers and employees with regard to any matter in which he has participated personally and substantially.  Title 18 U.S.C. 207 (a), bans a former employee for life from representing any one (other than the United States) before the United States Government on any particular matter in which he or she participated personally and substantially while a federal employee.  Title 18 U.S.C. 207 (b) (1), places a two year ban on a former employee representing anyone (other than the United States) before the United States government on any particular matter that was under the former employee's official responsibility during his/her last year of federal service.  The above statutes prescribe specific penalties for violation which may include a fine of up to $10,000.00 or imprisonment for up to two years.

Employees shall not reveal any information to anyone who is not also participating in the same activities, and then only to the extent that such information is required in connection with such activities.  Such information is classified "FOR OFFICIAL USE ONLY".  The dissemination of

### FEDERAL EMPLOYEE NON-DISCLOSURE STATEMENT

**SOLICITATION NUMBER:** <u>140L3918Q0055 Burning Man 2018 Network Services & Support</u>

The proper treatment of official information related to the procurement process (requirement definition, validation, evaluation, selection proceedings, negotiations, etc.) is of the utmost importance. The following are laws which control the acquisition process.

- 5 CFR 735.206 states that an employee may not "directly or indirectly use or allow the use of official information obtained through or in connection with his Government employment."

- Title 18 U.S.C. 201 prescribes specific penalties for a Government official accepting, or anyone directly or indirectly promising to a Government official, anything of value with intent to influence an official act or otherwise influence the Government official.

- Title 18, Sec. 1905 states: "Whoever, being an officer or employee or the United States or any department or agency thereof, publishes, divulges, discloses, or makes known in any manner or to any extent not authorized by law any information coming to him in the course of his employment or official duties or by reason of any examination or investigation made by, or return, report or record made to or filed with, such department or agency or officer or employee thereof, which information concerns or relates to the trade secrets, processes, operations, style of work, or apparatus, or to the identity, confidential statistical data, amount or source of any income, profits, losses, or expenditures of any person, firm, partnership, corporation, or association; or permits any income return or copy thereof or any book containing any abstract or particulars thereof to be seen or examined by any person except as provided by law, shall be fined not more than $1,000.00 or imprisoned not more than one year; or both; and shall be removed from office or employment."

- Title 18 U.S.C. 207 restricts the participation of former Government officers and employees with regard to any matter in which he has participated personally and substantially. Title 18 U.S.C. 207 (a), bans a former employee for life from representing any one (other than the United States) before the United States Government on any particular matter in which he or she participated personally and substantially while a federal employee. Title 18 U.S.C. 207 (b) (1), places a two year ban on a former employee representing anyone (other than the United States) before the United States government on any particular matter that was under the former employee's official responsibility during his/her last year of federal service. The above statutes prescribe specific penalties for violation which may include a fine of up to $10,000.00 or imprisonment for up to two years.

Employees shall not reveal any information to anyone who is not also participating in the same activities, and then only to the extent that such information is required in connection with such activities. Such information is classified "FOR OFFICIAL USE ONLY". The dissemination of information in this category to other parties will be at the sole discretion of the Contracting

AR02464

## FEDERAL EMPLOYEE NON-DISCLOSURE STATEMENT

SOLICITATION NUMBER: <u>140L3918Q0055 Burning Man 2018 Network Services & Support</u>

The proper treatment of official information related to the procurement process (requirement definition, validation, evaluation, selection proceedings, negotiations, etc.) is of the utmost importance. The following are laws which control the acquisition process.

- 5 CFR 735.206 states that an employee may not "directly or indirectly use or allow the use of official information obtained through or in connection with his Government employment."

- Title 18 U.S.C. 201 prescribes specific penalties for a Government official accepting, or anyone directly or indirectly promising to a Government official, anything of value with intent to influence an official act or otherwise influence the Government official.

- Title 18, Sec. 1905 states: "Whoever, being an officer or employee or the United States or any department or agency thereof, publishes, divulges, discloses, or makes known in any manner or to any extent not authorized by law any information coming to him in the course of his employment or official duties or by reason of any examination or investigation made by, or return, report or record made to or filed with, such department or agency or officer or employee thereof, which information concerns or relates to the trade secrets, processes, operations, style of work, or apparatus, or to the identity, confidential statistical data, amount or source of any income, profits, losses, or expenditures of any person, firm, partnership, corporation, or association; or permits any income return or copy thereof or any book containing any abstract or particulars thereof to be seen or examined by any person except as provided by law, shall be fined not more than $1,000.00 or imprisoned not more than one year; or both; and shall be removed from office or employment."

- Title 18 U.S.C. 207 restricts the participation of former Government officers and employees with regard to any matter in which he has participated personally and substantially. Title 18 U.S.C. 207 (a), bans a former employee for life from representing any one (other than the United States) before the United States Government on any particular matter in which he or she participated personally and substantially while a federal employee. Title 18 U.S.C. 207 (b) (1), places a two year ban on a former employee representing anyone (other than the United States) before the United States government on any particular matter that was under the former employee's official responsibility during his/her last year of federal service. The above statutes prescribe specific penalties for violation which may include a fine of up to $10,000.00 or imprisonment for up to two years.

Employees shall not reveal any information to anyone who is not also participating in the same activities, and then only to the extent that such information is required in connection with such activities. Such information is classified "FOR OFFICIAL USE ONLY". The dissemination of

AR02465

FEDERAL EMPLOYEE NON-DISCLOSURE STATEMENT

SOLICITATION NUMBER: <u>140L3918Q0055 Burning Man 2018 Network Services & Support</u>

The proper treatment of official information related to the procurement process (requirement definition, validation, evaluation, selection proceedings, negotiations, etc.) is of the utmost importance.  The following are laws which control the acquisition process.

- 5 CFR 735.206 states that an employee may not "directly or indirectly use or allow the use of official information obtained through or in connection with his Government employment."

- Title 18 U.S.C. 201 prescribes specific penalties for a Government official accepting, or anyone directly or indirectly promising to a Government official, anything of value with intent to influence an official act or otherwise influence the Government official.

- Title 18, Sec. 1905 states: "Whoever, being an officer or employee or the United States or any department or agency thereof, publishes, divulges, discloses, or makes known in any manner or to any extent not authorized by law any information coming to him in the course of his employment or official duties or by reason of any examination or investigation made by, or return, report or record made to or filed with, such department or agency or officer or employee thereof, which information concerns or relates to the trade secrets, processes, operations, style of work, or apparatus, or to the identity, confidential  statistical data, amount or source of any income, profits, losses, or expenditures of any person, firm, partnership, corporation, or association; or permits any income return or copy thereof or any book containing any abstract or particulars thereof to be seen or examined by any person except as provided by law, shall be fined not more than $1,000.00 or imprisoned not more than one year; or both; and shall be removed from office or employment."

- Title 18 U.S.C. 207 restricts the participation of former Government officers and employees with regard to any matter in which he has participated personally and substantially.  Title 18 U.S.C. 207 (a), bans a former employee for life from representing any one (other than the United States) before the United States Government on any particular matter in which he or she participated personally and substantially while a federal employee.  Title 18 U.S.C. 207 (b) (1), places a two year ban on a former employee representing anyone (other than the United States) before the United States government on any particular matter that was under the former employee's official responsibility during his/her last year of federal service.  The above statutes prescribe specific penalties for violation which may include a fine of up to $10,000.00 or imprisonment for up to two years.

Employees shall not reveal any information to anyone who is not also participating in the same activities, and then only to the extent that such information is required in connection with such activities.  Such information is classified "FOR OFFICIAL USE ONLY".  The dissemination of

AR02466

FEDERAL EMPLOYEE NON-DISCLOSURE STATEMENT

SOLICITATION NUMBER: 140L3918Q0055 Burning Man 2018 Network Services & Support

The proper treatment of official information related to the procurement process (requirement definition, validation, evaluation, selection proceedings, negotiations, etc.) is of the utmost importance.  The following are laws which control the acquisition process.

- 5 CFR 735.206 states that an employee may not "directly or indirectly use or allow the use of official information obtained through or in connection with his Government employment."

- Title 18 U.S.C. 201 prescribes specific penalties for a Government official accepting, or anyone directly or indirectly promising to a Government official, anything of value with intent to influence an official act or otherwise influence the Government official.

- Title 18, Sec. 1905 states: "Whoever, being an officer or employee or the United States or any department or agency thereof, publishes, divulges, discloses, or makes known in any manner or to any extent not authorized by law any information coming to him in the course of his employment or official duties or by reason of any examination or investigation made by, or return, report or record made to or filed with, such department or agency or officer or employee thereof, which information concerns or relates to the trade secrets, processes, operations, style of work, or apparatus, or to the identity, confidential  statistical data, amount or source of any income, profits, losses, or expenditures of any person, firm, partnership, corporation, or association; or permits any income return or copy thereof or any book containing any abstract or particulars thereof to be seen or examined by any person except as provided by law, shall be fined not more than $1,000.00 or imprisoned not more than one year; or both; and shall be removed from office or employment."

- Title 18 U.S.C. 207 restricts the participation of former Government officers and employees with regard to any matter in which he has participated personally and substantially.  Title 18 U.S.C. 207 (a), bans a former employee for life from representing any one (other than the United States) before the United States Government on any particular matter in which he or she participated personally and substantially while a federal employee.  Title 18 U.S.C. 207 (b) (1), places a two year ban on a former employee representing anyone (other than the United States) before the United States government on any particular matter that was under the former employee's official responsibility during his/her last year of federal service.  The above statutes prescribe specific penalties for violation which may include a fine of up to $10,000.00 or imprisonment for up to two years.

Employees shall not reveal any information to anyone who is not also participating in the same activities, and then only to the extent that such information is required in connection with such activities.  Such information is classified "FOR OFFICIAL USE ONLY".  The dissemination of

AR02467

FEDERAL EMPLOYEE NON-DISCLOSURE STATEMENT

SOLICITATION NUMBER: 140L3918Q0055 Burning Man 2018 Network Services & Support

The proper treatment of official information related to the procurement process (requirement definition, validation, evaluation, selection proceedings, negotiations, etc.) is of the utmost importance.  The following are laws which control the acquisition process.

- 5 CFR 735.206 states that an employee may not "directly or indirectly use or allow the use of official information obtained through or in connection with his Government employment."

- Title 18 U.S.C. 201 prescribes specific penalties for a Government official accepting, or anyone directly or indirectly promising to a Government official, anything of value with intent to influence an official act or otherwise influence the Government official.

- Title 18, Sec. 1905 states: "Whoever, being an officer or employee or the United States or any department or agency thereof, publishes, divulges, discloses, or makes known in any manner or to any extent not authorized by law any information coming to him in the course of his employment or official duties or by reason of any examination or investigation made by, or return, report or record made to or filed with, such department or agency or officer or employee thereof, which information concerns or relates to the trade secrets, processes, operations, style of work, or apparatus, or to the identity, confidential  statistical data, amount or source of any income, profits, losses, or expenditures of any person, firm, partnership, corporation, or association; or permits any income return or copy thereof or any book containing any abstract or particulars thereof to be seen or examined by any person except as provided by law, shall be fined not more than $1,000.00 or imprisoned not more than one year; or both; and shall be removed from office or employment."

- Title 18 U.S.C. 207 restricts the participation of former Government officers and employees with regard to any matter in which he has participated personally and substantially.  Title 18 U.S.C. 207 (a), bans a former employee for life from representing any one (other than the United States) before the United States Government on any particular matter in which he or she participated personally and substantially while a federal employee.  Title 18 U.S.C. 207 (b) (1), places a two year ban on a former employee representing anyone (other than the United States) before the United States government on any particular matter that was under the former employee's official responsibility during his/her last year of federal service.  The above statutes prescribe specific penalties for violation which may include a fine of up to $10,000.00 or imprisonment for up to two years.

Employees shall not reveal any information to anyone who is not also participating in the same activities, and then only to the extent that such information is required in connection with such activities.  Such information is classified "FOR OFFICIAL USE ONLY".  The dissemination of

AR02468

FEDERAL EMPLOYEE NON-DISCLOSURE STATEMENT

SOLICITATION NUMBER: <u>140L3918Q0055 Burning Man 2018 Network Services & Support</u>

The proper treatment of official information related to the procurement process (requirement definition, validation, evaluation, selection proceedings, negotiations, etc.) is of the utmost importance. The following are laws which control the acquisition process.

- 5 CFR 735.206 states that an employee may not "directly or indirectly use or allow the use of official information obtained through or in connection with his Government employment."

- Title 18 U.S.C. 201 prescribes specific penalties for a Government official accepting, or anyone directly or indirectly promising to a Government official, anything of value with intent to influence an official act or otherwise influence the Government official.

- Title 18, Sec. 1905 states: "Whoever, being an officer or employee or the United States or any department or agency thereof, publishes, divulges, discloses, or makes known in any manner or to any extent not authorized by law any information coming to him in the course of his employment or official duties or by reason of any examination or investigation made by, or return, report or record made to or filed with, such department or agency or officer or employee thereof, which information concerns or relates to the trade secrets, processes, operations, style of work, or apparatus, or to the identity, confidential statistical data, amount or source of any income, profits, losses, or expenditures of any person, firm, partnership, corporation, or association; or permits any income return or copy thereof or any book containing any abstract or particulars thereof to be seen or examined by any person except as provided by law, shall be fined not more than $1,000.00 or imprisoned not more than one year; or both; and shall be removed from office or employment."

- Title 18 U.S.C. 207 restricts the participation of former Government officers and employees with regard to any matter in which he has participated personally and substantially. Title 18 U.S.C. 207 (a), bans a former employee for life from representing any one (other than the United States) before the United States Government on any particular matter in which he or she participated personally and substantially while a federal employee. Title 18 U.S.C. 207 (b) (1), places a two year ban on a former employee representing anyone (other than the United States) before the United States government on any particular matter that was under the former employee's official responsibility during his/her last year of federal service. The above statutes prescribe specific penalties for violation which may include a fine of up to $10,000.00 or imprisonment for up to two years.

Employees shall not reveal any information to anyone who is not also participating in the same activities, and then only to the extent that such information is required in connection with such activities. Such information is classified "FOR OFFICIAL USE ONLY". The dissemination of

AR02469

Case 1:19-cv-03729-DLF   Document 35-3   Filed 07/12/21   Page 442 of 762

6/5/2018   DEPARTMENT OF THE INTERIOR Mail - 2018 BURNING MAN - NETWORK SERVICES EVALUATION TEAM (Re: Burning Man Network Ser...



Kothman, Gregory <gkothman@blm.gov>

## 2018 BURNING MAN - NETWORK SERVICES EVALUATION TEAM (Re: Burning Man Network Services Technical Eval)

Jon Young <j5young@blm.gov>                                                    Tue, Jun 5, 2018 at 12:55 PM
To: "Kothman, Gregory" <gkothman@blm.gov>
Cc: kwisemore@blm.gov, Ryan King <rjking@blm.gov>, Michael Grimes <mgrimes@blm.gov>, Mitchell Nichols
<mnichols@blm.gov>, Dalton Black <dlblack@blm.gov>, randres@blm.gov, Mark Pirtle <mpirtle@blm.gov>

Greg,

The technical evaluation team for "Network Services" this year will be the following personnel:

Core Team:
Jon Young (Lead)
Kevin Wisemore
Ryan King
Michael Grimes

Additional Reviewers:
Mitch Nichols
Dalton Black
Rebecca Andres

Please send the non-disclosure statement to all of the above personnel and once you have received their NDA back, please forward them the "Technical Proposals."

We will work to get the proposals reviewed quickly.

Thank You,


Jon Young
State Chief Ranger - BLM Arizona
j5young@blm.gov
(623) 826-1286 Cell

*Envoyé de mon iPad*



Kothman, Gregory <gkothman@blm.gov>

## [EXTERNAL] RFQ 140L3918Q0055 BLM Network Services Support for Burning Man 2018

**Matt Peterson** <matt@twop.co>                                            Tue, May 29, 2018 at 10:07 PM
To: "Kothman, Gregory" <gkothman@blm.gov>
Cc: Doug Dawson <doug@hdiss.com>, Tim Pozar <pozar@twop.co>

Gregory,

I've attached our submission on behalf of High Desert and Two P for consideration. Thank you, please confirm this
message was received and the PDF file is readable.

--Matt
[Quoted text hidden]

📄 **High_Desert_TwoP_RFQ_L3918Q0055_Submission.pdf**
1237K

AR02471

# Table of Contents

Section 1: Technical Quote
    Overview
    Quote
        Wireless Infrastructure
        Audio/Video Systems
        Server Architecture
        Compliance & Regulatory Requirements
    Appendix 1: Technical Assumptions, Conditions, Or Exceptions
    Appendix 2: Staffing Plan
    Appendix 3: Personnel
        Doug Dawson
        Matt Peterson
        Tim Pozar
    Appendix 4: Subcontractors
        Two P
    Appendix 5: Hardware
    Appendix 6: System Architecture
    Appendix 7: Network Monitoring
    Appendix 8: Past Performance

Section 2: Price Quote
        Physical Hardware
        Other Direct Costs
        Labor
    Appendix 1: Price Assumptions

CONFIDENTIAL AND PROPRIETARY INFORMATION
Unauthorized use, duplication, or dissemination is prohibited.

AR02472

block to be highly available. The prior year's arrangement had two unique IP blocks with no gateway signaling protocol, thus failover between providers was a manual process. A BGP setup will provide unattended failover between the providers for public IP space.

A pair of Juniper SRX300 security appliances will act as firewalls facing the edge router pair. The firewalls will be configured in a cluster mode that synchronizes data & control plane traffic. Control and data plane traffic is automatically synchronized between both firewalls. The BGP edge routers and SRX firewalls will be cabled and configured in a full mesh topology.

The Juniper firewalls will perform standard NAT, DHCP, etc., segmentation between LAN segments - each unique VLAN offers stateful firewall capabilities between each other, as well as the "outside world" Internet. VLAN to VLAN policies can be defined to accept or block traffic, and an initial secure configuration will be implemented which prevents cross-VLAN communication. Finally, an additional licensed option, known as "Application Firewall", will be configured to block identified web content categories. This categorization is done with a combination of application signature identifiers and/or IP header information (such as destination IP address & port). The license includes frequent updates of these signatures, for both specific sites (i.e.: YouTube) and more generic categories (i.e.: streaming video).

A small pool of public IP addresses will be routed between the edge routers and firewalls, allowing each unique NAT'd VLAN to egress from a specific public IP address in a highly available fashion.

The SRX Chassis Cluster will utilize Redundant Ethernet Interface Link Aggregation Groups between two core Juniper EX switches. This configuration allows for either a firewall or core switch to fail, while still preserving network connectivity. The SRX routers and EX switches both have QoS (Quality of Service) capabilities, though more detailed information (i.e.: matching ToS/DSCP bits, destination IP addresses, etc.) is required to configure QoS functionality. The BGP edge routers and firewall appliances will be cabled in a similar fashion to maximize physical and route signalling redundancy.

In addition to the BGP transit provider connections, High Desert will provide an Out Of Band (OOB) wireless link, on a seperate band, to be used to access the management network through a firewall. This would be utilized if there is a problem with the transit links preventing access to the core network.

Juniper EX series switches will be placed in the SoW identified building locations (due

CONFIDENTIAL AND PROPRIETARY INFORMATION
Unauthorized use, duplication, or dissemination is prohibited.

backup. Such a system facilitates rapid changes in a known good sandbox environment, where "typo" incidents are minimized. No virtual chassis or stacking will be utilized on switches; each switch will be managed autonomously. A dedicated management VLAN will be used to address each switch or managed device, and management will run in-band. Management IP space will be within RFC1918 or RFC6598 allocations.

## Wireless Infrastructure

WiFi will be provided by a mixture of indoor and outdoor Aruba access points. The access points will terminate on a pair of controllers which connect to the wired network. The controllers facilitate a redundant control plane mechanism, along with roaming and firewall policy support. Networks can be made available in a mixture of 2.4Ghz & 5Ghz spectrum. WPA2 security is assumed as a password mechanism. The network design is geared for coverage primarily in stationary building workstations, not for mobile clients, based on assumed usage patterns.

A robust enterprise grade WiFi system is crucial due to the heavy BRC wireless spectrum utilization. A small portion of access points will be configured in a RF "spectrum analysis" mode to facilitate the best RF spectrum and power usage.

A wireless (4.9, 3.65Ghz, or mutually agreed frequency) point to point link will be built from the JOC to the center camp substation. High Desert Internet Services regularly installs this equipment throughout their normal service area. Such equipment will be rated to sustain the bandwidth needs as specified in the SoW (facilitating VLAN wired backhaul, LTE, and PTZ IP camera).

Verizon LTE 4G support will be made possible with "Enterprise Network Extender" (Samsung P/N SLS-BU102) units at the JOC and center camp substation. Currently Verizon does not offer "safelist" (sometimes known as "whitelist") priority functionality for the 4G units (such "managed" or "priority mode" is, however, available for 3G EVDO units). The BLM will need to pre-negotiate any frequency issues and coordination concerns with Commnet Wireless (Onsite Cellular Carrier).

## Audio/Video Systems

Polycom SIP IP phones will be utilized with a local SIP server. This will allow internal (within JOC & center camp) calls to be conducted without external internet connectivity, should the need arise. A sequential set of 775 area code DIDs will be provisioned to

CONFIDENTIAL AND PROPRIETARY INFORMATION
Unauthorized use, duplication, or dissemination is prohibited.

between extensions, etc. The PBX will also support FAX as required in the RFP.
- Monitoring - LibreNMS, Weathermap, Oxidized, etc.
  See "Appendix 7: Network Monitoring"
- Deployment software - Ansible
  Ansible is the deployment system to push out changes to the network. In this way we have the network programmatically configured and documented. Changes can be deployed with speed,ease, and confidence.

## Compliance & Regulatory Requirements

As requested in the SoW, the network design and operation of the infrastructure will follow guidelines from specified legal authorities & regulatory requirements. Quoter has reviewed the specific guidelines of CJIS security requirements. Management interaction will occur over SSH (secure shell) or approved secure protocols and no plain-text protocols will be used for management of the network. ACL's (access control lists) will be in place for SNMP and related telemetry access to prevent rogue remote access.

## Planning Logistics

In addition to the event schedule, frequent phone conference calls pre-event and a post-event wrap-up are included in the labor budget. Documentation, such as IP address / VLAN assignments, Phone DID's, staff contact information, etc., will be facilitated over shared Google Docs/Sheets.

CONFIDENTIAL AND PROPRIETARY INFORMATION
Unauthorized use, duplication, or dissemination is prohibited.

Center Camp PTZ camera
- BLM will provide a Windows workstation which is compatible with the Axis T8311 Joystick (USB based device with relevant drivers to control PTZ camera).

Jail IP cameras
- Video archiving will occur over RTSP encoding streams. Replication may not occur in real time depending on network lag.

Verizon LTE 4G
- Available network extender units from Verizon do not currently offer "safelist" (sometimes known as "whitelist") priority functionality (to give priority to specific numbers or IMEI), and as a result, any such service will be available only as FIFO (first in first out) queued. See "Management & Security Question #1" for SLS-BU102 unit (marketed as "Verizon 4G LTE Network Extender for Enterprise") that confirms the lack of safelist priority support.
- Network Extender units may each consume up to 50Mbps of IP network capacity, BLM will need to provision sufficient capacity with their ISP connection partners.
- BLM to coordinate with cellular providers (such as Commnet Wireless) about mutual frequency coordination for Verizon LTE Network Extender units.

## Appendix 2: Staffing Plan

Our technical & project management approach is rooted in staging equipment several weeks prior to the pre-event time frame at an offsite location. This will allow us to pre-configure network elements such as IP cameras, WiFi access points, switches, etc. This staging not only provides a high confidence in the technical capabilities of the overall architecture, but also allows for redundancy & monitoring systems to be tested (and adjusted as needed) in advance. Components are then labeled and packaged for rapid field deployment.

| Name | Organization | Titles | Duration |
|------|-------------|--------|----------|
| Doug Dawson | High Desert | Owner/Principal | Pre-Event, Main, & Post-Event |
| Onsite primary administrative contact - covering physical & backbone wireless infrastructure, IP cameras | | | |
| Matt Peterson | Two P | Network Engineer | Pre-Event, Main, & Post-Event |

CONFIDENTIAL AND PROPRIETARY INFORMATION
Unauthorized use, duplication, or dissemination is prohibited.

Mr. Dawson began High Desert initially as a secondary service to a computer repair shop. The company now services over 1,500 consumer subscribers, along with 150 businesses or enterprises. Mr. Dawson has been providing Internet connectivity to the Black Rock region since 2007. He is a licensed radio operator (KC7MSX) and actively pursuing a private pilot license.

CONFIDENTIAL AND PROPRIETARY INFORMATION
Unauthorized use, duplication, or dissemination is prohibited.

*re | San Francisco, CA*

Employee #8; first dedicated Ops hire. Lead on Square's first successful PCI–DSS & PA–DSS certification. Migrated production environment from cloud to private datacenter. Automated server installation with Puppet, kickstart & git–backed repositories. Built IP network on OpenBSD firewalls, Juniper routers/switches with /21 & /48 ARIN allocations. Setup Trixbox PBX w/ Cisco & Polycom VoIP phones. Prototyped Yubikey OTP deployment. Configuration of internal and external monitoring systems. Maintainer of Ops & IT budget in excess of $1.5M; negotiated all OpEx & CapEx purchases (ie: colo, bandwidth, network equipment). Daily Ops & IT project management using Jira. Hiring manager for Ops & IT.

**Network Deployment Engineer**                                          02/2009 — 09/2009

*Packet Clearing House | Berkeley, CA*

Continuation of contract work performed between 06 – 08/2008 to full time employment. Hands on coordination and installation of ccTLD/gTLD name server instances in various Internet Exchanges – geographical focused in North America and Europe. Maintenance of internal Asterisk PBX. Peering coordination.

ADDITIONAL EMPLOYMENT HISTORY

**Senior Operations Architect**                                           09/2008 — 02/2009

*ZillionTV | Sunnyvale, CA*

**Site–Ops Manager**                                                      01/2006 — 05/2008

*Meta Interfaces | San Francisco, CA*

**Senior System Administrator**                                           12/2004 — 01/2006

*Six Apart | San Francisco, CA*

**ems Architect**                                                         10/2000 — 01/2004

*Surf and Sip | San Francisco, CA*

**NOC Specialist**                                                        01/2000 — 07/2001

*Critical Path | San Francisco, CA*

**System Administrator**                                                  1997 — 12/1999

*Acorn Product Development | Fremont, CA*

VOLUNTEER EXPERIENCE

**Founder / President**                                                   07/2006 — Present

*San Francisco Metropolitan Internet Exchange | San Francisco, CA*

**Playa Network Team Engineer**                                           08/2009 — 09/2014

*Burning Man | Gerlach, NV*

**Founder**                                                               09/2000 — 08/2004

*Bay Area Wireless User Group | San Francisco, CA*

SPEAKING ENGAGEMENTS

| | |
|---|---|
| *Domestic* | NANOG, Asilomar, ToorCon, O'Reilly Emerging Technology, BSDcon, WiFi Planet |
| *International* | RIPE, SANOG, APRICOT, PuppetCamp, O'Reilly Velocity |

CONFIDENTIAL AND PROPRIETARY INFORMATION
Unauthorized use, duplication, or dissemination is prohibited.

consultant for the Community Broadband Project
2008 - Present,  San Francisco CA

Designed and deployed a 1 and 10GE fiber and wireless network
to support the housing developments for the San Francisco
Housing Authority (SFHA).  The network supplies free Internet
access to residents in SFHA developments and various SROs.  It
also provides backhaul and Internet access to various non-profits
(Cal Academy of Sciences, Exploratorium, etc.)

**Fandor** / VP of Operations
Jan  2012 - Sep 2016, San Francisco CA

Fandor is a subscription based video streaming company specializing in
cinephile, documentary, art and foreign films.  My role was to provide
seamless playback.  Through metrics, network tuning, vendor
management, I increased playback performance over 7 times.  I also
established and directed the customer service department keeping churn
down and providing feedback to product on features and bugs.  In my last
year at Fandor, I was directing the content ingest department in order to
productized our content for delivery to other partners including Amazon
Prime, etc.  This meant captioning a significant portion of our library and
standardizing the format of our content.

**North American Network Operators' Group (NANOG)** /
Co-Director of Event Technology
June  2012 - Oct 2013, Various sites

NANOG produces three primary events a year.  As attendees are the
folks that run the Internet backbones in North America, event broadband
has to meet high standards.  We brokered donations of routers,  designed
and deployed  highly redundant network architecture for these events
that meant multiple 10GE upstream providers providing bandwidth for
the site.

**UnitedLayer** / Co-owner and VP Engineering
2004 - 2009, San Francisco CA

Invested in the company in 2004,  Negotiated, moved and upgraded the
data center from a storefront at  6th and Mission to a fully conditioned
and N+1 space at DRT's 200 Paul building.  Profitable in the first year of
moving the customers.

**Brightmail** / Co-founder  and Director of Operations
1998 - 2000, San Francisco CA
The first commercial anti-spam company.  Customers included AT&T,
CriticalPath, etc. Build out the operations center (NOC).  Build out mail
and data back end.  Co-inventor on two patents for spam blocking
(6,654,787 and 7,882,193).  Company was sold to Symantec.

CONFIDENTIAL AND PROPRIETARY INFORMATION
Unauthorized use, duplication, or dissemination is prohibited.

Two P will provide the overall network design, deployment, and operation for this project.

The following references are available on behalf of Two P:

**Jonathan Shore**
Wildlife Refuge Specialist, Farallon National Wildlife Refuge
U.S. Fish and Wildlife Service (government agency)
Phone: 510-792-0222, ext. 224, cell: 510-377-5926
Jonathan_Shore@fws.gov

**Phil Clark**
CEO & Founder
PAXIO (regional fiber ISP)
Phone: 408-693-8630
pclark@paxio.com

**Gary Morrell**
CEO
LMi.net (regional DSL/wireless ISP)
Phone: 510-542-2843
gary@lmi.net

CONFIDENTIAL AND PROPRIETARY INFORMATION
Unauthorized use, duplication, or dissemination is prohibited.

Consumables such as Cat5e cable spools (backup), Cat5e patch cables, RJ45 plugs, labeler tapes, velcro/cable management, fiber cleaning materials, etc. are omitted from the hardware list.

CONFIDENTIAL AND PROPRIETARY INFORMATION
Unauthorized use, duplication, or dissemination is prohibited.

AR02481

Detailed diagrams will be made available Pre-Event, detailing IP address, interfaces, and specific cable routing. An example of such a diagram (enlarged view) is presented below. The 2018 design would be a similar ring topology, however it would utilize fiber for primary connectivity, with a copper failover.



CONFIDENTIAL AND PROPRIETARY INFORMATION
Unauthorized use, duplication, or dissemination is prohibited.

AR02482

be configured for alerting via email. A login to the LibreNMS instance will be made available to BLM staff, and alerting (via SMTP email) may also be shared as requested.

"Real-time" (~5 min delay, depending on the polling interval) network utilization, throughput, etc., information will be available in a self-serve web interface for BLM staff.



The Weathermap functionality will present a physical layer map of switches and related metadata, such as throughput in percentage of interface capacity or actual Mbps. Such throughput data can be visualized with a color coded legend.

Oxidized provides automatic backup of router & switch configurations, and any change in configuration will be noted in a version control system. This mechanism provides a "snapshot" of a prior known configuration - should such a configuration rollback be needed.

Finally, a dedicated syslog VM will capture infrastructure logging data from routers, switches, UPS's, and related infrastructure. Such logs are useful in debugging scenarios and/or incident review activities.

CONFIDENTIAL AND PROPRIETARY INFORMATION
Unauthorized use, duplication, or dissemination is prohibited.

**Allan Mederos**
Lyon County School District
IT Administrator
775-316-0442
amederos@lyoncsd.org

**Justin Aguilar**
Mason Valley Boys and Girls Club
NITC Event Coordinator
775-750-2052
justin@nightinthecountry.org

**Michael Yepez**
Ormat Geothermal
Nevada Network Administrator
775-434-9825
myepez@ORMAT.COM

**Introduction**: Two P LLC provides consultation on both  traditional and temporary networks, from data centers to remote locations. As mentioned in Appendix 4, Two P has deployed or been instrumental in a number of event based temporary networks in the past. These range from smaller events like SFMusicTech Summit[1] (Producer: Brian Zisk) and The Future of Money and Technology Summit[2] (Producer: Brian Zisk), to larger events such as The Strawberry Music Festival[3] and Burning Man.

**Name of Project**: Internet Network for South East Farallon Island (SEFI)
**Location of Project**: SEFI, 50 Km due west of San Francisco.
**Order Reference Number**: Same as "Name of Project"
**Total cost for Project**: Over time it has been approximately $50K for labor, capex, and in-kind donations.
**Name of Agency/Entity**: Three parties: US Fish and Wildlife, Point Blue, California Academy of Science
**Point of Contact (including Phone Numbers)**: US Fish and Wildlife is Jonathan Shore, Jonathan_Shore@fws.gov, Phone: 510-792-0222, ext. 224, cell: 510-377-5926.
**Description of services performed (to show relevance to this project)**:
As an example of working in challenging environments, Two P has supported the Farallon Islands National Wildlife Refuge connectivity requirements since 2009. The

---

[1] http://www.sfmusictech.com
[2] http://www.futureofmoney.com
[3] http://strawberrymusic.com

CONFIDENTIAL AND PROPRIETARY INFORMATION
Unauthorized use, duplication, or dissemination is prohibited.

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | 1 REQUISITION NUMBER | PAGE | OF |
|---|---|---|---|
| *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | 0040388604 | 1 | 23 |

| 2. CONTRACT NO | | 3 AWARD/ EFFECTIVE DATE | 4 ORDER NUMBER | 5 SOLICITATION NUMBER 140L3918Q0055 | 6 SOLICITATION ISSUE DATE 04/27/2018 |
|---|---|---|---|---|---|

FOR SOLICITATION INFORMATION CALL:

a. NAME Gregory Kothman

b. TELEPHONE NUMBER *(No collect calls)* (775) 861-6440

8 OFFER DUE DATE/LOCAL TIME 05/30/2018 1700 PT

9. ISSUED BY   CODE LVA

BLM NV-STATE OFC BGT&FIN SVC(NV955)
1340 FINANCIAL BLVD.
RENO NV 89502

10. THIS ACQUISITION IS ☐ UNRESTRICTED OR ☒ SET ASIDE 100.00 % FOR.

☒ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

WOMEN-OWNED SMALL BUSINESS
☐ (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☐ 8(A)

NAICS 517919
SIZE STANDARD $32.5

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED ☐ SEE SCHEDULE | 12 DISCOUNT TERMS | ☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b RATING |
|---|---|---|---|
| | | 14. METHOD OF SOLICITATION ☒ RFQ ☐ IFB ☐ RFP | |

15. DELIVER TO   CODE 0004276794

BLM-NV WINNEMUCCA DISTRICT OFFICE
5100 E WINNEMUCCA BLVD
WINNEMUCCA NV 89445

16 ADMINISTERED BY   CODE LVA

BLM NV-STATE OFC BGT&FIN SVC(NV955)
1340 FINANCIAL BLVD.
RENO NV 89502

17a. CONTRACTOR/ OFFEROR   CODE *1NZA6*   FACILITY CODE

High Desert Internet
16 Salvadore DR #1
Fernley NV 89408

TELEPHONE NO

18a PAYMENT WILL BE MADE BY   CODE

☐ 17b CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO. | 20 SCHEDULE OF SUPPLIES/SERVICES | 21 QUANTITY | 22 UNIT | 23 UNIT PRICE | 24 AMOUNT |
|---|---|---|---|---|---|
| | Delivery: 12/31/2018 Period of Performance: 07/31/2018 to 12/31/2018 DUNS: 829167084 A Firm Fixed Price Purchase Order will be issued in accordance with the attached Statement of Work and associated terms and conditions. | | | | |
| 00010 | NETWORK SERVICES SUPPORT AT 2018 BURNING MAN EVENT Continued ... *(Use Reverse and/or Attach Additional Sheets as Necessary)* | 1 | | 130,618.00 | $130,618.00 |

25. ACCOUNTING AND APPROPRIATION DATA

26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*

☒ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED.   ADDENDA ☒ ARE ☐ ARE NOT ATTACHED.
☐ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.   ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.

☒ 28 CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN   1   COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED

☐ 29. AWARD OF CONTRACT:   OFFER DATED ____ . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR

30b. NAME AND TITLE OF SIGNER *(Type or print)*
Douglas / Dawson   President

30c. DATE SIGNED 5-30-18

31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*

31b NAME OF CONTRACTING OFFICER *(Type or print)*
Gregory Kothman

31c. DATE SIGNED

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

AR02485

| | | | |
|---|---|---|---|
| 3 | 55" Monitors (jail, PTZ, & monitoring) | $500.00 | $1,500.00 |
| 1 | Axis Communications T8311 Joystick | $300.00 | $300.00 |
| 6 | Ubnt video cameras - indoor | $175.00 | $1,050.00 |
| 2 | Ubnt video cameras - outdoor | $175.00 | $350.00 |
| 1 | Ubnt UniFi NVR | $300.00 | $300.00 |
| 15 | 4 ct SMF 250' fiber cables | $187.50 | $2,812.50 |
| 1 | 12 ct SMF 500' fiber cable | $1,125.00 | $1,125.00 |
| 1 | Tower rental (center camp sub-station PTZ) | $1,000.00 | $1,000.00 |
| | | | $63,118.00 |

## Other Direct Costs

| Description | Sub Total |
|---|---|
| Consumables - Cat5e cabling, RJ45 plugs, tape labels, velcro, screws, zipties, fiber cleaning materials, etc | $2,000.00 |
| VoIP minutes, 20x 775 area code DID SIP accounts (assumes similar usage patterns as 2017) | $500.00 |
| Travel (gas, insurance, rental vechices) and subsistence (lodging, food) | $7,000.00 |
| | $9,500.00 |

## Labor

Costs include allocation for staging activities prior to pre-event phase, during event, and post event cleanup activities.

| Description | Sub Total |
|---|---|
| Project management & staging facilitation - diagrams, conf calls, emails, documentation, IP network planning, pre-configure network equipment, etc. provided by High Desert & Two P 3x personnel | $9,000.00 |
| Off-site systems administration (VM server build, SIP VoIP, monitoring infrastructure, etc) provided by Two P 1x personnel | $9,000.00 |

CONFIDENTIAL AND PROPRIETARY INFORMATION
Unauthorized use, duplication, or dissemination is prohibited.

AR02486

4/27/2018                                    https://www.wdol.gov/wdol/scafiles/std/15-5601.txt?v=5

WD 15-5601 (Rev.-5) was first posted on www.wdol.gov on 01/16/2018
**************************************************************************

| | |
|---|---|
| REGISTER OF WAGE DETERMINATIONS UNDER | U.S. DEPARTMENT OF LABOR |
| THE SERVICE CONTRACT ACT | EMPLOYMENT STANDARDS ADMINISTRATION |
| By direction of the Secretary of Labor | WAGE AND HOUR DIVISION |
| | WASHINGTON D.C.  20210 |

|  |  |
|---|---|
| | Wage Determination No.: 2015-5601 |
| Daniel W. Simms          Division of | Revision No.: 5 |
| Director          Wage Determinations | Date Of Revision: 01/10/2018 |

Note: Under Executive Order (EO) 13658, an hourly minimum wage of $10.35 for
calendar year 2018 applies to all contracts subject to the Service Contract
Act for which the contract is awarded (and any solicitation was issued) on or
after January 1, 2015. If this contract is covered by the EO, the contractor
must pay all workers in any classification listed on this wage determination
at least $10.35 per hour (or the applicable wage rate listed on this wage
determination, if it is higher) for all hours spent performing on the contract
in calendar year 2018. The EO minimum wage rate will be adjusted annually.
Additional information on contractor requirements and worker protections under
the EO is available at www.dol.gov/whd/govcontracts

State: Nevada

Area: Nevada Counties of Elko, Eureka, Humboldt, Lander, Pershing, White Pine

```
                **Fringe Benefits Required Follow the Occupational Listing**
OCCUPATION CODE - TITLE                                    FOOTNOTE         RATE
01000 - Administrative Support And Clerical Occupations
  01011 - Accounting Clerk I                                                15.19
  01012 - Accounting Clerk II                                               17.06
  01013 - Accounting Clerk III                                              19.08
  01020 - Administrative Assistant                                          25.12
  01035 - Court Reporter                                                    19.55
  01041 - Customer Service Representative I                                 13.61
  01042 - Customer Service Representative II                                15.30
  01043 - Customer Service Representative III                               16.70
  01051 - Data Entry Operator I                                             11.86
  01052 - Data Entry Operator II                                            13.86
  01060 - Dispatcher, Motor Vehicle                                         21.62
  01070 - Document Preparation Clerk                                        15.67
  01090 - Duplicating Machine Operator                                      15.67
  01111 - General Clerk I                                                   14.06
  01112 - General Clerk II                                                  15.35
  01113 - General Clerk III                                                 17.51
  01120 - Housing Referral Assistant                                        21.80
  01141 - Messenger Courier                                                 11.66
  01191 - Order Clerk I                                                     13.77
  01192 - Order Clerk II                                                    16.29
  01261 - Personnel Assistant (Employment) I                               15.92
  01262 - Personnel Assistant (Employment) II                              17.82
  01263 - Personnel Assistant (Employment) III                             19.86
  01270 - Production Control Clerk                                          20.88
  01290 - Rental Clerk                                                      14.77
  01300 - Scheduler, Maintenance                                           17.48
  01311 - Secretary I                                                       17.48
  01312 - Secretary II                                                      19.55
  01313 - Secretary III                                                     21.80
  01320 - Service Order Dispatcher                                          17.78
  01410 - Supply Technician                                                 25.12
  01420 - Survey Worker                                                     17.81
  01460 - Switchboard Operator/Receptionist                                 14.53
```

```
      12190 - Medical Record Technician                                  17.41
      12195 - Medical Transcriptionist                                   21.43
      12210 - Nuclear Medicine Technologist                              46.44
      12221 - Nursing Assistant I                                        11.05
      12222 - Nursing Assistant II                                       12.42
      12223 - Nursing Assistant III                                      13.56
      12224 - Nursing Assistant IV                                       15.22
      12235 - Optical Dispenser                                          22.28
      12236 - Optical Technician                                         15.88
      12250 - Pharmacy Technician                                        18.71
      12280 - Phlebotomist                                               15.22
      12305 - Radiologic Technologist                                    31.84
      12311 - Registered Nurse I                                         27.63
      12312 - Registered Nurse II                                        35.14
      12313 - Registered Nurse II, Specialist                            35.14
      12314 - Registered Nurse III                                       40.94
      12315 - Registered Nurse III, Anesthetist                          40.94
      12316 - Registered Nurse IV                                        49.04
      12317 - Scheduler (Drug and Alcohol Testing)                       29.68
      12320 - Substance Abuse Treatment Counselor                        29.68
   13000 - Information And Arts Occupations
      13011 - Exhibits Specialist I                                      22.43
      13012 - Exhibits Specialist II                                     27.78
      13013 - Exhibits Specialist III                                    33.99
      13041 - Illustrator I                                              22.43
      13042 - Illustrator II                                             27.78
      13043 - Illustrator III                                            33.99
      13047 - Librarian                                                  30.77
      13050 - Library Aide/Clerk                                         17.58
      13054 - Library Information Technology Systems                     27.78
      Administrator
      13058 - Library Technician                                         20.75
      13061 - Media Specialist I                                         20.05
      13062 - Media Specialist II                                        22.43
      13063 - Media Specialist III                                       25.00
      13071 - Photographer I                                             17.46
      13072 - Photographer II                                            19.51
      13073 - Photographer III                                           24.18
      13074 - Photographer IV                                            29.57
      13075 - Photographer V                                             35.78
      13090 - Technical Order Library Clerk                              15.49
      13110 - Video Teleconference Technician                            20.97
   14000 - Information Technology Occupations
      14041 - Computer Operator I                                        15.70
      14042 - Computer Operator II                                       17.56
      14043 - Computer Operator III                                      19.59
      14044 - Computer Operator IV                                       21.76
      14045 - Computer Operator V                                        24.09
      14071 - Computer Programmer I               (see 1)                22.61
      14072 - Computer Programmer II              (see 1)
      14073 - Computer Programmer III             (see 1)
      14074 - Computer Programmer IV              (see 1)
      14101 - Computer Systems Analyst I          (see 1)
      14102 - Computer Systems Analyst II         (see 1)
      14103 - Computer Systems Analyst III        (see 1)
      14150 - Peripheral Equipment Operator                              15.70
      14160 - Personal Computer Support Technician                       21.76
      14170 - System Support Specialist                                  23.36
   15000 - Instructional Occupations
      15010 - Aircrew Training Devices Instructor (Non-Rated)            29.62
      15020 - Aircrew Training Devices Instructor (Rated)                39.42
      15030 - Air Crew Training Devices Instructor (Pilot)               40.72
      15050 - Computer Based Training Specialist / Instructor            29.62
      15060 - Educational Technologist                                   34.68
      15070 - Flight Instructor (Pilot)                                  40.72
```

AR02488

```
    23370 - General Maintenance Worker                           19.22
    23380 - Ground Support Equipment Mechanic                    30.65
    23381 - Ground Support Equipment Servicer                    26.00
    23382 - Ground Support Equipment Worker                      27.50
    23391 - Gunsmith I                                           22.28
    23392 - Gunsmith II                                          25.04
    23393 - Gunsmith III                                         27.84
    23410 - Heating, Ventilation And Air-Conditioning            26.08
    Mechanic
    23411 - Heating, Ventilation And Air Contidioning            27.38
    Mechanic (Research Facility)
    23430 - Heavy Equipment Mechanic                             27.83
    23440 - Heavy Equipment Operator                             24.61
    23460 - Instrument Mechanic                                  28.92
    23465 - Laboratory/Shelter Mechanic                          26.42
    23470 - Laborer                                              14.06
    23510 - Locksmith                                            25.28
    23530 - Machinery Maintenance Mechanic                       27.59
    23550 - Machinist, Maintenance                               24.97
    23580 - Maintenance Trades Helper                            18.47
    23591 - Metrology Technician I                               28.92
    23592 - Metrology Technician II                              30.22
    23593 - Metrology Technician III                             31.69
    23640 - Millwright                                           27.84
    23710 - Office Appliance Repairer                            24.40
    23760 - Painter, Maintenance                                 18.20
    23790 - Pipefitter, Maintenance                              27.67
    23810 - Plumber, Maintenance                                 26.88
    23820 - Pneudraulic Systems Mechanic                         27.84
    23850 - Rigger                                               27.84
    23870 - Scale Mechanic                                       25.04
    23890 - Sheet-Metal Worker, Maintenance                      28.12
    23910 - Small Engine Mechanic                                20.33
    23931 - Telecommunications Mechanic I                        25.94
    23932 - Telecommunications Mechanic II                       27.37
    23950 - Telephone Lineman                                    25.08
    23960 - Welder, Combination, Maintenance                     26.49
    23965 - Well Driller                                         30.46
    23970 - Woodcraft Worker                                     27.84
    23980 - Woodworker                                           22.03
 24000 - Personal Needs Occupations
    24550 - Case Manager                                         15.19
    24570 - Child Care Attendant                                 10.95
    24580 - Child Care Center Clerk                              14.96
    24610 - Chore Aide                                           10.44
    24620 - Family Readiness And Support Services                15.19
    Coordinator
    24630 - Homemaker                                            16.68
 25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                        27.69
    25040 - Sewage Plant Operator                                29.59
    25070 - Stationary Engineer                                  27.69
    25190 - Ventilation Equipment Tender                         20.91
    25210 - Water Treatment Plant Operator                       29.59
 27000 - Protective Service Occupations
    27004 - Alarm Monitor                                        24.00
    27007 - Baggage Inspector                                    13.90
    27008 - Corrections Officer                                  25.60
    27010 - Court Security Officer                               25.60
    27030 - Detection Dog Handler                                18.18
    27040 - Detention Officer                                    25.60
    27070 - Firefighter                                          25.13
    27101 - Guard I                                              13.90
    27102 - Guard II                                             18.18
    27131 - Police Officer I                                     30.96
```

```
31000 - Transportation/Mobile Equipment Operation Occupations
    31010 - Airplane Pilot                              28.85
    31020 - Bus Aide                                    15.82
    31030 - Bus Driver                                  20.61
    31043 - Driver Courier                              17.35
    31260 - Parking and Lot Attendant                   11.65
    31290 - Shuttle Bus Driver                          17.64
    31310 - Taxi Driver                                 11.80
    31361 - Truckdriver, Light                          17.64
    31362 - Truckdriver, Medium                         19.45
    31363 - Truckdriver, Heavy                          27.15
    31364 - Truckdriver, Tractor-Trailer                27.15
99000 - Miscellaneous Occupations
    99020 - Cabin Safety Specialist                     14.07
    99030 - Cashier                                     10.48
    99050 - Desk Clerk                                  10.44
    99095 - Embalmer                                    23.85
    99130 - Flight Follower                             23.85
    99251 - Laboratory Animal Caretaker I               12.74
    99252 - Laboratory Animal Caretaker II              13.57
    99260 - Marketing Analyst                           23.46
    99310 - Mortician                                   23.85
    99410 - Pest Controller                             19.88
    99510 - Photofinishing Worker                       12.53
    99710 - Recycling Laborer                           15.08
    99711 - Recycling Specialist                        17.39
    99730 - Refuse Collector                            15.43
    99810 - Sales Clerk                                 14.32
    99820 - School Crossing Guard                       15.43
    99830 - Survey Party Chief                          32.98
    99831 - Surveying Aide                              22.24
    99832 - Surveying Technician                        24.18
    99840 - Vending Machine Attendant                   14.96
    99841 - Vending Machine Repairer                    17.92
    99842 - Vending Machine Repairer Helper             14.96
```

Note: Executive Order (EO) 13706, Establishing Paid Sick Leave for Federal
Contractors, applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1,
2017.  If this contract is covered by the EO, the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work, up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness, injury or other health-related needs, including preventive care; to
assist a family member (or person who is like family to the employee) who is ill,
injured, or has other health-related needs, including preventive care; or for
reasons resulting from, or to assist a family member (or person who is like family
to the employee) who is the victim of, domestic violence, sexual assault, or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.41 per hour or $176.40 per week or $764.40 per month

HEALTH & WELFARE EO 13706: $4.13 per hour, or $165.20 per week, or $715.87 per
month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706, Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

AR02490

screening, blending, dying, mixing, and pressing of sensitive ordnance, explosives,
and pyrotechnic compositions such as lead azide, black powder and photoflash powder.
All dry-house activities involving propellants or explosives.  Demilitarization,
modification, renovation, demolition, and maintenance operations on sensitive
ordnance, explosives and incendiary materials.  All operations involving re-grading
and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that
represents a low degree of hazard when working with, or in close proximity to
ordnance, (or employees possibly adjacent to) explosives and incendiary materials
which involves potential injury such as laceration of hands, face, or arms of the
employee engaged in the operation, irritation of the skin, minor burns and the like;
minimal damage to immediate or adjacent work area or equipment being used.  All
operations involving, unloading, storage, and hauling of ordnance, explosive, and
incendiary ordnance material other than small arms ammunition.  These differentials
are only applicable to work that has been specifically designated by the agency for
ordnance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract
(either by the terms of the Government contract, by the employer, by the state or
local law, etc.), the cost of furnishing such uniforms and maintaining (by
laundering or dry cleaning) such uniforms is an expense that may not be borne by an
employee where such cost reduces the hourly rate below that required by the wage
determination. The Department of Labor will accept payment in accordance with the
following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an
adequate number of uniforms without cost or to reimburse employees for the actual
cost of the uniforms.  In addition, where uniform cleaning and maintenance is made
the responsibility of the employee, all contractors and subcontractors subject to
this wage determination shall (in the absence of a bona fide collective bargaining
agreement providing for a different amount, or the furnishing of contrary
affirmative proof as to the actual cost), reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However, in
those instances where the uniforms furnished are made of "wash and wear"
materials, may be routinely washed and dried with other personal garments, and do
not require any special treatment such as dry cleaning, daily washing, or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract, by the contractor, by law, or by the nature of the work,
there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
"Service Contract Act Directory of Occupations", Fifth Edition (Revision 1),
dated September 2015, unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE, Standard
Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e., the work to
be performed is not performed by any classification listed in the wage
determination), be classified by the contractor so as to provide a reasonable
relationship (i.e., appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification, wage rate, and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day

Case 1:19-cv-03729-DLF   Document 35-3   Filed 07/12/21   Page 464 of 762

7/3/2018   D--Provide Special Event IP Network, Technical Services and Support - 140L3918Q0055 (Archived) - Federal Business Opportunities: Opportunit...



## D--Provide Special Event IP Network, Technical Services and Support
**Solicitation Number: 140L3918Q0055**
Agency: Department of the Interior
Office: Bureau of Land Management
Location: Nevada Region

**Notice Type:**
Combined Synopsis/Solicitation

**Original Posted Date:**
April 27, 2018

**Posted Date:**
May 16, 2018

**Response Date:**
May 30, 2018

**Original Response Date:**
May 30, 2018

**Archiving Policy:**
Automatic, on specified date

**Archive Date:**
June 14, 2018

**Original Set Aside:**
Total Small Business

**Set Aside:**
Total Small Business

**Classification Code:**
D -- Information technology services, including telecommunications services

**NAICS Code:**
517 -- Telecommunications/517919 -- All Other Telecommunications

**Synopsis:**
Added: Apr 27, 2018 7:44 pm   Modified: May 16, 2018 2:31 pm   Track Changes
Provide IP Network, Technical Services and Support to BLM NV during permitted special event Burning Man 2018

IGF::OT::IGF

**Additional Info:**
Click here to see more information about this opportunity on FedConnect

**Contracting Office Address:**
BLM NV-STATE OFC BGT&FIN SVC(NV955)
1340 FINANCIAL BLVD.
RENO
NV



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Nevada State Office
1340 Financial Boulevard
Reno, Nevada 89502-7147
http://www.blm.gov/nv



In Reply Refer To:
NV955

## DETERMINATION AND FINDINGS

**Purchase Requisitions 0040388604 Burning Man 2018 Network Services & Support**

The nature of this action is to place a purchase order for commercial services.

## FINDINGS

Based on previous orders and internet market research, network service providers are commonly available in the commercial market place. Based on previous acquisitions, there is adequate small business competition. The Government IGCE is $110,000.00.

## DETERMINATION

Based on the findings, I have determined to solicit this requirement as a total small business set aside on an open market basis.


Gregory Kothman
Contracts Specialist

<u>27 April 2018</u>
Date

AR02493



AR02494

| RFQ 140L3918Q0055 | 2018 Burning Man Event BLM Network Services & Support | Page 1 of 7 |

## QUOTATION PREPARATION INSTRUCTIONS

In order to participate in this RFQ, all interested parties must submit a Technical Volume and Price Volume responding to the requirements identified herein. The Technical Volume must be separate from the Price Volume and both must be sent as electronic attachments.

Your quote shall become the property of the Government and will not be returned. If your quote contains information that you do not wish disclosed to the public or used by the Government for any purpose other than evaluation of your quote, such restrictions shall be clearly indicated on each sheet containing such information. Prior to submission of your quote, the Quoter is expected to reach an understanding of the requirements of this solicitation. If such a review establishes the need for correction or clarification, such information should immediately be brought to the attention of the Contracting Officer so that the matter can be resolved. The Government reserves the right to request such additional information as may be necessary to determine the Quoter's qualifications for award of an Order or to clarify any aspects of the technical and/or business quotes. Such information shall be furnished promptly upon the Government's request. Copies of the successful quote will be retained only as needed for contract administration and monitoring.

is the Quoters' responsibility to read the RFQ and all related documents carefully and completely and to monitor e-mail for any updates to the RFQ on a regular basis. Additionally, it is the Quoter's responsibility to ensure/verify the Government receives its submission on or before the submission due date and time specified.

All quotation documents shall be submitted in Microsoft Excel, Microsoft Word, Microsoft Visio or other non-protected formats, except in circumstances where noted otherwise, such as Adobe PDF.

| Phase 1 | |
|---|---|
| **Section** | **Technical Volume** |
| 1 | Technical Capabilities **Limited to 10 Pages** |
| **Appendices** | All appendices are REQUIRED, unless otherwise indicated. |
| **Appendix 1** | Technical Assumptions, Conditions, Or Exceptions (Optional) |
| **Appendix 2** | Staffing Plan |
| **Appendix 3** | Personnel |
| **Appendix 4** | Sub-Contractors (Optional) |
| **Appendix 5** | Hardware List |
| **Appendix 6** | System Architecture Drawings |

number(s) of the SOW being addressed by the quoter shall be clearly referenced within each section of the vendor's quote.

## Section 1 –Technical Quote

The written technical quote should address the subjects identified above and **shall not exceed ten (10) one-sided pages** in length.  Text font shall be no smaller than 12 point (font associated with imbedded pictures and/or diagrams may be smaller, but must be legible).  Double sided pages will count as two pages towards the page count.  Use bullets to highlight key items, and keep wording concise and to the point.  The cover page, cover letter and index of the technical submission do not count against the page limit.  Any documentation in excess of the page limit will not be evaluated.

**At a minimum, the technical quote shall identify and thoroughly describe the quoter's approach to the following (as applicable):**

1. Ability to meet the technical requirements described in the SOW.
2. Ability to meet the System Standards Compliance described the SOW.
3. Ability to meet the Legal Authorities And Regulatory Requirements described in the SOW.
4. All required appendices.



**Appendix 5: Hardware List**
A **Hardware List section** is required from each Quoter, and **is not included** in the page count limit. Provide each vendor-provided hardware component, its part number, description and specifications. **Do not** include pricing information in this appendix.

**Appendix 6: System Architecture Drawings**
**System Architecture drawings are required** from each Quoter, and **are not included** in the page count limit. Quoters shall provide a Microsoft Visio diagram (or equivalent) showing high-level draft of network system architecture **and** shall provide a Microsoft Visio diagram (or equivalent, PDF, etc.) showing detail-level draft of network system architecture. **Do not** include pricing information in this appendix. Contractor must provide a technical drawing, which shows their network design concept for this project.

Drawing(s) shall address the following at minimum:

- Relationship of network to Internet Service Provider (ISP) connection.
- Relationship of (all) hardware components
- Presumed physical locations of all components
- Relationship of Primary System Environment to "Failover" environment.
- Assumed wired data line / network connections between components.
- Assumed wireless data line / network connections between components.

**Appendix 7: Network Monitoring Plan**
A **Network Monitoring Plan** is required from each Quoter, and **is not included** in the page count limit. Provide a plan which details the hardware, software and engineering approach to network monitoring as outlined in the RFQ. **Do not** include pricing information in this appendix.

**Appendix 8: Past Performance**
**Evidence of recent experience** with the same type of work (meaning network design, installation, service and support work,) of the same type, dollar value, and complexity, performed within the past 2 years); provide at least two references, to include name of firm, point of contact (POC) name, POC phone number and POC email address, and a brief description of the work performed.  Evidence of supporting subcontractors, consultants, and business partners will be considered. **Do not** include pricing information in this appendix, however, do include dollar value of past projects where appropriate.

Sub-Contracting information
Contractor must provide a list of any known sub-contractors who will be used to support their solution. This information should be one (1) page maximum.

**Section 2 –Price Quote**

The price quote shall be a separate volume from the written technical quote volume.  Quoters must provide a quote on all items requested in order to be considered for award.  The price quote shall clearly identify the

| RFQ 140L3918Q0055 | 2018 Burning Man Event BLM Network Services & Support | Page 7 of 7 |
|---|---|---|

## PERIOD FOR ACCEPTANCE OF QUOTATIONS

The Quoter agrees to hold the pricing shown on its quotation firm for 45 calendar days from the date specified for receipt of quotations, unless another time period is specified in an addendum to the solicitation. Your quote shall become the property of the Government and will not be returned. If your quote contains information that you do not wish disclosed to the public or used by the Government for any purpose other than evaluation of your quote, such restrictions shall be clearly indicated on each sheet containing such information.

Prior to submission of a quote, the Quoter is expected to reach an understanding of the requirements described within this solicitation. If such a review establishes the need for correction or clarification, such information shall immediately be brought to the attention of the Contracting Officer so that the matter can be resolved. The Government reserves the right to request such additional information as may be necessary to determine the Quoter's qualifications for award of a Purchase Order or to clarify any aspects of the quotation (technical, price, or appendices). Such information shall be furnished promptly upon the Government's request. Copies of quotations will be retained only as-needed for Purchase Order administration and monitoring.



# United States **D**epartment of the Interior

OFFICE OF THE SECRETARY
Washington, DC 20240



MAR   3 2010

Memorandum

To:         Sanjeev (Sonny) Bhagowalia
            Chief Information Officer

From:       Lawrence K. Ruffin 
            Chief Information Security Officer

Subject:    Request and Risk Acceptance for Permanent Opening of Social Media and Web
            2.0 Technology Websites

The Department of the Interior's bureaus/offices have diverse missions requiring them to engage
the public and interact with other Federal Government agencies through Social Media and
Web 2.0 technology websites. Many of Interior's bureaus/offices and other agencies have
already established presence on some of these types of sites and the success of their missions and
business processes rely heavily on their ability to more effectively and efficiently make use of
those sites through broader access and participation/contribution of their employees in the
utilization of those services.

The Cyber Security Division (CSD), within the Department's Office of the Chief Information
Officer (OCIO) has received numerous requests from Interior's bureaus/offices to provide broad
access to YouTube, Facebook, Flickr and Twitter. In recognition of the ongoing concerns
regarding the risks (see attached) associated with use of those sites, and these technologies in
general, I am recommending consideration to allow broad access to only specific sections of
those websites to enable Interior's bureaus/offices to utilize them to help enhance the
effectiveness and efficiency of their mission/business functions. The following is an initial list
of some of the specific sections of those sites being requested to be accessible by all of Interior's
employees and contractors.

http://www.facebook.com/SecretarySalazar

http://www.facebook.com/nationalparkservice

http://www.flickr.com/photos/USInterior

http://www.twitter.com/NatlParkService

http://www.twitter.com/USGS

http://www.twitter.com/USInteriorNews

bureaus/offices have a need to utilize these services to conduct meetings and provide training that are not sensitive in nature.

http://connectnow.acrobat.com

http://gotomeeting.com

http://gotowebinar.com

http://gotoassist.com

http://www.webex.com/

http://www.govloop.com/

http://office.microsoft.com/en-us/livemeeting/default.aspx

It is requested that the above sites be made generally accessible by all of Interior's employees and contractors within bureaus/offices.

For any of the sites being approved for general access, each bureau/office may elect to not allow all of their employees/contractors to have such access and CSD will consult with the Bureau Chief Information Security Officers (BCISO) to identify any access restrictions to these sites as they might deem appropriate.

Attachment

cc:    Andrew Jackson, DAS-Technology, Information and Business Services
       Bureau/Office CIOs
       Bureau/Office DCIOs
       Bureau/Office CISOs

AR02500

Attachment

**Departmental Approval**

_____          3-3-2010

Sanjeev (Sonny) Bhagowalia
Chief Information Officer
DOI Designated Approving/Accrediting Authority (DAA)          Date

_____          4-24-2010

Andrew Jackson          Date
Deputy Assistant Secretary
Technology, Information and Business Services

2

AR02501

**UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
BLM BURNING MAN OPERATION 2018**

**STATEMENT OF WORK (SOW)**

**For providing IP Network, technical services and support to BLM in the Gerlach, NV area
for the 2018 Burning Man Event**

**PROJECT TITLE:**

2018 Burning Man Event BLM Network Services & Support

**BACKGROUND:**

The Burning Man Recreational Event is an international art festival and an experiment in a
"temporary community dedicated to radical self-expression and self-reliance". The temporary
community of Black Rock City is created for eight days and becomes the seventh largest city in
Nevada. The event takes place on the Black Rock Desert within the Black Rock/High Rock
NCA, managed by the Winnemucca District Office. A Special Recreation Permit (SRP) is
issued to Black Rock City LLC, which is responsible for all activities within Black Rock City.
The SRP has approximately 13 general stipulations and 60 special stipulations. The BLM also
generates a Closure Order for the event that is announced in the Federal Register, which
designates the event area as a temporary closure and documents temporary restriction of certain
activities within the temporary closure.

The BLM's operational mission is to ensure public safety and resource protection through the
enforcement of the event closure order, the SRP stipulations, Federal laws/regulations and
Nevada state laws/regulations at the event. To accomplish this mission the BLM has adopted the
Incident Command System (ICS) and integrated multiple agencies into one operation. The ICS
operation will be a combination of overhead, operational and support positions. The ICS
operation will cover all three event periods of the detail: Pre-Event; Main Event; Post-Event
(8/21 - 9/6: 17 days).

**SCOPE OF WORK:**

The Contractor shall provide a fully functional computer network, technical services, technical
support, software applications and hardware to ensure a fully functional, operational and reliable
Law Enforcement Data network and Incident network at the BLM Headquarters (BLM JOC) and
other nearby locations in "Black Rock City, Nevada."

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
BLM BURNING MAN OPERATION 2018

STATEMENT OF WORK (SOW)

inside the "critical" buildings as identified by the government for all BLM furnished devices i.e. laptops, printers, fax machines, as-well-as the contractor supplied VOIP phones. Each building will require access to multiple VLANs and will require multiple network drops to connect computers, phones, printers, faxes, copiers, cameras, etc. A trenching machine is available on site to assist with long or difficult cable runs as needed and will be coordinated on-site through the Burning Man / BLM Facilities Manager. The "critical" buildings are shown on an attached map, but this is a highly dynamic event and the contractor should account for unplanned changes and adjustments. The Government will furnish a drawing of all buildings and all building layouts. At the end of the event, the contractor must remove all cabling. All cabling must adhere to the American National Standards Institute (ANSI) Telecommunications Industry Association (TIA) ANSI/TIA-568.

> Critical Buildings for wired Ethernet:
> - Integrated Command
> - Event Support
> - Emergency Dispatch Center (EDC) aka "Dispatch"
> - Jail
> - Medical
> - Investigations
> - Report writing
> - Radio Trailer

4. **GOVERNMENT only Wi-Fi access at BLM JOC:**
   Contractor must provide robust, reliable, Wi-Fi network to provide coverage of the entire BLM JOC, both indoor and outdoor. Hidden and password protected SSID allows only BLM and other authorized personnel to access the Wi-Fi network. Wi-Fi network may or may not use MAC address control. MAC address control is not desirable due to the temporary nature of this network and event. Wi-Fi network must be capable of simultaneously supporting a minimum of 200 devices with independent leases and configurable leases. Wi-Fi frequency coordination with other parties will need to take place pre-event and onsite to ensure deconfliction takes place.

5. **Verizon Wireless LTE augmentation over IP:**
   Contractor must provide robust, reliable solution to provide coverage of the entire BLM JOC, both indoor and outdoor. Contractor to provide a solution for augmented Verizon LTE cell service at BLM JOC over the IP network for added capabilities and failover / backup. Must be capable of 40 simultaneous cellular telephone calls. Must be capable of using all available IP network bandwidth for LTE service, if needed. Contractor must be able to manage access list of cellular device subscribers from BLM, if needed. Contractor must be able to manage and adjust access list during event to add cellular device subscribers as needed throughout the event duration.

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
BLM BURNING MAN OPERATION 2018

STATEMENT OF WORK (SOW)

NVR must have the ability to easily extract the video through a USB port or SD Card for case information. The NVR should have the ability to simultaneously record the video to multiple recording devices, such as a Network Accessible Storage (NAS). The contractor must provide a minimum of two (2) signs which state "Warning Audio and Video Surveillance In Progress" or similar. The contractor must provide, install, setup and configure all related equipment at all locations. This segment of the network must be on its own LAN segment and isolated from all other LAN segments. The IP Cameras and NVR must be compatible with the following GFE:

https://www.synology.com/en-us/products/RS815

11. **Voice Over Internet Protocol (VOIP) telephone lines and telephones**
    Contractor must provide a minimum of 20 VOIP telephone circuits or independent phone lines, which must be capable of operating simultaneously and have individually assigned numbers. Each phone must allow for long distance calling through standard dialing procedures. International dialing capabilities are not needed and may be restricted. The contractor will be responsible for any and all charges associated with this service. The contractor will furnish a list of phone numbers to the government POC, as soon as possible before the event. The contractor shall provide a minimum of twenty (20) telephone handsets, setup installed and maintained. These handsets must include a speakerphone function. Due to the dynamic nature of event setup, additional VOIP telephone circuits and handsets should be easily available.

12. **Voice Over Internet Protocol (VOIP) Facsimile (FAX) lines**
    Contractor must provide a minimum of two (2) VOIP fax circuits or independent fax lines, which must be capable of operating simultaneously and have individually assigned numbers. Each fax must allow for long distance calling through standard dialing procedures. International dialing capabilities are not needed and may be restricted. The contractor will be responsible for any and all charges associated with this service. The contractor will furnish a list of fax numbers to the government POC, as soon as possible before the event. Fax machines are Government Furnished Equipment (GFE) and will support VOIP transmission.

13. Contract personnel must arrive on site at the location on Wednesday, August 15, 2018 and begin set-up and no later than 17:00 hours.

14. Network and Internet access to the Emergency Dispatch Center (EDC) will be a priority and must be delivered NLT Friday, August 17, at 23:59 hours.

15. System must be fully built, deployed, tested and operational by Monday, August 20, 2018 at 23:59 hours.

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
BLM BURNING MAN OPERATION 2018

STATEMENT OF WORK (SOW)

**25.** The contractor shall provide a "relatively" dust free / dust controlled environment for all indoor system electronics.

**26.** The contractor shall be responsible for lodging of contractor personnel on-site, at the JOC, through the use of a contractor furnished RV or camper trailer. The government will provide space for parking, power, potable water and sewage service.

**27.** The contractor shall be responsible for food and beverages for contractor personnel from August 15 through August 22. Catering service will begin on August 22, 2018. Catering service will conclude on September 5, 2018. The contractor shall be responsible for food and beverages for contractor personnel from September 6 to 8, 2018.

**28.** The contractor shall provide any on-site transportation needed for contractor personnel and contractor equipment at the location during the performance period.

**29.** The contractor shall be responsible for all transportation of all contractor personnel and contractor equipment to and from the event.

**30.** The contractor shall be responsible for all power for remote repeater locations and/or any part of the network, which is not at the BLM JOC or in Black Rock City.

**31.** If the contractor chooses to use solar power at remote repeater locations, the system must be engineered to include an uninterruptible power supply (UPS) capable of maintaining the system at "High Availability."

**32.** The contractor is encouraged to engineer the network to include an uninterruptible power supply (UPS) at the BLM JOC and the substation.

**33.** The contractor shall be available to participate in pre-coordination meetings by telephone and/or video teleconference.

**34.** The contractor shall provide network monitoring and network / web content filtering to increase productivity, regulate bandwidth usage, and prevent risky behavior through enforcement of granular policies on user activities. The contractor shall provide network hardware and/or software to control access to web sites, applications, and Web 2.0 platforms based on users, groups, time, bandwidth, and other criteria. The contractor will conduct these activities at the direction of the Project Inspector.

**35.** The contractor shall provide reports on network utilization and monitoring for the duration of the "Service Period." Daily, Weekly and Service Period Reports will be provided at the request of the Project Inspector. Proactive delivery of reports through electronic delivery by email is desired.

**UNITED STATES DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**
**BLM BURNING MAN OPERATION 2018**

**STATEMENT OF WORK (SOW)**

**ACKNOWLEDGEMENTS:**

The government acknowledges the network at the BLM JOC and within Black Rock City is dependent on power provided by the government and/or another contractor to the government. The contractor will not be responsible for system outages or failures, which are caused by lack of power or power inadequacies, which are outside of their control. Diverse power feeds will be made available at the Emergency Dispatch Center (EDC) and the shared network building. Diverse power feeds may be made available at other locations as needed through coordination with Black Rock City. The contractor is responsible for documenting, in writing, and immediately reporting any issues with power to the government project lead. The contractor is responsible for providing contractor power requirements for the location to the government in advance of the performance period, but not later than July 31, 2018.

The government acknowledges the network at the BLM JOC and within Black Rock City is dependent on transport provided by the government and/or another contractor to the government. The contractor will not be responsible for system outages or failures, which are caused by lack of transport or transport inadequacies. The contractor is responsible for documenting, in writing, and immediately reporting any issues with transport to the government project lead.

This Statement of Work and the response to the Bureau of Land Management's solicitation is for work to be provided to the Government only. Potential contractors are hereby notified, Black Rock City (BRC) aka Burning Man, LLC., has expressed interest in using the Government selected contractor to provide additional network service and support for BRC / Burning Man. A separate Statement of Work would be provided by BRC, after the government's award is made. Potential contractors would have the opportunity to bid on this work directly with BRC, provided it does not interfere with the government network service and support and specifically does not degrade the network service and support provided to the government. There is no guarantee for this work or opportunity. It is, however, in the best interest of the government and BRC to leverage this opportunity to work together for network service and support.

DELIVERABLES:

The tasks and responsibilities identified in the Statement of Work shall fall into the following categories:

1. Technical Services
2. Network Services
3. Data Services
4. System Administration Services
5. Network Administration Services
6. Accounting of Billable Activities

The contractor shall provide a detailed accounting of all billable services following the period for which the services were performed.

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
BLM BURNING MAN OPERATION 2018

## STATEMENT OF WORK (SOW)

### SYSTEM STANDARDS COMPLIANCE:

DOI may conduct an Assessment & Authorization (A&A) of the CAD/MDT system before the COR issues an Authority to Operate (ATO) on the DOI Network. If this assessment is conducted, the contractor will be required to answer questions, participate in the A&A process and potentially implement any information security changes necessary to facilitate receiving the ATO for this system.  The system may undergo continuous monitoring as set forth in NIST SP 800-37 rev. 4.

The system shall be fully compliant with the U.S Department of Justice (USDOJ), Federal Bureau of Investigation (FBI) Criminal Justice Information Services (CJIS) Security Policy.  An electronic copy of this policy will be provided at the contractor's request.

The system shall be fully compliant with the Nevada Criminal Justice Information System (NCJIS), which is the Nevada State Criminal Justice Interface. NCJIS Compliance is MANDATORY.

The system and any/all electronic and information technology procured through this effort must be compliant with 29 U.S.C § 794d - Electronic and information technology (Section 508 Compliance Amendment to the Rehabilitation Act of 1973) the applicable accessibility standards at 36 CFR 1194. 36 CFR 1194 implements Section 508 of the Rehabilitation Act of 1973, as amended, and is viewable at http://www.section508.gov.  Standards applicable to this requirement include: Functional Performance Criteria 1194.31 and Information, Documentation, and Support 1194.41.

## UNITED STATES DEPARTMENT OF THE INTERIOR
## BUREAU OF LAND MANAGEMENT
## BLM BURNING MAN OPERATION 2018

## STATEMENT OF WORK (SOW)

## LEGAL AUTHORITIES AND REGULATORY REQUIREMENTS:

The design, construction and operation of the network and transmission of all data must comply with all commonly accepted commercial network standard and regulations and with the following legal and regulatory requirements:

- 44 U.S.C. § 3541 – Federal Information Security Management Act (FISMA) of 2002
- National Institute of Standards and Technology (NIST), Federal Information Processing Standard (FIPS) Publication 140-2, Security Requirements for Cryptographic Modules
- National Institute of Standards and Technology (NIST), Federal Information Processing Standard (FIPS) Publication 197, Advanced Encryption Standard (AES) 256 bit cypher.
- 28 C.F.R. § 20 - Criminal Justice Information Systems
- 43 C.F.R. Public Lands: Interior
- 16 U.S.C. § 470 – National Historic Preservation Act
- 29 U.S.C § 794d - Electronic and Information Technology (Section 508 Compliance Amendment to the Rehabilitation Act of 1973)
- FBI CJIS Security Policy
- Department of the Interior Acquisition Policy Release (DIAPR) 2012-09 – IPv6
- Department of the Interior Request and Risk Acceptance for Permanent Opening of Social Media and Web 2.0 Technology Websites

All work shall be performed in accordance with NIST SP 800-37 rev. 4, 800-18, 800-30, 800-60, 800-53, 800-53A, Federal Information Processing Standard (FIPS) 199 & 200, DOI guides & templates, and the DOI Privacy Impact Assessment.

Guides and other references related to standards within this SOW may be found at:
NIST: http://csrc.nist.gov/publications/PubsSPs.html
NIST Checklist: http://checklists.nist.gov
FIPS: http://www.nist.gov/itl/fips.cfm
DOI Privacy Impact Assessment Guide:
https://www.doi.gov/sites/doi.gov/files/migrated/ocio/information_assurance/privacy/upload/DOI-PIA-Guide-09-30-2014.pdf
NIBRS: https://www.fbi.gov/about-us/cjis/ucr/nibrs.
DOJ Information Sharing: https://it.ojp.gov/2417
EDXL: https://en.wikipedia.org/wiki/EDXL
*Any other guides and templates shall be provided at time of award by the CO

The quoted solution may undergo Assessment & Authorization activities, and the quoted solution may undergo continuous monitoring as set forth in NIST SP 800-37 rev. 4. The contractor will take appropriate and timely action to correct or mitigate any weaknesses discovered during such activities.

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
BLM BURNING MAN OPERATION 2018

## STATEMENT OF WORK (SOW)

## U.S. DEPARTMENT OF THE INTERIOR ALLOWED MEETING SITES:

http://connectnow.acrobat.com
http://gotomeeting.com
http://gotowebinar.com
http://gotoassist.com
http://www.webex.com/
http://www.govloop.com/
http://office.microsoft.com/en-us/liveemeeting/ default.aspx


## U.S. DEPARTMENT OF THE INTERIOR ALLOWED SOCIAL MEDIA SITES:

http://www. facebook.com/SecretarySalazar http://www.facebook.com/nationalparkservice
http://www.flickr.com/photos/US Interior http://www.twitter.com/NatlParkService http://www.t
witter.com/US GS
http://www.twitter.com/USinteriorNews
http://www.youtube.com/user/esritv
http://www.youtube.com/user/FEMA
http://www. youtube.com/user/oceanexplorergov http://www.youtube.com/user/CDCStreamingH
ealthhttp://www.youtube.com/NationalParkService
http://www.youtube.com/USGS
http://www.youtube.com/USinterior
http://www.youtube.com/RecoveryBoard#play http://www.youtube.com/user/irsvideos
http://www.youtube.com/user/NationalParkService
http://www. youtube.com/user/oceanexplorergov http://www.youtube.com/user/usgs#play/all
http://www.youtube.com/user/USEPAgov
http://www.youtube.com/user/USGovernment
http://www.youtube.com/user/USFoodandDrugAdmin
http://www. youtube.com/user/ushomelandsecurity
http://www. youtube.com/user/usnistgov
http://www.youtube.com/user/whitehouse


Other sites as directed by the Project Inspector

```
PR: 40388604   Doc Type: FP Funded Purch Req        Title: BURNING MAN NETWORK SERVICES & SUPPORT
Run Date: 06/28/2018   Run Time: 10:44:53  User ID:GKOTHMAN   Version Number: 01

********* Header Details *********
Header Text:    2018 Burning Man Event BLM Network Services & SupportDOC Mark Pirtle 775-455-6947RO
                Eleanor Taylor

Requisitioner:          Eleanor Taylor              ********* Approval/Status *********
COR/Receiving:          ETAYLOR                     Release Group AA     Release Status:
GSA Contract Number:                                Release Strategy S2  03  Successfully Trans
Originating Office POC:                             Transmission Status:
Issuing Office:         MPIRTLE
Ratification Indicator: IVA                                              Approved By    Date        Time
Total Price:            130,618.00         USD      Co  Description      JMCKINNO       06/27/2018   16:40:23
Supervisory Approver:   JMCKINNO                    SP  Supervisor       COSBORN        06/28/2018   08:35:22
Ad-Hoc Approver:                                    IT  IT Approver      RIANGE1        06/28/2018   09:42:26
Certifying Funds Approver: RIANGE1                  CF  Certifying Funds App
Originating Office:     3000000956
Address:                BLM-NV WINNEMUCCA FIELD OFFICE*
                        5100 E WINNEMUCCA BLVD
                        WINNEMUCCA NV 89445

********* Item 00010 *********
Item ItemCat   Short Text                                    Quantity / Unit    Val Price /     Total Price / Curr
00010 Service  Network Services & Support                    1.000/ AU          130618.00       130618.00  USD

UPC        /Description                                      Mat.Grp    Plant   Deliv.Date      Delivery Address
D3180010   IT/TELECOM INTERGRATED HARDWARE/SOFTWARE SOLUTIONS D3I8      L000    12/31/2018      000427679A

GSA/FEDSTRIP Number  CPO Number   Agency Order Number   Per.of Perf. Start    Per.of Perf. End
                                                        04/30/2018            12/31/2018

Responsible Cost Center   Action Type       Post Awd Smart Number          IT Approval/Tracking Number   Closed
                          1 Add new line                                                                 Yes

********* Accounting Details *********
SeqNum     Acct Assign    Distr%      DistType                 Quantity / Unit    Amount / Currency    G/L Account
01         K Cost center  0.0         Single                   1.000/ AU          130618.00 USD        6100.257C0

BusArea    Committem      Cost Center  FuncArea     Fund           Funds Center    WBS Element
L000       257C0          LINW03500    L51050000.EA0000  18XL5017AP  LINW03500      1V.RC.F1805950

Asset      Sub Asset      Order                    Funded Program   TAS            SAF Indic Trade in  UPC Override
                                                   1VRCF1805950     14X5017        BEYC

Bus.Entity  Building      Property    Rental Unit  Contract

********* Delivery Address *********
Address No.:             000427679A
Address:                 BLM-NV WINNEMUCCA, DISTRICT OFFICE
                         5100 E WINNEMUCCA BLVD
                         WINNEMUCCA NV 89445
                         USA
```

AR02510

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE | OF PAGES |
|---|---|---|---|---|---|
| | | LVA | | 1 | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00001 | See Block 16C | | |

| 6. ISSUED BY | CODE | LVA | 7. ADMINISTERED BY (If other than Item 6) | CODE | LVA |
|---|---|---|---|---|---|
| BLM NV-STATE OFC BGT&FIN SVC(NV955)<br>1340 FINANCIAL BLVD.<br>RENO NV 89502 | | | BLM NV STATE OFC BDGT&FIN (NV955)<br>1340 FINANCIAL BLVD.<br>RENO NV 89502 | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| WATERS SEPTIC TANK SERVICE<br>Attn: ATTN GOVERNMENT POC<br>4275 REWANA WAY<br>RENO NV 89502-5197 | | |
| | | 9B. DATED (SEE ITEM 11) |
| | x | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>140L3918P0135 |
| | | 10B. DATED (SEE ITEM 13) |
| CODE    0071396317 | FACILITY CODE | 07/19/2018 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended , by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted ; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers.  FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER  If by virtue of this amendment you desire to change an offer already submitted , such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) | Net Decrease: | −$3,675.00 |
|---|---|---|
| 01 | | |

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.  IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:<br>FAR 52.212-4(c) | |
| | D. OTHER (Specify type of modification and authority) | |

| E. IMPORTANT: | Contractor | ☐ is not. | ☒ is required to sign this document and return _____ 1 _____ copies to the issuing office. |
|---|---|---|---|

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Contract completed and invoiced in full, this modification removes excess funds.
Legacy Doc #: BLM CO Invoice Review Required: Y
Delivery: 09/05/2018
Delivery Location Code: 0004276794
BLM-NV WINNEMUCCA DISTRICT OFFICE
5100 E WINNEMUCCA BLVD
WINNEMUCCA NV 89445 US

Account Assignm: K G/L Account: 6100.252Z0
Business Area: L000 Commitment Item: 252Z00 Cost
Center: LLNVW03500 Functional Area:
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Justin Waters - Office Manager | Troy Argo |
| 15B. CONTRACTOR/OFFEROR | 16B. UNITED STATES OF AMERICA |
| *(Signature of person authorized to sign)* | *(Signature of Contracting Officer)* |
| 15C. DATE SIGNED<br>11/4/18 | 16C. DATE SIGNED<br>20181114 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

**AR02511**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>140L3918P0135/P00001 | | | PAGE<br>2 | OF<br>2 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
WATERS SEPTIC TANK SERVICE

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | L51050000.EA0000 Fund: 18XL5017AP Fund Center:<br>LLNVW03500 Project/WBS: LV.RC.F1805950 PR Acct<br>Assign: 01<br>FOB: Destination<br>Period of Performance: 08/22/2018 to 09/05/2018<br><br>Change Item 00010 to read as follows(amount shown<br>is the obligated amount): | | | | |
| 00010 | Pumping Septic Tanks Black Rock Station | | | | -3,675.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

AR02512

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS<br>*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | | 1. REQUISITION NUMBER<br>0040397521 | | PAGE   OF | |
|---|---|---|---|---|---|
| | | | | 1 | 2 |

| 2. CONTRACT NO | 3. AWARD/<br>EFFECTIVE DATE | 4. ORDER NUMBER<br>140L3918P0135 | 5. SOLICITATION NUMBER | 6. SOLICITATION<br>ISSUE DATE |
|---|---|---|---|---|

| 7. FOR SOLICITATION<br>INFORMATION CALL: ▶ | a. NAME<br>Troy Argo | b. TELEPHONE NUMBER   *(No collect calls)*<br>(775) 861-6717 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|

| 9. ISSUED BY                                   CODE | LVA |
|---|---|
| BLM NV-STATE OFC BGT&FIN SVC(NV955)<br>1340 FINANCIAL BLVD.<br>RENO NV 89502 | |

10. THIS ACQUISITION IS ☐ UNRESTRICTED OR  ☒ SET ASIDE  100.00 % FOR

☒ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

WOMEN-OWNED SMALL BUSINESS
☐ (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☐ 8(A)

NAICS: 562991
SIZE STANDARD: $7.50

| 11. DELIVERY FOR FOB DESTINA-<br>TION UNLESS BLOCK IS<br>MARKED<br>☐ SEE SCHEDULE | 12. DISCOUNT TERMS | ☐ 13a. THIS CONTRACT IS A<br>RATED ORDER UNDER<br>DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | 14. METHOD OF SOLICITATION<br>☐ RFQ      ☐ IFB      ☐ RFP | |

| 15. DELIVER TO                              CODE | 0004276794 | 16. ADMINISTERED BY                          CODE | LVA |
|---|---|---|---|
| BLM-NV WINNEMUCCA DISTRICT OFFICE<br>5100 E WINNEMUCCA BLVD<br>WINNEMUCCA NV 89445 | | BLM NV STATE OFC BDGT&FIN (NV955)<br>1340 FINANCIAL BLVD.<br>RENO NV 89502 | |

| 17a. CONTRACTOR/<br>OFFEROR          CODE | 0071396317 | FACILITY<br>CODE | | 18a. PAYMENT WILL BE MADE BY                CODE | IPP INV |
|---|---|---|---|---|---|
| WATERS SEPTIC TANK SERVICE<br>Attn: ATTN GOVERNMENT POC<br>4275 REWANA WAY<br>RENO NV 89502-5197 | | | | Invoice Processing Platform System<br>US Department of Treasury<br>http://www.ipp.gov | |
| TELEPHONE NO.   000-000-0000 | | | | | |

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED  ☐ SEE ADDENDUM

| 19.<br>ITEM NO | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| | Legacy Doc #: BLM CO Invoice Review Required: Y<br>Delivery: 09/05/2018<br>Account Assignm: K G/L Account: 6100.252Z0<br>Business Area: L000 Commitment Item: 252Z00 Cost<br>Center: LLNVW03500 Functional Area:<br>L51050000.EA0000 Fund: 18XL5017AP Fund Center:<br>LLNVW03500 Project/WBS: LV.RC.F1805950 PR Acct<br>Assign: 01<br>Period of Performance: 08/22/2018 to 09/05/2018<br><br>Continued ...<br><br>*(Use Reverse and/or Attach Additional Sheets as Necessary)* | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA<br>01 | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*<br>$12,740.00 |
|---|---|

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4  FAR 52.212-3 AND 52.212-5 ARE ATTACHED.   ADDENDA   ☐ ARE   ☐ ARE NOT ATTACHED
☐ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4  FAR 52.212-5 IS ATTACHED.   ADDENDA   ☐ ARE   ☐ ARE NOT ATTACHED

☐ 28 CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN _____ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

☐ 29 AWARD OF CONTRACT: _____ OFFER DATED _____. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* |
|---|---|
| 30b. NAME AND TITLE OF SIGNER *(Type or print)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or print)*<br>Troy Argo | 31c. DATE SIGNED<br>20180719 |

| AUTHORIZED FOR LOCAL REPRODUCTION<br>PREVIOUS EDITION IS NOT USABLE | STANDARD FORM 1449 (REV. 2/2012)<br>Prescribed by GSA - FAR (48 CFR) 53.212 |
|---|---|

AR02513

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| 00010 | Pumping Septic Tanks Black Rock Station | | | | 12,740.00 |
| | The total amount of award: $12,740.00. The obligation for this award is shown in box 26. | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED     ☐ INSPECTED     ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED.

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | | 37. CHECK NUMBER |
|---|---|---|---|---|---|
| ☐ PARTIAL   ☐ FINAL | | | ☐ COMPLETE   ☐ PARTIAL   ☐ FINAL | | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) |
| | | 42c. DATE REC'D (YY/MM/DD)   42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

AR02514



Print    Close    Help

**Transaction Information**

| Award Type: | Purchase Order | Prepared Date: | 11/14/2018 10 43 58 | Prepared User: | TRARGO |
|---|---|---|---|---|---|
| Award Status: | Final | Last Modified Date: | 11/19/2018 17 57 38 | Last Modified User: | TRARGO |
| Closed Status: | No | Closed Status Date: | | Closed By: | |

**Document Information**

| | Agency | Procurement Identifier | | Modification No | | Trans No |
|---|---|---|---|---|---|---|
| Award ID: | 1422 | 140L3918P0135 | | P00001 | | 0 |
| Referenced IDV ID: | | | | | | |

Reason For Modification: FUNDING ONLY ACTION

Solicitation ID:

| | Agency Main Sub Identifier Account Account | | Initiative | |
|---|---|---|---|---|
| Treasury Account Symbol: 14 | 5017 | | Select One | ⌄ |

**Dates** | **Amounts**

| Dates | | | Amounts | | Current | Total |
|---|---|---|---|---|---|---|
| Date Signed: | 11/14/2018 | | | | | |
| Effective Date: | 09/05/2018 | | Action Obligation: | | -$3,675.00 | $9,065.00 |
| Completion Date: | 09/05/2018 | | Base And Exercised Options Value: | | -$3,675.00 | $9,065.00 |
| Est. Ultimate Completion Date: | 09/05/2018 | | Base and All Options Value (Total Contract Value): | | -$3,675.00 | $9,065.00 |
| Solicitation Date: | | | Fee Paid for Use of Indefinite Delivery Vehicle: | | $0.00 | |

**Purchaser Information**

| Contracting Office Agency ID: | 1422 | Contracting Office Agency Name: | BUREAU OF LAND MANAGEMENT |
|---|---|---|---|
| Contracting Office ID: | 140L39 | Contracting Office Name: | NEVADA STATE OFFICE |
| Funding Agency ID: | 1422 | Funding Agency Name: | BUREAU OF LAND MANAGEMENT |
| Funding Office ID: | 140L39 | Funding Office Name: | NEVADA STATE OFFICE |
| Foreign Funding: | Not Applicable ⌄ | | |

**Contractor Information**

SAM Exception:    ⋯  Remove Exception

| DUNS No: | 081275240 | Street: | 4275 REWANA WAY |
|---|---|---|---|
| Vendor Name: | WATERS SEPTIC TANK SERVICE | Street2: | |
| DBAN: | | City: | RENO |
| Cage Code: | 1DBY8 | State: | NV  Zip: 895025197 |
| | | Country: | UNITED STATES |
| | | Phone: | (775) 825-1595 |
| | | Fax No: | (775) 825-2671 |
| | | Congressional District: | NEVADA 02 |

**Business Category**    Show Details

| Organization Type | CORPORATE NOT TA: | Business Types |
|---|---|---|
| State of Incorporation | NV | ✓Corporate Entity, Not Tax Exempt |
| Country of Incorporation | USA | Relationship With Federal Government |
| | | ✓All Awards |
| | | Organization Factors |
| | | ✓For Profit Organization |

**Contract Data**

| Type of Contract: | Firm Fixed Price | ⌄ |
|---|---|---|
| Inherently Governmental Functions: | Other Functions | ⌄ |
| Multiyear Contract: | Select One ⌄ | |
| Major Program: | | |
| National Interest Action: | None | ⌄ |
| Cost Or Pricing Data: | Select One ⌄ | |
| Purchase Card Used As Payment Method: | Yes ⌄ | |
| Undefinitized Action: | No ⌄ | |
| Performance Based Service Acquisition: | No - Service where PBA is not used ⌄ | |
| * FY 2004 and prior; 80% or more specified as performance requirement | | |
| * FY 2005 and later; 50% or more specified as performance requirement | | |
| Contingency Humanitarian Peacekeeping Operation: | Not Applicable | ⌄ |
| Contract Financing: | | |

AR02515

| | | |
|---|---|---|
| Cost Accounting Standards Clause: | Select One | |
| Consolidated Contract: | Not Consolidated | |
| Number Of Actions: | 1 | |

**Legislative Mandates**

| | | **Principal Place of Performance** | |
|---|---|---|---|
| Clinger-Cohen Act: | No | | |
| Labor Standards: | Yes | Principal Place Of Performance State Location Country | |
| Materials, Supplies, Articles, and Equip: | Not Applicable | Code: NV USA | |
| Construction Wage Rate Requirements: | Not Applicable | Principal Place Of Performance County Name: WASHOE | |
| Additional Reporting: | Select One or More Options | Principal Place Of Performance City Name: GERLACH | |
| | Employment Eligibility Verification (52 222-54) | Congressional District Place Of Performance: 02 | |
| | Service Contract Inventory (FAR 4 17) | Place Of Performance Zip Code (+4): 89412 - 0001 | |
| Interagency Contracting Authority: | Not Applicable | | |
| Other Interagency Contracting Statutory Authority: (1000 characters) | | | |

**Product Or Service Information**

| | | |
|---|---|---|
| Product/Service Code: | S222 | Description: HOUSEKEEPING- WASTE TREATMENT/STORAGE |
| Principal NAICS Code: | 562991 | Description: SEPTIC TANK AND RELATED SERVICES |
| Bundled Contract: | Not Bundled | |
| DOD Acquisition Program: | | |
| Country of Product or Service Origin: | USA UNITED STATES | |
| Place of Manufacture: | Not a manufactured end product | |
| Domestic or Foreign Entity: | U S Owned Business | |
| Recovered Materials/Sustainability: | No Clauses Included and No Sustainability Included | OMB Policy on Sustainable Acquisition |
| InfoTech Commercial Item Category: | Select One | |
| Claimant Program Code: | Description: | |
| Sea Transportation: | Select One | |
| GFP Provided Under This Action: | Transaction does not use GFP | |
| Use Of EPA Designated Products: | Not Required | |
| Description Of Requirement: (4000 characters) | PUMPING SEPTIC TANKS BLACK ROCK STATION | |

**Competition Information**

| | | |
|---|---|---|
| Extent Competed For Referenced IDV: | | |
| Extent Competed: | Competed under SAP | |
| Solicitation Procedures: | Simplified Acquisition | |
| IDV Type Of Set Aside: | | |
| Type Of Set Aside: | Small Business Set Aside - Total | |
| Type Of Set Aside Source: | This Action | |
| Evaluated Preference: | No Preference used | |
| SBIR/STTR: | Select One | |
| Fair Opportunity/Limited Sources: | Select One | |
| Other Than Full And Open Competition: | Select One | |
| Local Area Set Aside: | No | |
| FedBizOpps: | No | |
| A76 Action: | No | |
| Commercial Item Acquisition Procedures: | Commercial Item | |
| IDV Number of Offers: | | |
| Number Of Offers Received: | 1 | Number of Offers Source: This Action |
| Small Business Competitiveness Demonstration Program: | | |
| Simplified Procedures for Certain Commercial Items: | No | |
| Preference Programs / Other Data | | |

AR02516

| | | |
|---|---|---|
| **Contracting Officer's Business Size Selection:** | Small Business | ⌄ |
| **Subcontract Plan:** | Plan Not Required | ⌄ |
| **Price Evaluation Percent Difference:** | 0    % | |

**AR02517**

AR02518

FPDS-NG cBLM REPORTS17 award Print
Case 1:19-cv-03729-DLF    Document 35-3    Filed 07/12/21    Page 491 of 762
Page 1 of 3



| | Print | Close | Help |

**Transaction Information**

| Award Type: | Purchase Order | Prepared Date: | 07/19/2018 18:12:34 | Prepared User: | TRARGO |
| Award Status: | Final | Last Modified Date: | 11/19/2018 17:57:38 | Last Modified User: | TRARGO |
| Closed Status: | No | Closed Status Date: | | Closed By: | |

**Document Information**

| | Agency | Procurement Identifier | | Modification No | | | Trans No |
| Award ID: | 1422 | 140L3918P0135 | | 0 | | | 0 |
| Referenced IDV ID: | | | | | | | |
| Reason For Modification: | | | | | | | |
| Solicitation ID: | | | | | | | |

| | Agency Identifier | Main Account | Sub Account | | Initiative | |
| Treasury Account Symbol: | 14 | 5017 | | | Select One | ⌄ |

**Dates**

| | | **Amounts** | |
| Date Signed: | 07/19/2018 | Action Obligation: | $12,740.00 |
| Effective Date: | 07/19/2018 | Base And Exercised Options Value: | $12,740.00 |
| Completion Date: | 09/05/2018 | Base and All Options Value (Total Contract Value): | $12,740.00 |
| Est. Ultimate Completion Date: | 09/05/2018 | Fee Paid for Use of Indefinite Delivery Vehicle: | $0.00 |
| Solicitation Date: | | | |

**Purchaser Information**

| Contracting Office Agency ID: | 1422 | Contracting Office Agency Name: | BUREAU OF LAND MANAGEMENT |
| Contracting Office ID: | 140L39 | Contracting Office Name: | NEVADA STATE OFFICE |
| Funding Agency ID: | 1422 | Funding Agency Name: | BUREAU OF LAND MANAGEMENT |
| Funding Office ID: | 140L39 | Funding Office Name: | NEVADA STATE OFFICE |
| Foreign Funding: | Not Applicable ⌄ | | |

**Contractor Information**

| SAM Exception: | | | 🔍 Remove Exception |
| DUNS No: | 081275240 | Street: | 4275 REWANA WAY |
| Vendor Name: | WATERS SEPTIC TANK SERVICE | Street2: | |
| DBAN: | | City: | RENO |
| Cage Code: | 1DBY8 | State: | NV    Zip: 895025197 |
| | | Country: | UNITED STATES |
| | | Phone: | (775) 825-1595 |
| | | Fax No: | (775) 825-2671 |
| | | Congressional District: | NEVADA 02 |

**Business Category**                                                          Show Details

| Organization Type | CORPORATE NOT TAX | **Business Types** |
| State of Incorporation | NV | ✓ Corporate Entity, Not Tax Exempt |
| Country of Incorporation | USA | Relationship With Federal Government |
| | | ✓ All Awards |
| | | **Organization Factors** |
| | | ✓ For Profit Organization |

**Contract Data**

| Type of Contract: | Firm Fixed Price | ⌄ |
| Inherently Governmental Functions: | Other Functions | ⌄ |
| Multiyear Contract: | Select One ⌄ |
| Major Program: | | |
| National Interest Action: | None | ⌄ |
| Cost Or Pricing Data: | Select One ⌄ |
| Purchase Card Used As Payment Method: | Yes ⌄ |
| Undefinitized Action: | No ⌄ |
| Performance Based Service Acquisition: | No - Service where PBA is not used ⌄ |
| * FY 2004 and prior; 80% or more specified as performance requirement | | |
| * FY 2005 and later; 50% or more specified as performance requirement | | |
| Contingency Humanitarian Peacekeeping Operation: | Not Applicable | ⌄ |
| Contract Financing: | | |

AR02519



| | | |
|---|---|---|
| **Contracting Officer's Business Size Selection:** | Small Business ⌄ | |
| **Subcontract Plan:** | Plan Not Required | ⌄ |
| **Price Evaluation Percent Difference:** | 0 % | |

AR02522



Argo, Troy <targo@blm.gov>

## Please De-Obligate funds
1 message

**Taylor, Eleanor** <emtaylor@blm.gov>                                     Tue, Oct 30, 2018 at 4:52 PM
To: "Argo, Troy" <targo@blm.gov>, David Appold <dappold@blm.gov>

Hi There,
Can we please de-obligate funds for Contract L3918P0135, in the amount of $3,675.00.
Thanks
ET

--
*Eleanor Taylor*
*Administrative Support Assistant*
*Office 775-623-1768*
*Gov Cell 775-304-1827*

AR02523

11/14/2018

Case 1:19-cv-03729-DLF   Document 35-3   Filed 07/12/21   Page 496 of 762
DEPARTMENT OF THE INTERIOR Mail - Black Rock Station Pumping 140L3918P0135



Argo, Troy <targo@blm.gov

## Black Rock Station Pumping 140L3918P0135
3 messages

**Argo, Troy** <targo@blm.gov>
To: Justin Waters <justin@watersvacuum.com>

Wed, Nov 14, 2018 at 9:31 AM

Hi Justin,

I wanted to double check that you have completed invoicing for the BRS
toilets (140L3918P0135).

There is still $3,675.00 remaining on the contract that I'll need to
remove if that is the case.

Thank you for your time.

Troy Argo
Contracting Officer
Bureau of Land Management, Nevada
775-861-6717
targo@blm.gov

**Justin Waters** <justin@watersvacuum.com>
To: "Argo, Troy" <targo@blm.gov>

Wed, Nov 14, 2018 at 9:34 AM

Good morning, Troy.

Yes, Waters has completed and invoiced for all cleanings of the tanks. The excess funds are due to us not collecting as
much waste as originally projected (we did complete cleanings at each service, but the tanks were not always full from my
understanding).

Thanks,

Justin Angel-Waters
Office Manager


Waters Vacuum Truck Service
4275 Rewana Way
Reno, NV 89502
775-825-1595 Office
775-825-1692 Fax
watersvacuum.com
[Quoted text hidden]

**Argo, Troy** <targo@blm.gov>
To: Justin Waters <justin@watersvacuum.com>

Wed, Nov 14, 2018 at 9:48 AM

Justin,

Sounds good. Could you sign this modification to remove the excess funds for me?

Thank you for your time.

Troy Argo
Contracting Officer

Bureau of Land Management, Nevada
775-861-6717
targo@blm.gov

[Quoted text hidden]

📄 **140L3918P0135 mod.pdf**
129K

AR02525

AR02526



PO Box 18160 Reno, NV 89511
775-825-1595 | www.watersvacuum.com

VACUUM TRUCK SERVICE

**RECIPIENT:**

**Bureau of Land Management**

1340 Financial Boulevard
Reno, Nevada 89502

Phone: 775-861-6717 Troy Argo

| Invoice #5286 | |
|---|---|
| Issued | 08/27/2018 |
| Due | 09/26/2018 |
| **Total** | **$2,450.00** |

## For Services Rendered

| SERVICE / PRODUCT | DESCRIPTION | QTY. | UNIT COST | TOTAL |
|---|---|---|---|---|
| **08/25/2018** | | | | |
| Pumping and disposal of sewage from the main septic tank | Pumped 3500 gallons @ $0.49 per gallon (A minimum charge of $735.00 per visit will be applied if the amount collected is less than 1500 gallons) | 3500 | $0.49 | $1,715.00 |
| Pump and disposal of waste from the vault toilet | Pumped 500 gallons. (A minimum charge of $735.00 per visit will be applied if the amount collected is less than 1500 gallons) | 1 | $735.00 | $735.00 |

Pumping of main septic tank and vault toilet at Black Rock Station, Gerlach, NV

Thank you for your business.

**Total**          **$2,450.00**

Page 1 of 2

AR02527



PO Box 18160 Reno, NV 89511
775-825-1595 | www.watersvacuum.com

**Bureau of Land Management**
1340 Financial Boulevard
Reno, Nevada 89502

**For Services Rendered**

Invoice #:          5286
Due Date:          09/26/2018
Amount Due:     $2,450.00
Amount Enclosed: _____

Mail To:
**Waters Vacuum Truck Service**
PO Box 18160 Reno, NV 89511

Page 2 of 2

**AR02528**



**Waters**
*VACUUM TRUCK SERVICE*

PO Box 18160 Reno, NV 89511
775-825-1595 | www.watersvacuum.com

**RECIPIENT:**

**Bureau of Land Management**
1340 Financial Boulevard
Reno, Nevada 89502

Phone: 775-861-6717 Troy Argo

| Invoice #5278 | |
|---|---|
| Issued | 08/27/2018 |
| Due | 09/26/2018 |
| Total | $2,205.00 |

## For Services Rendered

| SERVICE / PRODUCT | DESCRIPTION | QTY | UNIT COST | TOTAL |
|---|---|---|---|---|
| **08/22/2018** | | | | |
| Pumping and disposal of sewage from the main septic tank. | Pumped 3000 gallons @ $0.49 per gallon (A minimum charge of $735.00 per visit will be applied if the amount collected is less than 1500 gallons) | 3000 | $0.49 | $1,470.00 |
| Plump and disposal of waste from the vault toilet | Pumped 1000 gallons. (A minimum charge of $735.00 per visit will be applied if the amount collected is less than 1500 gallons) | 1 | $735.00 | $735.00 |

Pumping of main septic tank and vault toilet at Black Rock Station, Gerlach, Nevada

Thank you for your business.

**Total**      **$2,205.00**

Page 1 of 2

AR02529



PO Box 18160 Reno, NV 89511
775-825-1595 | www.watersvacuum.com

**Bureau of Land Management**
1340 Financial Boulevard
Reno, Nevada 89502

**For Services Rendered**

| | |
|---|---|
| Invoice #: | 5278 |
| Due Date: | 09/26/2018 |
| Amount Due: | $2,205.00 |
| Amount Enclosed: | _____ |

Mail To:
**Waters Vacuum Truck Service**
PO Box 18160 Reno, NV 89511

AR02530



   

PO Box 18160 Reno, NV 89511
775-825-1595 | www.watersvacuum.com

**RECIPIENT:**

## Bureau of Land Management

1340 Financial Boulevard
Reno, Nevada 89502

Phone: 775-861-6717 Troy Argo

**SERVICE ADDRESS:**

Black Rock Desert Field Office/Black Rock Station
(3500 gallon Septic Tank & 3000 gallon Vault Toilet)
Gerlach, Nevada

| Invoice #5449 | |
|---|---|
| Issued | 09/06/2018 |
| Due | 10/06/2018 |
| **Total** | **$1,960.00** |

## For Services Rendered

| SERVICE / PRODUCT | DESCRIPTION | QTY. | UNIT COST | TOTAL |
|---|---|---|---|---|
| Pumping and disposal of sewage from Main Septic Tank | Pumping of 3500 gallons from Main Septic tank @ $0.49 per gallon = $1715.00 x 4 service visits = $6860.00 estimated total. Service dates: 8/22/2018, 8/25/2018, 8/29/2018, and 9/5/2018 | 3500 | $0.49 | $1,715.00 |
| Pumping and disposal of sewage/toilet waste from Vault Toilet | *Pumping of 3000 gallons from Vault Toilet tank @ $0.49 per gallon = $1470.00 x 4 service visits = $5880.00 estimated total. Service dates: 8/22/2018, 8/25/2018, 8/29/2018, and 9/5/2018 | 500 | $0.49 | $245.00 |

Thank you for your business.

**Total**      $1,960.00

AR02531



PO Box 18160 Reno, NV 89511
775-825-1595 | www.watersvacuum.com

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Bureau of Land Management**
1340 Financial Boulevard
Reno, Nevada 89502

**For Services Rendered**

| | |
|---|---|
| **Invoice #:** | 5449 |
| **Due Date:** | 10/06/2018 |
| **Amount Due:** | $1,960.00 |
| **Amount Enclosed:** | _____ |

Mail To:
**Waters Vacuum Truck Service**
PO Box 18160 Reno, NV 89511

Page 2 of 2

**AR02532**



PO Box 18160 Reno, NV 89511
775-825-1595 | www.watersvacuum.com

  

**RECIPIENT:**

**Bureau of Land Management**

1340 Financial Boulevard
Reno, Nevada 89502

Phone: 775-861-6717 Troy Argo

**SERVICE ADDRESS:**

Black Rock Desert Field Office/Black Rock Station
(3500 gallon Septic Tank & 3000 gallon Vault Toilet)
Gerlach, Nevada

| Invoice #5449 | |
|---|---|
| Issued | 09/06/2018 |
| Due | 10/06/2018 |
| **Total** | **$1,960.00** |

## For Services Rendered

| SERVICE / PRODUCT | DESCRIPTION | QTY. | UNIT COST | TOTAL |
|---|---|---|---|---|
| Pumping and disposal of sewage from Main Septic Tank | Pumping of 3500 gallons from Main Septic tank @ $0.49 per gallon = $1715.00 x 4 service visits = $6860.00 estimated total. Service dates: 8/22/2018, 8/25/2018, 8/29/2018, and 9/5/2018 | 3500 | $0.49 | $1,715.00 |
| Pumping and disposal of sewage/toilet waste from Vault Toilet | *Pumping of 3000 gallons from Vault Toilet tank @ $0.49 per gallon = $1470.00 x 4 service visits = $5880.00 estimated total. Service dates: 8/22/2018, 8/25/2018, 8/29/2018, and 9/5/2018 | 500 | $0.49 | $245.00 |

Thank you for your business.

| Total | $1,960.00 |
|---|---|



PO Box 18160 Reno, NV 89511
775-825-1595 | www.watersvacuum.com

**Bureau of Land Management**
1340 Financial Boulevard
Reno, Nevada 89502

**For Services Rendered**

| | |
|---|---|
| **Invoice #:** | 5449 |
| **Due Date:** | 10/06/2018 |
| **Amount Due:** | $1,960.00 |
| **Amount Enclosed:** | _____ |

Mail To:
**Waters Vacuum Truck Service**
PO Box 18160 Reno, NV 89511

**AR02534**



7/19/2018

Case 1:19-cv-03729-DLF Document 35-3 Filed 07/12/21 Page 508 of 762
View Details - Entity Registration | System for Award Management

Check the registrant's Reps & Certs, if present, under FAR 52.212-3 or FAR 52.219-1 to determine if the entity is an SBA-certified HUBZone small business concern. Additional small business information may be found in the  SBA's Dynamic Small Business Search  if the entity completed the SBA Supplemental Pages during registration.

### Entity Structure

Corporate Entity (Not Tax Exempt)

### Profit Structure

For Profit Organization

### Entity Type

Business or Organization

### Purpose of Registration

All Awards

### Financial Information

Do you accept credit cards as a method of payment?      Yes

**Account Details:**
CAGE Code:                          1DBY8
**Electronic Funds Transfer:**
**Automated Clearing House (ACH):**

### Executive Compensation Questions

Registrants in the System for Award Management (SAM) respond to the Executive Compensation questions in accordance with Section 6202 of P.L. 110-252, amending the Federal Funding Accountability and Transparency Act (P.L. 109-282). This information is not displayed in SAM. It is sent to USAspending.gov for display in association with an eligible award. Maintaining an active registration in SAM demonstrates the registrant responded to the questions.

### Proceedings Questions

Registrants in the System for Award Management (SAM) respond to proceedings questions in accordance with FAR 52.209-7, FAR 52.209-9, or 2.C.F.R. 200 Appendix XII. Their responses are not displayed in SAM. They are sent to FAPIIS.gov for display as applicable. Maintaining an active registration in SAM demonstrates the registrant responded to the proceedings questions.

### SAM Search Authorization

I authorize my entity's non-sensitive information to be displayed in SAM public search results          **Yes**

| Assertions | [Expand All] | [Collapse All] |
|---|---|---|

### Goods & Services:

#### NAICS Codes Selected

| NAICS Code | Primary | Description |
|---|---|---|
| 221320 | | Sewage Treatment Facilities |
| 237110 | | Water and Sewer Line and Related Structures Construction |
| 311225 | | Fats and Oils Refining and Blending |
| 484220 | | Specialized Freight (except Used Goods) Trucking, Local |
| 484230 | | Specialized Freight (except Used Goods) Trucking, Long-Distance |
| 532411 | | Commercial Air, Rail, and Water Transportation Equipment Rental and Leasing |
| 562111 | | Solid Waste Collection |
| 562219 | | Other Nonhazardous Waste Treatment and Disposal |
| 562991 | Yes | Septic Tank and Related Services |
| 562998 | | All Other Miscellaneous Waste Management Services |

**Product & Service Codes Selected**

AR02536

| PSC | Description |
|-----|-------------|
| W038 | LEASE OR RENTAL OF EQUIPMENT- CONSTRUCTION, MINING, EXCAVATING, AND HIGHWAY MAINTENANCE EQUIPMENT |
| 4310 | COMPRESSORS AND VACUUM PUMPS |
| 5430 | STORAGE TANKS |
| 3825 | ROAD CLEARING, CLEANING, AND MARKING EQUIPMENT |

**Size Metrics**

**World Wide:**

**Location (Optional):**

**EDI Information**

Do you wish to enter EDI Information for your non-government entity?   –

**Disaster Response Information**

Do you wish to be included in the Disaster Response Registry?          Yes
Does your company require bonding to bid on Contracts?                 Yes
**Geographic Area Served:**
State 1:      NV
State 2:      CA
State 3:

| **Representations and Certifications** | **[Expand All]** | **[Collapse All]** |

**Representations and Certifications:**

I have read each of the FAR and DFARS provisions presented on this page. By submitting this certification, I, Justin Waters, am attesting to the accuracy of the representations and certifications contained herein, including the entire NAICS table. I understand that I may be subject to criminal prosecution under Section 1001, Title 18 of the United States Code or civil liability under the False Claims Act if I misrepresent WATERS SEPTIC TANK SERVICE in any of these representations or certifications to the Government.

READ ONLY PROVISIONS - The following FAR and DFARS provisions are provided for you to read. They do not require completion of any data. Select the provision number to expand and review the full text. When certifying to the information on this page, you are also certifying that you have read each one of these provisions.

FAR 52.203-11: Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions

FAR 52.203-18: Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements or Statements- Representation

FAR 52.209-10: Prohibition on Contracting with Inverted Domestic Corporations.

FAR 52.212-5: Contract Terms and Conditions Required to Implement Statutes or Executive Orders-Commercial Items.

FAR 52.222-38: Compliance with Veterans' Employment Reporting Requirements

FAR 52.222-50: Combating Trafficking in Persons

FAR 52.222-56: Certification Regarding Trafficking in Persons Compliance Plan.

FAR 52.223-1: Biobased Product Certification

FAR 52.225-20 Prohibition on Conducting Restricted Business Operations in Sudan-Certification

FAR 52.225-25: Prohibition on Contracting with Entities Engaging in Certain Activities or Transactions Relating to Iran - Representation and Certifications

FAR 52.227-6: Royalty Information (Alternate I)

AR02537

DFARS 252.209-7003Reserve Officer Training Corps and Military Recruiting on Campus-Representation.

DFARS 252.222-7007Representation Regarding Combating Trafficking in Persons.

DFARS 252.225-7003: Report of Intended Performance Outside the United States and Canada-Submission with Offer

DFARS 252.225-7031: Secondary Arab Boycott of Israel

DFARS 252.225-7042: Authorization to Perform

DFARS 252.225-7050. Disclosure of Ownership or Control by the Government of a Country that is a State Sponsor of Terrorism.

DFARS 252.229-7012. Tax Exemptions (Italy)-Representation.

DFARS 252.229-7013. Tax Exemptions (Spain)-Representation.

DFARS 252.239-7011: Special Construction and Equipment Charges

DFARS 252.247-7023: Transportation of Supplies by Sea (Alternate I, II)

**The FAR and DFARS provisions shown below have been populated based on data you provided earlier in your registration. Please open and review each provision before you proceed from this page. If you need to correct any data, a link will be provided to the relevant page for editing.**

By maintaining an active entity registration in SAM, the entity complied with requirements to report proceedings data in accordance with FAR 52.209-7 Information Regarding Responsibility Matters and with requirements to report executive compensation data in accordance with FAR 52.204-10 Reporting Executive Compensation and First-Tier Subcontract Awards.

FAR 52.203-2: Certificate of Independent Price Determination.

FAR 52.204-3: Taxpayer Identification

FAR 52.204-5: Women-Owned Business (Other Than Small Business)

FAR 52.204-17: Ownership or Control of Offeror

FAR 52.204-20: Predecessor of Offeror

FAR 52.209-2: Prohibition on Contracting with Inverted Domestic Corporations-Representation

FAR 52.209-5: Certification Regarding Responsibility Matters

FAR 52.209-11: Representation by Corporations Regarding Delinquent Tax Liability or a Felony Conviction under any Federal Law

FAR 52.212-3: Offeror Representations and Certifications -Commercial Items

The NAICS Codes you selected on the Goods and Services page of this registration are listed in the table under 52.219-1(c). Those NAICS Codes for which you are identified as small serve to complete the small business concern representation in 52.219-1(c)(1).

You are certifying to your size status for all the NAICS codes in the table. Please review it carefully. The Y/N answers are located in the "Small Business?" column. A "Y" indicates "Small" and "N" indicates "Other than Small." This status is derived from the SBA's size standards based on the size metrics you entered.

The NAICS Codes shown are only those you selected. Use the "View More" button to see your entity's size status for any NAICS Code.

FAR 52.214-14: Place of Performance-Sealed Bidding

FAR 52.215-6: Place of Performance

FAR 52.219-1: Small Business Program Representations (Alternate I)

The NAICS Codes you selected on the Goods and Services page of this registration are listed in the table under 52.219-1(c). Those NAICS Codes for which you are identified as small serve to complete the small business concern

AR02538

representation in 52.219-1(c)(1).

You are certifying to your size status for all the NAICS codes in the table. Please review it carefully. The Y/N answers are located in the "Small Business?" column. A "Y" indicates "Small" and "N" indicates "Other than Small." This status is derived from the SBA's size standards based on the size metrics you entered.

The NAICS Codes shown are only those you selected. Use the "View More" button to see your entity's size status for any NAICS Code.

FAR 52.219-2: Equal Low Bids

FAR 52.222-18: Certification Regarding Knowledge of Child Labor for Listed End Products

FAR 52.222-22: Previous Contracts and Compliance Reports

FAR 52.222-25: Affirmative Action Compliance

FAR 52.222-48: Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Certification

FAR 52.222-52: Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Certification

FAR 52.223-4: Recovered Material Certification

FAR 52.223-9: Estimate of Percentage of Recovered Material Content for EPA-Designated Items (Alternate I)

FAR 52.223-22: Public Disclosure of Greenhouse Gas Emissions and Reduction Goals-Representation.

FAR 52.225-2: Buy American Certificate

FAR 52.225-4: Buy American-Free Trade Agreements-Israeli Trade Act Certificate

FAR 52.225-6: Trade Agreements Certificate

FAR 52.226-2: Historically Black College or University and Minority Institution Representation

FAR 52.227-15: Representation of Limited Rights Data and Restricted Computer Software

DFARS 252.209-7002: Disclosure of Ownership or Control by a Foreign Government

DFARS 252.216-7008: Economic Price Adjustment-Wage Rates or Material Prices Controlled by a Foreign Government-Representation.

DFARS 252.225-7000: Buy American--Balance of Payments Program Certificate.

DFARS 252.225-7020: Trade Agreements Certificate.

DFARS 252.225-7035: Buy American Act--Free Trade Agreements--Balance of Payments Program Certificate (Alternate I, II, III, IV & V)

DFARS 252.225-7049: Prohibition on Acquisition of Commercial Satellite Services from Certain Foreign Entities--Representations.

DFARS 252.247-7022: Representation of Extent of Transportation by Sea

| Points of Contact | [Expand All] | [Collapse All] |
| --- | --- | --- |

**Mandatory Points of Contact:**

**Government Business POC**

| | |
|---|---|
| Title: | Mr. |
| First Name: | Jim |
| Middle Name: | |
| Last Name: | Fish |
| US Phone: | (775)825-1595 |
| Extension: | |
| NON US Phone: | |
| Notes: | |
| Address Line 1: | PO BOX 18160 |
| Address Line 2: | |
| City: | RENO |
| State/Province: | NV |
| Country: | UNITED STATES |
| ZIP/Postal Code: | 89511 |

### Accounts Receivable POC

### Electronic Business POC

| | |
|---|---|
| Title: | Mr. |
| First Name: | J.D. |
| Middle Name: | |
| Last Name: | Driskell |
| US Phone: | (775)825-1595 |
| Extension: | |
| NON US Phone: | |
| Notes: | |
| Address Line 1: | PO BOX 18160 |
| Address Line 2: | |
| City: | RENO |
| State/Province: | NV |
| Country: | UNITED STATES |
| ZIP/Postal Code: | 89511 |

### Optional Points of Contact:

### Electronic Business Alternate POC

| | |
|---|---|
| Title: | |
| First Name: | Jim |
| Middle Name: | |
| Last Name: | Fish |
| US Phone: | (775)825-1595 |
| Extension: | |
| NON US Phone: | |
| Notes: | |
| Address Line 1: | PO BOX 18160 |
| Address Line 2: | |
| City: | RENO |
| State/Province: | NV |
| Country: | UNITED STATES |
| ZIP/Postal Code: | 89511 |

### Government Business Alternate POC

| | |
|---|---|
| Title: | |
| First Name: | Jim |
| Middle Name: | |
| Last Name: | Fish |
| US Phone: | (775)825-1595 |
| Extension: | |
| NON US Phone: | |
| Notes: | |
| Address Line 1: | PO BOX 18160 |
| Address Line 2: | |
| City: | RENO |
| State/Province: | NV |
| Country: | UNITED STATES |
| ZIP/Postal Code: | 89511 |



Search Records          FAPIIS.gov
Data Access      Disclaimers      GSA.gov/IAE
Check Status     Accessibility    GSA.gov
About            Privacy Policy   USA.gov
Help

**FAR Report**
**Certification for: WATERS SEPTIC TANK SERVICE**
**DUNS: 081275240**
**Certification Validity From:Tue Jul 17 16:24:11 EDT 2018**
**To :Wed Jul 17 16:24:12 EDT 2019**

I have read each of the FAR and DFARS provisions presented on this page. By submitting this certification, I, Justin Waters, am attesting to the accuracy of the representations and certifications contained herein, including the entire NAICS table. I understand that I may be subject to criminal prosecution under Section 1001, Title 18 of the United States Code or civil liability under the False Claims Act if I misrepresent WATERS SEPTIC TANK SERVICE in any of these representations or certifications to the Government.

By maintaining an active entity registration in SAM, the entity complied with requirements to report proceedings data in accordance with FAR 52.209-7 Information Regarding Responsibility Matters and with requirements to report executive compensation data in accordance with FAR 52.204-10 Reporting Executive Compensation and First-Tier Subcontract Awards.

**FAR 52.203-2 Certificate of Independent Price Determination (Apr 1985)**

(a) The offeror certifies that-
(1) The prices in this offer have been arrived at independently, without, for the purpose of restricting competition, any consultation, communication, or agreement with any other offeror or competitor relating to-
(i)Those Prices
(ii)The intention to submit an offer; or
(iii) The methods or factors used to calculate the prices offered.
(2) The prices in this offer have not been and will not be knowingly disclosed by the offeror, directly or indirectly, to any other offeror or competitor before bid opening (in the case of a sealed bid solicitation) or contract award (in the case of a negotiated solicitation) unless otherwise required by law; and
(3) No attempt has been made or will be made by the offeror to induce any other concern to submit or not to submit an offer for the purpose of restricting competition.

(b) Each signature on the offer is considered to be a certification by the signatory that the signatory-
(1) Is the person in the offeror's organization responsible for determining the prices being offered in this bid or proposal, and that the signatory has not participated and will not participate in any action contrary to paragraphs (a)(1) through (a)(3) of this provision; or
(2) (i) Has been authorized, in writing, to act as agent for the following principals in certifying that those principals have not participated, and will not participate in any action contrary to paragraphs (a)(1) through (a)(3) of this provision
(ii)As an authorized agent, does certify that the principals named in subdivision (b)(2)(i) of this provision have not participated, and will not participate, in any action contrary to paragraphs (a)(1) through (a)(3) of this provision; and
(iii)As an agent, has not personally participated, and will not participate, in any action contrary to paragraphs (a)(1) through (a)(3) of this provision.

(c) If the offeror deletes or modifies paragraph (a)(2) of this provision, the offeror must furnish with its offer a signed statement setting forth in detail the circumstances of the disclosure.

**(End of Provision)**
**FAR 52.203-11 Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions (Sep 2007)**

(a) Definitions. As used in this provision-"Lobbying contact" has the meaning provided at 2 U.S.C. 1602(8). The terms "agency," "influencing or attempting to influence," "officer or employee of an agency," "person," "reasonable compensation," and "regularly employed" are defined in the FAR clause of this solicitation entitled "Limitation on Payments to Influence Certain Federal Transactions"(52.203-12).

(b) Prohibition. The prohibition and exceptions contained in the FAR clause of this solicitation entitled "Limitation on Payments to Influence Certain Federal Transactions" (52.203-12) are hereby incorporated by reference in this provision.

(c) Certification. The offeror, by signing its offer, hereby certifies to the best of its knowledge and belief that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on its behalf in connection with the awarding of this contract.

(d) Disclosure. If any registrants under the Lobbying Disclosure Act of 1995 have made a lobbying contact on behalf of the offeror with respect to this contract, the offeror shall complete and submit, with its offer, OMB Standard Form LLL, Disclosure of Lobbying Activities, to provide the name of the registrants. The offeror need not report regularly employed officers or employees of the offeror to whom payments of reasonable compensation were made.

(e) Penalty. Submission of this certification and disclosure is a prerequisite for making or entering into this contract imposed by 31 U.S.C. 1352. Any person who makes an expenditure prohibited under this provision or who fails to file or amend the disclosure required to be filed or amended by this provision, shall be subject to a civil penalty of not less than $10,000, and not more than $100,000, for each such failure.

**(End of Provision)**

**FAR 52.203-18 Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements or Statements-Representation (JAN 2017)**

As prescribed in 3.909–3(a), insert the following provision: Prohibition on Contracting With Entities That Require Certain Internal Confidentiality Agreements or Statements-Representation (JAN 2017)

(a) Definition.

Internal confidentiality agreement or statement, subcontract, and subcontractor, as used in this provision, are defined in the clause at 52.203-19, Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements.

(b) In accordance with section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions), Government agencies are not permitted to use funds appropriated (or otherwise made available) for contracts with an entity that requires employees or subcontractors of such entity seeking to report waste, fraud, or abuse to sign internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such waste, fraud, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.

(c) The prohibition in paragraph (b) of this provision does not contravene requirements applicable to Standard Form 312, (Classified Information Nondisclosure Agreement), Form 4414 (Sensitive Compartmented Information Nondisclosure Agreement), or any other form issued by a Federal department or agency governing the nondisclosure of classified information.

(d) Representation. By submission of its offer, the Offeror represents that it will not require its employees or subcontractors to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting waste, fraud, or abuse related to the performance of a Government contract to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information (e.g., agency Office of the Inspector General).

**(End of Provision)**

**FAR 52.204-3 Taxpayer Identification (Oct 1998)**

(a) Definitions
"Common parent," as used in this provision, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member.

"Taxpayer Identification Number (TIN)," as used in this provision, means the number required by the Internal Revenue   Service (IRS) to be used by the offeror in reporting income tax and other returns. The TIN may be either a Social   Security Number or an Employer Identification Number.

(b) All offerors must submit the information required in paragraphs (d) through (f) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the IRS. If the resulting contract is subject to the payment reporting requirements described in Federal Acquisition Regulation (FAR) 4.904, the failure or refusal by the offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under the contract.

(c) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy
of the offeror's TIN.

(d) Taxpayer Identification Number (TIN).
* TIN on file.

* TIN has been applied for.

* TIN is not required because:
* Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not
    have income effectively connected with the conduct of a trade or business in the United States and does not have
    an office or place of business or a fiscal paying agent in the United States;

* Offeror is an agency or instrumentality of a foreign government;

* Offeror is an agency or instrumentality of the Federal Government.

(e) Type of organization.
* sole proprietorship;

* Partnership;

* Corporate entity (not tax-exempt);

* Corporate entity (tax-exempt);

* Government entity (Federal, State, or local);

* Foreign government;

* International organization per 26 CFR 1.6049-4;

* Other

(f) Common parent.
* Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.

* Name:

TIN:

<div align="center">

**(End of Provision)**

</div>

**FAR 52.204-5 Women-Owned Business (Other Than Small Business) (Oct 2014)**

(a) Definition. "Women-owned business concern," as used in this provision, means a concern that is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of its stock is owned by one or more women; and whose management and daily business operations are controlled by one or more women.

(b) Representation. [Complete only if the offeror is a women-owned business concern and has not represented itself as a small business concern in paragraph (b)(1) of FAR 52.219-1, Small Business Program Representations, of this solicitation.] The offeror represents that it is a women-owned business concern.

<div align="center">

**(End of Provision)**

</div>

**FAR 52.204-17 Ownership or Control of Offeror (Jul 2016)**

(a) Definition. As used in this provision--
Commercial and Government Entity (CAGE) code means--

(1) An identifier assigned to entities located in the United States or its outlying areas by the Defense Logistics Agency (DLA) Commercial and Government Entity (CAGE) Branch to identify a commercial or government entity, or

(2) An identifier assigned by a member of the North Atlantic Treaty Organization (NATO) or by the NATO Support and Procurement Agency (NSPA) to entities located outside the United States and its outlying areas that the DLA Commercial and Government Entity (CAGE) Branch records and maintains in the CAGE master file. This type of code is known as a NATO CAGE (NCAGE) code.

Highest-level owner means the entity that owns or controls an immediate owner of the offeror, or that owns or controls one or more entities that control an immediate owner of the offeror. No entity owns or exercises control of the highest level owner.

Immediate owner means an entity, other than the offeror, that has direct control of the offeror. Indicators of control include, but are not limited to, one or more of the following: Ownership or interlocking management, identity of interests among family members, shared facilities and equipment, and the common use of employees.

(b) The Offeror represents that it has or does not have an immediate owner. If the Offeror has more than one immediate owner (such as a joint venture), then the Offeror shall respond to paragraph (c) and if applicable, paragraph (d) of this provision for each participant in the joint venture.*

(c) If the Offeror indicates "has" in paragraph (b) of this provision, enter the following information:

Immediate owner CAGE code:
Immediate owner legal name:
(Do not use a "doing business as" name)

Is the immediate owner owned or controlled by another entity?

Yes No

(d) If the Offeror indicates "yes" in paragraph (c) of this provision, indicating that the immediate owner is owned or controlled by another entity, then enter the following information:

> Highest-level owner CAGE code:
> Highest-level owner legal name:
> (Do not use a "doing business as" name)

*Currently, only one Immediate or Highest-Level Owner may be identified by a CAGE Code. If the offeror has more than one (such as a joint venture) at either level of ownership, they must select only one to report.

**(End of Provision)**

**FAR 52.204-20 Predecessor of Offeror (Jul 2016)**

(a) Definitions. As used in this provision--

"Commercial and Government Entity (CAGE) code" means--

(1) An identifier assigned to entities located in the United States or its outlying areas by the Defense Logistics Agency (DLA) Commercial and Government Entity (CAGE) Branch to identify a commercial or government entity, or

(2) An identifier assigned by a member of the North Atlantic Treaty Organization (NATO) or the NATO Support and Procurement Agency (NSPA) to entities located outside the United States and its outlying areas that the DLA Commercial and Government Entity (CAGE) Branch records and maintains in the CAGE master file. This type of code is known as a NATO CAGE (NCAGE) code.

"Predecessor" means an entity that is replaced by a successor and includes any predecessors of the predecessor.

"Successor" means an entity that has replaced a predecessor by acquiring the assets and carrying out the affairs of the predecessor under a new name (often through acquisition or merger). The term "successor" does not include new offices/divisions of the same company or a company that only changes its name. The extent of the responsibility of the successor for the liabilities of the predecessor may vary, depending on State law and specific circumstances.

(b) The Offeror represents that it is or is not a successor to a predecessor that held a Federal contract or grant within the last three years.

(c) If the Offeror has indicated "is" in paragraph (b) of this provision, enter the following information for all predecessors that held a Federal contract or grant within the last three years (if more than one predecessor, list in reverse chronological order):

**(End of Provision)**

**FAR 52.209-2 Prohibition on Contracting with Inverted Domestic Corporations-Representation (Nov 2015)**

(a) Definitions. "Inverted domestic corporation" and "subsidiary" have the meaning given in the clause of this contract entitled Prohibition on Contracting with Inverted Domestic Corporations (52.209-10).

(b) Government agencies are not permitted to use appropriated (or otherwise made available) funds for contracts with either an inverted domestic corporation, or a subsidiary of an inverted domestic corporation, unless the exception at 9.108-2(b) applies or the requirement is waived in accordance with the procedures at 9.108-4.

(c) Representation. the offeror represents that-
> (1) It is is not an inverted domestic corporation; and
> (2) It is is not a subsidiary of an inverted domestic corporation.

**(End of Provision)**

**FAR 52.209-5 Certification Regarding Responsibility Matters (OCT 2015)**

(a)(1)    The Offeror certifies, to the best of its knowledge and belief, that-
    (i)    The Offeror and/or any of its Principals-
      (A)  Are   Are not  presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;
      (B)  Have   Have not , within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, State, or local) contract or subcontract; violation of Federal or State antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, violating Federal criminal tax laws, or receiving stolen property(if offeror checks "have", the offeror shall also see 52.209-7, if included in this solicitation);
      (C)  Are   Are not  presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in paragraph (a)(1)(i)(B) of this provision.
      (D)  Have   Have not , within a three-year period preceding this offer, been notified of any delinquent Federal Taxes in an amount that exceeds $3,500 for which the liability remains unsatisfied.
      (1)    Federal taxes are considered delinquent if both of the following criteria apply:
        (i)    The tax liability is finally determined. The liability is finally determined if it has been assessed. A liability is not finally determined if there is a pending administrative or judicial challenge. In the case of a judicial challenge to the liability, the liability is not finally determined until all judicial appeal rights have been exhausted.
        (ii)    The taxpayer is delinquent in making payment. A taxpayer is delinquent if the taxpayer has failed to pay the tax liability when full payment was due and required. A taxpayer is not delinquent in cases where enforced collection action is precluded.

      (2)    Examples:
        (i)    The taxpayer has received a statutory notice of deficiency, under I.R.C.6212, which entitles the taxpayer to seek Tax Court review of a proposed tax deficiency. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek Tax Court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.

        (ii)    The IRS has filed a notice of Federal tax lien with respect to an assessed tax liability, and the taxpayer has been issued a notice under I.R.C. 6320 entitling the taxpayer to request a hearing with the IRS Office of Appeals contesting the lien filing, and to further appeal to the Tax Court if the IRS determines to sustain the lien filing. In the course of the hearing, the taxpayer is entitled to contest the underlying tax liability because the taxpayer has had no prior opportunity to contest the liability. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek tax court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.
        (iii)    The taxpayer has entered into an installment agreement pursuant to I.R.C.6159. The taxpayer is making timely payments and is in full compliance with the agreement terms. The taxpayer is not delinquent because the taxpayer is not currently required to make full payment.

        (iv)    The taxpayer has filed for bankruptcy protection. The taxpayer is not delinquent because enforced collection action is stayed under 11 U.S.C 362 (the Bankruptcy Code).
    (ii)    The Offeror has  , has not , within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.
    (2)    "Principal," for the purposes of this certification, means an officer, director, owner, partner, or a person having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a division or business segment: and similar positions).
      This Certification Concerns a Matter Within the Jurisdiction of an Agency of the United States and the Making of a False, Fictitious, or Fraudulent Certification May Render the Maker Subject to Prosecution Under Section 1001, Title 18, United States Code.


    (b)    The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.


    (c)    A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.


    (d)    Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.


    (e)    The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

**(End of Provision)**

**FAR 52.209-10 Prohibition on Contracting with Inverted Domestic Corporations (Nov 2015)**


    Definitions. As used in this clause- "Inverted domestic corporation" means a foreign incorporated entity that meets the definition of an inverted domestic corporation under 6 U.S.C. 395(b), applied in accordance with the rules and definitions of 6 U.S.C. 395(c).

    "Subsidiary" means an entity in which more than 50 percent of the entity is owned-
    (1) Directly by a parent corporation; or
    (2) Through another subsidiary of a parent corporation.


    (b) If the contractor reorganizes as an inverted domestic corporation or becomes a subsidiary of an inverted domestic corporation at any time during the period of performance of this contract, the Government may be prohibited from paying for Contractor activities performed after the date when it becomes an inverted domestic corporation or subsidiary. The Government may seek any available remedies in the event the Contractor
      fails to perform in accordance with the terms and conditions of the contract as a result of Government action under this clause.

(c) Exceptions to this prohibition are located at 9.108-2.

(d) In the event the Contractor becomes either an inverted domestic corporation, or a subsidiary of an inverted domestic corporation during contract performance, the Contractor shall give written notice to the Contracting Officer within five business days from the date of the inversion event.

(e) Penalty. Submission of this certification and disclosure is a prerequisite for making or entering into this contract imposed by 31 U.S.C. 1352. Any person who makes an expenditure prohibited under this provision or who fails to file or amend the disclosure required to be filed or amended by this provision, shall be subject to a civil penalty of not less than $10,000, and not more than $100,000, for each such failure.

**(End of Provision)**

**FAR 52.209-11 Representation by Corporations Regarding Delinquent Tax Liability or a Felony Conviction under any Federal Law (Feb 2016)**

(a) As required by sections 744 and 745 of Division E of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235), and similar provisions, if contained in subsequent appropriations acts, the Government will not enter into a contract with any corporation that-
(1) Has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability, where the awarding agency is aware of the unpaid tax liability, unless an agency has considered suspension or debarment of the corporation and made a determination that suspension or debarment is not necessary to protect the interests of the Government; or
(2) Was convicted of a felony criminal violation under any Federal law within the preceding 24 months, where the awarding agency is aware of the conviction, unless an agency has considered suspension or debarment of the corporation and made a determination that this action is not necessary to protect the interests of the Government.

(b) The Offeror represents that-
(1) It is is not a corporation that has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability; and
(2) It is is not a corporation that was convicted of a felony criminal violation under a Federal law within the preceding 24 months.

**(End of Provision)**

**FAR 52.212-3 Offeror Representations and Certifications - Commercial Items  (Jan 2017)**

The NAICS Codes you selected on the Goods and Services page of this registration are listed in the table under 52.212-3(c). Those NAICS Codes for which you are identified as small serve to complete the small business concern representation in 52.212-3(c)(1).

You are certifying to your size status for all the NAICS codes in the table. Please review it carefully. The Y/N answers are located in the "Small Business?" column. A "Y" indicates "Small" and "N" indicates "Other than Small." This status is derived from the SBA's size standards based on the size metrics you entered.

An offeror shall complete only paragraph (b) of this provision if the offeror has completed the annual representations and certifications electronically via http://www.acquisition.gov. If an offeror has not completed the annual representations and certifications electronically at the System for Award Management (SAM) website, the offeror shall complete only paragraphs (c) through (u) of this provision.

(a) Definitions. As used in this provision-

"Commercial and Government Entity (CAGE) code" means--
(1)  An identifier assigned to entities located in the United States or its outlying areas by the Defense Logistics Agency (DLA) Contractor and Government Entity (CAGE) Branch to identify a commercial or government entity, or
(2)  An identifier assigned by a member of the North Atlantic Treaty Organization (NATO) or by the NATO Support Agency (NSPA) to entities located outside the United States and its outlying areas that the DLA Contractor and Government Entity (CAGE) Branch records and maintains in the CAGE master file. This type of code is known as an NCAGE code.
"Economically disadvantaged women-owned small business (EDWOSB) concern" means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States and who are economically disadvantaged in accordance with 13 CFR part 127. It automatically qualifies as a women-owned small business eligible for the WOSB Program.
"Forced or indentured child labor" means all work or service-
(1)  Exacted from any person under the age of 18 under the menace of any penalty for its nonperformance and for which the worker does not offer himself voluntarily; or
(2)  Performed by any person under the age of 18 pursuant to a contract the enforcement of which can be accomplished by process or penalties.
"Highest-level owner" means the entity that owns or controls an immediate owner of the offeror, or that owns or controls one or more entities that control an immediate owner of the offeror. No entity owns or exercises control of the highest level owner.
"Immediate owner" means an entity, other than the offeror, that has direct control of the offeror. Indicators of control include, but are not limited to, one or more of the following: ownership or interlocking management, identity of interests among family members, shared facilities and equipment, and the common use of employees.
"Internal confidentiality agreement or statement" means a confidentiality agreement or any other written statement that the contractor requires any of its employees or subcontractors to sign regarding nondisclosure of contractor information, except that it does not include confidentiality agreements arising out of civil litigation or confidentiality agreements that contractor employees or subcontractors sign at the behest of a Federal agency.
"Inverted domestic corporation", means a foreign incorporated entity that meets the definition of an inverted domestic corporation under 6 U.S.C. 395(b), applied in accordance with the rules and definitions of 6 U.S.C. 395(c).
"Manufactured end product" means any end product in product and service codes (PSCs) 1000-9999, except-
(1)  PSC 5510, Lumber and Related Basic Wood Materials;
(2)  Product or Service Group (PSG) 87, Agricultural Supplies;
(3)  PSG 88, Live Animals;
(4)  PSG 89, Subsistence;
(5)  PSC 9410, Crude Grades of Plant Materials;
(6)  PSC 9430, Miscellaneous Crude Animal Products, Inedible;
(7)  PSC 9440, Miscellaneous Crude Agricultural and Forestry Products;
(8)  PSC 9610, Ores;
(9)  PSC 9620, Minerals, Natural and Synthetic; and
(10)  PSC 9630, Additive Metal Materials.
"Place of manufacture" means the place where an end product is assembled out of components, or otherwise made or processed from raw materials into the finished product that is to be provided to the Government. If a product is disassembled and reassembled, the place of reassembly is not the place of manufacture.
"Predecessor" means an entity that is replaced by a successor and includes any predecessors of the predecessor.
"Restricted business operations" means business operations in Sudan that include power production activities, mineral extraction activities, oil-related activities, or the production of military equipment, as those terms are defined in the Sudan Accountability and Divestment Act of 2007 (Pub. L. 110-174). Restricted business operations do not include business operations that the person (as that term is defined in Section 2 of the Sudan Accountability and Divestment Act of 2007) conducting the business can demonstrate-
(1)  Are conducted under contract directly and exclusively with the regional government of southern Sudan;
(2)  Are conducted pursuant to specific authorization from the Office of Foreign Assets Control in the Department of the Treasury, or are expressly exempted under Federal law from the requirement to be conducted under such authorization;
(3)  Consist of providing goods or services to marginalized populations of Sudan;
(4)  Consist of providing goods or services to an internationally recognized peacekeeping force or humanitarian organization;
(5)  Consist of providing goods or services that are used only to promote health or education; or
(6)  Have been voluntarily suspended.
"Sensitive technology"-
(1)  Means hardware, software, telecommunications equipment, or any other technology that is to be used specifically-
(i)  To restrict the free flow of unbiased information in Iran; or
(ii)  To disrupt, monitor, or otherwise restrict speech of the people of Iran; and
(2)  Does not include information or informational materials the export of which the President does not have the authority to regulate or prohibit pursuant to section 203(b)(3) of the International Emergency Economic Powers Act (50 U.S.C. 1702(b)(3)).
"Service - disabled veteran - owned small business concern"-
(1)  Means a small business concern-
(i)  Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and
(ii)  The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.
(2)  Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).
"Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR part 121 and size standards in this solicitation.
"Small disadvantaged business concern", consistent with 13 CFR 124.1002, means a small business concern under the size standard applicable to the acquisition, that-
(1)  Is at least 51 percent unconditionally and directly owned (as defined at 13 CFR 124.105) by-
(i)  One or more socially disadvantaged (as defined at 13 CFR 124.103) and economically disadvantaged (as defined at 13 CFR 124.104) individuals who are citizens of the United States; and
(ii)  Each individual claiming economic disadvantage has a net worth not exceeding $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); and
(2)  The management and daily business operations of which are controlled (as defined at 13 CFR 124.106) by individuals, who meet the criteria in paragraphs (1)(i) and (ii) of this definition.
"Subcontract" means any contract as defined in subpart 2.1 entered into by a subcontractor to furnish supplies or services for performance of a prime contract or a subcontract. It includes but is not limited to purchase orders, and changes and modifications to purchase orders.
"Subcontractor" means any supplier, distributor, vendor, or firm (including a consultant) that furnishes supplies or services to or for a prime contractor or another subcontractor.
"Subsidiary" means an entity in which more than 50 percent of the entity is owned-
(1)  Directly by a parent corporation; or
(2)  Through another subsidiary of a parent corporation.
"Successor" means an entity that has replaced a predecessor by acquiring the assets and carrying out the affairs of the

predecessor under a new name (often through acquisition or merger). The term "successor" does not include new offices/divisions of the same company or a company that only changes its name. The extent of the responsibility of the successor for the liabilities of the predecessor may vary, depending on State law and specific circumstances.

"Veteran owned small business concern" means a small business concern-

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned business concern" means a concern which is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of its stock is owned by one or more women; and whose management and daily business operations are controlled by one or more women.

"Women-owned small business concern" means a small business concern-

(1) That is at least 51 percent owned by one or more women; or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

"Women-owned small business (WOSB) concern eligible under the WOSB Program" (in accordance with 13 CFR part 127), means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States.


(b)

(1) Annual Representations and Certifications. Any changes provided by the offeror in paragraph (b)(2) of this provision do not automatically change the representations and certifications posted on the SAM website.

(2) The offeror has completed the annual representations and certifications electronically via the SAM website accessed through http://www.acquisition.gov. After reviewing the SAM database information, the offeror verifies by submission of this offer that the representations and certifications currently posted electronically at FAR 52.212-3, Offeror Representations and Certifications-Commercial Items, have been entered or updated in the last 12 months, are current, accurate, complete, and applicable to this solicitation (including the business size standard applicable to the NAICS code referenced for this solicitation), as of the date of this offer and are incorporated in this offer by reference (see FAR 4.1201), except for paragraphs _____.

[Offeror to identify the applicable paragraphs at (c) through (u) of this provision that the offeror has completed for the purposes of this solicitation only, if any.

These amended representation(s) and/or certification(s) are also incorporated in this offer and are current, accurate, and complete as of the date of this offer.

Any changes provided by the offeror are applicable to this solicitation only, and do not result in an update to the representations and certifications posted electronically on SAM.]

(c) Offerors must complete the following representations when the resulting contract is to be performed inside the United States or its outlying areas. Check all that apply.

(1)* Small business concern. The offeror represents as part of its offer that it is, is not a small business concern.
(2)* Veteran-owned small business concern. The offeror represents as part of its offer that it is, is not a veteran-owned small business concern.
(3)* Service-disabled veteran-owned small business concern. The offeror represents as part of its offer that it is, is not a service-disabled veteran-owned small business concern.
(4) Small disadvantaged business concern. The offeror represents, that it is, is not a small disadvantaged business concern as defined in 13 CFR 124.1002.
(5)* Women-owned small business concern. The offeror represents that it is, is not a women-owned small business concern.

*Small business concern, Veteran-owned small business concern, Service-disabled veteran-owned small business concern, and Women-owned small business concern size status is calculated based on the Small Business Administration size standard for each NAICS code using the size metrics (e.g. Average Number of Employees and Average Annual Receipts) provided by WATERS SEPTIC TANK SERVICE in their SAM registration.
(6)** Women-owned small business (WOSB) concern eligible under the WOSB Program. [Complete only if the offeror represented itself as a women-owned small business concern in paragraph (c)(5) of this provision] The offeror represents that:
(i) It is, is not a WOSB concern eligible under the WOSB Program, has provided all the required documents to the WOSB Repository, and no change in circumstances or adverse decisions have been issued that affects its eligibility; and
(ii) It is, is not a joint venture that complies with the requirements of 13 CFR part 127, and the representation in paragraph (c)(6)(i) of this provision is accurate in reference to the WOSB concern or concerns that are participating in the joint venture. [The offeror shall enter the name or names of the WOSB concern or concerns that are participating in the joint venture:] Each WOSB concern participating in the joint venture shall submit a separate signed copy of the WOSB representation.
(7)** Economically disadvantaged women-owned small business (EDWOSB) concern . [Complete only if the offeror represented itself as a WOSB concern eligible under the WOSB Program in (c)(6) of this provision] The offeror represents that:
(i) It is, is not an EDWOSB concern, has provided
all the required documents to the WOSB Repository, and no change in circumstances or adverse decisions have been issued that affects its eligibility; and
(ii) It is, is not a joint venture that complies with
the requirements of 13 CFR part 127, and the representation in paragraph (c)(7)(i) of this provision is accurate for each EDWOSB concern participating in the joint venture. [The offeror shall enter the name or names of the EDWOSB concern and other small businesses that are participating in the joint venture: .] Each EDWOSB concern participating
in the joint venture shall submit a separate signed copy of the EDWOSB representation.
Note: Complete paragraphs (c)(8) and (c)(9) only if this solicitation is expected to exceed the simplified acquisition threshold.

(8) Women-owned business concern (other than small business concern). [Complete only if the offeror is a women-owned business concern and did not represent itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents that it is a women-owned business concern.

(9) Tie bid priority for labor surplus area concerns. If this is an invitation for bid, small business offerors may identify the labor surplus areas in which costs to be incurred on account of manufacturing or production (by offeror or first-tier subcontractors) amount to more than 50 percent of the contract price:
State Eligible Labor Surplus:  Civil Jurisdictions Included:

(10) HUBZone small business concern. The offeror represents, as part of its offer, that-
(i) It is, itis not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified in accordance with 13 CFR part 126; and
(ii) It is, itis not a HUBZone joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (c)(11)(i) of this provision is accurate for each HUBZone small business concern participating in the HUBZone joint venture. [The offeror shall enter the names of each of the HUBZone small business concerns participating in the HUBZone joint venture: .] Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

+ (The Small Business Administration (SBA) has notified SAM that the firm's HUBZone Program has been removed. The '+' and the SBA certification will be removed once the potential contractor has updated their SAM registration.)

(d) Representations required to implement provisions of Executive Order 11246-
(1) Previous contracts and compliance. The offeror represents that-
(i) It has It has not participated in a previous contract or subcontract subject to the Equal Opportunity clause of this solicitation; and
(ii) It has It has not filed all required compliance reports.
(2) Affirmative Action Compliance. The offeror represents that-
(i) It has developed and has on file, It has not developed and does not have on file, at each establishment, affirmative action programs required by rules and regulations of the Secretary of Labor (41 cfr parts 60-1 and 60-2), or
(ii) It has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

(e) Certification Regarding Payments to Influence Federal Transactions (31 U.S.C. 1352) (Applies only if the contract is expected to exceed $150,000.) By submission of its offer, the offeror certifies to the best of its knowledge and belief that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress or an employee of a Member of Congress on his or her behalf in connection with the award of any resultant contract. If any registrants under the Lobbying Disclosure Act of 1995 have made a lobbying contact on behalf of the offeror with respect to this contract, the offeror shall complete and submit, with its offer, OMB Standard Form LLL, Disclosure of Lobbying Activities, to provide the name of the registrants. The offeror need not report regularly employed officers or employees of the offeror to whom payments of reasonable compensation were made.

(f) Buy American Certificate. (Applies only if the clause at Federal Acquisition Regulation (FAR)52.225-1, Buy American-Supplies, is included in this solicitation.)

(1)  The offeror certifies that each end product, except those listed in paragraph (f)(2) of this provision, is a domestic end product and that for other than COTS items, the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The offeror shall list as foreign end products those end products manufactured in the United States that do not qualify as domestic end products, i.e., an end product that is not a COTS item and does not meet the component test in paragraph (2) of the definition of "domestic end product." The terms "commercially available off-the-shelf (COTS) item" "component," "domestic end product," "end product," "foreign end product," and "United States" are defined in the clause of this solicitation entitled "Buy American-Supplies."

(2)  Foreign End Products:

(3)  The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25.

(g)(1) Buy American-Free Trade Agreements-Israeli Trade Act Certificate. (Applies only if the clause at FAR52.225-3, Buy American-Free Trade Agreements-Israeli Trade Act, is included in this solicitation )

(i)  The offeror certifies that each end product, except those listed in paragraph (g)(1)(ii) or (g)(1)(iii) of this provision, is a domestic end product and that for other than COTS items, the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The terms "Bahrainian, Moroccan, Omani, Panamanian, or Peruvian end product," "commercially available off-the-shelf (COTS) item," "component," "domestic end product," "end product," "foreign end product," "Free Trade Agreement country," "Free Trade Agreement country end product," "Israeli end product," and "United States" are defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act."

(ii)  The offeror certifies that the following supplies are Free Trade Agreement country end products (other than Bahrainian, Moroccan, Omani, Panamanian, or Peruvian end products) or Israeli end products as defined in the clause of this solicitation entitled "Buy American Act - Free Trade Agreements-Israeli Trade Act": Free Trade Agreement Country End Products (Other than Bahrainian, Moroccan, Omani, Panamanian, or Peruvian End Products) or Israeli End Products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act"

(iii)  The offeror shall list those supplies that are foreign end products (other than those listed in paragraph (g)(1)(ii) of this provision) as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act." The offeror shall list as other foreign end products those end products manufactured in the United States that do not qualify as domestic end products, i.e., an end product that is not a COTS item and does not meet the component test in paragraph (2) of the definition of "domestic end product."

Other Foreign End Products:

(iv)  The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25.
(2) Buy American-Free Trade Agreements-Israeli Trade Act Certificate, Alternate I. If Alternate I to the clause at FAR 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision:

(g)(1)(ii) The offeror certifies that the following supplies are Canadian end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act":
Canadian End Products:

(3) Buy American-Free Trade Agreements-Israeli Trade Act Certificate, Alternate II. If Alternate II to the clause at FAR 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision:

(g)(1)(ii) The offeror certifies that the following supplies are Canadian end products or Israeli end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act":
Canadian or Israeli End Products:

(4) Buy American-Free Trade Agreements-Israeli Trade Act Certificate, Alternate III. If Alternate III to the clause at 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision:

(g)(1)(ii) The offeror certifies that the following supplies are Free Trade Agreement country end products (other than Bahrainian, Korean, Moroccan, Omani, Panamanian, or Peruvian end products) or Israeli end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act":

Free Trade Agreement Country End Products (Other than Bahrainian, Korean, Moroccan, Omani, Panamanian, or Peruvian End Products) or Israeli End Products

(5)  Trade Agreements Certificate. (Applies only if the clause at FAR 52.225-5, Trade Agreements, is included in this solicitation )

(i) The offeror certifies that each end product, except those listed in paragraph (g)(5)(ii) of this provision, is a U.S.-made or designated country end product, as defined in the clause of this solicitation entitled "Trade Agreements."
(ii)  The offeror shall list as other end products those end products that are not U.S.-made or designated country end products.

Other End Products:

(iii) The Government will evaluate offers in accordance with the policies and procedures of FAR Part25. For line items covered by the WTO GPA, the Government will evaluate offers of U.S.-made or designated country end products without regard to the restrictions of the Buy American statute. The Government will consider for award only offers of U.S.-made or designated country end products unless the Contracting Officer determines that there are no offers for such products or that the offers for such products are insufficient to fulfill the requirements of the solicitation.

(h)  Certification Regarding Responsibility Matters (Executive Order 12689).(Applies only if the contract value is expected to exceed the simplified acquisition threshold.) The offeror certifies, to the best of its knowledge and belief, that the offeror and/or any of its principals-

(1)  Are Are not presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency; and

(2)  Have Have not, within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a Federal, state or local government contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, violating Federal criminal tax laws, or receiving stolen property; and

(3)  Are are not presently indicted for, or otherwise criminally or civilly charged by a Government entity with, commission of any of these offenses enumerated in paragraph (h)(2) of this clause; and

(4)  Have Have not within a three-year period preceding this offer, been notified of any delinquent Federal taxes in an amount that exceeds $3,500 for which the liability remains unsatisfied.

(i)  Taxes are considered delinquent if both of the following criteria apply:

(A)  The tax liability is finally determined. The liability is finally determined if it has been assessed. A liability is not finally determined if there is a pending administrative or judicial challenge. In the case of a judicial challenge to the liability, the liability is not finally determined until all judicial appeal rights have been exhausted.

(B)  The taxpayer is delinquent in making payment. A taxpayer is delinquent if the taxpayer has failed to pay the tax liability when full payment was due and required. A taxpayer is not delinquent in cases where enforced collection action is precluded.

(ii)  Examples:

(A)  The taxpayer has received a statutory notice of deficiency, under I.R.C 6212, which entitles the taxpayer to seek Tax Court review of a proposed tax deficiency. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek Tax Court Review, this will not be a final tax liability under the taxpayer has exercised all judicial appeal rights.

(B)  The IRS has filed a notice of Federal tax lien with respect to an assessed tax liability, and the taxpayer has been issued a notice under I.R.C.6320 entitling the taxpayer to request a hearing with the IRS Office of Appeals contesting the lien filing, and to further appeal to the Tax Court if the IRS determines to sustain the lien filing. In the course of the hearing, the taxpayer is entitled to contest the underlying tax liability because the taxpayer has had no prior opportunity to contest the liability. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek tax court review, this will not be a final tax liability until the tax payer has exercised all judicial appeal rights.

(C)  The taxpayer has entered into an installment agreement pursuant to I.R.C.6159. The taxpayer is making timely payments and is in full compliance with the agreement terms. The taxpayer is not delinquent because the taxpayer is not currently required to make full payment.

(D)  The taxpayer has filed for bankruptcy protection. The taxpayer is not delinquent because enforced collection action is stayed under II U. S. C 362 (the Bankruptcy Code).


(i)  Certification Regarding Knowledge of Child Labor for Listed End Products (Executive Order 13126). [The Contracting Officer must list in paragraph (i)(1) any end products being acquired under this solicitation that are included in the List of Products Requiring Contractor Certification as to Forced or Indentured Child Labor, unless excluded at 22.1503(b).]

(1)  Listed end products.

| Listed End Products | Listed Country of Origin |
|---|---|
| Bamboo | Burma |
| Beans (green, soy, yellow) | Burma |
| Brazil Nuts/Chestnuts | Bolivia |
| Bricks | Afghanistan, Burma, China, India, Nepal, Pakistan |
| Carpets | Nepal, Pakistan |
| Cattle | South Sudan |
| Cassiterite | Democratic Republic of Congo |
| Coal | Pakistan |
| Coca (stimulant plant) | Colombia |
| Cocoa | Cote d'Ivoire, Nigeria |
| Coffee | Cote d'Ivoire |
| Coltan | Democratic Republic of Congo |
| Cotton | Benin, Burkina Faso, China, Tajikistan, Uzbekistan |
| Cottonseed (hybrid) | India |
| Diamonds | Sierra Leone |
| Dried Fish | Bangladesh |
| Electronics | China |
| Embroidered Textiles (zari) | India, Nepal |
| Fish | Ghana |
| Garments | Argentina, India, Thailand, Vietnam |
| Gold | Burkina Faso, Democratic Republic of Congo |
| Granite | Nigeria |
| Gravel (crushed stones) | Nigeria |
| Pornography | Russia |
| Rice | Burma, India, Mali |
| Rubber | Burma |
| Shrimp | Thailand |
| Stones | India, Nepal |
| Sugarcane | Bolivia, Burma |
| Teak | Burma |
| Textiles (hand-woven) | Ethopia |
| Tilapia (fish) | Ghana |
| Tobacco | Malawi |
| Toys | China |
| Wolframite | Democratic Republic of Congo |

(2)  Certification. [If the Contracting Officer has identified end products and countries of origin in paragraph (i)(1) of this provision, then the offeror must certify to either (i)(2)(i) or (i)(2)(ii) by checking the appropriate block ]
(i)  The offeror will not supply any end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product.
(ii)  The offeror may supply an end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product. The offeror certifies that it has made a good faith effort to determine whether forced or indentured child labor was used to mine, produce, or manufacture any such end product furnished under this contract. On the basis of those efforts, the offeror certifies that it is not aware of any such use of child labor.

(j)  Place of Manufacture(Does not apply unless the solicitation is predominantly for the acquisition of manufactured end products.) For statistical purposes only, the offeror shall indicate whether the place of manufacture of the end products it expects to provide in response to this solicitation is predominantly-
(1)  In the United States (Check this box if the total anticipated price of offered end products manufactured in the United States exceeds the total anticipated price of offered end products manufactured outside the United States); or
(2)  Outside the United States.

(k) Certificates regarding exemptions from the application of the Service Contract Labor Standards(Certification by the offeror as to its compliance with respect to the contract also constitutes its certification as to compliance by its subcontractor if it subcontracts out the exempt services.) [The contracting officer is to check a box to indicate if paragraph (k)(1) or (k)(2) applies.]

(1)   Maintenance, calibration, or repair of certain equipment as described in FAR 22.1003-4(c)(1). The offeror does does not certify that ___

(i)  The items of equipment to be serviced under this contract are used regularly for other than Governmental purposes and are sold or traded by the offeror (or subcontractor in the case of an exempt subcontract) in substantial quantities to the general public in the course of normal business operations;

(ii)  The services will be furnished at prices which are, or are based on, established catalog or market prices (see FAR 22.1003-4(c)(2)(ii)) for the maintenance, calibration, or repair of such equipment; and

(iii)  The compensation (wage and fringe benefits) plan for all service employees performing work under the contract will be the same as that used for these employees and equivalent employees servicing the same equipment of commercial customers.

(2)   Certain services as described in FAR 22.1003-4(d)(1). The offeror does, does not certify that ___

(i)  The services under the contract are offered and sold regularly to non-Governmental customers, and are provided by the offeror (or subcontractor in the case of an exempt subcontract) to the general public in substantial quantities in the course of normal business operations;

(ii)  The contract services will be furnished at prices that are, or are based on, established catalog or market prices (see FAR 22.1003-4(d)(2)(iii));

(iii)  Each service employee who will perform the services under the contract will spend only a small portion of his or her time (a monthly average of less than 20 percent of the available hours on an annualized basis, or less than 20 percent of available hours during the contract period if the contract period is less than a month) servicing the Government contract; and

(iv)  The compensation (wage and fringe benefits) plan for all service employees performing work under the contract is the same as that used for these employees and equivalent employees servicing commercial customers.

(3)  If paragraph (k)(1) or (k)(2) of this clause applies ___

(i)  If the offeror does not certify to the conditions in paragraph (k)(1) or (k)(2) and the Contracting Officer did not attach a Service Contract Labor Standards wage determination to the solicitation, the offeror shall notify the Contracting Officer as soon as possible; and

(ii)  The Contracting Officer may not make an award to the offeror if the offeror fails to execute the certification in paragraph (k)(1) or (k)(2) of this clause or to contact the Contracting Officer as required in paragraph (k)(3)(i) of this clause.


(l) Taxpayer Identification Number (TIN) (26 U.S.C. 6109, 31 U.S.C. 7701). (Not applicable if the offeror is required to provide this information to the SAM database to be eligible for award.)

(1)  All offerors must submit the information required in paragraphs (l)(3) through (l)(5) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the Internal Revenue Service (IRS).

(2)  The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(3)  Taxpayer Identification Number (TIN).

* TIN on file.

* TIN has been applied for.

* TIN is not required because:
* Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

* Offeror is an agency or instrumentality of a foreign government;

* Offeror is an agency or instrumentality of the Federal Government.

(4)  Type of organization.
* sole proprietorship;

* Partnership;

* Corporate entity (not tax-exempt);

* Corporate entity (tax-exempt);

* Government entity (Federal, State, or local);

* Foreign government;

* International organization per 26 CFR 1.6049-4;

* Other

(5)  Common parent.
* Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.
* Name:

TIN:


(m)  Restricted business operations in Sudan. By submission of its offer, the offeror certifies that the offeror does not conduct any restricted business operations in Sudan.

(n) Prohibition on Contracting with Inverted Domestic Corporations.
(1) Government agencies are not permitted to use appropriated (or otherwise made available) funds for contracts with either an inverted domestic corporation, or a subsidiary of an inverted domestic corporation, unless the exception at 9.108-2(b) applies or the requirement is waived in accordance with the procedures at 9.108-4.
(2) Representation. the offeror represents that-
(i) It is is not an inverted domestic corporation; and
(ii) It is is not a subsidiary of an inverted domestic corporation.

(o) Prohibition on contracting with entities engaging in certain activities or transactions relating to Iran.
(1) The offeror shall e-mail questions concerning sensitive technology to the Department of State at CISADA106@state.gov.
(2) Representation and Certifications. Unless a waiver is granted or an exception applies as provided in paragraph (o)(3) of this provision, by submission of its offer, the offeror-
(i) Represents, to the best of its knowledge and belief, that the offeror does not export any sensitive technology to the government of Iran or any entities or individuals owned or controlled by, or acting on behalf or at the direction of, the government of Iran;
(ii) Certifies that the offeror, or any person owned or controlled by the offeror, does not engage in any activities for which sanctions may be imposed under section 5 of the Iran Sanctions Act; and
(iii) Certifies that the offeror, and any person owned or controlled by the offeror, does not knowingly engage in any transaction that exceeds $3,000 with Iran's Revolutionary Guard Corps or any of its officials, agents, or affiliates, the property and interests in property of which are blocked pursuant to the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.) (see OFAC's Specially Designated Nationals and Blocked Persons List at http://www.treasury.gov/ofac/downloads/t11sdn.pdf).
(3) The representation and certification requirements of paragraph (o)(2) of this provision do not apply if-
(i) This solicitation includes a trade agreements certification (e.g., 52.212-3(g) or a comparable agency provision); and
(ii) The offeror has certified that all the offered products to be supplied are designated country end products.

(p) Ownership or Control of Offeror. (Applies in all solicitations when there is a requirement to be registered in SAM or a requirement to have a DUNS Number in the solicitation.
(1) The Offeror represents that it has or does not have an immediate owner. If the Offeror has more than one immediate owner (such as a joint venture), then the Offeror shall respond to paragraph (c) and if applicable, paragraph (d) of this provision for each participant in the joint venture.*
(2) If the Offeror indicates "has"" in paragraph (b) of this provision, enter the following information:

> Immediate owner CAGE code:
> Immediate owner legal name:
> (Do not use a "doing business as" name)

> Is the immediate owner owned or controlled by another entity?

> Yes No
(3) If the Offeror indicates "yes" in paragraph (p)(2) of this provision, indicating that the immediate owner is owned or controlled by another entity, then enter the following information:

> Highest-level owner CAGE code:
> Highest-level owner legal name:
> (Do not use a "doing business as" name)

*Currently, only one Immediate or Highest-Level Owner may be identified by a CAGE Code. If the offeror has more than one (such as a joint venture) at either level of ownership, they must select only one to report.

(q) Representation by Corporations Regarding Delinquent Tax Liability or a Felony Conviction under any Federal Law.
(1) As required by sections 744 and 745 of Division E of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L.113-235), and similar provisions, if contained in subsequent appropriations acts, the Government will not enter into a contract with any corporation that-
(i) Has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability, where the awarding agency is aware of the unpaid tax liability, unless an agency has considered suspension or debarment of the corporation and made a determination that suspension or debarment is not necessary to protect the interests of the Government; or
(ii) Was convicted of a felony criminal violation under any Federal law within the preceding 24 months, where the awarding agency is aware of the conviction, unless an agency has considered suspension or debarment of the corporation and made a determination that this action is not necessary to protect the interests of the Government.
(2) The Offeror represents that-
(i) It is is not a corporation that has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability; and
(ii) It is is not a corporation that was convicted of a felony criminal violation under a Federal law within the preceding 24 months.

(r) Predecessor of Offeror. (Applies in all solicitations that include the provision at 52.204-16, Commercial and Government Entity Code Reporting.)
(1) The Offeror represents that it is or is not a successor to a predecessor that held a Federal contract or grant within the last three years.
(2) If the Offeror has indicated "is" in paragraph (r)(1) of this provision, enter the following
information for all predecessors that held a Federal contract or grant within the last three years
(if more than one predecessor, list in reverse chronological order):

(s) Reserved.

(t)Public Disclosure of Greenhouse Gas Emissions and Reduction Goals. Applies in all solicitations that require offerors to register in SAM (52.212â€"1(k)).

(1) This representation shall be completed if the Offeror received $7.5 million or more in contract awards in the prior Federal fiscal year. The representation is optional if the Offeror received less than $7.5 million in Federal contract awards in the prior Federal fiscal year.

(2) Representation. [Offeror to check applicable block(s) in paragraph (t)(2)(i) and (ii)].

(i) The Offeror (itself or through its immediate owner or highest-level owner) does  does not publicly disclose greenhouse gas emissions, i.e., makes available on a publicly accessible Web site the results of a greenhouse gas inventory, performed in accordance with an accounting standard with publicly available and consistently applied criteria, such as the Greenhouse Gas Protocol Corporate Standard.

(ii) The Offeror (itself or through its immediate owner or highest-level owner) does  does not publicly disclose a quantitative greenhouse gas emissions reduction goal, i.e., make available on a publicly accessible Web site a target to reduce absolute emissions or emissions intensity by a specific quantity or percentage.

(iii) A publicly accessible Web site includes the Offeror's own Web site or a recognized, third-party greenhouse gas emissions reporting program.

(3) If the Offeror checked "does" in paragraphs (t)(2)(i) or (t)(2)(ii) of this provision, respectively, the Offeror shall provide the publicly accessible Web site(s) where greenhouse gas emissions and/or reduction goals are reported:


(u)(1)  In accordance with section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions), Government agencies are not permitted to use appropriated (or otherwise made available) funds for contracts with an entity that requires employees or subcontractors of such entity seeking to report waste, fraud, or abuse to sign internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such waste, fraud, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.

(2)  The prohibition in paragraph (u)(1) of this provision does not contravene requirements applicable to Standard Form 312 (Classified Information Nondisclosure Agreement), Form 4414 (Sensitive Compartmented Information Nondisclosure Agreement), or any other form issued by a Federal department or agency governing the nondisclosure of classified information.

(3)  Representation. By submission of its offer, the Offeror represents that it will not require its employees or subcontractors to sign or comply with internal confidentiality agreements or otherwise restricting such employees or subcontractors from lawfully reporting waste, fraud, or abuse related to the performance of a Government contract to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information (e.g., agency Office of the Inspector General).


**Alternate I (Oct 2014)**

As prescribed in 12.301(b)(2), add the following paragraph (c)(11) to the basic provision:

(11) (Complete if the offeror has represented itself as disadvantaged in paragraph (c)(4) of this provision.)

Black American.

Hispanic American.

Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians).

Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, The Philippines, Republic of Palau, Republic of the Marshall Islands, Federated States of Micronesia, the Commonwealth of the Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).

Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal).

Individual/concern, other than one of the preceding.

**(End of Provision)**

**FAR 52.212-5 Contract Terms and Conditions Required to Implement Statutes or Executive Orders-Commercial Items (Jan 2018)**

(a)The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

(1) 52.203-19, Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements (Jan 2017) (section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions)).

(2) 52.209-10, Prohibition on Contracting with Inverted Domestic Corporations (Nov 2015)

(3) 52.233-3, Protest After Award (Aug 1996) (31 U.S.C. 3553).

(4) 52.233-4, Applicable Law for Breach of Contract Claim (Oct 2004)(Public Laws 108-77 and 108-78 (19 U.S.C. 3805 note)).

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

[Contracting Officer check as appropriate ]

__ (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (Sept 2006), with Alternate I (Oct 1995) (41 U.S.C. 4704 and 10 U.S.C. 2402).

__ (2) 52.203-13, Contractor Code of Business Ethics and Conduct (Apr 2010) (41 U.S.C. 3509)).

__ (3) 52.203-15, Whistleblower Protections under the American Recovery and Reinvestment Act of 2009 (June 2010) (Section 1553 of Pub. L. 111-5). (Applies to contracts funded by the American Recovery and Reinvestment Act of 2009.)

__ (4) 52.204-10, Reporting Executive Compensation and First-Tier Subcontract Awards (Oct 2016) (Pub. L. 109-282) (31 U.S.C 6101 note).

__ (5) [Reserved].

__ (6) 52.204-14, Service Contract Reporting Requirements (Oct 2016) (Pub. L. 111-117, section 743 of Div. C).

__ (7) 52.204-15, Service Contract Reporting Requirements for Indefinite-Delivery Contracts (Jan 2014) (Pub. L. 111-117, section 743 of Div. C).

__ (8) 52.209-6, Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment. (Oct 2015) (31 U.S.C. 6101 note).

__ (9) 52.209-9, Updates of Publicly Available Information Regarding Responsibility Matters (Jul 2013) (41 U.S.C. 2313).

__ (10) [Reserved].

__ (11)(i) 52.219-3, Notice of HUBZone Set-Aside or Sole-Source Award (Nov 2011) (15 U.S.C. 657a).

__ (ii) Alternate I (Nov 2011) of 52.219-3.

__ (12)(i) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (Oct 2014) (if the offeror elects to waive the preference, it shall so indicate in its offer) (15 U.S.C. 657a).

__ (ii) Alternate I (Jan 2011) of 52.219-4.

__ (13) [Reserved]

__ (14)(i) 52.219-6, Notice of Total Small Business Set-Aside (Nov 2011) (15 U.S.C. 644)

__ (ii) Alternate I (Nov 2011)

__ (iii) Alternate II (Nov 2011)

__ (15)(i) 52.219-7, Notice of Partial Small Business Set-Aside (June 2003) (15 U.S.C. 644).

__ (ii) Alternate I (Oct 1995) of 52.219-7.

__ (iii) Alternate II (Mar 2004) of 52.219-7.

__ (16) 52.219-8, Utilization of Small Business Concerns (Nov 2016) (15 U.S.C. 637(d)(2) and (3)).

__ (17)(i) 52.219-9, Small Business Subcontracting Plan (Jan 2017) (15 U.S.C. 637(d)(4)).

__ (ii) Alternate I (Nov 2016) of 52.219-9.

__ (iii) Alternate II (Nov 2016) of 52.219-9.

__ (iv) Alternate III (Nov 2016) of 52.219-9.

__ (v) Alternate IV (Nov 2016) of 52.219-9.

__ (18) 52.219-13, Notice of Set-Aside of Orders (Nov 2011)(15 U.S.C. 644(r))

__ (19) 52.219-14, Limitations on Subcontracting (Jan 2017) (15 U.S.C. 637(a)(14)).

__ (20) 52.219-16, Liquidated Damages-Subcon-tracting Plan (Jan 1999) (15 U.S.C 637(d)(4)(F)(i)).

__ (21) 52.219-27, Notice of Service-Disabled Veteran-Owned Small Business Set-Aside (Nov 2011) (15 U.S.C. 657 f).

__ (22) 52.219-28, Post Award Small Business Program Rerepresentation (Jul 2013) (15 U.S.C 632(a)(2)).

__ (23) 52.219-29, Notice of Set-Aside for, or Sole Source Award to, Economically Disadvantaged Women-Owned Small Business Concerns (Dec 2015) (15 U.S.C. 637(m)).

__ (24) 52.219-30, Notice of Set-Aside for, or Sole Source Award to, Women-Owned Small Business Concerns Eligible Under the Women-Owned Small Business Program (Dec 2015) (15 U.S.C. 637(m)).

__ (25) 52.222-3, Convict Labor (June 2003) (E.O. 11755).

__ (26) 52.222-19, Child Labor-Cooperation with Authorities and Remedies (Jan 2018) (E.O. 13126).

__ (27) 52.222-21, Prohibition of Segregated Facilities (Apr 2015).

__ (28) 52.222-26, Equal Opportunity (Sept 2016) (E.O. 11246).

__ (29) 52.222-35, Equal Opportunity for Veterans (Oct 2015) (38 U.S.C. 4212).

__ (30) 52.222-36, Equal Opportunity for Workers with Disabilities (Jul 2014) (29 U.S.C. 793).

__ (31) 52.222-37, Employment Reports on Veterans (Feb 2016) (38 U.S.C. 4212).

__ (32) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (Dec 2010) (E.O. 13496).

__ (33)(i) 52.222-50, Combating Trafficking in Persons (Mar 2015) (22 U.S.C. chapter 78 and E.O. 13627).

__ (ii) Alternate I (Mar 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).

__ (34) 52.222-54, Employment Eligibility Verification (Oct 2015). (Executive Order 12989) (Not applicable to the acquisition of commercially available off-the-shelf items or certain other types of commercial items as prescribed in 22.1803.)

__ (35) 52.222-59, Compliance with Labor Laws (Executive Order 13673) (Oct 2016). (Applies at $50 million for solicitations and resultant contracts issued from October 25, 2016 through April 24, 2017; applies at $500,000 for solicitations and resultant contracts issued after April 24, 2017.)

Note to paragraph (b)(35): By a court order issued on October 24, 2016, 52.222-59 is enjoined indefinitely as of the date of the order. The enjoined paragraph will become effective immediately if the court terminates the injunction. At that time, GSA, DoD and NASA will publish a document in the Federal Register advising the public of the termination of the injunction.

__ (36) 52.222-60, Paycheck Transparency (Executive Order 13673) (Oct 2016)

__ (37)(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Items (May 2008) (42 U.S.C. 6962(c)(3)(A)(ii)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

__ (ii) Alternate I (May 2008) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

__ (38) 52.223-11, Ozone-Depleting Substances and High Global Warming Potential Hydrofluorocarbons (Jun 2016) (E.O. 13693).

__ (39) 52.223-12, Maintenance, Service, Repair, or Disposal of Refrigeration Equipment and Air Conditioners (Jun 2016) (E.O. 13693).

__ (40)(i) 52.223-13, Acquisition of EPEAT®-Registered Imaging Equipment (Jun 2014) (E.O.s 13423 and 13514).

__ (ii) Alternate I (Oct 2015) of 52.223-13.

__ (41)(i) 52.223-14, Acquisition of EPEAT®-Registered Televisions (Jun 2014) (E.O.s 13423 and 13514).

__ (ii) Alternate I (Jun 2014) of 52.223-14.

__ (42) 52.223-15, Energy Efficiency in Energy-Consuming Products (Dec 2007) (42 U.S.C. 8259b).

__ (43)(i) 52.223-16, Acquisition of EPEAT®-Registered Personal Computer Products (Oct 2015) (E.O.s 13423 and 13514).

__ (ii) Alternate I (Jun 2014) of 52.223-16.

__ (44) 52.223-18, Encouraging Contractor Policies to Ban Text Messaging While Driving (Aug 2011) (E.O. 13513).

__ (45) 52.223-20, Aerosols (Jun 2016) (E.O. 13693).

__ (46) 52.223-21, Foams (Jun 2016) (E.O. 13693).

__ (47)(i) 52.224-3, Privacy Training (Jan 2017) (5 U.S.C. 552a).

__ (ii) Alternate I (Jan 2017) of 52.224-3.

__ (48) 52.225-1, Buy American-Supplies (May 2014) (41 U.S.C. chapter 83).

__ (49)(i) 52.225-3, Buy American-Free Trade Agreements-Israeli Trade Act (May 2014) (41 U.S.C. chapter 83, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, 19 U.S.C. 3805 note, 19 U.S.C. 4001 note, Pub. L. 103-182, 108-77, 108-78, 108-286, 108-302, 109-53, 109-169, 109-283, 110-138, 112-41, 112-42, and 112-43.

__ (ii) Alternate I (May 2014) of 52.225-3.

__ (iii) Alternate II (May 2014) of 52.225-3.

___ (iv) Alternate III (May 2014) of 52.225-3.
___ (50) 52.225-5, Trade Agreements (Oct 2016) (19 U.S.C. 2501, et seq., 19 U.S.C. 3301 note).
___ (51) 52.225-13, Restrictions on Certain Foreign Purchases (June 2008) (E.O.'s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).
___ (52) 52.225-26, Contractors Performing Private Security Functions Outside the United States (Oct 2016) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).
___ (53) 52.226-4, Notice of Disaster or Emergency Area Set-Aside (Nov 2007) (42 U.S.C. 5150).
___ (54) 52.226-5, Restrictions on Subcontracting Outside Disaster or Emergency Area (Nov 2007) (42 U.S.C. 5150).
___ (55) 52.232-29, Terms for Financing of Purchases of Commercial Items (Feb 2002) (41 U.S.C. 4505, 10 U.S.C. 2307(f)).
___ (56) 52.232-30, Installment Payments for Commercial Items (Jan 2017) (41 U.S.C. 4505, 10 U.S.C. 2307(f)).
___ (57) 52.232-33, Payment by Electronic Funds Transfer-System for Award Management (Jul 2013) (31 U.S.C. 3332).
___ (58) 52.232-34, Payment by Electronic Funds Transfer-Other than System for Award Management (Jul 2013) (31 U.S.C. 3332).
___ (59) 52.232-36, Payment by Third Party (May 2014) (31 U.S.C. 3332).
___ (60) 52.239-1, Privacy or Security Safeguards (Aug 1996) (5 U.S.C. 552a).
___ (61) 52.242-5, Payments to Small Business Subcontractors (Jan 2017)(15 U.S.C. 637(d)(12)).
___ (62)(i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Feb 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631).
___ (ii) Alternate I (Apr 2003) of 52.247-64.


        (c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

[Contracting Officer check as appropriate.]
___ (1) 52.222-17, Nondisplacement of Qualified Workers (May 2014)(E.O. 13495).
___ (2) 52.222-41, Service Contract Labor Standards (May 2014) (41 U.S.C. chapter 67).
___ (3) 52.222-42, Statement of Equivalent Rates for Federal Hires (May 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).
___ (4) 52.222-43, Fair Labor Standards Act and Service Contract Labor Standards-Price Adjustment (Multiple Year and Option Contracts) (May 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).
___ (5) 52.222-44, Fair Labor Standards Act and Service Contract Labor Standards-Price Adjustment (May 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).
___ (6) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (May 2014) (41 U.S.C. chapter 67).
___ (7) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (May 2014) (41 U.S.C. chapter 67).
___ (8) 52.222-55, Minimum Wages Under Executive Order 13658 (Dec 2015).
___ (9) 52.222-62, Paid Sick Leave Under Executive Order 13706 (Jan 2017) (E.O. 13706).
___ (10) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (May 2014) (42 U.S.C. 1792).
___ (11) 52.237-11, Accepting and Dispensing of $1 Coin (Sept 2008) (31 U.S.C. 5112(p)(1)).


        (d) Comptroller General Examination of Record. The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records-Negotiation.
        (1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.
        (2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.
        (3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e)(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in this paragraph (e)(1) in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause—

(i) 52.203-13, Contractor Code of Business Ethics and Conduct (Oct 2015) (41 U.S.C. 3509).

(ii) 52.203-19, Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements (Jan 2017) (section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions)).

(iii) 52.219-8, Utilization of Small Business Concerns (Nov 2016) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $700,000 ($1.5 million for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(iv) 52.222-17, Nondisplacement of Qualified Workers (May 2014) (E.O. 13495). Flow down required in accordance with paragraph (l) of FAR clause 52.222-17.

(v) 52.222-21, Prohibition of Segregated Facilities (Apr 2015).

(vi) 52.222-26, Equal Opportunity (Sept 2016) (E.O. 11246).

(vii) 52.222-35, Equal Opportunity for Veterans (Oct 2015) (38 U.S.C. 4212).

(viii) 52.222-36, Equal Opportunity for Workers with Disabilities (Jul 2014) (29 U.S.C. 793).

(ix) 52.222-37, Employment Reports on Veterans (Feb 2016) (38 U.S.C. 4212)

(x) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (Dec 2010) (E.O. 13496). Flow down required in accordance with paragraph (f) of FAR clause 52.222-40.

(xi) 52.222-41, Service Contract Labor Standards (May 2014) (41 U.S.C. chapter 67).

(xii)

___(A) 52.222-50, Combating Trafficking in Persons (Mar 2015) (22 U.S.C. chapter 78 and E.O 13627).

___(B) Alternate I (Mar 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O 13627)

(xiii) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (May 2014) (41 U.S.C. chapter 67).

(xiv) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (May 2014) (41 U.S.C. chapter 67).

(xv) 52.222-54, Employment Eligibility Verification (Oct 2015).

(xvi) 52.222-55, Minimum Wages Under Executive Order 13658 (Dec 2015) (Executive Order 13658).

(xvii) 52.222-59, Compliance with Labor Laws (Executive Order 13673) (Oct 2016) (Applies at $50 million for solicitations and resultant contracts issued from October 25, 2016 through April 24, 2017; applies at $500,000 for solicitations and resultant contracts issued after April 24, 2017).

Note to paragraph (e)(1)(xvii): By a court order issued on October 24, 2016, 52.222-59 is enjoined indefinitely as of the date of the order. The enjoined paragraph will become effective immediately if the court terminates the injunction. At that time, GSA, DoD and NASA will publish a document in the Federal Register advising the public of the termination of the injunction.

(xviii) 52.222-60, Paycheck Transparency (Executive Order 13673) (Oct 2016))

(xix) 52.222-62, Paid Sick Leave Under Executive Order 13706 (Jan 2017) (E.O. 13706).

(xx)(A) 52.224-3, Privacy Training (Jan 2017) (5 U.S.C. 552a).

(B) Alternate I (Jan 2017) of 52.224-3.

(xxi) 52.225-26, Contractors Performing Private Security Functions Outside the United States (Oct 2016) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

(xxii) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (May 2014) (42 U.S.C. 1792). Flow down required in accordance with paragraph (e) of FAR clause 52.226-6.

(xxiii) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Feb 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the contractor may include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

**ALTERNATE I (Feb 2000)**

As prescribed in 12.301(b)(4)(i), delete paragraph (d) from the basic clause, redesignate paragraph (e) as paragraph (d), and revise the reference to "paragraphs (a), (b), (c), or (d) of this clause" in the redesignated paragraph (d) to read "paragraphs (a), (b), and (c) of this clause."

**ALTERNATE II (Jan 2017)**

As prescribed in 12.301(b)(4)(ii), substitute the following paragraphs (d)(1) and (e)(1) for paragraphs (d)(1) and (e)(1) of the basic clause as follows:

(d)(1) The Comptroller General of the United States, an appropriate Inspector General appointed under section 3 or 8G of the Inspector General Act of 1978 (5 U.S.C. App.), or an authorized representative of either of the foregoing officials shall have access to and right to-
(i) Examine any of the Contractor's or any subcontractors' records that pertain to, and involve transactions relating to, this contract; and
(ii) Interview any officer or employee regarding such transactions.
(e)(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), and (c), of this clause, the Contractor is not required to flow down any FAR clause in a subcontract for commercial items, other than-
(i) Paragraph (d) of this clause. This paragraph flows down to all subcontracts, except the authority of the Inspector General under paragraph (d)(1)(ii) does not flow down; and
(ii) Those clauses listed in this paragraph (e)(1). Unless otherwise indicated below, the extent of the flow down shall be as required by the clause-
(A) 52.203-13, Contractor Code of Business Ethics and Conduct (Oct 2015) (41 U.S.C. 3509).
(B) 52.203-15, Whistleblower Protections Under the American Recovery and Reinvestment Act of 2009 (Jun 2010) (Section 1553 of Pub. L. 111-5).
(C) 52.219-8, Utilization of Small Business Concerns (Nov 2016) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $700,000 ($1.5 million for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.
(D) 52.222-21, Prohibition of Segregated Facilities (Apr 2015).
(E) 52.222-26, Equal Opportunity (Sept 2016) (E.O. 11246).
(F) 52.222-35, Equal Opportunity for Veterans (Oct 2015) (38 U.S.C. 4212).
(G) 52.222-36, Equal Opportunity for Workers with Disabilities (Jul 2014) (29 U.S.C. 793).
(H) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (Dec 2010) (E.O. 13496). Flow down required in accordance with paragraph (f) of FAR clause 52.222-40.
(I) 52.222-41, Service Contract Labor Standards (May 2014) (41 U.S.C. chapter 67).
(J) ___(1) 52.222-50, Combating Trafficking in Persons (Mar 2015) (22 U.S.C. chapter 78 and E.O 13627).
___(2) Alternate I (Mar 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).
(K) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (May 2014) (41 U.S.C. chapter 67).
(L) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (May 2014) (41 U.S.C. chapter 67).
(M) 52.222-54, Employment Eligibility Verification (Oct 2015) (Executive Order 12989).
(N) 52.222-55, Minimum Wages Under Executive Order 13658 (Dec 2015).
(O) 52.222-59 Compliance with Labor Laws (Executive Order 13673) (Oct 2016).
Note to paragraph (e)(1)(ii)(O): By a court order issued on October 24, 2016, 52.222-59 is enjoined indefinitely as of the date of the order. The enjoined paragraph will become effective immediately if the court terminates the injunction. At that time, GSA, DoD and NASA will publish a document in the Federal Register advising the public of the termination of the injunction.
(P) 52.222-60, Paycheck Transparency (Executive Order 13673) (Oct 2016).
(Q) 52.222-62, Paid Sick Leave Under Executive Order 13706 (Jan 2017) (E.O. 13706).
(R)(1)52.224-3, Privacy Training (Jan 2017) (5 U.S.C. 552a).
(2)Alternate I (Jan 2017) of 52.224-3.
(S) 52.225-26, Contractors Performing Private Security Functions Outside the United States (Oct 2016) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).
(T) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations. (May 2014) (42 U.S.C. 1792). Flow down required in accordance with paragraph (e) of FAR clause 52.226-6.
(U) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Feb 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

**(End of Provision)**

**FAR 52.214-14 Place of Performance-Sealed Bidding (Apr 1985)**

(a) The bidder, in the performance of any contract resulting from this solicitation, intends,does not intend [check applicable box] to use one or more plants or facilities located at a different address from the address of the bidder as indicated in this bid.

(b) If the bidder checks "intends" in paragraph (a) of this provision, it shall insert in the spaces provided below the required information:

Name and Address of Owner and Operator of the Plant or Facility if Other than Bidder

**(End of Provision)**

**FAR 52.215-6 Place of Performance (Oct 1997)**

(a) The offeror or respondent, in the performance of any contract resulting from this solicitation, intends does not intend [check applicable block] to use one or more plants or facilities located at a different address from the address of the offeror or respondent as indicated in this proposal or response to request for information.

(b) If the offeror or respondent checks "intends" in paragraph (a) of this provision, it shall insert in the following spaces the required information:

Name and Address of Owner and Operator of the Plant or Facility if Other than Bidder

**(End of Provision)**

**FAR 52.219-1 Small Business Program Representations (Oct 2014)**

The NAICS Codes you selected on the Goods and Services page of this registration are listed in the table under 52.219-1(c). Those NAICS Codes for which you are identified as small serve to complete the small business concern representation in 52.219-1(c)(1).

You are certifying to your size status for all the NAICS codes in the table. Please review it carefully. The Y/N answers are located in the "Small Business?" column. A "Y" indicates "Small" and "N" indicates "Other than Small." This status is derived from the SBA's size standards based on the size metrics you entered.

(a) Definitions. As used in this provision-

"Economically disadvantaged women-owned small business (EDWOSB) concern" means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States and who are economically disadvantaged in accordance with 13 CFR part 127. It automatically qualifies as a women-owned small business concern eligible under the WOSB Program.

"Service-disabled veteran-owned small business concern"-
(1) Means a small business concern-
(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and
(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.
(2) "Service-disabled veteran" means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).
"Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and the size standard in paragraph (b) of this provision.
"Small disadvantaged business concern," consistent with 13 CFR 124.1002, means a small business concern under the size standard applicable to the acquisition, that-
(1) Is at least 51 percent unconditionally and directly owned (as defined at 13 CFR 124.105) by-
(i) One or more socially disadvantaged (as defined at 13 CFR 124.103) and economically disadvantaged (as defined at 13 CFR 124.104) individuals who are citizens of the United States, and
(ii) Each individual claiming economic disadvantage has a net worth not exceeding $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); and
(2) The management and daily business operations of which are controlled (as defined at 13 CFR 124.106) by individuals who meet the criteria in paragraphs (1)(i) and (ii) of this definition.
"Veteran-owned small business concern" means a small business concern-
(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and
(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned small business concern" means a small business concern-

(1) That is at least 51 percent owned by one or more women; or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women, and
(2) Whose management and daily business operations are controlled by one or more women.

"Women-owned small business (WOSB) concern eligible under the WOSB Program" (in accordance with 13 CFR part 127), means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States.

(b) (1) The North American Industry Classification System (NAICS) code for this acquisition is See Note.*
(2) The small business size standard is See Note.
(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(c) Representations

(1)** The offeror represents as part of its offer that it is, is not a small business concern (see below).

(2)** [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents, that it is, is not a small disadvantaged business concern as defined in 13 CFR 124.1002.

(3)** [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents as part of its offer that it is, is not a women-owned small business concern. (See Below)

(4)** Women-owned small business (WOSB) concern eligible under the WOSB Program. [Complete only if the offeror represented itself as a women-owned small business concern in paragraph (c)(3) of this provision.] The offeror represents as part of its offer that-

(i) It is, is not a WOSB concern eligible under the WOSB Program, has provided all the required documents to the WOSB Repository, and no change in circumstances or adverse decisions have been issued that affects its eligibility; and

(ii) It is, is not a joint venture that complies with the requirements of 13 CFR part 127, and the representation in paragraph (c)(4)(i) of this provision is accurate for each WOSB concern eligible under the WOSB Program participating in the joint venture. [The offeror shall enter the name or names of the WOSB concern eligible under the WOSB Program and other small businesses that are participating in the joint venture: .] Each WOSB concern participating in the joint venture shall submit a separate signed copy of the WOSB representation.

(5)** Economically disadvantaged women-owned small business (EDWOSB) concern. [Complete only if the offeror represented itself as a women-owned small business concern eligible under the WOSB Program in (c)(4) of this provision.] The offeror represents as part of its offer that-

(i) It is, is not an EDWOSB concern eligible under the WOSB Program, has provided all the required documents to the WOSB Repository, and no change in circumstances or adverse decisions have been issued that affects its eligibility; and

(ii) It is, is not a joint venture that complies with the requirements of 13 CFR part 127, and the representation in paragraph (c)(5)(i) of this provision is accurate for each EDWOSB concern participating in the joint venture. [The offeror shall enter the name or names of the EDWOSB concern and other small businesses that are participating in the joint venture: .] Each EDWOSB concern participating in the joint venture shall submit a separate signed copy of the EDWOSB representation.

(6) [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents as part of its offer that it is, is not a veteran-owned small business concern.

(7)** [Complete only if the offeror represented itself as a small business concern in paragraph (c)(6) of this provision.] The offeror represents as part of its offer that it is, is not a service-disabled veteran-owned small business concern. (See Below)

*If you are responding to a Government solicitation for supplies or services under a NAICS code not listed in paragraph (b) of this certification, you must provide this certification directly to the Contracting Officer.

**Small business concern, Veteran-owned small business concern, Service-disabled veteran-owned small business concern, and Women-owned small business concern size status is calculated based on the Small Business Administration size standard for each NAICS code using the size metrics (e.g. Average Number of Employees and Average Annual Receipts) provided by WATERS SEPTIC TANK SERVICE in their SAM registration.

(8) [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents, as part of its offer, that-

(i) It is, is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material changes in ownership and control, principal office, or HUBZone employee percentage have occurred since it was certified in accordance with 13 CFR Part 126; and

(ii) It is, is not a HUBZone joint venture that complies with the requirements of 13 CFR Part 126, and the representation in paragraph (c)(8)(i) of this provision is accurate for each HUBZone small business concern participating in the HUBZone joint venture. [The offeror shall enter the names of each of the HUBZone small business concerns participating in the HUBZone joint venture:] Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

+ (The Small Business Administration (SBA) has notified SAM that the firm's HUBZone Program has been removed. The '+' and the SBA certification will be removed once the potential contractor has updated their SAM registration.)

(d) Notice.

(1) If this solicitation is for supplies and has been set aside, in whole or in part, for small business concerns, then the clause in this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.

(2) Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a business concern that is small, HUBZone small, small disadvantaged, service-disabled veteran-owned small, economically disadvantaged woman-owned small, or women-owned small eligible under the WOSB Program in order to obtain a contract to be awarded under the preference programs established pursuant to section 8, 9, or 15, 31, and 36 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall-

(i) Be punished by imposition of fine, imprisonment, or both;

(ii) Be subject to administrative remedies, including suspension and debarment; and

(iii) Be ineligible for participation in programs conducted under the authority of the Act.

**Alternate I (Sept 2015)**

As prescribed in 19.309(a)(2), add the following paragraph (c)(9) to the basic provision:

(9) [Complete if offeror represented itself as disadvantaged in paragraph (c)(2) of this provision.] The offeror shall check the category in which its ownership falls:

Black American.

Hispanic American.

Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians).

Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, The Philippines, Republic of Palau, Republic of the Marshall Islands, Federated States of Micronesia, the Commonwealth of the Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).

Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal).

Individual/concern, other than one of the preceding.

**(End of Provision)**

**FAR 52.219-2 Equal Low Bids (Oct 1995)**

(a)  This provision applies to small business concerns only

(b)  The bidder's status as a labor surplus area (LSA) concern may affect entitlement to award in case of tie bids. If the bidder wishes to be considered for this priority, the bidder must identify, in the following space, the LSA in which the costs to be incurred on account of manufacturing or production (by the bidder or the first-tier subcontractors) amount to more than 50 percent of the contract price.

(c)  Failure to identify the labor surplus areas as specified in paragraph (b) of this provision will preclude the bidder from receiving priority consideration. If the bidder is awarded a contract as a result of receiving priority consideration under this provision and would not have otherwise received award, the bidder shall perform the contract or cause the contract to be performed in accordance with the obligations of an LSA concern.

**(End of Provision)**

**FAR 52.222-18 Certification Regarding Knowledge of Child Labor for Listed End Products (Feb 2001)**

(a)  Definition:

"Forced or indentured child labor" means all work or service-

(1)  Exacted from any person under the age of 18 under the menace of any penalty for its nonperformance and for which the worker does not offer himself voluntarily; or

(2)  Performed by any person under the age of 18 pursuant to a contract the enforcement of which can be accomplished by process or penalties.

(b)  Listed end products. The following end product(s) being acquired under this solicitation is (are) included in the List of Products Requiring Contractor Certification as to Forced or Indentured Child Labor, identified by their country of origin. There is a reasonable basis to believe that listed end products from the listed countries of origin may have been mined, produced, or manufactured by forced or indentured child labor.

| Listed End Products | Listed Country of Origin |
|---|---|
| Bamboo | Burma |
| Beans (green, soy, yellow) | Burma |
| Brazil Nuts/Chestnuts | Bolivia |
| Bricks | Afghanistan, Burma, China, India, Nepal, Pakistan |
| Carpets | Nepal, Pakistan |
| Cattle | South Sudan |
| Cassiterite | Democratic Republic of Congo |
| Coal | Pakistan |
| Coca (stimulant plant) | Colombia |
| Cocoa | Cote d'Ivoire, Nigeria |
| Coffee | Cote d'Ivoire |
| Coltan | Democratic Republic of Congo |
| Cotton | Benin, Burkina Faso, China, Tajikistan, Uzbekistan |
| Cottonseed (hybrid) | India |
| Diamonds | Sierra Leone |
| Dried Fish | Bangladesh |
| Electronics | China |
| Embroidered Textiles (zari) | India, Nepal |
| Fish | Ghana |
| Garments | Argentina, India, Thailand, Vietnam |
| Gold | Burkina Faso, Democratic Republic of Congo |
| Granite | Nigeria |
| Gravel (crushed stones) | Nigeria |
| Pornography | Russia |
| Rice | Burma, India, Mali |
| Rubber | Burma |
| Shrimp | Thailand |
| Stones | India, Nepal |
| Sugarcane | Bolivia, Burma |
| Teak | Burma |
| Textiles (hand-woven) | Ethopia |
| Tilapia (fish) | Ghana |
| Tobacco | Malawi |
| Toys | China |
| Wolframite | Democratic Republic of Congo |

    (c)  Certification. The Government will not make award to an offeror unless the offeror, by checking the appropriate block, certifies to either paragraph (c)(1) or paragraph (c)(2) of this provision.

      (1)  The offeror will not supply any end product listed in paragraph (b) of this provision that was mined, produced, or manufactured in a corresponding country as listed for that end product

      (2)  The offeror may supply an end product listed in paragraph (b) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product. The offeror certifies that it has made a good faith effort to determine whether forced or indentured child labor was used to mine, produce, or manufacture such end product. On the basis of those efforts, the offeror certifies that it is not aware of any such use of child labor.

**(End of Provision)**

**FAR 52.222-22 Previous Contracts and Compliance Reports (Feb 1999)**

    The offeror represents that-

    (a)  It has It has not participated in a previous contract or subcontract subject the Equal Opportunity clause of this solicitation;

    (b)  It has It has not filed all required compliance reports; and

    (c)  Representations indicating submission of required compliance reports, signed by proposed subcontractors, will be obtained before subcontract awards

**(End of Provision)**

**FAR 52.222-25 Affirmative Action Compliance (Apr 1984)**

The offeror represents that-

(a) It has developed and has on file, has not developed and does not have on file, at each establishment, affirmative action programs required by the rules and regulations of the Secretary of Labor (41 CFR 60-1 and 60-2), or

(b) It has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

**(End of Provision)**

**FAR 52.222-38 Compliance with Veterans' Employment Reporting Requirements (Feb 2016)**

As prescribed in 22.1310 (c), insert the following provision:

COMPLIANCE WITH VETERANS' EMPLOYMENT REPORTING REQUIREMENTS (Feb 2016)

By submission of its offer, the offeror represents that, if it is subject to the reporting requirements of 38 U.S.C. 4212(d) ( i.e., if it has any contract containing Federal Acquisition Regulation clause 52.222-37, Employment Reports on Veterans), it has filed the most recent VETS-4212 Report required by that clause.

**(End of Provision)**

**FAR 52.222-48 Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Certification  (May 2014)**

(a)  The offeror shall check the following certification:

Certification

The offeror does certify  does not certify that -

(1)  The items of equipment to be serviced under this contract are used regularly for other than Government purposes, and are sold or traded by the offeror (or subcontractor in the case of an exempt subcontractor) in substantial quantities to the general public in the course of normal business operations;

(2)  The services will be furnished at prices which are, or are based on, established catalog or market prices for the maintenance, calibration, or repair of equipment.

(i)  An "established catalog price" is a price included in a catalog, price list, schedule, or other form that is regularly maintained by the manufacturer or the offeror, is either published or otherwise available for inspection by customers, and states prices at which sales currently, or were last, made to a significant number of buyers constituting the general public.

(ii)  An "established market price" is a current price, established in the usual course of trade between buyers and sellers free to bargain, which can be substantiated from sources independent of the manufacturer or offeror; and

(3)  The compensation (wage and fringe benefits) plan for all service employees performing work under the contract are the same as that used for these employees and equivalent employees servicing the same equipment of commercial customers.

(b) Certification by the offeror as to its compliance with respect to the contract also constitutes its certification as to compliance by its subcontractor if it subcontracts out the exempt services. If the offeror certifies to the conditions in paragraph (a) of this provision, and the Contracting Officer determines in accordance with FAR 22.1003-4(c)(3) that the Service Contract Labor Standards statute-

(1) Will not apply to this offeror, then the Service Contract Labor Standards clause in this solicitation will not be included in any resultant contract to this offeror, or

(2) Will apply to this offeror, then the clause at 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements, in this solicitation will not be included in any resultant contract awarded to this offeror, and the offeror may be provided an opportunity to submit a new offer on that basis.

(c)  If the offeror does not certify to the conditions in paragraph (a) of this provision-

(1)  The clause in this solicitation at 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements, will not be included in any resultant contract awarded to this offeror; and

(2)  The offeror shall notify the Contracting Officer as soon as possible, if the Contracting Officer did not attach a Service Contract Labor Standards wage determination to the solicitation.

(d)  The Contracting Officer may not make an award to the offeror, if the offeror fails to execute the certification in paragraph (a) of this provision or to contact the Contracting Officer as required in paragraph (c) of this provision.

**(End of Provision)**

**FAR 52.222-50 Combating Trafficking in Persons (MAR 2015)**

As prescribed in 22.1705(a)(1), insert the following clause:

COMBATING TRAFFICKING IN PERSONS (MAR 2015)

(a) Definitions. As used in this clause-

"Agent" means any individual, including a director, an officer, an employee, or an independent contractor, authorized to act on behalf of the organization.

"Coercion" means-

(1) Threats of serious harm to or physical restraint against any person;

(2) Any scheme, plan, or pattern intended to cause a person to believe that failure to perform an act would result in serious harm to or physical restraint against any person; or

(3) The abuse or threatened abuse of the legal process.

"Commercially available off-the-shelf (COTS) item" means-

(1) Any item of supply (including construction material) that is-

(i) A commercial item (as defined in paragraph (1) of the definition at FAR 2.101);

(ii) Sold in substantial quantities in the commercial marketplace; and

(iii) Offered to the Government, under a contract or subcontract at any tier, without modification, in the same form in which it is sold in the commercial marketplace; and

(2) Does not include bulk cargo, as defined in 46 U.S.C. 40102(4), such as agricultural products and petroleum products.

"Commercial sex act" means any sex act on account of which anything of value is given to or received by any person.

"Debt bondage" means the status or condition of a debtor arising from a pledge by the debtor of his or her personal services or of those of a person under his or her control as a security for debt, if the value of those services as reasonably assessed is not applied toward the liquidation of the debt or the length and nature of those services are not respectively limited and defined.

"Employee" means an employee of the Contractor directly engaged in the performance of work under the contract who has other than a minimal impact or involvement in contract performance.

"Forced Labor" means knowingly providing the labor or services of a person-

(1) By threats of serious harm to, or physical restraint against, that person or another person;

(2) By means of any scheme, plan, or pattern intended to cause the person to believe that, if the person did not perform such labor or services, that person or another person would suffer serious harm or physical restraint; or

(3) By means of the abuse or threatened abuse of law or the legal process.

"Involuntary servitude" includes a condition of servitude induced by means of-

(1) Any scheme, plan, or pattern intended to cause a person to believe that, if the person did not enter into or continue in such conditions, that person or another person would suffer serious harm or physical restraint; or

(2) The abuse or threatened abuse of the legal process.

"Severe forms of trafficking in persons" means-

(1) Sex trafficking in which a commercial sex act is induced by force, fraud, or coercion, or in which the person induced to perform such act has not attained 18 years of age; or

(2) The recruitment, harboring, transportation, provision, or obtaining of a person for labor or services, through the use of force, fraud, or coercion for the purpose of subjection to involuntary servitude, peonage, debt bondage, or slavery.

"Sex trafficking" means the recruitment, harboring, transportation, provision, or obtaining of a person for the purpose of a commercial sex act.

"Subcontract" means any contract entered into by a subcontractor to furnish supplies or services for performance of a prime contract or a subcontract.

"Subcontractor" means any supplier, distributor, vendor, or firm that furnishes supplies or services to or for a prime contractor or another subcontractor.

"United States" means the 50 States, the District of Columbia, and outlying areas.


(b) Policy. The United States Government has adopted a policy prohibiting trafficking in persons including the trafficking-related activities of this clause. Contractors, contractor employees, and their agents shall not-

(1) Engage in severe forms of trafficking in persons during the period of performance of the contract;

(2) Procure commercial sex acts during the period of performance of the contract;

(3) Use forced labor in the performance of the contract;

(4) Destroy, conceal, confiscate, or otherwise deny access by an employee to the employee's identity or immigration documents, such as passports or drivers' licenses, regardless of issuing authority;

(5)(i) Use misleading or fraudulent practices during the recruitment of employees or offering of employment, such as failing to disclose, in a format and language accessible to the worker, basic information or making material misrepresentations during the recruitment of employees regarding the key terms and conditions of employment, including wages and fringe benefits, the location of work, the living conditions, housing and associated costs (if employer or agent provided or arranged), any significant cost to be charged to the employee, and, if applicable, the hazardous nature of the work;

(ii) Use recruiters that do not comply with local labor laws of the country in which the recruiting takes place;

(6) Charge employees recruitment fees;

(7)(i) Fail to provide return transportation or pay for the cost of return transportation upon the end of employment-

(A) For an employee who is not a national of the country in which the work is taking place and who was brought into that country for the purpose of working on a U.S. Government contract or subcontract (for portions of contracts performed outside the United States); or

(B) For an employee who is not a United States national and who was brought into the United States for the purpose of working on a U.S. Government contract or subcontract, if the payment of such costs is required under existing temporary worker programs or pursuant to a written agreement with the employee (for portions of contracts performed inside the United States); except that-

(ii) The requirements of paragraphs (b)(7)(i) of this clause shall not apply to an employee who is-

(A) Legally permitted to remain in the country of employment and who chooses to do so; or

(B) Exempted by an authorized official of the contracting agency from the requirement to provide return transportation or pay for the cost of return transportation;

(iii) The requirements of paragraph (b)(7)(i) of this clause are modified for a victim of trafficking in persons who is seeking victim services or legal redress in the country of employment, or for a witness in an enforcement action related to trafficking in persons. The contractor should provide the return transportation or pay the cost of return transportation in a way that does not obstruct the victim services, legal redress, or witness activity. For example, the contractor shall not only offer return transportation to a witness at a time when the witness is still needed to testify. This paragraph does not apply when the exemptions at paragraph (b)(7)(ii) of this clause apply.

(8) Provide or arrange housing that fails to meet the host country housing and safety standards; or

(9) If required by law or contract, fail to provide an employment contract, recruitment agreement, or other required work document in writing. Such written work document shall be in a language the employee understands. If the employee must relocate to perform the work, the work document shall be provided to the employee at least five days prior to the employee relocating. The employee's work document shall include, but is not limited to, details about work description, wages, prohibition on charging recruitment fees, work location(s), living accommodations and associated costs, time off, roundtrip transportation arrangements, grievance process, and the content of applicable laws and regulations that prohibit trafficking in persons.

(c) Contractor requirements. The Contractor shall-
(1) Notify its employees and agents of-
(i) The United States Government's policy prohibiting trafficking in persons, described in paragraph (b) of this clause; and
(ii) The actions that will be taken against employees or agents for violations of this policy. Such actions for employees may include, but are not limited to, removal from the contract, reduction in benefits, or termination of employment; and
(2) Take appropriate action, up to and including termination, against employees, agents, or subcontractors that violate the policy in paragraph (b) of this clause.


(d) Notification.
(1) The Contractor shall inform the Contracting Officer and the agency Inspector General immediately of-
(i) Any credible information it receives from any source (including host country law enforcement) that alleges a Contractor employee, subcontractor, subcontractor employee, or their agent has engaged in conduct that violates the policy in paragraph (b) of this clause (see also 18 U.S.C. 1351, Fraud in Foreign Labor Contracting, and 52.203-13(b)(3)(i)(A), if that clause is included in the solicitation or contract, which requires disclosure to the agency Office of the Inspector General when the Contractor has credible evidence of fraud); and
(ii) Any actions taken against a Contractor employee, subcontractor, subcontractor employee, or their agent pursuant to this clause.
(2) If the allegation may be associated with more than one contract, the Contractor shall inform the contracting officer for the contract with the highest dollar value.


(e) Remedies. In addition to other remedies available to the Government, the Contractor's failure to comply with the requirements of paragraphs (c), (d), (g), (h), or (i) of this clause may result in-
(1) Requiring the Contractor to remove a Contractor employee or employees from the performance of the contract;
(2) Requiring the Contractor to terminate a subcontract;
(3) Suspension of contract payments until the Contractor has taken appropriate remedial action;
(4) Loss of award fee, consistent with the award fee plan, for the performance period in which the Government determined Contractor non-compliance;
(5) Declining to exercise available options under the contract;
(6) Termination of the contract for default or cause, in accordance with the termination clause of this contract; or
(7) Suspension or debarment.


(f) Mitigating and aggravating factors. When determining remedies, the Contracting Officer may consider the following:
(1) Mitigating factors. The Contractor had a Trafficking in Persons compliance plan or an awareness program at the time of the violation, was in compliance with the plan, and has taken appropriate remedial actions for the violation, that may include reparation to victims for such violations.
(2) Aggravating factors. The Contractor failed to abate an alleged violation or enforce the requirements of a compliance plan, when directed by the Contracting Officer to do so.


(g) Full cooperation.
(1) The Contractor shall, at a minimum-
(i) Disclose to the agency Inspector General information sufficient to identify the nature and extent of an offense and the individuals responsible for the conduct;
(ii) Provide timely and complete responses to Government auditors' and investigators' requests for documents;
(iii) Cooperate fully in providing reasonable access to its facilities and staff (both inside and outside the U.S.) to allow contracting agencies and other responsible Federal agencies to conduct audits, investigations, or other actions to ascertain compliance with the Trafficking Victims Protection Act of 2000 (22 U.S.C. chapter 78), E.O. 13627, or any other applicable law or regulation establishing restrictions on trafficking in persons, the procurement of commercial sex acts, or the use of forced labor; and
(iv) Protect all employees suspected of being victims of or witnesses to prohibited activities, prior to returning to the country from which the employee was recruited, and shall not prevent or hinder the ability of these employees from cooperating fully with Government authorities.
(2) The requirement for full cooperation does not foreclose any Contractor rights arising in law, the FAR, or the terms of the contract. It does not-
(i) Require the Contractor to waive its attorney-client privilege or the protections afforded by the attorney work product doctrine;
(ii) Require any officer, director, owner, employee, or agent of the Contractor, including a sole proprietor, to waive his or her attorney client privilege or Fifth Amendment rights; or
(iii) Restrict the Contractor from-
(A) Conducting an internal investigation; or
(B) Defending a proceeding or dispute arising under the contract or related to a potential or disclosed violation.

(h) Compliance plan.
(1) This paragraph (h) applies to any portion of the contract that-
(i) Is for supplies, other than commercially available off-the-shelf items, acquired outside the United States, or services to be performed outside the United States; and
(ii) Has an estimated value that exceeds $500,000.
(2) The Contractor shall maintain a compliance plan during the performance of the contract that is appropriate-
(i) To the size and complexity of the contract; and
(ii) To the nature and scope of the activities to be performed for the Government, including the number of non-United States citizens expected to be employed and the risk that the contract or subcontract will involve services or supplies susceptible to trafficking in persons.
(3) Minimum requirements. The compliance plan must include, at a minimum, the following:
(i) An awareness program to inform contractor employees about the Government's policy prohibiting trafficking-related activities described in paragraph (b) of this clause, the activities prohibited, and the actions that will be taken against the employee for violations. Additional information about Trafficking in Persons and examples of awareness programs can be found at the website for the Department of State's Office to Monitor and Combat Trafficking in Persons at http://www.state.gov/j/tip/.
(ii) A process for employees to report, without fear of retaliation, activity inconsistent with the policy prohibiting trafficking in persons, including a means to make available to all employees the hotline phone number of the Global Human Trafficking Hotline at 1-844-888-FREE and its email address at help@befree.org.
(iii) A recruitment and wage plan that only permits the use of recruitment companies with trained employees, prohibits charging recruitment fees to the employee, and ensures that wages meet applicable host-country legal requirements or explains any variance.
(iv) A housing plan, if the Contractor or subcontractor intends to provide or arrange housing, that ensures that the housing meets host-country housing and safety standards.
(v) Procedures to prevent agents and subcontractors at any tier and at any dollar value from engaging in trafficking in persons (including activities in paragraph (b) of this clause) and to monitor, detect, and terminate any agents, subcontracts, or subcontractor employees that have engaged in such activities.
(4) Posting.
(i) The Contractor shall post the relevant contents of the compliance plan, no later than the initiation of contract performance, at the workplace (unless the work is to be performed in the field or not in a fixed location) and on the Contractor's Web site (if one is maintained). If posting at the workplace or on the Web site is impracticable, the Contractor shall provide the relevant contents of the compliance plan to each worker in writing.
(ii) The Contractor shall provide the compliance plan to the Contracting Officer upon request.
(5) Certification. Annually after receiving an award, the Contractor shall submit a certification to the Contracting Officer that-
(i) It has implemented a compliance plan to prevent any prohibited activities identified at paragraph (b) of this clause and to monitor, detect, and terminate any agent, subcontract or subcontractor employee engaging in prohibited activities; and
(ii) After having conducted due diligence, either-
(A) To the best of the Contractor's knowledge and belief, neither it nor any of its agents, subcontractors, or their agents is engaged in any such activities; or
(B) If abuses relating to any of the prohibited activities identified in paragraph (b) of this clause have been found, the Contractor or subcontractor has taken the appropriate remedial and referral actions.

(i) Subcontracts.
(1) The Contractor shall include the substance of this clause, including this paragraph (i), in all subcontracts and in all contracts with agents. The requirements in paragraph (h) of this clause apply only to any portion of the subcontract that-
(A) Is for supplies, other than commercially available off-the-shelf items, acquired outside the United States, or services to be performed outside the United States; and
(B) Has an estimated value that exceeds $500,000.
(2) If any subcontractor is required by this clause to submit a certification, the Contractor shall require submission prior to the award of the subcontract and annually thereafter. The certification shall cover the items in paragraph (h)(5) of this clause.

**(End of Provision)**

**FAR 52.222-52 Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Certification (May 2014)**

(a) The offeror shall check the following certification:

Certification

The offeror doesdoes not certify that -

(1) The services under the contract are offered and sold regularly to non-Governmental customers, and are provided by the offeror (or subcontractor in the case of an exempt subcontract) to the general public in substantial quantities in the course of normal business operations;

(2) The contract services are furnished at prices that are, or are based on, established catalog or market prices. An "established catalog price" is a price included in a catalog, price list, schedule, or other form that is regularly maintained by the manufacturer or the offeror, is either published or otherwise available for inspection by customers, and states prices at which sales currently, or were last, made to a significant number of buyers constituting the general public. An "established market price" is a current price, established in the usual course of ordinary and usual trade between buyers and sellers free to bargain, which can be substantiated from sources independent of the manufacturer or offeror;

(3) Each service employee who will perform the services under the contract will spend only a small portion of his or her time (a monthly average of less than 20 percent of the available hours on an annualized basis, or less than 20 percent of available hours during the contract period if the contract period is less than a month) servicing the Government contract; and

(4) The offeror uses the same compensation (wage and fringe benefits) plan for all service employees performing work under the contract as the offeror uses for these employees and for equivalent employees servicing commercial customers.

(b) Certification by the offeror as to its compliance with respect to the contract also constitutes its certification as to compliance by its subcontractor if it subcontracts out the exempt services. If the offeror certifies to the conditions in paragraph (a) of this provision, and the Contracting Officer determines in accordance with FAR22.1003-4(d)(3) that the Service Contract Labor Standards statute-

(1) Will not apply to this offeror, then the Service Contract Labor Standards clause in this solicitation will not be included in any resultant contract to this offeror; or

(2) Will apply to this offeror, then the clause at FAR52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements, in this solicitation will not be included in any resultant contract awarded to this offer, and the offeror may be provided an opportunity to submit a new offer on that basis.

(c) If the offeror does not certify to the conditions in paragraph (a) of this provision-

(1) The clause of this solicitation at 52 222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements, will not be included in any resultant contract to this offeror; and

(2) The offeror shall notify the Contracting Officer as soon as possible if the Contracting Officer did not attach a Service Contract Labor Standards wage determination to the solicitation.

(d) The Contracting Officer may not make an award to the offeror, if the offeror fails to execute the certification in paragraph (a) of this provision or to contact the Contracting Officer as required in paragraph (c) of this provision.

**(End of Provision)**

**FAR 52.222-56 mpliance Plan (MAR 2015)**

As prescribed in 22.1705(b), insert the following provision:

CERTIFICATION REGARDING TRAFFICKING IN PERSONS COMPLIANCE PLAN (MAR 2015)

(a) The term "commercially available off-the-shelf (COTS) item," is defined in the clause of this solicitation entitled "Combating Trafficking in Persons" (FAR clause 52.222-50).

(b) The apparent successful Offeror shall submit, prior to award, a certification, as specified in paragraph (c) of this provision, for the portion (if any) of the contract that-
(1) Is for supplies, other than commercially available off-the-shelf items, to be acquired outside the United States, or services to be performed outside the United States; and
(2) Has an estimated value that exceeds $500,000.

(c) The certification shall state that-
(1) It has implemented a compliance plan to prevent any prohibited activities identified in paragraph (b) of the clause at 52.222-50, Combating Trafficking in Persons, and to monitor, detect, and terminate the contract with a subcontractor engaging in prohibited activities identified at paragraph (b) of the clause at 52.222-50, Combating Trafficking in Persons; and
(2) After having conducted due diligence, either-
(i) To the best of the Offeror's knowledge and belief, neither it nor any of its proposed agents, subcontractors, or their agents is engaged in any such activities; or
(ii) If abuses relating to any of the prohibited activities identified in 52.222-50(b) have been found, the Offeror or proposed subcontractor has taken the appropriate remedial and referral actions.

**(End of Provision)**

**FAR 52.223-1 Biobased Product Certification (May 2012)**

(a) As required by the Farm Security and Rural Investment Act of 2002 and the Energy Policy Act of 2005 (7 U.S.C. 8102(c)(3)), the offeror certifies, by signing this offer, that biobased products (within categories of products listed by theUnited States Department of Agriculture in 7 CFR part 3201, subpart B) to be used or delivered in the performance of the contract, other than biobased products that are not purchased by the offeror as a direct result of this contract, will comply with the applicable specifications or other contractual requirements.

**(End of Provision)**

**FAR 52.223-4 Recovered Material Certification (May 2008)**

As required by the Resource Conservation and Recovery Act of 1976 (42 U.S.C. 6962(c)(3)(A)(i)), the offeror certifies, by signing this offer, that the percentage of recovered materials content for EPA-designated items to be delivered or used in the performance of the contract will be at least the amount required by the applicable contract specifications or other contractual requirements.

certifies compliance with 52.223-4

**(End of Provision)**

**FAR 52.223-9 Estimate of Percentage of Recovered Material Content for EPA-Designated Items (May 2008)**
**Alternate I (May 2008)**

As prescribed in 23.406(d), redesignate paragraph (b) of the basic clause as paragraph (c) and add the following paragraph (b) to the basic clause:

(b) The Contractor shall execute the following certification required by the Resource Conservation and Recovery Act of 1976 (42 U.S.C. 6962(i)(2)(C)):

**Certification**

I, (name of certifier), am an officer or employee responsible for the performance of this contract and hereby certify that the percentage of recovered material content for EPA-designated items met the applicable contract specifications or other contractual requirements.

Submission of this record serves as the signature for this Certification

[Signature of the Officer or Employee]

[Typed Name of the Officer or Employee]

[Title]

(Doing Business As:)
[Name of Company, Firm, or Organization]

[Date]

**(End of Provision)**

**FAR 52.223-22 Public Disclosure of Greenhouse Gas Emissions and Reduction Goals-Representation (Dec 2016)**

As prescribed in 23.804(b), insert the following provision:
Public Disclosure of Greenhouse Gas Emissions and Reduction Goals- Representation (Dec 2016)

(a) This representation shall be completed if the Offeror received $7.5 million or more in Federal contract awards in the prior Federal fiscal year. The representation is optional if the Offeror received less than $7.5 million in Federal contract awards in the prior Federal fiscal year.

(b) Representation [Offeror is to check applicable blocks in paragraphs (b)(1) and (2).]
(1) The Offeror (itself or through its immediate owner or highest-level owner)  does,  does not publicly disclose greenhouse gas emissions, i.e., makes available on a publicly accessible Web site the results of a greenhouse gas inventory, performed in accordance with an accounting standard with publicly available and consistently applied criteria, such as the Greenhouse Gas Protocol Corporate Standard.
(2) The Offeror (itself or through its immediate owner or highest-level owner)  does,  does not publicly disclose a quantitative greenhouse emissions reduction goal, i.e., make available on a publicly accessible Web site a target to reduce absolute emissions or emissions intensity by a specific quantity or percentage.
(3) A publicly accessible Web site includes the Offeror's own Web site or a recognized, third-party greenhouse gas emissions reporting program.

(c) If the Offeror checked "does" in paragraphs (b)(1) or (b)(2) of this provision, respectively, the Offeror shall provide the publicly accessible Web site(s) where greenhouse gas emissions and/or reduction goals are reported:

**(End of Provision)**

**FAR 52.225-2 Buy American Act Certificate (May 2014)**

(a) The offeror certifies that each end product, except those listed in paragraph (b) of this provision, is a domestic end product and that for other than COTS items, the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The offeror shall list as foreign end products those end products manufactured in the United States that do not qualify as domestic end products, i.e., an end product that is not a COTS item and does not meet the component test in paragraph (2) of the definition of "domestic end product." The terms "commercially available off-the-shelf (COTS) item," "component," "domestic end product," "end product," "foreign end product," and "United States" are defined in the clause of this solicitation entitled "Buy American-Supplies."

(b) Foreign End Products:

(c) The Government will evaluate offers in accordance with the policies and procedures of Part 25 of the Federal Acquisition Regulation.

**(End of Provision)**

**FAR 52.225-4 Buy American-Free Trade Agreements-Israeli Trade Act Certificate (May 2014)**

(a) The offeror certifies that each end product, except those listed in paragraph (b) or (c) of this provision, is a domestic end product and that for other than COTS items, the offeror has considered components of unknown origin to have been   mined, produced, or manufactured outside the United States   The terms "Bahrainian, Moroccan, Omani, Panamanian, or Peruvian end product," "commercially   available off-the-shelf (COTS) item," "component," "domestic end product," "end product," "foreign end product," "Free Trade Agreement country," "Free Trade Agreement country end product," "Israeli end product," and   "United States" are defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli   Trade Act."

(b) The offeror certifies that the following supplies are Free Trade Agreement country end products (other than Bahrainian, Moroccan, Omani, Panamanian, or Peruvian end products) or Israeli end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act".
Free Trade Agreement Country End Products(Other than Bahrainian, Moroccan, Omani, Panamanian, or Peruvian End Products) or Israeli End Products "

(c) The offeror shall list those supplies that are foreign endproducts (other than those listed in paragraph (b) of this provision) as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act." The offeror shall list as other foreign end products those end products manufactured in the United States that do not qualify as domestic end products, i.e., an end product that is not a COTS item and does not meet the component test in paragraph (2) of the definition of "domestic end product."

Other Foreign End Products:

(d) The Government will evaluate offers in accordance with the policies and procedures of Part 25 of the Federal Acquisition Regulation.

**Alternate I (May 2014)**

As prescribed in 25.1101 (b)(2)(ii), substitute the following paragraph (b) for paragraph (b) of the basic provision:
(b) The offeror certifies that the following supplies are Canadian end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act":
Canadian End Products:

**Alternate II (May 2014)**

As prescribed in 25.1101(b)(2)(iii), substitute the following paragraph (b) for paragraph (b) of the basic provision:
(b) The offeror certifies that the following supplies are Canadian end products or Israeli end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act":
Canadian or Israeli End Products:

**Alternate III (May 2014)**

As prescribed in 25.1101(b)(2)(iv), substitute the following paragraph (b) for paragraph (b) of the basic provision:

(b) The offeror certifies that the following supplies are Free Trade Agreement country end products (other than Bahrainian,Korean, Moroccan, Omani, Panamanian, or Peruvian end products) or Israeli end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act".
Free Trade Agreement Country End Products (Other than Bahrainian, Korean, Moroccan, Omani, Panamanian, or Peruvian End Products) or Israeli End Products

**(End of Provision)**
**FAR 52.225-6 Trade Agreements Certificate (May 2014)**

(a) The offeror certifies that each end product, except those listed in paragraph (b) of this provision, is a U.S.-made,or designated country, end product, as defined in the clause of this solicitation entitled "Trade Agreements."

(b) The offeror shall list as other end products those supplies that are not U.S.-made, or designated country, end products.
Other End Products:

(c) The Government will evaluate offers in accordance with the policies and procedures of Part 25 of the Federal Acquisition Regulation. For line items covered by the WTO GPA,the Government will evaluate offers of U.S.-made, or designated country, end products without regard to the restrictions of the Buy American statute. The Government will consider for award only offers of U.S.-made, or designated country, end products unless the Contracting Officer determines that there are no offers for those products or that the offers for those products are insufficient to fulfill the requirements of this solicitation.

**(End of Provision)**
**FAR 52.225-20 Prohibition on Conducting Restricted Business Operations in Sudan-Certification (Aug 2009)**

(a) Definitions. As used in this provision-

"Business operations" means engaging in commerce in any form, including by acquiring, developing, maintaining, owning, selling, possessing, leasing, or operating equipment, facilities, personnel, products, services, personal property, real property, or any other apparatus of business or commerce.

"Marginalized populations of Sudan" means-

(1) Adversely affected groups in regions authorized to receive assistance under section 8(c) of the Darfur Peace and Accountability Act (Pub. L. 109-344) (50 U.S.C. 1701 note); and

(2) Marginalized areas in Northern Sudan described in section 4(9) of such Act.

"Restricted business operations" means business operations in Sudan that include power production activities, mineral extraction activities, oil-related activities, or the production of military equipment, as those terms are defined in the Sudan Accountability and Divestment Act of 2007(Pub. L. 110-174). Restricted business operations do not include business operations that the person (as that term is defined in Section 2 of the Sudan Accountability and Divestment Act of 2007) conducting the business can demonstrate-

(1) Are conducted under contract directly and exclusively with the regional government of southern Sudan;

(2) Are conducted pursuant to specific authorization from the Office of Foreign Assets Control in the Department of the Treasury, or are expressly exempted under Federal law from the requirement to be conducted under such authorization;

(3) Consist of providing goods or services to marginalized populations of Sudan;

(4) Consist of providing goods or services to an internationally recognized peacekeeping force or humanitarian organization;

(5) Consist of providing goods or services that are used only to promote health or education; or

(6) Have been voluntarily suspended.

(b) Certification. By submission of its offer, the offeror certifies that the offeror does not conduct any restricted business operations in Sudan.

**(End of Provision)**

**FAR 52.225-25 Prohibition on Contracting with Entities Engaging in Certain Activities or Transactions Relating to Iran - Representation and Certifications (Oct 2015)**

(a) Definitions. As used in this provision-
"Person"-
(1) Means-
(i) A natural person;
(ii) A corporation, business association, partnership, society, trust, financial institution, insurer, underwriter, guarantor, and any other business organization, any other nongovernmental entity, organization, or group, and any governmental entity operating as a business enterprise; and

(iii) Any successor to any entity described in paragraph (1)(ii) of this definition; and

(2) Does not include a government or governmental entity that is not operating as a business enterprise.

"Sensitive technology"-

(1) Means hardware, software, telecommunications equipment, or any other technology that is to be used specifically-

(i) To restrict the free flow of unbiased information in Iran; or

(ii) To disrupt, monitor, or otherwise restrict speech of the people of Iran; and

(2) Does not include information or informational materials the export of which the President does not have the authority to regulate or prohibit pursuant to section 203(b)(3) of the International Emergency Economic Powers Act (50 U.S.C. 1702(b)(3)).

(b) The offeror shall e-mail questions concerning sensitive technology to the Department of State at CISADA106@state.gov.

(c) Except as provided in paragraph (d) of this provision or if a waiver has been granted in accordance with 25.703-4, by submission of its offer, the offeror-

(1) Represents, to the best of its knowledge and belief, that the offeror does not export any sensitive technology to the government of Iran or any entities or individuals owned or controlled by, or acting on behalf or at the direction of, the government of Iran;

(2) Certifies that the offeror, or any person owned or controlled by the offeror, does not engage in any activities for which sanctions may be imposed under section 5 of the Iran Sanctions Act. These sanctioned activities are in the areas of development of the petroleum resources of Iran, production of refined petroleum products in Iran, sale and provision of refined petroleum products to Iran, and contributing to Iran's ability to acquire or develop certain weapons or technologies; and

(3) Certifies that the offeror, and any person owned or controlled by the offeror, does not knowingly engage in any transaction that exceeds $3,500 with Iran's Revolutionary Guard Corps or any of its officials, agents, or affiliates, the property and interests in property of which are blocked pursuant to the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.) (see OFAC's Specially Designated Nationals and Blocked Persons List at http://www.treasury.gov/ofac/downloads/t11sdn.pdf).

(d) Exception for trade agreements. The representation requirement of paragraph (c)(1) and the certification requirements of paragraphs (c)(2) and (c)(3) of this provision do not apply if-

(1) This solicitation includes a trade agreements notice or certification (e.g., 52.225-4, 52.225-6, 52.225-12, 52.225-24, or comparable agency provision); and

(2) The offeror has certified that all the offered products to be supplied are designated country end products or designated country construction material.

**(End of Provision)**

**FAR 52.226-2 Historically Black College or University and Minority Institution Representation (Oct 2014)**

(a) Definitions. As used in this provision-

"Historically black college or university" means an institution determined by the Secretary of Education to meet the requirements of 34 CFR 608.2.

"Minority institution" means an institution of higher education meeting the requirements of Section 365(3) of the Higher Education Act of 1965 (20 U.S.C. 1067k), including a Hispanic-serving institution of higher education, as defined in Section 502(a) of the Act (20 U.S.C. 1101a).

(b) Representation. The offeror represents that it-
is is not a historically black college or university;

is is not a minority institution.

**(End of Provision)**

**FAR 52.227-6 Royalty Information (Apr 1984)**

(a) Cost or charges for royalties. When the response to this solicitation contains costs or charges for royalties totaling more than $250, the following information shall be included in the response relating to each separate item of royalty or license fee:

(1) Name and address of licensor.

(2) Date of license agreement.

(3) Patent numbers, patent application serial numbers, or other basis on which the royalty is payable.

(4) Brief description, including any part or model numbers of each contract item or component on which the royalty is payable.

(5) Percentage or dollar rate of royalty per unit.

(6) Unit price of contract item.

(7) Number of units.

(8) Total dollar amount of royalties.

(b) Copies of current licenses. In addition, if specifically requested by the Contracting Officer before execution of the contract, the offeror shall furnish a copy of the current license agreement and an identification of applicable claims of specific patents.

**(End of Provision)**

**FAR 52.227-15 Representation of Limited Rights Data and Restricted Computer Software (Dec 2007)**

(a) This solicitation sets forth the Government's known delivery requirements for data (as defined in the clause at 52.227-14, Rights in Data-General). Any resulting contract may also provide the Government the option to order additional data under the Additional Data Requirements clause at 52.227-16, if included in the contract. Any data delivered under the resulting contract will be subject to the Rights in Data-General clause at 52.227-14 included in this contract. Under the latter clause, a Contractor may withhold from delivery data that qualify as limited rights data or restricted computer software, and deliver form, fit, and function data instead. The latter clause also may be used with its Alternates II and or III to obtain delivery of limited rights data or restricted computer software, marked with limited rights or restricted rights notices, as appropriate. In addition, use of Alternate V with this latter clause provides the Government the right to inspect such data at the Contractor's facility.

(b) By completing the remainder of this paragraph, the offeror represents that it has reviewed the requirements for the delivery of technical data or computer software and states [offeror check appropriate block]-

(1) None of the data proposed for fulfilling such requirements qualifies as limited rights data or restricted computer software; or

(2) Data proposed for fulfilling such requirements qualify as limited rights data or restricted computer software and are identified as follows:

(c) Any identification of limited rights data or restricted computer software in the offeror's response is not determinative of the status of the data should a contract be awarded to the offeror.

**(End of Provision)**

AR02572

 **A NEW WAY TO SIGN IN** - If you already have
a SAM account, use your **SAM email** for login.gov.

 Log In

**Login.gov FAQs**

ALERT - June 11, 2018: Entities registering in SAM must submit a notarized letter appointing their authorized Entity Administrator. Read our updated FAQs to learn more about changes to the notarized letter review process and other system improvements coming in June.

# Entity Dashboard

- Entity Overview
  - Entity Registration
    - Core Data
    - Assertions
    - Reps & Certs
    - POCs
  - Exclusions
    - Active Exclusions
    - Inactive Exclusions
    - Excluded Family Members

RETURN TO SEARCH

WATERS SEPTIC TANK SERVICE

DUNS: 081275240   CAGE Code: 1DBY8

Status: Active

4275 REWANA WAY
RENO, NV 89502-5197,
UNITED STATES

Expiration Date: 07/17/2019

Purpose of Registration: All Awards

## Active Exclusions

**Page Description**

There are no active exclusion records associated to this entity by its unique entity identifier, i.e. the DUNS Number. You may conduct additional searches for exclusion records using different search criteria by selecting Search Records in the main navigation.

PRINT



AR02574



Argo, Troy <targo@blm.gov>

## [EXTERNAL] Quote from Waters Vacuum Truck Service - 07/11/2018

3 messages

**Justin Waters** <notification@getjobber.com>                     Wed, Jul 11, 2018 at 5:01 PM
Reply-To: Justin Waters <justin@watersvacuum.com>
To: targo@blm.gov



775-825-1595
PO Box 18160 Reno, NV 89511



Troy,

Good afternoon.

Thank you for asking us to quote on your project. Please find a detailed
copy of our quote attached to this email.

The quote total for Black Rock Field Office Septic Tank and Vault Toilet
Cleaning is $12,740.00 as of 07/11/2018. We need to receive approved
quote no later than 8/1/2018 in order to reserve necessary personnel and
schedule work due to this being our busiest time of year.

If you have any questions or concerns regarding this quote, please don't
hesitate to get in touch with us at justin@watersvacuum.com.

Sincerely,

Waters Vacuum Truck Service

Review & Approve

AR02575

Delivered by Jobber Copyright © 2018, Octopusapp, Inc.

 **quote_604.pdf**
70K

---

**Troy Argo** <targo@blm.gov>
To: Justin Waters <justin@watersvacuum.com>
Cc: Eleanor Taylor <emtaylor@blm.gov>

Thu, Jul 19, 2018 at 5:31 PM

Hi Justin,

Please see the attached award for the Black Rock Station toilets next month.

Thank you for your time.

Troy Argo
Contracting Officer
Bureau of Land Management, Nevada
775-861-6717
targo@blm.gov

[Quoted text hidden]

---

**3 attachments**

 **140L3918P0135.pdf**
141K

 **A04 SOW.pdf**
54K

 **Wages.pdf**
92K

---

**Justin Waters** <justin@watersvacuum.com>
To: Troy Argo <targo@blm.gov>
Cc: Eleanor Taylor <emtaylor@blm.gov>

Fri, Jul 20, 2018 at 11:31 AM

Troy,

Please find attached signed Contract/Solicitation. Have a great weekend!

Thank You,

# Justin Angel-Waters

Office Manager



**888-909-PUMP Toll Free**

**775-825-1595 Office**

**775-825-1692 Fax**

**watersvacuum.com**





**From:** Troy Argo <targo@blm.gov>
**Sent:** Thursday, July 19, 2018 3:31 PM
**To:** Justin Waters <justin@watersvacuum.com>
**Cc:** Eleanor Taylor <emtaylor@blm.gov>
**Subject:** Re: [EXTERNAL] Quote from Waters Vacuum Truck Service - 07/11/2018

[Quoted text hidden]

 **BLM.pdf**
2478K

AR02578

```
WD 15-5595 (Rev.-5) was first posted on www.wdol.gov on 01/16/2018
*****************************************************************************
REGISTER OF WAGE DETERMINATIONS UNDER |      U.S. DEPARTMENT OF LABOR
      THE SERVICE CONTRACT ACT         | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor |      WAGE AND HOUR DIVISION
                                       |      WASHINGTON D.C.  20210
                                       |
                                       |
                                       |
                                       | Wage Determination No.: 2015-5595
Daniel W. Simms         Division of    |      Revision No.: 5
Director            Wage Determinations|   Date Of Revision: 01/10/2018
```

Note: Under Executive Order (EO) 13658, an hourly minimum wage of $10.35 for
calendar year 2018 applies to all contracts subject to the Service Contract
Act for which the contract is awarded (and any solicitation was issued) on or
after January 1, 2015. If this contract is covered by the EO, the contractor
must pay all workers in any classification listed on this wage determination
at least $10.35 per hour (or the applicable wage rate listed on this wage
determination, if it is higher) for all hours spent performing on the contract
in calendar year 2018. The EO minimum wage rate will be adjusted annually.
Additional information on contractor requirements and worker protections under
the EO is available at www.dol.gov/whd/govcontracts

State: Nevada

Area: Nevada Counties of Storey, Washoe

```
          **Fringe Benefits Required Follow the Occupational Listing**
OCCUPATION CODE - TITLE                          FOOTNOTE       RATE
01000 - Administrative Support And Clerical Occupations
  01011 - Accounting Clerk I                                    15.66
  01012 - Accounting Clerk II                                   17.58
  01013 - Accounting Clerk III                                  19.67
  01020 - Administrative Assistant                              25.81
  01035 - Court Reporter                                        19.55
  01041 - Customer Service Representative I                     12.26
  01042 - Customer Service Representative II                    13.78
  01043 - Customer Service Representative III                   15.04
  01051 - Data Entry Operator I                                 12.44
  01052 - Data Entry Operator II                                13.86
  01060 - Dispatcher, Motor Vehicle                            21.62
  01070 - Document Preparation Clerk                            17.24
  01090 - Duplicating Machine Operator                          17.24
  01111 - General Clerk I                                       14.40
  01112 - General Clerk II                                      15.72
  01113 - General Clerk III                                     17.65
  01120 - Housing Referral Assistant                            21.80
  01141 - Messenger Courier                                     12.83
  01191 - Order Clerk I                                         15.15
  01192 - Order Clerk II                                        16.59
  01261 - Personnel Assistant (Employment) I                   15.66
  01262 - Personnel Assistant (Employment) II                  17.52
  01263 - Personnel Assistant (Employment) III                 19.53
  01270 - Production Control Clerk                              19.74
  01290 - Rental Clerk                                          14.77
  01300 - Scheduler, Maintenance                                17.48
  01311 - Secretary I                                           17.48
  01312 - Secretary II                                          19.55
  01313 - Secretary III                                         21.80
  01320 - Service Order Dispatcher                              17.78
  01410 - Supply Technician                                     25.81
  01420 - Survey Worker                                         17.81
  01460 - Switchboard Operator/Receptionist                     14.53
```

```
  01531 - Travel Clerk I                                    13.06
  01532 - Travel Clerk II                                   13.87
  01533 - Travel Clerk III                                  14.50
  01611 - Word Processor I                                  14.86
  01612 - Word Processor II                                 16.69
  01613 - Word Processor III                                18.66
05000 - Automotive Service Occupations
  05005 - Automobile Body Repairer, Fiberglass             23.47
  05010 - Automotive  Electrician                           21.13
  05040 - Automotive Glass Installer                        19.65
  05070 - Automotive Worker                                 19.65
  05110 - Mobile Equipment Servicer                         17.34
  05130 - Motor Equipment Metal Mechanic                    21.13
  05160 - Motor Equipment Metal Worker                      19.65
  05190 - Motor Vehicle Mechanic                            21.73
  05220 - Motor Vehicle Mechanic Helper                     17.34
  05250 - Motor Vehicle Upholstery Worker                   19.65
  05280 - Motor Vehicle Wrecker                             19.65
  05310 - Painter, Automotive                               20.49
  05340 - Radiator Repair Specialist                        19.65
  05370 - Tire Repairer                                     14.90
  05400 - Transmission Repair Specialist                    21.13
07000 - Food Preparation And Service Occupations
  07010 - Baker                                             13.69
  07041 - Cook I                                            13.93
  07042 - Cook II                                           15.65
  07070 - Dishwasher                                         9.40
  07130 - Food Service Worker                                9.66
  07210 - Meat Cutter                                       20.77
  07260 - Waiter/Waitress                                    8.85
09000 - Furniture Maintenance And Repair Occupations
  09010 - Electrostatic Spray Painter                       18.99
  09040 - Furniture Handler                                 14.83
  09080 - Furniture Refinisher                              18.99
  09090 - Furniture Refinisher Helper                       15.28
  09110 - Furniture Repairer, Minor                         17.11
  09130 - Upholsterer                                       17.31
11000 - General Services And Support Occupations
  11030 - Cleaner, Vehicles                                 11.74
  11060 - Elevator Operator                                 11.74
  11090 - Gardener                                          16.67
  11122 - Housekeeping Aide                                 10.23
  11150 - Janitor                                           10.23
  11210 - Laborer, Grounds Maintenance                      13.46
  11240 - Maid or Houseman                                  10.03
  11260 - Pruner                                            12.43
  11270 - Tractor Operator                                  15.49
  11330 - Trail Maintenance Worker                          13.46
  11360 - Window Cleaner                                    11.08
12000 - Health Occupations
  12010 - Ambulance Driver                                  19.39
  12011 - Breath Alcohol Technician                         18.66
  12012 - Certified Occupational Therapist Assistant        29.84
  12015 - Certified Physical Therapist Assistant            23.73
  12020 - Dental Assistant                                  18.09
  12025 - Dental Hygienist                                  45.50
  12030 - EKG Technician                                    35.78
  12035 - Electroneurodiagnostic Technologist               35.78
  12040 - Emergency Medical Technician                      19.39
  12071 - Licensed Practical Nurse I                        19.44
  12072 - Licensed Practical Nurse II                       21.76
  12073 - Licensed Practical Nurse III                      24.25
  12100 - Medical Assistant                                 16.54
  12130 - Medical Laboratory Technician                     19.41
  12160 - Medical Record Clerk                              17.85
```

AR02580

```
12190 - Medical Record Technician                                    19.73
12195 - Medical Transcriptionist                                     20.17
12210 - Nuclear Medicine Technologist                                46.44
12221 - Nursing Assistant I                                          10.96
12222 - Nursing Assistant II                                         12.33
12223 - Nursing Assistant III                                        13.46
12224 - Nursing Assistant IV                                         15.11
12235 - Optical Dispenser                                            20.05
12236 - Optical Technician                                           15.88
12250 - Pharmacy Technician                                          17.05
12280 - Phlebotomist                                                 15.74
12305 - Radiologic Technologist                                      32.25
12311 - Registered Nurse I                                           27.63
12312 - Registered Nurse II                                          35.14
12313 - Registered Nurse II, Specialist                              35.14
12314 - Registered Nurse III                                         40.94
12315 - Registered Nurse III, Anesthetist                            40.94
12316 - Registered Nurse IV                                          49.04
12317 - Scheduler (Drug and Alcohol Testing)                         26.95
12320 - Substance Abuse Treatment Counselor                          24.97
13000 - Information And Arts Occupations
13011 - Exhibits Specialist I                                        21.37
13012 - Exhibits Specialist II                                       25.72
13013 - Exhibits Specialist III                                      32.35
13041 - Illustrator I                                                21.37
13042 - Illustrator II                                               25.72
13043 - Illustrator III                                              32.35
13047 - Librarian                                                    29.32
13050 - Library Aide/Clerk                                           18.94
13054 - Library Information Technology Systems                       26.48
Administrator
13058 - Library Technician                                           22.38
13061 - Media Specialist I                                           18.56
13062 - Media Specialist II                                          20.77
13063 - Media Specialist III                                         23.84
13071 - Photographer I                                               15.87
13072 - Photographer II                                              17.74
13073 - Photographer III                                             21.98
13074 - Photographer IV                                              26.88
13075 - Photographer V                                               32.53
13090 - Technical Order Library Clerk                                17.04
13110 - Video Teleconference Technician                              20.97
14000 - Information Technology Occupations
14041 - Computer Operator I                                          15.70
14042 - Computer Operator II                                         17.56
14043 - Computer Operator III                                        19.59
14044 - Computer Operator IV                                         21.76
14045 - Computer Operator V                                          24.09
14071 - Computer Programmer I                    (see 1)             22.61
14072 - Computer Programmer II                   (see 1)
14073 - Computer Programmer III                  (see 1)
14074 - Computer Programmer IV                   (see 1)
14101 - Computer Systems Analyst I               (see 1)
14102 - Computer Systems Analyst II              (see 1)
14103 - Computer Systems Analyst III             (see 1)
14150 - Peripheral Equipment Operator                                15.70
14160 - Personal Computer Support Technician                         21.76
14170 - System Support Specialist                                    29.06
15000 - Instructional Occupations
15010 - Aircrew Training Devices Instructor (Non-Rated)              29.62
15020 - Aircrew Training Devices Instructor (Rated)                  39.42
15030 - Air Crew Training Devices Instructor (Pilot)                 40.72
15050 - Computer Based Training Specialist / Instructor              29.62
15060 - Educational Technologist                                     34.68
15070 - Flight Instructor (Pilot)                                    40.72
```

```
  15080 - Graphic Artist                                          23.61
  15085 - Maintenance Test Pilot, Fixed, Jet/Prop                 35.09
  15086 - Maintenance Test Pilot, Rotary Wing                     35.09
  15088 - Non-Maintenance Test/Co-Pilot                           35.09
  15090 - Technical Instructor                                    19.82
  15095 - Technical Instructor/Course Developer                   24.25
  15110 - Test Proctor                                            17.17
  15120 - Tutor                                                   17.17
16000 - Laundry, Dry-Cleaning, Pressing And Related Occupations
  16010 - Assembler                                               11.64
  16030 - Counter Attendant                                       11.64
  16040 - Dry Cleaner                                             13.45
  16070 - Finisher, Flatwork, Machine                             11.64
  16090 - Presser, Hand                                           11.64
  16110 - Presser, Machine, Drycleaning                           11.64
  16130 - Presser, Machine, Shirts                                11.64
  16160 - Presser, Machine, Wearing Apparel, Laundry              11.64
  16190 - Sewing Machine Operator                                 14.03
  16220 - Tailor                                                  14.86
  16250 - Washer, Machine                                         12.24
19000 - Machine Tool Operation And Repair Occupations
  19010 - Machine-Tool Operator (Tool Room)                       23.44
  19040 - Tool And Die Maker                                      28.25
21000 - Materials Handling And Packing Occupations
  21020 - Forklift Operator                                       18.40
  21030 - Material Coordinator                                    19.74
  21040 - Material Expediter                                      19.74
  21050 - Material Handling Laborer                               14.34
  21071 - Order Filler                                            14.13
  21080 - Production Line Worker (Food Processing)                18.40
  21110 - Shipping Packer                                         16.20
  21130 - Shipping/Receiving Clerk                                16.20
  21140 - Store Worker I                                          14.19
  21150 - Stock Clerk                                             17.98
  21210 - Tools And Parts Attendant                               18.40
  21410 - Warehouse Specialist                                    18.40
23000 - Mechanics And Maintenance And Repair Occupations
  23010 - Aerospace Structural Welder                             29.86
  23019 - Aircraft Logs and Records Technician                    24.13
  23021 - Aircraft Mechanic I                                     28.44
  23022 - Aircraft Mechanic II                                    29.86
  23023 - Aircraft Mechanic III                                   31.33
  23040 - Aircraft Mechanic Helper                                21.11
  23050 - Aircraft, Painter                                       26.94
  23060 - Aircraft Servicer                                       24.13
  23070 - Aircraft Survival Flight Equipment Technician           26.94
  23080 - Aircraft Worker                                         25.52
  23091 - Aircrew Life Support Equipment (ALSE) Mechanic          25.52
I
  23092 - Aircrew Life Support Equipment (ALSE) Mechanic          28.44
II
  23110 - Appliance Mechanic                                      21.84
  23120 - Bicycle Repairer                                        13.86
  23125 - Cable Splicer                                           26.91
  23130 - Carpenter, Maintenance                                  22.71
  23140 - Carpet Layer                                            25.23
  23160 - Electrician, Maintenance                                27.43
  23181 - Electronics Technician Maintenance I                    24.24
  23182 - Electronics Technician Maintenance II                   25.59
  23183 - Electronics Technician Maintenance III                  28.00
  23260 - Fabric Worker                                           21.00
  23290 - Fire Alarm System Mechanic                              25.65
  23310 - Fire Extinguisher Repairer                              19.77
  23311 - Fuel Distribution System Mechanic                       25.17
  23312 - Fuel Distribution System Operator                       21.51
```

```
   23370 - General Maintenance Worker                           18.24
   23380 - Ground Support Equipment Mechanic                    28.44
   23381 - Ground Support Equipment Servicer                    24.13
   23382 - Ground Support Equipment Worker                      25.52
   23391 - Gunsmith I                                           19.77
   23392 - Gunsmith II                                          22.21
   23393 - Gunsmith III                                         24.75
   23410 - Heating, Ventilation And Air-Conditioning            26.19
   Mechanic
   23411 - Heating, Ventilation And Air Contidioning            27.49
   Mechanic (Research Facility)
   23430 - Heavy Equipment Mechanic                             27.65
   23440 - Heavy Equipment Operator                             24.61
   23460 - Instrument Mechanic                                  24.75
   23465 - Laboratory/Shelter Mechanic                          23.44
   23470 - Laborer                                              13.19
   23510 - Locksmith                                            25.28
   23530 - Machinery Maintenance Mechanic                       22.80
   23550 - Machinist, Maintenance                               20.64
   23580 - Maintenance Trades Helper                            16.61
   23591 - Metrology Technician I                               24.75
   23592 - Metrology Technician II                              25.98
   23593 - Metrology Technician III                             27.26
   23640 - Millwright                                           24.75
   23710 - Office Appliance Repairer                            20.16
   23760 - Painter, Maintenance                                 18.20
   23790 - Pipefitter, Maintenance                              27.67
   23810 - Plumber, Maintenance                                 26.88
   23820 - Pneudraulic Systems Mechanic                         24.75
   23850 - Rigger                                               24.75
   23870 - Scale Mechanic                                       22.21
   23890 - Sheet-Metal Worker, Maintenance                      23.24
   23910 - Small Engine Mechanic                                20.33
   23931 - Telecommunications Mechanic I                        24.77
   23932 - Telecommunications Mechanic II                       26.00
   23950 - Telephone Lineman                                    25.08
   23960 - Welder, Combination, Maintenance                     21.89
   23965 - Well Driller                                         25.17
   23970 - Woodcraft Worker                                     24.75
   23980 - Woodworker                                           19.77
 24000 - Personal Needs Occupations
   24550 - Case Manager                                         17.32
   24570 - Child Care Attendant                                 12.05
   24580 - Child Care Center Clerk                              15.40
   24610 - Chore Aide                                           10.52
   24620 - Family Readiness And Support Services                17.32
   Coordinator
   24630 - Homemaker                                            17.32
 25000 - Plant And System Operations Occupations
   25010 - Boiler Tender                                        24.75
   25040 - Sewage Plant Operator                                30.90
   25070 - Stationary Engineer                                  24.75
   25190 - Ventilation Equipment Tender                         18.37
   25210 - Water Treatment Plant Operator                       30.90
 27000 - Protective Service Occupations
   27004 - Alarm Monitor                                        27.97
   27007 - Baggage Inspector                                    11.95
   27008 - Corrections Officer                                  25.60
   27010 - Court Security Officer                               25.60
   27030 - Detection Dog Handler                                18.18
   27040 - Detention Officer                                    25.60
   27070 - Firefighter                                          25.20
   27101 - Guard I                                              11.95
   27102 - Guard II                                             18.18
   27131 - Police Officer I                                     30.96
```

```
   27132 - Police Officer II                                                34.42
 28000 - Recreation Occupations
   28041 - Carnival Equipment Operator                                      11.60
   28042 - Carnival Equipment Repairer                                      12.42
   28043 - Carnival Worker                                                   9.26
   28210 - Gate Attendant/Gate Tender                                       13.90
   28310 - Lifeguard                                                        11.84
   28350 - Park Attendant (Aide)                                            15.55
   28510 - Recreation Aide/Health Facility Attendant                        11.34
   28515 - Recreation Specialist                                            19.25
   28630 - Sports Official                                                  12.42
   28690 - Swimming Pool Operator                                           17.68
 29000 - Stevedoring/Longshoremen Occupational Services
   29010 - Blocker And Bracer                                               22.21
   29020 - Hatch Tender                                                     22.21
   29030 - Line Handler                                                     22.21
   29041 - Stevedore I                                                      21.00
   29042 - Stevedore II                                                     23.44
 30000 - Technical Occupations
   30010 - Air Traffic Control Specialist, Center (HFO)    (see 2)          37.52
   30011 - Air Traffic Control Specialist, Station (HFO)   (see 2)          25.87
   30012 - Air Traffic Control Specialist, Terminal (HFO) (see 2)           28.49
   30021 - Archeological Technician I                                       18.02
   30022 - Archeological Technician II                                      20.17
   30023 - Archeological Technician III                                     24.55
   30030 - Cartographic Technician                                          24.55
   30040 - Civil Engineering Technician                                     26.90
   30051 - Cryogenic Technician I                                           23.79
   30052 - Cryogenic Technician II                                          26.28
   30061 - Drafter/CAD Operator I                                           18.02
   30062 - Drafter/CAD Operator II                                          20.17
   30063 - Drafter/CAD Operator III                                         22.50
   30064 - Drafter/CAD Operator IV                                          27.19
   30081 - Engineering Technician I                                         16.00
   30082 - Engineering Technician II                                        17.96
   30083 - Engineering Technician III                                       20.10
   30084 - Engineering Technician IV                                        24.88
   30085 - Engineering Technician V                                         30.45
   30086 - Engineering Technician VI                                        36.85
   30090 - Environmental Technician                                         27.01
   30095 - Evidence Control Specialist                                      21.48
   30210 - Laboratory Technician                                            17.03
   30221 - Latent Fingerprint Technician I                                  33.83
   30222 - Latent Fingerprint Technician II                                 37.37
   30240 - Mathematical Technician                                          26.12
   30361 - Paralegal/Legal Assistant I                                      20.22
   30362 - Paralegal/Legal Assistant II                                     25.06
   30363 - Paralegal/Legal Assistant III                                    30.36
   30364 - Paralegal/Legal Assistant IV                                     37.09
   30375 - Petroleum Supply Specialist                                      26.28
   30390 - Photo-Optics Technician                                          24.55
   30395 - Radiation Control Technician                                     26.28
   30461 - Technical Writer I                                               30.04
   30462 - Technical Writer II                                              35.23
   30463 - Technical Writer III                                             37.07
   30491 - Unexploded Ordnance (UXO) Technician I                           23.85
   30492 - Unexploded Ordnance (UXO) Technician II                          28.85
   30493 - Unexploded Ordnance (UXO) Technician III                         34.58
   30494 - Unexploded (UXO) Safety Escort                                   23.85
   30495 - Unexploded (UXO) Sweep Personnel                                 23.85
   30501 - Weather Forecaster I                                             27.19
   30502 - Weather Forecaster II                                            33.08
   30620 - Weather Observer, Combined Upper Air Or         (see 2)          22.50
   Surface Programs
   30621 - Weather Observer, Senior                        (see 2)          24.55
```

**AR02584**

```
31000 - Transportation/Mobile Equipment Operation Occupations
  31010 - Airplane Pilot                              28.85
  31020 - Bus Aide                                    15.82
  31030 - Bus Driver                                  20.61
  31043 - Driver Courier                              15.81
  31260 - Parking and Lot Attendant                    9.63
  31290 - Shuttle Bus Driver                          16.04
  31310 - Taxi Driver                                 11.80
  31361 - Truckdriver, Light                          16.04
  31362 - Truckdriver, Medium                         17.68
  31363 - Truckdriver, Heavy                          22.76
  31364 - Truckdriver, Tractor-Trailer               22.76
99000 - Miscellaneous Occupations
  99020 - Cabin Safety Specialist                     14.07
  99030 - Cashier                                     10.48
  99050 - Desk Clerk                                  10.71
  99095 - Embalmer                                    23.85
  99130 - Flight Follower                             23.85
  99251 - Laboratory Animal Caretaker I               12.74
  99252 - Laboratory Animal Caretaker II              13.57
  99260 - Marketing Analyst                           27.79
  99310 - Mortician                                   23.85
  99410 - Pest Controller                             19.88
  99510 - Photofinishing Worker                       12.53
  99710 - Recycling Laborer                           15.08
  99711 - Recycling Specialist                        17.39
  99730 - Refuse Collector                            16.70
  99810 - Sales Clerk                                 14.32
  99820 - School Crossing Guard                       16.17
  99830 - Survey Party Chief                          35.68
  99831 - Surveying Aide                              24.06
  99832 - Surveying Technician                        26.16
  99840 - Vending Machine Attendant                   14.84
  99841 - Vending Machine Repairer                    17.81
  99842 - Vending Machine Repairer Helper             14.84
```

Note: Executive Order (EO) 13706, Establishing Paid Sick Leave for Federal
Contractors, applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1,
2017.  If this contract is covered by the EO, the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work, up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness, injury or other health-related needs, including preventive care; to
assist a family member (or person who is like family to the employee) who is ill,
injured, or has other health-related needs, including preventive care; or for
reasons resulting from, or to assist a family member (or person who is like family
to the employee) who is the victim of, domestic violence, sexual assault, or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.41 per hour or $176.40 per week or $764.40 per month

HEALTH & WELFARE EO 13706: $4.13 per hour, or $165.20 per week, or $715.87 per
month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706, Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor, 3 weeks after 5 years, and 4 weeks after 15 years.  Length of service
includes the whole span of continuous service with the present contractor or
successor, wherever employed, and with the predecessor contractors in the
performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year:  New Year's Day, Martin Luther
King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day,
Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A
contractor may substitute for any of the named holidays another day off with pay in
accordance with a plan communicated to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b), this wage determination does
not apply to any employee who individually qualifies as a bona fide executive,
administrative, or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals, (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition, because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example, if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate,
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally, because job titles vary widely and change quickly in the computer
industry, job titles are not determinative of the application of the computer
professional exemption.  Therefore, the exemption applies only to computer employees
who satisfy the compensation requirements and whose primary duty consists of:
    (1) The application of systems analysis techniques and procedures, including
consulting with users, to determine hardware, software or system functional
specifications;
    (2) The design, development, documentation, analysis, creation, testing or
modification of computer systems or programs, including prototypes, based on and
related to user or system design specifications;
    (3) The design, documentation, testing, creation or modification of computer
programs related to machine operating systems; or
    (4) A combination of the aforementioned duties, the performance of which
requires the same level of skills.  (29 C.F.R. 541.400).

2) AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you
work at night as part of a regular tour of duty, you will earn a night differential
and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.
 If you are a full-time employed (40 hours a week) and Sunday is part of your
regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday
premium of 25% of your basic rate for each hour of Sunday work which is not overtime
(i.e. occasional work on Sunday outside the normal tour of duty is considered
overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that
represents a high degree of hazard when working with or in close proximity to
ordnance, explosives, and incendiary materials.  This includes work such as

AR02586

screening, blending, dying, mixing, and pressing of sensitive ordnance, explosives,
and pyrotechnic compositions such as lead azide, black powder and photoflash powder.
All dry-house activities involving propellants or explosives.  Demilitarization,
modification, renovation, demolition, and maintenance operations on sensitive
ordnance, explosives and incendiary materials.  All operations involving re-grading
and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that
represents a low degree of hazard when working with, or in close proximity to
ordnance, (or employees possibly adjacent to) explosives and incendiary materials
which involves potential injury such as laceration of hands, face, or arms of the
employee engaged in the operation, irritation of the skin, minor burns and the like;
minimal damage to immediate or adjacent work area or equipment being used.  All
operations involving, unloading, storage, and hauling of ordnance, explosive, and
incendiary ordnance material other than small arms ammunition.  These differentials
are only applicable to work that has been specifically designated by the agency for
ordnance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract
(either by the terms of the Government contract, by the employer, by the state or
local law, etc.), the cost of furnishing such uniforms and maintaining (by
laundering or dry cleaning) such uniforms is an expense that may not be borne by an
employee where such cost reduces the hourly rate below that required by the wage
determination. The Department of Labor will accept payment in accordance with the
following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an
adequate number of uniforms without cost or to reimburse employees for the actual
cost of the uniforms.  In addition, where uniform cleaning and maintenance is made
the responsibility of the employee, all contractors and subcontractors subject to
this wage determination shall (in the absence of a bona fide collective bargaining
agreement providing for a different amount, or the furnishing of contrary
affirmative proof as to the actual cost), reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However, in
those instances where the uniforms furnished are made of "wash and wear"
materials, may be routinely washed and dried with other personal garments, and do
not require any special treatment such as dry cleaning, daily washing, or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract, by the contractor, by law, or by the nature of the work,
there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
"Service Contract Act Directory of Occupations", Fifth Edition (Revision 1),
dated September 2015, unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE, Standard
Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e., the work to
be performed is not performed by any classification listed in the wage
determination), be classified by the contractor so as to provide a reasonable
relationship (i.e., appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification, wage rate, and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day

of work on which contract work is performed by them in the classification. Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract, a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order
the proposed classification title(s), a Federal grade equivalency (FGE) for each
proposed classification(s), job description(s), and rationale for proposed wage
rate(s), including information regarding the agreement or disagreement of the
authorized representative of the employees involved, or where there is no authorized
representative, the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action, together with the agency's recommendations and pertinent
information including the position of the contractor and the employees, to the U.S.
Department of Labor, Wage and Hour Division, for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or
disapproves the action via transmittal to the agency contracting officer, or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

6) Each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of
Occupations" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember, it is not the job title, but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split, combine, or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1)).

AR02588

# STATEMENT OF WORK

The Bureau of Land Management (BLM) Black Rock Field Office (BRFO) needs to pump the septic tanks at Black Rock Station (located at 200 Transfer Rd., Gerlach, NV 89412).  This project will allow the continued operation of the government facility during the summer season and throughout the Burning Man event.

Between May and November, one employee resides on site with a fire crew of four staying during the fire season. Other BRFO employees use the facility as a staging ground for field work throughout the season. During the Burning Man event, the facility supports roughly fifty staff working all hours of the day. Black Rock Station also offers the first toilets as participants leave the Black Rock Playa following Burning Man. In order to support these operations, the septic tanks need to be pumped.

## Work Required

1. Pump up to 3500 gallon main septic tank at Black Rock Station on August 22, August 25, August 29, and September 5 2018.
2. Pump up to 3000 gallon vault toilet at Black Rock Station on August 22, August 25, August 29, and September 5 2018.

1

AR02589

AR02590

PR: 40397521   Doc Type: FP Funded Purch Req      Title: PUMPING SEPTIC TANKS BLACK ROCK STATION
Run Date: 02/01/2019   Run Time: 10:25:00 User ID:DCROWDER   Version Number: 00

Header Text:          Pump 3000 gallon vault toilet & up to 3500 gallon main septic tank at Black Rock Station,
                     schedule is attached POC Shane Garside 775-623-1706

********* Header Details **********                          ********** Approval/Status **********
Requisitioner:              Eleanor Taylor              Release Group AA
COR/Receiving:              ETAYLOR                      Release Strategy S1   Release Status:
GSA Contract Number:                                    Transmission Status:  03 Successfully Trans
Originating Office POC:
Issuing Office:             SGARSIDE                    Co  Description           Approved By    Date          Time
Ratification Indicator:     LVA                         SP  Supervisor            JMCKINNO       06/05/2018     09:02:48
Total Price:                20,000.00          USD      CF  Certifying Funds App  RLANGE1        06/05/2018     10:51:20
Approver Approves:
Supervisory Approver:       JMCKINNO
Certifying Funds Approver:  RLANGE1
Originating Office:         3000000956
Address:                    BLM-NV WINNEMUCCA FIELD OFFICE*
                            5100 E WINNEMUCCA BLVD
                            WINNEMUCCA NV 89445

********** Item 00010 **********
Item  ItemCat  Short Text                         Quantity / Unit      Val Price /           Total Price / Curr
00010 Service  Pumping Septic Tanks Black Rock Station  1.000  AU       20000.00              20000.00   USD

UPC                /Description                    Mat.Grp  Plant       Deliv.Date            Delivery Address
S2220000           WASTE TREATMENT & STORAGE       S222     L000        09/05/2018            0004276794

GSA/FEDSTRIP Number  CPO Number   Agency Order Number   Per.of Perf. Start   Per.of Perf. End
                                                        08/22/2018           09/05/2018

Responsible Cost Center    Action Type        Post Awd Smart Number         II Approval/Tracking Number   Closed
                           1 Add new line                                                                 Yes

********** Accounting Details **********
SeqNum  Acct Assign  Distr%    DistType             Quantity / Unit      Amount / Currency     G/L Accoun
01      K Cost center  0.0     Single               1.000  AU            20000.00   USD        6100.25220

BusArea      Commitment  Cost Center    FuncArea     Fund           Funds Center          WBS Element       SAF Indic Trade in  UPC Override
L000         252200      LLNVW03500     L51050000.EA0000  18XL5017AP  LLNVW03500           LV.RC.F1805950

Asset        Sub Asset   Order          Funded Program  TAS                              BETC
                                        LVRCF1805950     14X5017

Bus.Entity   Building    Property       Rental Unit Contract

********** Delivery Address **********
Address No.:    0004276794
Address:        BLM-NV WINNEMUCCA DISTRICT OFFICE
                5100 E WINNEMUCCA BLVD
                WINNEMUCCA NV 89445
                USA

AR02591

PR: 40    21  Doc Type:  FP Funded Purch Req                Title            MPING SEPTIC TANKS BLACK ROCK STATION
Run Da    02/01/2019°  Run Time: 10:25:00  User ID:DCRO                     Version Number: 00

********** Additional Status Data **************
Purchase Order                    Smart Number
139188P0135                       140L139188P0135                    PO Line          PO Date
                                                                      10              07/19/2018

********** End of Report **********

AR02592

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|---|
| | | | | | 1 | 1 |

| 2. AMENDMENT/MODIFICATION NO | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ NO | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00001 | 08/29/2018 | | |

| 6. ISSUED BY | CODE | LVA | 7. ADMINISTERED BY (If other than Item 6) | CODE | |
|---|---|---|---|---|---|

NV-STATE OFC BGT&FIN SVC(NV955)
1340 FINANCIAL BLVD.
RENO NV 89502

| 8 NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO |
|---|---|---|
| STROHMAN, JOE<br>Attn: ALLEN STROHMAN<br>5612 OLDE HARTLEY WAY<br>GLEN ALLEN VA 23060-6357 | | 9B DATED (SEE ITEM 11) |
| | x | 10A. MODIFICATION OF CONTRACT/ORDER NO<br>140L3918P0161 |

| CODE   0071309655 | FACILITY CODE | 10B. DATED (SEE ITEM 13)<br>08/22/2018 |
|---|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14.  The hour and date specified for receipt of Offers ☐ is extended  ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended , by one of the following methods  (a) By completing Items 8 and 15, and returning _____ copies of the amendment, (b) By acknowledging receipt of this amendment on each copy of the offer submitted ; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers.  FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER  If by virtue of this amendment you desire to change an offer already submitted , such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.  IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO  (Specify authonty)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO  IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.)  SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43 103(b) |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF |
| | D. OTHER (Specify type of modification and authonty) |

E. IMPORTANT:     Contractor  ☒ is not  ☐ is required to sign this document and return _____ copies to the issuing office.

14 DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible )
Header Text: Please see attachments.  POC Jon Young 623 826-1286
Legacy Doc #: BLM CO Invoice Review Required: Y
The purpose of this administrative modification is to correct payment terms to IPP.
Period of Performance: 08/01/2018 to 07/31/2019

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>David Appold | |
|---|---|---|---|
| 15B CONTRACTOR/OFFEROR<br><br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B UNITED STATES OF AMERICA<br>DAVID APPOLD  Digitally signed by DAVID APPOLD<br>Date: 2018.08.29 11:06:02 -07'00'<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>08/29/2018 |

| NSN 7540-01-152-8070 | STANDARD FORM 30 (REV  10-83) |
|---|---|
| Previous edition unusable | Prescribed by GSA<br>FAR (48 CFR) 53 243 |

AR02593

| ORDER FOR SUPPLIES OR SERVICES | | | | PAGE | OF PAGES |
|---|---|---|---|---|---|
| | | | | 1 | 2 |

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| 1. DATE OF ORDER | 2. CONTRACT NO. *(If any)* | | 6 SHIP TO |
|---|---|---|---|
| 08/22/2018 | | | **a. NAME OF CONSIGNEE** |

| ~~ER~~ NO | 4. REQUISITION/REFERENCE NO. |
|---|---|
| L3918P0161 | 0040412350 |

BLM-NV WINNEMUCCA DISTRICT OFFICE

**5 ISSUING OFFICE** *(Address correspondence to)*
BLM NV-STATE OFC BGT&FIN SVC(NV955)
1340 FINANCIAL BLVD.
RENO NV 89502

**b STREET ADDRESS**
5100 E WINNEMUCCA BLVD

| c. CITY | d STATE | e ZIP CODE |
|---|---|---|
| WINNEMUCCA | NV | 89445 |

**7 TO. ALLEN STROHMAN**

**a. NAME OF CONTRACTOR**
STROHMAN, JOE

**f SHIP VIA**

**b. COMPANY NAME**

**8 TYPE OF ORDER**

**c. STREET ADDRESS**
5612 OLDE HARTLEY WAY

[X] **a. PURCHASE**

REFERENCE YOUR:

[ ] **b. DELIVERY**

Except for billing instructions on the reverse. this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any including delivery as indicated.

| d. CITY | e STATE | f ZIP CODE |
|---|---|---|
| GLEN ALLEN | VA | 23060-6357 |

| 9 ACCOUNTING AND APPROPRIATION DATA | 10 REQUISITIONING OFFICE |
|---|---|
| 01 | BLM-NV WINNEMUCCA FIELD OFFICE* |

**11 BUSINESS CLASSIFICATION** *(Check appropriate box(es))*

[ ] a. SMALL   [X] b. OTHER THAN SMALL   [ ] c. DISADVANTAGED   [ ] d WOMEN-OWNED   [ ] e HUBZone

[ ] f SERVICE-DISABLED VETERAN-OWNED   [ ] g. WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOSB PROGRAM   [ ] h EDWOSB

**12 F O B POINT**
Destination

| 13 PLACE OF | | 14 GOVERNMENT B/L NO | 15. DELIVER TO F O B POINT ON OR BEFORE *(Date)* | 16 DISCOUNT TERMS |
|---|---|---|---|---|
| ~~ECTION~~ ~~...~~tination | b ACCEPTANCE Destination | | 07/30/2019 | |

**17. SCHEDULE** *(See reverse for Rejections)*

| ITEM NO (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | Header Text: Please see attachments.   POC Jon Young 623 826-1286 Legacy Doc #: BLM CO Invoice Review Required: Y<br><br>Continued ... | | | | | |

| 18 SHIPPING POINT | 19 GROSS SHIPPING WEIGHT | 20 INVOICE NO | | 17(h) TOTAL (Cont pages) |
|---|---|---|---|---|

**21 MAIL INVOICE TO**

| | a. NAME | Invoice Processing Platform System | $50,640.00 |
|---|---|---|---|
| SEE BILLING INSTRUCTIONS ON REVERSE | b. STREET ADDRESS (or P O Box) | US Department of Treasury http://www.ipp.gov | 17(i) GRAND TOTAL |
| | c. CITY | d STATE   e ZIP CODE | $50,640.00 |

| ~~UNITED STATES OF~~ AMERICA BY *(Signature)* | DAVID APPOLD | Digitally signed by DAVID APPOLD Date: 2018.08.22 16:57:31 -07'00' | 23 NAME *(Typed)* David Appold TITLE CONTRACTING/ORDERING OFFICER |
|---|---|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 347 (Rev 2/2012)
Prescribed by GSA/FAR 48 CFR 53 213(f)

**AR02594**



Print    Close    Help

**Transaction Information**

| Award Type: | Purchase Order | Prepared Date: | 08/29/2018 13:48 03 | Prepared User: | DAPPOLD |
|---|---|---|---|---|---|
| Award Status: | Final | Last Modified Date: | 08/29/2018 14:11 58 | Last Modified User: | DAPPOLD |
| Closed Status: | No | Closed Status Date: | | Closed By: | |

**Document Information**

| | Agency | Procurement Identifier | | Modification No | | Trans No |
|---|---|---|---|---|---|---|
| Award ID: | 1422 | 140L3918P0161 | | P00001 | | 0 |
| Referenced IDV ID: | | | | | | |

Reason For Modification:   OTHER ADMINISTRATIVE ACTION

Solicitation ID:

| | Agency Main Sub | | Initiative | |
|---|---|---|---|---|
| | Identifier Account Account | | | |
| Treasury Account Symbol: | | | Select One | ☑ |

**Dates**

| Date Signed: | 08/29/2018 |
|---|---|
| Effective Date: | 08/29/2018 |
| Completion Date: | 07/31/2019 |
| Est. Ultimate Completion Date: | 07/31/2019 |
| Solicitation Date: | |

**Amounts**

| | Current | Total |
|---|---|---|
| Action Obligation: | $0.00 | $50,640.00 |
| Base And Exercised Options Value: | $0.00 | $50,640.00 |
| Base and All Options Value (Total Contract Value): | $0.00 | $50,640.00 |
| Fee Paid for Use of Indefinite Delivery Vehicle: | $0.00 | |

**Purchaser Information**

| Contracting Office Agency ID: | 1422 | Contracting Office Agency Name: | BUREAU OF LAND MANAGEMENT |
|---|---|---|---|
| Contracting Office ID: | 140L39 | Contracting Office Name: | NEVADA STATE OFFICE |
| Funding Agency ID: | 1422 | Funding Agency Name: | BUREAU OF LAND MANAGEMENT |
| Funding Office ID: | 140L39 | Funding Office Name: | NEVADA STATE OFFICE |
| Foreign Funding: | Not Applicable ☑ | | |

**Contractor Information**

SAM Exception:                                                                               ⌨  Remove Exception

| DUNS No: | 808366244 | Street: | 5612 OLDE HARTLEY WAY |
|---|---|---|---|
| Vendor Name: | STROHMAN, JOE | Street2: | |
| DBAN: | | City: | GLEN ALLEN |
| Cage Code: | 4YCF5 | State: | VA    Zip: 230606357 |
| | | Country: | UNITED STATES |
| | | Phone: | (804) 477-3578 |
| | | Fax No: | |
| | | Congressional District: | VIRGINIA 07 |

Show Details

**Business Category**

| Organization Type | CORPORATE NOT TA. |
|---|---|
| State of Incorporation | VA |
| Country of Incorporation | USA |

**Business Types**
✓Corporate Entity, Not Tax Exempt
**Socio Economic Data**
✓Veteran Owned Business
**Relationship With Federal Government**
✓All Awards
**Organization Factors**
✓For Profit Organization

**Contract Data**

| Type of Contract: | Firm Fixed Price | ☑ |
|---|---|---|
| Inherently Governmental Functions: | Other Functions ☑ | |
| Multiyear Contract: | Select One ☑ | |
| Major Program: | | |
| National Interest Action: | None | ☑ |
| Cost Or Pricing Data: | Select One ☑ | |
| Purchase Card Used As Payment Method: | No ☑ | |
| Undefinitized Action: | No ☑ | |
| Performance Based Service Acquisition: | No - Service where PBA is not used ☑ | |

\* FY 2004 and prior; 80% or more specified as performance requirement
\* FY 2005 and later; 50% or more specified as performance requirement

AR02595

| | |
|---|---|
| **Contracting Officer's Business Size Selection:** | Small Business ▾ |
| **Subcontract Plan:** | Plan Not Required ▾ |
| **Price Evaluation Percent Difference:** | % |

| | | | |
|---|---|---|---|
| Print | Close | Help | |

**Transaction Information**

| | | | | | |
|---|---|---|---|---|---|
| Award Type: | Purchase Order | Prepared Date: | 08/22/2018 19:45:35 | Prepared User: | DAPPOLD |
| Award Status: | Final | Last Modified Date: | 08/24/2018 15:40:10 | Last Modified User: | DAPPOLD |
| Closed Status: | No | Closed Status Date: | | Closed By: | |

**Document Information**

| | Agency | Procurement Identifier | Modification No | Trans No |
|---|---|---|---|---|
| Award ID: | 1422 | 140L3918P0161 | 0 | 0 |
| Referenced IDV ID: | | | | |
| Reason For Modification: | | | | |
| Solicitation ID: | | | | |

| | Agency Identifier | Main Account | Sub Account | Initiative | |
|---|---|---|---|---|---|
| Treasury Account Symbol: | 14 | 5017 | | Select One | |

**Dates** / **Amounts**

| | | | |
|---|---|---|---|
| Date Signed: | 08/22/2018 | Action Obligation: | $50,640.00 |
| Effective Date: | 08/01/2018 | Base And Exercised Options Value: | $50,640.00 |
| Completion Date: | 07/31/2019 | Base and All Options Value (Total Contract Value): | $50,640.00 |
| Est. Ultimate Completion Date: | 07/31/2019 | Fee Paid for Use of Indefinite Delivery Vehicle: | $0.00 |
| Solicitation Date: | | | |

**Purchaser Information**

| | | | |
|---|---|---|---|
| Contracting Office Agency ID: | 1422 | Contracting Office Agency Name: | BUREAU OF LAND MANAGEMENT |
| Contracting Office ID: | 140L39 | Contracting Office Name: | NEVADA STATE OFFICE |
| Funding Agency ID: | 1422 | Funding Agency Name: | BUREAU OF LAND MANAGEMENT |
| Funding Office ID: | 140L39 | Funding Office Name: | NEVADA STATE OFFICE |
| Foreign Funding: | Not Applicable | | |

**Contractor Information**

| | | |
|---|---|---|
| SAM Exception: | | Remove Exception |
| DUNS No: | 808366244 | Street: 5612 OLDE HARTLEY WAY |
| Vendor Name: | STROHMAN, JOE | Street2: |
| DBAN: | | City: GLEN ALLEN |
| Cage Code: | 4YCF5 | State: VA Zip: 230606357 |
| | | Country: UNITED STATES |
| | | Phone: (804) 477-3578 |
| | | Fax No: |
| | | Congressional District: VIRGINIA 07 |

**Business Category**

| | |
|---|---|
| Organization Type | CORPORATE NOT TA: |
| State of Incorporation | VA |
| Country of Incorporation | USA |

**Business Types**
✓Corporate Entity, Not Tax Exempt
**Socio Economic Data**
✓Veteran Owned Business
**Relationship With Federal Government**
✓All Awards
**Organization Factors**
✓For Profit Organization

**Contract Data**

| | |
|---|---|
| Type of Contract: | Firm Fixed Price |
| Inherently Governmental Functions: | Other Functions |
| Multiyear Contract: | Select One |
| Major Program: | |
| National Interest Action: | None |
| Cost Or Pricing Data: | Select One |
| Purchase Card Used As Payment Method: | No |
| Undefinitized Action: | No |
| Performance Based Service Acquisition: | No - Service where PBA is not used |

* FY 2004 and prior; 80% or more specified as performance requirement
* FY 2005 and later; 50% or more specified as performance requirement

AR02597

| Contracting Officer's Business Size Selection: | Small Business ⌄ |
| Subcontract Plan: | Plan Not Required ⌄ |
| Price Evaluation Percent Difference: | % |

AR02598

**Dawn Crowder**

| | |
|---|---|
| From: | Jon Young |
| Sent: | Wednesday, August 15, 2018 11:34 AM |
| To: | David Appold |
| Cc: | Allen Strohman |
| Subject: | STROHMAN CONTACT INFO (Re: 2018 BURNING MAN - SATELLITE TRACKING SERVICE) |

Dave,

Here is Allen's information. It's best to reach him on cell phone or email.

He is located on the east coast.

Let me know if I can help.


Allen Strohman
Operations Manager
Strohman Enterprise

Garmin, Aimpoint, Safariland, Inforce, 5.11 Troy, Daniel Defense & Samson Mounts
Office: 804-477-3578
Cell: 804-937-5940
allen@sedirect.net

Jon Young
State Chief Ranger - Arizona
United States Department of the Interior
Bureau of Land Management
Office of Law Enforcement & Security
One North Central Avenue, Suite 800
Phoenix, AZ 85004-4427

CELL:  (623) 826-1286
24 HR:  (623) 434-4580 / (844) 831-0474
FAX:  (602) 417-9545 (secure)
j5young@blm.gov

*Sent from my iPhone*

On Aug 15, 2018, at 11:18, David Appold <dappold@blm.gov> wrote:

> Please process the PR as is.
> Thanks
> Dave

---

**From:** Jon Young <j5young@blm.gov>
**Sent:** Wednesday, August 15, 2018 10:51 AM
**To:** David Appold <dappold@blm.gov>

1

AR02599

On Aug 15, 2018, at 09:27, David Appold <dappold@blm.gov> wrote:

> Jon,
>
> Was it this year or 2017?
>
> Dave
>
> **From:** Jon Young <j5young@blm.gov>
> **Sent:** Wednesday, August 15, 2018 6:30 AM
> **To:** David Appold <dappold@blm.gov>
> **Cc:** Mark Pirtle <mpirtle@blm.gov>
> **Subject:** 2018 BURNING MAN - SATELLITE TRACKING SERVICE
>
> Hi Dave,
>
> I did not receive a copy of the award for this procurement and need a copy ASAP.
>
> Are you able to assist me with this ?
>
> It should be for $50,640 and would have been awarded to Strohman Enterprises.
>
> Thank You,
>
> Jon Young
> State Chief Ranger - Arizona
> United States Department of the Interior
> Bureau of Land Management
> Office of Law Enforcement & Security
> One North Central Avenue, Suite 800
> Phoenix, AZ 85004-4427
>
> CELL:  (623) 826-1286
> 24 HR: (623) 434-4580 / (844) 831-0474
> FAX:  (602) 417-9545 (secure)
> j5young@blm.gov
>
> *Sent from my iPhone*

AR02600



Dawn Crowder     Log Out

⚠ ALERT - June 11, 2018: Entities registering in SAM must submit a **notarized letter** appointing their authorized Entity Administrator. Read our **updated FAQs** to learn more about changes to the notarized letter review process and other system improvements.

⚠ ALERT - There may be a delay in data updates between the Small Business Administration (SBA) and SAM. If you notice any issues with your entity's SBA status or trouble on the SBA Supplemental page, please contact the Federal Service Desk.

⚠ ALERT - SAM.gov will be down for scheduled maintenance Friday, February 01, 2019. from 6 PM to midnight (EST)

---

| **Entity Dashboard** | Strohman, Joe | 5612 Olde Hartley Way |
|---|---|---|
| | DUNS: 808366244   CAGE Code: 4YCF5 | Glen Allen, VA, 23060-6357 , |
| | Status: Active | UNITED STATES |
| | Expiration Date: 01/04/2020 | |
| | Purpose of Registration: All Awards | |

- **Entity Overview**

- **Entity Registration**
  - **Core Data**
  - **Assertions**
  - **Reps & Certs**
  - **POCs**

- **Reports**
  - **Service Contract Report**
  - **BioPreferred Report**

- **Exclusions**
  - **Active Exclusions**
  - **Inactive Exclusions**
  - **Excluded Family Members**

[ RETURN TO SEARCH ]

**Entity Registration**

### Page Description

This page contains a view of the entire Entity Registration record. To print or save a copy of this registration, select Print. To view a specific section of the registration, select one of the sub-navigation links (for example, Core Data or POCs) under Entity Registration. To access a previous version of the registration, pick from the record drop-down list then select View Selected Record. The page will reload to display the record.

[ PRINT ]

[Current Record ▾]   [ VIEW SELECTED RECORD ]

| DUNS Number: | 808366244 |
|---|---|
| D&B Legal Business Name: | Strohman, Joe |
| Doing Business As: | Strohman Enterprise |

| **Core Data** | [Expand All] | [Collapse All] |
|---|---|---|

**Business & TIN Information:**

**Business Information:**

| | |
|---|---|
| Business Start Date: | 03/01/2007 |
| Fiscal Year End Close Date: | 12/31 |
| Company Division Name: | |
| Company Division Number: | |
| Corporate URL: | http://www.strohmanenterprise.com |
| Congressional District: | VA  07 |
| Initial Registration Date: | 12/31/2007 |
| Submission Date: | 01/04/2019 |
| Activation Date: | 01/04/2019 |
| Expiration Date: | 01/04/2020 |

**Physical Address:**

| | |
|---|---|
| Address Line 1: | 5612 Olde Hartley Way |
| City: | Glen Allen |
| State/Province: | VA |
| Country: | UNITED STATES |

**AR02601**
2/1/2019

Business or Organization
**Purpose of Registration**
All Awards

---

**Financial Information**

Do you accept credit cards as a method of payment?    Yes
**Account Details:**

CAGE Code:              4YCF5
**Electronic Funds Transfer:**
**Automated Clearing House (ACH):**

---

**Executive Compensation Questions**

Registrants in the System for Award Management (SAM) respond to the Executive Compensation questions in accordance with
Section 6202 of P.L. 110-252, amending the Federal Funding Accountability and Transparency Act (P.L. 109-282). This
information is not displayed in SAM. It is sent to USAspending.gov for display in association with an eligible award. Maintaining
an active registration in SAM demonstrates the registrant responded to the questions.

---

**Proceedings Questions**

Registrants in the System for Award Management (SAM) respond to proceedings questions in accordance with FAR 52.209-7,
FAR 52.209-9, or 2 C.F.R. 200 Appendix XII. Their responses are not displayed in SAM. They are sent to FAPIIS.gov for display
as applicable. Maintaining an active registration in SAM demonstrates the registrant responded to the proceedings questions.

---

**SAM Search Authorization**

I authorize my entity's non-sensitive information to be displayed in SAM public search results.        Yes

---

**Assertions**                                                    [Expand All] | [Collapse All]

**Goods & Services:**

**NAICS Codes Selected**

| 334220 | Yes | Radio and Television Broadcasting and Wireless Communications Equipment Manufacturing |
|--------|-----|---------------------------------------------------------------------------------------|

**Product & Service Codes Selected**

| PSC   | Description                                            |
|-------|--------------------------------------------------------|
| H178  | QUALITY CONTROL- RECREATIONAL AND ATHLETIC EQUIPMENT   |
| 7810  | ATHLETIC AND SPORTING EQUIPMENT                        |

---

**Size Metrics**

**World Wide:**

Total Receipts (3 year average):                        $ 1000000

Average Number of Employees (12 Month Average):         3

AR02602
2/1/2019

By maintaining an active entity registration in SAM, the entity complied with requirements to report proceedings data in accordance with FAR 52.209-7 Information Regarding Responsibility Matters and with requirements to report executive compensation data in accordance with FAR 52.204-10 Reporting Executive Compensation and First-Tier Subcontract Awards.

FAR 52.203-2: Certificate of Independent Price Determination.

FAR 52.204-3: Taxpayer Identification

FAR 52.204-5: Women-Owned Business (Other Than Small Business)

FAR 52.204-17: Ownership or Control of Offeror

FAR 52.204-20: Predecessor of Offeror

FAR 52.209-2: Prohibition on Contracting with Inverted Domestic Corporations-Representation

FAR 52.209-5: Certification Regarding Responsibility Matters

FAR 52.209-11: Representation by Corporations Regarding Delinquent Tax Liability or a Felony Conviction under any Federal Law

FAR 52.212-3: Offeror Representations and Certifications -Commercial Items

The NAICS Codes you selected on the Goods and Services page of this registration are listed in the table under 52.219-1(c). Those NAICS Codes for which you are identified as small serve to complete the small business concern representation in 52.219-1(c)(1).

You are certifying to your size status for all the NAICS codes in the table. Please review it carefully. The Y/N answers are located in the "Small Business?" column. A "Y" indicates "Small" and "N" indicates "Other than Small." This status is derived from the SBA's size standards based on the size metrics you entered.

The NAICS Codes shown are only those you selected. Use the "View More" button to see your entity's size status for any NAICS Code.

FAR 52.214-14: Place of Performance-Sealed Bidding

FAR 52.215-6: Place of Performance

FAR 52.219-1: Small Business Program Representations (Alternate I)

The NAICS Codes you selected on the Goods and Services page of this registration are listed in the table under 52.219-1(c). Those NAICS Codes for which you are identified as small serve to complete the small business concern representation in 52.219-1(c)(1).

You are certifying to your size status for all the NAICS codes in the table. Please review it carefully. The Y/N answers are located in the "Small Business?" column. A "Y" indicates "Small" and "N" indicates "Other than Small." This status is derived from the SBA's size standards based on the size metrics you entered.

The NAICS Codes shown are only those you selected. Use the "View More" button to see your entity's size status for any NAICS Code.

FAR 52.219-2: Equal Low Bids

FAR 52.222-18: Certification Regarding Knowledge of Child Labor for Listed End Products

FAR 52.222-22: Previous Contracts and Compliance Reports

FAR 52.222-25: Affirmative Action Compliance

FAR 52.222-48: Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Certification

FAR 52.222-52: Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Certification

FAR 52.223-4: Recovered Material Certification

AR02603
2/1/2019

| | |
|---|---|
| First Name: | Joe |
| Middle Name: | |
| Last Name: | Strohman |
| Email: | joe@sedirect.net |
| US Phone: | (804)477-3578 |
| Extension: | |
| NON US Phone: | |
| Notes: | |
| Address Line 1: | STROHMAN ENTERPRISE |
| Address Line 2: | |
| City: | GLEN ALLEN |
| State/Province: | VA |
| Country: | UNITED STATES |
| ZIP/Postal Code: | 23060 - 6357 |

**Sole Proprietorship POC**

| | |
|---|---|
| Title: | |
| First Name: | Joe |
| Middle Name: | |
| Last Name: | Strohman |
| Email: | joe@sedirect.net |
| US Phone: | (804)477-3578 |
| Extension: | |
| NON US Phone: | |
| Notes: | |

**Optional Points of Contact:**

**Past Performance POC**

| | |
|---|---|
| Title: | |
| First Name: | JOSEPH |
| Middle Name: | |
| Last Name: | Strohman |
| Email: | joestrohman@comcast.net |
| US Phone: | (804)283-2728 |
| Extension: | |
| NON US Phone: | 8042832728 |
| Notes: | |
| Address Line 1: | STROHMAN ENTERPRISE |
| Address Line 2: | 5612 OLDE HARTLEY WAY |
| City: | GLEN ALLEN |
| State/Province: | VA |
| Country: | UNITED STATES |
| ZIP/Postal Code: | 23060 - 6357 |

**Past Performance Alternate POC**

| State/Province: | VA |
| Country: | UNITED STATES |
| ZIP/Postal Code: | 23060 - 6357 |



IBM-P-20181206-1708
WWW5

Search Records
Data Access
Check Status
About
Help

Disclaimers
Accessibility
Privacy Policy

FAPIIS.gov
GSA.gov/IAE
GSA.gov
USA.gov

**FAR Report**

**Certification for: Strohman, Joe**
**DUNS: 808366244**
**Certification Validity From:Mon Mar 05 11:34:06 EST 2018**
**To :Tue Mar 05 11:34:06 EST 2019**

I have read each of the FAR and DFARS provisions presented on this page. By submitting this certification, I, Joseph Strohman, am attesting to the accuracy of the representations and certifications contained herein, including the entire NAICS table. I understand that I may be subject to criminal prosecution under Section 1001, Title 18 of the United States Code or civil liability under the False Claims Act if I misrepresent Strohman, Joe in any of these representations or certifications to the Government.

By maintaining an active entity registration in SAM, the entity complied with requirements to report proceedings data in accordance with FAR 52.209-7 Information Regarding Responsibility Matters and with requirements to report executive compensation data in accordance with FAR 52.204-10 Reporting Executive Compensation and First-Tier Subcontract Awards.

FAR 52.203-2 Certificate of Independent Price Determination (Apr 1985)

    (a) The offeror certifies that-
      (1) The prices in this offer have been arrived at independently, without, for the purpose of restricting competition, any consultation, communication, or agreement with any other offeror or competitor relating to-
        (i)Those Prices
        (ii)The intention to submit an offer; or
        (iii) The methods or factors used to calculate the prices offered.
      (2) The prices in this offer have not been and will not be knowingly disclosed by the offeror, directly or indirectly, to any other offeror or competitor before bid opening (in the case of a sealed bid solicitation) or contract award (in the case of a negotiated solicitation) unless otherwise required by law; and
      (3) No attempt has been made or will be made by the offeror to induce any other concern to submit or not to submit an offer for the purpose of restricting competition.

    (b) Each signature on the offer is considered to be a certification by the signatory that the signatory-
      (1) Is the person in the offeror's organization responsible for determining the prices being offered in this bid or proposal, and that the signatory has not participated and will not participate in any action contrary to paragraphs (a)(1) through (a)(3) of this provision; or
      (2) (i) Has been authorized, in writing, to act as agent for the following principals in certifying that those principals have not participated, and will not participate in any action contrary to paragraphs (a)(1) through (a)(3) of this provision Joe Strohman, President; Ashley Crawford, Office Manager;
        (ii)As an authorized agent, does certify that the principals named in subdivision (b)(2)(i) of this provision have not participated, and will not participate, in any action contrary to paragraphs (a)(1) through (a)(3) of this provision; and
        (iii)As an agent, has not personally participated, and will not participate, in any action contrary to paragraphs (a)(1) through (a)(3) of this provision.

    (c) If the offeror deletes or modifies paragraph (a)(2) of this provision, the offeror must furnish with its offer a signed statement setting forth in detail the circumstances of the disclosure.

**(End of Provision)**

**FAR 52.203-11 Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions (Sep 2007)**

    (a) Definitions. As used in this provision-"Lobbying contact" has the meaning provided at 2 U.S.C. 1602(8). The terms "agency," "influencing or attempting to influence," "officer or employee of an agency," "person," "reasonable compensation," and "regularly employed" are defined in the FAR clause of this solicitation entitled "Limitation on Payments to Influence Certain Federal Transactions"(52.203-12).

    (b) Prohibition. The prohibition and exceptions contained in the FAR clause of this solicitation entitled "Limitation on Payments to Influence Certain Federal Transactions" (52.203-12) are hereby incorporated by reference in this provision.

    (c) Certification. The offeror, by signing its offer, hereby certifies to the best of its knowledge and belief that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on its behalf in connection with the awarding of this contract.

    (d) Disclosure. If any registrants under the Lobbying Disclosure Act of 1995 have made a lobbying contact on behalf of the offeror with respect to this contract, the offeror shall complete and submit, with its offer, OMB Standard Form LLL, Disclosure of Lobbying Activities, to provide the name of the registrants. The offeror need not report regularly employed officers or employees of the offeror to whom payments of reasonable compensation were made.

    (e) Penalty. Submission of this certification and disclosure is a prerequisite for making or entering into this contract imposed by 31 U.S.C. 1352. Any person who makes an expenditure prohibited under this provision or who fails to file or amend the disclosure required to be filed or amended by this provision, shall be subject to a civil penalty of not less than $10,000, and not more than $100,000, for each such failure.

**(End of Provision)**

AR02606

(e) Type of organization.
* [ ] sole proprietorship;

* [ ] Partnership;

* [X] Corporate entity (not tax-exempt);

* [ ] Corporate entity (tax-exempt);

* [ ] Government entity (Federal, State, or local);

* [ ] Foreign government;

* [ ] International organization per 26 CFR 1.6049-4;

* [ ] Other

(f) Common parent.
* [X] Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.

* [ ] Name:

TIN:

<div align="center">(End of Provision)</div>

**FAR 52.204-5 Women-Owned Business (Other Than Small Business) (Oct 2014)**

(a) Definition. "Women-owned business concern," as used in this provision, means a concern that is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of its stock is owned by one or more women; and whose management and daily business operations are controlled by one or more women.

(b) Representation. [Complete only if the offeror is a women-owned business concern and has not represented itself as a small business concern in paragraph (b)(1) of FAR 52.219-1, Small Business Program Representations, of this solicitation.] The offeror represents that it [ ] is a women-owned business concern.

<div align="center">(End of Provision)</div>

**FAR 52.204-17 Ownership or Control of Offeror (Jul 2016)**

(a) Definition. As used in this provision--
Commercial and Government Entity (CAGE) code means--

(1) An identifier assigned to entities located in the United States or its outlying areas by the Defense Logistics Agency (DLA) Commercial and Government Entity (CAGE) Branch to identify a commercial or government entity, or

(2) An identifier assigned by a member of the North Atlantic Treaty Organization (NATO) or by the NATO Support and Procurement Agency (NSPA) to entities located outside the United States and its outlying areas that the DLA Commercial and Government Entity (CAGE) Branch records and maintains in the CAGE master file. This type of code is known as a NATO CAGE (NCAGE) code.

Highest-level owner means the entity that owns or controls an immediate owner of the offeror, or that owns or controls one or more entities that control an immediate owner of the offeror. No entity owns or exercises control of the highest level owner.

Immediate owner means an entity, other than the offeror, that has direct control of the offeror. Indicators of control include, but are not limited to, one or more of the following: Ownership or interlocking management, identity of interests among family members, shared facilities and equipment, and the common use of employees.

(b) The Offeror represents that it [ ] has or [X] does not have an immediate owner. If the Offeror has more than one immediate owner (such as a joint venture), then the Offeror shall respond to paragraph (c) and if applicable, paragraph (d) of this provision for each participant in the joint venture."

(c) If the Offeror indicates "has" in paragraph (b) of this provision, enter the following information:

Immediate owner CAGE code:_____
Immediate owner legal name:Offeror asserts international ownership. They must provide the owner's NCAGE Code within 90 days of registration.
(Do not use a "doing business as" name)

Is the immediate owner owned or controlled by another entity?

[ ] Yes [ ] No

(a)(1)   The Offeror certifies, to the best of its knowledge and belief, that-
(i)   The Offeror and/or any of its Principals-
(A)   Are [ ] Are not [X]  presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;
(B)   Have [ ] Have not [X] , within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, State, or local) contract or subcontract; violation of Federal or State antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, violating Federal criminal tax laws, or receiving stolen property(if offeror checks "have", the offeror shall also see 52.209-7, if included in this solicitation);
(C)   Are [ ] Are not [X]  presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in paragraph (a)(1)(i)(B) of this provision.
(D)   Have [ ] Have not [X] , within a three-year period preceding this offer, been notified of any delinquent Federal Taxes in an amount that exceeds $3,500 for which the liability remains unsatisfied.
(1)   Federal taxes are considered delinquent if both of the following criteria apply:
(i)   The tax liability is finally determined. The liability is finally determined if it has been assessed. A liability is not finally determined if there is a pending administrative or judicial challenge. In the case of a judicial challenge to the liability, the liability is not finally determined until all judicial appeal rights have been exhausted.
(ii)   The taxpayer is delinquent in making payment. A taxpayer is delinquent if the taxpayer has failed to pay the tax liability when full payment was due and required. A taxpayer is not delinquent in cases where enforced collection action is precluded.
(2)   Examples:
(i)   The taxpayer has received a statutory notice of deficiency, under I.R.C.6212, which entitles the taxpayer to seek Tax Court review of a proposed tax deficiency. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek Tax Court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.
(ii)   The IRS has filed a notice of Federal tax lien with respect to an assessed tax liability, and the taxpayer has been issued a notice under I.R.C. 6320 entitling the taxpayer to request a hearing with the IRS Office of Appeals contesting the lien filing, and to further appeal to the Tax Court if the IRS determines to sustain the lien filing. In the course of the hearing, the taxpayer is entitled to contest the underlying tax liability because the taxpayer has had no prior opportunity to contest the liability. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek tax court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.
(iii)   The taxpayer has entered into an installment agreement pursuant to I.R.C.6159. The taxpayer is making timely payments and is in full compliance with the agreement terms. The taxpayer is not delinquent because the taxpayer is not currently required to make full payment.

(iv)   The taxpayer has filed for bankruptcy protection. The taxpayer is not delinquent because enforced collection action is stayed under 11 U.S.C 362 (the Bankruptcy Code).
(ii)   The Offeror has [ ] , has not [X] , within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.
(2)   "Principal," for the purposes of this certification, means an officer, director, owner, partner, or a person having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a division or business segment; and similar positions).
This Certification Concerns a Matter Within the Jurisdiction of an Agency of the United States and the Making of a False, Fictitious, or Fraudulent Certification May Render the Maker Subject to Prosecution Under Section 1001, Title 18, United States Code.


(b)   The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.


(c)   A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.


(d)   Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.


(e)   The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

**(End of Provision)**

**FAR 52.209-10 Prohibition on Contracting with Inverted Domestic Corporations (Nov 2015)**


Definitions. As used in this clause- "Inverted domestic corporation" means a foreign incorporated entity that meets the definition of an inverted domestic corporation under 6 U.S.C. 395(b), applied in accordance with the rules and definitions of 6 U.S.C. 395(c).

"Subsidiary" means an entity in which more than 50 percent of the entity is owned-
(1) Directly by a parent corporation; or
(2) Through another subsidiary of a parent corporation.


(b) If the contractor reorganizes as an inverted domestic corporation or becomes a subsidiary of an inverted domestic corporation at any time during the period of performance of this contract, the Government may be prohibited from paying for Contractor activities performed after the date when it becomes an inverted domestic corporation or subsidiary. The Government may seek any available remedies in the event the Contractor
fails to perform in accordance with the terms and conditions of the contract as a result of Government action under this clause.

(a)  Definitions. As used in this provision--

"Commercial and Government Entity (CAGE) code" means--
(1)  An identifier assigned to entities located in the United States or its outlying areas by the Defense Logistics Agency (DLA) Contractor and Government Entity (CAGE) Branch to identify a commercial or government entity, or
(2)  An identifier assigned by a member of the North Atlantic Treaty Organization (NATO) or by the NATO Support Agency (NSPA) to entities located outside the United States and its outlying areas that the DLA Contractor and Government Entity (CAGE) Branch records and maintains in the CAGE master file. This type of code is known as an NCAGE code.

"Economically disadvantaged women-owned small business (EDWOSB) concern" means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States and who are economically disadvantaged in accordance with 13 CFR part 127. It automatically qualifies as a women-owned small business eligible for the WOSB Program.

"Forced or indentured child labor" means all work or service--
(1)  Exacted from any person under the age of 18 under the menace of any penalty for its nonperformance and for which the worker does not offer himself voluntarily; or
(2)  Performed by any person under the age of 18 pursuant to a contract the enforcement of which can be accomplished by process or penalties.

"Highest-level owner" means the entity that owns or controls an immediate owner of the offeror, or that owns or controls one or more entities that control an immediate owner of the offeror. No entity owns or exercises control of the highest level owner.

"Immediate owner" means an entity, other than the offeror, that has direct control of the offeror. Indicators of control include, but are not limited to, one or more of the following: ownership or interlocking management, identity of interests among family members, shared facilities and equipment, and the common use of employees.

"Internal confidentiality agreement or statement" means a confidentiality agreement or any other written statement that the contractor requires any of its employees or subcontractors to sign regarding nondisclosure of contractor information, except that it does not include confidentiality agreements arising out of civil litigation or confidentiality agreements that contractor employees or subcontractors sign at the behest of a Federal agency.

"Inverted domestic corporation", means a foreign incorporated entity that meets the definition of an inverted domestic corporation under 6 U.S.C. 395(b), applied in accordance with the rules and definitions of 6 U.S.C. 395(c).

"Manufactured end product" means any end product in product and service codes (PSCs) 1000-9999, except-
(1)  PSC 5510, Lumber and Related Basic Wood Materials;
(2)  Product or Service Group (PSG) 87, Agricultural Supplies;
(3)  PSG 88, Live Animals;
(4)  PSG 89, Subsistence;
(5)  PSC 9410, Crude Grades of Plant Materials;
(6)  PSC 9430, Miscellaneous Crude Animal Products, Inedible;
(7)  PSC 9440, Miscellaneous Crude Agricultural and Forestry Products;
(8)  PSC 9610, Ores;
(9)  PSC 9620, Minerals, Natural and Synthetic; and
(10)  PSC 9630, Additive Metal Materials.

"Place of manufacture" means the place where an end product is assembled out of components, or otherwise made or processed from raw materials into the finished product that is to be provided to the Government. If a product is disassembled and reassembled, the place of reassembly is not the place of manufacture.

"Predecessor" means an entity that is replaced by a successor and includes any predecessors of the predecessor.

"Restricted business operations" means business operations in Sudan that include power production activities, mineral extraction activities, oil-related activities, or the production of military equipment, as those terms are defined in the Sudan Accountability and Divestment Act of 2007 (Pub. L. 110-174). Restricted business operations do not include business operations that the person (as that term is defined in Section 2 of the Sudan Accountability and Divestment Act of 2007) conducting the business can demonstrate-
(1)  Are conducted under contract directly and exclusively with the regional government of southern Sudan;
(2)  Are conducted pursuant to specific authorization from the Office of Foreign Assets Control in the Department of the Treasury, or are expressly exempted under Federal law from the requirement to be conducted under such authorization;
(3)  Consist of providing goods or services to marginalized populations of Sudan;
(4)  Consist of providing goods or services to an internationally recognized peacekeeping force or humanitarian organization;
(5)  Consist of providing goods or services that are used only to promote health or education; or
(6)  Have been voluntarily suspended.

"Sensitive technology"-
(1)  Means hardware, software, telecommunications equipment, or any other technology that is to be used specifically-
(i)  To restrict the free flow of unbiased information in Iran; or
(ii)  To disrupt, monitor, or otherwise restrict speech of the people of Iran; and
(2)  Does not include information or informational materials the export of which the President does not have the authority to regulate or prohibit pursuant to section 203(b)(3) of the International Emergency Economic Powers Act (50 U.S.C. 1702(b)(3)).

"Service - disabled veteran - owned small business concern"-
(1)  Means a small business concern-
(i)  Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and
(ii)  The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.
(2)  Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

"Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR part 121 and size standards in this solicitation.

"Small disadvantaged business concern", consistent with 13 CFR 124.1002, means a small business concern under the size standard applicable to the acquisition, that-
(1)  Is at least 51 percent unconditionally and directly owned (as defined at 13 CFR 124.105) by-
(i)  One or more socially disadvantaged (as defined at 13 CFR 124.103) and economically disadvantaged (as defined at 13 CFR 124.104) individuals who are citizens of the United States; and
(ii)  Each individual claiming economic disadvantage has a net worth not exceeding $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); and
(2)  The management and daily business operations of which are controlled (as defined at 13 CFR 124.106) by individuals, who meet the criteria in paragraphs (1)(i) and (ii) of this definition.

"Subcontract" means any contract as defined in subpart 2.1 entered into by a subcontractor to furnish supplies or services for performance of a prime contract or a subcontract.  It includes but is not limited to purchase orders, and changes and modifications to purchase orders.

"Subcontractor" means any supplier, distributor, vendor, or firm (including a consultant) that furnishes supplies or services to or for a prime contractor or another subcontractor.

"Subsidiary" means an entity in which more than 50 percent of the entity is owned-
(1)  Directly by a parent corporation; or
(2)  Through another subsidiary of a parent corporation.

"Successor" means an entity that has replaced a predecessor by acquiring the assets and carrying out the affairs of the

AR02609

(1)* Small business concern. The offeror represents as part of its offer that it [X] is, [ ] is not a small business concern.
(2)* Veteran-owned small business concern. The offeror represents as part of its offer that it [X] is, [ ] is not a veteran-owned small business concern.
(3)* Service-disabled veteran-owned small business concern. The offeror represents as part of its offer that it [ ] is, [X] is not a service-disabled veteran-owned small business concern.
(4) Small disadvantaged business concern. The offeror represents,  that it [ ] is, [X] is not a small disadvantaged business concern as defined in 13 CFR 124.1002.
(5)* Women-owned small business concern. The offeror represents that it [ ] is, [X] is not a women-owned small business concern.

*Small business concern, Veteran-owned small business concern, Service-disabled veteran-owned small business concern, and Women-owned small business concern size status is calculated based on the Small Business Administration size standard for each NAICS code using the size metrics (e.g. Average Number of Employees and Average Annual Receipts) provided by Strohman, Joe  in their SAM registration.
(6)** Women-owned small business (WOSB) concern eligible under the WOSB Program. [Complete only if the offeror represented itself as a women-owned small business concern in paragraph (c)(5) of this provision] The offeror represents that:
(i) It [ ] is, [ ] is not a WOSB concern eligible under the WOSB Program, has provided all the required documents to the WOSB Repository, and no change in circumstances or adverse decisions have been noted that affects its eligibility; and
(ii) It [ ] is, [ ] is not a joint venture that complies with the requirements of 13 CFR part 127, and the representation in paragraph (c)(6)(i) of this provision is accurate in reference to the WOSB concern or concerns that are participating in the joint venture. [The offeror shall enter the name or names of the WOSB concern or concerns that are participating in the joint venture:] Each WOSB concern participating in the joint venture shall submit a separate signed copy of the WOSB representation.
(7)** Economically disadvantaged women-owned small business (EDWOSB) concern . [Complete only if the offeror represented itself as a WOSB concern eligible under the WOSB Program in (c)(6) of this provision.] The offeror represents that:
(i) It [ ] is, [ ] is not an EDWOSB concern, has provided
all the required documents to the WOSB Repository, and no change in circumstances or adverse decisions have been issued that affects its eligibility; and
(ii) It [ ] is, [ ] is not a joint venture that complies with
the requirements of 13 CFR part 127, and the representation in paragraph (c)(7)(i) of this provision is accurate for each EDWOSB concern participating in the joint venture. [The offeror shall enter the name or names of the EDWOSB concern and other small businesses that are participating in the joint venture: ] Each EDWOSB concern participating
in the joint venture shall submit a separate signed copy of the EDWOSB representation.
Note: Complete paragraphs (c)(8) and (c)(9) only if this solicitation is expected to exceed the simplified acquisition threshold.
(8) Women-owned business concern (other than small business concern). [Complete only if the offeror is a women-owned business concern and did not represent itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents that it [ ] is a women-owned business concern.
(9) Tie bid priority for labor surplus area concerns. If this is an invitation for bid, small business offerors may identify the labor surplus areas in which costs to be incurred on account of manufacturing or production (by offeror or first-tier subcontractors) amount to more than 50 percent of the contract price:
State Eligible Labor Surplus:  Civil Jurisdictions Included:


(10)  HUBZone small business concern. The offeror represents, as part of its offer, that-
(i) It [ ] is, It[X] is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified in accordance with 13 CFR part 126; and

(ii) It [ ] is, II[X] is not a HUBZone joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (c)(11)(i) of this provision is accurate for each HUBZone small business concern participating in the HUBZone joint venture. [The offeror shall enter the names of each of the HUBZone small business concerns participating in the HUBZone joint venture: ] Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.


(d)  Representations required to implement provisions of Executive Order 11246-
(1)  Previous contracts and compliance. The offeror represents that-
(i) It [ ] has It [X] has not participated in a previous contract or subcontract subject to the Equal Opportunity clause of this solicitation; and
(ii) It [ ] has It [X] has not filed all required compliance reports.
(2)  Affirmative Action Compliance. The offeror represents that-
(i) It [ ] has developed and has on file, It [ ] has not developed and does not have on file, at each establishment, affirmative action programs required by rules and regulations of the Secretary of Labor (41 cfr parts 60-1 and 60-2), or
(ii) It [X] has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.


(e)  Certification Regarding Payments to Influence Federal Transactions (31 U.S.C. 1352) (Applies only if the contract is expected to exceed $150,000.) By submission of its offer, the offeror certifies to the best of its knowledge and belief that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress or an employee of a Member of Congress on his or her behalf in connection with the award of any resultant contract. If any registrants under the Lobbying Disclosure Act of 1995 have made a lobbying contact on behalf of the offeror with respect to this contract, the offeror shall complete and submit, with its offer, OMB Standard Form LLL, Disclosure of Lobbying Activities, to provide the name of the registrants. The offeror need not report regularly employed officers or employees of the offeror to whom payments of reasonable compensation were made.


(f)  Buy American Certificate. (Applies only if the clause at Federal Acquisition Regulation (FAR)52.225-1, Buy American-Supplies, is included in this solicitation.)
(1)  The offeror certifies that each end product, except those listed in paragraph (f)(2) of this provision, is a domestic end product and that for other than COTS items, the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The offeror shall list as foreign end products those end products manufactured in the United States that do not qualify as domestic end products, i.e., an end product that is not a COTS item and does not meet the component test in paragraph (2) of the definition of "domestic end product." The terms "commercially available off-the-shelf (COTS) item" "component," "domestic end product," "end product," "foreign end product," and "United States" are defined in the clause of this solicitation entitled "Buy American-Supplies."
(2)  Foreign End Products:

(3)  The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25.

(h)  Certification Regarding Responsibility Matters (Executive Order 12689).(Applies only if the contract value is expected to exceed the simplified acquisition threshold.) The offeror certifies, to the best of its knowledge and belief, that the offeror and/or any of its principals-

(1)  [  ] Are [X] Are not presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency; and

(2)  [  ] Have [X] Have not, within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a Federal, state or local government contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, violating Federal criminal tax laws,or receiving stolen property; and

(3)  [  ] Are [X] are not presently indicted for, or otherwise criminally or civilly charged by a Government entity with, commission of any of these offenses enumerated in paragraph (h)(2) of this clause; and

(4)  [  ] Have [X] Have not within a three-year period preceding this offer, been notified of any delinquent Federal taxes in an amount that exceeds $3,500 for which the liability remains unsatisfied.

(i)  Taxes are considered delinquent if both of the following criteria apply:

(A)  The tax liability is finally determined. The liability is finally determined if it has been assessed. A liability is not finally determined if there is a pending administrative or judicial challenge. In the case of a judicial challenge to the liability, the liability is not finally determined until all judicial appeal rights have been exhausted.

(B)  The taxpayer is delinquent in making payment. A taxpayer is delinquent if the taxpayer has failed to pay the tax liability when full payment was due and required. A taxpayer is not delinquent in cases where enforced collection action is precluded.

(ii)  Examples:

(B)  The taxpayer has received a statutory notice of deficiency, under I.R.C.6212, which entitles the taxpayer to seek Tax Court review of a proposed tax deficiency. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek Tax Court Review, this will not be a final tax liability under the taxpayer has exercised all judicial appeal rights.

(B)  The IRS has filed a notice of Federal tax lien with respect to an assessed tax liability, and the taxpayer has been issued a notice under I.R.C.6320 entitling the taxpayer to request a hearing with the IRS Office of Appeals contesting the lien filing, and to further appeal to the Tax Court if the IRS determines to sustain the lien filing. In the course of the hearing, the taxpayer is entitled to contest the underlying tax liability because the taxpayer has had no prior opportunity to contest the liability. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek tax court review, this will not be a final tax liability until the tax payer has exercised all judicial appeal rights.

(C)  The taxpayer has entered into an installment agreement pursuant to I.R.C.6159. The taxpayer is making timely payments and is in full compliance with the agreement terms. The taxpayer is not delinquent because the taxpayer is not currently required to make full payment.

(D)  The taxpayer has filed for bankruptcy protection. The taxpayer is not delinquent because enforced collection action is stayed under II U. S. C 362 (the Bankruptcy Code).


(i)  Certification Regarding Knowledge of Child Labor for Listed End Products (Executive Order 13126). [The Contracting Officer must list in paragraph (i)(1) any end products being acquired under this solicitation that are included in the List of Products Requiring Contractor Certification as to Forced or Indentured Child Labor, unless excluded at 22.1503(b).]

(1)  Listed end products.

(k) Certificates regarding exemptions from the application of the Service Contract Labor Standards(Certification by the offeror as to its compliance with respect to the contract also constitutes its certification as to compliance by its subcontractor if it subcontracts out the exempt services.) [The contracting officer is to check a box to indicate if paragraph (k)(1) or (k)(2) applies.]

(1)   Maintenance, calibration, or repair of certain equipment as described in FAR 22.1003-4(c)(1). The offeror [ ] does [X] does not certify that __

(i)   The items of equipment to be serviced under this contract are used regularly for other than Governmental purposes and are sold or traded by the offeror (or subcontractor in the case of an exempt subcontract) in substantial quantities to the general public in the course of normal business operations;

(ii)   The services will be furnished at prices which are, or are based on, established catalog or market prices (see FAR 22.1003-4(c)(2)(ii)) for the maintenance, calibration, or repair of such equipment; and

(iii)   The compensation (wage and fringe benefits) plan for all service employees performing work under the contract will be the same as that used for these employees and equivalent employees servicing the same equipment of commercial customers.

(2)   Certain services as described in FAR 22.1003-4(d)(1). The offeror [ ] does, [X] does not certify that __

(i)   The services under the contract are offered and sold regularly to non-Governmental customers, and are provided by the offeror (or subcontractor in the case of an exempt subcontract) to the general public in substantial quantities in the course of normal business operations;

(ii)   The contract services will be furnished at prices that are, or are based on, established catalog or market prices (see FAR 22.1003-4(d)(2)(iii));

(iii)   Each service employee who will perform the services under the contract will spend only a small portion of his or her time (a monthly average of less than 20 percent of the available hours on an annualized basis, or less than 20 percent of available hours during the contract period if the contract period is less than a month) servicing the Government contract; and

(iv)   The compensation (wage and fringe benefits) plan for all service employees performing work under the contract is the same as that used for these employees and equivalent employees servicing commercial customers.

(3)   If paragraph (k)(1) or (k)(2) of this clause applies __

(i)   If the offeror does not certify to the conditions in paragraph (k)(1) or (k)(2) and the Contracting Officer did not attach a Service Contract Labor Standards wage determination to the solicitation, the offeror shall notify the Contracting Officer as soon as possible; and

(ii)   The Contracting Officer may not make an award to the offeror if the offeror fails to execute the certification in paragraph (k)(1) or (k)(2) of this clause or to contact the Contracting Officer as required in paragraph (k)(3)(i) of this clause.


(l)   Taxpayer Identification Number (TIN) (26 U.S.C. 6109, 31 U.S.C. 7701). (Not applicable if the offeror is required to provide this information to the SAM database to be eligible for award.)

(1)   All offerors must submit the information required in paragraphs (l)(3) through (l)(5) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the Internal Revenue Service (IRS).

(2)   The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(3)   Taxpayer Identification Number (TIN).

*  [X] TIN on file.

*  [ ] TIN has been applied for.

*   TIN is not required because:

*  [ ] Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

*  [ ] Offeror is an agency or instrumentality of a foreign government;

*  [ ] Offeror is an agency or instrumentality of the Federal Government.

(4)   Type of organization.
*  [ ] sole proprietorship;

*  [ ]  Partnership;

*  [X] Corporate entity (not tax-exempt);

*  [ ] Corporate entity (tax-exempt);

*  [ ] Government entity (Federal, State, or local);

*  [ ] Foreign government;

*  [ ] International organization per 26 CFR 1.6049-4;

*  [ ] Other

(5)   Common parent.
*  [X] Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.
*  [ ] Name:

TIN:


(m)   Restricted business operations in Sudan. By submission of its offer, the offeror certifies that the offeror does not conduct any restricted business operations in Sudan.

(r) Predecessor of Offeror. (Applies in all solicitations that include the provision at 52.204-16, Commercial and Government Entity Code Reporting.)

(1) The Offeror represents that it [ ] is or [X] is not a successor to a predecessor that held a Federal contract or grant within the last three years.

(2) If the Offeror has indicated "is" in paragraph (r)(1) of this provision, enter the following information for all predecessors that held a Federal contract or grant within the last three years (if more than one predecessor, list in reverse chronological order):

Predecessor CAGE Code: _____
(or mark "Unknown").

Predecessor legal name: _____
(Do not use a "doing business as" name)

(s) Reserved.

(t)Public Disclosure of Greenhouse Gas Emissions and Reduction Goals. Applies in all solicitations that require offerors to register in SAM (52.212â€"1(k)).

(1) This representation shall be completed if the Offeror received $7.5 million or more in contract awards in the prior Federal fiscal year. The representation is optional if the Offeror received less than $7.5 million in Federal contract awards in the prior Federal fiscal year.

(2) Representation. [Offeror to check applicable block(s) in paragraph (t)(2)(i) and (ii)].

(i) The Offeror (itself or through its immediate owner or highest-level owner) [ ] does [ ] does not publicly disclose greenhouse gas emissions, i.e., makes available on a publicly accessible Web site the results of a greenhouse gas inventory, performed in accordance with an accounting standard with publicly available and consistently applied criteria, such as the Greenhouse Gas Protocol Corporate Standard.

(ii) The Offeror (itself or through its immediate owner or highest-level owner) [ ] does [ ] does not publicly disclose a quantitative greenhouse gas emissions reduction goal, i.e., make available on a publicly accessible Web site a target to reduce absolute emissions or emissions intensity by a specific quantity or percentage.

(iii) A publicly accessible Web site includes the Offeror's own Web site or a recognized, third-party greenhouse gas emissions reporting program.

(3) If the Offeror checked "does" in paragraphs (t)(2)(i) or (t)(2)(ii) of this provision, respectively, the Offeror shall provide the publicly accessible Web site(s) where greenhouse gas emissions and/or reduction goals are reported:

(u)(1)  In accordance with section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions), Government agencies are not permitted to use appropriated (or otherwise made available) funds for contracts with an entity that requires employees or subcontractors of such entity seeking to report waste, fraud, or abuse to sign internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such waste, fraud, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.

(2)  The prohibition in paragraph (u)(1) of this provision does not contravene requirements applicable to Standard Form 312 (Classified Information Nondisclosure Agreement), Form 4414 (Sensitive Compartmented Information Nondisclosure Agreement), or any other form issued by a Federal department or agency governing the nondisclosure of classified information.

(3)  Representation. By submission of its offer, the Offeror represents that it will not require its employees or subcontractors to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting waste, fraud, or abuse related to the performance of a Government contract to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information (e.g., agency Office of the Inspector General).

**Alternate I (Oct 2014)**

As prescribed in 12.301(b)(2), add the following paragraph (c)(11) to the basic provision:

(11) (Complete if the offeror has represented itself as disadvantaged in paragraph (c)(4) of this provision.)

[ ] Black American.

[ ] Hispanic American.

[ ] Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians).

[ ] Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, The Philippines, Republic of Palau, Republic of the Marshall Islands, Federated States of Micronesia, the Commonwealth of the Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).

[ ] Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal).

[ ] Individual/concern, other than one of the preceding.

**(End of Provision)**

**FAR 52.212-5 Contract Terms and Conditions Required to Implement Statutes or Executive Orders-Commercial Items (Jan 2017)**

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

[Contracting Officer check as appropriate.]

__ (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (Sept 2006), with Alternate I (Oct 1995) (41 U.S.C. 4704 and 10 U.S.C. 2402).
__ (2) 52.203-13, Contractor Code of Business Ethics and Conduct (Apr 2010) (41 U.S.C. 3509)).
__ (3) 52.203-15, Whistleblower Protections under the American Recovery and Reinvestment Act of 2009 (June 2010) (Section 1553 of Pub. L. 111-5). (Applies to contracts funded by the American Recovery and Reinvestment Act of 2009.)
__ (4) 52.204-10, Reporting Executive Compensation and First-Tier Subcontract Awards (Oct 2016) (Pub. L. 109-282) (31 U.S.C. 6101 note).
__ (5) [Reserved].
__ (6) 52.204-14, Service Contract Reporting Requirements (Oct 2016) (Pub. L. 111-117, section 743 of Div. C).
__ (7) 52.204-15, Service Contract Reporting Requirements for Indefinite-Delivery Contracts (Jan 2014) (Pub. L. 111-117, section 743 of Div. C).
__ (8) 52.209-6, Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment. (Oct 2015) (31 U.S.C. 6101 note).
__ (9) 52.209-9, Updates of Publicly Available Information Regarding Responsibility Matters (Jul 2013) (41 U.S.C. 2313).
__ (10) [Reserved].
__ (11)(i) 52.219-3, Notice of HUBZone Set-Aside or Sole-Source Award (Nov 2011) (15 U.S.C. 657a).
__ (ii) Alternate I (Nov 2011) of 52.219-3.
__ (12)(i) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (Oct 2014) (if the offeror elects to waive the preference, it shall so indicate in its offer) (15 U.S.C. 657a).
__ (ii) Alternate I (Jan 2011) of 52.219-4.
__ (13) [Reserved]
__ (14)(i) 52.219-6, Notice of Total Small Business Set-Aside (Nov 2011) (15 U.S.C. 644).
__ (ii) Alternate I (Nov 2011).
__ (iii) Alternate II (Nov 2011).
__ (15)(i) 52.219-7, Notice of Partial Small Business Set-Aside (June 2003) (15 U.S.C. 644).
__ (ii) Alternate I (Oct 1995) of 52.219-7.
__ (iii) Alternate II (Mar 2004) of 52.219-7.
__ (16) 52.219-8, Utilization of Small Business Concerns (Nov 2016) (15 U.S.C. 637(d)(2) and (3)).
__ (17)(i) 52.219-9, Small Business Subcontracting Plan (Jan 2017) (15 U.S.C. 637(d)(4)).
__ (ii) Alternate I (Nov 2016) of 52.219-9.
__ (iii) Alternate II (Nov 2016) of 52.219-9.
__ (iv) Alternate III (Nov 2016) of 52.219-9.
__ (v) Alternate IV (Nov 2016) of 52.219-9.
__ (18) 52.219-13, Notice of Set-Aside of Orders (Nov 2011)(15 U.S.C. 644(r)).
__ (19) 52.219-14, Limitations on Subcontracting (Jan 2017) (15 U.S.C. 637(a)(14)).
__ (20) 52.219-16, Liquidated Damages-Subcon-tracting Plan (Jan 1999) (15 U.S.C. 637(d)(4)(F)(i)).
__ (21) 52.219-27, Notice of Service-Disabled Veteran-Owned Small Business Set-Aside (Nov 2011) (15 U.S.C. 657 f).
__ (22) 52.219-28, Post Award Small Business Program Rerepresentation (Jul 2013) (15 U.S.C. 632(a)(2)).
__ (23) 52.219-29, Notice of Set-Aside for, or Sole Source Award to, Economically Disadvantaged Women-Owned Small Business Concerns (Dec 2015) (15 U.S.C. 637(m)).
__ (24) 52.219-30, Notice of Set-Aside for, or Sole Source Award to, Women-Owned Small Business Concerns Eligible Under the Women-Owned Small Business Program (Dec 2015) (15 U.S.C. 637(m)).
__ (25) 52.222-3, Convict Labor (June 2003) (E.O. 11755).
__ (26) 52.222-19, Child Labor-Cooperation with Authorities and Remedies (Oct 2016) (E.O. 13126).
__ (27) 52.222-21, Prohibition of Segregated Facilities (Apr 2015).
__ (28) 52.222-26, Equal Opportunity (Sept 2016) (E.O. 11246).
__ (29) 52.222-35, Equal Opportunity for Veterans (Oct 2015) (38 U.S.C. 4212).
__ (30) 52.222-36, Equal Opportunity for Workers with Disabilities (Jul 2014) (29 U.S.C. 793).
__ (31) 52.222-37, Employment Reports on Veterans (Feb 2016) (38 U.S.C. 4212).
__ (32) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (Dec 2010) (E.O. 13496).
__ (33)(i) 52.222-50, Combating Trafficking in Persons (Mar 2015) (22 U.S.C. chapter 78 and E.O. 13627).
__ (ii) Alternate I (Mar 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).
__ (34) 52.222-54, Employment Eligibility Verification (Oct 2015). (Executive Order 12989). (Not applicable to the acquisition of commercially available off-the-shelf items or certain other types of commercial items as prescribed in 22.1803.)
__ (35) 52.222-59, Compliance with Labor Laws (Executive Order 13673) (Oct 2016). (Applies at $50 million for solicitations and resultant contracts issued from October 25, 2016 through April 24, 2017; applies at $500,000 for solicitations and resultant contracts issued after April 24, 2017).

Note to paragraph (b)(35): By a court order issued on October 24, 2016, 52.222-59 is enjoined indefinitely as of the date of the order. The enjoined paragraph will become effective immediately if the court terminates the injunction. At that time, GSA, DoD and NASA will publish a document in the Federal Register advising the public of the termination of the injunction.

__ (36) 52.222-60, Paycheck Transparency (Executive Order 13673) (Oct 2016).
__ (37)(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Items (May 2008) (42 U.S.C. 6962(c)(3)(A)(ii)). (Not applicable to the acquisition of commercially available off-the-shelf items.)
__ (ii) Alternate I (May 2008) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)). (Not applicable to the acquisition of commercially available off-the-shelf items.)
__ (38) 52.223-11, Ozone-Depleting Substances and High Global Warming Potential Hydrofluorocarbons (Jun 2016) (E.O. 13693).
__ (39) 52.223-12, Maintenance, Service, Repair, or Disposal of Refrigeration Equipment and Air Conditioners (Jun 2016) (E.O. 13693).
__ (40)(i) 52.223-13, Acquisition of EPEAT®-Registered Imaging Equipment (Jun 2014) (E.O.s 13423 and 13514).
__ (ii) Alternate I (Oct 2015) of 52.223-13.
__ (41)(i) 52.223-14, Acquisition of EPEAT®-Registered Televisions (Jun 2014) (E.O.s 13423 and 13514).
__ (ii) Alternate I (Jun 2014) of 52.223-14.
__ (42) 52.223-15, Energy Efficiency in Energy-Consuming Products (Dec 2007) (42 U.S.C. 8259b).
__ (43)(i) 52.223-16, Acquisition of EPEAT®-Registered Personal Computer Products (Oct 2015) (E.O.s 13423 and 13514).
__ (ii) Alternate I (Jun 2014) of 52.223-16.
__ (44) 52.223-18, Encouraging Contractor Policies to Ban Text Messaging While Driving (Aug 2011) (E.O. 13513).
__ (45) 52.223-20, Aerosols (Jun 2016) (E.O. 13693).
__ (46) 52.223-21, Foams (Jun 2016) (E.O. 13693).
__ (47)(i) 52.224-3, Privacy Training (Jan 2017) (5 U.S.C. 552a).
__ (ii) Alternate I (Jan 2017) of 52.224-3.
__ (48) 52.225-1, Buy American-Supplies (May 2014) (41 U.S.C. chapter 83).
__ (49)(i) 52.225-3, Buy American-Free Trade Agreements-Israeli Trade Act (May 2014) (41 U.S.C. chapter 83, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, 19 U.S.C. 3805 note, 19 U.S.C. 4001 note, Pub. L. 103-182, 108-77, 108-78, 108-286, 108-302, 109-53, 109-169, 109-283, 110-138, 112-41, 112-42, and 112-43.
__ (ii) Alternate I (May 2014) of 52.225-3.
__ (iii) Alternate II (May 2014) of 52.225-3.

(e)(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in this paragraph (e)(1) in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause–

(i) 52.203-13, Contractor Code of Business Ethics and Conduct (Oct 2015) (41 U.S.C. 3509).

(ii) 52.203-19, Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements (Jan 2017) (section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions)).

(iii) 52.219-8, Utilization of Small Business Concerns (Nov 2016) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $700,000 ($1.5 million for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(iv) 52.222-17, Nondisplacement of Qualified Workers (May 2014) (E.O. 13495). Flow down required in accordance with paragraph (l) of FAR clause 52.222-17.

(v) 52.222-21, Prohibition of Segregated Facilities (Apr 2015)

(vi) 52.222-26, Equal Opportunity (Sept 2016) (E.O. 11246).

(vii) 52.222-35, Equal Opportunity for Veterans (Oct 2015) (38 U.S.C. 4212).

(viii) 52.222-36, Equal Opportunity for Workers with Disabilities (Jul 2014) (29 U.S.C. 793).

(ix) 52.222-37, Employment Reports on Veterans (Feb 2016) (38 U.S.C. 4212)

(x) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (Dec 2010) (E.O. 13496). Flow down required in accordance with paragraph (f) of FAR clause 52.222-40.

(xi) 52.222-41, Service Contract Labor Standards (May 2014) (41 U.S.C. chapter 67).

(xii)

___(A) 52.222-50, Combating Trafficking in Persons (Mar 2015) (22 U.S.C. chapter 78 and E.O 13627).

___(B) Alternate I (Mar 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O 13627).

(xiii) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (May 2014) (41 U.S.C. chapter 67).

(xiv) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (May 2014) (41 U.S.C. chapter 67).

(xv) 52.222-54, Employment Eligibility Verification (Oct 2015).

(xvi) 52.222-55, Minimum Wages Under Executive Order 13658 (Dec 2015) (Executive Order 13658).

(xvii) 52.222-59, Compliance with Labor Laws (Executive Order 13673) (Oct 2016) (Applies at $50 million for solicitations and resultant contracts issued from October 25, 2016 through April 24, 2017; applies at $500,000 for solicitations and resultant contracts issued after April 24, 2017).

Note to paragraph (e)(1)(xvii): By a court order issued on October 24, 2016, 52.222-59 is enjoined indefinitely as of the date of the order. The enjoined paragraph will become effective immediately if the court terminates the injunction. At that time, GSA, DoD and NASA will publish a document in the Federal Register advising the public of the termination of the injunction.

(xviii) 52.222-60, Paycheck Transparency (Executive Order 13673) (Oct 2016)).

(xix) 52.224-3, Privacy Training (Jan 2017) (5 U.S.C. 552a).

(xx)(A) 52.224-3, Privacy Training (Jan 2017) (5 U.S.C. 552a).

(B) Alternate I (Jan 2017) of 52.224-3.

(xxi) 52.225-26, Contractors Performing Private Security Functions Outside the United States (Oct 2016) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

(xxii) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (May 2014) (42 U.S.C. 1792). Flow down required in accordance with paragraph (e) of FAR clause 52.226-6.

(xxiii) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Feb 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the contractor may include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.


**ALTERNATE (Feb 2000)**

As prescribed in 12.301(b)(4)(i), delete paragraph (d) from the basic clause, redesignate paragraph (e) as paragraph (d), and revise the reference to "paragraphs (a), (b), (c), or (d) of this clause" in the redesignated paragraph (d) to read "paragraphs (a), (b), and (c) of this clause."


**ALTERNATE II (Jan 2017)**

The NAICS Codes you selected on the Goods and Services page of this registration are listed in the table under 52 219-1(c). Those NAICS Codes for which you are identified as small serve to complete the small business concern representation in 52 219-1(c)(1)

You are certifying to your size status for all the NAICS codes in the table. Please review it carefully. The Y/N answers are located in the "Small Business?" column. A "Y" indicates "Small" and "N" indicates "Other than Small." This status is derived from the SBA's size standards based on the size metrics you entered.

(a) Definitions. As used in this provision-

"Economically disadvantaged women-owned small business (EDWOSB) concern" means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States and who are economically disadvantaged in accordance with 13 CFR part 127. It automatically qualifies as a women-owned small business concern eligible under the WOSB Program

"Service-disabled veteran-owned small business concern"-
(1) Means a small business concern-
(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and
(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.
(2) "Service-disabled veteran" means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).
"Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and the size standard in paragraph (b) of this provision.
"Small disadvantaged business concern," consistent with 13 CFR 124.1002, means a small business concern under the size standard applicable to the acquisition, that-
(1) Is at least 51 percent unconditionally and directly owned (as defined at 13 CFR 124 105) by-
(i) One or more socially disadvantaged (as defined at 13 CFR 124.103) and economically disadvantaged (as defined at 13 CFR 124.104) individuals who are citizens of the United States, and
(ii) Each individual claiming economic disadvantage has a net worth not exceeding $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2): and
(2) The management and daily business operations of which are controlled (as defined at 13 CFR 124.106) by individuals who meet the criteria in paragraphs (1)(i) and (ii) of this definition.
"Veteran-owned small business concern" means a small business concern-
(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and
(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned small business concern" means a small business concern-

(1) That is at least 51 percent owned by one or more women; or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and
(2) Whose management and daily business operations are controlled by one or more women.

"Women-owned small business (WOSB) concern eligible under the WOSB Program" (in accordance with 13 CFR part 127), means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States.

(b) (1) The North American Industry Classification System (NAICS) code for this acquisition is See Note.*
(2) The small business size standard is See Note.
(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees

(c) Representations

| NAICS Code | Name | NAICS Exception | Size Standard | Small Business? |
|------------|------|-----------------|---------------|-----------------|
| 334220 | Radio and Television Broadcasting and Wireless Communications Equipment Manufacturing | | 1250 | Y |

(a)  This provision applies to small business concerns only

(b)  The bidder's status as a labor surplus area (LSA) concern may affect entitlement to award in case of tie bids. If the bidder wishes to be considered for this priority, the bidder must identify, in the following space, the LSA in which the costs to be incurred on account of manufacturing or production (by the bidder or the first-tier subcontractors) amount to more than 50 percent of the contract price.

(c)  Failure to identify the labor surplus areas as specified in paragraph (b) of this provision will preclude the bidder from receiving priority consideration. If the bidder is awarded a contract as a result of receiving priority consideration under this provision and would not have otherwise received award, the bidder shall perform the contract or cause the contract to be performed in accordance with the obligations of an LSA concern.

**(End of Provision)**

**FAR 52.222-18 Certification Regarding Knowledge of Child Labor for Listed End Products (Feb 2001)**

(a)  Definition:

"Forced or indentured child labor" means all work or service-

(1)  Exacted from any person under the age of 18 under the menace of any penalty for its nonperformance and for which the worker does not offer himself voluntarily; or

(2)  Performed by any person under the age of 18 pursuant to a contract the enforcement of which can be accomplished by process or penalties.

(b)  Listed end products. The following end product(s) being acquired under this solicitation is (are) included in the List of Products Requiring Contractor Certification as to Forced or Indentured Child Labor, identified by their country of origin. There is a reasonable basis to believe that listed end products from the listed countries of origin may have been mined, produced, or manufactured by forced or indentured child labor.

The offeror represents that-

(a) It [  ] has developed and has on file, [  ] has not developed and does not have on file, at each establishment, affirmative action programs required by the rules and regulations of the Secretary of Labor (41 CFR 60-1 and 60-2); or

(b) It [X] has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

**(End of Provision)**
**FAR 52.222-38 Compliance with Veterans' Employment Reporting Requirements (Feb 2016)**

As prescribed in 22.1310 (c), insert the following provision:

COMPLIANCE WITH VETERANS' EMPLOYMENT REPORTING REQUIREMENTS (Feb 2016)

By submission of its offer, the offeror represents that, if it is subject to the reporting requirements of 38 U.S.C. 4212(d) ( i.e., if it has any contract containing Federal Acquisition Regulation clause 52.222-37, Employment Reports on Veterans), it has filed the most recent VETS-4212 Report required by that clause.

**(End of Provision)**
**FAR 52.222-48 Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Certification  (May 2014)**

(a)  The offeror shall check the following certification:

Certification

The offeror [  ] does certify  [X] does not certify that -

(1)  The items of equipment to be serviced under this contract are used regularly for other than Government purposes, and are sold or traded by the offeror (or subcontractor in the case of an exempt subcontractor) in substantial quantities to the general public in the course of normal business operations;

(2)  The services will be furnished at prices which are, or are based on, established catalog or market prices for the maintenance, calibration, or repair of equipment.

(i)  An "established catalog price" is a price included in a catalog, price list, schedule, or other form that is regularly maintained by the manufacturer or the offeror, is either published or otherwise available for inspection by customers, and states prices at which sales currently, or were last, made to a significant number of buyers constituting the general public.

(ii)  An "established market price" is a current price, established in the usual course of trade between buyers and sellers free to bargain, which can be substantiated from sources independent of the manufacturer or offeror; and

(3)  The compensation (wage and fringe benefits) plan for all service employees performing work under the contract are the same as that used for these employees and equivalent employees servicing the same equipment of commercial customers.

(b) Certification by the offeror as to its compliance with respect to the contract also constitutes its certification as to compliance by its subcontractor if it subcontracts out the exempt services. If the offeror certifies to the conditions in paragraph (a) of this provision, and the Contracting Officer determines in accordance with FAR 22.1003-4(c)(3) that the Service Contract Labor Standards statute-

(1) Will not apply to this offeror, then the Service Contract Labor Standards clause in this solicitation will not be included in any resultant contract to this offeror; or

(2) Will apply to this offeror, then the clause at 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements, in this solicitation will not be included in any resultant contract awarded to this offeror, and the offeror may be provided an opportunity to submit a new offer on that basis.

(c)  If the offeror does not certify to the conditions in paragraph (a) of this provision-

(1)  The clause in this solicitation at 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements, will not be included in any resultant contract awarded to this offeror; and

(2)  The offeror shall notify the Contracting Officer as soon as possible, if the Contracting Officer did not attach a Service Contract Labor Standards wage determination to the solicitation.

(d)  The Contracting Officer may not make an award to the offeror, if the offeror fails to execute the certification in paragraph (a) of this provision or to contact the Contracting Officer as required in paragraph (c) of this provision.

**(End of Provision)**
**FAR 52.222-50 Combating Trafficking in Persons (MAR 2015)**

As prescribed in 22.1705(a)(1), insert the following clause:

COMBATING TRAFFICKING IN PERSONS (MAR 2015)

(c) Contractor requirements. The Contractor shall-
(1) Notify its employees and agents of-
(i) The United States Government's policy prohibiting trafficking in persons, described in paragraph (b) of this clause; and
(ii) The actions that will be taken against employees or agents for violations of this policy. Such actions for employees may include, but are not limited to, removal from the contract, reduction in benefits, or termination of employment; and
(2) Take appropriate action, up to and including termination, against employees, agents, or subcontractors that violate the policy in paragraph (b) of this clause.

(d) Notification.
(1) The Contractor shall inform the Contracting Officer and the agency Inspector General immediately of-
(i) Any credible information it receives from any source (including host country law enforcement) that alleges a Contractor employee, subcontractor, subcontractor employee, or their agent has engaged in conduct that violates the policy in paragraph (b) of this clause (see also 18 U.S.C. 1351, Fraud in Foreign Labor Contracting, and 52.203-13(b)(3)(i)(A), if that clause is included in the solicitation or contract, which requires disclosure to the agency Office of the Inspector General when the Contractor has credible evidence of fraud); and
(ii) Any actions taken against a Contractor employee, subcontractor, subcontractor employee, or their agent pursuant to this clause.
(2) If the allegation may be associated with more than one contract, the Contractor shall inform the contracting officer for the contract with the highest dollar value.

(e) Remedies. In addition to other remedies available to the Government, the Contractor's failure to comply with the requirements of paragraphs (c), (d), (g), (h), or (i) of this clause may result in-
(1) Requiring the Contractor to remove a Contractor employee or employees from the performance of the contract;
(2) Requiring the Contractor to terminate a subcontract;
(3) Suspension of contract payments until the Contractor has taken appropriate remedial action;
(4) Loss of award fee, consistent with the award fee plan, for the performance period in which the Government determined Contractor non-compliance;
(5) Declining to exercise available options under the contract;
(6) Termination of the contract for default or cause, in accordance with the termination clause of this contract; or
(7) Suspension or debarment.

(f) Mitigating and aggravating factors. When determining remedies, the Contracting Officer may consider the following:
(1) Mitigating factors. The Contractor had a Trafficking in Persons compliance plan or an awareness program at the time of the violation, was in compliance with the plan, and has taken appropriate remedial actions for the violation, that may include reparation to victims for such violations.
(2) Aggravating factors. The Contractor failed to abate an alleged violation or enforce the requirements of a compliance plan, when directed by the Contracting Officer to do so.

(g) Full cooperation.
(1) The Contractor shall, at a minimum-
(i) Disclose to the agency Inspector General information sufficient to identify the nature and extent of an offense and the individuals responsible for the conduct;
(ii) Provide timely and complete responses to Government auditors' and investigators' requests for documents;
(iii) Cooperate fully in providing reasonable access to its facilities and staff (both inside and outside the U.S.) to allow contracting agencies and other responsible Federal agencies to conduct audits, investigations, or other actions to ascertain compliance with the Trafficking Victims Protection Act of 2000 (22 U.S.C. chapter 78), E.O. 13627, or any other applicable law or regulation establishing restrictions on trafficking in persons, the procurement of commercial sex acts, or the use of forced labor; and
(iv) Protect all employees suspected of being victims of or witnesses to prohibited activities, prior to returning to the country from which the employee was recruited, and shall not prevent or hinder the ability of these employees from cooperating fully with Government authorities.
(2) The requirement for full cooperation does not foreclose any Contractor rights arising in law, the FAR, or the terms of the contract. It does not-
(i) Require the Contractor to waive its attorney-client privilege or the protections afforded by the attorney work product doctrine;
(ii) Require any officer, director, owner, employee, or agent of the Contractor, including a sole proprietor, to waive his or her attorney client privilege or Fifth Amendment rights; or
(iii) Restrict the Contractor from-
(A) Conducting an internal investigation; or
(B) Defending a proceeding or dispute arising under the contract or related to a potential or disclosed violation.

(b) Certification by the offeror as to its compliance with respect to the contract also constitutes its certification as to compliance by its subcontracts out the exempt services. If the offeror certifies to the conditions in paragraph (a) of this provision, and the Contracting Officer determines in accordance with FAR22.1003-4(d)(3) that the Service Contract Labor Standards statute-

(1) Will not apply to this offeror, then the Service Contract Labor Standards clause in this solicitation will not be included in any resultant contract to this offeror; or

(2) Will apply to this offeror, then the clause at FAR52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements, in this solicitation will not be included in any resultant contract awarded to this offer, and the offeror may be provided an opportunity to submit a new offer on that basis.

(c) If the offeror does not certify to the conditions in paragraph (a) of this provision-

(1) The clause of this solicitation at 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements, will not be included in any resultant contract to this offeror; and

(2) The offeror shall notify the Contracting Officer as soon as possible if the Contracting Officer did not attach a Service Contract Labor Standards wage determination to the solicitation.

(d) The Contracting Officer may not make an award to the offeror, if the offeror fails to execute the certification in paragraph (a) of this provision or to contact the Contracting Officer as required in paragraph (c) of this provision.

**(End of Provision)**

**FAR 52.222-56 Certification Regarding Trafficking in Persons Compliance Plan (MAR 2015)**

As prescribed in 22.1705(b), insert the following provision:

CERTIFICATION REGARDING TRAFFICKING IN PERSONS COMPLIANCE PLAN (MAR 2015)

(a) The term "commercially available off-the-shelf (COTS) item," is defined in the clause of this solicitation entitled "Combating Trafficking in Persons" (FAR clause 52.222-50).

(b) The apparent successful Offeror shall submit, prior to award, a certification, as specified in paragraph (c) of this provision, for the portion (if any) of the contract that-
(1) Is for supplies, other than commercially available off-the-shelf items, to be acquired outside the United States, or services to be performed outside the United States, and
(2) Has an estimated value that exceeds $500,000.

(c) The certification shall state that-
(1) It has implemented a compliance plan to prevent any prohibited activities identified in paragraph (b) of the clause at 52.222-50, Combating Trafficking in Persons, and to monitor, detect, and terminate the contract with a subcontractor engaging in prohibited activities identified at paragraph (b) of the clause at 52.222-50, Combating Trafficking in Persons; and
(2) After having conducted due diligence, either-
(i) To the best of the Offeror's knowledge and belief, neither it nor any of its proposed agents, subcontractors, or their agents is engaged in any such activities; or
(ii) If abuses relating to any of the prohibited activities identified in 52.222-50(b) have been found, the Offeror or proposed subcontractor has taken the appropriate remedial and referral actions.

**(End of Provision)**

**FAR 52.223-1 Biobased Product Certification (May 2012)**

(a) As required by the Farm Security and Rural Investment Act of 2002 and the Energy Policy Act of 2005 (7 U.S.C. 8102(c)(3)), the offeror certifies, by signing this offer, that biobased products (within categories of products listed by theUnited States Department of Agriculture in 7 CFR part 3201, subpart B) to be used or delivered in the performance of the contract, other than biobased products that are not purchased by the offeror as a direct result of this contract, will comply with the applicable specifications or other contractual requirements.

**(End of Provision)**

**FAR 52.223-4 Recovered Material Certification (May 2008)**

As required by the Resource Conservation and Recovery Act of 1976 (42 U.S.C. 6962(c)(3)(A)(i)), the offeror certifies, by signing this offer, that the percentage of recovered materials content for EPA-designated items to be delivered or used in the performance of the contract will be at least the amount required by the applicable contract specifications or other contractual requirements.

[X]  certifies compliance with 52.223-4

**(End of Provision)**

**FAR 52.223-9 Estimate of Percentage of Recovered Material Content for EPA-Designated Items (May 2008)**
**Alternate I (May 2008)**

(a) The offeror certifies that each end product, except those listed in paragraph (b) or (c) of this provision, is a domestic end product and that for other than COTS items, the offeror has considered components of unknown origin to have been   mined, produced, or manufactured outside the United States.   The terms "Bahrainian, Moroccan, Omani, Panamanian, or Peruvian end product," "commercially   available off-the-shelf (COTS) item," "component," "domestic end product," "end product," "foreign end product," "Free Trade Agreement country," "Free Trade Agreement country end product," "Israeli end product," and   "United States" are defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli   Trade Act."

(b) The offeror certifies that the following supplies are Free Trade Agreement country end products (other than Bahrainian, Moroccan, Omani, Panamanian, or Peruvian end products) or Israeli end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act":
Free Trade Agreement Country End Products(Other than Bahrainian, Moroccan, Omani, Panamanian, or Peruvian End Products) or Israeli End Products."

(c) The offeror shall list those supplies that are foreign endproducts (other than those listed in paragraph (b) of this provision) as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act." The offeror shall list as other foreign end products those end products manufactured in the United States that do not qualify as domestic end products, i.e., an end product that is not a COTS item and does not meet the component test in paragraph (2) of the definition of "domestic end product."

Other Foreign End Products:

(d) The Government will evaluate offers in accordance with the policies and procedures of Part 25 of the Federal Acquisition Regulation.

**Alternate I (May 2014)**

As prescribed in 25.1101 (b)(2)(ii), substitute the following paragraph (b) for paragraph (b) of the basic provision:
(b) The offeror certifies that the following supplies are Canadian end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act":
Canadian End Products:

**Alternate II (May 2014)**

As prescribed in 25.1101(b)(2)(iii), substitute the following paragraph (b) for paragraph (b) of the basic provision:
 (b) The offeror certifies that the following supplies are Canadian end products or Israeli end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act":
Canadian or Israeli End Products:

**Alternate III (May 2014)**

As prescribed in 25.1101(b)(2)(iv), substitute the following paragraph (b) for paragraph (b) of the basic provision:

(b) The offeror certifies that the following supplies are Free Trade Agreement country end products (other than Bahrainian,Korean, Moroccan, Panamanian, or Peruvian end products) or Israeli end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act":
Free Trade Agreement Country End Products (Other than Bahrainian, Korean, Moroccan, Omani, Panamanian, or Peruvian End Products) or Israeli End Products:

**(End of Provision)**

**FAR 52.225-6 Trade Agreements Certificate (May 2014)**

(a) The offeror certifies that each end product, except those listed in paragraph (b) of this provision, is a U.S.-made,or designated country, end product, as defined in the clause of this solicitation entitled "Trade Agreements."

(b) The offeror shall list as other end products those supplies that are not U.S.-made, or designated country, end products.
Other End Products:

(c) The Government will evaluate offers in accordance with the policies and procedures of Part 25 of the Federal Acquisition Regulation. For line items covered by the WTO GPA,the Government will evaluate offers of U.S.-made, or designated country, end products without regard to the restrictions of the Buy American statute. The Government will consider for award only offers of U.S.-made, or designated country, end products unless the Contracting Officer determines that there are no offers for those products or that the offers for those products are insufficient to fulfill the requirements of this solicitation.

**(End of Provision)**

**FAR 52.225-20 Prohibition on Conducting Restricted Business Operations in Sudan-Certification (Aug 2009)**

(d) Exception for trade agreements. The representation requirement of paragraph (c)(1) and the certification requirements of paragraphs (c)(2) and (c)(3) of this provision do not apply if–
(1) This solicitation includes a trade agreements notice or certification (e.g., 52.225-4, 52.225-6, 52.225-12, 52.225-24, or comparable agency provision); and
(2) The offeror has certified that all the offered products to be supplied are designated country end products or designated country construction material.

<center>(End of Provision)</center>

**FAR 52.226-2 Historically Black College or University and Minority Institution Representation (Oct 2014)**

(a) Definitions. As used in this provision–

"Historically black college or university" means an institution determined by the Secretary of Education to meet the requirements of 34 CFR 608.2.

"Minority institution" means an institution of higher education meeting the requirements of Section 365(3) of the Higher Education Act of 1965 (20 U.S.C. 1067k), including a Hispanic-serving institution of higher education, as defined in Section 502(a) of the Act (20 U.S.C. 1101a).

(b) Representation. The offeror represents that it–
[ ] is [X] is not a historically black college or university;

[ ] is [X] is not a minority institution.

<center>(End of Provision)</center>

**FAR 52.227-6 Royalty Information (Apr 1984)**

(a) Cost or charges for royalties. When the response to this solicitation contains costs or charges for royalties totaling more than $250, the following information shall be included in the response relating to each separate item of royalty or license fee:

(1) Name and address of licensor.

(2) Date of license agreement.

(3) Patent numbers, patent application serial numbers, or other basis on which the royalty is payable.

(4) Brief description, including any part or model numbers of each contract item or component on which the royalty is payable.

(5) Percentage or dollar rate of royalty per unit.

(6) Unit price of contract item.

(7) Number of units.

(8) Total dollar amount of royalties.

(b) Copies of current licenses. In addition, if specifically requested by the Contracting Officer before execution of the contract, the offeror shall furnish a copy of the current license agreement and an identification of applicable claims of specific patents.

<center>(End of Provision)</center>

**FAR 52.227-15 Representation of Limited Rights Data and Restricted Computer Software (Dec 2007)**

(a) This solicitation sets forth the Government's known delivery requirements for data (as defined in the clause at 52.227-14, Rights in Data-General). Any resulting contract may also provide the Government the option to order additional data under the Additional Data Requirements clause at 52.227-16, if included in the contract. Any data delivered under the resulting contract will be subject to the Rights in Data-General clause at 52.227-14 included in this contract. Under the latter clause, a Contractor may withhold from delivery data that qualify as limited rights data or restricted computer software, and deliver form, fit, and function data instead. The latter clause also may be used with its Alternates II and or III to obtain delivery of limited rights data or restricted computer software, marked with limited rights or restricted rights notices, as appropriate. In addition, use of Alternate V with this latter clause provides the Government the right to inspect such data at the Contractor's facility.

(b) By completing the remainder of this paragraph, the offeror represents that it has reviewed the requirements for the delivery of technical data or computer software and states [offeror check appropriate block]–

(1) [X] None of the data proposed for fulfilling such requirements qualifies as limited rights data or restricted computer software; or

(2) [ ] Data proposed for fulfilling such requirements qualify as limited rights data or restricted computer software and are identified as follows:

(c) Any identification of limited rights data or restricted computer software in the offeror's response is not determinative of the status of the data should a contract be awarded to the offeror.

<center>(End of Provision)</center>

## Search Results

Entity: STROHMAN, JOE
DUNS: 808366244
CAGE: 4YCF5
Date FAPIIS search conducted: 08/22/2018 19:34:10

| FAPIIS Data | Records | Count |
|---|---|---|
| Administrative Agreement | No | 0 |
| Defective Pricing | No | 0 |
| DoD Determination of Contractor Fault | No | 0 |
| Information on Trafficking in Persons | No | 0 |
| Non-Responsibility Determination | No | 0 |
| Recipient Not-Qualified Determination | No | 0 |
| Subcontractor Payment Issues | No | 0 |
| Termination for Cause | No | 0 |
| Termination for Default | No | 0 |
| Termination for Material Failure to Comply | No | 0 |

### Proceedings Information as Entered by the Entity in SAM.gov

- Question: Does your business or organization (represented by the DUNS number on this specific Entity Management section of SAM record) have current active Federal contracts and/or grants with total value (including any exercised/unexercised options) greater than $10,000,000?
  ***Contractor Response:  Based on the responses provided while registering in the System for Award Management (SAM.gov), this entity has no criminal, civil, or administrative proceedings to report in accordance with FAR 52.20-7, FAR 52.209-8, or 2 C.F.R. 200 Appendix XII.

### SAM Exclusion Data

*** No matching Performance Information section of SAM  records were found based on the search criteria information we have.  You may want to search the Performance Information section of SAM directly at https://www.sam.gov/ and use the 'Advanced Search' option to locate the entity of interest.

AR02623

Form 1510-53
(February 1991)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SMALL PURCHASE PRICING AND NEGOTIATION MEMORANDUM**
(FOR PURCHASE EXCEEDING $2,500)

Purchase Order or Contract Number: 140L3918P0161 – Short Burst Data Services (Burning Man 2017) – Strohman Enterprise, Inc (BLM PR# 0040412350)

*1.* Price reasonableness based on (*check one and continue on reverse, if needed, marking paragraph being continued*)

    *a.* [ ] Adequate price competition (*see attached BLM Form 1510-42, or written quotes/offers*

    *b.* [ ] Commercial catalog/published price list (*complete for catalog/price list used*)
        Number_____ Date_____ Page _____

    *c.* [ X ] Comparison with prior purchase of same or similar item (*complete below for prior purchase*)
        Vendor Alvarez and Associates

        Order number L16PD00826                Date purchased: 08/14/2016

        Quantity and Unit  55 Devices           Unit price: Annual $904.58 per Device

        Basis for determining prior reasonable This previous order was placed through NASA SEWP and was available on a competitive basis until Garmin International, Inc. acquired DeLorme Data Services, LLC earlier this year. Comparison of this item with similar item (*state similarities or difference that support comparison*) Individual users and commercial entities now must purchase these DeLorme enabled satellite tracking services directly through Garmin through use of their inReach Airtime program. Although SAM registered, Garmin encourages government customers to contract through their sole authorized veteran owned small business reseller, Strohman Enterprise, Inc. Pricing through Garmin and Strohman is the same. There are more devices in use this year and pricing is consistent with last year.

    *d.* [ ] Price analysis by buyer/user/technical personnel (*include review of technical data, examination of sample, etc*)

        (Specify): _____

    *e.* [ ] Other (*include specific reason, e.g., established market price, cost analysis, government cost estimate, minimum order quantity, high priority and delivery, and special packaging/marking*
        The Contractor is determined to be responsible based on (*mark one or more, showing methods used and include additional explanation on the reverse, if needed*):

[ X ] Not listed on Debarred Contractors List        [ ] Inquiry to Better Business Bureau

[ ] Knowledge of past work              [ ] Credit/Business
Check_____
        (Specify company)
[ ] Recommendation from former customers

[ ] Other

3. Award will be made to Strohman Enterprise, Inc in the amount of $50,640.00 2.00

This price is considered fair and reasonable for the reasons stated above. A brief summary of any negotiations conducted is stated below and on the reverse.

U.S. GPO: 1994-573-004/01003

# DAVID APPOLD
Digitally signed by DAVID APPOLD
Date: 2018.08.22 16:28:15 -07'00'

**AR02624**

**Strohman Enterprise Inc**
5612 Olde Hartley Way
Glen Allen, VA 23060
(804)477-3578
joe@sedirect.net
http://www.strohmanenterprise.com

# ESTIMATE

| ADDRESS | SHIP TO | |
|---|---|---|
| Chief Ranger Jon Young | Chief Ranger Jon Young | **ESTIMATE #** 8978 |
| Bureau of Land Management | Bureau of Land Management | **DATE** 04/20/2018 |
| State Chief Ranger - Arizona | State Chief Ranger - Arizona | |
| United States Department of | United States Department of | |
| the Interior | the Interior | |
| Office of Law Enforcement & | Office of Law Enforcement & | |
| Security | Security | |
| One North Central Avenue, | One North Central Avenue, | |
| Suite 800 | Suite 800 | |
| Phoenix, AZ 85004-4427 | Phoenix, AZ 85004-4427 | |
| CELL: (623) 826-1286 | CELL: (623) 826-1286 | |

| PRODUCT/SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **InReach Air Plan** | Annual Short Burst Data service and support for iridium short burst data hardware. Includes Enterprise back-office support, API Integration and DeLorme mandated GEOS. Includes 12kb/month/device.<br><br>DL245302 | 1 | 50,640.00 | 50,640.00 |

| | TOTAL | **$50,640.00** |
|---|---|---|

Accepted By                    Accepted Date

AR02625

Strohman Enterprise, Inc

5612 Olde Hartley Way
Glen Allen, VA 23060
Phone: 804-477-3578  Fax: 804-716-0900
E-Mail: joe@sedirect.net
Web: strohmanenterprise.com

15 May 2017

Jon Young
State Chief Ranger - Arizona
United States Department of the Interior
Bureau of Land Management
Office of Law Enforcement & Security
One North Central Avenue, Suite 800
Phoenix, AZ 85004-4427
(623) 826-1286

Chief Ranger Young,

Strohman Enterprise Inc is the only authorized Garmin re-seller of Multi-month, Enterprise service,
inReach Airtime programs. We are also the only authorized Garmin re-seller of Annual Short Burst
Data service and support for iridium short burst data hardware. Includes Enterprise back-office
support, API Integration and DeLorme mandated GEOS.  We maintain a 24/7 technical support with
direct access to programing and server support.
We are a Veteran owned, small business. DUNS 80-836-6244 Cage Code:  4YCF5, EIN 46-2501060.

Sincerely,

Joseph R. Strohman LtCol USMC (Ret)
President,
Strohman Enterprise, Inc.

AR02626

MEMORANDUM FOR RECORD

Reference: **Purchase Requisition 0040339554 Satellite Tracking Services for the 2018 Burning Man event**

Subject: FAR 6.302-1 - Only one responsible source and no other supplies or services will satisfy agency requirements.

The Nevada State Office, intent to issue a sole source purchase order to Strohman Enterprise, Inc., using other than full and open competition, in accordance with Federal Acquisition Regulation (FAR) 6.3021 - Only one responsible source and no other supplies or services will satisfy agency requirements. The requirements are to provide annual short burst data services and support for iridium short burst data hardware including enterprise back office support, API integration and Delorme mandated GEOS through Garmin enabled inReach Airtime services.

Garmin International, Inc. has confirmed that Strohman Enterprise, Inc. is the only authorized reseller of multi- month enterprise service inReach Airtime programs and short burst data service and support for iridium short burst data hardware.

Therefore, the government will proceed with the action to place a direct purchase order for these services to Strohman Enterprise, Inc.


DAVID W. APPOLD
CONTRACTING OFFICER

8/22/2018

```
PR: 40412350  Doc Type: FP Funded Purch Req      Title: SATELLITE TRACKING SERVICE 2018 BURNING
Run Date: 08/21/2018    Run Time: 19:28:51  User ID:DAPOLD  Version Number: 00

Header Text:               Please see attachments.      POC Jon Young 623 826-1286

********** Header Details **********                ********** Approval/Status **********
Requisitioner:        Eleanor Taylor
COR/Receiving:        ETAYLOR                       Release Group AA    Release Status:
GSA Contract Number:                                Release Strategy S2
Originating Office POC:                             Transmission Status: 03 Successfully Trans
Issuing Office POC:   JYOUNG
Ratification Indicator: LVA                                             Approved By   Date        Time
Total Price:          50,640.00                     Co Description       TSUTTER     08/15/2018  13:13:32
Ad-Hoc Approver:      TSUTTER             USD        SP Supervisor        TSUTTER     08/15/2018  16:52:18
Supervisory Approver:                               IT IT Approver       COSBORN     08/15/2018  18:20:43
Certifying Funds Approver: RIANGE1                  CF Certifying Funds App RIANGE1
Originating Office:   3000000956
Address:              BLM-NV WINNEMUCCA FIELD OFFICE*
                      5100 E WINNEMUCCA BLVD
                      WINNEMUCCA NV 89445

********** Item 00010 **********
Item ItemCat Short Text        Action Type
00010 Service Satellite Tracking Service 2018 Burning  1 Add new line

UPC         /Description               CPO Number  Agency Order Number   Quantity / Unit   Val Price /    Total Price /
D3990008    COMMERCIAL DATA COMMUNICATIONS SERVICES                      1.000  AU         50640.00.      50640.00  USD

GSA/FEDSTRIP Number  CPO Number  Agency Order Number      Quantity / Unit   Plant      Deliv.Date    Delivery Address
                                 08/01/2018                1.000  AU        L000       07/30/2019    00042767494

Responsible Cost Center           Post Awd Smart Number    Per.of Perf. Start    Mat.Grp    IT Approval/Tracking Number  Closed
                                                           07/30/2019            D399                                    No
                                                           Per.of Perf. End
                                                           07/30/2019

********** Accounting Details **********
SeqNum  Acct Assign   Distr%   DistrType
01      K Cost center 0.0      Single

BusArea     Commit Item   Cost Center   FuncArea         Fund          Funds Center   WBS Element    G/L Account
1.000       233000        LLNW003500    L510500000.EA0000 18XL5017AP   LLNW003500     LV.RC.P1805950 6100.233U0

Asset       Sub Asset     Order        Funded Program   TAS           Amount / Currency  SAF Indic  Trade in  UPC Override
                                       LVRCP1805950      14X5017       50640.00 USD       BETC
                                                                                          Funds Center
                                                                                          LV.RC.P1805950

Bus.Entity  Building      Property     Rental Unit  Contract

********** Delivery Address **********
Address No. :
            00042767494
            BLM-NV WINNEMUCCA DISTRICT OFFICE
            5100 E WINNEMUCCA BLVD
            WINNEMUCCA NV 89445
            USA

Address:
```

AR02628

# ORDER FOR SUPPLIES OR SERVICES

| | PAGE | OF PAGES |
|---|---|---|
| | 1 | 13 |

IMPORTANT: Mark all packages and papers with contract and/or order numbers

| 1 DATE OF ORDER | 2 CONTRACT NO *(If any)* |
|---|---|
| 08/27/2018 | |

ORDER NO.
L3918P0163

| 4 REQUISITION/REFERENCE NO. |
|---|
| 0040400658 |

**5. ISSUING OFFICE** *(Address correspondence to)*
BLM NV-STATE OFC BGT&FIN SVC(NV955)
1340 FINANCIAL BLVD.
RENO NV 89502

| 6 SHIP TO: |
|---|
| **a NAME OF CONSIGNEE** |
| BLM-NV WINNEMUCCA DISTRICT OFFICE |
| **b. STREET ADDRESS** |
| 5100 E WINNEMUCCA BLVD |

| c CITY | | d STATE | e ZIP CODE |
|---|---|---|---|
| WINNEMUCCA | | NV | 89445 |

**7 TO  Willey Courtney**

**a NAME OF CONTRACTOR**
BRUNO'S COUNTRY CLUB LLC

**f SHIP VIA**

**b. COMPANY NAME**

**c. STREET ADDRESS**
445 MAIN ST

**8 TYPE OF ORDER**

| ☒ a. PURCHASE | | ☐ b DELIVERY |
|---|---|---|
| REFERENCE YOUR: | | Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract. |
| Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated. | | |

| d. CITY | e STATE | f ZIP CODE |
|---|---|---|
| GERLACH | NV | 89412 |

**9 ACCOUNTING AND APPROPRIATION DATA**
01

**10. REQUISITIONING OFFICE**
BLM-NV WINNEMUCCA FIELD OFFICE*

**11. BUSINESS CLASSIFICATION** *(Check appropriate box(es))*

☒ a. SMALL  ☐ b. OTHER THAN SMALL  ☐ c. DISADVANTAGED  ☐ d WOMEN-OWNED  ☐ e HUBZone
☐ f. SERVICE-DISABLED VETERAN-OWNED  ☐ g WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOSB PROGRAM  ☐ h EDWOSB

**12 F.O.B POINT**
Destination

| 13 PLACE OF | | 14 GOVERNMENT B/L NO. | 15 DELIVER TO F.O.B POINT ON OR BEFORE *(Date)* | 16 DISCOUNT TERMS |
|---|---|---|---|---|
| **a INSPECTION** Destination | **b ACCEPTANCE** Destination | | 08/27/2018 | |

**17. SCHEDULE** *(See reverse for Rejections)*

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | Header Text: 2018 Burning Man Electrical Wiring 12v Systems for generated power hook-ups at four Gerlach Lodging Facilities used by BLM during th e Burning Man Event. The Facilities are the two Bruno Motel Buildings and the two Bruno Apartment Continued ... | | | | | |

| 18. SHIPPING POINT | 19 GROSS SHIPPING WEIGHT | 20 INVOICE NO | | 17(h) TOTAL *(Cont pages)* |
|---|---|---|---|---|
| | | | | ◀ |

| 21 MAIL INVOICE TO | | |
|---|---|---|
| SEE BILLING INSTRUCTIONS ON REVERSE | **a NAME** Invoice Processing Platform System | $17,000.00 |
| | **b. STREET ADDRESS** (or P.O. Box) US Department of Treasury http://www.ipp.gov | 17(i) GRAND TOTAL |
| | **c. CITY** | **d. STATE** | **e. ZIP CODE** | $17,000.00 ◀ |

**22. UNITED STATES OF AMERICA BY** *(Signature)*

DAVID APPOLD  Digitally signed by DAVID APPOLD  Date: 2018.08.27 17:59:10 -07'00'

| 23 NAME *(Typed)* |
|---|
| David Appold |
| TITLE: CONTRACTING/ORDERING OFFICER |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 347 (Rev 2/2012)
Prescribed by GSA/FAR 48 CFR 53 213(f)

AR02629

ORDER FOR SUPPLIES OR SERVICES
SCHEDULE - CONTINUATION

PAGE NO
2

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| 08/27/2018 | | | 140L3918P0163 |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANT ACCEPT (g) |
|---|---|---|---|---|---|---|
| | Building. Legacy Doc #: BLM CO Invoice Review Required: Y Admin Office: BLM NV-STATE OFC BGT&FIN SVC(NV955) 1340 FINANCIAL BLVD. RENO NV 89502 Account Assignm: K G/L Account: 6100.233L0 Business Area: L000 Commitment Item: 233L00 Cost Center: LLNVW03500 Functional Area: L51050000.EA0000 Fund: 18XL5017AP Fund Center: LLNVW03500 Project/WBS: LV.RC.F1805950 PR Acct Assign: 01 Period of Performance: 06/29/2018 to 08/27/2018 | | | | | |
| 00010 | 2018 Burning Man Generator Power Hook up | | | | 17,000.00 | |
| | The total amount of award: $17,000.00. The obligation for this award is shown in box 17(i). | | | | | |
| TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | | | | | $17,000.00 | |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 348 (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53.213(f)

AR02630

Emergency Fire Engine Repair
Issuing Office: BLM Reno Office
Location: BLM Winnemucca City District Office
Purchase Order Number: 140L3918P0163

## TABLE OF CONTENTS

SECTION 1      SPECIFICATIONS.........................................................................................4

SECTION 2      CONTRACT CLAUSES ...............................................................................4

52.252-2     CLAUSES INCORPORATED BY REFERENCE .........................................................4

52.203-99    PROHIBITION ON CONTRACTING WITH ENTITIES THAT REQUIRE CERTAIN INTERNAL
CONFIDENTIALITY AGREEMENTS (DEVIATION 2015-02)................................................4

52.212-5     CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR
EXECUTIVE ORDERS -- COMMERCIAL ITEMS...................................................................5

1452.201-70  AUTHORITIES AND DELEGATIONS .............................................................................11

ELECTRONIC INVOICING AND PAYMENT REQUIREMENTS–INVOICE PROCESSING PLATFORM (IPP) ......12
APR 2013 .......................................................................................................................12

1510.046    CONTRACTING OFFICER'S REPRESENTATIVE (COR) AND/OR PROJECT INSPECTOR (PI)...13

1510.301    INSPECTION ......................................................................................................13

1510.302    ACCEPTANCE ...................................................................................................13

1510.322    PROCUREMENT OFFICE REPRESENTATIVE ...................................................................13

SECTION 3      LIST OF ATTACHMENTS........................................................................14

AR02631

Emergency Fire Engine Repair
Issuing Office: BLM Reno Office
Location: BLM Winnemucca City District Office
Purchase Order Number: 140L3918P0163

## SECTION 1   SPECIFICATIONS

The Bureau of Land Management (BLM) Nevada State Office has a requirement for an emergency
Electrical Connection System for Back-up Generator Power Hook-up at four (4) Bruno Country
Club Lodging facilities used by BLM in Gerlach, NV.   These facilities are the only local facilities to
house the BLM law Enforcement officers for the Burning Man Event.

## SECTION 2   CONTRACT CLAUSES

### 52.252-2         Clauses Incorporated by Reference                                   Feb 1998

This contract incorporates one or more clauses by reference, with the same force and effect as if they
were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the
full text of a clause may be accessed electronically at this/these address(es):
http://www.acquisition.gov/far/
http://farsite.hill.af.mil/

| Clauses | Title | Date |
|---------|-------|------|
| 52.212-4 | Contract Terms and Conditions – Commercial items | Jan 2017 |
| 52.232-39 | Unenforceability of Unauthorized Obligations | Jun 2013 |
| 52.232-40 | Providing Accelerated Payments to Small Business Subcontractors | Dec 2013 |
| 52.242-15 | Stop-Work Order | Aug 1989 |

### 52.203-99        Prohibition on Contracting with Entities that Require Certain Internal
### Confidentiality Agreements (DEVIATION 2015-02)                           Feb 2015

(a)  The contractor shall not require employees or subcontractors seeking to report fraud, waste,
or abuse to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise
restricting such employees or subcontractors from lawfully reporting such fraud, waste, or abuse to a
designated investigative or law enforcement representative of a Federal department or agency authorized
to receive such information.

(b)  The contractor shall notify employees that the prohibition and restrictions of any internal
confidentiality agreements covered by this clause are no longer in effect.

(c)  The prohibition in paragraph (a) of this clause does not contravene requirements applicable to
Standard Form 312, Form 4414, or any other form issued by a Federal department or agency governing
the nondisclosure of classified information.

(d)(1)  In accordance with section 743 of Division E, Title VII, of the Consolidated
and Further Continuing Resolution Appropriations Act, 2015 (Pub. L. 113-235), use of funds
appropriated (or otherwise made available) under that or any other Act may be prohibited, if the
Government determines that the contractor is not in compliance with the provisions of this clause.

AR02632

(2) The Government may seek any available remedies in the event the contractor fails to comply with the provisions of this clause.

## 52.212-5    Contract Terms and Conditions Required to Implement Statutes or Executive Orders -- Commercial Items                                                  Jan 2017

(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

(1) 52.209-10, Prohibition on Contracting with Inverted Domestic Corporations (Nov 2015).

(2) 52.233-3, Protest After Award (AUG 1996) (31 U.S.C. 3553).

(3) 52.233-4, Applicable Law for Breach of Contract Claim (OCT 2004)(Public Laws 108-77 and 108-78 (19 U.S.C. 3805 note)).

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

__ (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (Sept 2006), with Alternate I (Oct 1995) (41 U.S.C. 4704 and 10 U.S.C. 2402).
__ (2) 52.203-13, Contractor Code of Business Ethics and Conduct (Oct 2015) (41 U.S.C. 3509)).

__ (3) 52.203-15, Whistleblower Protections under the American Recovery and Reinvestment Act of 2009 (June 2010) (Section 1553 of Pub. L. 111-5). (Applies to contracts funded by the American Recovery and Reinvestment Act of 2009.)

__ (4) 52.204-10, Reporting Executive Compensation and First-Tier Subcontract Awards (Oct 2016) (Pub. L. 109-282) (31 U.S.C. 6101 note).

__ (5) [Reserved].

__ (6) 52.204-14, Service Contract Reporting Requirements (Oct 2016) (Pub. L. 111-117, section 743 of Div. C).

__ (7) 52.204-15, Service Contract Reporting Requirements for Indefinite-Delivery Contracts (Oct 2016) (Pub. L. 111-117, section 743 of Div. C).

__ (8) 52.209-6, Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment. (Oct 2015) (31 U.S.C. 6101 note).

__ (9) 52.209-9, Updates of Publicly Available Information Regarding Responsibility Matters (Jul 2013) (41 U.S.C. 2313).

__ (10) [Reserved].

__ (11)(i) 52.219-3, Notice of HUBZone Set-Aside or Sole-Source Award (Nov 2011) (15 U.S.C. 657a).

__ (ii) Alternate I (Nov 2011) of 52.219-3.

AR02633

Case 1:19-cv-03729-DLF   Document 35-3   Filed 07/12/21   Page 606 of 762

Emergency Fire Engine Repair
Issuing Office: BLM Reno Office
Location: BLM Winnemucca City District Office
Purchase Order Number: 140L3918P0163

__ (12)(i) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (OCT 2014) (if the offeror elects to waive the preference, it shall so indicate in its offer) (15 U.S.C. 657a).

__ (ii) Alternate I (JAN 2011) of 52.219-4.

__ (13) [Reserved]

__ (14)(i) 52.219-6, Notice of Total Small Business Set-Aside (Nov 2011) (15 U.S.C. 644).

__ (ii) Alternate I (Nov 2011).

__ (iii) Alternate II (Nov 2011).

__ (15)(i) 52.219-7, Notice of Partial Small Business Set-Aside (June 2003) (15 U.S.C. 644).

__ (ii) Alternate I (Oct 1995) of 52.219-7.

__ (iii) Alternate II (Mar 2004) of 52.219-7.

__ (16) 52.219-8, Utilization of Small Business Concerns (Nov 2016) (15 U.S.C. 637(d)(2) and (3)).

__ (17)(i) 52.219-9, Small Business Subcontracting Plan (Nov 2016) (15 U.S.C. 637(d)(4)).

__ (ii) Alternate I (Nov 2016) of 52.219-9.

__ (iii) Alternate II (Nov 2016) of 52.219-9.

__ (iv) Alternate III (Nov 2016) of 52.219-9.

__ (v) Alternate IV (Nov 2016) of 52.219-9.

__ (18) 52.219-13, Notice of Set-Aside of Orders (Nov 2011) (15 U.S.C. 644(r)).

__ (19) 52.219-14, Limitations on Subcontracting (Nov 2011) (15 U.S.C. 637(a)(14)).

__ (20) 52.219-16, Liquidated Damages—Subcontracting Plan (Jan 1999) (15 U.S.C. 637(d)(4)(F)(i)).

__ (21) 52.219-27, Notice of Service-Disabled Veteran-Owned Small Business Set-Aside (Nov 2011) (15 U.S.C. 657 f).

_X_ (22) 52.219-28, Post Award Small Business Program Representation (Jul 2013) (15 U.S.C. 632(a)(2)).

__ (23) 52.219-29, Notice of Set-Aside for, or Sole Source Award to, Economically Disadvantaged Women-Owned Small Business Concerns (Dec 2015) (15 U.S.C. 637(m)).

__ (24) 52.219-30, Notice of Set-Aside for, or Sole Source Award to, Women-Owned Small Business Concerns Eligible Under the Women-Owned Small Business Program (Dec 2015) (15 U.S.C. 637(m)).

_X_ (25) 52.222-3, Convict Labor (June 2003) (E.O. 11755).

__ (26) 52.222-19, Child Labor—Cooperation with Authorities and Remedies (Oct 2016) (E.O. 13126).

_X_ (27) 52.222-21, Prohibition of Segregated Facilities (Apr 2015).

AR02634

Emergency Fire Engine Repair
Issuing Office: BLM Reno Office
Location: BLM Winnemucca City District Office
Purchase Order Number: 140L3918P0163

__X__ (28) 52.222-26, Equal Opportunity (Sept 2016) (E.O. 11246).

___ (29) 52.222-35, Equal Opportunity for Veterans (Oct 2015)(38 U.S.C. 4212).

___ (30) 52.222-36, Equal Opportunity for Workers with Disabilities (Jul 2014) (29 U.S.C. 793).

___ (31) 52.222-37, Employment Reports on Veterans (FEB 2016) (38 U.S.C. 4212).

___ (32) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (Dec 2010) (E.O. 13496).

__X__ (33)(i) 52.222-50, Combating Trafficking in Persons (Mar 2015) (22 U.S.C. chapter 78 and E.O. 13627).

___ (ii) Alternate I (Mar 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).

___ (34) 52.222-54, Employment Eligibility Verification (OCT 2015). (Executive Order 12989). (Not applicable to the acquisition of commercially available off-the-shelf items or certain other types of commercial items as prescribed in 22.1803.)

___ (35) 52.222-59, Compliance with Labor Laws (Executive Order 13673) (OCT 2016). (Applies at $50 million for solicitations and resultant contracts issued from October 25, 2016 through April 24, 2017; applies at $500,000 for solicitations and resultant contracts issued after April 24, 2017).

**Note to paragraph (b)(35):** By a court order issued on October 24, 2016, 52.222-59 is enjoined indefinitely as of the date of the order. The enjoined paragraph will become effective immediately if the court terminates the injunction. At that time, GSA, DoD and NASA will publish a document in the Federal Register advising the public of the termination of the injunction.

___ (36) 52.222-60, Paycheck Transparency (Executive Order 13673) (OCT 2016).

___ (37)(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA–Designated Items (May 2008) (42 U.S.C. 6962(c)(3)(A)(ii)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

___ (ii) Alternate I (May 2008) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

___ (38) 52.223-11, Ozone-Depleting Substances and High Global Warming Potential Hydrofluorocarbons (JUN 2016) (E.O. 13693).

___ (39) 52.223-12, Maintenance, Service, Repair, or Disposal of Refrigeration Equipment and Air Conditioners (JUN 2016) (E.O. 13693).

___ (40)(i) 52.223-13, Acquisition of EPEAT®-Registered Imaging Equipment (JUN 2014) (E.O.s 13423 and 13514).

___ (ii) Alternate I (Oct 2015) of 52.223-13.

___ (41)(i) 52.223-14, Acquisition of EPEAT®-Registered Televisions (JUN 2014) (E.O.s 13423 and 13514).

___ (ii) Alternate I (Jun 2014) of 52.223-14.

AR02635

Emergency Fire Engine Repair
Issuing Office: BLM Reno Office
Location: BLM Winnemucca City District Office
Purchase Order Number: 140L3918P0163

__ (42) 52.223-15, Energy Efficiency in Energy-Consuming Products (DEC 2007) (42 U.S.C. 8259b).

__ (43)(i) 52.223-16, Acquisition of EPEAT®-Registered Personal Computer Products (OCT 2015) (E.O.s 13423 and 13514).

__ (ii) Alternate I (Jun 2014) of 52.223-16.

__X__ (44) 52.223-18, Encouraging Contractor Policies to Ban Text Messaging While Driving (AUG 2011) (E.O. 13513).

__ (45) 52.223-20, Aerosols (JUN 2016) (E.O. 13693).

__ (46) 52.223-21, Foams (JUN 2016) (E.O. 13693).

__X__ (47) 52.225-1, Buy American—Supplies (May 2014) (41 U.S.C. chapter 83).

__ (48)(i) 52.225-3, Buy American—Free Trade Agreements—Israeli Trade Act (May 2014) (41 U.S.C. chapter 83, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, 19 U.S.C. 3805 note, 19 U.S.C. 4001 note, Pub. L. 103-182, 108-77, 108-78, 108-286, 108-302, 109-53, 109-169, 109-283, 110-138, 112-41, 112-42, and 112-43.

__ (ii) Alternate I (May 2014) of 52.225-3.

__ (iii) Alternate II (May 2014) of 52.225-3.

__ (iv) Alternate III (May 2014) of 52.225-3.

__ (49) 52.225-5, Trade Agreements (OCT 2016) (19 U.S.C. 2501, et seq., 19 U.S.C. 3301 note).

__ (50) 52.225-13, Restrictions on Certain Foreign Purchases (June 2008) (E.O.'s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).

__ (51) 52.225-26, Contractors Performing Private Security Functions Outside the United States (Oct 2016) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

__ (52) 52.226-4, Notice of Disaster or Emergency Area Set-Aside (Nov 2007) (42 U.S.C. 5150).

__ (53) 52.226-5, Restrictions on Subcontracting Outside Disaster or Emergency Area (Nov 2007) (42 U.S.C. 5150).

__ (54) 52.232-29, Terms for Financing of Purchases of Commercial Items (Feb 2002) (41 U.S.C. 4505, 10 U.S.C. 2307(f)).

__ (55) 52.232-30, Installment Payments for Commercial Items (Oct 1995) (41 U.S.C. 4505, 10 U.S.C. 2307(f)).

__ __X__ (56) 52.232-33, Payment by Electronic Funds Transfer—System for Award Management (Jul 2013) (31 U.S.C. 3332).

__ (57) 52.232-34, Payment by Electronic Funds Transfer—Other than System for Award Management (Jul 2013) (31 U.S.C. 3332).

___(58) 52.232-36, Payment by Third Party (May 2014) (31 U.S.C. 3332).

AR02636

Emergency Fire Engine Repair
Issuing Office: BLM Reno Office
Location: BLM Winnemucca City District Office
Purchase Order Number: 140L3918P0163

___ (59) 52.239-1, Privacy or Security Safeguards (Aug 1996) (5 U.S.C. 552a).

___ (60)(i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Feb 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631).

___ (ii) Alternate I (Apr 2003) of 52.247-64.

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

___ (1) 52.222-17, No displacement of Qualified Workers (May 2014)(E.O. 13495).

_X_ (2) 52.222-41, Service Contract Labor Standards (May 2014) (41 U.S.C. chapter 67).

> Wage Determination No: 2015-5595
> Revision No: 6; Date Of Revision: 8/8/208
> State: Nevada
> Area:  Nevada Counties of Carson City, Elko, Eureka, Humboldt, Lander, Ormsby, Pershing, Storey, Washoe, White Pine
>
> Complete wage determination information, including fringe benefits, is attached and can also be obtained at http://www.wdol.gov

_X_ (3) 52.222-42, Statement of Equivalent Rates for Federal Hires (May 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

___ (4) 52.222-43, Fair Labor Standards Act and Service Contract Labor Standards-Price Adjustment (Multiple Year and Option Contracts) (May 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

___ (5) 52.222-44, Fair Labor Standards Act and Service Contract Labor Standards—Price Adjustment (May 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

___ (6) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment—Requirements (May 2014) (41 U.S.C. chapter 67).

___ (7) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services—Requirements (May 2014) (41 U.S.C. chapter 67).

_X_ (8) 52.222-55, Minimum Wages Under Executive Order 13658 (Dec 2015).

_X_ (9) 52.222-62, Paid Sick Leave Under Executive Order 13706 (JAN 2017) (E.O. 13706).

___ (10) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (May 2014) (42 U.S.C. 1792).

___ (11) 52.237-11, Accepting and Dispensing of $1 Coin (Sept 2008) (31 U.S.C. 5112(p)(1)).

(d) Comptroller General Examination of Record. The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records—Negotiation.

AR02637

Emergency Fire Engine Repair
Issuing Office: BLM Reno Office
Location: BLM Winnemucca City District Office
Purchase Order Number: 140L3918P0163

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e)(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in this paragraph (e)(1) in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause—

    (i) 52.203-13, Contractor Code of Business Ethics and Conduct (Oct 2015) (41 U.S.C. 3509).

    (ii) 52.219-8, Utilization of Small Business Concerns (Nov 2016) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $700,000 ($1.5 million for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

    (iii) 52.222-17, Nondisplacement of Qualified Workers (May 2014) (E.O. 13495). Flow down required in accordance with paragraph (l) of FAR clause 52.222-17.

    (iv) 52.222-21, Prohibition of Segregated Facilities (Apr 2015)

    (v) 52.222-26, Equal Opportunity (Sept 2016) (E.O. 11246).

    (vi) 52.222-35, Equal Opportunity for Veterans (Oct 2015) (38 U.S.C. 4212).

    (vii) 52.222-36, Equal Opportunity for Workers with Disabilities (Jul 2014) (29 U.S.C. 793).

    (viii) 52.222-37, Employment Reports on Veterans (Feb 2016) (38 U.S.C. 4212)

    (ix) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (Dec 2010) (E.O. 13496). Flow down required in accordance with paragraph (f) of FAR clause 52.222-40.

    (x) 52.222-41, Service Contract Labor Standards (May 2014) (41 U.S.C. chapter 67).

    (xi) 52.222-50, Combating Trafficking in Persons (Mar 2015) (22 U.S.C. chapter 78 and E.O 13627).  Alternate I (Mar 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O 13627).

AR02638

Emergency Fire Engine Repair
Issuing Office: BLM Reno Office
Location: BLM Winnemucca City District Office
Purchase Order Number: 140L3918P0163

(xii) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (May 2014) (41 U.S.C. chapter 67).

(xiii) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (May 2014) (41 U.S.C. chapter 67).

(xiv) 52.222-54, Employment Eligibility Verification (OCT 2015) (E.O. 12989).

(xv) 52.222-55, Minimum Wages Under Executive Order 13658 (Dec 2015).

(xvi) 52.222-59, Compliance with Labor Laws (Executive Order 13673) (OCT 2016) (Applies at $50 million for solicitations and resultant contracts issued from October 25, 2016 through April 24, 2017; applies at $500,000 for solicitations and resultant contracts issued after April 24, 2017).

**Note to paragraph (e)(1)(xvi):** By a court order issued on October 24, 2016, 52.222-59 is enjoined indefinitely as of the date of the order. The enjoined paragraph will become effective immediately if the court terminates the injunction. At that time, GSA, DoD and NASA will publish a document in the Federal Register advising the public of the termination of the injunction.

(xvii) 52.222-60, Paycheck Transparency (Executive Order 13673) (OCT 2016)).

(xviii) 52.222-62, Paid Sick Leave Under Executive Order 13706 (JAN 2017) (E.O. 13706).

(xix) 52.225-26, Contractors Performing Private Security Functions Outside the United States (Oct 2016) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

(xx) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (May 2014) (42 U.S.C. 1792). Flow down required in accordance with paragraph (e) of FAR clause 52.226-6.

(xxi) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Feb 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the Contractor may include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

## 1452.201-70   Authorities and Delegations                                    Sep 2011

(a) The Contracting Officer is the only individual authorized to enter into or terminate this contract, modify any term or condition of this contract, waive any requirement of this contract, or accept nonconforming work.

(b) The Contracting Officer will designate a Contracting Officer's Representative (COR) at time of award. The COR will be responsible for technical monitoring of the contractor's performance and deliveries. The COR will be appointed in writing, and a copy of the appointment will be furnished to the Contractor. Changes to this delegation will be made by written changes to the existing appointment or by issuance of a new appointment.

(c) The COR is not authorized to perform, formally or informally, any of the following actions:

AR02639

Emergency Fire Engine Repair
Issuing Office: BLM Reno Office
Location: BLM Winnemucca City District Office
Purchase Order Number: 140L3918P0163

(1) Promise, award, agree to award, or execute any contract, contract modification, or notice of intent that changes or may change this contract;

(2) Waive or agree to modification of the delivery schedule;

(3) Make any final decision on any contract matter subject to the Disputes Clause;

(4) Terminate, for any reason, the Contractor's right to proceed;

(5) Obligate in any way, the payment of money by the Government.

(d) The Contractor shall comply with the written or oral direction of the Contracting Officer or authorized representative(s) acting within the scope and authority of the appointment memorandum. The Contractor need not proceed with direction that it considers to have been issued without proper authority. The Contractor shall notify the Contracting Officer in writing, with as much detail as possible, when the COR has taken an action or has issued direction (written or oral) that the Contractor considers to exceed the COR's appointment, within 3 days of the occurrence. Unless otherwise provided in this contract, the Contractor assumes all costs, risks, liabilities, and consequences of performing any work it is directed to perform that falls within any of the categories defined in paragraph (c) prior to receipt of the Contracting Officer's response issued under paragraph (e) of this clause.

(e) The Contracting Officer shall respond in writing within 30 days to any notice made under paragraph (d) of this clause. A failure of the parties to agree upon the nature of a direction, or upon the contract action to be taken with respect thereto, shall be subject to the provisions of the Disputes clause of this contract.

(f) The Contractor shall provide copies of all correspondence to the Contracting Officer and the COR.

(g) Any action(s) taken by the Contractor, in response to any direction given by any person acting on behalf of the Government or any Government official other than the Contracting Officer or the COR acting within his or her appointment, shall be at the Contractor's risk.

## 1510.301    Inspection                                                    Aug 1999

(a) Work will be subject to periodic inspections by the Government to assure satisfactory progress, to determine quantities or work performed for progress payment purposes, to be certain that work is being performed in accordance with contract specifications, and to determine if work corrections are necessary.

(b) Inspection in the form of a review of all required reports will be performed by the Contracting Officer's Representative (COR). Accordingly, all reports, data, and documentation required by the contract will be submitted to the COR who will recommend approval/disapproval for acceptance purposes to the Contracting Officer.

(c) The Contractor shall notify the COR or the Project Inspector (PI) at least 3 days before the scheduled completion date, so the Government can schedule final inspection. The Contractor will not be granted a time extension to perform a work correction required as a result of a periodic or final inspection if such correction is necessary because of improper work by the Contractor. The Contractor or his authorized representative must be at the worksite at time of final inspection.

AR02640

Emergency Fire Engine Repair
Issuing Office: BLM Reno Office
Location: BLM Winnemucca City District Office
Purchase Order Number: 140L3918P0163

**1510.302**     **Acceptance**                                        **Aug 1999**

Final inspection and acceptance of all items/services to be delivered under this contract shall be the responsibility of the Contracting Officer.  Quality of work is subject to verification by the COR, with final payment to be withheld pending completion of any necessary rework by the Contractor.

**1510.322**     **Procurement Office Representative**                  **Aug 1999**

The Procurement Office Representative for this requirement is:
David Appold
BLM Nevada State Office
1340 Financial Blvd
Reno, NV 89502
Phone:  775-861-6417
Email:dappold@blm.gov

## SECTION 3   LIST OF ATTACHMENTS

NONE

AR02641

AR02642



Print      Close      Help

**Transaction Information**

| | | | |
|---|---|---|---|
| Award Type: | Purchase Order | Prepared Date: | 08/27/2018 19 37 13 | Prepared User: | DAPPOLD |
| Award Status: | Final | Last Modified Date: | 08/27/2018 21 04 29 | Last Modified User: | DAPPOLD |
| Closed Status: | No | Closed Status Date: | | Closed By: | |

**Document Information**

| | *Agency* | *Procurement Identifier* | | *Modification No* | | *Trans No* |
|---|---|---|---|---|---|---|
| Award ID: | 1422 | 140L3918P0163 | | 0 | | 0 |
| Referenced IDV ID: | | | | | | |
| Reason For Modification: | | | | | | |
| Solicitation ID: | | | | | | |

| | Agency Identifier | Main Account | Sub Account | *Initiative* |
|---|---|---|---|---|
| Treasury Account Symbol: | 14 | 5017 | | Select One |

| Dates | | Amounts | |
|---|---|---|---|
| Date Signed: | 08/27/2018 | Action Obligation: | $17,000.00 |
| Effective Date: | 06/29/2018 | Base And Exercised Options Value: | $17,000.00 |
| Completion Date: | 08/27/2018 | Base and All Options Value (Total Contract Value): | $17,000.00 |
| Est. Ultimate Completion Date: | 08/27/2018 | Fee Paid for Use of Indefinite Delivery Vehicle: | $0.00 |
| Solicitation Date: | | | |

**Purchaser Information**

| | | | |
|---|---|---|---|
| Contracting Office Agency ID: | 1422 | Contracting Office Agency Name: | BUREAU OF LAND MANAGEMENT |
| Contracting Office ID: | 140L39 | Contracting Office Name: | NEVADA STATE OFFICE |
| Funding Agency ID: | 1422 | Funding Agency Name: | BUREAU OF LAND MANAGEMENT |
| Funding Office ID: | 140L39 | Funding Office Name: | NEVADA STATE OFFICE |
| Foreign Funding: | Not Applicable | | |

**Contractor Information**

SAM Exception:                                                                          [...] [Remove Exception]

| | | | |
|---|---|---|---|
| DUNS No: | 081297042 | Street: | 445 MAIN ST |
| Vendor Name: | BRUNO'S COUNTRY CLUB LLC | Street2: | |
| DBAN: | | City: | GERLACH |
| Cage Code: | 85PS6 | State: | NV    Zip: 89412 |
| | | Country: | UNITED STATES |
| | | Phone: | (775) 221-2383 |
| | | Fax No: | |
| | | Congressional District: | |

**Business Category**                                                                    [Show Details]

| | | |
|---|---|---|
| Organization Type | PARTNERSHIP | **Business Types** |
| State of Incorporation | NV | ✓Partnership or Limited Liability Partnership |
| Country of Incorporation | USA | **Relationship With Federal Government** |
| | | ✓All Awards |
| | | **Organization Factors** |
| | | ✓For Profit Organization |
| | | ✓Limited Liability Corporation |

**Contract Data**

| | |
|---|---|
| Type of Contract: | Firm Fixed Price |
| Inherently Governmental Functions: | Other Functions |
| Multiyear Contract: | Select One |
| Major Program: | |
| National Interest Action: | None |
| Cost Or Pricing Data: | Select One |
| Purchase Card Used As Payment Method: | No |
| Undefinitized Action: | No |
| Performance Based Service Acquisition: | No - Service where PBA is not used |
| * FY 2004 and prior; 80% or more specified as performance requirement | |
| * FY 2005 and later; 50% or more specified as performance requirement | |
| Contingency Humanitarian Peacekeeping Operation: | Not Applicable |

AR02643



Contract Financing:                                          Select One
Cost Accounting Standards Clause:                           Select One
Consolidated Contract:                                      Not Consolidated
Number Of Actions:                                          1

**Legislative Mandates**

Clinger-Cohen Act:
Labor Standards:                        No
Materials, Supplies, Articles, and Equip:
Construction Wage Rate Requirements:

Additional Reporting:     Select One or More Options
                          Employment Eligibility Verification (52 222 54)
                          Service Contract Inventory (FAR 4 17)

Interagency Contracting Authority:      Not Applicable
Other Interagency Contracting Statutory Authority:
(1000 characters)

**Principal Place of Performance**

| | State | Location | Country |
|---|---|---|---|
| Principal Place Of Performance Code: | NV | | USA |
| Principal Place Of Performance County Name: | WASHOE | | |
| Principal Place Of Performance City Name: | GERLACH | | |
| Congressional District Place Of Performance: | 02 | | |
| Place Of Performance Zip Code (+4): | 89412 | - 0001 | |

**Product Or Service Information**

Product/Service Code:          W059        Description: LEASE OR RENTAL OF EQUIPMENT- ELECTRICAL
Principal NAICS Code:          721110      Description: HOTELS (EXCEPT CASINO HOTELS) AND MOTELS
Bundled Contract:              Not Bundled
DOD Acquisition Program:
Country of Product or Service Origin:     USA    UNITED STATES
Place of Manufacture:
Domestic or Foreign Entity:
Recovered Materials/Sustainability:                                              OMB Policy on Sustainable Acquisition
InfoTech Commercial Item Category:
Claimant Program Code:                    Description:
Sea Transportation:
GFP Provided Under This Action:
Use Of EPA Designated Products:           No
Description Of Requirement:               2018 PURMING PAU GENERATOP POWFP HGLA UT
(4000 characters)

**Competition Information**

Extent Competed For Referenced IDV:
Extent Competed:                          Not Competed
Solicitation Procedures:                  Only One Source
IDV Type Of Set Aside:
Type Of Set Aside:                        No set aside used
Type Of Set Aside Source:                 This Action
Evaluated Preference:                     No Preference Used
SBIR/STTR:                                Select One
Fair Opportunity/Limited Sources:         Select One
Other Than Full And Open Competition:     Unique Source  FAR 6 302 1(c)
Local Area Set Aside:                     No
FedBizOpps:                               No
A76 Action:                               No
Commercial Item Acquisition Procedures:   Commercial Item
IDV Number of Offers:
Number Of Offers Received:                1         Number of Offers Source: This Action
Small Business Competitiveness Demonstration Program:
Simplified Procedures for Certain Commercial Items:   No
Preference Programs / Other Data

AR02644

| | |
|---|---|
| Contracting Officer's Business Size Selection: | Small Business |
| Subcontract Plan: | Plan Not Required |
| Price Evaluation Percent Difference: | % |

AR02645

AR02646

**Dawn Crowder**

| | |
|---|---|
| **From:** | Mark Pirtle |
| **Sent:** | Saturday, August 25, 2018 7:32 AM |
| **To:** | dappold@blm.gov |
| **Cc:** | Willie |
| **Subject:** | Brunos Electrical Up-grade Contract |

Dave, we did the test on the Buildings this morning, everything worked great. You can pay Willie, thanks. Any questions call me

Sent from my iPhone

1

AR02648



Dawn Crowder    Log Out

⚠ ALERT - June 11, 2018  Entities registering in SAM must submit a notarized letter appointing their authorized Entity Administrator. Read our updated FAQs to learn more about changes to the notarized letter review process and other system improvements.

⚠ ALERT - There may be a delay in data updates between the Small Business Administration (SBA) and SAM. If you notice any issues with your entity's SBA status or trouble on the SBA Supplemental page, please contact the Federal Service Desk.

⚠ ALERT - SAM.gov will be down for scheduled maintenance Friday, February 01, 2019, from 6 PM to midnight (EST).

| **Entity Dashboard** | Bruno's Country Club LLC<br>DUNS: 081297042    CAGE Code: 85PS6<br>Status: Active<br>Expiration Date: 08/22/2019<br>Purpose of Registration: All Awards | 445 Main St<br>Gerlach, NV, 89412 ,<br>UNITED STATES |
|---|---|---|

- **Entity Overview**

- **Entity Registration**
  - **Core Data**
  - **Assertions**
  - **Reps & Certs**
  - **POCs**

- **Reports**
  - **Service Contract Report**
  - **BioPreferred Report**

- **Exclusions**
  - **Active Exclusions**
  - **Inactive Exclusions**
  - **Excluded Family Members**

[ RETURN TO SEARCH ]

**Entity Registration**

**Page Description**

This page contains a view of the entire Entity Registration record. To print or save a copy of this registration, select Print. To view a specific section of the registration, select one of the sub-navigation links (for example, Core Data or POCs) under Entity Registration  To access a previous version of this registration, pick from the record drop-down list then select View Selected Record. The page will reload to display the record.

[ PRINT ]

Current Record ▼    [ VIEW SELECTED RECORD ]

| DUNS Number: | 081297042 |
|---|---|
| D&B Legal Business Name: | Bruno's Country Club LLC |
| Doing Business As: | (none) |

| **Core Data** | [Expand All] | [Collapse All] |
|---|---|---|

**Business & TIN Information:**

**Business Information:**

| Business Start Date: | 05/01/2016 |
|---|---|
| Fiscal Year End Close Date: | 12/18 |
| Company Division Name: | |
| Company Division Number: | |
| Corporate URL: | |
| Congressional District: | NV  02 |
| Initial Registration Date: | 07/11/2018 |
| Submission Date: | |
| Activation Date: | 08/23/2018 |
| Expiration Date: | 08/22/2019 |

**Physical Address:**

| Address Line 1 | 445 Main St |
|---|---|
| City: | Gerlach |
| State/Province: | NV |
| Country: | UNITED STATES |



| ZIP/Postal Code: | 89412 |
| **Mailing Address:** | |
| Address Line 1: | P.O. Box 70 |
| Address Line 2: | |
| City: | Gerlach |
| State/Province: | NV |
| Country: | UNITED STATES |
| ZIP/Postal Code: | 89412 |
| **Sensitive Identifiers:** | |
| EIN: | 812281577 |
| **IRS consent:** | |
| Tax Payer Name: | Brunos Country Club LLC |
| Address Line 1: | 445 Main St. |
| Address Line 2: | |
| City: | Gerlach |
| State: | NV |
| Country: | UNITED STATES |
| ZIP/Postal Code: | 89412 |
| Type of Tax: | Applicable Federal Tax |
| Tax Year: (Most Recent Tax Year) | 2018 |
| Name of Individual Executing Consent: | William Courtney |
| Title of the Individual Executing Consent: | Owner |
| TIN Consent Date: | 08/22/2018 |

**CAGE/NCAGE Code**

| CAGE: | 85PS6 |
| Does this entity have an Immediate Owner? | No |
| Does this entity have any Predecessors? | No |

**General Information**

| Country of Incorporation | UNITED STATES |
| State of Incorporation: | NV |
| Company Security Level: | |

Highest Employee Security Level:

**Business Types**

Check the registrant's Reps & Certs, if present, under FAR 52.212-3 or FAR 52.219-1 to determine if the entity is an SBA-certified HUBZone small business concern. Additional small business information may be found in the SBA's Dynamic Small Business Search if the entity completed the SBA Supplemental Pages during registration

**Entity Structure**
  Partnership or Limited Liability Partnership
**Profit Structure**
  For Profit Organization
**Entity Type**
  Business or Organization
**Purpose of Registration**

All Awards
**Organization Factors**
Limited Liability Company

---

**Financial Information**

Do you accept credit cards as a method of payment?       Yes
**Account Details:**
    CAGE Code:              85PS6
**Electronic Funds Transfer:**
**Automated Clearing House (ACH):**

---

**Executive Compensation Questions**

Registrants in the System for Award Management (SAM) respond to the Executive Compensation questions in accordance with Section 6202 of P.L. 110-252, amending the Federal Funding Accountability and Transparency Act (P.L. 109-282). This information is not displayed in SAM. It is sent to USAspending.gov for display in association with an eligible award. Maintaining an active registration in SAM demonstrates the registrant responded to the questions.

---

**Proceedings Questions**

Registrants in the System for Award Management (SAM) respond to proceedings questions in accordance with FAR 52.209-7, FAR 52.209-9, or 2.C.F.R. 200 Appendix XII. Their responses are not displayed in SAM. They are sent to FAPIIS.gov for display as applicable. Maintaining an active registration in SAM demonstrates the registrant responded to the proceedings questions.

---

**SAM Search Authorization**

I authorize my entity's non-sensitive information to be displayed in SAM public search results.       **Yes**

---

| **Assertions** | [Expand All] | [Collapse All] |

**Goods & Services:**

NAICS Codes Selected

| 721110 | | Hotels (except Casino Hotels) and Motels |
|---|---|---|
| 722410 | | Drinking Places (Alcoholic Beverages) |
| 722511 | Yes | Full-Service Restaurants |

Product & Service Codes Selected

    PSC                Description

---

**Size Metrics**

**World Wide:**

Total Receipts (3 year average):                                $ 500000
Average Number of Employees (12 Month Average):                 10

**Location (Optional):**



Annual Receipts (3 Year Average):                                                    $
Average Number of employees (12 Month Average):

**EDI Information**

Do you wish to enter EDI Information for your non-government entity?   No

**Disaster Response Information**

Do you wish to be included in the Disaster Response Registry?              No
Does your company require bonding to bid on Contracts?
**Geographic Area Served:**

**Representations and Certifications**                           [Expand All] | [Collapse All]

**Representations and Certifications:**

I have read each of the FAR and DFARS provisions presented on this page. By submitting this certification, I, William Courtney, am attesting to the accuracy of the representations and certifications contained herein, including the entire NAICS table. I understand that I may be subject to criminal prosecution under Section 1001, Title 18 of the United States Code or civil liability under the False Claims Act if I misrepresent Bruno's Country Club LLC in any of these representations or certifications to the Government.

READ ONLY PROVISIONS - The following FAR and DFARS provisions are provided for you to read. They do not require completion of any data. Select the provision number to expand and review the full text. When certifying to the information on this page, you are also certifying that you have read each one of these provisions.

FAR 52.203-11: Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions

FAR 52.203-18: Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements or Statements-Representation

FAR 52.209-10: Prohibition on Contracting with Inverted Domestic Corporations.

FAR 52.212-5: Contract Terms and Conditions Required to Implement Statutes or Executive Orders-Commercial Items.

FAR 52.222-38: Compliance with Veterans' Employment Reporting Requirements

FAR 52.222-50: Combating Trafficking in Persons

FAR 52.222-56: Certification Regarding Trafficking in Persons Compliance Plan.

FAR 52.223-1: Biobased Product Certification

FAR 52.225-20 Prohibition on Conducting Restricted Business Operations in Sudan-Certification

FAR 52.225-25: Prohibition on Contracting with Entities Engaging in Certain Activities or Transactions Relating to Iran - Representation and Certifications

FAR 52.227-6: Royalty Information (Alternate I)

The FAR and DFARS provisions shown below have been populated based on data you provided earlier in your registration. Please open and review each provision before you proceed from this page. If you need to correct any data, a link will be provided to the relevant page for editing.

By maintaining an active entity registration in SAM, the entity complied with requirements to report proceedings data in

AR02652

accordance with FAR 52.209-7 Information Regarding Responsibility Matters and with requirements to report executive compensation data in accordance with FAR 52.204-10 Reporting Executive Compensation and First-Tier Subcontract Awards.

FAR 52.203-2: Certificate of Independent Price Determination.

FAR 52.204-3: Taxpayer Identification

FAR 52.204-5: Women-Owned Business (Other Than Small Business)

FAR 52.204-17: Ownership or Control of Offeror

FAR 52.204-20: Predecessor of Offeror

FAR 52.209-2: Prohibition on Contracting with Inverted Domestic Corporations-Representation

FAR 52.209-5: Certification Regarding Responsibility Matters

FAR 52.209-11: Representation by Corporations Regarding Delinquent Tax Liability or a Felony Conviction under any Federal Law

FAR 52.212-3: Offeror Representations and Certifications -Commercial Items

> The NAICS Codes you selected on the Goods and Services page of this registration are listed in the table under 52.219-1(c). Those NAICS Codes for which you are identified as small serve to complete the small business concern representation in 52.219-1(c)(1)
>
> You are certifying to your size status for all the NAICS codes in the table. Please review it carefully. The Y/N answers are located in the "Small Business?" column. A "Y" indicates "Small" and "N" indicates "Other than Small." This status is derived from the SBA's size standards based on the size metrics you entered.
>
> The NAICS Codes shown are only those you selected. Use the "View More" button to see your entity's size status for any NAICS Code.

FAR 52.214-14: Place of Performance-Sealed Bidding

FAR 52.215-6: Place of Performance

FAR 52.219-1: Small Business Program Representations (Alternate I)

> The NAICS Codes you selected on the Goods and Services page of this registration are listed in the table under 52.219-1(c). Those NAICS Codes for which you are identified as small serve to complete the small business concern representation in 52.219-1(c)(1).
>
> You are certifying to your size status for all the NAICS codes in the table. Please review it carefully. The Y/N answers are located in the "Small Business?" column. A "Y" indicates "Small" and "N" indicates "Other than Small." This status is derived from the SBA's size standards based on the size metrics you entered.
>
> The NAICS Codes shown are only those you selected. Use the "View More" button to see your entity's size status for any NAICS Code.

FAR 52.219-2: Equal Low Bids

FAR 52.222-18: Certification Regarding Knowledge of Child Labor for Listed End Products

FAR 52.222-22: Previous Contracts and Compliance Reports

FAR 52.222-25: Affirmative Action Compliance

FAR 52.222-48: Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Certification

FAR 52.222-52: Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Certification

FAR 52.223-4: Recovered Material Certification

FAR 52.223-9: Estimate of Percentage of Recovered Material Content for EPA-Designated Items (Alternate I)

AR02653

FAR 52.223-22: Public Disclosure of Greenhouse Gas Emissions and Reduction Goals-Representation.

FAR 52.225-2: Buy American Certificate

FAR 52.225-4: Buy American-Free Trade Agreements-Israeli Trade Act Certificate

FAR 52.225-6: Trade Agreements Certificate

FAR 52.226-2: Historically Black College or University and Minority Institution Representation

FAR 52.227-15: Representation of Limited Rights Data and Restricted Computer Software

| Points of Contact | [Expand All] | [Collapse All] |
|---|---|---|
| **Mandatory Points of Contact:** | | |

**Accounts Receivable POC**

| Title: | Owner |
|---|---|
| First Name: | William |
| Middle Name: | H |
| Last Name: | Courtney |
| Email: | willeye@hotmail.com |
| US Phone: | (775)221-2383 |
| Extension: | |
| NON US Phone: | |
| Notes: | |

**Electronic Business POC**

| Title: | Owner |
|---|---|
| First Name: | William |
| Middle Name: | B |
| Last Name: | Courtney |
| Email: | willeye@hotmail.com |
| US Phone: | (775)221-2383 |
| Extension | |
| NON US Phone: | |
| Notes: | |
| Address Line 1: | P.O. Box 70 |
| Address Line 2: | |
| City: | Gerlach |
| State/Province: | NV |
| Country: | UNITED STATES |
| ZIP/Postal Code: | 89412 |

**Government Business POC**

| Title: | Owner |
|---|---|

AR02654



| | |
|---|---|
| First Name: | William |
| Middle Name: | B |
| Last Name: | Courtney |
| Email: | willeyc@hotmail.com |
| US Phone: | (775)221-2383 |
| Extension: | |
| NON US Phone: | |
| Notes: | |
| Address Line 1: | P.O. Box 70 |
| Address Line 2: | |
| City: | Gerlach |
| State/Province: | NV |
| Country: | UNITED STATES |
| ZIP/Postal Code: | 89412 |

**Optional Points of Contact:**

GSA

IBM-P-20181206-1708
WWW5

Search Records    Disclaimers      FAPIIS.gov
Data Access        Accessibility     GSA.gov/IAE
Check Status       Privacy Policy   GSA.gov
About                                      USA.gov
Help

AR02655

AR02656

| FAR Report |
| --- |
| **Certification for: Bruno's Country Club LLC** |
| **DUNS: 081297042** |
| **Certification Validity From:Wed Aug 22 17:36:47 EDT 2018** |
| **To :Thu Aug 22 17:36:47 EDT 2019** |

I have read each of the FAR and DFARS provisions presented on this page. By submitting this certification, I, William Courtney, am attesting to the accuracy of the representations and certifications contained herein, including the entire NAICS table. I understand that I may be subject to criminal prosecution under Section 1001, Title 18 of the United States Code or civil liability under the False Claims Act if I misrepresent Bruno's Country Club LLC in any of these representations or certifications to the Government.

By maintaining an active entity registration in SAM, the entity complied with requirements to report proceedings data in accordance with FAR 52.209-7 Information Regarding Responsibility Matters and with requirements to report executive compensation data in accordance with FAR 52.204-10 Reporting Executive Compensation and First-Tier Subcontract Awards.

**FAR 52.203-2 Certificate of Independent Price Determination (Apr 1985)**

    (a) The offeror certifies that-
      (1) The prices in this offer have been arrived at independently, without, for the purpose of restricting competition, any consultation, communication, or agreement with any other offeror or competitor relating to-
        (i)Those Prices
        (ii)The intention to submit an offer, or
        (iii) The methods or factors used to calculate the prices offered.
      (2) The prices in this offer have not been and will not be knowingly disclosed by the offeror, directly or indirectly, to any other offeror or competitor before bid opening (in the case of a sealed bid solicitation) or contract award (in the case of a negotiated solicitation) unless otherwise required by law, and
      (3) No attempt has been made or will be made by the offeror to induce any other concern to submit or not to submit an offer for the purpose of restricting competition.

    (b) Each signature on the offer is considered to be a certification by the signatory that the signatory-
      (1) Is the person in the offeror's organization responsible for determining the prices being offered in this bid or proposal, and that the signatory has not participated and will not participate in any action contrary to paragraphs (a)(1) through (a)(3) of this provision, or
      (2) (i) Has been authorized, in writing, to act as agent for the following principals in certifying that those principals have not participated, and will not participate in any action contrary to paragraphs (a)(1) through (a)(3) of this provision William Courtney, Owner,
        (ii)As an authorized agent, does certify that the principals named in subdivision (b)(2)(i) of this provision have not participated, and will not participate, in any action contrary to paragraphs (a)(1) through (a)(3) of this provision, and
        (iii)As an agent, has not personally participated, and will not participate, in any action contrary to paragraphs (a)(1) through (a)(3) of this provision.

    (c) If the offeror deletes or modifies paragraph (a)(2) of this provision, the offeror must furnish with its offer a signed statement setting forth in detail the circumstances of the disclosure.

**(End of Provision)**

**FAR 52.203-11 Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions (Sep 2007)**

    (a) Definitions. As used in this provision-"Lobbying contact" has the meaning provided at 2 U.S.C. 1602(8). The terms "agency," "influencing or attempting to influence," "officer or employee of an agency," "person," "reasonable compensation," and "regularly employed" are defined in the FAR clause of this solicitation entitled "Limitation on Payments to Influence Certain Federal Transactions"(52.203-12).

    (b) Prohibition. The prohibition and exceptions contained in the FAR clause of this solicitation entitled "Limitation on Payments to Influence Certain Federal Transactions" (52.203-12) are hereby incorporated by reference in this provision.

    (c) Certification. The offeror, by signing its offer, hereby certifies to the best of its knowledge and belief that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on its behalf in connection with the awarding of this contract.

    (d) Disclosure. If any registrants under the Lobbying Disclosure Act of 1995 have made a lobbying contact on behalf of the offeror with respect to this contract, the offeror shall complete and submit, with its offer, OMB Standard Form LLL, Disclosure of Lobbying Activities, to provide the name of the registrants. The offeror need not report regularly employed officers or employees of the offeror to whom payments of reasonable compensation were made.

    (e) Penalty. Submission of this certification and disclosure is a prerequisite for making or entering into this contract imposed by 31 U.S.C. 1352. Any person who makes an expenditure prohibited under this provision or who fails to file or amend the disclosure required to be filed or amended by this provision, shall be subject to a civil penalty of not less than $10,000, and not more than $100,000, for each such failure.

**(End of Provision)**

**FAR 52.203-18 Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements or Statements-Representation (JAN 2017)**

As prescribed in 3.909–3(a), insert the following provision: Prohibition on Contracting With Entities That Require Certain Internal Confidentiality Agreements or Statements-Representation (JAN 2017)

(a) Definition.

Internal confidentiality agreement or statement, subcontract, and subcontractor, as used in this provision, are defined in the clause at 52.203-19, Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements.

(b) In accordance with section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions), Government agencies are not permitted to use funds appropriated (or otherwise made available) for contracts with an entity that requires employees or subcontractors of such entity seeking to report waste, fraud, or abuse to sign internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such waste, fraud, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.

(c) The prohibition in paragraph (b) of this provision does not contravene requirements applicable to Standard Form 312, (Classified Information Nondisclosure Agreement), Form 4414 (Sensitive Compartmented Information Nondisclosure Agreement), or any other form issued by a Federal department or agency governing the nondisclosure of classified information.

(d) Representation. By submission of its offer, the Offeror represents that it will not require its employees or subcontractors to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting waste, fraud, or abuse related to the performance of a Government contract to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information (e.g., agency Office of the Inspector General).

**(End of Provision)**

**FAR 52.204-3 Taxpayer Identification (Oct 1998)**

(a) Definitions
"Common parent," as used in this provision, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member.

"Taxpayer Identification Number (TIN)," as used in this provision, means the number required by the Internal Revenue Service (IRS) to be used by the offeror in reporting income tax and other returns. The TIN may be either a Social Security Number or an Employer Identification Number.

(b) All offerors must submit the information required in paragraphs (d) through (f) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the IRS. If the resulting contract is subject to the payment reporting requirements described in Federal Acquisition Regulation (FAR) 4.904, the failure or refusal by the offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under the contract.

(c) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(d) Taxpayer Identification Number (TIN).
* [X] TIN on file.

* [ ] TIN has been applied for.

* TIN is not required because:
* [ ] Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

* [ ] Offeror is an agency or instrumentality of a foreign government;

* [ ] Offeror is an agency or instrumentality of the Federal Government.

 AR02658

(e) Type of organization.
* [ ] sole proprietorship;

* [X] Partnership;

* [ ] Corporate entity (not tax-exempt);

* [ ] Corporate entity (tax-exempt);

* [ ] Government entity (Federal, State, or local);

* [ ] Foreign government;

* [ ] International organization per 26 CFR 1.6049-4;

* [ ] Other


(f) Common parent.
* [X] Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.

* [ ] Name:

TIN:

### (End of Provision)

**FAR 52.204-5 Women-Owned Business (Other Than Small Business) (Oct 2014)**

(a) Definition. "Women-owned business concern," as used in this provision, means a concern that is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of its stock is owned by one or more women; and whose management and daily business operations are controlled by one or more women.


(b) Representation. [Complete only if the offeror is a women-owned business concern and has not represented itself as a small business concern in paragraph (b)(1) of FAR 52.219-1, Small Business Program Representations, of this solicitation.] The offeror represents that it [ ] is a women-owned business concern.

### (End of Provision)

**FAR 52.204-17 Ownership or Control of Offeror (Jul 2016)**

(a) Definition. As used in this provision--
Commercial and Government Entity (CAGE) code means--

(1) An identifier assigned to entities located in the United States or its outlying areas by the Defense Logistics Agency (DLA) Commercial and Government Entity (CAGE) Branch to identify a commercial or government entity, or

(2) An identifier assigned by a member of the North Atlantic Treaty Organization (NATO) or by the NATO Support and Procurement Agency (NSPA) to entities located outside the United States and its outlying areas that the DLA Commercial and Government Entity (CAGE) Branch records and maintains in the CAGE master file. This type of code is known as a NATO CAGE (NCAGE) code.

Highest-level owner means the entity that owns or controls an immediate owner of the offeror, or that owns or controls one or more entities that control an immediate owner of the offeror. No entity owns or exercises control of the highest level owner.

Immediate owner means an entity, other than the offeror, that has direct control of the offeror. Indicators of control include, but are not limited to, one or more of the following: Ownership or interlocking management, identity of interests among family members, shared facilities and equipment, and the common use of employees.


(b) The Offeror represents that it [ ] has or [X] does not have an immediate owner. If the Offeror has more than one immediate owner (such as a joint venture), then the Offeror shall respond to paragraph (c) and if applicable, paragraph (d) of this provision for each participant in the joint venture."


(c) If the Offeror indicates "has" in paragraph (b) of this provision, enter the following information:

Immediate owner CAGE code: _____
Immediate owner legal name: Offeror asserts international ownership. They must provide the owner's NCAGE Code within 90 days of registration.
(Do not use a "doing business as" name)

Is the immediate owner owned or controlled by another entity?

[ ] Yes [ ] No

(d) If the Offeror indicates "yes" in paragraph (c) of this provision, indicating that the immediate owner is owned or controlled by another entity, then enter the following information:

Highest-level owner CAGE code: _____
Highest-level owner legal name:Offeror asserts international ownership. They must provide the owner's NCAGE
Code within 90 days of registration.
(Do not use a "doing business as" name)

*Currently, only one Immediate or Highest-Level Owner may be identified by a CAGE Code. If the offeror has more than one (such as a joint venture) at either level of ownership, they must select only one to report.

**(End of Provision)**

**FAR 52.204-20 Predecessor of Offeror (Jul 2016)**

(a) Definitions. As used in this provision--

"Commercial and Government Entity (CAGE) code" means--

(1) An identifier assigned to entities located in the United States or its outlying areas by the Defense Logistics Agency (DLA) Commercial and Government Entity (CAGE) Branch to identify a commercial or government entity, or

(2) An identifier assigned by a member of the North Atlantic Treaty Organization (NATO) or the NATO Support and Procurement Agency (NSPA) to entities located outside the United States and its outlying areas that the DLA Commercial and Government Entity (CAGE) Branch records and maintains in the CAGE master file. This type of code is known as a NATO CAGE (NCAGE) code.

"Predecessor" means an entity that is replaced by a successor and includes any predecessors of the predecessor.

"Successor" means an entity that has replaced a predecessor by acquiring the assets and carrying out the affairs of the predecessor under a new name (often through acquisition or merger). The term "successor" does not include new offices/divisions of the same company or a company that only changes its name. The extent of the responsibility of the successor for the liabilities of the predecessor may vary, depending on State law and specific circumstances.

(b) The Offeror represents that it [ ] is or [X] is not a successor to a predecessor that held a Federal contract or grant within the last three years.

(c) If the Offeror has indicated "is" in paragraph (b) of this provision, enter the following information for all predecessors that held a Federal contract or grant within the last three years (if more than one predecessor, list in reverse chronological order):

Predecessor CAGE Code: _____
(or mark "Unknown").
Predecessor legal name: _____
(Do not use a "doing business as" name)

**(End of Provision)**

**FAR 52.209-2 Prohibition on Contracting with Inverted Domestic Corporations-Representation (Nov 2015)**

(a) Definitions. "Inverted domestic corporation" and "subsidiary" have the meaning given in the clause of this contract entitled Prohibition on Contracting with Inverted Domestic Corporations (52.209-10).

(b) Government agencies are not permitted to use appropriated (or otherwise made available) funds for contracts with either an inverted domestic corporation, or a subsidiary of an inverted domestic corporation, unless the exception at 9.108-2(b) applies or the requirement is waived in accordance with the procedures at 9.108-4.

(c) Representation. the offeror represents that-
(1) It [ ] is [X] is not an inverted domestic corporation; and
(2) It [ ] is [X] is not a subsidiary of an inverted domestic corporation.

**(End of Provision)**
**FAR 52.209-5 Certification Regarding Responsibility Matters (OCT 2015)**

AR02660

(a)(1)   The Offeror certifies, to the best of its knowledge and belief, that-
    (i)   The Offeror and/or any of its Principals-
        (A)   Are [ ]  Are not [X]  presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;
        (B)   Have [ ]  Have not [X] , within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, State, or local) contract or subcontract; violation of Federal or State antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, violating Federal criminal tax laws, or receiving stolen property(if offeror checks "have", the offeror shall also see 52.209-7, if included in this solicitation);
        (C)   Are [ ]  Are not [X]  presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in paragraph (a)(1)(i)(B) of this provision.
        (D)   Have [ ]  Have not [X] , within a three-year period preceding this offer, been notified of any delinquent Federal Taxes in an amount that exceeds $3,500 for which the liability remains unsatisfied.
            (1)   Federal taxes are considered delinquent if both of the following criteria apply:
                (i)   The tax liability is finally determined. The liability is finally determined if it has been assessed. A liability is not finally determined if there is a pending administrative or judicial challenge. In the case of a judicial challenge to the liability, the liability is not finally determined until all judicial appeal rights have been exhausted.
                (ii)   The taxpayer is delinquent in making payment. A taxpayer is delinquent if the taxpayer has failed to pay the tax liability when full payment was due and required. A taxpayer is not delinquent in cases where enforced collection action is precluded.

            (2)   Examples:
                (i)   The taxpayer has received a statutory notice of deficiency, under I.R.C.6212, which entitles the taxpayer to seek Tax Court review of a proposed tax deficiency. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek Tax Court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.

                (ii)   The IRS has filed a notice of Federal tax lien with respect to an assessed tax liability, and the taxpayer has been issued a notice under I.R.C. 6320 entitling the taxpayer to request a hearing with the IRS Office of Appeals contesting the lien filing, and to further appeal to the Tax Court if the IRS determines to sustain the lien filing. In the course of the hearing, the taxpayer is entitled to contest the underlying tax liability because the taxpayer has had no prior opportunity to contest the liability. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek tax court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.
                (iii)   The taxpayer has entered into an installment agreement pursuant to I.R.C.6159. The taxpayer is making timely payments and is in full compliance with the agreement terms. The taxpayer is not delinquent because the taxpayer is not currently required to make full payment.

                (iv)   The taxpayer has filed for bankruptcy protection. The taxpayer is not delinquent because enforced collection action is stayed under 11 U.S.C 362 (the Bankruptcy Code).
        (ii)   The Offeror has [ ] , has not [X] , within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.
    (2)   "Principal," for the purposes of this certification, means an officer, director, owner, partner, or a person having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a division or business segment; and similar positions).
        This Certification Concerns a Matter Within the Jurisdiction of an Agency of the United States and the Making of a False, Fictitious, or Fraudulent Certification May Render the Maker Subject to Prosecution Under Section 1001, Title 18, United States Code.


    (b)   The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.


    (c)   A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.


    (d)   Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.


    (e)   The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

**(End of Provision)**

**FAR 52.209-10 Prohibition on Contracting with Inverted Domestic Corporations (Nov 2015)**


    Definitions. As used in this clause- "Inverted domestic corporation" means a foreign incorporated entity that meets the definition of an inverted domestic corporation under 6 U.S.C. 395(b), applied in accordance with the rules and definitions of 6 U.S.C. 395(c).

    "Subsidiary" means an entity in which more than 50 percent of the entity is owned-
    (1) Directly by a parent corporation; or
    (2) Through another subsidiary of a parent corporation.


    (b) If the contractor reorganizes as an inverted domestic corporation or becomes a subsidiary of an inverted domestic corporation at any time during the period of performance of this contract, the Government may be prohibited from paying for Contractor activities performed after the date when it becomes an inverted domestic corporation or subsidiary. The Government may seek any available remedies in the event the Contractor
        fails to perform in accordance with the terms and conditions of the contract as a result of Government action under this clause.

AR02664

(c) Exceptions to this prohibition are located at 9.108-2.

(d) In the event the Contractor becomes either an inverted domestic corporation, or a subsidiary of an inverted domestic corporation during contract performance, the Contractor shall give written notice to the Contracting Officer within five business days from the date of the inversion event.

(e) Penalty. Submission of this certification and disclosure is a prerequisite for making or entering into this contract imposed by 31 U.S.C. 1352. Any person who makes an expenditure prohibited under this provision or who fails to file or amend the disclosure required to be filed or amended by this provision, shall be subject to a civil penalty of not less than $10,000, and not more than $100,000, for each such failure.

**(End of Provision)**

**FAR 52.209-11 Representation by Corporations Regarding Delinquent Tax Liability or a Felony Conviction under any Federal Law (Feb 2016)**

(a) As required by sections 744 and 745 of Division E of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235), and similar provisions, if contained in subsequent appropriations acts, the Government will not enter into a contract with any corporation that-
(1) Has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability, where the awarding agency is aware of the unpaid tax liability, unless an agency has considered suspension or debarment of the corporation and made a determination that suspension or debarment is not necessary to protect the interests of the Government; or
(2) Was convicted of a felony criminal violation under any Federal law within the preceding 24 months, where the awarding agency is aware of the conviction, unless an agency has considered suspension or debarment of the corporation and made a determination that this action is not necessary to protect the interests of the Government.

(b) The Offeror represents that-
(1) It [ ] is [X] is not a corporation that has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability; and
(2) It [ ] is [X] is not a corporation that was convicted of a felony criminal violation under a Federal law within the preceding 24 months.

**(End of Provision)**

**FAR 52.212-3 Offeror Representations and Certifications - Commercial Items  (Jan 2017)**

The NAICS Codes you selected on the Goods and Services page of this registration are listed in the table under 52.212-3(c). Those NAICS Codes for which you are identified as small serve to complete the small business concern representation in 52.212-3(c)(1).

You are certifying to your size status for all the NAICS codes in the table. Please review it carefully. The Y/N answers are located in the "Small Business?" column. A "Y" indicates "Small" and "N" indicates "Other than Small." This status is derived from the SBA's size standards based on the size metrics you entered.

An offeror shall complete only paragraph (b) of this provision if the offeror has completed the annual representations and certifications electronically via http://www.acquisition.gov. If an offeror has not completed the annual representations and certifications electronically at the System for Award Management (SAM) website, the offeror shall complete only paragraphs (c) through (u) of this provision.

(a)  Definitions. As used in this provision-

"Commercial and Government Entity (CAGE) code" means--
(1)  An identifier assigned to entities located in the United States or its outlying areas by the Defense Logistics Agency (DLA) Contractor and Government Entity (CAGE) Branch to identify a commercial or government entity, or
(2)  An identifier assigned by a member of the North Atlantic Treaty Organization (NATO) or by the NATO Support Agency (NSPA) to entities located outside the United States and its outlying areas that the DLA Contractor and Government Entity (CAGE) Branch records and maintains in the CAGE master file. This type of code is known as an NCAGE code.
"Economically disadvantaged women-owned small business (EDWOSB) concern" means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States and who are economically disadvantaged in accordance with 13 CFR part 127. It automatically qualifies as a women-owned small business eligible for the WOSB Program.
"Forced or indentured child labor" means all work or service-
(1)  Exacted from any person under the age of 18 under the menace of any penalty for its nonperformance and for which the worker does not offer himself voluntarily; or
(2)  Performed by any person under the age of 18 pursuant to a contract the enforcement of which can be accomplished by process or penalties.
"Highest-level owner" means the entity that owns or controls an immediate owner of the offeror, or that owns or controls one or more entities that control an immediate owner of the offeror. No entity owns or exercises control of the highest level owner.
"Immediate owner" means an entity, other than the offeror, that has direct control of the offeror. Indicators of control include, but are not limited to, one or more of the following: ownership or interlocking management, identity of interests among family members, shared facilities and equipment, and the common use of employees.
"Internal confidentiality agreement or statement" means a confidentiality agreement or any other written statement that the contractor requires any of its employees or subcontractors to sign regarding nondisclosure of contractor information, except that it does not include confidentiality agreements arising out of civil litigation or confidentiality agreements that contractor employees or subcontractors sign at the behest of a Federal agency.
"Inverted domestic corporation", means a foreign incorporated entity that meets the definition of an inverted domestic corporation under 6 U.S.C. 395(b), applied in accordance with the rules and definitions of 6 U.S.C. 395(c).
"Manufactured end product" means any end product in product and service codes (PSCs) 1000-9999, except-
(1)  PSC 5510, Lumber and Related Basic Wood Materials;
(2)  Product or Service Group (PSG) 87, Agricultural Supplies;
(3)  PSG 88, Live Animals;
(4)  PSG 89, Subsistence;
(5)  PSC 9410, Crude Grades of Plant Materials;
(6)  PSC 9430, Miscellaneous Crude Animal Products, Inedible;
(7)  PSC 9440, Miscellaneous Crude Agricultural and Forestry Products;
(8)  PSC 9610, Ores;
(9)  PSC 9620, Minerals, Natural and Synthetic; and
(10)  PSC 9630, Additive Metal Materials.
"Place of manufacture" means the place where an end product is assembled out of components, or otherwise made or processed from raw materials into the finished product that is to be provided to the Government. If a product is disassembled and reassembled, the place of reassembly is not the place of manufacture.
"Predecessor" means an entity that is replaced by a successor and includes any predecessors of the predecessor.
"Restricted business operations" means business operations in Sudan that include power production activities, mineral extraction activities, oil-related activities, or the production of military equipment, as those terms are defined in the Sudan Accountability and Divestment Act of 2007 (Pub. L. 110-174). Restricted business operations do not include business operations that the person (as that term is defined in Section 2 of the Sudan Accountability and Divestment Act of 2007) conducting the business can demonstrate-
(1)  Are conducted under contract directly and exclusively with the regional government of southern Sudan;
(2)  Are conducted pursuant to specific authorization from the Office of Foreign Assets Control in the Department of the Treasury, or are expressly exempted under Federal law from the requirement to be conducted under such authorization;
(3)  Consist of providing goods or services to marginalized populations of Sudan;
(4)  Consist of providing goods or services to an internationally recognized peacekeeping force or humanitarian organization;
(5)  Consist of providing goods or services that are used only to promote health or education; or
(6)  Have been voluntarily suspended.
"Sensitive technology"-
(1)  Means hardware, software, telecommunications equipment, or any other technology that is to be used specifically-
(i)  To restrict the free flow of unbiased information in Iran; or
(ii)  To disrupt, monitor, or otherwise restrict speech of the people of Iran; and
(2)  Does not include information or informational materials the export of which the President does not have the authority to regulate or prohibit pursuant to section 203(b)(3) of the International Emergency Economic Powers Act (50 U.S.C. 1702(b)(3)).
"Service - disabled veteran - owned small business concern"-
(1)  Means a small business concern-
(i)  Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and
(ii)  The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.
(2)  Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).
"Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR part 121 and size standards in this solicitation.
"Small disadvantaged business concern", consistent with 13 CFR 124.1002, means a small business concern under the size standard applicable to the acquisition, that-
(1)  Is at least 51 percent unconditionally and directly owned (as defined at 13 CFR 124.105) by-
(i)  One or more socially disadvantaged (as defined at 13 CFR 124.103) and economically disadvantaged (as defined at 13 CFR 124.104) individuals who are citizens of the United States; and
(ii)  Each individual claiming economic disadvantage has a net worth not exceeding $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); and
(2)  The management and daily business operations of which are controlled (as defined at 13.CFR 124.106) by individuals, who meet the criteria in paragraphs (1)(i) and (ii) of this definition.
"Subcontract" means any contract as defined in subpart 2.1 entered into by a subcontractor to furnish supplies or services for performance of a prime contract or a subcontract. It includes but is not limited to purchase orders, and changes and modifications to purchase orders.
"Subcontractor" means any supplier, distributor, vendor, or firm (including a consultant) that furnishes supplies or services to or for a prime contractor or another subcontractor.
"Subsidiary" means an entity in which more than 50 percent of the entity is owned-
(1)  Directly by a parent corporation; or
(2)  Through another subsidiary of a parent corporation.
"Successor" means an entity that has replaced a predecessor by acquiring the assets and carrying out the affairs of the

predecessor under a new name (often through acquisition or merger). The term "successor" does not include new offices/divisions of the same company or a company that only changes its name. The extent of the responsibility of the successor for the liabilities of the predecessor may vary, depending on State law and specific circumstances.

"Veteran owned small business concern" means a small business concern—

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned business concern" means a concern which is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of its stock is owned by one or more women, and whose management and daily business operations are controlled by one or more women.

"Women-owned small business concern" means a small business concern—

(1) That is at least 51 percent owned by one or more women; or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

"Women-owned small business (WOSB) concern eligible under the WOSB Program" (in accordance with 13 CFR part 127), means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States.

(b)

(1) Annual Representations and Certifications. Any changes provided by the offeror in paragraph (b)(2) of this provision do not automatically change the representations and certifications posted on the SAM website.

(2) The offeror has completed the annual representations and certifications electronically via the SAM website accessed through http://www.acquisition.gov. After reviewing the SAM database information, the offeror verifies by submission of this offer that the representations and certifications currently posted electronically at FAR 52.212-3, Offeror Representations and Certifications-Commercial Items, have been entered or updated in the last 12 months, are current, accurate, complete, and applicable to this solicitation (including the business size standard applicable to the NAICS code referenced for this solicitation), as of the date of this offer and are incorporated in this offer by reference (see FAR 4.1201), except for paragraphs _____.

[Offeror to identify the applicable paragraphs at (c) through (u) of this provision that the offeror has completed for the purposes of this solicitation only, if any.

These amended representation(s) and/or certification(s) are also incorporated in this offer and are current, accurate, and complete as of the date of this offer.

Any changes provided by the offeror are applicable to this solicitation only, and do not result in an update to the representations and certifications posted electronically on SAM.]

(c) Offerors must complete the following representations when the resulting contract is to be performed inside the United States or its outlying areas. Check all that apply.

| NAICS Code | Name | NAICS Exception | Size Standard | Small Business? |
|---|---|---|---|---|
| 721110 | Hotels (except Casino Hotels) and Motels | | $32500000.00 | Y |
| 722410 | Drinking Places (Alcoholic Beverages) | | $7500000.00 | Y |
| 722511 | Full-Service Restaurants | | $7500000.00 | Y |

AR02664

(1)* Small business concern. The offeror represents as part of its offer that it [X] is, [ ] is not a small business concern.

(2)* Veteran-owned small business concern. The offeror represents as part of its offer that it [ ] is, [X] is not a veteran-owned small business concern.

(3)* Service-disabled veteran-owned small business concern. The offeror represents as part of its offer that it [ ] is, [X] is not a service-disabled veteran-owned small business concern.

(4) Small disadvantaged business concern. The offeror represents, that it [ ] is, [X] is not a small disadvantaged business concern as defined in 13 CFR 124.1002.

(5)* Women-owned small business concern. The offeror represents that it [ ] is, [X] is not a women-owned small business concern.

*Small business concern, Veteran-owned small business concern, Service-disabled veteran-owned small business concern, and Women-owned small business concern size status is calculated based on the Small Business Administration size standard for each NAICS code using the size metrics (e.g. Average Number of Employees and Average Annual Receipts) provided by Bruno's Country Club LLC in their SAM registration.

(6)** Women-owned small business (WOSB) concern eligible under the WOSB Program. [Complete only if the offeror represented itself as a women-owned small business concern in paragraph (c)(5) of this provision] The offeror represents that:

(i) It [ ] is, [ ] is not a WOSB concern eligible under the WOSB Program, has provided all the required documents to the WOSB Repository, and no change in circumstances or adverse decisions have been issued that affects its eligibility; and

(ii) It [ ] is, [ ] is not a joint venture that complies with the requirements of 13 CFR part 127, and the representation in paragraph (c)(6)(i) of this provision is accurate in reference to the WOSB concern or concerns that are participating in the joint venture. [The offeror shall enter the name or names of the WOSB concern or concerns that are participating in the joint venture:] Each WOSB concern participating in the joint venture shall submit a separate signed copy of the WOSB representation.

(7)** Economically disadvantaged women-owned small business (EDWOSB) concern . [Complete only if the offeror represented itself as a WOSB concern eligible under the WOSB Program in (c)(6) of this provision.] The offeror represents that:

(i) It [ ] is, [ ] is not an EDWOSB concern, has provided all the required documents to the WOSB Repository, and no change in circumstances or adverse decisions have been issued that affects its eligibility; and

(ii) It [ ] is, [ ] is not a joint venture that complies with the requirements of 13 CFR part 127, and the representation in paragraph (c)(7)(i) of this provision is accurate for each EDWOSB concern participating in the joint venture. [The offeror shall enter the name or names of the EDWOSB concern and other small businesses that are participating in the joint venture: ] Each EDWOSB concern participating in the joint venture shall submit a separate signed copy of the EDWOSB representation.

Note: Complete paragraphs (c)(8) and (c)(9) only if this solicitation is expected to exceed the simplified acquisition threshold.

(8) Women-owned business concern (other than small business concern). [Complete only if the offeror is a women-owned business concern and did not represent itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents that it [ ] is a women-owned business concern.

(9) Tie bid priority for labor surplus area concerns. If this is an invitation for bid, small business offerors may identify the labor surplus areas in which costs to be incurred on account of manufacturing or production (by offeror or first-tier subcontractors) amount to more than 50 percent of the contract price:

State Eligible Labor Surplus: Civil Jurisdictions Included:

(10) HUBZone small business concern. The offeror represents, as part of its offer, that-

(i) It [ ] is, It[X] is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified in accordance with 13 CFR part 126; and

(ii) It [ ] is, It[X] is not a HUBZone joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (c)(11)(i) of this provision is accurate for each HUBZone small business concern participating in the HUBZone joint venture. [The offeror shall enter the names of each of the HUBZone small business concerns participating in the HUBZone joint venture: ] Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

(d) Representations required to implement provisions of Executive Order 11246-

(1) Previous contracts and compliance. The offeror represents that-

(i) It [ ] has It [X] has not participated in a previous contract or subcontract subject to the Equal Opportunity clause of this solicitation; and

(ii) It [ ] has It [X] has not filed all required compliance reports.

(2) Affirmative Action Compliance. The offeror represents that-

(i) It [ ] has developed and has on file, It [X] has not developed and does not have on file, at each establishment, affirmative action programs required by rules and regulations of the Secretary of Labor (41 cfr parts 60-1 and 60-2), or

(ii) It [ ] has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

(e) Certification Regarding Payments to Influence Federal Transactions (31 U.S.C. 1352) (Applies only if the contract is expected to exceed $150,000.) By submission of its offer, the offeror certifies to the best of its knowledge and belief that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress or an employee of a Member of Congress on his or her behalf in connection with the award of any resultant contract. If any registrants under the Lobbying Disclosure Act of 1995 have made a lobbying contact on behalf of the offeror with respect to this contract, the offeror shall complete and submit, with its offer, OMB Standard Form LLL, Disclosure of Lobbying Activities, to provide the name of the registrants. The offeror need not report regularly employed officers or employees of the offeror to whom payments of reasonable compensation were made.

(f) Buy American Certificate. (Applies only if the clause at Federal Acquisition Regulation (FAR)52.225-1, Buy American-Supplies, is included in this solicitation.)

(1) The offeror certifies that each end product, except those listed in paragraph (f)(2) of this provision, is a domestic end product and that for other than COTS items, the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The offeror shall list as foreign end products those end products manufactured in the United States that do not qualify as domestic end products, i.e., an end product that is not a COTS item and does not meet the component test in paragraph (2) of the definition of "domestic end product." The terms "commercially available off-the-shelf (COTS) item" "component," "domestic end product," "end product," "foreign end product," and "United States" are defined in the clause of this solicitation entitled "Buy American-Supplies."

(2) Foreign End Products:

(3) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25.

(g)(1) Buy American-Free Trade Agreements-Israeli Trade Act Certificate. (Applies only if the clause at FAR52.225-3, Buy American-Free Trade Agreements-Israeli Trade Act, is included in this solicitation.)

(i)  The offeror certifies that each end product, except those listed in paragraph (g)(1)(ii) or (g)(1)(iii) of this provision, is a domestic end product and that for other than COTS items, the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The terms "Bahrainian, Moroccan, Omani, Panamanian, or Peruvian end product," "commercially available off-the-shelf (COTS) item," "component," "domestic end product," "end product," "foreign end product," "Free Trade Agreement country," "Free Trade Agreement country end product," "Israeli end product," and "United States" are defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act."

(ii)  The offeror certifies that the following supplies are Free Trade Agreement country end products (other than Bahrainian, Moroccan, Omani, Panamanian, or Peruvian end products) or Israeli end products as defined in the clause of this solicitation entitled "Buy American Act- Free Trade Agreements-Israeli Trade Act": Free Trade Agreement Country End Products (Other than Bahrainian, Moroccan, Omani, Panamanian, or Peruvian End Products) or Israeli End Products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act":

(iii)  The offeror shall list those supplies that are foreign end products (other than those listed in paragraph (g)(1)(ii) of this provision) as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act." The offeror shall list as other foreign end products those end products manufactured in the United States that do not qualify as domestic end products, i.e., an end product that is not a COTS item and does not meet the component test in paragraph (2) of the definition of "domestic end product."

Other Foreign End Products:

(iv)  The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25.
(2) Buy American-Free Trade Agreements-Israeli Trade Act Certificate, Alternate I. If Alternate I to the clause at FAR 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision:

(g)(1)(ii) The offeror certifies that the following supplies are Canadian end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act":
Canadian End Products:

(3) Buy American-Free Trade Agreements-Israeli Trade Act Certificate, Alternate II. If Alternate II to the clause at FAR 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision:

(g)(1)(ii) The offeror certifies that the following supplies are Canadian end products or Israeli end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act":
Canadian or Israeli End Products:

(4) Buy American-Free Trade Agreements-Israeli Trade Act Certificate, Alternate III. If Alternate III to the clause at 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision:

(g)(1)(ii) The offeror certifies that the following supplies are Free Trade Agreement country end products (other than Bahrainian, Korean, Moroccan, Omani, Panamanian, or Peruvian end products) or Israeli end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act":

Free Trade Agreement Country End Products (Other than Bahrainian, Korean, Moroccan, Omani, Panamanian, or Peruvian End Products) or Israeli End Products:

(5) Trade Agreements Certificate. (Applies only if the clause at FAR 52.225-5, Trade Agreements, is included in this solicitation.)
(i) The offeror certifies that each end product, except those listed in paragraph (g)(5)(ii) of this provision, is a U.S.-made or designated country end product, as defined in the clause of this solicitation entitled "Trade Agreements."
(ii)  The offeror shall list as other end products those end products that are not U.S.-made or designated country end products.

Other End Products:

(iii) The Government will evaluate offers in accordance with the policies and procedures of FAR Part25. For line items covered by the WTO GPA, the Government will evaluate offers of U.S.-made or designated country end products without regard to the restrictions of the Buy American statute. The Government will consider for award only offers of U.S.-made or designated country end products unless the Contracting Officer determines that there are no offers for such products or that the offers for such products are insufficient to fulfill the requirements of the solicitation.

(h) Certification Regarding Responsibility Matters (Executive Order 12689) (Applies only if the contract value is expected to exceed the simplified acquisition threshold.) The offeror certifies, to the best of its knowledge and belief, that the offeror and/or any of its principals-

(1) [ ] Are [X] Are not presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency; and

(2) [ ] Have [X] Have not, within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a Federal, state or local government contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, violating Federal criminal tax laws, or receiving stolen property; and

(3) [ ] Are [X] are not presently indicted for, or otherwise criminally or civilly charged by a Government entity with, commission of any of these offenses enumerated in paragraph (h)(2) of this clause; and

(4) [ ] Have [X] Have not within a three-year period preceding this offer, been notified of any delinquent Federal taxes in an amount that exceeds $3,500 for which the liability remains unsatisfied.

(i) Taxes are considered delinquent if both of the following criteria apply:

(A) The tax liability is finally determined. The liability is finally determined if it has been assessed. A liability is not finally determined if there is a pending administrative or judicial challenge. In the case of a judicial challenge to the liability, the liability is not finally determined until all judicial appeal rights have been exhausted.

(B) The taxpayer is delinquent in making payment. A taxpayer is delinquent if the taxpayer has failed to pay the tax liability when full payment was due and required. A taxpayer is not delinquent in cases where enforced collection action is precluded.

(ii) Examples:

(A) The taxpayer has received a statutory notice of deficiency, under I.R.C.6212, which entitles the taxpayer to seek Tax Court review of a proposed tax deficiency. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek Tax Court Review, this will not be a final tax liability under the taxpayer has exercised all judicial appeal rights.

(B) The IRS has filed a notice of Federal tax lien with respect to an assessed tax liability, and the taxpayer has been issued a notice under I.R.C.6320 entitling the taxpayer to request a hearing with the IRS Office of Appeals contesting the lien filing, and to further appeal to the Tax Court if the IRS determines to sustain the lien filing. In the course of the hearing, the taxpayer is entitled to contest the underlying tax liability because the taxpayer has had no prior opportunity to contest the liability. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek tax court review, this will not be a final tax liability until the tax payer has exercised all judicial appeal rights.

(C) The taxpayer has entered into an installment agreement pursuant to I.R.C.6159. The taxpayer is making timely payments and is in full compliance with the agreement terms. The taxpayer is not delinquent because the taxpayer is not currently required to make full payment.

(D) The taxpayer has filed for bankruptcy protection. The taxpayer is not delinquent because enforced collection action is stayed under II U. S. C 362 (the Bankruptcy Code).


(i) Certification Regarding Knowledge of Child Labor for Listed End Products (Executive Order 13126). [The Contracting Officer must list in paragraph (i)(1) any end products being acquired under this solicitation that are included in the List of Products Requiring Contractor Certification as to Forced or Indentured Child Labor, unless excluded at 22.1503(b).]

(1) Listed end products.

| Listed End Products | Listed Country of Origin |
|---|---|
| Bamboo | Burma |
| Beans (green, soy, yellow) | Burma |
| Brazil Nuts/Chestnuts | Bolivia |
| Bricks | Afghanistan, Burma, China, India, Nepal, Pakistan |
| Carpets | Nepal, Pakistan |
| Cattle | South Sudan |
| Cassiterite | Democratic Republic of Congo |
| Coal | Pakistan |
| Coca (stimulant plant) | Colombia |
| Cocoa | Cote d'Ivoire, Nigeria |
| Coffee | Cote d'Ivoire |
| Coltan | Democratic Republic of Congo |
| Cotton | Benin, Burkina Faso, China, Tajikistan, Uzbekistan |
| Cottonseed (hybrid) | India |
| Diamonds | Sierra Leone |
| Dried Fish | Bangladesh |
| Electronics | China |
| Embroidered Textiles (zari) | India, Nepal |
| Fish | Ghana |
| Garments | Argentina, India, Thailand, Vietnam |
| Gold | Burkina Faso, Democratic Republic of Congo |
| Granite | Nigeria |
| Gravel (crushed stones) | Nigeria |
| Pornography | Russia |
| Rice | Burma, India, Mali |
| Rubber | Burma |
| Shrimp | Thailand |
| Stones | India, Nepal |
| Sugarcane | Bolivia, Burma |
| Teak | Burma |
| Textiles (hand-woven) | Ethopia |
| Tilapia (fish) | Ghana |
| Tobacco | Malawi |
| Toys | China |
| Wolframite | Democratic Republic of Congo |

(2)  Certification. [If the Contracting Officer has identified end products and countries of origin in paragraph (i)(1) of this provision, then the offeror must certify to either (i)(2)(i) or (i)(2)(ii) by checking the appropriate block.]

[X]  (i)  The offeror will not supply any end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product.

[ ]  (ii)  The offeror may supply an end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product. The offeror certifies that it has made a good faith effort to determine whether forced or indentured child labor was used to mine, produce, or manufacture any such end product furnished under this contract. On the basis of those efforts, the offeror certifies that it is not aware of any such use of child labor.

(j)  Place of Manufacture(Does not apply unless the solicitation is predominantly for the acquisition of manufactured end products.) For statistical purposes only, the offeror shall indicate whether the place of manufacture of the end products it expects to provide in response to this solicitation is predominantly-

(1)  In the United States (Check this box if the total anticipated price of offered end products manufactured in the United States exceeds the total anticipated price of offered end products manufactured outside the United States); or

(2)  Outside the United States.

| FSC Code | Place Of Manufacture |
|---|---|

(k) Certificates regarding exemptions from the application of the Service Contract Labor Standards(Certification by the offeror also to its compliance with respect to the contract also constitutes its certification as to compliance by its subcontractor if it subcontracts out the exempt services.) [The contracting officer is to check a box to indicate if paragraph (k)(1) or (k)(2) applies.]
(1)   Maintenance, calibration, or repair of certain equipment as described in FAR 22.1003-4(c)(1). The offeror [ ] does [X] does not certify that __
(i)   The items of equipment to be serviced under this contract are used regularly for other than Governmental purposes and are sold or traded by the offeror (or subcontractor in the case of an exempt subcontract) in substantial quantities to the general public in the course of normal business operations;
(ii)   The services will be furnished at prices which are, or are based on, established catalog or market prices (see FAR 22.1003-4(c)(2)(ii)) for the maintenance, calibration, or repair of such equipment; and
(iii)   The compensation (wage and fringe benefits) plan for all service employees performing work under the contract will be the same as that used for these employees and equivalent employees servicing the same equipment of commercial customers.
(2)   Certain services as described in FAR 22.1003-4(d)(1). The offeror [ ] does, [X] does not certify that __
(i)   The services under the contract are offered and sold regularly to non-Governmental customers, and are provided by the offeror (or subcontractor in the case of an exempt subcontract) to the general public in substantial quantities in the course of normal business operations;
(ii)   The contract services will be furnished at prices that are, or are based on, established catalog or market prices (see FAR 22.1003-4(d)(2)(iii));
(iii)   Each service employee who will perform the services under the contract will spend only a small portion of his or her time (a monthly average of less than 20 percent of the available hours on an annualized basis, or less than 20 percent of available hours during the contract period if the contract period is less than a month) servicing the Government contract; and
(iv)   The compensation (wage and fringe benefits) plan for all service employees performing work under the contract is the same as that used for these employees and equivalent employees servicing commercial customers.
(3)   If paragraph (k)(1) or (k)(2) of this clause applies __
(i)   If the offeror does not certify to the conditions in paragraph (k)(1) or (k)(2) and the Contracting Officer did not attach a Service Contract Labor Standards wage determination to the solicitation, the offeror shall notify the Contracting Officer as soon as possible; and
(ii)   The Contracting Officer may not make an award to the offeror if the offeror fails to execute the certification in paragraph (k)(1) or (k)(2) of this clause or to contact the Contracting Officer as required in paragraph (k)(3)(i) of this clause.


(l) Taxpayer Identification Number (TIN) (26 U.S.C. 6109, 31 U.S.C. 7701). (Not applicable if the offeror is required to provide this information to the SAM database to be eligible for award.)
(1)   All offerors must submit the information required in paragraphs (l)(3) through (l)(5) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the Internal Revenue Service (IRS).
(2)   The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.
(3)   Taxpayer Identification Number (TIN).

* [X] TIN on file.

* [ ] TIN has been applied for.

* TIN is not required because:
* [ ] Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

* [ ] Offeror is an agency or instrumentality of a foreign government;

* [ ] Offeror is an agency or instrumentality of the Federal Government.

(4)   Type of organization.
* [ ] sole proprietorship;

* [X] Partnership;

* [ ] Corporate entity (not tax-exempt);

* [ ] Corporate entity (tax-exempt);

* [ ] Government entity (Federal, State, or local);

* [ ] Foreign government;

* [ ] International organization per 26 CFR 1.6049-4;

* [ ] Other

(5)   Common parent.
* [X] Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.
* [ ] Name:

TIN:


(m)   Restricted business operations in Sudan. By submission of its offer, the offeror certifies that the offeror does not conduct any restricted business operations in Sudan.

(n)  Prohibition on Contracting with Inverted Domestic Corporations.
(1)  Government agencies are not permitted to use appropriated (or otherwise made available) funds for contracts with either an inverted domestic corporation, or a subsidiary of an inverted domestic corporation, unless the exception at 9.108-2(b) applies or the requirement is waived in accordance with the procedures at 9.108-4.
(2)  Representation. the offeror represents that-
(i)  It [ ]  is [X]  is not an inverted domestic corporation; and
(ii) It [ ]  is [X]  is not a subsidiary of an inverted domestic corporation.


(o)  Prohibition on contracting with entities engaging in certain activities or transactions relating to Iran.
(1)  The offeror shall e-mail questions concerning sensitive technology to the Department of State at CISADA106@state.gov.
(2)  Representation and Certifications. Unless a waiver is granted or an exception applies as provided in paragraph (o)(3) of this provision, by submission of its offer, the offeror-
(i)  Represents, to the best of its knowledge and belief, that the offeror does not export any sensitive technology to the government of Iran or any entities or individuals owned or controlled by, or acting on behalf or at the direction of, the government of Iran;
(ii)  Certifies that the offeror, or any person owned or controlled by the offeror, does not engage in any activities for which sanctions may be imposed under section 5 of the Iran Sanctions Act; and
(iii)  Certifies that the offeror, and any person owned or controlled by the offeror, does not knowingly engage in any transaction that exceeds $3,000 with Iran's Revolutionary Guard Corps or any of its officials, agents, or affiliates, the property and interests in property of which are blocked pursuant to the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.) (see OFAC's Specially Designated Nationals and Blocked Persons List at http://www.treasury.gov/ofac/downloads/t11sdn.pdf).
(3)  The representation and certification requirements of paragraph (o)(2) of this provision do not apply if-
(i)  This solicitation includes a trade agreements certification (e.g., 52.212-3(g) or a comparable agency provision); and
(ii)  The offeror has certified that all the offered products to be supplied are designated country end products.


(p)  Ownership or Control of Offeror. (Applies in all solicitations when there is a requirement to be registered in SAM or a requirement to have a DUNS Number in the solicitation.
(1)  The Offeror represents that it [ ] has or [X] does not have an immediate owner. If the Offeror has more than one immediate owner (such as a joint venture), then the Offeror shall respond to paragraph (c) and if applicable, paragraph (d) of this provision for each participant in the joint venture."
(2) If the Offeror indicates "has"" in paragraph (b) of this provision, enter the following information:

Immediate owner CAGE code: _____
Immediate owner legal name Offeror asserts international ownership. They must provide the owner's NCAGE Code within 90 days of registration.
(Do not use a "doing business as" name)

Is the immediate owner owned or controlled by another entity?

[ ] Yes [ ] No
(3) If the Offeror indicates "yes" in paragraph (p)(2) of this provision, indicating that the immediate owner is owned or controlled by another entity, then enter the following information:

Highest-level owner CAGE code: _____
Highest-level owner legal name Offeror asserts international ownership. They must provide the owner's NCAGE Code within 90 days of registration.
(Do not use a "doing business as" name)

*Currently, only one Immediate or Highest-Level Owner may be identified by a CAGE Code. If the offeror has more than one (such as a joint venture) at either level of ownership, they must select only one to report.


(q)  Representation by Corporations Regarding Delinquent Tax Liability or a Felony Conviction under any Federal Law.
(1)  As required by sections 744 and 745 of Division E of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L.113-235), and similar provisions, if contained in subsequent appropriations acts, the Government will not enter into a contract with any corporation that-
(i)  Has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability, where the awarding agency is aware of the unpaid tax liability, unless an agency has considered suspension or debarment of the corporation and made a determination that suspension or debarment is not necessary to protect the interests of the Government; or
(ii)  Was convicted of a felony criminal violation under any Federal law within the preceding 24 months, where the awarding agency is aware of the conviction, unless an agency has considered suspension or debarment of the corporation and made a determination that this action is not necessary to protect the interests of the Government.
(2)  The Offeror represents that-
(i)  It [ ]  is [X]  is not a corporation that has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability; and
(ii)  It [ ]  is [X]  is not a corporation that was convicted of a felony criminal violation under a Federal law within the preceding 24 months.

(r) Predecessor of Offeror. (Applies in all solicitations that include the provision at 52.204-16, Commercial and Government Entity Code Reporting.)
(1) The Offeror represents that it [ ] is or [X] is not a successor to a predecessor that held a Federal contract or grant within the last three years.
(2) If the Offeror has indicated "is" in paragraph (r)(1) of this provision, enter the following information for all predecessors that held a Federal contract or grant within the last three years (if more than one predecessor, list in reverse chronological order):

Predecessor CAGE Code: _____
(or mark "Unknown").
Predecessor legal name: _____
(Do not use a "doing business as" name)


(s) Reserved.


(t)Public Disclosure of Greenhouse Gas Emissions and Reduction Goals. Applies in all solicitations that require offerors to register in SAM (52.212–1(k)).
(1) This representation shall be completed if the Offeror received $7.5 million or more in contract awards in the prior Federal fiscal year. The representation is optional if the Offeror received less than $7.5 million in Federal contract awards in the prior Federal fiscal year.
(2) Representation. [Offeror to check applicable block(s) in paragraph (t)(2)(i) and (ii)]
(i) The Offeror (itself or through its immediate owner or highest-level owner) [ ] does [ ] does not publicly disclose greenhouse gas emissions, i.e., makes available on a publicly accessible Web site the results of a greenhouse gas inventory, performed in accordance with an accounting standard with publicly available and consistently applied criteria, such as the Greenhouse Gas Protocol Corporate Standard.
(ii) The Offeror (itself or through its immediate owner or highest-level owner) [ ] does [ ] does not publicly disclose a quantitative greenhouse gas emissions reduction goal, i.e., make available on a publicly accessible Web site a target to reduce absolute emissions or emissions intensity by a specific quantity or percentage.
(iii) A publicly accessible Web site includes the Offeror's own Web site or a recognized, third-party greenhouse gas emissions reporting program.
(3) If the Offeror checked "does" in paragraphs (t)(2)(i) or (t)(2)(ii) of this provision, respectively, the Offeror shall provide the publicly accessible Web site(s) where greenhouse gas emissions and/or reduction goals are reported:


(u)(1)  In accordance with section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions), Government agencies are not permitted to use appropriated (or otherwise made available) funds for contracts with an entity that requires employees or subcontractors of such entity seeking to report waste, fraud, or abuse to sign internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such waste, fraud, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.
(2)  The prohibition in paragraph (u)(1) of this provision does not contravene requirements applicable to Standard Form 312 (Classified Information Nondisclosure Agreement), Form 4414 (Sensitive Compartmented Information Nondisclosure Agreement), or any other form issued by a Federal department or agency governing the nondisclosure of classified information.
(3)  Representation. By submission of its offer, the Offeror represents that it will not require its employees or subcontractors to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting waste, fraud, or abuse related to the performance of a Government contract to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information (e.g., agency Office of the Inspector General).


**Alternate I (Oct 2014)**

As prescribed in 12.301(b)(2), add the following paragraph (c)(11) to the basic provision:

(11) (Complete if the offeror has represented itself as disadvantaged in paragraph (c)(4) of this provision.)

[ ] Black American.

[ ] Hispanic American.

[ ] Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians).

[ ] Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, The Philippines, Republic of Palau, Republic of the Marshall Islands, Federated States of Micronesia, the Commonwealth of the Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).

[ ] Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal).

[ ] Individual/concern, other than one of the preceding.

**(End of Provision)**

**FAR 52.212-5 Contract Terms and Conditions Required to Implement Statutes or Executive Orders-Commercial Items (Jan 2018)**

(a)The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial items:
(1) 52.203-19, Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements (Jan 2017) (section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions)).
(2) 52.209-10, Prohibition on Contracting with Inverted Domestic Corporations (Nov 2015)
(3) 52.233-3, Protest After Award (Aug 1996) (31 U.S.C. 3553).
(4) 52.233-4, Applicable Law for Breach of Contract Claim (Oct 2004)(Public Laws 108-77 and 108-78 (19 U.S.C. 3805 note)).

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

[Contracting Officer check as appropriate ]

___ (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (Sept 2006) with Alternate I (Oct 1995) (41 U.S.C. 4704 and 10 U.S.C. 2402).

___ (2) 52.203-13, Contractor Code of Business Ethics and Conduct (Apr 2010) (41 U.S.C. 3509)).

___ (3) 52.203-15, Whistleblower Protections under the American Recovery and Reinvestment Act of 2009 (June 2010) (Section 1553 of Pub. L. 111-5). (Applies to contracts funded by the American Recovery and Reinvestment Act of 2009.)

___ (4) 52.204-10, Reporting Executive Compensation and First-Tier Subcontract Awards (Oct 2016) (Pub. L. 109-282) (31 U.S.C. 6101 note).

___ (5) [Reserved].

___ (6) 52.204-14, Service Contract Reporting Requirements (Oct 2016) (Pub. L. 111-117, section 743 of Div. C).

___ (7) 52.204-15, Service Contract Reporting Requirements for Indefinite-Delivery Contracts (Jan 2014) (Pub. L. 111-117, section 743 of Div. C).

___ (8) 52.209-6, Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment. (Oct 2015) (31 U.S.C. 6101 note)

___ (9) 52.209-9, Updates of Publicly Available Information Regarding Responsibility Matters (Jul 2013) (41 U.S.C. 2313)

___ (10) [Reserved].

___ (11)(i) 52.219-3, Notice of HUBZone Set-Aside or Sole-Source Award (Nov 2011) (15 U.S.C. 657a).

___ (ii) Alternate I (Nov 2011) of 52.219-3

___ (12)(i) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (Oct 2014) (if the offeror elects to waive the preference, it shall so indicate in its offer) (15 U.S.C. 657a).

___ (ii) Alternate I (Jan 2011) of 52.219-4.

___ (13) [Reserved]

___ (14)(i) 52.219-6, Notice of Total Small Business Set-Aside (Nov 2011) (15 U.S.C. 644).

___ (ii) Alternate I (Nov 2011).

___ (iii) Alternate II (Nov 2011).

___ (15)(i) 52.219-7, Notice of Partial Small Business Set-Aside (June 2003) (15 U.S.C. 644).

___ (ii) Alternate I (Oct 1995) of 52.219-7.

___ (iii) Alternate II (Mar 2004) of 52.219-7.

___ (16) 52.219-8, Utilization of Small Business Concerns (Nov 2016) (15 U.S.C. 637(d)(2) and (3)).

___ (17)(i) 52.219-9, Small Business Subcontracting Plan (Jan 2017) (15 U.S.C. 637(d)(4)).

___ (ii) Alternate I (Nov 2016) of 52.219-9.

___ (iii) Alternate II (Nov 2016) of 52.219-9.

___ (iv) Alternate III (Nov 2016) of 52.219-9.

___ (v) Alternate IV (Nov 2016) of 52.219-9

___ (18) 52.219-13, Notice of Set-Aside of Orders (Nov 2011)(15 U.S.C. 644(r)).

___ (19) 52.219-14, Limitations on Subcontracting (Jan 2017) (15 U.S.C. 637(a)(14))

___ (20) 52.219-16, Liquidated Damages-Subcon-tracting Plan (Jan 1999) (15 U.S.C. 637(d)(4)(F)(i)).

___ (21) 52.219-27, Notice of Service-Disabled Veteran-Owned Small Business Set-Aside (Nov 2011) (15 U.S.C. 657 f)

___ (22) 52.219-28, Post Award Small Business Program Rerepresentation (Jul 2013) (15 U.S.C. 632(a)(2)).

___ (23) 52.219-29, Notice of Set-Aside for, or Sole Source Award to, Economically Disadvantaged Women-Owned Small Business Concerns (Dec 2015) (15 U.S.C. 637(m)).

___ (24) 52.219-30, Notice of Set-Aside for, or Sole Source Award to, Women-Owned Small Business Concerns Eligible Under the Women-Owned Small Business Program (Dec 2015) (15 U.S.C. 637(m)).

___ (25) 52.222-3, Convict Labor (June 2003) (E.O. 11755).

___ (26) 52.222-19, Child Labor-Cooperation with Authorities and Remedies (Jan 2018) (E.O. 13126).

___ (27) 52.222-21, Prohibition of Segregated Facilities (Apr 2015).

___ (28) 52.222-26, Equal Opportunity (Sept 2016) (E.O. 11246).

___ (29) 52.222-35, Equal Opportunity for Veterans (2015) (38 U.S.C. 4212)

___ (30) 52.222-36, Equal Opportunity for Workers with Disabilities (Jul 2014) (29 U.S.C. 793).

___ (31) 52.222-37, Employment Reports on Veterans (Feb 2016) (38 U.S.C. 4212).

___ (32) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (Dec 2010) (E.O. 13496).

___ (33)(i) 52.222-50, Combating Trafficking in Persons (Mar 2015) (22 U.S.C. chapter 78 and E.O. 13627)

___ (ii) Alternate I (Mar 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).

___ (34) 52.222-54, Employment Eligibility Verification (Oct 2015). (Executive Order 12989). (Not applicable to the acquisition of commercially available off-the-shelf items or certain other types of commercial items as prescribed in 22.1803.)

___ (35) 52.222-59, Compliance with Labor Laws (Executive Order 13673) (Oct 2016). (Applies at $50 million for solicitations and resultant contracts issued from October 25, 2016 through April 24, 2017; applies at $500,000 for solicitations and resultant contracts issued after April 24, 2017).

Note to paragraph (b)(35): By a court order issued on October 24, 2016, 52.222-59 is enjoined indefinitely as of the date of the order. The enjoined paragraph will become effective immediately if the court terminates the injunction. At that time, GSA, DoD and NASA will publish a document in the Federal Register advising the public of the termination of the injunction.

___ (36) 52.222-60, Paycheck Transparency (Executive Order 13673) (Oct 2016).

___ (37)(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Items (May 2008) (42 U.S.C. 6962(c)(3)(A)(ii)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

___ (ii) Alternate I (May 2008) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)) (Not applicable to the acquisition of commercially available off-the-shelf items.)

___ (38) 52.223-11, Ozone-Depleting Substances and High Global Warming Potential Hydrofluorocarbons (Jun 2016) (E.O. 13693).

___ (39) 52.223-12, Maintenance, Service, Repair, or Disposal of Refrigeration Equipment and Air Conditioners (Jun 2016) (E.O. 13693).

___ (40)(i) 52.223-13, Acquisition of EPEAT®-Registered Imaging Equipment (Jun 2014) (E.O.s 13423 and 13514).

___ (ii) Alternate I (Oct 2015) of 52.223-13.

___ (41)(i) 52.223-14, Acquisition of EPEAT®-Registered Televisions (Jun 2014) (E.O.s 13423 and 13514)

___ (ii) Alternate I (Jun 2014) of 52.223-14.

___ (42) 52.223-15, Energy Efficiency in Energy-Consuming Products (Dec 2007) (42 U.S.C. 8259b).

___ (43)(i) 52.223-16, Acquisition of EPEAT®-Registered Personal Computer Products (Oct 2015) (E.O.s 13423 and 13514)

___ (ii) Alternate I (Jun 2014) of 52.223-16.

___ (44) 52.223-18, Encouraging Contractor Policies to Ban Text Messaging While Driving (Aug 2011) (E.O. 13513).

___ (45) 52.223-20, Aerosols (Jun 2016) (E.O. 13693).

___ (46) 52.223-21, Foams (Jun 2016) (E.O. 13693).

___ (47)(i) 52.224-3, Privacy Training (Jan 2017) (5 U.S.C. 552a).

___ (ii) Alternate I (Jan 2017) of 52.224-3.

___ (48) 52.225-1, Buy American-Supplies (May 2014) (41 U.S.C. chapter 83)

___ (49)(i) 52.225-3, Buy American-Free Trade Agreements-Israeli Trade Act (May 2014) (41 U.S.C. chapter 83, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, 19 U.S.C. 3805 note, 19 U.S.C. 4001 note, Pub. L. 103-182, 108-77, 108-78, 108-286, 108-302, 109-53, 109-169, 109-283, 110-138, 112-41, 112-42, and 112-43.

___ (ii) Alternate I (May 2014) of 52.225-3.

___ (iii) Alternate II (May 2014) of 52.225-3.

___ (iv) Alternate III (May 2014) of 52.225-3
___ (50) 52.225-5, Trade Agreements (Oct 2016) (19 U.S.C. 2501, et seq., 19 U.S.C. 3301 note).
___ (51) 52.225-13, Restrictions on Certain Foreign Purchases (June 2008) (E.O.'s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).
___ (52) 52.225-26, Contractors Performing Private Security Functions Outside the United States (Oct 2016) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).
___ (53) 52.226-4, Notice of Disaster or Emergency Area Set-Aside (Nov 2007) (42 U.S.C. 5150).
___ (54) 52.226-5, Restrictions on Subcontracting Outside Disaster or Emergency Area (Nov 2007) (42 U.S.C. 5150).
___ (55) 52.232-29, Terms for Financing of Purchases of Commercial Items (Feb 2002) (41 U.S.C. 4505, 10 U.S.C. 2307(f)).
___ (56) 52.232-30, Installment Payments for Commercial Items (Jan 2017) (41 U.S.C. 4505, 10 U.S.C. 2307(f)).
___ (57) 52.232-33, Payment by Electronic Funds Transfer-System for Award Management (Jul 2013) (31 U.S.C. 3332).
___ (58) 52.232-34, Payment by Electronic Funds Transfer-Other than System for Award Management (Jul 2013) (31 U.S.C. 3332).
___ (59) 52.232-36, Payment by Third Party (May 2014) (31 U.S.C. 3332).
___ (60) 52.239-1, Privacy or Security Safeguards (Aug 1996) (5 U.S.C. 552a).
___ (61) 52.242-5, Payments to Small Business Subcontractors (Jan 2017)(15 U.S.C. 637(d)(12)).
___ (62)(i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Feb 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631).
___ (ii) Alternate I (Apr 2003) of 52.247-64.


(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

[Contracting Officer check as appropriate.]
___ (1) 52.222-17, Nondisplacement of Qualified Workers (May 2014)(E.O. 13495).
___ (2) 52.222-41, Service Contract Labor Standards (May 2014) (41 U.S.C. chapter 67).
___ (3) 52.222-42, Statement of Equivalent Rates for Federal Hires (May 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).
___ (4) 52.222-43, Fair Labor Standards Act and Service Contract Labor Standards-Price Adjustment (Multiple Year and Option Contracts) (May 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).
___ (5) 52.222-44, Fair Labor Standards Act and Service Contract Labor Standards-Price Adjustment (May 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67)
___ (6) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (May 2014) (41 U.S.C. chapter 67).
___ (7) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (May 2014) (41 U.S.C. chapter 67).
___ (8) 52.222-55, Minimum Wages Under Executive Order 13658 (Dec 2015).
___ (9) 52.222-62, Paid Sick Leave Under Executive Order 13706 (Jan 2017) (E.O. 13706).
___ (10) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (May 2014) (42 U.S.C. 1792).
___ (11) 52.237-11, Accepting and Dispensing of $1 Coin (Sept 2008) (31 U.S.C. 5112(p)(1)).


(d) Comptroller General Examination of Record. The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records-Negotiation.
(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.
(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.
(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e)(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in this paragraph (e)(1) in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause-

(i) 52.203-13, Contractor Code of Business Ethics and Conduct (Oct 2015) (41 U.S.C. 3509).

(ii) 52.203-19, Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements (Jan 2017) (section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions)).

(iii) 52.219-8, Utilization of Small Business Concerns (Nov 2016) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $700,000 ($1.5 million for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer further subcontracting opportunities.

(iv) 52.222-17, Nondisplacement of Qualified Workers (May 2014) (E.O. 13495). Flow down required in accordance with paragraph (l) of FAR clause 52.222-17.

(v) 52.222-21, Prohibition of Segregated Facilities (Apr 2015).

(vi) 52.222-26, Equal Opportunity (Sept 2016) (E.O. 11246).

(vii) 52.222-35, Equal Opportunity for Veterans (Oct 2015) (38 U.S.C. 4212).

(viii) 52.222-36, Equal Opportunity for Workers with Disabilities (Jul 2014) (29 U.S.C. 793).

(ix) 52.222-37, Employment Reports on Veterans (Feb 2016) (38 U.S.C. 4212)

(x) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (Dec 2010) (E.O. 13496). Flow down required in accordance with paragraph (f) of FAR clause 52.222-40.

(xi) 52.222-41, Service Contract Labor Standards (May 2014) (41 U.S.C. chapter 67).

(xii)

__(A) 52.222-50, Combating Trafficking in Persons (Mar 2015) (22 U.S.C. chapter 78 and E.O 13627).

__(B) Alternate I (Mar 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O 13627).

(xiii) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (May 2014) (41 U.S.C. chapter 67).

(xiv) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (May 2014) (41 U.S.C. chapter 67).

(xv) 52.222-54, Employment Eligibility Verification (Oct 2015).

(xvi) 52.222-55, Minimum Wages Under Executive Order 13658 (Dec 2015) (Executive Order 13658).

(xvii) 52.222-59, Compliance with Labor Laws (Executive Order 13673) (Oct 2016) (Applies at $50 million for solicitations and resultant contracts issued from October 25, 2016 through April 24, 2017; applies at $500,000 for solicitations and resultant contracts issued after April 24, 2017).

Note to paragraph (e)(1)(xvii): By a court order issued on October 24, 2016, 52.222-59 is enjoined indefinitely as of the date of the order. The enjoined paragraph will become effective immediately if the court terminates the injunction. At that time, GSA, DoD and NASA will publish a document in the Federal Register advising the public of the termination of the injunction.

(xviii) 52.222-60, Paycheck Transparency (Executive Order 13673) (Oct 2016)).

(xix) 52.222-62, Paid Sick Leave Under Executive Order 13706 (Jan 2017) (E.O. 13706).

(xx)(A) 52.224-3, Privacy Training (Jan 2017) (5 U.S.C. 552a).

(B) Alternate I (Jan 2017) of 52.224-3.

(xxi) 52.225-26, Contractors Performing Private Security Functions Outside the United States (Oct 2016) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

(xxii) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (May 2014) (42 U.S.C. 1792). Flow down required in accordance with paragraph (e) of FAR clause 52.226-6.

(xxiii) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Feb 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the contractor may include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

**ALTERNATE I (Feb 2000)**

As prescribed in 12.301(b)(4)(i), delete paragraph (d) from the basic clause, redesignate paragraph (e) as paragraph (d), and revise the reference to "paragraphs (a), (b), (c), or (d) of this clause" in the redesignated paragraph (d) to read "paragraphs (a), (b), and (c) of this clause."

**ALTERNATE II (Jan 2017)**

2f5261473560f94f

As prescribed in 12 301(b)(4)(ii), substitute the following paragraphs (d)(1) and (e)(1) for paragraphs (d)(1) and (e)(1) of the basic clause as follows:

(d)(1) The Comptroller General of the United States, an appropriate Inspector General appointed under section 3 or 8G of the Inspector General Act of 1978 (5 U.S.C. App.), or an authorized representative of either of the foregoing officials shall have access to and right to-
(i) Examine any of the Contractor's or any subcontractors' records that pertain to, and involve transactions relating to, this contract; and
(ii) Interview any officer or employee regarding such transactions.
(e)(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), and (c), of this clause, the Contractor is not required to flow down any FAR clause in a subcontract for commercial items, other than-
(i) Paragraph (d) of this clause. This paragraph flows down to all subcontracts, except the authority of the Inspector General under paragraph (d)(1)(ii) does not flow down, and
(ii) Those clauses listed in this paragraph (e)(1). Unless otherwise indicated below, the extent of the flow down shall be as required by the clause-
(A) 52 203-13, Contractor Code of Business Ethics and Conduct (Oct 2015) (41 U.S.C. 3509).
(B) 52 203-15, Whistleblower Protections Under the American Recovery and Reinvestment Act of 2009 (Jun 2010) (Section 1553 of Pub. L. 111-5).
(C) 52 219-8, Utilization of Small Business Concerns (Nov 2016) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $700,000 ($1.5 million for construction of any public facility), the subcontractor must include 52 219-8 in lower tier subcontracts that offer subcontracting opportunities.
(D) 52 222-21, Prohibition of Segregated Facilities (Apr 2015).
(E) 52 222-26, Equal Opportunity (Sept 2016) (E.O. 11246).
(F) 52 222-35, Equal Opportunity for Veterans (Oct 2015) (38 U.S.C. 4212).
(G) 52 222-36, Equal Opportunity for Workers with Disabilities (Jul 2014) (29 U.S.C. 793).
(H) 52 222-40, Notification of Employee Rights Under the National Labor Relations Act (Dec 2010) (E.O. 13496). Flow down required in accordance with paragraph (f) of FAR clause 52.222-40.
(I) 52.222-41, Service Contract Labor Standards (May 2014) (41 U.S.C. chapter 67).
(J) ___(1) 52 222-50, Combating Trafficking in Persons (Mar 2015) (22 U.S.C. chapter 78 and E O 13627).
     ___(2) Alternate I (Mar 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O 13627).
(K) 52 222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (May 2014) (41 U.S.C. chapter 67).
(L) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (May 2014) (41 U.S.C. chapter 67).
(M) 52 222-54, Employment Eligibility Verification (Oct 2015) (Executive Order 12989).
(N) 52 222-55, Minimum Wages Under Executive Order 13658 (Dec 2015).
(O) 52.222-59 Compliance with Labor Laws (Executive Order 13673) (Oct 2016)
    Note to paragraph (e)(1)(ii)(O). By a court order issued on October 24, 2016, 52 222-59 is enjoined indefinitely as of the date of the order. The enjoined paragraph will become effective immediately if the court terminates the injunction. At that time, GSA, DoD and NASA will publish a document in the Federal Register advising the public of the termination of the injunction.
(P) 52 222-60, Paycheck Transparency (Executive Order 13673) (Oct 2016).
(Q) 52.222-62. Paid Sick Leave Under Executive Order 13706 (Jan 2017) (E.O. 13706).
(R)(1)52 224-3, Privacy Training (Jan 2017) (5 U.S.C. 552a).
    (2)Alternate I (Jan 2017) of 52 224-3.
(S) 52 225-26, Contractors Performing Private Security Functions Outside the United States (Oct 2016) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008, 10 U.S.C. 2302 Note)
(T) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations. (May 2014) (42 U.S.C. 1792) Flow down required in accordance with paragraph (e) of FAR clause 52.226-6.
(U) 52 247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Feb 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52 247-64.

**(End of Provision)**

**FAR 52.214-14 Place of Performance-Sealed Bidding (Apr 1985)**

(a) The bidder, in the performance of any contract resulting from this solicitation, [ ] intends [X] does not intend [check applicable box] to use one or more plants or facilities located at a different address from the address of the bidder as indicated in this bid.

(b) If the bidder checks "intends" in paragraph (a) of this provision, it shall insert in the spaces provided below the required information:

Name and Address of Owner and Operator of the Plant or Facility if Other than Bidder

**(End of Provision)**

**FAR 52.215-6 Place of Performance (Oct 1997)**

(a) The offeror or respondent, in the performance of any contract resulting from this solicitation, [ ] intends [X] does not intend [check applicable block] to use one or more plants or facilities located at a different address from the address of the offeror or respondent as indicated in this proposal or response to request for information.

(b) If the offeror or respondent checks "intends" in paragraph (a) of this provision, it shall insert in the following spaces the required information:

Name and Address of Owner and Operator of the Plant or Facility if Other than Bidder

**(End of Provision)**

**FAR 52.219-1 Small Business Program Representations 14)**

The NAICS Codes you selected on the Goods and Services page of this registration are listed in the table under 52.219-1(c). Those NAICS Codes for which you are identified as small serve to complete the small business concern representation in 52.219-1(c)(1).

You are certifying to your size status for all the NAICS codes in the table. Please review it carefully. The Y/N answers are located in the "Small Business?" column. A "Y" indicates "Small" and "N" indicates "Other than Small." This status is derived from the SBA's size standards based on the size metrics you entered.

(a) Definitions. As used in this provision-

"Economically disadvantaged women-owned small business (EDWOSB) concern" means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States and who are economically disadvantaged in accordance with 13 CFR part 127. It automatically qualifies as a women-owned small business concern eligible under the WOSB Program.

"Service-disabled veteran-owned small business concern"-
(1) Means a small business concern-
(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and
(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.
(2) "Service-disabled veteran" means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).
"Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and the size standard in paragraph (b) of this provision.
"Small disadvantaged business concern," consistent with 13 CFR 124.1002, means a small business concern under the size standard applicable to the acquisition, that-
(1) Is at least 51 percent unconditionally and directly owned (as defined at 13 CFR 124.105) by-
(i) One or more socially disadvantaged (as defined at 13 CFR 124.103) and economically disadvantaged (as defined at 13 CFR 124.104) individuals who are citizens of the United States, and
(ii) Each individual claiming economic disadvantage has a net worth not exceeding $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); and
(2) The management and daily business operations of which are controlled (as defined at 13 CFR 124.106) by individuals who meet the criteria in paragraphs (1)(i) and (ii) of this definition.
"Veteran-owned small business concern" means a small business concern-
(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and
(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned small business concern" means a small business concern-

(1) That is at least 51 percent owned by one or more women; or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and
(2) Whose management and daily business operations are controlled by one or more women.

"Women-owned small business (WOSB) concern eligible under the WOSB Program" (in accordance with 13 CFR part 127), means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States.

(b) (1) The North American Industry Classification System (NAICS) code for this acquisition is See Note.*
(2) The small business size standard is See Note.
(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(c) Representations

| NAICS Code | Name | NAICS Exception | Size Standard | Small Business? |
|---|---|---|---|---|
| 721110 | Hotels (except Casino Hotels) and Motels | | $32500000.00 | Y |
| 722410 | Drinking Places (Alcoholic Beverages) | | $7500000.00 | Y |
| 722511 | Full-Service Restaurants | | $7500000.00 | Y |

(1)** The offeror represents as part of its offer that it [X] is, [ ] is not a small business concern (see below).

(2)** [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents, that it [ ] is, [X] is not, a small disadvantaged business concern as defined in 13 CFR 124.1002.

(3)** [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents as part of its offer that it [ ] is, [X] is not a women-owned small business concern. (See Below)

(4)** Women-owned small business (WOSB) concern eligible under the WOSB Program. [Complete only if the offeror represented itself as a women-owned small business concern in paragraph (c)(3) of this provision.] The offeror represents as part of its offer that-

(i) It [ ] is, [ ] is not a WOSB concern eligible under the WOSB Program, has provided all the required documents to the WOSB Repository, and no change in circumstances or adverse decisions have been issued that affects its eligibility; and

(ii) It [ ] is, [ ] is not a joint venture that complies with the requirements of 13 CFR part 127, and the representation in paragraph (c)(4)(i) of this provision is accurate for each WOSB concern eligible under the WOSB Program participating in the joint venture. [The offeror shall enter the name or names of the WOSB concern eligible under the WOSB Program and other small businesses that are participating in the joint venture: .] Each WOSB concern participating in the joint venture shall submit a separate signed copy of the WOSB representation.

(5)** Economically disadvantaged women-owned small business (EDWOSB) concern. [Complete only if the offeror represented itself as a women-owned small business concern eligible under the WOSB Program in (c)(4) of this provision.] The offeror represents as part of its offer that-

(i) It [ ] is, [ ] is not an EDWOSB concern eligible under the WOSB Program, has provided all the required documents to the WOSB Repository, and no change in circumstances or adverse decisions have been issued that affects its eligibility; and

(ii) It [ ] is, [ ] is not a joint venture that complies with the requirements of 13 CFR part 127, and the representation in paragraph (c)(5)(i) of this provision is accurate for each EDWOSB concern participating in the joint venture. [The offeror shall enter the name or names of the EDWOSB concern and other small businesses that are participating in the joint venture: .] Each EDWOSB concern participating in the joint venture shall submit a separate signed copy of the EDWOSB representation.

(6) [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents as part of its offer that it [ ] is, [X] is not a veteran-owned small business concern.

(7)** [Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (c)(6) of this provision.] The offeror represents as part of its offer that it [ ] is, [ ] is not a service-disabled veteran-owned small business concern. (See Below)

*If you are responding to a Government solicitation for supplies or services under a NAICS code not listed in paragraph (b) of this certification, you must provide this certification directly to the Contracting Officer.

**Small business concern, Veteran-owned small business concern, Service-disabled veteran-owned small business concern, and Women-owned small business concern size status is calculated based on the Small Business Administration size standard for each NAICS code using the size metrics (e.g. Average Number of Employees and Average Annual Receipts) provided by Bruno's Country Club LLC in their SAM registration.

(8) [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents, as part of its offer, that-

(i) It [ ] is, [X] is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material changes in ownership and control, principal office, or HUBZone employee percentage have occurred since it was certified in accordance with 13 CFR Part 126; and

(ii) It [ ] is, [X] is not a HUBZone joint venture that complies with the requirements of 13 CFR Part 126, and the representation in paragraph (c)(8)(i) of this provision is accurate for each HUBZone small business concern participating in the HUBZone joint venture. [The offeror shall enter the names of each of the HUBZone small business concerns participating in the HUBZone joint venture: ] Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

(d) Notice.

(1) If this solicitation is for supplies and has been set aside, in whole or in part, for small business concerns, then the clause in this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.

(2) Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a business concern that is small, HUBZone small, small disadvantaged, service-disabled veteran-owned small, economically disadvantaged woman-owned small, or women-owned small eligible under the WOSB Program in order to obtain a contract to be awarded under the preference programs established pursuant to section 8, 9, or 15, 31, and 36 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall-

(i) Be punished by imposition of fine, imprisonment, or both;

(ii) Be subject to administrative remedies, including suspension and debarment; and

(iii) Be ineligible for participation in programs conducted under the authority of the Act.

**Alternate I (Sept 2015)**

As prescribed in 19.309(a)(2), add the following paragraph (c)(9) to the basic provision:

(9) [Complete if offeror represented itself as disadvantaged in paragraph (c)(2) of this provision.] The offeror shall check the category in which its ownership falls:

[ ] Black American.

[ ] Hispanic American.

[ ] Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians).

[ ] Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, The Philippines, Republic of Palau, Republic of the Marshall Islands, Federated States of Micronesia, the Commonwealth of the Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).

[ ] Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal).

[ ] Individual/concern, other than one of the preceding.

**(End of Provision)**

**FAR 52.219-2 Equal Low Bids (Oct 1995)**

(a) This provision applies to small business concerns only

(b) The bidder's status as a labor surplus area (LSA) concern may affect entitlement to award in case of tie bids. If the bidder wishes to be considered for this priority, the bidder must identify, in the following space, the LSA in which the costs to be incurred on account of manufacturing or production (by the bidder or the first-tier subcontractors) amount to more than 50 percent of the contract price.

(c) Failure to identify the labor surplus areas as specified in paragraph (b) of this provision will preclude the bidder from receiving priority consideration. If the bidder is awarded a contract as a result of receiving priority consideration under this provision and would not have otherwise received award, the bidder shall perform the contract or cause the contract to be performed in accordance with the obligations of an LSA concern.

**(End of Provision)**

**FAR 52.222-18 Certification Regarding Knowledge of Child Labor for Listed End Products (Feb 2001)**

(a) Definition:

"Forced or indentured child labor" means all work or service-

(1) Exacted from any person under the age of 18 under the menace of any penalty for its nonperformance and for which the worker does not offer himself voluntarily; or

(2) Performed by any person under the age of 18 pursuant to a contract the enforcement of which can be accomplished by process or penalties.

(b) Listed end products. The following end product(s) being acquired under this solicitation is (are) included in the List of Products Requiring Contractor Certification as to Forced or Indentured Child Labor, identified by their country of origin. There is a reasonable basis to believe that listed end products from the listed countries of origin may have been mined, produced, or manufactured by forced or indentured child labor.

| Listed End Products | Listed Country of Origin |
|---|---|
| Bamboo | Burma |
| Beans (green, soy, yellow) | Burma |
| Brazil Nuts/Chestnuts | Bolivia |
| Bricks | Afghanistan, Burma, China, India, Nepal, Pakistan |
| Carpets | Nepal, Pakistan |
| Cattle | South Sudan |
| Cassiterite | Democratic Republic of Congo |
| Coal | Pakistan |
| Coca (stimulant plant) | Colombia |
| Cocoa | Cote d'Ivoire, Nigeria |
| Coffee | Cote d'Ivoire |
| Coltan | Democratic Republic of Congo |
| Cotton | Benin, Burkina Faso, China, Tajikistan, Uzbekistan |
| Cottonseed (hybrid) | India |
| Diamonds | Sierra Leone |
| Dried Fish | Bangladesh |
| Electronics | China |
| Embroidered Textiles (zari) | India, Nepal |
| Fish | Ghana |
| Garments | Argentina, India, Thailand, Vietnam |
| Gold | Burkina Faso, Democratic Republic of Congo |
| Granite | Nigeria |
| Gravel (crushed stones) | Nigeria |
| Pornography | Russia |
| Rice | Burma, India, Mali |
| Rubber | Burma |
| Shrimp | Thailand |
| Stones | India, Nepal |
| Sugarcane | Bolivia, Burma |
| Teak | Burma |
| Textiles (hand-woven) | Ethopia |
| Tilapia (fish) | Ghana |
| Tobacco | Malawi |
| Toys | China |
| Wolframite | Democratic Republic of Congo |

(c)  Certification  The Government will not make award to an offeror unless the offeror, by checking the appropriate block, certifies to either paragraph (c)(1) or paragraph (c)(2) of this provision

[X]  (1)  The offeror will not supply any end product listed in paragraph (b) of this provision that was mined, produced, or manufactured in a corresponding country as listed for that end product

[ ]  (2)  The offeror may supply an end product listed in paragraph (b) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product  The offeror certifies that it has made a good faith effort to determine whether forced or indentured child labor was used to mine, produce, or manufacture such end product  On the basis of those efforts, the offeror certifies that it is not aware of any such use of child labor.

**(End of Provision)**

**FAR 52.222-22 Previous Contracts and Compliance Reports (Feb 1999)**

The offeror represents that-

(a)  It [ ] has It [X] has not participated in a previous contract or subcontract subject the Equal Opportunity clause of this solicitation;

(b)  It [ ] has It [X] has not filed all required compliance reports, and

(c)  Representations indicating submission of required compliance reports, signed by proposed subcontractors, will be obtained before subcontract awards.

**(End of Provision)**

**FAR 52.222-25 Affirmative Action Compliance (Apr 1984)**

The offeror represents that-

(a) It [ ] has developed and has on file, [X] has not developed and does not have on file, at each establishment, affirmative action programs required by the rules and regulations of the Secretary of Labor (41 CFR 60-1 and 60-2); or

(b) It [ ] has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

**(End of Provision)**

**FAR 52.222-38 Compliance with Veterans' Employment Reporting Requirements (Feb 2016)**

As prescribed in 22.1310 (c), insert the following provision:

COMPLIANCE WITH VETERANS' EMPLOYMENT REPORTING REQUIREMENTS (Feb 2016)

By submission of its offer, the offeror represents that, if it is subject to the reporting requirements of 38 U.S.C. 4212(d) ( i.e., if it has any contract containing Federal Acquisition Regulation clause 52.222-37, Employment Reports on Veterans), it has filed the most recent VETS-4212 Report required by that clause.

**(End of Provision)**

**FAR 52.222-48 Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Certification  (May 2014)**

(a)  The offeror shall check the following certification:

Certification

The offeror [ ] does certify  [X] does not certify that -

(1)  The items of equipment to be serviced under this contract are used regularly for other than Government purposes, and are sold or traded by the offeror (or subcontractor in the case of an exempt subcontractor) in substantial quantities to the general public in the course of normal business operations;

(2)  The services will be furnished at prices which are, or are based on, established catalog or market prices for the maintenance, calibration, or repair of equipment.

(i)  An "established catalog price" is a price included in a catalog, price list, schedule, or other form that is regularly maintained by the manufacturer or the offeror, is either published or otherwise available for inspection by customers, and states prices at which sales currently, or were last, made to a significant number of buyers constituting the general public.

(ii)  An "established market price" is a current price, established in the usual course of trade between buyers and sellers free to bargain, which can be substantiated from sources independent of the manufacturer or offeror; and

(3)  The compensation (wage and fringe benefits) plan for all service employees performing work under the contract are the same as that used for these employees and equivalent employees servicing the same equipment of commercial customers.

(b) Certification by the offeror as to its compliance with respect to the contract also constitutes its certification as to compliance by its subcontractor if it subcontracts out the exempt services. If the offeror certifies to the conditions in paragraph (a) of this provision, and the Contracting Officer determines in accordance with FAR 22.1003-4(c)(3) that the Service Contract Labor Standards statute-

(1) Will not apply to this offeror, then the Service Contract Labor Standards clause in this solicitation will not be included in any resultant contract to this offeror; or

(2) Will apply to this offeror, then the clause at 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements, in this solicitation will not be included in any resultant contract awarded to this offeror, and the offeror may be provided an opportunity to submit a new offer on that basis.

(c)  If the offeror does not certify to the conditions in paragraph (a) of this provision-

(1)  The clause in this solicitation at 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements, will not be included in any resultant contract awarded to this offeror; and

(2)  The offeror shall notify the Contracting Officer as soon as possible, if the Contracting Officer did not attach a Service Contract Labor Standards wage determination to the solicitation.

(d)  The Contracting Officer may not make an award to the offeror, if the offeror fails to execute the certification in paragraph (a) of this provision or to contact the Contracting Officer as required in paragraph (c) of this provision.

**(End of Provision)**

**FAR 52.222-50 Combating Trafficking in Persons (MAR 2015)**

As prescribed in 22.1705(a)(1), insert the following clause:

COMBATING TRAFFICKING IN PERSONS (MAR 2015)

(a) Definitions. As used in this clause-
"Agent" means any individual, including a director, an officer, an employee, or an independent contractor, authorized to act on behalf of the organization.
"Coercion" means-
(1) Threats of serious harm to or physical restraint against any person;
(2) Any scheme, plan, or pattern intended to cause a person to believe that failure to perform an act would result in serious harm to or physical restraint against any person; or
(3) The abuse or threatened abuse of the legal process.
"Commercially available off-the-shelf (COTS) item" means-
(1) Any item of supply (including construction material) that is-
(i) A commercial item (as defined in paragraph (1) of the definition at FAR 2.101);
(ii) Sold in substantial quantities in the commercial marketplace; and
(iii) Offered to the Government, under a contract or subcontract at any tier, without modification, in the same form in which it is sold in the commercial marketplace; and
(2) Does not include bulk cargo, as defined in 46 U.S.C. 40102(4), such as agricultural products and petroleum products.
"Commercial sex act" means any sex act on account of which anything of value is given to or received by any person.
"Debt bondage" means the status or condition of a debtor arising from a pledge by the debtor of his or her personal services or of those of a person under his or her control as a security for debt, if the value of those services as reasonably assessed is not applied toward the liquidation of the debt or the length and nature of those services are not respectively limited and defined.
"Employee" means an employee of the Contractor directly engaged in the performance of work under the contract who has other than a minimal impact or involvement in contract performance.
"Forced Labor" means knowingly providing or obtaining the labor or services of a person-
(1) By threats of serious harm to, or physical restraint against, that person or another person;
(2) By means of any scheme, plan, or pattern intended to cause the person to believe that, if the person did not perform such labor or services, that person or another person would suffer serious harm or physical restraint; or
(3) By means of the abuse or threatened abuse of the law or the legal process.
"Involuntary servitude" includes a condition of servitude induced by means of-
(1) Any scheme, plan, or pattern intended to cause a person to believe that, if the person did not enter into or continue in such conditions, that person or another person would suffer serious harm or physical restraint; or
(2) The abuse or threatened abuse of the legal process.
"Severe forms of trafficking in persons" means-
(1) Sex trafficking in which a commercial sex act is induced by force, fraud, or coercion, or in which the person induced to perform such act has not attained 18 years of age; or
(2) The recruitment, harboring, transportation, provision, or obtaining of a person for labor or services, through the use of force, fraud, or coercion for the purpose of subjection to involuntary servitude, peonage, debt bondage, or slavery.
"Sex trafficking" means the recruitment, harboring, transportation, provision, or obtaining of a person for the purpose of a commercial sex act.
"Subcontract" means any contract entered into by a subcontractor to furnish supplies or services for performance of a prime contract or a subcontract.
"Subcontractor" means any supplier, distributor, vendor, or firm that furnishes supplies or services to or for a prime contractor or another subcontractor.
"United States" means the 50 States, the District of Columbia, and outlying areas.


(b) Policy. The United States Government has adopted a policy prohibiting trafficking in persons including the trafficking-related activities of this clause. Contractors, contractor employees, and their agents shall not-
(1) Engage in severe forms of trafficking in persons during the period of performance of the contract;
(2) Procure commercial sex acts during the period of performance of the contract;
(3) Use forced labor in the performance of the contract;
(4) Destroy, conceal, confiscate, or otherwise deny access by an employee to the employee's identity or immigration documents, such as passports or drivers' licenses, regardless of issuing authority;
(5)(i) Use misleading or fraudulent practices during the recruitment of employees or offering of employment, such as failing to disclose, in a format and language accessible to the worker, basic information or making material misrepresentations during the recruitment of employees regarding the key terms and conditions of employment, including wages and fringe benefits, the location of work, the living conditions, housing and associated costs (if employer or agent provided or arranged), any significant cost to be charged to the employee, and, if applicable, the hazardous nature of the work;
(ii) Use recruiters that do not comply with local labor laws of the country in which the recruiting takes place;
(6) Charge employees recruitment fees;
(7)(i) Fail to provide return transportation or pay for the cost of return transportation upon the end of employment-
(A) For an employee who is not a national of the country in which the work is taking place and who was brought into that country for the purpose of working on a U.S. Government contract or subcontract (for portions of contracts performed outside the United States); or
(B) For an employee who is not a United States national and who was brought into the United States for the purpose of working on a U.S. Government contract or subcontract, if the payment of such costs is required under existing temporary worker programs or pursuant to a written agreement with the employee (for portions of contracts performed inside the United States); except that-
(ii) The requirements of paragraphs (b)(7)(i) of this clause shall not apply to an employee who is-
(A) Legally permitted to remain in the country of employment and who chooses to do so; or
(B) Exempted by an authorized official of the contracting agency from the requirement to provide return transportation or pay for the cost of return transportation;
(iii) The requirements of paragraph (b)(7)(i) of this clause are modified for a victim of trafficking in persons who is seeking victim services or legal redress in the country of employment, or for a witness in an enforcement action related to trafficking in persons. The contractor shall provide the return transportation or pay the cost of return transportation in a way that does not obstruct the victim services, legal redress, or witness activity. For example, the contractor shall not only offer return transportation to a witness at a time when the witness is still needed to testify. This paragraph does not apply when the exemptions at paragraph (b)(7)(ii) of this clause apply.
(8) Provide or arrange housing that fails to meet the host country housing and safety standards; or
(9) If required by law or contract, fail to provide an employment contract, recruitment agreement, or other required work document in writing. Such written work document shall be in a language the employee understands. If the employee must relocate to perform the work, the work document shall be provided to the employee at least five days prior to the employee relocating. The employee's work document shall include, but is not limited to, details about work description, wages, prohibition on charging recruitment fees, work location(s), living accommodations and associated costs, time off, roundtrip transportation arrangements, grievance process, and the content of applicable laws and regulations that prohibit trafficking in persons.

(c) Contractor requirements. The Contractor shall-
(1) Notify its employees and agents of-
(i) The United States Government's policy prohibiting trafficking in persons, described in paragraph (b) of this clause; and
(ii) The actions that will be taken against employees or agents for violations of this policy. Such actions for employees may include, but are not limited to, removal from the contract, reduction in benefits, or termination of employment; and
(2) Take appropriate action, up to and including termination, against employees, agents, or subcontractors that violate the policy in paragraph (b) of this clause.

(d) Notification.
(1) The Contractor shall inform the Contracting Officer and the agency Inspector General immediately of-
(i) Any credible information it receives from any source (including host country law enforcement) that alleges a Contractor employee, subcontractor, subcontractor employee, or their agent has engaged in conduct that violates the policy in paragraph (b) of this clause (see also 18 U.S.C. 1351, Fraud in Foreign Labor Contracting, and 52.203-13(b)(3)(i)(A), if that clause is included in the solicitation or contract, which requires disclosure to the agency Office of the Inspector General when the Contractor has credible evidence of fraud); and
(ii) Any actions taken against a Contractor employee, subcontractor, subcontractor employee, or their agent pursuant to this clause.
(2) If the allegation may be associated with more than one contract, the Contractor shall inform the contracting officer for the contract with the highest dollar value.

(e) Remedies. In addition to other remedies available to the Government, the Contractor's failure to comply with the requirements of paragraphs (c), (d), (g), (h), or (i) of this clause may result in-
(1) Requiring the Contractor to remove a Contractor employee or employees from the performance of the contract;
(2) Requiring the Contractor to terminate a subcontract;
(3) Suspension of contract payments until the Contractor has taken appropriate remedial action;
(4) Loss of award fee, consistent with the award fee plan, for the performance period in which the Government determined Contractor non-compliance;
(5) Declining to exercise available options under the contract;
(6) Termination of the contract for default or cause, in accordance with the termination clause of this contract; or
(7) Suspension or debarment.

(f) Mitigating and aggravating factors. When determining remedies, the Contracting Officer may consider the following:
(1) Mitigating factors. The Contractor had a Trafficking in Persons compliance plan or an awareness program at the time of the violation, was in compliance with the plan, and has taken appropriate remedial actions for the violation, that may include reparation to victims for such violations.
(2) Aggravating factors. The Contractor failed to abate an alleged violation or enforce the requirements of a compliance plan, when directed by the Contracting Officer to do so.

(g) Full cooperation.
(1) The Contractor shall, at a minimum-
(i) Disclose to the agency Inspector General information sufficient to identify the nature and extent of an offense and the individuals responsible for the conduct;
(ii) Provide timely and complete responses to Government auditors' and investigators' requests for documents;
(iii) Cooperate fully in providing reasonable access to its facilities and staff (both inside and outside the U.S.) to allow contracting agencies and other responsible Federal agencies to conduct audits, investigations, or other actions to ascertain compliance with the Trafficking Victims Protection Act of 2000 (22 U.S.C. chapter 78), E.O. 13627, or any other applicable law or regulation establishing restrictions on trafficking in persons, the procurement of commercial sex acts, or the use of forced labor; and
(iv) Protect all employees suspected of being victims of or witnesses to prohibited activities, prior to returning to the country from which the employee was recruited, and shall not prevent or hinder the ability of these employees from cooperating fully with Government authorities.
(2) The requirement for full cooperation does not foreclose any Contractor rights arising in law, the FAR, or the terms of the contract. It does not-
(i) Require the Contractor to waive its attorney-client privilege or the protections afforded by the attorney work product doctrine;
(ii) Require any officer, director, owner, employee, or agent of the Contractor, including a sole proprietor, to waive his or her attorney client privilege or Fifth Amendment rights; or
(iii) Restrict the Contractor from-
(A) Conducting an internal investigation; or
(B) Defending a proceeding or dispute arising under the contract or related to a potential or disclosed violation.

(h) Compliance plan.

(1) This paragraph (h) applies to any portion of the contract that-

(i) Is for supplies, other than commercially available off-the-shelf items, acquired outside the United States, or services to be performed outside the United States; and

(ii) Has an estimated value that exceeds $500,000.

(2) The Contractor shall maintain a compliance plan during the performance of the contract that is appropriate-

(i) To the size and complexity of the contract; and

(ii) To the nature and scope of the activities to be performed for the Government, including the number of non-United States citizens expected to be employed and the risk that the contract or subcontract will involve services or supplies susceptible to trafficking in persons.

(3) Minimum requirements. The compliance plan must include, at a minimum, the following:

(i) An awareness program to inform contractor employees about the Government's policy prohibiting trafficking-related activities described in paragraph (b) of this clause, the activities prohibited, and the actions that will be taken against the employee for violations. Additional information about Trafficking in Persons and examples of awareness programs can be found at the website for the Department of State's Office to Monitor and Combat Trafficking in Persons at http://www.state.gov/j/tip/.

(ii) A process for employees to report, without fear of retaliation, activity inconsistent with the policy prohibiting trafficking in persons, including a means to make available to all employees the hotline phone number of the Global Human Trafficking Hotline at 1-844-888-FREE and its email address at help@befree.org.

(iii) A recruitment and wage plan that only permits the use of recruitment companies with trained employees, prohibits charging recruitment fees to the employee, and ensures that wages meet applicable host-country legal requirements or explains any variance.

(iv) A housing plan, if the Contractor or subcontractor intends to provide or arrange housing, that ensures that the housing meets host-country housing and safety standards.

(v) Procedures to prevent agents and subcontractors at any tier and at any dollar value from engaging in trafficking in persons (including activities in paragraph (b) of this clause) and to monitor, detect, and terminate any agents, subcontracts, or subcontractor employees that have engaged in such activities.

(4) Posting.

(i) The Contractor shall post the relevant contents of the compliance plan, no later than the initiation of contract performance, at the workplace (unless the work is to be performed in the field or not in a fixed location) and on the Contractor's Web site (if one is maintained). If posting at the workplace or on the Web site is impracticable, the Contractor shall provide the relevant contents of the compliance plan to each worker in writing.

(ii) The Contractor shall provide the compliance plan to the Contracting Officer upon request.

(5) Certification. Annually after receiving an award, the Contractor shall submit a certification to the Contracting Officer that-

(i) It has implemented a compliance plan to prevent any prohibited activities identified at paragraph (b) of this clause and to monitor, detect, and terminate any agent, subcontract or subcontractor employee engaging in prohibited activities; and

(ii) After having conducted due diligence, either-

(A) To the best of the Contractor's knowledge and belief, neither it nor any of its agents, subcontractors, or their agents is engaged in any such activities; or

(B) If abuses relating to any of the prohibited activities identified in paragraph (b) of this clause have been found, the Contractor or subcontractor has taken the appropriate remedial and referral actions.


(i) Subcontracts.

(1) The Contractor shall include the substance of this clause, including this paragraph (i), in all subcontracts and in all contracts with agents. The requirements in paragraph (h) of this clause apply only to any portion of the subcontract that-

(A) Is for supplies, other than commercially available off-the-shelf items, acquired outside the United States, or services to be performed outside the United States; and

(B) Has an estimated value that exceeds $500,000.

(2) If any subcontractor is required by this clause to submit a certification, the Contractor shall require submission prior to the award of the subcontract and annually thereafter. The certification shall cover the items in paragraph (h)(5) of this clause.

**(End of Provision)**

**FAR 52.222-52 Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Certification (May 2014)**

(a) The offeror shall check the following certification:

Certification

The offeror [ ] does[X] does not certify that -

(1) The services under the contract are offered and sold regularly to non-Governmental customers, and are provided by the offeror (or subcontractor in the case of an exempt subcontract) to the general public in substantial quantities in the course of normal business operations;

(2) The contract services are furnished at prices that are, or are based on, established catalog or market prices. An "established catalog price" is a price included in a catalog, price list, schedule, or other form that is regularly maintained by the manufacturer or the offeror, is either published or otherwise available for inspection by customers, and states prices at which sales currently, or were last, made to a significant number of buyers constituting the general public. An "established market price" is a current price, established in the usual course of ordinary and usual trade between buyers and sellers free to bargain, which can be substantiated from sources independent of the manufacturer or offeror;

(3) Each service employee who will perform the services under the contract will spend only a small portion of his or her time (a monthly average of less than 20 percent of the available hours on an annualized basis, or less than 20 percent of available hours during the contract period if the contract period is less than a month) servicing the Government contract; and

(4) The offeror uses the same compensation (wage and fringe benefits) plan for all service employees performing work under the contract as the offeror uses for these employees and for equivalent employees servicing commercial customers.

(b) Certification by the offeror as to its compliance with respect to the contract also constitutes its certification as to compliance by its subcontractor if it subcontracts out the exempt services. If the offeror certifies to the conditions in paragraph (a) of this provision, and the Contracting Officer determines in accordance with FAR22.1003-4(d)(3) that the Service Contract Labor Standards statute-

(1) Will not apply to this offeror, then the Service Contract Labor Standards clause in this solicitation will not be included in any resultant contract to this offeror; or

(2) Will apply to this offeror, then the clause at FAR52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements, in this solicitation will not be included in any resultant contract awarded to this offer, and the offeror may be provided an opportunity to submit a new offer on that basis.

(c) If the offeror does not certify to the conditions in paragraph (a) of this provision-

(1) The clause of this solicitation at 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements, will not be included in any resultant contract to this offeror; and

(2) The offeror shall notify the Contracting Officer as soon as possible if the Contracting Officer did not attach a Service Contract Labor Standards wage determination to the solicitation.

(d) The Contracting Officer may not make an award to the offeror, if the offeror fails to execute the certification in paragraph (a) of this provision or to contact the Contracting Officer as required in paragraph (c) of this provision.

**(End of Provision)**

**FAR 52.222-56 Certification Regarding Trafficking in Persons Compliance Plan (MAR 2015)**

As prescribed in 22.1705(b), insert the following provision:

CERTIFICATION REGARDING TRAFFICKING IN PERSONS COMPLIANCE PLAN (MAR 2015)

(a) The term "commercially available off-the-shelf (COTS) item," is defined in the clause of this solicitation entitled "Combating Trafficking in Persons" (FAR clause 52.222-50).

(b) The apparent successful Offeror shall submit, prior to award, a certification, as specified in paragraph (c) of this provision, for the portion (if any) of the contract that-
(1) Is for supplies, other than commercially available off-the-shelf items, to be acquired outside the United States, or services to be performed outside the United States; and
(2) Has an estimated value that exceeds $500,000.

(c) The certification shall state that-
(1) It has implemented a compliance plan to prevent any prohibited activities identified in paragraph (b) of the clause at 52.222-50, Combating Trafficking in Persons, and to monitor, detect, and terminate the contract with a subcontractor engaging in prohibited activities identified at paragraph (b) of the clause at 52.222-50, Combating Trafficking in Persons; and
(2) After having conducted due diligence, either-
(i) To the best of the Offeror's knowledge and belief, neither it nor any of its proposed agents, subcontractors, or their agents is engaged in any such activities; or
(ii) If abuses relating to any of the prohibited activities identified in 52.222-50(b) have been found, the Offeror or proposed subcontractor has taken the appropriate remedial and referral actions.

**(End of Provision)**

**FAR 52.223-1 Biobased Product Certification (May 2012)**

(a) As required by the Farm Security and Rural Investment Act of 2002 and the Energy Policy Act of 2005 (7 U.S.C. 8102(c)(3)), the offeror certifies, by signing this offer, that biobased products (within categories of products listed by theUnited States Department of Agriculture in 7 CFR part 3201, subpart B) to be used or delivered in the performance of the contract, other than biobased products that are not purchased by the offeror as a direct result of this contract, will comply with the applicable specifications or other contractual requirements.

**(End of Provision)**

**FAR 52.223-4 ification (May 2008)**

As required by the Resource Conservation and Recovery Act of 1976 (42 U.S.C. 6962(c)(3)(A)(i)), the offeror certifies, by signing this offer, that the percentage of recovered materials content for EPA-designated items to be delivered or used in the performance of the contract will be at least the amount required by the applicable contract specifications or other contractual requirements.

[X]  certifies compliance with 52.223-4

**(End of Provision)**

**FAR 52.223-9 Estimate of Percentage of Recovered Material Content for EPA-Designated Items (May 2008)**
**Alternate I (May 2008)**

As prescribed in 23.406(d), redesignate paragraph (b) of the basic clause as paragraph (c) and add the following paragraph (b) to the basic clause:

(b) The Contractor shall execute the following certification required by the Resource Conservation and Recovery Act of 1976 (42 U.S.C. 6962(i)(2)(C)):

**Certification**

[X]  I, William Courtney(name of certifier), am an officer or employee responsible for the performance of this contract and hereby certify that the percentage of recovered material content for EPA-designated items met the applicable contract specifications or other contractual requirements.

Submission of this record serves as the signature for this Certification

[Signature of the Officer or Employee]

William Courtney
[Typed Name of the Officer or Employee]

[Title]

(Doing Business As:)
[Name of Company, Firm, or Organization]

Wed Aug 22 17:36:47 EDT 2018
[Date]

**(End of Provision)**

**FAR 52.223-22 Public Disclosure of Greenhouse Gas Emissions and Reduction Goals-Representation (Dec 2016)**

As prescribed in 23.804(b), insert the following provision:
Public Disclosure of Greenhouse Gas Emissions and Reduction Goals- Representation (Dec 2016)

(a) This representation shall be completed if the Offeror received $7.5 million or more in Federal contract awards in the prior Federal fiscal year. The representation is optional if the Offeror received less than $7.5 million in Federal contract awards in the prior Federal fiscal year.

(b) Representation [Offeror is to check applicable blocks in paragraphs (b)(1) and (2).]
(1) The Offeror (itself or through its immediate owner or highest-level owner) [  ]  does, [  ]  does not publicly disclose greenhouse gas emissions, i.e., makes available on a publicly accessible Web site the results of a greenhouse gas inventory, performed in accordance with an accounting standard with publicly available and consistently applied criteria, such as the Greenhouse Gas Protocol Corporate Standard.
(2) The Offeror (itself or through its immediate owner or highest-level owner) [  ]  does, [  ]  does not publicly disclose a quantitative greenhouse emissions reduction goal, i.e., make available on a publicly accessible Web site a target to reduce absolute emissions or emissions intensity by a specific quantity or percentage.
(3) A publicly accessible Web site includes the Offeror's own Web site or a recognized, third-party greenhouse gas emissions reporting program.

(c) If the Offeror checked "does" in paragraphs (b)(1) or (b)(2) of this provision, respectively, the Offeror shall provide the publicly accessible Web site(s) where greenhouse gas emissions and/or reduction goals are reported:

**(End of Provision)**

**FAR 52.225-2 Buy American Act Certificate (May 2014)**

(a) The offeror certifies that each end product, except those listed in paragraph (b) of this provision, is a domestic end product and that for other than COTS items, the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The offeror shall list as foreign end products those end products manufactured in the United States that do not qualify as domestic end products, i.e., an end product that is not a COTS item and does not meet the component test in paragraph (2) of the definition of "domestic end product." The terms "commercially available off-the-shelf (COTS) item," "component," "domestic end product," "end product," "foreign end product," and "United States" are defined in the clause of this solicitation entitled "Buy American-Supplies."

(b) Foreign End Products:

(c) The Government will evaluate offers in accordance with the policies and procedures of Part 25 of the Federal Acquisition Regulation.

**(End of Provision)**

**FAR 52.225-4 Buy American-Free Trade Agreements-Israeli Trade Act Certificate (May 2014)**

(a) The offeror certifies that each end product, except those listed in paragraph (b) or (c) of this provision, is a domestic end product and that for other than COTS items, the offeror has considered components of unknown origin to have been   mined, produced, or manufactured outside the United States.   The terms "Bahrainian, Moroccan, Omani, Panamanian, or Peruvian end product," "commercially   available off-the-shelf (COTS) item," "component," "domestic end product," "end product," "foreign end product," "Free Trade Agreement country," "Free Trade Agreement country end product," "Israeli end product," and   "United States" are defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli   Trade Act."

(b) The offeror certifies that the following supplies are Free Trade Agreement country end products (other than Bahrainian, Moroccan, Omani, Panamanian, or Peruvian end products) or Israeli end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act":
Free Trade Agreement Country End Products(Other than Bahrainian, Moroccan, Omani, Panamanian, or Peruvian End Products) or Israeli End Products:"

(c) The offeror shall list those supplies that are foreign endproducts (other than those listed in paragraph (b) of this provision) as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act." The offeror shall list as other foreign end products those end products manufactured in the United States that do not qualify as domestic end products, i.e., an end product that is not a COTS item and does not meet the component test in paragraph (2) of the definition of "domestic end product."

Other Foreign End Products:

(d) The Government will evaluate offers in accordance with the policies and procedures of Part 25 of the Federal Acquisition Regulation.

**Alternate I (May 2014)**

As prescribed in 25.1101 (b)(2)(ii), substitute the following paragraph (b) for paragraph (b) of the basic provision:
(b) The offeror certifies that the following supplies are Canadian end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act":
Canadian End Products:

**Alternate II (May 2014)**

As prescribed in 25.1101(b)(2)(iii), substitute the following paragraph (b) for paragraph (b) of the basic provision:
(b) The offeror certifies that the following supplies are Canadian end products or Israeli end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act":
Canadian or Israeli End Products:

**Alternate III (May 2014)**

As prescribed in 25.1101(b)(2)(iv), substitute the following paragraph (b) for paragraph (b) of the basic provision:

(b) The offeror certifies that the following supplies are Free Trade Agreement country end products (other than Bahrainian,Korean, Moroccan, Omani, Panamanian, or Peruvian end products) or Israeli end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act":
Free Trade Agreement Country End Products (Other than Bahrainian, Korean, Moroccan, Omani, Panamanian, or Peruvian End Products) or Israeli End Products:

**(End of Provision)**

**FAR 52.225-6 Trade Agreements Certificate (May 2014)**

(a) The offeror certifies that each end product, except those listed in paragraph (b) of this provision, is a U.S.-made,or designated country, end product, as defined in the clause of this solicitation entitled "Trade Agreements."

(b) The offeror shall list as other end products those supplies that are not U.S.-made, or designated country, end products.
Other End Products:

(c) The Government will evaluate offers in accordance with the policies and procedures of Part 25 of the Federal Acquisition Regulation. For line items covered by the WTO GPA,the Government will evaluate offers of U.S.-made, or designated country, end products without regard to the restrictions of the Buy American statute. The Government will consider for award only offers of U.S.-made, or designated country, end products unless the Contracting Officer determines that there are no offers for those products or that the offers for those products are insufficient to fulfill the requirements of this solicitation.

**(End of Provision)**

**FAR 52.225-20 Prohibition on Conducting Restricted Business Operations in Sudan-Certification (Aug 2009)**

(a) Definitions. As used in this provision-

"Business operations" means engaging in commerce in any form, including by acquiring, developing, maintaining, owning, selling, possessing, leasing, or operating equipment, facilities, personnel, products, services, personal property, real property, or any other apparatus of business or commerce.

"Marginalized populations of Sudan" means-

(1) Adversely affected groups in regions authorized to receive assistance under section 8(c) of the Darfur Peace and Accountability Act (Pub. L. 109-344) (50 U.S.C. 1701 note); and

(2) Marginalized areas in Northern Sudan described in section 4(9) of such Act.

"Restricted business operations" means business operations in Sudan that include power production activities, mineral extraction activities, oil-related activities, or the production of military equipment, as those terms are defined in the Sudan Accountability and Divestment Act of 2007(Pub. L. 110-174). Restricted business operations do not include business operations that the person (as that term is defined in Section 2 of the Sudan Accountability and Divestment Act of 2007) conducting the business can demonstrate-

(1) Are conducted under contract directly and exclusively with the regional government of southern Sudan;

(2) Are conducted pursuant to specific authorization from the Office of Foreign Assets Control in the Department of the Treasury, or are expressly exempted under Federal law from the requirement to be conducted under such authorization;

(3) Consist of providing goods or services to marginalized populations of Sudan;

(4) Consist of providing goods or services to an internationally recognized peacekeeping force or humanitarian organization;

(5) Consist of providing goods or services that are used only to promote health or education; or

(6) Have been voluntarily suspended

(b) Certification. By submission of its offer, the offeror certifies that the offeror does not conduct any restricted business operations in Sudan.

### (End of Provision)

**FAR 52.225-25 Prohibition on Contracting with Entities Engaging in Certain Activities or Transactions Relating to Iran - Representation and Certifications (Oct 2015)**

(a) Definitions. As used in this provision-
"Person"-
(1) Means-
(i) A natural person;
(ii) A corporation, business association, partnership, society, trust, financial institution, insurer, underwriter, guarantor, and any other business organization, any other nongovernmental entity, organization, or group, and any governmental entity operating as a business enterprise; and

(iii) Any successor to any entity described in paragraph (1)(ii) of this definition; and

(2) Does not include a government or governmental entity that is not operating as a business enterprise.

"Sensitive technology"-

(1) Means hardware, software, telecommunications equipment, or any other technology that is to be used specifically-

(i) To restrict the free flow of unbiased information in Iran; or

(ii) To disrupt, monitor, or otherwise restrict speech of the people of Iran; and

(2) Does not include information or informational materials the export of which the President does not have the authority to regulate or prohibit pursuant to section 203(b)(3) of the International Emergency Economic Powers Act (50 U.S.C. 1702(b)(3)).

(b) The offeror shall e-mail questions concerning sensitive technology to the Department of State at CISADA106@state.gov.

(c) Except as provided in paragraph (d) of this provision or if a waiver has been granted in accordance with 25.703-4, by submission of its offer, the offeror-

(1) Represents, to the best of its knowledge and belief, that the offeror does not export any sensitive technology to the government of Iran or any entities or individuals owned or controlled by, or acting on behalf or at the direction of, the government of Iran;

(2) Certifies that the offeror, or any person owned or controlled by the offeror, does not engage in any activities for which sanctions may be imposed under section 5 of the Iran Sanctions Act. These sanctioned activities are in the areas of development of the petroleum resources of Iran, production of refined petroleum products in Iran, sale and provision of refined petroleum products to Iran, and contributing to Iran's ability to acquire or develop certain weapons or technologies; and

(3) Certifies that the offeror, and any person owned or controlled by the offeror, does not knowingly engage in any transaction that exceeds $3,500 with Iran's Revolutionary Guard Corps or any of its officials, agents, or affiliates, the property and interests in property of which are blocked pursuant to the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.) (see OFAC's Specially Designated Nationals and Blocked Persons List at http://www.treasury.gov/ofac/downloads/t11sdn.pdf).

(d)  Exception for trade agreements. The representation requirement of paragraph (c)(1) and the certification requirements of paragraphs (c)(2) and (c)(3) of this provision do not apply if-
   (1)  This solicitation includes a trade agreements notice or certification (e.g., 52.225-4, 52.225-6, 52.225-12, 52.225-24, or comparable agency provision); and
   (2)  The offeror has certified that all the offered products to be supplied are designated country end products or designated country construction material.

**(End of Provision)**

**FAR 52.226-2 Historically Black College or University and Minority Institution Representation (Oct 2014)**

(a)  Definitions. As used in this provision-

"Historically black college or university" means an institution determined by the Secretary of Education to meet the requirements of 34 CFR 608.2.

"Minority institution" means an institution of higher education meeting the requirements of Section 365(3) of the Higher Education Act of 1965 (20 U.S.C. 1067k), including a Hispanic-serving institution of higher education, as defined in Section 502(a) of the Act (20 U.S.C. 1101a).

(b)  Representation. The offeror represents that it-
[ ] is [X] is not a historically black college or university;

[ ] is [X] is not a minority institution.

**(End of Provision)**

**FAR 52.227-6 Royalty Information (Apr 1984)**

(a)  Cost or charges for royalties. When the response to this solicitation contains costs or charges for royalties totaling more than $250, the following information shall be included in the response relating to each separate item of royalty or license fee:

   (1)  Name and address of licensor.

   (2)  Date of license agreement.

   (3)  Patent numbers, patent application serial numbers, or other basis on which the royalty is payable.

   (4)  Brief description, including any part or model numbers of each contract item or component on which the royalty is payable.

   (5)  Percentage or dollar rate of royalty per unit.

   (6)  Unit price of contract item.

   (7)  Number of units.

   (8)  Total dollar amount of royalties.

(b)  Copies of current licenses. In addition, if specifically requested by the Contracting Officer before execution of the contract, the offeror shall furnish a copy of the current license agreement and an identification of applicable claims of specific patents.

**(End of Provision)**

**FAR 52.227-15 Representation of Limited Rights Data and Restricted Computer Software (Dec 2007)**

(a)  This solicitation sets forth the Government's known delivery requirements for data (as defined in the clause at 52.227-14, Rights in Data-General). Any resulting contract may also provide the Government the option to order additional data under the Additional Data Requirements clause at 52.227-16, if included in the contract. Any data delivered under the resulting contract will be subject to the Rights in Data-General clause at 52.227-14 included in this contract. Under the latter clause, a Contractor may withhold from delivery data that qualify as limited rights data or restricted computer software, and deliver form, fit, and function data instead. The latter clause also may be used with its Alternates II and or III to obtain delivery of limited rights data or restricted computer software, marked with limited rights or restricted rights notices, as appropriate. In addition, use of Alternate V with this latter clause provides the Government the right to inspect such data at the Contractor's facility.

(b)  By completing the remainder of this paragraph, the offeror represents that it has reviewed the requirements for the delivery of technical data or computer software and states [offeror check appropriate block]-

   (1)  [X] None of the data proposed for fulfilling such requirements qualifies as limited rights data or restricted computer software; or

   (2)  [ ] Data proposed for fulfilling such requirements qualify as limited rights data or restricted computer software and are identified as follows:

(c)  Any identification of limited rights data or restricted computer software in the offeror's response is not determinative of the status of the data should a contract be awarded to the offeror.

**(End of Provision)**

AR02690



| | Print | Close | Help |

**Transaction Information**

| Award Type: | Purchase Order | Prepared Date: | 08/27/2018 19:37:13 | Prepared User: | DAPPOLD |
| Award Status: | Final | Last Modified Date: | 08/27/2018 21:04:29 | Last Modified User: | DAPPOLD |
| Closed Status: | No | Closed Status Date: | | Closed By: | |

**Document Information**

| | Agency | Procurement Identifier | | Modification No | | Trans No |
| Award ID: | 1422 | 140L3918P0163 | | 0 | | 0 |
| Referenced IDV ID: | | | | | |
| Reason For Modification: | | | | | |
| Solicitation ID: | | | | | |

| | Agency Identifier | Main Account | Sub Account | | Initiative | |
| Treasury Account Symbol: | 14 | 5017 | | | Select One | ⌄ |

| Dates | | Amounts | |
| Date Signed: | 08/27/2018 | Action Obligation: | $17,000.00 |
| Effective Date: | 06/29/2018 | Base And Exercised Options Value: | $17,000.00 |
| Completion Date: | 08/27/2018 | Base And All Options Value (Total Contract Value): | $17,000.00 |
| Est. Ultimate Completion Date: | 08/27/2018 | Fee Paid for Use of Indefinite Delivery Vehicle: | $0.00 |
| Solicitation Date: | | | |

**Purchaser Information**

| Contracting Office Agency ID: | 1422 | Contracting Office Agency Name: | BUREAU OF LAND MANAGEMENT |
| Contracting Office ID: | 140L39 | Contracting Office Name: | NEVADA STATE OFFICE |
| Funding Agency ID: | 1422 | Funding Agency Name: | BUREAU OF LAND MANAGEMENT |
| Funding Office ID: | 140L39 | Funding Office Name: | NEVADA STATE OFFICE |
| Foreign Funding: | Not Applicable ⌄ | | |

**Contractor Information**

| SAM Exception: | | | [...] (Remove Exception) |
| DUNS No: | 081297042 | Street: | 445 MAIN ST |
| Vendor Name: | BRUNO'S COUNTRY CLUB LLC | Street2: | |
| DBAN: | | City: | GERLACH |
| Cage Code: | 85PS6 | State: | NV   Zip: 89412 |
| | | Country: | UNITED STATES |
| | | Phone: | (775) 221-2383 |
| | | Fax No: | |
| | | Congressional District: | |

**Business Category**
(Show Details)

| Organization Type | PARTNERSHIP | **Business Types** |
| State of Incorporation | NV | ✓ Partnership or Limited Liability Partnership |
| Country of Incorporation | USA | **Relationship With Federal Government** |
| | | ✓ All Awards |
| | | **Organization Factors** |
| | | ✓ For Profit Organization |
| | | ✓ Limited Liability Corporation |

**Contract Data**

| Type of Contract: | Firm Fixed Price | ⌄ |
| Inherently Governmental Functions: | Other Functions ⌄ | |
| Multiyear Contract: | Select One ⌄ | |
| Major Program: | | |
| National Interest Action: | None | ⌄ |
| Cost Or Pricing Data: | Select One ⌄ | |
| Purchase Card Used As Payment Method: | No ⌄ | |
| Undefinitized Action: | No ⌄ | |
| Performance Based Service Acquisition: | No - Service where PBA is not used ⌄ | |
| * FY 2004 and prior; 80% or more specified as performance requirement | | |
| * FY 2005 and later; 50% or more specified as performance requirement | | |
| Contingency Humanitarian Peacekeeping Operation: | Not Applicable | ⌄ |

AR02691

| | |
|---|---|
| Contract Financing: | Select One |
| Cost Accounting Standards Clause: | Select One |
| Consolidated Contract: | Not Consolidated |
| Number Of Actions: | 1 |

**Legislative Mandates**

**Principal Place of Performance**

| | | | State | Location | Country |
|---|---|---|---|---|---|
| Clinger-Cohen Act: | No | Principal Place Of Performance Code: | NV | | USA |
| Labor Standards: | No | Principal Place Of Performance County Name: | WASHOE | | |
| Materials, Supplies, Articles, and Equip: | Not Applicable | Principal Place Of Performance City Name: | GERLACH | | |
| Construction Wage Rate Requirements: | No | Congressional District Place Of Performance: | 02 | | |
| Additional Reporting: | Select One or More Options<br>Employment Eligibility Verification (52 222-54)<br>Service Contract Inventory (FAR 4 17) | Place Of Performance Zip Code (+4): | 89412 | - 0001 | |
| Interagency Contracting Authority: | Not Applicable | | | | |
| Other Interagency Contracting Statutory Authority:<br>(1000 characters) | | | | | |

**Product Or Service Information**

| | | | |
|---|---|---|---|
| Product/Service Code: | W059 | Description: | LEASE OR RENTAL OF EQUIPMENT - ELECTRICAL |
| Principal NAICS Code: | 721110 | Description: | HOTELS (EXCEPT CASINO HOTELS) AND MOTEL! |
| Bundled Contract: | Not Bundled | | |
| DOD Acquisition Program: | | | |
| Country of Product or Service Origin: | USA    UNITED STATES | | |
| Place of Manufacture: | Not a manufactured end product | | |
| Domestic or Foreign Entity: | U S Owned Business | | |
| Recovered Materials/Sustainability: | No Clauses Included and No Sustainability Included | | OMB Policy on Sustainable Acquisition |
| InfoTech Commercial Item Category: | Select One | | |
| Claimant Program Code: | | Description: | |
| Sea Transportation: | Select One | | |
| GFP Provided Under This Action: | Transaction does not use GFP | | |
| Use Of EPA Designated Products: | Not Required | | |
| Description Of Requirement:<br>(4000 characters) | 2018 BURNING MAN GENERATOR POWER HOOK UP | | |

**Competition Information**

| | |
|---|---|
| Extent Competed For Referenced IDV: | |
| Extent Competed: | Not Competed |
| Solicitation Procedures: | Only One Source |
| IDV Type Of Set Aside: | |
| Type Of Set Aside: | No set aside used |
| Type Of Set Aside Source: | This Action |
| Evaluated Preference: | No Preference used |
| SBIR/STTR: | Select One |
| Fair Opportunity/Limited Sources: | Select One |
| Other Than Full And Open Competition: | Unique Source (FAR 6 302-1(b)(1)) |
| Local Area Set Aside: | No |
| FedBizOpps: | No |
| A76 Action: | No |
| Commercial Item Acquisition Procedures: | Commercial Item |
| IDV Number of Offers: | |
| Number Of Offers Received: | 1    Number of Offers Source: This Action |
| Small Business Competitiveness Demonstration Program: | |
| Simplified Procedures for Certain Commercial Items: | No |
| Preference Programs / Other Data | |

AR02692

| Contracting Officer's Business Size Selection: | Small Business |
| --- | --- |
| Subcontract Plan: | Plan Not Required |
| Price Evaluation Percent Difference: | % |

AR02693

AR02694



Dawn Crowder    Log Out

⚠ ALERT - June 11, 2018: Entities registering in SAM must submit a **notarized letter** appointing their authorized Entity Administrator. Read our **updated FAQs** to learn more about changes to the notarized letter review process and other system improvements.

⚠ ALERT - There may be a delay in data updates between the Small Business Administration (SBA) and SAM. If you notice any issues with your entity's SBA status or trouble on the SBA Supplemental page, please contact the Federal Service Desk.

⚠ ALERT - SAM.gov will be down for scheduled maintenance Friday, February 01, 2019, from 6 PM to midnight (EST)

---

## Entity Dashboard

› **Entity Overview**

› **Entity Registration**

   › Core Data

   › Assertions

   › Reps & Certs

   › POCs

› **Reports**

   › Service Contract Report

   › BioPreferred Report

› **Exclusions**

   › Active Exclusions

   › Inactive Exclusions

   › Excluded Family Members

[ RETURN TO SEARCH ]

Bruno's Country Club LLC
DUNS: 081297042    CAGE Code: 85PS6
Status: Active
Expiration Date: 08/22/2019
Purpose of Registration: All Awards

445 Main St
Gerlach, NV, 89412 ,
UNITED STATES

**Active Exclusions**

**Page Description**

There are no active exclusion records associated to this entity by its unique entity identifier, i.e. the DUNS Number. You may conduct additional searches for exclusion records using different search criteria by selecting Search Records in the main navigation.

[ PRINT ]

---



IBM-P-20181206-1708
WWW5

Search Records    Disclaimers       FAPIIS.gov
Data Access        Accessibility     GSA.gov/IAE
Check Status       Privacy Policy    GSA.gov
About                                USA.gov
Help

AR02696

**Dawn Crowder**

| | |
|---|---|
| **From:** | Pirtle, Mark |
| **Sent:** | Wednesday, June 20, 2018 1:31 PM |
| **To:** | Willie |
| **Cc:** | David Appold |
| **Subject:** | Fwd: FW: SAM Registration for Bruno's Country Club |
| **Attachments:** | SAM Brunos Country Club.pdf |

Willie, BLM records show "The Bruno Country Club" SAM is expired. You need to have Barry re-do and let us know when completed, thanks

---------- Forwarded message ----------
From: **David Appold** <dappold@blm.gov>
Date: Wed, Jun 20, 2018 at 1:28 PM
Subject: FW: SAM Registration for Bruno's Country Club
To: Mark Pirtle <mpirtle@blm.gov>

FYI, SAM is expired.

**From:** Gregory Kothman <gkothman@blm.gov>
**Sent:** Wednesday, June 20, 2018 1:21 PM
**To:** David Appold <dappold@blm.gov>
**Subject:** SAM Registration for Bruno's Country Club

Inactive.

Kind regards,

Greg

Greg Kothman

Contract Specialist

Bureau of Land Management

Nevada State Office

1

AR02697

1340 Financial Blvd

Reno, NV 89502

gkothman@blm.gov

(775)861-6440

AR02698

**Dawn Crowder**

| | |
|---|---|
| **From:** | David Appold |
| **Sent:** | Friday, June 29, 2018 4:00 PM |
| **To:** | courtneytransport@gmail.com |
| **Cc:** | Mark Pirtle; Rebecca Andres; Gregory Kothman; Acquisition and AA |
| **Subject:** | Re: Gerlach Lodging Facilities - Electrical Wiring 12 Volt Systems - NOT-TO-EXCEED $17,000.00 |

Willie,

This email is authorization to proceed with the Electrical Wiring, 12 Volt Systems for generator power hookups at the four Gerlach Lodge Facilities used by BLM during the 2018 Burning Man Event. The contract shall not exceed $17,000.00 and to be completed by 8/15/2018.

BLM contracting will do the following:

- Issue Bruno's a contract for this effort once the SAM.GOV registration is completed and active
- BLM Cannot make payment until the SAM registration is complete

Bruno's will do:

- Acknowledge receipt of this email and accept.
- Bruno's will perform the work
- Bruno's will update their SAM registration to (For help with SAM.GOV,  call Steve Yates 775-687-9921)
- Bruno's is responsible for any and all subcontractors

BLM Release of Claims:

- At the issuance of the email for you to proceed, BLM will not be liable for any damage to the lodging facility or loss of life from this work performed.

  Upon release of this email by BLM, NV, United States of America (hereafter called the government) does remise, release and discharge the government, its officer, agents and employees of and
   from all liabilities,  obligations, claims and demands whatsoever arising out of or under this contract, subject only to specified claims in stated amounts, or in estimated amounts where the
  amounts are not susceptible of exact statement by the contractor.

Respectfully,

AR02699

Dave

David W. Appold
Supervisory Procurement Analyst/Contracting Officer
BLM Nevada State Office
(O) 775-861-6417
(F) 775-861-6634
dappold@blm.gov

AR02700

**Dawn Crowder**

| | |
|---|---|
| From: | Palmer, Stephen |
| Sent: | Thursday, July 5, 2018 1:48 PM |
| To: | David Appold |
| Cc: | Rebecca Andres; Mark Pirtle |
| Subject: | Re: FW: SOW for PR - Bruno Country Club Up-grade to Electrical System for DC Generator power |

Dave, here is my response to the request to review the proposed contracting action related to the Burning Man event. Please let me know if you have any questions. Thx. Steve

BLM has asked the Regional Solicitor's opinion on the legal sufficiency for BLM to directly contract for the installation of wiring necessary to use back up generators at the motel/lodge in Gerlach where BLM employees (and other detailed by BLM) stay for the Burning Man event using Cost Recovery funds for the event.  It appears that FLPMA section 304 allows for such expenses to be included in authorized cost recovery for this event.  The funds for such activities that are funded through cost recovery are to be provided in advance of the BLM activity that is to be funded and are treated as appropriated funds for such purpose.  As such, these funds may be used for the direct contracting purpose under the cost recovery authority.  Before BLM can obligate these funds to the proposed contract to conduct the work, BLM will need to provide a justification that such work (improving private property) is necessary.  That rule is explained as follows:

"As a general rule, absent specific authorization, federal funds may not be used to improve property not owned by the federal government. *Matter of: Demolition of the Existing LaGuardia Air Traffic Control Tower, B-26457 (January 29, 2001)*.  In this decision, the Comptroller General provided the following explanation:

> The reasoning behind this prohibition is that to permit such improvements would constitute a gratuity to the owner which government officials are not authorized to make in the absence of statutory authority. *See 65 Comp. Gen. 722, 723-724 (1986)*.  In many situations, however, there is a benefit or return to the government as a result of making permanent improvements to property it does not own.  This prohibition, therefore, is recognized as one of public policy, not statutory prohibition, *Id. at 724*, and we have recognized exceptions to the general prohibition based on the facts and circumstances of particular cases. See, e.g., *71 Comp. Gen. 4 (1991); 38 Comp. Gen. 143 (1958)*.

The decision then identified four factors that must be satisfied before appropriated funds may be expended for permanent alterations to property not owned by the government.  These factors are: (1) the improvements are incidental to and essential for the accomplishment of the purpose of the appropriation, (2) the cost of the improvement is in reasonable proportion to the overall cost of the contract price, (3) the improvements are used for the principal benefit of the government, and (4) the interests of the government in the improvements are protected. See, e.g., *71 Comp. Gen. 4 (1991); 69 Comp. Gen. 673 (1990); 53 Comp. Gen. 351, 352 (1973)*."

In conversations with BLM, it appears they will be able to satisfy these requirements.  Thus, assuming BLM is able to justify these funds being spent for the improvement of private property, it appears that funds obtained through cost recovery for the Burning Man event may be used as suggested by BLM.  One further point, was to be sure that in any MOU with the proponent that use of the cost recovery funds for this purpose be expressly agreed to and that the proponent assume the liability for these improvements, including any corrections or maintenance that may be needed.

On Thu, Jun 21, 2018 at 5:03 PM, David Appold <dappold@blm.gov> wrote:

1

Steve,

Please see the attached for our call next week.

Dave

**From:** Pirtle, Mark <mpirtle@blm.gov>
**Sent:** Thursday, June 21, 2018 1:40 PM
**To:** Eleanor Taylor <emtaylor@blm.gov>
**Cc:** Mark Hall <mehall@blm.gov>; David Appold <dappold@blm.gov>
**Subject:** SOW for PR - Bruno Country Club Up-grade to Electrical System for DC Generator power

Eleanor, this SOW needs to be up-loaded into the PR that was for $17,000.00 using the 5105 Charge code.

2

AR02702

```
                              B03
WD 15-5595 (Rev.-6) was first posted on www.wdol.gov on 08/07/2018
*****************************************************************************
```

| REGISTER OF WAGE DETERMINATIONS UNDER | U.S. DEPARTMENT OF LABOR |
| THE SERVICE CONTRACT ACT | EMPLOYMENT STANDARDS ADMINISTRATION |
| By direction of the Secretary of Labor | WAGE AND HOUR DIVISION |
| | WASHINGTON D.C.  20210 |

```
                                    |  Wage Determination No.: 2015-5595
Daniel W. Simms        Division of  |       Revision No.: 6
Director          Wage Determinations|   Date Of Revision: 08/02/2018
```

Note: Under Executive Order (EO) 13658, an hourly minimum wage of $10.35 for
calendar year 2018 applies to all contracts subject to the Service Contract
Act for which the contract is awarded (and any solicitation was issued) on or
after January 1, 2015. If this contract is covered by the EO, the contractor
must pay all workers in any classification listed on this wage determination
at least $10.35 per hour (or the applicable wage rate listed on this wage
determination, if it is higher) for all hours spent performing on the contract
in calendar year 2018. The EO minimum wage rate will be adjusted annually.
Additional information on contractor requirements and worker protections under
the EO is available at www.dol.gov/whd/govcontracts

State: Nevada

Area: Nevada Counties of Storey, Washoe

```
          **Fringe Benefits Required Follow the Occupational Listing**
OCCUPATION CODE - TITLE                           FOOTNOTE          RATE
01000 - Administrative Support And Clerical Occupations
   01011 - Accounting Clerk I                                       15.66
   01012 - Accounting Clerk II                                      17.58
   01013 - Accounting Clerk III                                     19.67
   01020 - Administrative Assistant                                 26.57
   01035 - Court Reporter                                           19.55
   01041 - Customer Service Representative I                        12.57
   01042 - Customer Service Representative II                       14.15
   01043 - Customer Service Representative III                      15.43
   01051 - Data Entry Operator I                                    12.44
   01052 - Data Entry Operator II                                   13.86
   01060 - Dispatcher, Motor Vehicle                                21.62
   01070 - Document Preparation Clerk                               17.24
   01090 - Duplicating Machine Operator                             17.24
   01111 - General Clerk I                                          14.40
   01112 - General Clerk II                                         15.72
   01113 - General Clerk III                                        17.65
   01120 - Housing Referral Assistant                               21.80
```

                               Page 1

AR02703

B03

```
01141 - Messenger Courier                                 13.07
01191 - Order Clerk I                                     15.15
01192 - Order Clerk II                                    16.59
01261 - Personnel Assistant (Employment) I                15.66
01262 - Personnel Assistant (Employment) II               17.52
01263 - Personnel Assistant (Employment) III              19.53
01270 - Production Control Clerk                          20.31
01290 - Rental Clerk                                      14.77
01300 - Scheduler, Maintenance                            17.48
01311 - Secretary I                                       17.48
01312 - Secretary II                                      19.55
01313 - Secretary III                                     21.80
01320 - Service Order Dispatcher                          17.78
01410 - Supply Technician                                 26.57
01420 - Survey Worker                                     17.81
01460 - Switchboard Operator/Receptionist                 14.53
01531 - Travel Clerk I                                    14.37
01532 - Travel Clerk II                                   15.26
01533 - Travel Clerk III                                  15.95
01611 - Word Processor I                                  14.86
01612 - Word Processor II                                 16.69
01613 - Word Processor III                                18.66
05000 - Automobile Service Occupations
  05005 - Automobile Body Repairer, Fiberglass            23.47
  05010 - Automotive  Electrician                         21.13
  05040 - Automotive Glass Installer                      19.65
  05070 - Automotive Worker                               19.65
  05110 - Mobile Equipment Servicer                       17.34
  05130 - Motor Equipment Metal Mechanic                  21.35
  05160 - Motor Equipment Metal Worker                    19.65
  05190 - Motor Vehicle Mechanic                          21.73
  05220 - Motor Vehicle Mechanic Helper                   17.34
  05250 - Motor Vehicle Upholstery Worker                 19.65
  05280 - Motor Vehicle Wrecker                           19.65
  05310 - Painter, Automotive                             20.49
  05340 - Radiator Repair Specialist                      19.65
  05370 - Tire Repairer                                   16.08
  05400 - Transmission Repair Specialist                  21.35
07000 - Food Preparation And Service Occupations
  07010 - Baker                                           13.82
  07041 - Cook I                                          14.85
  07042 - Cook II                                         16.68
  07070 - Dishwasher                                       9.59
  07130 - Food Service Worker                              9.66
  07210 - Meat Cutter                                     21.97
  07260 - Waiter/Waitress                                  8.85
09000 - Furniture Maintenance And Repair Occupations
  09010 - Electrostatic Spray Painter                     18.99
```

Page 2

AR02704

B03

```
   09040 - Furniture Handler                                       14.83
   09080 - Furniture Refinisher                                    18.99
   09090 - Furniture Refinisher Helper                             15.28
   09110 - Furniture Repairer, Minor                               17.11
   09130 - Upholsterer                                             17.51
11000 - General Services And Support Occupations
   11030 - Cleaner, Vehicles                                       12.44
   11060 - Elevator Operator                                       12.44
   11090 - Gardener                                                17.49
   11122 - Housekeeping Aide                                       10.64
   11150 - Janitor                                                 10.64
   11210 - Laborer, Grounds Maintenance                            14.06
   11240 - Maid or Houseman                                        10.03
   11260 - Pruner                                                  12.98
   11270 - Tractor Operator                                        16.19
   11330 - Trail Maintenance Worker                                14.06
   11360 - Window Cleaner                                          11.52
12000 - Health Occupations
   12010 - Ambulance Driver                                        19.39
   12011 - Breath Alcohol Technician                               19.39
   12012 - Certified Occupational Therapist Assistant              31.36
   12015 - Certified Physical Therapist Assistant                  23.73
   12020 - Dental Assistant                                        19.00
   12025 - Dental Hygienist                                        45.50
   12030 - EKG Technician                                          35.78
   12035 - Electroneurodiagnostic Technologist                     35.78
   12040 - Emergency Medical Technician                            19.39
   12071 - Licensed Practical Nurse I                              20.43
   12072 - Licensed Practical Nurse II                             22.86
   12073 - Licensed Practical Nurse III                            25.49
   12100 - Medical Assistant                                       16.96
   12130 - Medical Laboratory Technician                           21.35
   12160 - Medical Record Clerk                                    18.13
   12190 - Medical Record Technician                               20.28
   12195 - Medical Transcriptionist                                20.17
   12210 - Nuclear Medicine Technologist                           50.24
   12221 - Nursing Assistant I                                     11.64
   12222 - Nursing Assistant II                                    13.10
   12223 - Nursing Assistant III                                   14.29
   12224 - Nursing Assistant IV                                    16.04
   12235 - Optical Dispenser                                       20.05
   12236 - Optical Technician                                      17.47
   12250 - Pharmacy Technician                                     17.11
   12280 - Phlebotomist                                            17.31
   12305 - Radiologic Technologist                                 32.74
   12311 - Registered Nurse I                                      27.63
   12312 - Registered Nurse II                                     35.14
   12313 - Registered Nurse II, Specialist                         35.14
```

Page 3

AR02705

B03

```
12314 - Registered Nurse III                                    40.94
12315 - Registered Nurse III, Anesthetist                       40.94
12316 - Registered Nurse IV                                     49.04
12317 - Scheduler (Drug and Alcohol Testing)                    28.32
12320 - Substance Abuse Treatment Counselor                     24.97
13000 - Information And Arts Occupations
13011 - Exhibits Specialist I                                   21.59
13012 - Exhibits Specialist II                                  26.75
13013 - Exhibits Specialist III                                 32.71
13041 - Illustrator I                                           21.59
13042 - Illustrator II                                          26.75
13043 - Illustrator III                                         32.71
13047 - Librarian                                               29.62
13050 - Library Aide/Clerk                                      19.16
13054 - Library Information Technology Systems                  26.75
Administrator
13058 - Library Technician                                      22.53
13061 - Media Specialist I                                      19.30
13062 - Media Specialist II                                     21.59
13063 - Media Specialist III                                    24.07
13071 - Photographer I                                          15.87
13072 - Photographer II                                         17.74
13073 - Photographer III                                        21.98
13074 - Photographer IV                                         26.88
13075 - Photographer V                                          32.53
13090 - Technical Order Library Clerk                           18.74
13110 - Video Teleconference Technician                         20.97
14000 - Information Technology Occupations
14041 - Computer Operator I                                     16.33
14042 - Computer Operator II                                    18.27
14043 - Computer Operator III                                   20.37
14044 - Computer Operator IV                                    22.63
14045 - Computer Operator V                                     25.06
14071 - Computer Programmer I              (see 1)              22.61
14072 - Computer Programmer II             (see 1)
14073 - Computer Programmer III            (see 1)
14074 - Computer Programmer IV             (see 1)
14101 - Computer Systems Analyst I         (see 1)
14102 - Computer Systems Analyst II        (see 1)
14103 - Computer Systems Analyst III       (see 1)
14150 - Peripheral Equipment Operator                           16.33
14160 - Personal Computer Support Technician                    22.63
14170 - System Support Specialist                               29.06
15000 - Instructional Occupations
15010 - Aircrew Training Devices Instructor (Non-Rated)         29.62
15020 - Aircrew Training Devices Instructor (Rated)             39.42
15030 - Air Crew Training Devices Instructor (Pilot)            40.72
15050 - Computer Based Training Specialist / Instructor         29.62
```

Page 4

B03

```
15060 - Educational Technologist                           34.68
15070 - Flight Instructor (Pilot)                          40.72
15080 - Graphic Artist                                     23.61
15085 - Maintenance Test Pilot, Fixed, Jet/Prop            38.60
15086 - Maintenance Test Pilot, Rotary Wing                38.60
15088 - Non-Maintenance Test/Co-Pilot                      38.60
15090 - Technical Instructor                               20.29
15095 - Technical Instructor/Course Developer              24.81
15110 - Test Proctor                                       17.17
15120 - Tutor                                              17.17
16000 - Laundry, Dry-Cleaning, Pressing And Related Occupations
16010 - Assembler                                          12.24
16030 - Counter Attendant                                  12.24
16040 - Dry Cleaner                                        13.97
16070 - Finisher, Flatwork, Machine                        12.24
16090 - Presser, Hand                                      12.24
16110 - Presser, Machine, Drycleaning                      12.24
16130 - Presser, Machine, Shirts                           12.24
16160 - Presser, Machine, Wearing Apparel, Laundry         12.24
16190 - Sewing Machine Operator                            14.61
16220 - Tailor                                             15.19
16250 - Washer, Machine                                    12.82
19000 - Machine Tool Operation And Repair Occupations
19010 - Machine-Tool Operator (Tool Room)                  23.44
19040 - Tool And Die Maker                                 28.25
21000 - Materials Handling And Packing Occupations
21020 - Forklift Operator                                  18.40
21030 - Material Coordinator                               20.31
21040 - Material Expediter                                 20.31
21050 - Material Handling Laborer                          14.34
21071 - Order Filler                                       14.13
21080 - Production Line Worker (Food Processing)           18.40
21110 - Shipping Packer                                    16.68
21130 - Shipping/Receiving Clerk                           16.68
21140 - Store Worker I                                     14.43
21150 - Stock Clerk                                        18.29
21210 - Tools And Parts Attendant                          18.40
21410 - Warehouse Specialist                               18.40
23000 - Mechanics And Maintenance And Repair Occupations
23010 - Aerospace Structural Welder                        29.86
23019 - Aircraft Logs and Records Technician               24.13
23021 - Aircraft Mechanic I                                28.44
23022 - Aircraft Mechanic II                               29.86
23023 - Aircraft Mechanic III                              31.33
23040 - Aircraft Mechanic Helper                           21.11
23050 - Aircraft, Painter                                  26.94
23060 - Aircraft Servicer                                  24.13
23070 - Aircraft Survival Flight Equipment Technician      26.94
```

Page 5

AR02707

B03

```
23080 - Aircraft Worker                                    25.52
23091 - Aircrew Life Support Equipment (ALSE) Mechanic     25.52
I
23092 - Aircrew Life Support Equipment (ALSE) Mechanic     28.44
II
23110 - Appliance Mechanic                                 21.84
23120 - Bicycle Repairer                                   15.25
23125 - Cable Splicer                                      26.91
23130 - Carpenter, Maintenance                             24.54
23140 - Carpet Layer                                       27.75
23160 - Electrician, Maintenance                           27.43
23181 - Electronics Technician Maintenance I               24.80
23182 - Electronics Technician Maintenance II              26.18
23183 - Electronics Technician Maintenance III             28.00
23260 - Fabric Worker                                      21.00
23290 - Fire Alarm System Mechanic                         26.73
23310 - Fire Extinguisher Repairer                         19.77
23311 - Fuel Distribution System Mechanic                  25.17
23312 - Fuel Distribution System Operator                  21.51
23370 - General Maintenance Worker                         18.24
23380 - Ground Support Equipment Mechanic                  28.44
23381 - Ground Support Equipment Servicer                  24.13
23382 - Ground Support Equipment Worker                    25.52
23391 - Gunsmith I                                         19.77
23392 - Gunsmith II                                        22.21
23393 - Gunsmith III                                       24.75
23410 - Heating, Ventilation And Air-Conditioning          26.32
Mechanic
23411 - Heating, Ventilation And Air Contidioning          27.62
Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                           29.59
23440 - Heavy Equipment Operator                           25.96
23460 - Instrument Mechanic                                24.75
23465 - Laboratory/Shelter Mechanic                        23.44
23470 - Laborer                                            13.62
23510 - Locksmith                                          26.95
23530 - Machinery Maintenance Mechanic                     22.80
23550 - Machinist, Maintenance                             21.70
23580 - Maintenance Trades Helper                          16.61
23591 - Metrology Technician I                             24.75
23592 - Metrology Technician II                            25.98
23593 - Metrology Technician III                           27.26
23640 - Millwright                                         24.75
23710 - Office Appliance Repairer                          20.16
23760 - Painter, Maintenance                               18.20
23790 - Pipefitter, Maintenance                            27.67
23810 - Plumber, Maintenance                               26.88
23820 - Pneudraulic Systems Mechanic                       24.75
```

Page 6

B03

```
23850 - Rigger                                              24.75
23870 - Scale Mechanic                                      22.21
23890 - Sheet-Metal Worker, Maintenance                     25.56
23910 - Small Engine Mechanic                               21.94
23931 - Telecommunications Mechanic I                       26.12
23932 - Telecommunications Mechanic II                      27.41
23950 - Telephone Lineman                                   25.08
23960 - Welder, Combination, Maintenance                    21.89
23965 - Well Driller                                        25.17
23970 - Woodcraft Worker                                    24.75
23980 - Woodworker                                          19.77
24000 - Personal Needs Occupations
24550 - Case Manager                                        17.32
24570 - Child Care Attendant                                12.05
24580 - Child Care Center Clerk                             15.40
24610 - Chore Aide                                          10.52
24620 - Family Readiness And Support Services               17.32
Coordinator
24630 - Homemaker                                           17.32
25000 - Plant And System Operations Occupations
25010 - Boiler Tender                                       24.75
25040 - Sewage Plant Operator                               30.90
25070 - Stationary Engineer                                 24.75
25190 - Ventilation Equipment Tender                        18.37
25210 - Water Treatment Plant Operator                      30.90
27000 - Protective Service Occupations
27004 - Alarm Monitor                                       28.04
27007 - Baggage Inspector                                   11.95
27008 - Corrections Officer                                 26.26
27010 - Court Security Officer                              26.26
27030 - Detection Dog Handler                               18.18
27040 - Detention Officer                                   26.26
27070 - Firefighter                                         26.26
27101 - Guard I                                             11.95
27102 - Guard II                                            18.18
27131 - Police Officer I                                    30.96
27132 - Police Officer II                                   34.42
28000 - Recreation Occupations
28041 - Carnival Equipment Operator                         11.77
28042 - Carnival Equipment Repairer                         12.71
28043 - Carnival Worker                                      9.44
28210 - Gate Attendant/Gate Tender                          14.30
28310 - Lifeguard                                           11.84
28350 - Park Attendant (Aide)                               16.00
28510 - Recreation Aide/Health Facility Attendant           11.68
28515 - Recreation Specialist                               19.82
28630 - Sports Official                                     12.74
28690 - Swimming Pool Operator                              17.68
```

AR02709

B03

```
29000 - Stevedoring/Longshoremen Occupational Services
  29010 - Blocker And Bracer                                              22.21
  29020 - Hatch Tender                                                    22.21
  29030 - Line Handler                                                    22.21
  29041 - Stevedore I                                                     21.00
  29042 - Stevedore II                                                    23.44
30000 - Technical Occupations
  30010 - Air Traffic Control Specialist, Center (HFO)   (see 2)          38.15
  30011 - Air Traffic Control Specialist, Station (HFO)  (see 2)          26.30
  30012 - Air Traffic Control Specialist, Terminal (HFO) (see 2)          28.97
  30021 - Archeological Technician I                                      18.02
  30022 - Archeological Technician II                                     20.17
  30023 - Archeological Technician III                                    24.55
  30030 - Cartographic Technician                                         24.55
  30040 - Civil Engineering Technician                                    27.30
  30051 - Cryogenic Technician I                                          26.17
  30052 - Cryogenic Technician II                                         28.91
  30061 - Drafter/CAD Operator I                                          18.02
  30062 - Drafter/CAD Operator II                                         20.17
  30063 - Drafter/CAD Operator III                                        22.50
  30064 - Drafter/CAD Operator IV                                         27.19
  30081 - Engineering Technician I                                        16.00
  30082 - Engineering Technician II                                       17.96
  30083 - Engineering Technician III                                      20.10
  30084 - Engineering Technician IV                                       24.88
  30085 - Engineering Technician V                                        30.45
  30086 - Engineering Technician VI                                       36.85
  30090 - Environmental Technician                                        27.01
  30095 - Evidence Control Specialist                                     23.63
  30210 - Laboratory Technician                                           17.39
  30221 - Latent Fingerprint Technician I                                 34.56
  30222 - Latent Fingerprint Technician II                                38.17
  30240 - Mathematical Technician                                         26.12
  30361 - Paralegal/Legal Assistant I                                     20.22
  30362 - Paralegal/Legal Assistant II                                    25.06
  30363 - Paralegal/Legal Assistant III                                   30.36
  30364 - Paralegal/Legal Assistant IV                                    37.09
  30375 - Petroleum Supply Specialist                                     28.91
  30390 - Photo-Optics Technician                                         24.55
  30395 - Radiation Control Technician                                    28.91
  30461 - Technical Writer I                                              30.04
  30462 - Technical Writer II                                             35.23
  30463 - Technical Writer III                                            37.07
  30491 - Unexploded Ordnance (UXO) Technician I                          24.24
  30492 - Unexploded Ordnance (UXO) Technician II                         29.33
  30493 - Unexploded Ordnance (UXO) Technician III                        35.16
  30494 - Unexploded (UXO) Safety Escort                                  24.24
  30495 - Unexploded (UXO) Sweep Personnel                                24.24
```

AR02710

B03

```
   30501 - Weather Forecaster I                            27.19
   30502 - Weather Forecaster II                           33.08
   30620 - Weather Observer, Combined Upper Air Or  (see 2) 22.50
   Surface Programs
   30621 - Weather Observer, Senior               (see 2)  24.55
31000 - Transportation/Mobile Equipment Operation Occupations
   31010 - Airplane Pilot                                  29.33
   31020 - Bus Aide                                        15.82
   31030 - Bus Driver                                      20.61
   31043 - Driver Courier                                  15.81
   31260 - Parking and Lot Attendant                        9.63
   31290 - Shuttle Bus Driver                              16.60
   31310 - Taxi Driver                                     11.80
   31361 - Truckdriver, Light                              16.60
   31362 - Truckdriver, Medium                             17.68
   31363 - Truckdriver, Heavy                              22.76
   31364 - Truckdriver, Tractor-Trailer                    22.76
99000 - Miscellaneous Occupations
   99020 - Cabin Safety Specialist                         14.30
   99030 - Cashier                                         10.48
   99050 - Desk Clerk                                      11.18
   99095 - Embalmer                                        24.24
   99130 - Flight Follower                                 24.24
   99251 - Laboratory Animal Caretaker I                   13.67
   99252 - Laboratory Animal Caretaker II                  14.77
   99260 - Marketing Analyst                               27.79
   99310 - Mortician                                       24.24
   99410 - Pest Controller                                 19.94
   99510 - Photofinishing Worker                           13.78
   99710 - Recycling Laborer                               16.59
   99711 - Recycling Specialist                            19.13
   99730 - Refuse Collector                                18.37
   99810 - Sales Clerk                                     14.32
   99820 - School Crossing Guard                           17.56
   99830 - Survey Party Chief                              37.37
   99831 - Surveying Aide                                  25.20
   99832 - Surveying Technician                            27.40
   99840 - Vending Machine Attendant                       14.84
   99841 - Vending Machine Repairer                        17.81
   99842 - Vending Machine Repairer Helper                 14.84
```

Note: Executive Order (EO) 13706, Establishing Paid Sick Leave for Federal
Contractors, applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1,

AR02711

B03

2017.  If this contract is covered by the EO, the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work, up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness, injury or other health-related needs, including preventive care; to
assist a family member (or person who is like family to the employee) who is ill,
injured, or has other health-related needs, including preventive care; or for
reasons resulting from, or to assist a family member (or person who is like family
to the employee) who is the victim of, domestic violence, sexual assault, or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.48 per hour or $179.20 per week or $776.53 per month

HEALTH & WELFARE EO 13706: $4.18 per hour, or $167.20 per week, or $724.53 per
month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706, Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor, 3 weeks after 5 years, and 4 weeks after 15 years.  Length of service
includes the whole span of continuous service with the present contractor or
successor, wherever employed, and with the predecessor contractors in the
performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year:  New Year's Day, Martin Luther
King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day,
Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A
contractor may substitute for any of the named holidays another day off with pay in
accordance with a plan communicated to the employees involved.)  (See 29 CFR 4.174)

THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b), this wage determination does
not apply to any employee who individually qualifies as a bona fide executive,
administrative, or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals, (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition, because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey

AR02712

B03

data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees.  For example, if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate, then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally, because job titles vary widely and change quickly in the computer industry, job titles are not determinative of the application of the computer professional exemption.  Therefore, the exemption applies only to computer employees who satisfy the compensation requirements and whose primary duty consists of:
    (1) The application of systems analysis techniques and procedures, including consulting with users, to determine hardware, software or system functional specifications;
    (2) The design, development, documentation, analysis, creation, testing or modification of computer systems or programs, including prototypes, based on and related to user or system design specifications;
    (3) The design, documentation, testing, creation or modification of computer programs related to machine operating systems; or
    (4) A combination of the aforementioned duties, the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty, you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance, explosives, and incendiary materials.  This includes work such as screening, blending, dying, mixing, and pressing of sensitive ordnance, explosives, and pyrotechnic compositions such as lead azide, black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization, modification, renovation, demolition, and maintenance operations on sensitive ordnance, explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with, or in close proximity to

Page 11

AR02713

B03

ordnance, (or employees possibly adjacent to) explosives and incendiary materials
which involves potential injury such as laceration of hands, face, or arms of the
employee engaged in the operation, irritation of the skin, minor burns and the like;
minimal damage to immediate or adjacent work area or equipment being used.  All
operations involving, unloading, storage, and hauling of ordnance, explosive, and
incendiary ordnance material other than small arms ammunition.  These differentials
are only applicable to work that has been specifically designated by the agency for
ordnance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract
(either by the terms of the Government contract, by the employer, by the state or
local law, etc.), the cost of furnishing such uniforms and maintaining (by
laundering or dry cleaning) such uniforms is an expense that may not be borne by an
employee where such cost reduces the hourly rate below that required by the wage
determination. The Department of Labor will accept payment in accordance with the
following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an
adequate number of uniforms without cost or to reimburse employees for the actual
cost of the uniforms.  In addition, where uniform cleaning and maintenance is made
the responsibility of the employee, all contractors and subcontractors subject to
this wage determination shall (in the absence of a bona fide collective bargaining
agreement providing for a different amount, or the furnishing of contrary
affirmative proof as to the actual cost), reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However, in
those instances where the uniforms furnished are made of "wash and wear"
materials, may be routinely washed and dried with other personal garments, and do
not require any special treatment such as dry cleaning, daily washing, or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract, by the contractor, by law, or by the nature of the work,
there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
"Service Contract Act Directory of Occupations", Fifth Edition (Revision 1),
dated September 2015, unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE, Standard
Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e., the work to
be performed is not performed by any classification listed in the wage

AR02714

B03

determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final determination of conformed classification, wage rate, and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification.  Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract.  (See 29 CFR 4.6(b)(2)(v). When multiple wage determinations are included in a contract, a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order the proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the U.S. Department of Labor, Wage and Hour Division, for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

Page 13

AR02715

B03

When preparing a conformance request, the "Service Contract Act Directory of Occupations" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1)).

AR02716

***Background Information for Contracting Justification Document for the Government
contract with Bruno Country Club (Willie Courtney) for the 12V wiring project of Bruno
Lodging Facilities used by BLM during the Burning Man SRP Event Operation for the
Administrative Record.***

(Dave, you can add this information to your final Justification Document)

The Burning Man Event is a Bureau of Land Management (BLM) Special Recreation Permit
(SRP) permitted gathering of participants who engage in an "experiment in temporary
community dedicated to radical self-expression and self-reliance". Burning Man is the largest
and most complicated special recreation event on BLM administered lands. The event is
produced by the permittee, Black Rock City, LLC (BRC, LLC).

Since 1990, the event has been held annually in the Black Rock Desert – High Rock Canyon –
Emigrant Trails National Conservation Area within the Winnemucca District's Black Rock Field
Office (BRFO). The Black Rock Desert is a remote rural area approximately two hours from the
nearest city. During the week preceding Labor Day, participants convene to create Black Rock
City. During the event, Black Rock City becomes approximately the eighth largest city in
Nevada. BLM is currently processing a 10 year Environmental Impact Statement (EIS) to
continue the event in its current location for the next 10 years.

BLM conducts an event operation at the event site for approximately 3 weeks which includes
approximately 136 detailers (approximately 75 federal law enforcement officers, approximately
30 BLM support employees, working in command, logistics, communications, compliance and
approximately 27 on-site contractors).

BLM must provide lodging accommodations for all BLM/Contractor detailers. The lodging
costs incurred by BLM are paid by the SRP permittee, BRC LLC, through a SRP Cost Recovery
Account (CRA) program. The only lodging facilities are in the small town of Gerlach, which is
approximately 10 miles from event site (Black Rock City). In Gerlach, there is one commercial
lodging provider, Bruno Country Club which consists of two single story motel row buildings
and two single story apartment row buildings, all built in the 1950's. BLM has used the Bruno
lodging facilities every year since 1998 for event detailers, either through a government contract
or a Black Rock City LLC MOU contract.

The Gerlach area historically has a problematic electrical grid that goes out periodically
throughout the summer due to equipment failure, wildfire impacts, and high winds. In addition,
due to wildfires in the area, Gerlach has lost power for multiple hours in 5 of the last 7 years
during BLM's event operation. In 2017, due to a wildfire, all of the Bruno lodging facilities lost
power, with a NV Energy prediction of power down for 24 to 48 hours. The power was restored
in approximately 8 hours, however with the high heat in 2017, over 115 degrees multiple days,
having no AC or showers for the 8 or more hours in the lodging facilities for government

employees/contractors became intolerable.  This outage occurred as Day shift returned to quarters and they were unable to shower, cool their rooms, or charge necessary duty equipment (i.e. body cameras).  BLM event operations are 24 hours a day and is divided into three shifts which means people are sleeping in lodging facilities 24 hours a day.  The lack of event detailers being able to rest on their off hours in their lodging facilities became very problematic, jeopardized government employee safety, and the ability for officers to adequately prepare themselves and their equipment for the next tour of duty.  Subsequently, it was decided by BLM event Command that a back-up power system must be developed for the lodging facilities.

In 2018, BLM contacted the owner of Bruno Country Club facilities, Willie Courtney, and asked if BLM contracted him to have his 4 lodging building facilities wired for 12v back-up generator power hook-up, could that happen before the 2018 event operational period.  He said yes and provided an electrical contractor contact that had developed a scope of work to have his four building wired for generator hook-ups.

On June 21, 2018, BLM Event Project Manager Mark Pirtle developed a Statement of Work for a government contract based on the scope of work provided by Willie Courtney's electrical contractor, Fernley Electric.  The cost of the electrical upgrade to Bruno facilities will be paid by the SRP CRA funds from BRC, LLC.  On June 27, 2018, Mark Pirtle, BLM LE Event Project Manager, BLM NSO Contracting Chief Dave Appold, and BLM Contracting Specialist Greg Kothman had a conference call with SOL Steve Palmer on the government contracting of facilities upgrade work for privately owned/government contracted lodging facilities.  It was the opinion of the SOL that BLM had justification to contract the work on Bruno facilities as long as we used Cost Recovery funds from the permittee, BRC LCC.

# STATEMENT OF WORK

## BRUNO COUNTRY CLUB FACILITIES UP-GRADE

**PROJECT TITLE:**

Electrical Connection System for Back-up Generator Power Hook-up at four (4) Bruno Country Club Lodging facilities used by BLM in Gerlach, NV.
(Generators not Included, they will be Rented)

**BACKGROUND:**

The BLM Burning Man Event Operation uses the Bruno Country Club lodging facility, located in Gerlach, NV, to lodge/house approximately 65 event operational detailers. Due to the unreliable electrical grid in the Gerlach area in the summer time and the potential of power outages due to wild fire activity around Gerlach, which has occurred in the last 5 of 7 years. The BLM requires Bruno's to install a back-up power system via DC generators in four (4) of the Bruno lodging building that BLM uses via a MOU Contract. The funds used in this contract and the renting of the lodging facilities comes from the Cost Recovery Account provided by the permittee of the Burning Man Event SRP, Black Rock City LLC.

**SCOPE OF WORK:**

Bruno's Motel Building 1.
Install a 200 amp Nema 3R transfer switch on north wall next to electric panel. Furnish 30' of portable cable from transfer switch to generator.

Bruno's Motel Building 2.
Install a 200 amp Nema 3R transfer switch on south wall next to electric panel. Furnish 30' of portable cable from transfer switch to generator.

Bruno's Motel Apartment 4 Plex Building Behind Bar/Restaurant.
Install a 200 amp Nema 3R transfer switch on south wall next to electric panel. Furnish 30' of portable cable from transfer switch to generator.

Bruno's Motel Apartment Row Building at Motel.
Install a 200 amp Nema 3R transfer switch on west wall next to electric panel. Furnish 30' of portable cable from transfer switch to generator.

**REQUIREMENTS:**

Work is estimated to require 30 days to complete. Work must be completed by August 17, 2018.

AR02719

AR02720

PR: 40406672   Doc Type: FP Funded Purch Req       Title: UFR 29 MOD TO IAA FOR WELL CLOSURE
Run Date: 08/25/2018   Run Time: 12:52:02 User ID:DAPPOLD       Version Number: 01

Header Text:    UFR 29 IS A MOD TO THE FUNDED IAA PR 40406648

********** Header Details **********                  ********** Approval/Status **********
Requisitioner:    Veronica Camacho                    Release Group AA    Release Status:
COR/Receiving:    BPOFF                                Release Strategy S1    03 Successfully Trans
GSA Contract Number:                                  Transmission Status:
Originating Office POC:
Issuing Office:
Ratification Indicator:    LVS
Total Price:    15,000.00    USD               Co Description          Approved By   Date         Time
Supervisory Approver:    SDOOMAN               SP Supervisor   SDOOMAN  08/15/2018 10:37:08
Ad-Hoc Approver:                               CF Certifying Funds App TMISKOWI  08/16/2018 08:34:35
Certifying Funds Approver:    TMISKOWI
Originating Office:    300000966
Address:    BLM-NV LAS VEGAS FIELD OFFICE*
            4701 NORTH TORREY PINES DRIVE
            LAS VEGAS NV 89130-2301

********** Item 00010 **********
Item    ItemCat Short Text
00010   Service WELL CLOSURE

UPC        /Description
R4080100   IAA/DOI INTERNAL # ONLY USE IF SPECIFIC UPC IS N/A

| Quantity / Unit | Mat.Grp | Plant | Val Price / | Total Price / Curr |
| --- | --- | --- | --- | --- |
| 1.000  AU | R408 | L000 | 15000.00 | 15000.00  USD |

| GSA/FEDSTRIP Number | CPO Number | Agency Order Number | Per.of Perf. Start | Deliv.Date | Delivery Address |
| --- | --- | --- | --- | --- | --- |
| | | | 08/01/2018 | 06/01/2023 | 0004276796 |

| Responsible Cost Center | Action Type | Post And Smart Number | Per.of Perf. End | IT Approval/Tracking Number | Closed |
| --- | --- | --- | --- | --- | --- |
| | 1 Add new line | | 06/01/2023 | | No |

********** Accounting Details **********
SeqNum  Acct Assign    Distr%   DistType
01      K Cost center  0.0      Single

| BusArea | CommitItem | Cost Center | FuncArea | Quantity / Unit | Plant | Amount / Currency | G/L Account |
| --- | --- | --- | --- | --- | --- | --- | --- |
| L000 | 253G00 | LLNVS00000 | L101O0000.M00000 | 1.000  AU | L000 | 15000.00  USD | 6100.253G0 |

| Asset | Sub Asset | Order | Funded Program | Fund | Funds Center | WBS Element |
| --- | --- | --- | --- | --- | --- | --- |
| | | | FPDEFAULT | 18XL1109AF | LLNVS00000 | |

| Bus.Entity | Building | Property | Rental Unit Contract | TAS | BETC | SAF Indic | Trade in | UPC Override |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | 14X1109 | N | | | |

Address:    USA

********** Delivery Address **********
Address No. :
            0004276796
            BLM-NV SOUTHERN NEVADA DISTRICT OFFICE
            4701 NORTH TORREY PINES DRIVE
            LAS VEGAS NV 89130-2301
            USA

AR02721

PR: 4040__2   Doc Type: FP Funded Purch Req          Title: U__9 MOD TO IAA FOR WELL CLOSURE
Run Dat_ _/25/2018   Run Time: 12:52:02   User ID:DAPPOLD   Version Number: 01

*********** Additional Status Data ***********
Purchase Order                Smart Number

Purchase Order          Smart Number          PO Line          PO Date

********** End of Report **********

AR02722

# UNITED STATES DEPARTMENT OF THE INTERIOR
### INTER/INTRA-AGENCY AGREEMENT (IAA)

   

**1. Period of Performance**

| START | END |
|---|---|
| 08/19/17 | 09/30/18 |

Buyer has work performed for them by the Seller named in item 6b.          Seller to perform work as described herein for the agency named in item 6a.

**SEE INSTRUCTIONS ON PAGE 2**

**2. Common Document Number (Agreement Number)**

L18PG00086    Page 1 of 3

**3. Check appropriate box**

☐ Original   ☒ Modification No. P000-1   ☐ Severable   ☐ Non-Severable

**4. Under the authority of (Cite authorities):**

☐ 43 U.S.C. 1701 et seq., (FLPMA)
☐ Department of the Interior Appropriation Act for FY
☒ 31 U.S.C.1535 (Economy Act)

☐ Working Capital Fund (WCF)
☐ Other: 46 USC 1701 Service  First Agreement
Bridgeport Helitack Crew

**5. Description of Work:**  See Articles          **PROJECT TITLE:**   Burning Man 2016 medical Support

|  | **Seller** |
|---|---|
| **6a. Agency:**  Bureau of Land Management , Carson City District | **Agency:**   HHS |
| Address:   1340 Financial Blvd | Address:   200 Independence Ave, SW |
| Address:   Reno, NV 89502 | Address:   Washington DC  20201 |
| Administrative POC   David Appold  dappold@blm.gov | Administrative POC:  David Dolinsky , David.dolinsky,@hhs.gov |
| Email:    Phone  775-861-6417  Fax | Email:    Phone  (202)205-0499  Fax: |
| Technical Point of Contact:   Warren Templeton  Email: wtemplet@blm.gov   Phone   602-417-9318  Fax | Technical Point of Contact:  Denis Fitzgerald, Denis.Fitgerald@hhs.gov   Phone   (202)205-0499  Fax: |

| **ACCOUNT DATA** | **BUYER** | **SELLER** |
|---|---|---|
| **7. Agency Location Code** | 7a  14-11-008 | 7b  75030030 |
| BPN Number (DUNS #) FSN | 8a.  084359236 | 8b.  024199981 |
| 9. Treasury Account Symbol  (TAS) | 9a.  014X5017 | 9b.  ~~75X4552.00114X1039~~  75-18-0140 (other) |
| 10. Standard General Ledger | 10a. | 10b. |
| 11. Cost Structure/Account  CC/FA/WBS | 11a  LLNVW03500 L51050000.EA0000 LV.RC.F1805950 18XL5017AP ($17,605.12) | 11b. |
| 12. Business Event Type Code | 12a DISB | 12b COLL |
| 13. Requisition Number for Buyer  Project Account for Seller  WBS | 13a N/A | 13b. |
| 14. Contract Line Number for Buyer/  Proposal Number or Sales Order # for Seller | 14a 0010 | 14b. |
| 15. Buyer provide Expiration of Funding  Source (Date or indefinite) | 15a 09/30/2018 | 15b. NOTE: Seller, ensure project completion by this date  (Seller must not incur additional costs) See Block 15a |

| 16. Amount Obligated by Buyer | | 17. Bill To (Name and Address, including zip code of **Finance Office**) |
|---|---|---|
| a. Initial or current obligation: | $20,000.00 | Name:   OC622-Payments Section, Bureau of Land Management |
| b. Modification Amount (check one)  ☐ Increase  ☒ Decrease | ($17,650.12) | Address:   Denver Federal Center, Bldg. 50, POB 25047 |
| c. Total obligation: | $ 2,394.88 | Address:   Denver, CO 80225 |

18. Billing for Federal Agencies and DOD will be processed via IPAC. (billing will be done  ☐ bi-weekly ☒ monthly ☐ quarterly ☐ in advance)

Upon Approval, this agreement constitutes an obligation against Buyer requesting the work; or authority to proceed with work by Seller for the herein named agency in anticipation of reimbursement.

| 19. Approved for Buyer:  DAVID APPOLD  (Digitally signed...)  (Contracting Officer or other Authorized Signature) *other only for WCF | 20. Approved by Seller:  Veronica A. Hill -S  (Digitally signed...)  (Seller's Authorizing Signature ) |
|---|---|
| Name (Type):   David W. Appold | 20a. Name (Type):  Veronica Hill for David Dolinsky |
| 19b. Title:  Contracting Officer | 19c. Date: | 20b. Title:  Branch Chief for Administration and Finance | 20c. Date: 02/12/2019 |

AR02723

## INSTRUCTIONS FOR INTER/INTRA-AGENCY AGREEMENT (IAA)
*NOTE:  Information highlighted is to be completed by, or obtained from, the Seller Agency*

### IAA – BUYER TO HAVE WORK PERFORMED BY A PARTICIPATING (SELLER) AGENCY

**\*Note:  Complete Items below for a single funding line – continuation page is required for multiple lines of funding**

The Buyer executes this form, completes and obligates information under Buyer data elements.

1. Enter the start and end date (period of performance) in which work will be completed.
2. Enter the Common Document Number (Inter/Intra Agency Agreement number).
3. Check "Original" if first submission, "Modification" and enter modification number if modification.
4. Check 31 U.S.C. 1535" unless another specific legislative authority exists, in which case that authority is shown under "other".  If 31 U.S.C. 1535 is checked, an Economy Act Determination **must** be prepared by the project manager and approved by a warranted Contracting Officer with delegated authority.
5. Provide a Project Title and description of the work to be performed in accordance with Acquisition, Section 1510-17.5.
6. Enter the Buyer Agency office name, city, state, zip code, Buyer technical and administrative contact names and phone nos. with area code, also include fax and Email address.
6a. Enter the Seller Agency office name, city, State, Buyer technical and administrative contact names and phone nos. with area code, also include fax and Email address.  These fields can be completed by the Seller if unknown to the Buyer.
This data will be referenced on your Treasury IPAC bill
7a. Provide your 8 digit Agency Location Code (ALC) assigned by Treasury.
8a. Type your Business Partner Network Number (DUNS No.) as registered in Federal Register, this is also referred to as the FSN for Dept. of Defense.
9a. Provide the Treasury Account Symbol (TAS) for this funding line.
10a. Determine the Treasury Standard General Ledger accounts (SGL) for this funding request.
11a Enter the account cost structure for your Agency.  This may include an office identifier, program and budget object class.
12a Provide the Business Event Type Code (BETC) for this action.
13a Type the Requisition Number referenced to support this Agreement.
14a Contract Line Number for this funding.
15a. Provide the Fund Expiration date, or type 'Indefinite' (for no year funds).
**\*Items 9a – 14a are specific for each line of funding on the obligation document.  See \* above.**
7b-14b. Seller Agency completes these items.
This data will be used to cross-reference the IA with the Seller's reimbursable account.
16.   For an original IA; enter the amount to complete items a, c, and d.  For modification; complete items a, b, c, and d.
16a. Enter the Initial or current obligation amount
16b. Enter the Modification Amount
16c. Check appropriate box to indicate if the funding is being increased or decreased by this action.
17.  Enter the Buyer Agency, Bill To – Finance Office address, include office name, city, state, and zip code.
Forward a copy of this draft Agreement for completion of the Seller Agency account data.
Obtain a signed, accepted copy of this Agreement from the Buyer Agency.
Ensure that the data elements in 7b-14b have been completed.
18.  Check the preferred billing schedule for the Buyer Agency and ensure that the term is acceptable for both Buyer and Seller.
19.  IA must be signed by a warranted Contracting Officer with delegated authority.  IA is not signed by the Buyer until approved in block 20 by the participating agency.
20.  Signature of approving official for the participating agency.
Send a fully executed copy of this Agreement to the Seller Agency after obligation is recorded in the Financial System via the IDEAS/PRISM system.

### PARTICIPATING SELLER AGENCY TO SUPPORT THE BUYER AGENCY

The Draft IAA is received for completion by the Seller Agency.
This data will be used to cross-reference the IAA with the Seller Agency's reimbursable account in FFS or SAP.

6b. Enter the Seller Agency office name, city, State, Buyer technical and administrative contact names and phone nos. with area code, also include fax and Email address.  These fields can be completed by the Buyer
7b.  Provide your 8 digit Agency Location Code (ALC) assigned by Treasury.
8b.  Type your Business Partner Network Number (DUNS No.) as registered in Federal Register, this is also referred to as the FSN for Dept. of Defense.
9b.  Provide the Treasury Account Symbol (TAS) for this funding line.
10b. Determine the Treasury Standard General Ledger accounts (SGL) for your reimbursable account.
11b. Enter the cost structure / account classification for your Agency's reimbursable.  This may include an office identifier, program and budget object class.  (Note:  This cost structure **must** be charged with time or expenditures for billing to occur.)
12b. Provide the Business Event Type Code (BETC) for this action.
13b. Type the Project or Job Number assigned to track expenses for completing the work requested in Agreement.
14b. Enter any additional Seller account reference data.  (Project code assigned. Proposal number, sub-agreement contract reference)
15b. Seller to ensure completion by this date (No additional costs may be incurred).
16.  To be completed by Buyer
17.  Ensure that the billing term is acceptable by Seller Agency.
20.  Ensure that the approval signature is an agent authorized to accept on behalf of the Seller Agency.
Return the IAA copy to the Contracting Officer for execution and obligation.
After Receipt of the fully executed copy of this Agreement, create a reimbursable account in FFS, PCAS or SAP.  SD to track expenses that will be IPAC billed against this Obligation.

AR02724



# UNITED STATES DEPARTMENT OF THE INTERIOR
### INTER/INTRA-AGENCY AGREEMENT (IAA)

   

USGS   MMS

| 1. Period of Performance | |
|---|---|
| START | END |
| 08/19/17 | 09/30/18 |

Buyer has work performed for them by the Seller named in item 6b.   Seller to perform work as described herein for the agency named in item 6a.

**SEE INSTRUCTIONS ON PAGE 2**

| 2. Common Document Number (Agreement Number) | 3. Check appropriate box |
|---|---|
| L18PG00086    Page 1 of 5 | ☒ Original   ☐ Modification No.   ☐ Severable   ☐ Non-Severable |

**4. Under the authority of (Cite authorities):**

☐ 43 U.S.C. 1701 et seq., (FLPMA)   ☐ Working Capital Fund (WCF)

☐ Department of the Interior Appropriation Act for FY   ☐ Other: 46 USC 1701 Service First Agreement

☒ 31 U.S.C.1535 (Economy Act)   Bridgeport Helitack Crew

5. Description of Work:  See Articles   **PROJECT TITLE:**   Burning Man 2016 medical Support

## Seller

| 6a. Agency:   Bureau of Land Management , Carson City District | Agency:   HHS |
|---|---|
| Address:   1340 Financial Blvd | Address:   200 Independence Ave, SW |
| Address:   Reno, NV 89502 | Address:   Washington DC  20201 |
| Administrative POC   David Appold   dappold@blm.gov | Administrative POC:   David Dolinsky , David.dolinsky@hhs.gov |
| Email:   Phone   775-861-6417   Fax | Email:   Phone   **(202)205-0499**   Fax: |
| Technical Point of Contact:   Warren Templeton   Email: wtemplet@blm.gov | Technical Point of Contact:   Denis Fitzgerald, Denis.Fitgerald@hhs.gov |
| Phone   602-417-9318   Fax | Phone   (202)205-0499   Fax: |

| ACCOUNT DATA | BUYER | SELLER |
|---|---|---|
| 7. Agency Location Code | 7a  14-11-008 | 7b  75030030 |
| BPN Number (DUNS #) FSN | 8a. 084359236 | 8b. 024199981 |
| Treasury Account Symbol (TAS) | 9a. 014X5017 | 9b. 75X4552.00114X1039 |
| 10. Standard General Ledger | 10a. | 10b. |
| 11. Cost Structure/Account CC/FA/WBS | 11a  LLNVW03500 L51050000.EA0000 LV.RC.F1805950 18XL5017AP | 11b. |
| 12. Business Event Type Code | 12a DISB | 12b COLL |
| 13. Requisition Number for Buyer Project Account for Seller  WBS | 13a 40394154 | 13b. |
| 14. Contract Line Number for Buyer/ Proposal Number or Sales Order # for Seller | 14a.0010 | 14b. |
| 15. Buyer  provide Expiration of Funding Source  (Date or indefinite) | 15a.09/30/2018 | 15b. NOTE: Seller, ensure project completion by this date (Seller must not incur additional costs) See Block 15a |

| 16. Amount Obligated by Buyer | | 17. Bill To (Name and Address, including zip code of **Finance Office**): |
|---|---|---|
| a.  Initial or current  obligation: | $20,000.00 | Name:   OC622-Payments Section, Bureau of Land Management |
| b. Modification Amount (check one) ☐ Increase   ☐ Decrease | $ | Address:   Denver Federal Center, Bldg. 50, POB 25047 |
| c. Total obligation: | $20,000.00 | Address:   Denver, CO 80225 |

18. Billing for Federal Agencies and DOD will be processed via IPAC. (billing will be done  ☐ bi-weekly  ☒ monthly  ☐ quarterly  ☐ in advance)

Upon Approval, this agreement constitutes an obligation against Buyer requesting the work; or authority to proceed with work by Seller for the herein named agency in anticipation of reimbursement.

| 19. Approved for Buyer:  _DAVID APPOLD_   Digitally signed by DAVID APPOLD   Date: 2018.05.29 16:36:57 -07'00'  (Contracting Officer or other Authorized Signature) *other only for WCF | 20. Approved by Seller Warren T. Jenkins -S   *Digitally signed...*  |  |
|---|---|---|
|  | (Seller's Authorizing Signature ) | |
| Name (Type):   David W. Appold | 20a. Name (Type): | |
| 19b. Title: | 19c. Date: | 20b. Title: Budget Analyst | 20c. Date: |

**AR02725**

## INSTRUCTIONS FOR INTER/INTRA-AGENCY AGREEMENT (IAA)

*NOTE:  Information highlighted is to be completed by, or obtained from, the Seller Agency*

### IAA – BUYER TO HAVE WORK PERFORMED BY A PARTICIPATING (SELLER) AGENCY

**\*Note:  Complete Items below for a single funding line – continuation page is required for multiple lines of funding**
**The Buyer executes this form, completes and obligates information under Buyer data elements.**

1. Enter the start and end date (period of performance) in which work will be completed.
2. Enter the Common Document Number (Inter/intra Agency Agreement number).
3. Check "Original" if first submission, "Modification" and enter modification number if modification.
4. Check 31 U.S.C. 1535" unless another specific legislative authority exists, in which case that authority is shown under "other".  If 31 U.S.C. 1535 is checked, an Economy Act Determination **must** be prepared by the project manager and approved by a warranted Contracting Officer with delegated authority.
5. Provide a Project Title and description of the work to be performed in accordance with Acquisition, Section 1510-17.5.
6. Enter the Buyer Agency office name, city, state, zip code, Buyer technical and administrative contact names and phone nos. with area code, also include fax and Email address.
6a.  Enter the Seller Agency office name, city, State, Buyer technical and administrative contact names and phone nos. with area code, also include fax and Email address.  These fields can be completed by the Seller if unknown to the Buyer.
**This data will be referenced on your Treasury IPAC bill**
7a.  Provide your 8 digit Agency Location Code (ALC) assigned by Treasury.
8a.  Type your Business Partner Network Number (DUNS No.) as registered in Federal Register, this is also referred to as the FSN for Dept. of Defense.
9a.  Provide the Treasury Account Symbol (TAS) for this funding line.
10a. Determine the Treasury Standard General Ledger accounts (SGL) for this funding request.
11a  Enter the account cost structure for your Agency.  This may include an office identifier, program and budget object class.
12a  Provide the Business Event Type Code (BETC) for this action.
13a  Type the Requisition Number referenced to support this Agreement.
14a  Contract Line Number for this funding.
15a. Provide the Fund Expiration date, or type 'Indefinite' (for no year funds).
**\*Items 9a – 14a are specific for each line of funding on the obligation document.  See \* above.**
**7b-14b.  Seller Agency completes these items.**
**This data will be used to cross-reference the IA with the Seller's reimbursable account.**
16.   For an original IA; enter the amount to complete items a, c, and d.  For modification; complete items a, b, c, and d.
16a. Enter the Initial or current obligation amount
16b. Enter the Modification Amount
16c. Check appropriate box to indicate if the funding is being increased or decreased by this action.
17.  Enter the Buyer Agency, Bill To - Finance Office address, include office name, city, state, and zip code.
**Forward a copy of this draft Agreement for completion of the Seller Agency account data.**
**Obtain a signed, accepted copy of this Agreement from the Buyer Agency.**
**Ensure that the data elements in 7b-14b have been completed.**
18.  Check the preferred billing schedule for the Buyer Agency and ensure that the term is acceptable for both Buyer and Seller.
19.  IA must be signed by a warranted Contracting Officer with delegated authority.  IA is not signed by the Buyer until approved in block 20 by the participating agency.
20.  Signature of approving official for the participating agency.
**Send a fully executed copy of this Agreement to the Seller Agency after obligation is recorded in the Financial System via the IDEAS/PRISM system.**

### PARTICIPATING SELLER AGENCY TO SUPPORT THE BUYER AGENCY

**The Draft IAA is received for completion by the Seller Agency.**
**This data will be used to cross-reference the IAA with the Seller Agency's reimbursable account in FFS or SAP.**

6b.  Enter the Seller Agency office name, city, State, Buyer technical and administrative contact names and phone nos. with area code, also include fax and Email address.  These fields can be completed by the Buyer
7b.  Provide your 8 digit Agency Location Code (ALC) assigned by Treasury.
8b.  Type your Business Partner Network Number (DUNS No.) as registered in Federal Register, this is also referred to as the FSN for Dept. of Defense.
9b.  Provide the Treasury Account Symbol (TAS) for this funding line.
10b. Determine the Treasury Standard General Ledger accounts (SGL) for your reimbursable account.
11b. Enter the cost structure / account classification for your Agency's reimbursable.  This may include an office identifier, program and budget object class.  (Note:  This cost structure **must** be charged with time or expenditures for billing to occur.)
12b. Provide the Business Event Type Code (BETC) for this action.
13b. Type the Project or Job Number assigned to track expenses for completing the work requested in Agreement.
14b. Enter any additional Seller account reference data.  (Project code assigned, Proposal number, sub-agreement contract reference)
15b. Seller to ensure completion by this date (No additional costs may be incurred).
16.  To be completed by Buyer
17.  Ensure that the billing term is acceptable by Seller Agency.
20.  Ensure that the approval signature is an agent authorized to accept or behalf of the Seller Agency.
**Return the IAA copy to the Contracting Officer for execution and obligation.**
After Receipt of the fully executed copy of this Agreement, create a reimbursable account in FFS, PCAS or SAP, SD to track expenses that will be IPAC billed against this Obligation.

AR02726

IAA # L18PG00086- ARTICLES

I.     PROJECT TITLE:

       Medical Support from Health and Human Services (HHS) for the 2018 Burning Man Event.

II.    OBJECTIVE:

       To provide necessary medical oversight, response and assessment to Bureau of Land
       Management employees and contractors in a harsh, remote, and tactical environment during the
       2018 Burning Man Event.

III.   STATEMENT OF WORK:

       The United States Department of Health and Human Services (HHS) agrees to provide the
       following services to the Bureau of Land Management, Winnemucca District Office for the
       2017 Burning Man event, with an operational period between 8/21/18-9/08/18:

       a) Medical Support Services: HHS will provide medical support services to meet BLM
          requirements, which may include, but are not limited to, mission-specific training,
          mission planning, and medical intelligence, specifically the development of a Medical
          Threat Assessment specific to the event.

       b) Needs Assessment: Prior to the event, HHS will conduct a needs assessment for the BLM
          to make recommendations and to determine how best to develop, implement and
          maintain the emergency medical support requirements for the event.  These
          recommendations will include, but are not limited to: training, procedures, protocols,
          processes, equipment, resources and oversight, which will enhance successful mission
          accomplishment.

       c) Medical Equipment Selection: HHS will provide BLM with guidance and
          recommendations regarding the equipment and supplies required by the BLM for the
          2018 Burning Man event.  When appropriate, the Medical Director may authorize the
          procurement of controlled substances and prescription medical devices and will ensure
          that appropriate records of use, storage and administration are maintained in accordance
          with applicable federal standards.

       d) Medical Direction and Consultation: HHS will designate a physician who would
          serve as medical director for BLM Emergency Medical Technicians (EMTs) and
          ensure 24-hour access to the medical director (or his designee) during the
          operational period. The medical director would provide medical oversight for
          BLM certified medical providers. This medical oversight may include standing
          orders, real-time medical consultation, development of customized and mission-
          specific protocols for treatment, and supervision of a quality improvement
          program.

       e) Direct Operational Support: HHS will provide a Medical Support Team (MST), which
          usually consists of an independent duty medic and a physician/midlevel provider, to
          supplement the BLM medical unit.  Additional providers or MSTs may be supplied, as
          needed. HHS will ensure that all personnel directly involved in supporting BLM have at
          least a Secret clearance.  Pursuant to 42 U.S.C. 215, HHS personnel will be detailed to
          BLM during the operational period to provide direct field medical support and extended
          mission support.  Such support may include onsite consultation, patient advocacy,

providing personnel on the scene, assessment of individuals at the scene for medical conditions, and provision of medical care to individuals as necessary.

f) Ongoing Assessments and Quality Improvement: HHS will conduct a post operation assessment of the medical component of the event, recommending to BLM any training, procedures, equipment and resources that will enhance future events. This may include a medical record review for quality improvement. Except as required by law and in accordance with the Privacy Act, HHS will not disclose or disseminate these records outside USHHS without prior BLM approval.

## IV.  REPORTS:

The HHS will provide assessment and operational reports to the BLM both on paper and electronically. Reports will coordinate with designee and need to be complete during event if needed and October 31, 2018.

## V.  AVAILABILITY OF FUNDS

Funds in the amount of $20,000 are obligated by execution of this IAA. Once IAA is signed funds will be available. The ability of the parties to carry out their responsibilities under this IAA is subject to their respective funding procedures and the availability of appropriate funds. Should either party encounter budgetary problems in the course of its respective internal procedures which may affect the activities to be carried out under this IAA, that party will notify the other party in writing in a timely manner.

## VI.  SETTLEMENT OF DISPUTES:

The parties under this IAA are responsible for resolving any disputes that may arise within 30 business days of the billing date. If a resolution cannot be achieved during this 30-day period, the matter will then be referred to the Department of Interior Financial Management Office (PFM) http://www.doi.gov/pfm/.

## VII.  FINANCIAL ARRANGEMENTS (PAYMENT):

This IAA is not to exceed the amount as stated herein [inclusive of all Modifications.]. The charges for goods/services will include both direct and indirect costs applicable to this IAA. For (WO800) time and materials based IAAs, the final charge for the work will be based on the actual costs incurred. For fixed price IAAs, the final charge will be the charge negotiated between the BLM and the HHS. When advance payment has been made on a reimbursable based IAA and the actual costs are less than the estimate, the difference will be refunded.

The HHS will submit their billing through the Intra-Governmental Payment and Collection (IPAC) system or the Intra-Governmental Transaction Portal, whichever is applicable.  The bill will reference the BLM's Dunn and Bradstreet Number, the Requesting Agency Location Code, The Treasury Account Symbol, the Accounting Classification Reference Code(s), the Obligating Document Number, a brief description of the services performed, and the Accounts Payable point-of-contact name and phone number.

A copy of the supporting documentation will be forwarded to the BLM initiating office when the bill is prepared.

IAA # L18PG00086- ARTICLES

The BLM shall not be obligated to pay for, nor will the USHHS be obligated to perform any effort that will require the expenditure of funds above the obligated amount.

VIII.   TERM OF IAA:
This IAA shall become effective upon signature by both parties. Unless completed early, or terminated in accordance with paragraph IX, this IAA expires September 30, 2018. If extended by bilateral modification through coordinated with the BLM Contracting Office duration shall not exceed September 30, 2018. The L18PG00086, Articles and Statement of Work included in this package are all part of the agreement that is being entered into.

IX.   TERMINATION:
This IAA may be terminated by either party upon 30 days written notice. If the IAA is cancelled by the BLM, the HHS will be reimbursed for costs incurred prior to cancellation, plus any termination costs. All costs claimed by the HHS must be itemized and furnished to the BLM.

X.   MODIFYING THE IAA:
Either party under this IAA may propose to make changes under this IAA by notifying the other party in writing. All changes under this IAA must be modified and agreed upon by both parties in writing.

XI.   POINTS OF CONTACT:
Changes to the Points of Contact identified below may be made by written notification to each of the parties under this IAA.

REQUESTING AGENCY (BLM)

Technical Contact
Name:  Warren Templeton
Title:    Assistant Special Agent-in-Charge
            BLM-OLES (AZ)
  Address: One North Central Avenue, Ste 800
                Phoenix, AZ  85004
Phone: (602) 417-9318
Email:  wtemplet@blm.gov

Contracting Contact:
Name: Dave Appold
Title: Supervisory Procurement Analyst

Operations
Address: 1340 Financial Blvd
              Reno, NV  89502
Phone: (775) 861-6417
Email: dappold@blm.gov

**Billing Contact**
OC622- Payments Section
Bureau of Land Management
Denver Federal Center, Bldg. 50
P.O. Box 25047
Denver, CO 80225

SERVICING AGENCY (HHS)

Technical Contact
Name:            Denis Fitzgerald
Title:             Medical Director, Tactical
                     Medicine Program
Address:        200 Independence Ave, SW
                     Washington, DC 20201
Phone:           (202) 657-8125
Email:           Denis.Fitzgerald@hhs.gov

Contracting Contact:
Name:            David Dolinsky
Title:             Deputy Director for
                     Administration and Finance

Address:        200 Independence Ave, SW
                     Washington, DC 20201
Phone:           (202) 205-0499
Email:           david.dolinsky@hhs.gov

**Billing Contact**
Same as Technical Contact.

AR02729

AR02730

**Dawn Crowder**

| | |
|---|---|
| **From:** | Dolinsky, David (OS/ASPR/MFHC) |
| **nt:** | Tuesday, February 12, 2019 9:12 AM |
| **:** | OS EMGAFO (HHS/ASPR) |
| **Cc:** | David Appold |
| **Subject:** | RE: [EXTERNAL] RE: L18PG00086 2018 Burning Man DEOB |
| **Attachments:** | L18PG000086  Cover MOD P00001.doc; G17 L18PG000086  Articles MOD P00001.docx |

Veronica,

Please sign on my behalf and work through BEM on our end. I'll send you the IPAC stuff separately.

Thanks,

David A. Dolinsky, CPA
Branch Chief for Administration and Finance Operations
ASPR / Office of Management Finance & Human Capital
U.S Department of Health and Human Services
202-205-0499
david.dolinsky@hhs.gov

**A+F delivers value by providing Stafford Act expertise, financial tracking, and emergency administrative functions that directly support HHS responders and stakeholders.**

**From:** David Appold <dappold@blm.gov>
**Sent:** Monday, February 11, 2019 5:50 PM
**To:** Dolinsky, David (OS/ASPR/MFHC) <David.Dolinsky@hhs.gov>; Fitzgerald, Denis (OS/ASPR/EMMO)
<Denis.Fitzgerald@hhs.gov>
**Cc:** Dawn Crowder <dcrowder@blm.gov>; Mark Pirtle <mpirtle@blm.gov>; Rebecca Andres <randres@blm.gov>; OS
EMGAFO (HHS/ASPR) <EMGAFO@hhs.gov>
**Subject:** RE: [EXTERNAL] RE: L18PG00086 2018 Burning Man DEOB

David,

Attached are the revised cover and articles for mod P00001.

Thanks,

Dave

**From:** Dolinsky, David (OS/ASPR/MFHC) <David.Dolinsky@hhs.gov>
**Sent:** Monday, February 11, 2019 11:42 AM
**To:** David Appold <dappold@blm.gov>; Fitzgerald, Denis (OS/ASPR/EMMO) <Denis.Fitzgerald@hhs.gov>
**Cc:** Dawn Crowder <dcrowder@blm.gov>; Mark Pirtle <mpirtle@blm.gov>; Rebecca Andres <randres@blm.gov>; OS
EMGAFO (HHS/ASPR) <EMGAFO@hhs.gov>
**Subject:** RE: [EXTERNAL] RE: L18PG00086 2018 Burning Man DEOB

...mmediately, no.

1

AR02731

Maybe next week.

David A. Dolinsky, CPA
Branch Chief for Administration and Finance Operations
ASPR / Office of Management Finance & Human Capital
U.S Department of Health and Human Services
202-205-0499
david.dolinsky@hhs.gov

**A+F delivers value by providing Stafford Act expertise, financial tracking, and emergency administrative functions that directly support HHS responders and stakeholders.**

**From:** David Appold <dappold@blm.gov>
**Sent:** Monday, February 11, 2019 1:41 PM
**To:** Dolinsky, David (OS/ASPR/MFHC) <David.Dolinsky@hhs.gov>; Fitzgerald, Denis (OS/ASPR/EMMO) <Denis.Fitzgerald@hhs.gov>
**Cc:** Dawn Crowder <dcrowder@blm.gov>; Mark Pirtle <mpirtle@blm.gov>; Rebecca Andres <randres@blm.gov>; OS EMGAFO (HHS/ASPR) <EMGAFO@hhs.gov>
**Subject:** RE: [EXTERNAL] RE: L18PG00086 2018 Burning Man DEOB

David,

Thanks for the update.  Any chance you can IPAC immediately?

Dave

**From:** Dolinsky, David (OS/ASPR/MFHC) <David.Dolinsky@hhs.gov>
**Sent:** Monday, February 11, 2019 10:35 AM
**To:** David Appold <dappold@blm.gov>; Fitzgerald, Denis (OS/ASPR/EMMO) <Denis.Fitzgerald@hhs.gov>
**Cc:** Dawn Crowder <dcrowder@blm.gov>; Mark Pirtle <mpirtle@blm.gov>; Rebecca Andres <randres@blm.gov>; OS EMGAFO (HHS/ASPR) <EMGAFO@hhs.gov>
**Subject:** [EXTERNAL] RE: L18PG00086 2018 Burning Man DEOB

Good Afternoon,

HHS incurred $2,394.88 of travel costs against the L18PG00086 2018 Burning Man agreement. Please adjust your document accordingly.

An IPAC for the $2,394.88 will be initiated on or before March 20th.

David A. Dolinsky, CPA
Branch Chief for Administration and Finance Operations
ASPR / Office of Management Finance & Human Capital
U.S Department of Health and Human Services
202-205-0499
david.dolinsky@hhs.gov

**A+F delivers value by providing Stafford Act expertise, financial tracking, and emergency administrative functions that directly support HHS responders and stakeholders.**

2

AR02732

**From:** Dolinsky, David (OS/ASPR/MFHC)
**Sent:** Thursday, February 7, 2019 4:28 PM
**To:** 'David Appold' <dappold@blm.gov>; Fitzgerald, Denis (OS/ASPR/EMMO) <Denis.Fitzgerald@hhs.gov>
**Cc:** 'Dawn Crowder' <dcrowder@blm.gov>; 'Mark Pirtle' <mpirtle@blm.gov>; 'Rebecca Andres' <randres@blm.gov>; OS
EMGAFO (HHS/ASPR) <EMGAFO@hhs.gov>
**Subject:** RE: L18PG00086 2018 Burning Man DEOB

Disregard about the copy. I just found it. Will review and reply Monday.

David A. Dolinsky, CPA
Branch Chief for Administration and Finance Operations
ASPR / Office of Management Finance & Human Capital
U.S Department of Health and Human Services
202-205-0499
david.dolinsky@hhs.gov

**A+F delivers value by providing Stafford Act expertise, financial tracking, and emergency administrative functions that directly support HHS responders and stakeholders.**

**From:** Dolinsky, David (OS/ASPR/MFHC)
**Sent:** Thursday, February 7, 2019 5:26 PM
**To:** 'David Appold' <dappold@blm.gov>; Denis.Fitgerald@hhs.gov
**Cc:** Dawn Crowder <dcrowder@blm.gov>; Mark Pirtle <mpirtle@blm.gov>; Rebecca Andres <randres@blm.gov>; OS
EMGAFO (HHS/ASPR) <EMGAFO@hhs.gov>
**Subject:** RE: L18PG00086 2018 Burning Man DEOB

Please forward a copy of the original agreement. Will then review on Monday when I get back to the office. Thanks.

David A. Dolinsky, CPA
Branch Chief for Administration and Finance Operations
ASPR / Office of Management Finance & Human Capital
U.S Department of Health and Human Services
202-205-0499
david.dolinsky@hhs.gov

**A+F delivers value by providing Stafford Act expertise, financial tracking, and emergency administrative functions that directly support HHS responders and stakeholders.**

**From:** David Appold <dappold@blm.gov>
**Sent:** Wednesday, February 6, 2019 5:19 PM
**To:** Dolinsky, David (OS/ASPR/MFHC) <David.Dolinsky@hhs.gov>; Denis.Fitgerald@hhs.gov
**Cc:** Acquisition and AA <dappold@blm.gov>; Dawn Crowder <dcrowder@blm.gov>; Mark Pirtle <mpirtle@blm.gov>;
Rebecca Andres <randres@blm.gov>
**Subject:** L18PG00086 2018 Burning Man DEOB

David,

Please see the attached MOD P00001 for your review an signature.

Thanks,

AR02733

Dave

David W. Appold
Supervisory Procurement Analyst/Contracting Officer
BLM Nevada State Office
(O) 775-861-6417
(F) 775-861-6634
dappold@blm.gov

4

AR02734

**Dawn Crowder**

| | |
|---|---|
| **From:** | Dolinsky, David (OS/ASPR/MFHC) |
| **nt:** | Monday, February 11, 2019 10:35 AM |
| **o:** | David Appold; Fitzgerald, Denis (OS/ASPR/EMMO) |
| **Cc:** | Dawn Crowder; Mark Pirtle; Rebecca Andres; OS EMGAFO (HHS/ASPR) |
| **Subject:** | [EXTERNAL] RE: L18PG00086 2018 Burning Man DEOB |

Good Afternoon,

HHS incurred $2,394.88 of travel costs against the L18PG00086 2018 Burning Man agreement. Please adjust your document accordingly.

An IPAC for the $2,394.88 will be initiated on or before March 20th.

David A. Dolinsky, CPA
Branch Chief for Administration and Finance Operations
ASPR / Office of Management Finance & Human Capital
U.S Department of Health and Human Services
202-205-0499
david.dolinsky@hhs.gov

**A+F delivers value by providing Stafford Act expertise, financial tracking, and emergency administrative functions that directly support HHS responders and stakeholders.**

m: Dolinsky, David (OS/ASPR/MFHC)
ent: Thursday, February 7, 2019 4:28 PM
**To:** 'David Appold' <dappold@blm.gov>; Fitzgerald, Denis (OS/ASPR/EMMO) <Denis.Fitzgerald@hhs.gov>
**Cc:** 'Dawn Crowder' <dcrowder@blm.gov>; 'Mark Pirtle' <mpirtle@blm.gov>; 'Rebecca Andres' <randres@blm.gov>; OS EMGAFO (HHS/ASPR) <EMGAFO@hhs.gov>
**Subject:** RE: L18PG00086 2018 Burning Man DEOB

Disregard about the copy. I just found it. Will review and reply Monday.

David A. Dolinsky, CPA
Branch Chief for Administration and Finance Operations
ASPR / Office of Management Finance & Human Capital
U.S Department of Health and Human Services
202-205-0499
david.dolinsky@hhs.gov

**A+F delivers value by providing Stafford Act expertise, financial tracking, and emergency administrative functions that directly support HHS responders and stakeholders.**

**From:** Dolinsky, David (OS/ASPR/MFHC)
**Sent:** Thursday, February 7, 2019 5:26 PM
**To:** 'David Appold' <dappold@blm.gov>; Denis.Fitgerald@hhs.gov
Dawn Crowder <dcrowder@blm.gov>; Mark Pirtle <mpirtle@blm.gov>; Rebecca Andres <randres@blm.gov>; OS
EMGAFO (HHS/ASPR) <EMGAFO@hhs.gov>
**Subject:** RE: L18PG00086 2018 Burning Man DEOB

1

Please forward a copy of the original agreement. Will then review on Monday when I get back to the office. Thanks.

David A. Dolinsky, CPA
Branch Chief for Administration and Finance Operations
ASPR / Office of Management Finance & Human Capital
U.S Department of Health and Human Services
202-205-0499
david.dolinsky@hhs.gov

**A+F delivers value by providing Stafford Act expertise, financial tracking, and emergency administrative functions that directly support HHS responders and stakeholders.**

**From:** David Appold <dappold@blm.gov>
**Sent:** Wednesday, February 6, 2019 5:19 PM
**To:** Dolinsky, David (OS/ASPR/MFHC) <David.Dolinsky@hhs.gov>; Denis.Fitgerald@hhs.gov
**Cc:** Acquisition and AA <dappold@blm.gov>; Dawn Crowder <dcrowder@blm.gov>; Mark Pirtle <mpirtle@blm.gov>; Rebecca Andres <randres@blm.gov>
**Subject:** L18PG00086 2018 Burning Man DEOB

David,

Please see the attached MOD P00001 for your review an signature.

Thanks,

Dave

David W. Appold
Supervisory Procurement Analyst/Contracting Officer
BLM Nevada State Office
(O) 775-861-6417
(F) 775-861-6634
dappold@blm.gov

2

**Dawn Crowder**

| | |
|---|---|
| **From:** | Dolinsky, David (OS/ASPR/OFPA) |
| **nt:** | Thursday, May 24, 2018 10:06 AM |
| **J:** | David Appold |
| **Cc:** | Mark Pirtle; Rebecca Andres; Fitzgerald, Denis (OS/ASPR/OEM); Smith, Gregory (OS/ASPR/OEM); OS EMGAFO (HHS/ASPR) |
| **Subject:** | [EXTERNAL] RE: 2018 Burning Man HHS IAA |
| **Attachments:** | L18PG000086  Cover.doc; L18PG000086  Articles.docx |

**Importance:**          High

David (A),

Karren Jenkins on my team will sign the agreement on my behalf, get an account set up internally here for the amount provided, and serve as your POC. Please use EMGAFO@hhs.gov when communicating with the finance team here.

Also, please note that Denis Fitzgerald's correct email is on the cc line to this email.

David A. Dolinsky, CPA
Deputy Director for Administration and Finance Operations
ASPR / Office of Financial Planning and Analysis
U.S Department of Health and Human Services
202-205-0499
david.dolinsky@hhs.gov

**F delivers value by providing Stafford Act expertise, financial tracking, and emergency administrative functions that directly support HHS responders and stakeholders.**

**From:** David Appold [mailto:dappold@blm.gov]
**Sent:** Friday, May 18, 2018 7:04 PM
**To:** Dolinsky, David (OS/ASPR/OFPA); Denis.Fitgerald@hhs.gov
**Cc:** Mark Pirtle; Rebecca Andres
**Subject:** RE: 2018 Burning Man HHS IAA

David,

Please see the attached cover and articles for your review and signature.

Dave

David W. Appold
Supervisory Procurement Analyst/Contracting Officer
BLM Nevada State Office
(O) 775-861-6417
(F) 775-861-6634
dappold@blm.gov

1

2

AR02738

**Dawn Crowder**

| | |
|---|---|
| **From:** | David Appold |
| **nt:** | Friday, May 18, 2018 5:04 PM |
| **:** | 'Dolinsky, David (OS/ASPR/OFPA)'; 'Denis.Fitgerald@hhs.gov' |
| **Cc:** | Mark Pirtle; Rebecca Andres |
| **Subject:** | RE: 2018 Burning Man HHS IAA |
| **Attachments:** | L18PG000086  Cover.doc; L18PG000086  Articles.docx |

David,

Please see the attached cover and articles for your review and signature.

Dave


David W. Appold
Supervisory Procurement Analyst/Contracting Officer
BLM Nevada State Office
(O) 775-861-6417
(F) 775-861-6634
dappold@blm.gov

1

AR02740

**Dawn Crowder**

| | |
|---|---|
| **From:** | Russell, Sarah - FS |
| **nt:** | Friday, May 18, 2018 7:22 AM |
| **J:** | David Appold |
| **Cc:** | Rebecca Andres |
| **Subject:** | [EXTERNAL] RE: 2018 USFS Burning Man IAA |

Hi David,

I reached out to our Regional Office since more LEO's are involved than just those on the Humboldt-Toiyabe. Carla Pickering said that she would process it at the Regional Office level. I'm not sure if she has reached out to you or not – but I did forward your entire email (attachments and all).

Here is her email address: carlapickering@fs.fed.us

Thank you.



**Sarah Russell**
**Detail - Supervisory Grants Management Specialist**

**Forest Service**
**Region 4 Acquisition Management**
**Southwest Idaho Nevada Acquisition Center**

p: 208-373-4272
sarahrussell@fs.fed.us

1249 S. Vinnell Way, Suite 200
Boise, ID 83709
www.fs.fed.us

**Caring for the land and serving people**

**G&A SharePoint Site:** https://ems-team.usda.gov/sites/fs-niat-aqm-mgmt/GandA/SitePages/swinasb.aspx

**From:** David Appold [mailto:dappold@blm.gov]
**Sent:** Thursday, May 17, 2018 12:05 PM
**To:** Russell, Sarah - FS <sarahrussell@fs.fed.us>
**Cc:** Rebecca Andres <randres@blm.gov>
**Subject:** FW: 2018 USFS Burning Man IAA

Sarah

Will this IAA go through your office?

Dave

**From:** Andres, Rebecca <randres@blm.gov>
**Sent:** Thursday, May 17, 2018 10:34 AM
**:** David Appold <dappold@blm.gov>
**Subject:** 2018 USFS Burning Man IAA

1

Dave

Here is the paperwork I have completed for the USFS IAA. Ragan Hall was the administrative POC I was provided and her contact information is in the attachments.

USFS has an existing IAA with BLM Utah and one option proposed by USFS would be to mod that with our funding but I felt a separate IAA would be cleaner. I am definitely open to your thoughts.

b

--
Becky Andres
Staff Law Enforcement Ranger
BLM Nevada - Zone 1 Law Enforcement
775-315-3497 (cell)


This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

2

**AR02742**

**Dawn Crowder**

| | |
|---|---|
| **From:** | Qu, May (OS/ASA/PSC/FMP) (CTR) |
| **ent:** | Wednesday, March 13, 2019 12:09 PM |
| **o:** | dappold@blm.gov |
| **Cc:** | Hill, Veronica (OS/ASPR/MFHC); Dolinsky, David (OS/ASPR/MFHC) |
| **Subject:** | [EXTERNAL] BLM L18PG00086 Modification of HHS/ASPR TAS 75-18-0140 (not 75x4552.001 |
| **Attachments:** | SKMBT_C65219031116360.pdf; RE BLM (276 KB) |
| **Importance:** | High |

Good afternoon David,

I am going to do IPAC collection for this case soon,
but  BLM L18PG00086 obligation Partner TAS need to change to **075-20182018-0140** instead of *75x4552.001*.

Regards,
May Qu
Accounts Receivable Accountant, Accounting Services
Program Support Center
U.S. Department of Health and Human Services
7700 Wisconsin Avenue, 8th Floor
Bethesda, MD 20814

Office: (301) 492-4633

in | website | comments



**From:** Hill, Veronica (OS/ASPR/MFHC) <Veronica.Hill@hhs.gov>
**Sent:** Tuesday, March 12, 2019 9:58 AM
**To:** Qu, May (OS/ASA/PSC/FMP) (CTR) <Rui.Qu@psc.hhs.gov>
**Cc:** Dolinsky, David (OS/ASPR/MFHC) <David.Dolinsky@hhs.gov>
**Subject:** RE: BLM

May,

Per our phone discussion yesterday, here is the updated document showing the correct appropriation number. Hopefully we can get this processed and closed out soon.  Thanks

*Thanks,*

*Veronica A. Hill*

Department of Health and Human Services
Office of the Assisant Secretary for Preparedness & Response
Mangement Finance and Human Capital/Administration and Finance Operations
Office: (202) 401-2305
Email: Veronica.Hill@hhs.gov

*Preparedness is the only way we can combat a natural disaster. ~John Quinlan*

---

**From:** Qu, May (OS/ASA/PSC/FMP) (CTR)
**Sent:** Monday, March 11, 2019 3:53 PM
**To:** Hill, Veronica (OS/ASPR/MFHC)
**Subject:** BLM

<< OLE Object: Picture (Device Independent Bitmap) >>

2

May Qu
Accounts Receivable Accountant, Accounting Services
Program Support Center
U.S. Department of Health and Human Services
)0 Wisconsin Avenue, 8th Floor
_thesda, MD 20814

Office: (301) 492-4633

<< OLE Object: Picture (Device Independent Bitmap) >> **| website | comments**

<< OLE Object: Picture (Device Independent Bitmap) >>

AR02745

AR02746

# INTER-AGENCY/INTRA-AGENCY AGREEMENT
# DETERMINATION AND FINDINGS
Revised 4/7/00

*As outlined in the Economy Act (31 U.S.C. 1535), BLM can only place orders with other federal agencies for goods or services if the following specific information is contained the Determinations and Findings, to authorize the action:*

1. The proposed Agreement between the Bureau of Land Management,  (*US Department of Health and Human Services*)  is justified under the authority of the Economy Act (31 U.S.C. 1535 and 48 CFR 17-503).

2. The Bureau of Land Management has a requirement to provide for the health and safety of federal employees assigned to the work the Burning Man event, to include a medical response and assessment team, complete with necessary supplies to cover medical in a remote setting and harsh environment.  The estimated total cost of the supplies and services is $20,000.  Funding in the amount of $20,000 is available, and legal authority exists for this acquisition.

3. This order is in the best interest of the United States Government.

4. The US Department of Health and Human Services is able to provide the required services and supplies.

5. It is more convenient and least costly to acquire the services and supplies from the US Department of Health and Human Services than from a commercial firm.  The US Department of Health and Human Services is a federal agency that provides medical oversight and services to other federal agencies in the support of various missions and are not bound by geographic boundaries.  This makes the US Department of Health and Human Services especially suited and available to provide services requested by the Bureau of Land Management (BLM).

6. This action does not conflict with any other Federal Agency's authority or responsibility.


Signature of Requester and Date
/s/ *Becky Andres 5/1/18*

Approval of Contracting Officer and Date

**DAVID APPOLD** Digitally signed by DAVID APPOLD
Date: 2018.05.29 16:47:13 -07'00'

Approval of Chief of the Contracting Office and Date

**DAVID APPOLD** Digitally signed by DAVID APPOLD
Date: 2018.05.29 16:47:36 -07'00'

AR02747

AR02748

**Formatted address**

```
PROGRAM SUPPORT CENTER
FEDERAL OCCUPATIONAL HEALTH
7700 WISCONSIN AVE
BETHESDA MD  20814-3578
```

AR02749

AR02750

| INTERAGENCY AGREEMENT | 1 IAA NO L18PG00086 | | | PAGE 1 | OF 2 |
|---|---|---|---|---|---|

| 2. ORDER NO. | 3. REQUISITION NO 0040394154 | 4 SOLICITATION NO |
|---|---|---|

| 5. EFFECTIVE DATE /19/2018 | 6 AWARD DATE 05/30/2018 | 7 PERIOD OF PERFORMANCE 08/19/2018 TO 09/30/2018 |
|---|---|---|

| 8. ...VICING AGENCY | 9 DELIVER TO |
|---|---|
| PROGRAM SUPPORT CENTER<br>ALC: 75030030<br>DUNS: 024199981 +4:<br>7700 WISCONSIN AVE<br>BETHESDA MD 20814-3578<br><br>POC   DAVID DOLINSKY<br>TELEPHONE NO. 202-205-0499 | BLM-NV WINNEMUCCA DISTRICT OFFICE<br>5100 E WINNEMUCCA BLVD<br>WINNEMUCCA NV 89445<br>US |

| 10. REQUESTING AGENCY | 11. INVOICE OFFICE |
|---|---|
| L NV-STATE OFC BDGT&FIN SVCS(NV955)<br>ALC:<br>DUNS:  +4:<br>1340 FINANCIAL BLVD.<br>RENO NV 89502<br><br>POC<br>TELEPHONE NO. | OC622 - PAYMENTS SECTION<br>BUREAU OF LAND MANAGEMENT<br>DENVER FEDERAL CENTER, BLDG. 50<br>MS OC-620 Payments<br>PO BOX 25047<br>DENVER CO 80225 |

| 12. ISSUING OFFICE | 13. LEGISLATIVE AUTHORITY 31 USC 1535 Economy Act of 1932, as amended |
|---|---|
| BLM NV-STATE OFC BGT&FIN SVC(NV955)<br>1340 FINANCIAL BLVD.<br>...NO NV 89502 | |
| | 14. PROJECT ID |
| | 15. PROJECT TITLE BURNING MAN 2018 MEDICAL SUPPORT |

16. ACCOUNTING DATA
01

| 17. ITEM NO | 18. SUPPLIES/SERVICES | 19. QUANTITY | 20. UNIT | 21 UNIT PRICE | 22. AMOUNT |
|---|---|---|---|---|---|
| | INTERAGENCY AGREEMENT WITH HHS FOR MEDICAL SERVICES DURING THE BURNING MAN 2018 EVENT Legacy Doc #: BLM CO Invoice Review Required: Y Delivery: 09/09/2018 Account Assignm: K G/L Account: 6100.256M0 Business Area: L000 Commitment Item: 256M00 Cost Center: LLNVW03500 Functional Area: L51050000.EA0000 Fund: 18XL5017AP Fund Center: LLNVW03500 Project/WBS: LV.RC.F1805950 PR Acct Assign: 01<br><br>Continued ... | | | | |

| 23. PAYMENT PROVISIONS | 24. TOTAL AMOUNT $20,000.00 |
|---|---|

| 25... SIGNATURE OF GOVERNMENT REPRESENTATIVE (SERVICING) | 26a. SIGNATURE OF GOVERNMENT REPRESENTATIVE (REQUESTING) DAVID APPOLD   Digitally signed by DAVID APPOLD Date: 2018.05.29 16:58:37 -07'00' |
|---|---|
| ...AME AND TITLE | 25c. DATE | 26b. CONTRACTING OFFICER David Appold | 26c. DATE |

| IAA NO | ORDER NO | PAGE | OF |
|---|---|---|---|
| L18PG00086 | | 2 | 2 |

| 00010 | Burning Man 2018 Event Medical Support | 20,000.00 |
|---|---|---|

Period of Performance: 08/19/2018 to 09/09/2018

The total amount of award: $20,000.00. The
obligation for this award is shown in box 24.

AR02752

PR: 40?0?154   Doc Type: FP Funded Purch Req   Titl\_: INTER-AGENCY AGREEMENT HHS
Run D\_\_ 05/29/2018   Run Time: 17:54:39   User ID:DAPI   Version Number: 00

Header \_ext:   INTERAGENCY AGREEMENT WITH HHS FOR MEDICAL SERVICES DURING THE BURNING MAN 2018 EVENT.POC
                BECKY ANDRES 775-315-3497 (CELL)

********** Header Details **********          ********** Approval/Status **********
Requisitioner:           Eleanor Taylor       Release Group AA
COR/Receiving:           ETAYLOR              Release Strategy S1   Release Status:
GSA Contract Number:                          Transmission Status:  03  Successfuly Trans
Originating Office POC:                        
Issuing Office:          BANDRES              Co Description        Approved By   Date        Time
Ratification Indicator:  LVA                  SP Supervisor         JMCKINNO      05/15/2018   09:40:25
Total Price:             20,000.00   USD      CF Certifying Funds App RLANGE1     05/15/2018   10:16:59
Supervisory Approver:    JMCKINNO
Ad-Hoc Approver:
Certifying Funds Approver: RLANGE1
Originating Office:      3000000956
Address:                 BLM-NV WINNEMUCCA FIELD OFFICE*
                         5100 E WINNEMUCCA BLVD
                         WINNEMUCCA NV 89445

********** Item 00010 **********
Item  ItemCat  Short Text                     Quantity / Unit      Val Price /           Total Price / Curr
00010 Service  Burning Man 2018 Event Medical Support  1.000 AU    20000.00              20000.00   USD

UPC       /Description                         Mat.Grp      Plant   Deliv.Date            Delivery Address
Q2010000  GENERAL HEALTH CARE SERVICES         Q201         L000    09/09/2018            0004276794

GSA/FEDSTRIP Number  CPO Number  Agency Order Number   Per.of Perf. Start   Per.of Perf. End
                                                        08/19/2018           09/09/2018

Responsible Cost Center   Action Type          Post Awd Smart Number           IT Approval/Tracking Number   Closed
                          1 Add new line                                                                     No

********** Accounting Details **********
SeqNum  Acct Assign   Distr%       DistType     Quantity / Unit      Amount / Currency     G/L Account
01      K Cost center  0.0         Single        1.000 AU            20000.00   USD        6100.256m0

BusArea  CommitItem   Cost Center  FuncArea     Fund         Funds Center   WBS Element
L000     256m00       LLNYW03500   L51050000.EA0000  18XL5017AP  LLNYW03500   LV.RC.FI805950

Asset    Sub Asset    Order        Funded Program    TAS          BETC     SAF Indic Trade in   UPC Override
                                   LVRCF1805950       14X5017

Bus.Entity  Building  Property     Rental Unit  Contract

********** Delivery Address **********
Address No.:   0004276794
Address:       BLM-NV WINNEMUCCA DISTRICT OFFICE
               5100 E WINNEMUCCA BLVD
               WINNEMUCCA NV 89445
               USA

AR02753

```
PR: 40394154  Doc Type: FP Funded Purch Req            Title: INTER-AGENCY AGREEMENT HHS
Run Date: 05/29/2018   Run Time: 17:54:39  User ID:DAPPOLD    Version Number: 00

********** Additional Status Data **********                PO Line            PO Date
Purchase Order        Smart Number


********** End of Report **********
```



# United States Department of the Interior



BUREAU OF LAND MANAGEMENT
Winnemucca District Office
Black Rock Field Office
5100 East Winnemucca Boulevard
Winnemucca, Nevada 89445
Phone: (775) 623-1500 Fax: (775) 623-1741
Email: wfoweb@blm.gov
www.blm.gov/nv/st/en/fo/wfo.html

In Reply Refer To:
LLNVW03500-18-01
2930 (NVW030.00)

March 29, 2019

Charlie Dolman
Event Operations Director
Black Rock City, LLC 660                          Burning Man 2018 Event
Alabama St.                                        Special Recreation Permit
San Francisco, CA. 94110-2008

## DECISION

Dear Mr. Dolman:

## INTRODUCTION

On June 25, 2018, the Bureau of Land Management (BLM) and Black Rock City, LLC (BRC) entered into a Cost Recovery Agreement (CRA) for the Burning Man 2018 event. That CRA included an estimate for the BLM's cost to process and administer the Special Recreation Permit (SRP) for the Burning Man 2018 event. The original CRA Phase 1 was in the amount of $707,866 and Phase 2 was in the amount of $2,142,959.25 for a grand total of $2,850,825.25 for the 2018 event.

The BLM makes every attempt to develop a CRA cost estimate that foreshadows all direct and indirect costs, as accurately as possible, projected expenses for planning, issuing and administering the Burning Man SRP.

## DECISION

The BLM's actual direct and indirect costs for the Burning Man 2018 event total **$2,578,065.61**. The attached documents provide a detailed breakdown of all actual direct and indirect costs. To date the BLM has received all payments for the CRA, for a total of $2,850,825.25.

Based on those actual costs and the estimate already paid by BRC, the BLM has identified BRC is owed a refund of **$272,759.64**.

AR02755

## RATIONALE

The Federal Land Policy and Management Act (FLPMA) section 304(b) provides that the Secretary of the Interior is authorized to require a deposit of payments intended to reimburse the United States for costs incurred in processing and administering applications for use of the public lands, 43 U.S.C. § 1734(b).

The BLM's SRP regulations state that the BLM may refund any cost recovery overpayments, 43 C.F.R. § 2932.33(a). Further, the BLM's Recreation Permit Administration Handbook (H-2930-1) directs the BLM to refund to the applicant the remaining balance in a cost recovery account at the end of the project.

The 2018 CRA and the 2018 actuals totals justify the refund amount BRC will receive.

## AUTHORITY

The statutory authorities underlying the regulations in this part are FLPMA, 43 U.S.C. 1701 et seq., and the Federal Land Recreation Enhancement Act (REA), 16 U.S.C. 6801 et seq.

a)   FLPMA contains the BLM's general land use management authority over the public lands, and establishes outdoor recreation as one of the principal uses of those lands (43 U.S.C. 1701(a)(8)). Section 302(b) of FLPMA directs the Secretary of the Interior to regulate through permits or other instruments the use of the public lands, which includes commercial recreation use. Section 303 of FLPMA authorizes the BLM to promulgate and enforce regulations, and establishes the penalties for violations of the regulations.

b)   REA authorizes the BLM to collect fees for recreational use in areas meeting certain criteria (16 U.S.C. 6802(t) and (g) (2)), and to issue special recreation permits for group activities and recreation events (16 U.S.C. 6802(h).

43 C.F.R. § 2932.33(a), *Overpayments.* For multi-year commercial permits, if your actual fees due are less than the estimated fees you paid in advance, BLM will credit overpayments to the following year or season. For other permits, BLM will give you the option whether to receive refunds or credit overpayments to future permits, less processing costs.

## APPEAL PROVISIONS

A person who wishes to appeal to the Interior Board of Land Appeals must do so under 43 C.F.R. § 4.411 and must file in the office of the officer who made the decision (not the board), in writing to Mark E. Hall PhD., Field Manager, Black Rock Field Office, 5100 East Winnemucca Boulevard, Winnemucca, Nevada 89445. A person served with the decision being appealed must transmit the notice of appeal in time to be filed in the office where it is required to be filed within thirty (30) days after the date of service.

The notice of appeal must give the serial number or other identification of the case and may include a statement of reasons for the appeal, a statement of standing if required by § 4.412 (b), and any arguments the appellant wishes to make. Attached Form 1842-1 provides additional information regarding filing an appeal.

No extension of time will be granted for filing a notice of appeal. If a notice of appeal is filed after the grace period provided in §4.401(a), the notice of appeal will not be considered and the case will be closed

AR02756

by the officer from whose decision the appeal is taken. If the appeal is filed during the grace period provided in §4.401(a) and the delay in filing is not waived, as provided in that section, the notice of appeal will not be considered and the appeal will be dismissed by the Board.

The appellant shall serve a copy of the notice of appeal and any statements of reason, written arguments, or briefs under §4.413 on each adverse party named in the decision from which the appeal is taken and on the Office of the Solicitor, Pacific Southwest Regional Solicitor, U.S. Department of the Interior, 2800 Cottage Way, Room E-1712, Sacramento, California 95825-1890

Service must be accompanied by personally serving a copy to the party or by sending the document by registered or certified mail, return receipt requested, to the address of record in the bureau, no later than 15 days after filing the document.

In addition, within thirty (30) days of receipt of this decision you have the right to file a petition for a stay together with your appeal in accordance with the regulations at 43 C.F.R. § 4.21. The petition must be served upon the same parties specified above.

Pursuant to 43 C.F.R. § 4.21(b), a petition for stay, if filed, must show sufficient justification based on the following standards:

1) The relative harm to the parties if the stay is granted or denied;
2) The likelihood of the appellant's success on the merits;
3) The likelihood of immediate and irreparable harm if the stay is not granted; and,
4) Whether the public interest favors granting the stay.

43 C.F.R. § 4.21(b)(2) provides that the appellant requesting a stay bears the burden of proof to demonstrate that a stay should be granted.

If you have any questions on this decision please contact Mark Pirtle, BLM Burning Man Planner at 775-861-6674.

Sincerely,

Mark E. Hall

Mark E. Hall, PhD.
Field Manager
Black Rock Field Office

Enclosures
Cost Recovery Closeout Summary
Attachment 1 - Project Labor Log
Attachment 2 - BLM Contracts
Attachment 3 - Travel Expenses
Attachment 4 - Vehicle Utilization Expenses
Attachment 5 - Miscellaneous Supplies and Equipment

AR02757

| 2018 BURNING MAN EVENT COST RECOVERY CLOSE OUT SUMMARY | | | | |
|---|---|---|---|---|
| ITEM | Estimated Costs (per CRA EST.) | Actual Costs (per FBMS Reports) | Balance Due | Description/Comment | Detail Located On: |
| **LABOR** | $ 1,729,579.25 | $ 1,566,880.69 | $ (162,698.56) | | Labor Report + IAAs |
| BLM Labor | $1,669,579.25 | $1,527,140.67 | $ (142,438.58) | | Labor Report |
| Forest Service Labor | $40,000.00 | $37,345.14 | $ (2,654.86) | Via IAA Contract | Contracting Report |
| HHS Labor | $20,000.00 | $ 2,394.88 | $ (17,605.12) | Via IAA Contract | Contracting Report |
| **SUPPORT CONTRACTS** | $ 431,000.00 | $418,209.78 | ($12,790.22) | Contracts | Contracting Report |
| **Federal Register Posting Fee** | $2,000.00 | $1,963.00 | ($37.00) | Direct Internal Billing | Contracting Report |
| **Microwave/Internet**          (High Desert) | $20,000.00 | $22,000.00 | $2,000.00 | Contract | Contracting Report |
| Communications | | | | | |
| Satellite Tracking (Strohman Enterprises) | $55,000.00 | $50,640.00 | ($4,360.00) | Contract | Contracting Report |
| CAD Server Licensing (SHI International) | $4,000.00 | $0.00 | ($4,000.00) | Contract | Contracting Report |
| Radio Base Station Digital Upgrade | $25,000.00 | $13,118.78 | ($11,881.22) | Contract | Contracting Report |
| Network Services and Support | $110,000.00 | $130,618.00 | $20,618.00 | Contract | Contracting Report |
| Dispatch Services | $215,000.00 | $199,870.00 | ($15,130.00) | Contract | Contracting Report |
| **TRAVEL** | $ 95,000.00 | $ 38,107.92 | $ (56,892.08) | | Travel Report |
| **VEHICLE UTILIZATION** | $ 50,000.00 | $ 45,116.72 | $ (4,883.28) | | Vehicle Utilization Report |
| **MISC SUPPLIES, EQUIPMENT & SERVICES PURCHASE (CREDIT CARD/CONTRACT/DIRECT BILLING)** | $ 35,000.00 | $48,323.30 | $ 13,323.30 | | Misc Purchase Report |
| Bruno's Wiring | N/A | $17,000.00 | | | |
| Water Septic Tank Service | N/A | $9,065.00 | | | |
| Miscellaneous Credit Card Purchases | N/A | $22,258.30 | | Purchased via Credit Card or Check | Credit Card Receipts |
| **DIRECT COST TOTAL** | **$ 2,340,579.25** | **$2,116,638.41** | **$ (223,940.84)** | | |
| **INDIRECT COST TOTAL (RATE 21.8%)** | **$ 510,246.00** | **$461,427.20** | **$ (48,818.80)** | | |
| **TOTAL** | **$2,850,825.25** | **$2,578,065.61** | **$ (272,759.64)** | | |

**AR02758**

| | | | | | | | UNITED STATES DEPARTMENT OF INTERIOR<br>BUREAU OF LAND MANAGEMENT | | | | Functional Area / WBS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | L51050000 / LVRCF1805950 |

**2018 BURNING MAN EVENT COST RECOVERY PROJECT LABOR LOG (ATT # 1)**

| DATE | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/23/18-09/5/18 | | | | X | X | | 201819-201820 | ABITU | CA Law Enforcement Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 179.00 | $10,427.01 |
| 8/22/18-9/7/18 | | | | X | X | | 201819-201820 | ALBRIGHT | CA Field Staff Ranger, K9 Handler | City Patrol, K9 Handler        Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. Additional duties of K9 Handler | 127.00 | $9,188.70 |
| 8/15/18-9/03/18 | | X | X | X | | | 201818-201820 | ALLEN | NV Special Agent | Investigations (Integrated Investigations), Night Shift | Integrated Investigations function officer, works for Pershing County Sheriffs to assist in investigations of state violations | 142.00 | $11,844.90 |
| 4/03/18-12/19/18 | X | X | X | X | X | X | 201809-201826 | ANDRES | NV Staff Ranger | LE Planner/LE Ops Chief | LE Planner of event operations; Supervisor of  LE program during event operations | 772.00 | $62,631.60 |
| 7/22/18-9/5/18 | X | | | X | | | 201817-201820 | ARBONIES | NV Range Technician | Range Specialist | Provide deconfliction between grazing permittees and SRP holders. | 7.00 | $400.11 |
| 8/23/18-09/5/18 | | | | X | X | | 201819-201820 | BALDWIN | Winnemucca Geologist | Event Safety Officer, Day Shift | Safety function Specialist, served as BLM's event safety officer for JOC and BRC | 178.50 | $9,609.60 |
| 8/23/18-09/5/18 | | | | X | | | 201819-201820 | BENAVIDEZ | CA Law Enforcement Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 151.50 | $8,733.77 |
| 8/23/18-09/5/18 | | | X | X | X | | 201819-201820 | BOIK | OLES Region 3 State Chief Ranger | LE Patrol Chief, Day Shift | Patrol Chief function officer, supervises all patrol operations during their assigned shift | 217.00 | $22,206.75 |
| 8/20/18-09/5/18 | | | | X | | | 201819-201820 | BOXX | CA Patrol Ranger | City Patrol,  Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 178.00 | $9,744.41 |
| 8/20/18-09/5/18 | | | | X | | | 201819-201820 | BRIDGES | OR Park Ranger | Logistics, Night Shift | Logistics support function specialist, provides logistical needs to JOC facility, Sub-station and to detailers | 248.00 | $6,556.39 |
| 8/20/18-09/5/18 | | | X | X | X | | 201819-201820 | BRISCOE | NV Zone 1 Supervisor | LE Branch Chief | LE Planner of event operations; Supervisor of  LE program during event operations | 219.00 | $21,542.43 |
| 8/20/18-09/5/18 | | | | X | | | 201819-201821 | BROWN | ID Field Staff Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 146.50 | $11,383.79 |
| 8/20/18-09/5/18 | | | | X | | | 201819-201821 | BUCHANAN | ID District Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 156.75 | $14,283.79 |
| 8/20/18-09/5/18 | | | | X | | | 201819-201821 | BULKLEY | UT Field Staff Ranger | Investigation (Patrol Investigative Support), Night Shift | Patrol Investigative Support function officer, works in patrol function in uniform to conduct any patrol cases that require follow-up investigation | 157.00 | $11,919.38 |
| 8/20/18-09/5/18 | | | | X | | | 201819-201821 | BURGESS | AZ Field Staff Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 149.50 | $10,626.61 |
| 7/9/18-10/1/18 | X | | X | X | X | | 201816-201822 | CADIGAN | NV/BRFO Wildlife Biologist | Vending Compliance, Day Shift | Vending Compliance Monitoring function, worked with BRC vending teams on SRP compliance | 169.00 | $8,932.52 |
| 8/07/18-09/8/18 | | | | X | | | 201818-201820 | CARTER, D. | CA Radio Tech | Comm Tech | Communications network  support | 310.00 | $24,010.14 |
| 8/20/18-09/5/18 | | | | X | | | 201819-201820 | CASTRO | CA Field Staff Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 185.00 | $13,660.60 |
| 08/23/18-08/28/18 | | | | X | | | 201819 | CHAIDEZ | CA Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 40.00 | $2,978.06 |

| DATE | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/20/18-09/5/18 | | | X | X | | | 201819-201820 | CHODOROWSKI | CO Field Staff Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 190.00 | $15,345.60 |
| 8/20/18-09/5/18 | | | X | X | | | 201819-201820 | CULVER | NV Field Staff Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 186.00 | $13,986.76 |
| 8/20/18-09/5/18 | | | X | X | | | 201819-201820 | CUNNINGHAM | CO Field Staff Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 213.00 | $17,449.05 |
| 8/20/18-09/5/18 | | | | X | | | 201819 | DAHL | CO IT Specialist | Communications | IT Specialist, assisted in set-up of IT equipment during Set Up and Pre Event | 5.00 | $233.13 |
| 8/20/18-09/5/18 | | | | X | | | 201819-201820 | DAVIS | AZ Field Staff Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 171.00 | $13,230.78 |
| 8/20/18-09/5/18 | | | X | X | X | | 201819-201820 | DUE | OLES Equipment Specialist | Logistics | Logistics support function specialist, provides logistical needs to JOC facility, Sub-station and to detailers | 203.00 | $10,176.85 |
| 8/20/18-09/5/18 | | | | X | | | 201819-201820 | DUHRESEN | AK Special Agent | Investigations (Integrated Investigations), Day Shift | Integrated Investigations function officer, works for Pershing County Sheriffs to assist in investigations of state violations | 141.00 | $14,985.88 |
| 8/20/18-09/5/18 | | | | X | | | 201819-201820 | FELIX | NV District Ranger | City Patrol Supervisor,  Swing-Out | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 148.00 | $8,264.85 |
| 8/20/18-09/5/18 | | | | X | | | 201819-201820 | FINCHER | CA Ranger | City Patrol,  Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 160.00 | $9,365.55 |
| 8/15/18-09/5/18 | | X | X | X | | | 201819-201820 | FISCHER | NV Field Staff Ranger | Evidence Technician, Day Shift | LE Evidence function, serves as evidence officer for all event cases with logged evidence | 201.00 | $16,145.23 |
| 8/20/18-09/5/18 | | | X | X | | X | 201819-201825 | FONKEN | CA Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 204.00 | $12,837.17 |
| 8/20/18-09/5/18 | | | | X | X | | 201819-201820 | FREIBERG | ID | Vending Compliance, Day Shift | Vending Compliance Monitoring function, worked with BRC OSS team on vendor SRP compliance | 139.00 | $9,213.62 |
| 8/20/18-09/5/18 | | X | X | X | X | X | 201817-201826 | GAARD | WDO Outdoor Recreation Planner | Logistics, Compliance, Close-out | Supported Pre-event build-out and logistical support, logistical and compliance support during the event, post-use inspection and SRP close-out. | 177.00 | $6,740.87 |
| 8/20/18-09/5/18 | | | | X | | | 201819-201820 | GANDIAGA | OLES Senior Special Agent | Investigations Chief | Investigations function officer, served as supervisor of investigators in both investigative | 140.00 | $13,128.58 |
| 6/11/18-11/01/18 | X | X | X | X | X | X | 201814-201822 | GARSIDE | Black Rock Station Manager | Logistics | Logistics support function specialist, provides logistical needs to JOC facility, Sub-station and to detailers | 115.50 | $4,083.86 |
| 8/20/18-09/5/18 | | | | X | | | 201819-201820 | GOCHIS | UT LE Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 141.00 | $7,243.85 |
| 8/20/18-09/5/18 | | | | X | | | 201819-201820 | GONZALEZ | Arizona Field Staff Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 171.00 | $10,769.50 |
| 8/20/18-09/5/18 | | | | X | | | 201819-201820 | GRAHAM | WA Suport Services Technician | Environmental Compliance | Environmental Compliance Monitoring function, worked with BRC environmental  teams on environmental SRP compliance | 208.50 | $8,451.24 |
| 8/06/18-09/5/18 | X | X | X | X | | | 201818-201820 | GRIMES | NV IT Specialist | Event IT Equipment Specialist, Day Shift | IT Equipment Specialist function, installs/maintains all IT equipment at JOC and | 322.00 | $16,515.53 |
| 4/03/18-12/19/18 | X | X | X | X | X | X | 201807-201826 | HALL | NV/BRFO Field Manager | Authorized Officer | Event Management function, served as overall manager of event operations | 392.00 | $26,401.83 |
| 8/20/18-09/5/18 | | | X | X | | | 201819-201820 | HARPER | ID Field Staff Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 144.50 | $8,043.14 |
| 8/20/18-09/5/18 | | | | X | | | 201819-201820 | HARRISON | CA Field Staff Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 111.00 | $9,745.41 |

| DATE | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/20/18-09/5/18 | | | | X | | | 201819-201820 | HAUCK | AZ Special Agent | Investigations (Integrated Investigations), Day Shift | Integrated Investigations function officer, works for Pershing County Sheriffs to assist in investigations of state violations | 137.00 | $11,995.16 |
| 8/20/18-09/5/18 | X | | X | X | X | X | 201819-201820 | HENDRIX | Battle Mountain Public Affairs | Event Public Affairs | Provided public affairs support and coordination for the event. | 216.00 | $13,494.27 |
| 8/20/18-09/5/18 | | | | X | | | 201819-201820 | HONE | UT Special Agent | Medical Unit Leader, Day Shift | Medical unit staff, provide care to employees. | 138.00 | $13,191.32 |
| 8/20/18-09/5/18 | | | | X | | | 201819-201820 | HUEGERICH | OLES Senior Special Agent | Investigations (Integrated Investigations), Swing Shift | Integrated Investigations function officer, works for Pershing County Sheriffs to assist in investigations of state violations | 133.00 | $13,610.16 |
| 8/20/18-09/5/18 | | | | X | X | | 201819-201820 | HUSTON | SD Field Staff Ranger, K9 Handler | City Patrol, K9 Handler Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. Additional duties of K9 Handler | 237.75 | $18,777.19 |
| 8/5/18 - 9/8/18 | | X | | X | X | | 201818-201820 | IAGULLI | NV IT Specialist | Comm Tech | Communications network  support | 328.00 | $22,452.63 |
| 8/20/18-09/5/18 | X | | X | X | X | X | 201811-201823 | JONES | UT Assistant Field Manager | CivOps | Event Management function, served as planning lead during planning operations, served as operational chief of civilian operations during event, served as close-out lead during close-out operations (AAR, CBA) | 264.25 | $13,918.07 |
| 8/26/18-12/19/18 | | | | X | X | X | 201820-201826 | KEACH | WDO Archaeologist | Compliance | Responded to event for additional compliance during population overage. Assisted in SRP Close-out. | 22.25 | $1,013.55 |
| 8/20/18-09/5/18 | | | | X | | | 201819-201820 | KEREKES | AZ Field Staff Ranger | City Patrol,  Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 159.00 | $9,311.97 |
| 4/11/18-9/09/18 | X | X | X | X | X | | 201808-201820 | KING | AZ IT Specialist | Event IT Security | IT Security function specialist, ensures the security of event technology and data, including CAD servers, DPS Justice Link, IMARS etc | 428.50 | $26,606.80 |
| 8/20/18-09/5/18 | | | | X | | | 201819-201820 | KNISLEY | ID Special Agent | Investigations (Integrated Investigations), Swing Shift | Integrated Investigations function officer, works for Pershing County Sheriffs to assist in investigations of state violations | 130.00 | $11,461.59 |
| | X | | | X | | | 201810-201820 | LACA | WDO Natural Resource Specialist | Environmental Compliance | Environmental Compliance Monitoring function, worked with BRC environmental  teams on environmental SRP compliance | 95.50 | $4,997.43 |
| 6/4/18-9/08/18 | X | X | X | X | X | | 201812-201820 | LANNEN-LITTLEFIELD | AZ Comm Center Manager | Dispatch Center Manager | Dispatch function Specialist, served as dispatch center manager and first line supervisor of contract dispatchers | 298.00 | $17,083.76 |
| 8/20/18-09/5/18 | | | | X | X | | 201819-201820 | R. LLOYD | UT District Ranger | Patrol Supervisor, Day Shift | Shift Supervisor function officer, field supervisor of one half of Shift city patrol officers | 194.75 | $13,730.49 |
| 8/20/18-09/5/18 | | | | X | X | | 201819-201820 | K. LLOYD | UT District Ranger | Investigation (Patrol Investigative Support), Swing Shift | Patrol Investigative Support function officer, works in patrol function in uniform to conduct any patrol cases that require follow-up investigation | 185.50 | $14,134.10 |
| | | | X | | | | 201809 | LOAN | NV Unit Aviation Manager | Aviation Contact | Served as point of contact for aircraft | 6.00 | $358.81 |
| | | | | X | | | 201811 | LONTOC | NV Cadestral | Closure Order | Contribute to geographic description for new phased closure order. | 1.00 | $39.46 |
| 8/20/18-09/5/18 | | | | X | X | | 201819-201820 | MARSOOBIAN | AZ Field Staff Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 188.50 | $14,271.80 |
| 8/20/18-09/5/18 | | | | X | | | 201819-201820 | MARTIN, A. | WY Field Staff Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 159.00 | $11,100.10 |
| 08/30/18-11/30/18 | | | | X | X | X | 201821-201824 | MARTIN, J. | BRFO Assistant Field Manager | BRFO Assistant Field Manager | Provide oversight of event management. | 45.00 | $2,549.40 |
| 8/20/18-09/5/18 | | | | X | | | 201819-201820 | MATOS-PAGAN | CA LE Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 146.50 | $8,465.43 |
| 8/13/18-10/01/18 | X | X | X | X | X | | 201818-201824 | MATTHEWS | NV GIS Specialist | Logistic Supervisor, Day Shift | Logistics function Specialist, served as lead of logistic team | 313.00 | $18,630.88 |

AR02761

| DATE | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | X |  |  | X |  | X | 201813-201825 | MCCULLOUGH | Winnemucca District Manager | Winnemucca District Manager | Provide oversight of event management. | 34.00 | $2,674.20 |
| 8/20/18-09/5/18 |  |  | X | X |  |  | 201819-201820 | MCDANIEL | AZ K-9 Handler | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 188.50 | $12,309.43 |
| 8/20/18-09/5/18 |  |  |  | X |  |  | 201819-201820 | MCDERMOTT | NV Field Staff Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 146.00 | $10,409.49 |
| 8/20/18-09/5/18 |  |  |  | X |  |  | 201819-201820 | MCDONALD | CA Field Staff Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 173.00 | $12,880.56 |
| 8/20/18-09/5/18 |  |  |  | X |  |  | 201819-201820 | MCGRATH | ID State Chief Ranger | Patrol Commander, Night Shift | Patrol Commander function officer, supervises patrol officers assigned to his shift | 193.00 | $21,383.21 |
|  |  |  |  | X |  |  | 201809-201826 | MCKINNEY | NV/BRFO ORP | Acting Project Manager/SRP Monitor | Event Management function, served as planning lead during planning operations, served as SRP monitor during event, served as close-out lead during close-out operations | 1,036.50 | $55,449.24 |
|  | X |  | X | X | X |  | 201818-201824 | MCKINNON | WDO Realty Specialist | Vending Compliance, Day Shift | Vending Compliance Monitoring function, worked with BRC vending teams on SRP compliance | 188.50 | $10,683.53 |
|  |  |  |  |  |  | X | 201822 | MCMILLAN | WDO Land Health Inspection Specialist | Compliance | Responded to event for additional compliance during population overage. | 12.00 | $474.11 |
| 8/20/18-09/5/18 |  |  | X | X |  |  | 201819-201820 | MEUTH | WA Field Staff Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 198.00 | $14,220.48 |
| 8/20/18-09/5/18 |  |  | X | X |  |  | 201819-201820 | MILLER | OLES Region 5, State Chief Ranger | Shift Supervisor, Day Shift | Shift Supervisor function officer, field supervisor of one half of Shift city patrol officers | 172.50 | $18,216.63 |
| 8/20/18-09/5/18 |  |  |  | X |  |  | 201819-201820 | MITSUYASU | OR Field Staff Ranger | Investigation (Patrol Investigative Support), Day Shift | Patrol Investigative Support function officer, works in patrol function in uniform to conduct any patrol cases that require follow-up investigation | 187.00 | $18,580.89 |
| 8/20/18-09/5/18 |  |  | X | X |  |  | 201819-201820 | MOORE | OLES Region 3 State Chief Ranger | LE Day Shift Commander | Patrol Commander function officer, supervises patrol officers assigned to his shift | 196.00 | $19,700.18 |
| 8/20/18-09/5/18 |  |  |  | X |  |  | 201819-201820 | NEEL | NV LE Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 153.75 | $9,855.07 |
| 8/06/18-9/5/18 |  | X | X |  |  |  | 201818-201820 | NICHOLS | NV TeleComm Specialist | IT Specialist, Day Shift | IT Specialist function Specialist, assisted in set-up of IT equipment during Set Up and Pre Event | 92.00 | $6,995.59 |
| 8/20/18-09/5/18 |  |  | X | X |  |  | 201819-201820 | PAIVA | NV Field Staff Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 63.00 | $5,183.73 |
| 8/20/18-09/5/18 |  |  |  | X |  |  | 201819-201820 | PHILIPP | UT Investigative Assistant | Evidence Technician, Swing Shift | LE Evidence function, serves as evidence officer for all event cases with logged evidence | 157.00 | $8,100.40 |
|  | X | X | X | X | X | X | 201807-201826 | PIRTLE | NV/WDO Re-Employed Annuitant - Burning Man Project | Planning Lead,IC,  Close-out Lead | Event Management function, served as planning lead during planning operations, served as operational chief of civilian operations during event, served as close-out lead during close-out operations (AAR, CRA) | 864.00 | $33,903.42 |
| 8/20/18-09/5/18 |  |  |  | X |  |  | 201819-201820 | PRESLEY | OR Field Staff Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 140.25 | $9,633.26 |
|  | X |  |  |  |  |  | 201809-201811 | PRICE | NV Cadestral | Closure Order | Redefine geotechnical area description for new phased CO. | 65.00 | $4,950.44 |
| 8/20/18-09/5/18 |  |  |  | X |  |  | 201819-201820 | PURDY | CA Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 158.00 | $9,793.45 |
| 8/20/18-09/5/18 |  |  |  | X |  |  | 201819-201820 | REGNELL | CA Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 176.50 | $13,004.40 |
|  | X |  |  |  |  |  | 201811 | RICCI | NV NEPA Coordinator | NEPA Coordinator | DNA review. | 1.00 | $90.82 |
|  |  |  | X | X |  |  | 201818-201819 | RICH | UT Telecoms Specialist | Comm Tech | Communications network support | 182.00 | $11,128.86 |

| DATE | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/20/18-09/5/18 | | | X | X | | | 201819-201820 | ROBINSON | MT Ranger, K9 Handler | City Patrol, K9 Handler Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. Additional duties of K9 Handler | 191.00 | $14,501.16 |
| 8/20/18-09/5/18 | | | | X | | | 201819-201820 | ROMERO | AZ Ranger | Investigation (Patrol Investigative Support), Night Shift | Patrol Investigative Support function officer, works in patrol function in uniform to conduct any patrol cases that require follow-up investigation | 160.75 | $10,302.63 |
| 8/20/18-09/5/18 | | | X | X | | | 201819-201820 | ROOP | OR State Chief Ranger | Patrol Commander, Swing Shift | Patrol Commander function officer, supervises patrol officers assigned to his shift | 191.50 | $21,970.65 |
| | | X | X | X | X | X | 201810-201826 | ROREX | NV BRFO GIS | Event GIS/Compliance | Compliance function Specialist, assist environment, vending monitoring teams with GIS needs; assisted LE and CivOps with GPS | 469.00 | $27,303.12 |
| 8/20/18-09/5/18 | | | | X | X | | 201819-201820 | RUSSELL | UT Field Staff Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 194.50 | $14,132.33 |
| 8/20/18-09/5/18 | | | | X | | | 201819-201820 | SAKAHARA | MT State Chief Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 152.00 | $15,959.64 |
| 8/20/18-09/5/18 | | | | X | | | 201819-201820 | SARCINELLA | CA Field Staff Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 138.50 | $7,885.07 |
| 8/20/18-09/5/18 | | | | X | | | 201819-201820 | SAWTELL | CA Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 153.75 | $8,937.30 |
| 8/20/18-09/5/18 | | X | X | X | X | | 201819-201820 | SCHWIRIAN | NV IT Specialist | Comm Tech, Day Shift | Communications function specialist, works on radio/dispatch communications network | 274.00 | $15,631.42 |
| 8/20/18-09/5/18 | | | | X | | | 201819-201820 | SHARKEY | NV BRFO ORP | LE Night Ops Chief | Patrol Chief function officer, supervises all patrol operations during their assigned shift | 150.00 | $16,228.32 |
| | | | | | | X | 201826 | SHEDDEN | WDO Range Technician | ORP Close-out Support. | SRP Close-out. | 18.00 | $492.09 |
| 8/20/18-09/5/18 | | | | X | | | 201819-201820 | SMITH | AZ Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 160.00 | $10,793.94 |
| | | X | X | X | X | X | 201818-201820 | SPENCER | CCDO - Equipment Specialist | Logistics, Day Shift | Shift Supervisor function officer, field supervisor of one half of Shift city patrol officers | 321.00 | $12,168.25 |
| 8/20/18-09/5/18 | | | | X | | | 201819-201820 | STOLTS | NV Supervisory Ranger | Shift Supervisor, Swing Shift | Shift Supervisor function officer, field supervisor of one half of Shift city patrol officers | 205.50 | $11,596.52 |
| | | X | X | | | | 201817-201818 | SUMINSKI | AZ Comm Center Manager | Dispatch Center Manager | Dispatch function Specialist, served as dispatch center manager and first line supervisor of contract dispatchers | 59.50 | $3,293.56 |
| 8/20/18-09/5/18 | | | | X | | | 201819-201820 | SUTTON | CA Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 151.75 | $8,014.00 |
| 8/20/18-09/5/18 | | | | X | | | 201819-201820 | SWISHER | BRFO Wild Horse and Burro | Logistics Runner | Logistics support function specialist, served as purchase/delivery of logistics needs. Part-time, not on playa | 73.00 | $4,168.66 |
| 8/20/18-09/5/18 | | | | X | | | 201819-201820 | SZYMPRUCH | AZ District Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 156.25 | $10,722.10 |
| | | | | X | | | 201819-201821 | TAYLOR | Administrative Support Assistant | Administrative Support | Administrative Support Services on playa. | 129.50 | $5,285.13 |
| 8/18/18-09/5/18 | X | | X | X | | | 201818-201820 | TEMPLETON | OLES Region 5 ASAC | Medical Unit Leader, Day Shift | Medical function officer, served as lead of BLM's medical unit | 208.00 | $20,816.68 |
| 8/20/18-09/5/18 | | | | X | | | 201819-201820 | TITUS | CA Supervisory Ranger | Shift Supervisor, Night Shift | Shift Supervisor function officer, field supervisor of one half of Shift city patrol officers | 205.50 | $17,333.56 |
| | | | | | | X | 201822 | TRIPP | WDO Range Technician | Compliance | Assisted in post-use inspection and SRP close-out. | 12.50 | $273.48 |
| 8/20/18-09/5/18 | | | | X | | | 201819-201820 | VANAIRSDALE | OPR Special Agent | OPR Agent | OPR function officer, event on-site Internal Affairs component and Use of Force reports | 143.00 | $15,176.28 |
| 8/20/18-09/5/18 | | X | X | X | | | 201819-201820 | WEAVER | ID LE IT Specialist | IMARS | IMARS Support function officer, coordinates event IMARS program | 149.75 | $10,914.40 |
| | X | X | X | X | | | 201816-201820 | WELTY | CCDO - GIS Specialist | GIS | Compliance function Specialist, assist environment, vending monitoring teams with GIS needs; assisted LE and CivOps with GPS | 256.00 | $11,915.16 |

AR02763

| DATE | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | | | X | | | 201810-201820 | WHETSTONE | Winnemucca Archaeologist | Compliance | Responded to event for additional compliance during population overage. | 15.50 | $780.84 |
| 8/20/18-09/5/18 | | | | X | | | 201819-201820 | WHITWORTH | ID Field Staff Ranger, K9 | City Patrol. Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 164.00 | $11,988.97 |
| 8/20/18-09/5/18 | | | | X | | | 201819-201820 | WILCOX, J. | OR Supervisory Ranger | Investigation (Patrol Investigative Support), Day Shift | Patrol Investigative Support function officer, works in patrol function in uniform to conduct any patrol cases that require follow-up investigation | 175.25 | $15,861.94 |
| 8/20/18-09/5/18 | | | X | X | | | 201819-201820 | WILCOX, J.R. | NV Field Staff Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 186.75 | $12,115.14 |
| 8/20/18-09/5/18 | X | | | | | | 201819-201820 | WILSON | NV Special Agent | Investigations (Integrated Investigations), Night Shift | Integrated Investigations function officer, works for Pershing County Sheriffs to assist in investigations of state violations | 126.00 | $11,172.88 |
| 7/23/18-09/09/18 | | X | X | X | X | | 201817-201820 | WISEMORE | Ely Telecommunications | Comm Lead | Communications function, supervisor of radio/dispatch communications network program | 381.00 | $20,701.08 |
| | X | X | X | X | X | | 201808-201821 | J. YOUNG | OLES Region 5 State Chief Ranger | Comm Chief, Day Shift. | Communication Function, Chief of program which includes radio network, dispatch, IT Equipment and IT Security. | 542.00 | $52,679.88 |
| 08/05/18-09/06/18 | | | X | X | X | | 201818-201820 | ZOHOVETZ | NV Resident Ranger | City Patrol. Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 175.50 | $12,169.89 |
| | | | | | | | | | | | **LABOR TOTAL:** | **22,310.50** | **1,527,140.67** |

AR02764

| NO. | CONTRACTOR | PURPOSE | AMOUNT OBLIGATED | AMOUNT INVOICED | SOLE SOURCE | ONE-TIME vs. ANNUAL | CONTRACT DOCUMENT (see Attached) |
|---|---|---|---|---|---|---|---|
| | | **2018 BURNING MAN - BLM CONTRACTS/AGREEMENTS (ATT#2)** | | | | | |
| | | SUPPORT LABOR AGREEMENTS | | | | | |
| 1 | IAA USDA (Forest Service) Labor | LE Patrols | $40,000.00 | $37,345.14 | Yes | Annual | L18PG00106 |
| 2 | IAA HHS Labor | Medical Support | $20,000.00 | $2,394.88 | Yes | Annual | L18PG00086 |
| | | SUPPORT SERVICES/EQUIPMENT PLANNED CONTRACTS | | | | | |
| 3 | High Desert Internet Services | Network services | $130,618.00 | $130,618.00 | No | Annual | L3918P0122 |
| 4 | High Desert Internet Services | Microwave Internet Bandwith | $22,000.00 | $22,000.00 | No | Annual | L3918P0119 |
| 4 | Strohman Enterprises | Satellite tracking updates & service | $50,640.00 | $50,640.00 | Yes | Annual | L3918P0161 |
| 5 | Bruno's Country Club | Wiring | $17,000.00 | $17,000.00 | | One-Time | L3918P0163 |
| 6 | Waters Septic Tank Service | Septic | $12,740.00 | $9,065.00 | Yes | One-Time | L3918P0135 |
| 7 | Law Enforcement Temporary Placement | Dispatch | $199,870.00 | $199,870.00 | No | Annual | L3918P0120 |
| 8 | Federal Registor | Posting Fee of Closure Order in Federal Registor | $2,000.00 | $1,963.00 | Yes | Annual | N/A |
| | | SUPPORT SERVICES/EQUIPMENT MISC CONTRACT | | | | | |
| 9 | Relm Communications | Base Station Upgrade | $ 13,118.78 | $13,118.78 | Yes | One-Time | L3918F0018 |

Total Labor (Agreements):     $ 39,740.02
Total (Planned Contracts):    $431,156.00
Total (Misc Contract):        $13,118.78
**All Total:**                **$484,014.80**

## 2018 BURNING MAN - TRAVEL PER PERSON (ATT #3)

*Travel Expenses include (Not all personnel have each item): Airfare, Lodging, Per Diem and Travel Incidentals, and Rental Car*

| LAST NAME | AMOUNT | TRIP PURPOSE |
|---|---|---|
| ALBRIGHT | $161.00 | Travel for related assigned duties at Burning Man event. |
| ALLEN | $367.75 | Travel for related assigned duties at Burning Man event. |
| ANDRES | $154.75 | Travel for related assigned duties at Burning Man event. |
| BALDWIN | $309.74 | Travel for related assigned duties at Burning Man event. |
| BOIK | $185.75 | Travel for related assigned duties at Burning Man event. |
| BOXX | $230.00 | Travel for related assigned duties at Burning Man event. |
| BRIDGES | $427.00 | Travel for related assigned duties at Burning Man event. |
| BRISCOE | $171.00 | Travel for related assigned duties at Burning Man event. |
| BROWN | $245.25 | Travel for related assigned duties at Burning Man event. |
| BUCHANAN | $175.50 | Travel for related assigned duties at Burning Man event. |
| BULKLEY | $388.03 | Travel for related assigned duties at Burning Man event. |
| BURGESS | $450.62 | Travel for related assigned duties at Burning Man event. |
| CADIGAN | $285.75 | Travel for related assigned duties at Burning Man event. |
| CARTER, D. | $776.89 | Travel for related assigned duties at Burning Man event. |
| CASTRO | $202.25 | Travel for related assigned duties at Burning Man event. |
| CASTRO-ESCOBAR | $69.75 | Travel for related assigned duties at Burning Man event. |
| CHAIDEZ | $194.66 | Travel for related assigned duties at Burning Man event. |
| CHODOROWSKI | $782.38 | Travel for related assigned duties at Burning Man event. |
| CULVER | $190.75 | Travel for related assigned duties at Burning Man event. |
| CUNNINGHAM | $557.50 | Travel for related assigned duties at Burning Man event. |
| DAVIS | $634.12 | Travel for related assigned duties at Burning Man event. |
| DUE | $308.75 | Travel for related assigned duties at Burning Man event. |
| DUHRSEN | $2,039.35 | Travel for related assigned duties at Burning Man event. |
| FELIX | $146.00 | Travel for related assigned duties at Burning Man event. |
| FINCHER | $543.75 | Travel for related assigned duties at Burning Man event. |
| FISCHER | $94.75 | Travel for related assigned duties at Burning Man event. |
| FONKEN | $419.30 | Travel for related assigned duties at Burning Man event. |
| FREIBERG | $69.75 | Travel for related assigned duties at Burning Man event. |
| GAARD | $424.25 | Travel for related assigned duties at Burning Man event. |
| GANDIAGA | $210.75 | Travel for related assigned duties at Burning Man event. |
| GRAHAM | $1,031.58 | Travel for related assigned duties at Burning Man event. |
| GOCHIS | $160.75 | Travel for related assigned duties at Burning Man event. |
| GONZALEZ | $402.00 | Travel for related assigned duties at Burning Man event. |
| GRIMES | $543.75 | Travel for related assigned duties at Burning Man event. |
| HARPER | $209.75 | Travel for related assigned duties at Burning Man event. |
| HARRISON | $146.00 | Travel for related assigned duties at Burning Man event. |
| HAUCK | $160.75 | Travel for related assigned duties at Burning Man event. |
| HONE | $19.75 | Travel for related assigned duties at Burning Man event. |
| HUEGERICH | $146.00 | Travel for related assigned duties at Burning Man event. |
| HUSTON | $1,183.54 | Travel for related assigned duties at Burning Man event. |
| IAGULLI | $531.75 | Travel for related assigned duties at Burning Man event. |
| JONES | $548.02 | Travel for related assigned duties at Burning Man event. |
| KEREKES | $564.30 | Travel for related assigned duties at Burning Man event. |
| KING | $801.00 | Travel for related assigned duties at Burning Man event. |
| KNISLEY | $145.75 | Travel for related assigned duties at Burning Man event. |
| LACA | $82.75 | Travel for related assigned duties at Burning Man event. |
| LLOYD, K. | $384.36 | Travel for related assigned duties at Burning Man event. |
| LLOYD, R. | $338.00 | Travel for related assigned duties at Burning Man event. |

| | | |
|---|---|---|
| MARSOOBIAN | $606.80 | Travel for related assigned duties at Burning Man event. |
| MARTIN | $255.50 | Travel for related assigned duties at Burning Man event. |
| MATOS-PAGAN | $175.75 | Travel for related assigned duties at Burning Man event. |
| MATTHEWS | $404.00 | Travel for related assigned duties at Burning Man event. |
| MCDANIEL | $355.37 | Travel for related assigned duties at Burning Man event. |
| MCDERMOTT | $160.75 | Travel for related assigned duties at Burning Man event. |
| MCDONALD | $475.59 | Travel for related assigned duties at Burning Man event. |
| MCGRATH | $176.00 | Travel for related assigned duties at Burning Man event. |
| MCKINNEY | $294.50 | Travel for related assigned duties at Burning Man event. |
| MCKINNON | $112.75 | Travel for related assigned duties at Burning Man event. |
| MEUTH | $422.66 | Travel for related assigned duties at Burning Man event. |
| MILLER | $539.93 | Travel for related assigned duties at Burning Man event. |
| MITSUYASU | $203.75 | Travel for related assigned duties at Burning Man event. |
| MOORE | $175.75 | Travel for related assigned duties at Burning Man event. |
| NEEL | $175.75 | Travel for related assigned duties at Burning Man event. |
| NICHOLS | $466.46 | Travel for related assigned duties at Burning Man event. |
| PAIVA | $219.31 | Travel for related assigned duties at Burning Man event. |
| PHILIPP | $165.75 | Travel for related assigned duties at Burning Man event. |
| PIRTLE | $947.76 | Travel for related assigned duties at Burning Man event. |
| PRESLEY | $175.75 | Travel for related assigned duties at Burning Man event. |
| PURDY | $400.75 | Travel for related assigned duties at Burning Man event. |
| REGNELL | $483.95 | Travel for related assigned duties at Burning Man event. |
| RICH | $719.23 | Travel for related assigned duties at Burning Man event. |
| ROBINSON | $473.16 | Travel for related assigned duties at Burning Man event. |
| ROMERO | $302.75 | Travel for related assigned duties at Burning Man event. |
| ROOP | $175.75 | Travel for related assigned duties at Burning Man event. |
| ROREX | $127.75 | Travel for related assigned duties at Burning Man event. |
| RUSSELL | $138.84 | Travel for related assigned duties at Burning Man event. |
| SAKAHARA | $461.25 | Travel for related assigned duties at Burning Man event. |
| SARCINELLA | $176.75 | Travel for related assigned duties at Burning Man event. |
| SAWTELL | $288.75 | Travel for related assigned duties at Burning Man event. |
| SCHWIRIAN | $977.24 | Travel for related assigned duties at Burning Man event. |
| SHARKEY | $731.19 | Travel for related assigned duties at Burning Man event. |
| SMITH | $497.53 | Travel for related assigned duties at Burning Man event. |
| SPENCER | $407.75 | Travel for related assigned duties at Burning Man event. |
| STOLTS | $190.75 | Travel for related assigned duties at Burning Man event. |
| SUTTON | $151.00 | Travel for related assigned duties at Burning Man event. |
| SZYMPRUCH | $484.37 | Travel for related assigned duties at Burning Man event. |
| TAYLOR | $44.75 | Travel for related assigned duties at Burning Man event. |
| TEMPLETON | $347.49 | Travel for related assigned duties at Burning Man event. |
| TITUS | $591.20 | Travel for related assigned duties at Burning Man event. |
| VAN AIRSDALE | $363.25 | Travel for related assigned duties at Burning Man event. |
| WEAVER | $160.75 | Travel for related assigned duties at Burning Man event. |
| WELTY | $170.75 | Travel for related assigned duties at Burning Man event. |
| WHITWORTH | $375.91 | Travel for related assigned duties at Burning Man event. |
| WILCOX | $175.75 | Travel for related assigned duties at Burning Man event. |
| WILSON | $204.75 | Travel for related assigned duties at Burning Man event. |
| WISEMORE | $1,641.80 | Travel for related assigned duties at Burning Man event. |
| YOUNG | $1,505.49 | Travel for related assigned duties at Burning Man event. |
| ZOHOVETZ | $195.75 | Travel for related assigned duties at Burning Man event. |
| WINNEMUCA | $14.75 | Travel for related assigned duties at Burning Man event. |
| **TOTAL** | **$38,107.92** | |

AR02767

## 2018 BURNING MAN - VEHICLE UTILIZATION (ATT#4)

| Plate Number | Utilization Amount | | Plate Number | Utilization Amount |
|---|---|---|---|---|
| 933 | $524.17 | | 768 | $1,290.64 |
| 304 | $420.66 | | 779 | $1,197.27 |
| 272 | $142.68 | | 862 | $1,373.13 |
| 173 | $605.15 | | 867 | $665.15 |
| 280 | $236.40 | | 919 | $851.14 |
| 436 | $476.47 | | 024 | $574.20 |
| 993 | $1,425.60 | | 043 | $551.25 |
| 098 | $920.00 | | 098 | $626.46 |
| 109 | $535.30 | | 141 | $1,846.00 |
| 110 | $465.96 | | 191 | $1,163.01 |
| 304 | $373.10 | | 194 | $811.65 |
| 316 | $1,254.12 | | 235 | $642.84 |
| 318 | $349.12 | | 296 | $499.26 |
| 355 | $86.92 | | 469 | $965.61 |
| 585 | $547.84 | | 881 | $915.00 |
| 668 | $621.40 | | 703M | $5.11 |
| 678 | $1,047.28 | | 127R | $728.78 |
| 730 | $1,054.70 | | 317S | $1,195.36 |
| 736 | $517.28 | | 366M | $475.76 |
| 781 | $1,106.36 | | 665S | $437.93 |
| 782 | $556.24 | | 829R | $212.99 |
| 808 | $376.72 | | **TOTAL** | **$45,116.72** |
| 884 | $1,569.48 | | | |
| 977 | $602.61 | | | |
| 980 | $988.90 | | | |
| 030 | $768.42 | | | |
| 072 | $458.20 | | | |
| 073 | $1,144.64 | | | |
| 075 | $995.96 | | | |
| 095 | $729.95 | | | |
| 239 | $655.61 | | | |
| 267 | $288.50 | | | |
| 299 | $1,457.54 | | | |
| 428 | $452.62 | | | |
| 447 | $317.85 | | | |
| 448 | $279.50 | | | |
| 560 | $527.88 | | | |
| 561 | $407.04 | | | |
| 566 | $922.70 | | | |
| 696 | $1,728.89 | | | |
| 707 | $148.42 | | | |

## 2018 BURNING MAN - MISC. SUPPLIES AND EQUIPMENT (ATT#5)

| RECEIPT # | CARD HOLDER | VENDOR | AMOUNT | DESCRIPTION |
|---|---|---|---|---|
| R-1 | ANDRES | OFFICE DEPOT  3252 | $ 30.95 | Office Supplies |
| R-2 | ANDRES | R & S ARMY-NAVY STORE | $ 1,499.50 | Employee Safety Supplies |
| R-3 | ANDRES | RPS PRINTING | $ 266.25 | Copying/Printing |
| R-4 | ANDRES | HIGH DESERT MOBILE DETAIL | $ 475.00 | Trailer cleaning |
| R-5 | ANDRES | TACTICALGEAR.COM | $ 963.79 | Employee Safety Supplies |
| R-6 | ANDRES | WWW.IBSUPPLY.COM | $ 63.27 | Office Supplies |
| R-7 | APPOLD | CC 1052 GERLACH IMPROVEME | $ 175.00 | Space Rental |
| R-8 | APPOLD | CONVENIENCE CHECK FEE | $ 3.33 | Space Rental |
| R-9 | APPOLD | SPORTS DEN CORPORAT | $ 1,562.91 | Uniform for Civilian Ops |
| R-10 | ARBONIES | HUMBOLDT PRINTERS LLC | $ 86.20 | Printing |
| R-11 | CADIGAN | BERNARDO ESTRADA DETAI | $ 160.00 | Vehicle Cleaning |
| R-12 | CADIGAN | BERNARDO ESTRADA DETAI | $ 160.00 | Vehicle Cleaning |
| R-13 | CADIGAN | BIG R | $ 173.41 | Field Supplies |
| R-14 | CADIGAN | USPS PO 3197600445 | $ 3.95 | Postage |
| R-15 | DUE | BRUNOS GAS & TOWING | $ 36.00 | Logistical Supplies |
| R-16 | DUE | LOWES  02661* | $ 55.45 | Logistical Supplies |
| R-17 | DUE | LOWES  02661* | $ 125.03 | Logistical Supplies |
| R-18 | DUE | PEPBOYS STORE  708 | $ 100.37 | Logistical Supplies |
| R-19 | DUE | WM SUPERCENTER  4370 | $ 1,040.77 | Medical Supplies |
| R-20 | DUHRSEN | BEARCO SINCLAIR | $ 24.00 | Rental Car Fuel |
| R-21 | FERGUSON | VF IMAGEWEAR INC | $ 1,995.00 | Uniform for Civilian Ops |
| R-22 | FERGUSON | VF IMAGEWEAR INC | $ 95.00 | Uniform for Civilian Ops |
| R-23 | FERGUSON | VF IMAGEWEAR INC | $ 95.00 | Uniform for Civilian Ops |
| R-24 | FERGUSON | VF IMAGEWEAR INC | $ 95.00 | Uniform for Civilian Ops |
| R-25 | FISCHER | ADORAMA INC | $ 132.79 | Evidence Supplies |
| R-26 | FISCHER | CAPRICE ELECTRONICS | $ 204.98 | Evidence Supplies |
| R-27 | FISCHER | EVIDENT INC | $ 293.22 | Evidence Supplies |
| R-28 | FISCHER | EVIDENT INC | $ 164.40 | Evidence Supplies |
| R-29 | FISCHER | PREMIER & COMPANIES, I | $ 39.06 | Evidence Supplies |
| R-30 | FISCHER | PREMIER & COMPANIES, I | $ 112.88 | Evidence Supplies |
| R-31 | FISCHER | THE LAB DEPOT | $ 421.50 | Evidence Supplies |
| R-32 | GARSIDE | AMZN MKTP US AMZN.COM/ | $ 140.34 | Logistical Supplies |
| R-33 | GARSIDE | AUTOZONE  3742 | $ 53.55 | Logistical Supplies |
| R-34 | GARSIDE | BIG R OF FERNLEY 5 | $ 14.77 | Logistical Supplies |
| R-35 | GARSIDE | HOMEDEPOT.COM | $ 159.60 | Logistical Supplies |
| R-36 | GARSIDE | PREMIER & COMPANIES, I | $ 192.00 | Logistical Supplies |
| R-37 | GARSIDE | TALLMAN LUMBER COMPANY | $ 26.89 | Logistical Supplies |
| R-38 | GARSIDE | WM SUPERCENTER  2617 | $ 105.90 | Logistical Supplies |

| R-39 | GARSIDE | WWW.IBSUPPLY.COM | $ 175.43 | Logistical Supplies |
|------|---------|------------------|----------|---------------------|
| R-40 | GARSIDE | WWW.IBSUPPLY.COM | $ 308.47 | Logistical Supplies |
| R-41 | GRAHAM | SQU*SQ *APPLE VALLEY A | $ 200.00 | Vehicle Cleaning |
| R-42 | LEFLAR | BERNARDO ESTRADA DETAI | $ 160.00 | Vehicle Cleaning |
| R-43 | LEFLAR | BERNARDO ESTRADA DETAI | $ 160.00 | Vehicle Cleaning |
| R-44 | LEFLAR | BERNARDO ESTRADA DETAI | $ 160.00 | Vehicle Cleaning |
| R-45 | LEFLAR | BERNARDO ESTRADA DETAI | $ 320.00 | Vehicle Cleaning |
| R-46 | NIEMAN | AMZN MKTP US AMZN.COM/ | $ 305.38 | Employee Safety Supplies |
| R-47 | NIEMAN | STAPLES       00101196 | $ 132.88 | Office Supplies |
| R-48 | SHAARDA | FEDEX 98714397 | $ 5.37 | Postage |
| R-49 | SHAARDA | FEDEX 99819350 | $ 999.93 | Postage |
| R-50 | SPENCER | CVS/PHARMACY  09981 | $ 98.21 | Logistical Supplies |
| R-51 | SPENCER | LOWES  01024* | $ 222.89 | Logistical Supplies |
| R-52 | SPENCER | NAPA AUTO TRUCK PARTS | $ 92.02 | Logistical Supplies |
| R-53 | SPENCER | SAVEMART  552 CARSON | $ 33.46 | Logistical Supplies |
| R-54 | VERMEYS | SKY MOBILE DETAILING | $ 300.00 | Vehicle Cleaning |
| R-55 | WALKAMA | FEDEX 30164372 | $ 277.00 | Postage |
| R-56 | WISEMORE | AMAZON MKTPLACE PMTS W | $ 132.93 | Communications Supplies |
| R-57 | WISEMORE | AMZN MKTP US | $ 701.94 | Communications Supplies |
| R-58 | WISEMORE | AMZN MKTP US AMZN.COM/ | $ 22.98 | Communications Supplies |
| R-59 | WISEMORE | AMZN MKTP US AMZN.COM/ | $ 93.84 | Communications Supplies |
| R-60 | WISEMORE | FACTORYOUTLETSTORE LLC | $ 715.00 | Communications Supplies |
| R-61 | WISEMORE | LOWES  03034* | $ 156.85 | Communications Supplies |
| R-62 | WISEMORE | LTS*LOGO&TEAM SPORTSW | $ 287.23 | Communications Supplies |
| R-63 | WISEMORE | OREILLY AUTO  3600 | $ 69.95 | Communications Supplies |
| R-64 | YOUNG | AMZN MKTP US | $ 200.10 | Communications Supplies |
| R-65 | YOUNG | AMZN MKTP US AMZN.COM/ | $ 852.76 | Communications Supplies |
| R-66 | YOUNG | BEST BUY      00001289 | $ 1,183.80 | Communications Supplies |
| R-67 | YOUNG | ELITE MOBILE AUTO DETA | $ 248.40 | Vehicle Cleaning |
| R-68 | YOUNG | INREACH INC | $ 81.45 | Communications Service |

AR02770

| R-69 | YOUNG | OFFICEMAX/DEPOT 6692 | $ 372.79 | Communications Supplies |
|------|-------|----------------------|----------|-------------------------|
| R-70 | YOUNG | PARAMOUNT RV STORE | $ 430.84 | Communications Supplies |
| R-71 | YOUNG | THE HOME DEPOT  3310 | $ 22.23 | Employee Safety Supplies |
| R-72 | YOUNG | THE HOME DEPOT 488 | $ 526.05 | Communications Supplies |
| R-73 | YOUNG | THE HOME DEPOT 488 | $ 506.80 | Communications Supplies |
| R-74 | YOUNG | WAL-MART  2189 | $ 42.84 | Medical Supplies |
| R-75 | YOUNG | WM SUPERCENTER  2189 | $ 311.42 | Medical Supplies |
| **TOTAL** | | | $22,258.30 | |



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Winnemucca District Office
Black Rock Field Office
5100 East Winnemucca Boulevard
Winnemucca, Nevada 89445
Phone: (775) 623-1500 Fax: (775) 623-1741
Email: wfoweb@blm.gov
https://www.blm.gov/office/winnemucca-district-office

*(hw) 2/13/2020*
*J McKinner 2/13/2020*

**FEB 1 3 2020**

In Reply Refer To:
LLNVW03500-19-01
2930 (NVW030.15)

FedEx Tracking No. 8145 8624 1595
RETURN RECEIPT REQUESTED

Charlie Dolman
Event Operations Director
Burning Man Project
660 Alabama St, 4th Floor
San Francisco, CA 94110

Burning Man 2019 Event
Special Recreation Permit

## DECISION

Dear Mr. Dolman,

### INTRODUCTION

On February 25, 2019, the Bureau of Land Management (BLM) and Burning Man Project (BMP) entered into a Cost Recovery Agreement (CRA) for the Burning Man 2019 event. That CRA included an estimate for the BLM's cost to process and administer the Special Recreation Permit (SRP) for the Burning Man 2019 event. The original CRA Phase 1 was in the amount of $745,008 and Phase 2 was in the amount of $2,208,958.79 for a total of $2,953,966.79 for the 2019 event.

The BLM makes every attempt to develop a CRA cost estimate that foreshadows all direct and indirect costs, as accurately as possible, projected expenses for planning, issuing and administering the Burning Man SRP.

### DECISION

The BLM's actual direct and indirect costs for the Burning Man 2019 event total $2,717,129.02. The attached documents provide a detailed breakdown of all actual direct and indirect costs. To date the BLM has received all payments for the CRA, for a total of $2,953,966.79.

Based on those actual costs and the estimate already paid by BMP, the BLM has identified BMP is owed a refund of $236,836.77.

**Official Record Copy**

**INTERIOR REGION 10 • CALIFORNIA-GREAT BASIN**
CALIFORNIA*, NEVADA*, OREGON*
* PARTIAL

## RATIONALE

The Federal Land Policy and Management Act (FLPMA) section 304(b) provides that the Secretary of the Interior is authorized to require a deposit of payments intended to reimburse the United States for costs incurred in processing and administering applications for use of the public lands, 43 U.S.C. § 1734(b).

The BLM's SRP regulations state that the BLM may refund any cost recovery overpayments, 43 C.F.R. § 2932.33(a). Further, the BLM's Recreation Permit Administration Handbook (H-2930-1) directs the BLM to refund to the applicant the remaining balance in a cost recovery account at the end of the project.

The 2019 CRA and the 2019 actuals totals justify the refund amount BMP will receive. An electronic funds transfer (EFT) sheet has been provided and will need to be returned to the BLM to process BMPs refund.

## AUTHORITY

The statutory authorities underlying the regulations in this part are FLPMA, 43 U.S.C. 1701 et seq., and the Federal Land Recreation Enhancement Act (REA), 16 U.S.C. 6801 et seq.

a) FLPMA contains the BLM's general land use management authority over the public lands and establishes outdoor recreation as one of the principal uses of those lands (43 U.S.C. 1701(a)(8)). Section 302(b) of FLPMA directs the Secretary of the Interior to regulate through permits or other instruments the use of the public lands, which includes commercial recreation use. Section 303 of FLPMA authorizes the BLM to promulgate and enforce regulations, and establishes the penalties for violations of the regulations.

b) REA authorizes the BLM to collect fees for recreational use in areas meeting certain criteria (16 U.S.C. 6802(t) and (g) (2)), and to issue special recreation permits for group activities and recreation events (16 U.S.C. 6802(h).

43 C.F.R. § 2932.33(a), *Overpayments*. For multi-year commercial permits, if your actual fees due are less than the estimated fees you paid in advance, BLM will credit overpayments to the following year or season. For other permits, BLM will give you the option whether to receive refunds or credit overpayments to future permits, less processing costs.

## APPEAL PROVISIONS

A person who wishes to appeal to the Interior Board of Land Appeals must do so under 43 C.F.R. § 4.411 and must file in the office of the officer who made the decision (not the board), in writing to Mark E. Hall Ph.D., Field Manager, Black Rock Field Office, 5100 East Winnemucca Boulevard, Winnemucca, Nevada 89445. A person served with the decision being appealed must transmit the notice of appeal in time to be filed in the office where it is required to be filed within thirty (30) days after the date of service.

The notice of appeal must give the serial number or other identification of the case and may include a statement of reasons for the appeal, a statement of standing if required by § 4.412 (b), and any arguments the appellant wishes to make. Attached Form 1842-1 provides additional information regarding filing an appeal.

No extension of time will be granted for filing a notice of appeal. If a notice of appeal is filed after the grace period provided in §4.401(a), the notice of appeal will not be considered, and the case will be closed

AR03644

by the officer from whose decision the appeal is taken. If the appeal is filed during the grace period provided in §4.401(a) and the delay in filing is not waived, as provided in that section, the notice of appeal will not be considered and the appeal will be dismissed by the Board.

The appellant shall serve a copy of the notice of appeal and any statements of reason, written arguments, or briefs under §4.413 on each adverse party named in the decision from which the appeal is taken and on the Office of the Solicitor, Pacific Southwest Regional Solicitor, U.S. Department of the Interior, 2800 Cottage Way, Room E-1712, Sacramento, California 95825-1890.

Service must be accompanied by personally serving a copy to the party or by sending the document by registered or certified mail, return receipt requested, to the address of record in the bureau, no later than 15 days after filing the document.

In addition, within thirty (30) days of receipt of this decision you have the right to file a petition for a stay together with your appeal in accordance with the regulations at 43 C.F.R. § 4.21. The petition must be served upon the same parties specified above.

Pursuant to 43 C.F.R. § 4.21(b), a petition for stay, if filed, must show sufficient justification based on the following standards:

      1) The relative harm to the parties if the stay is granted or denied;
      2) The likelihood of the appellant's success on the merits;
      3) The likelihood of immediate and irreparable harm if the stay is not granted; and,
      4) Whether the public interest favors granting the stay.

43 C.F.R. § 4.21(b)(2) provides that the appellant requesting a stay bears the burden of proof to demonstrate that a stay should be granted.

If you have any questions on this decision please contact Chelsea McKinney, Burning Man Project Manager at 775-623-1500.

Sincerely,

*Julie McKinney Acting for*

**Mark E. Hall**
Mark E. Hall, Ph.D.
Field Manager
Black Rock Field Office

Enclosures
Cost Recovery Closeout Summary
Attachment 1 - Project Labor Log
Attachment 2 - BLM Contracts
Attachment 3 - Travel Expenses
Attachment 4 - Vehicle Utilization Expenses
Attachment 5 - Miscellaneous Supplies and Equipment
IBLA Appeal Form 1842-1
EFT Enrollment Form SF-3881

2019 BM Close Out Decision

3

AR03645

| 2019 BURNING MAN EVENT COST RECOVERY CLOSE OUT SUMMARY | | | | | |
|---|---|---|---|---|---|
| ITEM | Estimated Costs (per CRA EST.) | Actual Costs (per FBMS Reports) | Balance Due | Description/Comment | Detail Located On: |
| **LABOR** | $ 1,679,748.95 | $ 1,568,259.90 | $   (111,489.05) | | Labor Report + IAAs |
| BLM Labor | $1,619,748.95 | $1,542,258.95 | $    (77,490.00) | | Labor Report |
| Forest Service Labor | $40,000.00 | $23,000.95 | $    (16,999.05) | Via IAA Contract | Contracting Report |
| HHS Labor | $20,000.00 | $          - | $    (20,000.00) | Via IAA Contract | Contracting Report |
| Department of Inerior - Industrial Hygienist | | $       3,000.00 | | Via IAA Contract | Misc Purchase Report |
| **SUPPORT CONTRACTS** | $ 594,500.00 | $ 509,955.70 | ($84,544.30) | Contracts | Contracting Report |
| **Federal Register Posting Fee** | $2,000.00 | $1,963.00 | ($37.00) | Direct Internal Billing | Contracting Report |
| **Microwave/Internet** | $70,000.00 | $72,878.00 | $2,878.00 | Contract | Contracting Report |
| **Communications** | | | | | |
| Satellite Tracking (Strohman Enterprises) | $55,000.00 | $50,640.00 | ($4,360.00) | Contract | Contracting Report |
| CAD Server Licensing (SHI International) | $12,000.00 | $0.00 | ($12,000.00) | Contract | Contracting Report |
| IT Equipment Rental | $17,000.00 | $17,578.13 | $578.13 | Contract | Contracting Report |
| Network Services and Support | $130,000.00 | $103,474.00 | ($26,526.00) | Contract | Contracting Report |
| GSA Rental Vehicles | $16,500.00 | $15,099.02 | ($1,400.98) | Contract - under existing agrement | Contracting Report |
| Air Monitoring Weather Station | $20,000.00 | $0.00 | ($20,000.00) | Contract | Contracting Report |
| Dumpster Rentals | $5,500.00 | $5,700.00 | $200.00 | Micro-purchase Contract | Contracting Report |
| Dispatch Console Repairs | $20,000.00 | $19,140.00 | ($860.00) | Contract | Contracting Report |
| LE Substation Support Facilities and JOC Decon | $16,500.00 | $14,613.55 | ($1,886.45) | Contract | Contracting Report |
| Generator  Rentals | $10,000.00 | $9,000.00 | ($1,000.00) | Contract | Contracting Report |
| Dispatch Services | $220,000.00 | $199,870.00 | ($20,130.00) | Contract | Contracting Report |
| **TRAVEL** | $ 65,000.00 | $ 46,581.21 | $     (18,418.79) | | Travel Report |
| **VEHICLE UTILIZATION** | $ 50,000.00 | $ 39,768.23 | $     (10,231.77) | | Vehicle Utilization Report |
| **MISC SUPPLIES, EQUIPMENT & SERVICES PURCHASE (CREDIT CARD/CONTRACT/DIRECT BILLING)** | $ 40,000.00 | $36,415.40 | -$3,584.60 | | Misc Purchase Report |
| Pershing County SO SART | | $33,501.43 | $33,501.43 | Contract | |
| | | | | | |
| | | | | | |
| **DIRECT COST TOTAL** | $ 2,429,248.95 | $ 2,234,481.87 | $    (194,767.08) | | |
| **INDIRECT COST TOTAL (RATE 21.6%)** | $ 524,717.77 | $482,648.08 | ($42,069.69) | | |
| **TOTAL** | $2,953,966.72 | $2,717,129.95 | ($236,836.77) | | |

**AR03646**

| UNITED STATES DEPARTMENT OF INTERIOR BUREAU OF LAND MANAGEMENT | Functional Area / WBS L51050000 / LVRCF1906740 |
|---|---|

**2019 BURNING MAN EVENT COST RECOVERY PROJECT LABOR LOG (ATT # 1)**

| DATE | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/11/19-9/7/19 | | | X | X | | | 201917-201919 | ALBRIGHT | CA Field Staff Ranger, K9 Handler | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. Additional duties of K9 Handler | 142.50 | $10,082.47 |
| 8/11/19-9/03/19 | | X | X | | | | 201917-201918 | ALLEN | NV Special Agent | Technical Support | Connect contract dispatchers to Nevada Justice Link. | 39.25 | $2,798.99 |
| 8/18/19-9/7/19 | | | X | X | | | 201918-201920 | AMAR | NV Outdoor Recreation Planner | Vending Compliance, Day Shift | Vending Compliance Monitoring function, worked with BRC vending teams on SRP compliance | 216.00 | $12,699.81 |
| 4/08/19-01/03/20 | X | X | X | X | X | X | 201908-201926 | ANDRES | NV Staff Ranger | LE Planner/LE Ops Chief | LE Planner of event operations; Supervisor of LE program during event operations | 618.00 | $55,921.89 |
| 6/11/19-6/23/19 | X | | | | | | 201914-201915 | ARBONIES | NV Range Technician | Range Specialist | Provide deconfliction between grazing permittees and SRP holders. | 1.50 | $85.01 |
| 8/5/19-9/7/19 | | | | X | | | 201918-201919 | ASSELIN | NV Public Affairs | Event Public Affairs | Provided public affairs support and coordination for the event. | 174.50 | $11,299.98 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | AZAR | AZ District Ranger | Shift Supervisor, Swing Shift | Shift Supervisor function officer, field supervisor of one half of Shift city patrol officers | 174.50 | $15,134.15 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | BACA | CA Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 157.00 | $9,951.71 |
| 8/18/19-9/7/19 | | | | X | X | | 201918-201919 | BALDWIN | Winnemucca Geologist | Event Safety Officer, Day Shift | Safety function Specialist, served as BLM's event safety officer for JOC and BRC | 177.00 | $9,745.35 |
| 8/18/19-9/7/19 | | | X | X | X | | 201918-201919 | BOIK | OLES Region 3 State Chief Ranger | LE Patrol Chief, Day Shift | Patrol Chief function officer, supervises all patrol operations during their assigned shift | 206.00 | $21,803.30 |
| 7/7/19-9/7/19 | X | | X | X | X | | 201916-201919 | BORGREEN | BRFO Assistant Field Manager | BRFO Assistant Field Manager | Provide oversight of event management. | 284.50 | $17,826.47 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | BOWEN, T. | OR Planning and Environmental Specialist | Monitor | Assure compliance in BRC Event Operations - Conduct Point Surveys. | 168.50 | $8,931.80 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | BOWEN, A. | OR Geologist | Monitor | Assure compliance in BRC Event Operations - Conduct Point Surveys. | 162.00 | $8,681.95 |
| 8/18/19-9/7/19 | | | X | X | X | | 201918-201919 | BRISCOE | NV Zone 1 Supervisor | LE Branch Chief | LE Planner of event operations; Supervisor of LE program during event operations | 198.75 | $19,738.28 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201920 | BROWN, J. | ID Field Staff Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 149.75 | $11,628.80 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | BROWN, C. | CO Field Staff Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 167.50 | $14,200.40 |
| 8/18/19-9/7/19 | | | X | X | | | 201918-201919 | BUCHANAN | ID District Ranger | Shift Supervisor, Night Shift | Shift Supervisor function officer, field supervisor of one half of Shift city patrol officers | 193.50 | $18,461.47 |

AR03647

| DATE | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | BULKLEY | UT Field Staff Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 168.00 | $12,421.95 |
| 8/18/19-9/7/19 | | | | X | X | | 201918-201919 | BURGESS | AZ Field Staff Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 184.25 | $13,423.84 |
| 7/8/19-9/29/19 | X | | X | X | X | | 201916-201921 | CADIGAN | NV/BRFO Wildlife Biologist | Vending Compliance, Day Shift | Vending Compliance Monitoring function, worked with BRC vending  teams on SRP compliance | 231.75 | $12,962.84 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | CARTER, C. | Investitgative Technician | Administrative Support | Administrative Support Services on playa. | 145.00 | $8,443.71 |
| 8/11/19-9/7/19 | | | | X | | | 201917-201920 | CARTER, D. | CA Radio Tech | Comm Tech | Communications network  support | 391.00 | $30,603.37 |
| 8/18/19-9/7/19 | | | | X | | | 201819-201820 | CASTRO | OR Field Staff Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 146.00 | $10,395.11 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | COOPER | UT Park Ranger | Monitor | Assure compliance with BRC Event Operations - Conduct Point Surveys. | 159.50 | $6,297.00 |
| 8/18/19-9/7/19 | | | | X | | | 201919 | COPPLE | Air Specialist | Air Specialist | Monitor Air Quality and Weather and provide Employee Safety Alerts as conditions warrant. | 202.50 | $7,533.00 |
| 8/18/19-9/7/19 | | | X | X | | | 201918-201919 | CULVER | NV Field Staff Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 181.00 | $13,828.77 |
| 8/11/19-9/7/19 | | | X | X | | | 201917-201919 | CUNNINGHAM | CO Field Staff Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 215.00 | $18,083.32 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | CURRY | OLES Senior Special Agent | Medical Unit Leader, Day Shift | Medical function officer, served as lead of BLM's medical unit | 161.00 | $15,055.72 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | DAVIS | AZ Field Staff Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 162.50 | $13,026.54 |
| 7/8/19-7/21/19 | | X | | | | | 201916 | DEASY | Range Tech (Fire) | Pre-Event Logistics | Site preparation for pre-event operations. | 10.00 | $460.58 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | DOLLARD | UT Field Staff Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 167.25 | $11,831.84 |
| 8/18/19-9/7/19 | | | X | X | X | | 201918-201919 | DUE | OLES Equipment Specialist | Logistics | Logistics support function specialist, provides logistical needs to JOC facility, Sub-station and to detailers | 244.00 | $15,427.48 |
| 7/22/19-8/4/19 | | X | | | | | 201917 | EDMUNDSON | Range Tech (Fire) | Pre-Event Logistics | Site preparation for pre-event operations. | 12.00 | $548.53 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | EDWARDS | MT Field Staff Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 151.50 | $12,091.95 |
| 8/18/19-9/7/19 | | | | X | X | | 201918-201919 | ENTRICAN | CA Field Staff Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 169.50 | $12,794.98 |

AR03648

| DATE | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/8/19-7/21/19 | | X | | | | | 201916 | ETCHEVERRY | NV Lead Engineer Equip. Operator | Pre-Event Logistics | Site preparation for pre-event operations. | 10.00 | $571.60 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | FELIX | CA District Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 147.00 | $14,589.80 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | FINCHER | CA Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 165.00 | $10,313.27 |
| 8/11/19-9/7/19 | | X | X | X | | | 201916-201919 | FISCHER | NV Field Staff Ranger | Evidence Technician, Day Shift | LE Evidence function, serves as evidence officer for all event cases with logged evidence | 188.00 | $15,149.74 |
| 8/18/19-9/7/19 | | | X | X | | | 201918-21919 | FONKEN | CA Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 197.00 | $16,849.69 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | FREIDANK | WY Field Staff Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 158.50 | $8,902.08 |
| 5/13/19-7/21/19 | X | X | | | | | 201912-201916 | GAARD | WDO Outdoor Recreation Planner | N/A | Assist in planning and site preparation for pre-event operations. | 28.00 | $1,151.49 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | GARCIA | CO Field Staff Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 176.00 | $14,092.23 |
| 8/11/19-9/7/19 | X | X | X | X | X | X | 201917-201919 | GARSIDE | OR Outdoor Recreation Planner | Environmental Compliance | Environmental Compliance Monitoring function, worked with BRC environmental teams on environmental SRP compliance | 152.00 | $6,060.94 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | GATES | WA Recreation Technician | Vending Compliance, Day Shift | Vending Compliance Monitoring function, worked with BRC vending teams on SRP compliance | 204.00 | $10,397.94 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | GENTZEL | AK Special Agent | Investigations, Night Shift | Integrated Investigations function officer, works for Pershing County Sheriffs to assist in investigations of state violations | 84.75 | $7,206.27 |
| 8/18/19-9/7/19 | | | X | X | | | 201918-201919 | GOCHIS | UT LE Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 191.00 | $10,793.24 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | GONZALEZ | NM Field Staff Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 169.00 | $10,149.57 |
| 9/16/19-9/30/19 | | | | | | X | 201921 | GOOCH | NV Wild Horse and Burro | N/A | Assist in post-site inspection/closeout. | 12.00 | $588.93 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | GRAHAM | WA Suport Services Technician | Environmental Compliance | Environmental Compliance Monitoring function, worked with BRC environmental teams on environmental SRP compliance | 208.00 | $8,677.65 |
| 8/11/19-9/7/19 | X | X | X | X | X | | 201917-201919 | GRIMES | NV IT Specialist | Event IT Equipment Specialist, Day Shift | IT Equipment Specialist function, installs/maintains all IT equipment at JOC and sub-station | 318.00 | $19,177.27 |
| 4/08/19-01/03/20 | X | X | X | X | X | X | 201902-201924 | HALL | NV/BRFO Field Manager | Authorized Officer | Event Management function, served as overall manager of event operations | 264.25 | $20,139.69 |

AR03649

| DATE | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/18/19-9/7/19 | | | | X | | | 201918 | HALLETT | ID Electronics Technician | N/A | Assist with Air Quality equipment. | 26.00 | $1,625.09 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | HARDING | ID Field Staff Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 140.00 | $7,919.97 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | HAUCK | AZ Special Agent | Investigations (Integrated Investigations), Day Shift | Integrated Investigations function officer, works for Pershing County Sheriffs to assist in investigations of state violations | 133.00 | $11,853.77 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | HAWKINS | UT Special Agent | Investigations (Integrated Investigations), Day Shift | Integrated Investigations function officer, works for Pershing County Sheriffs to assist in investigations of state violations | 146.00 | $10,403.17 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | HILL | WY Special Agent | Investigations (Integrated Investigations), Night Shift | Integrated Investigations function officer, works for Pershing County Sheriffs to assist in investigations of state violations | 143.50 | $10,993.95 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | HOEPER | UT Field Staff Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 135.00 | $9,684.47 |
| 8/18/19-9/7/19 | | | X | X | | | 201918 | HONE | OPR Special Agent in Charge | OPR Agent | OPR function officer, event on-site Internal Affairs component and Use of Force reports reviewer, Support Orientation Day. | 50.00 | $4,361.61 |
| 8/11/19-9/7/19 | | | X | X | | | 201917-201919 | HUSTON | SD Field Staff Ranger, K9 Handler | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. Additional duties of K9 Handler | 260.25 | $21,595.01 |
| 8/11/19-9/7/19 | | X | X | X | X | | 201917-201919 | IAGULLI | NV Comms Specialist | Comm Tech | Communications network  support | 310.00 | $22,140.13 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | JENSEN | AZ Special Agent | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 137.00 | $11,120.28 |
| 8/18/19-9/7/19 | | | X | X | | | 201918-201919 | JOHNSON | NV Field Staff Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 188.00 | $14,153.81 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | JONES, B. | WY District Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 162.00 | $12,772.58 |
| 8/18/19-9/7/19 | X | | X | X | X | | 201910-201919 | JONES, J. | UT Assistant Field Manager | CivOps | Event Management function, served as planning lead during planning operations, served as operational chief of civilian operations during event, served as close-out lead during close-out operations (AAR, CRA) | 239.25 | $15,251.30 |
| 8/18/19-9/7/19 | | | | X | | | 201918 | KEACH | WDO Archaeologist | Compliance | Responded to event for additional compliance during population overage. Assisted in SRP Close-out. | 36.00 | $1,876.14 |
| 4/1/19-9/7/19 | X | X | X | X | X | | 201909-201919 | KING | AZ IT Specialist | Event IT Security | IT Security function specialist, ensures the security of event technology and data, including CAD servers, DPS Justice Link, IMARS etc | 445.50 | $28,787.22 |

| DATE | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/22/19-9/7/19 | X | X | X | X | | | 201917-201919 | LANNEN-LITTLEFIELD | AZ Comm Center Manager | Dispatch Center Manager | Dispatch function Specialist, served as dispatch center manager and first line supervisor of contract dispatchers | 269.50 | $13,240.86 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | R. LLOYD | UT District Ranger | Patrol Supervisor, Day Shift | Shift Supervisor function officer, field supervisor of one half of Shift city patrol officers | 159.25 | $13,985.72 |
| 7/22/19-8/4/19 | | | X | | | | 201917 | LODA | NV Geologist | N/A | Assited with transport of rental vehicles | 10.00 | $662.53 |
| 4/15/19-5/26/19 | X | | | | | | 201910-201912 | LONTOC | NV Cadestral | Closure Order | Contribute to geographic description for new phased closure order. | 1.00 | $40.12 |
| 7/22/19-8/4/19 | | | X | | | | 201917 | LUKINS | NV Outdoor Recreation Planner | N/A | Asssted with transport of rental vehicles | 11.50 | $1,057.57 |
| 8/18/19-9/7/19 | | | | X | X | | 201918-201919 | MARTIN, A. | WY Field Staff Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 183.00 | $12,940.14 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | MATOS-PAGAN | CA LE Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 149.00 | $9,071.74 |
| 8/13/18-10/01/18 | X | X | X | X | X | | 201917-201919 | MATTHEWS | NV GIS Specialist | Logistic Supervisor, Day Shift | Logistics function Specialist, served as lead of logistic team | 339.00 | $21,190.05 |
| 4/08/19-01/03/20 | X | | | X | | X | 201911-201918 | MCCULLOUGH | Winnemucca District Manager | Winnemucca District Manager | Provide oversight of event management. | 51.00 | $4,534.55 |
| 8/18/19-9/7/19 | | | | X | X | | 201918-201919 | MCDONALD | CA Field Staff Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 186.00 | $12,383.84 |
| 8/18/19-9/7/19 | | | X | X | | | 201918-201919 | MCGRATH | ID State Chief Ranger | Patrol Commander, Night Shift | Patrol Commander function officer, supervises patrol officers assigned to his shift | 197.00 | $22,588.55 |
| 4/08/19-01/03/20 | X | X | X | X | X | X | 201909-201924 | MCKINNEY | Burning Man Project Manager | Project Manager/SRP Monitor | Event Management function, served as planning lead during planning operations, served as SRP monitor during event, served as close-out lead during close-out operations | 837.00 | $49,263.95 |
| 5/27/19-8/4/19 | X | | X | | | | 201913-201917 | MCKINNON | WDO Realty Specialist | N/A | Permitting Support Operations. | 35.25 | $2,039.99 |
| 7/22/19-9/29/19 | | | X | X | | X | 201917-201921 | MCMILLAN | WDO Land Health Inspection Specialist | Compliance | Responded to event for additional compliance during population overage. | 45.50 | $1,652.39 |
| 8/18/19-9/7/19 | | | X | X | | | 201918-201919 | MEUTH | WA Field Staff Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 209.00 | $16,959.78 |
| 6/24/19-7/7/19 | X | | | | | | 201915 | MIERS | NV Cadestral | Closure Order | Contribute to geographic description for new phased closure order. | 2.50 | $122.34 |
| 8/18/19-9/7/19 | | | | X | X | | 201918-201919 | MITSUYASU | OR Field Staff Ranger | Investigation (Patrol Investigative Support), Day Shift | Patrol Investigative Support function officer, works in patrol function in uniform to conduct any patrol cases that require follow-up investigation | 168.00 | $16,853.27 |
| 9/16/19-9/30/19 | | | | | | X | 201921 | MODELSKI | NV Archaeologist | N/A | Post site inspection | 21.25 | $841.06 |
| 8/18/19-9/7/19 | | | X | X | | | 201918-201919 | MOORE | OLES Region 3 State Chief Ranger | LE Day Shift Commander | Patrol Commander function officer, supervises patrol officers assigned to his shift | 198.00 | $20,645.89 |

AR03651

| DATE | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | NARDINGER | OLES Senior Special Agent | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 78.00 | $6,351.31 |
| 7/22/19-8/18/19 | | X | X | | | | 201917-201918 | NICHOLS | NV TeleComm Specialist | IT Specialist,  Day Shift | IT Specialist function Specialist, assisted in set-up of IT equipment during Set Up and Pre Event | 40.00 | $2,895.63 |
| 7/22/19-9/1/19 | | X | X | X | | | 201917-201919 | NORTHRUP | NV Comms Specialist | Comm Tech | Communications network  support | 244.00 | $9,280.74 |
| 8/20/18-09/5/18 | | | X | X | | | 201917-201918 | PINCUS | NV IT Specialist | Event IT Equipment Specialist, Day Shift | IT Equipment Specialist function, installs/maintains all IT equipment at JOC and sub-station | 23.00 | $1,025.31 |
| 4/08/19-01/03/20 | X | X | X | X | X | X | 201908-201924 | PIRTLE | NV/WDO Re-Employed Annuitant - Burning Man Project | Planning Lead,IC,  Close-out Lead | Event Management function, served as planning lead during planning operations, served as operational chief of civilian operations during event, served as close-out lead during close-out operations (AAR, CRA) | 809.00 | $34,926.34 |
| 4/15/19-5/12/19 | X | | | | | | 201910-201911 | PRICE | NV Cadestral | Closure Order | Redefine geotechnical area description for new phased CO. | 15.00 | $1,149.33 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | PURDY | CA Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 150.00 | $8,724.94 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | REGNELL | CA Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 162.50 | $12,727.58 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | RICHARDS | Region 3 SAC | LE Night Ops Chief | Patrol Chief function officer, supervises all patrol operations during their assigned shift | 141.00 | $14,402.70 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | ROBERTS | ID Field Staff Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 151.00 | $11,582.38 |
| 8/18/19-9/7/19 | | | X | X | X | | 201917-201919 | ROBINSON | MT Ranger, K9 Handler | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. Additional duties of K9 Handler | 247.50 | $19,563.72 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | ROMERO | AZ Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 160.75 | $10,154.83 |
| 8/18/19-9/7/19 | | | X | X | | | 201918-201919 | ROOP | OR State Chief Ranger | Patrol Commander, Swing Shift | Patrol Commander function officer, supervises patrol officers assigned to his shift | 191.75 | $22,806.64 |
| 3/18/19-10/12/19 | | X | X | X | X | X | 201908-201922 | ROREX | NV BRFO GIS | Event GIS/Compliance | Compliance Specialist, assist environment, vending monitoring teams with GIS needs; assisted LE and CivOps with GPS programming needs | 374.00 | $21,225.00 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | RUSSELL | UT Field Staff Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 162.00 | $12,140.91 |

| DATE | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/18/19-9/7/19 | | | | X | X | | 201918-201919 | SARCINELLA | CA Field Staff Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 169.75 | $10,883.01 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | SAWTELL | CA Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 147.75 | $9,357.56 |
| 8/11/19-9/7/19 | | X | X | X | X | | 201917-201919 | SCHWIRIAN | NV IT Specialist | Comm Tech, Day Shift | Communications function specialist, works on radio/dispatch communications network | 310.00 | $17,574.52 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | SHAARDA | NV Land Law Examiner | Environmental Compliance | Environmental Compliance Monitoring function, worked with BRC environmental teams on environmental SRP compliance | 94.00 | $3,094.96 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | SHARKEY | NV ASAC | Invesitgations Lead | Investigations function officer, served as supervisor of investigators in both investigative components | 119.00 | $10,593.28 |
| 8/20/18-09/5/18 | | X | | | | | 201918 | SHEDDEN | NV Outdoor Recreation Planner | N/A | Support Air Quality Equipment. | 24.00 | $1,250.43 |
| 8/18/19-9/7/19 | | | X | X | | | 201918-201919 | SOLIS | CA Evidence Technician | Evidence Technician, Swing Shift | Evidence function, serves as evidence officer for all event cases with logged evidence | 169.25 | $6,347.58 |
| 8/11/19-9/7/19 | | X | X | X | X | | 201917-201919 | SPENCER | CCDO - Equipment Specialist | Logistics, Day Shift | Logistics support function specialist, provides logistical needs to JOC facility, Sub-station and to detailers | 250.00 | $9,672.00 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | STEPLETON | CO Field Staff Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 162.25 | $10,575.55 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | STEVENS | OPR Special Agent | OPR Agent | OPR function officer, event on-site Internal Affairs component and Use of Force reports reviewer | 98.00 | $7,726.52 |
| 8/18/19-9/7/19 | | | | X | X | | 201918-201919 | STOLTS | NV Supervisory Ranger | Shift Supervisor, Swing Shift | Shift Supervisor function officer, field supervisor of one half of Shift city patrol officers | 181.50 | $15,015.28 |
| 8/18/19-9/7/19 | | | X | X | X | | 201918-201919 | STORLA | NV | Logistics, Night Shift | Logistics support function specialist, provides logistical needs to JOC facility, Sub-station and to detailers | 270.00 | $12,843.79 |
| 4/29/19-5/12/19 | X | | | | | | 201911 | STRICKLAND | NV Supervisory Land Surveyor | N/A | Assist in closure order preparation for FRN Posting. | 3.00 | $229.39 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | SULLINS | AZ Field Staff Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 145.50 | $11,111.04 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | SUTTON | CA Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 150.00 | $11,453.56 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | SWANSON | MT ASAC | Investigations (Integrated Investigations), Swing Shift | Integrated Investigations function officer, works for Pershing County Sheriffs to assist in investigations of state violations | 133.00 | $12,242.25 |
| 8/20/18-09/5/18 | | | | X | | | 201918 | SWISHER | BRFO Wild Horse and Burro | Logistics Runner | Logistics support function specialist, served as purchase/delivery of logistics needs. Part-time, not on playa | 22.00 | $1,214.17 |
| 9/16/19-10/12/19 | | | | | | X | 201921-201922 | TAYLOR | Administrative Support Assistant | Administrative Support | Administrative Support Services on playa. | 36.00 | $1,472.05 |

AR03653

| DATE | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/18/19-9/7/19 | X | | X | X | X | | 201918-201919 | TEMPLETON | OLES Region 5 ASAC | Medical Unit Leader, Day Shift | Medical function officer, served as lead of BLM's medical unit | 190.00 | $19,033.44 |
| 8/18/19-9/7/19 | | | | X | X | | 201918-201919 | TITUS | CA Supervisory Ranger | Shift Supervisor, Night Shift | Shift Supervisor function officer, field supervisor of one half of Shift city patrol officers | 187.00 | $19,943.36 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | TORRES | NV Special Agent | Investigations (Integrated Investigations), Swing Shift | Integrated Investigations function officer, works for Pershing County Sheriffs to assist in investigations of state violations | 127.00 | $10,035.14 |
| 8/18/19-9/7/19 | | | | X | X | | 201918-201919 | WAGGONER | CO Special Agent | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 181.00 | $14,515.51 |
| 8/18/19-9/7/19 | | | X | X | X | | 201918-201919 | WEAVER | ID LE IT Specialist | IMARS | IMARS Support function officer, coordinates event IMARS program | 164.50 | $12,060.55 |
| 8/11/19-9/7/19 | X | X | X | X | | | 201917-201919 | WELTY | CCDO - GIS Specialist | GIS | Compliance function Specialist, assist environment, vending monitoring teams with GIS needs; assisted LE and CivOps with GPS programming needs | 239.00 | $11,488.95 |
| 01/05/20-01/19/20 | | | | | | X | 202002 | WHETSTONE | WDO - Archaeologist | N/A | Post event Tribal Consultation with the Pyramid Lake Paiute Tribe | 3.00 | $168.39 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | WILCOX, J.R. | NV Field Staff Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 141.00 | $9,585.67 |
| 4/08/19-01/03/20 | X | X | X | X | X | | 201908-201920 | WISEMORE | Ely Telecommunications | Comm Lead | Communications function, supervisor of radio/dispatch communications network program | 455.25 | $25,186.13 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | WOOD | OR Field Staff Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 140.00 | $10,154.29 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | WOSTAL | AZ Field Staff Ranger | City Patrol | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 153.00 | $12,333.82 |
| 8/18/19-9/7/19 | | | | X | X | | 201918-21919 | ZOHOVETZ | AZ Field Staff Ranger | City Patrol. Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 151.50 | $10,977.27 |
| 8/18/19-9/7/19 | | | | X | | | 201918-201919 | ZURFLUH | ID Electronics Technician | N/A | Assist with Air Quality and weather station equipment. | 26.00 | $1,515.53 |
| | | | | | | | | | | | **LABOR TOTAL:** | **22,196.00** | **1,542,258.95** |

| NO. | CONTRACTOR | PURPOSE | AMOUNT OBLIGATED | AMOUNT INVOICED | SOLE SOURCE | ONE-TIME vs. ANNUAL | CONTRACT DOCUMENT (see Attached) |
|---|---|---|---|---|---|---|---|
| | | **2019 BURNING MAN - BLM CONTRACTS/AGREEMENTS (ATT#2)** | | | | | |
| | | SUPPORT LABOR AGREEMENTS | | | | | |
| 1 | IAA USDA (Forest Service) Labor | LE Patrols | $40,000.00 | $23,000.95 | Yes | Annual | L19PG00168 |
| | | SUPPORT SERVICES/EQUIPMENT PLANNED CONTRACTS | | | | | |
| 2 | Burning Man VHF Digital Base Station | Dispatch | $20,000.00 | $19,140.00 | Yes | Base + Option year | L3919P0044 |
| 3 | Lyman | Microwave Internet Bandwith | $70,000.00 | $72,878.00 | No | Annual | L3919P0060 |
| 4 | Law Enforcement Temporary Placement | Dispatch | $220,000.00 | $199,870.00 | No | Annual | L3919P0057 |
| 4 | Lyman | Network Services | $130,000.00 | $103,474.00 | No | Annual | L3919P0062 |
| 5 | United Site Services | JOC facilities | $16,500.00 | $14,613.55 | No | One-Time | L3919P0074 |
| 6 | Strohman Enterprises | Satellite tracking updates & service | $55,000.00 | $50,640.00 | Yes | One-Time | L3919P0055 |
| 7 | Aggreko, LLC | Rental and Services of Generators | $10,000.00 | $9,000.00 | No | Annual | L3919P0067 |
| 8 | Federal Register | Posting Fee of Closure Order in Federal Registor | $2,000.00 | $1,963.00 | Yes | Annual | N/A |
| 9 | Hartford Technology | IT Equipment Rentals | $17,000.00 | $17,578.13 | No | Annual | L3919F0060 |
| 10 | GSA Vehicles | Vehicle Rentals | $16,500.00 | $15,099.02 | Existing Agreement | Annual | N/A |
| 11 | Walker Lake Disposal | Dumpster Rentals | $5,000.00 | $5,700.00 | Micro-purchase contract | Annual | N/A |
| | | SUPPORT SERVICES/EQUIPMENT MISC CONTRACT | | | | | |
| 12 | Pershing County | Sexual Assault Response Team | $ 40,000.00 | $33,501.43 | Yes | One-Time | L3919P0087 |

Total Labor (Agreements): $ 23,000.95
Total (Planned Contracts): $509,955.70
Total (Misc Contract): $33,501.43
**All Total: $566,458.08**

AR03655

## 2019 BURNING MAN - TRAVEL PER PERSON (ATT #3)

*Travel Expenses include (Not all personnel have each item): Airfare, Lodging, Per Diem and Travel Incidentals, and Rental Car*

| LAST NAME | AMOUNT | TRIP PURPOSE |
|---|---|---|
| ALBRIGHT | $414.34 | Travel for related assigned duties at Burning Man event. |
| ALLEN | $328.25 | Travel for related assigned duties at Burning Man event. |
| AMAR | $149.00 | Travel for related assigned duties at Burning Man event. |
| ANDRES | $144.25 | Travel for related assigned duties at Burning Man event. |
| ASSELIN | $202.02 | Travel for related assigned duties at Burning Man event. |
| AZAR | $537.35 | Travel for related assigned duties at Burning Man event. |
| BACA | $478.50 | Travel for related assigned duties at Burning Man event. |
| BALDWIN | $403.67 | Travel for related assigned duties at Burning Man event. |
| BOIK | $134.25 | Travel for related assigned duties at Burning Man event. |
| BOWEN, A. | $194.75 | Tavel for related assigned duties at Burning Man event. |
| BOWEN, T. | $194.75 | Travel for related assigned duties at Burning Man event. |
| BRAGDON | $1,385.04 | Travle for related assigned duties at Burning Man event. |
| BRISCOE | $178.75 | Travel for related assigned duties at Burning Man event. |
| BROWN, C. | $555.31 | Travel for related assigned duties at Burning Man event. |
| BROWN, J. | $180.50 | Travel for related assigned duties at Burning Man event. |
| BUCHANAN | $164.00 | Travel for related assigned duties at Burning Man event. |
| BULKLEY | $375.71 | Travel for related assigned duties at Burning Man event. |
| BURGESS | $519.94 | Travel for related assigned duties at Burning Man event. |
| CADIGAN | $256.50 | Travel for related assigned duties at Burning Man event. |
| CARTER, C. | $152.25 | Travel for related assigned duties at Burning Man event. |
| CARTER, D. | $773.79 | Travel for related assigned duties at Burning Man event. |
| CASTRO | $179.75 | Travel for related assigned duties at Burning Man event. |
| COOPER | $1,036.20 | Travel for related assigned duties at Burning Man event. |
| COPPLE | $1,115.34 | Travle for related assigned duties at Burning Man event. |
| CULVER | $1,032.00 | Travel for related assigned duties at Burning Man event. |
| CUNNINGHAM | $863.65 | Travel for related assigned duties at Burning Man event. |
| CURRY | $154.00 | Travel for related assigned duties at Burning Man event. |
| DAVIS | $517.34 | Travel for related assigned duties at Burning Man event. |
| DOLLARD | $102.46 | Travel for related assigned duties at Burning Man event. |
| DUE | $516.00 | Travel for related assigned duties at Burning Man event. |
| EDWARDS | $502.41 | Travel for related assigned duties at Burning Man event. |
| ENTRICAN | $164.00 | Travel for related assigned duties at Burning Man event. |
| FELIX | $149.00 | Travel for related assigned duties at Burning Man event. |
| FINCHER | $328.25 | Travel for related assigned duties at Burning Man event. |
| FISCHER | $80.00 | Travel for related assigned duties at Burning Man event. |
| FONKEN | $478.21 | Travel for related assigned duties at Burning Man event. |
| FREIDANK | $255.25 | Travel for related assigned duties at Burning Man event. |
| GAARD | $90.75 | Travel for related assigned duties at Burning Man event. |
| GARCIA | $826.18 | Travel for related assigned duties at Burning Man event. |
| GARSIDE | $159.50 | Travel for related assigned duties at Burning Man event. |
| GATES | $753.67 | Travel for related assigned duties at Burning Man event. |
| GENTZEL | $1,835.23 | Travel for related assigned duties at Burning Man event. |
| GOCHIS | $155.25 | Travel for related assigned duties at Burning Man event. |
| GOOCH | $90.75 | Travel for related assigned duties at Burning Man event. |
| GRAHAM | $767.42 | Travel for related assigned duties at Burning Man event. |
| GRIMES | $589.75 | Travel for related assigned duties at Burning Man event. |
| HALL | $84.75 | Travel for related assigned duties at Burning Man event. |

| | | |
|---|---|---|
| HARDING | $149.00 | Travel for related assigned duties at Burning Man event. |
| HAUCK | $179.75 | Travel for related assigned duties at Burning Man event. |
| HAWKINS | $520.28 | Travel for related assigned duties at Burning Man event. |
| HILL | $380.57 | Travel for related assigned duties at Burning Man event. |
| HOEPER | $456.25 | Travel for related assigned duties at Burning Man event. |
| HUSTON | $810.09 | Travel for related assigned duties at Burning Man event. |
| IAGULLI | $484.25 | Travel for related assigned duties at Burning Man event. |
| JENSEN | $582.05 | Travel for related assigned duties at Burning Man event. |
| JOHNSON | $214.75 | Travel for related assigned duties at Burning Man event. |
| JONES, J. | $384.75 | Travel for related assigned duties at Burning Man event. |
| JONES, B. | $290.25 | Travel for related assigned duties at Burning Man event. |
| KING | $1,076.00 | Travel for related assigned duties at Burning Man event. |
| LANNEN- | $669.00 | Travel for related assigned duties at Burning Man event. |
| LLOYD, R. | $331.50 | Travel for related assigned duties at Burning Man event. |
| MARTIN | $265.25 | Travel for related assigned duties at Burning Man event. |
| MATOS-PAGAN | $179.75 | Travel for related assigned duties at Burning Man event. |
| MATTHEWS | $474.00 | Travel for related assigned duties at Burning Man event. |
| MCDONALD | $207.50 | Travel for related assigned duties at Burning Man event. |
| MCGRATH | $164.00 | Travel for related assigned duties at Burning Man event. |
| MCKINNEY | $277.50 | Travel for related assigned duties at Burning Man event. |
| MCMILLAN | $128.75 | Travel for related assigned duties at Burning Man event. |
| MEUTH | $381.78 | Travel for related assigned duties at Burning Man event. |
| MITSUYASU | $175.00 | Travel for related assigned duties at Burning Man event. |
| MODELSKI | $14.75 | Travel for related assigned duties at Burning Man event. |
| MOORE | $162.75 | Travel for related assigned duties at Burning Man event. |
| NARDINGER | $165.00 | Travel for related assigned duties at Burning Man event. |
| NICHOLS | $425.76 | Travel for related assigned duties at Burning Man event. |
| NORTHUP | $838.16 | Travel for related assigned duties at Burning Man event. |
| PIRTLE | $958.75 | Travel for related assigned duties at Burning Man event. |
| PURDY | $240.75 | Travel for related assigned duties at Burning Man event. |
| REGNELL | $482.59 | Travel for related assigned duties at Burning Man event. |
| RICHARDS | $179.75 | Travel for related assigned duties at Burning Man event. |
| ROBERTS | $222.91 | Travel for related assigned duties at Burning Man event. |
| ROBINSON | $547.25 | Travel for related assigned duties at Burning Man event. |
| ROMERO | $502.95 | Travel for related assigned duties at Burning Man event. |
| ROOP | $178.75 | Travel for related assigned duties at Burning Man event. |
| ROREX | $300.50 | Travel for related assigned duties at Burning Man event. |
| RUSSELL | $1,087.40 | Travel for related assigned duties at Burning Man event. |
| SARCINELLA | $184.75 | Travel for related assigned duties at Burning Man event. |
| SAWTELL | $179.75 | Travel for related assigned duties at Burning Man event. |
| SCHWIRIAN | $705.25 | Travel for related assigned duties at Burning Man event. |
| SHAARDA | $396.03 | Travel for related assigned duties at Burning Man event. |
| SHARKEY | $163.75 | Travel for related assigned duties at Burning Man event. |
| SOLIS | $1,508.63 | Travel for related assigned duties at Burning Man event. |
| SPENCER | $530.25 | Travel for related assigned duties at Burning Man event. |
| STEPLETON | $362.25 | Travel for related assigned duties at Burning Man event. |
| STEVENS | $246.50 | Travel for related assigned duties at Burning Man event. |
| STOLTS | $189.75 | Travel for related assigned duties at Burning Man event. |
| STORLA | $442.25 | Travel for related assigned duties at Burning Man event. |
| SULLINS | $522.60 | Travel for related assigned duties at Burning Man event. |
| SUTTON | $788.50 | Travel for related assigned duties at Burning Man event. |
| SWANSON | $438.16 | Travel for related assigned duties at Burning Man event. |
| TAYLOR | $128.75 | Travel for related assigned duties at Burning Man event. |

| | | |
|---|---|---|
| TEMPLETON | $522.16 | Travel for related assigned duties at Burning Man event. |
| TITUS | $291.00 | Travel for related assigned duties at Burning Man event. |
| TORRES | $163.75 | Travel for related assigned duties at Burning Man event. |
| WAGGONER | $346.00 | Travel for related assigned duties at Burning Man event. |
| WEAVER | $159.00 | Travel for related assigned duties at Burning Man event. |
| WELTY | $179.00 | Travel for related assigned duties at Burning Man event. |
| WILCOX | $149.00 | Travel for related assigned duties at Burning Man event. |
| WISEMORE | $1,051.75 | Travel for related assigned duties at Burning Man event. |
| WOOD | $163.75 | Travel for related assigned duties at Burning Man event. |
| WOSTAL | $509.70 | Travel for related assigned duties at Burning Man event. |
| ZOHOVETZ | $415.90 | Travel for related assigned duties at Burning Man event. |
| ZURFLUH | $202.96 | Travel for related assigned duties at Burning Man event. |
| **TOTAL** | **$46,581.21** | |

AR03658

## 2019 BURNING MAN - VEHICLE UTILIZATION (ATT#4)

| Plate Number | Utilization Amount | | Plate Number | Utilization Amount |
|---|---|---|---|---|
| 110 | $618.93 | | 282 | $645.42 |
| 293 | $1,564.92 | | 399 | $1,279.48 |
| 553 | $235.48 | | 703M | $257.27 |
| 585 | $709.34 | | 366M | $593.49 |
| 700 | $859.56 | | 667S | $141.17 |
| 777 | $1,417.52 | | 829R | $263.11 |
| 885 | $1,302.00 | | 829R | $149.66 |
| 973 | $261.00 | | 521 | $125.00 |
| 977 | $1,610.66 | | **TOTAL** | **$39,768.23** |
| 980 | $904.80 | | | |
| 981 | $1,353.24 | | | |
| 038 | $1,165.60 | | | |
| 072 | $481.40 | | | |
| 073 | $336.40 | | | |
| 135 | $619.76 | | | |
| 150 | $1,577.34 | | | |
| 560 | $906.54 | | | |
| 689 | $1,179.21 | | | |
| 717 | $1,455.30 | | | |
| 727 | $281.34 | | | |
| 779 | $1,451.16 | | | |
| 919 | $983.25 | | | |
| 010 | $895.28 | | | |
| 043 | $507.84 | | | |
| 084 | $682.00 | | | |
| 134 | $1,054.44 | | | |
| 191 | $556.22 | | | |
| 235 | $783.84 | | | |
| 281 | $802.90 | | | |
| 469 | $984.40 | | | |
| 591 | $1,551.12 | | | |
| 636 | $1,517.28 | | | |
| 643 | $1,862.38 | | | |
| 644 | $345.00 | | | |
| 702 | $641.01 | | | |
| 914 | $214.55 | | | |
| 928 | $145.08 | | | |
| 932 | $395.56 | | | |
| 031 | $92.80 | | | |
| 098 | $956.58 | | | |
| 154 | $1,050.60 | | | |

AR03659

## 2019 BURNING MAN - MISC. SUPPLIES AND EQUIPMENT (ATT#5)

| RECEIPT # | CARD HOLDER | VENDOR | AMOUNT | DESCRIPTION |
|---|---|---|---|---|
| R-1 | ALLEN | Washoe County | $ 475.00 | Nevada Criminal Justice Access |
| R-2 | ANDRES | ANALYTICAL & PRECISION | $ 418.54 | Evidence Supplies |
| R-3 | ANDRES | COLONIAL SUPPLIES LLC | $ 1,379.73 | Employee Safety Supplies |
| R-4 | ANDRES | MX MEGASTORE | $ 3,512.00 | Employee Safety Supplies |
| R-5 | ANDRES | RPS PRINTING | $ 278.50 | Copying/Printing |
| R-6 | ANDRES | SCRIP COMPANIES | $ 850.36 | Medical Supplies |
| R-7 | ANDRES | SUPPLY CHIMP | $ 1,499.14 | Employee Safety Supplies |
| R-8 | APPOLD | PRIVATE VENDOR | $ 1,500.00 | Space Rental |
| R-9 | APPOLD | GERLACH IMPROVEMENT DISTRICT | $ 175.00 | Space Rental |
| R-10 | APPOLD | RV RENTAL | $ 1,500.00 | Space Rental |
| R-11 | APPOLD | CHECK FEE | $ 3.00 | Check Fee |
| R-12 | APPOLD | CHECK FEE | $ 3.00 | Check Fee |
| R-13 | APPOLD | CHECK FEE | $ 3.00 | Check Fee |
| R-14 | APPOLD | BRUNO'S | $ 1,872.00 | JOC Watering |
| R-15 | APPOLD | BRUNO'S | $ 660.00 | Generator Hookups |
| R-16 | ARBONIES | HUMBOLDT PRINTERS LLC | $ 62.25 | Printing |
| R-17 | CADIGAN | PURCELL | $ 204.75 | Tire Replacement |
| R-18 | CADIGAN | PURCELL | $ 21.40 | Tire Repair |
| R-19 | CADIGAN | BERNARDO ESTRADA DETAIL | $ 480.00 | Vehicle Cleaning |
| R-20 | CADIGAN | FEDEX | $ 116.80 | Postage |
| R-21 | CADIGAN | LOWES | $ 352.73 | Logistical Supplies |
| R-22 | CADIGAN | LOWES | $ -43.42 | Return unused items |
| R-23 | CADIGAN | WALGREENS | $ 686.17 | Medical Supplies |
| R-24 | CADIGAN | WALMART | $ 58.02 | Logistical Supplies |
| R-25 | CADIGAN | WALMART | $ 313.32 | Logistical Supplies |
| R-26 | DEASY | WALMART | $ 105.80 | Logistical Supplies |
| R-27 | DUE | BRUNO'S | $ 120.00 | Logistical Supplies |
| R-28 | DUE | HOME DEPOT | $ 507.87 | Logistical Supplies |
| R-29 | DUE | HOME DEPOT | $ 748.57 | Logistical Supplies |
| R-30 | DUE | WALMART | $ 45.16 | Logistical Supplies |
| R-31 | FERGUSON | VF IMAGEWEAR INC | $ 940.00 | Uniform for Civilian Ops |
| R-32 | FISCHER | AMAZON | $ 34.98 | Evidence Supplies |
| R-33 | FISCHER | GRAINGER | $ 7.40 | Evidence Supplies |
| R-34 | FISCHER | GSA/FAS | $ 8.05 | Evidence Supplies |
| R-35 | FISCHER | MSC | $ 9.94 | Evidence Supplies |
| R-36 | FISCHER | NOBLE SUPPLY & LOGISTIC | $ 20.80 | Evidence Supplies |
| R-37 | FISCHER | PREMIER & COMPANIES, I | $ 139.75 | Evidence Supplies |
| R-38 | FISCHER | SAFARILAND, LLC | $ 787.00 | Evidence Supplies |
| R-39 | FISCHER | SIRCHIE | $ 336.73 | Evidence Supplies |
| R-40 | FISCHER | SUMMIT MEASUREMENT | $ 147.95 | Evidence Supplies |
| R-41 | FISCHER | THE SUPPLIES GUYS | $ 43.96 | Evidence Supplies |
| R-42 | FISCHER | WRIGGLESWORTH ENTERPRISE | $ 35.10 | Evidence Supplies |

AR03660

| R-43 | KIZOREK | BIG R | $ 32.69 | Logistical Supplies |
|---|---|---|---|---|
| R-44 | KIZOREK | WALMART | $ 180.04 | Logistical Supplies |
| R-45 | LANNEN | WALMART | $ 82.90 | Logistical Supplies |
| R-46 | LANNEN | WALMART | $ 56.57 | Logistical Supplies |
| R-47 | ROSOFF | FEDEX | $ 175.61 | Postage |
| R-48 | ROSOFF | FEDEX | $ 1,626.47 | Postage |
| R-49 | ROSOFF | FEDEX | $ 488.36 | Postage |
| R-50 | SHAARDA | DOLLAR TREE | $ 34.00 | Logistic Supplies |
| R-51 | SHEDDEN | MET ONE INSTRUMENTS | $ 586.00 | Air Quality Supplies |
| R-52 | SHEDDEN | WALMART | $ 27.24 | Air Quality Supplies |
| R-53 | SPENCER | BIG R | $ 23.73 | Logistical Supplies |
| R-54 | SPENCER | BRUNO'S | $ 35.00 | Logistical Supplies |
| R-55 | SPENCER | LOVES | $ 35.98 | Logistical Supplies |
| R-56 | SPENCER | LOWES | $ 1,390.55 | Logistical Supplies |
| R-57 | SPENCER | LOWES | $ 302.44 | Logistical Supplies |
| R-58 | SPENCER | THE PARTS HOUSE | $ 120.24 | Logistical Supplies |
| R-59 | SPENCER | WALMART | $ 163.08 | Logistical Supplies |
| R-60 | SPENCER | WALMART | $ 182.72 | Logistical Supplies |
| R-61 | SWISHER | LES SCHWAB | $ 393.48 | Equipment repair |
| R-62 | SWISHER | SONOMA CYCLE | $ 357.98 | Equipment repair |
| R-63 | SWISHER | WALMART | $ 123.15 | Logistical Supplies |
| R-64 | SWISHER | WALMART | $ 49.44 | Logistical Supplies |
| R-65 | TAYLOR | FIELD ENVIRONMENTAL INSTR | $ 2,527.45 | Communications Supplies |
| R-66 | TAYLOR | HARTFORD TECHNOLOGY RENTAL | $ 141.17 | Communications Supplies |
| R-67 | TAYLOR | LOWES | $ 27.72 | Communications Supplies |
| R-68 | TAYLOR | SGS | $ 4,703.50 | Communications Supplies |
| R-69 | WISEMORE | HOME DEPOT | $ 66.31 | Communications Supplies |
| R-70 | WISEMORE | TESSCO | $ 2,061.23 | Communications Supplies |
| TOTAL | | | $36,415.40 | |

AR03661