H-2930-1 BLM Recreation Permit and Fee Administration Handbook (Public)

C4-8

obligations under this agreement and which must include, but not be limited to, free access and use of office space, copying machines, and use of electrical sources for permit dispenser and other equipment referred to under Exhibit B, and the distribution and collection of the applicable permit fees available to the COUNTY. The BLM must also assist the COUNTY in the marketing and promotion of passes, issuance of citations, and enforcement activities under 16 U.S.C.S. 6811 and continue to be responsible for its enforcement of other federal laws. The BLM must also at its sole cost and expense provide the COUNTY with access to information related to the management, care, and operation of the premises while following all applicable rules, regulations, and laws.

(12)  If the BLM requires work in addition to that defined in the Scope of Work, the COUNTY must provide a cost estimate and written description of the additional work needed to perform such services. Compensation and the time for completion of such additional services must be negotiated and approved in writing by the BLM before the commencement of any such services.

(13)  It is further understood and agreed that each party must utilize its respective portion of funds generated through this agreement for the corresponding Imperial Sand Dunes Recreation Area Fee Collection Program and other matters related to that recreation area.

(14)  The COUNTY represents and warrants that it has a local ordinance entitled "VEHICLES ON LANDS OF ANOTHER" codified at Chapter 10.32.010 et seq. The BLM hereby acknowledges said ordinance and must authorize the COUNTY to enforce it on subject premises. [Note: Ordinance and/or the federal statute should not be attached, as each may be amended from time to time and as such should not be incorporated.]

(15)  RETENTION AND ACCESS OF BOOKS AND RECORDS

The COUNTY and the BLM represent and warrant that both must maintain books, records, documents, reports, and other materials developed under this agreement as required under federal, state and local laws.

a)  Notwithstanding, the COUNTY and the BLM must maintain all ledgers, books of accounts, invoices, vouchers, canceled checks, and other records relating to this agreement for a minimum period of 5 years, or for any longer period required by law, from the date of termination of this agreement.

b)  Any records or documents required to be maintained under this agreement must be made available to other party for inspection or audit, at any time during that agency's regular business hours provided the requesting party provides the other with 7 days advanced written notice. Copies of such documents must be made

AR10363

H-2930-1 BLM Recreation Permit and Fee Administration Handbook (Public)

C4-9

available and at no cost to the requesting party at the producing agency's address
indicated for receipt of notices under this agreement.

(16)  INDEMNIFICATION

a)  To the extent permitted by law, COUNTY agrees to indemnify, defend, and hold
harmless the BLM from and against any and all claims, actions, demands,
liabilities, damages, losses, and expenses of whatever kind, which are in any
manner in whole or in part, or which are caused or contributed to in whole or in
part, by any willful misconduct or negligence, whether active or passive of the
COUNTY, and/or its officers, directors, employees, agents, consultants, or
anyone acting under its direction in connection with or incident with the services
provided hereunder, unless the same be caused by the sole or concurrent
negligence or willful misconduct of the BLM.  Notwithstanding, nothing herein or
otherwise stated in this agreement must impose any liability for claims against the
COUNTY other than claims for which liability may be imposed by the California
Tort Claims Act.  The COUNTY also hereby conditionally agrees to pay the BLM
its percentage share of permit fees that are stolen through the vandalism of any of
the permit fee collection machines identified in Exhibit B.  However, any such
reimbursement is conditioned upon the following: (1) the loss is covered by an
existent COUNTY insurance policy and/or an existent COUNTY crime bond; (2)
the permit fee collection data gathered by the collection box is preserved and
verified by the COUNTY to be accurate and not impacted by the act of
vandalism; and (3) the act of vandalism was not perpetrated by the BLM and/or
its officers, employees, agents, contractors, licensees, invitees, or anyone acting
under its direction in connection with this agreement.

b)  To extent permitted by law, the BLM agrees to indemnify, defend, and hold
harmless the COUNTY from and against any and all claims, actions, demands,
liabilities, damages, losses, and expenses of whatever kind, including but not
limited to environmental cleanup costs, which are in any manner in whole or in
part, or which are caused, occasioned or contributed to in whole or in part, by any
action, omission, fault, misconduct, gross negligence or negligence, whether
active or passive of the BLM, its officers, employees, agents, contractors,
licensees, invitees, or anyone acting under its direction in connection with this
agreement or the services provided hereunder, unless the same be caused by the
sole negligence or willful misconduct of the COUNTY.

Further, to the extent permitted by law, the BLM agrees to cooperate with the
COUNTY in the defense of any such action, claim, or demand of whatever kind
arising out of or in connection with or incident to the services provided in this
agreement.

c)  Notwithstanding Paragraphs a. and b., in the event that the BLM and the
COUNTY are both held to be negligently or willfully responsible, the BLM and

AR10364

H-2930-1 BLM Recreation Permit and Fee Administration Handbook (Public)

C4-10

the COUNTY will bear their proportionate share of liability as determined in any such proceeding. Each side will bear its own costs and attorney fees.

(17) The COUNTY and the BLM mutually agree to work cooperatively and share available resources in order to accomplish the objectives and goals of this agreement.

(18) The COUNTY and the BLM mutually agree to meet monthly, at a minimum, in order to maintain good communications and to develop a work and staffing plan for the following month. Decisions and planned action items from these meetings will be adhered to by both parties, unless there are extenuating circumstances prohibiting follow through. At a minimum, the COUNTY and the BLM will coordinate sales staffing schedules, compliance work assignments, and how fees will be collected and enforced in *the Imperial Sand Dunes Recreation Area*. Parties will also review and evaluate the previous month's activity and adjust actions as needed.

## IV.   TERM OF AGREEMENT

**A.** This agreement must become effective on the date of signature of the BLM authorized officer, and the services provided hereunder must be for a period of 5 years unless agreed upon otherwise in writing and/or this agreement is terminated pursuant to the terms contained herein. Notwithstanding, to the extent that circumstances beyond the control of the COUNTY (of which the BLM is informed in writing) results in the COUNTY's inability to perform timely hereunder, the COUNTY's completion date may be adjusted, subject to the BLM's written approval. Said approval must not be unreasonably withheld.

**B.** Notwithstanding Paragraph A, this agreement and its terms may be extended in 1-year increments for an additional 5-year period. Any such extension requires the mutual written consent of both parties and must be exercised no less than ninety 90 days before expiration of the initial term of the agreement or current 1-year extension period. Moreover, this agreement must terminate sooner if the Federal Lands Recreation Enhancement Act expires under the sunset clause set forth under 16 U.S.C. 6809. In the event of early termination, the BLM must reimburse the COUNTY for all to-date costs and expenses that it incurred as result of this agreement. (43 CFR, Section 12.961).

## V.   FINANCIAL SUPPORT

This agreement must be funded each fiscal year based on the availability of BLM revenue. The COUNTY hereby releases the BLM from all liability due to failure to obtain appropriate funds for this agreement.

AR10365

H-2930-1 BLM Recreation Permit and Fee Administration Handbook (Public)

C4-11

## VI.    PAYMENTS

Payment invoices clearly indicating the period for which they are issued must be submitted to:

> Bureau of Land Management
> Department of the Interior
> Attn: Field Manager
> 1661 South 4th Street
> El Centro, CA 92243
> Email: ssmith@blm.gov

A duplicate copy will also be sent to the same address:

> Attn: Imperial Sand Dunes Recreation Area Manager
> Email:  ssmith@blm.gov

## VII.    DELIVERABLES AND REPORTS

Submit one copy of an annual performance report to the AR within 90 days after the end of the fiscal year. The performance report must be prepared according to 43 CFR Subpart C, Section 12.80.  Performance reports will contain brief information on the following: comparison of actual accomplishments with established goals, reasons why goals may not have been met, cost overruns, and any other pertinent information.

## VIII.    KEY OFFICIALS
### [LIST KEY OFFICIALS (EXAMPLES BELOW)]

### A. Authorized Officer (AO)

> Authorized Officer
> Attn: Judy Smith
> Bureau of Land Management
> California Desert District Office
> 22835 Calle San Juan De Los Lagos
> Moreno Valley, CA 92553
> Telephone: (951) 697-5254

AR10366

H-2930-1 BLM Recreation Permit and Fee Administration Handbook (Public)

C4-12

**B.  Assistance Representative (AR)**

Imperial Sand Dunes Recreation Manager
Attn: Neil Smith
Bureau of Land Management
1661 South 4th Street
El Centro, CA 92243
Telephone:  (760) 337-4451

**Alternate Contact**

Field Manager
Attn: Vicki Smith
Bureau of Land Management
1661 South 4th Street
El Centro, CA 92243
Telephone: (760) 337-4410

**C.  Responsible Official**

Imperial County Sheriff
Imperial County Sheriff's Office
328 Applestill Road
El Centro, CA 92243
Telephone: (760) 339-6301

**D.  Project Manager**

S.R.P.E.T.
Imperial County Sheriff's Office
Attn: Lt. Jerry Smith
220 W. Main Suite 207
Brawley, CA  92227
Telephone: (760) 351-3045

**Alternate Contacts**

S.R.P.E.T.                                        S.R.P.E.T.
Imperial County Sheriff's Office    Imperial County Sheriff's Office
Attn: Lt. George Smith                   Attn: Chief Deputy Steve Smith
328 Applestill Road                        328 Applestill Road
El Centro, CA 92243                       El Centro, CA 92243
Telephone: (760) 339-6322          Telephone: (760) 339-6414

AR10367

H-2930-1 BLM Recreation Permit and Fee Administration Handbook (Public)

C4-13

## IX.   SPECIAL TERMS AND CONDITIONS (SEE AGREEMENT SECTION XI, ADDITIONAL SPECIAL TERMS, CONDITIONS, AND EXHIBITS)

### A.  Order of Precedence

Any inconsistency in this agreement must be resolved by giving precedence in the following order: (1) any national policy requirements and administrative management standards; (2) requirements of the applicable OMB circulars and Treasury regulations; (3) 43 CFR Part 12; (4) special terms and conditions; and (5) all agreement sections, documents, exhibits, and attachments.

### B.  Modifications

This agreement may be modified by written agreement signed by both an Imperial County Sheriff's Department official and the authorized officer; modifications must be within the scope of this instrument.  Administrative changes (e.g., AO name change that does not change the project management plan, NTE amount, or addressees and that does not otherwise affect the recipient) may be signed unilaterally by the AO and an original copy forwarded to the Imperial County Sheriff's Department.

## X.   GENERAL PROVISIONS

### A. **National Policy Requirements and Administrative Management Standards**.  All applicable national policy requirements and administrative management standards as set forth in the Office of Management and Budget, Financial Management Division, Directory of Policy Requirements and Administrative Standards for Federal Aid Programs are incorporated by reference.

### B. **43 CFR Part 12, Administrative and Audit Requirements and Cost Principles for Assistance Programs** are incorporated by reference.

### C. **OMB Circular A-87, Cost Principles for State, Local, and Indian Tribal Governments** is incorporated by reference.

### D. **Single Audit Act Amendments of 1996**, Public Law 104-156, 110 Stat 1396, 31 U. S.C. 750 1-7 and **43 CFR Part 12**, is incorporated by reference.

### E. **43 Code of Federal Regulations (CFR) Part 12, Appendix A to Subpart D, Certification Regarding Debarment, Suspension, and Other Responsibility Matters-Primary Covered Transaction** and **completed Form DI 2010** are incorporated by reference.

AR10368

H-2930-1 BLM Recreation Permit and Fee Administration Handbook (Public)

C4-14

**F. 43 CFR Part 12, Appendix C to Subpart D, Certification Regarding Drug-Free Workplace Requirements. Alternate I (Grantees Other Than Individuals)** and **completed Form DI 2010** are incorporated by reference.

**G. 31 U.S.C. 1352, Certification Regarding Lobbying** and **completed Form DI 2010** are incorporated by reference.

**H. Grant/Cooperative Agreement Provision**

Recipient must not use any part of the appropriated funds from the Department of the Interior, Environment, and Related Agencies Appropriations Act, for any activity or the publication or distribution of literature that in any way tends to promote public support of or opposition to any legislative proposal on which congressional action is not complete.

**I. Increasing Seat Belt Use in the United States.**

Recipients of grants/cooperative agreements and/or subawards are encouraged to adopt and enforce on-the-job seat belt use policies and programs for their employees when operating company-owned, rented, or personally owned vehicles. These measures include, but are not limited to, conducting education, awareness, and other appropriate programs for their employees about the importance of wearing seat belts and the consequences of not wearing them.

## XI.   ADDITIONAL SPECIAL TERMS, CONDITIONS, AND EXHIBITS

**A.** The COUNTY and the BLM hereby represent that during the term of this agreement or any extended term thereof, that each of the parties must be insured and/or self-insured with respect to their respective obligations under this agreement and at the minimum levels set forth under Paragraph B. The parties must, on an annual basis, and to the extent requested in writing, provide each other with evidence of such insurance. Such insurance must include the following coverage: general liability (inclusive of contractual liability), all risk property coverage, and automotive vehicle liability insurance. The parties hereby further represent that during the term of this agreement or any extended term thereof, that they must maintain workers' compensation insurance in compliance with their corresponding jurisdiction's requirements. Notwithstanding, a party may at its option elect to replace its self-insurance program with purchased insurance, but this insurance must adhere to the insurance provisions set forth below.

**B.** In the event either of the parties assign and/or subcontract any portion thereof as provided under Paragraph E, the assigning party must require in all applicable agreements that the individual and/or entity agree, at its sole cost and expense, to obtain and maintain in full force during the entire term of this agreement as applicable and/or any extended term thereof the following types of insurance:

AR10369

H-2930-1 BLM Recreation Permit and Fee Administration Handbook (Public)

C4-15

(1) Commercial general liability "occurrence" coverage in the minimum amount of $1,000,000 combined single limit to any one person ("CSL") for bodily injury, death, or property damage and $2,000,000 aggregate for any one accident, including personal injury, death, and property damage.

(2) General liability coverage must include contractual liability coverage. Said insurance must include, but not be limited to, coverage for bodily injury, death, and property damage, including owned, non-owned, and hired equipment resulting from the operation of commercial equipment during times of construction and repair.

(3) Workers' compensation coverage, in full compliance with the law, for all employees of the party (or its respective assignee/subcontractor) and employer's liability in the minimum amount of $1,000,000. The assigning party (or its respective assignee/ subcontractor as applicable) agrees to the extent permitted by law to hold harmless, defend, and indemnify the nonassigning party for any and all claims arising out of any injury, disability, or death of any of the assigning party and/or its respective employees or agents.

(4) All risk property coverage on all buildings and improvements at full replacement costs in the event of loss, damage, or destruction by fire or other perils commonly covered by standard extended coverage endorsements.

(5) Commercial automobile liability coverage in a minimum amount of $1,000,000 per combined single limit, including owned, non-owned, leased, and hired vehicles.

## C. Special Insurance Requirements

All insurance required under Paragraph B must:

(1) Not be canceled, nonrenewed, or reduced in scope of coverage until after 30 days written notice has been given to the other party. However, the terminating party (or its respective assignee/subcontractor as applicable) may not terminate such coverage until it provides the other party with proof that equal or better insurance has been secured and is in place. Cancellation or change without the prior written consent of the other party must, at the option of that party, be grounds for termination of this agreement.

(2) Provide that either party (or its respective assignee/subcontractor as applicable) must, if requested by the other, give to the requesting party satisfactory evidence that insurance policy premiums have been paid, together with a duplicate copy of the policy or a certificate evidencing the policy and executed by the insurance company issuing the policy or its authorized agent.

(3) Each party (or respective assignee/subcontractor as applicable) agrees to provide the other party with the following insurance documents on or before the effective date of this agreement or applicable agreement:

AR10370

H-2930-1 BLM Recreation Permit and Fee Administration Handbook (Public)

C4-16

    a) Complete copies of certificates of insurance for all required coverage, including additional insured endorsements and 30-days' Notice of Cancellation Clause endorsements.

    b) The documents enumerated in this Paragraph must be sent to the following:

**[INSERT COUNTY NAME AND ADDRESS]**

(4) Additional Insurance. Nothing in this provision, or any other provision of this agreement, must be construed to preclude the parties (or their respective assignee/subcontractor as applicable) from obtaining and maintaining any additional insurance policies in addition to those required pursuant to this agreement.

(5) The commercial general liability must contain a provision of endorsements stating that such insurance:

    a) Includes contractual liability

    b) Does not contain any exclusion as to loss or damage to property caused by explosion or resulting from collapse of buildings or structures or damage to property underground, commonly referred to by insurers as the "XCU Hazards"

    c) Does not contain a "pro rata" provision that looks to limit the insurer's liability to the total proportion that its policy limits bear to the total coverage available to the insured

    d) Does not contain an "excess only" clause that requires the exhaustion of other insurance before providing coverage

    e) Does not contain an "escape clause" that extinguishes the insurer's liability if the loss is covered by other insurance

## D. Default And Termination

(1) The COUNTY's Default. If the COUNTY fails or refuses to perform any provision, covenant, or condition to be kept or performed by the COUNTY under this agreement, the BLM, before exercising any of its rights or remedies, must give written notice to the COUNTY of such default, specifying in said notice the nature of such default, and the COUNTY must have 30 days from receipt of such notice to cure said default. If such default is not cured within said 30-day period, then the BLM may in its sole discretion terminate this agreement and/or pursue those remedies available under the law at the time this agreement is executed as well as any future remedies that are created.

AR10371

H-2930-1 BLM Recreation Permit and Fee Administration Handbook (Public)

C4-17

(2) The BLM's Default.  If the BLM fails or refuses to perform any provision, covenant, or condition to be kept or performed by the BLM under this agreement, the COUNTY, before exercising any of its rights or remedies, must give written notice to the BLM of such default, specifying in said notice the nature of such default, and the BLM must have 30 days from receipt of such notice to cure said default.  If such default is not cured within said 30-day period, then the COUNTY may in its sole discretion terminate this agreement and/or pursue those remedies available under the law at the time this agreement is executed as well as any future remedies that are created.

## E.  Assignments and Subcontracts

(1) Neither this agreement nor any rights, duties, or obligations hereunder must be assignable and/or subcontracted by a party without the prior written consent of others.

(2) The nonassigning party may demand such assurances, including financial assurances, modification of this agreement, or such other requirements, as, in its sole discretion, it deems advisable, as a condition to granting its consent to any assignee or subcontractor hereunder.

(3) Consent by the nonassigning party must not release the assigning agency from its primary liability under this agreement, and consent to one assignment or subcontract must not be deemed as consent to other assignments and/or subcontracts.

(4) Any attempt by the COUNTY or the BLM to assign or otherwise transfer any interest in this agreement without obtaining the prior written consent of the others must be void.

(5) Notwithstanding, the parties hereby agree that the COUNTY may without written authorization retain the services of contractor(s) to develop, implement, and maintain a permit fee collection machine system, to include the purchase of related equipment and technology/repair and training of COUNTY staff.  The parties also hereby agree that COUNTY may without written authorization contract with vendors to market and sell the permits.  Finally, the parties hereby agree that the COUNTY may without written authorization allow the local state OHV coalition to assist the COUNTY with its responsibilities of fee collection and compliance under this agreement and who must not be required to adhere to the requirements set forth under this agreement.

## F.  Binding

This agreement must be binding upon the heirs, successors, assigns, and subcontractors of the parties hereto.

AR10372

H-2930-1 BLM Recreation Permit and Fee Administration Handbook (Public)

C4-18

## G. Notices

(1) Any notice by either party to the other must be personally delivered to the party or sent by certified mail, return receipt requested, or by next day tracked mail to the addresses set forth below:

| **BLM** | **COUNTY** |
|---|---|
| U.S. Department of the Interior | County Sheriff |
| Bureau of Land Management | Sheriff's Recreation Permit Enforcement Team |
| **[INSERT ADDRESS]** | **[INSERT ADDRESS]** |

(2) Either party may change its address for notice by providing written notice to the other party in accordance with Paragraph XI G 1.

(3) Notices must be deemed effective on the date of delivery.

## H. Entire Agreement

This agreement contains the entire contract between the BLM and the COUNTY relating to the transactions contemplated hereby and supersedes all prior or contemporaneous agreements, understandings, provisions, negotiations, representations, or statements, either written or oral.

## I. Modification

No modification, waiver, amendment, discharge, or change of this agreement must be valid unless the same is in writing and signed by both parties.

## J. Captions

Captions in this agreement are inserted for convenience of reference only and do not define, describe, or limit the scope or the intent of this agreement or any of the terms thereof.

## K. Partial Invalidity

If any provision in this agreement is held by a court of competent jurisdiction to be invalid, void, or unenforceable, the remaining provisions will nevertheless continue in full force without being impaired or invalidated in any way.

## L. Gender and Interpretation of Terms and Provisions

As used in this agreement and whenever required by the context thereof, each number, both singular and plural, must include all numbers, and each gender must include both

AR10373

H-2930-1 BLM Recreation Permit and Fee Administration Handbook (Public)

C4-19

genders.  The COUNTY and the BLM as used in this agreement or in any other document referred to in or made a part of this agreement must likewise include both singular and the plural, a corporation, a partnership, individual, firm, or person acting in any fiduciary capacity as executor, administrator, trustee, or in any other representative capacity or any other entity.  All covenants herein contained on the part of the COUNTY and the BLM must be joint and several if more than one person, firm, or entity executes the agreement.

## M. Waiver

No waiver of any breach or of any of the covenants or conditions of this agreement must be construed to be a waiver of any other breach or to be consent to any further or succeeding breach of the same or any other covenant or condition.

## N. Attorney's Fees

If either party herein brings an action to enforce the terms thereof or declare rights hereunder, the prevailing party in any such action, on trial or appeal, must be entitled to its reasonable attorney's fees to be paid by the losing party as fixed by the court.

## O. Authority

Each of the individuals executing this agreement on behalf of the COUNTY and the BLM represent and warrant that:

(1) Each individual is duly authorized to execute and deliver this agreement on behalf of the COUNTY or the BLM as applicable;

(2) Such execution and delivery on behalf of the COUNTY is in accordance with the terms of the articles of incorporation or partnership, any by-laws, or resolutions of the COUNTY;

(3) Such execution and delivery on behalf of the BLM is duly authorized by the Board of Supervisors and within the authority of the signatory identified below.

(4) This agreement is binding upon the respective parties in accordance with its terms.

## P. Counterparts

This agreement may be executed in counterparts.

## Q. Review of Agreement Terms

This agreement has been reviewed and revised by legal counsel for both the BLM and the COUNTY, and no presumption or rule that ambiguities must be construed against the

AR10374

H-2930-1 BLM Recreation Permit and Fee Administration Handbook (Public)

C4-20

drafting party must apply to the interpretation or enforcement of the same or any subsequent amendments thereto.  Moreover, it is understood and agreed that should there be a conflict between the agreement and exhibits, the agreement must control.

U.S. DEPARTMENT OF THE INTERIOR                COUNTY SHERIFF
BUREAU OF LAND MANAGEMENT                       SHERIFF'S RECREATION PERMIT
                                                ENFORCEMENT TEAM
**[INSERT ADDRESS]**
                                                **[INSERT ADDRESS]**
BY: _____                 BY: _____
        [INSERT SIGNATURE AND TITLE]                    [INSERT SIGNATURE AND TITLE]


DATE:_____                DATE: _____

ATTEST

By: _____                 By: _____
        **[INSERT NAME AND TITLE]**                     **[INSERT NAME AND TITLE]**

APPROVED AS TO FORM

By: _____
        [INSERT NAME AND TITLE]

AR10375

H-2930-1 BLM Recreation Permit and Fee Administration Handbook (Public)

EX-1

## EXHIBIT A

## PROPERTY DESCRIPTION

Lands in Imperial County, California, within T11S, R16E, S31-S33; T12S, R15E, S1, S12; T12S, R16E, S2-S15, S17-S30, S32-S36; T12S, R17E, S18-S20, S28-S35; T13S, R16E, S1-S2, S12; T13S, R17E, S1-S18, S20-S28, S33-S36; T13S, R17½E, S1-S3, S10-S15, S22-S27, S34-S36; T13S, R18E, S7, S17-S23, S25-S35; T14S, R17E, S1-S3, S11-S14, S23-S25; T14S, R18E, S1-S58; T14S, R19E, S17-S22, S26-S35; T15S, R18E, S1-S15, S17, S21-S27, S35; T15S, R19E, S1-S15, S17-S60; T15S, R20E, S6-S9, S15, S17-S23, S25-S35; T16S, R18E, S1; T16S, R19E, S1-S15, S23-S26; T16S, R20E, S1-S60; T16S, R21E, S30-S32; T17S, R19E, S1; S17S, R20E, S1-S6.

Lands in Imperial County, California, within T11S, R16E, S31-S33; T12S, R15E, S1, S12-S13; T12S, R16E, S2-S5, S9-S14, S17-S24, S27-S30, S32-S35; T12S, R17E, S18-S20, S27-S30, S32-S35; T13S, R16E, S1, S12; T13S, R17E, S1-S2, S6-S8, S16-S18, S20-S22, S26-S28, S30, S33-S35; T13S, R17½E, S1-S3, S11-S12; T13S, R18E, S7, S17-S23, S25-S27, S35; T14S, R17E, S1-S3, S11-S14, S23-S25, S36; T14S, R18E, S1-S2, S12, S19, S30-S32; T14S, R19E, S6-S8, S17-S18, S20-S22, S26-S29, S34, S35; T15S, R18E, S4-S9, S15-S17, S21-S23, S25-S27, S35; T15S, R19E, S1-S2, S12, S31-S32; T15S, R20E, S6-S9, S15, S17-S18, S20-S23, S25-S28, S34-S35; T16S, R18E, S1; T16S, R19E, S3-S8, S9-S11, S13-S15, S23-S26, S35; T16S, R20E, S1-S2, S11-S14, S18-S20, S22-S25, S28-S33, S44, S51-S55; T16S, R21E, S30-S32; T17S, R19E, S1; T17S, R20E, S6.



## MAP

The fee area is all public lands managed by the BLM within the outermost boundaries as depicted on the map on this page.

AR10376

H-2930-1 BLM Recreation Permit and Fee Administration Handbook (Public)

EX-2

**EXHIBIT B**

<div align="center">

**SCOPE OF WORK**

</div>

**Purpose**

This division has been created to develop and integrate a systematic plan for the proposed COUNTY, Fee Collection and Compliance Project. The division is referred to as the Special Recreation Permit Enforcement Team (S.R.P.E.T.). The assigned personnel will be primarily tasked to provide the following services: market noncommercial special recreation permit fee sales and programs, collect noncommercial special recreation permit fees, ensure noncommercial special recreation permit compliance, enforce pertinent state, county, and applicable federal law as it relates to fee collection and compliance, and maintain/service fee equipment for the COUNTY, Fee Collection and Compliance Project.

**Special Recreation Permit Enforcement Team Personnel and Technology**

- lieutenant
- sergeant
- two sheriff's deputies
- two sheriff's services officers
- office assistant III

  - The COUNTY must for purposes of this project purchase nine automated permit dispensing machines. Initially, five permit dispensers must be placed into the Imperial Sand Dunes Recreation Area (ISDRA) for use while the remaining four will be stored for future use. Four of the in-use permit dispensers must be independently and securely enclosed within four half-sized conex/land-sea cargo boxes (one machine per box). However, each conex box will be designed with the capability of accommodating a second dispenser. These conex boxes must be placed at the following four locations: Dune Buggy Flats, Buttercup, Gecko Road, and Wash Road. The fifth in-use permit dispenser must be located within the Cahuilla Ranger Station. It is further understood that the COUNTY may equip the conex/land-sea cargo boxes with generators to cool and ventilate the equipment and boxes properly. The COUNTY will supplement fee collection machines with a county employee at each box during peak collection periods. This employee will be collecting cash and credit card fees by hand.

  - During the New Year's Day weekend in January; the Birthday of Martin Luther King, Jr. weekend in January; Presidents Day weekend in February; Easter weekend in March or April; Halloween weekend in October; and Thanksgiving weekend in November; the COUNTY must supplement its staffing by requesting the customary assistance of local state OHV coalition forces. Weekends include Friday, Saturday, and Sunday. However, during the offpeak season (June 1–September 30) the COUNTY, in cooperation with

AR10377

H-2930-1 BLM Recreation Permit and Fee Administration Handbook (Public)

EX-3

the BLM, must have the discretion to place in operation a minimum of two sites within or near ISDRA to purchase permits. Permits can be available through dispenser machines or other means and must unless as otherwise agreed between the parties be located at the Gecko/Glamis area and near the Buttercup area. Notwithstanding, the COUNTY must during the offpeak season continue to make passes available to authorized third-party vendors.

**Duties and Responsibilities**

The COUNTY will:

- Plan, organize, coordinate, and direct the operations, activities, and personnel assigned to the S.R.P.E.T.

- Provide collection staff as needed and to be determined by the COUNTY, for the purpose of supplementing onsite machine sales, at ISDRA on nonholiday weekends (Friday, Saturday, and Sunday). This obligation must not apply during the offpeak season. The hours detailed below are identified for clarification, and are a result of the extended travel times associated with this project. At a minimum, the COUNTY will staff as follows:

  On an 8-hour shift, personnel will be onsite a minimum of 5 ½ hours.
  On a 10-hour shift, personnel will be onsite a minimum of 7 ½ hours.
  On a 12-hour shift, personnel will be onsite a minimum of 9 ½ hours.
  The scheduling will be compatible with the visitation patterns.

- Direct division operations to meet stated goals and objectives efficiently and effectively

- Assign and review all related work

- Ensure that correspondence, the monthly, annual, and special reports, and other required analytical data are prepared in a timely and efficient manner

- Plan and develop assigned operations, budgeting, personnel matters, training statistics, and community education affairs

- Ensure compliance with departmental policies and directives

- Supervise and participate in day-to-day activities of the S.R.P.E.T.

- Inspect and evaluate assigned equipment, and document any failure or malfunction of the same

- Monitor assigned work for progress and disposition

AR10378

H-2930-1 BLM Recreation Permit and Fee Administration Handbook (Public)

EX-4

- Use best reasonable efforts to ensure the efficient and effective allocation and use of resources

- Supervise and evaluate the performance of assigned personnel

- Provide training, direction, and assistance to assigned personnel

- Enforce the collection of noncommercial special recreation permits per the Federal Lands Recreation Enhancement Act as set forth under 16 U.S.C.S. Section 6801, within the permit-required areas of ISDRA

- Use best reasonable efforts to inspect all primary vehicles for permits, moving or parked, within the permit-required areas of ISDRA

- Follow a systematic patrol pattern of all known and potential camping and parking areas during the visitation season within ISDRA to ensure permit compliance.  However, such patterns may be periodically varied to enhance compliance.

- Inspect and service all permit dispensing machines within ISDRA

- Collect and secure all cash monies and credit card information, onsite and offsite, and collect and secure cash monies and credit card information in all permit dispensing machines following COUNTY guidelines and such other guidelines that are agreed to between the parties

- Gather all financial data from the credit card readers or similar devices within all freestanding permit dispensing machines daily, Friday through Monday during nonholiday periods.  Holiday periods will require expanded collection schedules.  Credit card information must be processed at a minimum of two times a week.  Rejected cards will be processed at least four times over a 45-day period.

- Coordinate, communicate, and participate in the day-to-day operations and activities of the S.R.P.E.T.

- Participate in the community awareness programs to inform the public about the Imperial COUNTY OHV Permit Compliance Program

- Prepare specific documents/reports, maintain files and records, compile statistical data and activity reports as required under the agreement

- The COUNTY must post a 24-hour telephone hotline number at the Cahuilla Ranger Station and other fee collection sites to answer questions and public complaints and must have a voicemail recording system capable of recording a high volume of calls.  All messages will be answered within 2 business days.

AR10379

H-2930-1 BLM Recreation Permit and Fee Administration Handbook (Public)

EX-5

The phone number will be posted on the COUNTY website and on each machine, at a minimum.

- COUNTY staff must, in performing their obligations under this agreement, wear uniforms that are compliant with those standards established by the Imperial COUNTY Sheriff's Department and communicated to the BLM. The COUNTY must also request local/state OHV coalition forces to wear their respective agencies standard issued uniforms. If respective agency employee does not have a uniform, the COUNTY will outfit each such employee with a visible S.R.P.E.T. identification card or badge.

- The COUNTY must install and/or maintain a minimum of seven signs associated with the permit compliance and enforcement program. Said signs must also comply with the California Department of Transportation's guidelines and meet the informational and notice objectives set forth under 16 U.S.C.S. Section 6803 et seq. However, to the extent permitted by law, the COUNTY must not be required to construct signs in excess of 4 feet by 3 feet. It is further understood and agreed that COUNTY may use the existing BLM signs to count toward the sign count minimum. It is also understood and agreed that the signs must be located to be visible upon entering the fee boundaries at Highway 78 (east and west), Ogilby Road (north and south), Grays Well Rd (east and west), and Gordon's Well. Signs must be developed and placed in such a manner as to provide ISDRA visitors reasonable direction as to where to purchase permit.

- The COUNTY agrees to have adequate markings at its stationary fee collection sites.

- The COUNTY will provide and maintain vehicles for COUNTY staff required for the project, including four-wheel drive units.

- The COUNTY will incur all costs associated with printing of permits, including the permits provided to vendors.

**Training**

- All assigned S.R.P.E.T. field personnel will be trained in the restocking, installation, and mechanical servicing of the freestanding permit dispensing machines and/or the COUNTY must retain the services of a subcontractor to perform some or all of the stated services and responsibilities before *October 1, 2006*.

- All assigned S.R.P.E.T. field personnel will attend and complete all training aspects that are provided by the manufacturer of the dispensing machines before *October 1, 2006*.

AR10380

H-2930-1 BLM Recreation Permit and Fee Administration Handbook (Public)

EX-6

- All assigned S.R.P.E.T. personnel will be trained in all COUNTY procedures pertaining to the collection and handling of cash monies.

- All assigned S.R.P.E.T. personnel will follow all COUNTY policies pertaining to the collection and handling of cash monies, and attached hereto and incorporated herein as agreement Exhibit D.

## Public Educational Procedures

- By July 1, 2006, the COUNTY will provide educational information on the Imperial County Sheriff's Office O.H.V.E.S.T. (Off Highway Vehicle Enforcement Safety Team) website, and S.R.P.E.T. websites to inform the public of permit compliance information. The BLM, ISDRA, and COUNTY O.H.V.E.S.T. and S.R.P.E.T. websites will link to one another.

- Upon contact with any noncompliant primary vehicle, the COUNTY will issue a citation for failure to have a noncommercial special recreation permit and/or failure to comply with Imperial County Ordinance Chapter 10.32 et seq. Citations will be fully completed, and attached to the noncompliant primary vehicle, as set forth in the Enforcement Procedures subsection of this operation plan. The violation notice procedure will be followed through as though it were an enforcement citation. The COUNTY will provide law enforcement citation statistics to the BLM at the same time of the financial statement in Microsoft Excel format usable to the BLM.

- The COUNTY will accompany the BLM to a minimum of three offsite off-highway vehicle trade shows to sell passes and educate the public as needed. However, the COUNTY's attendance is conditioned upon the show being held in California and/or Arizona and the BLM must provide the COUNTY with 30 days advance written notice of a request to attend any such show.

- The COUNTY will work with the BLM, Imperial Sand Dunes Technical Review Team, United Desert Gateway, and special interest groups to help educate the public as needed.

- Overall public education standards and expectations for the Permit Compliance Program will be determined and set by the S.R.P.E.T. and the BLM.

- All assigned S.R.P.E.T. personnel may sell permits and hand out permit program materials as well as general OHV safety educational material to the attending public.

- All assigned S.R.P.E.T. personnel will, if authorized, answer questions that the public might have about the Permit Compliance Program or general OHV related questions.

- All O.H.V.E.S.T. members and all COUNTY OHV coalition members will have the means to provide educational materials to the visiting public within the permit-required areas on all lawful contacts and during public initiated contacts.

AR10381

H-2930-1 BLM Recreation Permit and Fee Administration Handbook (Public)

EX-7

**Collection Procedures**

- The collection and service of the in-use permit dispensing machines will be accomplished in a manner so as to strive for their continuous operation.

- The collection and service of the permit dispensing machines will be done by S.R.P.E.T. Only S.R.P.E.T. personnel will be allowed to collect and service the permit dispensing machines.

- Collection and service will be done in a team of no less than two S.R.P.E.T. personnel members. The S.R.P.E.T. may consist, in any combination, of two employees providing one employee is a sworn officer. The collection vehicle must be a fully marked Sheriff's vehicle that will be equipped with a safe into which collections will be secured during transportation.

- Permits may be purchased by consumers by using authorized credit card companies (including but not limited to Visa and MasterCard) on the COUNTY Permit Compliance Program website link at www.imperialsanddunes.net. Upon purchase, permits will be mailed to the consumer with educational materials within 2 business days.

- Permits may also be purchased and given to consumers from the COUNTY Permit Compliance Program phone system with authorized credit cards. Upon purchase, permits will be mailed to the consumer within 2 business days.

- Permits may also be purchased from designated Permit Compliance Program vendors located within and outside the County of Imperial.

- The COUNTY will plan for use of new technology in the future that may make the fee collection process more efficient and visitor-friendly.

- The collection and handling of cash monies must be performed in accordance with the COUNTY policies and procedures attached hereto and incorporated herein as Agreement Exhibit D.

**Enforcement Procedures**

- Compliance S.R.P.E.T. personnel will provide permit compliance patrols within the permit-required areas of ISDRA and issue a County enforcement citation to all noncompliant primary vehicles.

- A written enforcement citation will be filled out completely. The violator's copy will be placed into a department-approved adhesive envelope. The brightly colored florescent envelope will be sealed and attached to the vehicles driver's side window or the front windshield, so as to be plainly visible to persons within the immediate area of the vehicle. The envelope will

AR10382

H-2930-1 BLM Recreation Permit and Fee Administration Handbook (Public)

EX-8

contain the violator's copy of the written citation and a predeveloped copy of permit and restitution requirements.

**Permit Requirements**

- Each primary vehicle is required to purchase, have on board, and openly display its purchased permit, unless exempted by the Federal Lands Recreation Enhancement Act (Public Law 108-477) or other applicable federal law.

- Permits within the primary vehicle must be displayed:

  - in the vehicle at all times while in ISDRA
  - to be clearly visible from the front windshield
  - expiration side up
  - as described in 43 CFR 8365.1-6

**Availability for Purchase**

- website for prepurchase of permits

- phone line for prepurchase of permits

- permit dispensers to be installed and maintained as set forth herein and and placed at the locations identified in Agreement Exhibit C

**Machine Specifications**

Stationary machines will be accessible 7 days/week. If a machine becomes inoperable, the COUNTY will repair or replace the machine within 24 hours, once the COUNTY is aware of the situation. If the COUNTY is unable to make the repair or replacement, the COUNTY will establish another reasonable means for the visitors to purchase a permit. The COUNTY must keep a minimum of one complete permit dispensing machine in stock at all times for emergency installation/repairs/spare parts. Permit dispensers must be solar/battery and/or generator powered 110V if available.

Four of the initial five in-use permit dispensers must be independently and securely enclosed within a half-sized conex/land-sea cargo box and must be placed at the following four locations: Dune Buggy Flats, Buttercup, Gecko Road, and Wash Road. The fifth in-use permit dispenser must be located within the Cahuilla Ranger Station. It is further understood that the soon to be constructed Buttercup Ranger Station may negate the need for a conex/land-sea cargo box at that site, as the BLM will make the premises available to the COUNTY under agreement Paragraph III.C.11.

AR10383

H-2930-1 BLM Recreation Permit and Fee Administration Handbook (Public)

EX-9

Permit dispensers must be able to do the following:

- accept all forms of U.S. currency (bills) of 1, 5, 10, 20, 50, and 100 dollar denominations

- accept MasterCard and Visa credit cards and debit cards with real-time authorization

- provide refund vouchers to customers, as more specifically described below

- issue paper vouchers in instances where the visitor does not have the exact change to pay for the permit (said vouchers may be redeemed when mailed to the COUNTY or when submitted to an authorized permit distributor)

- feature a backlit digital screen for nighttime operations

- assign numbers in sequential order, so that no two permits will ever contain the same number

- print out transaction history and machine status report by the use of an access card

AR10384

H-2930-1 BLM Recreation Permit and Fee Administration Handbook (Public)

EX-10

## EXHIBIT C

## MACHINE LOCATIONS

Permit dispensers must be securely enclosed within a half-sized conex/land-sea cargo box, or a mutually agreed upon alternative, and must be placed at the locations identified below and as more specifically agreed upon between the parties.

- Dune Buggy Flats
- Buttercup
- Gecko Road
- Wash Road
- Inside Cahuilla Ranger Station

For Ogilby and Glamis Flats areas, the S.R.P.E.T. will use mobile trailer contact stations staffed by personnel who are towed on and off site.  These mobile stations must, as the COUNTY deems necessary, be used Friday, Saturday, and Sunday during the peak season and must have an expanded schedule for holidays.

AR10385

H-2930-1 BLM Recreation Permit and Fee Administration Handbook (Public)

EX-11

## EXHIBIT D

## CASH CONTROL ACCOUNTING PROCEDURES

All BLM deposit and cash control procedures must be adhered to by the signing entity (including those outlined in H-2930) unless otherwise written and attached to this agreement.  (Note:  The BLM will provide the latest approved procedures outlined by the National Operations Center to the signing entity as part of this agreement.)

AR10386

# EXHIBIT B

# EXHIBIT B

AR10387



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Winnemucca District Office
Black Rock Field Office
5100 East Winnemucca Boulevard
Winnemucca, Nevada 89445
Phone: (775) 623-1500 Fax: (775) 623-1503
Email: wfoweb@blm.gov
www.blm.gov/nv/st/en/fo/wfo.html

In Reply Refer to:
NVW03500-12-01
2930 (NV030.05)

**SUBJECT:** Winnemucca District After Action Report for the 2012 Burning Man Event

On Wednesday, September 5, 2012, the Bureau of Land Management (BLM) Winnemucca District (WD) concluded its on-site operational involvement in the 2012 Burning Man event. As a follow-up to the event, the WD conducted an after action review on September 25, to identify what happened, why it happened, and provide candid insights into how the WD can sustain strengths and improve upon weaknesses from all levels of the operation (e.g., event management, logistics, compliance, etc.). The discussions and recommendations brought forth by this meeting are documented in the following after action report (AAR). The report intends to identify how the WD can correct deficiencies, sustain strengths, and improve upon the overall performance and administration of the Burning Man Special Recreation Permit (SRP).

**BACKGROUND:**

On June 12, 2012, the BLM completed the Burning Man 2012-2016 SRP Environmental Assessment (EA). The EA analyzed the impacts associated with Black Rock City (BRC), LLC's proposal for the 2012-2016 events, which included a participant population level from 58,000 to 70,000 participants during the 5-year period. While the EA is valid for the 5-year period, authorization for any event during the 5-year period is subject to a separate SRP decision. Prior to the issuance of any year's decision, a detailed review and evaluation of the previous year's event must occur (e.g., post-use report, SRP evaluation, and AAR).

Upon completion of the EA, the BLM issued a SRP to BRC on June 12, 2012, authorizing the 2012 Burning Man event (event). In 2012, BRC was required to keep the maximum population of the event from exceeding 60,900 people at any given time (the 2012 event reached a maximum population of 56,149 people on Friday, August 31st). The BLM also required BRC to comply with 13 permit conditions and 50 special stipulations. These stipulations related to matters such as event set-up, signing, security, public safety, resource management, debris removal, fee calculation and payment, and event take-down and clean-up.

As in past years, during the event and in the period immediately before and after it, public use closures to protect the environment, assure public safety, address the concerns of adjacent communities, and facilitate administration of the event, were implemented. Access to the playa by the general public remained readily available, even when closures were in effect, and solitude continued to be available in the vastness of the Black Rock National Conservation Area (NCA). Public closures included restrictions on use of firearms, fireworks, camping and vehicle travel, aircraft landing, and all public uses in areas within and immediately adjacent to the permit area.

AR10388

*COST RECOVERY*:

If more than 50 hours of staff time is required for processing a permit, cost recovery (CR) of direct and indirect expenses related to issuing and administering the permit, including necessary environmental documentation, on-site monitoring of SRP stipulations and law enforcement, must be charged (43 CFR 2932.(e)). With this in mind, the WD developed two CR accounts in 2012. The purpose of these accounts was for 1) BLM's management of the Burning Man 2012-2016 SRP EA ($58,768.58); and 2) BLM's administration of the 2012 SRP ($1,129,527.61). Historically, the WD has requested between $10,000 and $20,000, by February of each year, to begin processing the permit and to establish a CR account. However, as planning and administration of the SRP has become increasingly complex, it has become apparent that the CR process must begin sooner and that additional funds should be requested upfront.

The WD made every attempt to develop a CR "estimate" that foreshadowed, as accurately as possible, projected expenses for issuing and administering the Burning Man SRP. However, until such a time as all direct and indirect expenses associated with administering the permit are realized, it is impossible to predict all expenditures that will occur. There is always some variance in the exact cost for each year's event based on a variety of factors, which include: the number of BLM staff assigned, vehicle expenses (e.g., mileage, fuel costs, etc.), the grade/step of staff assigned, and the cost of contracts and services required to issue and/or implement the permit. These costs are correlated to both population growth and participant behavior. Therefore, as event attendance and participant behaviors change, it is expected that BLM's expense associated with administering the permit will also change.

In September 2012, the WD began receiving multiple reports of a deficit within the CR account. The historical problem was caused by the date of the event in relation to BLM's end-of-year budget planning process. Traditionally, the event occurs during pay period 18, which is mirrored to pay period 20. When this occurs, all time and travel that is charged against pay period 18 is mirrored to pay period 20, creating a deficit within the account. For this reason, the Black Rock Field Office (BRFO) sets aside approximately $100,000 each year from its recreation fee demo program budget (1232), to bail out the CR account. Following the start of the next fiscal year, once the mirrored pay periods are corrected, the BRFO's money is transferred back into the recreation account. The net effect is that everyone's time and travel are paid on-time. However, in 2012, due to increased staffing, the BRFO was forced to transfer $390,000 out of 1232 to ensure the timely payment of staff's time and travel.

*RECOMMENDATIONS*:

Further consideration should be given to establishing a CR account by January 2013, to reduce costs that may otherwise be absorbed by the WD's congressionally appropriated accounts. To ensure a more accurate CR estimate, substantial dialogue should occur at all level of event management – to include the DM, SAC, IC, DIC, etc. – prior to finalizing a comprehensive list of anticipated expenditures. The amounts requested within the initial and succeeding payments should be increased to facilitate timely completion of the contracting and procurement process. At least $100,000 should be requested upfront, with each of the succeeding payments equaling $200,000 or more (excluding the final installment). Future CR estimates should include additional funds to address labor issues caused by the BLM's mirrored pay periods. Doing so would ensure that all staffs are paid in a timely fashion and would prevent the BRFO from using its recreation budget to bail-out the CR account.

## *CONTRACTS & PROCUREMENT*:

The WD provided insight, technical guidance, and ground support for ensuring the successful award and implementation of four contracts in 2012. Goods and services requiring contractual obligations included, beverages and ice; golf cart rentals; trailers and light towers; generator (electrical); sanitation stations; and accounting services. In the face of tight deadlines, all contracts were successfully granted resulting in a safe working environment for the officers and staff who utilized the Incident Command Post (ICP).

*Beverages & Ice* – In preparation for an increase in staff, proportionate quantities of Gatorade, water and ice were initially procured on Friday, August 24th. By mid-week, the need for additional supplies was apparent, resulting in two additional deliveries on Wednesday, August 29th and Friday, August 31st. By the end of the event, the following quantities of Gatorade, water and ice had been consumed: 1) 80 cases of Gatorade; 2) 146 cases of water; and 3) 105 bags of ice. Despite additional deliveries, the availability of ice continued to remain a problem due to inadequate storage and closure of the contractor's business on Labor Day weekend. WD staff continued to supply ice throughout the week (beginning Saturday) by transporting coolers of ice from Black Rock Station.

*Golf Cart Rentals* – At total of 18 golf-carts were obtained for agency use during the 2012 event (16 two-passenger carts; 2 four-passenger carts). As in previous years, the use of carts served as an invaluable asset for timely access throughout the event. When compared to previous years, the percentage of carts that broke down was greatly reduced due to the skills and diligence of logistics personnel who maintained, repaired and troubleshot issues of inoperability.

*Trailers, Light Towers, Electrical & Sanitation* – In 2012, the acquisition of trailers, light towers, electrical and sanitation services occurred through one contract. This contract was developed with the option for a multi-year award (performance pending), and included the following schedule of supplies/services: 1) rental of four portable hand wash stations; rental of six portable restrooms; on-site service of three BLM camp trailers; rental of two 12 foot by 60 foot office (modular) trailers; rental of two light towers; rental of a 225kw generator for three weeks; rental of six (50 amp) spider boxes, four male whips, four female whips; and labor to wire the generator to the trailers.

As staffing levels have continued to increase, the need for additional restrooms, hand wash stations, and office space have become increasingly apparent. At several times throughout the event, the need for additional space within the break, compliance and report writing rooms resulted in cramped working environments for officers and staffs.

*Accounting Services* – The CR process for the Burning Man SRP is a labor intensive effort which involves the management and accountability of dozens of resources from across the country. Over $1.1 million dollars was collected in 2012, which must be accounted for accurately, justified, and incorporated into the BLM's permanent SRP record. For this reason, the WD recruited a professional bookkeeper in 2012 to 1) develop and maintain accurate records of the CR account; 2) collect and assemble a complete set of labor, travel, vehicle, and purchase documentation; and 3) ensure that all purchases and contracts were conducted in compliance with the business guidelines developed for the event. A complete accounting of all CR expenses will be prepared and delivered to the BLM by December 31, 2012. As in past years, this process has proven effective at increasing operational efficiencies and accountability within the CR process.

*RECOMMENDATIONS:*

In 2013, the contract and procurement process should begin by early April to ensure that all contracts are in place well-in-advance of the event beginning. All contracts should be initiated by single point of contact to ensure operational efficiencies and consistency within the ICS structure. As goods and services begin to arrive, staff should be reminded that only the Contracting Officer (CO) is authorized to provide direction to the Contractor(s), in response to the need for contract modifications. If the need for changes does occur, appropriate protocols should be established for notifying the CO, as only s/he can obligate the government to additional costs.

*Beverages & Ice* – In 2013, quantities of Gatorade, water and ice should be procured to levels commensurate with the staffing and operational requirements of the year. Problems of inadequate storage should be addressed to prevent the rapid loss of ice supplies and suitable cooling of food and beverages. This could be accomplished by acquiring a refrigerator truck or trailer, designed to carry perishable freight at specific temperatures.

*Golf Cart Rentals* – In 2013, further consideration should be given to acquiring UTVs instead of golf carts. By using vehicles that are designed for desert conditions, operational efficiencies would be obtained including: 1) a reduction in the amount of required maintenance; 2) fewer issues of inoperability (thereby reducing the number of required units); and 3) elimination of the need to affix vehicle lights. The essential safety benefits of occupant containment, passenger restraints and vehicle lighting are additional motives for acquiring UTVs in future years. If UTVs cannot be acquired, we must continue to have logistics personnel who are capable of maintaining, repairing and troubleshooting issues of inoperability.

*Trailers, Light Towers, Electrical & Sanitation* – In 2013, it is strongly advised that a new contract be announced seeking alternative supplier(s) for the acquisition of trailers, light towers, electrical and sanitation services. The contract should specify that the supplier(s) be capable of providing on-site technical support within two hours of being notified (24-hours per day). Doing so will ensure that operational efficiencies are maintained through the timely correction of equipment problems. Additional restrooms, hand wash stations, and office space should be acquired to proportionate levels as agency staffing.

*Accounting Services* – In 2013, the WD should explore alternative methods for generating real-time accounting documentation (e.g., I-Suite program, ROSS production, etc.). If alternative methods are not available, the WD should continue to recruit a professional bookkeeper to maintain cost recovery records, assemble purchase documentation, and ensure that all direct and indirect purchases are justified. To increase operational efficiencies, the bookkeeper should possess a dedicated fax line to reduce the workload of the BLM WD and Surprise Field Office staffs.

*STAFFING:*

BLM Nevada employees were recruited for assistance with administration of the 2012 event. The assigned staff assumed roles consisting of event management, logistics, compliance and telecommunications support. This included the Agency Administrator, Manager Representative, Incident Commander (IC), Deputy Incident Commander (DIC), Permit Compliance Lead (PCL), Logistics Section Chiefs (LSC), Permit Compliance Technicians, and Telecommunication Specialists (TCS). Together, these individuals served four functions:

AR10391

*Event Management* –Several WD staff were assigned to event management roles outside the immediate scope of law enforcement operations. The management team included the Agency Administrator, Manager Representative, IC, DIC, PCL, and LSC. The number one priority of the management team was the protection and conservation of natural and cultural resources, as well as the safety of all participants and staff. Throughout the event, the management team served multiple functions including oversight of SRP administration, coordination at agency planning meetings, and management of ICP resources.

*Permit Compliance* – Monitoring for the 2012 event was conducted by the PCL and several technicians from August 25th to September 3rd. Using established protocols, two person sub-teams gathered pertinent information related to permit stipulations, utilizing golf carts within the event. Monitoring for stipulation compliance included collecting baseline photo documentation of the location and size of burn platforms, documentation of non-art burn sites, and monitoring of adjacent land areas and hot springs. Additional emphasis was placed on providing participant education related to issues of burn barrel placement, debris, and gray/black water disposal.

*Logistics* – LSCs were assigned to the event from August 17th to September 5th. During the event, the LSCs provided 24-hour management (alternating 12-hour shifts) of ICP resources, including food, materials, and equipment. Specific responsibilities included, facility repairs, coordinating service by equipment contractors, re-fueling of on-site equipment, and food procurement.

*Telecommunications* –Several BLM Nevada staff were assigned to provide telecommunication support between August 22nd and September 5th. The TCSs provided on-site programming of radio systems, as well as maintenance and service to systems following installation.

## RECOMMENDATIONS:

As preparation and administration of the Burning Man SRP has become increasingly complex, the ability of one individual to serve as project lead, while maintaining a variety of other program responsibilities, has become a challenge. To increase operational efficiency and effectiveness, the WD should fill a position of Project Manager (PM), to serve as the primary point-of-contact for administration of the Burning Man SRP.  The position may be a term employee, funded by BRC through the CR account. The PM's duties would include management of a CR account; development and publication of temporary restrictions and closure orders; facilitation of meetings and effective working relationships with Federal, state and tribal governments; development of contract and procurement actions; and assessment of the permittee's compliance with the terms and conditions of the permit. This would alleviate some workload from the Field Manager (FM) and Assistant Field Manager (AFM), so as not to draw attention from other high priority workloads within the office.

The number of logistics and compliance staff assigned to the event should increase to a level commensurate with the operational requirements of the year. When the scale and complexities of the event were smaller, internal recruitment of WD staff proved adequate. However, as the event has continued to evolve, the complexity of work and the need for additional staff has proven too great for WD personnel alone.

*Permit* Compliance – In 2013, an interest announcement should be flown to solicit help from qualified recreation professionals (within the BLM) to assist with permit compliance needs. The FM and AFM should review applications and make selections by May of each year, to allow enough time for pre-event orientation and training of monitoring protocols/processes. Consideration should be given to

splitting the PCL into two positions: 1) to provide leadership to the permit compliance team; and 2) to process geospatial data.

*Logistics* – The number of logistics staff assigned to the event should increase to accommodate multiple individuals per shift. Doing so would ensure 24-hour management of ICP, while offering flexibility to conduct intermittent supply runs. An additional position should be staffed to address the procurement of food and management of break-room supplies.

## EVENT MANAGEMENT:

The 2012 event lasted a total of 192 hours (8 days), beginning at 6:00pm on Sunday, August 26 and concluding at 6:00pm on Monday, September 3. Management's number one priority was for the protection and conservation of natural and cultural resources, as well as the safety of all participants and staff. To that end, the WD management team was successful and encouraged by the outcome of this year's event.

*Time & Tracking* – All staffs in non-supervisory or non-logistic roles were scheduled to an 8 hour shift, while supervisors and logistics personnel were assigned to a 12-14 hour shift. All employees were authorized to claim overtime hours for hours worked above their normally assigned daily tour of duty (8 hours). Hours worked above and beyond the employees' normally assigned daily tour of duty required approval, in advance, by the event IC or DIC.

*Communications* – Between August 22 and September 5, the TCSs ensured 100 percent radio coverage for all BLM operations at the event. When problems did exist, system redundancies were in place to ensure sufficient overlap of additional repeaters.

Radio communications at the 2012 event were greatly enhanced due to: 1) the installation of a permanent repeater; 2) the use of the California Desert District's (CDD) dispatch trailer; and 3) the abilities of experienced law enforcement dispatchers. The procurement of a commercial satellite trailer, for phone and internet service, was of additional benefit, offering the capacity to communicate with offsite staff, contractors and VIPs. However, several issues were identified that will need to be addressed in future years.

- On-site programming of radio systems was hampered by the lack of a programming schedule. On several occasions during event set-up, the TCSs were inundated with large groups of staff requesting radio support.
- Not all radios were programmed with the same set of channels and groups, limiting the ability of certain staff to communicate with BLM dispatch when located in particular parts of BRC.

*VIPs* – As in previous years, the number of visiting dignitaries and interested publics seeking admittance to the event remained steady. In 2012, the WD authorized event entrance to four individuals including, two professors, a BLM Utah Outdoor Recreation Planner, and the BLM California NLCS Lead. Several BLM Nevada and Washington Office staffs were also present at varying times throughout the event. All individuals were required to check-in and be accompanied by a BLM representative upon entering and departing the event.

*RECOMMENDATIONS:*

*Communications* – Use of the CDD dispatch trailer and procurement of a commercial satellite trailer were excellent additions to BLM's communication network and should continue in future years.

A detailed ICS organization chart should be developed by January of each year, to allow sufficient time for pre-event orientation and planning. Doing so would ensure that all staffs are advised of their direct supervisor; thereby, reducing the potential for miscommunication during event operations. During set-up, schedules should be used to foster greater efficiencies during on-site radio programming. By having some radios programmed before the event or by establishing group appointments, fewer TCSs would be required to staff the event. In 2013, all radios should be programmed with the same set of channels and groups, to ensure 100 percent coverage by 100 percent of BLM staff. Mock situational training should occur to ensure that all staff are familiar with the proper procedures for communicating with dispatch.

*VIPs* – The WD should continue to utilize the VIP Coordinator position within the ICS structure, to arrange for the arrival and introduction of outside visitors to the event. This would be a stand-alone position, staffed by a BLM representative who is highly knowledgeable, energetic, and forthcoming about of the agency's SRP administration. A Public Affairs Specialist would be of particular value and an ideal candidate when assigning or soliciting interest for the position. This would alleviate some workload from the SAC, IC, and DIC, so as not to draw attention from other high priority workloads within the event. The VIP coordinator would handle all logistical operations associated with conducting the tours including visitor arrival; transportation to and from the event; acquisition of visitor supplies (e.g., sunscreen, dust masks, water, etc.); schedule of activities; and departures. Tours of ICP should be minimal and all logistics should occur prior to the event to avoid distractions to event operations.

**LOGISTICS:**

*ICP* – ICP for the 2012 event was anchored around two 57 foot long construction trailers, equipped with doors at each end. The trailers were placed parallel to each other, 80 feet apart. Subsequent to delivery of the trailers on August 17th, WD staff began rigging operations to install a shaded courtyard. Establishing the border of the courtyard, a total of four trailers were used, including 1) a break room, storage area, and logistics office trailer; 2) a LE evidence, interrogation and report writing trailer; 3) a command operations trailer; and 4) the CDD dispatch trailer.

*Fuel* – In 2012, the OLES Region 3 management team added two 1,000 gallon gasoline tanks (filled to 90 percent capacity, or 1,800 gallons) to the ICP structure. The tanks were a great addition, providing operational efficiencies to the staffs that used them and to the WD's tracking of fuel expenditures. A cost savings was further recognized in the price per/gallon paid ($4.00), when compared to the price at Bruno's ($4.75). However, several issues were identified that will need to be addressed in 2013.

Following receipt of the tanks by the contractor on August 23, several problems were acknowledged: 1) one tank had a diesel nozzle which prevented fueling of gasoline vehicles; 2) neither tank included a battery for operating the pumps; 3) inability to determine fuel levels (when staff forgot to record their use); and 4) use of an inadequate spill containment system. The quantity of fuel acquired also proved inadequate for the operational needs of the BLM. All fuel supplies had been depleted by Friday, August 31, indicating that additional fuel may need to be acquired in future years.

AR10394

*RECOMMENDATIONS*:

In 2013, additional office space should be acquired to proportionate levels as agency staffing. Increased office space would benefit LE operations, as well as give non-LE staff designated space to conduct their work

*Fuel* – Auxiliary fuel tanks were a great addition to the ICP structure and should continue in future years. In 2013, additional fuel should be obtained to proportionate levels as staffing and vehicle needs. A digital fuel gauge (or at minimum, a graduated fuel stick) should be used to determine fuel levels. Doing so would ensure that we are always aware of the current fuel levels, even if personnel forget to record their use. Also, a better spill containment system should be used in outgoing years. The 2012 system consisted of a plastic spill tray, which few personnel used. Thankfully there were no major spills, but we need something that can be permanently installed around the tanks to prevent resource damage in the event of an accident.

## PERMIT COMPLIANCE:

Permits are monitored for compliance with the stipulations, terms, and conditions of a permittee's SRP. The amount of such monitoring is commensurate with the resource values at risk, the permittee's past record of compliance, and the ability to obtain monitoring services through other means such as LE, volunteers, and other factors. Failure of a permittee to comply with the terms and conditions of their permit may result in administrative penalties, civil suit, or criminal sanctions. With this in mind, the WD began working with BRC in February of 2012 to develop their own compliance team, aimed at adjudicating any identified resource violations. Doing so would ensure that BRC remained in compliance with the 13 permit conditions and 50 special stipulations of their 2012 permit.

*Stipulation Monitoring (Event)* – Monitoring for the 2012 event was conducted by the PCL and several technicians from August 25th to September 3rd. Using established monitoring protocols, two person sub-teams gathered pertinent information related to permit stipulations. Monitoring for stipulation compliance included collecting baseline photo documentation (using GPS enabled Ricoh cameras) to identify the location and size of burn platforms, documentation of non-art burn sites, and monitoring of adjacent land areas and hot springs. Additional emphasis was placed on providing participant education related to issues of burn barrel placement, debris, and gray/black water disposal.

Using the established protocols, the permit compliance team located approximately 800 resource violations related to issues of gray water spills (630); oil drips (56); burn scars (56); black water spills (38); and transient dunes. The compliance team was of further assistance by providing logistical support to the event, by assisting the LSCs with event set-up/take-down, facility repairs, re-fueling of on-site equipment, and ensuring adequate supplies of food and ice.

*Stipulation Monitoring (Vendors)* - Monitoring of vending SRPs was conducted by the BRFO Outdoor Recreation Planner from August 17th to August 31st. During this time a total of nine travel trailer and eight air carrier vendors were monitored.

- *Travel Trailer Vendors:* In addition to the 13 standard conditions, a total of 27 special stipulations were made part of the 2012 travel trailer permits. Travel trailers were delivered to the event and rented to participants for the purpose of lodging during the week-long festival. The permit holders were instructed to provide the BLM with the location (cross street address

within BRC) for each trailer delivered and to noticeably display a BLM RV use sticker (provided by the BLM), numbered and representative of the respective RV.

- *Air Carrier Vendors*: In addition to the 13 standard conditions, a total of 25 special stipulations were made part of the 2012 air carrier permits. Air Carrier services included the use of a temporary airstrip and airport parking, allowing vendors to shuttle participants to and from the event. The permit holders were instructed to keep accurate records of their permit activities on a post-use report and to provide BLM with copies of each flight's manifest.

In addition to the permitted operators, a number of additional vendors were identified who failed to obtain a SRP for the 2012 event. The activities associated with these vendors included 1) Segway rentals; 2) bus shuttle services; 3) generator rentals; 4) scenic over-flights; 5) sky diving; 6) small construction-type building rentals; 7) water tending services (dust abatement); 8) sanitation services; and 9) commercial theme camps; 10) commercial food ventures; 11) delivery services.

*RECOMMENDATIONS*:

*Stipulation Monitoring (Event)* – In 2013, consideration should be given towards using a dedicated repeater channel for use by compliance and logistic teams, to ensure the safety and operational efficiency of all staff.

In January 2013, the WD should continue to have discussions with BRC regarding the need to develop their own compliance team, aimed at adjudicating resource violations. To ensure the success of this team, a unified standard and protocol should be designed and implemented by BLM and BRC. The BLM should modify its special stipulations to ensure that BRC is accountable for all *unresolved* resource violations (including those caused by event participants). It is further advised that BLM modify its special stipulation concerning commercial activities within the event (special stipulation #12 of the 2012 SRP), to require BRC to provide BLM with a comprehensive list of all commercial use that is occurring at the event.  The activity, service, or use is *commercial* if any person, group, or organization makes or attempts to make a profit, receive money, amortize equipment, or obtain goods or services, as compensation from participants in recreation activities occurring on public lands.

*Stipulation Monitoring (Vendors)* – In 2013, consideration should be given to staging a BLM representative at BRC's vending gate (Point 5), to verify that BLM's list of permitted vendors correlates to  BRC's list.  A new RV use sticker should be designed (e.g., bumper sticker) that can be placed immediately adjacent to BRC's sticker. This would increase the operational efficiency and effectiveness of monitoring personal at the event. Flight manifests should be collected and verified on a daily basis for compliance and monitoring of the air carrier permits. This could be accomplished by committing one person to the airport, to ensure the accountability of existing permittees while assisting to curb unpermitted vending activities (e.g., scenic over-flights, sky diving, etc.).  A separate compliance team for vending activities should be developed to ensure that permittees are in compliance with the terms and conditions of their permits. This is needed due to the increased numbers of vending permits authorized within the WD.

**CONCLUSION:**

Following the success of the 2012 event, the WD looks forward to continued dialogue regarding the content of this report. On October 25th and November 2nd the WD will be engaged in additional AAR discussions with other Federal, state and tribal governments – having jurisdiction by law or other special expertise to the event. When this occurs, the participants will further explore what happened,

what went well and why, and what can be improved and how. The WD will use these discussions to further solidify its recommendations for change.

The benefits of the AAR process come from applying its results (recommendations) to future situations. For this reason, the WD should continue to use this process, gleaned and compiled from those closest to the review, as a critical tool when planning and implementing future events. Through a professional, candid, and complete review discussion, the WD remains confident that it will continue to correct deficiencies, sustain strengths, and improve upon its overall performance, administration and evaluation of the Burning Man SRP.

# EXHIBIT C

# EXHIBIT C

AR10398



# Investigative Report of Ethical Violations and Misconduct by Bureau of Land Management Officials

Date Posted to Web: January 30, 2017

This is a version of the report prepared for public release.

AR10399

### SYNOPSIS

We initiated an investigation in October 2015, after receiving two anonymous complaints concerning a Supervisory Agent, Bureau of Land Management (BLM) Office of Law Enforcement and Security (OLES), Salt Lake City, UT.

The first complaint, received in September 2015, concerned the 2015 Burning Man event held annually in northwestern Nevada. The complaint alleged that—

- the Supervisory Agent used his official position to provide preferential treatment to his family members while attending the event;
- the Supervisory Agent directed five on-duty BLM law enforcement officers to escort his family and provide security for them at the event;
- the Supervisory Agent's family received unauthorized access to the Incident Command Post (ICP); and
- the Supervisory Agent's family received overnight lodging in BLM-leased facilities.

The second complaint, also received in September 2015, alleged that the Supervisory Agent improperly intervened in the April 2015 hiring process for a BLM special agent position after he learned a friend did not make the initial list of candidates to be interviewed.

During our investigation, we received an additional complaint in September 2016, alleging that the Supervisory Agent drove around with his girlfriend in his BLM vehicle while working at the 2015 Burning Man event. The employees who provided details of the misuse stated that they had not fully disclosed this in prior interviews because they feared reprisal from the Supervisory Agent.

We substantiated all but one of the allegations associated with the 2015 Burning Man event.

We found that the Supervisory Agent violated Federal ethics rules when he used his influence with Burning Man officials to obtain three sold-out tickets and special passes for his father, girlfriend, and a family friend. In addition, we confirmed that he directed on-duty BLM law enforcement employees to drive and escort his family during the event with BLM-procured, all-terrain and utility type vehicles (ATVs/UTVs). Regarding the allegation of improper access to ICP by the Supervisory Agent's family, we found that was not against BLM policy. We confirmed that the Supervisory Agent's girlfriend stayed overnight with him in his BLM assigned trailer, contrary to restrictions in the operations plan for the event. The Supervisory Agent also violated Federal ethics regulations by having a subordinate employee make a hotel reservation for his guests. On at least one occasion, he misused his BLM official vehicle when he transported his girlfriend while at the event.

We interviewed BLM OLES Director Salvatore Lauro who stated that he took no action when he saw the Supervisory Agent use ATVs and BLM personnel to transport his (the Supervisory Agent's) family. In addition, Lauro knew the Supervisory Agent allowed his girlfriend to share his BLM overnight lodging accommodations during the event.

1

AR10400

We also confirmed that the Supervisory Agent intervened in the hiring process by increasing the number of candidates that would be interviewed. As a result, the Supervisory Agent's friend, who had worked with the Supervisory Agent as a Federal air marshal received an interview and was ultimately hired as a BLM special agent.

During our investigation, the Supervisory Agent displayed a lack of candor when interviewed and tried to influence an employee's comments prior to an interview.

## BACKGROUND

Burning Man, an annual gathering attended by thousands of people on BLM-managed Black Rock Desert, is organized by the Burning Man Project, a nonprofit organization, and its for-profit subsidiary, Black Rock City LLC (BRC). The permit issued by BLM to BRC showed the event was held from August 30 to September 7, 2015, and was limited to 70,000 paid participants. Interviewees stated that event attendees actually totaled about 80,000 individuals when vendors and support personnel were also counted.

OLES Director Salvatore Lauro identified OLES' major concern at Burning Man as potential mass casualty from fire-related artwork. He also referred to past BLM enforcement actions that resulted in crowd behavior and the need for tasers. The BLM OLES Official said that Burning Man had a history of illegal drugs, assaults, violence, and other criminal activity, in spite of its largely peaceful reputation. As a result, approximately 70 BLM law enforcement officers were assigned to the event. The BLM OLES Official also said that the Supervisory Agent prepared the operational plan, then briefed the BLM OLES Official and Lauro. He also said that the Supervisory Agent remained in command of operations, although Lauro attended the event.

## DETAILS OF INVESTIGATION

On October 7, 2015, we initiated this investigation after receiving two anonymous complaints.

The first complaint, sent by email to BLM Director Neil Kornze on September 9, 2015, and copying the Office of Inspector General (OIG), came from the private email address of an unidentified BLM employee. The complaint stated that a Supervisory Agent had engaged in misconduct and ethical violations at the 2015 Burning Man event. Specifically, the Supervisory Agent used his influence to obtain tickets to the event for family members; he also permitted his family members to visit the ICP and receive overnight lodging at BLM-leased facilities. The complaint also alleged that he directed five BLM law enforcement personnel to provide his family members with an escort and tour through BRC, using BLM-procured all-terrain and utility type vehicles while the officers were on official duty at the event.

The second complaint, also submitted on September 9, 2015, alleged that the Supervisory Agent committed an unfair hiring practice in April 2015 when he intervened on behalf of a friend applying for a BLM special agent position.

A third complaint, received in September 2016 near the end of our investigation, alleged that the Supervisory Agent misused his Government vehicle when he used it to drive around with his girlfriend during the 2015 Burning Man event.

2

AR10401

**Supervisory Agent's Misconduct at Burning Man**

*Supervisory Agent Seeks Favor from Prohibited Source*

During our investigation, we found that the Supervisory Agent obtained three full-event Burning Man tickets for "family" members identified as his father, a family friend, and the Supervisory Agent's girlfriend. At the time he bought the tickets, those available to the public had been sold out. The Supervisory Agent used his contacts and relationships with Burning Man officials to obtain the tickets. Federal ethics regulations prohibit soliciting gifts from a prohibited source. See 5 C.F.R. § 2635.202(a). Ethics regulations also prohibit Federal employees from using any authority associated with their public position for the private gain of friends and relatives. See 5 C.F.R. § 2635.702.

As part of our email review, we found that, as early as February 27, 2015, the Supervisory Agent told a BRC Attorney that he was considering bringing his parents to the 2015 event to honor a relative's passing at the Burning Man temple ceremony. He wrote that he might bring his parents with the BRC Attorney's help and approval.

We also found that the Supervisory Agent had discussed obtaining tickets with a former BLM Special Agent serving as a current reemployed annuitant hired as a special project manager for the event. The former BLM Special Agent reported three conversations with the Supervisory Agent:

- The Supervisory Agent asked if he could purchase tickets for $50 each through a program offered to locals, but the former BLM Special Agent informed him that his family members did not qualify.
- The Supervisory Agent then informed him that he intended to purchase the tickets from BRC officials at a discount; the former BLM Special Agent urged him not to do this because of the Supervisory Agent's bad publicity concerning demands for expensive items purchased by BRC for BLM's use at the event.

***Agent's Note:** In 2015, a newspaper published an article stating that a letter [went] to Secretary Jewell, expressing concerns with "providing outlandishly unnecessary facilities for BLM and its guests" at the 2015 event. The article also stated that the Supervisory Agent had been citied multiple times as the person behind many of the BLM requests, and further stated that BLM wanted Burning Man to provide a $1 million luxury compound.*

- During his third conversation with the Supervisory Agent, the Supervisory Agent informed the former BLM Special Agent that he had purchased full price tickets from the BRC Attorney, with whom the Supervisory Agent had a good relationship.

A September 3, 2015 email from the BRC Attorney to the Supervisory Agent at the time of the event cited the BRC Attorney's willingness to offer four regularly priced tickets as a courtesy to the Supervisory Agent's family. The BRC Attorney further stated that BRC held tickets at the Box Office for unique situations that arose after tickets were sold out and that he was happy to offer the tickets to the Supervisory Agent.

AR10402

During his interview, the BRC Attorney said that the Supervisory Agent had either telephoned or sent him a text message asking for three tickets for his family members just before he sent the Supervisory Agent the September 3, 2015 email. The Supervisory Agent knew that regular tickets for the event were sold out but that BRC also held back about 100 tickets for special requests and needs. The Supervisory Agent approached the BRC Attorney to purchase tickets for his family, but wanted the tickets at the regular price because of scrutiny surrounding his role in BLM's request for the luxury compound. The BRC Attorney forwarded OIG investigators an email dated September 5, 2015, showing three tickets charged to the Supervisory Agent's personal credit card at $390 each, with a processing fee of $19 each, for a total of $1,227.

Lauro also reported that the Supervisory Agent showed him a receipt for approximately $1,200 paid on his personal credit card so that his family could attend the event. Lauro told the Supervisory Agent it was "probably the best $1,200 you've ever spent because it's going to turn, we know it's going to turn into a complaint." He said the Supervisory Agent was upfront with him regarding his family's attendance, having tried to make sure he did not violate any policies. Lauro knew that the Supervisory Agent had purchased tickets at full price with personal funds, and said that the Supervisory Agent "knows people are looking." We also found that the Supervisory Agent had discussed the ticket purchase with several BLM law enforcement personnel, who each felt that the Supervisory Agent wanted to make them aware that he had paid full price for the tickets.

Lauro and a BLM OLES Official both indicated that no policy prohibited OLES personnel from having family members attend the event. Lauro said that he attended the event and knew that the Supervisory Agent's family also attended. The family specifically visited the temple, which the Supervisory Agent helped to construct. He said that the Supervisory Agent was allowed to cut a piece of wood and place it in the temple in memory of a family member. The BLM OLES Official confirmed that two of the Supervisory Agent's family members, as well as his girlfriend, had attended a portion of the event for which the Supervisory Agent had placed a board in the temple in his family member's memory.

The Supervisory Agent also sent an earlier email to the BRC Attorney on August 26, 2015, in which he attached photographs depicting his significant temple construction efforts. In the photo, the Supervisory Agent wears his law enforcement equipment and firearm, and a shirt identifying him as a Federal agent.

The Supervisory Agent's account of his conversations with the former BLM Special Agent and the BRC Attorney differed from their accounts, however. He said the former Special Agent told him he was an "idiot" to pay full price. The Supervisory Agent said that when he went to the BRC Attorney to find a ticket option that would bring less scrutiny, he generally knew that tickets available for public attendance had been sold out, but he did not know that the BRC Attorney had extra tickets. He said that he told the BRC Attorney he did not want special treatment because of his position.

*Supervisory Agent Seeks Favor from BRC for Special Passes to Man Burn*

During our investigation, we learned that the Supervisory Agent had asked a BRC Official for three special passes so that his family could watch the Man Burn, the high point of the Burning

4

Man event when an effigy is burned at the temple. The passes, which have no face value but which are not available to the public, gave access to the inner perimeter on the night of September 5, 2015. Our interviews of BRC officials revealed that the inner perimeter was considered a privileged location, reserved primarily for BRC, pyrotechnics, and emergency services staff. The BRC Attorney told us that a BRC Official controlled the special passes and that they had never before been provided to a BLM employee's family members.

When interviewed, the BRC Official said that the Supervisory Agent had asked on Saturday afternoon, September 5, for three passes so that his family could attend the 10:00 p.m. Man Burn that night. The BRC Official confirmed that access to the inner perimeter was a special privilege and never previously requested by or given to a BLM official or law enforcement official. When asked if the Supervisory Agent's position had influenced the availability of the passes, the BRC Official said that there had been apprehension at first because it seemed "a little strange." The BRC Official still gave the Supervisory Agent the passes because being gracious was part of the Burning Man culture. Federal ethics regulations prohibit soliciting gifts from a prohibited source. See 5 C.F.R. § 2635.202(a). Ethics regulations also prohibit Federal employees from using any authority associated with their public position for the private gain of friends and relatives. See 5 C.F.R. § 2635.702.

The Supervisory Agent said that the BRC Official had given him special laminated passes so that his family could watch from the inner perimeter, but he did not necessarily consider it a special privilege.

During the interview, the BRC Official indicated that the Supervisory Agent was on official duty while in the inner perimeter with his family, as were all law enforcement officers who were on official business while present at the event. A review of the Supervisory Agent's time and attendance records showed that he was on official duty while at the Man Burn during the night of September 5, 2015. The review showed that he claimed 24 hours of official work time for Saturday, September 5, the day of the Man Burn. He also claimed 24 hours of official work time for Sunday, September 6, and again on Monday, September 7.

*Supervisory Agent's Misuse of OLES Personnel and BLM-Procured, All-Terrain and Utility Type Vehicles*

OLES personnel confirmed that the Supervisory Agent directed five on duty BLM law enforcement officials to drive, escort, and provide security for his family at the 2015 Burning Man event. A BLM Subordinate Supervisory Agent said the Supervisory Agent asked him to take the Supervisory Agent's family with him on his daily route around the event's playa. He transported the Supervisory Agent's father, family friend, and girlfriend on a BLM-procured Kubota utility vehicle while also performing his official duties. BLM Special Agents confirmed that they saw a BLM Subordinate Supervisory Agent transporting the Supervisory Agent's family in a utility vehicle at the event.

A BLM OLES Contracting Officer confirmed seeing the Supervisory Agent's father, girlfriend, and another man getting out of a Kubota utility vehicle, which she had procured for OLES to use during the event. A BLM OLES Contracting Officer provided a copy of a

5

"Solicitation/Contract/Order for Commercial Items," dated August 8, 2015, confirming the Federal procurement. Federal law prohibits the use of Government owned or leased passenger vehicles for unofficial purposes. See 31 U.S.C. §§ 1344(a) and 1349(b).

A BLM Special Agent further stated that the Supervisory Agent had directed him and another BLM Special Agent, as well as two BLM law enforcement officers to accompany his family around the event. They drove in separate all-terrain vehicles known as Razors. At one point, they all met up with the Supervisory Agent, BLM OLES Director Lauro, and former Department of the Interior OLES Director Harry Humbert.

A BLM Supervisory Law Enforcement Ranger also stated that at about 2:00 p.m. on September 5, 2015, the Supervisory Agent asked him to accompany Lauro, Humbert, and himself on a tour of the event. The four of them met up with another BLM Subordinate Supervisory Agent, who drove a Kubota utility vehicle with the Supervisory Agent's father, family friend, and girlfriend as passengers. A BLM Supervisory Law Enforcement Ranger said that the vehicles stopped at the temple, then drove around the playa looking at the art. They also went to an area known as the District, where several thousand people gathered to listen to and provide music. He said that the tour lasted 3 to 4 hours.

The BLM Supervisory Law Enforcement Ranger noted that the utility vehicles had been used to transport Government officials (e.g., a U.S. attorney, a BLM Official, and a DOI Solicitor Official), but that the vehicles had never been used to transport BLM OLES family members on a tour with a law enforcement escort. He said a tie to the Government always occurred when the utility vehicles were used for transportation. A BLM Subordinate Supervisory Agent informed us, however, that the former BLM Special Agent's wife had routinely attended the event and received a tour on a utility vehicle.

A BLM OLES Budget Analyst said the Supervisory Agent's father, family friend, and girlfriend toured the Burning Man event with Lauro and Humbert. She also said that other law enforcement personnel had their family members visit the event and that it was a common practice; however, the Supervisory Agent's family were the only non-law enforcement personnel provided a tour that day.

During his interview, the Supervisory Agent confirmed that he oversaw all BLM law enforcement personnel assigned to the event, while also confirming that another BLM Supervisory Agent, a BLM Supervisory Law Enforcement Ranger, a BLM Law Enforcement Officer and BLM Special Agents had been his subordinates during that time. The Supervisory Agent confirmed that he had asked a BLM Subordinate Supervisory Agent and other BLM law enforcement personnel to accompany his family on a tour of the event and that all OLES law enforcement officers were on official duty and in uniform when this occurred. The Supervisory Agent also said that the Kubota utility vehicle had been used routinely to transport the public because it had been rented, rather than owned by BLM.

Contrary to the Supervisory Agent, a BLM Subordinate Supervisory Agent did say that law enforcement officers typically did not escort or transport the public in the utility vehicles. He said that the Supervisory Agent's family received transportation, as well as preferential

6

treatment, because of the Supervisory Agent.

*Lauro's Knowledge of the Supervisory Agent's Actions*

We questioned Lauro about the Supervisory Agent's use of BLM's law enforcement officials and Government procured vehicles to transport the Supervisory Agent's family and give them a tour of the Burning Man event. Lauro acknowledged that he saw a BLM Subordinate Supervisory Agent driving the Supervisory Agent's family members during the event and stated that the Supervisory Agent told him his family was coming and that his girlfriend was staying in the trailer. He denied knowing that the BLM law enforcement officers riding nearby were a security escort, as well as whether the vehicle that a BLM Subordinate Supervisory Agent drove was a leased BLM ATV or belonged to the Sheriff's department. He said the use of ATVs and BLM personnel to transport the Supervisory Agent's family, in addition to the use of BLM lodging might be considered "technical" violations, especially since, as the Supervisory Agent's second level supervisor, he did not see anything that led him to tell the Supervisory Agent to stop. He explained the "reality" is we "regularly" drive non-government people. He stated he did not feel that the Supervisory Agent's family received preferential treatment. He also said he would not have let a BLM law enforcement officer's family who had lost a loved one travel around the event on their own. Lauro added, however, that he and the Supervisory Agent had discussed the potential for an IG complaint, saying "in fact we probably could have written it before it happened because he's had like eight anonymous complaints in the last two years."

When interviewed, Humbert said he did not know that the utility vehicles used to transport the Supervisory Agent's family belonged to the Government. He added that, if they did, then Government vehicle use policies applied. When asked if he felt the Supervisory Agent's family members had received preferential treatment because of the Supervisory Agent's position, Humbert said, "I don't think there is any other way you can look at it."

*Supervisory Agent's Disregard for the Accommodations Directive and Allegations of Meals at BLM's Expense*

The "Law Enforcement Operations Plan - Duties, Procedures, Protocols, and Rules Specific to the 2015 Burning Man Event, dated August 11, 2015," signed and approved by the Supervisory Agent, stated: "Since many law enforcement officers will be sharing a room with another officer during the Burning Man event, rooms are only for those persons assigned to the event."

**Agent's Note:** *The operations plan is not provided as an attachment due to its sensitivity.*

A BLM Subordinate Supervisory Agent had been assigned to a BLM lodging trailer with the Supervisory Agent. He confirmed that the Supervisory Agent's girlfriend stayed 1 or 2 nights with the Supervisory Agent in the trailer. She also shared meals prepared with food he and the Supervisory Agent had purchased for the trailer. The BLM Subordinate Supervisory Agent did not know if the Supervisory Agent's girlfriend received meals from the dining facility provided for BLM employees.

When interviewed, the Supervisory Agent stated that his girlfriend stayed overnight with him in

7

AR10406

his assigned lodging trailer, and that his father stayed the first night at a Marriott in Reno. He said that on the second night his father stayed with his family's friend. Regarding the lodging rules cited in the Law Enforcement Operations Plan, the Supervisory Agent said ". . . it's to keep people from jumping rooms or moving rooms or trading rooms."

During Lauro's interview, he stated that the Supervisory Agent informed him his (the Supervisory Agent's) girlfriend would stay the night with him in the trailer. The Supervisory Agent told him that he had checked with contracting and travel personnel and that there was no violation since it was the same as staying in a hotel room together.

*The Supervisory Agent's Misuse of a Government-owned Vehicle*

A BLM OLES Budget Analyst and a BLM OLES Contracting Officer contacted OIG near the completion of our investigation to request additional interviews regarding information they had not provided due to fear of retaliation.

Both provided details regarding the Supervisory Agent's misuse of his assigned Government vehicle, a silver Chevrolet Tahoe, while at the 2015 Burning Man event. According to an OLES Budget Analyst, she and a Contracting Officer learned from the Supervisory Agent that his girlfriend needed directions to the event. The Supervisory Agent told them that he might meet her in his Government vehicle at a nearby community, then transport her to the event. The OLES Budget Analyst and the OLES Contracting Officer warned the Supervisory Agent against his plan, but the Supervisory Agent only appeared frustrated when he left.

Later that night, according to the OLES Budget Analyst and the OLES Contracting Officer, the Supervisory Agent drove up to them in the Government Tahoe when they were near a mobile substation. They observed the Supervisory Agent's girlfriend in the Tahoe's front passenger seat, when the Supervisory Agent told them to get into his vehicle. They refused. The Supervisory Agent drove away when he saw someone approaching and became concerned that he would be seen.

The next day, the Contracting Officer asked the Supervisory Agent why he had driven his girlfriend in his Government vehicle. He responded to her, "You will forget that you saw that."

During our investigation, we learned that a retired police officer and paramedic assigned to the event had transported the Supervisory Agent's family from the nearby community, although we could not confirm the date or time. The retired police officer told us that, based upon a request from the Supervisory Agent, he had met the Supervisory Agent's family, then transported them in his personal vehicle. He took them through the main entrance where he thought their tickets were scanned, then dropped them off at the ICP where the Supervisory Agent waited for them.

During his interview on May 24, 2016, we asked the Supervisory Agent if he had transported his girlfriend or other family members in his Government vehicle while at the event. He said he had not, and that he had given orders not to transport his family in a Government vehicle.

8

*Additional Statements by OLES Employees Regarding Lodging for the Supervisory Agent's Family*

The BLM OLES Budget Analyst and the BLM OLES Contracting Officer provided additional details about the Supervisory Agent's intent to secure BLM lodging for his family. The BLM OLES Budget Analyst stated that she had observed a phone conversation in which the Supervisory Agent asked the former BLM Special Agent to reserve a travel trailer for overnight use by his father and family friend. The conversation occurred while she, the Supervisory Agent, and the BLM OLES Contracting Officer were outside the BLM State Office before they left for Burning Man. The BLM OLES Budget Analyst did not know if the Supervisory Agent's father and family friend stayed overnight in the trailer, but the BLM OLES Contracting Officer said that she used the Supervisory Agent's Marriott rewards number to reserve a hotel room for his father and family friend. The BLM OLES Contracting Officer did not know if they stayed overnight in one of the lodging trailers. Federal ethics regulations prohibit supervisors from encouraging or requesting subordinates to use their official time to perform unofficial duties such as personal errands. See 5 C.F.R. § 2635.705(b).

## Supervisory Agent's Improper Influence in a Hiring Process

According to the second complaint, the Supervisory Agent increased the number of candidates interviewed for a hiring action, which enabled a friend to be interviewed and later selected for the job instead of other more qualified candidates. The complaint further stated that the interviews were short, that the Supervisory Agent's friend who had applied for the position apparently received the questions in advance, and that he was hired immediately after the interviews concluded.

We found that the BLM OLES vacancy announcement resulted in two applicants being hired: a BLM Special Agent, formerly employed as a special agent for the U.S. Secret Service, and the Supervisory Agent's friend, formerly employed as an air marshal for the Supervisory Agent's previous employer, the Federal Air Marshals Service (FAMS).

*Hiring for a BLM Special Agent Position*

The BLM OLES Official said he had little involvement in the hiring process for the BLM special agent position. He said the Supervisory Agent would have handled the hiring locally from a single announcement that filled two positions in the Supervisory Agent's office. He subsequently discussed the hiring with the Supervisory Agent, who identified a "natural break" of 5 percent in the resume scores at the 32nd candidate, which meant that a gap greater than one or two percentage points between the scores occurred at this point. He said he was not concerned if a friend of the Supervisory Agent applied for the position, as long as the Supervisory Agent followed the human resources process.

The BLM OLES Official further stated that, while gathering documents for OIG's investigation, he learned from the Supervisory Agent that the Supervisory Agent's friend had worked previously with him as a Federal air marshal. The Supervisory Agent told him that their working relationship had occurred years earlier, that he had not had contact with his friend (and special agent job applicant) since they worked together, and that the two of them were not friends.

9

Our review of documents gathered by the BLM OLES Official revealed a schedule titled "Resume Summary," signed by the Supervisory Agent and dated April 16, 2015, showing the combined scores of 121 unnamed applicants. This schedule also contained a handwritten notation, citing a 5-percent break at the 32nd applicant. A separate schedule, also titled "Resume Summary" but containing the names of the 121 applicants and their combined scores and ranking, showed that the Supervisory Agent's friend ranked 23rd out of 121 applicants.

Lauro stated that he did not know if the Supervisory Agent and the individual hired as a BLM Special Agent were friends when the man was hired, but he assumed that the Supervisory Agent probably knew the applicant since both worked for FAMS. He also did not know if the Supervisory Agent halted the hiring process so that the individual would receive an interview. When shown the Resume Summary and the various other hiring documents that the BLM OLES Official provided, Lauro said that he would never interview 30 people for a position and hoped that the Supervisory Agent had a good reason for his decision.

*The Supervisory Agent's Influence On the Hiring Process*

A BLM Subordinate Supervisory Agent said that he was designated as the selecting official for the two BLM special agent positions, for which more than 200 applicants applied. The Supervisory Agent had told him that an identified applicant's skills, as well as his personality, would fit well with the team and that he would like to give him a chance at the job. The BLM Subordinate Supervisory Agent said that the applicant should not have been hired because he was not as qualified as the top candidates.

A BLM Special Agent who was on both the resume review and interview panels said the Supervisory Agent tasked him to oversee the hiring process for the BLM special agent positions. He also said that the identified applicant had been discussed long before the applicant resumes had been ranked. The Supervisory Agent previously asked him to speak with the identified applicant on the telephone to discuss the hiring process, and the Supervisory Agent brought him into the office to meet with the BLM Special Agent to discuss the job.

The BLM Special Agent said that when he and a BLM State Ranger scored the applicant resumes, the identified applicant had ranked low, somewhere "in the forties" or lower. He further stated that, although the BLM Subordinate Supervisory Agent had intended to include only the top 10 to 15 candidates in the interview cut-off, the Supervisory Agent intervened, moving the cut-off to about the 30th applicant, which gave his friend, the identified applicant, an interview and made it clear to the BLM Special Agent that the Supervisory Agent had moved the cut-off for that purpose. He had concerns about the identified applicant's law enforcement qualifications, which did not match those of most criminal investigators.

The BLM State Ranger said that, while on assignment with other OLES employees, he and the BLM Special Agent scored and ranked the applicant resumes, finding a natural break at a 3- to 5-percent difference in the scoring after about the 13th applicant. He said that the identified applicant ranked at about 30 among approximately 120 resumes. Since he and other OLES employees had discussed the identified applicant, he knew the Supervisory Agent would not be happy if the identified applicant did not receive an interview. He said the BLM Subordinate

AR10409

Supervisory Agent later told him that the Supervisory Agent had interfered with and suspended the process to ensure interviews for the top 30 candidates.

We also found that a BLM OLES Budget Analyst was assigned to handle certain administrative tasks pertaining to the hiring process. These included preparing spreadsheets to reflect applicant scores and rankings, and contacting applicants to arrange interviews. The BLM OLES Budget Analyst confirmed that the Supervisory Agent had discussed his friend, the identified applicant, with her and the other OLES employees many times to sell his qualifications. The Supervisory Agent's friend had visited the OLES office on several occasions, and the Supervisory Agent required her and other OLES employees to accompany them to lunch. The Supervisory Agent also told employees that everyone would like his friend, mentioning common interests his friend shared with OLES employees. The BLM OLES Contracting Officer reported that, in March 2015, the Supervisory Agent sent a text saying that his friend would be visiting the office that day. The Supervisory Agent wanted them all to go to lunch together. The BLM OLES Contracting Officer complied because the Supervisory Agent was her immediate supervisor and she feared he might retaliate if she refused.

The BLM Subordinate Supervisory Agent felt that a definitive interview cut-off occurred about the 12th or 13th applicant. He had several conversations with the Supervisory Agent about his friend, the identified applicant; he said the Supervisory Agent knew that his friend did not rank among the top 13. The BLM Subordinate Supervisory Agent told the Supervisory Agent that his friend was not the best candidate, but the Supervisory Agent disagreed. Eventually, the Supervisory Agent suspended the hiring process because, the BLM Subordinate Supervisory Agent believed, the Supervisory Agent wanted his friend hired. The BLM Subordinate Supervisory Agent provided a series of emails, dated April 13, 2015, in which the Supervisory Agent said he was going to suspend the hiring process until he could conduct a review. BLM's Subordinate Supervisory Agent said the Supervisory Agent suspended the process because he wanted to hire his friend.

During our second interview with the BLM OLES Budget Analyst, she denied she told the Supervisory Agent his friend's rank in the resume scoring. She told us during her final interview, however, that she met with the Supervisory Agent after returning from the Las Vegas assignment, and he looked at the rankings list without any names attached. The Supervisory Agent marked and signed the list, establishing the interview cut-off. He then told the BLM OLES Budget Analyst to let him know before proceeding with the interviews if the cut-off was not low enough. The BLM OLES Budget Analyst said she understood that he wanted to know if his friend did not make the cut-off because the Supervisory Agent had previously told her that he wanted his friend to be interviewed.

The Supervisory Agent acknowledged his role as the approving official for the hiring process. He said he stopped the process so that he could evaluate the rationale for selecting interview candidates. He expressed concern because only 12 applicants had been selected out of a pool of 130, using only their scored resumes as justification.

The Supervisory Agent further stated that he increased the number of candidates because the 32nd candidate marked the first 5-percent difference in scores and was the first natural break in the

11

AR10410

list. He denied knowing where his friend ranked and that increasing the number of candidates meant his friend received an interview.

*Interviews of Applicants*

The documents that the BLM OLES Official provided included one titled "First Round Interview Schedule – Monday, April 20." It showed that 28 applicants had been scheduled for interviews at 20-minute intervals. The document also included each applicant's scores in response to four questions asked during interviews with the BLM Special Agent and the Special Agent Panel Member for Interviews. An interview rating summary showed that the Supervisory Agent's friend ranked fourth.

The BLM Subordinate Supervisory Agent said that the Supervisory Agent had wanted short applicant interviews with a definitive number of questions asked of all the candidates so that they could demonstrate their verbal skills.

The BLM Special Agent and the Special Agent Panel Member for Interviews conducted the interviews by telephone. Both indicated that the Supervisory Agent's friend appeared to know the questions in advance. When interviewed, the BLM Special Agent said that he, the Supervisory Agent, and the Special Agent Panel Member for Interviews had developed the questions, but that he no longer had them. The Special Agent Panel Member for Interviews said the same.

The Special Agent Panel Member for Interviews further stated that the Supervisory Agent's friend interviewed well and correctly answered the "zinger" question, which asked what percentage of the state was public land. She sensed that the Supervisory Agent's friend had been given the questions ahead of time, based on the way he responded. She also said that everyone knew the Supervisory Agent and the applicant he had identified for the position previously had worked together.

The Supervisory Agent said that 10 questions had always been asked during previous interviews. He did not know why only 4 questions were asked or if they were sufficient to consider hiring an applicant. He denied that he provided the questions to his friend for his interview. When interviewed, the Supervisory Agent's friend said he had not received interview questions beforehand.

*Reference Checks for the Supervisory Agent's Friend*

The BLM Subordinate Supervisory Agent said that he had contacted two individuals not listed as references on the resume of the Supervisory Agent's friend, both of whom had worked with the friend on a Joint Terrorism Task Force (JTTF) assignment. After speaking with them, the BLM Subordinate Supervisory Agent reported to the Supervisory Agent that he had received unfavorable feedback. The Supervisory Agent then contacted a FAM supervisor, who gave his friend a favorable recommendation.

12

An intelligence analyst who had worked with the Supervisory Agent's friend at JTTF told the BLM Subordinate Supervisory Agent that the Supervisory Agent's friend did not respond to requests for assistance or carry through with assigned tasks. A Federal Bureau of Investigation special agent also assigned to JTTF did not recall being contacted by the BLM Subordinate Supervisory Agent, but had talked with the Supervisory Agent's friend about the Supervisory Agent, whom she had known at JTTF. She also had seen both of them together. She said that they appeared to be good friends.

A FAMS Special Agent reported that the Supervisory Agent had contacted him during his friend's reference check. He gave the Supervisory Agent's friend a favorable recommendation. He also said that the Supervisory Agent's friend was a good employee with great character. He said being a good employee had been required for the Supervisory Agent's friend to be considered for the JTTF assignment.

When interviewed, the Supervisory Agent's friend said that he had known the Supervisory Agent since April or May 2002 and that they had worked together at FAMS. At that time, he and the Supervisory Agent also socialized periodically after business hours and on weekends with a group of friends. This continued until the Supervisory Agent transferred to JTTF. He said that the Supervisory Agent eventually transferred to BLM OLES in 2005 or 2006 and that they had no further contact until the Supervisory Agent's friend transferred to JTTF in 2012.

While with JTTF, the Supervisory Agent's friend reached out to the Supervisory Agent to discuss schools and homes in the area. He later pursued the BLM special agent position as his JTTF assignment neared an end and as his wife chose to remain in the area with their son. The Supervisory Agent contacted him 3 ½ weeks after his BLM interview to inform him that he had been selected for the position.

In a May 5, 2015, email, the BLM Subordinate Supervisory Agent notified the BLM OLES Official that he and the Supervisory Agent had selected the Supervisory Agent's friend for the position. The email reflected that the BLM OLES Official subsequently notified OLES Director Lauro of the selection.

The Supervisory Agent said that the BLM Subordinate Supervisory Agent never told him that his friend should not be hired or that he had concerns about his friend. The BLM Subordinate Supervisory Agent also never told him why his friend was not the best person for the job. He said the BLM Subordinate Supervisory Agent also had every opportunity to tell the BLM OLES Official if he thought hiring his friend was inappropriate.

The BLM Subordinate Supervisory Agent said that although he disagreed with the Supervisory Agent over hiring his friend, he ultimately selected the Supervisory Agent's friend for the position because "that's how life is and… it's his program."

13

AR10412

*The Supervisory Agent's Attempts to Influence Employee Testimony and Employee Concerns of Retaliation*

Several employees informed us that the Supervisory Agent had contacted them prior to and after their interviews with OIG to influence them and to learn interview details. These employees feared the Supervisory Agent would retaliate because of information they had provided.

A BLM State Ranger and a BLM Subordinate Supervisory Agent both stated that the Supervisory Agent contacted them before their interviews with OIG. The BLM State Ranger said that the Supervisory Agent told him that saying "I don't recall" was a valid answer when responding to OIG's questions. The BLM State Ranger said that the Supervisory Agent contacted him after his interview. The Supervisory Agent asked him, "So do I still have a job or did you get me fired?" He said the Supervisory Agent's comments made him uncomfortable and were an attempt to influence his testimony.

The BLM Subordinate Supervisory Agent said that the Supervisory Agent gave him "stuff" to say. For instance, he said that the Supervisory Agent told him to tell OIG investigators that wives of sheriff's department officers had also attended the Burning Man event and eaten at the commissary, and that they had entered the event without paying. He further said that the Supervisory Agent told him to tell OIG about ticket types that could be purchased and that the former BLM Special Agent's wife attended the event.

Following his interview, the Supervisory Agent sent the BLM Subordinate Supervisory Agent a text message concerning a news article about a local sheriff transporting his wife and son by helicopter to the Burning Man event. In his text, the Supervisory Agent wrote, "Email that [article] to [OIG]! . . . Jesus! I look like a choir boy!"

When interviewed, the Supervisory Agent acknowledged that he had conversations with the BLM State Ranger, the former BLM Special Agent, the BLM Subordinate Supervisory Agent, and another BLM State Ranger about OIG's interview, but he denied that he attempted to influence anyone's testimony.

During her final interview, the BLM OLES Contracting Officer said that when she returned from the Burning Man event, the Supervisory Agent informed her that two complaints had been filed with OIG against him. She said the Supervisory Agent blamed her for the complaints and told her that she needed to do damage control. She said he threatened to ruin her career if she did anything against him.

The BLM OLES Contracting Officer also stated that during the return trip from Burning Man, the Supervisory Agent had a copy of a complaint sent to OIG. She said that he accused another BLM State Ranger of filing the complaint, and threatened to retaliate against the BLM Supervisory Law Enforcement Ranger, as well as an additional BLM State Ranger for providing OIG with information. She also stated that the Supervisory Agent later told her, "If you're not on my ship, you're going to sink . . . . So I suggest you get on my ship." As a result, she feared the Supervisory Agent and kept her office door locked.

14

AR10413

The BLM OLES Budget Analyst said the Supervisory Agent told her that he was going to ruin the BLM Law Enforcement Ranger's career. He bragged about ruining a BLM State Ranger's reputation with BLM State Directors and other managers. She said that shortly after the Supervisory Agent changed positions, he had bragged to her that "he owned" Lauro and the BLM OLES Official and that, as a result, no action could be taken against him.

The BLM OLES Budget Analyst further stated that a few weeks after the Supervisory Agent's removal from his position in the office, he sensed that she no longer wanted to interact with him. She said he had called her into his office. The Supervisory Agent said, "You know, if you don't side with me, grenades are going to go off and you'll get hit."

## SUBJECT(S)

1. Supervisory Agent, BLM OLES
2. Salvatore Lauro, Director, BLM OLES

## DISPOSITION

We are forwarding our report of investigation to the Assistant Secretary for Land and Minerals Management for any action deemed appropriate.

15

AR10414

# EXHIBIT D

# EXHIBIT D

AR10415

JASON CHAFFETZ, UTAH
CHAIRMAN

ONE HUNDRED FIFTEENTH CONGRESS

ELIJAH E. CUMMINGS, MARYLAND
RANKING MINORITY MEMBER

# Congress of the United States

## House of Representatives

COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM

2157 RAYBURN HOUSE OFFICE BUILDING

WASHINGTON, DC 20515-6143

Majority  (202) 225-5074
Minority  (202) 225-5051

http://oversight.house.gov

February 14, 2017

Ms. Mary L. Kendall
Deputy Inspector General
U.S. Department of the Interior
1849 C Street NW
Washington, DC 20240

Dear Ms. Kendall:

We received the unredacted report from your office titled "Investigative Report of Ethical Violations and Misconduct by Bureau of Land Management Officials" dated January 30, 2017.[1] I understand your office initiated this investigation in October of 2015 after receiving numerous complaints concerning Bureau of Land Management (BLM) employee Daniel Paul Love. The report documents numerous instances of troubling behavior exhibited by Love.[2]

One such instance involved the intentional withholding of documents responsive to a congressional inquiry.[3] Your report documents that a witness told your investigators that after receiving a congressional request for documents, the witness heard Dan Love "say to [another BLM employee] that [said BLM employee] needed to make sure that he scrubbed the emails before he sent them, you know, flagging anything that looked inappropriate so that [Dan Love] could remove them if needed."[4] In another part of the report, a witness testifies about how a BLM employee accessed and "deleted hundreds of documents" from a shared network.[5] The deleted documents were "team documents" which served as the "historical record or administrative record" for a BLM authorized event.[6] The witness stated the deleted documents were subject to the Federal Records Act, and were required, under the law not to be destroyed.[7] If substantiated, these attempts to conceal documents and destroy federal records responsive to a congressional inquiry are unlawful, as it is a federal crime to obstruct a congressional investigation or falsify, conceal or cover up a material fact in one.[8]

---

[1] U.S. Department of Interior Office of Inspector General, OI-PI-15-0768-I, Ethical Violations and Misconduct by Bureau of Land Management Officials (2017).
[2] *Id.* at attachments 18 and 48.
[3] *Id.* at attachment 18.
[4] *Id.* at attachment 48.
[5] *Id.* at attachment 18.
[6] *Id.*
[7] *Id.*
[8] 18 U.S.C. § 1505 states, in relevant part:

Ms. Mary L. Kendall
February 14, 2017
Page 2

The timing of the deletion of federal records raises questions. In your report, a witness notes a BLM employee "deleted hundreds of documents" on February 3, 2016, only to receive a congressional request for those same documents the very next day.[9] The witness states that "it just seemed odd to [her] that on February 3rd a lot of documents were removed or deleted from the [Google drive, and then the next day [BLM is] hit with th[e] congressional" inquiry.[10] It also raises questions that former BLM Director Neil Kornze was provided, as a courtesy, advance notice of the congressional document request prior to February 3rd. We must find out which BLM employees were aware of an impending congressional inquiry when they set about deleting potentially responsive federal records.

Your report documents that Love allegedly attempted to influence the outcome of your investigation by coaching a witness in advance of an interview with your investigators.[11] In your investigative report, you state a specific occasion when "Dan Love called [a BLM employee] and…essentially gave [said BLM employee] talking points for any questions that may come up during his interview" with your office.[12] The report states Love provided that same BLM employee with "rationalizations," leading the employee to believe Love was essentially telling them what to say in the interview.[13] This allegation is problematic as it occurred after you had already initiated your investigation into Love's behavior.

As a federal law enforcement officer, Love's actions have the potential to not only taint your investigation, but to seriously undermine the trust in BLM's law enforcement office and

---

Whoever corruptly, or by threats or force, or by any threatening letter or communication influences, obstructs, or impedes or endeavors to influence, obstruct, or impede the due and proper administration of the law under which any pending proceeding is being had before any department or agency of the United States, or the due and proper exercise of the power of inquiry under which any inquiry or investigation is being had by either House, or any committee of either House or any joint committee of the Congress—

Shall be fined under this title, imprisoned not more than 5 years or, if the offense involves international or domestic terrorism (as defined in section 2331), imprisoned not more than 8 years, or both.

Similarly, 18 U.S.C. § 1001 states, in relevant part:

(a) Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully—
(1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact;
(2) makes any materially false, fictitious, or fraudulent statement or representation; or
(3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry;
shall be fined under this title [or] imprisoned not more than 5 years . . . .

[9] *Id.* at attachment 18.
[10] *Id.*
[11] *Id.* at attachment 18.
[12] *Id.*
[13] *Id.*

AR10417

Ms. Mary L. Kendall
February 14, 2017
Page 3

thwart congressional oversight of the Bureau. As such, I request that you investigate the specific allegations raised in your interviews of destruction of federal records, witness tampering, and obstruction of a congressional investigation.

The Committee on Oversight and Government Reform is the principal investigative committee in the U.S. House of Representatives. Pursuant to House Rule X, the Committee has authority to investigate "any matter" at "any time."

Please have your staff contact Chris Esparza of Chairman Chaffetz' staff at (202) 225-5074 with any questions about this request. Thank you for your attention to this matter.

Sincerely,

Jason Chaffetz
Chairman

Blake Farenthold
Chairman
Subcommittee on the Interior,
Energy, and Environment

cc:    The Honorable Elijah E. Cummings, Ranking Minority Member

       The Honorable Stacey E. Plaskett, Ranking Minority Member
       Subcommittee on the Interior, Energy, and Environment

# EXHIBIT E

# EXHIBIT E

AR10419

**BACKGROUND:**

At the request of the BLM Nevada State Director's Office and the Winnemucca District Office, the Nevada State Office (NSO) is conducting a Review of the Burning Man Special Recreation Permit (SRP). This review is being conducted by a team consisting of the following BLM employees: Logan Briscoe, Supervisory Law Enforcement Ranger, WDO & CCDO; Dorothy Morgan, WO-250 Outdoor Recreation Planner; Mark Pirtle, Retired Annuitant/Burning Man Special Projects Manager; Cory Roegner, UT Recreation Lead; Andy Windsor, Grand Junction FO Outdoor Recreation Planner and Barb Keleher, NV Recreation Lead.

The intention of this review is to identify efficiencies and provide recommendations to the BLM Nevada State Director concerning the appropriate staffing, capability, and procedural efficacy related to this permit. You have been chosen as a recipient of this questionnaire based on your experience with the Burning Man Special Recreation Permit. Your input is important in order to improve the permitting process as we begin planning for the next 5 year permit. There are a total of 44 questions and we anticipate the average time to complete this questionnaire to be approximately 25-30 minutes. 15 of the questions have additional information provided in a drop down box. To access this feature please use the tab key to scroll between questions.

Please answer to the best of your ability. We do request you put your name on the questionnaire as select survey respondents will be invited to participate in a follow up interview. The interviews will mainly be conducted via conference call in early to mid-December.

Please note: All questions marked with an asterisk need to be addressed. If you are skipping questions you will need to select N/A in each response to successfully submit the survey. All personal information provided in the responses and discussions will be kept confidential and will not be shared in any reports.

Here is the link to the survey: Questions for BRC Employees

**Resources**
- **2015 Cost Recovery Details**
- **Letter to John Ruhs/ Health and Safety**
- **Letter to Towne/Cost Recovery**
- **Email Cost Recovery Details**
- **SRP Signature cover letter**
  **Historic BLM Fees**
- **May Health and Safety Report**
- **August / Trigger Health and Safety**
- Post-event Trigger Health and Safety Report

AR10420

- **PRAM and Population**

**Multiple choice: Strongly Agree Agree Neutral Disagree Strongly Disagree Not Applicable**

**1. Do you feel cooperation and coordination between BRC and BLM planning teams was sufficient during the planning phase of the 2015 Burning Man event?**

**Ray Allen - Disagree**
For some issues yes, for others no.  I was involved in the cooperation between BLM and BRC about law enforcement integration of BLM and Pershing County.  From my perspective--for the portion that I worked on--that all went smoothly.  For other areas of coordination between BLM and BRC the planning was insufficient up until the time that Robert Towne and John Ruhs got involved.  After that time, the cooperation and coordination greatly improved.  For more details please see BRC's correspondence and reports from 2015.  Involving BRC in the overall process much sooner would be a vast improvement for 2016.  Also, if BLM had coordinated directly with BRC about emergency medical issues--instead of coordinating with BRC's former emergency medical vendor (HGH) without BRC in the conversations, then the process would have been much easier for all parties.  BRC looks forward to working with BLM in 2016 to avoid the challenging issues that arose in 2015.

**2. Do you feel cooperation and coordination between the BRC and BLM law enforcement component of the planning team was sufficient during the planning phase of the 2015 Burning Man event?***

**Ray Allen - Disagree**
Again, the planning for law enforcement integration of BLM and Pershing went well from my perspective.  But for other aspects of the LE planning the coordination could be improved.  Please see BRC's 2015 correspondence and reports for more details.  Let's put 2015 behind us.  We stand ready to cooperate and coordinate for 2016.

**3. Do you feel cooperation and coordination between BRC and BLM management team during the operational period (on playa) of the 2015 Burning Man event was sufficient?***

**Ray Allen - Neutral**
I was not that involved in the on-playa cooperations so I cannot speak to this item.

**4. Do you feel cooperation and coordination between BRC and BLM law enforcement component of the BLM management team during the operational period (on playa) of the 2015 Burning Man event was sufficient?***

AR10421

**Ray Allen - Neutral**
I was not that involved in the on-playa cooperations so I cannot speak to this item.

**5. Do you feel the BLM planning team is appropriate in type and number of BLM positions?***

**Ray Allen - Neutral**
It is not clear to BRC who the BLM's planning team is comprised of.  It seems that the team consisted in part of Gene Seidlitz , Dan Love, Mark Pirtle, David Freiberg and Cassie Sandberg for part of the year; and then Robert Towne, William Mack, Mark Pirtle, Dan Love, David Freiberg and Cassie Sandberg for the other part of the year.  It appeared that the District Manager was reporting to the SAC of OLES.  That seems to be problematic because our understanding is that LE Operations should be reporting to the permit signer and not the other way around.  Also, Gene Seidlitz seemed to be way more involved for a District Manager, and William Mack (for the first part of the year), was under involved for a Field Manager.  Let's work together to identify the planning team early in the process for both BLM and BRC.  BLM's table of organization for on-playa operations was extremely helpful in understanding roles at the event.  Perhaps BLM and BRC should work together early in the process to create a table of organization for year-round planning.  BRC would welcome this opportunity.

**6. Do you feel the BLM operational CivOps team is appropriate in type and number of BLM positions?***

**Ray Allen - Neutral**
It is difficult to say as we have never been given an overview of what the Civ Ops team is responsible for.  We have a general idea from our observations over the years, but it has never been outlined specifically for us.  The Cost Recovery documents just give a list of names and hours worked.  It would be ideal if BRC could see a comprehensive overview of the team, what the individual members are responsible for, how their roles directly benefits the permittee, and how the roles are justified per Cost Recovery guidelines.  Then BLM and BRC could circle back on this particular question.

**7. Do you feel the BLM operational environmental compliance team is appropriate in type and number of BLM positions?***

**Ray Allen - Strongly Disagree**
It seems that the number of BLM staff on the operational environmental compliance team has fluctuated greatly over the years.  Moreover this fluctuation does not appear to be linked to any objective documented environmental concerns--at least not any that have been presented to BRC.  Typically BRC has been informed by BLM each year that BLM wants to focus on some new issue (that had never been an issue previously) and therefore the team needs more staff.

It seems to me that the process should be based on BLM's overall mission as an organization, and stated long-term policy and goals for environmental compliance of the SRP. The goals should be SMART (Specific, Measurable, Achievable, Realistic and Timebound). Data on compliance of these goals from one year should be used to determine the number of staff needed for the next year. Furthermore, the work that the compliance team does (to monitor these goals) should be documented and justified per Cost Recovery guidelines. Anything short of this process will never lead to a true analysis of what is actually needed with respect to environmental compliance staffing. BRC would be happy to cooperate with BLM to develop these goals, scope this analysis and co-develop the goals. We have twenty-five years worth of experience in achieving environmental compliance for the SRP. Let's work together to solve this.

## 8. Do you feel the BLM operational vending compliance team is appropriate in type and number of BLM positions?*

### Ray Allen - Strongly Disagree

This program does not benefit BRC at all. Under Cost Recovery guidelines all costs need to confer a benefit to the permittee. Unless we are missing something this program serves BLM's interests only. Moreover, the program makes enough in vendor fees and fines to support BLM's staffing for this venture. BRC should not be charged for this program.

## 9. Do you feel the BLM operational law enforcement team is appropriate in type and number of BLM positions?*

### Ray Allen - Strongly Disagree

It seems to me that the number and type of LE staff needed should be based on the objective standards of calls for service, calls pending and wait times (as opposed to self-initiated activity). To the best of my knowledge such an analysis has never been done. My understanding was that the CAD system was supposed to be used for this purpose. BRC has paid hundreds of thousands of dollars for this system, but we have never seen any data from it. Moreover, it seems that BLM's LE enforcement goals seem to change a great deal from year-to-year. In earlier years the goal seemed to be drug interdiction. Then it focused on traffic stops. The shift to focusing on public health and safety and community policing in recent years has been most welcome. However, the citation data tends to show that in actuality BLM has become much more interested in getting Pershing County to adopt the federal cases that the US Attorney's Office does not seem to want. Focusing on state crimes that get dismissed or plead down by both the US Attorney's Office and the County District Attorney seems a bit of an overreach for a federal agency. Moreover, this function does not seem to be in line with BLM's overall mission (To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations.) Finally, the costs for federal policing of state crimes that ultimately do not get prosecuted should not be born by the permittee. My understanding per Cost Recovery guidelines is that the permittee is responsible for BLM's costs

AR10423

in managing the SRP.  It seems that any costs over and above that basic function should be the responsibility of BLM.  Thank you for posing this particular question in the survey.  I see this as an opportunity to for both BLM and BRC to make even more headway in this area.  I believe that we have made vast improvements over the years and that we are close to striking the right balance.


**10. Based on your knowledge of BLM SRP management and event operations, do you feel the current management of the event provides for an adequate level of employee and public safety during the Burning Man Event?***

**Ray Allen - Strongly Agree**
Absolutely.  BLM has Civ Ops, Rangers, US Forest Service, US Park Police, and Health & Human Services.  Also onsite is the Pershing County Sheriff's Office and the Nevada State Health Department.  Nearby are Washoe County deputies and Nevada Highway Patrol.  BRC's safety operational team includes hundreds of Black Rock Rangers, hundreds of Emergency Medical Staff providing Basic Life Support Services and the best emergency medical vendor in the industry providing Advanced Live Support.  Additionally there are hundreds of Gate, Perimeter, Exodus and Traffic Staff.  Moreover, BRC has thousands of volunteers in a variety of infrastructural and other departments, many are on radio communication and can be mobilized immediately.  BLM and BRC have jointly created numerous contingency plans and conducted table top drills.  BLM and BRC have sophisticated technology and public relations teams.  There have been a handful of minor incidents each year, but nothing that was unmanageable.  In short, I feel that we are more than adequately prepared for public health and safety of this SRP and event.


**11. Based on your knowledge of law enforcement management and event operations, do you feel the current management of law enforcement operations at the event provides for an adequate level of employee and public safety during the Burning Man Event?***

**Ray Allen - Disagree**
The shift to focusing on public health and safety, integration, unified command and community policing has been a most-welcome innovation.  But it appears (and we have been told) that individual BLM Rangers and agents still take it upon themselves to enforce what they want to enforce, which from the data appears to be very similar to the type of enforcement that occurred in prior years.  From my perspective this seems problematic.  If the plan (as it has been presented to, and funded by BRC) cannot be implemented then we are still not quite where BLM and BRC in executing what BRC is supposed to be paying for.  BRC is on board with the highest level goals of focusing on public health and safety and community policing.  However, the year-to-year goals seem to change drastically.  One year the goal is traffic stops and another it switches to environmental compliance--without documenting why the data would warrant a shift in enforcement policies, and why the policy change should be the financial responsibility of the permittee.  The goals should flow from BLM's overall Mission and should be

created at the outset of an SRP year.  The enforcement policies should be in line with the Mission and the goals.  Also, the policies should be presented to BRC at the outset of an SRP year.  BRC would love the opportunity to participate in a conversation with BLM about the goals and BRC's responsibility in funding those goals per Cost Recovery guidelines.  It is true that BLM officers have a duty to enforce laws and regulations as a governmental function that BRC as a permittee has no control over.  However, when a switch in enforcement policy leads to BRC having to pay more money then BRC does have some input per Cost Recovery guidelines.  Governments can police all they want.  Permittees are only required to pay for what is reasonably necessary for adequate public health and safety.  The difference between these two standards has resulted in much conflict between BLM and BRC over the years.  Moreover that conflict translates to time, money and strained relations for both organizations.  It seems to me that it would be much easier to just sit down and discuss this topic with the right players in the room.  BRC would be happy to participate in such a conversation.  The results would make the entire planning and negotiation process go much more smoothly.  It would save time and money for both parties.  It would lead to the best cooperation the parties have ever experienced.  And it would lead to the safest and most successful event that we can co-create.  We see this survey as the first step in this process and we look forward to the next step.


**12. The number of BLM and PCSO Law Enforcement patrol positions listed on the 2015 Table of Organization seems adequate for staffing an event of this complexity.***

**Ray Allen - Strongly Disagree**
Again, the numbers should objectively be based on calls for service, calls pending and wait times.  Any other methodology is subjective and problematic.  BRC cannot answer this question until the proper analysis has been completed and we have seen the data.  Furthermore, BRC's safety staff, BRC's medical vendor's staff, and the NV Dept. of Health should be used as either full or partial force multipliers in doing this assessment.  BRC would be happy to work with BLM to scope and conduct the much-needed assessment.


**13. The number of BLM and PCSO Law Enforcement K-9 teams listed on the 2015 Table of Organization seems adequate for staffing an event of this complexity.***

**Ray Allen - Strongly Disagree**
It is not clear what the purpose of the canine program is, why it is needed for the management of the SRP and why it should be the permittee's responsibility to fund it.  BRC has never been given a clear overview of this enforcement policy.  Nor has BRC been given data about whether the use of canines leads to viable cases.  It seems that the goals for such a program should be clearly outlined at the outset of the SRP process, and that clear objective data should be used to measure whether those goals were met.  This has never been done.  BRC cannot answer whether the number of canine units is adequate without this assessment.

AR10425

**14. The number of BLM and PCSO Law Enforcement investigators listed on the 2015 Table of Organization seems sufficient for an event of this complexity.***

**Ray Allen - Strongly Disagree**

Again, an objective analysis of calls for service and wait times needs to be conducted before this question can be adequately answered.  BRC has paid for the CAD system, but we have never seen any data from it.  Also, it seems that there are multiple agencies doing investigations, including BLM, Pershing County, U.S. Forest Service, and the U.S. Park Police. Without a comprehensive outline about which agency is doing what, whether there is overlap, and why so many investigators are necessary, the amount seems excessive.

**15. Based on your knowledge of the workload required to efficiently plan for and execute law enforcement operations during the Burning Man SRP, do you feel integration of patrol and investigations between the Pershing County Sheriff's Office and the BLM is necessary for successful law enforcement operations?***

**Ray Allen - Strongly Disagree**

BRC was told that integration between BLM and Pershing County law enforcement would increase communication, and also lead to cost savings for BRC.  While this sounded great in theory, it has not worked so well in application.  First, "increased communication" is not an objective measurable standard.  Any strategy for promoting public health and safety needs to be measurable to ensure that the strategy (and any associated increased costs) are justified. Second, even though integration was designed to create cost savings, both BLM and Pershing County have been asking for more money from BRC since integration began in 2014. Moreover, many of the resources that BLM promised to provide to Pershing County under integration in 2015 were not followed through on.  At the last minute BRC had to pick up the tab and provide the resources to the County because BLM did not provide those services.  This absolutely needs to be rectified in 2016.  BRC, as the permittee and the payer of all LE costs (both federal and local), needs to be involved in the discussions about integration.  BRC would be happy to work with BLM to do an assessment of whether integration is necessary and efficient.  One caveat is that integration is term of a private contract between BRC and Pershing County.  BLM is not a party to that contract, but BLM does have a say in whether it wants to integrate with Pershing county.  So the three-way relationship is complex.  The contract is currently on appeal to the 9th Circuit Court of Appeals.  BRC recommends to BLM that it seek advice from its Solicitor about how and whether BLM gets involved in discussions with Pershing County and BRC about integration.  BRC's General Counsel would be willing to discuss this complex matter (to the extent that he is authorized) with the Solicitor with the goal of finding a collaborative solution so that all three parties can assess whether integration is necessary and efficient--without violating the terms or sanctity of the agreement.  At the outset of any discussions or assessment BRC recommends that the goal for integration be clear, measurable and directly linked to BLM's overall mission, as well as in line with cost recovery guidelines, and not in violation of the agreement between BRC and Pershing County.

**16. Do you feel cooperation and coordination between BRC and BLM management teams during the development of the cost recovery estimate was sufficient during the 2015 Burning Man planning phase?***

**Ray Allen - Disagree**

Once John Ruhs and Robert Towne got involved the process was extremely efficient, collaborative and professional.  However up until that time the process was entirely problematic. The overall outcome was that BRC received the Cost Recovery estimate in late July, one week before BRC was told that it needed to be signed or the event might not happen.  Furthermore, BRC brought up some issues with the numbers that were "too late" to fix.  The result was that BRC had to pay for costs that seemed unnecessary because BLM had already committed to those contracts, and that it was too late to change the agreements.  This is untenable and certainly not within the letter and spirit of the Cost Recovery guidelines.  BRC appreciates this question being asked and sees this survey process as an opportunity to work together to create a better system for 2016.  Let's begin discussing the Cost Recovery agreement in January.

**17. Do you feel the MOU program between BRC and BLM, where as BRC contracts many of the assets and services needed by BLM's playa operation, is a successful program for BRC?***

**Ray Allen - Neutral**

BLM has been entirely cooperative and collaborative in the process of creating the MOU program.  This has enabled BRC to negotiate reduced costs from vendors so that BRC can avoid the Indirect Cost Rate for some of the costs that BLM would otherwise have had to pay. BRC would appreciate this program continuing--but only for items that meet the following three criteria.  First, the assets and services need to be objectively necessary for the management of the SRP (after an objective needs assessment has been done).  Second, the assets and services cannot be for things that BLM would NOT be entitled to under BLM's own contracting guidelines, i.e., BLM cannot ask BRC to acquire assets and services for BLM that BLM would not be allowed to procure under BLM's contract rules.  Third, even though BRC would be paying the costs directly the assets and services still need to conform to Cost Recovery guidelines, i.e., BLM cannot use the MOU program to avoid the standards of Cost Recovery.  Again, BRC appreciates the sentiment and collaboration of the MOU program.  We just feel that it can be refined and perfected in ways that would make it even more beneficial, efficient and compliant for both parties.

**18. Do you feel cooperation and coordination between BRC and BLM management teams during the development of the MOU statements of work was sufficient during the 2015 Burning Man planning phase?***

**Ray Allen - Strongly Disagree**

AR10427

The MOU SOW's were submitted to BRC in June--far too late for Burning Man's DPW Business Services staff to secure contracts for optimal efficiencies and planning. Many of the services were for things that seemed outside of the scope of BLM's actual needs, e.g., flush toilets, laundry facilities, secondary compound, BRC staff cleaning BLM facilities, etc.

**19. Do you feel that BRC's headquarters compound logistic team program (the Sweet Ride Team) is a successful program for BRC?***

**Ray Allen - Strongly Agree**
We believe that the "Sweet Ride" Team did an excellent job. However, they should not have to clean up BLM's dog poop in the National Conservation Area.

**20. Do you feel BLM's involvement/coordination with BRC concerning the problems associated with large, commercial "High Roller" plug-and-play camps is appropriate as the permitter?***

**Ray Allen - Strongly Disagree**
BRC is not exactly sure what problem BLM is trying to solve with this program. BRC would be interested to learn what the specific goals of the program are, how they comport with BLM's management of the SRP, and why BRC should be paying for BLM's involvement in this cultural aspect of the Burning Man event. BRC would welcome the opportunity to engage in an exploratory conversation with BLM about this issue.

**21. Do you feel cooperation and coordination between BRC and BLM management teams during the development of After Action Reviews, both BRC's and BLM's, was sufficient during the close-out of the 2013, 2014 and the 2015 events.***

**Ray Allen - Neutral**
The process was extremely problematic in 2013 and 2014, but has vastly improved in 2015. Please see BRC's correspondence and reports for more info on this topic.

**22. Do you feel cooperation and coordination between BRC and BLM during the close-out of the cost recovery program was sufficient during the close-out of the 2013, 2014 and the 2015 events.***

**Ray Allen - Neutral**
The process was extremely problematic in 2013 and 2014, but has vastly improved in 2015. Please see BRC's correspondence and reports for more info on this topic.

**Are there any other areas in the management, planning and operational execution of the Burning Man SRP and event that is not covered in the above questions that you would like to comment on?**

Ray Allen
We very much appreciate this survey and the opportunity it creates for positive collaborative change for 2016 and beyond.

The trend in cost increases, the Stipulations and the Closure Order are three other areas worth mentioning. In 2013 BRC was told that the drastic cost overhaul would be a one-time increase. However, then BLM foisted additional increases every year since then. This needs to be fixed.

Negotiations of the Stipulations were extremely challenging in 2013, 2014 and the first part of 2015 (until John Ruhs and Robert Towne got involved). Up until 2015 BLM had been stipulating things that seemed to be outside of BLM's authority.

Likewise, BRC's desire to give input on the Closure Order seemed to be very much ignored in 2013, 2014 and the first part of 2015. Regarding the Closure Order, BRC understands that it contains temporary regulations that the BLM has the sole right to promulgate. BRC appreciates that BLM has listened to BRC's concerns each year about items in the Closure Order. However, BRC would like to point out that many of the items in the Closure Order seem problematic. Examples include the following. The Closure Order gives BLM the authority to evict any person from the event site for any reason without cause. This would seem to violate due process. It also interferes with the contractual relationship between BRC and its participants. When a participant purchases a ticket to the event from BRC the participant has a contractual right to be in Black Rock City. Certainly if a person violates certain laws they would forfeit that right. But that is not what the Closure Order says. It gives BLM the ability to remove any person for any reason whatsoever whether they have violated the law or not. This is untenable.

Also, the Closure Order requires that all vehicles (except BRC registered mutant vehicles) must have evidence of valid state vehicle registration. There appears to be no reason why BLM, a federal agency, would need to be enforcing state vehicle registration requirements on federal land with no state roads or streets. Moreover, all of the vehicles driving onto the playa have driven on state roads to get to the event. Virtually all vehicles have driven through I-80 and SR-447, which are heavily patrolled by the Nevada Highway Patrol and the Washoe County Sheriff's Office. BLM stops more vehicles for registration issues than the state agencies that are tasked with enforcing state vehicle registration requirements. Moreover, this enforcement by BLM does not confer any benefit on BRC the permittee, and it is not required for the management of the SRP. There is no reason why BRC should have to pay for the policing of state vehicle registration requirements on federal land by a federal agency.

# EXHIBIT F

# EXHIBIT F

AR10430

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
WASHINGTON, D.C. 20240
http://www.blm.gov/

January 16, 2014

In Reply Refer To:
1680 (880) I

EMS TRANSMISSION 01/24/2014
Instruction Memorandum No. 2014-032
Expires: 09/30/2015

**To:**     All Washington Office and Field Office Officials

**From:**   Assistant Director, Business, Fiscal and Information Resources Management

**Subject:** Indirect Administrative Cost Rate Waiver Request Policy and Guidance

**PROGRAM AREA:** All applicable projects

**PURPOSE:** The purpose of this Instruction Memorandum (IM) is to establish uniform policy
and guidance for requesting waivers or reductions of the indirect cost rate; provide guidance for
determining when it is appropriate to submit a request to reduce or waive the indirect
administrative cost rate assessment; and remind Bureau of Land Management (BLM) employees
of the Bureau policy to assess the indirect administrative cost rate at the time that an agreement
is negotiated.

**POLICY/ACTION:** The BLM is required to assess an indirect administrative cost rate on all
cost-recoverable, reimbursable, contributed trust accounts, and road maintenance projects. This
assessment is required unless specifically exempted by national agreement, national
Memorandum of Understanding (MOU), statutory provisions, or specific guidance provided by
the BLM Budget Officer.

The BLM indirect administrative cost rate varies from year to year. The indirect administrative
cost rate is determined at the beginning of each Fiscal Year (FY) and takes into account the trend
in funding required for administrative support and the scope of the projects benefitting from that
support.

BLM managers and employees engaged in project or program activities where the indirect
administrative cost rate assessment is applicable, must include the indirect costs when
calculating the cost of providing goods or services to another Federal agency, a State agency, or
other appropriate entity. This also applies to applications for grant funding from State agencies
or wildlife foundations. The National Operations Center (NOC) will automatically assign the full
current indirect administrative cost rate to agreements submitted where no documented and

approved rate reduction or waiver request is in place. Requests for reductions or waivers of the indirect cost rate should occur infrequently and under very unique situations. The decision to waive or reduce the indirect cost rate is based primarily on the degree to which the project benefits the BLM. Before submitting a request to reduce or waive the indirect administrative cost rate, managers and employees should carefully review the information provided in the background section to this IM. Also, please follow the guidance contained in the annual IM establishing the indirect administrative cost rate for the FY.

All requests for reduction or waivers must be approved or denied prior to beginning work on the project.

The BLM WO Budget Officer is the only one with the authority to approve reductions or waivers of the indirect administrative cost rate for projects funded by the reimbursable program (functional areas L1910, L1920, and LF690). To request approval for a reduction or waiver to the indirect administrative cost rate for these projects, use the Request for Waiver or Reduction of Indirect Costs on a Reimbursable Agreement form (attachment 1). The following information must be provided on the attached form.

1. The WBS number and the name of the project;
2. The total amount of authority of the project over all fiscal years;
3. The amount of indirect costs that will be foregone if the request is approved;
4. A description of the project;
5. If requesting a reduction to the established rate, identify the reduced rate amount and explain in detail your rationale for arriving at the reduced rate;
6. If requesting a total waiver of the established rate, explain in detail why the rate should be waived; and
7. Describe the mutual benefits of the project to each agency, which includes explaining and quantifying the mutual financial and workload benefits to both partners when requesting a reduced rate or waiver.

After the request form is completed at the State/Center level, upload it to the NOC Project Management SharePoint site under Document > Indirect Waiver Requests, and place in the respective State/Office folder. The Washington Budget Office will pull the requests, approve or disapprove the request, and then upload the completed form. The requesting Office should forward an email alert to the WO-880, attention Beverly Chappelle that a request is pending on the SharePoint site.

The State Director or their designee has the authority to approve reductions or waivers to the indirect administrative cost rate for the projects authorized under the Federal Land Policy and Management Act and funded by the contributed trust program (functional area L7122). To request approval for a reduction or waiver to the indirect administrative cost rate for these projects, consult with your State leadership as each State may handle this differently.

**TIMEFRAME:** Effective immediately.

**BUDGET IMPACT:** The BLM incurs administrative costs on all cost-recoverable, reimbursable, contributed trust account, and road maintenance projects. As these are real administrative costs, the BLM should realize full cost recovery unless an approved waiver or reduction request of the indirect administrative cost rate can be justified. In addition, these costs must be funded either through the application of the indirect administrative cost rate or by funds from BLM appropriated general administration and other program dollars. Collections for the indirect administrative cost are applied to a bureau-wide credit account and are primarily used to cover bureau-wide administrative support. Therefore, reducing or waiving the indirect administrative cost rate may have a negative impact on the BLM budget by increasing BLM's administrative costs and reducing the funding available to accomplish on-the-ground work. Furthermore, continuously reducing or waiving the indirect administrative cost rate may result in higher indirect cost rates in future FYs as well as higher fees charged to the public and other government agencies.

**BACKGROUND:** Indirect costs are costs that cannot be directly identified with producing a specific product or service, but can be shown to bear some relationship to result from or be in support of the product or service. Following are some examples of indirect costs:

- Administrative support related to the BLM's overall mission. This area represents the largest portion of indirect costs and includes such costs as procurement, contracting, finance, office services, property management, vehicle management, supply, payroll, voucher processing, personnel services, records management, and document control.
- Public information and inquiries.
- Budget development and program planning, coordination, and direction.
- Training, employee development, and personnel transfers, including costs of travel and time-in transit.

The Federal policy established by the Office of Management and Budget (OMB) Circular A-25, states that an indirect administrative cost rate will be assessed against each identifiable recipient for special benefits derived from Federal activities beyond those received by the general public. The charge imposed by the indirect administrative cost rate should be sufficient for the Government to recover the full cost of providing the special benefit. A special benefit is considered to take place when goods or services are provided by the Government and:

- Enables the recipient to obtain more immediate or substantial gains or values (which may or may not be measurable in monetary terms) than those that are provided to the general public (e.g., a license to carry on a specific activity or business, various kinds of public land use, etc.); or
- Is performed at the request of or for the convenience of the recipient, and is beyond the services regularly received by other members of the same industry or group or by the general public (e.g., cadastral surveys requested by private individuals, requests to expedite the case-work costs of processing a rights-of-way application requested by private individuals, etc.).

The situations described above benefit only the recipient and are subject to the indirect administrative cost rate assessment.

In situations where the Government is supplying goods or services that provide a specific benefit to an identifiable recipient and to the general public, it is not necessary for the BLM to segregate the private and public benefits. In this case, the public benefits are not independent of, but merely incidental to, the specific benefits. The BLM should seek to recover from the identifiable recipient the full cost to the Federal government of providing the specific benefit. For example:

- Environmental studies that must be performed to grant a permit are an integral part of the permit-granting process and bestow a special benefit on the permit recipient; however, the studies may also have incidental public benefits.

If the costs at issue cannot be supported and do not directly relate to the special benefit obtained by an identifiable recipient, the BLM may seek to recover part of the costs from the identifiable recipient by reducing the indirect assessment rate and allocating part of the costs to the public. In the situations described below, the indirect administrative cost rate assessment should be reduced or waived:

- When service, goods or resources provided by the Government benefit only the public or an independent public interest (e.g., land use planning, wilderness inventories, and programmatic environmental impact statements);
- When it is difficult to identify the specific beneficiary and the service, goods or resources provided by the Government primarily benefit the general public;
- The costs are for a programmatic governmental function and would be incurred in the absences of the cost recoverable activity (e.g., activities which the BLM is already committed by statute to perform);
- The cost of collections the fees would represent an unduly large part of the fee for the activity;
- The assessment is prohibited by legislation or executive order; or,
- The recipient is engaged in a nonprofit activity designed for the public safety, health or welfare.

A complete copy of the Federal policy as outlined in OMB Circular A-25 can be found at the following link:

http://www.whitehouse.gov/omb/circulars/a025/a025.html.

**MANUAL/HANDBOOK SECTIONS AFFECTED:** N/A

**COORDINATION:** This IM was coordinated with the WO budget staff and staff at the National Operations Center, as well as some state budget staff.

**CONTACT:** If you have any questions, contact P. Natalie Johnson, Branch Chief, Budget Execution, Division of Budget (WO-880), at 202-912-7054.

Signed by:                          Authenticated by:
Ann DeBlasi                         Robert M. Williams
Acting, Assistant Director          Division of IRM Governance, WO-560
Business and Fiscal Resources

1 Attachment
1 - Request for Waiver or Reduction of Indirect Costs on a Reimbursable Agreement form (2pp)

1    DOWNEY BRAND LLP
     ELIZABETH B. STALLARD (Bar No. 221445)
2    621 Capitol Mall, 18th Floor
     Sacramento, CA 95814
3    Telephone:     916.444.1000
     estallard@downeybrand.com
4
     Attorneys for Appellant
5    BLACK ROCK CITY LLC

6

7

8                UNITED STATES DEPARTMENT OF INTERIOR

9                   INTERIOR BOARD OF LAND APPEALS

10

11   BLACK ROCK CITY LLC,                Case Identification No.:  IBLA 2017-126

12            Appellant,                 Special Recreation Permit
                                         LLNVW03500-16-01
13       v.                              2930 (NV030.12)

14   BUREAU OF LAND MANAGEMENT,          **DECLARATION OF MARNEE BENSON
                                         IN SUPPORT OF APPEAL**
15            Appellee.

16

17

18       I, Marnee Benson, declare as follows:

19       1.      I am over 18 years old, of sound mind, and capable of making this declaration.  I

20   am the Political Affairs Manager for appellant Black Rock City LLC ("BRC").  I have personal

21   knowledge of the facts set forth herein, or, if so stated, am informed and believe of their truth and

22   accuracy and, if called to testify, I could and would do so competently and under oath.

23       2.      I joined BRC in 2014 after five years at Black Rock Solar doing public policy,

24   education, and renewable energy project management in Nevada.  I hold a Master's degree in

25   Public Policy and a Master's degree in Environmental Science and Natural Resource

26   Management, both from the University of Nevada, Reno.  I obtained my Bachelor's degree in

27   Mathematics and have extensive academic experience in statistical analysis.

28       3.      Since 1990, the Burning Man event ("Burning Man" or the "event") has been held

1481320.1                              1

AR10436

*DOWNEY BRAND LLP*

DOWNEY BRAND LLP

1  over and around Labor Day weekend on public lands managed by the Bureau of Land

2  Management ("BLM") in what is now called the Black Rock Desert – High Rock Canyon

3  Emigrant Trails National Conservation Area of northern Nevada ("Black Rock NCA").  The

4  event location, commonly called Black Rock City (or "the City"), has been situated within

5  Pershing County for the past 20 years.

6         4.      Burning Man began its tenure in the Black Rock NCA as a weekend camping trip

7  for a small group of people.  Over the past 25 years, the event has grown in size, popularity, and

8  complexity, and its peak population in 2016 - meaning the peak number of paid participants in

9  attendance at a single time during the event - was 67,290 participants.

10         5.      Burning Man has been produced by BRC since 1997.  In 2013, BRC became a

11  wholly owned subsidiary of Burning Man Project ("BMP"), a California nonprofit public benefit

12  corporation recognized as exempt under section 501(c)(3) of the Internal Revenue Code.  BMP's

13  mission is to facilitate and extend the culture of the Burning Man event in the larger world.

14         6.      Burning Man is guided by Ten Principles, which co-founder Larry Harvey

15  authored in 2004 "as a reflection of the Burning Man community's ethos and culture as it had

16  organically developed since the event's inception."  Among these Principles are Communal

17  Effort, Civic Responsibility, Participation, and Radical Self-Reliance, all of which are reflected in

18  BRC's dedication to health, safety, and environmental issues at Burning Man; year-round work

19  with cooperating agencies at the federal, state, and local levels; and the event's resulting 25-year

20  record of compliance.  Attached hereto as **Exhibit A** is a true and correct copy of Burning Man's

21  Ten Principles.

22         7.      In 2016, BRC's event operations comprised more than 50 departments and teams,

23  and BRC engaged several thousand competent, trained, licensed, and certified health and safety

24  employees, contractors, and volunteers in the production of Burning Man.  BRC has built these

25  departments and best practices over more than 25 years, and many of these individuals have 10 to

26  20 years of experience with managing safety operations and infrastructure at Burning Man and in

27  their respective fields of expertise.  These BRC departments were engaged year-round in planning

28  all aspects of the 2016 event and on-site operations, including providing emergency medical and

fire services; surveying the streets, roads, and airport; building City infrastructure; ensuring sanitation; managing air and bus transportation services; managing participant arrival and processing; placing 1,200 camps; licensing 1,000 vehicles; and educating participants about staying safe, protecting the environment, and being good citizens of Black Rock City.

8.    In 2016, BRC engaged many thousands of volunteers and employees to provide services to Burning Man participants, including:

•    800 Black Rock Rangers, who provided security at the perimeter of scheduled artwork burns and patrolled the City on foot and bicycle 24 hours per day for the duration of the event;

•    700 licensed, professional Emergency Services personnel from a variety of medical and emergency services backgrounds, who staffed six first aid stations located throughout the event, and are responsible for responding to fires, hazardous waste incidents, and medical calls for service;

•    nearly 100 licensed doctors, nurses, and emergency medical personnel employed by BRC's contracted provider of advanced life support services, CrowdRx, who staffed the City's fully licensed emergency care facility and ambulances; and

•    700 Gate, Perimeter and Exodus staff, who provided traffic management and security at the entrance gates, airport and event perimeter.

9.    BRC engaged more than 5,000 Community Services staff and volunteers to interface with Burning Man participants, including at BRC's "Playa Info" facility, where they assisted participants with information and directions.  BRC disseminated information to participants 24 hours per day through its radio station, BMIR, as well as via detailed City maps and a detailed Survival Guide distributed to all participants and available online.

10.    In February 2017, I traveled with Rosalie Barnes, BRC's Government Relations Manager, to BLM's District Office in Winnemucca, Nevada, to manually inspect BLM's historical Burning Man files.  In the files for the 2012 Burning Man event, we discovered a memorandum dated August 19, 2012, from Salvatore Lauro, the national Director of BLM's Office of Law Enforcement and Security, to Carole Carter-Pfisterer, Assistant Director of Human

DOWNEY BRAND LLP

AR10438

DOWNEY BRAND LLP

1    Capital Management, with the subject line "Lifting of Pay Cap for Law Enforcement Deployment

2    to Interior Lands in Nevada in Support of 2012 Burning Man event." The memorandum

3    (hereinafter, the "2012 Lauro Memorandum") was approved on August 7, 2012. A true and

4    correct copy of the memorandum is attached hereto as **Exhibit B.**

5         11.     Neither I nor anyone else at BRC, to the best of my knowledge, has located any

6    other documents addressing the Burning Man emergency designation, nor has BLM provided

7    any.

8         12.     I am informed and believe that BLM continued to apply the "emergency"

9    designation requested in the 2012 Lauro Memorandum to all subsequent Burning Man events,

10    including the 2016 event.

11        13.     In February 2017, I was informed by Nevada State Director John Ruhs that BLM

12    would not be seeking an "emergency" designation for the 2017 Burning Man event. Then, on

13    April 26, 2017, I received an email from Black Rock Field Manager Mark Hall, advising that

14    instead of seeking an emergency designation for the event this year, BLM had requested and

15    obtained a "mission-critical work" designation for the labor of BLM personnel at the 2017

16    Burning Man event. A copy of BLM's authorizing memorandum was attached to Mr. Hall's

17    email. Attached hereto as **Exhibits C** and **D,** respectively, are true and correct copies of the email

18    and authorizing memorandum.

19        14.     The 2015 SRP planning process was impacted by various delays, including those

20    resulting from BLM's unprecedented request for a luxury "Blue Pit Compound" for its personnel

21    and VIP guests — a request that was met with media exposure, public outcry, and universal

22    criticism. Attached hereto as **Exhibit E** is a true and correct copy of an article by Jenny Kane,

23    published in the Reno Gazette-Journal on June 29, 2015, and titled "Reid to BLM: You want

24    flush toilets at Burning Man? Go to Gerlach," which transcribes a letter sent from Senator Harry

25    Reid to Secretary of the Interior Sally Jewell, pointing out that such facilities "should be beyond

26    the scope of the permitting requirements." BLM withdrew the Blue Pit request, and both District

27    Manager Seidlitz and Special Agent Love were subsequently reassigned from working on the

28    Burning Man SRP.

AR10439

1    15.    Attached hereto as **Exhibits F** and **G**, respectively, are true and correct copies of

2    attachments to BLM's 2015 Cost Recovery Decision: Attachment 4, the Travel Expenses

3    spreadsheet; and Attachment 6, the Miscellaneous Supplies and Equipment spreadsheet.

4    16.    As part of BLM's Administrative Record for BRC's appeal of BLM's 2015 cost

5    recovery decision, BLM supplied a spreadsheet titled "YTD Labor Detail." A true and correct

6    copy of that spreadsheet is attached hereto as **Exhibit H**.

7    17.    In that same Administrative Record, BLM included a travel spreadsheet for the

8    2012 Burning Man event. Attached hereto as **Exhibit I** is a true and correct copy of that

9    spreadsheet.

10    18.    The 2016 SRP planning process went smoother than it ever had, with much

11    improved collaboration and communication between BRC and BLM.

12    19.    On December 30, 2016, BLM issued its 2016 After Action Review regarding the

13    Burning Man SRP, a true and correct copy of which is attached hereto as **Exhibit J**.

14    20.    Attached hereto as **Exhibit K** is a true and correct copy of BLM's 2016 Burning

15    Man Cost Recovery Close Out Decision, including the following attachments: (1) Cost Recovery

16    Closeout Summary; (2) Project Labor Log; (3) BLM Contracts; (4) Travel Expenses; (5) Vehicle

17    Utilization Expenses; and (6) Miscellaneous Supplies and Equipment (the "2016 Cost Recovery

18    Decision"). BRC received BLM's 2016 Cost Recovery Decision, addressed to Event Operations

19    Director Charlie Dolman, from Black Rock Field Office Acting Field Manager Mark E. Hall on

20    January 30, 2017.

21    21.    Attached hereto as **Exhibit L** is a true and correct copy of a spreadsheet that I

22    compiled, detailing costs and fees paid to BLM by BRC from 2011 through 2016, as well as

23    Burning Man's population in those years. The data in this spreadsheet was obtained from BLM

24    cost recovery documents, Burning Man revenue records, memoranda of understanding between

25    BLM and BRC, BLM proffer account records, Burning Man population reports, and official

26    correspondence between BLM and BRC.

27    22.    BRC sets the motor vehicle driving and speed restrictions for participants and staff

28    inside the Burning Man Closure Order area. During the event, these restrictions are 5 miles per

DOWNEY BRAND LLP

1481320.1

5

AR10440

1  hour within the City, and 10 miles per hour on Gate Road, the access roadway that BRC uses on

2  the playa for event ingress and egress off County Road 34.  Only authorized staff, disabled, and

3  mutant vehicles are operated inside the City; participants are not otherwise permitted to drive,

4  except to and from their campsites upon arrival and departure.  The vast majority of participants

5  travel around the City on foot or by bike. Vehicle accidents of any kind are very rare at Burning

6  Man, and vehicle collisions and accidents causing injury are even less common.

7       23.    On February 1, 2017, I sent a letter to Pershing County Commissioner Carol

8  Shank with BRC's response to Pershing County Sheriff's Office 2016 Post Mission Synopsis, a

9  true and correct copy of which is attached hereto as **Exhibit M**.

10      24.    I compiled arrest and citation statistics for the Burning Man event from past years'

11 data as reported by BLM and the Pershing County Sheriff's Office.  These statistics show a

12 consistent, extremely low incidence of person-on-person crime at the Burning Man event over the

13 same time period in which BLM greatly increased its law enforcement staffing levels and costs.

14 The following table summarizes the arrests for person-on-person crimes at the last six Burning

15 Man events:

|  | 2011 | 2012 | 2013 | 2014 | 2015 | 2016* |
|---|---|---|---|---|---|---|
| Assault with a deadly weapon |  |  |  |  | 1 | 1 |
| Battery | 1 | 2 |  |  | 3 | 4 |
| Battery on a peace officer |  |  |  |  | 1 | 2 |
| Domestic battery/assault | 3 | 4 | 3 | 2 | 2 | 2 |
| Sexual assault |  | 1 | 1 | 1 |  | 1 |

DOWNEY BRAND LLP

1481320.1

6

AR10441

* The individual arrested for assault with a deadly weapon in 2016 was also charged with domestic violence.  A total of nine individuals were arrested for commission of a person-on-person crime at the 2016 event.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 28th day of April, 2017, at San Francisco, California.

_MARNEE BENSON_

**MARNEE BENSON**

DOWNEY BRAND LLP

DECLARATION OF MARNEE BENSON IN SUPPORT OF APPEAL

AR10442

# EXHIBIT A

# EXHIBIT A



# The 10 Principles of Burning Man

Burning Man co-founder Larry Harvey wrote the Ten Principles in 2004 as guidelines for the newly-formed Regional Network (http://regionals.burningman.com). They were crafted not as a dictate of how people should be and act, but as a reflection of the community's ethos and culture as it had organically developed since the event's inception.

**Radical Inclusion**

Anyone may be a part of Burning Man. We welcome and respect the stranger. No prerequisites exist for participation in our community.

**Gifting**

Burning Man is devoted to acts of gift giving. The value of a gift is unconditional. Gifting does not contemplate a return or an exchange for something of equal value.

**Decommodification**

In order to preserve the spirit of gifting, our community seeks to create social environments that are unmediated by commercial sponsorships, transactions, or advertising. We stand ready to protect our culture from such exploitation. We resist the substitution of consumption for participatory experience.

**Radical Self-reliance**

Burning Man encourages the individual to discover, exercise and rely on his or her inner resources.

(http://blog.burningman.com/10principles)

*Join the conversation in the 10 Principles blog series.*

**Radical Self-expression**

Radical self-expression arises from the unique gifts of the individual. No one other than the individual or a collaborating group can determine its content. It is offered as a gift to others. In this spirit, the giver should respect the rights and liberties of the recipient.

**Communal Effort**

Our community values creative cooperation and collaboration. We strive to produce, promote and protect social networks, public spaces, works of art, and methods of communication that support such interaction.

**Civic Responsibility**

We value civil society. Community members who organize events should assume responsibility for public welfare and endeavor to communicate civic responsibilities to participants. They must also assume responsibility for conducting events in accordance with local, state and federal laws.

**Leaving No Trace**

Our community respects the environment. We are committed to leaving no physical trace of our activities wherever we gather. We clean up after ourselves and endeavor, whenever possible, to leave such places in a better state than when we found them.

**Participation**

Our community is committed to a radically participatory ethic. We believe that transformative change, whether in the individual or in society, can occur only through the medium of deeply personal participation. We achieve being through doing. Everyone is invited to work. Everyone is invited to play. We make the world real through actions that open the heart.

**Immediacy**

Immediate experience is, in many ways, the most important touchstone of value in our culture. We seek to overcome barriers that stand between us and a recognition of our inner selves, the reality of those around us, participation in society, and contact with a natural world exceeding human powers. No idea can substitute for this experience.

---

**≪ PHILOSOPHICAL CENTER (HTTPS://BURNINGMAN.ORG/CULTURE/PHILOSOPHICAL-CENTER/)**

**THE 10 PRINCIPLES OF BURNING MAN (HTTPS://BURNINGMAN.ORG/CULTURE/PHILOSOPHICAL-CENTER/10-PRINCIPLES/)**

**FOUNDERS' VOICES (HTTPS://BURNINGMAN.ORG/CULTURE/PHILOSOPHICAL-CENTER/FOUNDERS-VOICES/)**

**BURNING ACADEMICS (HTTPS://BURNINGMAN.ORG/CULTURE/PHILOSOPHICAL-CENTER/ACADEMICS/)**

---

I am lost in a dust storm!

**🔍 Search**

## Stuff & Things

About Us (http://burningman.org/network/about-us/)

Timeline (http://burningman.org/timeline)

Donate (https://donate.burningman.org)

Connect (http://burningman.org/network/get-involved/connect-with-burners)

Help & FAQ (https://help.burningman.org)

Galleries (http://galleries.burningman.org)

Burner Profiles (http://profiles.burningman.org)

Spark Collaboration (http://spark.burningman.org)

ePlaya (http://eplaya.burningman.com)

Marketplace (http://marketplace.burningman.org)

AR10446

legal (http://burningman.org/privacy-policy/)   credits (http://burningman.org/credits/)

©1989-2017 burning man project

AR10447

# EXHIBIT B

# EXHIBIT B

AR10448




# U.S. Department of the Interior
# Bureau of Land Management

### Office of Law Enforcement and Security
### 1849 C Street NW, Washington, DC 20240

**August 19, 2012**

Memorandum

| | |
|---|---|
| **To:** | Carole Carter-Pfisterer, Assistant Director, Human Capital Management |
| **From:** | Salvatore Lauro, Director, Office of Law Enforcement and Security |
| **Subject:** | Lifting of Pay Cap for Law Enforcement Deployment to Interior Lands in Nevada in Support of the 2012 Burning Man Event |

I request that the law enforcement deployment to Public Lands in Nevada, in support of the 2012 Burning Man Event, be designated as an emergency special event as stated in 5 CFR 550.103. If you approve of this request that would allow for lifting the bi-weekly pay cap as authorized by 5 CFR 550.106 and the Fair Labor Standards Act (FLSA) overtime requirements under 5 CFR 551.211 (f), for law enforcement personnel participating in direct support of this event. These employees would then be entitled to premium pay under the annual maximum earning limitations while performing the emergency work.

The FLSA status of law enforcement employees assigned to the 2012 Burning Man Event shall be reviewed and administered in accordance with previously cited Federal regulations. If approved, the temporary waiver of the bi-weekly pay cap as well as the emergency determination for deciding FLSA designations shall continue until the conclusion of the 2012 Burning Man Event, approximately September 8, 2012.

The Office of Law Enforcement and Security will designate a point of contact to keep a record of this situation, including the date the emergency began, an estimate of the number of employees affected, track the hours expended for the specific mission, and the type of premium pay involved.

[ ✓ ] Approved          [   ] Disapproved

Carole Carter-Pfisterer                          Date: 8/7/12

AR10449

# EXHIBIT C

# EXHIBIT C

AR10450



Marnee Benson <marnee.benson@burningman.org>

## Emergency status changed to mission critical work status
1 message

**Hall, Mark** <mehall@blm.gov>                                               Wed, Apr 26, 2017 at 1:45 PM
To: Marnee Benson <marnee.benson@burningman.org>, Rosalie Barnes <rosalie@burningman.org>

Hi Marnee, Hi Rosalie,

Sorry I forgot to send this to you two when it cam ein originally.  The emergency status of the event has been changed;
LEO and others will be getting their fair overtime via the "mission-critical work" clause (instead of the emergency
clause).

Let me know if you have any questions, etc.

Best, MEH

Mark E. Hall, PhD
Field Manager
Black Rock Field Office
Winnemucca District Office
775-623-1529.

---

🗎 **2017 Pay Cap DOI Authorization_Signed.pdf**
40K

AR10451

# EXHIBIT D

# EXHIBIT D

AR10452



# United States Department of the Interior



BUREAU OF LAND MANAGEMENT
Nevada State Office
1340 Financial Boulevard
Reno, Nevada 89502-7147
http://www.blm.gov/nv

In Reply Refer To:
8312 (NV910/WNDO)

APR 1 3 2017

Memorandum

To:        Assistant Director (W0700)
           Attn: Anzanette Randall, Deputy Assistant Director, Human Capital Management

From:      John F. Ruhs
           State Director

Subject:   Lifting of Pay Cap for personnel deployment to Public Lands in Nevada in support of the
           2017 Burning Man Event

I respectfully request that the BLM designate personnel deployment to public lands in Nevada to support
the 2017 Burning Man Event as *mission critical work* in accordance with 5 CFR 550.106(b)(1). My
request allows lifting the bi-weekly pay cap authorized by 5 CFR 550.106 and the Fair Labor Standards
Act (FLSA) overtime under 5 CFR 551.211(f) for personnel participating in direct support of the 2017
Burning Man Event. Employees would be entitled to premium pay under the annual maximum earning
limitations while performing the mission critical work under the limitations described in 550.106(c) and
550.107.

The FLSA status of the employees assigned to the 2017 Burning Man Event shall be reviewed and
administered in accordance with the previously cited federal regulations. The temporary waiver of the
biweekly pay cap, as well as the mission critical work for deciding FLSA designations, will begin pay
period 18 (August 20, 2017), and continue until the conclusion of the 2017 Burning Man Event, at the end
of pay period 19 (September 16, 2017).

The BLM, Winnemucca District, Black Rock Field Office will designate a point of contact to keep the
records, including the date(s) that the mission critical work is conducted, the number of employees
affected, hours expended for the specific mission, and the type of premium pay involved.

[X] Approved          [ ] Disapproved

Anzanette Randall                    4-13-17
                                     Date

AR10453

# EXHIBIT E

# EXHIBIT E

# Reid to BLM: You want flush toilets at Burning Man? Go to Gerlach

 Jenny Kane, jkane@rgj.com   7:35 a.m. PDT June 29, 2015



*(Photo: AP)*

Senate Minority Leader Harry Reid, D-Nev., sent a letter Friday to Secretary of the Interior Sally Jewell following the Reno Gazette-Journal's investigation into lavish demands the U.S. Bureau of Land Management made to Burning Man organizers.

Rep. Mark Amodei, R-Nev., also reacted to the news that BLM is demanding Burning Man provide a $1 million encampment for federal agents at the event this summer. He said he's concerned about the ethics of BLM's request.

"I don't think it was driven out of Nevada. I think it was driven out of Utah, or D.C., or both," Amodei said in an interview with the RGJ on Friday. "We have a big problem. 15 VIP accommodations, and soft-serve ice cream 24-hours a day. With all due respect, those dots do not connect."

Here's Reid's letter to Jewell in full:

"Dear Secretary Jewell:

"I read today the account in the *Reno Gazette-Journal* of the unprecedented and extravagant requests allegedly being made by the Bureau of Land Management (BLM) as conditions for permitting Burning Man for their annual event in September 2015. Burning Man has been held in the Black Rock Desert for 23 years and, in addition to the untold cultural benefits that the annual festival brings to Nevada, the event contributes an estimated $35 million to Nevada's Economy each year.

"I care strongly about the environment in the Black Rock Desert and was glad to author the legislation that created the Black Rock Desert-High Rock Canyon-Emigrant Trails National Conservation Area where Burning Man is held. While I agree that the BLM should take its permitting duties seriously and work with Burning Man to both guarantee the safety of its participants and the protection of the environment, providing outlandishly unnecessary facilities for the BLM and its guests should be beyond the scope of the permitting requirements. Part of Burning Man's philosophy is self-reliance and living with the elements is part of the experience. Flush toilets and laundry facilities can be found about ten miles away in Gerlach, Nevada, if BLM's employees need such amenities.

"I appreciate your attention to this matter. If you have any questions please feel free to contact me or have your staff contact Sara Moffat of my staff."

Read or Share this story: http://on.rgj.com/1LB6nmB

 

XFINITY X1 Triple Play    Get a great offer   Save when you bundle    xfinity    Get it Now

# EXHIBIT F

# EXHIBIT F

AR10456

## 2015 BURNING MAN - TRAVEL PER PERSON

*Travel Expenses include (Not all personnel have each item): Airfare, Lodging, Per Diem and Travel Incidentals, and Rental Car*

| LAST NAME | AMOUNT | DATE | TRIP PURPOSE |
|---|---|---|---|
| ALBRIGHT | $ 303.37 | Sept 2015 | Travel to and from event |
| ALLEN | $ 123.25 | Sept 2015 | Travel to and from event |
| ANDRES | $ 188.00 | Sept 2015 | Travel to and from event |
| ARRIES | $ 492.29 | Sept 2015 | Travel to and from event |
| BLACK | $ 2,157.89 | Sept 2015 | Travel to and from event |
| BLEVINS | $ 416.72 | Sept 2015 | Travel to and from event |
| BOIK | $ 161.25 | Sept 2015 | Travel to and from event |
| BOXX | $ 278.25 | Sept 2015 | Travel to and from event |
| BRASINGTON | $ 302.75 | Sept 2015 | Travel to and from event |
| BRISCOE | $ 94.75 | Sept 2015 | Travel to and from event |
| BROWN | $ 136.25 | Sept 2015 | Travel to and from event |
| BRUNK | $ 509.10 | Sept 2015 | Travel to and from event |
| BUCHANAN | $ 157.59 | Sept 2015 | Travel to and from event |
| BULKLEY | $ 369.39 | Sept 2015 | Travel to and from event |
| CAFFEY | $ 116.50 | Sept 2015 | Travel to and from event |
| CARPENTER | $ 400.50 | Sept 2015 | Travel to and from event |
| CARTER JR | $ 515.25 | Sept 2015 | Travel to and from event |
| CAUDILL | $ 177.00 | Sept 2015 | Travel to and from event |
| CHODOROWSKI | $ 536.70 | Sept 2015 | Travel to and from event |
| CLARK | $ 310.75 | Sept 2015 | Travel to and from event |
| CULVER | $ 106.00 | Sept 2015 | Travel to and from event |
| CURTIS | $ 159.50 | Sept 2015 | Travel to and from event |
| DELANEY | $ 196.00 | Sept 2015 | Travel to and from event |
| ELTON | $ 111.50 | Sept 2015 | Travel to and from event |
| ENTRICAN | $ 375.00 | Sept 2015 | Travel to and from event |
| EVENSON | $ 108.00 | Sept 2015 | Travel to and from event |
| FINCH | $ 141.50 | Sept 2015 | Travel to and from event |
| FONKEN | $ 314.25 | Sept 2015 | Travel to and from event |
| FRANZOY | $ 564.83 | Sept 2015 | Travel to and from event |
| FUSELIER | $ 131.25 | Sept 2015 | Travel to and from event |
| GRIMES | $ 363.00 | Sept 2015 | Travel to and from event |
| HARNESS | $ 784.03 | Sept 2015 | Travel to and from event |
| HAUCK | $ 111.50 | Sept 2015 | Travel to and from event |
| HONE | $ 161.25 | Sept 2015 | Travel to and from event |
| HOWELL | $ 370.55 | Sept 2015 | Travel to and from event |
| HUSTON | $ 751.75 | Sept 2015 | Travel to and from event |
| JENSEN | $ 264.50 | July 2015 | Tabletop ICS/UC Meeting |
|  | $ 463.49 | Sept 2015 | Travel to and from event |
| JOHNSON, M | $ 804.71 | July 2015 | Tabletop ICS/UC Meeting |
|  | $ 1,056.25 | Sept 2015 | Travel to and from event |
| JOHNSON, T | $ 151.50 | Sept 2015 | Travel to and from event |
| JONES | $ 223.75 | Sept 2015 | Travel to and from event |
| KEEFER | $ 123.25 | Sept 2015 | Travel to and from event |
| KIRKHAM | $ 136.25 | Sept 2015 | Travel to and from event |

*Jan 2016*

**FINAL**

| LAST NAME | AMOUNT | DATE | TRIP PURPOSE |
|---|---|---|---|
| LASHER | $ 330.70 | Sept 2015 | Travel to and from event |
| LAZZARO | $ 2,636.14 | Sept 2015 | Travel to and from event |
| LIND | $ 131.25 | Sept 2015 | Travel to and from event |
| LLOYD, K | $ 358.71 | Sept 2015 | Travel to and from event |
| LLOYD, R | $ 276.25 | July 2015 | Tabletop ICS/UC Meeting |
| | $ 222.25 | Sept 2015 | Travel to and from event |
| LOFTIN | $ 116.50 | Sept 2015 | Travel to and from event |
| LOVE | $ 788.98 | April 2015 | Meeting with BRC in CA |
| | $ 3,201.28 | April 2015 | BLM Executive Managers, Internal/External Partners Mtg. |
| | $ 1,052.30 | May 2015 | BLM/BRC Ops Plan Protocol Meeting |
| | $ 1,139.45 | July 2015 | LE Integration/Operation Meeting |
| | $ 485.51 | Sept 2015 | Travel to and from event |
| MACK | $ 84.75 | Sept 2015 | Travel to and from event |
| MARQUEZ | $ 207.25 | Sept 2015 | Travel to and from event |
| MARSOOBIAN | $ 605.67 | Sept 2015 | Travel to and from event |
| MATTHEWS | $ 166.25 | Sept 2015 | Travel to and from event |
| MAURER | $ 74.75 | Sept 2015 | Travel to and from event |
| MCGRATH | $ 184.50 | Sept 2015 | Travel to and from event |
| MILLER | $ 649.32 | Sept 2015 | Travel to and from event |
| MITSUYASU | $ 131.25 | Sept 2015 | Travel to and from event |
| MOE | $ 277.97 | Sept 2015 | Travel to and from event |
| MONTOYA | $ 448.77 | Sept 2015 | Travel to and from event |
| MOORE | $ 1,209.47 | May 2015 | BLM/BRC Ops Plan Protocol Meeting |
| | $ 1,243.57 | July 2015 | Tabletop ICS/UC Meeting / Planning |
| | $ 1,711.27 | July 2015 | LE Integration/Operation Meeting |
| | $ 552.91 | Sept 2015 | Travel to and from event |
| MORGAN | $ 361.98 | Sept 2015 | Travel to and from event |
| NARDINGER | $ 512.16 | Sept 2015 | Travel to and from event |
| NICHOLS | $ 507.53 | Sept 2015 | Travel to and from event |
| OELRICH | $ 302.46 | Sept 2015 | Tabletop ICS/UC Meeting / Planning |
| | $ 807.15 | Sept 2015 | Travel to and from event |
| OPER | $ 156.25 | Sept 2015 | Travel to and from event |
| PARR | $ 178.50 | July 2015 | Tabletop ICS/UC Meeting |
| PIRTLE | $ 1,379.12 | Sept 2015 | Travel to and from event |
| PRESLEY | $ 323.03 | Sept 2015 | Travel to and from event |
| RAMIREZ | $ 448.77 | Sept 2015 | Travel to and from event |
| RAMOS | $ 3,269.31 | April 2015 | BLM Executive Managers, Internal/External Partners Mtg. |
| | $ 1,204.41 | July 2015 | SOW discussion with BRC |
| | $ 1,362.97 | July 2015 | LE Integration/Operation Meeting |
| | $ 891.73 | Sept 2015 | Travel to and from event |
| RICE | $ 229.00 | Sept 2015 | Travel to and from event |
| ROMERO | $ 470.77 | Sept 2015 | Travel to and from event |
| ROOP | $ 1,076.30 | July 2015 | Tabletop ICS/UC Meeting |
| | $ 141.50 | Sept 2015 | Travel to and from event |
| ROREX | $ 69.75 | Sept 2015 | Travel to and from event |
| RUSSELL | $ 392.38 | Sept 2015 | Travel to and from event |
| SANDBERG | $ 3,269.31 | April 2015 | BLM Executive Managers, Internal/External Partners Mtg. |

*Jan 2016*

*Prepared by Sandberg, Cassie*

**FINAL**

| LAST NAME | AMOUNT | DATE | TRIP PURPOSE |
|---|---|---|---|
| | $ 1,362.97 | July 2015 | LE Integration/Operation Meeting |
| | $ 878.37 | Sept 2015 | Travel to and from event |
| SCHUTZBERGER | $ 384.36 | Sept 2015 | Travel to and from event |
| SCHWIRIAN | $ 1,335.41 | Sept 2015 | Travel to and from event |
| SEIDLITZ | $ 142.25 | May 2015 | BLM/BRC Ops Plan Protocol Meeting |
| SHARKEY | $ 116.50 | Sept 2015 | Travel to and from event |
| SHILAIKIS | $ 370.50 | Sept 2015 | Travel to and from event |
| SONES | $ 274.00 | Sept 2015 | Travel to and from event |
| STEENHOVEN | $ 97.25 | Sept 2015 | Travel to and from event |
| STOLTS | $ 146.50 | Sept 2015 | Travel to and from event |
| STORLA | $ 191.75 | Sept 2015 | Travel to and from event |
| STOVER | $ 893.25 | Sept 2015 | Travel to and from event |
| | $ 1,108.10 | May 2015 | BLM/BRC Ops Plan Protocol Meeting |
| | $ 1,173.71 | July 2015 | Tabletop ICS/UC Meeting / Planning |
| SULLIVAN | $ 315.50 | July 2015 | Tabletop ICS/UC Meeting |
| | $ 592.50 | Sept 2015 | Travel to and from event |
| SWANSON | $ 431.21 | Sept 2015 | Travel to and from event |
| TEA | $ 212.25 | Sept 2015 | Travel to and from event |
| TEMPLETON | $ 656.04 | Sept 2015 | Travel to and from event |
| TITUS | $ 364.55 | July 2015 | Tabletop ICS/UC Meeting |
| | $ 281.00 | Sept 2015 | Travel to and from event |
| TUMA | $ 176.50 | Sept 2015 | Travel to and from event |
| VERMEYS | $ 182.25 | Sept 2015 | Travel to and from event |
| WAGGONER | $ 436.56 | Sept 2015 | Travel to and from event |
| WEISEND | $ 563.56 | Sept 2015 | Travel to and from event |
| WELTY | $ 166.25 | Sept 2015 | Travel to and from event |
| WHITEHEAD | $ 727.25 | Sept 2015 | Travel to and from event |
| WILLIAMS | $ 522.00 | Sept 2015 | Travel to and from event |
| WORTHINGTON | $ 112.25 | Sept 2015 | Travel to and from event |
| WOYCHOWSKI | $ 278.25 | Sept 2015 | Travel to and from event |
| YACUBIC | $ 84.50 | Sept 2015 | Travel to and from event |
| YOUNG | $ 1,200.84 | Sept 2015 | Travel to and from event |
| **TOTAL** | **$ 67,140.74** | | |

*Jan 2016*

*Prepared by Sandberg, Cassie*

# EXHIBIT G

# EXHIBIT G

AR10460

| RECEIPT # | VENDOR | AMOUNT | DESCRIPTION |
|---|---|---|---|
| | **2015 BURNING MAN - MISC. SUPPLIES AND EQUIPMENT** | | |
| 1 | DATA COMM FOR BUSINESS | $ 2,999.00 | Secure Ethernet tunnel for CJ network connection |
| 2 | VENUS COMMUNICATIONS L | $ 2,880.56 | Radio Equipment |
| 3 | CC 1069 BARRIE MINNITTE | $ 2,496.00 | High Rock Rental House |
| N/A | RADIO CACHE REFURBISHMENT COST | $ 1,907.66 | Refurbishment cost for the use of borrowed radios from Bureau Radio Cache (no receipt) |
| 4 | RADIOMATE CORP | $ 1,843.15 | Radio Equipment |
| 5 | B&H PHOTO, 800-606-696 | $ 1,782.25 | Backup battery |
| N/A | GOVERNMENT PRINTING OFFICE | $ 1,590.00 | Federal Register Printing (no receipt) |
| 6 | AMAZON.COM | $ 1,499.70 | Radio Supplies - Pelican Cases |
| N/A | FEDEX 96036555 | $ 1,483.27 | Shipment of Equipment to Gerlach (no receipt) |
| 7 | MARRIOTT CITY CENTER S | $ 1,464.00 | Conference Room Rental for Planning Meeting |
| 8 | GMS TACTICAL | $ 1,198.00 | Shemaghs for federal personnel |
| 9 | MINIMUS.BIZ | $ 1,086.00 | Hand Sanitizer, Lotion, & Sunblock for federal personnel |
| 10 | SIRCHIE FINGER PRINT L | $ 1,082.50 | Drug testing kits |
| 11 | WWWGLOWSOURCECOM | $ 756.69 | Glow necklaces for personnel safety |
| 12 | AMAZON.COM | $ 749.85 | Radio Supplies - Pelican Cases |
| 13 | MAGNUM ELECTRONICS | $ 710.39 | Motorola accessories |
| 14 | RADIOMATE CORP | $ 672.10 | Headsets for dispatchers |
| 15 | POWERWERX/BULK WIRE | $ 652.68 | Radio Equipment |
| 16 | ASEPTIC CONTROL PRODUC | $ 565.94 | Hand Sanitizer for HQ Trailers and federal personnel |
| 17 | MIDLAND RADIO CORP | $ 550.00 | Key loader cable |
| 18 | CASE CLUB | $ 516.48 | Pelican case for satellite trackers |
| 19 | QI *SOAP.COM | $ 412.72 | Hand wipes for federal personnel |
| 20 | THE HOME DEPOT 3310 | $ 386.84 | Miscellaneous Hardware, signs, etc. for HQ and Dispatch |
| 21 | EVIDENT INC | $ 373.00 | Evidence bags |
| 22 | U-HAUL MOVING & STORAG | $ 272.70 | Transporting equipment to HQ |
| 23 | SCHEELS RENO SPARKS | $ 269.29 | Radio storage case |
| 24 | AMAZON.COM | $ 249.95 | Radio Supplies - Pelican Cases |
| 25 | SPORTSMANS WAREHOUSE 1 | $ 204.66 | Radio storage case |
| 26 | LOWES #00321* | $ 200.49 | Supplies needed for Medical trailer at HQ |
| 27 | U-HAUL MOVING & STORAG | $ 139.88 | Transporting equipment to HQ |
| 28 | UHI*U-HAULMAIN STREET | $ 133.80 | Transporting equipment to HQ |
| 29 | AMAZON MKTPLACE PMTS | $ 131.32 | Radio earpieces |
| 30 | AMAZON MKTPLACE PMTS | $ 123.31 | Radio Equipment - Earpieces |
| 31 | U-HAUL MOVING & STORAG | $ 119.00 | Transporting equipment to HQ |
| 32 | SIRCHIE FINGER PRINT L | $ 114.17 | Drug testing kits |
| 33 | MINIMUS.BIZ | $ 107.00 | Lotion for federal personnel |
| 34 | AMAZON MKTPLACE PMTS | $ 96.25 | Radio earpieces |
| 35 | TESSCO, INC | $ 88.65 | Radio cables |

**FINAL**

| RECEIPT # | VENDOR | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 36 | PMT*BATTERIES | $ 73.89 | Lithium batteries |
| 37 | WEST MARINE 1219 | $ 68.92 | RV Tank Treatment for lodging trailer |
| 38 | THE HOME DEPOT 3313 | $ 65.43 | Rubber hose caps |
| 39 | AMAZON MKTPLACE PMTS | $ 64.90 | Radio earpieces |
| 40 | REI 67 RENO | $ 56.01 | Medical supplies |
| N/A | CONVENIENCE CHECK FEE | $ 47.42 | Convenience check fee for High Rock Rental house (no receipt) |
| 41 | REI 67 RENO | $ 46.27 | Medical supplies |
| 42 | AMAZON MKTPLACE PMTS | $ 41.26 | Radio earpieces |
| 43 | AMAZON MKTPLACE PMTS | $ 25.00 | Label tape for radios |
| 44 | AMAZON MKTPLACE PMTS | $ 19.47 | Radio Equipment - Earpieces |
| | **TOTAL** | **$ 32,417.82** | |

*Jan 2016*

*Prepared by Cassie Sandberg*

AR10462

# INVOICE

**Data Comm for Business, Inc.**
PO Box 6329 • Champaign, IL 61826-6329
217-897-6600 • FAX 217-897-1331
Web: http://www.dcbnet.com

DATA COMM
FOR BUSINESS
PO Box 6329
Champaign, IL 61826-6329
Ph 217-897-6600
Fax 217-897-1331
Page 1

BUREAU OF LAND MA
BURELA

| INVOICE DATE | INVOICE NO |
|---|---|
| 07/30/15 | 00069590 |

BUREAU OF LAND MANAGEMENT
REF: PURCH ORD#2297-0126-0715
1 NORTH CENTRAL AVENUE, #800
PHOENIX AZ 85004

SHIP TO

BURELA
BUREAU OF LAND MANAGEMENT
1 NORTH CENTRAL AVENUE
SUITE 800
PHOENIX AZ 85004

| DATE | SALESMAN | ORDER NO | ORDER/REC DATE | SHIPPED VIA | TERMS | INVOICE NO | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|
| 07/30/15 | BB | 1296 | 07/30/15 | UPS GRD/JUL 30 2015 | CREDIT CARD | 00069590 | 2999.00 |

| ITEMS | DESCRIPTION/SERIAL NO | QUANTITIES | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | Ordered | Shipped | | |
| DCB VT0622 | | 2.0000 | | 1495.0000 | 2990.00 |
| IPD TUNNEL SPORT 6CHAN2 | | 2.0000 | LA | 1495.0000 | |
| Ser 51600450 | | | | | |
| Ser 51602452 | | | | | |

PLEASE RETURN
THIS PORTION
WITH YOUR PAYMENT

| INVOICE TOTAL |
|---|
| 2999.00 |

| NON-TAXABLE | TAXABLE | SALES TAX | FREIGHT | MISCELLANEOUS | Subtotal | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 2990.00 | .00 | .00 | .00 | .00 | 2990.00 | 2990.00 |

P.O.# 2297-0126-0715

---

DATA COMM FOR BUSINESS
2749 COUNTY 66
DEWEY, IL 61840

TERMINAL I.D.:     007113029024768081001
MERCHANT #:        290224760331
MC PCARD

SALE
RECORD #: 3              INV:       000003
DATE: JUL 30, 15         TIME:      11:36
BATCH #: 554             AUTH:      023539

AUS RESPONSE: Y
CVV2 RESPONSE: M

ADDRESS AND 5 DIGIT ZIP MATCH

TOTAL              $2999.00

CARD BALANCE:         $0.00

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

CUSTOMER COPY

**RECEIPT #1**

APX 10423



# Venus Communications LLC

# Invoice

Remit to:
Venus Communications LLC
10650 Copper Lake Dr.
Reno, NV 89521

| Date | Invoice # |
|---|---|
| 8/3/2015 | 08032015DB |

**PAID**
**08/03/2015**

| Bill To | Ship To |
|---|---|
| Bureau of Land Management <br> 4701 N. Torrey Pines Dr. <br> Las Vegas, NV 89130 | Bureau of Land Management <br> 4701 N. Torrey Pines Dr. <br> Las Vegas, NV 89130 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| VBL 7/29 | Credit Card | | 8/3/2015 | Best Way | Destination | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 4 | BA1012-2 | RFS - 154-174 MHz Unity Gain Fiberglass Omni Antenna | 260.89 | 1,043.56 |
| 40 | TC-200-NMH-X | Times Microwave - N Male crimp connector for LMR-200 cable. Tri-metal plating. | 9.90 | 396.00 |
| 500 | LMR-200 | Times Microwave - LMR-200 low loss braided coaxial cable.100 percent foil shield. It has a polyethylene, gas-injected UV-resistant jack and 1 inch bending radius. | 0.46 | 230.00 |
| 3 | RFA-4005-520 | RF INDUSTRIES - crimping tool kit. Includes crimp handle & 10 sets of dies. Phillip screwdriver is all you need to change dies. Crimps hex .042 to .429" | 264.00 | 792.00 |
| 1 | BA1312-2 | RFS - BA1312-2 omnidirectional antenna operates in the 155 - 163 MHz . This 3dB gain VHF omni antenna100 watts, N female connector. | 330.00 | 330.00 |
| | shipping | | 89.00 | 89.00 |

It's been a pleasure working with you!

| **Total** | $2,880.56 |
|---|---|

**RECEIPT #2**

AR10464

High Rock r. 71
P.O. Box 125
Gerlach, NV 89417
775.557.2290 Home
775.857.7601 Cell

# Invoice

| Date | Invoice # |
|------|-----------|
| 06/05/2015 | #2 |

**Bill To**

Bureau of Land Management
Winnemucca Office
5100 E. Winnemucca Blvd.
Winnemucca, NV 89445

Bureau of Land Management
Received
JUN 08 2015
Field Office
Winnemucca Nevada

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 24 days | 24 day stay for 4 people. Check in 8/19/2015 after 11:00 a.m. Check out 9/12/2015 by 11:00 a.m.  \* This rate does not include any maid service  \* Please make check payable to Barrie Minnitte and mail to the address above. | $104.16 | $2,496.00 |
|  |  | **Total** | $2,496.00 |

RECEIPT #3

AR10465

# RadioMate ®

QUOTE

1872 Countrywood Court • Walnut Creek, California 94598 • (925) 943-6442 • Fax (925) 476-5308

| SOLD TO: | SHIP TO: |
|---|---|
| NEVADA BLM | NEVADA BLM |
| 4701 N TORREY PINES | 4701 N TORREY PINES |
| LAS VEGAS | LAS VEGAS |
| NV        89130 | NV        89130 |
| Attn. ▓▓▓▓▓▓▓▓▓ | Attn. ▓▓▓▓▓▓▓▓▓ |
| Phone 775-861-6409 | Phone |

QUOTE DATE 150306                              QUOTE NUMBER 35776Q

## QUOTE VALID FOR 30 DAYS ONLY

TERMS: CRCARD
A FINANCE CHARGE OF 1.5% PER MONTH (18% ANNUM) WILL BE CHARGED PAST DUE ACCOUNTS

| ITEM | ORDER | SHIP | B/O | MODEL NUMBER / PART NUMBER | UNIT COST | TOTA |
|---|---|---|---|---|---|---|
| 1. | 6 | | | RMT 294<br>HDST,CONVERTIBLE NC MIC | $ 134.00 | $ 804.00 |
| 2. | 6 | | | RMT XX4-1ABGB/PH-PBX<br>INTERFACE,HNDGRP 10' PL414 | 170.00 | 1020.00 |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |

A RMA is required for all returns. All returns must be within 30 days, unused in original packaging & subject to a 25% restocking charge.

THESE HEADSETS TO BE USED WITH MODUCOM CONSOLE
SHIPPING WILLBE PRE-PAID AND ADDED

| | | |
|---|---|---|
| SUB TOTAL | $ | 1824.00 |
| DEPOSIT | | |
| SALES TAX | $ | .00 |
| SHIPPING | $ | |
| LABOR | $ | |
| TOTAL DUE --------> | $ | 1824.00 |

AR #6466

 

## Confirmation of Your Order #1034886087

1 message

**B&H Photo Customer Service** <ord-status@bhphotovideo.com>           Fri, Jul 24, 2015 at 9:01 AM

To

if you cannot read this email **Click here** to view on the web

 

**The Professional's Source**

**www.bhphotovideo.com**

420 Ninth Avenue
New York, NY 10001
800-606-6969
212-444-6615

## Order Confirmation

Please review and verify the information below.

**SHOP ON THE GO**
B&H apps & mobile site

 

| Date | Shipping Method | Status | Order Number |
|---|---|---|---|
| 07/24/2015 | Expedited Delivery | NEW | 1034886087 |

**Ship To**

BLM 4701 N Torrey Pines Dr
Las Vegas, NV 89130
USA

**Bill To**

BLM 4701 N Torrey Pines Dr
Las Vegas, NV 89130
USA

**Payment**

Card Type: Master Card
Card Number:
Amount Charged: $1,782.25

| Product | Qty. | Price | Total |
|---|---|---|---|
| APC APSMC1500<br>Smart-UPS C 1440VA with LCD (120V) | 1 | $324.95 | $324.95 |
| APC APBR1500G<br>Power-Saving Back-UPS Pro 1500 (120V) | 3 | $162.50 | $487.50 |
| APC APBR1500G<br>Power-Saving Back-UPS Pro 1500 (120V)<br>**B&H Rewards:** This item is eligible for **2% Rewards / 125** Reward points. <u>Details</u> | 3 | $199.95 | $599.85 |
| APC APSMC10002U<br>SMC1000-2U Smart-UPS C 1000VA Rackmount 2U with LCD (120V) | 1 | $369.95 | $369.95 |

| | | |
|---|---|---|
| Orders consisting of two or more types of items | **Sub Total:** | $1,782.25 |
| | Sh | |

RECEIPT #5

AR10467

Case 1:19-cv-03729-DLF   Document 35-7   Filed 07/12/21   Page 106 of 200

may be shipped from multiple locations.

| | |
|---|---|
| Sales Tax: | $0.00 |
| **Total $1,782.25** | |

All orders are subject to approval by our verification dept.
We will notify you by phone or email should your order be delayed.

**Estimated Delivery Date :**      **Check your order Status Click here**
Thu, Jul 30      contact customer service Click Here

Note: Signature may be required upon delivery.

**Our NYC SuperStore Hours of Operation**

Thank you for your order

Sunday: 10:00am - 6:00pm
Monday thru Thursday: 9:00am - 7:00pm
Friday: 9:00am - 1:00pm EST / 2:00pm EDT
Saturday: Closed

Follow B&H on    Visit our blog   eXPLORA

To unsubscribe from promotional emails click here

AR10468

## Shipped on August 24, 20

| Items Ordered | Price |
|---|---|
| 1 of: *Pelican 1650 Case with Foam for Camera (Desert Tan)*<br>Sold by: Amazon.com LLC | $249.95 |

Condition: New

**Shipping Address:**

<span style="background:black">▄▄▄▄▄▄▄▄▄▄</span>

200 Transfer Rd
Box 271
Gerlach, nv 89412
United States

**Shipping Speed:**
FREE Shipping

| | |
|---|---|
| Item(s) Subtotal: | $249.95 |
| Shipping & Handling: | $23.19 |
| Free Shipping: | -$23.19 |
| | ----- |
| Total before tax: | $249.95 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$249.95** |
| | ----- |

## Shipped on August 24, 2015

| Items Ordered | Price |
|---|---|
| 1 of: *Pelican 1650 Case with Foam for Camera (Desert Tan)*<br>Sold by: Amazon.com LLC | $249.95 |

**RECEIPT #6**

AR 10469

Condition: New

**Shipping Address:**
~~████████~~
200 Transfer Rd
Box 271
Gerlach, nv 89412
United States

| | |
|---|---|
| Item(s) Subtotal: | $249.95 |
| Shipping & Handling: | $23.19 |
| Free Shipping: | -$23.19 |
| | ----- |
| Total before tax: | $249.95 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$249.95** |
| | ----- |

**Shipping Speed:**
FREE Shipping

## Shipped on August 24, 2015

**Items Ordered**                                                                 **Price**

1 of: *Pelican 1650 Case with Foam for Camera (Desert Tan)*         $249.95
Sold by: Amazon.com LLC

Condition: New

**Shipping Address:**
~~████████~~
200 Transfer Rd
Box 271
Gerlach, nv 89412
United States

| | |
|---|---|
| Item(s) Subtotal: | $249.95 |
| Shipping & Handling: | $23.19 |
| Free Shipping: | -$23.19 |
| | ----- |
| Total before tax: | $249.95 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$249.95** |
| | ----- |

**Shipping Speed:**
FREE Shipping

## Shipped on August 24, 2015

**Items Ordered**                                                                 **Price**

1 of: *Pelican 1650 Case with Foam for Camera (Desert Tan)*         $249.95
Sold by: Amazon.com LLC

Condition: New

**Shipping Address:**
~~████████~~
200 Transfer Rd
Box 271
Gerlach, nv 89412
United States

| | |
|---|---|
| Item(s) Subtotal: | $249.95 |
| Shipping & Handling: | $23.17 |
| Free Shipping: | -$23.17 |
| | ----- |
| Total before tax: | $249.95 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$249.95** |
| | ----- |

**Shipping Speed:**
FREE Shipping

## Shipped on August 24, 2015

AR10470

| Items Ordered | Price |
|---|---|
| 1 of: *Pelican 1650 Case with Foam for Camera (Desert Tan)*<br>Sold by: Amazon.com LLC | $249.95 |

Condition: New

**Shipping Address:**

200 Transfer Rd
Box 271
Gerlach, nv 89412
United States

**Shipping Speed:**
FREE Shipping

| | |
|---|---|
| Item(s) Subtotal: | $249.95 |
| Shipping & Handling: | $23.19 |
| Free Shipping: | -$23.19 |
| | ----- |
| Total before tax: | $249.95 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$249.95** |
| | ----- |

### Shipped on August 24, 2015

| Items Ordered | Price |
|---|---|
| 1 of: *Pelican 1650 Case with Foam for Camera (Desert Tan)*<br>Sold by: Amazon.com LLC | $249.95 |

Condition: New

**Shipping Address:**

200 Transfer Rd
Box 271
Gerlach, nv 89412
United States

**Shipping Speed:**
FREE Shipping

| | |
|---|---|
| Item(s) Subtotal: | $249.95 |
| Shipping & Handling: | $23.18 |
| Free Shipping: | -$23.18 |
| | ----- |
| Total before tax: | $249.95 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$249.95** |
| | ----- |

### Payment information

**Payment Method:**
MasterCard | Last digits:

**Billing address**

4701 N TORREY PINES DR
LAS VEGAS, NV 89130-2301
United States

**Credit Card transactions**

MasterCard ending in 2938: August 24, 2015: $1,499.70

To view the status of your order, return to Order Summary.

| Room | Name | | | Rate | Depart | | Time | | |
|------|------|--|--|------|--------|--|------|--|--|
| Type | BLM MEETING APR2015 | | | .00 | 04/28/15 Arrival | | Time | 10072 | |
| | BUREAU OF LAND MANAG | | | | 04/27/15 | | | ACCT# | |
| Room Clerk | 440 W 200 S STE 500 Address | | | | Payment | | | | |
| | SALT LAKE CI UT 84101-1434 | | | | | CREDITS | | MKR#: | |

```
04/24 ADVDP-MC                          1464.00
      PAYMENT RECEIVED BY: MASTERCARD   XXXXXXXXXXXX▬▬▬
04/28 BANQUETS       381212    732.00
05/01 BANQUETS       381122    732.00
```

                                                    .00

### Salt Lake Marriott City Center
220 S. State Street
Salt Lake City, UT 84111
(P) 801-961-8700 (F) 801-521-2511

RECEIPT #7

AR10472

# GMS Tactical LLC

GMS Tactical
540 W  Iron
Suite 105
Mesa, AZ  85210

(480)964-3557
sales@gmstactical.com

## Invoice

| Date | Invoice # |
|------|-----------|
| 07/22/2015 | 1477 |

| Terms | Due Date |
|-------|----------|
| Due on receipt | 07/22/2015 |



Bill To:
BLM
████████████
440 W 200 S ste 500
salt lake city UT 84101

**PAID**

| Amount Due | Enclosed |
|------------|----------|
| $0.00 | |

✂ Please detach top portion and return with your payment. ✂

| Date | Activity | Quantity | Rate | Amount |
|------|----------|----------|------|--------|
| 07/22/2015 | Shemagh, Desert Scarf, Sand / Tan | 200 | 5.99 | 1,198.00 |

| | | |
|---|---|---|
| Total | $1,198.00 |
| Deposit | $1,198.00 |
| Balance Due | $0.00 |



minimum size, maximum convenience

---

Thank you for your Minimus.biz order!

Your order details are below. Please retain a copy of this e-mail for your records.

Sincerely,
Minimus.biz
customerservice@minimus.biz

This e-mail has been sent from an e-mail address that cannot accept incoming e-mail. Please direct all questions to CustomerService@minimus.biz and include your order number in the subject line.

---

**Bill To:**
BLM
440 West 200 South Suite 500
Salt Lake City, UT 84101
United States

**Ship To:**
BLM
440 West 200 South Suite 500
Salt Lake City, UT 84101
United States

**Order Number: 216602**
**Order Time:** 7/22/2015 10:27:44 AM
**Payment Method:**
**Promotional Code(s):**

**Shipping Method:** Free FedEx Ground - Restricted Items In Cart

**Special Instructions:**

---

| Qty | Product Code: | Product Name | Price each | Subtotal |
|-----|--------------|--------------|------------|----------|
| 200 | C02-0320804-8300 | Purell Instant Hand Sanitizer 2 oz flip top | $2.18 | $436.00 |

RECEIPT #9
AR10474

11/19/2015                          DEPARTMENT OF THE INTERIOR Mail - Your Minimus.biz Order #: 216602

| 200 | C02-0353406-8200 | Curel® Daily Moisture Original Lotion | $1.07 | $214.00 |
| 200 | P04-0127701-8100 | Banana Boat® Sport Sunblock SPF30 (tube) | $2.18 | $436.00 |

Coupon Codes
Used:

| | |
|---|---|
| Order SubTotal: | $1,086.00 |
| Tax: | $0.00 |
| Shipping: | $0.00 |
| Handling: | $0.00 |
| LoyaltyPointsUsed | $0.00 |
| **Grand Total:** | $1,086.00 |
| LoyaltyPointEarned: | $10.86 |

# Thank you for your order!

AR10475



**SIRCHIE**
Products ▪ Vehicles ▪ Training

100 Hunter Place
Youngsville, N.C. 27596
Phone: (919) 554-2244, (800) 356-7311
Fax: (919) 554-2266, (800) 899-8181
www.sirchie.com
Extended Sales Hours 8AM-8PM EST Mon-Thurs, 8AM-7:30 PM EST Fri.

| | |
|---|---|
| Quote Number: | 0756103 |
| Quote Date: | 8/10/2015 |
| Prepared by: | Philip Kovac |
| Modified by: | Philip Kovac |
| RE: RFQ | |
| FOB | Origin |

Page:    1

## *QUOTE*

Cust No: M84101
Attention:
Fax No.:
Phone No.: (801) 539-4127

E-mail: mdgochis@blm.gov

**Bill to Address:**
BUREAU OF LAND MANAGEMENT
440 WEST 200 S
STE 500
SALT LAKE CITY, UT  84101

**Ship to Address:**
BLM
200 Transfer Road
Gerlach, NV  89412

| Qty | | Description | Unit Price | Total |
|---|---|---|---|---|
| 5 | NARK2001 | TEST 01-MARQUIS REAGENT/10PAK | $15.50 | $77.50 |
| | | General Screening | | |
| 5 | NARK20015 | TEST 15- METHAMPHETAMINE/10 | $19.50 | $97.50 |
| 5 | NARK2004 | TEST 04-LYSERGIC DIETHYLAMIDE | $19.50 | $97.50 |
| | | General Screening | | |
| 5 | NARK2005 | TEST 05- DUQUENOIS-LEVINE/10 | $19.50 | $97.50 |
| | | 7-10 Days | | |
| 5 | NARK2006 | NARK Acid Neutralizer, 30ml | $5.00 | $25.00 |
| 5 | NARK2007 | TEST07-SCOTT REAGENT MODIFIED | $19.50 | $97.50 |
| 5 | NARK2008 | TEST 08-METHADONE/10 PAK | $19.50 | $97.50 |
| 5 | NARK2002 | TEST 02- NITRIC ACID/ 10 PAK | $15.50 | $77.50 |
| | | General Screening | | |
| 5 | NARK2009 | TEST 09- PCP / 10 PAK | $19.50 | $97.50 |
| 5 | NARK20010 | TEST10-OPIATE REAGENT-MECKE'S | $19.50 | $97.50 |
| 5 | NARK20011 | TEST 11- MECKE'S(MODIFIED)/10 | $19.50 | $97.50 |
| 5 | NARK2003 | TEST 03- DILLE-KOPPANYI/10PAK | $19.50 | $97.50 |

**Payment Details**
Terms:    CREDIT CARDS
Expected Delivery:    3 Days
Expiration:    30 Days
Federal ID No.: 26-1186682

| | |
|---|---|
| Net Order: | 1,057.50 |
| Less Discount: | 0.00 |
| Shipping & Handling: | 25.00 |
| Sales Tax: | 0.00 |
| Order Total: | 1,082.50 |

Thank you for your continued interest in SIRCHIE products.   When placing your order, please reference your quote number provided above.  If you have any questions or concerns, please do not hesitate to call.

Signature: _____

Philip Kovac

By placing this order, you are acknowledging you are a United States purchaser and agree not to ship products internationally and /or engage in a subsequent resale leading to the export of these items. Certain commodities cannot be exported from the United States without specific approval from the Department of Commerce (Part 730 *et seq.*, U.S. Export Administration Regulations) and/or the Department of State (22 C.F.R. 120-130, ITAR). Diversion contrary to U.S. law is prohibited.

RECEIPT#10

Huzzah! This email confirms that your order has shipped and is on its way to you. Click here to track your package.

Your order has shipped via **USPS Economy: 5 to 10 business days**.
Your tracking number is: **1ZA82V92YT00023373**

Got a question about your order? Click here to contact us with any questions about your order, or call us Monday - Friday, 9AM - 5PM PST at (877) 279-0632.

Thanks for shopping at Glowsource.com!

## Order Information

**Order number:** 105346
**Order Date:** 7/25/2015

## Billing Address

██████████
Bureau of Land Management
██████████
440 West 200 South
Suite 500
Salt Lake City, UT 84101 US

## Additional Information

## Payment Information

**Payment Method**
Credit or Debit Card

## Order Summary

| | | | |
|---|---|---|---|
| GLO-22AS 22" Premium Glow Necklaces | $17.45 x 40 | | **$698.00** |

**RECEIPT #11**
AR10477

11/19/2015                    DEPARTMENT OF THE INTERIOR Mail - Your Glowsource.com Order #105346 Has Shipped!

 Assorted (50 per Pack)
**Color:** Mixed Colors (+$2 Attached Connectors)

**Shipping To**

**Company:** Bureau of Land Management
1340 Financial Blvd Suite 500 Reno,
NV 89502 US

**Shipped Date**
2015-07-27

**Shipping Method**
USPS Economy: 5 to 10 business days

**Tracking Number**
1ZA82V92YT00023373

**Subtotal:** $698.00
**Discount:** $0.00
**Shipping:** $58.69
**Sales Tax:** $0.00
**Total:** $756.69

Glowsource.com
129 Roweland Drive Suite 201
Johnson City, TN 37601
Phone: (877) 279-0632
customerservice@glowsource.com

AR10478

Condition: New

**Shipping Address:**
~~██████████~~
200 Transfer Rd
Box 271
Gerlach, nv 89412
United States

| | |
|---|---|
| Item(s) Subtotal: | $249.95 |
| Shipping & Handling: | $23.19 |
| Free Shipping: | -$23.19 |
| | ----- |
| Total before tax: | $249.95 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$249.95** |
| | ----- |

**Shipping Speed:**
FREE Shipping

## Shipped on August 24, 2015

| Items Ordered | Price |
|---|---|
| 1 of: *Pelican 1650 Case with Foam for Camera (Desert Tan)*<br>Sold by: Amazon.com LLC | $249.95 |

Condition: New

**Shipping Address:**
~~██████████~~
200 Transfer Rd
Box 271
Gerlach, nv 89412
United States

| | |
|---|---|
| Item(s) Subtotal: | $249.95 |
| Shipping & Handling: | $23.19 |
| Free Shipping: | -$23.19 |
| | ----- |
| Total before tax: | $249.95 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$249.95** |
| | ----- |

**Shipping Speed:**
FREE Shipping

## Shipped on August 24, 2015

| Items Ordered | Price |
|---|---|
| 1 of: *Pelican 1650 Case with Foam for Camera (Desert Tan)*<br>Sold by: Amazon.com LLC | $249.95 |

Condition: New

**Shipping Address:**
~~██████████~~
200 Transfer Rd
Box 271
Gerlach, nv 89412
United States

| | |
|---|---|
| Item(s) Subtotal: | $249.95 |
| Shipping & Handling: | $23.17 |
| Free Shipping: | -$23.17 |
| | ----- |
| Total before tax: | $249.95 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$249.95** |
| | ----- |

**Shipping Speed:**
FREE Shipping

## Shipped on August 24, 2015



**Payment information**

**Payment Method:**
▓▓▓▓▓ | Last digits: ▓▓▓

**Billing address**

4701 N TORREY PINES DR
LAS VEGAS, NV 89130-2301
United States

Estimated tax to be collected:       $0.00

-----

**Credit Card transactions**       ▓▓▓▓▓▓▓▓▓▓▓: August 24, 2015:   $749.85

To view the status of your order, return to <u>Order Summary</u>.





## magnumelectronics.com Order Confirmation

1 message

**orders@magnumelectronics.com** <orders@magnumelectronics.com>                    Mon, Aug 10, 2015 at 12:15 PM
To



CustomerID# 9141

Thank you for your order. Your order number is 800120, placed 08/10/2015 at 03:15PM.

Your merchandise should ship within 7 days. If an item is not in stock it will be ordered the same day and usually shipped within 3 business days unless it is backordered with the manufacturer. Please call us at (302)734-9250 if you need an item expedited or to verify that we have it in stock.

**Bill To:**

BLM

4701 North Torrey Pines
Las Vegas, NV 89130
United States

**Ship To:**

BLM

4701 North Torrey Pines
Las Vegas, NV 89130
United States

**Payment Info:**



Credit Card: MasterCard

**Shipping Method:**

FedEx 2Day®

**Order Details:**

| Code | Item | Qty | Price | Grand Total |
|------|------|-----|-------|-------------|
| TKN8531 | Motorola TKN8531 KVL Keyloader Cable - XTL, APX | 2 | $94.95 | $189.90 |
| NTN8613 | NTN8613 Keyload Adapter - XTS5000 | 2 | $79.00 | $158.00 |
| HKN6182 | Motorola HKN6182 KVL Keyloader Adapter - XTL, APX 7500/6500 | 2 | $65.00 | $130.00 |
| WPLN6904 | Motorola WPLN6904 KVL Keyload Cable - APX | 2 | $99.00 | $198.00 |

Subtotal: $675.90

Tax: $0.00

Shipping

**RECEIPT #13**

AR10481

Cost:
Grand Total: $710.39

For price promotions, tech tips, and recent news, visit our blog at blog.magnumelectronics.com.
Visit us again at http://www.magnumelectronics.com/



# RadioMate ®

1872 Countrywood Court • Walnut Creek, California 94598 • (925) 943-6442 • Fax (92
I N V O I C E

| | |
|---|---|
| SOLD TO: | SHIP TO: |
| BLM ARIZONA/BLACKROCK<br>ONE N CENTRAL AVE800<br>PHOENIZ<br>AZ       85004<br>ATTN. | BLM BLACK<br>200 TRANSF<br>GERLACH<br>NV        8<br>ATTN. JON YOUNG |

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

| | | | |
|---|---|---|---|
| ORDER DATE | 150901 | SHIP VIA | UPS |
| ORDER NUMBER | 35921N | WAYBILL NO. | CC |
| CUSTOMER P.O. NO. | | SHIP DATE | 15090. |
| INVOICE NUMBER | 155921 | NO. CARTONS | 1 |
| INVOICE DATE | 150902 | PAGE NUMBER | |

### TERMS: CC

A FINANCE CHARGE OF 1.5% PER MONTH (18% ANNUM) WILL BE CHARGED PAST DUE ACCOUNT!

| ITEM | ORDER | SHIP | B/O | MODEL NUMBER / PART NUMBER | UNIT COST | TOTAL COST |
|---|---|---|---|---|---|---|
| 1. | 6 | 6 | 0 | RMT 265<br>HDST,OH NC MIC CUSH PLUS | $  104.00 | $   624.00 |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |

**Thank you for your order**

A RMA is required for all returns. All returns must be within 30 days, unused in original packaging & subject to a 25% restocking charge.

| | | |
|---|---|---|
| SUB TOTAL | $ | 624.00 |
| DEPOSIT | | |
| SALES TAX | $ | .00 |
| SHIPPING | $ | 48.10 |
| LABOR | $ | |
| **PAID/CREDIT CARD** -----> | $ | 672.10 |

CUSTOMER SHIP FIRST OVERNIGHT.
SHIPPING + INS. PREPAID AND ADDED.

RECEIPT #14
AR10483

View order                                                                              Page 1 of 1



**Powerwerx**
23695 Via Del Rio          Phone: 888-321-0073
92887, Yorba Linda, CA     Fax: 714-674-4949
United States of America   Email: cs@powerwerx.com

Number: 7529409
Date: 08/16/2015
Status: Received



| Bill to | | Ship to | |
|---|---|---|---|
| BLM ████████ Phone: ███████ Email: ████████ 4701 North Torrey Pines 89130, Las Vegas, NV United States of America | | BLM ████████ Phone: ███████ Email: ████████ 200 Transfer Rd Box 271 89412, Gerlach, NV United States of America | |

**Ship via:** UPS 2nd Day Air

| SKU | Name | Price | Qty | Amount |
|---|---|---|---|---|
| CigBuddy | CigBuddy, the portable cigarette lighter plug to Powerpole adapter | $14.99 | 4 | $59.96 |
| 1462G1 | Powerpole Mounting Clamp Pair for 2 or 4 PP15/30/45 Powerpoles | $2.99 | 5 | $14.95 |
| 3-6054P2 | SB50 Environmental Boot with Cover, Load Side | $9.99 | 10 | $99.90 |
| 3-6055P2 | SB50 Environmental Boot with Cover, Source Side | $10.99 | 10 | $109.90 |
| PanelDVM-Blue | Powerwerx Panel Mount Digital Blue Volt Meter for 12/24V Systems | $19.99 | 1 | $19.99 |
| PanelHoleSaw | Hole Saw for Panel Mount Accessories, Arbored 1-3/16" High Speed | $17.99 | 1 | $17.99 |
| WattMeter-PP | DC Inline Watt Meter and Power Analyzer, Powerpole Ends | $49.99 | 6 | $299.94 |

| | |
|---|---|
| Product Total: | $622.63 |
| Shipping: | $30.05 |
| Tax: | $0.00 |
| **Total:** | **$652.68** |

**Payments:**

| Type | Status | Delivery | Amount | Reference | Created |
|---|---|---|---|---|---|
| Credit card | Approved | Online | $652.68 | | 08/16/2015 |

RECEIPT #15

AR10484

# ASEPTIC CONTROL PRODUCTS, INC.

3831 INDUSTRIAL AVE UNIT D
ROLLING MEADOWS
IL   60008
Phone: (800) 448-0131 Ext.     Fax: (847) 342-1809

# INVOICE

**DATE**   July 28, 2015
**NUMBER**   0000088454
**CUSTOMER NO.**   GB9318

**BILL TO:**

BUREAU OF LAND MANAGEMENT
ONE N. CENTRAL AVE.
SUITE 800
PHOENIX AZ   85004

(602) 417-9318 Ext.

**SHIP TO:**

BUREAU OF LAND MANAGEMENT
440 W 200 SOUTH
SUITE 500
SALT LAKE CITY UT   84101

(602) 417-9318 Ext.

| P.O. NUMBER | SALESPERSON | ORDER DATE | REQ. DATE | ORDER NUMBER |
|---|---|---|---|---|
| 062715 | | 28-Jul-15 | | 0000161870 |

| F.O.B. | SHIP VIA | TERMS |
|---|---|---|
| SHIP PT. | FED-EX GROUND | MASTER CARD |

| STOCK CODE DESCRIPTION | UOM | QUANTITY REQ. | QUANTITY SHIPPED | B.O. | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 10-1628 VIONEX NO RINSE GEL 18oz. | CS. | 3 | 3 | | 88.94000 | 266.82 |
| 10-1624 VIONEX NO RINSE GEL 4oz. | CS. | 2 | 2 | | 72.13000 | 144.26 |
| 10-1398 WALL BRACKET FOR 18oz. BTL. | EA. | 1 | 1 | | 4.40000 | 4.40 |
| 10-1510 VIONEX ANTIMICRO. SKIN WIPES | CS. | 1 | 1 | | 74.71000 | 74.71 |

Limitation of liability. IT IS UNDERSTOOD AND
AGREED THAT SELLER'S LIABILITY WHETHER IN
CONTRACT, IN TORT, UNDER ANY WARRANTY, IN
NEGLIGENCE OR OTHERWISE SHALL NOT
EXCEED THE RETURN OF THE PURCHASE PRICE
PAID BY PURCHASER AND UNDER NO
CIRCUMSTANCES SHALL SELLER BE LIABLE FOR
SPECIAL, INDIRECT OR CONSEQUENTIAL
DAMAGES. THE PRICE STATED FOR THE
PRODUCTS, GOOD OR EQUIPMENT IS A
CONSIDERATION OF LIMITING SELLER'S LIABILITY.
NO ACTION, REGARDELESS OF FORM, ARISING
OUT OF THE TRANSACTIONS UNDER THIS
AGREEMENT.

CONTINUED

RECEIPT #16

# ASEPTIC CONTROL PRODUCTS, INC.

**3831 INDUSTRIAL AVE UNIT D**
**ROLLING MEADOWS**
**IL   60008**
Phone: (800) 448-0131 Ext.     Fax: (847) 342-1809

# INVOICE

**DATE**   July 28, 2015
**NUMBER**      0000088454
**CUSTOMER NO.**    GB9318

**BILL TO:**

BUREAU OF LAND MANAGEMENT
ONE N. CENTRAL AVE.
SUITE 800
PHOENIX AZ    85004

(602) 417-9318 Ext.

**SHIP TO:**

BUREAU OF LAND MANAGEMENT
440 W 200 SOUTH
SUITE 500

SALT LAKE CITY  UT   84101

(602) 417-9318 Ext.

| P.O. NUMBER | SALESPERSON | ORDER DATE | REQ. DATE | ORDER NUMBER |
|---|---|---|---|---|
| 062715 | | 28-Jul-15 | | 0000161870 |

| F.O.B. | SHIP VIA | TERMS |
|---|---|---|
| SHIP PT. | FED-EX GROUND | MASTER CARD |

| STOCK CODE DESCRIPTION | UOM | REQ. | SHIPPED | B.O. | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| PAID IN FULL WITH MASTERCARD | | | | | | |

|  |  |
|---|---|
| **NET AMOUNT** | 490.19 |
| **FREIGHT** | 75.75 |
| **TAX** | |
| **TOTAL DUE** | $565.94 |

AR10486



5900 Parretta Drive ● KANSAS CITY, MISSOURI ● 64120
TELEPHONE: (816) 241-8500 ● FAX: (816) 241-5713
EMAIL: mail@midlandradio.com
WEBSITE: www.midlandradio.com

**QUOTE# 081015-2_BLM** 

GSA Contract No. GS35F0336M / DHS TACCOM Contract No. HSSS01-12-D-0026)
(Pricing Based on Current Promotion, Effective Through August 31, 2015)

**Date:** July 6, 2015
**To:** ▬▬▬▬▬▬
      **Bureau of Land Management - NV**
**Phone: (775) 861-6409**
**E-Mail:** ▬▬▬▬▬▬▬▬▬

| MODEL NO. | PRODUCT DESCRIPTION | QTY. | PER UNIT PRICE | ITEM EXT PRICE |
|---|---|---|---|---|
| 91-1310 | KVL Keyloader Cable for STP/STM/SDT Series P25 Portables, Mobiles, and Desktop Stations and  Base Tech III P25 Base Stations/Repeaters | 2 | $275.00 | $550.00 |
| | | | | |
| | | | **GRAND TOTAL** | $550.00 |

- **NOTE:  Promotional pricing for P25 Portable, Accessories, Options, and Service Items effective through August 31, 2015.**

- **Price Includes FOB Destination.**

Thank you.  Please feel free to contact me with any questions at 1-800-821-7848, extension 234, or via e-mail at sballew@midlandradio.com.

RECEIPT #17
AR10487

**FOAM PLASTICS & RUBBER PRODUCTS**
**4765 E BRYSON ST**
**ANAHEIM, CA 92807**

PH: 714-779-8794    FAX: 714-779-8066
e-mail: sales@caseclub.com
www.caseclub.com

1990 - 2015
Twenty-Five Years of
Excellent Customer Service

**PAID**
08/01/2015

# INVOICE

| Date | Invoice # |
|------|-----------|
| 5/21/2015 | INV15-0865 |

| Bill To | Ship To |
|---------|---------|
| Office of Law Enforcement & Security<br>One North Central Avenue, Suite 800<br>Phoenix, AZ 85004-4427 | Office of Law Enforcement & Security<br>One North Central Avenue, Suite 800<br>Phoenix, AZ 85004-4427 |

| P.O. No. | Terms | Due Date | FOB | Shipped Via | Sales Order No. |
|----------|-------|----------|-----|-------------|-----------------|
|  | CREDIT | 5/21/2015 |  | UPS GROUND |  |

| DESCRIPTION | QTY ORDERED | QTY SHIPPED | BAL. DUE | UNIT PRICE | AMOUNT |
|-------------|-------------|-------------|----------|------------|--------|
| 3I-4213-12B-E CASE BLACK, CUSTOM PE FOAM FOR CUSTOMERS PARTS, 2 SILICA GELS IN EACH CASE, MIL INJECTION MOLDED CASE |  | 1 | 0 | 485.92 | 485.92T |
| SHIPPING CHARGES<br>Shipped On:  05/29/2015  Tracking #: 1Z0785X00368815171<br>Out-of-state sale, exempt from sales tax |  |  |  | 31.95<br>0.00<br><br>0.00% | 31.95<br>0.00<br><br>0.00 |

| 3% FEE (BASED ON THE GRAND TOTAL) WILL BE CHARGED FOR NET 30 ACCOUNTS THAT ARE PAID BY CREDIT CARD | **Total** | $517.87 |
|---|---|---|
| A FEE OF $30 WILL BE APPLIED TO ALL RETURNED CHECKS. | **Payments/Credits** | -$517.87 |
|  | **Balance Due** | $0.00 |

Defective merchandise may be returned for replacement or a refund (excluding shipping charges) within 30 days of purchase. A return merchandise authorization (RMA) number and the original invoice must accompany all returns for defective and non-defective merchandise.  Non-defective stock merchandise may be returned for a refund (excluding shipping charges & 20% - 25% restocking fee) within 30 days of purcase, provided the case is not damaged or used and is returned in its original packaging. No returns on special order merchandise or custom cases. Shipping and handling charges are not refundable. Cases damaged by shipping companies must be claimed within 10 days of receipt for credit from shipping company. Note: Some manufacturers have a money back guarantee of their own, (see documentation accompanying your merchandise or contact us with any questions) you may be able to return the product directly to the manufacturer.

**RECEIPT #18**
AR10488



HOUSEHOLD     PERSONAL CARE     BEAUTY     HEALTH & WELLNESS     GROCERY

**FREE 1-2 DAY DELIVERY ON ALL ORDERS $49+  |  FREE RETURNS**



Thank you for shopping at Soap.com. **Your Order ID is 44456733**. Please refer to this number if you need to contact us. NOTE: Items may arrive in multiple boxes, from multiple carriers and can be delivered as late as 8pm.

**Here are your order details:**

Item ships free and will arrive **Tomorrow, Thursday, Jul. 23**

| Qty | Description | Item Price | Discount | Subtotal |
|-----|-------------|------------|----------|----------|
| 67 | Wet Ones Antibacterial Hand Moist Wipes, Travel - Fresh - 15 ct - 3 pk | $6.16 | $0.00 | $412.72 |

### Order Summary

| | |
|---|---|
| Subtotal: | $412.72 |
| Shipping: | $0.00 |
| Total | $412.72 |

**Shipping info:**
440 W 200TH S STE 500
SALT LAKE CITY, UT  84101-1434
United States

**NOTE:** If items are shipping directly from the manufacturer, you'll receive a separate email with tracking

**RECEIPT #19**
AR10489



**More saving.**
**More doing.**®

6590 SOUTH VIRGINIA ST, RENO, NV 89511
STORE MANAGER KYLE NUGENT (775) 851-9600

3310  00003  00426   08/26/15  09:30 AM
CASHIER RAQUEL - RXA602

076174723731 DP PRO ORG <A>
  DEWALT MIDSIZE DEEP PRO ORGANIZER
  4814.97                      5
  MAX REFUND VALUE $58.52/4
030546400002 SIGN <A>
  CREATE A SIGN WHITE CORRUGATED 20X24
  204.98                    9.96N
  MAX REFUND VALUE $9.74/2
038902034953 PTN158S1 <A>      8.47N
  #8 X 1-5/8" PG10 EXT SCREW 1 LB
  MAX REFUND VALUE $8.28
038902035356 PTN2S1 <A>        8 47N
  #8 X 2" PG10 EXT SCREW 1 LB
  MAX REFUND VALUE $8.28
051131982345 LARGE HOOK <A>
  COMMAND BRSHD NCKL MODERN HOOK LARGE
  409.96                    39.84N
  MAX REFUND VALUE $38.90/4
030699731664 MASON LINE <A>    3.61N
  MASON LINE POLY PRO #1FX3X5 WHITE
  MAX REFUND VALUE $3.53
051141365251 HOOK <A>
  503.87                    19.35N
  COMMAND QUARTZ TERRACE HOOK
  MAX REFUND VALUE $18.90/5
049223503578 11/4VNCPHKWH <A>
  VINYL MUG HOOKS, WHITE, 1-1/4"
  501.98                    9.90N
  MAX REFUND VALUE $9.70/5
736511430363 #66PRINCPK <A>
  #66 DIVA-PRINCESS PINK
  404.48                    17 92N
  MAX REFUND VALUE $17.52/4
052427600356 GORILLA TAPE <A>
  GORILLA 35 YD HEAVY DUTY DUCT TAPE
  508.98                    44 90N
  MAX REFUND VALUE $43.90/5

  SCOTCH 2 X 55 YD 3430 TAPE
  604.49                    26.94N
  MAX REFUND VALUE $26.33/6
046878279353 BRASS COUPL <A>
  BRASS GOOSENECK SHUTOFF COUPLING
  205.97                    11.94N
  MAX REFUND VALUE $11.67/2
046878279377 12PK WASHERS <A>
  RUBBER HOSE WASHERS 12 PK
  201.19                    2.38N
  MAX REFUND VALUE $2.32/2
046878279339 SHUT OFF CPL <A>
  BRASS SHUTOFF COUPLING
  205.97                    11.94N
  MAX REFUND VALUE $11.67/2
616013108086 UNVRSL CLMP <A>
  PIPE CLAMP STRUT SILVER 1-1/2" EA
  403.00                    12.00N
  MAX REFUND VALUE $11.72/4
616013108079 UNVRSL CLMP <A>
  PIPE CLAMP STRUT SILVER 1-1/4" EA
  402.25                    9.00N
  MAX REFUND VALUE $8.80/4
008236471526 SIGN <A>          1.19N
  2"X8" SIGN - PRIVATE PLASTIC
  MAX REFUND VALUE $1.16
008236471571 SIGN <A>          1.19N
  2"X3" SIGN - EMPLOYEE ONLY PLASTIC
  MAX REFUND VALUE $1.16
045899401323 SIGN <A>
  6"X6" SIGN - NO CELL PHONE
  402.48                    9 92N
  MAX REFUND VALUE $9.70/4
045899402818 SIGN <A>
  6X6 SELF ADHESIVE RECYCLE
  601.28                    7.68N
  MAX REFUND VALUE $7.51/6
045899401255 SIGN <A>
  4"X6" SIGN-WI-FI SELF ADHESIVE DECAL
  302.48                    7.44N
  MAX REFUND VALUE $7.27/3
------ ------GSA Customer     ----
395.74 2.25 Percent Off        -8.90
MUST RETURN ALL ITEMS FOR A FULL REFUND

                    SUBTOTAL      386.84
                    SALES TAX       0.00
TAX EXEMPT
                    TOTAL       $386 84
                                386.84
AUTH CODE 029962/6013004

**EV** Evident, Inc.
739 Brooks Mill Road
Union Hall VA 24176-4025

Phone 800-576-7606 or 540-576-3512
Fax 888-384-3368 or 540-576-3942
contact@evident.cc
**www.ShopEVIDENT.com**

| Page | Date | Invoice |
|---|---|---|
| 1 | 06/10/15 | 97188A |

**Evident, Inc.**
**Federal ID #54-1634534**

BILL TO:
BUREAU OF LAND MANAGEMENT ~ OLES
ACCOUNTS PAYABLE
440 WEST 200 SOUTH STE 500
SALT LAKE CITY, UT   84101

SHIP TO:
BUREAU OF LAND MANAGEMENT ~ O
1340 FINANCIAL BLVD
RENO, NV   89502

| Customer No. | Sales I.D. | Purchase Order# | Media Code | Payment Terms |
|---|---|---|---|---|
| 45556 | /GIL | | FUT/ | |

| Credit Card Number | Type | App. Code | Phone Number | Total Wt. | Zone | # Packages | Ship Via |
|---|---|---|---|---|---|---|---|
| | | 094177 | | 25.7 | 8 | 1 | UPC |

View Our New Website At www.ShopEVIDENT.com

| Qty. | B/O | Shipped | Item # | Description | Unit Price | Disc. | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 0 | 1 | 5061 | 100 - Medium Paper Evidence Bags | 22.00~~ | | 22.00 |
| 3 | 0 | 3 | 5023 | 50 - Tyvek Evidence Envelopes 9 1/2" X 12 1/2" | 42.00~~ | | 126.00 |
| 3 | 0 | 3 | 4026 | 12 - Syringe Evidence Tubes | 16.50~~ | | 49.50 |
| 2 | 0 | 2 | 403-PB16 | 5 - 16 oz. Leakproof Plastic Bottles | 17.00~~ | | 34.00 |
| 2 | 0 | 2 | 403-PB32 | 5 - 32 oz. Leakproof Plastic Bottles | 28.00~~ | | 56.00 |
| 3 | 0 | 3 | 403-PJ64 | 1 - 64 oz. Large Plastic Jar | 4.50~~ | | 13.50 |
| 1 | 0 | 1 | 403-PJ128 | 1 - 128 oz. Large Plastic Jar | 6.00~~ | | 6.00 |
| 3 | 0 | 3 | 8032 | 100 - 3 1/2" x 6" Evidence Labels | 10.00~~ | | 30.00 |

EVIDENT, INC. IS A WOMAN-OWNED
SMALL BUSINESS
FEID: 54-1634534

EMAIL INVOICE TO:

| | |
|---|---|
| MERCHANDISE INVOICE TOTAL $ | 337.00 |
| SHIPPING & HANDLING $ | 36.00 |
| INVOICE TOTAL $ | 373.00 |
| $ | -373.00 |

**RECEIPT #21**

AR10491

Page 1 of 1

| U-HAUL EQUIPMENT CONTRACT | | In-Town Return (IN) |

**Contract No.:** 24487302
**Thursday 9/10/2015 3:52 PM**

U-Haul Moving & Storage of Carson City
(864081)

1498 E Williams
CARSON CITY, NV, 89701

(775)882-6887

**Customer Name:**

**Cust Ph - Email:**

Rental Date/Time: 9/10/2015 7:07 AM
Return Date/Time: 9/10/2015 3:50 PM
Chargeable Rental Periods: 1

| Equipment | MI Out | MI In | MI Rate | MI Charge | Coverage | Missing or Damage Charge: | Rental Rate | Rental Charge | Actual Charges |
|---|---|---|---|---|---|---|---|---|---|
| TT - 20' Truck TT 1450D Plate: AE09612 State: AZ | 57529.0 | 57821.0 | $0.89 X 292.0 | $259.88 | $0.00 | $0.00 | $29.95 | $29.95 | $289.83 |
| Utility Dolly | Qty Rented: 1 Qty Returned: 1 | | Qty Missing: 0 Qty Damaged: 0 | | | $0.00 | $7.00 | $7.00 | $7.00 |

**FUEL TANK CAPACITY: 0 GALLONS**

| Environmental Fee: | $1.00 |
|---|---|
| SubTotal: | $297.83 |
| EZ Fuel Sales: | $71.25 |
| Rental Tax: | $22.62 |
| Rental Charges: | $391.70 |
| Previous Paid: | $0.00 |

**Card Type:** MASTERCARD
**Account:** XXXXXXXXXXXXXXX
**Auth:** 072751

Credit Card Payment: $119.00

**Card Type:** MASTERCARD
**Account:** XXXXXXXXXXXXXX
**Auth:** 092485

Credit Card Payment: $272.70

Net Paid Today: $391.70

. I confirm that during the term of my rental there was not an accident involving the rented U-Haul equipment and no incidence where this equipment struck or otherwise caused damage to any person or property either while on a public road or private property. There was no injury or damage sustained by me or any other drivers or passengers of this equipment.

X_____
    Customer Signature

ERICK SALAS-LÓPWBS TRNCRS

**How are we doing? Please go to http://www.uhaul.com/review and let us know if you received the level of quality and service you expect from this U-Haul location.**

**RECEIPT #22**
AR10492



Reno Sparks Scheels
1200 Scheels Drive
Sparks, NV 89434
(775)331-2700

------------------------------------------

8/16/15                          10:23 AM
Trans.: 8009                Store: 00074
Reg.: 016                     Till: 016
Cashier: 56315              Sales: 56315

                  SALE



            0 0 0 7 4 0 1 6 8 0 0 9

------------------------------------------

CASE SINGLE PISTOL                49.99  T
   01942809320       1 @    49.99
   Store=49.99 @ 7.7250%        3.86

CASE IN2700 W/FOAM 4PISTOL-BLK   199.99  T
   82549400050       1 @   199.99
   Store=199.99 @ 7.7250%      15.45

Subtotal                        249.98
   Store Taxable Amount    249.98
   Store Tax                 19.31
Total Sales Tax                  19.31

Total                           269.29

   Credit                       269.29
   Card: MasterCard
   Account:      ▮▮▮▮
   Auth: 094096 (A)
   Entry: Swipe

Total Tender                    269.29

Change Due                        0.00

   If you used a Scheels Visa Card today,
    you earned $8.08 in reward value
    toward your next Scheels Gift Card.
        Reward Your Passion!

            Customer Copy
------------------------------------------

            Visit the
        Scheels website
              at
        www.scheels.com

**amazon**.com

## Final Details for Order #106-3955787-7241063
Print this page for your records.

**Order Placed:** August 15, 2015
**Amazon.com order number:** 106-3955787-7241063
**Order Total:** $2,499.50

## Shipped on August 18, 2015

| Items Ordered | Price |
|---|---|
| 1 of: *Pelican 1650 Case with Foam for Camera (Desert Tan)*<br>Sold by: Amazon.com LLC | $249.95 |

Condition: New

**Shipping Address:**
~~████████████~~
200 Transfer Rd
Box 271
Gerlach, nv 89412
United States

**Shipping Speed:**
FREE Shipping

| | |
|---|---|
| Item(s) Subtotal: | $249.95 |
| Shipping & Handling: | $23.19 |
| Free Shipping: | -$23.19 |
| | ----- |
| Total before tax: | $249.95 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$249.95** |
| | ----- |

```
SPORTSMAN'S WAREHOUSE
3306 Kietzke Lane
Reno, NV 89502
775-828-1500


1311777 1200 CASE TAN      49.99  T
1310259 PELICAN 1450 PI   139.99  T

        SUBTOTAL          189.98
        SALES TAX          14.68
        TOTAL             204.66
        MC               (204.66)

MC          SALE $204.66
XXXXXXXXXXX         SWIPED
APPR: 075901
JOURNAL: 0123013975896838


Tran Code: 053 12AC 001 00H6
*05312AC00100H6*


             484    # 17
Register:REG1   Aug 16 2015  2:02 PM
      Thank you for shopping at
        SPORTSMAN'S WAREHOUSE!
   30-day return policy with receipt
   only. Merchandise must be resaleable.
   For the safety of our customers, all
   sales of firearms, ammunition, powder,
   primers, thermal underwear, and
        swimwear are FINAL.


      We value your opinion - visit
   www.sportsmanswarehouse.com/opinion
     to complete a survey about your
       recent shopping experience.
          For your time,
      you will be entered into our
       monthly drawing for a chance
          to win 1 of 5
      $100.00  gift  cards
      which can be redeemed in store
          or online at
       www.sportsmanswarehouse.com
```



**LOWE'S®**

LOWE'S HOME CENTERS, LLC
5075 KIETZKE LANE
RENO, NV 89511 (775) 824-4750

Q621F0039X

**- SALE -**

SALES#: S0321JS1 875734   TRANS#: 77869101 08-29-15

| | | | |
|---|---|---|---|
| 530395 UT 8-IN AIR CIRCULATOR FA | | 35.96 | *ON |
| | 2 @ | 17.98 | |
| 406110 UTL 3PACK LED BATTERY POW | | 77.88 | *ON |
| | 6 @ | 12.98 | |
| 67864 UTLT 25-FT 12/3 YLW SJTW | | 38.47 | *ON |
| 59226 UTLT 15-FT 14-GAUGE YLW O | | 18.97 | *ON |
| 71125 DOT IT LINEAR SWIVEL 1CT | | 9.48 | *ON |
| 363522 NL PASSWORD 2-IN BRASS RE | | 13.98 | *ON |
| 309004 GH 4-1/2-IN ZINC DOUBLE H | | 5.75 | *ON |

SUBTOTAL:           200.49
TOTAL TAX:            0.00
INVOICE 08550  TOTAL:      200.49
M/C:            200.49

M/C ▇▇▇▇ AMOUNT:200.49 AUTHCD:050305
SWIPED REFID:869101032108 08/29/15 10:25:01
CUSTOMER CODE: b1m

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

STORE: 0321  TERMINAL: 38  08/29/15 10:25:16

**# OF ITEMS PURCHASED:** 8
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

*ON-OPEN MARKET

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER:  ROBERT GONSALVES

WE HAVE ▇▇ LOWEST PRICES, GUARANTEED
IF YOU FIND A LOWER PRICE ▇▇▇▇▇
SEE STORE FOR DETAILS.

**RECEIPT #26**
AR10496

WebBEST Receipt                                                                Page 1 of 3

**One-Way Rental (OUT) -** Wednesday, 8/19/2015 7:34 AM Contract No.: 23979729 Equip.: - TT 2937F
**ROADSIDE ASSISTANCE:** visit myuhaul.com
**Dispatched From:** 864081 - Safe-Protection(NO)

Customer

Renting Location:
U-Haul Moving & Storage of Carson City -
(864081)
1498 E Williams
CARSON CITY, NV 89701 (775)882-6887

**Destination:** FERNLEY, NV              **Due Date/Time:** 8/20/2015 7:33 AM
**DROP OFF EQUIPMENT AT:**   A to Z RV Repair & Auto Detail       868 Hwy 95a S , FERNLEY, NV       (775) 835-6942

Days Allowed: 1       MI Allowed: 50.0
Extra Day Rate for the TT $40.00 Per Day              $0.40 Per MI

| Equipment | MI Out | Coverage | Rental Charge | Total Charge |
|-----------|--------|----------|---------------|--------------|
| TT 2937F  | 8531.6 | $0.00    | $125.00       | $125.00      |
| A637433 AZ |       |          |               |              |

REGULAR CHECK-IN — EMAIL ON FILE

FUEL TANK CAPACITY: 40 GALLONS

| Environmental Fee: | $5.00 |
|---|---|
| SubTotal: | $130.00 |
| Rental Tax: | $9.88 |
| Rental Deposit Paid: | $0.00 |
| Total Rental Charges (including Deposit): | $139.88 |

```
E    1/8   1/4   3/8   1/2   5/8   3/4   7/8   F
30  27.3  23  20.5  18  15  13  10.5  7.8  5.3  2.8  1.8
```
Estimated gallons needed to return to dispatched level of 3/4

Card Type:              Account:                      Auth-
MASTERCARD        XXXXXXXXXXXXXXXX         061038

Credit Card Payment:   $139.88

Net Paid Today:   $139.88

SafeMove Declined for Equipment TT 2937F .

• I agree to verify my truck's fuel level is 3/4 before leaving the premises. I will return the vehicle with the same amount of fuel as when dispatched and/or agree to pay a $4.75 per gallon convenience fee for the estimated fuel I do not replace. If returned with less than a 1/4 tank, I agree to also pay a $30.00 service fee. U-Haul does not reimburse if this truck is returned with more fuel than what is printed on the receipt gauge. U-Haul pays for oil (save receipts).

• U-Haul provides the Customer with minimum limits of protection required by that state or province where arises any claim, suit or cause of action. This provided protection is in excess or secondary to any insurance coverage(s) of the Customer. Customer assumes Sole Responsibility for any and all liability that exceeds the applicable minimum limits of protection for that state or province.

• I understand that this equipment must be returned to one of the U-Haul drop-off locations listed on this contract or I must call the drop-off number.
• I understand that the equipment rented is water resistant and not water proof.
• I acknowledge that I have received the appropriate User Instructions and acknowledge my responsibility to fully read and understand these User Instructions before operating the equipment.
• I understand that I am financially responsible for all damages to equipment.
• I agree to submit all claims against U-Haul in accordance with the U-Haul Arbitration Agreement, incorporated by reference, and available at uhaul.com/arbitration or from your local U-Haul representative.

• I agree that distracted driving is dangerous and that driving while distracted is likely to lead to an accident/crash causing serious injury or death. I agree not to use a hand held mobile phone (other than for an emergency call) and not to text while driving any U-Haul truck or towing any U-Haul Trailer, Tow Dolly or Auto Transport. My agreement not to do so is material to U-Haul's decision to enter into this Agreement. My failure to comply is material breach of this Agreement.

- The following shall be admissible as evidence of negligence and breach of contract in any lawsuit or arbitration: 1) that the driver of the U-Haul truck, or vehicle towing any U-Haul Trailer, Tow Dolly or Auto Transport was texting while driving; 2) that the driver of the U-Haul truck, or vehicle towing any U-Haul Trailer, Tow Dolly or Auto Transport, was using any mobile phone (other than hands free or for an emergency call) while driving.
• I acknowledge that I have received and agree to the terms and conditions of this Rental Contract and the Rental Contract Addendum.

Scott Hykes

Customer Signature

Discount Savings on Motel and Hotel Rooms. Advanced Reservations Required at Some Locations.10% OFF at La Quinta Inns and Suites: 1-800-753-3757 Online @ www.lq.com/uhaul20% OFF at Days Inn, Ramada and Super 8 Motels: 1-877-670-7088 Online @ www.wyndhamrewards.com/uhaul
Questions or need help? Call me.

_____ (775)882-6887
69461162(8)

RECEIPT #27

AR 0467

8/22/2015

Tevalda_Gvmrole_..gli

## U-HAUL EQUIPMENT CONTRACT

**Contract No.:** 23979729
Wednesday 8/19/2015 3:52 PM

**Customer Name:**

**Rental Date/Time:** 8/19/2015 7:33 AM
**Days Allowed:** 1

**Cust Ph - Email:**

**Return Date/Time:** 8/19/2015 3:52 PM
**MI Allowed:** 58.0

**Card Type:**
MASTERCARD

**Account:**
XXXXXXXXXXXXXX

**Auth-**
025827

One-Way Return (IN)

Main Street Gas & Food Mart
(020723)

**Dispatching Location:** 864081

605 E Main St
FERNLEY, NV. 89408

(775)835-8261

**Track Details:**

| | Amount |
|---|---|
| Track: TT - 20' Track - TT 2937F | |
| Mileage: OUT = 8531.6 \| IN = 8784.4 | |
| Extra Miles (194.8 MI @ $0.40/MI): | $77.92 |
| **Total Track Charges:** | **$77.92** |

**Other:**

| | Amount |
|---|---|
| EZ Fuel Sales: | $50.35 |
| Other Total: | $50.35 |

**Total Equipment Charges:**

| | Amount |
|---|---|
| SubTotal: | $128.27 |
| Rental Tax: | $5.53 |
| **Grand Total:** | **$133.80** |
| Previous Paid: | $0.00 |
| Credit Card Payments | $133.80 |
| Net Paid Today: | $133.80 |

**X** _____
Customer Signature

**X** _____
Agent Signature - (20723)

* I confirm that during the term of my rental there was not an accident involving the rented U-Haul equipment and no incidence where this equipment struck or otherwise caused damage to any person or property either while on a public road or private property. There was no injury or damage sustained by me or any other drivers or passengers of this equipment.

**How are we doing? Please go to http://www.uhaul.com/review and let us know if you received the level of quality and service you expect from this U-Haul location.**

1/1

RECEIPT #28

amazon.com

## Details for Order #111-3629313-5207457
Print this page for your records.

**Order Placed:** August 12, 2015
**Amazon.com order number:** 111-3629313-5207457
**Order Total: $131.32**

## Not Yet Shipped

| Items Ordered | Price |
|---|---|
| 28 of: *2.5mm Covert Listen Only Acoustic Clear Tube Earpiece 1 PIN for Ham Radio*<br>Sold by: Profee Store (seller profile)<br><br>Condition: New | $4.69 |

**Shipping Address:**

200 Transfer Rd
Box 271
Gerlach, nv 89412
United States

**Shipping Speed:**
Standard

## Payment information

**Payment Method:**
MasterCard | Last digits:

**Billing address**
Dalton Black
4701 N TORREY PINES DR
LAS VEGAS, NV 89130-2301
United States

| | |
|---|---|
| Item(s) Subtotal: | $131.32 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $131.32 |
| Estimated tax to be collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$131.32** |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2015, Amazon.com, Inc. or its affiliates

**RECEIPT #29**

AR10499

**Shipped on August 13, 2015**

| Items Ordered | Price |
|---|---|
| **19 of:** *Zeadio® ZP-AR009 RECEIVER/LISTEN ONLY Standard Acoustic Earpiece with 2.5mm Connector for Ham Radio, Two-Way Radios, Transceivers and Radio Speaker Mi* | $6.49 |

Sold by: Zeadio (seller profile) | Product question? Ask Seller

Condition: New

**Shipping Address:**
~~██████████~~
200 Transfer Rd
Box 271
Gerlach, nv 89412
United States

**Shipping Speed:**
FREE Shipping

| | |
|---|---|
| Item(s) Subtotal: | $123.31 |
| Shipping & Handling: | $4.60 |
| Free Shipping: | -$4.60 |
| | ----- |
| Total before tax: | $123.31 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$123.31** |
| | ----- |

### Payment information

**Payment Method:**   ~~████████████████~~

**RECEIPT #30**
AR10500

| U-HAUL EQUIPMENT CONTRACT | In-Town Return (IN) |
|---|---|

Contract No.: 24487302
Thursday 9/10/2015 3:52 PM

U-Haul Moving & Storage of
Carson City
(864081)

1498 E Williams
CARSON CITY, NV, 89701

(775)882-6887

Customer Name:

Cust Ph - Email:

Rental Date/Time: 9/10/2015 7:07 AM
Return Date/Time: 9/10/2015 3:50 PM

Chargeable Rental Periods: 1

| Equipment | MI Out | MI In | MI Rate | MI Charge | Coverage | Missing or Damage Charge | Rental Rate | Rental Charge | Actual Charges |
|---|---|---|---|---|---|---|---|---|---|
| TT - 20' Truck TT 1450D Plate: AE09612 State: AZ | 57529.0 | 57821.0 | $0.89 X 292.0 | $259.88 | $0.00 | $0.00 | $29.95 | $29.95 | $289.83 |
| Utility Dolly | Qty Rented: 1 Qty Returned: 1 | | Qty Missing: 0 Qty Damaged: 0 | | | $0.00 | $7.00 | $7.00 | $7.00 |

FUEL TANK CAPACITY: 0 GALLONS

| Environmental Fee: | $1.00 |
|---|---|
| SubTotal: | $297.83 |
| EZ Fuel Sales: | $71.25 |
| Rental Tax: | $22.62 |
| Rental Charges: | $391.70 |
| Previous Paid: | $0.00 |

Card Type:
MASTERCARD

Account:
XXXXXXXXXXXXXXXX

Auth:
072751

Credit Card Payment:   ($119.00)

Card Type:
MASTERCARD

Account:
XXXXXXXXXXXXXXXX

Auth:
092485

Credit Card Payment:   $272.70

Net Paid Today:   $391.70

. I confirm that during the term of my rental there was not an accident involving the rented U-Haul equipment and no incidence where this equipment struck or otherwise caused damage to any person or property either while on a public road or private property. There was no injury or damage sustained by me or any other drivers or passengers of this equipment.

X_____
    Customer Signature

ERICK SALAS-LOPWBS TRNCRS

**How are we doing? Please go to http://www.uhaul.com/review and let us know if you received the level of quality and service you expect from this U-Haul location.**



# Hello, ███████████

Thank you for your order from Sirchie. Once your package ships we will send an email with a link to track your order. You can check the status of your order by logging into your account. If you have any questions about your order please contact us at marketing@sirchie.com or call us at 800-356-7311 Monday - Friday, 8am - 5pm PST. Your order confirmation is below. Thank you again for your business.

## Your Order #100012520 (placed on July 25, 2015 2:35:50 PM EDT)

**Billing Information:**

███████████
BLM
440 West 200 South
Suite 500
Salt Lake City, Utah, 84101
United States

**Payment Method:**

Credit Card

**Shipping Information:**

███████████
BLM
1340 Financial Boulevard
Reno, Nevada, 89502
United States

**Shipping Method:**

United Parcel Service - Ground

| Item | Sku | Qty | Subtotal |
|------|-----|-----|----------|
| NARK II Psilocybin/Psilocin Mushrooms Reagent | NARK20030 | 5 | $97.50 |
| | | Subtotal | $97.50 |
| | | Shipping & Handling | $16.67 |

RECEIPT #32
AR10502

11/19/2015 DEPARTMENT OF THE INTERIOR Mail - Sirchie: New Order # 100012520

**Grand Total** **$114.17**

Thank you, **Sirchie**

AR10503



**minimum size, maximum convenience**

Thank you for your Minimus.biz order!

Your order details are below. Please retain a copy of this e-mail for your records.

Sincerely,
Minimus.biz
customerservice@minimus.biz

This e-mail has been sent from an e-mail address that cannot accept incoming e-mail. Please direct all questions to CustomerService@minimus.biz and include your order number in the subject line.

**Bill To:**

blm
440 west 200 south suite 500
Salt Lake City, UT 84101
United States

**Ship To:**

blm
440 west 200 south suite 500
Salt Lake City, UT 84101
United States

**Order Number:** 216614
**Order Time:** 7/22/2015 2:20:24 PM
**Payment Method:**
**Promotional Code(s):**

**Shipping Method:** Free FedEx Ground / FedEx SmartPost

**Special Instructions:**

| Qty | Product Code: | Product Name | Price each | Subtotal |
|-----|---------------|--------------|-----------|----------|
| 100 | C02-0353406-8200 | Curel® Daily Moisture Original Lotion | $1.07 | $107.00 |

| | | | | |
|--|--|--|--|--|
| Coupon Codes Used: | | | Order SubTotal: | $107.00 |

https://mail.google.com/mail/u/0/?ui=2&ik=f52ef21886&view=pt&cat=Ramos%2FMy%20credit%20card&search=cat&th=14eb7a3f7bcdd8bc&siml=14eb7a3f7b...      1/2

**RECEIPT #33**
AR10504

11/19/2015                                    DEPARTMENT OF THE INTERIOR Mail - Your Minimus.biz Order #: 216614

|  |  |
|---|---|
| Tax: | $0.00 |
| Shipping: | $0.00 |
| Handling: | $0.00 |
| LoyaltyPointsUsed | $0.00 |
| **Grand Total:** | $107.00 |
| | |
| LoyaltyPointEarned: | $1.07 |

# Thank you for your order!

AR10505

## Shipped on August 19, 2015

| Items Ordered | Price |
|---|---|
| 14 of: *Zeadio® ZP-AR009 RECEIVER/LISTEN ONLY Standard Acoustic Earpiece with 2.5mm Connector for Ham Radio, Two-Way Radios, Transceivers and Radio Speaker Mi* | $6.49 |

Sold by: Zeadio (seller profile) | Product question? Ask Seller

Condition: New

**Shipping Address:**
~~redacted~~

200 Transfer Rd
Box 271
Gerlach, nv 89412
United States

**Shipping Speed:**
Two-Day Shipping

| | |
|---|---|
| Item(s) Subtotal: | $90.86 |
| Shipping & Handling: | $5.39 |
| | ----- |
| Total before tax: | $96.25 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$96.25** |
| | ----- |

## Shipped on August 19, 2015

| Items Ordered | Price |
|---|---|

https://www.amazon.com/gp/css/summary/print.html?ref=oh_aui_pi_o00_?ie=UTF8&orde...   8/25/2015

RECEIPT #34

 

## Fwd: Your Order Details
1 message

Thu, Nov 19, 2015 at 11:37 AM



———— Forwarded message ————
From: <webmaster@tessco.com>
Date: Aug 5, 2015 1:44 PM
Subject: Your Order Details
Cc:

---

 TESSCO                                                    LOG IN

### Order Confirmation

Thank you for choosing TESSCO for your wireless needs! We have received your order and the specifics are detailed below.

If have any questions, please **contact us immediately by calling 800.856.5083 (USA and Canada) or 410.229.1200 (from all other countries).**

To track your order, log in to TESSCO.com and click the Account tab at the top of any page.

**We appreciate your business!**

---

### Shipping Information

4701 N. Torrey Pines Dr
Las Vegas, NV 89130

### Billing Information

4701 N. Torrey Pines Dr
Las Vegas, NV 89130

### Account Information

Your account number : 2399790

Company Name: BLM

Sales Order Number(s): 865697

Purchase Order Number: BM CABLE

### Payment Information

Card type:    MasterCard
Card number:
Expires:      10/2016
Name on card: Scott Schwirian

### Order Details

| TESSCO PART NO. | QTY | DESCRIPTION | UOM | EXPECTED DELIVERY DATE (QTY, MM/DD) | YOUR PRICE[1] | EXTENDED PRICE[1] |
|---|---|---|---|---|---|---|
| 573700 | 1 | LMR-195 and LMR-200 Cable Prep ToolThis is non-cancellable, non-returnable item. | 1 EACH | 108/12 | 83.27 | 83.27 |

[1] Prices are shown in the currency of the account.
Expected Delivery Dates are presented in the Order Details table above.
 

|  |  |
|---|---|
| Order Subtotal: | 83.27 |
| Delivery: | 5.38* |
| Sales Tax: | 0.00* |
| Order Total: | 88.65 |

 

\* Delivery charges and sales tax shown are estimated. Your final costs may be higher shipment method(s) and delivery location(s).

## RECEIPT #35

AR10507

**Thanks for your recent purchase from BATTERIES.com!**

███████████

Pending authorization of your credit card information, we will ship your item(s); your credit card will be charged at the time of shipment.

Your order number for the merchandise below is #K24035590000 and it is currently being processed. Once we ship your order, you will receive a shipping confirmation email as well.

Your order summary is provided below. We hope you enjoy your purchase!

Sincerely,
BATTERIES.com Customer Service

| Order Number | Shipping Address |
|---|---|
| K24035590000 | ██████████ |
| | BLM |
| | 1340 FINANCIAL BLVD |
| | RENO, NV 89502-7147 |

| Qty | Item # | Description | Total |
|---|---|---|---|
| 3 | BAT L91BP4 | Energizer Ultimate Lithium AA Batt 4 Pack - L91BP | $ 32.97 |
| 3 | BAT L92BP4 | Energizer Ultimate Lithium AAA Batt 4 Pack | $ 32.97 |

| | |
|---|---|
| Net Product: | $ 65.94 |
| Tax: | $ 0.00 |
| P & H: | $ 7.95 |
| Total Order: | $ 73.89 |

## This order qualifies for a SHIPPING REFUND    Click Here


# West Marine

2505 Mill St
Reno, NV  89502-2101
775-329-2552

Customer : ███████
Company:

**********************************
Your West Advantage Information
**********************************

████████

West Adv #: 6343504
Points Earned Today:        64
Your Total Points:          64

| Qty | Price | Total |
|-----|-------|-------|
| Seachem-ExterminOdor Ga  9731 | | |
| 1 | 31.99 | 31.99 |
| Seachem ExterminOdor Ga 8  1771 | | |
| 1 | 31.99 | 31.99 |
| | Subtotal | 63.98 |
| | Sales Tax | 4.94 |
| | Total | 68.92 |
| MasterCard | | 68.92 |

**RECEIPT #37**
AR10509



**More saving. More doing.®**

STORE MANAGER LOGAN FELLHAUER 354-2245
4755 GALLERIA PKWY SPARKS, NEVADA 89436

3313 00003 78471  08/18/15  01:10 PM
CASHIER TERRY - TCH6C2

08781700667B 3/8 X 50 R <A>
3/8 X 50 RUBBER AIR HOSE                     59.96N
2029.98
     MAX REFUND VALUE $58.61/2
0000-462-882 PLASTIC CAP <A-       6.96N
30 1-1/4"PLASTIC KNO CAP ROOFING 1#
     MAX REFUND VALUE $6.82
-------------GSA Customer------------
66.94  .25 Percent of  -1.51  FULL REFUND
MUST RETURN ALL ITEMS FOR A FULL REFUND

            SUBTOTAL        65.43
            SALES TAX -      0.00

TAX EXEMPT
     TOTAL            $65.43
     MASTERCARD        65.43    TA
AUTH CODE 072399/4030903

P.O.#/JOB NAME: 0

3313 03 78471 08/18/2015 0834

*********************************************

RETURN POLICY DEFINITIONS
POLICY ID    DAYS    POLICY EXPIRES ON
    A         90          11/16/2015
THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

*********************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

COMPARTA SU OPINION EN UNA BREVE

amazon.com

## Final Details for Order #106-9995320-3790600
Print this page for your records.

**Order Placed:** August 18, 2015
**Amazon.com order number:** 106-9995320-3790600
**Order Total:** $202.41

### Shipped on August 19, 2015

| Items Ordered | Price |
|---|---|
| 10 of: *Zeadio® ZP-AR009 RECEIVER/LISTEN ONLY Standard Acoustic Earpiece with 2.5mm Connector for Ham Radio, Two-Way Radios, Transceivers and Radio Speaker Mi*<br>Sold by: Zeadio (seller profile) \| Product question? Ask Seller<br><br>Condition: New | $6.49 |

**Shipping Address:**
~~████████████~~
200 Transfer Rd
Box 271
Gerlach, nv 89412
United States

**Shipping Speed:**
Two-Day Shipping

| | |
|---:|---:|
| Item(s) Subtotal: | $64.90 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $64.90 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$64.90** |
| | ----- |



2225 Harvard Way
Reno NV 89502
(775) 828-9090

Cashier 100026        Register 6        Store 67
SALE              Trans 7645        09/29/15 02:06 PM

0200670676450829201540821599970

                                MEMBER

050716011883      SunscreenSPF30 8        12.00
853868001036      NUUN          TR/
                  5 @ 7.00                35.00  N
050716005431      Picaridin 3oz Spra      7.50

                  SUBTOTAL                54.50
                  SALES TAX  7.725%        1.51
                  TOTAL                   56.01

BANKCARD                                  56.01
ACCT #
AUTH # 052926

River Talk with the Truckee River
Watershed - FREE Presentation!
Register @ REI.com/Reno for more classes
Next REI Garage Sale
Saturday October 3rd 10am-3pm!

*****************************************************
FREE U.S. Standard Shipping on
Online or Phone Orders with
$50 minimum purchase.
Some exclusions apply.

See free shipping details at
www.rei.com/free-shipping

Shop online at www.rei.com
or order by phone at 1-800-426-4840

*****************************************************
Proof of Purchase required for refund.

We stand behind everything we sell. If you are not
satisfied with your REI purchase, you can return it
for a replacement or refund within one year of purchase.

**RECEIPT #40**
AR10512



REI

2225 Harvard Way

(775) 828-9090

Cashier 139026      Register 6        Store 67
SALE              Trans# 7652        8/29/15 12:57 PM

0200570765208292015408255997O

MEMBER

0384720094005   2nd Skin Distr 5      7.95
767719024788    PRIPOLYUTI BLACK      5.00
632281173519    RITE IN THE RAIN
                5 @ 6.00            30.00

SUBTOTAL                            42.95
SALES TAX    7.725%                  3.32
TOTAL                               46.27

BANKCARD                            46.27
ACCT #
AUTH # 021111-

River Talk with the Truckee River
Watershed - FREE Presentation!
Register @ REI.com/Reno for more classes
Next REI Garage Sale
Saturday October 3rd 10am-3pm!

**********************************************
FREE U.S. Standard Shipping on
Online or Phone Orders with
$50 minimum purchase.
Some exclusions apply.

See free shipping details at
www.rei.com/free-shipping

Shop online at www.rei.com
or order by phone at 1-800-426-4840
**********************************************
Proof of purchase required for refunds.

We stand behind everything we sell.If you are not
satisfied with your REI purchase, you can return it
for a replacement or refund within one year of purc

**RECEIPT #41**

AR10513

**6 of:** *Zeadio® ZP-AR009 RECEIVER/LISTEN ONLY Standard Acoustic Earpiece    $6.49
with 2.5mm Connector for Ham Radio, Two-Way Radios, Transceivers and
Radio Speaker Mi*
Sold by: Zeadio (seller profile) | Product question? Ask Seller

Condition: New

**Shipping Address:**

200 Transfer Rd
Box 271
Gerlach, nv 89412
United States

**Shipping Speed:**
Two-Day Shipping

| | |
|---|---|
| Item(s) Subtotal: | $38.94 |
| Shipping & Handling: | $2.32 |
| | ----- |
| Total before tax: | $41.26 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$41.26** |
| | ----- |

**RECEIPT #42**

AR10514

**amazon**.com

## Final Details for Order #109-5236233-3645069

Print this page for your records.

**Order Placed:** August 5, 2015
**Amazon.com order number:** 109-5236233-3645069
**Order Total:** $25.00

### Shipped on August 6, 2015

| Items Ordered | Price |
|---|---|
| 1 of: *Brother Laminated Black On White Tape 2Pack (TZe2312PK)*<br>Sold by: Amazon.com LLC | $18.99 |

Condition: New

**Shipping Address:**

4701 N TORREY PINES DR
LAS VEGAS, NV 89130-2301
United States

**Shipping Speed:**
Standard Shipping

|  |  |
|---|---|
| Item(s) Subtotal: | $18.99 |
| Shipping & Handling: | $6.01 |
|  | ----- |
| Total before tax: | $25.00 |
| Sales Tax: | $0.00 |
|  | ----- |
| **Total for This Shipment:** | **$25.00** |
|  | ----- |

### Payment information

**Payment Method:**
MasterCard | Last digits:

**Billing address**

4701 N TORREY PINES DR
LAS VEGAS, NV 89130-2301
United States

|  |  |
|---|---|
| Item(s) Subtotal: | $18.99 |
| Shipping & Handling: | $6.01 |
|  | ----- |
| Total before tax: | $25.00 |
| Estimated tax to be collected: | $0.00 |
|  | ----- |
| **Grand Total:** | **$25.00** |

**Credit Card transactions**        MasterCard ending ▇▇▇: August 6, 2015: $25.00

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2015, Amazon.com, Inc. or its affiliates

**RECEIPT #43**

AR10515

**amazon.com**

## Final Details for Order #111-1462023-9949853
Print this page for your records.

**Order Placed:** August 12, 2015
**Amazon.com order number:** 111-1462023-9949853
**Order Total: $142.78**

## Shipped on August 13, 2015

| Items Ordered | Price |
|---|---|
| 3 of: *Zeadio® ZP-AR009 RECEIVER/LISTEN ONLY Standard Acoustic Earpiece with 2.5mm Connector for Ham Radio, Two-Way Radios, Transceivers and Radio Speaker Mi*<br>Sold by: Zeadio (seller profile) | Product question? Ask Seller<br><br>Condition: New | $6.49 |

**Shipping Address:**
~~▓▓▓▓▓▓▓▓▓~~
200 Transfer Rd
Box 271
Gerlach, nv 89412
United States

**Shipping Speed:**
FREE Shipping

| | |
|---:|---:|
| Item(s) Subtotal: | $19.47 |
| Shipping & Handling: | $0.72 |
| Free Shipping: | -$0.72 |
| | ----- |
| Total before tax: | $19.47 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$19.47** |
| | ----- |

# EXHIBIT H

# EXHIBIT H

AR10517

**Background Fill Record Type (F; L; M; N; R; W)**

| Cost Center | Sub Activity | ABC Code | WBS Element | Vendor Number | Name | First Name | Middle Name | FPPS Org | Processed Pay | Effective Pay | Pay Code | Pay Hours | Total Labor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LLNVW03000 | L51050000 | NU00000 | LV.RC.F1504080 | 40014850 | ALBRIGHT | CALVIN | J | LLCAN02000 | 201519 | 201519 | 010 - REGULAR TIME | 48.00 | $2,909.22 |
| LLNVW03000 | L51050000 | NU00000 | LV.RC.F1504080 | 40014850 | ALBRIGHT | CALVIN | J | LLCAN02000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 84.00 | $3,017.65 |
| LLNVW03000 | L51050000 | NU00000 | LV.RC.F1504080 | 40014850 | ALBRIGHT | CALVIN | J | LLCAN02000 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $263.15 |
| LLNVW03000 | L51050000 | NU00000 | LV.RC.F1504080 | 40014850 | ALBRIGHT | CALVIN | J | LLCAN02000 | 201519 | 201519 | 180 - ADMIN UNCONTROLED OV | 0.00 | $489.30 |
| LLNVW03000 | L51050000 | NU00000 | LV.RC.F1504080 | 40014850 | ALBRIGHT | CALVIN | J | LLCAN02000 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $1,821.59 |
| LLNVW03000 | L51050000 | NU00000 | LV.RC.F1504080 | 40014850 | ALBRIGHT | CALVIN | J | LLCAN02000 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 23.00 | $969.44 |
| LLNVW03000 | L51050000 | NU00000 | LV.RC.F1504080 | 40014850 | ALBRIGHT | CALVIN | J | LLCAN02000 | 201521 | 201521 | FLS - FLSA PREMIUM | -8.00 | $484.64 |
| LLNVW03000 | L51050000 | NU00000 | LV.RC.F1504080 | 40014850 | ALBRIGHT | CALVIN | J | LLCAN02000 | 201521 | 201521 | 110 - OVERTIME-REGULAR-UNS | 0.00 | $-287.94 |
| LLNVW03000 | L51050000 | NU00000 | LV.RC.F1504080 | 40014850 | ALBRIGHT | CALVIN | J | LLCAN02000 | 201521 | 201521 | 180 - ADMIN UNCONTROLED OV | 0.00 | $0.01 |
| LLNVW03000 | L51050000 | NV00000 | LV.RC.F1504080 | 40003840 | ALLEN | CHRISTOPHER | A | LLWO120700 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $-147.05 |
| LLNVW03000 | L51050000 | NV00000 | LV.RC.F1504080 | 40003840 | ALLEN | CHRISTOPHER | A | LLWO120700 | 201519 | 201519 | 010 - REGULAR TIME | 40.00 | $2,737.29 |
| LLNVW03000 | L51050000 | NV00000 | LV.RC.F1504080 | 40003840 | ALLEN | CHRISTOPHER | A | LLWO120700 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 54.50 | $2,299.91 |
| LLNVW03000 | L51050000 | NV00000 | LV.RC.F1504080 | 40003840 | ALLEN | CHRISTOPHER | A | LLWO120700 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $300.71 |
| LLNVW03000 | L51050000 | NV00000 | LV.RC.F1504080 | 40003840 | ALLEN | CHRISTOPHER | A | LLWO120700 | 201519 | 201519 | EAP - AVAILABILITY PAY | 0.00 | $575.6 |
| LLNVW03000 | L51050000 | NV00000 | LV.RC.F1504080 | 40003840 | ALLEN | CHRISTOPHER | A | LLWO120700 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $1,292.70 |
| LLNVW03000 | L51050000 | NV00000 | LV.RC.F1504080 | 40003840 | ALLEN | CHRISTOPHER | A | LLWO120700 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 0.00 | $337.44 |
| LLNVW03000 | L51050000 | NV00000 | LV.RC.F1504080 | 40003840 | ALLEN | CHRISTOPHER | A | LLWO120700 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 19.00 | $801.42 |
| LLNVW03000 | L51050000 | NV00000 | LV.RC.F1504080 | 40003840 | ALLEN | CHRISTOPHER | A | LLWO120700 | 201520 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $60.47 |
| LLNVW03000 | L51050000 | NV00000 | LV.RC.F1504080 | 40003840 | ALLEN | CHRISTOPHER | A | LLWO120700 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $454.15 |
| LLNVW03000 | L51050000 | NU00000 | LV.RC.F1504080 | 40175374 | ANDRES | REBECCA | LYNN | LLUTW00000 | 201519 | 201518 | 010 - REGULAR TIME | 20.00 | $1,014.87 |
| LLNVW03000 | L51050000 | NU00000 | LV.RC.F1504080 | 40175374 | ANDRES | REBECCA | LYNN | LLUTW00000 | 201519 | 201519 | 010 - REGULAR TIME | 56.00 | $2,842.88 |
| LLNVW03000 | L51050000 | NU00000 | LV.RC.F1504080 | 40175374 | ANDRES | REBECCA | LYNN | LLUTW00000 | 201519 | 201519 | 11U - OVERTIME-REGULAR-SCH | 57.00 | $1,954.08 |
| LLNVW03000 | L51050000 | NU00000 | LV.RC.F1504080 | 40175374 | ANDRES | REBECCA | LYNN | LLUTW00000 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $222.54 |
| LLNVW03000 | L51050000 | NU00000 | LV.RC.F1504080 | 40175374 | ANDRES | REBECCA | LYNN | LLUTW00000 | 201519 | 201519 | 180 - ADMIN UNCONTROLED OV | 0.00 | $597.77 |
| LLNVW03000 | L51050000 | NU00000 | LV.RC.F1504080 | 40175374 | ANDRES | REBECCA | LYNN | LLUTW00000 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $1,187.15 |
| LLNVW03000 | L51050000 | NU00000 | LV.RC.F1504080 | 40175374 | ANDRES | REBECCA | LYNN | LLUTW00000 | 201520 | 201520 | 010 - REGULAR TIME | 24.00 | $1,263.11 |
| LLNVW03000 | L51050000 | NU00000 | LV.RC.F1504080 | 40175374 | ANDRES | REBECCA | LYNN | LLUTW00000 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 0.00 | $257.58 |
| LLNVW03000 | L51050000 | NU00000 | LV.RC.F1504080 | 40175374 | ANDRES | REBECCA | LYNN | LLUTW00000 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 41.00 | $1,396.90 |
| LLNVW03000 | L51050000 | NU00000 | LV.RC.F1504080 | 40175374 | ANDRES | REBECCA | LYNN | LLUTW00000 | 201520 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $203.85 |
| LLNVW03000 | L51050000 | NU00000 | LV.RC.F1504080 | 40175374 | ANDRES | REBECCA | LYNN | LLUTW00000 | 201520 | 201520 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $76.97 |
| LLNVW03000 | L51050000 | NU00000 | LV.RC.F1504080 | 40175374 | ANDRES | REBECCA | LYNN | LLUTW00000 | 201520 | 201520 | 180 - ADMIN UNCONTROLED OV | 0.00 | $264.10 |
| LLNVW03000 | L51050000 | NU00000 | LV.RC.F1504080 | 40175374 | ANDRES | REBECCA | LYNN | LLUTW00000 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $792.03 |
| LLNVW03000 | L51050000 | NU00000 | LV.RC.F1504080 | 40300170 | ARRIES | JAY | W | LLAZP00000 | 201519 | 201519 | 010 - REGULAR TIME | 40.00 | $2,287.54 |
| LLNVW03000 | L51050000 | NU00000 | LV.RC.F1504080 | 40300170 | ARRIES | JAY | W | LLAZP00000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 86.00 | $3,116.55 |
| LLNVW03000 | L51050000 | NU00000 | LV.RC.F1504080 | 40300170 | ARRIES | JAY | W | LLAZP00000 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $338.96 |
| LLNVW03000 | L51050000 | NU00000 | LV.RC.F1504080 | 40300170 | ARRIES | JAY | W | LLAZP00000 | 201519 | 201519 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $161.6 |
| LLNVW03000 | L51050000 | NU00000 | LV.RC.F1504080 | 40300170 | ARRIES | JAY | W | LLAZP00000 | 201519 | 201519 | 180 - ADMIN UNCONTROLED OV | 0.00 | $384.79 |
| LLNVW03000 | L51050000 | NU00000 | LV.RC.F1504080 | 40300170 | ARRIES | JAY | W | LLAZP00000 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $1,651.24 |
| LLNVW03000 | L51050000 | NU00000 | LV.RC.F1504080 | 40300170 | ARRIES | JAY | W | LLAZP00000 | 201520 | 201520 | 010 - REGULAR TIME | 16.00 | $920.64 |
| LLNVW03000 | L51050000 | NU00000 | LV.RC.F1504080 | 40300170 | ARRIES | JAY | W | LLAZP00000 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 0.00 | $271.93 |
| LLNVW03000 | L51050000 | NU00000 | LV.RC.F1504080 | 40300170 | ARRIES | JAY | W | LLAZP00000 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 18.00 | $725.13 |
| LLNVW03000 | L51050000 | NU00000 | LV.RC.F1504080 | 40300170 | ARRIES | JAY | W | LLAZP00000 | 201520 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $97.45 |
| LLNVW03000 | L51050000 | NU00000 | LV.RC.F1504080 | 40300170 | ARRIES | JAY | W | LLAZP00000 | 201520 | 201520 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $162.63 |
| LLNVW03000 | L51050000 | NU00000 | LV.RC.F1504080 | 40300170 | ARRIES | JAY | W | LLAZP00000 | 201520 | 201520 | 180 - ADMIN UNCONTROLED OV | 0.00 | $153.95 |
| LLNVW03000 | L51050000 | NU00000 | LV.RC.F1504080 | 40300170 | ARRIES | JAY | W | LLAZP00000 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $294.51 |
| LLNVW03000 | L51050000 | EA00000 | LV.RC.F1504080 | 40009443 | BLACK | DALTON | L | LLNV954000 | 201519 | 201519 | 010 - REGULAR TIME | 80.00 | $4,518.98 |
| LLNVW03000 | L51050000 | EA00000 | LV.RC.F1504080 | 40009443 | BLACK | DALTON | L | LLNV954000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 125.00 | $4,975.94 |
| LLNVW03000 | L51050000 | EA00000 | LV.RC.F1504080 | 40009443 | BLACK | DALTON | L | LLNV954000 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $123.05 |
| LLNVW03000 | L51050000 | EA00000 | LV.RC.F1504080 | 40009443 | BLACK | DALTON | L | LLNV954000 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $2,518.90 |
| LLNVW03000 | L51050000 | EA00000 | LV.RC.F1504080 | 40009443 | BLACK | DALTON | L | LLNV954000 | 201520 | 201520 | 010 - REGULAR TIME | 32.00 | $1,817.67 |
| LLNVW03000 | L51050000 | EA00000 | LV.RC.F1504080 | 40009443 | BLACK | DALTON | L | LLNV954000 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 0.00 | $318.38 |
| LLNVW03000 | L51050000 | EA00000 | LV.RC.F1504080 | 40009443 | BLACK | DALTON | L | LLNV954000 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 64.00 | $2,547.05 |
| LLNVW03000 | L51050000 | EA00000 | LV.RC.F1504080 | 40009443 | BLACK | DALTON | L | LLNV954000 | 201520 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $149.90 |
| LLNVW03000 | L51050000 | EA00000 | LV.RC.F1504080 | 40009443 | BLACK | DALTON | L | LLNV954000 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $1,371.97 |

AR10518

Case 1:19-cv-03729-DLF   Document 35-7   Filed 07/12/21   Page 157 of 200

| | | | | Account | Last | First | Init | Per1 | Per2 | Code | Pay Type | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L5105000 | LNVW03500 | EA0000 | LV.RC.F1504080 | 40009443 | BLACK | DALTON | L | 201518 | 201518 | LNW954000 | 010 - REGULAR TIME | 40.00 | $2,264.38 |
| L5105000 | LNVW03500 | EA0000 | LV.RC.F1504080 | 40009443 | BLACK | DALTON | L | 201518 | 201518 | LNW954000 | 110 - OVERTIME-REGULAR-UNS | 56.00 | $2,228.38 |
| L5105000 | LNVW03500 | EA0000 | LV.RC.F1504080 | 40009443 | BLACK | DALTON | L | 201518 | 201518 | LNW954000 | FLS - FLSA PREMIUM | 0.00 | $1,114.18 |
| L5105000 | LNVW00000 | NU0000 | LV.RC.F1504080 | 40006191 | BLEVINS | COLE | G | 201519 | 201519 | LNMF00000 | 010 - REGULAR TIME | 40.00 | $2,289.14 |
| L5105000 | LNVW00000 | NU0000 | LV.RC.F1504080 | 40006191 | BLEVINS | COLE | G | 201519 | 201519 | LNMF00000 | 110 - OVERTIME-REGULAR-UNS | 41.00 | $1,700.83 |
| L5105000 | LNVW00000 | NU0000 | LV.RC.F1504080 | 40006191 | BLEVINS | COLE | G | 201519 | 201519 | LNMF00000 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $189.56 |
| L5105000 | LNVW00000 | NU0000 | LV.RC.F1504080 | 40006191 | BLEVINS | COLE | G | 201519 | 201519 | LNMF00000 | 180 - ADMIN UNCONTROLED OV | 0.00 | $481.35 |
| L5105000 | LNVW00000 | NU0000 | LV.RC.F1504080 | 40006191 | BLEVINS | COLE | G | 201519 | 201519 | LNMF00000 | FLS - FLSA PREMIUM | 0.00 | $772.45 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40006191 | BLEVINS | COLE | G | 201519 | 201520 | LNMF00000 | 010 - REGULAR TIME | 40.00 | $2,289.14 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40006191 | BLEVINS | COLE | G | 201519 | 201520 | LNMF00000 | 110 - OVERTIME-REGULAR-UNS | 60.00 | $2,489.01 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40006191 | BLEVINS | COLE | G | 201519 | 201520 | LNMF00000 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $248.80 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40006191 | BLEVINS | COLE | G | 201519 | 201520 | LNMF00000 | 180 - ADMIN UNCONTROLED OV | 0.00 | $481.35 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40006191 | BLEVINS | COLE | G | 201520 | 201520 | LNMF00000 | FLS - FLSA PREMIUM | 0.00 | $1,305.56 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40006191 | BLEVINS | COLE | G | 201520 | 201520 | LNMF00000 | 010 - REGULAR TIME | 8.00 | $460.00 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40006191 | BLEVINS | COLE | G | 201520 | 201520 | LNMF00000 | 110 - OVERTIME-REGULAR-UNS | 24.00 | $811.55 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40006191 | BLEVINS | COLE | G | 201520 | 201520 | LNMF00000 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $35.70 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40006191 | BLEVINS | COLE | G | 201520 | 201520 | LNMF00000 | 180 - ADMIN UNCONTROLED OV | 0.00 | $96.18 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40006191 | BLEVINS | COLE | G | 201520 | 201520 | LNMF00000 | FLS - FLSA PREMIUM | 0.00 | $408.62 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40005143 | BOIK | ERIC | RYAN | 201519 | 201519 | LWO120700 | 010 - REGULAR TIME | 80.00 | $6,346.00 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40005143 | BOIK | ERIC | RYAN | 201519 | 201519 | LWO120700 | 110 - OVERTIME-REGULAR-UNS | 136.00 | $8,043.49 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40005143 | BOIK | ERIC | RYAN | 201519 | 201519 | LWO120700 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $613.26 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40005143 | BOIK | ERIC | RYAN | 201519 | 201519 | LWO120700 | 180 - ADMIN UNCONTROLED OV | 0.00 | $1,334.55 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40005143 | BOIK | ERIC | RYAN | 201519 | 201519 | LWO120700 | FLS - FLSA PREMIUM | 0.00 | $4,015.56 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40005143 | BOIK | ERIC | RYAN | 201520 | 201520 | LWO120700 | 010 - REGULAR TIME | 8.00 | $637.83 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40005143 | BOIK | ERIC | RYAN | 201520 | 201520 | LWO120700 | 051 - HOLIDAY-WORKED | 0.00 | $378.14 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40005143 | BOIK | ERIC | RYAN | 201520 | 201520 | LWO120700 | 110 - OVERTIME-REGULAR-UNS | 32.00 | $1,890.71 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40005143 | BOIK | ERIC | RYAN | 201520 | 201520 | LWO120700 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $113.05 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40005143 | BOIK | ERIC | RYAN | 201520 | 201520 | LWO120700 | 180 - ADMIN UNCONTROLED OV | 0.00 | $133.36 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40005143 | BOIK | ERIC | RYAN | 201520 | 201520 | LWO120700 | FLS - FLSA PREMIUM | 0.00 | $960.16 |
| L5105000 | LNVW03000 | EA0000 | LV.RC.F1504080 | 40005143 | BOIK | ERIC | RYAN | 201519 | 201519 | LWO120700 | 180 - ADMIN UNCONTROLED OV | 0.00 | $74.81 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40148353 | BOXX | MELISSA | JD | 201519 | 201519 | LCA007501 | 010 - REGULAR TIME | 56.00 | $2,734.14 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40148353 | BOXX | MELISSA | JD | 201519 | 201519 | LCA007501 | 040 - COMP TIME-EARNED | 31.00 | $1,123.72 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40148353 | BOXX | MELISSA | JD | 201519 | 201519 | LCA007501 | 046 - TRAVEL-COMP TIME-EAR | 4.00 | $116.00 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40148353 | BOXX | MELISSA | JD | 201519 | 201519 | LCA007501 | 110 - OVERTIME-REGULAR-UNS | 31.00 | $1,209.26 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40148353 | BOXX | MELISSA | JD | 201519 | 201519 | LCA007501 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $256.00 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40148353 | BOXX | MELISSA | JD | 201519 | 201519 | LCA007501 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $74.21 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40148353 | BOXX | MELISSA | JD | 201519 | 201519 | LCA007501 | 180 - ADMIN UNCONTROLED OV | 0.00 | $574.87 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40148353 | BOXX | MELISSA | JD | 201519 | 201519 | LCA007501 | FLS - FLSA PREMIUM | 0.00 | $645.51 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40148353 | BOXX | MELISSA | JD | 201520 | 201520 | LCA007501 | 010 - REGULAR TIME | 16.00 | $785.61 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40148353 | BOXX | MELISSA | JD | 201520 | 201520 | LCA007501 | 040 - COMP TIME-EARNED | 17.00 | $560.20 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40148353 | BOXX | MELISSA | JD | 201520 | 201520 | LCA007501 | 046 - TRAVEL-COMP TIME-EAR | 0.00 | $58.00 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40148353 | BOXX | MELISSA | JD | 201520 | 201520 | LCA007501 | 051 - HOLIDAY-WORKED | 0.00 | $249.62 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40148353 | BOXX | MELISSA | JD | 201520 | 201520 | LCA007501 | 110 - OVERTIME-REGULAR-UNS | 3.00 | $106.36 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40148353 | BOXX | MELISSA | JD | 201520 | 201520 | LCA007501 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $41.03 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40148353 | BOXX | MELISSA | JD | 201520 | 201520 | LCA007501 | 180 - ADMIN UNCONTROLED OV | 0.00 | $164.22 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40148353 | BOXX | MELISSA | JD | 201520 | 201520 | LCA007501 | FLS - FLSA PREMIUM | 0.00 | $139.63 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40148353 | BOXX | MELISSA | JD | 201521 | 201521 | LCA007501 | 040 - COMP TIME-EARNED | -2.00 | $-181.25 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40148353 | BOXX | MELISSA | JD | 201521 | 201521 | LCA007501 | 110 - OVERTIME-REGULAR-UNS | 0.00 | $-134.41 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40148353 | BOXX | MELISSA | JD | 201521 | 201521 | LCA007501 | 180 - ADMIN UNCONTROLED OV | 0.00 | $0.01 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40148353 | BOXX | MELISSA | JD | 201521 | 201521 | LCA007501 | FLS - FLSA PREMIUM | 0.00 | $-69.08 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40003990 | BRASINGTON | PATRICK | E | 201519 | 201519 | LAZ000000 | 010 - REGULAR TIME | 48.00 | $3,586.37 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40003990 | BRASINGTON | PATRICK | E | 201519 | 201519 | LAZ000000 | 110 - OVERTIME-REGULAR-UNS | 80.00 | $4,432.69 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40003990 | BRASINGTON | PATRICK | E | 201519 | 201519 | LAZ000000 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $316.35 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40003990 | BRASINGTON | PATRICK | E | 201519 | 201519 | LAZ000000 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $105.39 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40003990 | BRASINGTON | PATRICK | E | 201519 | 201519 | LAZ000000 | 180 - ADMIN UNCONTROLED OV | 0.00 | $754.16 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40003990 | BRASINGTON | PATRICK | E | 201519 | 201519 | LAZ000000 | FLS - FLSA PREMIUM | 0.00 | $2,167.18 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40003990 | BRASINGTON | PATRICK | E | 201520 | 201520 | LAZ000000 | 010 - REGULAR TIME | 16.00 | $1,200.04 |
| L5105000 | LNVW03000 | NU0000 | LV.RC.F1504080 | 40003990 | BRASINGTON | PATRICK | E | 201520 | 201520 | LAZ000000 | 051 - HOLIDAY-WORKED | 0.00 | $353.63 |

AR10519

| | | | | Emp No | Cls | First | Last | Project | | | Pay Code | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LLNVW30000 | L51050000 | NU0000 | LV.RC.F1504080 | 40003990 | E | PATRICK | BRASINGTON | LLAZP00000 | 201520 | 201520 | 110 - OVERTIME-REGULAR-W | 10.00 | $442.04 |
| LLNVW30000 | L51050000 | NU0000 | LV.RC.F1504080 | 40003990 | E | PATRICK | BRASINGTON | LLAZP00000 | 201520 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $47.60 |
| LLNVW30000 | L51050000 | NU0000 | LV.RC.F1504080 | 40003990 | E | PATRICK | BRASINGTON | LLAZP00000 | 201520 | 201520 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $105.72 |
| LLNVW30000 | L51050000 | NU0000 | LV.RC.F1504080 | 40003990 | E | PATRICK | BRASINGTON | LLAZP00000 | 201526 | 201520 | 180 - ADMIN UNCONTROLED OV | 0.00 | $250.89 |
| LLNVW30000 | L51050000 | NU0000 | LV.RC.F1504080 | 40003990 | E | PATRICK | BRASINGTON | LLAZP00000 | 201526 | 201520 | 110 - OVERTIME-REGULAR-UNS | 0.00 | $111.10 |
| LLNVW30000 | L51050000 | NU0000 | LV.RC.F1504080 | 40003990 | E | PATRICK | BRASINGTON | LLAZP00000 | 201526 | 201520 | FLS - FLSA PREMIUM | 0.00 | $139.33 |
| LLNVW30000 | L51050000 | NU0000 | LV.RC.F1504080 | 40010575 | # | LOGAN | BRISCOE | LLWO0120700 | 201519 | 201519 | 010 - REGULAR TIME | 80.00 | $5,809.80 |
| LLNVW30000 | L51050000 | NU0000 | LV.RC.F1504080 | 40010575 | # | LOGAN | BRISCOE | LLWO0120700 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 134.75 | $7,243.72 |
| LLNVW30000 | L51050000 | NU0000 | LV.RC.F1504080 | 40010575 | # | LOGAN | BRISCOE | LLWO0120700 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $474.30 |
| LLNVW30000 | L51050000 | NU0000 | LV.RC.F1504080 | 40010575 | # | LOGAN | BRISCOE | LLWO0120700 | 201520 | 201520 | 180 - ADMIN UNCONTROLED OV | 0.00 | $1,221.92 |
| LLNVW30000 | L51050000 | NU0000 | LV.RC.F1504080 | 40010575 | # | LOGAN | BRISCOE | LLWO0120700 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $3,594.33 |
| LLNVW30000 | L51050000 | NU0000 | LV.RC.F1504080 | 40117616 | A | JAY | BROWN | LLCAC05100 | 201520 | 201519 | 010 - REGULAR TIME | 8.00 | $583.72 |
| LLNVW30000 | L51050000 | NU0000 | LV.RC.F1504080 | 40117616 | A | JAY | BROWN | LLCAC05100 | 201520 | 201519 | 051 - HOLIDAY-WORKED | 0.00 | $343.51 |
| LLNVW30000 | L51050000 | NU0000 | LV.RC.F1504080 | 40117616 | A | JAY | BROWN | LLCAC05100 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 22.00 | $1,180.88 |
| LLNVW30000 | L51050000 | NU0000 | LV.RC.F1504080 | 40117616 | A | JAY | BROWN | LLCAC05100 | 201519 | 201519 | 180 - ADMIN UNCONTROLED OV | 0.00 | $122.06 |
| LLNVW30000 | L51050000 | NU0000 | LV.RC.F1504080 | 40117616 | A | JAY | BROWN | LLCAC05100 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $569.86 |
| LLNVW30000 | L51050000 | NU0000 | LV.RC.F1504080 | 40117616 | A | JAY | BROWN | LLCAC05100 | 201520 | 201520 | 010 - REGULAR TIME | 40.00 | $2,288.90 |
| LLNVW30000 | L51050000 | NU0000 | LV.RC.F1504080 | 40117616 | A | JAY | BROWN | LLCAC05100 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 54.00 | $2,158.82 |
| LLNVW30000 | L51050000 | NU0000 | LV.RC.F1504080 | 40117616 | A | JAY | BROWN | LLCAC05100 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $47.38 |
| LLNVW30000 | L51050000 | NU0000 | LV.RC.F1504080 | 40117616 | A | JAY | BROWN | LLCAC05100 | 201519 | 201519 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $78.93 |
| LLNVW30000 | L51050000 | NU0000 | LV.RC.F1504080 | 40117616 | A | JAY | BROWN | LLCAC05100 | 201519 | 201519 | 180 - ADMIN UNCONTROLED OV | 0.00 | $529.44 |
| LLNVW30000 | L51050000 | NU0000 | LV.RC.F1504080 | 40117616 | A | JAY | BROWN | LLCAC05100 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $1,083.56 |
| LLNVW30000 | L51050000 | NU0000 | LV.RC.F1504080 | 40117616 | A | JAY | BROWN | LLWO0120800 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | -54.00 | $-2,162.00 |
| LLNVW30000 | L51050000 | NU0000 | LV.RC.F1504080 | 40117616 | A | JAY | BROWN | LLWO0120800 | 201520 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $-47.74 |
| LLNVW30000 | L51050000 | NU0000 | LV.RC.F1504080 | 40117616 | A | JAY | BROWN | LLWO0120800 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $-1,085.15 |
| LLNVW30000 | L51050000 | NU0000 | LV.RC.F1504080 | 40117616 | A | JAY | BROWN | LLWO0120800 | 201520 | 201520 | 010 - REGULAR TIME | 8.00 | $460.31 |
| LLNVW30000 | L51050000 | NU0000 | LV.RC.F1504080 | 40117616 | A | JAY | BROWN | LLWO0120800 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 0.00 | $265.37 |
| LLNVW30000 | L51050000 | NU0000 | LV.RC.F1504080 | 40117616 | A | JAY | BROWN | LLWO0120800 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 39.00 | $1,521.91 |
| LLNVW30000 | L51050000 | NU0000 | LV.RC.F1504080 | 40117616 | A | JAY | BROWN | LLWO0120800 | 201520 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $35.73 |
| LLNVW30000 | L51050000 | NU0000 | LV.RC.F1504080 | 40117616 | A | JAY | BROWN | LLWO0120800 | 201520 | 201520 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $79.35 |
| LLNVW30000 | L51050000 | NU0000 | LV.RC.F1504080 | 40117616 | A | JAY | BROWN | LLWO0120800 | 201520 | 201520 | 180 - ADMIN UNCONTROLED OV | 0.00 | $96.24 |
| LLNVW30000 | L51050000 | NU0000 | LV.RC.F1504080 | 40117616 | A | JAY | BROWN | LLWO0120800 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $787.63 |
| LLNVW30000 | L51050000 | NU0000 | LV.RC.F1504080 | 40117616 | A | JAY | BROWN | LLWO0120800 | 201521 | 201520 | 110 - OVERTIME-REGULAR-UNS | 56.00 | $2,240.20 |
| LLNVW30000 | L51050000 | NU0000 | LV.RC.F1504080 | 40117616 | A | JAY | BROWN | LLWO0120800 | 201521 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $59.41 |
| LLNVW30000 | L51050000 | NU0000 | LV.RC.F1504080 | 40117616 | A | JAY | BROWN | LLWO0120800 | 201521 | 201520 | FLS - FLSA PREMIUM | 0.00 | $1,127.74 |
| LLNVW30000 | L51050000 | NV0000 | LV.RC.F1504080 | 40006301 | A | MARK | BRUNK | LLWO0120800 | 201519 | 201519 | 010 - REGULAR TIME | 40.00 | $2,774.69 |
| LLNVW30000 | L51050000 | NV0000 | LV.RC.F1504080 | 40006301 | A | MARK | BRUNK | LLWO0120800 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 62.50 | $2,556.32 |
| LLNVW30000 | L51050000 | NV0000 | LV.RC.F1504080 | 40006301 | A | MARK | BRUNK | LLWO0120800 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $150.66 |
| LLNVW30000 | L51050000 | NV0000 | LV.RC.F1504080 | 40006301 | A | MARK | BRUNK | LLWO0120800 | 201519 | 201519 | EAP - AVAILABILITY PAY | 0.00 | $583.49 |
| LLNVW30000 | L51050000 | NV0000 | LV.RC.F1504080 | 40006301 | A | MARK | BRUNK | LLWO0120800 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $1,346.72 |
| LLNVW30000 | L51050000 | NV0000 | LV.RC.F1504080 | 40006301 | A | MARK | BRUNK | LLWO0120800 | 201520 | 201520 | 010 - REGULAR TIME | 21.00 | $1,464.17 |
| LLNVW30000 | L51050000 | NV0000 | LV.RC.F1504080 | 40006301 | A | MARK | BRUNK | LLWO0120800 | 201520 | 201520 | 051 : HOLIDAY-WORKED | 0.00 | $326.90 |
| LLNVW30000 | L51050000 | NV0000 | LV.RC.F1504080 | 40006301 | A | MARK | BRUNK | LLWO0120800 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 29.00 | $1,184.99 |
| LLNVW30000 | L51050000 | NV0000 | LV.RC.F1504080 | 40006301 | A | MARK | BRUNK | LLWO0120800 | 201520 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $4.88 |
| LLNVW30000 | L51050000 | NV0000 | LV.RC.F1504080 | 40006301 | A | MARK | BRUNK | LLWO0120800 | 201520 | 201520 | EAP - AVAILABILITY PAY | 0.00 | $306.10 |
| LLNVW30000 | L51050000 | NV0000 | LV.RC.F1504080 | 40006301 | A | MARK | BRUNK | LLWO0120800 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $677.00 |
| LLNVW30000 | L51050000 | EA0000 | LV.RC.F1504080 | 40036296 | G | STANLEY | BUCHANAN | LLUDB00000 | 201519 | 201519 | 010 - REGULAR TIME | 40.00 | $2,567.62 |
| LLNVW30000 | L51050000 | EA0000 | LV.RC.F1504080 | 40036296 | G | STANLEY | BUCHANAN | LLUDB00000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 65.00 | $3,333.92 |
| LLNVW30000 | L51050000 | EA0000 | LV.RC.F1504080 | 40036296 | G | STANLEY | BUCHANAN | LLUDB00000 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $351.05 |
| LLNVW30000 | L51050000 | EA0000 | LV.RC.F1504080 | 40036296 | G | STANLEY | BUCHANAN | LLUDB00000 | 201519 | 201519 | 180 - ADMIN UNCONTROLED OV | 0.00 | $539.93 |
| LLNVW30000 | L51050000 | EA0000 | LV.RC.F1504080 | 40036296 | G | STANLEY | BUCHANAN | LLUDB00000 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $1,605.23 |
| LLNVW30000 | L51050000 | EA0000 | LV.RC.F1504080 | 40036296 | G | STANLEY | BUCHANAN | LLUDB00000 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 2.00 | $102.59 |
| LLNVW30000 | L51050000 | EA0000 | LV.RC.F1504080 | 40036296 | G | STANLEY | BUCHANAN | LLUDB00000 | 201520 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $29.42 |
| LLNVW30000 | L51050000 | EA0000 | LV.RC.F1504080 | 40036296 | G | STANLEY | BUCHANAN | LLUDB00000 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $59.48 |
| LLNVW30000 | L51050000 | EA0000 | LV.RC.F1504080 | 40036296 | G | STANLEY | BUCHANAN | LLUDB00000 | 201520 | 201520 | 010 - REGULAR TIME | 8.00 | $516.49 |
| LLNVW30000 | L51050000 | EA0000 | LV.RC.F1504080 | 40036296 | G | STANLEY | BUCHANAN | LLUDB00000 | 201520 | 201520 | 051 : HOLIDAY-WORKED | 0.00 | $328.25 |
| LLNVW30000 | L51050000 | EA0000 | LV.RC.F1504080 | 40036296 | G | STANLEY | BUCHANAN | LLUDB00000 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 23.00 | $1,179.64 |
| LLNVW30000 | L51050000 | EA0000 | LV.RC.F1504080 | 40036296 | G | STANLEY | BUCHANAN | LLUDB00000 | 201520 | 201520 | 180 - ADMIN UNCONTROLED OV | 0.00 | $107.98 |

AR10520

| Code1 | Code2 | Code3 | Code4 | Emp No | Last | First | Ind | Account | Per1 | Per2 | Per3 | Per4 | Earning | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LNWW09000 | LS105000 | EA0000 | LV.RC.F1504080 | 40036296 | BUCHANAN | STANLEY | G | LUD800000 | 201520 | 201519 | 201520 | 201519 | FLS - FLSA PREMIUM | 0.00 | $572.15 |
| LNWW09000 | LS105000 | NU0000 | LV.RC.F1504080 | 40070050 | BULKLEY | JASON | R | LUA2A00000 | 201519 | 201519 | 201519 | 201519 | 010 - REGULAR TIME | 80.00 | $4,458.62 |
| LNWW00000 | LS105000 | NU0000 | LV.RC.F1504080 | 40070050 | BULKLEY | JASON | R | LUA2A00000 | 201519 | 201519 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 112.00 | $4,148.88 |
| LNWW09000 | LS105000 | NU0000 | LV.RC.F1504080 | 40070050 | BULKLEY | JASON | R | LUA2A00000 | 201519 | 201519 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $114.55 |
| LNWW09000 | LS105000 | NU0000 | LV.RC.F1504080 | 40070050 | BULKLEY | JASON | R | LUA2A00000 | 201519 | 201519 | 201519 | 201519 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $157.88 |
| LNWW09000 | LS105000 | NU0000 | LV.RC.F1504080 | 40070050 | BULKLEY | JASON | R | LUA2A00000 | 201519 | 201519 | 201519 | 201519 | 180 - ADMIN UNCONTROLED OV | 0.00 | $937.54 |
| LNWW09000 | LS105000 | NU0000 | LV.RC.F1504080 | 40070050 | BULKLEY | JASON | R | LUA2A00000 | 201519 | 201519 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $2,135.66 |
| LNWW09000 | LS105000 | NU0000 | LV.RC.F1504080 | 40070050 | BULKLEY | JASON | R | LUA2A00000 | 201520 | 201519 | 201520 | 201519 | 010 - REGULAR TIME | 32.00 | $1,863.17 |
| LNWW09000 | LS105000 | NU0000 | LV.RC.F1504080 | 40070050 | BULKLEY | JASON | R | LUA2A00000 | 201520 | 201519 | 201520 | 201519 | 051 - HOLIDAY-WORKED | 12.00 | $288.86 |
| LNWW09000 | LS105000 | NU0000 | LV.RC.F1504080 | 40070050 | BULKLEY | JASON | R | LUA2A00000 | 201520 | 201519 | 201520 | 201519 | 110 - OVERTIME-REGULAR-UNS | 12.00 | $596.66 |
| LNWW09000 | LS105000 | NU0000 | LV.RC.F1504080 | 40070050 | BULKLEY | JASON | R | LUA2A00000 | 201519 | 201519 | 201519 | 201519 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $79.29 |
| LNWW09000 | LS105000 | NU0000 | LV.RC.F1504080 | 40070050 | BULKLEY | JASON | R | LUA2A00000 | 201519 | 201519 | 201519 | 201519 | 180 - ADMIN UNCONTROLED OV | 0.00 | $389.53 |
| LNWW09000 | LS105000 | NU0000 | LV.RC.F1504080 | 40070050 | BULKLEY | JASON | R | LUA2A00000 | 201520 | 201519 | 201520 | 201519 | 110 - OVERTIME-REGULAR-UNS | 68.00 | $4,265.28 |
| LNWW09000 | LS105000 | NU0000 | LV.RC.F1504080 | 40014621 | CAFFEY | JASON | G | LLW0120000 | 201520 | 201520 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $2,132.45 |
| LNWW09000 | LS105000 | NU0000 | LV.RC.F1504080 | 40014621 | CAFFEY | JASON | G | LLW0120000 | 201519 | 201519 | 201519 | 201519 | 051 - HOLIDAY-WORKED | 0.00 | $401.34 |
| LNWW09000 | LS105000 | NU0000 | LV.RC.F1504080 | 40014621 | CAFFEY | JASON | G | LLW0120000 | 201520 | 201520 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 18.00 | $1,128.76 |
| LNWW00000 | LS105000 | NU0000 | LV.RC.F1504080 | 40014621 | CAFFEY | JASON | G | LLW0120000 | 201520 | 201520 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $626.64 |
| LNWW09000 | LS105000 | EA0000 | LV.RC.F1504080 | 40051396 | CARPENTER | MICHAEL | R | LLNMF02000 | 201519 | 201519 | 201519 | 201519 | 010 - REGULAR TIME | 80.00 | $4,297.22 |
| LNWW00000 | LS105000 | NU0000 | LV.RC.F1504080 | 40051396 | CARPENTER | MICHAEL | R | LLNMF02000 | 201519 | 201519 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 110.00 | $4,566.97 |
| LNWW09000 | LS105000 | NU0000 | LV.RC.F1504080 | 40051396 | CARPENTER | MICHAEL | R | LLNMF02000 | 201519 | 201519 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $545.46 |
| LNWW09000 | LS105000 | NU0000 | LV.RC.F1504080 | 40051396 | CARPENTER | MICHAEL | R | LLNMF02000 | 201519 | 201519 | 201519 | 201519 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $158.00 |
| LNWW09000 | LS105000 | NU0000 | LV.RC.F1504080 | 40051396 | CARPENTER | MICHAEL | R | LLNMF02000 | 201519 | 201519 | 201519 | 201519 | 180 - ADMIN UNCONTROLED OV | 0.00 | $903.56 |
| LNWW09000 | LS105000 | NU0000 | LV.RC.F1504080 | 40051396 | CARPENTER | MICHAEL | R | LLNMF02000 | 201519 | 201519 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $2,332.76 |
| LNWW09000 | LS105000 | EA0000 | LV.RC.F1504080 | 40051396 | CARPENTER | MICHAEL | R | LLNMF02000 | 201518 | 201518 | 201518 | 201518 | 010 - REGULAR TIME | 8.00 | $430.54 |
| LNWW09000 | LS105000 | NU0000 | LV.RC.F1504080 | 40051396 | CARPENTER | MICHAEL | R | LLNMF02000 | 201518 | 201518 | 201518 | 201518 | 110 - OVERTIME-REGULAR-UNS | 7.00 | $265.50 |
| LNWW09000 | LS105000 | NU0000 | LV.RC.F1504080 | 40051396 | CARPENTER | MICHAEL | R | LLNMF02000 | 201518 | 201518 | 201518 | 201518 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $1.98 |
| LNWW09000 | LS105000 | NU0000 | LV.RC.F1504080 | 40051396 | CARPENTER | MICHAEL | R | LLNMF02000 | 201518 | 201518 | 201518 | 201518 | 180 - ADMIN UNCONTROLED OV | 0.00 | $90.31 |
| LNWW09000 | LS105000 | NU0000 | LV.RC.F1504080 | 40051396 | CARPENTER | MICHAEL | R | LLNMF02000 | 201520 | 201520 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $122.77 |
| LNWW09000 | LS105000 | NU0000 | LV.RC.F1504080 | 40051396 | CARPENTER | MICHAEL | R | LLNMF02000 | 201520 | 201520 | 201520 | 201520 | 010 - REGULAR TIME | 32.00 | $1,728.52 |
| LNWW09000 | LS105000 | NU0000 | LV.RC.F1504080 | 40051396 | CARPENTER | MICHAEL | R | LLNMF02000 | 201520 | 201520 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 0.00 | $265.65 |
| LNWW09000 | LS105000 | NU0000 | LV.RC.F1504080 | 40051396 | CARPENTER | MICHAEL | R | LLNMF02000 | 201520 | 201520 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 52.00 | $2,158.40 |
| LNWW09000 | LS105000 | NU0000 | LV.RC.F1504080 | 40051396 | CARPENTER | MICHAEL | R | LLNMF02000 | 201520 | 201520 | 201520 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $226.54 |
| LNWW09000 | LS105000 | NU0000 | LV.RC.F1504080 | 40051396 | CARPENTER | MICHAEL | R | LLNMF02000 | 201520 | 201520 | 201520 | 201520 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $79.44 |
| LNWW09000 | LS105000 | NU0000 | LV.RC.F1504080 | 40051396 | CARPENTER | MICHAEL | R | LLNMF02000 | 201520 | 201520 | 201520 | 201520 | 180 - ADMIN UNCONTROLED OV | 0.00 | $361.37 |
| LNWW09000 | LS105000 | NU0000 | LV.RC.F1504080 | 40051396 | CARPENTER | MICHAEL | R | LLNMF02000 | 201519 | 201519 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $1,161.81 |
| LNWW09000 | LS105000 | NU0000 | LV.RC.F1504080 | 40051396 | CARPENTER | MICHAEL | R | LLNMF02000 | 201519 | 201519 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 3.00 | $124.62 |
| LNWW09000 | LS105000 | NU0000 | LV.RC.F1504080 | 40051396 | CARPENTER | MICHAEL | R | LLNMF02000 | 201519 | 201519 | 201519 | 201519 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $158.46 |
| LNWW09500 | LS105000 | EA0000 | LV.RC.F1504080 | 40017282 | CARTER | DOUGLAS | R | LLC4943300 | 201518 | 201521 | 201518 | 201521 | FLS - FLSA PREMIUM | 0.00 | $101.17 |
| LNWW09500 | LS105000 | EA0000 | LV.RC.F1504080 | 40017282 | CARTER | DOUGLAS | R | LLC4943300 | 201518 | 201521 | 201518 | 201521 | 010 - REGULAR TIME | 20.00 | $1,330.34 |
| LNWW09500 | LS105000 | NU0000 | LV.RC.F1504080 | 40017282 | CARTER | DOUGLAS | R | LLC4943300 | 201518 | 201521 | 201518 | 201521 | 110 - OVERTIME-REGULAR-UNS | 36.00 | $1,542.71 |
| LNWW09500 | LS105000 | EA0000 | LV.RC.F1504080 | 40017282 | CARTER | DOUGLAS | R | LCA943300 | 201519 | 201519 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $771.36 |
| LNWW09500 | LS105000 | NU0000 | LV.RC.F1504080 | 40017282 | CARTER | DOUGLAS | R | LCA943300 | 201519 | 201519 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 125.00 | $5,367.19 |
| LNWW09500 | LS105000 | NU0000 | LV.RC.F1504080 | 40017282 | CARTER | DOUGLAS | R | LCA943300 | 201519 | 201519 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $367.90 |
| LNWW09500 | LS105000 | EA0000 | LV.RC.F1504080 | 40017282 | CARTER | DOUGLAS | R | LCA943300 | 201520 | 201520 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $2,776.44 |
| LNWW09500 | LS105000 | NU0000 | LV.RC.F1504080 | 40017282 | CARTER | DOUGLAS | R | LCA943300 | 201520 | 201520 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 0.00 | $428.88 |
| LNWW09500 | LS105000 | NU0000 | LV.RC.F1504080 | 40017282 | CARTER | DOUGLAS | R | LCA943300 | 201520 | 201520 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 52.00 | $2,230.19 |
| LNWW09500 | LS105000 | NU0000 | LV.RC.F1504080 | 40017282 | CARTER | DOUGLAS | R | LCA943300 | 201519 | 201519 | 201519 | 201519 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $1,236.23 |
| LNWW03000 | LS105000 | EA0000 | LV.RC.F1504080 | 40034388 | CAUDILL | JACK | D | LLNV500510 | 201519 | 201519 | 201519 | 201519 | 010 - REGULAR TIME | 80.00 | $3,694.90 |
| LNWW03000 | LS105000 | NU0000 | LV.RC.F1504080 | 40034388 | CAUDILL | JACK | D | LLNV500510 | 201519 | 201519 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 103.00 | $3,417.10 |
| LNWW03000 | LS105000 | EA0000 | LV.RC.F1504080 | 40034388 | CAUDILL | JACK | D | LLNV500510 | 201519 | 201519 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $1,709.12 |
| LNWW03000 | LS105000 | EA0000 | LV.RC.F1504080 | 40034388 | CAUDILL | JACK | D | LNV500510 | 201520 | 201520 | 201520 | 201520 | 010 - REGULAR TIME | 16.00 | $743.09 |
| LNWW03000 | LS105000 | NU0000 | LV.RC.F1504080 | 40034388 | CAUDILL | JACK | D | LNV500510 | 201520 | 201520 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 0.00 | $265.34 |
| LNWW03000 | LS105000 | NU0000 | LV.RC.F1504080 | 40034388 | CAUDILL | JACK | D | LNV500510 | 201520 | 201520 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 30.00 | $995.03 |
| LNWW03000 | LS105000 | EA0000 | LV.RC.F1504080 | 40034388 | CAUDILL | JACK | D | LNV500510 | 201520 | 201520 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $531.58 |
| LNWW00000 | LS105000 | EA0000 | LV.RC.F1504080 | 40005205 | CHODOROWSKI | DEREK | M | LLCC0S06000 | 201519 | 201519 | 201519 | 201519 | 010 - REGULAR TIME | 16.00 | $991.01 |
| LNWW00000 | LS105000 | NU0000 | LV.RC.F1504080 | 40005205 | CHODOROWSKI | DEREK | M | LLCC0S06000 | 201519 | 201519 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 9.00 | $378.47 |
| LNWW00000 | LS105000 | NU0000 | LV.RC.F1504080 | 40005205 | CHODOROWSKI | DEREK | M | LLCC0S06000 | 201519 | 201519 | 201519 | 201519 | 180 - ADMIN UNCONTROLED OV | 0.00 | $208.41 |
| LNWW00000 | LS105000 | EA0000 | LV.RC.F1504080 | 40005205 | CHODOROWSKI | DEREK | M | LCC0S06000 | 201519 | 201519 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $252.38 |

AR10521

| Org | Fund | Emp Type | Position | Emp No | First | Last | MI | Cost Center | Period | Period | Pay Code | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LLNVW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40005205 | DEREK | CHODOROWSKI | M | LLCOS06000 | 201519 | 201519 | 010 - REGULAR TIME | 40.00 | $2,477.51 |
| LLNVW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40005205 | DEREK | CHODOROWSKI | M | LLCOS06000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 59.00 | $2,667.21 |
| LLNVW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40005205 | DEREK | CHODOROWSKI | M | LLCOS06000 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $361.48 |
| LLNVW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40005205 | DEREK | CHODOROWSKI | M | LLCOS06000 | 201519 | 201519 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $86.02 |
| LLNVW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40005205 | DEREK | CHODOROWSKI | M | LLCOS06000 | 201520 | 201519 | 180 - ADMIN UNCONTROLLED OV | 0.00 | $625.17 |
| LLNVW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40005205 | DEREK | CHODOROWSKI | M | LLCOS06000 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $1,445.52 |
| LLNVW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40005205 | DEREK | CHODOROWSKI | M | LLCOS06000 | 201520 | 201520 | 010 - REGULAR TIME | 24.00 | $1,493.62 |
| LLNVW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40005205 | DEREK | CHODOROWSKI | M | LLCOS06000 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 17.00 | $5,767.42 |
| LLNVW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40005205 | DEREK | CHODOROWSKI | M | LLCOS06000 | 201520 | 201520 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $86.39 |
| LLNVW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40005205 | DEREK | CHODOROWSKI | M | LLCOS06000 | 201519 | 201520 | 180 - ADMIN UNCONTROLLED OV | 0.00 | $312.30 |
| LLNVW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40005205 | DEREK | CHODOROWSKI | M | LLCOS06000 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $394.40 |
| LLNVW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40127878 | STEPHANIE | CLARK | D | LLCAD07500 | 201519 | 201519 | 010 - REGULAR TIME | 40.00 | $3,012.81 |
| LLNVW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40127878 | STEPHANIE | CLARK | D | LLCAD07500 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 62.00 | $3,646.18 |
| LLNVW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40127878 | STEPHANIE | CLARK | D | LLCAD07500 | 201519 | 201519 | 180 - ADMIN UNCONTROLLED OV | 0.00 | $633.47 |
| LLNVW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40127878 | STEPHANIE | CLARK | D | LLCAD07500 | 201520 | 201519 | FLS - FLSA PREMIUM | 0.00 | $1,832.52 |
| LLNVW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40127878 | STEPHANIE | CLARK | D | LLCAD07500 | 201519 | 201520 | 110 - OVERTIME-REGULAR-UNS | 2.00 | $117.68 |
| LLNVW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40127878 | STEPHANIE | CLARK | D | LLCAD07500 | 201520 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $135.00 |
| LLNVW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40127878 | STEPHANIE | CLARK | D | LLCAD07500 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $117.40 |
| LLNVW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40127878 | STEPHANIE | CLARK | D | LLCAD07500 | 201519 | 201519 | 010 - REGULAR TIME | 24.00 | $1,818.02 |
| LLNVW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40127878 | STEPHANIE | CLARK | D | LLCAD07500 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 14.00 | $376.35 |
| LLNVW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40127878 | STEPHANIE | CLARK | D | LLCAD07500 | 201520 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $823.24 |
| LLNVW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40127878 | STEPHANIE | CLARK | D | LLCAD07500 | 201520 | 201520 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $28.10 |
| LLNVW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40127878 | STEPHANIE | CLARK | D | LLCAD07500 | 201520 | 201520 | 180 - ADMIN UNCONTROLLED OV | 0.00 | $112.48 |
| LLNVW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40127878 | STEPHANIE | CLARK | D | LLCAD07500 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $506.72 |
| LLNV10000 | L51050000 | EA0000 | LV.RC.F1504080 | 40127878 | STEPHANIE | CLARK | D | LLCAD07500 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 0.00 | $440.98 |
| LLNVW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40132150 | STEVON | CULVER | L | LLNV00000 | 201519 | 201519 | 010 - REGULAR TIME | 48.00 | $249.14 |
| LLNVW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40132150 | STEVON | CULVER | L | LLNV00000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 60.00 | $2,595.41 |
| LLNVW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40132150 | STEVON | CULVER | L | LLNV00000 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $2,237.27 |
| LLNVW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40132150 | STEVON | CULVER | L | LLNV00000 | 201520 | 201519 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $233.44 |
| LLNVW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40132150 | STEVON | CULVER | L | LLNV00000 | 201519 | 201519 | 180 - ADMIN UNCONTROLLED OV | 0.00 | $545.71 |
| LLNVW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40132150 | STEVON | CULVER | L | LLNV00000 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $1,122.81 |
| LLNV10000 | L51050000 | NU0000 | LV.RC.F1504080 | 40132150 | STEVON | CULVER | L | LLNV00000 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 16.00 | $527.27 |
| LLNVW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40132150 | STEVON | CULVER | L | LLNV00000 | 201520 | 201520 | 010 - REGULAR TIME | 0.00 | $33.52 |
| LLNVW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40132150 | STEVON | CULVER | L | LLNV00000 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 0.00 | $306.53 |
| LLNVW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40132150 | STEVON | CULVER | L | LLNV00000 | 201519 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 80.00 | $5,639.80 |
| LLNVW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40132150 | STEVON | CULVER | L | LLNV00000 | 201520 | 201520 | 010 - REGULAR TIME | 98.00 | $4,492.44 |
| LLNVW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40132150 | STEVON | CULVER | L | LLNV00000 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 0.00 | $2,246.22 |
| LLNVW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40132150 | STEVON | CULVER | L | LLNV00000 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $153.76 |
| LLNVW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40004851 | AARON | CURTIS | S | LLNV00000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 0.00 | $140.31 |
| LLNVW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40004851 | AARON | CURTIS | S | LLNV00000 | 201520 | 201519 | 010 - REGULAR TIME | 0.00 | $70.68 |
| LLNVW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40004851 | AARON | CURTIS | S | LLNV00000 | 201519 | 201519 | FLS - FLSA PREMIUM | 16.00 | $1,165.57 |
| LLNVW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40004851 | AARON | CURTIS | S | LLNV00000 | 201520 | 201520 | 010 - REGULAR TIME | 0.00 | $377.78 |
| LLNVW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40004851 | AARON | CURTIS | S | LLNV00000 | 201520 | 201520 | 110 - OVERTIME-HOLIDAY-WOR | 14.00 | $661.11 |
| LLNVW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40004851 | AARON | CURTIS | S | LLNV00000 | 201520 | 201520 | 121 - OVERTIME-SUNDAY-WORK | 6.00 | $283.34 |
| LLNVW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40004851 | AARON | CURTIS | S | LLNV00000 | 201520 | 201520 | FLS - FLSA PREMIUM | 14.00 | $661.11 |
| LLNVW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40011600 | CHRISTOPHER | DELANEY | J | LLUT934000 | 201519 | 201519 | 010 - REGULAR TIME | 0.00 | $859.15 |
| LLNVW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40011600 | CHRISTOPHER | DELANEY | J | LLUT934000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 80.00 | $6,650.17 |
| LLNVW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40011600 | CHRISTOPHER | DELANEY | J | LLUT934000 | 201519 | 201519 | FLS - FLSA PREMIUM | 109.50 | $5,178.85 |
| LLNV10000 | L51050000 | EA0000 | LV.RC.F1504080 | 40011600 | CHRISTOPHER | DELANEY | J | LLUT914000 | 201519 | 201519 | 051 - HOLIDAY-WORKED | 0.00 | $2,590.00 |
| LLNVW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40011600 | CHRISTOPHER | DELANEY | J | LLUT914000 | 201520 | 201520 | 010 - REGULAR TIME | 16.00 | $1,296.52 |
| LLNVW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40011600 | CHRISTOPHER | DELANEY | J | LLUT914000 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 0.00 | $377.97 |
| LLNVW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40011600 | CHRISTOPHER | DELANEY | J | LLUT914000 | 201520 | 201520 | FLS - FLSA PREMIUM | 31.50 | $1,488.26 |
| LLNVW03000 | L51050000 | NV0000 | LV.RC.F1504080 | 40011583 | BRYN | ELTON | S | LLWO120300 | 201520 | 201520 | 010 - REGULAR TIME | 0.00 | $797.43 |
| LLNV10000 | L51050000 | NV0000 | LV.RC.F1504080 | 40011583 | BRYN | ELTON | S | LLWO120300 | 201519 | 201519 | 051 - HOLIDAY-WORKED | 40.00 | $2,873.72 |
| LLNVW03000 | L51050000 | NV0000 | LV.RC.F1504080 | 40011583 | BRYN | ELTON | S | LLWO120300 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 54.00 | $2,295.66 |
| LLNVW03000 | L51050000 | NV0000 | LV.RC.F1504080 | 40011583 | BRYN | ELTON | S | LLWO120300 | 201520 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $303.24 |
| LLNVW03000 | L51050000 | NV0000 | LV.RC.F1504080 | 40011583 | BRYN | ELTON | S | LLWO120300 | 201519 | 201519 | EAP - AVAILABILITY PAY | 0.00 | $604.37 |
| LLNVW03000 | L51050000 | NV0000 | LV.RC.F1504080 | 40011583 | BRYN | ELTON | S | LLWO120300 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $1,225.07 |

AR10522

| | | | | | Last | First | MI | | | | Type | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LLNW03000 | L51050000 | NV0000 | LV.RC.F1504080 | 40011583 | ELTON | BRYN | S | LLWO120300 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 10.00 | $454.09 |
| LLNW03000 | L51050000 | NV0000 | LV.RC.F1504080 | 40011583 | ELTON | BRYN | S | LLWO120300 | 201520 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $15.23 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40014207 | ENTRICAN | DARREN | J | LLCON02000 | 201519 | 201519 | 010 - REGULAR TIME | 56.00 | $3,464.30 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40014207 | ENTRICAN | DARREN | | LLCON02000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 66.00 | $2,623.66 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40014207 | ENTRICAN | DARREN | | LLCON02000 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $270.87 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40014207 | ENTRICAN | DARREN | | LLCON02000 | 201519 | 201519 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $35.93 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40014207 | ENTRICAN | DARREN | | LLCON02000 | 201519 | 201519 | 180 - ADMIN UNCONTROLED OV | 0.00 | $728.57 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40014207 | ENTRICAN | DARREN | | LLCON02000 | 201520 | 201519 | FLS - FLSA PREMIUM | 24.00 | $1,140.18 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40014207 | ENTRICAN | DARREN | | LLCON02000 | 201520 | 201520 | 010 - REGULAR TIME | 0.00 | $1,490.51 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40014207 | ENTRICAN | DARREN | | LLCON02000 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 6.00 | $288.29 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40014207 | ENTRICAN | DARREN | | LLCON02000 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 0.00 | $263.68 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40014207 | ENTRICAN | DARREN | | LLCON02000 | 201520 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $38.82 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40014207 | ENTRICAN | DARREN | | LLCON02000 | 201520 | 201520 | 180 - ADMIN UNCONTROLED OV | 0.00 | $311.66 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40014207 | ENTRICAN | DARREN | | LLCON02000 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $107.89 |
| LLNW03000 | L51050000 | E40000 | LV.RC.F1504080 | 40127734 | EVENSON | RONALD | RUDY | LLNW12000 | 201519 | 201519 | 010 - REGULAR TIME | 56.00 | $4,057.70 |
| LLNW03000 | L51050000 | E40000 | LV.RC.F1504080 | 40127734 | EVENSON | RONALD | RUDY | LLNW12000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 80.00 | $3,782.99 |
| LLNW03000 | L51050000 | E40000 | LV.RC.F1504080 | 40127734 | EVENSON | RONALD | RUDY | LLNW12000 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $1,891.91 |
| LLNW03000 | L51050000 | E40000 | LV.RC.F1504080 | 40127734 | EVENSON | RONALD | RUDY | LLNW12000 | 201520 | 201519 | FLS - FLSA PREMIUM | 0.00 | $-1,894.65 |
| LLNW03000 | L51050000 | E40000 | LV.RC.F1504080 | 40127734 | EVENSON | RONALD | RUDY | LLNW12000 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 0.00 | $330.51 |
| LLNW03000 | L51050000 | E40000 | LV.RC.F1504080 | 40127734 | EVENSON | RONALD | RUDY | LLNW12000 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 13.00 | $613.80 |
| LLNW03000 | L51050000 | E40000 | LV.RC.F1504080 | 40127734 | EVENSON | RONALD | RUDY | LLNW12000 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $329.96 |
| LLNW03000 | L51050000 | E40000 | LV.RC.F1504080 | 40127734 | EVENSON | RONALD | RUDY | LLNW12000 | 201521 | 201519 | FLS - FLSA PREMIUM | 0.00 | $1,894.64 |
| LLNW03000 | L51050000 | E40000 | LV.RC.F1504080 | 40004552 | FINCH | WILLIAM | P | LLORM00000 | 201520 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $263.24 |
| LLNW03000 | L51050000 | E40000 | LV.RC.F1504080 | 40004552 | FINCH | WILLIAM | P | LLORM00000 | 201519 | 201519 | 010 - REGULAR TIME | 80.00 | $4,847.02 |
| LLNW03000 | L51050000 | E40000 | LV.RC.F1504080 | 40004552 | FINCH | WILLIAM | P | LLORM00000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 90.00 | $3,045.32 |
| LLNW03000 | L51050000 | E40000 | LV.RC.F1504080 | 40004552 | FINCH | WILLIAM | P | LLORM00000 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $75.22 |
| LLNW03000 | L51050000 | E40000 | LV.RC.F1504080 | 40004552 | FINCH | WILLIAM | P | LLORM00000 | 201519 | 201519 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $83.73 |
| LLNW03000 | L51050000 | E40000 | LV.RC.F1504080 | 40004552 | FINCH | WILLIAM | P | LLORM00000 | 201519 | 201519 | 180 - ADMIN UNCONTROLED OV | 0.00 | $815.26 |
| LLNW03000 | L51050000 | E40000 | LV.RC.F1504080 | 40004552 | FINCH | WILLIAM | P | LLORM00000 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $1,561.74 |
| LLNW03000 | L51050000 | E40000 | LV.RC.F1504080 | 40004552 | FINCH | WILLIAM | P | LLORM00000 | 201520 | 201520 | 010 - REGULAR TIME | 8.00 | $486.98 |
| LLNW03000 | L51050000 | E40000 | LV.RC.F1504080 | 40004552 | FINCH | WILLIAM | P | LLORM00000 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 0.00 | $281.09 |
| LLNW03000 | L51050000 | E40000 | LV.RC.F1504080 | 40004552 | FINCH | WILLIAM | P | LLORM00000 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 6.00 | $188.26 |
| LLNW03000 | L51050000 | E40000 | LV.RC.F1504080 | 40004552 | FINCH | WILLIAM | P | LLORM00000 | 201520 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $37.77 |
| LLNW03000 | L51050000 | E40000 | LV.RC.F1504080 | 40004552 | FINCH | WILLIAM | P | LLORM00000 | 201520 | 201520 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $84.08 |
| LLNW03000 | L51050000 | E40000 | LV.RC.F1504080 | 40004552 | FINCH | WILLIAM | P | LLORM00000 | 201520 | 201520 | 180 - ADMIN UNCONTROLED OV | 0.00 | $81.45 |
| LLNW03000 | L51050000 | E40000 | LV.RC.F1504080 | 40004552 | FINCH | WILLIAM | P | LLORM00000 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $151.20 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40050726 | FONKEN | PETER | | LLCAC09500 | 201519 | 201519 | 010 - REGULAR TIME | 40.00 | $2,743.60 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40050726 | FONKEN | PETER | | LLCAC09500 | 201519 | 201519 | 046 - TRAVEL-COMP TIME-EAR | 11.00 | $414.15 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40050726 | FONKEN | PETER | | LLCAC09500 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 56.50 | $2,456.73 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40050726 | FONKEN | PETER | | LLCAC09500 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $60.17 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40050726 | FONKEN | PETER | | LLCAC09500 | 201519 | 201519 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $96.13 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40050726 | FONKEN | PETER | | LLCAC09500 | 201519 | 201519 | 180 - ADMIN UNCONTROLED OV | 0.00 | $576.92 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40050726 | FONKEN | PETER | | LLCAC09500 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $1,172.93 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40050726 | FONKEN | PETER | | LLCAC09500 | 201520 | 201520 | 010 - REGULAR TIME | 16.00 | $1,100.97 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40050726 | FONKEN | PETER | | LLCAC09500 | 201520 | 201520 | 046 - TRAVEL-COMP TIME-EAR | 4.00 | $150.60 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40050726 | FONKEN | PETER | | LLCAC09500 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 0.00 | $323.16 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40050726 | FONKEN | PETER | | LLCAC09500 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 12.00 | $526.90 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40050726 | FONKEN | PETER | | LLCAC09500 | 201520 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $24.18 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40050726 | FONKEN | PETER | | LLCAC09500 | 201520 | 201520 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $96.57 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40050726 | FONKEN | PETER | | LLCAC09500 | 201520 | 201520 | 180 - ADMIN UNCONTROLED OV | 0.00 | $230.59 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40050726 | FONKEN | PETER | | LLCAC09500 | 201521 | 201521 | FLS - FLSA PREMIUM | 0.00 | $292.52 |
| LLNW03000 | L51050000 | E40000 | LV.RC.F1504080 | 40145655 | FRANZOY | QUINTON | D | LLNMP01000 | 201521 | 201521 | 110 - OVERTIME-REGULAR-UNS | -2.00 | $-112.37 |
| LLNW03000 | L51050000 | E40000 | LV.RC.F1504080 | 40145655 | FRANZOY | QUINTON | D | LLNMP01000 | 201521 | 201521 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $14.50 |
| LLNW03000 | L51050000 | E40000 | LV.RC.F1504080 | 40145655 | FRANZOY | QUINTON | D | LLNMP01000 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $90.85 |
| LLNW03000 | L51050000 | E40000 | LV.RC.F1504080 | 40145655 | FRANZOY | QUINTON | D | LLNMP01000 | 201519 | 201519 | 010 - REGULAR TIME | 40.00 | $2,665.06 |
| LLNW03000 | L51050000 | E40000 | LV.RC.F1504080 | 40145655 | FRANZOY | QUINTON | D | LLNMP01000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 52.00 | $2,547.03 |
| LLNW03000 | L51050000 | E40000 | LV.RC.F1504080 | 40145655 | FRANZOY | QUINTON | D | LLNMP01000 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $55.94 |
| LLNW03000 | L51050000 | E40000 | LV.RC.F1504080 | 40145655 | FRANZOY | QUINTON | D | LLNMP01000 | 201519 | 201519 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $93.17 |

AR10523

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LMNVW03000 | L5050000 | E0000 | LV.RC.F1504080 | FRANZOY | QUINTON | D | 40145655 | LLNMP01000 | 201519 | 201519 | 180 - ADMIN UNCONTROLLED OV | 0.00 | $560.43 |
| LMNVW03000 | L5050000 | E0000 | LV.RC.F1504080 | FRANZOY | QUINTON | D | 40145655 | LLNMP01000 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $1,308.70 |
| LMNVW03000 | L5050000 | N0000 | LV.RC.F1504080 | FRANZOY | QUINTON | D | 40145655 | LLNMP01000 | 201519 | 201519 | 010 - REGULAR TIME | 16.00 | $1,066.03 |
| LMNVW03000 | L5050000 | N0000 | LV.RC.F1504080 | FRANZOY | QUINTON | D | 40145655 | LLNMP01000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 3.50 | $163.27 |
| LMNVW03000 | L5050000 | N0000 | LV.RC.F1504080 | FRANZOY | QUINTON | D | 40145655 | LLNMP01000 | 201519 | 201519 | 180 - ADMIN UNCONTROLLED OV | 0.00 | $224.17 |
| LMNVW03000 | L5050000 | N0000 | LV.RC.F1504080 | FRANZOY | QUINTON | D | 40145655 | LLNMP01000 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $84.67 |
| LMNVW03000 | L5050000 | N0000 | LV.RC.F1504080 | FRANZOY | QUINTON | D | 40145655 | LLNMP01000 | 201520 | 201520 | 010 - REGULAR TIME | 16.00 | $1,071.69 |
| LMNVW03000 | L5050000 | N0000 | LV.RC.F1504080 | FRANZOY | QUINTON | D | 40145655 | LLNMP01000 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 0.00 | $313.27 |
| LMNVW03000 | L5050000 | N0000 | LV.RC.F1504080 | FRANZOY | QUINTON | D | 40145655 | LLNMP01000 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 26.00 | $1,212.08 |
| LMNVW03000 | L5050000 | N0000 | LV.RC.F1504080 | FRANZOY | QUINTON | D | 40145655 | LLNMP01000 | 201520 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $2.25 |
| LMNVW03000 | L5050000 | N0000 | LV.RC.F1504080 | FRANZOY | QUINTON | D | 40145655 | LLNMP01000 | 201520 | 201520 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $93.65 |
| LMNVW03000 | L5050000 | N0000 | LV.RC.F1504080 | FRANZOY | QUINTON | D | 40145655 | LLNMP01000 | 201520 | 201520 | 180 - ADMIN UNCONTROLLED OV | 0.00 | $224.07 |
| LMNVW03000 | L5050000 | N0000 | LV.RC.F1504080 | FRANZOY | QUINTON | D | 40145655 | LLNMP01000 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $684.34 |
| LMNVW03000 | L5050000 | E0000 | LV.RC.F1504080 | FRANZOY | QUINTON | D | 40145655 | LLNMP01000 | 201522 | 201522 | 110 - OVERTIME-REGULAR-UNS | 2.00 | $98.17 |
| LMNVW03000 | L5050000 | E0000 | LV.RC.F1504080 | FRANZOY | QUINTON | D | 40145655 | LLNMP01000 | 201522 | 201522 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $14.25 |
| LMNVW03000 | L5050000 | E0000 | LV.RC.F1504080 | FRANZOY | QUINTON | D | 40145655 | LLNMP01000 | 201522 | 201522 | FLS - FLSA PREMIUM | 0.00 | $53.35 |
| LMNVW03000 | L5050000 | E0000 | LV.RC.F1500080 | FUSELIER | PAUL | J | 40014353 | LLNV02000 | 201519 | 201519 | 010 - REGULAR TIME | 40.00 | $2,562.41 |
| LMNVW03000 | L5050000 | E0000 | LV.RC.F1500080 | FUSELIER | PAUL | J | 40014353 | LLNV02000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 40.00 | $1,648.43 |
| LMNVW03000 | L5050000 | E0000 | LV.RC.F1500080 | FUSELIER | PAUL | J | 40014353 | LLNV02000 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $824.22 |
| LMNVW03000 | L5050000 | E0000 | LV.RC.F1500080 | FUSELIER | PAUL | J | 40014353 | LLNV02000 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 0.00 | $247.04 |
| LMNVW03000 | L5050000 | E0000 | LV.RC.F1500080 | FUSELIER | PAUL | J | 40014353 | LLNV02000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 13.00 | $535.25 |
| LMNVW03000 | L5050000 | E0000 | LV.RC.F1500080 | FUSELIER | PAUL | J | 40014353 | LLNV02000 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $290.62 |
| LMNVW03000 | L5050000 | E0000 | LV.RC.F1500080 | FUSELIER | PAUL | J | 40014353 | LLNV02000 | 201521 | 201521 | 110 - OVERTIME-REGULAR-UNS | 11.00 | $454.71 |
| LMNVW03000 | L5050000 | E0000 | LV.RC.F1500080 | FUSELIER | PAUL | J | 40014353 | LLNV02000 | 201521 | 201521 | FLS - FLSA PREMIUM | 0.00 | $227.35 |
| LMNVW03000 | L5050000 | E0000 | LV.RC.F1500080 | GRIMES | MICHAEL | E | 40035210 | LLOC362100 | 201518 | 201518 | 010 - REGULAR TIME | 24.00 | $1,112.80 |
| LMNVW03000 | L5050000 | E0000 | LV.RC.F1500080 | GRIMES | MICHAEL | E | 40035210 | LLOC362100 | 201518 | 201518 | 110 - OVERTIME-REGULAR-UNS | 32.00 | $999.67 |
| LMNVW03000 | L5050000 | E0000 | LV.RC.F1500080 | GRIMES | MICHAEL | E | 40035210 | LLOC362100 | 201518 | 201518 | FLS - FLSA PREMIUM | 0.00 | $500.00 |
| LMNVW03000 | L5050000 | E0000 | LV.RC.F1500080 | GRIMES | MICHAEL | E | 40035210 | LLOC362100 | 201519 | 201519 | 010 - REGULAR TIME | 80.00 | $3,701.19 |
| LMNVW03000 | L5050000 | E0000 | LV.RC.F1500080 | GRIMES | MICHAEL | E | 40035210 | LLOC362100 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 106.00 | $3,312.59 |
| LMNVW03000 | L5050000 | E0000 | LV.RC.F1500080 | GRIMES | MICHAEL | E | 40035210 | LLOC362100 | 201521 | 201521 | FLS - FLSA PREMIUM | 0.00 | $1,656.86 |
| LMNVW03000 | L5050000 | E0000 | LV.RC.F1500080 | GRIMES | MICHAEL | E | 40035210 | LLOC362100 | 201521 | 201521 | 110 - OVERTIME-REGULAR-UNS | 8.00 | $249.74 |
| LMNVW03000 | L5050000 | E0000 | LV.RC.F1500080 | GRIMES | MICHAEL | E | 40035210 | LLOC362100 | 201521 | 201521 | FLS - FLSA PREMIUM | 0.00 | $124.90 |
| LMNVW03000 | L5050000 | E0000 | LV.RC.F1500080 | HARNESS | SCOTT | P | 40014312 | LLNM931000 | 201519 | 201519 | 010 - REGULAR TIME | 80.00 | $5,363.30 |
| LMNVW03000 | L5050000 | E0000 | LV.RC.F1500080 | HARNESS | SCOTT | P | 40014312 | LLNM931000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 95.00 | $4,122.72 |
| LMNVW03000 | L5050000 | E0000 | LV.RC.F1500080 | HARNESS | SCOTT | P | 40014312 | LLNM931000 | 201519 | 201519 | 121 - OVERTIME-SUNDAY-WORK | 30.00 | $1,301.91 |
| LMNVW03000 | L5050000 | E0000 | LV.RC.F1500080 | HARNESS | SCOTT | P | 40014312 | LLNM931000 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $206.56 |
| LMNVW03000 | L5050000 | E0000 | LV.RC.F1500080 | HARNESS | SCOTT | P | 40014312 | LLNM931000 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $2,764.72 |
| LMNVW03000 | L5050000 | E0000 | LV.RC.F1500080 | HARNESS | SCOTT | P | 40014312 | LLNM931000 | 201520 | 201520 | 010 - REGULAR TIME | 32.00 | $2,156.78 |
| LMNVW03000 | L5050000 | E0000 | LV.RC.F1500080 | HARNESS | SCOTT | P | 40014312 | LLNM931000 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 0.00 | $346.98 |
| LMNVW03000 | L5050000 | E0000 | LV.RC.F1500080 | HARNESS | SCOTT | P | 40014312 | LLNM931000 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 56.00 | $2,428.83 |
| LMNVW03000 | L5050000 | E0000 | LV.RC.F1500080 | HARNESS | SCOTT | P | 40014312 | LLNM931000 | 201520 | 201520 | 120 - OVERTIME-HOLIDAY-WOR | 6.00 | $260.24 |
| LMNVW03000 | L5050000 | E0000 | LV.RC.F1500080 | HARNESS | SCOTT | P | 40014312 | LLNM931000 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $1,420.47 |
| LMNVW03000 | L5050500 | E0000 | LV.RC.F1500080 | HARNESS | SCOTT | P | 40014312 | LLNM931000 | 201521 | 201521 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $-48.44 |
| LMNVW03000 | L5050500 | E0000 | LV.RC.F1500080 | HARNESS | SCOTT | P | 40014312 | LLNM931000 | 201521 | 201521 | FLS - FLSA PREMIUM | 0.00 | $-0.01 |
| LMNVW03000 | L5050500 | E0000 | LV.RC.F1500080 | HARNESS | SCOTT | P | 40014312 | LLNM931000 | 201521 | 201521 | FLS - FLSA PREMIUM | 0.00 | $2,148.74 |
| LMNVW03000 | L5050000 | N0000 | LV.RC.F1500080 | HAUCK | MICHAEL | R | 40035145 | LLWO120200 | 201518 | 201518 | 010 - REGULAR TIME | 32.00 | $1,647.17 |
| LMNVW03000 | L5050000 | N0000 | LV.RC.F1500080 | HAUCK | MICHAEL | R | 40035145 | LLWO120200 | 201518 | 201518 | 110 - OVERTIME-REGULAR-UNS | 38.00 | $823.58 |
| LMNVW03000 | L5050000 | N0000 | LV.RC.F1500080 | HAUCK | MICHAEL | R | 40035145 | LLWO120200 | 201518 | 201518 | FLS - FLSA PREMIUM | 0.00 | $2,700.98 |
| LMNVW03000 | L5050000 | N0000 | LV.RC.F1500080 | HAUCK | MICHAEL | R | 40035145 | LLWO120200 | 201519 | 201519 | 010 - REGULAR TIME | 40.00 | $2,681.85 |
| LMNVW03000 | L5050000 | N0000 | LV.RC.F1500080 | HAUCK | MICHAEL | R | 40035145 | LLWO120200 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 54.00 | $174.77 |
| LMNVW03000 | L5050000 | N0000 | LV.RC.F1500080 | HAUCK | MICHAEL | R | 40035145 | LLWO120200 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $567.92 |
| LMNVW03000 | L5050000 | N0000 | LV.RC.F1500080 | HAUCK | MICHAEL | R | 40035145 | LLWO120200 | 201519 | 201519 | 180 - ADMIN UNCONTROLLED OV | 0.00 | $1,312.57 |
| LMNVW03000 | L5050000 | N0000 | LV.RC.F1500080 | HAUCK | MICHAEL | R | 40035145 | LLWO120200 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $543.05 |
| LMNVW03000 | L5050000 | N0000 | LV.RC.F1500080 | HAUCK | MICHAEL | R | 40035145 | LLWO120200 | 201520 | 201520 | 010 - REGULAR TIME | 8.00 | $317.62 |
| LMNVW03000 | L5050000 | N0000 | LV.RC.F1500080 | HAUCK | MICHAEL | R | 40035145 | LLWO120200 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 0.00 | $1,290.27 |
| LMNVW03000 | L5050000 | N0000 | LV.RC.F1500080 | HAUCK | MICHAEL | R | 40035145 | LLWO120200 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 26.00 | $113.52 |
| LMNVW03000 | L5050000 | N0000 | LV.RC.F1500080 | HAUCK | MICHAEL | R | 40035145 | LLWO120200 | 201520 | 201520 | 180 - ADMIN UNCONTROLLED OV | 0.00 | $632.92 |

AR10524

| Code | LS | Unit | Rate Code | Emp No. | Last Name | First Name | MI | Earn Code | Per 1 | Per 2 | Pay Code | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LINW03000 | LS1050000 | NV0000 | LV.RC.F1504080 | 40186801 | HONE | JASON | ANDREW | LLW0121000 | 201518 | 201518 | 110 - OVERTIME-REGULAR-UNS | 3.00 | $140.75 |
| LINW03000 | LS1050000 | NV0000 | LV.RC.F1504080 | 40186801 | HONE | JASON | ANDREW | LLW0121000 | 201519 | 201519 | 010 - REGULAR TIME | 80.00 | $6,301.56 |
| LINW03000 | LS1050000 | NV0000 | LV.RC.F1504080 | 40186801 | HONE | JASON | ANDREW | LLW0121000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 84.00 | $3,947.19 |
| LINW03000 | LS1050000 | NV0000 | LV.RC.F1504080 | 40186801 | HONE | JASON | ANDREW | LLW0121000 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $312.64 |
| LINW03000 | LS1050000 | NV0000 | LV.RC.F1504080 | 40186801 | HONE | JASON | ANDREW | LLW0121000 | 201519 | 201519 | EAP - AVAILABILITY PAY | 0.00 | $1,324.98 |
| LINW03000 | LS1050000 | NV0000 | LV.RC.F1504080 | 40186801 | HONE | JASON | ANDREW | LLW0121000 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $2,131.23 |
| LINW03000 | LS1050000 | NV0000 | LV.RC.F1504080 | 40186801 | HONE | JASON | ANDREW | LLW0121000 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 0.00 | $375.32 |
| LINW03000 | LS1050000 | NV0000 | LV.RC.F1504080 | 40186801 | HONE | JASON | ANDREW | LLW0121000 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 24.00 | $1,125.95 |
| LINW03000 | LS1050000 | NV0000 | LV.RC.F1504080 | 40186801 | HONE | JASON | ANDREW | LLW0121000 | 201520 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $61.67 |
| LINW03000 | LS1050000 | NV0000 | LV.RC.F1504080 | 40186801 | HONE | JASON | ANDREW | LLW0121000 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $647.23 |
| LINW03000 | LS1050000 | NV0000 | LV.RC.F1504080 | 40186801 | HONE | JASON | ANDREW | LLW0121000 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $39.87 |
| LINW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40035207 | HOWELL | THOMAS | L | LLWR05000 | 201518 | 201518 | 010 - REGULAR TIME | 56.00 | $3,304.33 |
| LINW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40035207 | HOWELL | THOMAS | L | LLWR05000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 61.00 | $2,485.98 |
| LINW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40035207 | HOWELL | THOMAS | L | LLWR05000 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $349.48 |
| LINW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40035207 | HOWELL | THOMAS | L | LLWR05000 | 201519 | 201519 | 180 - ADMIN UNCONTROLED OV | 0.00 | $555.90 |
| LINW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40035207 | HOWELL | THOMAS | L | LLWR05000 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $1,218.50 |
| LINW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40035207 | HOWELL | THOMAS | L | LLWR05000 | 201520 | 201520 | 010 - REGULAR TIME | 8.00 | $474.57 |
| LINW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40035207 | HOWELL | THOMAS | L | LLWR05000 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 0.00 | $273.27 |
| LINW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40035207 | HOWELL | THOMAS | L | LLWR05000 | 201519 | 201519 | 051 - HOLIDAY-WORKED | 21.50 | $839.30 |
| LINW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40035207 | HOWELL | THOMAS | L | LLWR05000 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $73.51 |
| LINW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40035207 | HOWELL | THOMAS | L | LLWR05000 | 201519 | 201519 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $81.68 |
| LINW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40035207 | HOWELL | THOMAS | L | LLWR05000 | 201519 | 201519 | 180 - ADMIN UNCONTROLED OV | 0.00 | $79.38 |
| LINW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40035207 | HOWELL | THOMAS | L | LLWR05000 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $425.57 |
| LINW09000 | LS1050000 | EA0000 | LV.RC.F1504080 | 40044215 | HUSTON | CHARLES | E | LLMTC04000 | 201518 | 201518 | 010 - REGULAR TIME | 80.00 | $4,700.70 |
| LINW09000 | LS1050000 | EA0000 | LV.RC.F1504080 | 40044215 | HUSTON | CHARLES | E | LLMTC04000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 128.50 | $5,000.73 |
| LINW09000 | LS1050000 | EA0000 | LV.RC.F1504080 | 40044215 | HUSTON | CHARLES | E | LLMTC04000 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $154.42 |
| LINW09000 | LS1050000 | EA0000 | LV.RC.F1504080 | 40044215 | HUSTON | CHARLES | E | LLMTC04000 | 201519 | 201519 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $162.52 |
| LINW09000 | LS1050000 | EA0000 | LV.RC.F1504080 | 40044215 | HUSTON | CHARLES | E | LLMTC04000 | 201519 | 201519 | 180 - ADMIN UNCONTROLED OV | 0.00 | $988.48 |
| LINW09000 | LS1050000 | EA0000 | LV.RC.F1504080 | 40044215 | HUSTON | CHARLES | E | LLMTC04000 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $2,574.91 |
| LINW09000 | LS1050000 | EA0000 | LV.RC.F1504080 | 40044215 | HUSTON | CHARLES | E | LLMTC04000 | 201520 | 201520 | 010 - REGULAR TIME | 16.00 | $944.49 |
| LINW09000 | LS1050000 | EA0000 | LV.RC.F1504080 | 40044215 | HUSTON | CHARLES | E | LLMTC04000 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 0.00 | $272.93 |
| LINW09000 | LS1050000 | EA0000 | LV.RC.F1504080 | 40044215 | HUSTON | CHARLES | E | LLMTC04000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 29.50 | $1,258.08 |
| LINW09000 | LS1050000 | EA0000 | LV.RC.F1504080 | 40044215 | HUSTON | CHARLES | E | LLMTC04000 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $28.56 |
| LINW09000 | LS1050000 | EA0000 | LV.RC.F1504080 | 40044215 | HUSTON | CHARLES | E | LLMTC04000 | 201519 | 201519 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $81.60 |
| LINW09000 | LS1050000 | EA0000 | LV.RC.F1504080 | 40044215 | HUSTON | CHARLES | E | LLMTC04000 | 201519 | 201519 | 180 - ADMIN UNCONTROLED OV | 0.00 | $987.37 |
| LINW09000 | LS1050000 | EA0000 | LV.RC.F1504080 | 40044215 | HUSTON | CHARLES | E | LLMTC04000 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $640.57 |
| LINW09000 | LS1050000 | EA0000 | LV.RC.F1504080 | 40044215 | HUSTON | CHARLES | E | LLMTC04000 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 32.00 | $1,343.46 |
| LINW09000 | LS1050000 | EA0000 | LV.RC.F1504080 | 40044215 | HUSTON | CHARLES | E | LLMTC04000 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $671.89 |
| LINW09500 | LS1050000 | EA0000 | LV.RC.F1504080 | 40004647 | IAGULLI | JAMES | V | LLNV954000 | 201518 | 201518 | 010 - REGULAR TIME | 80.00 | $4,763.11 |
| LINW09500 | LS1050000 | EA0000 | LV.RC.F1504080 | 40004647 | IAGULLI | JAMES | V | LLNV954000 | 201518 | 201518 | 110 - OVERTIME-REGULAR-UNS | 120.00 | $5,041.26 |
| LINW09500 | LS1050000 | EA0000 | LV.RC.F1504080 | 40004647 | IAGULLI | JAMES | V | LLNV954000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 0.00 | $2,521.27 |
| LINW09500 | LS1050000 | EA0000 | LV.RC.F1504080 | 40004647 | IAGULLI | JAMES | V | LLNV954000 | 201519 | 201519 | FLS - FLSA PREMIUM | 24.00 | $1,436.66 |
| LINW09500 | LS1050000 | EA0000 | LV.RC.F1504080 | 40004647 | IAGULLI | JAMES | V | LLNV954000 | 201520 | 201520 | 010 - REGULAR TIME | 0.00 | $335.94 |
| LINW09500 | LS1050000 | EA0000 | LV.RC.F1504080 | 40004647 | IAGULLI | JAMES | V | LLNV954000 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 42.00 | $1,763.66 |
| LINW09500 | LS1050000 | EA0000 | LV.RC.F1504080 | 40004647 | IAGULLI | JAMES | V | LLNV954000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 0.00 | $60.32 |
| LINW09500 | LS1050000 | EA0000 | LV.RC.F1504080 | 40004647 | IAGULLI | JAMES | V | LLNV954000 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $948.44 |
| LINW09500 | LS1050000 | EA0000 | LV.RC.F1504080 | 40004647 | IAGULLI | JAMES | V | LLNV954000 | 201519 | 201519 | 180 - ADMIN UNCONTROLED OV | 56.00 | $3,468.92 |
| LINW09500 | LS1050000 | EA0000 | LV.RC.F1504080 | 40004647 | IAGULLI | JAMES | V | LLNV954000 | 201520 | 201520 | FLS - FLSA PREMIUM | 64.25 | $2,433.10 |
| LINW09500 | LS1050000 | EA0000 | LV.RC.F1504080 | 40004647 | IAGULLI | JAMES | V | LLNV954000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 0.00 | $288.37 |
| LINW09500 | LS1050000 | EA0000 | LV.RC.F1504080 | 40004647 | IAGULLI | JAMES | V | LLNV954000 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $729.52 |
| LINW09500 | LS1050000 | EA0000 | LV.RC.F1504080 | 40004647 | IAGULLI | JAMES | V | LLNV954000 | 201519 | 201519 | 180 - ADMIN UNCONTROLED OV | 0.00 | $1,435.39 |
| LINW09500 | LS1050000 | EA0000 | LV.RC.F1504080 | 40004647 | IAGULLI | JAMES | V | LLNV954000 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $-12.01 |
| LINW09500 | LS1050000 | EA0000 | LV.RC.F1504080 | 40009304 | JENSEN | WESLEY | D | LLAZG00000 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 0.00 | $-1.53 |
| LINW09500 | LS1050000 | EA0000 | LV.RC.F1504080 | 40009304 | JENSEN | WESLEY | D | LLAZG00000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 0.00 | $297.20 |
| LINW09500 | LS1050000 | EA0000 | LV.RC.F1504080 | 40009304 | JENSEN | WESLEY | D | LLAZG00000 | 201520 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 25.00 | $880.33 |
| LINW09500 | LS1050000 | EA0000 | LV.RC.F1504080 | 40009304 | JENSEN | WESLEY | D | LLAZG00000 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $42.19 |
| LINW09500 | LS1050000 | EA0000 | LV.RC.F1504080 | 40009304 | JENSEN | WESLEY | D | LLAZG00000 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $493.50 |

| Code | Sub | Org | Ref | Emp ID | First | Last | Ind | Acct | Per1 | Per2 | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LNNW03900 | LS1050000 | NV0000 | LV.RC.F1504080 | 40009304 | WESLEY | JENSEN | D | LUAZG0000 | 201515 | 201515 | 110 - OVERTIME-REGULAR-UNS | 7.25 | $313.61 |
| LNNW03900 | LS1050000 | NV0000 | LV.RC.F1504080 | 40009304 | WESLEY | JENSEN | D | LUAZG0000 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $156.78 |
| LNNW03900 | LS1050000 | NU0000 | LV.RC.F1504080 | 40011312 | TAMSEN | JOHNSON | M | LUTW01000 | 201519 | 201519 | 010 - REGULAR TIME | 40.00 | $2,167.48 |
| LNNW03900 | LS1050000 | NU0000 | LV.RC.F1504080 | 40011312 | TAMSEN | JOHNSON | M | LUTW01000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 60.00 | $2,148.09 |
| LNNW03900 | LS1050000 | NU0000 | LV.RC.F1504080 | 40011312 | TAMSEN | JOHNSON | M | LUTW01000 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $318.31 |
| LNNW03900 | LS1050000 | NU0000 | LV.RC.F1504080 | 40011312 | TAMSEN | JOHNSON | M | LUTW01000 | 201519 | 201519 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $74.02 |
| LNNW03900 | LS1050000 | NU0000 | LV.RC.F1504080 | 40011312 | TAMSEN | JOHNSON | M | LUTW01000 | 201519 | 201519 | 180 - ADMIN UNCONTROLED OV | 0.00 | $273.41 |
| LNNW03900 | LS1050000 | NU0000 | LV.RC.F1504080 | 40011312 | TAMSEN | JOHNSON | M | LUTW01000 | 201520 | 201520 | 010 - REGULAR TIME | 0.00 | $177.95 |
| LNNW03900 | LS1050000 | NU0000 | LV.RC.F1504080 | 40011312 | TAMSEN | JOHNSON | M | LUTW01000 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 0.00 | $1,733.99 |
| LNNW03900 | LS1050000 | NU0000 | LV.RC.F1504080 | 40011312 | TAMSEN | JOHNSON | M | LUTW01000 | 201520 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 32.00 | $1,646.86 |
| LNNW03900 | LS1050000 | NU0000 | LV.RC.F1504080 | 40011312 | TAMSEN | JOHNSON | M | LUTW01000 | 201520 | 201520 | 140 - SUNDAY PREMIUM-WORKE | 46.00 | $210.96 |
| LNNW03900 | LS1050000 | NU0000 | LV.RC.F1504080 | 40011312 | TAMSEN | JOHNSON | M | LUTW01000 | 201520 | 201520 | 180 - ADMIN UNCONTROLED OV | 0.00 | $64.76 |
| LNNW03900 | LS1050000 | NU0000 | LV.RC.F1504080 | 40011312 | TAMSEN | JOHNSON | M | LUTW01000 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $218.74 |
| LNNW03900 | LS1050000 | NU0000 | LV.RC.F1504080 | 40011312 | TAMSEN | JOHNSON | M | LUTW01000 | 201520 | 201520 | 010 - REGULAR TIME | 0.00 | $902.22 |
| LNNW03900 | LS1050000 | NU0000 | LV.RC.F1504080 | 40011312 | TAMSEN | JOHNSON | M | LUTW01000 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 8.00 | $435.46 |
| LNNW03900 | LS1050000 | NU0000 | LV.RC.F1504080 | 40011312 | TAMSEN | JOHNSON | M | LUTW01000 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 0.00 | $248.60 |
| LNNW03900 | LS1050000 | NU0000 | LV.RC.F1504080 | 40011312 | TAMSEN | JOHNSON | M | LUTW01000 | 201520 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 38.00 | $1,357.90 |
| LNNW03900 | LS1050000 | NU0000 | LV.RC.F1504080 | 40011312 | TAMSEN | JOHNSON | M | LUTW01000 | 201520 | 201520 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $148.62 |
| LNNW03900 | LS1050000 | NU0000 | LV.RC.F1504080 | 40011312 | TAMSEN | JOHNSON | M | LUTW01000 | 201520 | 201520 | 180 - ADMIN UNCONTROLED OV | 0.00 | $74.31 |
| LNNW03900 | LS1050000 | NU0000 | LV.RC.F1504080 | 40011312 | TAMSEN | JOHNSON | M | LUTW01000 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $54.61 |
| LNNW03900 | LS1050000 | NV0000 | LV.RC.F1504080 | 40150356 | MICHAEL | JOHNSON | J | LW0121000 | 201518 | 201518 | 040 - COMP TIME-EARNED | 0.00 | $785.04 |
| LNNW03900 | LS1050000 | NV0000 | LV.RC.F1504080 | 40150356 | MICHAEL | JOHNSON | J | LW0121000 | 201518 | 201518 | 110 - OVERTIME-REGULAR-UNS | 8.00 | $349.84 |
| LNNW03900 | LS1050000 | NV0000 | LV.RC.F1504080 | 40150356 | MICHAEL | JOHNSON | J | LW0121000 | 201518 | 201518 | 130 - NIGHT DIFFERENTIAL-W | 62.00 | $2,913.12 |
| LNNW03900 | LS1050000 | NV0000 | LV.RC.F1504080 | 40150356 | MICHAEL | JOHNSON | J | LW0121000 | 201518 | 201518 | FLS - FLSA PREMIUM | 0.00 | $263.01 |
| LNNW03900 | LS1050000 | NV0000 | LV.RC.F1504080 | 40150356 | MICHAEL | JOHNSON | J | LW0121000 | 201519 | 201519 | 010 - REGULAR TIME | 0.00 | $1,684.06 |
| LNNW03900 | LS1050000 | NV0000 | LV.RC.F1504080 | 40150356 | MICHAEL | JOHNSON | J | LW0121000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 124.00 | $6,281.70 |
| LNNW03900 | LS1050000 | NV0000 | LV.RC.F1504080 | 40150356 | MICHAEL | JOHNSON | J | LW0121000 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $5,829.80 |
| LNNW03900 | LS1050000 | NV0000 | LV.RC.F1504080 | 40150356 | MICHAEL | JOHNSON | J | LW0121000 | 201519 | 201519 | EAP - AVAILABILITY PAY | 0.00 | $396.57 |
| LNNW03900 | LS1050000 | NV0000 | LV.RC.F1504080 | 40150356 | MICHAEL | JOHNSON | J | LW0121000 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $1,320.81 |
| LNNW03900 | LS1050000 | NV0000 | LV.RC.F1504080 | 40150356 | MICHAEL | JOHNSON | J | LW0121000 | 201520 | 201520 | 040 - COMP TIME-EARNED | 0.00 | $3,155.71 |
| LNNW03900 | LS1050000 | NV0000 | LV.RC.F1504080 | 40150356 | MICHAEL | JOHNSON | J | LW0121000 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 16.00 | $699.68 |
| LNNW03900 | LS1050000 | NV0000 | LV.RC.F1504080 | 40150356 | MICHAEL | JOHNSON | J | LW0121000 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 0.00 | $375.60 |
| LNNW03900 | LS1050000 | NV0000 | LV.RC.F1504080 | 40150356 | MICHAEL | JOHNSON | J | LW0121000 | 201520 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 22.00 | $1,032.92 |
| LNNW03900 | LS1050000 | NV0000 | LV.RC.F1504080 | 40150356 | MICHAEL | JOHNSON | J | LW0121000 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $112.21 |
| LNNW03900 | LS1050000 | EA0000 | LV.RC.F1504080 | 40033238 | JENNIFER | JONES | L | LUT01300 | 201519 | 201519 | 010 - REGULAR TIME | 0.00 | $647.67 |
| LNNW03900 | LS1050000 | EA0000 | LV.RC.F1504080 | 40033238 | JENNIFER | JONES | L | LUT01300 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $3,697.47 |
| LNNW03900 | LS1050000 | NU0000 | LV.RC.F1504080 | 40015805 | ERIC | KEEFER | R | LCAN06000 | 201519 | 201519 | 010 - REGULAR TIME | 80.00 | $2,722.01 |
| LNNW03900 | LS1050000 | NU0000 | LV.RC.F1504080 | 40015805 | ERIC | KEEFER | R | LCAN06000 | 201519 | 201519 | 051 - HOLIDAY-WORKED | 82.00 | $1,361.46 |
| LNNW03900 | LS1050000 | NU0000 | LV.RC.F1504080 | 40015805 | ERIC | KEEFER | R | LCAN06000 | 201520 | 201520 | 010 - REGULAR TIME | 0.00 | $2,316.89 |
| LNNW03900 | LS1050000 | NU0000 | LV.RC.F1504080 | 40015805 | ERIC | KEEFER | R | LCAN06000 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 40.00 | $1,962.99 |
| LNNW03900 | LS1050000 | NU0000 | LV.RC.F1504080 | 40015805 | ERIC | KEEFER | R | LCAN06000 | 201520 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 55.75 | $38.67 |
| LNNW03900 | LS1050000 | NU0000 | LV.RC.F1504080 | 40015805 | ERIC | KEEFER | R | LCAN06000 | 201520 | 201520 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $83.78 |
| LNNW03900 | LS1050000 | NU0000 | LV.RC.F1504080 | 40015805 | ERIC | KEEFER | R | LCAN06000 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $1,016.86 |
| LNNW03900 | LS1050000 | NV0000 | LV.RC.F1504080 | 40156699 | ROBYN | KIRKHAM | A | LW0121000 | 201519 | 201519 | 010 - REGULAR TIME | 16.00 | $931.77 |
| LNNW03900 | LS1050000 | NV0000 | LV.RC.F1504080 | 40156699 | ROBYN | KIRKHAM | A | LW0121000 | 201519 | 201519 | 051 - HOLIDAY-WORKED | 0.00 | $281.54 |
| LNNW03900 | LS1050000 | NV0000 | LV.RC.F1504080 | 40156699 | ROBYN | KIRKHAM | A | LW0121000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 12.50 | $439.90 |
| LNNW03900 | LS1050000 | NV0000 | LV.RC.F1504080 | 40156699 | ROBYN | KIRKHAM | A | LW0121000 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $23.12 |
| LNNW03900 | LS1050000 | NV0000 | LV.RC.F1504080 | 40156699 | ROBYN | KIRKHAM | A | LW0121000 | 201519 | 201519 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $84.21 |
| LNNW03900 | LS1050000 | NV0000 | LV.RC.F1504080 | 40156699 | ROBYN | KIRKHAM | A | LW0121000 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $245.60 |
| LNNW03900 | LS1050000 | NV0000 | LV.RC.F1504080 | 40118828 | NICHOLAS | LASHER | S | LCAC09500 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 56.50 | $2,649.16 |
| LNNW03900 | LS1050000 | NV0000 | LV.RC.F1504080 | 40118828 | NICHOLAS | LASHER | S | LCAC09500 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $334.24 |
| LNNW03900 | LS1050000 | NV0000 | LV.RC.F1504080 | 40118828 | NICHOLAS | LASHER | S | LCAC09500 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 0.00 | $1,423.41 |
| LNNW03900 | LS1050000 | NV0000 | LV.RC.F1504080 | 40118828 | NICHOLAS | LASHER | S | LCAC09500 | 201519 | 201519 | 051 - HOLIDAY-WORKED | 0.00 | $374.49 |
| LNNW03900 | LS1050000 | NV0000 | LV.RC.F1504080 | 40118828 | NICHOLAS | LASHER | S | LCAC09500 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 20.00 | $936.24 |
| LNNW03900 | LS1050000 | NV0000 | LV.RC.F1504080 | 40118828 | NICHOLAS | LASHER | S | LCAC09500 | 201520 | 201520 | 010 - REGULAR TIME | 0.00 | $434.46 |
| LNNW03900 | LS1050000 | NV0000 | LV.RC.F1504080 | 40118828 | NICHOLAS | LASHER | S | LCAC09500 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 45.00 | $3,334.83 |
| LNNW03900 | LS1050000 | NU0000 | LV.RC.F1504080 | 40118828 | NICHOLAS | LASHER | S | LCAC09500 | 201519 | 201519 | 010 - REGULAR TIME | 54.00 | $2,313.42 |
| LNNW03900 | LS1050000 | NU0000 | LV.RC.F1504080 | 40118828 | NICHOLAS | LASHER | S | LCAC09500 | 201519 | 201519 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $127.39 |

AR10526

| Fund | Sub | Acct | Project | Emp ID | Last | First | MI | Org A | PP1 Start | PP1 End | Org B | PP2 Start | PP2 End | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40111828 | LASHER | NICHOLAS | S | LLCAC09500 | 201519 | 201520 | LLCAC09500 | 201519 | 201520 | FLS : FLSA PREMIUM | 0.00 | $1,187.49 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40111828 | LASHER | NICHOLAS | S | LLCAC09500 | 201519 | 201520 | LLCAC09500 | 201519 | 201520 | 010 - REGULAR TIME | 20.00 | $1,480.91 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40111828 | LASHER | NICHOLAS | S | LLCAC09500 | 201519 | 201520 | LLCAC09500 | 201519 | 201520 | 051 - HOLIDAY-WORKED | 0.00 | $428.04 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40111828 | LASHER | NICHOLAS | S | LLCAC09500 | 201519 | 201520 | LLCAC09500 | 201519 | 201520 | 110 - OVERTIME-REGULAR-UNS | 8.00 | $342.44 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40111828 | LASHER | NICHOLAS | S | LLCAC09500 | 201519 | 201520 | LLCAC09500 | 201519 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $25.60 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40111828 | LASHER | NICHOLAS | S | LLCAC09500 | 201519 | 201520 | LLCAC09500 | 201519 | 201520 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $128.02 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40111828 | LASHER | NICHOLAS | S | LLCAC09500 | 201520 | 201521 | LLCAC09500 | 201519 | 201520 | FLS : FLSA PREMIUM | 0.00 | $217.62 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40111828 | LASHER | NICHOLAS | S | LLCAC09500 | 201520 | 201521 | LLCAC09500 | 201519 | 201520 | 110 - OVERTIME-REGULAR-UNS | 2.00 | $85.82 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40111828 | LASHER | NICHOLAS | S | LLCAC09500 | 201520 | 201521 | LLCAC09500 | 201519 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $76.79 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40139520 | LAZZARO | JOSEPH | R | LWW0120100 | 201519 | 201520 | LWO120100 | 201519 | 201520 | FLS : FLSA PREMIUM | 0.00 | $62.14 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40139520 | LAZZARO | JOSEPH | R | LWW0120100 | 201519 | 201520 | LWO120100 | 201519 | 201520 | 010 - REGULAR TIME | 80.00 | $6,845.18 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40139520 | LAZZARO | JOSEPH | R | LWW0120100 | 201519 | 201520 | LWO120100 | 201519 | 201520 | 110 - OVERTIME-REGULAR-UNS | 65.00 | $3,516.66 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40139520 | LAZZARO | JOSEPH | R | LWW0120100 | 201519 | 201520 | LWO120100 | 201519 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $304.88 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40139520 | LAZZARO | JOSEPH | R | LWW0120100 | 201519 | 201520 | LWO120100 | 201519 | 201520 | 40D : NONFOREIGN ALLOWANCE | 0.00 | $252.98 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40139520 | LAZZARO | JOSEPH | R | LWW0120100 | 201519 | 201520 | LWO120100 | 201519 | 201520 | EAP : AVAILABILITY PAY | 0.00 | $1,439.42 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40139520 | LAZZARO | JOSEPH | R | LWW0120100 | 201519 | 201520 | LWO120100 | 201519 | 201520 | FLS : FLSA PREMIUM | 0.00 | $1,872.60 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40139520 | LAZZARO | JOSEPH | R | LWW0120100 | 201519 | 201520 | LWO120100 | 201519 | 201520 | 051 - HOLIDAY-WORKED | 0.00 | $409.52 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40139520 | LAZZARO | JOSEPH | R | LWW0120100 | 201519 | 201520 | LWO120100 | 201519 | 201520 | 110 - OVERTIME-REGULAR-UNS | 25.00 | $1,351.03 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40139520 | LAZZARO | JOSEPH | R | LWW0120100 | 201519 | 201520 | LWO120100 | 201519 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $85.77 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40128613 | LIND | ROBERT | R | LORL00000 | 201519 | 201520 | LORL00000 | 201519 | 201520 | FLS : FLSA PREMIUM | 0.00 | $661.50 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40128613 | LIND | ROBERT | R | LORL00000 | 201519 | 201520 | LORL00000 | 201519 | 201520 | 010 - REGULAR TIME | 32.00 | $1,721.87 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40128613 | LIND | ROBERT | R | LORL00000 | 201519 | 201520 | LORL00000 | 201519 | 201520 | 110 - OVERTIME-REGULAR-UNS | 56.00 | $1,688.48 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40128613 | LIND | ROBERT | R | LORL00000 | 201519 | 201520 | LORL00000 | 201519 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $43.09 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40128613 | LIND | ROBERT | R | LORL00000 | 201519 | 201520 | LORL00000 | 201519 | 201520 | FLS : FLSA PREMIUM | 0.00 | $862.29 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40128613 | LIND | ROBERT | R | LORL00000 | 201519 | 201520 | LORL00000 | 201519 | 201520 | 110 - OVERTIME-REGULAR-UNS | 2.00 | $60.41 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40128613 | LIND | ROBERT | R | LORL00000 | 201519 | 201520 | LORL00000 | 201519 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $10.85 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40005899 | LLOYD | RICHARD | T | LUUT00000 | 201519 | 201520 | LUUT00000 | 201519 | 201520 | FLS : FLSA PREMIUM | 0.00 | $32.10 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40005899 | LLOYD | RICHARD | T | LUUT00000 | 201519 | 201520 | LUUT00000 | 201519 | 201520 | 010 - REGULAR TIME | 14.00 | $757.85 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40005899 | LLOYD | RICHARD | T | LUUT00000 | 201519 | 201520 | LUUT00000 | 201519 | 201520 | 051 - HOLIDAY-WORKED | 0.00 | $241.30 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40005899 | LLOYD | RICHARD | T | LUUT00000 | 201519 | 201520 | LUUT00000 | 201519 | 201520 | 110 - OVERTIME-REGULAR-UNS | 12.00 | $361.94 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40005899 | LLOYD | RICHARD | T | LUUT00000 | 201519 | 201520 | LUUT00000 | 201519 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $3.61 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40005899 | LLOYD | RICHARD | T | LUUT00000 | 201519 | 201520 | LUUT00000 | 201519 | 201520 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $72.19 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40005899 | LLOYD | RICHARD | T | LUUT00000 | 201519 | 201520 | LUUT00000 | 201519 | 201520 | FLS : FLSA PREMIUM | 0.00 | $191.26 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40005899 | LLOYD | RICHARD | T | LUUT00000 | 201519 | 201520 | LUUT00000 | 201519 | 201520 | 010 - REGULAR TIME | 80.00 | $5,102.42 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40005899 | LLOYD | RICHARD | T | LUUT00000 | 201519 | 201520 | LUUT00000 | 201519 | 201520 | 110 - OVERTIME-REGULAR-UNS | 108.00 | $5,042.13 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40005899 | LLOYD | RICHARD | T | LUUT00000 | 201519 | 201520 | LUUT00000 | 201519 | 201520 | 121 - OVERTIME-SUNDAY-WORK | 7.00 | $326.80 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40005899 | LLOYD | RICHARD | T | LUUT00000 | 201519 | 201520 | LUUT00000 | 201519 | 201520 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $146.73 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40005899 | LLOYD | RICHARD | T | LUUT00000 | 201519 | 201520 | LUUT00000 | 201519 | 201520 | 180 - ADMIN UNCONTROLED OV | 0.00 | $177.68 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40005899 | LLOYD | RICHARD | T | LUUT00000 | 201519 | 201520 | LUUT00000 | 201519 | 201520 | FLS : FLSA PREMIUM | 0.00 | $1,073.14 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40005899 | LLOYD | RICHARD | T | LUUT00000 | 201519 | 201520 | LUUT00000 | 201519 | 201520 | 010 - REGULAR TIME | 0.00 | $2,764.87 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40005899 | LLOYD | RICHARD | T | LUUT00000 | 201519 | 201520 | LUUT00000 | 201519 | 201520 | 051 - HOLIDAY-WORKED | 16.00 | $1,025.58 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40005899 | LLOYD | RICHARD | T | LUUT00000 | 201519 | 201520 | LUUT00000 | 201519 | 201520 | 110 - OVERTIME-REGULAR-UNS | 0.00 | $298.44 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40005899 | LLOYD | RICHARD | T | LUUT00000 | 201519 | 201520 | LUUT00000 | 201519 | 201520 | 121 - OVERTIME-SUNDAY-WORK | 36.00 | $1,618.11 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40005899 | LLOYD | RICHARD | T | LUUT00000 | 201519 | 201520 | LUUT00000 | 201519 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 6.00 | $269.68 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40005899 | LLOYD | RICHARD | T | LUUT00000 | 201519 | 201520 | LUUT00000 | 201519 | 201520 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $40.22 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40005899 | LLOYD | RICHARD | T | LUUT00000 | 201519 | 201520 | LUUT00000 | 201519 | 201520 | 180 - ADMIN UNCONTROLED OV | 0.00 | $89.24 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40017551 | LLOYD | KENNETH | D | LWWR01000 | 201519 | 201520 | LWWR01000 | 201519 | 201520 | FLS : FLSA PREMIUM | 0.00 | $214.45 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40017551 | LLOYD | KENNETH | D | LWWR01000 | 201519 | 201520 | LWWR01000 | 201519 | 201520 | 010 - REGULAR TIME | 0.00 | $1,012.23 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40017551 | LLOYD | KENNETH | D | LWWR01000 | 201519 | 201520 | LWWR01000 | 201519 | 201520 | 051 - HOLIDAY-WORKED | 56.00 | $3,291.33 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40017551 | LLOYD | KENNETH | D | LWWR01000 | 201519 | 201520 | LWWR01000 | 201519 | 201520 | 110 - OVERTIME-REGULAR-UNS | 0.00 | $269.91 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40017551 | LLOYD | KENNETH | D | LWWR01000 | 201519 | 201520 | LWWR01000 | 201519 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 68.00 | $81.18 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40017551 | LLOYD | KENNETH | D | LWWR01000 | 201519 | 201520 | LWWR01000 | 201519 | 201520 | FLS : FLSA PREMIUM | 0.00 | $692.11 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40017551 | LLOYD | KENNETH | D | LWWR01000 | 201519 | 201520 | LWWR01000 | 201519 | 201520 | 010 - REGULAR TIME | 0.00 | $1,395.61 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40017551 | LLOYD | KENNETH | D | LWWR01000 | 201519 | 201520 | LWWR01000 | 201519 | 201520 | 051 - HOLIDAY-WORKED | 16.00 | $944.57 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40017551 | LLOYD | KENNETH | D | LWWR01000 | 201519 | 201520 | LWWR01000 | 201519 | 201520 | 110 - OVERTIME-REGULAR-UNS | 0.00 | $272.60 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40017551 | LLOYD | KENNETH | D | LWWR01000 | 201519 | 201520 | LWWR01000 | 201519 | 201520 | 110 - OVERTIME-REGULAR-UNS | 14.50 | $617.60 |
| LNWW03000 | LS1050000 | NU00000 | LV.RC.F1504080 | 40017551 | LLOYD | KENNETH | D | LWWR01000 | 201519 | 201520 | LWWR01000 | 201519 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $52.97 |

| | | | | EmpID | Last | First | MI | Acct | PP1 | PP2 | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LLNVW03000 | L5050000 | NU0000 | LV.RC.F1504080 | 40017551 | LOFTIN | KENNETH | D | LLNVW01000 | 201520 | 201520 | 140 : SUNDAY PREMIUM-WORKE | 0.00 | $81.49 |
| LLNVW03000 | L5050000 | NU0000 | LV.RC.F1504080 | 40017551 | LOFTIN | KENNETH | D | LLWYR01000 | 201520 | 201520 | 180 : ADMIN UNCONTROLED OV | 0.00 | $197.48 |
| LLNVW03000 | L5050000 | NU0000 | LV.RC.F1504080 | 40017551 | LOFTIN | KENNETH | D | LLWYR01000 | 201520 | 201520 | FLS : FLSA PREMIUM | 0.00 | $213.22 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40164620 | LOFTIN | BRIAN | WAYNE | LLWO12700 | 201519 | 201519 | 110 : OVERTIME-REGULAR-UNS | 54.50 | $2,562.35 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40164620 | LOFTIN | BRIAN | WAYNE | LLWO12700 | 201519 | 201519 | 130 : NIGHT DIFFERENTIAL-W | 0.00 | $335.14 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40164620 | LOFTIN | BRIAN | WAYNE | LLWO12700 | 201519 | 201519 | FLS : FLSA PREMIUM | 0.00 | $1,370.85 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40164620 | LOFTIN | BRIAN | WAYNE | LLWO12700 | 201520 | 201520 | 051 : HOLIDAY-WORKED | 0.00 | $375.96 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40164620 | LOFTIN | BRIAN | WAYNE | LLWO12700 | 201520 | 201520 | 110 : OVERTIME-REGULAR-UNS | 20.00 | $939.90 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40164620 | LOFTIN | BRIAN | WAYNE | LLWO12700 | 201520 | 201520 | 130 : NIGHT DIFFERENTIAL-W | 0.00 | $89.85 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40164620 | LOFTIN | BRIAN | WAYNE | LLWO12700 | 201520 | 201520 | FLS : FLSA PREMIUM | 0.00 | $537.78 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40011663 | LOVE | DANIEL | P | LLWO12000 | 201518 | 201518 | 110 : OVERTIME-REGULAR-UNS | 16.00 | $893.18 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40011663 | LOVE | DANIEL | P | LLWO12000 | 201518 | 201518 | 130 : NIGHT DIFFERENTIAL-W | 0.00 | $33.27 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40011663 | LOVE | DANIEL | P | LLWO12000 | 201518 | 201518 | FLS : FLSA PREMIUM | 0.00 | $439.20 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40011663 | LOVE | DANIEL | P | LLWO12000 | 201519 | 201519 | 010 : REGULAR TIME | 80.00 | $7,425.02 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40011663 | LOVE | DANIEL | P | LLWO12000 | 201519 | 201519 | 110 : OVERTIME-REGULAR-UNS | 124.00 | $6,932.54 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40011663 | LOVE | DANIEL | P | LLWO12000 | 201519 | 201519 | 130 : NIGHT DIFFERENTIAL-W | 0.00 | $531.83 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40011663 | LOVE | DANIEL | P | LLWO12000 | 201519 | 201519 | EAP : AVAILABILITY PAY | 0.00 | $1,561.35 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40011663 | LOVE | DANIEL | P | LLWO12000 | 201519 | 201519 | FLS : FLSA PREMIUM | 0.00 | $3,767.46 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40011663 | LOVE | DANIEL | P | LLWO12000 | 201520 | 201520 | 010 : REGULAR TIME | 32.00 | $2,963.47 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40011663 | LOVE | DANIEL | P | LLWO12000 | 201520 | 201520 | 051 : HOLIDAY-WORKED | 0.00 | $442.29 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40011663 | LOVE | DANIEL | P | LLWO12000 | 201520 | 201520 | 110 : OVERTIME-REGULAR-UNS | 54.00 | $2,985.50 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40011663 | LOVE | DANIEL | P | LLWO12000 | 201520 | 201520 | 130 : NIGHT DIFFERENTIAL-W | 0.00 | $132.25 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40011663 | LOVE | DANIEL | P | LLWO12000 | 201520 | 201520 | EAP : AVAILABILITY PAY | 0.00 | $619.56 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40011663 | LOVE | DANIEL | P | LLWO12000 | 201520 | 201520 | FLS : FLSA PREMIUM | 46.50 | $1,718.39 |
| LLNVW03000 | L5050000 | NW0000 | LV.RC.F1504080 | 40006078 | MACK | WILLIAM | # | LLNVW03000 | 201519 | 201519 | 110 : OVERTIME-REGULAR-UNS | 46.50 | $1,946.16 |
| LLNVW03000 | L5050000 | NW0000 | LV.RC.F1504080 | 40006078 | MACK | WILLIAM | # | LLNVW03000 | 201520 | 201520 | CAR : HOLIDAY CUTBACK-REA | 0.00 | $0.04 |
| LLNVW03000 | L5050000 | NW0000 | LV.RC.F1504080 | 40006078 | MACK | WILLIAM | # | LLNVW03000 | 201520 | 201520 | 130 : NIGHT DIFFERENTIAL-W | 9.50 | $421.13 |
| LLNVW03000 | L5050000 | NW0000 | LV.RC.F1504080 | 40006078 | MACK | WILLIAM | # | LLNVW03000 | 201520 | 201520 | FLS : FLSA PREMIUM | 0.00 | $226.51 |
| LLNVW03000 | L5050000 | EA0000 | LV.RC.F1504080 | 40017078 | MARQUEZ | VANESSA | A | LLNW913000 | 201519 | 201519 | 110 : OVERTIME-REGULAR-UNS | 89.00 | $3,327.12 |
| LLNVW03000 | L5050000 | EA0000 | LV.RC.F1504080 | 40017078 | MARQUEZ | VANESSA | A | LLNW913000 | 201520 | 201520 | FLS : FLSA PREMIUM | 0.00 | $1,664.06 |
| LLNVW03000 | L5050000 | EA0000 | LV.RC.F1504080 | 40017078 | MARQUEZ | VANESSA | A | LLNW913000 | 201520 | 201520 | 051 : HOLIDAY-WORKED | 0.00 | $298.90 |
| LLNVW03000 | L5050000 | NU0000 | LV.RC.F1504080 | 40061937 | MARSOOBIAN | JASON | A | LLAZP0000 | 201520 | 201520 | 110 : OVERTIME-REGULAR-UNS | 27.00 | $1,112.16 |
| LLNVW03000 | L5050000 | NU0000 | LV.RC.F1504080 | 40061937 | MARSOOBIAN | JASON | A | LLAZP0000 | 201519 | 201519 | 010 : REGULAR TIME | 56.00 | $3,359.45 |
| LLNVW03000 | L5050000 | NU0000 | LV.RC.F1504080 | 40061937 | MARSOOBIAN | JASON | A | LLAZP0000 | 201520 | 201520 | 110 : OVERTIME-REGULAR-UNS | 74.50 | $2,616.57 |
| LLNVW03000 | L5050000 | NU0000 | LV.RC.F1504080 | 40061937 | MARSOOBIAN | JASON | A | LLAZP0000 | 201519 | 201519 | 130 : NIGHT DIFFERENTIAL-W | 0.00 | $224.14 |
| LLNVW03000 | L5050000 | NU0000 | LV.RC.F1504080 | 40061937 | MARSOOBIAN | JASON | A | LLAZP0000 | 201520 | 201520 | 180 : ADMIN UNCONTROLED OV | 0.00 | $706.42 |
| LLNVW03000 | L5050000 | NU0000 | LV.RC.F1504080 | 40061937 | MARSOOBIAN | JASON | A | LLAZP0000 | 201520 | 201520 | FLS : FLSA PREMIUM | 0.00 | $1,502.44 |
| LLNVW03000 | L5050000 | NU0000 | LV.RC.F1504080 | 40061937 | MARSOOBIAN | JASON | A | LLAZP0000 | 201520 | 201520 | 010 : REGULAR TIME | 16.00 | $965.22 |
| LLNVW03000 | L5050000 | NU0000 | LV.RC.F1504080 | 40061937 | MARSOOBIAN | JASON | A | LLAZP0000 | 201520 | 201520 | 051 : HOLIDAY-WORKED | 0.00 | $279.50 |
| LLNVW03000 | L5050000 | NU0000 | LV.RC.F1504080 | 40061937 | MARSOOBIAN | JASON | A | LLAZP0000 | 201520 | 201520 | 110 : OVERTIME-REGULAR-UNS | 50.50 | $2,063.53 |
| LLNVW03000 | L5050000 | NU0000 | LV.RC.F1504080 | 40061937 | MARSOOBIAN | JASON | A | LLAZP0000 | 201520 | 201520 | 130 : NIGHT DIFFERENTIAL-W | 0.00 | $100.17 |
| LLNVW03000 | L5050000 | NU0000 | LV.RC.F1504080 | 40061937 | MARSOOBIAN | JASON | A | LLAZP0000 | 201520 | 201520 | 180 : ADMIN UNCONTROLED OV | 0.00 | $201.87 |
| LLNVW03000 | L5050000 | EA0000 | LV.RC.F1504080 | 40014256 | MATTHEWS | BRADLEE | A | LLNVE00110 | 201520 | 201520 | FLS : FLSA PREMIUM | 0.00 | $1,099.40 |
| LLNVW03000 | L5050000 | EA0000 | LV.RC.F1504080 | 40014256 | MATTHEWS | BRADLEE | A | LLNVE00110 | 201517 | 201517 | 010 : REGULAR TIME | 15.00 | $786.65 |
| LLNVW03000 | L5050000 | EA0000 | LV.RC.F1504080 | 40014256 | MATTHEWS | BRADLEE | A | LLNVE00110 | 201517 | 201517 | 110 : OVERTIME-REGULAR-UNS | 4.00 | $132.24 |
| LLNVW03000 | L5050000 | EA0000 | LV.RC.F1504080 | 40014256 | MATTHEWS | BRADLEE | A | LLNVE00110 | 201518 | 201518 | FLS : FLSA PREMIUM | 0.00 | $66.18 |
| LLNVW03000 | L5050000 | EA0000 | LV.RC.F1504080 | 40014256 | MATTHEWS | BRADLEE | A | LLNVE00110 | 201518 | 201518 | 010 : REGULAR TIME | 8.00 | $419.57 |
| LLNVW03000 | L5050000 | EA0000 | LV.RC.F1504080 | 40014256 | MATTHEWS | BRADLEE | A | LLNVE00110 | 201518 | 201518 | 110 : OVERTIME-REGULAR-UNS | 5.00 | $165.33 |
| LLNVW03000 | L5050000 | EA0000 | LV.RC.F1504080 | 40014256 | MATTHEWS | BRADLEE | A | LLNVE00110 | 201519 | 201519 | FLS : FLSA PREMIUM | 0.00 | $82.69 |
| LLNVW03000 | L5050000 | EA0000 | LV.RC.F1504080 | 40014256 | MATTHEWS | BRADLEE | A | LLNVE00110 | 201519 | 201519 | 010 : REGULAR TIME | 80.00 | $4,195.08 |
| LLNVW03000 | L5050000 | EA0000 | LV.RC.F1504080 | 40014256 | MATTHEWS | BRADLEE | A | LLNVE00110 | 201519 | 201519 | 110 : OVERTIME-REGULAR-UNS | 99.75 | $3,308.53 |
| LLNVW03000 | L5050000 | EA0000 | LV.RC.F1504080 | 40014256 | MATTHEWS | BRADLEE | A | LLNVE00110 | 201520 | 201520 | FLS : FLSA PREMIUM | 0.00 | $1,654.80 |
| LLNVW03000 | L5050000 | EA0000 | LV.RC.F1504080 | 40014256 | MATTHEWS | BRADLEE | A | LLNVE00110 | 201520 | 201520 | 010 : REGULAR TIME | 16.00 | $842.79 |
| LLNVW03000 | L5050000 | EA0000 | LV.RC.F1504080 | 40014256 | MATTHEWS | BRADLEE | A | LLNVE00110 | 201520 | 201520 | 051 : HOLIDAY-WORKED | 0.00 | $264.89 |
| LLNVW03000 | L5050000 | EA0000 | LV.RC.F1504080 | 40014256 | MATTHEWS | BRADLEE | A | LLNVE00110 | 201520 | 201520 | 110 : OVERTIME-REGULAR-UNS | 21.00 | $695.33 |
| LLNVW03000 | L5050000 | EA0000 | LV.RC.F1504080 | 40014256 | MATTHEWS | BRADLEE | A | LLNVE00110 | 201520 | 201521 | FLS : FLSA PREMIUM | 6.50 | $375.24 |
| LLNVW03000 | L5050000 | EA0000 | LV.RC.F1504080 | 40014256 | MATTHEWS | BRADLEE | A | LLNVE00110 | 201519 | 201521 | 110 : OVERTIME-REGULAR-UNS | 0.00 | $216.01 |
| LLNVW03000 | L5050000 | EA0000 | LV.RC.F1504080 | 40014256 | MATTHEWS | BRADLEE | A | LLNVE00110 | 201519 | 201519 | FLS : FLSA PREMIUM | 0.00 | $108.03 |

AR10528

| Fund | Sub | Org | Project | Emp ID | Last | First | MI | Account | PP1 | PP2 | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LLNWW03000 | LS050000 | EA0000 | LV.RC.F1504080 | 40014256 | MATTHEWS | BRADLEE | A | LLNWW0110 | 201521 | 201520 | 110 - OVERTIME-REGULAR-UNS | 4.00 | $132.94 |
| LLNWW03000 | LS050000 | EA0000 | LV.RC.F1504080 | 40014256 | MATTHEWS | BRADLEE | A | LLNWW0110 | 201521 | 201520 | FLS - FLSA PREMIUM | 0.00 | $70.38 |
| LLNWW03000 | LS050000 | EA0000 | LV.RC.F1504080 | 40005808 | MAURER | JOHN | K | LLNWW00010 | 201520 | 201520 | 010 - REGULAR TIME | 24.00 | $1,631.49 |
| LLNWW03000 | LS050000 | EA0000 | LV.RC.F1504080 | 40005808 | MAURER | JOHN | K | LLNWW00010 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 0.00 | $318.40 |
| LLNWW03000 | LS050000 | EA0000 | LV.RC.F1504080 | 40005808 | MAURER | JOHN | K | LLNWW00010 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 34.00 | $1,270.57 |
| LLNWW03000 | LS050000 | EA0000 | LV.RC.F1504080 | 40005808 | MAURER | JOHN | K | LLNWW00010 | 201520 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $42.89 |
| LLNWW03000 | LS050000 | EA0000 | LV.RC.F1504080 | 40005808 | MAURER | JOHN | K | LLNWW00010 | 201520 | 201520 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $95.15 |
| LLNWW03000 | LS050000 | EA0000 | LV.RC.F1504080 | 40005808 | MAURER | JOHN | K | LLNWW00010 | 201520 | 201520 | 180 - ADMIN UNCONTROLLED OV | 0.00 | $341.05 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40005808 | MAURER | JOHN | K | LLNWW00010 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 58.50 | $687.75 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40005808 | MAURER | JOHN | K | LLNWW00010 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $2,646.62 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40005808 | MAURER | JOHN | K | LLNWW00010 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $85.31 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40005808 | MAURER | JOHN | K | LLNWW00010 | 201515 | 201515 | 140 - ADMIN UNCONTROLLED OV | 0.00 | $94.65 |
| LLNWW03000 | LS050000 | W0000 | LV.RC.F1504080 | 40005808 | MAURER | JOHN | K | LLNWW00010 | 201519 | 201519 | 180 - ADMIN UNCONTROLLED OV | 0.00 | $568.54 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40005808 | MAURER | JOHN | K | LLNWW00010 | 201519 | 201519 | FLS - FLSA PREMIUM | 13.00 | $1,355.34 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40005808 | MAURER | JOHN | K | LLNWW00010 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $647.31 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40005808 | MAURER | JOHN | K | LLNWW00010 | 201515 | 201515 | 010 - REGULAR TIME | 0.00 | $189.92 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40015350 | MCGRATH | KEITH | A | LLWO120500 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 80.00 | $6,528.04 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40015350 | MCGRATH | KEITH | A | LLWO120500 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 90.00 | $5,483.19 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40015350 | MCGRATH | KEITH | A | LLWO120500 | 201520 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $799.12 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40015350 | MCGRATH | KEITH | A | LLWO120500 | 201519 | 201519 | 180 - ADMIN UNCONTROLLED OV | 0.00 | $1,372.72 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40015350 | MCGRATH | KEITH | A | LLWO120500 | 201519 | 201520 | 051 - HOLIDAY-WORKED | 0.00 | $2,742.68 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40015350 | MCGRATH | KEITH | A | LLWO120500 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 22.00 | $389.51 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40015350 | MCGRATH | KEITH | A | LLWO120500 | 201520 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $1,338.95 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40015350 | MCGRATH | KEITH | A | LLWO120500 | 201519 | 201520 | FLS - FLSA PREMIUM | 0.00 | $133.82 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40004816 | MILLER | JEFFERY | G | LLWO120800 | 201519 | 201520 | 010 - REGULAR TIME | 0.00 | $663.73 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40004816 | MILLER | JEFFERY | G | LLWO120800 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 48.00 | $3,807.65 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40004816 | MILLER | JEFFERY | G | LLWO120800 | 201520 | 201520 | 180 - ADMIN UNCONTROLLED OV | 69.50 | $4,107.75 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40004816 | MILLER | JEFFERY | G | LLWO120800 | 201520 | 201519 | FLS - FLSA PREMIUM | 0.00 | $800.74 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40004816 | MILLER | JEFFERY | G | LLWO120800 | 201519 | 201520 | 010 - REGULAR TIME | 0.00 | $1,891.08 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40004816 | MILLER | JEFFERY | G | LLWO120800 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 16.00 | $1,275.93 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40004816 | MILLER | JEFFERY | G | LLWO120800 | 201520 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $377.99 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40004816 | MILLER | JEFFERY | G | LLWO120800 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 25.00 | $1,476.57 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40004816 | MILLER | JEFFERY | G | LLWO120800 | 201519 | 201520 | 180 - ADMIN UNCONTROLLED OV | 0.00 | $266.78 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40015697 | MITSUYASU | ROBERT | MASAO | LLNV500570 | 201519 | 201520 | FLS - FLSA PREMIUM | 0.00 | $721.74 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40015697 | MITSUYASU | ROBERT | MASAO | LLNV500570 | 201520 | 201519 | 010 - REGULAR TIME | 40.00 | $2,893.71 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40015697 | MITSUYASU | ROBERT | MASAO | LLNV500570 | 201520 | 201519 | 110 - OVERTIME-REGULAR-UNS | 69.75 | $3,632.15 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40015697 | MITSUYASU | ROBERT | MASAO | LLNV500570 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $61.97 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40015697 | MITSUYASU | ROBERT | MASAO | LLNV500570 | 201519 | 201520 | 180 - ADMIN UNCONTROLLED OV | 0.00 | $486.81 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40015697 | MITSUYASU | ROBERT | MASAO | LLNV500570 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $1,687.47 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40015697 | MITSUYASU | ROBERT | MASAO | LLNV500570 | 201520 | 201520 | 010 - REGULAR TIME | 8.00 | $581.82 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40015697 | MITSUYASU | ROBERT | MASAO | LLNV500570 | 201520 | 201519 | 051 - HOLIDAY-WORKED | 0.00 | $346.94 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40015697 | MITSUYASU | ROBERT | MASAO | LLNV500570 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 23.00 | $1,196.97 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40015697 | MITSUYASU | ROBERT | MASAO | LLNV500570 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $25.96 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40011591 | MOE | THEODORE | J | LLCC505000 | 201519 | 201520 | 180 - ADMIN UNCONTROLLED OV | 0.00 | $97.41 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40011591 | MOE | THEODORE | J | LLCC505000 | 201521 | 201521 | 180 - ADMIN UNCONTROLLED OV | 0.00 | $586.20 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40011591 | MOE | THEODORE | J | LLCC505000 | 201521 | 201521 | 110 - OVERTIME-REGULAR-UNS | -10.25 | $534.41 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40011591 | MOE | THEODORE | J | LLCC505000 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $23.33 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40011591 | MOE | THEODORE | J | LLCC505000 | 201519 | 201519 | 010 - REGULAR TIME | 0.00 | $939.63 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40011591 | MOE | THEODORE | J | LLCC505000 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 0.00 | $809.60 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40011591 | MOE | THEODORE | J | LLCC505000 | 201520 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $189.71 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40011591 | MOE | THEODORE | J | LLCC505000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 56.00 | $3,221.17 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40011591 | MOE | THEODORE | J | LLCC505000 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $1,091.02 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40011591 | MOE | THEODORE | J | LLCC505000 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 40.00 | $263.18 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40011591 | MOE | THEODORE | J | LLCC505000 | 201520 | 201520 | 180 - ADMIN UNCONTROLLED OV | 0.00 | $83.71 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40011591 | MOE | THEODORE | J | LLCC505000 | 201520 | 201520 | 180 - ADMIN UNCONTROLLED OV | 0.00 | $406.42 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40011591 | MOE | THEODORE | J | LLCC505000 | 201521 | 201521 | FLS - FLSA PREMIUM | 0.00 | $939.63 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40011591 | MOE | THEODORE | J | LLCC505000 | 201519 | 201519 | 010 - REGULAR TIME | 0.00 | $809.60 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40011591 | MOE | THEODORE | J | LLCC505000 | 201519 | 201520 | 010 - REGULAR TIME | 14.00 | $280.30 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40011591 | MOE | THEODORE | J | LLCC505000 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 0.00 | $281.30 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40011591 | MOE | THEODORE | J | LLCC505000 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 7.00 | $263.31 |
| LLNWW03000 | LS050000 | N0000 | LV.RC.F1504080 | 40011591 | MOE | THEODORE | J | LLCC505000 | 201520 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $37.78 |

| Fund | Sub | Type | Activity | Emp ID | Last | First | Cd | LLC | Period | Period | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LLNVW03000 | L5050000 | NU0000 | LV.RC.F1504080 | 40011591 | MOE | THEODORE | J | LLC05000 | 201520 | 201520 | 140: SUNDAY PREMIUM-WORKE OV | 0.00 | $84.14 |
| LLNVW03000 | L5050000 | NU0000 | LV.RC.F1504080 | 40011591 | MOE | THEODORE | J | LLC05000 | 201520 | 201520 | 180: ADMIN UNCONTROLED OV | 0.00 | $101.55 |
| LLNVW03000 | L5050000 | NU0000 | LV.RC.F1504080 | 40011591 | MOE | THEODORE | J | LLC05000 | 201520 | 201520 | FLS: FLSA PREMIUM | 0.00 | $203.76 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40010785 | MONTOYA | ROMAN |  | LLW012020 | 201519 | 201519 | 010: REGULAR TIME | 48.00 | $3,241.52 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40010785 | MONTOYA | ROMAN |  | LLW012020 | 201519 | 201519 | 110: OVERTIME-REGULAR-WORK | 44.00 | $1,748.49 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40010785 | MONTOYA | ROMAN |  | LLW012020 | 201519 | 201519 | 121: OVERTIME-SUNDAY-WORK | 11.00 | $437.12 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40010785 | MONTOYA | ROMAN |  | LLW012020 | 201519 | 201519 | EAP: AVAILABILITY PAY | 0.00 | $681.58 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40010785 | MONTOYA | ROMAN |  | LLW012020 | 201519 | 201519 | FLS: FLSA PREMIUM | 0.00 | $1,115.37 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40010785 | MONTOYA | ROMAN |  | LLW012020 | 201520 | 201520 | 010: REGULAR TIME | 8.00 | $558.16 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40010785 | MONTOYA | ROMAN |  | LLW012020 | 201520 | 201520 | 051: HOLIDAY-WORKED | 0.00 | $327.21 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40010785 | MONTOYA | ROMAN |  | LLW012020 | 201520 | 201520 | 110: OVERTIME-REGULAR-UNS | 6.00 | $245.40 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40010785 | MONTOYA | ROMAN |  | LLW012020 | 201520 | 201520 | 121: OVERTIME-SUNDAY-WORK | 14.00 | $572.61 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40010785 | MONTOYA | ROMAN |  | LLW012020 | 201520 | 201520 | 130: NIGHT DIFFERENTIAL-W | 0.00 | $78.19 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40010785 | MONTOYA | ROMAN |  | LLW012020 | 201520 | 201520 | EAP: AVAILABILITY PAY | 0.00 | $116.65 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40010785 | MONTOYA | ROMAN |  | LLW012020 | 201520 | 201520 | FLS: FLSA PREMIUM | 0.00 | $384.27 |
| LLNVW03000 | L5050000 | NU0000 | LV.RC.F1504080 | 40011624 | MOORE | JASON | D | LLW012100 | 201518 | 201518 | 110: OVERTIME-REGULAR-UNS | 33.50 | $1,860.82 |
| LLNVW03000 | L5050000 | NU0000 | LV.RC.F1504080 | 40011624 | MOORE | JASON | D | LLW012100 | 201518 | 201518 | 130: NIGHT DIFFERENTIAL-W | 0.00 | $26.46 |
| LLNVW03000 | L5050000 | NU0000 | LV.RC.F1504080 | 40011624 | MOORE | JASON | D | LLW012100 | 201518 | 201518 | FLS: FLSA PREMIUM | 0.00 | $935.42 |
| LLNVW03000 | L5050000 | NU0000 | LV.RC.F1504080 | 40011624 | MOORE | JASON | D | LLW012100 | 201519 | 201519 | 010: REGULAR TIME | 80.00 | $5,527.42 |
| LLNVW03000 | L5050000 | NU0000 | LV.RC.F1504080 | 40011624 | MOORE | JASON | D | LLW012100 | 201519 | 201519 | 110: OVERTIME-REGULAR-UNS | 141.00 | $7,410.40 |
| LLNVW03000 | L5050000 | NU0000 | LV.RC.F1504080 | 40011624 | MOORE | JASON | D | LLW012100 | 201519 | 201519 | 130: NIGHT DIFFERENTIAL-W | 0.00 | $473.27 |
| LLNVW03000 | L5050000 | NU0000 | LV.RC.F1504080 | 40011624 | MOORE | JASON | D | LLW012100 | 201519 | 201519 | FLS: FLSA PREMIUM | 0.00 | $1,162.31 |
| LLNVW03000 | L5050000 | NU0000 | LV.RC.F1504080 | 40011624 | MOORE | JASON | D | LLW012100 | 201520 | 201520 | 010: REGULAR TIME | 0.00 | $3,832.45 |
| LLNVW03000 | L5050000 | NU0000 | LV.RC.F1504080 | 40011624 | MOORE | JASON | D | LLW012100 | 201520 | 201520 | 051: HOLIDAY-WORKED | 8.00 | $554.75 |
| LLNVW03000 | L5050000 | NU0000 | LV.RC.F1504080 | 40011624 | MOORE | JASON | D | LLW012100 | 201520 | 201520 | 110: OVERTIME-REGULAR-UNS | 35.50 | $335.36 |
| LLNVW03000 | L5050000 | NU0000 | LV.RC.F1504080 | 40011624 | MOORE | JASON | D | LLW012100 | 201520 | 201520 | 130: NIGHT DIFFERENTIAL-W | 0.00 | $1,860.16 |
| LLNVW03000 | L5050000 | NU0000 | LV.RC.F1504080 | 40011624 | MOORE | JASON | D | LLW012100 | 201520 | 201520 | 180: ADMIN UNCONTROLED OV | 0.00 | $70.12 |
| LLNVW03000 | L5050000 | NU0000 | LV.RC.F1504080 | 40011624 | MOORE | JASON | D | LLW012100 | 201520 | 201520 | FLS: FLSA PREMIUM | 0.00 | $116.00 |
| LLNVW03000 | L5050000 | EA0000 | LV.RC.F1504080 | 40004196 | MORGAN | DOROTHY | M | LLW025000 | 201518 | 201518 | 046: TRAVEL-COMP TIME-EAR | 0.00 | $1,022.58 |
| LLNVW03000 | L5050000 | EA0000 | LV.RC.F1504080 | 40004196 | MORGAN | DOROTHY | M | LLW025000 | 201519 | 201519 | 010: REGULAR TIME | 8.00 | $394.56 |
| LLNVW03000 | L5050000 | EA0000 | LV.RC.F1504080 | 40004196 | MORGAN | DOROTHY | M | LLW025000 | 201519 | 201519 | 110: OVERTIME-REGULAR-UNS | 80.00 | $6,134.96 |
| LLNVW03000 | L5050000 | EA0000 | LV.RC.F1504080 | 40004196 | MORGAN | DOROTHY | M | LLW025000 | 201519 | 201519 | FLS: FLSA PREMIUM | 0.00 | $4,058.54 |
| LLNVW03000 | L5050000 | EA0000 | LV.RC.F1504080 | 40004196 | MORGAN | DOROTHY | M | LLW025000 | 201520 | 201520 | 010: REGULAR TIME | 32.00 | $2,029.28 |
| LLNVW03000 | L5050000 | EA0000 | LV.RC.F1504080 | 40004196 | MORGAN | DOROTHY | M | LLW025000 | 201520 | 201520 | 110: OVERTIME-REGULAR-UNS | 8.00 | $2,467.39 |
| LLNVW03000 | L5050000 | EA0000 | LV.RC.F1504080 | 40004196 | MORGAN | DOROTHY | M | LLW025000 | 201520 | 201520 | 046: TRAVEL-COMP TIME-EAR | 0.00 | $394.56 |
| LLNVW03000 | L5050000 | EA0000 | LV.RC.F1504080 | 40004196 | MORGAN | DOROTHY | M | LLW025000 | 201520 | 201520 | 110: OVERTIME-REGULAR-UNS | 31.50 | $1,670.50 |
| LLNVW03000 | L5050000 | EA0000 | LV.RC.F1504080 | 40004196 | MORGAN | DOROTHY | M | LLW025000 | 201522 | 201522 | FLS: FLSA PREMIUM | 0.00 | $835.26 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40007975 | NARDINGER | JOSEPH | D | LLW012060 | 201519 | 201519 | 010: REGULAR TIME | 22.00 | $1,721.46 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40007975 | NARDINGER | JOSEPH | D | LLW012060 | 201519 | 201519 | 010: REGULAR TIME | 40.00 | $2,851.30 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40007975 | NARDINGER | JOSEPH | D | LLW012060 | 201519 | 201519 | 110: OVERTIME-REGULAR-UNS | 57.00 | $2,401.51 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40007975 | NARDINGER | JOSEPH | D | LLW012060 | 201519 | 201519 | 130: NIGHT DIFFERENTIAL-W | 0.00 | $255.18 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40007975 | NARDINGER | JOSEPH | D | LLW012060 | 201519 | 201519 | EAP: AVAILABILITY PAY | 0.00 | $599.60 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40007975 | NARDINGER | JOSEPH | D | LLW012060 | 201519 | 201519 | FLS: FLSA PREMIUM | 0.00 | $1,283.41 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40007975 | NARDINGER | JOSEPH | D | LLW012060 | 201520 | 201520 | 010: REGULAR TIME | 16.00 | $1,146.23 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40007975 | NARDINGER | JOSEPH | D | LLW012060 | 201520 | 201520 | 051: HOLIDAY-WORKED | 0.00 | $336.67 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40007975 | NARDINGER | JOSEPH | D | LLW012060 | 201520 | 201520 | 110: OVERTIME-REGULAR-UNS | 18.00 | $757.53 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40007975 | NARDINGER | JOSEPH | D | LLW012060 | 201520 | 201520 | 130: NIGHT DIFFERENTIAL-W | 0.00 | $45.24 |
| LLNVW03000 | L5050000 | NV0000 | LV.RC.F1504080 | 40007975 | NARDINGER | JOSEPH | D | LLW012060 | 201520 | 201520 | EAP: AVAILABILITY PAY | 0.00 | $239.65 |
| LLNVW03000 | L5050000 | EA0000 | LV.RC.F1504080 | 40035233 | NICHOLS | MITCHELL | # | LLC365000 | 201518 | 201518 | 010: REGULAR TIME | 24.00 | $1,570.61 |
| LLNVW03000 | L5050000 | EA0000 | LV.RC.F1504080 | 40035233 | NICHOLS | MITCHELL | # | LLC365000 | 201518 | 201518 | 110: OVERTIME-REGULAR-UNS | 32.00 | $1,347.93 |
| LLNVW03000 | L5050000 | EA0000 | LV.RC.F1504080 | 40035233 | NICHOLS | MITCHELL | # | LLC365000 | 201519 | 201519 | FLS: FLSA PREMIUM | 0.00 | $673.96 |
| LLNVW03000 | L5050000 | EA0000 | LV.RC.F1504080 | 40035233 | NICHOLS | MITCHELL | # | LLC365000 | 201519 | 201519 | 010: REGULAR TIME | 24.00 | $1,567.44 |
| LLNVW03000 | L5050000 | EA0000 | LV.RC.F1504080 | 40035233 | NICHOLS | MITCHELL | # | LLC365000 | 201519 | 201519 | 110: OVERTIME-REGULAR-UNS | 46.00 | $1,938.82 |
| LLNVW03000 | L5050000 | EA0000 | LV.RC.F1504080 | 40035233 | NICHOLS | MITCHELL | # | LLC365000 | 201519 | 201519 | FLS: FLSA PREMIUM | 0.00 | $969.41 |
| LLNVW03000 | L5050000 | EA0000 | LV.RC.F1504080 | 40035233 | NICHOLS | MITCHELL | # | LLC365000 | 201521 | 201521 | 051: HOLIDAY-WORKED | 0.00 | $337.12 |
| LLNVW03000 | L5050000 | EA0000 | LV.RC.F1504080 | 40035233 | NICHOLS | MITCHELL | # | LLC365000 | 201521 | 201521 | 110: OVERTIME-REGULAR-UNS | 42.00 | $1,769.85 |
| LLNVW03000 | L5050000 | EA0000 | LV.RC.F1504080 | 40035233 | NICHOLS | MITCHELL | # | LLC365000 | 201521 | 201521 | FLS: FLSA PREMIUM | 0.00 | $943.11 |

AR10530

| | | | | | | | | | | | | | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LLNW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40035233 | NICHOLS | MITCHELL | # | LLOC365000 | LLOC365000 | 201521 | 201521 | 110: OVERTIME-REGULAR-UNS | 8.00 | $336.57 |
| LLNW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40035233 | NICHOLS | MITCHELL | # | LLOC365000 | LLOC365000 | 201521 | 201521 | FLS: FLSA PREMIUM | 79.00 | $168.30 |
| LLNW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40007295 | OELRICH | BARRY | A | LLCO950000 | LLCO950000 | 201519 | 201519 | 010: REGULAR TIME | 109.00 | $5,503.10 |
| LLNW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40007295 | OELRICH | BARRY | A | LLCO950000 | LLCO950000 | 201519 | 201519 | 110: OVERTIME-REGULAR-UNS | | $4,935.30 |
| LLNW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40007295 | OELRICH | BARRY | A | LLCO950000 | LLCO950000 | 201520 | 201520 | FLS: FLSA PREMIUM | 16.00 | $2,468.23 |
| LLNW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40007295 | OELRICH | BARRY | A | LLCO950000 | LLCO950000 | 201520 | 201520 | 010: REGULAR TIME | | $1,120.27 |
| LLNW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40007295 | OELRICH | BARRY | A | LLCO950000 | LLCO950000 | 201520 | 201520 | 051: HOLIDAY-WORKED | 29.00 | $361.92 |
| LLNW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40007295 | OELRICH | BARRY | A | LLCO950000 | LLCO950000 | 201520 | 201520 | 110: OVERTIME-REGULAR-UNS | 6.00 | $1,311.95 |
| LLNW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40007295 | OELRICH | BARRY | A | LLCO950000 | LLCO950000 | 201520 | 201520 | 120: OVERTIME-HOLIDAY-WOR | | $271.44 |
| LLNW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40005587 | OPER | ZACHARY | J | LLWO120700 | LLWO120700 | 201519 | 201519 | FLS: FLSA PREMIUM | 120.00 | $846.78 |
| LLNW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40005587 | OPER | ZACHARY | J | LLWO120700 | LLWO120700 | 201519 | 201519 | 110: OVERTIME-REGULAR-UNS | | $5,847.16 |
| LLNW03000 | L51050000 | NV0000 | LV.RC.F1504080 | 40005587 | OPER | ZACHARY | J | LLWO120700 | LLWO120700 | 201519 | 201519 | FLS: FLSA PREMIUM | | $367.60 |
| LLNW03000 | L51050000 | NV0000 | LV.RC.F1504080 | 40005587 | OPER | ZACHARY | J | LLWO120700 | LLWO120700 | 201519 | 201519 | 130: NIGHT DIFFERENTIAL-W | | $3,156.80 |
| LLNW03000 | L51050000 | NV0000 | LV.RC.F1504080 | 40005587 | OPER | ZACHARY | J | LLWO120700 | LLWO120700 | 201520 | 201520 | 051: HOLIDAY-WORKED | 38.00 | $389.40 |
| LLNW03000 | L51050000 | NV0000 | LV.RC.F1504080 | 40005587 | OPER | ZACHARY | J | LLWO120700 | LLWO120700 | 201520 | 201520 | 110: OVERTIME-REGULAR-UNS | | $1,849.66 |
| LLNW03000 | L51050000 | NV0000 | LV.RC.F1504080 | 40005587 | OPER | ZACHARY | J | LLWO120700 | LLWO120700 | 201519 | 201519 | 130: NIGHT DIFFERENTIAL-W | | $95.98 |
| LLNW03000 | L51050000 | NV0000 | LV.RC.F1504080 | 40005587 | OPER | ZACHARY | J | LLWO120700 | LLWO120700 | 201520 | 201520 | FLS: FLSA PREMIUM | | $1,073.84 |
| LLNW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40005655 | PARR | RYAN | STEPHEN | LLNW500570 | LLNW500570 | 201519 | 201519 | 010: REGULAR TIME | 80.00 | $4,589.98 |
| LLNW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40005655 | PARR | RYAN | STEPHEN | LLNW500570 | LLNW500570 | 201519 | 201519 | 110: OVERTIME-REGULAR-UNS | 121.00 | $5,327.77 |
| LLNW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40005655 | PARR | RYAN | STEPHEN | LLNW500570 | LLNW500570 | 201519 | 201519 | 130: NIGHT DIFFERENTIAL-W | | $577.21 |
| LLNW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40005655 | PARR | RYAN | STEPHEN | LLNW500570 | LLNW500570 | 201519 | 201519 | 140: SUNDAY PREMIUM-WORKE | | $240.94 |
| LLNW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40005655 | PARR | RYAN | STEPHEN | LLNW500570 | LLNW500570 | 201520 | 201520 | 180: ADMIN UNCONTROLED OV | | $965.06 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40005655 | PARR | RYAN | STEPHEN | LLNW500570 | LLNW500570 | 201520 | 201520 | FLS: FLSA PREMIUM | 24.00 | $2,740.14 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40005655 | PARR | RYAN | STEPHEN | LLNW500570 | LLNW500570 | 201520 | 201520 | 010: REGULAR TIME | | $1,384.64 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40005655 | PARR | RYAN | STEPHEN | LLNW500570 | LLNW500570 | 201520 | 201520 | 051: HOLIDAY-WORKED | | $281.72 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40005655 | PARR | RYAN | STEPHEN | LLNW500570 | LLNW500570 | 201520 | 201520 | 110: OVERTIME-REGULAR-UNS | 38.00 | $1,555.99 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40005655 | PARR | RYAN | STEPHEN | LLNW500570 | LLNW500570 | 201520 | 201520 | 130: NIGHT DIFFERENTIAL-W | | $201.87 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40005655 | PARR | RYAN | STEPHEN | LLNW500570 | LLNW500570 | 201520 | 201520 | 140: SUNDAY PREMIUM-WORKE | | $73.73 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40005655 | PARR | RYAN | STEPHEN | LLNW500570 | LLNW500570 | 201520 | 201520 | 180: ADMIN UNCONTROLED OV | | $289.47 |
| LLNW03000 | L51050000 | NV0000 | LV.RC.F1504080 | 40005655 | PARR | RYAN | STEPHEN | LLNW500570 | LLNW500570 | 201520 | 201520 | FLS: FLSA PREMIUM | 17.00 | $977.77 |
| LLNW03000 | L51050000 | NV0000 | LV.RC.F1504080 | 40005655 | PARR | RYAN | STEPHEN | LLNW500570 | LLNW500570 | 201515 | 201515 | FLS: FLSA PREMIUM | | $631.63 |
| LLNW00000 | L51050000 | EA0000 | LV.RC.F1504080 | 40011030 | PIRTLE | MARK | O | LLNW000000 | LLNW000000 | 201515 | 201515 | 010: REGULAR TIME | 36.00 | $351.89 |
| LLNW00000 | L51050000 | EA0000 | LV.RC.F1504080 | 40011030 | PIRTLE | MARK | O | LLNW000000 | LLNW000000 | 201510 | 201510 | 010: REGULAR TIME | | $1,064.48 |
| LLNW00000 | L51050000 | EA0000 | LV.RC.F1504080 | 40011030 | PIRTLE | MARK | O | LLNW000000 | LLNW000000 | 201516 | 201516 | 528: FERS-ANNUITANT REIMB | 69.00 | $2,040.21 |
| LLNW00000 | L51050000 | EA0000 | LV.RC.F1504080 | 40011030 | PIRTLE | MARK | O | LLNW000000 | LLNW000000 | 201516 | 201516 | 010: REGULAR TIME | | $1,699.47 |
| LLNW00000 | L51050000 | EA0000 | LV.RC.F1504080 | 40011030 | PIRTLE | MARK | O | LLNW000000 | LLNW000000 | 201517 | 201517 | 528: FERS-ANNUITANT REIMB | 65.00 | $1,921.97 |
| LLNW00000 | L51050000 | EA0000 | LV.RC.F1504080 | 40011030 | PIRTLE | MARK | O | LLNW000000 | LLNW000000 | 201517 | 201517 | 010: REGULAR TIME | | $1,600.95 |
| LLNW00000 | L51050000 | EA0000 | LV.RC.F1504080 | 40011030 | PIRTLE | MARK | O | LLNW000000 | LLNW000000 | 201518 | 201518 | 110: OVERTIME-REGULAR-UNS | 80.00 | $2,365.45 |
| LLNW00000 | L51050000 | EA0000 | LV.RC.F1504080 | 40011030 | PIRTLE | MARK | O | LLNW000000 | LLNW000000 | 201518 | 201518 | 528: FERS-ANNUITANT REIMB | 30.00 | $1,679.02 |
| LLNW00000 | L51050000 | EA0000 | LV.RC.F1504080 | 40011030 | PIRTLE | MARK | O | LLNW000000 | LLNW000000 | 201518 | 201518 | 528: FERS-ANNUITANT REIMB | | $1,970.40 |
| LLNW00000 | L51050000 | EA0000 | LV.RC.F1504080 | 40011030 | PIRTLE | MARK | O | LLNW000000 | LLNW000000 | 201519 | 201519 | FLS: FLSA PREMIUM | | $839.66 |
| LLNW00000 | L51050000 | EA0000 | LV.RC.F1504080 | 40011030 | PIRTLE | MARK | O | LLNW000000 | LLNW000000 | 201421 | 201421 | 528: FERS-ANNUITANT REIMB | | $1,970.40 |
| LLNW03500 | L51050000 | EA0000 | LV.RC.F1504080 | 40011030 | PIRTLE | MARK | O | LLNW000000 | LLNW000000 | 201422 | 201422 | 010: REGULAR TIME | 29.00 | $968.80 |
| LLNW03500 | L51050000 | EA0000 | LV.RC.F1504080 | 40011030 | PIRTLE | MARK | O | LLNW000000 | LLNW000000 | 201422 | 201422 | 528: FERS-ANNUITANT REIMB | | $854.08 |
| LLNW03500 | L51050000 | EA0000 | LV.RC.F1504080 | 40011030 | PIRTLE | MARK | O | LLNW000000 | LLNW000000 | 201423 | 201423 | 010: REGULAR TIME | | $702.38 |
| LLNW03500 | L51050000 | EA0000 | LV.RC.F1504080 | 40011030 | PIRTLE | MARK | O | LLNW000000 | LLNW000000 | 201423 | 201423 | 528: FERS-ANNUITANT REIMB | 24.00 | $706.93 |
| LLNW03500 | L51050000 | EA0000 | LV.RC.F1504080 | 40011030 | PIRTLE | MARK | O | LLNW000000 | LLNW000000 | 201424 | 201424 | 010: REGULAR TIME | | $581.28 |
| LLNW03500 | L51050000 | EA0000 | LV.RC.F1504080 | 40011030 | PIRTLE | MARK | O | LLNW000000 | LLNW000000 | 201424 | 201424 | 528: FERS-ANNUITANT REIMB | 42.00 | $1,236.93 |
| LLNW03500 | L51050000 | EA0000 | LV.RC.F1504080 | 40011030 | PIRTLE | MARK | O | LLNW000000 | LLNW000000 | 201425 | 201425 | 010: REGULAR TIME | | $1,017.04 |
| LLNW03500 | L51050000 | EA0000 | LV.RC.F1504080 | 40011030 | PIRTLE | MARK | O | LLNW000000 | LLNW000000 | 201425 | 201425 | 528: FERS-ANNUITANT REIMB | 32.00 | $942.44 |
| LLNW03500 | L51050000 | EA0000 | LV.RC.F1504080 | 40011030 | PIRTLE | MARK | O | LLNW000000 | LLNW000000 | 201426 | 201426 | 010: REGULAR TIME | | $775.04 |
| LLNW03500 | L51050000 | EA0000 | LV.RC.F1504080 | 40011030 | PIRTLE | MARK | O | LLNW000000 | LLNW000000 | 201426 | 201426 | 528: FERS-ANNUITANT REIMB | 59.00 | $1,737.52 |
| LLNW03500 | L51050000 | EA0000 | LV.RC.F1504080 | 40011030 | PIRTLE | MARK | O | LLNW000000 | LLNW000000 | 201501 | 201501 | 010: REGULAR TIME | | $1,428.98 |
| LLNW03500 | L51050000 | EA0000 | LV.RC.F1504080 | 40011030 | PIRTLE | MARK | O | LLNW000000 | LLNW000000 | 201501 | 201501 | 528: FERS-ANNUITANT REIMB | 10.00 | $294.65 |
| LLNW03500 | L51050000 | EA0000 | LV.RC.F1504080 | 40011030 | PIRTLE | MARK | O | LLNW000000 | LLNW000000 | 201502 | 201502 | 010: REGULAR TIME | | $242.20 |
| LLNW03500 | L51050000 | EA0000 | LV.RC.F1504080 | 40011030 | PIRTLE | MARK | O | LLNW000000 | LLNW000000 | 201502 | 201502 | 528: FERS-ANNUITANT REIMB | 23.00 | $677.42 |
| LLNW03500 | L51050000 | EA0000 | LV.RC.F1504080 | 40011030 | PIRTLE | MARK | O | LLNW000000 | LLNW000000 | 201502 | 201502 | 528: FERS-ANNUITANT REIMB | | $557.06 |
| LLNW03500 | L51050000 | EA0000 | LV.RC.F1504080 | 40011030 | PIRTLE | MARK | O | LLNW000000 | LLNW000000 | 201503 | 201503 | 010: REGULAR TIME | | $-26.00 |

AR10531

| | | | | | Last | First | | | | | Pay Type | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LS050000 | LLNVW03500 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLNVW00000 | 201503 | 201426 | 528 : FERS-ANNUITANT REIMB | 0.00 | $24.19 |
| LS050000 | LLNVW03500 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLNVW00000 | 201503 | 201501 | 010 : REGULAR TIME | 0.00 | $4.42 |
| LS050000 | LLNVW03500 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLNVW00000 | 201503 | 201501 | 528 : FERS-ANNUITANT REIMB | 0.00 | $4.10 |
| LS050000 | LLNVW03500 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLNVW00000 | 201503 | 201502 | 010 : REGULAR TIME | 0.00 | $-10.15 |
| LS050000 | LLNVW03500 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLNVW00000 | 201503 | 201502 | 528 : FERS-ANNUITANT REIMB | 0.00 | $9.43 |
| LS050000 | LLNVW03500 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLNVW00000 | 201503 | 201503 | 010 : REGULAR TIME | 33.00 | $975.84 |
| LS050000 | LLNVW03500 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLNVW00000 | 201503 | 201503 | 528 : FERS-ANNUITANT REIMB | 0.00 | $812.79 |
| LS050000 | LLNVW03500 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLNVW00000 | 201504 | 201504 | 010 : REGULAR TIME | 29.00 | $857.60 |
| LS050000 | LLNVW03500 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLNVW00000 | 201504 | 201504 | 528 : FERS-ANNUITANT REIMB | 0.00 | $714.27 |
| LS050000 | LLNVW03500 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLNVW00000 | 201505 | 201505 | 010 : REGULAR TIME | 42.00 | $1,241.91 |
| LS050000 | LLNVW03500 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLNVW00000 | 201505 | 201505 | 528 : FERS-ANNUITANT REIMB | 0.00 | $1,034.46 |
| LS050000 | LLNVW03500 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLNVW00000 | 201506 | 201506 | 010 : REGULAR TIME | 33.00 | $975.83 |
| LS050000 | LLNVW03500 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLNVW00000 | 201506 | 201506 | 528 : FERS-ANNUITANT REIMB | 0.00 | $812.79 |
| LS050000 | LLNVW03500 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLNVW00000 | 201507 | 201507 | 010 : REGULAR TIME | 59.00 | $1,744.52 |
| LS050000 | LLNVW03500 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLNVW00000 | 201507 | 201507 | 528 : FERS-ANNUITANT REIMB | 0.00 | $1,453.17 |
| LS050000 | LLNVW03500 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLNVW00000 | 201508 | 201508 | 010 : REGULAR TIME | 26.00 | $768.91 |
| LS050000 | LLNVW03500 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLNVW00000 | 201508 | 201508 | 528 : FERS-ANNUITANT REIMB | 0.00 | $640.38 |
| LS050000 | LLNVW03500 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLNVW00000 | 201510 | 201510 | 010 : REGULAR TIME | 16.00 | $473.11 |
| LS050000 | LLNVW03500 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLNVW00000 | 201510 | 201510 | 528 : FERS-ANNUITANT REIMB | 0.00 | $1,280.76 |
| LS050000 | LLNVW03500 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLNVW00000 | 201511 | 201511 | 010 : REGULAR TIME | 56.00 | $1,655.83 |
| LS050000 | LLNVW03500 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLNVW00000 | 201511 | 201511 | 528 : FERS-ANNUITANT REIMB | 0.00 | $1,379.28 |
| LS050000 | LLNVW03500 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLNVW00000 | 201512 | 201512 | 010 : REGULAR TIME | 80.00 | $2,365.44 |
| LS050000 | LLNVW03500 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLNVW00000 | 201512 | 201512 | 528 : FERS-ANNUITANT REIMB | 0.00 | $1,970.40 |
| LS050000 | LLNVW03500 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLNVW00000 | 201513 | 201513 | 010 : REGULAR TIME | 53.00 | $1,567.12 |
| LS050000 | LLNVW03500 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLNVW00000 | 201513 | 201513 | 528 : FERS-ANNUITANT REIMB | 0.00 | $1,305.39 |
| LS050000 | LLNVW03500 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLNVW00000 | 201514 | 201514 | 010 : REGULAR TIME | 42.00 | $1,241.92 |
| LS050000 | LLNVW03500 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLNVW00000 | 201514 | 201514 | 528 : FERS-ANNUITANT REIMB | 0.00 | $1,034.46 |
| LS050000 | LLNVW03500 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLNVW00000 | 201515 | 201515 | 010 : REGULAR TIME | 66.00 | $1,951.50 |
| LS050000 | LLNVW03500 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLNVW00000 | 201515 | 201515 | 528 : FERS-ANNUITANT REIMB | 0.00 | $1,625.58 |
| LS050000 | LLNVW03500 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLNVW00000 | 201519 | 201519 | 010 : REGULAR TIME | 80.00 | $2,365.43 |
| LS050000 | LLNVW03500 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLNVW00000 | 201519 | 201519 | 110 : OVERTIME-REGULAR-UNS | 111.00 | $3,866.76 |
| LS050000 | LLNVW00000 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLORC4000 | 201519 | 201519 | CAR : OVERTIME CUTBACK-REA | 0.00 | $0.03 |
| LS050000 | LLNVW00000 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLORC4000 | 201520 | 201520 | 010 : REGULAR TIME | 76.00 | $2,247.20 |
| LS050000 | LLNVW00000 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLORC4000 | 201520 | 201520 | 110 : OVERTIME-REGULAR-UNS | 25.00 | $1,399.18 |
| LS050000 | LLNVW00000 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLORC4000 | 201520 | 201520 | FLS : FLSA PREMIUM | 0.00 | $699.72 |
| LS050000 | LLNVW00000 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLORC4000 | 201522 | 201522 | 010 : REGULAR TIME | 24.00 | $709.68 |
| LS050000 | LLNVW00000 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLORC4000 | 201523 | 201523 | 110 : OVERTIME-REGULAR-UNS | 0.00 | $2,345.61 |
| LS050000 | LLNVW00000 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLORC4000 | 201523 | 201523 | CAR : OVERTIME CUTBACK-REA | 0.00 | $-0.03 |
| LS050000 | LLNVW00000 | EA0000 | LV-RC-F1504080 | 40011030 | PIRTLE | MARK | O | LLORC4000 | 201519 | 201519 | FLS : FLSA PREMIUM | 0.00 | $3,106.77 |
| LS050000 | LLNVW00000 | N10000 | LV-RC-F1504080 | 40017117 | PRESLEY | SHANE | E | LLORC4000 | 201519 | 201519 | 010 : REGULAR TIME | 18.50 | $1,040.79 |
| LS050000 | LLNVW00000 | N10000 | LV-RC-F1504080 | 40017117 | PRESLEY | SHANE | E | LLORC4000 | 201520 | 201520 | 110 : OVERTIME-REGULAR-UNS | 1.50 | $50.33 |
| LS050000 | LLNVW00000 | N10000 | LV-RC-F1504080 | 40017117 | PRESLEY | SHANE | E | LLORC4000 | 201520 | 201520 | 140 : SUNDAY PREMIUM-WORKE | 0.00 | $24.65 |
| LS050000 | LLNVW00000 | N10000 | LV-RC-F1504080 | 40017117 | PRESLEY | SHANE | E | LLORC4000 | 201520 | 201520 | 180 : ADMIN UNCONTROLED OV | 0.00 | $131.34 |
| LS050000 | LLNVW00000 | N10000 | LV-RC-F1504080 | 40017117 | PRESLEY | SHANE | E | LLORC4000 | 201520 | 201520 | FLS : FLSA PREMIUM | 0.00 | $43.70 |
| LS050000 | LLNVW00000 | N10000 | LV-RC-F1504080 | 40017117 | PRESLEY | SHANE | E | LLORC4000 | 201519 | 201519 | 110 : OVERTIME-REGULAR-UNS | 2.00 | $76.43 |
| LS050000 | LLNVW00000 | N10000 | LV-RC-F1504080 | 40017117 | PRESLEY | SHANE | E | LLORC4000 | 201520 | 201520 | FLS : FLSA PREMIUM | 0.00 | $39.57 |
| LS050000 | LLNVW00000 | N10000 | LV-RC-F1504080 | 40017117 | PRESLEY | SHANE | E | LLORC4000 | 201520 | 201520 | 010 : REGULAR TIME | 8.00 | $452.48 |
| LS050000 | LLNVW00000 | N10000 | LV-RC-F1504080 | 40017117 | PRESLEY | SHANE | E | LLORC4000 | 201520 | 201520 | 051 : HOLIDAY-WORKED | 8.00 | $265.34 |
| LS050000 | LLNVW03000 | N10000 | LV-RC-F1504080 | 40017117 | PRESLEY | SHANE | E | LLORC4000 | 201520 | 201520 | 110 : OVERTIME-REGULAR-UNS | 15.00 | $535.33 |
| LS050000 | LLNVW03000 | N10000 | LV-RC-F1504080 | 40017117 | PRESLEY | SHANE | E | LLORC4000 | 201520 | 201520 | 130 : NIGHT DIFFERENTIAL-W | 0.00 | $95.28 |
| LS050000 | LLNVW03000 | N10000 | LV-RC-F1504080 | 40017117 | PRESLEY | SHANE | E | LLORC4000 | 201520 | 201520 | 140 : SUNDAY PREMIUM-WORKE | 0.00 | $79.35 |
| LS050000 | LLNVW03000 | N10000 | LV-RC-F1504080 | 40017117 | PRESLEY | SHANE | E | LLORC4000 | 201520 | 201520 | 180 : ADMIN UNCONTROLED OV | 0.00 | $56.75 |
| LS050000 | LLNVW03000 | N10000 | LV-RC-F1504080 | 40017117 | PRESLEY | SHANE | E | LLORC4000 | 201519 | 201519 | FLS : FLSA PREMIUM | 0.00 | $321.04 |
| LS050000 | LLNVW03000 | N10000 | LV-RC-F1504080 | 40017117 | PRESLEY | SHANE | E | LLORC4000 | 201519 | 201519 | 010 : REGULAR TIME | 40.00 | $2,250.34 |
| LS050000 | LLNVW03000 | N10000 | LV-RC-F1504080 | 40017117 | PRESLEY | SHANE | E | LLORC4000 | 201519 | 201519 | 110 : OVERTIME-REGULAR-UNS | 52.00 | $1,984.65 |
| LS050000 | LLNVW03000 | N10000 | LV-RC-F1504080 | 40017117 | PRESLEY | SHANE | E | LLORC4000 | 201519 | 201519 | 130 : NIGHT DIFFERENTIAL-W | 0.00 | $308.06 |
| LS050000 | LLNVW03000 | N10000 | LV-RC-F1504080 | 40017117 | PRESLEY | SHANE | E | LLORC4000 | 201519 | 201519 | 140 : SUNDAY PREMIUM-WORKE | 0.00 | $78.94 |
| LS050000 | LLNVW03000 | N10000 | LV-RC-F1504080 | 40017117 | PRESLEY | SHANE | E | LLORC4000 | 201519 | 201519 | 180 : ADMIN UNCONTROLED OV | 0.00 | $283.91 |

| | | | | | | | | | | | | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1504080 | 40017117 | PRESLEY | SHANE | E | LLORC04000 | 201519 | 201519 | F15 - FLSA PREMIUM | 0.00 | $1,027.21 |
| LLNVW03500 | L51050000 | E00000 | LV.RC.F1504080 | 40017117 | PRESLEY | SHANE | E | LLORC00000 | 201519 | 201520 | 180 - ADMIN UNCONTROLED OV | 0.00 | $-0.01 |
| LLNVW03500 | L51050000 | E00000 | LV.RC.F1504080 | 40017117 | PRESLEY | SHANE | E | LLORC00000 | 201519 | 201519 | F15 - FLSA PREMIUM | 48.00 | $-17.51 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1504080 | 40010942 | RAMIREZ | LARRY | O | LLAZG00000 | 201519 | 201519 | 010 - REGULAR TIME | 48.00 | $2,973.55 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1504080 | 40010942 | RAMIREZ | LARRY | O | LLAZG00000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 69.25 | $2,891.90 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1504080 | 40010942 | RAMIREZ | LARRY | O | LLAZG00000 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $258.27 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1504080 | 40010942 | RAMIREZ | LARRY | O | LLAZG00000 | 201519 | 201519 | 180 - ADMIN UNCONTROLED OV | 0.00 | $625.33 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1504080 | 40010942 | RAMIREZ | LARRY | O | LLAZG00000 | 201520 | 201520 | F15 - FLSA PREMIUM | 8.00 | $1,514.11 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1504080 | 40010942 | RAMIREZ | LARRY | O | LLAZG00000 | 201520 | 201520 | 010 - REGULAR TIME | 8.00 | $498.08 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1504080 | 40010942 | RAMIREZ | LARRY | O | LLAZG00000 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 0.00 | $289.08 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1504080 | 40010942 | RAMIREZ | LARRY | O | LLAZG00000 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 17.75 | $782.18 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1504080 | 40010942 | RAMIREZ | LARRY | O | LLAZG00000 | 201520 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $64.87 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1504080 | 40010942 | RAMIREZ | LARRY | O | LLAZG00000 | 201520 | 201520 | 180 - ADMIN UNCONTROLED OV | 0.00 | $104.12 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1504080 | 40010942 | RAMIREZ | LARRY | O | LLAZG00000 | 201520 | 201520 | F15 - FLSA PREMIUM | 0.00 | $374.28 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1500080 | 40011262 | RAMOS | ANDREA | JUNE | LLWO120000 | 201518 | 201518 | 046 - TRAVEL-COMP TIME-EAR | 2.00 | $51.02 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1500080 | 40011262 | RAMOS | ANDREA | JUNE | LLWO120000 | 201518 | 201518 | 110 - OVERTIME-REGULAR-UNS | 42.00 | $1,149.72 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1500080 | 40011262 | RAMOS | ANDREA | JUNE | LLWO120000 | 201518 | 201518 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $48.93 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1500080 | 40011262 | RAMOS | ANDREA | JUNE | LLWO120000 | 201518 | 201518 | F15 - FLSA PREMIUM | 0.00 | $580.49 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1500080 | 40011262 | RAMOS | ANDREA | JUNE | LLWO120000 | 201519 | 201519 | 010 - REGULAR TIME | 80.00 | $3,485.88 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1500080 | 40011262 | RAMOS | ANDREA | JUNE | LLWO120000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 144.00 | $3,946.92 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1500080 | 40011262 | RAMOS | ANDREA | JUNE | LLWO120000 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $332.24 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1500080 | 40011262 | RAMOS | ANDREA | JUNE | LLWO120000 | 201519 | 201519 | F15 - FLSA PREMIUM | 0.00 | $2,063.95 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1500080 | 40011262 | RAMOS | ANDREA | JUNE | LLWO120000 | 201520 | 201520 | 010 - REGULAR TIME | 16.00 | $701.03 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1500080 | 40011262 | RAMOS | ANDREA | JUNE | LLWO120000 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 0.00 | $219.20 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1500080 | 40011262 | RAMOS | ANDREA | JUNE | LLWO120000 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 56.00 | $1,534.38 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1500080 | 40011262 | RAMOS | ANDREA | JUNE | LLWO120000 | 201520 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $68.77 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1500080 | 40011262 | RAMOS | ANDREA | JUNE | LLWO120000 | 201520 | 201520 | F15 - FLSA PREMIUM | 0.00 | $815.61 |
| LLNVW03000 | L51050000 | E00000 | LV.FC.F1504080 | 40034385 | RICE | CHRISTOPHER | M | LLCAD07500 | 201519 | 201519 | 010 - REGULAR TIME | 80.00 | $4,523.02 |
| LLNVW03000 | L51050000 | E00000 | LV.FC.F1504080 | 40034385 | RICE | CHRISTOPHER | M | LLCAD07500 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 121.00 | $5,332.72 |
| LLNVW03000 | L51050000 | E00000 | LV.FC.F1504080 | 40034385 | RICE | CHRISTOPHER | M | LLCAD07500 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $165.51 |
| LLNVW03000 | L51050000 | E00000 | LV.FC.F1504080 | 40034385 | RICE | CHRISTOPHER | M | LLCAD07500 | 201519 | 201519 | 180 - ADMIN UNCONTROLED OV | 0.00 | $951.13 |
| LLNVW03000 | L51050000 | E00000 | LV.FC.F1504080 | 40034385 | RICE | CHRISTOPHER | M | LLCAD07500 | 201519 | 201519 | F15 - FLSA PREMIUM | 0.00 | $2,752.87 |
| LLNVW03000 | L51050000 | E00000 | LV.FC.F1504080 | 40034385 | RICE | CHRISTOPHER | M | LLCAD07500 | 201520 | 201520 | 010 - REGULAR TIME | 16.00 | $909.70 |
| LLNVW03000 | L51050000 | E00000 | LV.FC.F1504080 | 40034385 | RICE | CHRISTOPHER | M | LLCAD07500 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 0.00 | $289.05 |
| LLNVW03000 | L51050000 | E00000 | LV.FC.F1504080 | 40034385 | RICE | CHRISTOPHER | M | LLCAD07500 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 34.00 | $1,535.58 |
| LLNVW03000 | L51050000 | E00000 | LV.FC.F1504080 | 40034385 | RICE | CHRISTOPHER | M | LLCAD07500 | 201520 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $25.94 |
| LLNVW03000 | L51050000 | E00000 | LV.FC.F1504080 | 40034385 | RICE | CHRISTOPHER | M | LLCAD07500 | 201520 | 201520 | 180 - ADMIN UNCONTROLED OV | 0.00 | $380.36 |
| LLNVW03000 | L51050000 | E00000 | LV.FC.F1504080 | 40034385 | RICE | CHRISTOPHER | M | LLCAD07500 | 201520 | 201520 | F15 - FLSA PREMIUM | 0.00 | $839.22 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1504080 | 40011138 | ROMERO | CLAYTON | F | LLAZG00000 | 201519 | 201519 | 010 - REGULAR TIME | 56.00 | $2,697.63 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1504080 | 40011138 | ROMERO | CLAYTON | F | LLAZG00000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 62.50 | $1,826.12 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1504080 | 40011138 | ROMERO | CLAYTON | F | LLAZG00000 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $205.07 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1504080 | 40011138 | ROMERO | CLAYTON | F | LLAZG00000 | 201519 | 201519 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $65.15 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1504080 | 40011138 | ROMERO | CLAYTON | F | LLAZG00000 | 201519 | 201519 | 180 - ADMIN UNCONTROLED OV | 0.00 | $567.30 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1504080 | 40011138 | ROMERO | CLAYTON | F | LLAZG00000 | 201519 | 201519 | F15 - FLSA PREMIUM | 0.00 | $942.61 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1504080 | 40011138 | ROMERO | CLAYTON | F | LLAZG00000 | 201520 | 201520 | 010 - REGULAR TIME | 16.00 | $775.05 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1504080 | 40011138 | ROMERO | CLAYTON | F | LLAZG00000 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 0.00 | $219.06 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1504080 | 40011138 | ROMERO | CLAYTON | F | LLAZG00000 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 31.00 | $910.33 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1504080 | 40011138 | ROMERO | CLAYTON | F | LLAZG00000 | 201520 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $26.17 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1504080 | 40011138 | ROMERO | CLAYTON | F | LLAZG00000 | 201520 | 201520 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $65.52 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1504080 | 40011138 | ROMERO | CLAYTON | F | LLAZG00000 | 201520 | 201520 | 180 - ADMIN UNCONTROLED OV | 0.00 | $162.07 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1504080 | 40026685 | ROOP | MICHAEL | S | LLWO120900 | 201519 | 201519 | F15 - FLSA PREMIUM | 0.00 | $506.11 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1504080 | 40026685 | ROOP | MICHAEL | S | LLWO120900 | 201519 | 201519 | 010 - REGULAR TIME | 80.00 | $6,856.00 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1504080 | 40026685 | ROOP | MICHAEL | S | LLWO120900 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 108.00 | $6,937.38 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1504080 | 40026685 | ROOP | MICHAEL | S | LLWO120900 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $482.82 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1504080 | 40026685 | ROOP | MICHAEL | S | LLWO120900 | 201519 | 201519 | 180 - ADMIN UNCONTROLED OV | 0.00 | $1,441.83 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1504080 | 40026685 | ROOP | MICHAEL | S | LLWO120900 | 201520 | 201520 | F15 - FLSA PREMIUM | 0.00 | $3,409.25 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1504080 | 40026685 | ROOP | MICHAEL | S | LLWO120900 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 0.00 | $410.64 |
| LLNVW03000 | L51050000 | N00000 | LV.RC.F1504080 | 40026685 | ROOP | MICHAEL | S | LLWO120900 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 18.00 | $1,154.96 |

| Col1 | Col2 | Col3 | Col4 | Account | Last | First | MI | Code | Yr1 | Yr2 | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LLNVW03000 | LS050000 | NU0000 | LV.RC.F1504080 | 40012685 | ROOP | MICHAEL | S | LLWO120900 | 201520 | 201520 | 130: NIGHT DIFFERENTIAL-W | 0.00 | $58.33 |
| LLNVW00000 | LS050000 | NU0000 | LV.RC.F1504080 | 40012685 | ROOP | MICHAEL | S | LLWO120900 | 201520 | 201520 | FLS: FLSA PREMIUM | 0.00 | $549.66 |
| LLNVW00000 | LS050000 | EA0000 | LV.RC.F1504080 | 40063390 | ROREX | | T | LLWV03000 | 201519 | 201519 | 010: REGULAR TIME | 40.00 | $1,973.66 |
| LLNVW00000 | LS050000 | EA0000 | LV.RC.F1504080 | 40063390 | ROREX | | T | LLWV03000 | 201519 | 201519 | 110: OVERTIME-REGULAR-UNS | 45.25 | $1,387.93 |
| LLNVW00000 | LS050000 | EA0000 | LV.RC.F1504080 | 40063390 | ROREX | | T | LLWV03000 | 201519 | 201519 | FLS: FLSA PREMIUM | 0.00 | $693.97 |
| LLNVW00000 | LS050000 | EA0000 | LV.RC.F1504080 | 40063390 | ROREX | | T | LLWV03000 | 201520 | 201520 | 010: REGULAR TIME | 17.50 | $867.17 |
| LLNVW00000 | LS050000 | EA0000 | LV.RC.F1504080 | 40063390 | ROREX | | T | LLWV03000 | 201520 | 201520 | 051: HOLIDAY-WORKED | 5.00 | $244.88 |
| LLNVW00000 | LS050000 | EA0000 | LV.RC.F1504080 | 40063390 | ROREX | | T | LLWV03000 | 201520 | 201520 | 120: OVERTIME-HOLIDAY-WOR | 5.00 | $153.04 |
| LLNVW03500 | LS050000 | NU0000 | LV.RC.F1504080 | 40063390 | ROREX | | T | LLWV03000 | 201519 | 201519 | FLS: FLSA PREMIUM | 0.00 | $83.74 |
| LLNVW03000 | LS050000 | NU0000 | LV.RC.F1504080 | 40151566 | RUSSELL | DAVID | WAYNE | LLUTC00000 | 201519 | 201519 | 010: REGULAR TIME | 80.00 | $4,300.74 |
| LLNVW00000 | LS050000 | NU0000 | LV.RC.F1504080 | 40151566 | RUSSELL | DAVID | WAYNE | LLUTC00000 | 201519 | 201519 | 110: OVERTIME-REGULAR-UNS | 102.00 | $3,179.94 |
| LLNVW00000 | LS050000 | NU0000 | LV.RC.F1504080 | 40151566 | RUSSELL | DAVID | WAYNE | LLUTC00000 | 201519 | 201519 | 130: NIGHT DIFFERENTIAL-W | 0.00 | $452.16 |
| LLNVW00000 | LS050000 | NU0000 | LV.RC.F1504080 | 40151566 | RUSSELL | DAVID | WAYNE | LLUTC00000 | 201519 | 201519 | FLS: FLSA PREMIUM | 0.00 | $1,696.32 |
| LLNVW00000 | LS050000 | NU0000 | LV.RC.F1504080 | 40151566 | RUSSELL | DAVID | WAYNE | LLUTC00000 | 201520 | 201520 | 010: REGULAR TIME | 12.00 | $648.20 |
| LLNVW00000 | LS050000 | NU0000 | LV.RC.F1504080 | 40151566 | RUSSELL | DAVID | WAYNE | LLUTC00000 | 201520 | 201520 | 110: OVERTIME-REGULAR-UNS | 24.00 | $747.16 |
| LLNVW00000 | LS050000 | NU0000 | LV.RC.F1504080 | 40151566 | RUSSELL | DAVID | WAYNE | LLUTC00000 | 201520 | 201520 | FLS: FLSA PREMIUM | 0.00 | $373.56 |
| LLNVW03000 | LS050000 | EA0000 | LV.RC.F1504080 | 40011917 | SANDBERG | CASSIE | C | LLO120000 | 201518 | 201518 | 046: TRAVEL-COMP TIME-EAR | 2.00 | $67.26 |
| LLNVW00000 | LS050000 | EA0000 | LV.RC.F1504080 | 40011917 | SANDBERG | CASSIE | C | LLO120000 | 201518 | 201518 | 110: OVERTIME-REGULAR-UNS | 52.00 | $1,878.74 |
| LLNVW00000 | LS050000 | EA0000 | LV.RC.F1504080 | 40011917 | SANDBERG | CASSIE | C | LLO120000 | 201518 | 201518 | 130: NIGHT DIFFERENTIAL-W | 0.00 | $64.54 |
| LLNVW00000 | LS050000 | EA0000 | LV.RC.F1504080 | 40011917 | SANDBERG | CASSIE | C | LLO120000 | 201518 | 201518 | FLS: FLSA PREMIUM | 0.00 | $948.02 |
| LLNVW00000 | LS050000 | EA0000 | LV.RC.F1504080 | 40011917 | SANDBERG | CASSIE | C | LLO120000 | 201519 | 201519 | 010: REGULAR TIME | 80.00 | $4,434.73 |
| LLNVW00000 | LS050000 | EA0000 | LV.RC.F1504080 | 40011917 | SANDBERG | CASSIE | C | LLO120000 | 201519 | 201519 | 130: NIGHT DIFFERENTIAL-W | 0.00 | $438.02 |
| LLNVW00000 | LS050000 | EA0000 | LV.RC.F1504080 | 40011917 | SANDBERG | CASSIE | C | LLO120000 | 201519 | 201519 | 110: OVERTIME-REGULAR-UNS | 144.00 | $2,721.57 |
| LLNVW00000 | LS050000 | EA0000 | LV.RC.F1504080 | 40011917 | SANDBERG | CASSIE | C | LLO120000 | 201520 | 201520 | 130: NIGHT DIFFERENTIAL-W | 0.00 | $891.99 |
| LLNVW00000 | LS050000 | EA0000 | LV.RC.F1504080 | 40011917 | SANDBERG | CASSIE | C | LLO120000 | 201520 | 201520 | 010: REGULAR TIME | 16.00 | $289.19 |
| LLNVW00000 | LS050000 | EA0000 | LV.RC.F1504080 | 40011917 | SANDBERG | CASSIE | C | LLO120000 | 201520 | 201520 | 051: HOLIDAY-WORKED | 0.00 | $2,024.31 |
| LLNVW00000 | LS050000 | EA0000 | LV.RC.F1504080 | 40011917 | SANDBERG | CASSIE | C | LLO120000 | 201520 | 201520 | 110: OVERTIME-REGULAR-UNS | 56.00 | $90.69 |
| LLNVW03000 | LS050000 | EA0000 | LV.RC.F1504080 | 40011917 | SANDBERG | CASSIE | C | LLO120000 | 201520 | 201520 | 130: NIGHT DIFFERENTIAL-W | 0.00 | $1,070.24 |
| LLNVW03000 | LS050000 | NU0000 | LV.RC.F1504080 | 40017113 | SCHUTZBERGER | LISA | A | LLNM01000 | 201519 | 201519 | 010: REGULAR TIME | 64.00 | $3,962.91 |
| LLNVW00000 | LS050000 | NU0000 | LV.RC.F1504080 | 40017113 | SCHUTZBERGER | LISA | A | LLNM01000 | 201519 | 201519 | 110: OVERTIME-REGULAR-UNS | 59.00 | $2,358.88 |
| LLNVW00000 | LS050000 | NU0000 | LV.RC.F1504080 | 40017113 | SCHUTZBERGER | LISA | A | LLNM01000 | 201519 | 201519 | 130: NIGHT DIFFERENTIAL-W | 0.00 | $361.65 |
| LLNVW00000 | LS050000 | NU0000 | LV.RC.F1504080 | 40017113 | SCHUTZBERGER | LISA | A | LLNM01000 | 201519 | 201519 | 140: SUNDAY PREMIUM-WORKE | 0.00 | $86.05 |
| LLNVW00000 | LS050000 | NU0000 | LV.RC.F1504080 | 40017113 | SCHUTZBERGER | LISA | A | LLNM01000 | 201519 | 201519 | 180: ADMIN UNCONTROLED OV | 0.00 | $833.41 |
| LLNVW00000 | LS050000 | NU0000 | LV.RC.F1504080 | 40017113 | SCHUTZBERGER | LISA | A | LLNM01000 | 201519 | 201519 | FLS: FLSA PREMIUM | 0.00 | $1,386.25 |
| LLNVW00000 | LS050000 | NU0000 | LV.RC.F1504080 | 40017113 | SCHUTZBERGER | LISA | A | LLNM40000 | 201520 | 201520 | 010: REGULAR TIME | 16.00 | $995.79 |
| LLNVW00000 | LS050000 | NU0000 | LV.RC.F1504080 | 40017113 | SCHUTZBERGER | LISA | A | LLNM40000 | 201520 | 201520 | 051: HOLIDAY-WORKED | 0.00 | $289.18 |
| LLNVW00000 | LS050000 | NU0000 | LV.RC.F1504080 | 40017113 | SCHUTZBERGER | LISA | A | LLNM40000 | 201520 | 201520 | 110: OVERTIME-REGULAR-UNS | 15.00 | $677.77 |
| LLNVW00000 | LS050000 | NU0000 | LV.RC.F1504080 | 40017113 | SCHUTZBERGER | LISA | A | LLNM40000 | 201520 | 201520 | 130: NIGHT DIFFERENTIAL-W | 0.00 | $108.14 |
| LLNVW00000 | LS050000 | NU0000 | LV.RC.F1504080 | 40017113 | SCHUTZBERGER | LISA | A | LLNM40000 | 201520 | 201520 | 140: SUNDAY PREMIUM-WORKE | 0.00 | $86.47 |
| LLNVW00000 | LS050000 | NU0000 | LV.RC.F1504080 | 40017113 | SCHUTZBERGER | LISA | A | LLNM40000 | 201520 | 201520 | 180: ADMIN UNCONTROLED OV | 0.00 | $208.22 |
| LLNVW03000 | LS050000 | NU0000 | LV.RC.F1504080 | 40017113 | SCHUTZBERGER | LISA | A | LLNM40000 | 201520 | 201520 | FLS: FLSA PREMIUM | 0.00 | $374.58 |
| LLNVW00000 | LS050000 | EA0000 | LV.RC.F1504080 | 40164696 | SCHWIRIAN | SCOTT | ALAN | LLN94000 | 201519 | 201519 | 010: REGULAR TIME | 80.00 | $4,111.84 |
| LLNVW00000 | LS050000 | EA0000 | LV.RC.F1504080 | 40164696 | SCHWIRIAN | SCOTT | ALAN | LLN94000 | 201519 | 201519 | 110: OVERTIME-REGULAR-UNS | 125.00 | $4,019.69 |
| LLNVW00000 | LS050000 | EA0000 | LV.RC.F1504080 | 40164696 | SCHWIRIAN | SCOTT | ALAN | LLN94000 | 201519 | 201519 | FLS: FLSA PREMIUM | 0.00 | $2,010.52 |
| LLNVW00000 | LS050000 | EA0000 | LV.RC.F1504080 | 40164696 | SCHWIRIAN | SCOTT | ALAN | LLN94000 | 201520 | 201520 | 010: REGULAR TIME | 32.00 | $1,653.23 |
| LLNVW03500 | LS050000 | EA0000 | LV.RC.F1504080 | 40164696 | SCHWIRIAN | SCOTT | ALAN | LLN94000 | 201520 | 201520 | 051: HOLIDAY-WORKED | 0.00 | $257.05 |
| LLNVW00000 | LS050000 | EA0000 | LV.RC.F1504080 | 40164696 | SCHWIRIAN | SCOTT | ALAN | LLN94000 | 201520 | 201520 | 110: OVERTIME-REGULAR-UNS | 64.00 | $2,056.42 |
| LLNVW00000 | LS050000 | EA0000 | LV.RC.F1504080 | 40164696 | SCHWIRIAN | SCOTT | ALAN | LLN94000 | 201520 | 201520 | 130: NIGHT DIFFERENTIAL-W | 0.00 | $71.02 |
| LLNVW00000 | LS050000 | EA0000 | LV.RC.F1504080 | 40164696 | SCHWIRIAN | SCOTT | ALAN | LLN94000 | 201520 | 201520 | FLS: FLSA PREMIUM | 0.00 | $1,098.63 |
| LLNVW03500 | LS050000 | EA0000 | LV.RC.F1504080 | 40164696 | SCHWIRIAN | SCOTT | ALAN | LLN94000 | 201518 | 201518 | 010: REGULAR TIME | 24.00 | $1,201.13 |
| LLNVW00000 | LS050000 | EA0000 | LV.RC.F1504080 | 40164696 | SCHWIRIAN | SCOTT | ALAN | LLN94000 | 201518 | 201518 | 110: OVERTIME-REGULAR-UNS | 32.00 | $994.85 |
| LLNVW00000 | LS050000 | EA0000 | LV.RC.F1504080 | 40164696 | SCHWIRIAN | SCOTT | ALAN | LLN94000 | 201518 | 201518 | FLS: FLSA PREMIUM | 0.00 | $497.42 |
| LLNVW00000 | LS050000 | NU0000 | LV.RC.F1504080 | 40011992 | SHARKEY | ANNE-MARIE | # | LLDB0000 | 201519 | 201519 | 010: REGULAR TIME | 48.00 | $3,122.54 |
| LLNVW00000 | LS050000 | NU0000 | LV.RC.F1504080 | 40011992 | SHARKEY | ANNE-MARIE | # | LLDB0000 | 201519 | 201519 | 110: OVERTIME-REGULAR-UNS | 61.50 | $2,529.66 |
| LLNVW00000 | LS050000 | NU0000 | LV.RC.F1504080 | 40011992 | SHARKEY | ANNE-MARIE | # | LLDB0000 | 201519 | 201519 | 130: NIGHT DIFFERENTIAL-W | 0.00 | $285.41 |
| LLNVW00000 | LS050000 | NU0000 | LV.RC.F1504080 | 40011992 | SHARKEY | ANNE-MARIE | # | LLDB0000 | 201519 | 201519 | 140: SUNDAY PREMIUM-WORKE | 0.00 | $90.76 |
| LLNVW00000 | LS050000 | NU0000 | LV.RC.F1504080 | 40011992 | SHARKEY | ANNE-MARIE | # | LLDB0000 | 201519 | 201519 | 180: ADMIN UNCONTROLED OV | 0.00 | $656.70 |

| Org | Sub | Type | Fund | EmpID | Last | First | MI | Account | Per1 | Per2 | Code : Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L5NW03000 | L5050000 | NU0000 | LV.FC.F1504080 | 40011992 | SHARKEY | ANNE-MARIE | # | LLUDB0000 | 201519 | 201519 | F15 : FLSA PREMIUM | 0.00 | $1,367.95 |
| L5NW03000 | L5050000 | NU0000 | LV.FC.F1504080 | 40011992 | SHARKEY | ANNE-MARIE | # | LLUDB0000 | 201520 | 201520 | 010 : REGULAR TIME | 8.00 | $522.81 |
| L5NW03000 | L5050000 | NU0000 | LV.FC.F1504080 | 40011992 | SHARKEY | ANNE-MARIE | # | LLUDB0000 | 201520 | 201520 | 051 : HOLIDAY-WORKED | 0.00 | $304.68 |
| L5NW03000 | L5050000 | NU0000 | LV.FC.F1504080 | 40011992 | SHARKEY | ANNE-MARIE | # | LLUDB0000 | 201520 | 201520 | 110 : OVERTIME-REGULAR-UNS | 12.00 | $531.41 |
| L5NW03000 | L5050000 | NU0000 | LV.FC.F1504080 | 40011992 | SHARKEY | ANNE-MARIE | # | LLUDB0000 | 201520 | 201520 | 130 : NIGHT DIFFERENTIAL-W | 0.00 | $81.89 |
| L5NW03000 | L5050000 | NU0000 | LV.FC.F1504080 | 40011992 | SHARKEY | ANNE-MARIE | # | LLUDB0000 | 201520 | 201520 | 140 : SUNDAY PREMIUM-WORKE | 0.00 | $91.13 |
| L5NW03000 | L5050000 | NU0000 | LV.FC.F1504080 | 40011992 | SHARKEY | ANNE-MARIE | # | LLUDB0000 | 201520 | 201520 | 180 : ADMIN UNCONTROLED OV | 0.00 | $109.30 |
| L5NW03000 | L5050000 | NU0000 | LV.FC.F1504080 | 40011992 | SHARKEY | ANNE-MARIE | # | LLUDB0000 | 201520 | 201520 | F15 : FLSA PREMIUM | 0.00 | $293.18 |
| L5NW03000 | L5050000 | NV0000 | LV.FC.F1504080 | 40063765 | SHILAIKIS | ROBERT | H | LLWO012400 | 201519 | 201519 | 010 : REGULAR TIME | 40.00 | $2,944.45 |
| L5NW03000 | L5050000 | NV0000 | LV.FC.F1504080 | 40063765 | SHILAIKIS | ROBERT | H | LLWO012400 | 201519 | 201519 | 110 : OVERTIME-REGULAR-UNS | 60.50 | $195.64 |
| L5NW03000 | L5050000 | NV0000 | LV.FC.F1504080 | 40063765 | SHILAIKIS | ROBERT | H | LLWO012400 | 201519 | 201519 | 130 : NIGHT DIFFERENTIAL-W | 0.00 | $619.10 |
| L5NW03000 | L5050000 | NV0000 | LV.FC.F1504080 | 40063765 | SHILAIKIS | ROBERT | H | LLWO012400 | 201519 | 201519 | EAP : AVAILABILITY PAY | 0.00 | $1,510.16 |
| L5NW03000 | L5050000 | NV0000 | LV.FC.F1504080 | 40063765 | SHILAIKIS | ROBERT | H | LLWO012400 | 201520 | 201520 | 010 : REGULAR TIME | 32.00 | $2,369.09 |
| L5NW03000 | L5050000 | NV0000 | LV.FC.F1504080 | 40063765 | SHILAIKIS | ROBERT | H | LLWO012400 | 201520 | 201520 | 051 : HOLIDAY-WORKED | 0.00 | $376.37 |
| L5NW03000 | L5050000 | NV0000 | LV.FC.F1504080 | 40063765 | SHILAIKIS | ROBERT | H | LLWO012400 | 201520 | 201520 | 110 : OVERTIME-REGULAR-UNS | 22.00 | $1,035.02 |
| L5NW03000 | L5050000 | NV0000 | LV.FC.F1504080 | 40063765 | SHILAIKIS | ROBERT | H | LLWO012400 | 201520 | 201520 | 130 : NIGHT DIFFERENTIAL-W | 0.00 | $67.45 |
| L5NW03000 | L5050000 | NV0000 | LV.FC.F1504080 | 40063765 | SHILAIKIS | ROBERT | H | LLWO012400 | 201520 | 201520 | EAP : AVAILABILITY PAY | 0.00 | $495.25 |
| L5NW03000 | L5050000 | NV0000 | LV.FC.F1504080 | 40063765 | SHILAIKIS | ROBERT | H | LLWO012400 | 201520 | 201520 | F15 : FLSA PREMIUM | 0.00 | $641.42 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40100717 | SONES | ROBERT | P | LLWV.E00000 | 201519 | 201519 | 010 : REGULAR TIME | 72.00 | $4,384.00 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40100717 | SONES | ROBERT | P | LLWV.E00000 | 201519 | 201519 | 110 : OVERTIME-REGULAR-UNS | 115.00 | $5,184.67 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40100717 | SONES | ROBERT | P | LLWV.E00000 | 201519 | 201519 | 130 : NIGHT DIFFERENTIAL-W | 0.00 | $129.07 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40100717 | SONES | ROBERT | P | LLWV.E00000 | 201519 | 201519 | 140 : SUNDAY PREMIUM-WORKE | 0.00 | $88.92 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40100717 | SONES | ROBERT | P | LLWV.E00000 | 201519 | 201519 | 180 : ADMIN UNCONTROLED OV | 0.00 | $922.06 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40100717 | SONES | ROBERT | P | LLWV.E00000 | 201519 | 201519 | F15 : FLSA PREMIUM | 0.00 | $2,594.27 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40100717 | SONES | ROBERT | P | LLWV.E00000 | 201520 | 201520 | 010 : REGULAR TIME | 32.00 | $1,958.26 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40100717 | SONES | ROBERT | P | LLWV.E00000 | 201520 | 201520 | 051 : HOLIDAY-WORKED | 0.00 | $298.75 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40100717 | SONES | ROBERT | P | LLWV.E00000 | 201520 | 201520 | 110 : OVERTIME-REGULAR-UNS | 12.00 | $549.86 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40100717 | SONES | ROBERT | P | LLWV.E00000 | 201520 | 201520 | 140 : SUNDAY PREMIUM-WORKE | 0.00 | $89.33 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40100717 | SONES | ROBERT | P | LLWV.E00000 | 201520 | 201520 | 180 : ADMIN UNCONTROLED OV | 0.00 | $409.50 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40100717 | SONES | ROBERT | P | LLWV.E00000 | 201520 | 201520 | F15 : FLSA PREMIUM | 0.00 | $264.47 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40007703 | STEENHOVEN | CASEY | | LLUDB0000 | 201519 | 201519 | 010 : REGULAR TIME | 44.75 | $1,759.53 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40007703 | STEENHOVEN | CASEY | | LLUDB0000 | 201519 | 201519 | 110 : OVERTIME-REGULAR-UNS | 52.25 | $1,478.17 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40007703 | STEENHOVEN | CASEY | | LLUDB0000 | 201519 | 201519 | F15 : FLSA PREMIUM | 0.00 | $739.11 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40007703 | STEENHOVEN | CASEY | | LLUDB0000 | 201519 | 201519 | 051 : HOLIDAY-WORKED | 0.00 | $226.32 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40007703 | STEENHOVEN | CASEY | | LLUDB0000 | 201520 | 201520 | 110 : OVERTIME-REGULAR-UNS | 16.50 | $466.79 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40007703 | STEENHOVEN | CASEY | | LLUDB0000 | 201520 | 201520 | F15 : FLSA PREMIUM | 0.00 | $252.77 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40044703 | STOLTS | DAVID | | LLWS00570 | 201519 | 201519 | 010 : REGULAR TIME | 80.00 | $4,579.06 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40044703 | STOLTS | DAVID | | LLWS00570 | 201519 | 201519 | 110 : OVERTIME-REGULAR-UNS | 136.00 | $5,643.14 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40044703 | STOLTS | DAVID | | LLWS00570 | 201519 | 201519 | 180 : ADMIN UNCONTROLED OV | 0.00 | $962.87 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40044703 | STOLTS | DAVID | | LLWS00570 | 201519 | 201519 | 110 : OVERTIME-REGULAR-UNS | 0.00 | $2,726.72 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40044703 | STOLTS | DAVID | | LLWS00570 | 201523 | 201523 | F15 : FLSA PREMIUM | -15.25 | $-728.76 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40044703 | STOLTS | DAVID | | LLWS00570 | 201523 | 201523 | 051 : HOLIDAY-WORKED | 0.00 | $-290.85 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40044703 | STOLTS | DAVID | | LLWS00570 | 201520 | 201520 | 010 : REGULAR TIME | 0.00 | $265.23 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40044703 | STOLTS | DAVID | | LLWS00570 | 201520 | 201520 | 110 : OVERTIME-REGULAR-UNS | 15.00 | $592.03 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40044703 | STOLTS | DAVID | | LLWS00570 | 201520 | 201520 | 051 : HOLIDAY-WORKED | 0.00 | $35.72 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40142983 | STORIA | LAUREN | E | LLWS00510 | 201519 | 201519 | 130 : NIGHT DIFFERENTIAL-W | 0.00 | $79.31 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40142983 | STORIA | LAUREN | E | LLWS00510 | 201519 | 201519 | 140 : SUNDAY PREMIUM-WORKE | 0.00 | $337.18 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40142983 | STORIA | LAUREN | E | LLWS00510 | 201519 | 201519 | F15 : FLSA PREMIUM | 0.00 | $152.88 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40142983 | STORIA | LAUREN | E | LLWS00510 | 201519 | 201519 | 010 : REGULAR TIME | 80.00 | $3,318.95 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40142983 | STORIA | LAUREN | E | LLWS00510 | 201519 | 201519 | 110 : OVERTIME-REGULAR-UNS | 103.00 | $2,578.80 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40142983 | STORIA | LAUREN | E | LLWS00510 | 201520 | 201520 | F15 : FLSA PREMIUM | 0.00 | $1,289.39 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40142983 | STORIA | LAUREN | E | LLWS00510 | 201520 | 201520 | 010 : REGULAR TIME | 16.00 | $666.65 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40142983 | STORIA | LAUREN | E | LLWS00510 | 201520 | 201520 | 051 : HOLIDAY-WORKED | 0.00 | $199.88 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40142983 | STORIA | LAUREN | E | LLWS00510 | 201520 | 201520 | 110 : OVERTIME-REGULAR-UNS | 15.00 | $374.78 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40142983 | STORIA | LAUREN | E | LLWS00510 | 201520 | 201520 | 121 : OVERTIME-SUNDAY-WORK | 14.00 | $349.80 |
| L5NW03000 | L5050000 | E0000 | LV.FC.F1504080 | 40142983 | STORIA | LAUREN | E | LLWS00510 | 201520 | 201520 | F15 : FLSA PREMIUM | 0.00 | $389.00 |
| L5NW03000 | L5050000 | NV0000 | LV.FC.F1504080 | 40043506 | STOVER | RAND | A | LLWO0121200 | 201518 | 201518 | 110 : OVERTIME-REGULAR-UNS | 38.00 | $1,849.54 |

AR10535

| Project | Fund | Org | Grant | Emp ID | Last | First | MI | Account | Period | Period | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LLNW03000 | L51050000 | NV0000 | LV.RC.F1504080 | 40043506 | STOVER | RAND | A | LLW0122000 | 201518 | 201518 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $92.83 |
| LLNW03000 | L51050000 | NV0000 | LV.RC.F1504080 | 40043506 | STOVER | RAND | A | LLW0122000 | 201518 | 201518 | FLS - FLSA PREMIUM | 0.00 | $935.79 |
| LLNW03000 | L51050000 | NV0000 | LV.RC.F1504080 | 40043506 | STOVER | RAND | A | LLW0122000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 123.00 | $5,987.46 |
| LLNW03000 | L51050000 | NV0000 | LV.RC.F1504080 | 40043506 | STOVER | RAND | A | LLW0122000 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $586.00 |
| LLNW03000 | L51050000 | NV0000 | LV.RC.F1504080 | 40043506 | STOVER | RAND | A | LLW0122000 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $3,284.77 |
| LLNW03000 | L51050000 | NV0000 | LV.RC.F1504080 | 40043506 | STOVER | RAND | A | LLW0122000 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 0.00 | $389.38 |
| LLNW03000 | L51050000 | NV0000 | LV.RC.F1504080 | 40043506 | STOVER | RAND | A | LLW0122000 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 32.00 | $1,557.50 |
| LLNW03000 | L51050000 | NV0000 | LV.RC.F1504080 | 40043506 | STOVER | RAND | A | LLW0122000 | 201520 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $107.69 |
| LLNW03000 | L51050000 | NV0000 | LV.RC.F1504080 | 40043506 | STOVER | RAND | A | LLW0122000 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $816.79 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40005458 | SULLIVAN | DEBORAH | J | LLW0122000 | 201518 | 201518 | 010 - REGULAR TIME | 3.50 | $262.45 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40005458 | SULLIVAN | DEBORAH | J | LLW0122000 | 201518 | 201518 | 110 - OVERTIME-REGULAR-UNS | 8.00 | $444.10 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40005458 | SULLIVAN | DEBORAH | J | LLW0122000 | 201518 | 201518 | 180 - ADMIN UNCONTROLED OV | 0.00 | $157.27 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40005458 | SULLIVAN | DEBORAH | J | LLW0122000 | 201518 | 201518 | FLS - FLSA PREMIUM | 0.00 | $222.04 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40005458 | SULLIVAN | DEBORAH | J | LLW0121000 | 201519 | 201519 | 010 - REGULAR TIME | 75.00 | $5,614.21 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40005458 | SULLIVAN | DEBORAH | J | LLW0121000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 121.00 | $6,724.32 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40005458 | SULLIVAN | DEBORAH | J | LLW0121000 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $728.87 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40005458 | SULLIVAN | DEBORAH | J | LLW0121000 | 201519 | 201519 | 180 - ADMIN UNCONTROLED OV | 0.00 | $1,180.51 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40005458 | SULLIVAN | DEBORAH | J | LLW0121000 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $3,547.97 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40005458 | SULLIVAN | DEBORAH | J | LLW0121000 | 201520 | 201520 | 010 - REGULAR TIME | 32.00 | $2,408.38 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40005458 | SULLIVAN | DEBORAH | J | LLW0121000 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 0.00 | $355.49 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40005458 | SULLIVAN | DEBORAH | J | LLW0121000 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 46.00 | $2,555.03 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40005458 | SULLIVAN | DEBORAH | J | LLW0121000 | 201520 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $286.71 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40005458 | SULLIVAN | DEBORAH | J | LLW0121000 | 201520 | 201520 | 180 - ADMIN UNCONTROLED OV | 0.00 | $503.51 |
| LLNW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40005458 | SULLIVAN | DEBORAH | J | LLW0121000 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $1,436.72 |
| LLNW03000 | L51050000 | NV0000 | LV.RC.F1504080 | 40011084 | SWANSON | SCOTT | M | LLW0121000 | 201515 | 201515 | 046 - TRAVE~COMP TIME-EAR | 10.50 | $433.97 |
| LLNW03000 | L51050000 | NV0000 | LV.RC.F1504080 | 40011084 | SWANSON | SCOTT | M | LLW0121000 | 201515 | 201515 | 010 - REGULAR TIME | 0.00 | $62.87 |
| LLNW03000 | L51050000 | NV0000 | LV.RC.F1504080 | 40011084 | SWANSON | SCOTT | M | LLW0121000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 8.00 | $570.11 |
| LLNW03000 | L51050000 | NV0000 | LV.RC.F1504080 | 40011084 | SWANSON | SCOTT | M | LLW0120400 | 201519 | 201519 | 180 - ADMIN UNCONTROLED OV | 10.00 | $421.48 |
| LLNW00000 | L51050000 | NV0000 | LV.RC.F1504080 | 40011084 | SWANSON | SCOTT | M | LLW0120400 | 201519 | 201519 | EAP - AVAILABILITY PAY | 0.00 | $119.88 |
| LLNW00000 | L51050000 | E0000 | LV.RC.F1504080 | 40011084 | SWANSON | SCOTT | M | LLW0120400 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $183.32 |
| LLNW03000 | L51050000 | E0000 | LV.RC.F1504080 | 40011084 | SWANSON | SCOTT | M | LLW0120400 | 201520 | 201520 | 010 - REGULAR TIME | 40.00 | $2,850.57 |
| LLNW03000 | L51050000 | E0000 | LV.RC.F1504080 | 40011084 | SWANSON | SCOTT | M | LLW0120400 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 48.00 | $2,023.12 |
| LLNW03000 | L51050000 | E0000 | LV.RC.F1504080 | 40011084 | SWANSON | SCOTT | M | LLW0120400 | 201520 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $420.48 |
| LLNW03000 | L51050000 | E0000 | LV.RC.F1504080 | 40011084 | SWANSON | SCOTT | M | LLW0120400 | 201520 | 201520 | EAP - AVAILABILITY PAY | 0.00 | $599.44 |
| LLNW03000 | L51050000 | N0000 | LV.RC.F1504080 | 40011084 | SWANSON | SCOTT | M | LLW0120400 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $1,152.88 |
| LLNW03000 | L51050000 | N0000 | LV.RC.F1504080 | 40011084 | SWANSON | SCOTT | M | LLW0120400 | 201515 | 201515 | 010 - REGULAR TIME | 8.00 | $572.90 |
| LLNW03000 | L51050000 | N0000 | LV.RC.F1504080 | 40011669 | TEA | ROXANNE | M | LLW0120200 | 201515 | 201515 | 051 - HOLIDAY-WORKED | 0.00 | $336.76 |
| LLNW03000 | L51050000 | N0000 | LV.RC.F1504080 | 40011669 | TEA | ROXANNE | M | LLW0120200 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 16.00 | $673.50 |
| LLNW03000 | L51050000 | N0000 | LV.RC.F1504080 | 40011669 | TEA | ROXANNE | M | LLW0120200 | 201519 | 201519 | EAP - AVAILABILITY PAY | 0.00 | $119.78 |
| LLNW03000 | L51050000 | N0000 | LV.RC.F1504080 | 40011669 | TEA | ROXANNE | M | LLW0120200 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $368.56 |
| LLNW03000 | L51050000 | N0000 | LV.RC.F1504080 | 40011669 | TEA | ROXANNE | M | LLW0120200 | 201519 | 201519 | 010 - REGULAR TIME | 80.00 | $3,207.29 |
| LLNW03000 | L51050000 | N0000 | LV.RC.F1504080 | 40011669 | TEA | ROXANNE | M | LLW0120200 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 77.00 | $2,113.26 |
| LLNW03000 | L51050000 | N0000 | LV.RC.F1504080 | 40011669 | TEA | ROXANNE | M | LLW0120200 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $1,057.04 |
| LLNW03000 | L51050000 | N0000 | LV.RC.F1504080 | 40011669 | TEA | ROXANNE | M | LUFW01100 | 201520 | 201520 | 010 - REGULAR TIME | 16.00 | $645.04 |
| LLNW03000 | L51050000 | N0000 | LV.RC.F1504080 | 40011669 | TEA | ROXANNE | M | LUFW01100 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 0.00 | $219.49 |
| LLNW03000 | L51050000 | N0000 | LV.RC.F1504080 | 40011669 | TEA | ROXANNE | M | LUFW01100 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 28.50 | $781.96 |
| LLNW03000 | L51050000 | N0000 | LV.RC.F1504080 | 40011669 | TEA | ROXANNE | M | LUFW01100 | 201519 | 201519 | 010 - REGULAR TIME | 8.00 | $419.97 |
| LLNW03000 | L51050000 | N0000 | LV.RC.F1504080 | 40001049 | TEMPLETON | WARREN | L | LUTW01100 | 201519 | 201519 | 010 - REGULAR TIME | 72.00 | $5,831.80 |
| LLNW03000 | L51050000 | N0000 | LV.RC.F1504080 | 40001049 | TEMPLETON | WARREN | L | LUTW01100 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 74.75 | $3,613.78 |
| LLNW03000 | L51050000 | N0000 | LV.RC.F1504080 | 40001049 | TEMPLETON | WARREN | L | LUTW01100 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $344.85 |
| LLNW03000 | L51050000 | N0000 | LV.RC.F1504080 | 40001049 | TEMPLETON | WARREN | L | LUTW01100 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $1,226.25 |
| LLNW03000 | L51050000 | N0000 | LV.RC.F1504080 | 40001049 | TEMPLETON | WARREN | L | LUTW01100 | 201519 | 201519 | EAP - AVAILABILITY PAY | 0.00 | $1,953.02 |
| LLNW03000 | L51050000 | N0000 | LV.RC.F1504080 | 40001049 | TEMPLETON | WARREN | L | LLW0120200 | 201520 | 201520 | 010 - REGULAR TIME | 16.00 | $1,293.19 |
| LLNW03000 | L51050000 | N0000 | LV.RC.F1504080 | 40001049 | TEMPLETON | WARREN | L | LLW0120200 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 0.00 | $382.46 |
| LLNW03000 | L51050000 | N0000 | LV.RC.F1504080 | 40001049 | TEMPLETON | WARREN | L | LLW0120200 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 37.00 | $1,768.89 |
| LLNW03000 | L51050000 | N0000 | LV.RC.F1504080 | 40001049 | TEMPLETON | WARREN | L | LLW0120200 | 201520 | 201520 | EAP - AVAILABILITY PAY | 0.00 | $270.34 |
| LLNW03000 | L51050000 | N0000 | LV.RC.F1504080 | 40001049 | TEMPLETON | WARREN | L | LLW0120200 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $955.92 |
| LLNW03000 | L51050000 | N0000 | LV.RC.F1504080 | 40068941 | TITUS | AARON | RUSSELL | LLCAD06500 | 201519 | 201519 | 010 - REGULAR TIME | 80.00 | $6,078.17 |

AR10536

| Col1 | Col2 | Col3 | Col4 | Emp ID | Last | First | MI | Account | Period 1 | Period 2 | Earning Description | Hours | Amount |
|------|------|------|------|--------|------|-------|----|---------|----------|----------|---------------------|-------|--------|
| LLNVW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40068941 | TITUS | AARON | RUSSELL | LLCAD6500 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 108.50 | $4,805.29 |
| LLNVW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40068941 | TITUS | AARON | RUSSELL | LLCAD6500 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $729.06 |
| LLNVW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40068941 | TITUS | AARON | RUSSELL | LLCAD6500 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $2,579.29 |
| LLNVW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40068941 | TITUS | AARON | RUSSELL | LLCAD6500 | 201515 | 201515 | 110 - OVERTIME-REGULAR-UNS | 14.00 | $661.80 |
| LLNVW03000 | LS1050000 | EA0000 | LV.RC.F1504080 | 40068941 | TITUS | AARON | RUSSELL | LLCAD6500 | 201520 | 201520 | 010 - REGULAR TIME | 12.00 | $915.79 |
| LLNVW03000 | LS1050000 | EA0000 | LV.RC.F1504080 | 40068941 | TITUS | AARON | RUSSELL | LLCAD6500 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 0.00 | $353.63 |
| LLNVW03000 | LS1050000 | EA0000 | LV.RC.F1504080 | 40068941 | TITUS | AARON | RUSSELL | LLCAD6500 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 20.00 | $884.07 |
| LLNVW03000 | LS1050000 | EA0000 | LV.RC.F1504080 | 40068941 | TITUS | AARON | RUSSELL | LLCAD6500 | 201520 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $121.53 |
| LLNVW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40068941 | TITUS | AARON | RUSSELL | LLCAD6500 | 201517 | 201517 | FLS - FLSA PREMIUM | 0.00 | $487.82 |
| LLNVW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40003503 | TOWNE | ROBERT | BRIAN | LLNVW00000 | 201519 | 201519 | 010 - REGULAR TIME | 40.00 | $2,971.43 |
| LLNVW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40003503 | TOWNE | ROBERT | BRIAN | LLNVW00000 | 201519 | 201519 | 010 - REGULAR TIME | 40.00 | $2,964.08 |
| LLNVW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40003503 | TOWNE | ROBERT | BRIAN | LLNVW00000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 67.00 | $878.97 |
| LLNVW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40003503 | TOWNE | ROBERT | BRIAN | LLNVW00000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 0.00 | $3,297.20 |
| LLNVW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40003503 | TOWNE | ROBERT | BRIAN | LLNVW00000 | 201520 | 201520 | 051 - FLSA PREMIUM | 0.00 | $2,088.09 |
| LLNVW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40003503 | TOWNE | ROBERT | BRIAN | LLNVW00000 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 0.00 | $498.65 |
| LLNVW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40003503 | TOWNE | ROBERT | BRIAN | LLNVW00000 | 201519 | 201519 | FLS - FLSA PREMIUM | 14.00 | $872.63 |
| LLNVW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40003503 | TOWNE | ROBERT | BRIAN | LLNVW00000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 0.00 | $473.39 |
| LLNVW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40014104 | TUMA | LISA | KAYLEWMAN | LWO120000 | 201519 | 201519 | 010 - REGULAR TIME | 48.00 | $3,771.19 |
| LLNVW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40014104 | TUMA | LISA | KAYLEWMAN | LWO120000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 55.00 | $3,353.00 |
| LLNVW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40014104 | TUMA | LISA | KAYLEWMAN | LWO120000 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $451.96 |
| LLNVW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40014104 | TUMA | LISA | KAYLEWMAN | LWO120000 | 201519 | 201519 | 180 - ADMIN UNCONTROLED OV | 0.00 | $792.99 |
| LLNVW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40014104 | TUMA | LISA | KAYLEWMAN | LWO120000 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $1,778.39 |
| LLNVW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40014104 | TUMA | LISA | KAYLEWMAN | LWO120000 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 8.00 | $487.98 |
| LLNVW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40014104 | TUMA | LISA | KAYLEWMAN | LWO120000 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $251.25 |
| LLNVW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40014104 | TUMA | LISA | KAYLEWMAN | LWO120000 | 201519 | 201519 | 010 - REGULAR TIME | 8.00 | $632.06 |
| LLNVW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40014104 | TUMA | LISA | KAYLEWMAN | LWO120000 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 0.00 | $390.07 |
| LLNVW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40014104 | TUMA | LISA | KAYLEWMAN | LWO120000 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 18.75 | $1,142.78 |
| LLNVW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40014104 | TUMA | LISA | KAYLEWMAN | LWO120000 | 201520 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $91.77 |
| LLNVW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40014104 | TUMA | LISA | KAYLEWMAN | LWO120000 | 201520 | 201520 | 180 - ADMIN UNCONTROLED OV | 0.00 | $132.15 |
| LLNVW03000 | LS1050000 | NU0000 | LV.RC.F1504080 | 40014104 | TUMA | LISA | KAYLEWMAN | LWO120000 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $645.80 |
| LLNVW03000 | LS1050000 | EA0000 | LV.RC.F1504080 | 40006539 | VERMEYS | MICHAEL | C | LNVW81000 | 201519 | 201519 | 010 - REGULAR TIME | 40.00 | $2,329.24 |
| LLNVW03000 | LS1050000 | EA0000 | LV.RC.F1504080 | 40006539 | VERMEYS | MICHAEL | C | LNVW81000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 52.00 | $2,142.56 |
| LLNVW03000 | LS1050000 | EA0000 | LV.RC.F1504080 | 40006539 | VERMEYS | MICHAEL | C | LNVW81000 | 201520 | 201520 | 010 - REGULAR TIME | 6.00 | $351.33 |
| LLNVW03000 | LS1050000 | EA0000 | LV.RC.F1504080 | 40006539 | VERMEYS | MICHAEL | C | LNVW81000 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 0.00 | $318.28 |
| LLNVW03000 | LS1050000 | NV0000 | LV.RC.F1504080 | 40017554 | WAGGONER | SEAN | F | LLCOS01000 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 18.50 | $762.10 |
| LLNVW03000 | LS1050000 | NV0000 | LV.RC.F1504080 | 40017554 | WAGGONER | SEAN | F | LLCOS01000 | 201519 | 201519 | 010 - REGULAR TIME | 24.00 | $1,192.03 |
| LLNVW03000 | LS1050000 | NV0000 | LV.RC.F1504080 | 40017554 | WAGGONER | SEAN | F | LLCOS01000 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 4.00 | $128.77 |
| LLNVW03000 | LS1050000 | NV0000 | LV.RC.F1504080 | 40017554 | WAGGONER | SEAN | F | LLCOS01000 | 201519 | 201519 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $24.32 |
| LLNVW03000 | LS1050000 | NV0000 | LV.RC.F1504080 | 40017554 | WAGGONER | SEAN | F | LLCOS01000 | 201519 | 201519 | 180 - ADMIN UNCONTROLED OV | 0.00 | $69.42 |
| LLNVW03000 | LS1050000 | NV0000 | LV.RC.F1504080 | 40017554 | WAGGONER | SEAN | F | LLCOS01000 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $199.34 |
| LLNVW03000 | LS1050000 | NV0000 | LV.RC.F1504080 | 40017554 | WAGGONER | SEAN | F | LLCOS01000 | 201519 | 201519 | 010 - REGULAR TIME | 0.00 | $66.12 |
| LLNVW03000 | LS1050000 | ND0000 | LV.RC.F1504080 | 40062591 | WEISEND | JEFFREY | D | LLWY003000 | 201519 | 201519 | 046 - TRAVEL-COMP TIME-EAR | 80.00 | $3,957.74 |
| LLNVW03000 | LS1050000 | ND0000 | LV.RC.F1504080 | 40062591 | WEISEND | JEFFREY | D | LLWY003000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 2.50 | $67.65 |
| LLNVW03000 | LS1050000 | ND0000 | LV.RC.F1504080 | 40062591 | WEISEND | JEFFREY | D | LLWY003000 | 201519 | 201519 | 130 - NIGHT DIFFERENTIAL-W | 92.00 | $3,210.68 |
| LLNVW03000 | LS1050000 | ND0000 | LV.RC.F1504080 | 40062591 | WEISEND | JEFFREY | D | LLWY003000 | 201519 | 201519 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $460.53 |
| LLNVW03000 | LS1050000 | ND0000 | LV.RC.F1504080 | 40062591 | WEISEND | JEFFREY | D | LLWY003000 | 201519 | 201519 | 180 - ADMIN UNCONTROLED OV | 0.00 | $138.42 |
| LLNVW03000 | LS1050000 | ND0000 | LV.RC.F1504080 | 40062591 | WEISEND | JEFFREY | D | LLWY003000 | 201519 | 201519 | FLS - FLSA PREMIUM | 0.00 | $665.64 |
| LLNVW03000 | LS1050000 | ND0000 | LV.RC.F1504080 | 40062591 | WEISEND | JEFFREY | D | LLWY003000 | 201519 | 201519 | 010 - REGULAR TIME | 48.00 | $1,740.26 |
| LLNVW03000 | LS1050000 | ND0000 | LV.RC.F1504080 | 40062591 | WEISEND | JEFFREY | D | LLWY003000 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 59.75 | $2,917.50 |
| LLNVW03000 | LS1050000 | ND0000 | LV.RC.F1504080 | 40062591 | WEISEND | JEFFREY | D | LLWY003000 | 201520 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $2,595.08 |
| LLNVW03000 | LS1050000 | ND0000 | LV.RC.F1504080 | 40062591 | WEISEND | JEFFREY | D | LLWY003000 | 201520 | 201520 | 140 - SUNDAY PREMIUM-WORKE | 0.00 | $271.31 |
| LLNVW03000 | LS1050000 | ND0000 | LV.RC.F1504080 | 40062591 | WEISEND | JEFFREY | D | LLWY003000 | 201520 | 201520 | 180 - ADMIN UNCONTROLED OV | 0.00 | $86.08 |
| LLNVW03000 | LS1050000 | ND0000 | LV.RC.F1504080 | 40062591 | WEISEND | JEFFREY | D | LLWY003000 | 201520 | 201520 | FLS - FLSA PREMIUM | 0.00 | $490.91 |
| LLNVW03000 | LS1050000 | ND0000 | LV.RC.F1504080 | 40062591 | WEISEND | JEFFREY | D | LLWY003000 | 201520 | 201520 | 010 - REGULAR TIME | 0.00 | $1,373.17 |
| LLNVW03000 | LS1050000 | ND0000 | LV.RC.F1504080 | 40062591 | WEISEND | JEFFREY | D | LLWY003000 | 201520 | 201520 | 051 - HOLIDAY-WORKED | 8.00 | $488.82 |
| LLNVW03000 | LS1050000 | ND0000 | LV.RC.F1504080 | 40062591 | WEISEND | JEFFREY | D | LLWY003000 | 201519 | 201519 | 110 - OVERTIME-REGULAR-UNS | 0.00 | $289.34 |
| LLNVW03000 | LS1050000 | ND0000 | LV.RC.F1504080 | 40062591 | WEISEND | JEFFREY | D | LLWY003000 | 201520 | 201520 | 110 - OVERTIME-REGULAR-UNS | 24.00 | $896.04 |
| LLNVW03000 | LS1050000 | ND0000 | LV.RC.F1504080 | 40062591 | WEISEND | JEFFREY | D | LLWY003000 | 201520 | 201520 | 130 - NIGHT DIFFERENTIAL-W | 0.00 | $64.93 |

AR10537

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LLNVW003000 | LS1050000 | NU0000 | LV-RC-F1504080 | WEISEND | JEFFREY | D | LLNWD03000 | 201520 | 201520 | 140: SUNDAY PREMIUM-WORKE | 0.00 | $86.52 |
| LLNVW003000 | LS1050000 | NU0000 | LV-RC-F1504080 | WEISEND | JEFFREY | D | LLNWD03000 | 201520 | 201520 | 180: ADMIN UNCONTROLED OV | 0.00 | $81.75 |
| LLNVW003000 | LS1050000 | NU0000 | LV-RC-F1504080 | WEISEND | JEFFREY | J | LLNWD03000 | 201520 | 201520 | FLS: FLSA PREMIUM | 0.00 | $447.57 |
| LLNVW003000 | LS1050000 | EA0000 | LV-RC-F1504080 | WELTY | DEVIN | J | LLNVC0310 | 201519 | 201519 | 010: REGULAR TIME | 80.00 | $2,414.47 |
| LLNVW003000 | LS1050000 | EA0000 | LV-RC-F1504080 | WELTY | DEVIN | J | LLNVC0310 | 201519 | 201519 | 110: OVERTIME-REGULAR-UNS | 110.00 | $2,403.83 |
| LLNVW003000 | LS1050000 | EA0000 | LV-RC-F1504080 | WELTY | DEVIN | J | LLNVC0310 | 201519 | 201519 | FLS: FLSA PREMIUM | 0.00 | $1,201.92 |
| LLNVW003000 | LS1050000 | EA0000 | LV-RC-F1504080 | WELTY | DEVIN | J | LLNVC0310 | 201520 | 201520 | 010: REGULAR TIME | 16.50 | $500.88 |
| LLNVW003000 | LS1050000 | EA0000 | LV-RC-F1504080 | WELTY | DEVIN | J | LLNVC0310 | 201520 | 201520 | 110: OVERTIME-REGULAR-UNS | 0.00 | $174.83 |
| LLNVW003000 | LS1050000 | EA0000 | LV-RC-F1504080 | WELTY | DEVIN | D | LLNVC0310 | 201520 | 201520 | 051: HOLIDAY-WORKED | 26.00 | $568.17 |
| LLNVW003000 | LS1050000 | EA0000 | LV-RC-F1504080 | WELTY | DEVIN | D | LLNVC0310 | 201520 | 201520 | FLS: FLSA PREMIUM | 0.00 | $305.63 |
| LLNW000000 | LS1050000 | EA0000 | LV-RC-F1504080 | WHITEHEAD | JAMESON | K | LL0RM06000 | 201519 | 201519 | 010: REGULAR TIME | 80.00 | $2,533.88 |
| LLNW000000 | LS1050000 | EA0000 | LV-RC-F1504080 | WHITEHEAD | JAMESON | K | LL0RM06000 | 201519 | 201519 | 110: OVERTIME-REGULAR-UNS | 111.00 | $2,338.79 |
| LLNW000000 | LS1050000 | EA0000 | LV-RC-F1504080 | WHITEHEAD | JAMESON | K | LL0RM06000 | 201519 | 201519 | 130: NIGHT DIFFERENTIAL-W | 0.00 | $323.92 |
| LLNW000000 | LS1050000 | EA0000 | LV-RC-F1504080 | WHITEHEAD | JAMESON | K | LL0RM06000 | 201519 | 201519 | FLS: FLSA PREMIUM | 0.00 | $1,248.80 |
| LLNW000000 | LS1050000 | EA0000 | LV-RC-F1504080 | WHITEHEAD | JAMESON | K | LL0RM06000 | 201518 | 201518 | 010: REGULAR TIME | 40.00 | $1,260.11 |
| LLNW000000 | LS1050000 | EA0000 | LV-RC-F1504080 | WHITEHEAD | JAMESON | K | LL0RM06000 | 201518 | 201518 | 110: OVERTIME-REGULAR-UNS | 40.00 | $842.50 |
| LLNW000000 | LS1050000 | EA0000 | LV-RC-F1504080 | WHITEHEAD | JAMESON | K | LL0RM06000 | 201518 | 201518 | FLS: FLSA PREMIUM | 0.00 | $429.64 |
| LLNW000000 | LS1050000 | EA0000 | LV-RC-F1504080 | WHITEHEAD | JAMESON | K | LL0RM06000 | 201520 | 201520 | 010: REGULAR TIME | 32.00 | $1,019.07 |
| LLNW000000 | LS1050000 | EA0000 | LV-RC-F1504080 | WHITEHEAD | JAMESON | K | LL0RM06000 | 201520 | 201520 | 051: HOLIDAY-WORKED | 0.00 | $168.48 |
| LLNW000000 | LS1050000 | EA0000 | LV-RC-F1504080 | WHITEHEAD | JAMESON | K | LL0RM06000 | 201520 | 201520 | 110: OVERTIME-REGULAR-UNS | 52.50 | $1,105.68 |
| LLNW000000 | LS1050000 | EA0000 | LV-RC-F1504080 | WHITEHEAD | JAMESON | K | LL0RM06000 | 201520 | 201520 | 130: NIGHT DIFFERENTIAL-W | 0.00 | $76.85 |
| LLNW000000 | LS1050000 | EA0000 | LV-RC-F1504080 | WHITEHEAD | JAMESON | K | LL0RM06000 | 201520 | 201520 | FLS: FLSA PREMIUM | 0.00 | $598.84 |
| LLNW000000 | LS1050000 | EA0000 | LV-RC-F1504080 | WILLIAMS | MARK | ALAN | LLNVW0240 | 201516 | 201516 | 110: OVERTIME-REGULAR-UNS | 16.00 | $658.86 |
| LLNW000000 | LS1050000 | EA0000 | LV-RC-F1504080 | WILLIAMS | MARK | ALAN | LLNVW0240 | 201517 | 201517 | 110: OVERTIME-REGULAR-UNS | 12.50 | $514.71 |
| LLNW000000 | LS1050000 | EA0000 | LV-RC-F1504080 | WILLIAMS | MARK | ALAN | LLNVW0240 | 201518 | 201518 | 010: REGULAR TIME | 34.00 | $1,624.12 |
| LLNW000000 | LS1050000 | EA0000 | LV-RC-F1504080 | WILLIAMS | MARK | ALAN | LLNVW0240 | 201518 | 201518 | 110: OVERTIME-REGULAR-UNS | 44.50 | $1,432.69 |
| LLNW000000 | LS1050000 | EA0000 | LV-RC-F1504080 | WILLIAMS | MARK | ALAN | LLNVW0240 | 201518 | 201518 | 130: NIGHT DIFFERENTIAL-W | 0.00 | $17.26 |
| LLNW000000 | LS1050000 | EA0000 | LV-RC-F1504080 | WILLIAMS | MARK | ALAN | LLNVW0240 | 201518 | 201518 | FLS: FLSA PREMIUM | 0.00 | $718.98 |
| LLNW000000 | LS1050000 | EA0000 | LV-RC-F1504080 | WILLIAMS | MARK | ALAN | LLNVW0240 | 201519 | 201519 | 010: REGULAR TIME | 80.00 | $3,925.05 |
| LLNW000000 | LS1050000 | EA0000 | LV-RC-F1504080 | WILLIAMS | MARK | ALAN | LLNVW0240 | 201519 | 201519 | 110: OVERTIME-REGULAR-UNS | 118.00 | $4,863.33 |
| LLNW000000 | LS1050000 | EA0000 | LV-RC-F1504080 | WILLIAMS | MARK | ALAN | LLNVW0240 | 201519 | 201519 | 130: NIGHT DIFFERENTIAL-W | 0.00 | $146.22 |
| LLNW000000 | LS1050000 | EA0000 | LV-RC-F1504080 | WILLIAMS | MARK | ALAN | LLNVW0240 | 201520 | 201520 | 010: REGULAR TIME | 32.00 | $1,578.87 |
| LLNW000000 | LS1050000 | EA0000 | LV-RC-F1504080 | WILLIAMS | MARK | ALAN | LLNVW0240 | 201520 | 201520 | 051: HOLIDAY-WORKED | 0.00 | $265.64 |
| LLNW000000 | LS1050000 | EA0000 | LV-RC-F1504080 | WILLIAMS | MARK | ALAN | LLNVW0240 | 201520 | 201520 | 110: OVERTIME-REGULAR-UNS | 58.00 | $1,925.88 |
| LLNW000000 | LS1050000 | EA0000 | LV-RC-F1504080 | WILLIAMS | MARK | ALAN | LLNVW0240 | 201520 | 201520 | 111: OVERTIME-CALLBACK-WO | 2.00 | $66.41 |
| LLNW000000 | LS1050000 | EA0000 | LV-RC-F1504080 | WILLIAMS | MARK | ALAN | LLNVW0240 | 201520 | 201520 | 130: NIGHT DIFFERENTIAL-W | 0.00 | $45.72 |
| LLNW000000 | LS1050000 | EA0000 | LV-RC-F1504080 | WILLIAMS | MARK | ALAN | LLNVW0240 | 201521 | 201521 | 110: OVERTIME-REGULAR-UNS | 0.00 | $1,061.00 |
| LLNW000000 | LS1050000 | EA0000 | LV-RC-F1504080 | WILLIAMS | MARK | ALAN | LLNVW0240 | 201521 | 201521 | FLS: FLSA PREMIUM | 0.00 | $945.08 |
| LLNVW003000 | LS1050000 | EA0000 | LV-RC-F1504080 | WORTHINGTON | EVAN | E | LLDB00000 | 201519 | 201519 | FLS: FLSA PREMIUM | 0.00 | $1,996.86 |
| LLNVW003000 | LS1050000 | EA0000 | LV-RC-F1504080 | WORTHINGTON | EVAN | E | LLDB00000 | 201520 | 201520 | 010: REGULAR TIME | 40.00 | $1,836.80 |
| LLNVW003000 | LS1050000 | EA0000 | LV-RC-F1504080 | WORTHINGTON | EVAN | E | LLDB00000 | 201520 | 201520 | 110: OVERTIME-REGULAR-UNS | 57.00 | $1,608.64 |
| LLNVW003000 | LS1050000 | EA0000 | LV-RC-F1504080 | WORTHINGTON | EVAN | E | LLDB00000 | 201520 | 201520 | FLS: FLSA PREMIUM | 0.00 | $804.33 |
| LLNVW003500 | LS1050000 | EA0000 | LV-RC-F1504080 | WORTHINGTON | EVAN | E | LLDB00000 | 201520 | 201520 | 010: REGULAR TIME | 16.50 | $761.67 |
| LLNVW003500 | LS1050000 | EA0000 | LV-RC-F1504080 | WORTHINGTON | EVAN | E | LLDB00000 | 201520 | 201520 | 051: HOLIDAY-WORKED | 0.00 | $225.61 |
| LLNVW003500 | LS1050000 | EA0000 | LV-RC-F1504080 | WORTHINGTON | EVAN | E | LLDB00000 | 201520 | 201520 | 110: OVERTIME-REGULAR-UNS | 22.50 | $634.53 |
| LLNVW003500 | LS1050000 | EA0000 | LV-RC-F1504080 | WORTHINGTON | EVAN | W | LLDB00000 | 201520 | 201520 | 130: NIGHT DIFFERENTIAL-W | 0.00 | $16.87 |
| LLNVW003500 | LS1050000 | EA0000 | LV-RC-F1504080 | WORTHINGTON | EVAN | W | LLDB00000 | 201520 | 201520 | 140: SUNDAY PREMIUM-WORKE | 0.00 | $105.39 |
| LLNVW003500 | LS1050000 | EA0000 | LV-RC-F1504080 | WORTHINGTON | EVAN | W | LLDB00000 | 201520 | 201520 | FLS: FLSA PREMIUM | 0.00 | $376.17 |
| LLNW003000 | LS1050000 | EA0000 | LV-RC-F1504080 | WOYCHOWSKI | JOHN | W | LLCA07501 | 201519 | 201519 | 010: REGULAR TIME | 56.00 | $3,290.35 |
| LLNW003000 | LS1050000 | EA0000 | LV-RC-F1504080 | WOYCHOWSKI | JOHN | W | LLCA07501 | 201519 | 201519 | 110: OVERTIME-REGULAR-UNS | 58.00 | $2,476.35 |
| LLNW003000 | LS1050000 | EA0000 | LV-RC-F1504080 | WOYCHOWSKI | JOHN | W | LLCA07501 | 201519 | 201519 | 130: NIGHT DIFFERENTIAL-W | 0.00 | $357.33 |
| LLNW003000 | LS1050000 | EA0000 | LV-RC-F1504080 | WOYCHOWSKI | JOHN | W | LLCA07501 | 201519 | 201519 | 180: ADMIN UNCONTROLLED OV | 0.00 | $691.93 |
| LLNW003000 | LS1050000 | EA0000 | LV-RC-F1504080 | WOYCHOWSKI | JOHN | W | LLCA07501 | 201519 | 201519 | FLS: FLSA PREMIUM | 0.00 | $1,358.36 |
| LLNW003000 | LS1050000 | EA0000 | LV-RC-F1504080 | WOYCHOWSKI | JOHN | W | LLCA07501 | 201520 | 201520 | 010: REGULAR TIME | 16.00 | $945.45 |
| LLNW003000 | LS1050000 | EA0000 | LV-RC-F1504080 | WOYCHOWSKI | JOHN | W | LLCA07501 | 201520 | 201520 | 051: HOLIDAY-WORKED | 0.00 | $273.22 |
| LLNW003000 | LS1050000 | EA0000 | LV-RC-F1504080 | WOYCHOWSKI | JOHN | W | LLCA07501 | 201520 | 201520 | 110: OVERTIME-REGULAR-UNS | 36.00 | $1,536.85 |
| LLNW003000 | LS1050000 | EA0000 | LV-RC-F1504080 | WOYCHOWSKI | JOHN | W | LLCA07501 | 201520 | 201520 | 130: NIGHT DIFFERENTIAL-W | 0.00 | $147.02 |
| LLNW003000 | LS1050000 | EA0000 | LV-RC-F1504080 | WOYCHOWSKI | JOHN | W | LLCA07501 | 201520 | 201520 | 180: ADMIN UNCONTROLLED OV | 0.00 | $296.52 |

AR10538

| | | | | | | | | | | | | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LLNVW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40003361 | WOYCHOWSKI | JOHN | W | LLCAD07501 | 201520 | 201520 | FLS : FLSA PREMIUM | 0.00 | $796.33 |
| LLNVW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40179777 | YACUBIC | MATTHEW | PATRICK | LLNVW01000 | 201519 | 201519 | 010 : REGULAR TIME | 40.00 | $2,080.55 |
| LLNVW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40179777 | YACUBIC | MATTHEW | PATRICK | LLNVW01000 | 201520 | 201519 | 110 : OVERTIME-REGULAR-UNS | 49.25 | $2,026.19 |
| LLNVW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40179777 | YACUBIC | MATTHEW | PATRICK | LLNVW01000 | 201520 | 201520 | 010 : REGULAR TIME | 16.75 | $875.31 |
| LLNVW03000 | L51050000 | EA0000 | LV.RC.F1504080 | 40179777 | YACUBIC | MATTHEW | PATRICK | LLNVW01000 | 201520 | 201520 | 051 : HOLIDAY-WORKED | 0.00 | $264.81 |
| LLNVW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40003647 | YOUNG | JON | K | LLWO120200 | 201518 | 201518 | 010 : REGULAR TIME | 32.00 | $2,596.47 |
| LLNVW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40003647 | YOUNG | JON | K | LLWO120200 | 201518 | 201518 | 046 : TRAVEL-COMP TIME-EAR | 8.00 | $360.00 |
| LLNVW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40003647 | YOUNG | JON | K | LLWO120200 | 201518 | 201518 | 110 : OVERTIME-REGULAR-UNS | 36.00 | $1,517.15 |
| LLNVW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40003647 | YOUNG | JON | K | LLWO120200 | 201518 | 201518 | 180 : ADMIN UNCONTROLLED OV | 0.00 | $544.61 |
| LLNVW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40003647 | YOUNG | JON | K | LLWO120200 | 201519 | 201518 | CAR : OVERTIME CUTBACK-REA | 0.00 | $0.08 |
| LLNVW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40003647 | YOUNG | JON | K | LLWO120200 | 201519 | 201519 | 010 : REGULAR TIME | 80.00 | $6,484.22 |
| LLNVW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40003647 | YOUNG | JON | K | LLWO120200 | 201519 | 201519 | 046 : TRAVEL-COMP TIME-EAR | 4.00 | $180.00 |
| LLNVW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40003647 | YOUNG | JON | K | LLWO120200 | 201519 | 201519 | 110 : OVERTIME-REGULAR-UNS | 144.00 | $8,710.32 |
| LLNVW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40003647 | YOUNG | JON | K | LLWO120200 | 201519 | 201519 | 130 : NIGHT DIFFERENTIAL-W | 0.00 | $322.18 |
| LLNVW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40003647 | YOUNG | JON | K | LLWO120200 | 201519 | 201519 | 180 : ADMIN UNCONTROLLED OV | 0.00 | $1,363.43 |
| LLNVW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40003647 | YOUNG | JON | K | LLWO120200 | 201519 | 201519 | FLS : FLSA PREMIUM | 0.00 | $4,442.74 |
| LLNVW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40003647 | YOUNG | JON | K | LLWO120200 | 201520 | 201520 | 010 : REGULAR TIME | 32.00 | $2,607.74 |
| LLNVW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40003647 | YOUNG | JON | K | LLWO120200 | 201520 | 201520 | 051 : HOLIDAY-WORKED | 0.00 | $386.94 |
| LLNVW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40003647 | YOUNG | JON | K | LLWO120200 | 201520 | 201520 | 110 : OVERTIME-REGULAR-UNS | 76.00 | $4,594.79 |
| LLNVW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40003647 | YOUNG | JON | K | LLWO120200 | 201520 | 201520 | 130 : NIGHT DIFFERENTIAL-W | 0.00 | $115.68 |
| LLNVW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40003647 | YOUNG | JON | K | LLWO120200 | 201520 | 201520 | 180 : ADMIN UNCONTROLLED OV | 0.00 | $545.18 |
| LLNVW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40003647 | YOUNG | JON | K | LLWO120200 | 201520 | 201520 | FLS : FLSA PREMIUM | 0.00 | $2,415.48 |
| LLNVW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40003647 | YOUNG | JON | K | LLWO120200 | 201521 | 201518 | 110 : OVERTIME-REGULAR-UNS | 0.00 | $658.14 |
| LLNVW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40003647 | YOUNG | JON | K | LLWO120200 | 201521 | 201518 | CAR : OVERTIME CUTBACK-REA | 0.00 | $-0.08 |
| LLNVW03000 | L51050000 | NU0000 | LV.RC.F1504080 | 40003647 | YOUNG | JON | K | LLWO120200 | 201521 | 201518 | FLS : FLSA PREMIUM | 0.00 | $1,089.75 |
| LLNVW03000 | L51050000 | NV0000 | LV.RC.F1504080 | 40003647 | YOUNG | JON | K | LLWO120200 | 201513 | 201513 | 110 : OVERTIME-REGULAR-UNS | 20.00 | $936.15 |
| LLNVW03000 | L51050000 | NV0000 | LV.RC.F1504080 | 40003647 | YOUNG | JON | K | LLWO120200 | 201514 | 201514 | 110 : OVERTIME-REGULAR-UNS | 20.00 | $936.15 |
| LLNVW03000 | L51050000 | NV0000 | LV.RC.F1504080 | 40003647 | YOUNG | JON | K | LLWO120200 | 201515 | 201515 | 110 : OVERTIME-REGULAR-UNS | 20.00 | $936.15 |
| LLNVW03000 | L51050000 | NV0000 | LV.RC.F1504080 | 40003647 | YOUNG | JON | K | LLWO120200 | 201516 | 201516 | 110 : OVERTIME-REGULAR-UNS | 30.00 | $1,404.58 |
| LLNVW03000 | L51050000 | NV0000 | LV.RC.F1504080 | 40003647 | YOUNG | JON | K | LLWO120200 | 201517 | 201517 | 110 : OVERTIME-REGULAR-UNS | 24.00 | $1,158.89 |

AR10539

# EXHIBIT I

# EXHIBIT I

AR10540



## BUDGET OBJECT CLASS 21 / TRAVEL

| WBS Element | Budget Object Class | Document type | Last Name | First Name | CC Vendor Name | Created by | Posting Date (Per SPL) | FI Line Items (Invoice/Payments) |
|---|---|---|---|---|---|---|---|---|
| LV.RC.F1201420 | 211D | Travel Invoice | ALBRIGHT | # | # | XI2SAP | 09/13/2012 | -433.50 |
| LV.RC.F1201420 | 211D | Travel Invoice | ALBRIGHT | CALVIN J | GOVTRIP | | | -15.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | ALLEN | | | XI2SAP | 09/10/2012 | -382.50 |
| LV.RC.F1201420 | 211C | Ch.Card Reallocation | ALLEN | CHRISTOPHER A | SOUTHWES 5262461585125 | CSANDBER | 09/19/2012 | -359.60 |
| LV.RC.F1201420 | 211I | Ch.Card Reallocation | ALLEN | CHRISTOPHER A | MCCARRAN INT L AIRPORT | CSANDBER | 09/19/2012 | -110.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | ALLEN | CHRISTOPHER A | GOVTRIPTAV 0SSWAR | CSANDBER | 09/19/2012 | -15.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | ALLEN | CHRISTOPHER A | SATOFEE 52824615851251 | CSANDBER | 09/19/2012 | -4.35 |
| LV.RC.F1201420 | 211C | Ch.Card Reallocation | ALLEN | CHRISTOPHER A | SOUTHWES 5262463671722 | CSANDBER | 09/19/2012 | -5.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | ALLEN | CHRISTOPHER A | HYATT HOTELS | CSANDBER | 09/19/2012 | -957.11 |
| LV.RC.F1201420 | 211R | Ch.Card Reallocation | ALLEN | CHRISTOPHER A | DOLLAR RAC RNO | CSANDBER | 09/19/2012 | -277.32 |
| LV.RC.F1201420 | 211D | Travel Invoice | ARRIES | # | # | XI2SAP | 09/11/2012 | -788.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | ARRIES | JAY W | GOVTRIPTAV 0SS84F | JMOHAN | 08/30/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | ARRIES | JAY W | RENAISSANCE HOTELS LAS | JMOHAN | 09/11/2012 | -99.66 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | ARRIES | JAY W | COURTYARD BY MARRIOTT | JMOHAN | 08/30/2012 | -109.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | ARRIES | JAY W | RENAISSANCE HOTELS LAS | JMOHAN | 09/11/2012 | -99.66 |
| LV.RC.F1201420 | 211D | Travel Invoice | AUGUST | # | # | XI2SAP | 12/07/2012 | -1,846.23 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | AUGUST | RANDALL | GOVTRIPTAV | | | -15.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | AUSEMA | # | # | XI2SAP | 09/10/2012 | -800.25 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | AUSEMA | MICHAEL P | GOVTRIPTAV 0STKHJ | CKILLING | 09/18/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | AUSEMA | MICHAEL P | HIGH COUNTRY INN | CKILLING | 09/18/2012 | -77.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | AUSEMA | MICHAEL P | FAIRFIELD INN & STES R | CKILLING | 09/18/2012 | -96.57 |
| LV.RC.F1201420 | 211D | Travel Invoice | BARNES | # | # | XI2SAP | 09/07/2012 | -574.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | BARNES | DANIEL L | GOVTRIPTAV 0SRFM7 | CSANDBER | 09/19/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | BARNES | DANIEL L | HOLIDAY INN EXPRESS | CSANDBER | 09/14/2012 | -84.85 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | BARNES | DANIEL L | HOLIDAY INN EXPRESS | CSANDBER | 09/19/2012 | -84.85 |
| LV.RC.F1201420 | 211D | Travel Invoice | BARRIOS | # | # | XI2SAP | 09/12/2012 | -484.50 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | BARRIOS | KYNAN L | GOVTRIP | | 09/12/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | BELL | # | # | XI2SAP | 11/07/2012 | -637.50 |
| LV.RC.F1201420 | 211I | Travel Invoice | BELL | # | LAUNDRY | XI2SAP | 11/07/2012 | -10.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | BELL | JENNA L | GOVTRIP | | 09/08/2012 | -15.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | BELL | JENNA L | SATOFEE 52824627807101 | JMOHAN | 09/08/2012 | -4.35 |
| LV.RC.F1201420 | 211P | Travel Invoice | BELL | # | POV MILEAGE | XI2SAP | 11/07/2012 | -22.20 |
| LV.RC.F1201420 | 211C | Ch.Card Reallocation | BELL | JENNA L | SOUTH-WES 5262602249386 | JMOHAN | 09/20/2012 | -50.00 |
| LV.RC.F1201420 | 211C | Ch.Card Reallocation | BELL | JENNA L | SOUTH-WES 5262602249363 | JMOHAN | 09/20/2012 | -100.00 |
| LV.RC.F1201420 | 211C | Ch.Card Reallocation | BELL | JENNA L | SOUTH-WES 5262465268081 | JMOHAN | 09/08/2012 | -3.80 |
| LV.RC.F1201420 | 211C | Ch.Card Reallocation | BELL | JENNA L | SOUTH-WES 5262462760710 | JMOHAN | 09/08/2012 | -541.60 |
| LV.RC.F1201420 | 211R | Ch.Card Reallocation | BELL | JENNA L | HERTZ RENT-A-CAR | JMOHAN | 09/20/2012 | -1,520.88 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | BELL | JENNA L | STAYBRIDGE SUITES | JMOHAN | 09/08/2012 | -266.94 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | BELL | JENNA L | HOLIDAY INN RENO | JMOHAN | 09/20/2012 | -129.96 |
| LV.RC.F1201420 | 211D | Travel Invoice | BOIK | # | # | XI2SAP | 03/12/2012 | -266.25 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | BOIK | ERIC R | GOVTRIPTAV 0SC1ML | CSANDBER | 05/10/2012 | -15.00 |
| LV.RC.F1201420 | 211C | Ch.Card Reallocation | BOIK | ERIC R | UNITED 01670389738931 | CSANDBER | 05/10/2012 | -281.60 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | BOIK | ERIC R | SATOFEE 01670389738931 | CSANDBER | 05/10/2012 | -28.50 |
| LV.RC.F1201420 | 211R | Ch.Card Reallocation | BOIK | ERIC R | HERTZ RENT-A-CAR | CSANDBER | 05/10/2012 | -229.47 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | BOIK | ERIC R | FAIRFIELD INN & SUITE | CSANDBER | 05/10/2012 | -335.50 |
| LV.RC.F1201420 | 211I | Ch.Card Reallocation | BOIK | ERIC R | HEARST PARKING CENTER | CSANDBER | 05/10/2012 | -20.00 |
| LV.RC.F1201420 | 211T | Ch.Card Reallocation | BOIK | ERIC R | TAXI CAB SERVICE | CSANDBER | 05/10/2012 | -68.40 |
| LV.RC.F1201420 | 211I | Ch.Card Reallocation | BOIK | ERIC R | SLC INTERNATIONAL AIRP | CSANDBER | 05/10/2012 | -35.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | BOIK | # | # | XI2SAP | 05/30/2012 | -127.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | BOIK | ERIC R | GOVTRIPTAV 0SIZJK | CSANDBER | 06/11/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | BOIK | ERIC R | COURTYARD BY MARRIOTT | CSANDBER | 06/11/2012 | -212.44 |
| LV.RC.F1201420 | 211C | Ch.Card Reallocation | BOIK | ERIC R | DELTA 00670561684776 | CSANDBER | 06/11/2012 | -357.60 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | BOIK | ERIC R | SATOFEE 00670561684771 | CSANDBER | 06/11/2012 | -28.50 |
| LV.RC.F1201420 | 211I | Ch.Card Reallocation | BOIK | ERIC R | SLC INTERNATIONAL AIRP | CSANDBER | 06/11/2012 | -21.00 |
| LV.RC.F1201420 | 211R | Ch.Card Reallocation | BOIK | ERIC R | DOLLAR RAC RNO | CSANDBER | 06/11/2012 | -91.93 |
| LV.RC.F1201420 | 211D | Travel Invoice | BOIK | # | # | XI2SAP | 07/10/2012 | -127.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | BOIK | ERIC R | GOVTRIPTAV 0SNTQX | CSANDBER | 09/19/2012 | -15.00 |
| LV.RC.F1201420 | 211C | Ch.Card Reallocation | BOIK | ERIC R | DELTA 00670714539902 | CSANDBER | 08/14/2012 | -357.60 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | BOIK | ERIC R | SATOFEE 00670714539901 | CSANDBER | 08/14/2012 | -28.50 |

AR10541



## BUDGET OBJECT CLASS 21 / TRAVEL



| WBS Element | Budget Object Class | Document type | Last Name | First Name | CC Vendor Name | Created by | Posting Date (Per SPL) | FI Line Items (Invoice/Payments) |
|---|---|---|---|---|---|---|---|---|
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | BOIK | ERIC R | HOMEWOOD SUITES RENO | CSANDBER | 08/14/2012 | -212 44 |
| LV.RC.F1201420 | 211R | Ch.Card Reallocation | BOIK | ERIC R | DOLLAR RAC RNO | CSANDBER | 08/14/2012 | -126 03 |
| LV.RC.F1201420 | 211D | Travel Invoice | BOIK | # | OSSEZD | XI2SAP | 09/20/2012 | -1,045 50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | BOIK | ERIC R | GOVTRIPTAV OSOSSEZD | CSANDBER | 09/20/2012 | -15 00 |
| LV.RC.F1201420 | 211C | Ch.Card Reallocation | BOIK | ERIC R | DELTA  00671183528562 | CSANDBER | 08/14/2012 | -357 60 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | BOIK | ERIC R | GOVTRIPTAV OSOSSEZD | CSANDBER | 09/20/2012 | -4 35 |
| LV.RC.F1201420 | 211C | Ch.Card Reallocation | BOIK | ERIC R | DELTA   00662752695483 | CSANDBER | 08/14/2012 | -25 00 |
| LV.RC.F1201420 | 211R | Ch.Card Reallocation | BOIK | ERIC R | ENTERPRISE RENT-A-CAR | CSANDBER | 08/14/2012 | -154 37 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | BOIK | ERIC R | COURTYARD BY MARRIOTT | CSANDBER | 08/14/2012 | -273 46 |
| LV.RC.F1201420 | 211C | Ch.Card Reallocation | BOIK | ERIC R | SOUTHWES 5262456621075 | CSANDBER | 08/14/2012 | -259 30 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | BOIK | ERIC R | CWTSATOTR 52624566210751 | CSANDBER | 08/14/2012 | -26 50 |
| LV.RC.F1201420 | 211I | Ch.Card Reallocation | BOIK | ERIC R | DUDS N SUDS | CSANDBER | 09/20/2012 | -10.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | BOIK | ERIC R | COURTYARD BY MARRIOTT | CSANDBER | 09/20/2012 | -793 25 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | BOIK | ERIC R | COURTYARD BY MARRIOTT | CSANDBER | 09/20/2012 | -531 10 |
| LV.RC.F1201420 | 211D | Travel Invoice | BOONE | # | # | XI2SAP | 09/13/2012 | -497 25 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | BOONE | ANTONIO D | GOVTRIPTAV 0STG8W | MCHATTER | 09/18/2012 | -15 00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | BOONE | ANTONIO D | HOLIDAY INN EXPRESS | MCHATTER | 09/18/2012 | -300 30 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | BOONE | ANTONIO D | HOLIDAY INN RENO | MCHATTER | 09/18/2012 | -135 59 |
| LV.RC.F1201420 | 211D | Travel Invoice | BRADFORD | # | # | XI2SAP | 09/07/2012 | -648 75 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | BRADFORD | TERRELL R | GOVTRIPTAV OSSEVO | TBACA | 09/21/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | BRADFORD | TERRELL R | MARRIOTT JW LAS VEGAS | TBACA | 08/31/2012 | -110.88 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | BRADFORD | TERRELL R | HOLIDAY INN RENO | TBACA | 08/31/2012 | -104 00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | BRADFORD | TERRELL R | BEST WESTERN HOLIDAY S | TBACA | 09/11/2012 | -86.52 |
| LV.RC.F1201420 | 211D | Travel Invoice | BRASINGTON | # | # | XI2SAP | 09/20/2012 | -858 75 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | BRASINGTON | PATRICK E | GOVTRIPTAV 0SPVA0 | JMOHAN | 11/29/2012 | -15 00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | BRASINGTON | PATRICK E | BEST WESTERN HOTEL FER | JMOHAN | 08/30/2012 | -154 00 |
| LV.RC.F1201420 | 211D | Travel Invoice | BRUSE | # | # | XI2SAP | 09/11/2012 | -1 038 75 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | BRUSE | RACHELLE D | GOVTRIPTAV OSTF58 | CSANDBER | 09/13/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | BRUSE | RACHELLE D | COURTYARD BY MARRIOTT | CSANDBER | 09/13/2012 | -804 65 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | BRUSE | RACHELLE D | COURTYARD BY MARRIOTT | CSANDBER | 09/13/2012 | -378.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | BRUSE | RACHELLE D | HOLIDAY INNS | CSANDBER | 09/13/2012 | -77.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | BULKLEY | # | # | XI2SAP | 09/11/2012 | -871 00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | BULKLEY | JASON R | GOVTRIPTAV 0SSMBV | MHORN | 09/18/2012 | -15 00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | BULKLEY | JASON R | ELY LA QUINTA | DHANCOCK | 09/10/2012 | -85 47 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | BULKLEY | JASON R | HOLIDAY INN EXPRESS | DHANCOCK | 09/10/2012 | -84.85 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | BULKLEY | JASON R | CEDAR CITY HOLIDAY INN | MHORN | 09/18/2012 | -84 93 |
| LV.RC.F1201420 | 211D | Travel Invoice | BUNKALL | # | # | XI2SAP | 09/11/2012 | -374 00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | BUNKALL | ROBERT | GOVTRIPTAV 0SU09C | ASOTOMIL | 09/24/2012 | -15 00 |
| LV.RC.F1201420 | 211D | Travel Invoice | BURKE | # | # | XI2SAP | 09/10/2012 | -825 00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | BURKE | ALEXANDRA L | GOVTRIPTAV OSS3N9 | | | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | BURKE | ALEXANDRA L | TRAVELODGE ELKO | | | -58 99 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | BURKE | ALEXANDRA L | COURTYARD BY MARRIOTT | | | -121 00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | BURKE | ALEXANDRA L | COURTYARD BY MARRIOTT | | | -94.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | BURKE | ALEXANDRA L | FAIRFIELD INN & SUITES | | | -61 00 |
| LV.RC.F1201420 | 211D | Travel Invoice | CADIGAN | # | # | XI2SAP | 09/11/2012 | -340.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | CADIGAN | | GOVTRIPTAV | | | -15 00 |
| LV.RC.F1201420 | 211D | Travel Invoice | CAFFEY | # | # | XI2SAP | 09/07/2012 | -484 50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | CAFFEY | JASON R | GOVTRIPTAV 0SS2AK | | | -15.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | CAFFEY | # | # | XI2SAP | 12/04/2012 | -331.50 |
| | | | CAFFEY | | LODGING? | | | |
| LV.RC.F1201420 | 211D | Travel Invoice | CARMOSINO | # | # | XI2SAP | 09/11/2012 | -442.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | CARMOSINO | VITO J | GOVTRIPTAV 0STTM8 | ASOTOMIL | 09/24/2012 | -15 00 |
| LV.RC.F1201420 | 211D | Travel Invoice | CARPENTER | Michael | # | XI2SAP | 09/13/2012 | -738 50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | CARPENTER | MICHAEL | GOVTRIPTAV OSTU5E | | | -15.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | CARPENTER | MICHAEL | MARRIOTT LAS VEGAS | | | -110.88 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | CARPENTER | MICHAEL | HOLIDAY INN EXPRESS | | | -106 22 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | CARPENTER | MICHAEL | HOLIDAY INN | | | -94 00 |
| LV.RC.F1201420 | 211D | Travel Invoice | CARTER | | # | XI2SAP | 09/14/2012 | 822 50 |

AR10542



## BUDGET OBJECT CLASS 21 / TRAVEL

| WBS Element | Budget Object Class | Document type | Last Name | First Name | CC Vendor Name | Created by | Posting Date (Per SPL) | FI Line Items (Invoice/Payments) |
|---|---|---|---|---|---|---|---|---|
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | CARTER JR | DOUGLAS R | GOVTRIPTAV 0SVZ1L | BLEONGUE | 09/24/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | CARTER JR | DOUGLAS R | ELDORADO FRONT DESK | BLEONGUE | 10/24/2012 | -85.22 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | CARTER JR | DOUGLAS R | COMFORT SUITES FERNLEY | BLEONGUE | 10/24/2012 | -251.79 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | CARTER JR | DOUGLAS R | COMFORT SUITES FERNLEY | BLEONGUE | 10/24/2012 | -83.93 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | CARTER JR | DOUGLAS R | COMFORT SUITES FERNLEY | BLEONGUE | 10/24/2012 | -587.51 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | CARTER JR | DOUGLAS R | COMFORT SUITES FERNLEY | BLEONGUE | 10/24/2012 | -251.79 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | CARTER JR | DOUGLAS R | HOTELS.COM US | BLEONGUE | 10/24/2012 | -132.90 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | CARTER JR | DOUGLAS R | SILVER LEGACY HOTEL FR | BLEONGUE | 10/24/2012 | -22.16 |
| LV.RC.F1201420 | 211D | Travel Invoice | CARY | # | # | XI2SAP | 09/12/2012 | -1,003.75 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | CARY | JASON | GOVTRIPTAV 0SSICM | MMATTY | 09/21/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | CARY | JASON | HILTON GARDEN INN RENO | MMATTY | 09/10/2012 | -138.73 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | CARY | JASON | EMBASSY SUITES CONV CT | MMATTY | 09/10/2012 | -110.88 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | CARY | JASON | STURGEONS CASINO HOTEL | MMATTY | 09/10/2012 | -53.50 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | CARY | JASON | EMBASSY SUITES CONV CT | MMATTY | 09/10/2012 | -110.88 |
| LV.RC.F1201420 | 211D | Travel Invoice | CRANE | # | # | XI2SAP | 09/20/2012 | -788.75 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | CRANE | JOSEPH A | GOVTRIPTAV 0STGXM | ALELOUP | 09/13/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | CRANE | JOSEPH A | BEST WESTERN HOTEL FER | ALELOUP | 09/13/2012 | -77.00 |
| LV.RC.F1201420 | 211L | Ch.Card Reallocation | CRANE | JOSEPH A | BRUNOS COUNTRY CLUB | ALELOUP | 01/02/2013 | -276.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | CUNNINGHAM | # | # | XI2SAP | 09/11/2012 | -561.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | CUNNINGHAM | STEVE | GOVTRIPTAV 0SSJH4 | | 09/21/2012 | -15.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | CUNNINGHAM | STEVE | MARRIOTT SLC | | 09/21/2012 | -126.10 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | CUNNINGHAM | STEVE | COMFORT SUITES | | 09/21/2012 | -77.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | CUNNINGHAM | STEVE | MARRIOTT SLC | | 09/21/2012 | -120.10 |
| LV.RC.F1201420 | 211D | Travel Invoice | CURRY | # | # | XI2SAP | 09/11/2012 | -535.50 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | CURRY | JASON A | GOVTRIPTAV 0STFFG | | 09/11/2012 | -15.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | CURRY | JASON A | COURTYARD BY MARRIOTT | | | -121.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | CURRY | JASON A | COURTYARD BY MARRIOTT | | | -94.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | DIXON | GERALD | GOVTRIPTAV 0SU75I | ETAYLOR | 11/29/2012 | -15.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | DIXON | GERALD | SATOFEE  89035278317550 | ETAYLOR | 09/13/2012 | -4.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | DIXON | GERALD | COMFORT SUITES FERNLEY | ETAYLOR | 09/13/2012 | -83.93 |
| LV.RC.F1201420 | 211D | Travel Invoice | DIXON | # | # | XI2SAP | 09/21/2012 | -69.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | FINCH | # | # | XI2SAP | 09/09/2012 | -531.75 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | FINCH | WILLIAM P | GOVTRIPTAV 0SP7H2 | ETAYLOR | 11/29/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | FINCH | WILLIAM P | COMFORT SUITES FERNLEY | | 09/13/2012 | -83.93 |
| LV.RC.F1201420 | 211D | Travel Invoice | FONKEN | # | # | XI2SAP | 09/10/2012 | -594.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | FONKEN | PETER J | GOVTRIPTAV 0SOO6D | LAVILAPI | 09/13/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | FONKEN | PETER J | HOLIDAY INN RENO | LAVILAPI | 09/05/2012 | -99.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | FUNK | # | # | XI2SAP | 09/13/2012 | -758.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | FUNK | JOSEPH C | GOVTRIPTAV 0SSW66 | LROBERTS | 10/24/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | FUNK | JOSEPH C | HOLIDAY INN EXPRESS | LROBERTS | 10/24/2012 | -91.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | FUNK | JOSEPH C | BRUNOS COUNTRY CLUB | | | -71.80 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | FUNK | JOSEPH C | RESIDENCE INNS-RENO | LROBERTS | 10/24/2012 | -212.44 |
| LV.RC.F1201420 | 211D | Travel Invoice | GARCIA | # | # | XI2SAP | 09/10/2012 | -657.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | GARCIA | BRIAN KEITH | GOVTRIPTAV 0STG9K | MESPINOZ | 09/18/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | GARCIA | BRIAN KEITH | MARRIOTT 33758 SLC | MESPINOZ | 09/07/2012 | -126.10 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | GARCIA | BRIAN KEITH | COMFORT SUITES FERNLEY | MESPINOZ | 09/07/2012 | -77.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | GARCIA | BRIAN KEITH | HILTON HOTEL SALT LAKE | MESPINOZ | 09/11/2012 | -88.95 |
| LV.RC.F1201420 | 211D | Travel Invoice | GERALD | # | # | XI2SAP | 09/11/2012 | -788.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | GERALD | KENNETH D | GOVTRIPTAV 0STGGG | JMOHAN | 08/29/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | GERALD | KENNETH D | RENAISSANCE HOTELS LAS | JMOHAN | 08/29/2012 | -99.68 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | GERALD | KENNETH D | COURTYARD BY MARRIOTT | JMOHAN | 08/29/2012 | -109.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | GERALD | KENNETH D | RENAISSANCE HOTELS LAS | JMOHAN | 08/29/2012 | -99.68 |
| LV.RC.F1201420 | 211D | Travel Invoice | GIBBINS | # | # | XI2SAP | 09/12/2012 | -777.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | GERALD | KENNETH D | GOVTRIPTAV 0SRI46 | DVICENA | 09/20/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | GIBBINS | DAVID E | BEST WESTERN SKYLINE | DVICENA | 09/10/2012 | -77.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | GIBBINS | DAVID E | X5812  X5812BRUNOS COUNT | DVICENA | 12/04/2012 | -45.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | GIBBINS | DAVID E | BEST WESTERN JOHN DAY | DVICENA | 09/13/2012 | -83.93 |
| LV.RC.F1201420 | 211D | Travel Invoice | GJORAAS | # | # | XI2SAP | 09/07/2012 | -844.70 |

AR10543

## BUDGET OBJECT CLASS 21 / TRAVEL

| WBS Element | Budget Object Class | Document type | Last Name | First Name | CC Vendor Name | Created by | Posting Date (Per SPL) | FI Line Items (Invoice/Payments) |
|---|---|---|---|---|---|---|---|---|
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | GJORAAS | RHONDA H | GOVTRIPTAV OSRVEV | DVICENA | 09/13/2012 | -15.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | GJORAAS | RHONDA H | PEPPERMILL RENO | DVICENA | 09/13/2012 | -300.58 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | GJORAAS | RHONDA H | PEPPERMILL RENO | DVICENA | 09/13/2012 | -100.58 |
| LV.RC.F1201420 | 211D | Travel Invoice | GOOD | # | # | XI2SAP | 09/06/2012 | -490.80 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | GOOD | LOREN R | GOVTRIPTAV OSTRP3 | TATKINSO | 09/13/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | GOOD | LOREN R | RESIDENCE INNS-RENO | TATKINSO | 09/13/2012 | -136.73 |
| LV.RC.F1201420 | 211D | Travel Invoice | GRAHAM | # | # | XI2SAP | 09/12/2012 | -69.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | GRAHAM | WERNER E | GOVTRIPTAV OSU77S | ETAYLOR | 09/25/2012 | -15.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | GRAHAM | WERNER E | SATOFEE  89035276317890 | ASOTOMIL | 09/18/2012 | -4.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | GRAHAM | WERNER E | COMFORT SUITES FERNLEY | ASOTOMIL | 09/18/2012 | -83.93 |
| LV.RC.F1201420 | 211D | Travel Invoice | HART | # | # | XI2SAP | 09/12/2012 | -580.00 |
| LV.RC.F1201420 | 211B | MM Ch.Card Realloc | HART | WILLIAM J | GOVTRIPTAV OSTGLN | JROGAN1 | 09/20/2012 | -15.00 |
| LV.RC.F1201420 | 211D | MM Ch.Card Realloc | HART | WILLIAM J | HOLIDAY INN EXPRESS | JROGAN1 | 09/14/2012 | -84.85 |
| LV.RC.F1201420 | 211D | MM Ch.Card Realloc | HART | WILLIAM J | HOLIDAY INN EXPRESS | JROGAN1 | 09/14/2012 | -84.85 |
| LV.RC.F1201420 | 211D | Travel Invoice | HASTEY | # | # | XI2SAP | 09/12/2012 | -344.25 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | HASTEY | ROBERT E | GOVTRIPTAV OSR7J1 | DFLORES | 09/18/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | HASTEY | ROBERT E | ROSEBERRY HOUSE B AND | DFLORES | 09/18/2012 | -254.10 |
| LV.RC.F1201420 | 211D | Travel Invoice | HERRIFORD | # | # | XI2SAP | 09/18/2012 | -263.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | HERRIFORD | JEFFREY L | GOVTRIPTAV OSTDT | SZEMKE | 09/22/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | HERRIFORD | JEFFREY L | CACTUS PETES/HORSESHU | SZEMKE | 09/10/2012 | -85.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | HERRIFORD | JEFFREY L | CACTUS PETES/HORSESHU | SZEMKE | 09/10/2012 | -85.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | HERRIFORD | JEFFREY L | PARKER S MODEL T Q | SZEMKE | 09/10/2012 | -78.40 |
| LV.RC.F1201420 | 211D | Travel Invoice | HILL | # | # | XI2SAP | 09/18/2012 | -833.75 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | HILL | THOMAS M | GOVTRIPTAV OSRVYC | PRENEER | 09/13/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | HILL | THOMAS M | BEST WESTERN HOTEL FER | PRENEER | 08/30/2012 | -77.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | HOWELL | # | # | XI2SAP | 09/14/2012 | -851.25 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | HOWELL | THOMAS L | GOVTRIPTAV OSSU83 | CDENNIST | 10/29/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | HOWELL | THOMAS L | COMFORT SUITES TOOELE | CDENNIST | 10/29/2012 | -98.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | HOWELL | THOMAS L | TOWN HOUSE MOTEL | CDENNIST | 10/29/2012 | -72.80 |
| LV.RC.F1201420 | 211D | Travel Invoice | HUEGERICH | # | # | XI2SAP | 09/07/2012 | -544.38 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | HUEGERICH | THOMAS E | GOVTRIPTAV OSSIOW | | | -15.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | HUEGERICH | THOMAS E | MARRIOTT RENO | | | -288.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | HYRONS | # | # | XI2SAP | 09/19/2012 | -229.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | HYRONS | SEAN W | GOVTRIPTAV OSV2UT | CSANDBER | 09/19/2012 | 15.00 |
| LV.RC.F1201420 | 211B | Travel Invoice | HYRONS | # | # | XI2SAP | 09/10/2012 | -178.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | HYRONS | SEAN W | GOVTRIPTAV OSV3DL | CSANDBER | 09/19/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | HYRONS | SEAN W | RIVERS EDGE RV PARK | CSANDBER | 09/19/2012 | -10.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | JONES | # | # | XI2SAP | 09/10/2012 | -484.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | JONES | KAROL M | GOVTRIPTAV OSSMP3 | CSANDBER | 09/10/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | JONES | KAROL M | BEST WESTERN EUREKA IN | GMANGUM | 09/10/2012 | -77.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | KIZOREK | # | # | XI2SAP | 09/06/2012 | -331.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | KIZOREK | MICHAEL R | GOVTRIPTAV OSTBFD | ASOTOMIL | 09/25/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | KNISLEY | # | # | XI2SAP | 09/12/2012 | -582.75 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | KNISLEY | JEFFREY A | GOVTRIPTAV OSTJTM | CKILLING | 09/18/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | KNISLEY | JEFFREY A | HIGH COUNTRY INN | CKILLING | 09/18/2012 | -82.50 |
| LV.RC.F1201420 | 211D | Travel Invoice | KOZAR | # | # | XI2SAP | 09/12/2012 | -374.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | KOZAR | DANIEL J | GOVTRIPTAV OSU07U | ASOTOMIL | 09/18/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | LASWELL | # | # | XI2SAP | 09/11/2012 | -739.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | LASWELL | DANIEL T | GOVTRIPTAV OSTJ2R | RSAXTON | 09/18/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | LASWELL | DANIEL T | COMFORT SUITES FERNLEY | RSAXTON | 09/11/2012 | -251.79 |
| LV.RC.F1201420 | 211D | Travel Invoice | LLOYD | # | # | XI2SAP | 09/11/2012 | -563.61 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | LLOYD | KENNETH D | GOVTRIPTAV OSQJDI | | 09/24/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | LLOYD | KENNETH D | COMFORT SUITES FERNLEY | | | -77.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | LLOYD | # | # | XI2SAP | 09/11/2012 | -586.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | LLOYD | RICHARD T | GOVTRIPTAV OSTCCJ | CVANCE | 09/24/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | LLOYD | RICHARD T | HOLIDAY INN RENO | CVANCE | 09/13/2012 | -111.87 |
| LV.RC.F1201420 | 211D | Travel Invoice | LOGSDON | # | # | XI2SAP | 09/10/2012 | -757.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | LOGSDON | JOHN A | GOVTRIPTAV OSTRWL | | | -15.00 |

AR10544

  BUDGET OBJECT CLASS 21 / TRAVEL

| WBS Element | Budget Object Class | Document type | Last Name | First Name | CC Vendor Name | Created by | Posting Date (Per SPL) | FI Line Items (Invoice/Pay ments) |
|---|---|---|---|---|---|---|---|---|
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | LOGSDON | JOHN A | HOLIDAY INN EXPRESS | | | -108.98 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | LOGSDON | JOHN A | MARRIOTT RENO | | | 106.23 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | LOGSDON | JOHN A | RESIDENCE INNS-SLC | | | -96.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | LOGSDON | JOHN A | DRURY HOTELS | | | -91.53 |
| LV.RC.F1201420 | 211D | Travel Invoice | LOVE | # | | XI2SAP | 03/12/2012 | -177.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | LOVE | DANIEL P | GOVTRIPTAV 0SC10L | CSANDBER | 04/30/2012 | -15.00 |
| LV.RC.F1201420 | 211C | Ch.Card Reallocation | LOVE | DANIEL P | UNITED  01670406528755 | CSANDBER | 04/30/2012 | -347.60 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | LOVE | DANIEL P | CWTSATOTR 01670417241901 | CSANDBER | 04/30/2012 | -28.50 |
| LV.RC.F1201420 | 211C | Ch.Card Reallocation | LOVE | DANIEL P | DELTA  00682840437334 | CSANDBER | 04/30/2012 | -25.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | LOVE | DANIEL P | FAIRFIELD INN & SUITE | CSANDBER | 04/30/2012 | -317.60 |
| LV.RC.F1201420 | 211T | Ch.Card Reallocation | LOVE | DANIEL P | RABHE TAXI | CSANDBER | 04/30/2012 | -56.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | LOVE | # | | XI2SAP | 07/27/2012 | -127.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | LOVE | DANIEL P | GOVTRIPTAV 0SNTNJ | CSANDBER | 08/14/2012 | -15.00 |
| LV.RC.F1201420 | 211C | Ch.Card Reallocation | LOVE | DANIEL P | DELTA  00670714539843 | CSANDBER | 08/14/2012 | -357.60 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | LOVE | DANIEL P | SATOFEE  00670714539841 | CSANDBER | 08/14/2012 | -28.50 |
| LV.RC.F1201420 | 211C | Ch.Card Reallocation | LOVE | DANIEL P | DELTA  00682732046776 | CSANDBER | 08/14/2012 | -25.00 |
| LV.RC.F1201420 | 211C | Ch.Card Reallocation | LOVE | DANIEL P | DELTA  00682732421851 | CSANDBER | 08/14/2012 | -25.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | LOVE | DANIEL P | COURTYARD BY MARRIOTT | CSANDBER | 08/14/2012 | -273.46 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | LOVE | DANIEL P | COURTYARD BY MARRIOTT | CSANDBER | 08/14/2012 | -212.44 |
| LV.RC.F1201420 | 211D | Travel Invoice | LOVE | # | | XI2SAP | 08/24/2012 | -127.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | LOVE | DANIEL P | GOVTRIPTAV 0SQZH5 | CSANDBER | 09/13/2012 | -15.00 |
| LV.RC.F1201420 | 211I | Ch.Card Reallocation | LOVE | DANIEL P | SLC INTERNATIONAL AIRP | CSANDBER | 08/14/2012 | -74.00 |
| LV.RC.F1201420 | 211C | Ch.Card Reallocation | LOVE | DANIEL P | DELTA  00671187775983 | CSANDBER | 08/14/2012 | -357.60 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | LOVE | DANIEL P | SATOFEE 00671187775961 | CSANDBER | 08/14/2012 | -28.50 |
| LV.RC.F1201420 | 211D | Travel Invoice | LOVE | # | | XI2SAP | 08/15/2012 | -258.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | LOVE | DANIEL P | GOVTRIPTAV 0SP6W6 | CSANDBER | 09/13/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | LOVE | # | | XI2SAP | 09/12/2012 | -994.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | LOVE | DANIEL P | GOVTRIPTAV 0SSEUI | CSANDBER | 09/22/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | LOVE | DANIEL P | COURTYARD BY MARRIOTT | CSANDBER | 09/13/2012 | -804.65 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | LOVE | DANIEL P | COURTYARD BY MARRIOTT | CSANDBER | 09/13/2012 | -531.10 |
| LV.RC.F1201420 | 211D | Travel Invoice | LOVELADY | # | | XI2SAP | 10/24/2012 | -724.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | LOVELADY | JERRY | GOVTRIPTAV | RSAXTON | 11/13/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | LOVELADY | JERRY D | COMFORT SUITES FERNLEY | RSAXTON | 11/13/2012 | -167.86 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | LOVELADY | JERRY D | HOMEWOOD SUITES RENO | RSAXTON | 11/13/2012 | -136.73 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | LOVELADY | JERRY D | COMFORT SUITES FERNLEY | RSAXTON | 11/13/2012 | -251.79 |
| LV.RC.F1201420 | 211D | Travel Invoice | MARQUART | # | | XI2SAP | 03/10/2012 | -297.12 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | MARQUART | MICHAEL C | GOVTRIPTAV 0SC26Y (FY11) | CSANDBER | 05/10/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | MARQUART | # | | XI2SAP | 09/07/2012 | -749.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | MARQUART | MICHAEL C | GOVTRIPTAV 0SSFNI | CSANDBER | 09/20/2012 | -15.00 |
| LV.RC.F1201420 | 211C | Ch.Card Reallocation | MARQUART | MICHAEL C | SOUTHWES 5262601974909 | CSANDBER | 05/10/2012 | -50.00 |
| LV.RC.F1201420 | 211C | Ch.Card Reallocation | MARQUART | MICHAEL C | SOUTHWES 5262427000246 | CSANDBER | 05/10/2012 | -985.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | MARQUART | MICHAEL C | INTERCONTINENTAL MARK | CSANDBER | 05/10/2012 | -1,083.62 |
| LV.RC.F1201420 | 211I | Ch.Card Reallocation | MARQUART | MICHAEL C | RENO-TAHOE AIRPORT AUT | CSANDBER | 05/10/2012 | -60.00 |
| LV.RC.F1201420 | 211R | Ch.Card Reallocation | MARQUART | MICHAEL C | AVIS RENT-A-CAR 1 | CSANDBER | 05/10/2012 | -358.13 |
| LV.RC.F1201420 | 211R | Ch.Card Reallocation | MARQUART | MICHAEL C | BRUNOS COUNTRY CLUB | CSANDBER | 09/20/2012 | -79.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | MARSOOBIAN | # | | XI2SAP | 10/24/2012 | -738.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | MARSOOBIAN | JASON A | GOVTRIPTAV 0STRD4 | JMOHAN | 12/19/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | MARSOOBIAN | JASON A | RENAISSANCE HOTELS LAS | JMOHAN | 06/30/2012 | -110.88 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | MARSOOBIAN | JASON A | COURTYARD BY MARRIOTT | JMOHAN | 06/30/2012 | -109.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | MARSOOBIAN | JASON A | STURGEONS CASINO HOTEL | JMOHAN | 09/13/2012 | -53.50 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | MARSOOBIAN | JASON A | RENAISSANCE HOTELS LAS | JMOHAN | 09/13/2012 | -110.88 |
| LV.RC.F1201420 | 211D | Travel Invoice | MAURER | # | | XI2SAP | 09/12/2012 | -484.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | MAURER | JOHN K | GOVTRIPTAV 0SV0TD | ASOTOMIL | 09/18/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | MCGRATH | # | # | XI2SAP | 09/06/2012 | -484.50 |

AR10545

**BUDGET OBJECT CLASS 21 / TRAVEL**

| WBS Element | Budget Object Class | Document type | Last Name | First Name | CC Vendor Name | Created by | Posting Date (Per SPL) | FI Line Items (Invoice/Payments) |
|---|---|---|---|---|---|---|---|---|
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | MCGRATH | KEITH A | GOVTRIPTAV 0SSN3R | TATKINSO | 09/19/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | MEUTH | # | | XI2SAP | 09/11/2012 | -625.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | MEUTH | GREGORY D | GOVTRIPTAV 0ST149 | DJORDAN | 09/14/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | MEUTH | GREGORY D | HOLIDAY INN EXPRESS | DJORDAN | 09/07/2012 | -84.85 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | MEUTH | GREGORY D | ELY LA QUINTA | DJORDAN | 09/12/2012 | -91.02 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | MEUTH | GREGORY D | HOLIDAY INN EXPRESS | DJORDAN | 09/07/2012 | -84.85 |
| LV.RC.F1201420 | 211D | Travel Invoice | MILLER | # | | XI2SAP | 09/13/2012 | -731.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | MILLER | JEFFERY G | GOVTRIPTAV 033J70 | | | -15.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | MILLER | JEFFERY G | CANDLEWOOD SUITES | | | -91.20 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | MILLER | JEFFERY G | HOMEWOOD SUITES RENO | | | -136.73 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | MILLER | JEFFERY G | HOMEWOOD SUITES RENO | | | -108.22 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | MILLER | JEFFERY G | HOMEWOOD SUITES RENO | | | -110.88 |
| LV.RC.F1201420 | 211D | Travel Invoice | MILLION | # | | XI2SAP | 09/11/2012 | -476.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | MILLION | ZACH B | GOVTRIPTAV 0STYJ9 | ETAYLOR | 09/20/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | MOE | # | | XI2SAP | 09/10/2012 | -657.50 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | MOE | THEODORE J | MARRIOTT 33758 SLC | CSPERLIN | 09/07/2012 | -126.10 |
| LV.RC.F1201420 | 211D | Travel Invoice | MOORE | # | | XI2SAP | 09/12/2012 | -855.25 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | MOORE | JASON D | GOVTRIPTAV 0STEBD | DJORDAN | 09/19/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | MOORE | JASON D | SHILO INN ELKO | DJORDAN | 09/07/2012 | -86.24 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | MOORE | JASON D | COURTYARD BY MARRIOTT | DJORDAN | 09/07/2012 | -121.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | MOORE | JASON D | X5812  X5812BRUNOS COUNT | DJORDAN | 11/14/2012 | -44.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | MOORE | JASON D | COURTYARD BY MARRIOTT- | DJORDAN | 09/13/2012 | -107.45 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | MOORE | JASON D | COURTYARD BY MARRIOTT | DJORDAN | 09/13/2012 | -188.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | NIEMAN | # | | XI2SAP | 09/12/2012 | -725.30 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | NIEMAN | SANDRA M | GOVTRIPTAV 0SSWK5 | BLEONGUE | 09/24/2012 | -15.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | NIEMAN | SANDRA M | SATOFEE  5262462760670 1 | BLEONGUE | 09/12/2012 | -4.35 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | NIEMAN | SANDRA M | GRAND SIERRA ADV DEP | BLEONGUE | 09/12/2012 | -111.87 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | NIEMAN | SANDRA M | GRAND SIERRA RSRT&CASI | BLEONGUE | 09/12/2012 | -134.47 |
| LV.RC.F1201420 | 211C | Ch.Card Reallocation | NIEMAN | SANDRA M | SOUTHWES 5262462760670 | BLEONGUE | 09/12/2012 | -422.20 |
| LV.RC.F1201420 | 211R | Ch.Card Reallocation | NIEMAN | SANDRA M | HERTZ RENT-A-CAR | BLEONGUE | 09/12/2012 | -1,223.35 |
| LV.RC.F1201420 | 211D | Travel Invoice | OLTHOFF | # | | XI2SAP | 09/12/2012 | -484.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | OLTHOFF | JOHN F | GOVTRIPTAV 0STH5G | EGRUBER | 09/18/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | OPER | # | | XI2SAP | 03/22/2012 | -218.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | OPER | ZACHARY J | GOVTRIPTAV 0STVEA | CSANDBER | 05/10/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | OPER | # | | XI2SAP | 09/19/2012 | -484.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | OPER | ZACHARY J | GOVTRIPTAV 0SSP62 | CSANDBER | 09/19/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | OPER | # | | XI2SAP | 11/03/2012 | -34.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | OPER | ZACHARY J | GOVTRIPTAV OTO840 | CSANDBER | 09/19/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | OPER | ZACHARY J | INTERCONTINENTAL MARK | CSANDBER | 05/10/2012 | -474.34 |
| LV.RC.F1201420 | 211D | Travel Invoice | PAGE | # | | XI2SAP | 09/21/2012 | -272.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | PAGE | GREGORY D | GOVTRIPTAV 0SVJQK | | | -15.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | PAGE | # | | XI2SAP | 09/20/2012 | -88.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | PAGE | GREGORY D | GOVTRIPTAV 0STWNS | | | -15.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | PAIVA | # | | XI2SAP | 08/29/2012 | -280.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | PAIVA | GEORGE B | GOVTRIPTAV 0STH7L | DKINKEAD | 09/13/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | PIRTLE | # | | XI2SAP | 08/20/2012 | -537.80 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | WINNEMUCCA OFC | BLM NV | GOVTRIPTAV 0SSP7E | ETAYLOR | 09/13/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | PIRTLE | # | | XI2SAP | 09/10/2012 | -994.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | WINNEMUCCA OFC | BLM NV | GOVTRIPTAV 0SSP7Q | ETAYLOR | 09/13/2012 | -15.00 |
| LV.RC.F1201420 | 252Z | Ch.Card Reallocation | TWOMBLY | LINDA | TOWN HOUSE MOTEL | LTWOMBLY | 11/28/2012 | -72.80 |
| LV.RC.F1201420 | 211D | Travel Invoice | PRADO | # | | XI2SAP | 09/13/2012 | -582.75 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | PRADO | DOUGLAS | GOVTRIPTAV 0STGWM | BLEFEBVR | 09/21/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | PRADO | DOUGLAS | COMFORT SUITES FERNLEY | ALELOUP | 09/13/2012 | -83.93 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | PRADO | DOUGLAS | JOHN ASCUAGAS NUGGET H | ALELOUP | 09/13/2012 | -53.30 |
| LV.RC.F1201420 | 211D | Travel Invoice | PRISCO | # | | XI2SAP | 09/13/2012 | -484.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | PRISCO | CARMAN J | GOVTRIPTAV 0STJYM | AENDERLE | 09/20/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | REGNELL | # | | XI2SAP | 09/13/2012 | -628.75 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | REGNELL | RYAN R | GOVTRIPTAV 0STBK2 | KPOULSON | 01/08/2013 | -15.00 |

AR10546

## BUDGET OBJECT CLASS 21 / TRAVEL

| WBS Element | Budget Object Class | Document type | Last Name | First Name | CC Vendor Name | Created by | Posting Date (Per SPL) | FI Line Items (Invoice/Payments) |
|---|---|---|---|---|---|---|---|---|
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | REGNELL | RYAN R | HOLIDAY INN RENO-SPARK | KPOULSON | 09/12/2012 | -141.66 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | REGNELL | RYAN R | HOLIDAY INN EXPRESS | KPOULSON | 09/12/2012 | -84.85 |
| LV.RC.F1201420 | 211A | Travel Invoice | RICHARDSON | ERIC L | # | XI2SAP | 09/20/2012 | -6.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | RICHARDSON | # | # | XI2SAP | 09/20/2012 | -738.50 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | RICHARDSON | ERIC L | GOVTRIPTAV 0STV6Q | LMONTANO | 11/29/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | ROEGNER | # | # | XI2SAP | 03/23/2012 | -182.50 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | ROEGNER | CORY J | GOVTRIPTAV 0SDLDF | ASOTOMIL | 04/12/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | ROEGNER | CORY J | INTERCONTINENTAL MARK | ASOTOMIL | 04/12/2012 | -520.54 |
| LV.RC.F1201420 | 211D | Travel Invoice | ROEGNER | # | # | XI2SAP | 03/23/2012 | -76.50 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | ROEGNER | CORY J | GOVTRIPTAV 0SED6R | ASOTOMIL | 04/12/2012 | -15.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | ROEGNER | CORY J | BW AIRPORT PLAZA | ASOTOMIL | 09/26/2012 | -77.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | ROEGNER | # | # | XI2SAP | 09/11/2012 | -442.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | ROEGNER | CORY J | GOVTRIPTAV 0ST17A | ASOTOMIL | 09/26/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | ROMER | # | # | XI2SAP | 09/20/2012 | -633.75 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | ROMER | ROBERT C | GOVTRIPTAV 0SUJBA | KBERTALO | 11/21/2012 | -15.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | ROMER | ROBERT C | BW FERNLEY INN | KBERTALO | 11/21/2012 | -83.93 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | ROMER | ROBERT C | BRUNOS COUNTRY CLUB | KBERTALO | 11/21/2012 | -69.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | SCHUMACHER | # | # | XI2SAP | 09/10/2012 | -633.75 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | SCHUMACHER | JOHN M | GOVTRIPTAV 0ST6Z1 | MCHATTER | 09/18/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | SCHUMACHER | JOHN M | JOHN ASCUAGAS NUGGET H | MCHATTER | 09/18/2012 | -112.35 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | SCHUMACHER | JOHN M | JOHN ASCUAGAS NUGGET H | MCHATTER | 09/18/2012 | -126.35 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | SCHUMACHER | JOHN M | STATION HOTEL | MCHATTER | 09/18/2012 | -84.86 |
| LV.RC.F1201420 | 211D | Travel Invoice | SEIDLITZ | # | # | XI2SAP | 03/12/2012 | -198.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | SEIDLITZ | JOSEPH E | GOVTRIPTAV 0SDL5X | ASOTOMIL | 03/26/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | SEIDLITZ | JOSEPH E | INTERCONTINENTAL MARK | ASOTOMIL | 03/26/2012 | -404.26 |
| LV.RC.F1201420 | 211D | Exp/Exp JV | SEIDLITZ | JOSEPH E | INTERCONTINENTAL MARK | CSANDBER | 09/22/2012 | -324.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | SEIDLITZ | # | # | XI2SAP | 09/06/2012 | -69.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | SEIDLITZ | JOSEPH E | GOVTRIPTAV 0SU77A | ETAYLOR | 09/14/2012 | -15.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | SEIDLITZ | JOSEPH E | SATOFEE 69035276317520 | ASOTOMIL | 09/14/2012 | -4.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | SEIDLITZ | JOSEPH E | COMFORT SUITES FERNLEY | ASOTOMIL | 09/14/2012 | -83.93 |
| LV.RC.F1201420 | 211D | Travel Invoice | SHARKEY | # | # | XI2SAP | 09/06/2012 | -521.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | SHARKEY | ANNE MARIE | GOVTRIPTAV 0SS29M | # | | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | SHARKEY | ANNE MARIE | COURTYARD BY MARRIOTT | TLLOYD | 09/22/2012 | -121.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | SHARKEY | ANNE MARIE | COURTYARD BY MARRIOTT | TLLOYD | 09/22/2012 | -108.22 |
| LV.RC.F1201420 | 211D | Travel Invoice | SHARKEY | # | # | XI2SAP | 09/10/2012 | -535.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | SHARKEY | THOMAS D | GOVTRIPTAV 0XTYWQ | | | -15.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | SHILAIKIS | # | # | XI2SAP | 09/07/2012 | -600.25 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | SHILAIKIS | ROBERT H | GOVTRIPTAV 0SSOJF | JSCHOLLA | 09/14/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | SHILAIKIS | ROBERT H | COMFORT SUITES FERNLEY | JSCHOLLA | 09/14/2012 | -77.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | SHILAIKIS | ROBERT H | COURTYARD BY MARRIOTT | JSCHOLLA | 09/14/2012 | -94.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | SHILAIKIS | ROBERT H | HILTON SALT LAKE CITY | JSCHOLLA | 09/14/2012 | -98.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | SPAIN | # | # | XI2SAP | 09/13/2012 | -773.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | SPAIN | DAVID A | GOVTRIPTAV 0SSQIT | | | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | SPAIN | DAVID A | HOLIDAY INN RENO | ICAPPS | 11/27/2012 | -123.17 |
| LV.RC.F1201420 | 211D | Travel Invoice | STEHWIEN | # | # | XI2SAP | 09/06/2012 | -625.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | STEHWIEN | MELODY A | GOVTRIPTAV 0STBVF | DPERKIN1 | 09/11/2012 | -15.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | STEHWIEN | MELODY A | SATOFEE 89035275884790 | DPERKIN1 | 09/11/2012 | -4.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | STEHWIEN | MELODY A | BEST WESTERN HOTEL FER | DPERKIN1 | 09/11/2012 | -83.93 |
| LV.RC.F1201420 | 211D | Travel Invoice | STOVER | # | # | XI2SAP | 07/27/2012 | -127.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | STOVER | RAND A | GOVTRIPTAV 0SPWJB | CSANDBER | 08/19/2012 | -15.00 |
| LV.RC.F1201420 | 211C | Ch.Card Reallocation | STOVER | RAND A | DELTA 00671183528573 | CSANDBER | 08/14/2012 | -357.60 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | STOVER | RAND A | SATOFEE 00671183528571 | CSANDBER | 08/14/2012 | -28.50 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | STOVER | RAND A | COURTYARD BY MARRIOTT | CSANDBER | 08/14/2012 | -273.46 |
| LV.RC.F1201420 | 211D | Travel Invoice | STOVER | # | # | XI2SAP | 09/22/2012 | -1,045.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | STOVER | RAND A | GOVTRIPTAV 0SS8E2 | CSANDBER | 09/19/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | STOVER | RAND A | COURTYARD BY MARRIOTT | CSANDBER | 09/19/2012 | -784.50 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | STOVER | RAND A | COURTYARD BY MARRIOTT | CSANDBER | 09/19/2012 | -531.10 |

AR10547

  BUDGET OBJECT CLASS 21 / TRAVEL

| WBS Element | Budget Object Class | Document type | Last Name | First Name | CC Vendor Name | Created by | Posting Date (Per SPL) | FI Line Items (Invoice/Pay ments) |
|---|---|---|---|---|---|---|---|---|
| LV.RC.F1201420 | 211D | Travel Invoice | STRUCK | # | # | XI2SAP | 09/07/2012 | -484.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | STRUCK | KRISTINE | GOVTRIPTAV ORXQEL | | | -15.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | SULLIVAN | # | # | XI2SAP | 09/10/2012 | -678.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | SULLIVAN | DEBORAH J | GOVTRIPTAV 0SSVKA | MCHATTER | 09/18/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | SULLIVAN | DEBORAH J | HOLIDAY INN EXPRESS | MCHATTER | 09/18/2012 | -84.85 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | SULLIVAN | DEBORAH J | COURTYARD BY MARRIOTT | MCHATTER | 09/18/2012 | -121.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | SULLIVAN | DEBORAH J | COMFORT INN FALLON | MCHATTER | 09/18/2012 | -83.93 |
| LV.RC.F1201420 | 211D | Travel Invoice | SWANSON | # | # | XI2SAP | 09/20/2012 | -535.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | SWANSON | SCOTT A | GOVTRIPTAV 0SR6FB | CSANDBER | 09/19/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | SWANSON | SCOTT A | COURTYARD BY MARRIOTT | CSANDBER | 09/19/2012 | -121.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | SWANSON | SCOTT A | COURTYARD BY MARRIOTT | CSANDBER | 09/19/2012 | -94.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | TEMPLETON | # | # | XI2SAP | 09/13/2012 | -554.40 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | TEMPLETON | WARREN L | GOVTRIPTAV 0ST4EX | CSANDBER | 09/19/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | TEMPLETON | WARREN L | RESIDENCE INNS SALT LK | CSANDBER | 09/19/2012 | -77.70 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | TEMPLETON | WARREN L | HOLIDAY INN EXPRESS | CSANDBER | 09/19/2012 | -84.85 |
| LV.RC.F1201420 | 211D | Travel Invoice | TUMA | # | # | XI2SAP | 09/07/2012 | -601.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | TUMA | LISA KAY | GOVTRIPTAV 0SUWY2 | | | -15.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | TUMA | LISA KAY | BUDGET RENTAL | | | -523.40 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | TUMA | LISA KAY | HILTON GARDEN INN LV | | | -110.88 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | TUMA | LISA KAY | COURTYARD BY MARRIOTT | | | -98.10 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | TUMA | LISA KAY | COURTYARD BY MARRIOTT | | | -121.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | VIGNESS | # | # | XI2SAP | 09/13/2012 | -637.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | VIGNESS | JARROD W | GOVTRIPTAV 0STG9N | | | -15.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | VIGNESS | JARROD W | HOLIDAY INN EXPRESS | | | 111.87 |
| LV.RC.F1201420 | 211D | Travel Invoice | VONHELF | # | # | XI2SAP | 08/29/2012 | -331.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | VONHELF | DARRIN B | GOVTRIPTAV 0SR7J4 | NMILLER1 | 09/10/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | WAGGONER | # | # | XI2SAP | 09/20/2012 | -625.25 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | WAGGONER | SEAN F | GOVTRIPTAV 0SQ73V | MSANMIG | 11/13/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | WAGGONER | SEAN F | COMFORT SUITES FERNLEY | MSANMIG | 09/18/2012 | -77.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | WAGGONER | SEAN F | HILGON SALT LAKE CITY | MSANMIG | 09/18/2012 | -98.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | WOSTAL | # | # | XI2SAP | 09/13/2012 | -338.50 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | WOSTAL | CARRIE | GOVTRIPTAV 0SSFNV | RELLIGOT | 09/21/2012 | -15.00 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | WOSTAL | CARRIE | SUPER 8 MOTEL | RELLIGOT | 09/13/2012 | -79.97 |
| LV.RC.F1201420 | 211D | Ch.Card Reallocation | WOSTAL | CARRIE | COURTYARD BY MARRIOTT | RELLIGOT | 09/13/2012 | -82.00 |
| LV.RC.F1201420 | 211D | Travel Invoice | YOUNG | # | # | XI2SAP | 09/13/2012 | -809.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | YOUNG | JON K | GOVTRIPTAV 0STUQY | | | -15.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | YOUNG | JON K | HAMPTON INN LAS VEGAS | | | -89.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | YOUNG | JON K | HOMEWOOD SUITES RENO | | | -242.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | YOUNG | JON K | HOMEWOOD SUITES RENO | | | -94.00 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | YOUNG | JON K | HOMEWOOD SUITES RENO | | | -108.22 |
| LV.RC.F1201420 | 211D | Travel Invoice | ZUBER | # | # | XI2SAP | 12/06/2012 | -838.02 |
| LV.RC.F1201420 | 211B | Ch.Card Reallocation | NEVADA STATE OFC | BLM NV | GOVTRIPTAV 0SST9K | RSAXTON | 01/16/2013 | -15.00 |
| | | | | | | | | -95,520.74 |

☐ Items with receipts/supporting documentation

▨ No supporting documentation - items will not be submitted for cost recovery

AR10548

# EXHIBIT J

# EXHIBIT J

AR10549



# United States Department of the Interior



BUREAU OF LAND MANAGEMENT
Winnemucca District Office
Black Rock Field Office
5100 East Winnemucca Boulevard
Winnemucca, Nevada 89445
Phone: (775) 623-1500 Fax: (775) 623-1503
Email: wfoweb@blm.gov
www.blm.gov/nv/st/en/fo/wfo.html

In Reply Refer To:
LLNVW03500-16-01
2930 (NV030.00)

DEC 3 0 2016

CERTIFIED MAIL 7016-2140-0000-2401-6750 -- RETURN RECEIPT REQUESTED

Charlie Dolman
Event Operations Director                        :        Burning Man 2016 Event
Black Rock City, LLC                             :        Special Recreation Permit
660 Alabama St
San Francisco, CA 94110-2008

Dear Mr. Dolman:

Please find enclosed the Bureau of Land Management's (BLM) 2016 After Action Review (AAR).

The enclosed AAR covers both Civilian and Law Enforcement Operations for the 2016 event. This AAR serves as the post event operational assessment of the management of the event and BLM. During planning for the 2017 Burning Man event operation, a variety of creative and cost-effective solutions to issues identified in this document, and other issues as they may arise, could be considered in lieu of specific recommendations identified here, as BLM and BRC continue to work together to ensure the success of the Burning Man Event on public lands.

Thank you for working with BLM to ensure that the 2016 Burning Man Event was safe and successful. Please contact Michael Vermeys, BLM Burning Man Project Manager, at 775-623-1582 with any questions.

Sincerely,

William Mack, Jr
Field Manager
Black Rock Field Office

Enclosure:
BLM After Action Review for 2016

AR10550

# BLM 2016 Burning Man Event



NATIONAL SYSTEM OF PUBLIC LANDS

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## After Action Review
## (AAR)

AR10551

<div align="center">

**BLM**
**AFTER ACTION REVIEW**
**2016 BURNING MAN EVENT**

</div>

## Introduction

The Burning Man Event is a Bureau of Land Management (BLM) Special Recreation Permit (SRP) permitted gathering of participants who engage in an "experiment in temporary community dedicated to radical self-expression and self-reliance". Burning Man is the largest and most complicated special recreation event on BLM administered lands.

Since 1990, the event has been held annually in the Black Rock Desert – High Rock Canyon – Emigrant Trails National Conservation Area within the Winnemucca District's Black Rock Field Office (BRFO). The Black Rock Desert is a remote rural area approximately two hours from the nearest city. During the week proceeding Labor Day, participants convene to create Black Rock City. During the event, the city becomes the eighth largest city in Nevada. In 2016, the event reached a peak participant population of 67,290, on Friday, 9/2/16 at 11:30 AM. Black Rock City LLC (BRC) staff numbers reached approximately 9,000. This resulted in a total population of approximately 76,000 bodies on playa during the event at the highest population peak.

This document serves as the After Action Review (AAR) of BLM's event operation with additional comments on some of BRC event production, the Pershing County Sheriff Office's (PCSO) event operation and considerations moving forward to 2017 event planning.

## 2016 Event Background

In November 2015, after the end of the 2015 event operations, the BLM Nevada State Director (NSD) impaneled a team in the BLM Nevada State Office (NSO) to conduct a review of the Burning Man (BM) Special Recreation Permit (SRP). The review team consisted of BLM NSO staff, BLM Washington Office (WO) staff, other BLM state program recreation specialists from other states and Burning Man event subject matter experts in civilian and law enforcement event operations. The team worked approximately four months and produced a SRP review report for the

<div align="center">

2

</div>

BLM NSD. Two of the main recommendations of the review team were adopted for the planning and execution of the 2016 BLM event operations. The first adopted recommendation was to bring the planning and execution of BLM's event operations back to the leadership of the BLM NV state and district programs, minimizing the involvement of the Office of Law Enforcement and Security (OLES), both out of the Region 3 SAC office in Utah and the staff in the Washington Office. Based on this recommendation the BLM NSD approved the establishing of a new BLM management/planning team for the planning and execution of BLM's event operations with mainly the BLM BRFO and NSO employees. The second adopted recommendation was to ensure that BLM's labor expenses were covered under the SRP's Cost Recovery Agreement (CRA) so MLR funds (BRFO's office budget funds) were not impacted.

## 2016 BLM Event Planning

In furtherance of bringing back the responsibility of planning and executing the event to the BLM Nevada leadership, the establishment of a new BLM management/planning team was approved by the NSD. The team consisted of: the Black Rock Field Office Manager, who served as the Authorizing Official (AO) for the event SRP; the Nevada State program's Zone 1 Supervisory Law Enforcement Ranger who served as the Law Enforcement planner; a BRFO employee who served as Civilian Operations planner; NSO employees who served as event communications lead, event contracting officer and event finance lead; and a OLES employee who served as the technology lead. Additionally, the two full time event coordinators, the BRFO event Project Manager and the BRFO event Outdoor Recreation Planner were part of the planning team. Most of the planning team members held operational positions during the execution of the event operations.

At the start of the 2016 planning phase, in furtherance of capturing all planning costs in the CRA, the AO developed a new strategy in the event CRA program. The CRA estimate document would be submitted to BRC in two parts. The first part being the initiation of the CRA with only the BLM estimated planning costs identified within the documenting and the second part being the final overall CRA that encompassed the overall estimated BLM costs, both planning and operational.

3

Though there were two phases to implementing the CRA, there was only one final CRA for the 2016 event. This was accepted by BRC and resulted in funding the event CR account earlier than in previous years.   This ensured the planning team labor expenses were covered by the event CRA.

The new BLM planning team started the planning duties by reviewing the BLM's 2015 event Operational plan, the After Action Review document from the 2015 event and the Contracting Plan from the 2015 event.   Additionally, many upfront discussions between BLM and BRC were conducted on roles and responsibility between the event permittee (BRC) and the event permitter (BLM).  As a result of the reviews and discussions the 2016 BLM planning team developed the following components of the 2016 Operational Plan:

<u>2016 BLM Event Table of Organization (TO):</u>

The 2016 BLM event operation consisted of 122 positions. Six positions in event management, forty-one positions in the Civilian Operations and seventy-five positions in the Law Enforcement Operations.

> Event Management Positions (6):
> - Incident Commander (AO served in this position)
> - Project Manager
> - Public Information Officer
> - Administration Assistant
> - Civilian Operations Chief
> - Law Enforcement Operations Chief
>
> Civilian Operations Positions (41):
> - Communications Chief
> - Communications Unit Leader
> - IT Equipment Specialist
> - 4 Communication Technicians
> - IT Security Specialist
> - 2 IMARS Coordinators
> - IMAR Reviewer
>   (Note: 2 IMARS positions were planned; the reviewer was added shortly after arriving on playa, recommended by

4

coordinators. This position was not on playa, the duties were conducted remotely)
- Dispatch Center Manager
- 15 Dispatchers (Contractors)
- Compliance Supervisor
- GIS Coordinator
- Safety Officer
- 4 Environmental Compliance
- 2 Vending Compliance
- Logistic Supervisor
- 4 Logistic Specialist

Law Enforcement Operations Positions (75):
- 2 Patrol Chiefs
- 3 Patrol Commanders
- 6 Shift Supervisors
- 44 Patrol Officers
  (Note: 45 Patrol Officer positions were planned, one officer fell out shortly before arriving on playa and he could not be replaced)
- Investigative Chief
- 6 Investigative Support Investigators (BLM Patrol Program)
- 6 Integrated Investigators (PCSO Program)
- ORP Investigator
- 2 Evidence Officers
- Medical Team Leader
- 3 Tactical Medics

The 2016 BLM planning team reduced eleven (11) LE positions from the LE Investigative operation and reduced six (6) positions from the Civilian Compliance operation, when compared to the 2015 BLM operation. For the 2016 operation, the BLM planning team added 3 more dispatchers to the Dispatch operation which resulted in a net reduction of the 2016 event TO positions of 14. This resulted in cost reduction for BRC in the CRA program.

5

AR10555

## 2016 BLM Event Contracting Plan:

Every event year the BLM planning team must identify what support contracts will be needed to conduct the BLM event operation and how will the contracted support items/services be contracted, as a government contact or a BRC Memorandum of Understanding (MOU) contract. The 2016 planning team developed the 2016 event Contracting Plan which consisted of eight (8) support contracts presented to BRC through the BRC Contracting MOU program and five (5) contracts retained by BLM as government contracts. The BLM planning team prepared the Statements of Work (SOW) for the MOU program contracts and the SOW for the government contracts.

The 8 support contracts offered by the BLM planning team and accepted by BRC were:

- Joint Operation Center (JOC) compound build-out and services contract
- IT Equipment Rental contract
- Fueling Services contract
- Meal Services contract (including ice and bottle drinks)
- Lodging contract
- UTV/Golf Cart Rental contract
- CAD Services contract
- Dispatch Services contract

The 5 support contracts retained by the BLM planning team for gov't contracting were:

- Microwave Internet contract
- Network Services contract
- Live Tracking Services contract
- CAD Server Hardware contract
- CAD Server Licensing contract

- BLM Modular Building rental contract
  (Note: This was a component of the JOC MOU contract offered to BRC but was not accepted by BRC and became an unplanned 6th gov't contract, outside of the original 2017 BLM Contracting Plan)

6

AR10556

The 2016 BLM planning team offered three (3) more event support contracts to BRC, through the MOU program, when compared to the 2015 event operation. This resulted in cost reduction for BRC in the CRA program and an overall cost savings in BRC's total financial obligation in the SRP program.

Other Components of the 2016 BLM Operation developed by the Planning Team:

- 2016 JOC Compound Design
- 2016 Permit Stipulations
- 2016 Event Closure Order with 2017 Closure Order Restrictions
- 2016 Event Environmental Compliance Protocols
- 2016 Event Vending Protocols
- 2016 Incident Action Plan (IAP)
- 2016 LE Operational Plan

## 2016 BLM Event Operations

The following section of this AAR will speak to the 2016 configurations and duties of the different BLM 2016 Operational components. It will also document any changes that were made from previous BLM event operations. At the end of the 2016 event operations, each operational component's Chief/Supervisor/Lead was asked to evaluate their program and submit internal recommendations for consideration/evaluation by the 2017 planning team that may be forwarded to the AO. This document will not list any of the internal recommendations for consideration/evaluation.   If any of the recommendations for consideration/evaluation are determined to have merit by the 2017 planning team and forwarded to the AO, they will be discussed with BRC or other effected cooperators during the 2017 planning phase.

2016 ICS Management Team (6 Positions):

The BLM's event management team structure changed in 2016 to a more streamlined structure. There were six (6) positions. There was a single Incident Commander position from the civilian side of BLM (non-law enforcement), which was staffed by the AO. For the IC's command staff, there was an Operations Chief

7

AR10557

for Civilian Operations and an Operations Chief for Law Enforcement Operations. None of these positions were filled with OLES staff. The IC staff also included the event SRP Project Manager, an event Public Information Officer position and an Administrative Assistant position. There were no Financial or Contracting Officer positions as part of the IC staff in 2016. The BLM's event management team structure for future events is planned to be evaluated in the new EIS.

The BLM's 2017 planning team will consider/evaluate any recommendations for consideration/evaluation in the BLM's event management structure that may be brought forward, both internally and/or externally, for the 2017 BLM event operational plan.

<u>2016 Civilian Operations (41 Positions)</u>

The 2016 Civilian Operational component was divided among three programs, the Communications, Compliance and Logistic programs. Streamlined from the BLM's 2015 operation, whereas the communication's dispatch function and the IMARS function were brought into the civilian operations from the law enforcement operation. Also, the radio network and equipment function, the IT equipment function, the IT security function and the dispatch function were all put under one supervisor, the Communications Chief.

The BLM's 2017 planning team will consider/evaluate any recommendations for consideration/evaluation in the Civilian Operations structure/functions that may be brought forward, both internally and/or externally, for the 2017 BLM event operational plan.

<u>Communications Program (27 Positions)</u>

The Communication program consisted of a program Chief, an IT security specialist, 2 IMARS coordinators, 1 IMARS reviewer, a radio communications Lead, 4 radio communication technicians, 1 IT equipment specialist, a dispatch center manager and 15 contract dispatchers.

AR10558

The BLM's 2017 planning team will consider/evaluate any recommendations for consideration/evaluation in the communication program components involving structure/equipment/functions that may be brought forward, both internally and/or externally, for the 2017 BLM event operational plan.

### Communication Radio Network & Equipment

In 2016 the BLM Communication Radio Network & Equipment program consisted of one communications Lead and 4 communication technicians, the same as in 2015. At the end of the 2015 event, the radio communications team began developing a permanent cache of event project hand held radios from the BLM's NV Fire program which were no longer needed.  This resulted in the termination of the previously started program whereas BRC would buy event radios for BLM's use over several years. The first 60 hand held radios purchased by BRC under the old program were retained by BRC and issued to PCSO for their event operation in 2016. BLM did not need to purchase any additional radio repeaters, now having 4 permanent repeaters for the event project. BLM did not need to rent the IP dispatch consoles, as in previous years, due to the acquisition of IP consoles by the BLM Nevada Communications program which can be used in BLM's communication program at the event, thus a cost saving to BRC.

### IT Security

The BLM's IT Security program is coordinated by the event IT security specialist who is assisted by the IT equipment specialist. In 2016 BLM added a Domain Server to help manage user/computer accounts on the dispatch (DPS) network. This eliminated some of the security concerns of the J-Link (Justice Link) dispatch computers during the audit. By adding

9

the managed switches in each modular building, and having the VLAN structure were not only a success, it also provided a level of security for the different networks. BLM also added a NAS (Synology) server to manage shared drives for dispatch, store important event information, and use as a central storage device to record the jail camera video.

## IT Equipment

The IT equipment program consist of two parts, the first part being the BRC MOU rental contract of required items for BLM's event operation, and the second part being the installation and continuing service of said IT equipment by the BLM's event IT Specialist. The MOU IT SOW presented to BRC in 2016 was based on the 2015 event list of equipment with some reductions. In 2016 the IT specialist conducted a full review of the IT equipment used to conduct the BLM's operation.  The results of this review will be presented to the 2017 planning team for consideration when developing the 2017 MOU IT SOW.

Something new in 2016 was BRC also renting IT equipment for their operation under the same MOU contract (Hartford) and requesting BLM receive and transport BRC equipment to the playa. There were logistical challenges in sharing this service with BRC BMIT and BRC ESD IT. Information on what was ordered by BRC was not shared in advance of delivery making it challenging for BLM to accurately inventory what BRC ordered. This process also put extra work on BLM staff. At the end of the event, BRC ESD IT did not return the equipment to BLM, but left it sitting in the ESD Dispatch and BLM personnel had to go searching for it. There were challenges with inventory and return shipping of the BRC equipment which caused extra work for BLM personnel. BLM is willing to take the same approach under the MOU program in 2017, but

10

AR10560

additional communication with BRC BMIT and BRC ESD IT will be required to make this more successful.

## IMARS

In 2016 the event IMARS function consisted of 2 coordinator positions. This provided 24 hour IMARS assistance to BLM LE officers.  Two coordinators were assigned on playa, mainly working out of the Report Writing Modular Building. A third IMARS position was assigned remotely to review and edit all IMARS entries.

## CAD Program

During 2016 planning BRC informed BLM they were going to contract the same Computer Aided Dispatch (CAD) company, iNET Public Safety, for their CAD program as BLM had done, via a gov't contract, for the last two years. Because of this, BRC requested that BLM shift the CAD contract from a gov't contract to the contracting BRC MOU program. This would allow BRC to contract iNET for both programs under one contract. BLM agreed and a SOW defining BLM's CAD needs was presented to BRC under the MOU program. BRC did contract iNET for both CAD services, in fact, BRC entered into a multi-year contract with iNET which should result in cost savings for BRC.

## Dispatch Program

During 2016 planning BRC informed BLM they would like to contract BLM's dispatching service (LE Temporary Placement Services) through the MOU program instead of BLM contracting it as a gov't contract.  BLM was hesitant to comply with this request but did allow it on a one-year test basis, with the possibility that it would come back as a gov't contract if

11

AR10561

BLM determined this services better fit its operation as a gov't contract. At the end of the event BLM heard from both BRC personnel and LE Temporary Placement Services personnel that the relationship between the two was problematic throughout the process and that the contract was awarded very late to LETPS by BRC.

The 2016 BLM dispatching program consisted of twelve event frequencies, plus access to four WDO field frequencies. Of the twelve event frequencies, four were repeated channels with mountain top repeaters (Command, Clock 3 Zone, Clock 6 Zone, Clock 9 Zone) seven were tach channels (car to car) with no dispatcher monitoring and one Tach channel had a base station console for dispatch monitoring (C-12). The dispatch center was set-up with 6 base station consoles:
(1) the Center Manager console, that was not cross-metered, so it could monitor all event channels. It also had a iNet CAD console;
(2) the Shift Supervisor console, which was cross-metered to monitor only all repeated channels and C-12. It also had a iNet CAD console;
(3) the Command console, which was cross-metered to monitor only the command and C-12 channels. It also had a iNet CAD console;
(4) the Clock-3 Zone console, which was cross-metered to monitor only the Clock-3 channel. It also had a iNet CAD console;
(5) the Clock-6 Zone console, which was cross-metered to monitor only the Clock-6 channel and C-12 channels. It also had a iNet CAD console and a PCSO CAD console;
(6) the Clock-9 Zone console, which was cross-metered to monitor only the Clock-9 channel. It also had a iNet CAD console.

12

AR10562