The Command channel was used for BLM overhead and BLM
Civilian program communications; the C-12 channel was used
as a BLM LE overflow channel and for the BLM LE perimeter
team communications; the Clock-3 channel was used for BLM
LE patrol communications on the 2:00 O'Clock side of city; the
Clock 6 channel was used for PCSO patrol and BLM/PCSO
Investigations communications; the Clock 9 channel was used
for BLM LE patrol communications on the 10:00 O'Clock side
of city.

## Compliance Program (9 Positions)

In 2016 the Compliance program was streamlined from the
BLM's 2015 operation, whereas the environmental, vending,
GIS and safety functions   were all put under one supervisor.
The program consisted of a program supervisor, 4
environmental compliance team members, 2 vending
compliance team member, a GIS technician and a safety officer.
This was a reduction of 4 environmental compliance team
members, 1 vending compliance team member and 1 GIS
technician from the 2015 operation. This reduction resulted
from the early planning discussion between BLM and BRC
whereas BRC requested to take the lead in identifying and
remediating environmental and vending issues and BLM's
primary role would be to monitor BRC's performance. To make
this happen, BLM and BRC worked together to modify the
event's environmental and vending programs protocols, which
are part of BRC Operation Plan and BLM's IAP.

The BLM's 2017 planning team will consider/evaluate any
recommendations for consideration/evaluation in the
compliance program components involving
structure/equipment/functions that may be brought forward,
both internally and/or externally, for the 2017 BLM event
operational plan.

AR10563

## Environmental Compliance

The BLM's environmental compliance monitoring program in 2016 was staffed by 4 BLM specialists. They were successful in coordinating with the BRC's environmental compliance teams in identifying and remediation. The combination of the Earth Guardians, Playa Restoration, Black Rock Rangers, ESD and Hazmat worked out very well, considering this was a first year program. There were far fewer serious environmental compliance issues identified during the 2016 event than in previous years. Also, most issues that were identified were significantly less serious, and much easier to clean up quickly. Direct communication with BRC's different compliance teams via radio during the event and BRC's immediate response to environmental issues as they were reported, resulted in excellent compliance and remediation. This also resulted in far fewer citations being issued for environmental violations.

## Vending/Commercial Compliance

In 2016 the BLM Vendor Compliance Monitoring Team was staffed by 2 BLM specialists, and BLM coordinated jointly with BRC's Outside Services (OSS) department, which was staffed by 10 or more, to ensure that commercial operations on BLM-administered public lands maintained all necessary BLM and BRC authorizations. The majority of the issues were identified at Point One, the vendor access point, where OSS staff stops each vendor, checks for credentials, searches the vehicle, and issues equipment stickers. Point One opened on Aug 22, 2016 and allowed vendors to stage their equipment at McKinley Park. BRC and BLM worked closely to address those vendors at Point One without the necessary credentials to gain compliance. It was invaluable to be on site pre-event to meet and greet the vendors at Point One. Contacts were made with 95% of the vendors by Friday and several permits were

14

AR10564

hand delivered on-playa to ensure receipt of their hard copies. Approximately six (6) mailed copies were undelivered due to the short turnaround time of permitting after the initial BM SRP is signed. Two vendors were found in non-compliance and issued on-site SRP's and four vendors were issued verbal warnings, citations or ceased their activities and will be applying for SRP's next year. Six individuals renting RV's without a SRP were evicted by Black Rock Rangers and will have to appear in court for a ruling and may or may not participate in the event in 2017. In 2016 BLM made equipment locations and RV placement reporting a priority. The vending staff visited these locations throughout the event, time permitting, to evaluate such equipment for leaks and other possible stipulation violations.

### GIS

The BLM's GIS function in 2016 consisted of one GIS staff compared with two in 2015. This was done because BRC agreed to take on many of the GIS-related tasks associated with collecting and processing information related to environmental and vending compliance issues discovered during the event. This approach proved to be successful and overall the GIS function was a success in 2016.

### Safety Program

In 2016, one BLM safety officer staff worked with BRC's safety and ESD staff in order to evaluate and remediate safety issued identified during the event, and to ensure BRC and participant compliance with regulations and stipulations related to safety during the event. The BLM Safety Officer also ensured the safety of the BLM's operation, including the Joint Operations Center (JOC). This was the second year BLM had a Safety Officer assigned to event operations.

15

AR10565

## Logistical Program

In 2016 the logistic program consisted of a logistic lead, 2 logistic day workers, one logistic night worker and an off-site logistic runner. The off-site logistic runner was a new position for BLM's event operation and proved to be very effective in saving travel time obtaining and delivering off-site items required for BLM's event operation.

Two members of the team arrived on August 18th with the 2 additional team members arriving one week later on August 25th. The first two employees spent the first week setting up modular office buildings, outside trash facilities, and transporting items from Black Rock Station (BRS) to the Joint Operation Center (JOC). For the remainder of the first week, the initial two employees finished setting up the JOC and staged materials for the setup of the BLM interpretive camp, beginning on Saturday August 27th. Saturday the 27th, all four employees worked to begin the setup of the interpretive camp, which was scheduled to begin operations to the public on Tuesday the 30th. The night shift employee began at 1730 on the 28th, and stayed on this schedule until Labor Day.

The general breakdown and packaging procedure went smoothly, and all items were returned to BRS, cleaned, organized, and inventoried for future years. The two connex boxes procured several years ago are still serving as the storage location for the items in the off season.

The BLM's 2017 planning team will consider/evaluate any recommendations for consideration/evaluation in the logistic program's structure/function that may be brought forward, both internally and/or externally, for the 2017 BLM event operational plan.

16

AR10566

## 2016 Law Enforcement Operations (75 Positions)

The 2016 Law Enforcement Operational component was divided among three programs: Uniformed Patrol, Investigations and Medical.  Law enforcement event orientation returned in 2016 to ensure objectives, protocols, and expectations for the event were clearly demonstrated and understood.  The orientation occurred on Friday August 26th and consisted of an operational overview, legal updates by the Assistant United States Attorney's Office and Pershing County District Attorney's Office, overview of BRC operations by BRC's LE advisor, presentation by BRC on harm reduction, and JOC orientation covering event specific protocols and procedures. With this orientation occurring on Friday, main event patrol operations were able to start on Saturday during the early arrival influx.

### Uniformed Patrol Function (53 Positions)

>The Uniformed Patrol program consisted of 2 Patrol Chiefs, 3 Patrol Commanders, 6 Shift Supervisors and 44 Patrol Officers (Note: 45 Patrol Officers were approved in the 2016 event TO but one position could not be refilled when the assigned officer withdrew).  In 2016, the BLM LE Liaison and LE Planner positions from the 2015 TO were eliminated.  These positions were replaced with an additional Patrol Chief to ensure 24 hour coverage (day and night operations).  Patrol shifts (day, swing, night) were reduced from 14-hour shifts in 2015 to 13-hour shifts in 2016. A total of nine K9 teams were assigned to the event (3 per shift).  All K9 teams were certified by the District Court Judge for Pershing County prior to the event, allowing them to be utilized for narcotics detection and possible prosecution by the Pershing County District Attorney's Office.

>The patrol program operated during all three event phases:
>Pre-event: August 23-August 26, 2016 (10 Officers)
>5 officers were assigned to one of two 13-hour shifts (day, night).  Each shift had a shift supervisor.

17

Main event: August 27-September 4, 2016 (53 Officers)
17 officers were assigned to one of three overlapping 13-hour shifts (day, swing, night). Each shift had a patrol commander and two shift supervisors. During main event there were also two patrol chiefs assigned to one of two overlapping shifts.

Post-event: September 5-September 8, 2016 (10 Officers)
5 patrol officers were assigned to one of two 13-hour shifts (day, night). Each shift had a shift supervisor. In direct response to the decline of the city population, the total number of officers was reduced accordingly throughout the post event period.

BLM law enforcement staffed a LE sub-station at "5:15 and Esplanade". The station was staffed by at least one BLM law enforcement officer. The presence of the station allowed BLM law enforcement the opportunity to informally engage with participants while simultaneously fulfilling the role as a public contact station for participants to ask questions, receive information, and report illegal activity directly to law enforcement.

BLM's 2017 planning team will consider and evaluate any recommendations related to the patrol structure/function that may be brought forward, both internally and/or externally, for development of the 2017 BLM event operational plan.

Investigative Function (16 Positions)

The Investigations function for the 2016 event consisted of 4 programs: Investigative Support (patrol), Integrated Investigations, the Office of Professional Responsibility (OPR), and Evidence. The Investigative program consisted of 1

18

AR10568

Investigation Chief, 6 Investigative Support, 6 integrated
Investigations, 1 OPR investigator and 2 Evidence officers.

BLM's 2017 planning team will consider and evaluate any
recommendations related to the investigative structure/function
that may be brought forward, both internally and/or externally,
for development of the 2017 BLM event operational plan.

## Investigative Support

These uniformed investigators worked directly for their
respective patrol commanders. There were 2 investigators
assigned to each of the three main event shifts.  These teams
were utilized to investigate complex violations of federal laws,
such as SRP violations.

## Integrated Investigations

These plain clothes investigators worked directly for the
Pershing County Sheriff.  A total of 9 investigators (3 PCSO
detectives and 6 BLM agents) were split into three shifts (day,
swing, night) to ensure 24 hour coverage.  Each shift had 1
PCSO detective lead supported by 2 BLM investigators. Their
primary duties involved investigating complex or felony level
state cases. Due to PCSO staffing limitations, some BLM
agents assigned to integrated investigators had to conduct initial
investigations involving people on people crimes without PCSO
support.

## OPR Program

The Office of Professional Responsibility (OPR) program
serves the internal affairs function for the BLM law
enforcement. This position was eliminated from the BLM 2015
event operation after being part of the 2013 and 2014

19

operations. Due to the reporting and review requirements of BLM's Use of Force policy, coupled with the fact the Burning Man event produces numerous Use of Force Incidents each year, the 2016 planning team brought this function back to the BLM's event LE operation. During the event the OPR program reviewed eight Use of Force reports for consistency with this policy. Reports were found to be well written and it was determined appropriate force was used.

## Evidence

The Evidence Program consisted of 2 evidence technicians to provide 24-hour coverage. This was the same as the 2015 event operation. In addition to processing evidence, the evidence technicians compiled and organized all case documentation (reports, video, photographs, etc.) for prosecutors and case agents.

## Medical Program

The 2016 BLM medical unit was operational during main event. For the 5th year in a row, BLM entered into a contract with the U.S. Department of Health and Human Services (DHHS) Center for Tactical Medicine (CTM) to provide medical care for federal employees working the event. The unit consisted of 1 medical program Lead and 3 tactical medics.

Two of the medical team members were from DHHS tactical medicine program and two were from BLM's tactical medical program. The program reported 214 patients treated in 2016. Improvements in the program for 2016 included better stocking of medical equipment, better enforcement of work rest cycles, and strategic assignment of patrol officers/paramedics to each patrol shift.

20

AR10570

## 2016 PCSO Event Operations

Because the event is held on federal public lands administered by the BLM under the SRP program, it is the responsibility of the BLM to ensure an effective law enforcement/public safety program exists during the event. Because of this BLM SRP responsibility the ultimate liability always remains on the BLM.  Federal public lands administered by the BLM is proprietary jurisdiction, which means the state and local law enforcement agencies, in this case the Pershing County Sheriff's Office, also have the authority and responsibility for ensuring public safety.  PCSO is the lead investigating agency when it comes to investigating person on person crimes, which includes domestic violence, assault and battery, theft, sexual assaults, etc.  BLM must ensure affected state and/or local law enforcement agencies are involved in the event for response and investigation into person on person crimes, whether they are integrated with BLM's LE operation or not.

During the 2016 event, in the patrol program, there were approximately three times more BLM officers than PCSO officers (54 BLM /18 PCSO) working the event. As a result, in the patrol program, BLM officers responded to PCSO calls for service because PCSO patrol officers were not available.  In the integrated investigations unit, there were twice as many BLM investigators than PCSO investigators (6 BLM / 3 PCSO).  This disparity in numbers was even more problematic in the integrated investigative program because BLM officers have limited training in investigating person on person crimes falling under the Nevada Revised Statute.  As such, they are only able to conduct a basic investigation until a PCSO investigator arrives.  Due to the sensitive nature of these crimes, coupled with the specific skillset and knowledge required to conduct such investigations, PCSO needs to be able to handle all person on person crimes investigations from the outset of the initial report, which would allow BLM officers to concentrate more time and effort on federal violations.

However, PCSO needs to be allowed to increase their staffing in the patrol and investigative programs at the event to fulfill their and BLM's obligations to event participants and to respond to their jurisdictional crimes themselves in a timely manner.  BLM, as the permitter of the event, has some responsibility to ensure that

AR10571

this happens and therefore will encourage BRC to make sure sufficient funds are made available to PCSO that will result in an increased staffing level. BLM's planning team cannot make final decisions on BLM law enforcement staffing for the 2017 event until BRC and PCSO make decisions regarding PCSO's law enforcement program. BLM recognizes this falls under the settlement agreement between BRC and Pershing County. Regardless of whether BLM or PCSO are "integrated" under this agreement, BLM and PCSO are always going to jointly plan event operations as they pertain to the law enforcement function at the event. BLM's primary concern is that PCSO be staffed at the appropriate level to meet BLM's obligation to ensuring an adequate level of public safety is being provided for participants.

## 2016 BRC Event Production

As per the SRP program, BRC submitted their 2016 Event Operations Plan to BLM during the planning phase of the 2016 event. The document was approximately 300 pages long and very comprehensive. BRC had approximately 37 programs involved in the production of the event. BRC deployed approximately 13 event departments to manage the event programs. All of the event production programs and departments where documented in the operational plan and reviewed by BLM. During the planning phase BRC had a planning team that worked jointly with the BLM planning team. BRC's planning team consisted of representatives from the Event Operations desk (Director and/or Deputy Director), a representative from the Governmental Affairs desk (Lead), two representatives from the Political Affairs desk (Lead and LE liaison). In addition, subject matter experts participated when needed on a given subject.

One of the main underlining missions of the joint planning teams is to decide the roles and responsibilities of each entity as permitter and permittee for the upcoming event. There were many early planning team discussions on roles and responsibility in 2016 and some changes were made from previous events. These changes were reflexed in BRC's 2016 Event Operations Plan and BLM's Event Operations Plan.

22

Once on playa most of these program departments' ran independently of BLM event operations. However, some of these program departments coordinate directly or involve BLM event operations.

The following are comments on those important BRC programs and departments that run independently of BLM event operations:

### BRC Medical Program (Crowd Rx & BRC ESD)

This was the second year of BRC contracting Crowd Rx as the event ALS provider. Crowd Rx has proved to be the most effective ALS provider since the event medical needs became so demanding and the event's medical response so complicated. Overall BLM believes that Crowd Rx provided excellent medical coverage and incident reporting throughout the 2016 event for BRC and the event participants.

One issue that needs further development of a solution is patient transfer. BLM, BRC, and PCSO need to finalize a path forward on how the three parties will share patient information with each other in the event the custody of a patient is transferred from one party to another. A determination needs to be made and agreed upon specifying at what point is a participant no longer a participant (i.e. if the person is arrested and is now in the custody of the PCSO and is being prepared to be transported to PC jail, is that person still considered a participant or is that person now a detainee in the custody of PCSO). This determination will aid in identifying which party at a given time holds the responsibility for medical care of that person.

Another issue that needs further development of a solution is BLM and/or PCSO event working K-9 medical care. For the incident that occurred with the BLM K-9 at the 2016 event, a exposure to hazardous substance which resulted in the need for

23

AR10573

medical attention, BLM and BRC ( with Crowd Rx) need to work together to come up with a plan/protocol/procedure that will identify what actions are needed for a timely and successful response. The BLM acknowledges that this is not a matter of responsibility for BRC (Crowd Rx) and would like to see if there is any cooperation/coordination that could be had for such matters should they occur in the future.

## BRC Media Program

BLM and BRC will need to work to develop a media program plan for the 2017 and out years' events for filming, photography, and other media production conducted at the event. During the 2016 event, the BLM requested that BRC share media related information with the BLM and BRC refused.  As such the development of a media management program is needed to insure that the Burning Man event and its media related attendees are in compliance with the BLM's film permitting regulations for public lands.

## BRC Airport Operation

Overall BLM believes that AFS provided excellent airport management throughout the 2016 event for BRC. Operations ran smoothly during the event with the addition of the new BRC airline program.

The FAA identified concerns to the BLM during the 2016 event related to where the airport emergency response vehicles were located in relationship to the distance to the airport. FAA also wants to see more emergency response drills practiced at the airport to make sure that the response equipment is working appropriately as well as to make sure that the response time is the best it can be for the event in the given conditions.

24

AR10574

Also, BLM feels an adequate reporting responsibilities plan for reporting all airport related fees collected by BRC or BRC's airline contractor is needed for future events. The plan needs to identify who is reporting for what area and who is responsible for submitting the 3% payment to BLM. This includes discussion on the insurance plans for pilots/planes coming to the event that are not a part of the BRC airline program and is not required to carry a similar insurance plan as those who participate in the BRC airline program.

## BRC Gate Operations

Overall BLM believes that gate operations ran smoothly throughout the 2016 event for BRC and the event participants. Traffic was managed well and very few, if any, issues occurred during entrance.

BRC needs to develop a plan for gate operations that addresses traffic backup and participant management at the gate during an extended backup scenario resulting from an emergency situation (i.e. closing the gate during the implementation of the Lost Child Protocol) as happen at the 2016 event on Sunday evening during a high time of mass exodus.

The following are comments on those important BRC programs and departments that impact and/or assist BLM's event operations.

## MOU Contracting Program

For the third year in a row, the BRC/BLM contracting MOU program has been very successful for BLM and BRC has improved the service to BLM with every year. BLM recognizes the work involved for BRC in this program and hopes the cost savings to BRC, through the program, is beneficial to BRC. It is a complicated program, which requires

25

AR10575

coordination between BRC and BLM, first in the SOWs submission and acceptance portion of the program and second in the coordination with the BRC contractors. With the fact that this program has been so successful and the fact that this program's agreement document expired in 2016, which is discussed later in this document, BLM is planning discussions with BRC to see if this program can be continued in the future.

## JOC Team Program

This was the third year of BRC's Joint Operation Center (JOC) construction and service logistic team. Every year the program gets better and BLM is very pleased with this program and feels that this program goes a long way in making the event successful when it comes to the relationship between BRC and BLM on playa. The leader of the JOC team has already developed and submitted a plan to BRC and BLM for the 2017 JOC compound construction and servicing, including efficiency changes.

One discussion item in 2016 during event operations between BLM, the BRC JOC Team and ESD JOC representatives was to plan in 2017 that the BLM CAD servers could be housed in the BRC JOC ESD Tech building instead of a BLM owned air conditioned trailer, which is set up outside the dispatch building, on the BLM side. This has been the practice the last several years. If BRC was able to provide this service for BLM, it would require a segregated area of the BRC Tech building that had controlled BLM/contractor access.

## Event Sit Stat Program

This was the second year of the current Sit Stat program during event operations. Over the last two years it has been refined

26

and in 2016 it was a very valuable tool used by the Tier 1 team while managing the event programs and resources.

One suggestion that was brought up in the on playa event close-out meeting concerning the Sit Stat program was to add a third page to the 2017 sit stat document to show a comparison to last year's event stats to show trend changes.

## Event Tier 1 Program

BLM and BRC needs to stay committed to the Tier 1 Program in order for it to be effective. This means at critical stages/situations during the event ONLY the identified Tier 1 Team members are allowed to attend when emergency activation meetings are called, any other needed expertise will be brought into the meeting as needed and agreed upon by all Tier 1 program representatives.

## BRC Population Reporting Program

In 2016, for the second year in a row, BRC contracted Ticketfly, a well-known event ticketing company out of California to assist in selling the event tickets and tracking the participants that enter the event.  The population that entered the event was counted through the PRAM-Ticketfly scanning system from Main Gate opening (August 9) until Exodus began (September 3). Through the PRAM-Ticketfly scanning system Staff Exemptions, Kids, and Paid Participants were broken out into separate categories for tracking.

Exodus began on Saturday, September 3rd and an alternative counting system had to be implemented because BRC cannot manually scan every person exiting the event. Instead, BRC counted vehicles. In 2015, BRC counted vehicles manually and entered the numbers each hour into the PRAM system.  In

27

2016, BRC installed vehicle scanners at each lane of the Main Gate to automate vehicle counts out of the City. Because of the complexity of the data points, the algorithms required to calculate vehicle size as well as occupancy, and the need to clean the data, the Exodus vehicle counts were not able to be integrated in PRAM in real time. Exodus numbers were included in the post-event population report and it was noted where PRAM reporting ended and the vehicle counting began. After Exodus ended, September 6th, BRC reported on population through Commissary dinner counts (September 6th – 19th).

More work is needed in the population reporting program. The program is developing well, however, there are still some gaps (accurate exodus and pre-event reporting) that need to be addressed in order to sustain the most accurate population reporting possible during all stages of the event.

## BLM/BRC Joint CAD Program

In 2016, for the first year, BLM and BRC ESD used the same CAD services contractor, iNET. This program was successful. During the 2016 on playa closeout meeting there was an item for consideration by and for BRC to have BRC's Black Rock Ranger CAD program brought into the iNET CAD system. If this was done it could increase the communication and cooperation between the BRR's and BLM/PCSO LE calls for service dispatching.

## BRC Ranger Department

Communication and coordination between BRC Law Enforcement Advisor and Black Rock Ranger (BRR) leadership with BLM planners during the planning phase of the event led to effective and efficient communication during the event. This

28

level of cooperation allowed for issues to be conveyed and resolved in a timely manner.

During the event, the BLM Patrol Chief and a representative of PCSO attended every 0900 BRR meeting to discuss any issues or concerns from the previous day's activities with BRR leadership. This continues to be a valuable method through which issues can be resolved. Overall, officers reported positive interactions with BRRs, noting timely responses and a willingness to help BLM LE and PCSO. They were extremely helpful in locating or trying to locate suspects while waiting for a law enforcement response. Officers continue to report successes with using specialty units such as LEAL and Green Dots with resolving situations.

During the post event BRC, PCSO, and BLM meeting, BRC officials expressed their gratitude and opinion that communication and transparency with law enforcement was much improved from previous events.
However, a few issues were brought forward by the BLM's law enforcement program concerning BRR operational interactions on playa during the event.

Several instances occurred during the event which delayed reporting of serious incidents to law enforcement. On several occasions, law enforcement was not called in a timely manner or was told to stand down by BRRs, resulting in participant(s) and BRRs being battered or assaulted by the combative participants. Steps should be taken by the 2017 planning team to ensure more timely notification of such incidents to law enforcement.

In one instance, law enforcement had to use force on a combative subject. The subject was transported to the hospital, examined and released. After being released, the subject

AR10579

battered Black Rock Rangers. Officers had to use force on the subject a second time in the same day. LE, BRC and Crowd Rx all expressed concerns over how to best handle "problem children" the first time so the pattern of behavior doesn't repeat itself. Steps should be taken by the 2017 planning team to develop a clear process for handling participants who fit into this category.

In another instance, when investigators of the Integrated Investigation program arrived on scene of a reported sexual assault, they were met by BRRs. Investigators discovered BRRs were with the victim/witness for over an hour prior to requesting law enforcement assistance, even conducting a preliminary investigation prior to LE arrival, to include the victim's information and a basic detailed description of what had occurred. Investigators raised concerns over the lack of immediacy in reporting, as well as concerns over BRR's launching an inquiry before contacting law enforcement. The BLM 2017 planning team will be made aware of these issues for discussion with the BRC planning team during the planning phase for the 2017 event. In the 2017 planning season, steps should be taken by the planning team to improve the timeliness of reporting of sexual assaults directly to law enforcement.

## BRC Safety Department

For the second year in a row the BLM safety officer coordinated and worked closely with BRC's safety program. BRC's safety program is reported to be proactive and a vibrant program but is very busy evaluating and remediating safety issued identified during the event, and to ensure BRC and participant compliance with regulations and stipulations related to safety during the event. Also for the second year in a row the BRC safety program took over the responsibility of managing

30

AR10580

the laser and drone participant program at the event, which before the 2015 event was getting out of control. BLM's safety officer reported seeing no unlicensed lasers at the 2016 event. Additionally the BLM's safety officer reported only seeing 4 drones flying during the event. All were being flown at night, and operators could not be located to identify if the operators were licensed or not. This BRC safety department management of participant laser/drones programs appears to be very successful.

This is the second year in a row where a structure collapse has injured Burning Man participants. The harsh environmental influences of the playa (heat, UV damage, repeated exposure to high winds) cause building materials to degrade with a loss of structural integrity over time. Participants need to be aware of the weight bearing limitations of the materials they are utilizing and need to refresh or adequately check the integrity of their building supplies, prior to and following each event.   Utilize social media to disseminate pre-event information. Message should emphasize the need for participants to evaluate their building materials prior to arrival at the event.

Per the BRC Fuel Storage Plan, a fire lane of 20' shall be kept free of obstructions to provide emergency access for fire vehicles if needed. However, throughout the City very few readily recognizable fire lanes were identified or signed as such.

Concerning mutant vehicles and Art Cars with trailers, BLM safety staff witnessed everything from bungee straps to bed sheets being used as a barricade. Ground guides for "large" moving art cars, were for the most part, "readily seen" however, the walkers should have more identifiable or distinctive attire or visual effects (flags, hand held lights, etc) that identify them as walkers for that particular vehicle. Examples of markings/attire include; Reflective safety vests, brightly colored or reflective hats, brightly colored or reflective bandanas, brightly colored or

31

reflective shirts.  Specify and standardize the requirement for
reflective ANSI Type vest, they are inexpensive and readily
identifiable from the other Burning Man participants on the
busy playa.

At the art burns attended by the BLM Safety Officer: Great Bug
Zapper, Jedi Dog Temple, Fantasy Dimensions, Plug and Play,
Da Vinci Virus, Helios, Release the Man, Black Rock
Lighthouse , downwind ember cast were observed falling on the
Art Cars staged around the burns to watch.

## Vendor/Commercial Compliance Program (OSS)

In 2016 BRC requested to take over the duties of being the
event lead in commercial compliance, with their Outside
Services (OSS) department, with BLM primary role being to
monitor BRC's performance. BLM's monitoring in 2016
showed that BRC was highly successful in fulfilling this role
and meeting the vending event protocol requirements in
reducing commercial issues during the 2016 event.

BRC OSS department was staffed by 10 or more, to ensure that
commercial operations on BLM-administered public lands
maintained all necessary BLM and BRC authorizations. There
were approximately 80 vendors and a few listed under umbrella
SRP's. The number of vendors was up from 2015 with many
first time permit-holders in 2016.

BLM's Vending Compliance found that BRC did a good job
notifying BLM on situations needing immediate assistance.
Once BLM evaluated the situation jointly with BRC OSS, we
effectively obtained the necessary resources to remediate the
situation. This allowed for BRC and BLM to work closely on
resource protection and stipulation violations. BRC had a team

32

AR10582

of "Scooby Doo's" this year, whose purpose was to investigate commercial activity in large camps and spread a Leave No Trace message.

This program should be refined and continued in 2017, with consideration of the following improvements:

- BRC and BLM needs to work towards not permitting SRPs on playa unless penalties are in order. This practice is time consuming, difficult in the location and not fair to those who properly applying.

- BRC and BLM needs to develop and implement strategies for large commercial camps. BRC and BLM must work towards identifying large theme/sound camps that retain a multitude of vendor support, a situation where it is not always clear if a particular vendor is permitted or not.

## Environmental Compliance Program (Earth Guardians, BRRs, Hazmat, Playa Restoration, ESD)

In 2016 BRC took over the duties of being the event lead in identifying and remediating environmental compliance issues with BLM primary role being to monitor BRC's performance. BLM's monitoring in 2016 showed that BRC was highly successful in fulfilling this role and meeting the environmental event protocol requirements in reducing environmental issues during the 2016 event. Much of the credit for this should go to BRC's outreach and messaging to participants prior to the event.

This program should be refined and continued in 2017, with consideration of the following improvements:

- BLM should work with Earth Guardians on compliance training before the event in order to ensure that both BLM and

33

AR10583

BRC view violations and remediation the same way for consistency. BLM and BRC should increase pre-event coordination on training materials and topics. Recommend using 2016 photos as examples for 2017 training, i.e. what does grey and black water look like, RV valves and caps, etc.

• BRC should make their environmental remediation staff available 24 hours a day to respond to urgent issues.

• BRC and BLM should modify the Compliance Protocol so that BRC's Playa Restoration department is available to identify and remediate issues from the time BRC occupies the playa until the Playa Restoration department begins their work after the event.
• It appeared that Earth Guardian/Black Rock Ranger efforts to identify and remediate compliance issues slowed down later in the event week, there should be a full effort during the entire main and post event.

• BRC should continue their very effective outreach and messaging program in order to continue to prevent environmental issues from occurring. Increase the "Pack it In/Pack it Out" message.

• Compliance work and meeting schedules should be clear prior to event. Make a general timeline that shows how work and messaging will change during the event.

• Apply the fuel storage stipulation consistently to all amounts rather than based on volume as it is confusing to participants and subject to interpretation especially as fuel amounts decrease over the event.

• Emphases increased to prevent human waste incidents in deep playa during mobile raves. Park mobile raves closer to

34

port-a-potty banks and put signs in mobile dance zones to remind burners to use the port-a-potties. BRC should dispatch Hazmat units to search for and quickly clean up human waste deposited during deep play music events.

• Target BRC participant messaging on human waste issues in 2017. Text messaging orders for service from permitted and contracted grey/black water and potable water service providers could help alleviate violations, wait times and uncertainty. This would allow burners to text where and when they need pump and refill services. Provide stats to burners on the amount of human waste generated. Hand out or ask burners to bring pee bottles and poop bags for camp and deep playa events.

• Increase creativity/humor on LNT education outreach. Make LNT or outreach swag stamped with BLM and BRC logos, highlight the partnership and outreach message. Consider different types of media/social media outreach and reminders/PSAs on BRC radio.

In the above BLM comments on individual BRC programs/departments, whereas comments included considerations for future improvements, these considerations will be passed to the BLM 2017 planning team to discuss with BRC during the 2017 planning phase.

## Moving Forward to 2017 Planning

## NEPA

The 2016 event was the 5th year under the current 5-year Environmental Assessment (EA) NEPA analysis document. The event paid participant population cap remained at 70,000, as in 2015. The process to develop the new Environmental Impact Statement (EIS) level NEPA analysis document began at the end of the 2016 event. This process could take several years to complete. The NSD, Authorizing Officer and event Solicitor have decided to continue the authorization of future event permits under the current EA analysis until the EIS is completed

35

AR10585

and it becomes the NEPA document of reference in authorizing the event SRP. This means that the event paid participant population cap of 70,000 will remain in effect until the new EIS is completed. Based on this, the NSD and Authorizing Officer's direction for BLM's planning and executing for the future events authorized under the current EA (2017 & potentially 2018), will mirror the planning and execution of the 2016 event. BLM's planning team will continue to look for efficiencies and cost savings in planning for the 2017 event but the base line will be the 2016 BLM operational plan.

Event Cost Recovery Program

As discussed in the above 2016 Event Planning section, for the first time, the 2016 event CRA Estimate program involved a two-part CRA Estimate procedure, an early Planning CRA Estimate document to capture planning labor cost and a later Operational CRA Estimate document to capture gov't contracts, operational labor and all other charges. This worked out very well for BLM's SRP requirements by ensuring early planning labor cost were captured in the CRA program. However, the 2016 Planning CRA was not signed until April 5th so the planning team could not start in earnest until April. The Operational CRA was not signed until August 8th which was too late for the BLM's gov't contracting program. (Note: BRC provided additional funds for gov't contracting to the CRA account before the Operational CRA was signed without any CRA documentation). The procedure was good but the dates were too late. BLM will propose and present BRC a Planning CRA Estimate document in January 2017 which will document both the planning labor cost and the gov't contracts cost (contract cost predicated on the BLM 2017 Contracting Plan). This will allow BLM to set up the event CRA account by February 1st and have funds for the planning team to start work and the NSO event contracting team to start the contracting program. BLM will present BRC with the Operational CRA Estimate sometime in late spring or early summer, depending on when the BLM planning team has completed the 2017 operational plan. This planned proposal was discussed with BRC as a concept in the close-out meetings with BRC at the end of the 2016 event operations on playa.

If BRC does not prefer the two-part CRA estimate procedure, BLM can present to BRC the full event CRA estimate with planning labor, gov't contracting and all

36

operational components cost, documented in separate tables, in January as one document. This document would mirror the same BLM event operation as in 2016, however if efficiencies are found by the BLM planning team later in the planning phase that result in an reduction of BRC funds needed by BLM, BRC would recover those unused funds in a refund once the CRA is closed out at the end of the year. These unused funds could result from BLM TO positions not being filled after BLM and BRC agrees to shift more operational responsibilities to BRC and/or PCSO takes over more operational responsivities in the event law enforcement program.

## BLM's Event Management Program

As part of event management between BLM and BRC, starting in 2014, BLM and BRC entered into a contracting Memorandum of Understanding (MOU) whereas some BLM support contracts were presented to BRC to contract through their own contracting program. BLM developed and sent BRC Statements of Work for each support contract that BRC contracting would use to award the contracts. Over the last three event years this has been a very successful program, for BLM by reducing BLM workload and for BRC by reducing operational cost. The current MOU document expired with the 2016 event. BLM has prepared a new MOU document and will be presenting it to BRC for consideration. A couple of noted changes to the new MOU document will be that any references to Attachment 1 (contracts for BRC contracting) and Attachment 2 (contracts for gov't contracting) will now be referred to as "BLM Contracting Plan", which may change yearly. Another change is an addition of a statement which reads "If a MOU SOW, submitted to BRC by BLM for any support item, is accepted by BRC, all components of said SOW must be accepted by BRC in whole. BLM will not consider partial component acceptance for a given SOW". (Note: This addition resulted from BRC parceling out the rental of the BLM's medical modular building from the JOC compound build-out and servicing SOW in 2016's MOU program).

The Winnemucca District will be hiring a Staff LE Ranger prior to the 2017 event. This will create a singular point of contact for event LE planning, coordination, and management, reducing the majority of collateral duty assignments previously required by other LEO's within the BLM. This will

37

implement another recommendation of the Burning Man SRP Review Report. The LE planning lead will ultimately report to the AO for concurrence with planning recommendations and decisions, but oversight and supervision would be from the Zone 1 Supervisory Staff Law Enforcement Ranger. The hiring process for this position is scheduled to begin in December 2016. This position will be funded as a CRA position, or if BRC chooses, as an additional Memorandum of Agreement (MOA) proffer position.

During the 2016 event, the Department of Homeland Security (DHS) Infrastructure Security Team conducted a site visit to the event to identify options for consideration for improving the overall security of the event. Based on feedback received from the team, they will be providing the BLM with options for consideration. Additionally, DHS requested to be involved with the planning phases of the event to assist BRC and BLM with developing proper security protocols. BLM recommends furthering our relationship with DHS as we begin development of the EIS.

38

# EXHIBIT K

# EXHIBIT K

AR10589

2/3/2017                                      Burning Man Mail - CRA closeout



**Rosalie Barnes <rosalie@burningman.org>**

---

## CRA closeout
6 messages

---

**Hall, Mark** <mehall@blm.gov>                                      Mon, Jan 30, 2017 at 4:54 PM
To: Charlie Dolman <charlie.dolman@burningman.org>
Cc: Rosalie Barnes <rosalie@burningman.org>, Marnee Benson <marnee.benson@burningman.org>, John Ruhs <jruhs@blm.gov>, Marci Todd <m1todd@blm.gov>, Raul Morales <rmorales@blm.gov>, "Vinall, Holly" <hvinall@blm.gov>, Justin Drew <jdrew@blm.gov>, Michael Toombs <mtoombs@blm.gov>, William Mack Jr <wmack@blm.gov>, Mark Pirtle <mpirtle@blm.gov>, Logan Briscoe <lbriscoe@blm.gov>, "Evenson, Ronald (Rudy)" <revenson@blm.gov>, "Clutter, Stephen" <sclutter@blm.gov>, Mary Laub <mlaub@blm.gov>, Michael Vermeys <mvermeys@blm.gov>, David Appold <dappold@blm.gov>, Barbara Keleher <bkeleher@blm.gov>

Charlie,

Going out in tomorrow morning's mail by certified mail (receipt #7013 1710 0000 0882 9559) is the 2016 Cost Recovery Account (CRA) closeout. Attached to this email are copies of the signed decision letter, the cost recovery closeout summary, the project labor log, BLM contracts table, travel expenses, vehicle utilization expenses, and miscellaneous expenses. Copies of the credit card receipts and the contracts will be in the mail with the above listed documents.

The total CRA was $2,199,959; the direct and indirect costs totaled $2,166,127.41. BRC is owed a refund of $33,831.59. This refund is currently being processed and should be mailed to BRC in 2-3 weeks.

If there are any questions, please let me know.

Sincerely, Mark Hall

Mark E. Hall, PhD
Acting Field Manager
Black Rock Field Office
Winnemucca District Office
775-623-1529.

---

**7 attachments**

https://mail.google.com/mail/u/0/?ui=2&ik=2e07439b19&view=pt&search=inbox&th=159f2044209efbd9&siml=159f2044209efbd9&siml=15a05497535b1e82&siml=15a0554805a02058                                      1/5

AR10590

2/3/2017                                              Burning Man Mail - CRA closeout

**2016 CRA signed Decision 1-31-17.pdf**
180K

**1 - 2016 BM - CRA Closeout - Summary Table_Final.pdf**
380K

**2 - 2016 BM - CRA Closeout - Project Labor Table_Final.pdf**
129K

**3 - 2016 BM - CRA Closeout - Contracting Table_Final.pdf**
220K

**4 - 2016 BM - CRA Closeout - Travel Table_Final.pdf**
346K

**5 - 2016 BM - CRA Closeout - Vehicle Utilization Table_Final.pdf**
212K

**6 - 2016 BM CRA Closeout - Misc Supplies and Equip Table_Final.pdf**
241K

---

**Charlie Dolman <charlie.dolman@burningman.org>**                                         Tue, Jan 31, 2017 at 11:31 AM
To: Rosalie Barnes <rosalie@burningman.org>, Marnee Benson <marnee.benson@burningman.org>, Angela Sanders <muse@burningman.org>

Charlie Dolman
Director, Event Operations
Burning Man
charlie.dolman@burningman.org
415 865 3800 x164

[Quoted text hidden]

---

**7 attachments**

**2016 CRA signed Decision 1-31-17.pdf**
180K

**1 - 2016 BM - CRA Closeout - Summary Table_Final.pdf**
380K

**2 - 2016 BM - CRA Closeout - Project Labor Table_Final.pdf**
129K

**3 - 2016 BM - CRA Closeout - Contracting Table_Final.pdf**

AR10591

2/3/2017                                    Burning Man Mail - CRA closeout

 220K

4 - 2016 BM - CRA Closeout - Travel Table_Final.pdf
346K

5 - 2016 BM - CRA Closeout - Vehicle Utilization Table_Final.pdf
212K

6 - 2016 BM CRA Closeout - Misc Supplies and Equip Table_Final.pdf
241K

---

**Charlie Dolman** <charlie.dolman@burningman.org>                      Tue, Jan 31, 2017 at 11:35 AM
To: "Hall, Mark" <mehall@blm.gov>
Cc: Logan Briscoe <lbriscoe@blm.gov>, Mark Pirtle <mpirtle@blm.gov>, "Evenson, Ronald (Rudy)" <revenson@blm.gov>, John Ruhs <jruhs@blm.gov>, Justin Drew <jdrew@blm.gov>, Marci Todd <m1todd@blm.gov>, Michael Vermeys <mvermeys@blm.gov>, David Appold <dappold@blm.gov>, Raul Morales <rmorales@blm.gov>, "Clutter, Stephen" <sclutter@blm.gov>, Barbara Keleher <bkeleher@blm.gov>, William Mack Jr <wmack@blm.gov>, Rosalie Barnes <rosalie@burningman.org>, Michael Toombs <mtoombs@blm.gov>, "Vinall, Holly" <hvinall@blm.gov>, Mary Laub <mlaub@blm.gov>, Marnee Benson <marnee.benson@burningman.org>

Mark,

Thank you for the completed 2016 CRA.

2016 was a great year for Burning Man due in major part to the strong collaborative relationship between BRC and BLM. We look forward to continuing to strengthen and improve the relationship ensuring Burning Man remains a safe and great event for public lands.

With thanks,

Charlie.

_____

Charlie Dolman
Director, Event Operations
Burning Man
charlie.dolman@burningman.org
415 865 3800 x164

On January 30, 2017 at 4:55:24 PM, Hall, Mark (mehall@blm.gov) wrote:

[Quoted text hidden]

---

**Angela Sanders** <angela.sanders@burningman.org>                      Tue, Jan 31, 2017 at 2:34 PM

AR10592

2/3/2017                                                   Burning Man Mail - CRA closeout

To: Charlie Dolman <charlie.dolman@burningman.org>
Cc: Rosalie Barnes <rosalie@burningman.org>, Marnee Benson <marnee.benson@burningman.org>, Jessica Wilson <jessica.wilson@burningman.org>

Hi Charlie! For Gov Relations related filings, you can contact Jessica now. Thanks!!!!

[Quoted text hidden]
[Quoted text hidden]
<2016 CRA signed Decision 1-31-17.pdf><1 - 2016 BM - CRA Closeout - Summary Table_Final.pdf><2 - 2016 BM - CRA Closeout -
Project Labor Table_Final.pdf><3 - 2016 BM - CRA Closeout - Contracting Table_Final.pdf><4 - 2016 BM - CRA Closeout - Travel
Table_Final.pdf><5 - 2016 BM - CRA Closeout - Vehicle Utilization Table_Final.pdf><6 - 2016 BM CRA Closeout - Misc Supplies and Equip
Table_Final.pdf>

---

**Rosalie Barnes** <rosalie@burningman.org>                                              Fri, Feb 3, 2017 at 10:43 AM
To: "Alias legal-request@burningman.org" <legal-request@burningman.org>
Cc: Charlie Dolman <charlie.dolman@burningman.org>, Marnee Benson <marnee.benson@burningman.org>

**Attached**
[Quoted text hidden]
--
Rosalie Fay Barnes
Government Relations Manager
Black Rock City - Burning Man
www.Burningman.org

(c) 617-285-2867
(o) 415-865-3800 ext.163

---

**7 attachments**

📄 **2016 CRA signed Decision 1-31-17.pdf**
    180K

📄 **1 - 2016 BM - CRA Closeout - Summary Table_Final.pdf**
    380K

📄 **2 - 2016 BM - CRA Closeout - Project Labor Table_Final.pdf**
    129K

AR10593

2/3/2017                                              Burning Man Mail - CRA closeout

3 - 2016 BM - CRA Closeout - Contracting Table_Final.pdf
220K

4 - 2016 BM - CRA Closeout - Travel Table_Final.pdf
346K

5 - 2016 BM - CRA Closeout - Vehicle Utilization Table_Final.pdf
212K

6 - 2016 BM CRA Closeout - Misc Supplies and Equip Table_Final.pdf
241K

---

**Raymond Allen** <raymond.allen@burningman.org>                               Fri, Feb 3, 2017 at 10:55 AM
To: Rosalie Barnes <rosalie@burningman.org>
Cc: "Alias legal-request@burningman.org" <legal-request@burningman.org>, Charlie Dolman <charlie.dolman@burningman.org>, Marnee Benson
<marnee.benson@burningman.org>

Thanks Rosalie!
Best,
Ray

[Quoted text hidden]
[Quoted text hidden]
<2016 CRA signed Decision 1-31-17.pdf><1 - 2016 BM - CRA Closeout - Summary Table_Final.pdf><2 - 2016 BM - CRA Closeout -
Project Labor Table_Final.pdf><3 - 2016 BM - CRA Closeout - Contracting Table_Final.pdf><4 - 2016 BM - CRA Closeout - Travel
Table_Final.pdf><5 - 2016 BM - CRA Closeout - Vehicle Utilization Table_Final.pdf><6 - 2016 BM CRA Closeout - Misc Supplies and Equip
Table_Final.pdf>

AR10594

AR10595




United States Department of the Interior
BUREAU OF LAND MANAGEMENT
Black Rock Field Office
5100 East Winnemucca Boulevard
Winnemucca, Nevada 89445
Phone: (775) 623-1500 Fax: (775) 623-1503
Email: wfoweb@blm.gov
www.blm.gov/nv/st/en/fo/wfo.html

In Reply Refer To:
LLNVW03500-16-01
2930 (NV030.12)

CERTIFIED MAIL 7013 1710 0000 0882 9559
RETURN RECEIPT REQUESTED

Charlie Dolman
Event Operations Director                     :          Burning Man 2016 Event
Black Rock City, LLC                          :          Special Recreation Permit
660 Alabama St.
San Francisco, CA. 94110-2008                            1/31/2017

## DECISION

Dear Mr. Dolman:

## INTRODUCTION

On July 29, 2016, the Bureau of Land Management (BLM) and Black Rock City, LLC (BRC) entered into a
Cost Recovery Agreement (CRA) for the Burning Man 2016 event. That CRA included an estimate for the
BLM's cost to process and administer the Special Recreation Permit (SRP) for the Burning Man 2016 event.
The original CRA Phase 1 was in the amount of $184,224 and Phase 2 was in the amount of $2,015,735 for a
grand total of $2,199,959 for the 2016 event.

The BLM makes every attempt to develop a CRA cost estimate that foreshadows all direct and indirect costs,
as accurately as possible, projected expenses for planning, issuing and administering the Burning Man SRP.

## DECISION

The BLM's actual direct and indirect costs for the Burning Man 2016 event total **$2,166,127.41**. The
attached documents provide a detailed breakdown of all actual direct and indirect costs. To date the BLM has
received all payments for the CRA, for a total of $2,199,959.

Based on those actual costs and the estimate already paid by BRC, the BLM has identified BRC is owed a
refund of **$33,831.59**.

AR10596

## RATIONALE

The Federal Land Policy and Management Act (FLPMA) section 304(b) provides that the Secretary of the Interior is authorized to require a deposit of payments intended to reimburse the United States for costs incurred in processing and administering applications for use of the public lands, 43 U.S.C. § 1734(b).

The BLM's SRP regulations state that the BLM may refund any cost recovery overpayments, 43 C.F.R. § 2932.33(a). Further, the BLM's Recreation Permit Administration Handbook (H-2930-1) directs the BLM to refund to the applicant the remaining balance in a cost recovery account at the end of the project.

The 2016 CRA and the 2016 actuals totals justify the refund amount BRC will receive.

## AUTHORITY:

The statutory authorities underlying the regulations in this part are FLPMA, 43 U.S.C. 1701 et seq., and the Federal Land Recreation Enhancement Act (REA), 16 U.S.C. 6801 et seq.

a)   FLPMA contains the BLM's general land use management authority over the public lands, and establishes outdoor recreation as one of the principal uses of those lands (43 U.S.C. 1701(a)(8)). Section 302(b) of FLPMA directs the Secretary of the Interior to regulate through permits or other instruments the use of the public lands, which includes commercial recreation use. Section 303 of FLPMA authorizes the BLM to promulgate and enforce regulations, and establishes the penalties for violations of the regulations.

b)   REA authorizes the BLM to collect fees for recreational use in areas meeting certain criteria (16 U.S.C. 6802(f) and (g) (2)), and to issue special recreation permits for group activities and recreation events (16 U.S.C. 6802(h)).

43 C.F.R. § 2932.33(a), *Overpayments.* For multi-year commercial permits, if your actual fees due are less than the estimated fees you paid in advance, BLM will credit overpayments to the following year or season. For other permits, BLM will give you the option whether to receive refunds or credit overpayments to future permits, less processing costs.

## APPEAL PROVISIONS

A person who wishes to appeal to the Interior Board of Land Appeals must do so under 43 C.F.R. § 4.411 and must file in the office of the officer who made the decision (not the board), in writing to William Mack, Field Manager, Black Rock Field Office, 5100 East Winnemucca Boulevard, Winnemucca, Nevada 89445. A person served with the decision being appealed must transmit the notice of appeal in time to be filed in the office where it is required to be filed within thirty (30) days after the date of service.

The notice of appeal must give the serial number or other identification of the case and may include a statement of reasons for the appeal, a statement of standing if required by § 4.412(b), and any arguments the appellant wishes to make. Attached Form 1842-1 provides additional information regarding filing an appeal.

No extension of time will be granted for filing a notice of appeal. If a notice of appeal is filed after the grace period provided in §4.401(a), the notice of appeal will not be considered and the case will be closed by the officer from whose decision the appeal is taken. If the appeal is filed during the grace period provided in §4.401(a) and the delay in filing is not waived, as provided in that section, the notice of appeal will not be considered and the appeal will be dismissed by the Board.

AR10597

The appellant shall serve a copy of the notice of appeal and any statements of reason, written arguments, or briefs under §4.413 on each adverse party named in the decision from which the appeal is taken and on the Office of the Solicitor, Pacific Southwest Regional Solicitor, U.S. Department of the Interior, 2800 Cottage Way, Room E-1712, Sacramento, California 95825-1890.

Service must be accompanied by personally serving a copy to the party or by sending the document by registered or certified mail, return receipt requested, to the address of record in the bureau, no later than 15 days after filing the document.

In addition, within thirty (30) days of receipt of this decision you have the right to file a petition for a stay together with your appeal in accordance with the regulations at 43 C.F.R. § 4.21. The petition must be served upon the same parties specified above.

Pursuant to 43 C.F.R. § 4.21(b), a petition for stay, if filed, must show sufficient justification based on the following standards:

1) The relative harm to the parties if the stay is granted or denied;
2) The likelihood of the appellant's success on the merits;
3) The likelihood of immediate and irreparable harm if the stay is not granted; and,
4) Whether the public interest favors granting the stay.

43 C.F.R. § 4.21(b)(2) provides that the appellant requesting a stay bears the burden of proof to demonstrate that a stay should be granted.

If you have any questions on this decision please contact Michael Vermeys, BLM Burning Man Project Manager at 775-623-1582.

Sincerely,

Mark E. Hall
Acting Field Manager
Black Rock Field Office

Enclosures
Attachment 1 – Cost Recovery Closeout Summary
Attachment 2 – Project Labor Log
Attachment 3 -- BLM Contracts
Attachment 4 – Travel Expenses
Attachment 5 - Vehicle Utilization Expenses
Attachment 6 – Miscellaneous Supplies and Equipment

AR10598

AR10599

FINAL

## 2016 BURNING MAN EVENT COST RECOVERY CLOSE OUT SUMMARY (ATT #1)

| ITEM | Estimated Costs (per CRA EST.) | Actual Costs (per FBMS Reports) | Balance Due | Description/Comment | Detail Located On: |
|---|---|---|---|---|---|
| **LABOR** | $1,366,632.00 | $1,419,657.02 | -$53,025.02 | | Labor Report |
| BLM Labor | | | | | |
| Forest Service Labor | | ($1,381,718.17) | | | |
| HHS Labor | $20,000.00 | ($37,938.85) | | Via IAA Contract | |
| | | $0.00 | $20,000.00 | Via IAA Contract, HHS didn't invoice | |
| **SUPPORT CONTRACTS** | | | | | |
| Microwave/Internet | $130,000.00 | $128,800.00 | $1,200.00 | | Contracts |
| Lyman | | ($106,300.00) | | | Contracts |
| High Desert | | ($22,500.00) | | | Contracts |
| **Communications** | | $55,435.15 | $1,064.85 | | Contracts |
| Satellite Tracking (Alvarez & Associates) | $56,500.00 | | | | Contracts |
| CAD Server Licensing (SHI International) | $13,000.00 | $7,060.72 | $5,939.28 | | Contracts |
| **JOC** | | | | | |
| Medical Modular Building Rental (ModSpace) | $6,000.00 | $5,401.94 | $598.06 | | Contracts |
| **TRAVEL** | $95,000.00 | $40,727.89 | $54,272.11 | | Travel Report |
| **VEHICLE UTILIZATION** | $50,000.00 | $49,480.52 | $519.48 | | Vehicle Utilization Report |
| **MISC SUPPLIES AND EQUIPMENT PURCHASE** | $50,000.00 | $53,613.35 | -$3,613.35 | | |
| Miscellaneous Purchases | | ($31,637.35) | | Purchased via Credit Card or Check | Credit Card Receipts |
| Midland Radio Accessories | | ($21,976.00) | | Purchased via contract | Contracts |
| **DIRECT COST TOTAL** | $1,787,132.00 | $1,760,176.59 | $26,955.41 | | |
| **INDIRECT COST TOTAL (RATE 23.1%)** | $412,827.00 | $405,950.82 | $6,876.18 | | |
| **TOTAL** | $2,199,959.00 | $2,166,127.41 | $33,831.59 | | |

AR10601

UNITED STATES DEPARTMENT OF INTERIOR
BUREAU OF LAND MANAGEMENT

2016 BURNING MAN EVENT COST RECOVERY PROJECT (LOGANTE 2)

Functional Area / WBS
L51050000 / LVRCP1604630

| DATE | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/21/16-9/17/16 | | | | x | | | 201619-201620 | ALBRIGHT | CA Field Staff Ranger, K9 Handler | City Patrol, K9 Handler Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. Additional duties of K9 Handler | 177.00 | $12,055.72 |
| 8/7/16-9/17/16 | | | x | x | | | 201618-201620 | ALLEN | OLES Region 3 Special Agent | NCIC TAC, Pre & Post Event Investigations (Integrated Investigations) Main Event, Night Shift | NCIC TAC function officer, works with NV DPS for on playa NCIC program. Integrated Investigations function officer, works for Pershing County Sheriffs to assist in investigation of state violations | 171.00 | $13,684.08 |
| 8/21/16-9/17/16 | | | | x | | | 201619-201620 | ANDRES | UT Field Staff Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 155.75 | $10,875.62 |
| 8/21/16-9/17/16 | | | | x | | | 201619-201620 | ANDREWS | OLES Region 1 ASAC | Investigation (Patrol Investigative Support), Swing Shift | Patrol Investigative Support function officer, works in patrol function in uniform to conduct any patrol cases that require follow-up investigation | 136.00 | $12,078.68 |
| 8/21/16-9/17/16 | | | | x | | | 201619-201620 | BARRIOS | OLES Region 1 SAC | Investigation (Patrol Investigative Support), Swing Shift | Investigative (Patrol Investigative Support), works in patrol function in uniform to conduct any patrol cases that require follow-up investigation | 120.00 | $13,370.07 |
| 8/21/16-9/17/16 | | | | x | | | 201619-201620 | BARNES | OLES Region 3 Special Agent | Investigation (Integrated Investigations), Swing Shift | Integrated Investigations function officer, works for Pershing County Sheriffs to assist in investigation of state violations | 135.00 | $12,404.74 |
| 8/7/16-9/17/16 | | x | x | x | x | | 201618-201620 | BLACK | NV Supervisory Telecom Specialist | Event Comm Lead, Day Shift | Communications function, supervisor of radio/dispatch communications network program | 366.00 | $22,688.41 |
| 8/21/16-9/17/16 | | | | x | | | 201619-201620 | BLEVINS | NM Field Staff Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 173.00 | $12,007.74 |
| 8/21/16-9/17/16 | | | | x | | | 201619-201620 | BOIK | OLES Region 3 State Chief Ranger | LE Patrol Chief, Day Shift | Patrol Chief function officer, supervises all patrol operations during their assigned shift | 226.50 | $21,728.38 |
| 8/21/16-9/17/16 | | | x | x | | | 201619-201620 | BOLES | CA Patrol Ranger, K9 Handler | City Patrol, Pre Event - Night Shift / Main Event - Swing Shift, K9 Handler | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. Additional duties of K9 Handler | 216.50 | $13,432.22 |
| 8/21/16-9/17/16 | | | | x | | | 201619-201620 | BOONE | NM Field Staff Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, permit stipulations | 179.00 | $10,602.69 |
| 8/21/16-9/17/16 | | | x | x | | | 201619-201620 | BOXX | CA Patrol Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 216.00 | $9,685.25 |
| 8/21/16-9/17/16 | | | | x | | | 201619-201620 | BRASINGTON | AZ District Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 159.00 | $15,034.75 |

| DATE | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | FONKEN | CA Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 153.75 | $12,542.03 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | FISCHER | NV Field Staff Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 133.50 | $10,468.38 |
| 8/21/16-9/17/16 | | | X | X | | | 201619-201620 | FELIX | NV Field Staff Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 141.50 | $9,445.00 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | EVENSON | NSO PIO | Event PIO | Event PIO function, serves as event Public Information Officer for event operations | 143.00 | $10,681.79 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | DEAN | NM Field Staff Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 181.50 | $12,733.39 |
| 8/7/16-9/9/16 | | X | | | | | 201618-201619 | DAHL | ID NOC IT Specialist | Justice Lync Specialist for the DPS A8A services | Justice Lync function, ensure connection with DPS NCIC services | 98.00 | $5,875.43 |
| 8/21/16-9/17/16 | | | X | X | | | 201619-201620 | CURRY | OLES Region 2 Special Agent | Investigation (Patrol Investigative Support), Night Shift | Investigation Support function officer, works in patrol function in uniform to conduct any patrol cases that require follow-up investigation | 115.00 | $10,457.05 |
| 8/21/16-9/17/16 | | | X | X | | | 201619-201620 | CUNNINGHAM | CO Field Staff Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 213.00 | $16,379.89 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | CULVER | NV Field Staff Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 146.00 | $10,291.93 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | CHADEZ | CA Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 139.00 | $9,973.26 |
| 8/7/16-9/17/16 | | | X | X | | | 201618-201620 | CARTER | CA CommTech | Comm Tech, Day Shift | Communications function specialist, works on radio/dispatch communications network | 298.00 | $20,514.11 |
| 8/7/16-9/17/16 | | | X | X | | | 201618-201620 | CARPENTER | NM Resident Ranger, K9 Handler | City Patrol, K9 Handler Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. Additional duties of K9 Handler | 280.00 | $20,169.84 |
| 6/12/16-6/25/16 | X | | | | | | 201614 | CADIGAN | NV/BFO Wildlife Biologist | NEPA Planning | NEPA support authorizing the SRP | 1.00 | $47.90 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | BUCHANAN | ID District Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 146.00 | $12,246.34 |
| 1/24/16-9/17/16 | X | | X | X | | | 201604-201620 | BRISCOE | NV Zone 1 Supervisor | LE Operations Chief | LE Planner of event operations; Supervisor of LE program during event operations | 517.50 | $42,894.59 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | BRIDGES | OR Park Ranger | Logistics, Night Shift | Logistics support function specialist, provides logistical needs to JOC facility, Sub-station and to detailes | 181.50 | $4,562.57 |

AR10603

| DATE | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/10/16-10/29/16 | X | | | | | | 201616-201623 | FREIBERG | ID ORP | Event Compliance Supervisor (Environmental/Vending) | Compliance Supervisor function, supervises the environmental, vending, GIS and safety compliance monitoring program | 233.50 | $14,906.92 |
| 8/21/16-9/17/16 | | | X | X | | | 201616-201620 | GARCIA | CO Field Staff Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 170.00 | $12,915.59 |
| 8/21/16-9/17/16 | | | X | X | X | | 201618-201620 | COCHIS | UT LE Administrative Assistant | Event Administrative Assistant | Administrative Assistant function, serve the IC and Operational Chiefs in all administrative event duties | 285.25 | $7,520.70 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | HAUCK | OLES Region 5 Special Agent | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 140.00 | $12,113.90 |
| 8/21/16-9/17/16 | | | X | X | | | 201619-201620 | HINCKLEY | CO Field Staff Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 156.00 | $10,403.94 |
| 8/21/16-9/17/16 | | | X | X | | | 201619-201620 | GOOD | OLES Region 2 SAC | Investigation (Patrol Investigative Support), Day Shift | Patrol Investigative Support function officer, works in patrol function in uniform to conduct any patrol cases that require follow-up investigation | 115.50 | $11,760.53 |
| 8/7/16-9/17/16 | | | X | X | | | 201618-201620 | GRIMES | NV IT Specialist | Event IT Equipment Specialist, Day Shift | IT Equipment Specialist function, installs/maintains all IT equipment at JOC and sub-station | 328.00 | $15,871.52 |
| 5/29/16 8/6/16 9/4/16 | X | X | | | X | | 201617 201619-201620 | HALL | ID OLES IMARS Program Administrator | Event IMAR Coordinator, Day Shift | IMARS Support function officer, coordinates event IMARS program | 73.00 | $5,134.48 |
| 8/21/16-9/17/16 | X | | | | | | 201619-201620 | HARRIS | NV/BFRO Assistant Field Manager | NEPA Planning | NEPA support function authorizing the SRP | 9.00 | $543.22 |
| 8/21/16-9/17/16 | | | X | X | | | 201619-201620 | HONE | UT State Chief Ranger | Investigation (Integrated Investigation), Night Shift | Integrated Investigations function officer, works for Pershing County Sheriffs to assist in investigation of state violations | 137.50 | $12,623.86 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | HOWELL | WY Field Staff Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 170.00 | $12,637.65 |
| 8/21/16-9/17/16 | | | X | X | | | 201619-201620 | HUEGERICH | OLES Chief, Office of Professional Responsibility (OPR) | Event OPR Lead | OPR function officer, event on-site Internal Affairs component and Use of Force reports reviewer | 70.00 | $7,234.39 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | HUSTON | SD Field Staff Ranger, K9 Handler | City Patrol, K9 Handler Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. Additional duties of K9 Handler | 178.00 | $13,283.10 |
| 8/21/17-10/1/16 | | | X | X | | | 201619-201621 | HYRONS | OLES Region 3 Special Agent | Evidence Technician, Day Shift | LE Evidence function, serves as evidence officer for all event cases with logged evidence | 167.00 | $12,469.87 |
| 9/4/16-9/17/16 | | | | X | X | | 201620 | IAGIULLI | NV IT Specialist | Comm Tech | Communications network breakdown support | 28.00 | $1,786.92 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | JENSEN | AZ Ranger | Shift Supervisor, Swing Shift | Shift Supervisor function, field supervisor of one half of Shift city patrol officers | 165.00 | $12,903.94 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | G. JOHNSON | NV Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 139.50 | $8,862.02 |

| DATE | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/21/16-9/17/16 | | | | x | | | 201619-201620 | R. JOHNSON | AZ Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 163.75 | $9,425.05 |
| 8/21/16-9/17/16 | | | x | x | | | 201619-201620 | M. JOHNSON | OLES Region 3 ASAC | Investigations (Integrated Investigations), Day Shift | Integrated Investigations function officer, works for Pershing County Sheriffs to assist in investigation of state violations | 138.50 | $12,379.52 |
| 8/7/16-9/17/16 | | | x | x | x | | 201618-201620 | KING | AZ IT Specialist | Event IT Security | IT Security function specialist, ensure the security of event technology and data, including CAD servers, DPS Justice Link, IMARS etc | 369.50 | $18,903.25 |
| 8/21/16-9/17/16 | | | x | x | | | 201619-201620 | KURTZ | ID ORP | Environmental Compliance, Day Shift | Environmental Compliance Monitoring function, monitors BRC's environmental compliance program | 156.50 | $9,592.43 |
| 8/21/16-9/17/16 | | | x | x | | | 201619-201620 | LASHER | CA Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 155.00 | $12,246.11 |
| 8/21/16-9/3/16 | | | | x | | | 201619 | LEFLAR | NV/WDO Supply Technician | Event Logistics Runner | Logistics support function specialist, served as purchase/delivery of logistics needs. Part-time, not on playa | 47.50 | $1,373.64 |
| 8/21/16-9/17/16 | | | x | x | x | | 201619-201620 | K. LLOYD | WY Field Staff Ranger | City Patrol, Pre Event - Day Shift / Main Event - Swing Shift / Post Event - Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 256.00 | $16,688.68 |
| 8/21/16-9/17/16 | | | x | x | | | 201619-201620 | R. LLOYD | UT District Ranger | Patrol Commander, Day Shift | Patrol Commander function officer, supervises patrol officers assigned to his shift | 198.00 | $16,010.78 |
| 8/21/16-9/17/16 | | | | x | | | 201619-201620 | LONG | ID Field Staff Ranger | IMARS Reviewer | IMARS function, reviews/edits IMARS input reports, not on playa | 38.00 | $2,520.97 |
| 4/17/16-8/6/16, 8/21/16-9/17/16 | x | | x | x | x | x | 201610-201617, 201619-201620 | MACK | NV/BRFO Field Manager | Event Incident Commander (AO of Permit) | Event Management function, served as overall manager of event operations | 368.00 | $26,442.85 |
| 8/21/16-9/17/16 | | | x | x | | | 201619-201620 | MANSEAU | MT Field Staff Ranger, K9 Handler | City Patrol, K9 Handler Pre Event - Day Shift / Main Event - Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. Additional duties of K9 Handler | 198.00 | $13,228.29 |
| 8/21/16-9/17/16 | | | x | x | | | 201619-201620 | MARSOOBIAN | AZ Field Staff Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 153.00 | $10,385.64 |
| 8/21/16-9/17/16 | x | | x | x | | | 201619-201620 | MATTHEWS | NV GIS Specialist | Event GIS Specialist, Day Shift | GIS function Specialist, assist environments, vending monitoring teams with GIS needs, assisted LE and Civ/Ops with GIS programming needs | 194.00 | $10,865.41 |
| 8/21/16-9/17/16 | | | x | x | | | 201619-201620 | MCGRATH | ID State Chief Ranger | Shift Supervisor, Swing Shift | Shift Supervisor function officer, field supervisor of one half of Shift city patrol officers | 151.00 | $15,354.28 |
| 8/21/16-9/17/16 | | | x | x | | | 201619-201620 | MCKINNON | NV/BRFO Realty Specialist | Vending Compliance, Day Shift | Vending Compliance Monitoring function, worked with BRC OSS team on vendor SRP compliance | 96.50 | $5,146.45 |
| 8/21/16-9/17/16 | | | x | x | | | 201619-201620 | MILLER | OLES Region 5, State Chief Ranger | Shift Supervisor, Day Shift | Shift Supervisor function officer, field supervisor of one half of Shift city patrol officers | 179.00 | $17,671.02 |
| 8/7/16-9/17/16 | | x | x | x | | | 201618-201620 | MILLION | OR ORP | Logistic Lead, Day Shift | Logistic Function Specialist, served as lead of logistic team | 252.75 | $12,371.17 |

AR10605

| DATE | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | MITSUYASU | OR Supervisory Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 143.00 | $13,712.15 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | MOE | CO Field Staff Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 140.50 | $9,452.08 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | MOORE | OLES Region 3 State Chief Ranger | LE Patrol Chief, Night Shift | Patrol Chief function officer, supervises all patrol operations during their assigned shift | 221.50 | $23,632.52 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | MURRELL | WY District Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 172.00 | $10,000.28 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | NALEN | NV Supervisory Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 142.50 | $11,227.14 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | NARDINGER | OLES Region 4 Special Agent | Investigations (Patrol Investigative Support), Swing Shift | Patrol Investigative Support function officer, works in patrol function in uniform to conduct any patrol cases that require follow-up investigation | 137.00 | $10,796.30 |
| 8/7/16-9/9/16 | | X | X | | | | 201618-201619 | NICHOLS | NV TeleComm Specialist | IT Specialist, Day Shift | IT Specialist function Specialist, assisted in set-up of IT equipment during Set Up and Pre Event | 98.00 | $6,953.08 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | OELRICH | CO State Office Safety Lead | Event Safety Officer, Day Shift | Safety function officer, served as BLM's event safety officer for JOC and BRC | 162.00 | $12,083.67 |
| 4/17/16-5/14/16; 9/4/16-9/17/16 | X | | | X | | | 201610; 201611; 201620 | OFER | OLES Region 3 ASAC | Investigations Chief, Day Shift | Investigations function officer, served as supervisor of investigators in both investigative components | 249.75 | $24,773.24 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | PAIVA | NV Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 141.50 | $10,302.76 |
| 8/21/16-9/17/16 | | | X | X | X | | 201619-201620 | PARR | OR Field Staff Ranger, K9 Handler | Shift Supervisor, K9 Handler, Night Shift | Shift Supervisor function officer, field supervisor of one half of shift city patrol officers. Additional duties of K9 Handler | 256.50 | $19,079.73 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | PETERSEN | CA Resident Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. | 101.00 | $6,727.98 |
| 4/17/16-10/1/16; 10/16/16-11/12/16 | X | X | X | X | X | X | 201610; 201621; 201623-201624 | PIRTLE | NV/WDO Re-Employed Annuitant - Burning Man Project | Planning Lead, Event Civ/Ops Chief, Close-out Lead | Event Management function, served as planning lead during planning operations, served as operational chief of civilian operations during event, served as close-out lead during close-out operation (AAR, CRA). | 991.00 | $47,708.08 |
| 4/17/16-4/30/16 | X | | | | | | 201610 | RICCI | NV/WDO Planning and Environmental Coordinator | NEPA Planning | NEPA support authorizing the SRP | 3.50 | $242.09 |
| 8/21/16-9/17/16 | | | | X | X | | 201619-201620 | RICE | CA Resident Ranger, K9 Handler | City Patrol, K9 Handler Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. Additional duties of K9 Handler. | 178.25 | $13,267.42 |

AR10606

| DATE | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/21/16-9/17/16 | | | x | x | x | | 2016-18-2016-20 | SULLIVAN | OLES Region 4 State Chief Ranger | Patrol Commander, Night Shift | Patrol Commander function officer, patrol officers assigned to his shift | 264.00 | $23,799.51 |
| 8/21/16-9/17/16 | | | x | x | x | | 2016-19-2016-20 | STOLTS | NV Field Staff Ranger, K9 Handler | City Patrol, K9 Handler Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations. Additional duties of K9 Handler | 219.50 | $13,864.82 |
| 8/21/16-10/1/16 | | | | x | | | 2016-20-2016-21 | STEPHENSON | UT District Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 142.00 | $11,629.28 |
| 8/21/16-9/17/16 | | | | x | | | 2016-21 | STEENHOVEN | ID Wilderness Ranger | Environmental Compliance, Day Shift | Environmental Compliance, Monitoring function, worked with BRC environmental teams on environmental SRP compliance | 149.25 | $6,508.62 |
| 8/21/16-9/17/16 | | | x | x | | | 2016-19-2016-20 | SPAIN | ID Supervisory Ranger | Evidence Technician, Night Shift | LE Evidence function, serves as evidence officer for all event cases with logged evidence | 168.00 | $13,948.72 |
| 8/21/16-9/17/16 | | | | x | | | 2016-19-2016-20 | SONES | NV Supervisory Ranger | Shift Supervisor, Day Shift | Shift Supervisor function officer, field supervisor of one half of shift city patrol officers | 138.00 | $10,402.15 |
| 8/21/16-9/17/16 | | | x | x | | | 2016-19-2016-20 | W. SMITH | UT Field Staff Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 142.50 | $9,227.58 |
| 8/21/16-9/17/16 | | | | x | | | 2016-19-2016-20 | J. SMITH | AZ Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 146.00 | $9,468.56 |
| 8/7/16-9/17/16 | | | x | x | x | | 2016-19-2016-20 | SHILAKIS | OLES Region 4 Special Agent | Investigations (Integrated Investigations), Day Shift | Integrated investigations function officer, works for Pershing County Sheriffs to assist in investigations of state violations | 147.00 | $12,373.85 |
| 8/7/16-9/17/16 | | | x | x | x | | 2016-18-2016-20 | SCHWIRIAN | NV IT Specialist | Comm Tech, Day Shift | Communications function specialist, works on radio/dispatch communications network | 324.00 | $17,152.10 |
| 8/7/16-9/5/16 | | | x | x | | | 2016-18-2016-19 | SCHETZLE | NV IT Specialist | Comm Tech, Day Shift | Communications function specialist, works on radio/dispatch communications network | 174.00 | $10,807.78 |
| 5/1/16-5/14/16 | x | | | | | | 2016-11 | SAXTON | NV Budget Analyst | Budget Analyst for CRA Estimate | Developed CRA Estimate figures for detailers cost per hour | 2.00 | $107.18 |
| 8/21/16-9/17/16 | | | | x | | | 2016-19-2016-20 | RUSSELL | UT Field Staff Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 156.00 | $9,954.82 |
| 8/21/16-9/17/16 | | | x | x | | | 2016-19-2016-20 | ROOP | OLES Region 2 State Chief Ranger | Pre Event - Patrol Commander, Day Shift / Main Event - Patrol Commander, Swing Shift | Patrol Commander function officer, supervises patrol officers assigned to his shift | 195.00 | $20,798.13 |
| 8/21/16-9/17/16 | | | | x | | | 2016-19-2016-20 | ROMERO | AZ Ranger | City Patrol, Day Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 162.75 | $9,331.64 |
| 8/21/16-9/17/16 | | | x | x | | | 2016-19-2016-20 | RICHARDSON | OLES Region 5 Special Agent | Investigations (Patrol Investigative Support), Night Shift | Patrol Investigative Support function officer, works in patrol function in uniform to conduct any patrol cases that require follow-up investigation | 130.00 | $11,417.43 |

AR10607

| DATE | PLANNING | PRE-EVENT SET UP | PRE-EVENT | MAIN EVENT | POST-EVENT | CLOSE OUT | PAY PERIOD | LAST NAME | YEAR ROUND TITLE | PROJECT COMPONENT / TITLE | DESCRIPTION OF WORK | TOTAL HOURS | TOTAL AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/21/16-9/17/16 | | | X | X | | | 201618-201620 | SIMINSKI | AZ Comm Center Manager | Dispatch Center Manager | Dispatch function Specialist, served as dispatch center manager and first line supervisor of contract dispatchers | 337.00 | $15,607.81 |
| 8/21/16-9/17/16 | | | X | X | | | 201618-201620 | TAYLOR | NV/WDO Accounting Technician | Check-In Program Lead | Management function, served as detailer check-in lead during main event operations check-in | 28.00 | $1,277.51 |
| 8/7/16-9/17/16 | | | X | X | X | | 201618-201620 | TEMPLETON | OLES Region 5 ASAC | Medical Unit Leader, Day Shift | Medical function officer, served as head of BLM's medical unit | 217.00 | $18,984.58 |
| 8/21/16-9/17/16 | | | X | X | X | | 201619-201620 | TITUS | CA Supervisory Ranger | Shift Supervisor, Night Shift | Shift Supervisor function officer, field supervisor of one half of Shift city patrol officers | 187.00 | $15,130.86 |
| 8/21/16-9/3/16 | | | | | X | | 201619 | VANAIRSDALE | OLES Special Agent, OPR | OPR Investigator | OPR function officer, event on-site/Internal Affairs component and Use of Force reports reviewer | 0.00 | -$3.06 |
| 8/21/16-9/17/16 | | | | X | | | 201619-201620 | WAGGONER | CO Ranger | City Patrol, Night Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 155.00 | $9,677.84 |
| 8/21/16-9/17/16 | | X | X | X | | | 201619-201620 | WEAVER | ID LE IT Specialist | IMARS, Swing Shift | IMARS Support function officer, coordinates event IMARS program | 143.00 | $9,805.16 |
| 8/7/16-9/3/16 | | | X | X | | | 201618-201619 | WHITEHEAD | OR Recreation Technician | Logistics Support, Day Shift | Logistics support function specialist, provides logistical needs to JOC facility, Sub-station and to detailers | 211.00 | $7,096.45 |
| 8/21/16-9/17/16 | | | X | X | | | 201619-201620 | WILLIAMS | UT Natural Resource Specialist | Logistics Support, Day Shift | Logistics support function specialist, provides logistical needs to JOC facility, Sub-station and to detailers | 191.50 | $10,042.62 |
| 8/21/16-9/17/16 | | | X | X | | | 201619-201620 | WILSON | NV Special Agent | Investigations (Integrated Investigations), Swing Shift | Integrated Investigations function officer, works for Pershing County Sheriffs to assist in investigation of state violations | 121.00 | $10,841.53 |
| 8/7/16-9/17/16 | | | X | X | | | 201618-201620 | WISEMORE | NV TeleComm Specialist | Comm Tech, Night Shift | Communications function specialist, works on radio/dispatch communications network | 332.00 | $17,484.87 |
| 8/21/16-9/17/16 | | | X | X | | | 201619-201620 | WOODS | CA Ranger | City Patrol, Swing Shift | City Patrol function officer, works patrol in the city/closure area to enforce federal laws, CFR regulations, CO restrictions, permit stipulations | 130.75 | $9,477.56 |
| 8/21/16-9/17/16 | | X | X | X | | | 201619-201620 | YACIBIC | NV/BRFO Archaeologist | Environmental Compliance, Day Shift | Environmental Compliance function, worked with BRC environmental teams on environmental SRP compliance | 123.00 | $6,666.82 |
| 4/17/16-9/17/16 | X | X | X | X | | | 201610-201620 | YOUNG | OLES Region 5 State Chief Ranger | Comm Chief, Day Shift | Communication Function, Chief of program which includes radio network, dispatch, IT Equipment and IT Staff | 557.75 | $50,305.43 |
| 7/24/16-9/17/16 | | X | X | X | X | | 201617-201618 | ZOHOVETZ | NV Resident Ranger | Logistics - Pre Event / Environmental Compliance - Main Event, Day Shift | Pre Event - Logistics support function specialist, provides logistical needs to JOC facility, Sub-station and to detailers   Main Event - Environmental Compliance Monitoring function, worked with BRC environmental teams on environmental SRP compliance | 297.00 | $16,061.57 |
| | | | | | | | | | | | **LABOR TOTAL:** | 19,808.25 | 1,381,718.17 |

AR10608

AR10609

| NO. | CONTRACTOR | PURPOSE | AMOUNT OBLIGATED | AMOUNT INVOICED | SOLE SOURCE | ONE-TIME vs. ANNUAL | CONTRACT DOCUMENT (see Attached) |
|---|---|---|---|---|---|---|---|
| | | 2016 BURNING MAN - BLM CONTRACTS (ATT#3) | | | | | |
| 1 | SHI International | Microsoft licensing and support | $ 7,060.72 | $ 7,060.72 | NO | Annual | L16PB00672 |
| 2 | Midland Radio Corporation | Radio encryption & accessories | $ 21,976.00 | $ 21,976.00 | Yes | One-Time | L16PD00794 |
| 3 | Alvarez & Associates, LLC | Satellite tracking updates & service | $ 55,435.15 | $ 55,435.15 | Yes | Annual | L16PD00826 |
| 4 | IAA USDA (Forest Service) Labor | LE Patrols | $ 50,000.00 | $ 37,938.85 | Yes | Annual | L16PG00202 |
| 5 | IAA HHS Labor | Medical support | $ 30,000.00 | $ 0.00 | Yes | Annual | L16PG00203 |
| 6 | Modular Space Corporation | Rental of 60' modular building for medical program | $ 5,401.94 | $ 5,401.94 | No | One-Time | L16PX01189 |
| 7 | Lyman Communications, LLC | Network services | $ 106,300.00 | $ 106,300.00 | No | Annual | L16PX01421 |
| 8 | High Desert Internet Services | Microwave Wireless Internet | $ 22,500.00 | $ 22,500.00 | No | Annual | L16PX01422 |
| | | Total | | $ 256,612.66 | | | |

AR10611

## 2016 BURNING MAN - TRAVEL PER PERSON (ATT #4)

*Travel Expenses include (Not all personnel have each item): Airfare, Lodging, Per Diem and Travel Incidentals, and Rental Car*

| LAST NAME | AMOUNT | POSTING DATE | TRIP PURPOSE |
|---|---|---|---|
| ALBRIGHT | $161.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| ALLEN | $485.75 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| ANDRES | $278.25 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| ANDREWS | $112.29 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| BARNES | $180.75 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| BARRIOS | $146.00 | Oct 2016 | Travel for related assigned duties at Burning Man event |
| BLACK | $1,006.36 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| BLEVINS | $348.73 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| BOIK | $171.00 | Oct 2016 | Travel for related assigned duties at Burning Man event |
| BOLES | $48.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| BOONE | $527.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| BOXX | $380.25 | Sept/Nov 2016 | Travel for related assigned duties at Burning Man event |
| BRASINGTON | $274.75 | Sept/Oct 2016 | Travel for related assigned duties at Burning Man event |
| BRIDGES | $476.11 | Sept/Nov 2016 | Travel for related assigned duties at Burning Man event |
| BRISCOE | $171.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| BUCHANAN | $210.25 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| CARPENTER | $399.00 | Oct 2016 | Travel for related assigned duties at Burning Man event |
| CARTER | $613.39 | Oct 2016 | Travel for related assigned duties at Burning Man event |
| CULVER | $188.75 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| CUNNINGHAM | $951.00 | Aug/Sept 2016 | Travel for related assigned duties at Burning Man event |
| CURRY | $160.75 | Sept/Nov 2016 | Travel for related assigned duties at Burning Man event |
| DAHL | $1,034.71 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| DEAN | $252.50 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| EVENSON | $155.75 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| FELIX | $160.75 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| FISCHER | $175.75 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| FONKEN | $355.75 | Aug/Sept 2016 | Travel for related assigned duties at Burning Man event |
| FREIBERG | $165.75 | Sept/Nov 2016 | Travel for related assigned duties at Burning Man event |
| GARCIA | $510.61 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| GOCHIS | $593.70 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| GOOD | $206.35 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| GRIMES | $526.75 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| HARRIS | $944.66 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| HAUCK | $160.75 | Oct 2016 | Travel for related assigned duties at Burning Man event |
| HINCKLEY | $231.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| HONE | $175.75 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| HOWELL | $522.77 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| HUEGERICH | $212.43 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| HUSTON | $355.50 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| HYRONS | $106.75 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| IAGULLI | $101.92 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| JENSEN | $553.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| JOHNSON | $837.66 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| KING | $1,370.03 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| KURTZ | $151.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| LASHER | $380.43 | Aug/Sept 2016 | Travel for related assigned duties at Burning Man event |
| LLOYD | $727.86 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| MACK | $427.93 | May/June 2016 | Travel for related assigned duties at Burning Man event |
| MANSEAU | $256.50 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| MARSOOBIAN | $514.12 | Sept/Nov 2016 | Travel for related assigned duties at Burning Man event |
| MCGRATH | $175.75 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| MILLER | $728.87 | Sept/Oct 2016 | Travel for related assigned duties at Burning Man event |
| MILLION | $407.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| MITSUYASU | $161.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| MOE | $362.50 | Sept 2016 | Travel for related assigned duties at Burning Man event |

| | | | |
|---|---|---|---|
| MOORE | $171.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| MURRELL | $281.61 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| NALEN | $146.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| NARDINGER | $481.54 | Aug/Sept/Oct 2016 | Travel for related assigned duties at Burning Man event |
| NICHOLS | $534.40 | Aug 2016 | Travel for related assigned duties at Burning Man event |
| OELRICH | $438.28 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| OPER | $195.75 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| PAIVA | $219.20 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| PIRTLE | $1,283.74 | Oct 2016 | Travel for related assigned duties at Burning Man event |
| RICE | $400.28 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| RICHARDSON | $634.31 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| ROMERO | $289.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| ROOP | $175.75 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| RUSSELL | $146.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| SCHETZLE | $505.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| SCHWIRIAN | $1,603.75 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| SHILAIKIS | $476.25 | Sept/Oct 2016 | Travel for related assigned duties at Burning Man event |
| SMITH | $609.75 | Sept/Nov 2016 | Travel for related assigned duties at Burning Man event |
| SONES | $141.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| SPAIN | $170.75 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| STEENHOVEN | $160.75 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| STEPHENSON | $935.25 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| STOLTS | $161.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| SULLIVAN | $651.76 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| SUMINSKI | $1,521.65 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| TAYLOR | $199.50 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| TEMPLETON | $497.18 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| TITUS | $396.00 | Sept/Nov 2016 | Travel for related assigned duties at Burning Man event |
| WAGGONER | $461.25 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| WEAVER | $160.75 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| WHITEHAD | $406.75 | Sept/Nov 2016 | Travel for related assigned duties at Burning Man event |
| WILLIAMS | $160.75 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| WILSON | $146.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| Winn OFC | $29.50 | Dec 2016 | Travel for related assigned duties at Burning Man event |
| WISEMORE | $713.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| WOODS | $736.00 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| YOUNG | $2,855.76 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| ZOHOVETZ | $337.75 | Sept 2016 | Travel for related assigned duties at Burning Man event |
| **TOTAL** | **$40,727.89** | | |

AR10613

AR10614

## 2016 BURNING MAN - VEHICLE UTILIZATION (ATT#5)

| Plate Number | Utilization Amount | | Plate Number | Utilization Amount |
|---|---|---|---|---|
| 889 | $748.44 | | 428 | $960.30 |
| 061 | $69.01 | | 447 | $249.91 |
| 754 | $1,966.14 | | 448 | $529.11 |
| 171 | $1,134.84 | | 456 | $781.84 |
| 202 | $257.44 | | 570 | $678.04 |
| 554 | $453.59 | | 771 | $444.40 |
| 742 | $1,724.92 | | 816 | $759.78 |
| 982 | $880.60 | | 127 | $249.46 |
| 028 | $796.95 | | 570 | $743.04 |
| 474 | $268.21 | | **TOTAL** | **$49,480.52** |
| 559 | $371.20 | | | |
| 023 | $491.04 | | | |
| 061 | $1,592.58 | | | |
| 110 | $897.40 | | | |
| 286 | $442.96 | | | |
| 287 | $2,687.48 | | | |
| 316 | $565.11 | | | |
| 462 | $1,012.48 | | | |
| 491 | $681.39 | | | |
| 532 | $1,157.48 | | | |
| 566 | $649.91 | | | |
| 584 | $2,075.64 | | | |
| 609 | $1,945.01 | | | |
| 678 | $1,178.80 | | | |
| 730 | $543.20 | | | |
| 731 | $1,195.26 | | | |
| 737 | $918.72 | | | |
| 762 | $106.26 | | | |
| 782 | $2,424.10 | | | |
| 808 | $1,281.00 | | | |
| 809 | $1,361.15 | | | |
| 836 | $1,661.10 | | | |
| 858 | $959.42 | | | |
| 977 | $785.40 | | | |
| 980 | $800.24 | | | |
| 984 | $1,178.10 | | | |
| 075 | $1,833.93 | | | |
| 098 | $1,251.28 | | | |
| 200 | $698.04 | | | |
| 241 | $1,518.00 | | | |
| 398 | $1,520.82 | | | |

AR10615

AR10616

| \| RECEIPT # | VENDOR | CARD HOLDER | AMOUNT | DESCRIPTION |
|---|---|---|---|---|
| **2016 BURNING MAN - MISC. SUPPLIES AND EQUIPMENT (ATT#6)** | | | | |
| R-1 | AARDVARK | FONKEN | $102.21 | New Duty Holster (Orginal damaged by participant). |
| R-2 | BANNERSONTHECHEAP.COM | GOCHIS | $50.77 | Banner for JOC Modular Building "BLM LAW ENFORCEMENT", also shipping cost. |
| R-3 | BEST BUY      00017830 | KING | $50.97 | Printer Cables for Communication function. |
| R-4 | BEST BUY      00017830 | YOUNG | $1,789.23 | Technical Equipment accessories/supplies for Communications function. |
| R-5 | BIG O TIRES 28105 | JOHNSON | $510.96 | New tire on LE vehicle, damaged at event. |
| R-6 | BLM-NIFC FIRE CACHE | GOCHIS | $854.73 | Crew time report booklets for event detailers. |
| R-7 | BOSCH MOTORS | CADIGAN | $388.97 | Gov't vehicle detailing, post use at event (included new air filter). |
| R-8 | BOUND TREE MEDICAL LLC | TEMPLETON | $346.92 | Medical supplies for medical unit function. |
| R-9 | BRUNOS SHELL & TOWING | MILLION | $16.57 | Fuel for washer at BRS for detailer vehicles. |
| R-10 | BRUNOS SHELL & TOWING | MILLION | $10.00 | Flat tire repair for detailer vehicle. |
| R-11 | CAPRICE ELECTRONICS | GOCHIS | $26.00 | Earplugs for detailers. |
| R-12 | CC 1013 JAMES ROBERTS | APPOLD | $2,500.00 | Payment to HHS contractor James Roberts (medical unit team member) for duties rendered at event (Gov't check) |
| R-13 | CONOCO - WHEAT MONTANA | NARDINGER | $19.10 | Generator fuel for detailer lodging trailer. |
| R-14 | CONVENIENCE CHECK FEE | APPOLD | $47.50 | Check fee for Gov't check to James Roberts. |
| R-15 | ENTERPRISE RENT-A-CAR | IAGULLI JR | $165.68 | Rental fee for truck rental to deliver IT equipment to playa from Reno, communicatiuon function. |
| R-16 | FEDEXOFFICE  00024026 | GOCHIS | $248.69 | Laminator for JOC, admin function. |
| R-17 | GRUBER INDUSTRIES | KING | $154.05 | Cat5e Patch cables, communication function. |
| R-18 | HC WAREHOUSE/BUCKSTAFF | GOCHIS | $64.18 | Restraint belts, event LE function. |
| R-19 | IN *CORPORATE SIGNATUR | GOCHIS | $784.00 | Education material for participant handout, compliance function. |
| R-20 | LOVE S COUNTRY00002469 | IAGULLI JR | $86.60 | Fuel charges for communications rental truck, communication function. |
| R-21 | LOWES #03034* | KING | $219.37 | Air filters for AC units for housing of technical equipment, communication function. |
| R-22 | MINIMUS.BIZ | GOCHIS | $1,353.69 | Bulk purchase of hand sanitizer and sunscreen for detailers. |
| R-23 | NETBRANDS MEDIA CORP. | GOCHIS | $1,622.79 | BLM/LE wristbands, LE function. |
| R-24 | OAKLEY, INC. | BOIK | $2,500.00 | Dust Goggles, detailers safety function. |
| R-25 | OFFICE DEPOT #2605 | BOIK | $575.70 | LE 0ffice supplies for JOC. |
| R-26 | OFFICE DEPOT #2628 | GOCHIS | $170.79 | Management office supplies for JOC. |
| R-27 | PEAVEY CORP. | HYRONS | $32.31 | Evidence supplies, LE function. |
| R-28 | PELICAN PRODUCTS INC | KING | $1,832.50 | Pelican Rack/Case system for CAD servers (Rack/Case #1), communication function. |
| R-29 | PELICAN PRODUCTS INC | YOUNG | $1,140.48 | Four pelican case for handheld radio storage, communication function. |
| R-30 | PELICAN PRODUCTS INC | YOUNG | $1,832.50 | Pelican Rack/Case system for CAD servers (Rack/Case #2), communication function. |
| R-31 | POWERWERX | BLACK | $439.72 | Communications supplies/parts, communications function. |
| R-32 | PROVANTAGE LLC | KING | $683.00 | Communication equipment (PDU), communication function. |

AR10617

| R-33 | RACK SOLUTIONS INC | KING | $728.14 | Communication equipment (racks), communication function. |
|---|---|---|---|---|
| R-34 | SAFARILAND, LLC | GOCHIS | $2,247.00 | Drug NIK test kits, LE evidence function. |
| R-35 | SCHEELS ALL SPORTS INC | FREIBERG | $800.00 | PPE uniform pants, compliance function. |
| R-36 | SECURITY PRO USA | GOCHIS | $1,005.80 | Dust Scarfs (Shemagh), detailers safety function. |
| R-37 | SIRCHIE FINGER PRINT L | HYRONS | $259.33 | Evidence bags, LE evidence function. |
| R-38 | SKAGGS COMPANIES, INC. | GOCHIS | $80.00 | Batteries, detailers support function. |
| R-39 | SPORTS DEN-CORPORATE | GOCHIS | $550.00 | PPE uniform shirts, compliance function. |
| R-40 | SQ *ANDYS LOCK AND KEY | MILLION | $8.00 | Extra keys for event UTVs. |
| R-41 | SQ *JAYS DETAIL | WATKINS | $160.00 | Gov't vehicle detailing, post use at event. |
| R-42 | STAPLES    00104174 | GOCHIS | $46.76 | Management office supplies for JOC. |
| R-43 | TA #172 SPARKS NV | IAGULLI JR | $130.02 | Fuel charges for communications rental truck, communication function. |
| R-44 | THE HOME DEPOT #3313 | MILLION | $29.96 | Lumber for JOC logistic project, support function. |
| R-45 | TOOLFETCHLL | GOCHIS | $150.12 | Light lantern, LE function. |
| R-46 | VENUS COMMUNICATIONS L | BLACK | $2,029.91 | Antenna's and accessories, communication function. |
| R-47 | WASHOE COUNTY | ALLEN | $475.00 | Dispatcher training, NCIC TAC/Dispatch function. |
| R-48 | WWW.IBSUPPLY.COM | ACOSTA | $19.80 | Key tags, logistic function. |
| R-49 | WWW.NEWEGG.COM | KING | $227.83 | Synology Camera licence pack, communication function. |
| R-50 | WWW.RESCUEGEAR.COM | GOCHIS | $516.54 | Handheld radio harnesses, management function. |
| R-51 | NIFC | BLACK | $1,425.00 | Handheld radio batteries (Within agency transfer of funds) |
| R-52 | NIFC | BLACK | $128.16 | Shipping of NIFC Handheld radio batteries (Within agency transfer of funds) |
| TOTAL | | | $31,637.35 | |

AR10618

# EXHIBIT L

# EXHIBIT L

AR10619



| YEAR | LABOR (BROKEN OUT OF COST RECOVERY) | CONTRACT LABOR COSTS | % INCREASE LABOR FROM PREVIOUS YEAR | % INCREASE LABOR FROM 2011 | COST RECOVERY ESTIMATE | FINAL COST RECOVERY | INDIRECT COST RATE % (SURCHARGE) | INDIRECT COSTS | COST RECOVERY FINAL INDIRECT COSTS | % INCREASE COST RECOVERY FROM PREVIOUS YEAR | % INCREASE COST RECOVERY FROM 2011 | PROFFER PROJECT MANAGER | PROFFER ACCOUNT/OUTDOOR PLANNER | PROFFER REC ACCOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | | | 40% | 40% | | | 10% | | | 60% | | | | |
| 2012 | | | 100% | 100% | | | 11.4% | | | 171% | 2013 | | | |
| 2013 | | | 25% | 250% | | | 20.9% | | | -4% | 2015 | | | |
| 2014 | | | 25% | | | | 22.90% | | | 22% | | | | |
| 2015 | | | -19% | 190% | | | 22.90% | | | 77% | | | | |
| 2016 | | | | | | | | | | | | | | |

# EXHIBIT M

# EXHIBIT M

AR10621



660 Alabama St., 4th Fl
San Francisco, CA 94110

Catalyst for creative culture in the world

Carol Shank
Chair, Pershing County Commission
Drawer E
Lovelock, Nevada 89419

February 1, 2017

Dear Commissioner Shank,

I'd like to first thank you and the other Commissioners for your continued support and leadership. The entire Burning Man organization extends appreciation for the work you do and for the opportunity to work together to produce a safe, enjoyable event for thousands of people from across the country and around the world.

I write to you today to respond to the Pershing County Sheriff's Office's 2016 Post Mission Synopsis submitted to you by Sheriff Jerry Allen at the December 7, 2016, Commission meeting, and to provide important information about the 2016 Burning Man event. We greatly appreciate the public safety service provided by PCSO at Burning Man and the level of detail included in Sheriff Allen's Synopsis, but we have some concerns about the content of the report, which I will address here. We would like to set the record straight.

There have never been upward of 80,000 people at Burning Man. Even when all staff, volunteers, public health and safety employees, and government officials are counted along with paid participants, the total number of people on site has never even approached 80,000, let alone exceeded that number. We have provided detailed, day-by-day population counts to Sheriff Allen each of the last two years, in the form of predictions pre-event and live data during the event. Our population is strictly monitored by the Bureau of Land Management in compliance with our permit, and we meet with BLM and PCSO daily during the event to review these numbers.

Peak population never lasts 8-10 days. The event is eight days long, as allowed by our permit, and the population gradually increases pre-event as people arrive to build, leading to a peak that usually occurs on Friday of the event. In 2016 that peak was Friday, September 2. The population tapers off on Saturday of the Man Burn and Sunday of Temple Burn. Monday, Labor Day, is the last day of the event. Staff and volunteers remain on site, dismantling the city and cleaning up.

There have never been several thousand people on the Burning Man event site for approximately two months. In 2016 our Closure Order was in effect from August 1 through September 21 (you can see this public document on our website or in the Federal Register). Again, Sheriff Allen has been given these numbers for the past two years, including additionally 2014 numbers so that he could plan appropriately for 2015. Fewer than 25 people surveyed the city for the first four days in 2016, when there was no infrastructure in place on the playa. An additional team of approximately 35 people then started working on site on August 5. The number of workers slowly ramped up in the following weeks, increasing along with art and theme camp infrastructure just before the gates opened to the public on August 28. There were only three days that the total population - including paid participants, staff, volunteers, public health and safety employees, and government officials - exceeded 70,000, and these three days occurred during the event.

There is no need for 200 deputies at Burning Man. Pershing County at large may have a crime rate that warrants one deputy per 400 people as Sheriff Allen suggests, but Black Rock City does not. Burning Man would like to put this argument behind us once and for all. We submit for your consideration information below we feel is instrumental in understanding law enforcement needs at Burning Man.

AR10622

In his Post Mission Synopsis, Sheriff Allen cites Nevada's Uniform Crime Report. Using the 2015 report and comparing it to information about Burning Man from all records available to us including PCSO's own records and reports, we find that:

1. **Domestic violence** happens once every 19 minutes in Nevada. In Black Rock City domestic violence happens once every 5,760 minutes.
2. **Murder** occurs every two days, one hour, and 12 minutes in Nevada. Murder has never occurred in Burning Man's 30-year history.
3. **Rape** occurs every five hours and 11 minutes in Nevada, but in Black Rock City there has never been more than one arrest per year for any type of sexual assault. Most of these sexual assault charges do not rise to the level of felony rape.
4. **Aggravated assault** occurs once every 44 minutes in Nevada. There has been one arrest for aggravated assault in the past 10 years in Black Rock City.
5. **Arson** happens every day in Nevada but has happened only once in Burning Man's history.
6. **Human trafficking** occurs once every day in Nevada and not once at Burning Man in its 30-year history.
7. **Larceny** occurs every 12 minutes in Nevada but has been charged just once in the past 10 years at Burning Man.
8. **Motor vehicle theft** occurs every 46 minutes in Nevada and just twice in the past 10 years in Black Rock City.
9. **Prostitution** has not occurred in Black Rock City.
10. **Child endangerment** has been charged once in the past 10 years at Burning Man.
11. There are 5.5 charges for any kind of **assault or battery** at Burning Man, on average, each year.
12. There were 11,593 **drug abuse violations** in Nevada in 2015, or one violation every 45 minutes. Compare this to the 30 arrests and 55 charges for drug abuse violations at Burning Man in 2015, or one charge every 209 minutes.

In 2016, 62 of the 152 PCSO citations issued in connection with the Burning Man event were for possession of less than an ounce of marijuana. That's 40.7% of the PCSO citations issued and hundreds of hours of officer time. Possession of less than 1oz of marijuana is now legal in Nevada. That is to say, 41% of Pershing's citations in 2016 were issued for conduct that is now legal in the state of Nevada, as decided by the citizens of the state. We expect this new law will free up a significant amount of time and budget for PCSO in 2017.

In 2016, 15 of the 152 (9.8%) PCSO citations issued in connection to the Burning Man event were given to people who had their prescription medicine in a different container than the original prescription bottle. One of these people wrote Burning Man to say that their life sustaining HIV medicine was confiscated by PCSO, and they had to drive back to San Francisco to replace it. Another person wrote to tell us that 12 officers spent more than six hours searching his bus and van only to find prescription adderall, vitamins, protein powder and electrolytes. BRC feels strongly that PCSO should prioritize more serious crimes over these crimes that do not even warrant mention on the Uniform Crime Report.

All of these statistics are based on available information. I would be happy to sit down with you and discuss in more detail our track record or additional information you may have.

In his Post Mission Synopsis Sheriff Allen criticized BRC's efforts to help him acquire radios for use during Burning Man, and in a December 14, 2016, Lovelock Review-Miner article Sheriff Allen said "this has already strained relations for the 2017 festival." It is not Burning Man's responsibility to provide basic equipment for

PCSO that officers use year-round. Even so, BRC has provided radios each year, at our own expense, and just last month submitted an offer to PCSO to purchase 60 radios with batteries, chargers, surveillance kits, and cases that were bought in 2015 for over $80,000, for $10,000 (see enclosed letter from Roger Vind). This

represents a $70,000 loss for BRC and a $70,000 savings for Pershing County.  BRC hopes PCSO will take advantage of this offer.

BRC works closely with Pershing County and PCSO year-round to plan for Burning Man and support PCSO's on-site operations. In 2016, as in 2015, PCSO implemented an integrated law enforcement command structure with BLM. BRC paid for PCSO's personnel and provided and paid for PCSO's meals, radios, pagers, computers, printers, fuel, infrastructure, power, light towers, dispatch, computer-aided design (CAD) data entry, internet, telephones, housing space and trailers, sanitation, waste management, jail, decontamination station, medical care, offices, report writing center, evidence trailer, Unified Command post, dust abatement, fencing, and the shared Emergency Operations Center.

Burning Man is concerned that PCSO did not provide a day of training to its deputies to acclimate them to the environment and event, or to PCSO's policies and procedures. Black Rock City is a desert environment with many cooperating agencies involved in public health and safety, along with BRC's operational departments and medical services provider. Considering these conditions and the fact that one of our participants almost died after an injection of ketamine was administered by a PCSO deputy in 2015, I hope you will understand our concern for lack of training, which could create potential liability for the County.  BRC would like to work with PCSO to provide information and materials for officer training to ensure they are familiar with Black Rock City and best prepared for the conditions there.

Sheriff Allen referenced in his Synopsis additional conversations with "several different entities within Northern Nevada" about emergency response at Burning Man, citing "extremely dismal results" but not saying which entities he spoke with or what specifically constituted dismal results. This report is the first time BRC is being made aware of such conversations, and we have not been included in these conversations about our event. I hope you will support me in requesting that BRC be included in emergency planning for our event in the future.

Burning Man and PCSO agree that serious offenders should be evicted from the event and issued a No Trespass Warning. However, BRC does not agree that every person arrested should be forced to leave the event and issued a No Trespass Warning. Sheriff Allen said in his Synopsis that "there were those representatives of BRC who did not think it necessary to continue to issue No Trespass Warnings to participants who had been arrested. BLM was willing to take over as the permitting entity to sign any warnings to prevent arrestees from returning and continuing their criminal enterprise."  At no point in time did BRC say it was unnecessary to continue issuing No Trespass Warnings. As I said, BRC does not believe *every person arrested* should be issued a No Trespass Warning. The example above should be enough of an explanation for our position - BRC believes that a person arrested for having their medication in a different container does not pose a serious threat to public safety, and that this behavior certainly does not constitute a criminal enterprise. Also, due process means that everyone is innocent until proven guilty.  Simply being arrested for a crime, does not mean that someone is guilty.

Sheriff Allen voiced concern in the Synopsis regarding nine arrests made prior to the Entrance Gate opening to the public and that the arrests were all made for possession and/or trafficking of illegal narcotics. Sheriff Allen refers additionally to "numerous medical incidents" that, coupled with the nine pre-event arrests, indicate PCSO must provide law enforcement services "earlier in the festival."  Burning Man shares Sheriff Allen's concerns about illegal narcotics, including pre-event possession or trafficking. However, I'd like to take this

opportunity to remind you that PCSO is under no obligation to respond to most medical incidents and that pre-event law enforcement patrol is addressed in the 2013 Settlement Agreement between Burning Man and Pershing County, on p.3 sec 1.7:

  ▪ "Burning Man Event or Event is an assembly (within the meaning of NRS 244.3542) sponsored by BRC customarily occurring each year during a period of eight days prior to Labor Day on public land

encompassed in whole or in part by the Black Rock Conservation Area shall qualify as a Burning Man event so long as it occurs during a two-week period at any time from June 1 through and including Labor Day (the first Monday in September)."

The Settlement Agreement specifies a time-frame of two weeks encompassing the eight-day event, providing for additional time before and after the event itself for PCSO to initiate and complete law enforcement operations.

Finally, Appendix E of the Synopsis is an invoice from PCSO to the County for $39,959.20. This invoice was subsequently forwarded by the County to BRC and payment requested.  BRC's Legal Department is in receipt of the invoice and will be responding to the letter soon. If you have questions in the interim, about the invoice or the Settlement Agreement, please contact General Counsel Ray Allen directly.

As we prepare for the 2017 Burning Man event, and as the Commission contemplates the 2017 budget, we want you to have all the facts and information you need. In 2016 BRC paid Pershing County $240,000 for services rendered, and if Sheriff Allen elects to go with integrated command again, we will pay the same amount in 2017. Law enforcement levels at Burning Man are more than adequate, crime is low, and Nevada voters have just freed up a large portion of the PCSO budget. I hope the information I've provided in this letter will help to inform your decision-making, and of course we are happy to provide additional information or meet with you to discuss these issues further.

Respectfully,

*Marnee Benson*

Marnee Benson
Political Affairs Manager
Burning Man

cc    Commissioner Larry Rackley
      Commissioner Robert McDougal
      District Attorney Bryce Shields
      Sheriff Jerry Allen