1  LANCE WENGER
   Regional Solicitor
2  JANELL M. BOGUE
   Assistant Regional Solicitor
3  U.S. Department of the Interior
   Office of the Regional Solicitor
4  Pacific Southwest Region
   2800 Cottage Way, Room E-1712
5  Sacramento, CA 95825
   Telephone:    (916) 978-5690
6  Facsimile:    (916) 978-5694
   janell.bogue@sol.doi.gov
7
8  Attorneys for the Bureau of Land Management

9                  UNITED STATES DEPARTMENT OF THE INTERIOR
                      OFFICE OF HEARINGS AND APPEALS
10                     INTERIOR BOARD OF LAND APPEALS

11  BLACK ROCK CITY LLC,                )   IBLA 2019-109
                                        )
12              Appellant,              )
                                        )
13        v.                            )   Appeal from Cost Recovery Decision for
                                        )   Burning Man 2018 Special Recreation Permit
14  BUREAU OF LAND MANAGEMENT,          )
                                        )
15              Respondent.             )
   _____)

16              **BLM ANSWER TO STATEMENT OF REASONS**

17        The United States of America, Department of the Interior, Bureau of Land Management

18  ("BLM"), by and through its attorney of record, does hereby submit the BLM's answer to Black

19  Rock City LLC's ("BRC's") statement of reasons ("Appeal") to the Interior Board of Land

20  Appeals ("Board").  The BLM hereby requests that the Board affirm the BLM's above-captioned

21  decision.

22  **I.    BACKGROUND**

23        **A.    Event history**

24        Burning Man is a combination art festival, social event, and experiment in community

25  living.  Administrative Record Document # ("AR") 10 at 1-1.[1]  The event site is known as Black

---

[1] Much of this background is also set forth in the BLM's Answer in Appellant's appeals of the 2015, 2016, and 2017 Burning Man event cost recovery decisions docketed as IBLA 2016-115, 2017-126, and 2018-086.  AR 103, 184, 257.

AR03568

Rock City, in recognition of the site's location on the Black Rock Desert.  Burning Man was first held on public lands in 1990 and with one exception in 1997, has continued annually.  *Id.* Attendance at Burning Man grew steadily until the 2015 event and the event population limit remained at 70,000 paid participants through 2018.  *Id.*; AR 61, 123, 141, 200, 269.

BRC applied for and received a multi-year special recreation permit ("SRP") from the BLM to conduct the Burning Man event for the years of 1992 to 1995.  AR 10 at 1-1.  Due to the increasing size of the event and issues associated with that growth, the BLM completed additional environmental analysis and BRC applied for and received a second SRP from the BLM in 1996.  *See Coalition for the High Rock/Black Rock Emigrant Trail National Conservation Area*, 147 IBLA 92 (1998).  In 1997, Burning Man was held on private land on Hualapai Flat in Washoe County, Nevada.  AR 10 at 1-1.  In 1998 and 1999, Burning Man moved back onto public lands at the southern end of the Black Rock Desert playa, about four miles north of Gerlach, Nevada.  *Id.*  The BLM completed an Environmental Assessment ("EA") under the National Environmental Policy Act and issued an SRP for these years.  *Id.*  From 2000 to 2011, the event was held approximately 8.5 miles northeast of Gerlach after the preparation of four EAs and the issuance of an SRP for each year.  *Id.*  In 2011, the event sold out for the first time.  *Id.*  In 2012, the BLM prepared an EA that analyzed Burning Man for the years 2012 through 2016.  As the Proposed Action, the EA analyzed a Burning Man event with a maximum population of 58,000 to 70,000 people, with the BLM authorized officer determining the maximum population within that range for each year of the permit.  For the 2017 and 2018 events, the BLM prepared a Determination of NEPA Adequacy ("DNA") that outlined how the existing EA analyzed the event.  AR 198, 266.  On July 27, 2018, the BLM issued an SRP, including special stipulations, to BRC for a maximum population of 70,000 paid participants.  AR 267, 268, 269.  The Burning Man event is the largest, most complex SRP that the BLM issues and administers.  Declaration of Mark E. Hall ("Hall") ¶22.

**B.    Cost recovery**

From at least 2000 through 2006, BRC paid a permit fee for its SRP based upon "per person per day" use.  *See Black Rock City LLC*, 173 IBLA 49, 51 (2007).  A portion of that fee

AR03569

covered the BLM's costs of processing and administering the permit.  *Id.* at 52.  That fee grew as the event's population and the participants' length of stay grew.  For example, the fee paid by BRC went from approximately $484,000 in 2000 to $710,000 in 2005.  *Id.*  Starting in 2007, the BLM determined that the Burning Man event required cost recovery under the BLM's SRP regulations.  *See* 43 C.F.R. § 2932.30.

Relevant to this appeal, the BLM determined that more than 50 hours of staff time would be required to process the SRP for the 2018 Burning Man event, so cost recovery of direct and indirect expenses related to issuing and administering the permit was required under the BLM's regulations.  *Id.*; AR 247, 249, 250, 253, 254.  The BLM calculated an estimate of the direct and indirect costs for its administration of the 2018 Burning Man SRP in two phases.[2]  For Phase 1, which included the initial planning for the 2018 Burning Man event, the estimated costs were $707,866.  AR 250.  Phase 2 included the balance of the estimated costs for the BLM to administer the SRP, or $2,142,959.25.  AR 252, 253, 254.  The BLM's total estimated costs for the 2018 Burning Man event were $2,850,825.25.  *Id.*  The BLM transmitted both the Phase 1 and Phase 2 estimates as decisions (collectively as the "Estimate Decision") and BRC signed them, without filing any appeal.  AR 250, 335.  BRC paid the full amount prior to the beginning of the 2018 Burning Man event, in accordance with the BLM's regulations.  AR 263; *see also* 43 C.F.R. § 2932.32.

After the event was complete and the BLM compiled and reviewed for accuracy its total actual costs for administering the 2018 Burning Man SRP, the agency issued a decision transmitting those costs to BRC.  AR 310, 311, 312 ("Closeout Decision").  The Closeout Decision dated March 29, 2019 explained that based upon the Estimate Decision and the actual

---

[2] BRC complains about the increases in costs for previous Burning Man events.  Appeal at 5-12.  None of those previous event costs are included in the decision under appeal and in some cases, BRC complains about costs that were never actually included in the relevant event cost recovery decisions.  Appeal at 8-9.  BRC could have appealed those BLM decisions, but the time for such appeals has long since passed.  43 C.F.R. § 4.411.  For the 2015 through 2017 Burning Man events, BRC did in fact appeal (IBLA 2016-115, 2017-126, 2018-086).  Likewise, BRC's background section includes numerous unsupported assertions about BLM's administration of previous Burning Man event SRPs, which are not at issue in this appeal.  Appeal at 5-12.  Accordingly, BRC's complaints about past BLM actions are not relevant to this appeal and the Board should not give any weight to BRC's unsubstantiated assertions of BLM error in past years.

AR03570

costs incurred by the BLM, BRC was owed a <u>refund</u> of $272,759.64 due to overpayment.  AR 312 at 1.  BRC timely filed its appeal from the Closeout Decision.

## II.        STATUTE, REGULATION, AND POLICY

### A.        FLPMA

SRPs are issued under the general authority of the Secretary of the Interior to administer use of the public lands, pursuant to section 310 of the Federal Land Policy and Management Act ("FLPMA").  43 U.S.C. § 1740; *see also Michael Voegele*, 174 IBLA 313, 318 (2008).  Section 304(a) of FLPMA authorizes the Department of the Interior to establish reasonable charges with respect to applications for use of the public lands.  43 U.S.C. § 1734(a).  The Secretary of the Interior may "require a deposit of any payments intended to reimburse the United States for reasonable costs with respect to applications…relating to such lands."  *Id.*  Section 304(b) of FLPMA states that reasonable costs include, but are not limited to the costs of "monitoring construction, operation, maintenance and termination of any authorized facility; or other special activities."  43 U.S.C. § 1734(b).  That section further provides:

> In determining whether costs are reasonable under this section, the Secretary may take into consideration <u>actual costs</u> (exclusive of management overhead), the monetary value of the rights or privileges sought by the applicant, the efficiency to the government processing involved, that portion of the cost incurred for the benefit of the general public interest rather than for the exclusive benefit of the applicant, the public service provided, and other factors relevant to determining the reasonableness of the costs.

*Id.*; *see also Michael Voegele*, 174 IBLA at 318 (emphasis added).  Section 303 grants the Secretary of the Interior the authority to enforce Federal law on public lands.  43 U.S.C. § 1733(a); *see also Black Rock City LLC*, 173 IBLA 49 at fn.11-12 (2007).

### B.        FLREA

The Federal Lands Recreation Enhancement Act of 2004 ("FLREA") (16 U.S.C. § 6801-6813) repealed the relevant provisions of the Land and Water Conservation Fund Act and authorized the Secretary of the Interior to issue SRPs and charge fees for specialized recreation uses of Federal recreation lands and waters such as group activities, recreation events, and motorized recreational vehicle use.  16 U.S.C. § 6802(h).  The FLREA states that any recreation fee must be consistent with the following six criteria:

AR03571

(1) The amount of the recreation fee shall be commensurate with the benefits and services provided to the visitor.
(2) The Secretary shall consider the aggregate effect of recreation fees on recreation users and recreation service providers.
(3) The Secretary shall consider comparable fees charged elsewhere and by other public agencies and by nearby private sector operators.
(4) The Secretary shall consider the public policy or management objectives served by the recreation fee.
(5) The Secretary shall obtain input from the appropriate Recreation Resource Advisory Committee, as provided in section 4(d) [16 USCS § 6803(d)].
(6) The Secretary shall consider such other factors or criteria as determined appropriate by the Secretary.

16 U.S.C. § 6802(b).  Recreation fee is defined as "…an entrance fee, standard amenity recreation fee, expanded amenity recreation fee, or special recreation permit fee."  16 U.S.C. § 6801(8).  While FLREA is the sole authority for recreation fees, other federal and state laws are unaffected.  16 U.S.C. § 6813(a), (d).

**C.     SRP Regulations**

The SRP regulations became effective in 2002.[3]  43 C.F.R. § 2930; 67 Fed. Reg. 61732 (October 1, 2002).  The Burning Man event has been classified by the BLM as a commercial use event, since BRC receives money from participants for the Burning Man event held on public land.  *See* 43 C.F.R. § 2932.5.  The BLM is authorized to charge a fee for commercial use of the public lands under an SRP in an amount set by the BLM Director.[4]  43 C.F.R. § 2932.31(a).  The BLM Director adjusts the fees, as necessary, and must publish fees and adjustments in the Federal Register.[5]  43 C.F.R. § 2932.31(b), (c).

In addition to the commercial use fee set by the BLM Director described above, if the BLM anticipates that it will need more than 50 hours of staff time to process an SRP for commercial use in one year, it may charge a fee for recovery of the processing costs.  43 C.F.R. §

---

[3] DOI issued a proposed rule to modify the regulations to comply with FLREA on November 22, 2005 (70 Fed. Reg. 70570) and issued the final rule on February 21, 2007 (72 Fed. Reg. 7832).  Those changes are not relevant to this appeal.  *See Black Rock City LLC*, 173 IBLA at 58.
[4] BLM IM 2014-055 sets forth the national special recreation permit fee schedule and establishes commercial use fees at 3% of gross revenue effective March 1, 2014. AR 29 and 30.  Those fees were updated on November 20, 2017.  82 Fed. Reg. 55112.
[5] Effective October 1, 1999, fee adjustments are made every three years using 1984 as the base year and based on the change in the Implicit Price Deflator Index.  The automatic three-year fee adjustment policy and fee calculation methods were published in the Federal Register in 1989 and 1999.  *See* 54 Fed. Reg. 42998 and 64 Fed. Reg. 41133.

2932.31(e)(1).  Cost recovery charges include the BLM's costs of issuing the permit, including

necessary environmental documentation, on-site monitoring, and permit enforcement.  43 C.F.R.

§ 2932.31(e)(3).  All fees must be paid before the BLM will authorize use and any overpayment

may be refunded.  43 C.F.R. §§ 2932.32, 2932.33.  Fees may be waived on a case-by-case basis

for accredited academic, scientific, and research institutions, therapeutic, or administrative uses.

43 C.F.R. § 2932.34.  In accordance with FLPMA, SRPs must provide for the protection of

natural resources and public safety on the public lands.  43 C.F.R. §§ 2932.26, 2932.41.

### D. 1323 Manual

The BLM's Manual 1323 – Cost Recovery for Reimbursable Projects/Activities ("1323

Manual") describes its policies and procedures for cost recovery.  AR 1.  The 1323 Manual states

that the BLM's policy is that applicants "…will reimburse the Government for direct and indirect

costs involved in processing applications."  *Id.* at .06A.  Indirect costs are defined as:

> …costs expressed as a percent of direct costs which are of such a nature that the
> amounts applicable to a specific project cannot be accurately or readily
> determined.  Indirect/overhead costs are incurred either jointly for the benefit of
> more than· one cost reimbursable project, or in units which are so small that they
> cannot practically be reported separately on Time and Attendance Reports or
> other accounting documents.  Indirect/overhead costs include any costs which
> must be coded to the following "overhead" activities: General Administration,
> Data Management, and Equal Employment Opportunity costs relative to BLM
> employment.

*Id.* at Glossary page 2.  The 1323 Manual also describes the accounting procedures for

calculating indirect costs.

> The Bureau's indirect/ overhead costs, exclusive of management overhead, are
> recovered by the application of a single predetermined indirect cost rate to direct
> costs incurred.  <u>The Bureau has only one indirect cost rate and it is applicable to
> all cost recoverable services.</u> This rate is subject to periodic review and change.
> These indirect costs are automatically included in the category fee schedule.

*Id.* at .18B4 (emphasis added).

### E. SRP Handbook

The BLM Recreation Permit Administration Handbook H-2930-1 ("SRP Handbook")

was updated on November 17, 2014 and describes both SRP administration and cost recovery

procedures.  AR 46.  "For commercial permits that exceed the 50-hour threshold, the BLM

charges cost recovery in addition to fees arising from the national recreation fee schedule."  *Id.* at

AR03573

1-22.  "Cost recovery covers all federal activities that convey special benefits to recipients

beyond those accruing to the general public." *Id* at 1-20.  The SRP program uses the same cost

recovery procedures as the BLM's lands and realty program, so the 1323 Manual is applicable to

cost recovery for SRPs.  *Id.* at 1-27.  The SRP Handbook defines indirect costs consistent with

the 1323 Manual, but with more detailed examples.

> Indirect costs represent those administrative and program costs that may be
> attributed to processing the application, including a portion of the costs of
> equipment, space rental, telephone services, postage, personnel transfer costs,
> administrative and clerical support, training, safety, public information,
> cartography and basic series mapping, aviation management, telecommunications,
> equipment maintenance, and systems design and implementation. Excluded from
> indirect costs are management overhead, managerial work, evaluations of office
> activities, program coordination, technical program direction, environmental
> education and interpretation, interagency planning, studies and research,
> preparation of NEPA documents relating to general program planning, law
> enforcement, and firefighting. Nominal indirect costs are recovered through the
> indirect cost rate, determined annually by the BLM's budget office in consultation
> with the Interior Business Center (IBC) (22.9 percent of total direct costs as of
> 2014), as part of the administration of cost recovery accounts.

*Id.* at 1-30.  The SRP Handbook also requires the BLM to ensure public safety and resource

protection.  *Id.* at vii, 1-3.  As part of this requirement, law enforcement related to the SRP is

described as a direct cost.  *Id.* at 1-28.

## F.   Office of Management and Budget Circular No. A-25 (Revised)

The Office of Management and Budget ("OMB") Circular A-25, released on July 8,

1993, establishes Federal policy regarding fees assessed for the use of Government resources.

AR 2.[6]  OMB developed Circular A-25 in accordance with Title V of the Independent Offices

Appropriations Act of 1952 ("IOAA"), codified at 31 U.S.C. § 9701.  *Id.*  Circular A-25

establishes a policy that "user charges will be sufficient to recover the full cost to the Federal

Government…"  *Id.* at Section 6.a.2.  Section 6.d.1. defines full cost as "all direct and indirect

costs to any part of the Federal Government" and includes direct and indirect personnel costs,

physical overhead, and other indirect costs such as material and supply costs, utilities, insurance,

---

[6] The revised version of OMB Circular A-25 was also published in the Federal Register. 58 FR 38142 (July 15, 1993).  That version is included in the record as AR 3.

AR03574

travel, rents or imputed rents, and management and supervisory costs.  *Id.* at Section 6.d.1.(a) through (e); *see also Black Rock City LLC*, 173 IBLA at 58, fn.5.

**G.     BLM Policy**

In compliance with its law, regulation, and policy described above, the BLM has issued Instruction Memorandums ("IMs") outlining SRP administration and cost recovery.  AR 28 and 29 (IM 2014-032 - indirect cost recovery rate and waiver), 30 and 31 (IM 2014-055 - adjustment of minimum SRP fees), 43 and 44 (IM 2014-119 - SRP administration).  For example, IM 2014-032 describes how the BLM must engage in cost recovery.

> The BLM incurs administrative costs on all cost-recoverable, reimbursable, contributed trust account, and road maintenance projects. As these are real administrative costs, the BLM should realize full cost recovery unless an approved waiver or reduction request of the indirect administrative cost rate can be justified.

AR 28 at 3.  That IM also provides examples of indirect costs, including administrative support such as procurement, contracting, finance, office services, and record management, public information, budget development, and training.  *Id.*  To implement the 1323 Manual's explanation regarding a single indirect rate, the BLM set that rate at 21.8 percent of direct costs across the BLM for Fiscal Year 2018.  AR 242.  Processing of SRPs for commercial activities or groups is specifically listed as requiring the indirect cost recovery rate.  AR 94 at 2, 242 at 2.

**III.   LEGAL ARGUMENTS**

**A.     Standard and Scope of Review**

SRPs are issued under the general authority of the Secretary of the Interior to administer use of the public lands, in accordance with FLPMA and FLREA.  BLM has considerable discretion under section 302(b) of FLPMA in approving and issuing SRPs.  43 C.F.R. § 2932.26; *Michael Voegele*, 174 IBLA at 318; *Bookcliff Rattlers Motorcycle Club*, 171 IBLA 6, 13 (2006); *Daniel T. Cooper*, 150 IBLA 286, 291 (1999).  If a BLM decision has any rational basis, it will not be held arbitrary and capricious, or an abuse of discretion.  *Michael Voegele*, 174 IBLA at 318; *Obsidian Services, Inc.*, 155 IBLA 239, 248 (2001).  An appellant challenging a decision bears the burden of proof to show by a preponderance of the evidence that a challenged decision is in error.  *Bookcliff Rattlers Motorcycle Club*, 171 IBLA at 13.  To demonstrate error by

AR03575

preponderance of the evidence, an appellant must "prove that something is more likely so than not so; in other words, the 'preponderance of the evidence' means such evidence, when considered and compared with that opposed to it, has more convincing force and produces in your minds belief that what is sought to be proved is more likely to be true than not true." *United States v. Feezor*, 130 IBLA 146, 200 (1994).  "Statements alleging impropriety unaccompanied by evidence and supporting documentation or mere differences of opinion are insufficient to demonstrate error in BLM's decision."  *Animal Protection Institute of America*, 118 IBLA 63, 66-67 (1991).

BRC generally challenges the BLM's administration of the SRP for the Burning Man event.  *See e.g.,* Appeal at 34 (arguing that the BLM should not have designated the event as "mission-critical"), 36 (claiming that BLM staff spent excessive time providing communications and technology services).  The record, however, shows that the BLM's administration is reasonable and informed by the experience and opinions of its staff, who are experts in their areas of work.  Further, the agency is informed by many years of experience with the Burning Man event, including the unique requirements of this SRP.  BRC's opinion is that the BLM should have administered the SRP differently, possibly resulting in lower cost recovery for BRC.  However, in such instances, the Board has held that the BLM is entitled to rely upon the judgment of its staff.  "The Secretary is entitled to rely upon his technical experts; absent showing of error by a preponderance of the evidence, a mere difference of opinion with BLM's expert will not overcome the reasoned opinions of the Secretary's technical staff."  *Susan J. Doyle*, 138 IBLA 324, 327 (1997).

As a remedy, BRC asks that the Board order the BLM to refund either in full or in part the amount paid under the Closeout Decision.  For example, BRC asks the Board to refund "all costs paid for all officers deployed in excess of the Event's reasonable public safety needs."  Appeal at 30.  BRC also requests that the Board require the BLM to "revisit and correct all aspects of its Burning Man operations…"  Appeal at 19.  Such a remedy is not appropriate, nor is it within the scope of the Board's jurisdiction because the Board has no general supervisory authority over the BLM.  *See Western Watersheds Project*, 175 IBLA 237, 263 (2008); *see also*

AR03576

1    *Yates Petroleum Corporation*, 175 IBLA 44, 48 ("[A]lthough we may consider BLM decisions

2    'as fully...as might the Secretary,' we cannot manage the public lands as a proxy for BLM.

3    Rather, we may modify a BLM decision only to correct an underlying error of law or fact in the

4    context of a challenge to the merits of that BLM decision.").  BRC asks the Board to put itself in

5    the shoes of the BLM to weigh and balance what is necessary to administer the Burning Man

6    SRP, but such a determination is not properly within the scope of the Board's review.  Instead, if

7    the Board finds that the BLM's Closeout Decision was not adequately supported, it should

8    remand the decision back to the agency for action consistent with the Board's opinion.

9    **B.    The BLM's Closeout Decision is rational and adequately supported**

10       BRC first complains that the BLM failed to sufficiently explain its costs for the 2018

11   Burning Man event.  Appeal at 15-18.  BRC's attempt to characterize its disagreement with the

12   Closeout Decision as a BLM failure does not support BRC's burden on appeal.  The record

13   shows that the BLM provided ample explanation of its actual costs for administering the SRP

14   along with the Closeout Decision.  The explanation included: 1) a summary of the BLM's total

15   costs, breaking out labor costs, equipment charges, travel costs, and the indirect cost recovery

16   rate; 2) a project log naming each person working on the Burning Man 2018 SRP, the dates they

17   worked, their position, their duties before, during, and after the event, and the amount charged

18   for that work; 3) a summary sheet showing each contract entered into by the BLM for the

19   Burning Man 2018 SRP and the purpose and cost of that contract, as well as copies of the

20   contracts themselves; 4) travel expenses incurred by each person working on the Burning Man

21   2018 SRP; 5) vehicle utilization for each vehicle used for the Burning Man 2018 SRP; and 6) a

22   list of the supplies and equipment used for the Burning Man 2018 SRP, as well as the receipts

23   supporting each expense.  AR 310, 311, 312.  The BLM also provided BRC with comparisons

24   between the Estimate and Closeout Decisions.  *Id*.

25       The Closeout Decision was compiled from actual expense data which was formatted into

26   user-friendly documents that were provided to BRC.  Declaration of Mark Pirtle ("Pirtle") ¶4.

27   Rather than rely upon the detailed information provided by the BLM, BRC argues that the BLM

28   must provide more detailed time records, including pay grades, for all staff.  Appeal at 16.  BRC,

however, fails to provide any legal authority for its argument.  BRC also claims that the BLM must provide "the detail required for any understanding of what the travel was and whether it was reasonable."  Appeal at 17.  Indeed, the BLM has done that in its Closeout Decision, by providing the exact cost per person to travel to and from the 2018 Burning Man event.  AR 312 at 12-13.  BRC further alleges that the BLM is "choosing to utilize personnel who have a higher pay grade than necessary," inferring that the agency has a duty to use the lowest pay level required for each position it staffs.  Appeal at 18.  BRC does not provide any evidence to support its claim.  Nor does BRC outline any legal foundation for its argument, likely because no law, regulation, or policy requires such action by the BLM.  Instead, "[t]he recipient of a BLM decision is entitled to a reasoned and factual explanation providing a basis for understanding and accepting the decision or, alternatively, for appealing and disputing it before the Board." *Bookcliff Rattlers*, 171 IBLA at 21.  The Closeout Decision, including the explanatory spreadsheets, copies of receipts and contracts, as well as the documents comprising the administrative record (including emails, letters, and memorandums between the BLM and BRC throughout the processing of the SRP) provides a reasoned and factual explanation about the total costs charged to BRC through cost recovery for the 2018 Burning Man event.  BRC's opinion that more detail should have been provided or that the costs should have been lower does not show error in the Closeout Decision.

Under the BLM's SRP regulations, cost recovery charges consist of the BLM's costs of issuing the permit, including necessary environmental documentation, on-site monitoring, and permit enforcement.  43 C.F.R. § 2932.31(e)(3); *see also Bookcliff Rattlers*, 171 IBLA at 17-18 ("We find that the limiting language in 43 C.F.R. § 2932.31(e)(3) is consistent with [FLPMA] section 304(b), and that its inclusion in the SRP cost recovery regulation meets the 'reasonableness' test set forth by the Court in *Nevada Power Co. v. Watt*, 711 F.2d at 927.").  Appellant argues that reasonable costs are not the same as actual costs, but the court in *Nevada Power Co.* acknowledged that an agency's actual costs could, in fact, be reasonable.  *Nevada Power Co. v. Watt*, 711 F.2d at 925, fn.6 ("We do not imply that Interior may never require an applicant to bear all of the costs of processing an application.").  Here, BRC has provided no

evidence to show that the Closeout Decision includes more than those costs incurred by the BLM for the 2018 Burning Man event, which the BLM determined were necessary and reasonable to administer the SRP.  The BLM provided BRC with not only a summary of those costs, but also the detailed contracts, invoices, and pay broken out by each employee who worked to administer the SRP.

BRC complains about the specific level of detail provided by the BLM, but BRC's complaint is only a difference of opinion rather than a demonstration of error.  For example, BRC argues that the BLM should provide BRC with more detailed information about the tasks performed by each employee or the travel costs charged through the Closeout Decision.  *See* Appeal at 16-17 (arguing that the BLM should have provided the pay level for each employee and that more details must be provided about each individual's travel).  BRC provides no support for its claim, and in any event, the BLM did actually provide such detail.  AR 312 (description of work, total hours worked, travel expenses, and total pay for each employee charged to the cost recovery account).  This is the underlying data supporting the BLM's Closeout Decision and that data allows BRC to ascertain how the BLM's charges were calculated.  *See Bookcliff Rattlers*, 171 IBLA at 21.  The BLM prepared a summary chart upon which the Closeout Decision was based, but then also provided the support underlying that chart, including the contracts, receipts, and the total hours worked by each person along with their duties during the BLM's planning for the event and during the event itself.  This is more than sufficient documentation to show how the BLM arrived at the amount in the Closeout Decision.  BRC provides no support for its claim that it must be provided information such as pay grade and the exact locations that each employee traveled from.  Accordingly, the BLM's Closeout Decision is properly supported, rational, and should be affirmed.

BRC further speculates, without support, that the BLM based its Closeout Decision on costs mandated by prior BLM employees.  Appeal at 12, 19-21.  Such speculation does not support BRC's burden on appeal.  In reality, the BLM engages in a nearly year-long planning process to prepare for the Burning Man event.  Hall ¶5; Declaration of Chelsea McKinney ("McKinney") ¶8; Declaration of Rebecca Andres ("Andres") ¶7.  During that planning process,

the BLM's entire administration of the SRP is reviewed to determine where efficiencies can be found and where practices may need to change. Hall ¶5; Andres ¶7; AR 193; AR 331. The BLM then includes a list of the planned staff positions, including estimated hours that will be necessary, in its Estimate Decision. AR 252. BLM bases its staffing levels and estimated hours on previous years' after action reviews and input from various stakeholders, including BRC. Hall ¶5. Indeed, the BLM specifically detailed the cost differences between 2017 and 2018 in the letter accompanying its Estimate Decision. AR 254. Appellant signed the 2018 Estimate Decision and thereby accepted those changes and costs. AR 335. Further, a close review of the 2018 Closeout Decision compared to the 2017 Closeout Decision shows that the majority of increases came from the BLM's costs contracting for dispatch services for the event. Compare AR 312 and 224. Appellant paid for those dispatch services directly in 2017, so they did not add to the cost recovery total. However, the BLM determined that it needed to administer the contract in 2018 due to the need for open competition. Andres ¶56. Accordingly, the costs were captured by the cost recovery process as a direct cost, resulting in an overall increase in 2018.[7] The BLM has adequately explained how it calculated the costs in the Closeout Decision and those costs and explanations are reasonable and supported by the record. There is simply no evidence to support BRC's claim that the BLM's explanation was insufficient.

BRC alleges that the BLM's costs have risen even though the Burning Man event's population has remained fairly static.[8] Appeal at 20-21. However, BRC offers no support for its implication that the BLM's costs must correspond to the population size at the Burning Man event. While BRC argues that it is "absurd" that the Burning Man event is highly regulated by the BLM (Appeal at 19), BRC ignores the fact that Black Rock City temporarily becomes one of the largest cities in Nevada and is located solely on public lands managed by the BLM. Hall

---

[7] Those direct costs then became subject to the required indirect cost recovery rate of 21.8% for 2018. AR 242. The indirect cost recovery rate does not apply to items paid directly by BRC.

[8] BRC cites the Declaration of Marnee Benson at Exhibit C, which includes those costs attributed to the indirect cost recovery rate and commercial use fees. Those amounts are imposed by the BLM on an agency-wide basis and do not support BRC's claims that the fees for the Burning Man event are unreasonable. The indirect cost recovery rate is charged as a percentage of the direct costs for the Burning Man SRP, which rose and fell from 2011 to 2018. Commercial use fees have remained steady at 3% of gross revenue of the SRP holder, so Appellant's increased gross revenue resulted in increased commercial use fees. Both increases are outside the scope of this appeal.

AR03580

¶¶19-29.  The BLM's administration of the SRP is consistent with its duty to protect natural resources and public safety on public lands.[9]  *Id.*  The record does not support BRC's claims that the BLM erred in the Closeout Decision.  It is clear that BRC does not agree with the costs incurred by the BLM in its administration of the Burning Man SRP, but that disagreement does not demonstrate agency error and is not sufficient to meet the burden on appeal.

### C.   BLM's designation of the Burning Man event as mission-critical is reasonable and adequately supported

BRC also objects to the BLM's designation of the 2018 Burning Man event as mission-critical work.  Appeal at 34-36.  Contrary to BRC's argument that this allows the BLM to "over-compensate its personnel," the mission-critical designation merely lifts the bi-weekly pay cap and allows BLM employees that are exempt from the Fair Labor Standards Act to receive overtime, so that they are fairly compensated for their work.[10]  Andres ¶¶40-43; Hall ¶¶4-11.  It is important to note that this designation only applied to 25 of the 75 assigned law enforcement positions at the 2018 event.  *Id.*  BRC provides no support for its claim that the BLM's designation was in error, and instead alleges that the mission critical designation was a decision of past BLM managers and that the BLM has not shown that it could staff the event without such a designation.  *Id.*  In fact, record shows clearly that current BLM managers made the decision and that the BLM was required to assign officers to work at the 2018 event because there were insufficient volunteers.  The BLM's mission-critical determination was reasonable and supported.

By regulation, the BLM may determine that an employee is needed to perform work that is critical to the mission of the agency and once that designation is made, the agency must pay premium pay even if the pay-period cap is reached.  5 C.F.R. §550.106(b)(1); Andres ¶¶40-43.  The BLM's Deputy Director for Operations made the determination that the Burning Man event is mission-critical work, allowing those BLM employees working at the event to earn premium

---

[9] Additionally, the BLM's cost recovery has generally trended down since 2013, and the small increases in 2017 and 2018 can be mostly attributed to contract administration changes.  AR 257 at 13; AR 151; Andres ¶55; Pirtle ¶¶7-8.
[10] See OPM's website at https://www.opm.gov/policy-data-oversight/pay-leave/pay-administration#url=2018 for a detailed explanation of the bi-weekly pay cap.  (last visited July 25, 2019).

pay for their overtime work.[11]  AR 251.  The BLM also designated the 2017 Burning Man event as mission-critical.  AR 167.  As BRC points out, the BLM previously designated Burning Man as an emergency event from 2012-2016, which also entitled employees to earn premium pay. AR 12, 25, 42, 58, 92.  That designation was made because of the event's remote location, the substantial and rapid population growth to over 70,000 people, and the limited nature of local resources.  AR 99 at 1.[12]  Both the mission-critical designation and the emergency designation allow the agency to pay the overtime rate as a true time-and-a-half rate and remove the per-period pay cap of paid regular hours and overtime hours combined.  5 C.F.R. § 550.107; *see also* AR 99 at 2.  This is important because without the designation lifting the pay cap, some BLM employees working at the event would be compensated at less than their normal pay rate, which would not be fair or reasonable.  Hall ¶10.  The Burning Man event is designated as a national detail, which means that it exceeds the level of law enforcement support that the Nevada BLM can provide and staff must be detailed from outside the area.  AR 133, 246; Andres ¶43.  That shows both the critical nature of the event for the BLM and also how the agency has difficulties fully staffing the event.[13]  *Id*. ¶¶8-10; Andres ¶43.

BRC has only shown that it disagrees with the BLM's mission-critical designation, rather than agency error.  BRC's mere opinion that the BLM should have administered the event differently is insufficient to overturn the decision on appeal.

> This Board has long held that even when an appellant's assertions are neither erroneous nor unreasonable, merely representing a different point of view in the controversy over what course of action is in the public interest, a BLM decision in the exercise of its discretion will ordinarily be affirmed when such judgment has been exercised by an official duly delegated with the authority to do so.

*Arizona Zoological Society*, 167 IBLA 347, 356 (2005) (*citing Rosita Trujillo*, 21 IBLA 289, 291 (1975)).

---

[11] The BLM Deputy Director, Operations recognized that program efficiencies could be gained by issuing a Permanent Instruction Memorandum in 2018 rather than annual authorizations.  AR 251, 326, 328.

[12] *See also* Declaration of Logan Briscoe re: 2017 event (AR 257 at 49-52); Declaration of William Mack re: 2016 event (AR 184 at 45-46); Declaration of Zachary Oper re: 2015 event (AR 103 at 33-34).

[13] Calculations prepared before the 2016 Burning Man event also showed that lifting the pay cap saved over $100,000.  *See* AR 257 at 15; AR 99.

AR03582

BRC also attempts to lay error at the feet of prior BLM employees, who were not involved in the planning or decision-making for the 2018 Burning Man event.  Appeal at 34.  In reality, the record shows that the mission-critical designation was made in 2018 by agency experts familiar with the Burning Man event in order to address public safety and resource protection concerns.  AR 326, 328; Hall ¶¶4-11; Andres ¶40-43.  "[T]he Board will not substitute its judgment for that of the technical experts employed by the Department acting within their field of expertise in the absence of clear error."  *Arizona Zoological Society*, 167 IBLA at 356 (2006).  Accordingly, BRC has not supported its burden on appeal and the BLM Closeout Decision should be affirmed.

### D.    BRC has not shown error in the Closeout Decision regarding the BLM's law enforcement operations

BRC also challenges the BLM's Closeout Decision with regard to the agency's law enforcement operations.  Appeal at 18-36.  BRC specifically disagrees with how the BLM determines the appropriate level of law enforcement staffing for the Burning Man event (Appeal at 20-23), argues that the BLM is working outside the proper scope of its law enforcement activities (Appeal at 23-28), maintains that the BLM officers do not actually do any work (Appeal at 28-30), complains about the use of specific kinds of officers (Appeal at 30-32), and challenges the BLM's establishment of a substation within the event site (Appeal at 33-34).  However, BRC's mere disagreement with the BLM's law enforcement does not show BLM error in the Closeout Decision.  *See Bookcliff Rattlers Motorcycle Club*, 171 IBLA at 13.  The BLM has shown that its law enforcement operations are necessary to protect public safety and natural resources, especially considering that the Burning Man event temporarily becomes the one of the largest cities in Nevada with approximately 80,000 people on the public lands of the Black Rock playa.  AR 142 at 1; 316 at ES-3.  Moreover, the record shows that the BLM has provided an adequate explanation for the necessity of its law enforcement operations at the event.  BRC's arguments, therefore, do not support its burden on appeal.

AR03583

1.     **The scale and scope of the BLM's law enforcement at the Burning Man event is appropriate and adequately explained**

As an initial matter, the BLM has the authority and discretion to determine the level of law enforcement necessary on the public lands.  *See Black Rock City*, 173 IBLA at 66, fn. 11; *see also Reed v. U.S. Department of the Interior*, 231 F.3d 501, 505-506 (2000).  Under FLPMA, the BLM is required to ensure resource protection and public safety on the public lands.  43 U.S.C. § 1733.  Staffing levels are set in order to meet the law enforcement operational objectives, which for the Burning Man event included safeguarding and protecting human life and natural resources, to ensuring that the event occurred without disruption, and maintaining law and order. Andres ¶6.  Given the size of the Burning Man event and the number of participants, as well as the rugged terrain and the resource values at the Black Rock Desert, the BLM must be prepared for many different kinds of incidents.  The BLM determined that 75 law enforcement officers were needed for the 2018 Burning Man event based upon the projected number of participants, although due to staffing limitations only 74 officers were actually present.  Andres ¶¶7-9.  Such a calculation is entirely within the discretion of the agency and here, the BLM's determination is reasonable and adequately explained.

BRC points out that since 2011, the BLM's law enforcement staffing costs have increased.  Appeal at 20-22.  That is evident from the record, although it should be noted that the number of BLM officers has decreased since 2016.  AR 141.[14]  Regardless, BRC provides no objective evidence to support its implication that the BLM erred by changing its law enforcement staffing levels over time or illustrate how the BLM's 2018 Closeout Decision was in error.  BRC argues that the BLM has never assessed the appropriate number of law enforcement officers needed at the Burning Man event.  Appeal at 22.  In support of its arguments, BRC attempts to blame BLM employees that were not even involved with the 2018 Burning Man event.  *Id.*  But

---

[14] This chart shows the BLM law enforcement staffing levels at the Burning Man event from 2010-2016.  75 officers were planned for the 2017 Burning Man event.  For the 2018 Burning Man event, the BLM planned for 75 officers but only 74 were available.  Andres ¶9.  In 2017, the peak participant population was 69,121, although total population reached 79,454.  AR 220.  In 2018, the BLM issued BRC a notice of noncompliance because participant population went over the permitted amount.  AR 291.

AR03584

1    its unsupported allegations cannot sustain the burden on appeal, especially when the record is

2    clear that the appropriate BLM staff and decision makers actually did consider all the relevant

3    factors in setting its staffing levels for the 2018 event.[15]  The BLM's Law Enforcement

4    Operations Chief/Planner for the 2018 Burning Man event described how the BLM planning

5    team determined the number of law enforcement staff that would be required.  Andres ¶¶6-43;

6    *see also* Hall ¶¶3-29 (BLM Authorizing Official for 2018 Burning Man event).  The planning

7    team considered the recommended staffing levels from the International Association of Chiefs of

8    Police and the number of deputies assigned to the event from the Pershing County Sheriff's

9    Office ("PCSO").[16]  Andres ¶¶11-15.  Further, the BLM planning team considered the after-

10   action reviews ("AAR"), operational assessments, and permit evaluations compiled each year by

11   both BLM and BRC.  AR 13, 18, 26, 47, 51, 81, 82, 84, 85, 138-143, 221, 222, 332.  Especially

12   relevant to the 2018 Burning Man event, the BLM's 2017 AAR described how the Pershing

13   County Sheriff's Office is understaffed for the event, requiring the BLM to provide sufficient

14   officers to ensure public safety.[17]  AR 221 at 13-14.  Additionally, the 2016 Operational

15   Assessment recommended no change in law enforcement staffing.  AR 142 at 16-20.  While the

16   BLM planned for the same number of law enforcement officers as 2017, staffing limitations

17   resulted in only 74 officers at the 2018 event.  Andres ¶9.  The number of planned law

18   enforcement officers actually decreased for 2016 through 2018 versus 2015 and 2014, while the

19   event population trended up.  *See* AR 141, 220, 291.  Therefore, the record clearly shows that the

20   BLM reviews its staffing needs on a yearly basis and has a well-explained rationale for the

21

22

---

[15] Appellant made similar claims in its appeal regarding the 2015, 2016, and 2017 events.  The BLM explained in response to those appeals that the agency's planning process each year involves reevaluating its law enforcement and civilian staffing needs.  AR 103, 184, 257.  BLM's Table of Organization for the 2018 event lists all required positions.  AR 331.

[16] After the 2016 event, the Pershing County Sheriff noted, "The Burning Man festival has, for several years, far exceeded the resources of not only Pershing County, but the Law Enforcement resources of Northern Nevada as a whole."  2016 Pershing County Post Mission Synopsis at 2 (attached to BRC's Statement of Reasons as Exhibit B to Declaration of Roger Vind in the appeal of the 2016 Burning Man Event Closeout Decision (IBLA 2017-126)).  The BLM and PCSO entered into a memorandum of understanding before the 2017 Burning Man event and agreed to cooperate, assist, and coordinate to protect persons and property on the public lands.  AR 170; Andres ¶¶10-11.

[17] PCSO also highlighted this issue in its Post-Mission Synopsis, which was prepared after the 2018 event.  AR 327 at 8-10, 12-14.

AR03585

numbers at the 2018 Burning Man event.  BRC's unsubstantiated opinion does not show error in the Closeout Decision.

BRC also claims that the BLM increased the number of law enforcement officers for the 2018 event, without explanation.  Appeal at 22.  That claim is belied by the record, which shows that the BLM planned for 75 officers at the 2018 event, the same level as in 2016 and 2017.  AR 141; 257 at 36; 331; Andres ¶9.[18]  Also, BRC signed Estimate Decision prior to the beginning of the 2018 event, which outlined the plan for 75 officers.[19]  AR 335.  The BLM has repeatedly outlined the reasons for its staffing levels and BRC's mere disagreement with those reasons does not show agency error in the Closeout Decision.

Next, BRC argues that the statistics show that the BLM's law enforcement officers are not necessary at the staffing levels implemented for the 2018 Burning Man event.  Appeal at 23-28.  BRC particularly complains about the BLM's public contacts and questions the necessity of traffic stops and the enforcement of drug laws at the Burning Man event.  *Id*.  However, BRC's attempt to direct BLM's law enforcement activities on public lands, supported by only by BRC's unsubstantiated opinion, is not sufficient to support its burden on appeal.  The BLM has explained how it enforces public land laws, including ensuring public safety and resource protection, by educating public land users.  Andres ¶¶16-20.  At the Burning Man event, law enforcement officers use proactive contact, generally classified as "public contact" in its computer-aided dispatch ("CAD") system, with participants in order to ensure that they are aware of all the relevant rules.  Andres ¶¶16-18.  This is especially important for new participants who make up approximately 36% of the total city population.  Andres ¶17.  Public contact is done during the officers' patrols and also at the law enforcement substation located along the Esplanade, which is the "main street" of Black Rock City.  Andres ¶¶17-18.  Contrary to BRC's allegations, statistics alone do not dictate the level of law enforcement needed at the Burning Man event.  Andres ¶20.  The record demonstrates how BLM's unique law enforcement

---

[18] *See also* Declaration of Logan Briscoe ¶7, filed with the BLM's Answer in the appeal of the 2016 Closeout Decision (IBLA 2017-126).  AR 184 at 36.

[19] Staffing difficulties meant that there were only 74 officers working at the 2018 Burning Man event.  Andres ¶9.

AR03586

presence at the Burning Man event acts as a crime deterrent and works to maintain the safety of the event participants. *Id.* While BRC may believe that the BLM law enforcement staffing level is too high, BRC provides no legal support for its suggestion that the BLM is only allowed to staff the event based upon the number of past incidents or on citations issued in previous years. Appeal at 27-28.

As described above, the BLM and BRC each compile a yearly report to provide post-operational assessments of the management of the event, including recommendations for future years. AR 13, 18, 26, 47, 51, 81, 82, 84, 85, 138-143, 323, 332. Those reports have documented incidents including a rainstorm that caused a closure of the entire event for a period of time, a participant that barricaded himself in a vehicle and threatened harm to himself and others, and a vehicle-caused fatality. AR 81 at 3-4. They also described an incident where a participant battered BRC's own Black Rock Rangers, requiring BLM's law enforcement officers to use force to subdue the assailant. AR 138 at 14, 140 at 29-30.[20] The reports detail thousands of law enforcement public contact and assistance events, as well as hundreds of BLM citations issued for violations of federal laws or the closure order. AR 143. BLM's law enforcement staffing level for the 2018 Burning Man event is reasonable, considering the issues encountered in the past and the BLM's responsibility to ensure public safety.[21]

BRC also argues that the cost of BLM's investigators should not be included in the Closeout Decision. Appeal at 30-31. As the BLM's lead planner for law enforcement operations for the 2018 Burning Man event explained, the BLM uses an integrated command model at the event, and during 2018 approximately 10 BLM officers per day are paired with PCSO deputies. Andres ¶¶31. This provides the most efficient policing possible, since it allows the federal officers to handle any violations of federal regulations and the local deputies to handle state/local law issues, without waiting for the other to respond. *Id.* Further, the BLM investigators generally assist with narcotics investigations, person on person crimes, and violations of federal

---

[20] As a result, BRC expressed interest in hiring private security personnel for the 2017 and 2018 Burning Man events. *See* Andres ¶19. This potentially illustrates the need for more law enforcement at Burning Man, not less.
[21] In 2019, a Burning Man event volunteer/participant was found guilty of assaulting a federal officer at the 2018 event. Andres ¶24.

regulations that take more time than a ranger can handle in a short period of time. *Id.* ¶23. This model is in accordance with the BLM-PCSO MOU signed in early 2017. AR 170. BRC has not provided any evidence of BLM error in its use of the integrated command model and investigators, especially considering the unique nature of the Burning Man event on public lands. Hall ¶27.

BRC further complains about the BLM's use of an agent from the Office of Law Enforcement and Security, Office of Professional Responsibility ("OPR"). Appeal at 32. During the Burning Man event, the BLM uses a temporary supervisory structure to ensure that its law enforcement officers are following all applicable agency protocols and policies. Andres ¶¶33-35. The presence of an OPR agent is critical to meeting BLM requirements for reporting and evidence review. *Id.* Additionally, the OPR agent is on-site and available to investigate any allegations of misconduct against federal personnel assigned to the Burning Man event. *Id.* ¶35. Since Burning Man event participants come from across the country and sometimes the world, investigations would be logistically difficult to conduct after the event. *Id.*[22] Accordingly, the special challenges presented by the Burning Man event have led the BLM to determine that the presence of an OPR agent is required and necessary to the administration of the Burning Man SRP and should therefore be subject to cost recovery under the applicable regulations. *Id.* ¶¶33-35. BRC provides no evidence of BLM error and while it might disagree with the BLM's rationale, BRC's disagreement does not support its burden on appeal.

Ultimately, the BLM has the discretion to determine the nature and extent of its law enforcement operations in order to administer the Burning Man SRP. Other than mere disagreement with the BLM's determinations, BRC points to no error in law, regulation, or policy on the part of the agency. Accordingly, BRC has not met its burden to overturn the BLM's Closeout Decision.

---

[22] In the past, BRC has supported the presence of an OPR agent and recognized that it serves as a way for BLM to be transparent and responsive regarding complaints about BLM law enforcement operations. Andres ¶34.

AR03588

## 2.      The BLM's substation is reasonable

BRC next argues that it should not be required to pay for the costs associated with the BLM's law enforcement substation.  Appeal at 33-34.  However, the BLM has explained and demonstrated the important law enforcement purposes served by the substation and BRC's complaints do not support its burden on appeal.

As described above, the BLM's law enforcement substation is centrally located in Black Rock City.  Andres ¶¶37-39; Hall ¶¶28-29.  The Joint Operations Center ("JOC"), the main hub for both civilian and law enforcement operations, is located approximately a half-mile outside of Black Rock City and so participant access is somewhat limited.  *Id.*  The substation is a central location where Burning Man participants can access law enforcement, in order to do things like report criminal activity and file missing person reports.  *Id.*  This central location and ready access is especially important given the size and scale of the event.  *Id.*

For the 2018 Burning Man event, the BLM assigned one officer at a time to work at the substation for two hour shifts, which provided 24-hour coverage.  Andres ¶38.  Patrols were ongoing throughout the event but there were limited uniformed officers on duty at any one time compared to the over 76,000 people on the playa at peak population.  *Id.* ¶¶14-15; AR 220.  Having a location where participants had direct access to law enforcement was determined to be important to public safety.  Andres ¶¶37-39; Hall ¶¶28-29.  The substation also provides a place where officers can interview witnesses or victims without the added stress and time that could result from removing them to the JOC.  Andres ¶37.  For these reasons, the BLM has determined that the substation is necessary to ensure public safety at the Burning Man event.  *Id.* ¶39; Hall ¶29.

Officers also can utilize the substation to write reports so they do not have to travel back to the JOC, which creates efficiencies and reduces labor costs.  Andres ¶37.  Given that the trailer that serves as the substation was purchased by the BLM with its own funds and not via cost recovery, the substation actually provides a no-cost benefit to BRC.  *Id.*  The BLM has determined that the substation serves an important public safety purpose for the Burning Man event.  The substation may be incidentally beneficial to the BLM because those Burning Man

participants who had a fun and safe experience at the event will have a positive view of public

lands in general, but the substation's main purpose is as a necessary component of the BLM's

overall public safety and resource protection goal for the Burning Man event.  OMB Circular A-

25 directs the government to seek full reimbursement for the special benefit provided, even when

the public receives an incidental benefit.

> [W]hen the public obtains benefits as a necessary consequence of an agency's provision of special benefits to an identifiable recipient (i.e., the public benefits are not independent of, but merely incidental to, the special benefits), an agency need not allocate any costs to the public and should seek to recover from the identifiable recipient either the <u>full cost to the Federal Government of providing the special benefit</u> or the market price, whichever applies.

AR 2 at 3 (emphasis added).  While BRC may disagree with the BLM's establishment of the law

enforcement substation at the 2018 Burning Man event, it has not shown error in the Closeout

Decision.

### 3. Satellite tracking is necessary

Next, BRC claims that it should not be charged for satellite tracking services used by the

BLM at the Burning Man event.  Appeal at 38-39.  Since 2013, it is the BLM's established safety

practice at Burning Man to use these two-way satellite tracking and communication devices.  AR

257 at 65 (2018 Declaration of Jon Young ¶10); Andres ¶57.  The agency has determined that

the functions of these devices are necessary to the safety of BLM personnel at the Burning Man

event.  *Id.*  They track, in near real-time, the location and position of officers and civilian staff

and integrate with the CAD system.  *Id.*  The trackers also have an SOS feature that allows the

wearer to send an emergency notification or request for assistance.  *Id.*  The trackers used at the

Burning Man event were purchased using cost recovery funds in previous years and in

accordance with BRC's request, are only used for the Burning Man event.  AR 257 at 66.  The

costs included in the Closeout Decision are for necessary firmware updates and service charges

for the trackers used at the 2018 Burning Man event.

BRC has, in the past and in its Appeal, suggested that other methods would be sufficient

to track BLM's law enforcement officers and civilian staff.  Appeal at 38; AR 257 at 66.

However, those suggestions have been determined to be insufficient for the BLM's safety needs.

AR 257 at 66; Andres ¶57.  Thus, BRC offers only its mere disagreement with the use of such devices and unsupported speculation that radios may be sufficient for tracking purposes.  BRC also suggests that BLM's officers already work in pairs so the trackers are unnecessary, but that allegation is not correct.  Appeal at 39; Andres ¶31.  BRC's opinion is insufficient to support its burden on appeal and accordingly, BRC has not shown error on the part of the BLM.

**E.      BRC has not shown error in the Closeout Decision for the BLM's communications and information technology systems**

BRC also challenges the BLM's Closeout Decision with regard to the costs required to set up and run BLM's communications and information technology systems at the 2018 Burning Man event.  Specifically, BRC objects to the costs involved in: 1) setting up and running the systems (Appeal at 36-38); 2) network services (Appeal at 40-41); and 3) communications equipment (Appeal at 41-43).  BRC claims that it must determine whether the BLM's services or equipment improve public safety or protect the public lands (Appeal at 38) but BRC does not provide any statutory, regulatory, or policy support for its argument.  On the contrary, the BLM's administration of the Burning Man SRP must ensure public safety and resource protection of the public lands.  AR 46 at 1-9, 1-42.  The BLM cannot delegate those responsibilities to BRC.  BRC has claimed that the BLM's technology is "fancy," (Appeal at 40) but the record shows that the BLM's experts have deemed it reasonable and necessary to administer the Burning Man SRP.  Again, BRC only shows its disagreement with the BLM, but fails to provide any objective evidence of BLM error in the Closeout Decision.

**1.      Labor for communications and network setup and service**

First, BRC claims that the BLM's costs for labor for the communications and network systems were in error.  Appeal at 36-38.  But other than speculating that BLM employees worked too many hours on setting up the systems, BRC provides no objective evidence of error.  For example, BRC complains about the hours logged by the BLM Communications Branch Chief for the 2018 Burning Man event.  *Id.*  However, that particular BLM employee has extensive experience planning for the Burning Man event and was heavily involved in the communications planning aspects in 2018, as he was in past years.  *See* AR 184 at 53, 257 at 63 (Declarations of

AR03591

Jon Young regarding 2016 and 2017 Burning Man events).  The BLM utilized an experienced employee to set up and administer a critical piece of infrastructure, and BRC fails to demonstrate BLM error in the Closeout Decision that incorporated the costs for his work for the event.  The other communications staff highlighted by BRC were also necessary to set up and maintain the infrastructure necessary for the 2018 Burning Man event and they even performed work related to BRC's own communications system.  Declaration of Kevin Wisemore ("Wisemore") ¶¶3-6; *see also* AR 240 (BLM's answers to BRC questions about specific communications staff members for the 2017 event).  BRC provides no objective evidence of BLM error.  Instead, BRC acknowledges that the BLM requires these critical infrastructure systems but argues, without supporting evidence, that it should take less money and time to provide them.  Appeal at 38. Such an argument does not support BRC's burden on appeal, especially when BLM's own experts have demonstrated that the labor was necessary to administer the SRP.  Wisemore ¶6.

## 2.    Network services

BRC also argues that BLM's contracts for network services are unreasonable and not supported.  Appeal at 40-41.  BRC complains that the BLM has not explained why it needs such network services, but the record shows otherwise.  Wisemore ¶¶7-8.  Specifically, BRC argues that it should not have to pay for any network or communications costs that support the law enforcement substation, including the microwave, internet, and network systems.  Appeal at 40. BRC's objections depend upon its characterization of the substation as unnecessary, but the BLM has described why the substation is needed as a central location for law enforcement services within Black Rock City.  *See* III.D.2., above.  The BLM's substation systems actually mirror how BRC provides similar systems to its fire and emergency medical substations throughout Black Rock City.  *See* AR 184 at 53, 257 at 63.  The record includes the contracts for providing those systems, showing that the Closeout Decision only includes the BLM's actual costs for those services.  AR 311.  BRC has not demonstrated any error on the part of the BLM.

BRC also complains about the BLM's use of cameras, computers, display monitors, and networking equipment at the JOC and the temporary holding facility.  Appeal at 40-41.  But BRC offers only its opinion, which does not contradict the BLM's experts who have determined

that use of the equipment adheres to best practices and is necessary at the Burning Man event.

Wisemore ¶7-8; Andres ¶58; AR 257 at 66 (2018 Declaration of Jon Young at ¶¶13-17).

Finally, BRC argues that the BLM should not charge for phone lines that serve the JOC and the substation because there are too many of them and because cell phones can be used instead.  Appeal at 41.  However, the BLM has determined that the lines are needed to execute necessary functions at the Burning Man event.  Wisemore ¶8.  The BLM has also evaluated the purpose and need for each line and uses the minimum number of lines necessary to accomplish its mission.  *Id*.  Again, BRC merely expresses disagreements with the BLM's network and communications at the 2018 Burning Man event, but has not shown error in the Closeout Decision.  BRC's mere disagreement with these costs does not meet its burden on appeal

### 3.    Other equipment, contracts, and upgrades

BRC argues that BLM has no reasonable basis for charging for the costs of certain equipment, contracts, and upgrades used at the 2018 Burning Man event.  Appeal at 41-43.  The record shows, however, that these items are necessary to the BLM's administration of the SRP and the actual costs are correctly charged to BRC through cost recovery.  Specifically, BRC complains about the purchase of digital base stations for the dispatch system, the number of dispatchers contracted by the BLM, and the requirement for adequate electrical wiring and backup generators for federal employee accommodations at the event.  However, the BLM provided reasonable explanations regarding why those costs were necessary to administration of the SRP.  *See* Wisemore ¶9; Pirtle ¶5-6; Andres ¶59; AR 310.  Ultimately, BRC provides no evidence of BLM error in the agency's cost recovery calculations.  The BLM has shown how all the costs were reasonable and necessary to administer the SRP.  Mere disagreement with a charge, or opinion that it should have been cheaper, is insufficient to support BRC's burden on appeal.

### F.    BRC has not shown error regarding the BLM Operational Medical Unit

BRC also complains about the BLM's use of a medical unit for federal employees working at the Burning Man event.  Appeal at 44-45.  The agency has explained, however, that its BLM Operational Medical Unit ("OMU") is a necessary operational function for the BLM to

administer the SRP for Burning Man.  Andres ¶¶44-52; Hall ¶¶30-32.  The U.S. Department of

Health and Human Services prepared a medical threat assessment for the Burning Man event,

which outlined the unique health risks to federal employees working at the event.  AR 210.  That

report concluded that the BLM OMU enhances the BLM's mission at the event.  *Id*. at 3, 21.

The BLM OMU serves as a federal patient advocate, providing personalized medical care for all

government employees working at the Burning Man event and maintaining a sealed medical

history on each person.  Andres ¶45; Hall ¶30.  The BLM OMU is capable of providing federal

employees immediate access to critical incident stress management services if needed during the

event and initiating necessary workmen's compensation paperwork.  *Id.*  In addition, the BLM

OMU members are trained in tactical medicine and are capable of providing care under fire,

tactical first aid in an unsecured trauma scene, and can act as a force multiplier in active shooter

and mass casualty environments.  Andres ¶46.  These services are invaluable in keeping over 100

federal employees healthy in the austere environment at the Burning Man event.  *Id.*

BRC has instead proposed that federal employees use the first aid stations and the

medical facility available for event participants.  *See* Appeal at 44-45.  Prior to the 2017 event,

BRC also formally requested that the BLM not provide a medical unit for its employees and

instead use BRC's facilities.  AR 166.  However, the BLM declined BRC's proposal.  AR 169,

181, 182.  Due to the specialized needs of the BLM's operations at the Burning Man event,

including care to uniformed law enforcement officers, the BLM determined that the BLM OMU

is not a redundant function when compared to the medical services BRC provides for the

participants at the Burning Man event.  *Id.*  The services provided by the BLM OMU are

invaluable to the government and integral to employee safety and health while working at the

Burning Man event.  BRC offers only unsubstantiated opinion otherwise.

The BLM's OMU Overviews, compiled after the 2017 and 2018 events, describe its

necessity.  AR 219, 294.  The OMU provides several services that are not available through

BRC's medial facilities.  AR 294 at 1.  The OMU also provides a savings of at least 128 staff

hours, because it provides treatment that would otherwise require a drive to Fernley or Reno to

be seen by a physician.  *Id*. at 2.  For example, the OMU treated a BLM employee with chest

AR03594

pains at the 2018 event.  BRC's medical facility did not have the necessary medical tests to determine whether the employee had experienced a heart attack.  *Id*.  BLM's OMU even provided medical supplies and equipment to BRC's medical staff.  *Id*.  Further, after the 2018 event, the BLM began an investigation of the contract medical provider hired by BRC for its medical facility.  AR 315; Hall ¶32.  While the BLM's investigation is still ongoing, investigators were told that BRC's medical facility lacked a sufficient supply of critical medical equipment and supplies.  AR 315 at 2; Hall ¶32.  Thus, the record illustrates that the BLM had sufficient rationale to determine that the OMU is needed to properly administer the SRP for the Burning Man event.  The BLM must recover the full costs it incurs to administer the SRP for the Burning Man event and the BLM OMU has been determined to be necessary to the BLM's administration of the SRP.  For that reason, it was included in cost recovery in accordance with FLPMA, the BLM's SRP regulations, the BLM's cost recovery and recreation policies, and OMB Circular A-25.  BRC has not shown error and accordingly the Closeout Decision should be affirmed.

### G.     BLM's vendor monitoring is appropriate

BRC further complains that it should not be required to pay for the costs of monitoring vendors who serve Burning Man event participants.  Appeal at 46-47.  As part of the event, vendors may provide needed services to participants including bus transportation to the event, RV greywater cleaning, or site cleanup post-event.  Since these vendors are working on public lands, they are required to obtain a permit.  Some vendors are covered under BRC's SRP but others are not.  While all vendors could be covered under the main Burning Man SRP, that option would require BRC's oversight of each vendor because any violation of permit terms by one of those vendors would be a violation of BRC's SRP.  McKinney ¶7; Hall ¶36.  As an alternative, the BLM has allowed vendors to obtain their own permits, so that compliance with permit terms can be monitored individually.  *Id*.  There were 63 vendors who provided services to participants in 2018 and the labor to ensure they have the required permits is therefore charged to BRC's cost recovery account.  McKinney ¶5; Hall ¶¶33-34.

AR03595

BRC essentially argues that the BLM should charge its vendor compliance labor to the individual vendors themselves, or that the fees charged by the BLM for commercial use SRPs are sufficient to reimburse that labor. Appeal at 47. Neither argument has merit here. The vendors are only present to provide services to the participants at the Burning Man event, for which BRC is responsible, and in fact those vendors cannot provide their services to other public land users because the area is subject to a closure order. McKinney ¶7; Hall ¶33. BRC actually controls which vendors may be present and issues its own authorizations for vendors. Appeal at 46; *see also* AR 269 at Stipulation 11 (outlining the process for BRC to recommend/authorize vendors to the BLM so that the BLM can determine if it will issue an SRP). Indeed, estimates of BLM's labor costs for vendor compliance were included in the Estimate Decision and BRC did not object at that time. AR 252. Additionally, the 3% of gross receipts paid by all commercial SRP holders does not pay for processing and administration of the permit, as BRC argues. Appeal at 47. Instead, fees for commercial use permits are intended to provide a fair return to the government for the opportunity to make a profit by using public lands and related waters. AR 46 at 1-23 through 1-25 (example illustrates that both cost recovery and a commercial use fee are charged for commercial events). Accordingly, it is appropriate and reasonable for the BLM to monitor vendor compliance at the Burning Man event and to include those costs in the Closeout Decision. BRC has not shown BLM error and therefore has not supported its burden on appeal.

## H.    BLM's purchase of miscellaneous supplies is not in error

BRC argues that the BLM should not charge through cost recovery for the purchase of miscellaneous supplies, including protective equipment, for employees working at the Burning Man event. Appeal at 47-49. However, these supplies and protective equipment are considered necessary to the BLM's administration of the Burning Man SRP. BRC has not demonstrated any error in the Closeout Decision. BRC complains primarily about the BLM's purchase of goggles and shemagh (scarves). Appeal at 48. These items are needed as protective equipment to ensure the health and safety of BLM staff working at the event due to the harsh conditions on the playa and the frequent dust storms that occur. Pirtle ¶9; AR 241 at 9. Goggles are also designated as Personal Protection Equipment ("PPE") by the BLM and once issued, are not thereafter re-issued

AR03596

to other staff.[23]  *Id.*  While some BLM staff working at the Burning Man event bring their own goggles, it is unknown ahead of time exactly how many pairs of goggles will be needed and so the BLM orders a sufficient quantity for everyone.  *Id.*  Even those employees who have worked at the event in the past may have lost or damaged the goggles during the prior year's event or over the intervening time period.  Unused goggles and shemagh are stored so they can be used at future Burning Man events.  *Id.*  This has been the BLM's standard operating procedure for the Burning Man event since 1996.  *Id.*  Ultimately, BRC's mere disagreement with the BLM's practice of providing PPE to its employees working at the Burning Man event is insufficient to show error.  BRC may disagree with the BLM's determination that these items are necessary, but that does not show agency error in the Closeout Decision.

## IV.   CONCLUSION

Based on the legal arguments above, which are supported by evidence in the record, BRC has not met its burden to show BLM error by a preponderance of the evidence.  BRC's mere opinion that the BLM should have spent less on administering the 2018 Burning Man SRP is insufficient to overturn the BLM's Closeout Decision.  BRC submitted its SRP application and signed the cost recovery agreement, which included the Estimate Decision.  The Estimate Decision was actually more than the Closeout Decision, so BRC received a refund of $272,759.64.  AR 312.  The Board has stated that "the entire point of an estimate is to convey general cost information to an applicant so that it can decide whether to proceed."  *Bookcliff Rattlers*, 171 IBLA at 19.  Here, BRC knew about the costs and accepted them by signing the Estimate Decision, then proceeded with the 2018 Burning Man event.  BRC cannot now complain that it does not agree with the BLM's costs and attempt to shift the agency's expenses for the 2018 Burning Man event onto the public.  The Closeout Decision has a rational basis, is supported by the record, and is a proper exercise of the BLM's discretion.  Since BRC has not demonstrated that the BLM is in error, the Closeout Decision should be affirmed.

---

[23] The Department of Labor, Occupational Safety and Health Administration ("OSHA") has more information about PPE at https://www.osha.gov/SLTC/personalprotectiveequipment/ (last visited June 24, 2017).

DATED this 30th day of September 2019.

Respectfully submitted,

Janell M. Bogue
Attorney for the Bureau of Land Management

AR03598

**CERTIFICATE OF SERVICE**

Re:     Black Rock City LLC

        IBLA 2019-109

        I, the undersigned, declare that on September 30, 2019, I served the foregoing document

upon the listed individuals by the means designated below and in accordance with 43 C.F.R. §

4.401.

**By USPS certified mail and email:**

United States Department of Interior
Office of Hearings and Appeals
Interior Board of Land Appeals
801 N. Quincy St., Suite 300
Arlington, VA  22203
ibla@oha.doi.gov

David S. Levin, Esq.
Levin Law Firm
405 Sherman Avenue
Palo Alto, CA  94306
david@levinlawfirm.com

_____

AR03599

LANCE WENGER
Regional Solicitor
JANELL M. BOGUE
Assistant Regional Solicitor
U.S. Department of the Interior
Office of the Regional Solicitor
Pacific Southwest Region
2800 Cottage Way, Room E-1712
Sacramento, CA 95825
Telephone:      (916) 978-5690
Facsimile:      (916) 978-5694
janell.bogue@sol.doi.gov

Attorneys for the Bureau of Land Management

UNITED STATES DEPARTMENT OF THE INTERIOR
OFFICE OF HEARINGS AND APPEALS
INTERIOR BOARD OF LAND APPEALS

| | |
|---|---|
| BLACK ROCK CITY LLC, ) | IBLA 2019-0109 |
| ) | |
| Appellant, ) | |
| ) | |
| v.  ) | **DECLARATION OF REBECCA ANDRES** |
| ) | |
| BUREAU OF LAND MANAGEMENT, ) | |
| ) | |
| Respondent. ) | |
| ) | |
| ) | |

I, Rebecca Andres, hereby declare as follows:

I have personal knowledge of the matters set forth herein and if called to testify I could and would testify competently thereto.

1.      I have 13 years of experience in federal land management law enforcement. I am currently employed as the Bureau of Land Management (BLM), Nevada, Zone 1 Staff Law Enforcement Ranger (Winnemucca and Carson City Districts). I have been employed with the BLM in this position since February of 2017. Prior to this position, I was the Field Staff Law Enforcement Ranger in the BLM Price Field Office (Utah) since 2014.

2.      I have 4 years of experience working at the Burning Man event, both in planning the BLM operation and executing the operation at the event site. I have served in multiple positions at the event, to include Patrol Officer, Patrol Supervisor, and Planning Section/Deputy Operations Chief.

AR03600

3.      The BLM, Winnemucca District manages the Black Rock Desert-High Rock Canyon Emigrant Trail National Conservation Area (NCA); within this NCA are the Black Rock Desert and the "playa." The playa encompasses about 265 square miles (169,000 acres) of public and private lands in the Washoe, Pershing, and Humboldt Counties, Nevada.

4.      The Burning Man Event is a combination art festival, social event, and experiment in community living. The event is held on public lands administered by the BLM in Pershing County, Nevada on the playa of the Black Rock Desert, approximately 10 miles northeast of the community of Gerlach, Nevada.

5.      I have reviewed the appeal filed by Black Rock City LLC (BRC), the organizer of Burning Man and the applicant for the Burning Man Special Recreation Permit. I am personally familiar with the 2018 special recreation permit (SRP) and I served as the lead planner for law enforcement operations for the 2018 event, as well as the Law Enforcement Deputy Operations Chief/Planner during the event.

**BLM Law enforcement officer staffing levels**

6.      It is BLM's responsibility to determine staffing levels and costs associated with the administering the law enforcement function at the event through the Cost Recovery Agreement (CRA). As stated in the 2018 Law Enforcement Operations Plan, the primary goal of the operation is to provide for public safety and resource protection through the enforcement of federal laws, state laws, county ordinances, regulations, event closure orders, and permit stipulations. The law enforcement operational objectives for the 2018 event were: to safeguard and protect human life, to safeguard and protect natural and cultural resources, to ensure the permitted event occurs without disruption, and to keep costs commensurate with incident needs.

7.      To ensure these objectives were met, the BLM planning team reevaluated reasonableness and efficiencies before determining 75 federal law enforcement officers were needed for the 2018 Burning Man event. Of these 75 officers, 12 were assigned administrative, support, or oversight roles, leaving 63 officers to patrol and provide investigative support in the city. Officers were divided into three overlapping shifts, providing 24 hour coverage through the city while accounting for travel to and from Gerlach. These officers conducted high visibility patrols throughout Black Rock City across five patrol sectors through a combination of vehicle and foot patrols.

8.      The 2018 event was difficult to staff due to competing national priorities; as such, the BLM began the event operation down one officer. One officer left the event in the early stages in response to other agency priorities and returned for the last three days. I have administered staffing of law enforcement for the event since 2017 and have experienced challenges in finding available staff each event cycle. Due to these staffing challenges, the BLM is forced to staff the event with any qualified and available officer, regardless of pay grade. The BLM does make every reasonable attempt to staff the event with appropriate personnel based on assignments at the event and availability. In order to augment staffing, the BLM enters into an Interagency Agreement with the United States Forest Service (USFS). This allows the BLM to augment staffing with lower graded officers. Due to the limited availability of officers at the national level, travel is incurred from locations throughout the western United States and Alaska,

AR03601

requiring up to two days of travel to and from the event site in certain cases. All government personnel are required to follow agency policies pertaining to government lodging, per diem, and driving hour limitations while travelling to and from the event site.

9.      The appellant asserts the number of law enforcement officers increased in 2018 compared with 2016 by four officers. On the contrary, the BLM planned for 75 officers in 2016, 2017, and 2018. Due to staffing limitations as described above, the actual number of officers on playa during main event in 2018 was 74, resulting in fewer officers as compared to 2016. The appellant's complaint that law enforcement labor costs increased approximately $26,000 is a direct result of the 1.9% government pay raise received by federal employees in 2018. The 2018 pay raise could have resulted in additional labor costs but the BLM's conscientious event assignments resulted a modest increase in labor costs even with the 1.9% federal employee pay raise.

10.     Because the event is held on federal public lands administered by the BLM under a SRP, it is the responsibility of the BLM to ensure law enforcement priorities are met during the event. Federal public lands administered by the BLM fall under proprietary jurisdiction, meaning state and local law enforcement agencies, in this case the Pershing County Sheriff's Office (PCSO), also have full authority and responsibility for ensuring public safety. In April 2017, a Memorandum of Understanding (MOU) was signed between the BLM and PCSO. Through the MOU, both agencies mutually agreed to provide the maximum cooperation, assistance, and coordination possible to assure the protection of persons and property on the public lands within Pershing County, Nevada. During the 2018 event, PCSO was the only agency with the jurisdiction to investigate person-on-person crime, including domestic violence, assault and battery, theft, sexual assaults, etc. As the authorizer of the event, the BLM must ensure affected state and/or local law enforcement agencies have the resources to ensure response to, and investigation of, person-on-person crimes.

11.     During the 2018 event, PCSO staffed the event with approximately 20 patrol deputies and/or investigators. This means there were approximately three times more BLM officers than PCSO officers assigned to patrol and investigative support during the event. Because of the disparity in staffing, BLM officers responded to PCSO calls for service because PCSO patrol officers were not available under the aforementioned MOU. This was problematic because BLM officers have limited training in investigating person-on-person crimes falling under the Nevada Revised Statutes. Due to the sensitive nature of these crimes, coupled with the specific skillset and knowledge required to conduct such investigations, PCSO staffing would have to increase to a level allowing them to investigate all person-on-person crimes investigations from the onset of the initial report. Absent adequate staffing by PCSO, the BLM provided assistance to PCSO as requested in the interest of public safety at the event. BLM law enforcement resources are available to PCSO for any operation or operational assistance needed under the MOU and integrated command. The same BLM staff available to assist PCSO work in direct support of BLM permit administration when not assigned a case and investigated short comings of operations within the permittee's plan of operations during the 2018 event.

12.     According to the PCSO Post Mission Synopsis (PMS) report from the 2018 event, PCSO has approximately one deputy for every 578 persons permanently residing in Pershing County, outside of the event. PCSO explains this level of staffing is needed to perform all of the duties

AR03602

statutorily mandated for the Sheriff's Office. The Sheriff recommended funding be provided by BRC to allow his office to staff the event with 40 deputies per shift (or 80 deputies total).

13.    In accordance with the recommendations of the International Association of Chiefs of Police (IACP), the ratio of law enforcement officers to population for a population range of 50,000-99,999 people should be 1.8 officers per 1,000 people. The peak population of Black Rock City is approximately 76,000. Using the IACP recommended staffing ratio, at the highest level of staffing at the 2017 event, during overlapping shifts (representing 13 hours during a 24 hour period), BLM had 42 uniformed officers, and the Pershing County Sheriff's Office (PCSO) had 12, yielding 1.8 officers per 2,533 people. During the lowest level of staffing at the 2018 event, with a single shift on duty (representing 11 hours during a 24 hour period), BLM had 21 uniformed officers and PCSO had 5, yielding 1.8 officers per 5,261 people. Both of these ratios fall short of the IACP staffing recommendations.

14.    It is true that the IACP standards are imperfect when applied to the event, as are traditional industry standards. There is no comparable environment for municipalities and enforcement models because this is the largest Special Recreation Permit administered by the BLM. The remoteness of the event site and the austere environment compound complications in staffing with back up resources stretched thin and approximately 150 miles away. The availability of resources to include specialty law enforcement or National Guard resources is approximately a two hour response time for a small number of resources. Thus, the staffing model must be reasonably developed to ensure safety of all personnel, public lands visitors, and natural resources without expectation of relief from offsite personnel.

15.    For the BLM, from the hours of 8:00 AM to 3:00 PM, day shift is the only shift on playa with a total of 17 BLM uniformed patrol officers deployed throughout Black Rock City. At the peak population, approximately 76,000 people were present within the city, which yields an officer to participant ratio of 1 to 4,470. During the hours of 3:00 PM to 5:00 PM, there is overlap between the day shift and swing shift, resulting in 34 BLM uniformed officers, leading to an officer to participant ratio of 1 to 2,235. From 5:00 PM to 7:00 PM, swing shift is the only shift on playa, staffed by 17 BLM uniformed officers, leading to an officer to participant ratio of 1 to 4,470. From 7:00 PM to 3:00 AM, the swing shift and night shift overlap, staffed by 34 uniformed officers, leading to an officer to participant ratio of 1 to 2,235. From 3:00 AM to 5:00 AM, night shift is the only shift of playa, staffed with 17 uniformed BLM officers, leading to an officer to participant ratio of 1 to 4,470. From 5:00 AM to 8:00 AM, the night shift and day shift overlap, staffed by 34 uniformed officers, leading to an officer to participant ratio of 1 to 2,235.

16.    The appellant has stated that BLM law enforcement's engagement in public contacts during the event indicates the BLM is overstaffing the event. The central tenet of BLM law enforcement is achieving compliance with laws and regulations at the lowest level possible level through educating public land users. As affirmed in a May 12, 2017 e-mail from Secretary of the Interior Zinke, Department of Interior law enforcement officers "…may be called on to render emergency medical care, investigate complex resource crimes, perform harrowing technical rescues, or engage in proactive community policing." As such, a large component of achieving compliance with rules and regulations on public lands is through proactively contacting members of the public by BLM law enforcement rangers. This principle holds true during patrols of public lands outside of the event, as well as during the event.

AR03603

17.     According to the BRC Census from the 2017 event, approximately 36% of participants at the Burning Man event are new.  As such, many of the visiting public do not have a clear understanding of the rules and regulations governing the event.  BLM law enforcement officers make hundreds of contacts a day, a product of conducting high visibility patrols in a largely pedestrian city.  In the operational briefing for the 2018 event, BLM officers were instructed to seek out positive contacts with the public through the course of their patrols.  These contacts allowed BLM law enforcement officers to educate the visiting public on rules and regulations that govern the event, as well as provide information pertaining to Black Rock City resources. Although BRC may have a different belief about what BLM law enforcement's job should be during the event, the methodology by which BLM law enforcement officers approach the job capitalizes on positive interactions with the public in helping achieve compliance at the lowest level.

18.     Through staffing of a BLM law enforcement substation, located along the Esplanade, or the "main street" of Black Rock City, participants make hundreds of contacts each day with the law enforcement officer staffing the substation.  During the 2018 event, these contacts were reported through dispatch and captured within Computer Aided Dispatch (CAD) as public contacts.  The appellant feels BLM is engaging in public relations efforts in order to justify the presence of law enforcement personnel on site.  Contrary to BRC's opinion, these public contacts are not used by the BLM to support or justify staffing levels for the event.  As previously mentioned, the BLM determines staffing levels to ensure the four main objectives identified in the operations plan are met.  "Public contacts" as an event type in CAD do not have a follow-up administrative reporting requirement, and as such are not used as a measurement of workload in determining the appropriate level of BLM law enforcement staffing for the event.  On the contrary, incidents involving a law enforcement action taken, such as warnings, citations, or arrests, do involve the additional task of report writing and evidence collection/processing contributing to the workload requirements and staffing needs of the event.

19.     Although BRC contends BLM law enforcement is overstaffed, BRC's Law Enforcement Liaison stated in a meeting on May 17, 2017 that BRC was planning to employ contracted security personnel for BRC staff at the event because BRC staff were assaulted in the 2016 event.  In BRC's 2016 event After Action Review at page 14, BRC states there were reports of battery against Rangers (referring to Black Rock Rangers) by participants.  BRC stated they would work with law enforcement to find additional solutions for dealing with combative participants, which could include increased training and education, eviction from the event, and/or the use of other remedies available under Nevada law.  On May 25, 2017, BRC's Director of Event Operations informed BLM they were interested in using private security to address the "violent human niche" at the event; however, due to the "flakiness" of security companies, the three they had lined up fell through.  He indicated BRC was still interested in using private security for future events, but it did not happen for the 2017 or 2018 events.  BRC's attempt to provide additional security for staff at the 2017 and 2018 events serves as an indication law enforcement staffing during the event may not be sufficient to ensuring the safety of event participants and BRC staff.

20.     Statistics cannot be relied upon as the only measurement tool of the effectiveness or need for law enforcement at the event.  Relying solely on quantitative data ignores the deterrent effect high visibility patrols have on criminal activity within Black Rock City.  Deterrence is most

AR03604

powerful when a potential violator perceives they will be caught committing a crime. BLM law enforcement provides proactive, highly visible patrols throughout the city and participants can observe law enforcement taking action, working to minimize criminal behavior. Additionally, participants often state they feel the presence of law enforcement officers in the city makes them feel safer. While, like deterrence, this variable cannot be measured statistically, the mere presence of law enforcement in the city is important to the safety the visiting public. The appellant's 2017 After Action Report noted a second consecutive year of reduced negative participant feedback submissions and a second consecutive year of increased positive participant feedback submissions. The positive relationship BLM law enforcement continues to build with Black Rock City allows for education based enforcement to be used as the first line of compliance with federal rules and regulations.

21.     Black Rock City consists of 56 miles of surveyed, engineered, and maintained roads, to include street names, signs, traffic control devices, and signed speed limits. There is only one gate for general admission ticket holders to enter the event; during the peak ingress period, thousands of vehicles are entering through this point in a span of hours. Despite the large volume of vehicles entering the event on the access road, BRC states traffic offenses hardly pose a serious threat to public safety. However, BRC themselves have implemented their own standards for ensuring vehicle safety. The appellant asserts the PCSO has primary responsibility for enforcing state traffic laws at the event, but that is not accurate. PCSO has advised the BLM that the Nevada Revised Statutes (NRS) specific to traffic regulations do not apply on the playa during the Burning Man event. As such, the PCSO does not have the authority to enforce existing state traffic laws at the event. Since these traffic laws are not enforced by a state or local law enforcement entity at the event, the BLM put forth a restriction order regarding motor vehicle use and operation to provide for public safety for the approximately 40,000 vehicles that entered and exited the 2018 event. BLM is therefore responsible for motor vehicle safety at the Burning Man event.

22.     As previously stated, a substantial number of vehicles traverse across the playa during the event during ingress and egress. The appellant contends enforcement of traffic laws during the event by BLM law enforcement is unreasonable in light of BRC's safety record. This opinion does not account for the deterrent effects of BLM law enforcement conducting proactive, highly visible law enforcement patrols on the roadways leading to and within the city. BLM law enforcement conducted a traffic stop on an average of less than 5% of the vehicles entering the city.

23.     Every year a significant number of controlled substances violations are investigated by law enforcement inside the Burning Man event. The majority of illicit substances are transported via privately owned vehicles, entering the event from one of two entrance points. These controlled substances are often times uncovered through the course of a traffic stop. Removing these substances before they enter the city helps reduce the potential for harm to members of the visiting public, BRC employees, and government employees. In 2018, federal law enforcement officers issued 86 citations for possession of controlled substances. Additionally, PCSO listed in the agency Post Mission Synopsis (Appendix C) 44 arrests in 2018, many of which were related to trafficking of controlled substances. BLM further asserts a need for 6 investigative agents to assist in narcotics investigations, person on person crimes, and federal regulation violations occurring within the event requiring more investigation than a ranger can handle in a short period

AR03605

of time. These investigative agents are available to assist PCSO at any time under unified command and the MOU for public health and safety and resource protection. It should be noted that BRC staff control gate operations (both entry and exodus) without any law enforcement presence. During the 2017 and 2018 events, I am not aware of any narcotic violations or firearm violations reported to law enforcement by BRC gate personnel. Either BRC gate personnel lack the proper training and expertise to locate narcotics and weapons or they are purposely ignoring violations of law.

24.     A Burning Man volunteer and participant was found guilty in 2019 following a federal criminal bench trial for assaulting a federal officer during the 2018 event. The convicted individual related in court that he was trained at the event to resist law enforcement and to refuse to identify himself to law enforcement if contacted. A simple matter of violating the closure order turned into a lengthy contact resulting in injury to a federal officer.

25.     Referring to use of K9 units used to detect illicit substances, the appellant opines BLM has not provided justification for spending so much on this law enforcement tool because PCSO is the primary enforcer of controlled substance laws at the event. BLM's enforcement of controlled substance laws and regulations is mandated by BLM policy. Law Enforcement General Order 33 directs BLM to make public lands drug-free through enforcement of applicable regulations and laws in cooperation with all Federal, State, and local law enforcement agencies. Policy further requires the BLM to counter illegal drug activity on public lands by aggressively seeking to detect and investigate drug activity; seeking prosecution of persons engaged in drug cultivation, manufacture, trafficking, and use; and obtaining and coordinating drug-related intelligence to assist investigation, interdiction, and prosecution efforts. During the planning phase of the event, BLM law enforcement and PCSO, under integrated command, collaborated on the appropriate strategy for detecting, investigating, and prosecuting drug offenses during the 2018 event. Part of the strategy was to use BLM K9 units as a tool for narcotic detection. During the 2018 event, 6 K9 units were deployed across the three shifts to further the drug enforcement strategy. The planning team sought ten K9 teams but shortages in staffing availability resulted in the assignment of only 6 K9 teams.

26.     The appellant falsely states this drug interdiction is unique to this event because the BLM deploys the same interdiction tactics at Imperial Sand Dunes Recreation Area in Glamis, CA and along the southern border during Securing America's Border Resources operations. These two examples come from the same BLM Law Enforcement National Detail list as the Burning Man event.

27.     In 2018, due to extreme temperatures on playa, the BLM requested BRC erect shade structures for K9 units to park their patrol vehicles under during report writing and meal breaks. These structures were for the health and safety of the K9s and not, as the appellant claims, a readiness factor. K9s are left in vehicles routinely when not deployed for the safety of all parties as there is no place designed within the Joint Operations Center for the K9s to be secured other than vehicles. These were requested as needed due to the extreme, un-forecasted heat to ensure the protection of government property and K9 health. The remoteness of the event site makes it difficult to accurately forecast weather conditions and provide emergency repairs to vehicle air conditioning failures. The shade structures were developed and deployed under the BLM – BRC MOU program and were not a cost recovery item.

28.     In 2018, due to shortcomings in BRC's own environmental compliance management, the BLM Authorized Officer and event Incident Commander requested law enforcement proactively enforce existing fuel storage, grey water, and black water violations.  BLM law enforcement issued violation notices and warnings as appropriate and within their jurisdiction.  As a land management agency with law enforcement, this is well within the agency mission and addresses as required by special recreation permit handbooks the prevention of undue harm and degradation of natural resources.  The appellant's objection to this enforcement action is unconscionable considering the event's purported leave no trace ethos.  If the appellant expects the agency not to enforce traffic, drug, or environmental violations, one is left to wonder what acceptable and reasonable law enforcement actions are left under the appellant's consideration.  Enforcing environmental crime is one of the primary functions of BLM law enforcement.

29.     The appellant conflates the prosecution of cases and the actual cases initiated by law enforcement on playa.  Once a citation is issued, the BLM is subject to the judicial system in regards to case prosecution and adjudication.  Following the 2018 event, the BLM received either payment or guilty pleas in 23 marijuana cases, 4 MDMA cases, 2 Ketamine cases, 2 Molly cases, 2 cocaine cases, 9 possession of controlled substance cases (substance not specified in court docket).  This does not include drug related charges pursued and prosecuted by the Pershing County Sheriff's Office and District Attorney, who handled the majority of drug trafficking charges. Cases were resolved without the extra burden on tax-payers of a jury trial, the expense of hundreds of jury trials is untenable for the government.  Case adjudication within the judicial system is not a reflection of the BLM's policy directives to combat illegal drug activity on public lands, nor is it used by the BLM as a tool in determining staffing needs at the event.

30.     The appellant's assertion that BLM officers were not engaged in active calls 70% of the time is wholly misleading.  In addition to patrol time, BLM officers are allotted time for report writing, evidence processing, travel to and from the event site from lodging in Gerlach, and meal breaks within their tours of duty.  None of this time is accounted for in the appellant's analysis of time available for a call.  Often during the 2018 event, event participants called for service but experienced delayed response time due to a lack of available officers.  These calls included participants seeking help with missing children, assaults, and environmental compliance.  To ensure quality reports, the event operations plan requires reports to be completed and reviewed prior to the end of each shift.  The transient nature of the event, the construction and break down of the city in a matter of weeks, requires BLM to ensure completion of duties while on playa.  Officers detailed to the event also travel home at the event precluding efficient and reasonable follow-up if duties are not timely completed on playa.  The impacts on employees working the event are not like those of a municipality in that the event occurs in an austere environment with dust, wind, hyper-stimulus raves, and extreme heat.  Land management policing requires a resiliency that is nothing like the industry standard in this austere environment with limited back up and auxiliary personnel.

31.     The appellant's assertion that BLM officers work in pairs with other federal officers at the event is wholly and repeatedly inaccurate.  BLM officers do not patrol in pairs; this is done to maximize the number of high visibility patrols throughout the city.  Under the integrated command model, approximately 10 BLM officers per day are paired with Pershing County deputies.  This provides the most efficient policing possible to allow for federal officers to

handle federal regulation violations and cooperatively allow the deputies to deal with state and local law violations without the delay of waiting for each other to respond. The appellant also asserts the Northwestern University Police Staff and Command School staffing model as the best practice nationwide. The BLM law enforcement planning team is not aware of this staffing model; the BLM does consider the IACP staffing recommendations for this event as nationally and internationally recognized standards. Other events in the geographical area include the Electric Daisy Carnival in which Clark County (Nevada) Ordinance regulates one officer to every 500 attendees. The BLM is well below the standard set for that event.

32.    The BLM annually examines law enforcement staffing for the Burning Man Event for reasonableness and efficiency. Law enforcement staffing was reduced in 2016 and has remained static in numbers since that time. In 2018, six agent positions were replaced with rangers resulting in a reduction in cost to the appellant. The BLM cannot afford to jeopardize public health and safety and natural resource protection to yield to the appellant's insistence on the agency reducing civil servants to administer this permit. The appellant went so far in opposing law enforcement during the event to receive a letter from Pershing County Sheriff Allen placing them on notice that continued interference in law enforcement investigations could result in arrest. The appellant has made clear a lack of willingness to cooperate with law enforcement during the 2018 event. The appellant's perception that the event site is safe is proof positive that law enforcement is effectively managing the event.

33.    The appellant claims it is not reasonable for BLM to charge BRC for costs associated with a representative from BLM's Office of Professional Responsibility (OPR) at the event. During the event, the BLM uses a supervisory structure that is temporary and only in effect during the event to ensure BLM officers are following a myriad of agency protocols and policies, both in the patrol and investigation functions. Similarly, the BLM staffs one special agent from OPR to review Use of Force (UOF) reports to ensure compliance with the agency UOF policy. During the 2018 event, 9 UOF incidents including 18 individual officer reports were filed by BLM Rangers during the ten operational days of the main event. This number is abnormal to agency norms for this geographical region outside of the event time period. UOF reports are time consuming and occur at the event with regularity due in part to substance abuse at the event. Use of force complaints must be investigated by OPR according to BLM policy, and numerous evidentiary items associated with a UOF incident must be collected by a Senior OPR Special Agent soon after the incident, since they are perishable. The presence of the OPR agent on playa is critical to meeting these requirements.

34.    It is important to note, BRC has supported the presence of an OPR agent in the past as a mechanism to be more responsive toward participant complaints against law enforcement operations and actions during the event.

35.    In addition to reviewing and investigating UOF reports, the OPR agent is on-site and available to investigate all incidents, allegations, or complaints of misconduct against federal personnel assigned to the event. Due to the fact participants are from all over the country, and up to 30% international visitors, it would be a logistical challenge and substantial cost to conduct follow-up investigations after the fact. By having an OPR agent on-site, follow up interviews and investigations can occur in a transparent, timely and efficient manner as directed by policy. No such instances were reported during the 2018 event. OPR found BLM staff maintained

AR03608

professional appearances and conducted themselves extremely well during the event. Due to the unique circumstances of the event, the BLM analyzed the need for this position and found the position to be reasonable and required. As such the BLM is legally obligated to charge this expense to cost recovery as the work would not be necessary without the event.

## BLM Law Enforcement Community Relations/Public Outreach

36.     BLM piloted a new law enforcement position in 2017 at the event to focus solely on community outreach and relations. This position was paid for entirely by BLM and was not charged to BRC through cost recovery. The officer engaged in participant outreach and education throughout Black Rock City, promoting the Black Rock Desert-High Rock Canyon Emigrant Trails National Conservation Area. This position was carried forward in 2018 but eliminated on the first operational day of the event to fill the law enforcement needs at the event when the staffing shortages required abandoning this duty.

## BLM Law Enforcement Substation

37.     The appellant stated BLM's staffing of the LE Substation did not have any effect on public safety at the 2018 event, and as such, BLM did not demonstrate the costs were reasonable to the administration of BRC's permit. On the contrary, the BLM has determined that the LE Substation is important because it is used as an established location within the city where participants can report criminal activity and file missing person's reports. Additionally, the LE Substation affords a location central to the city for interviews of witness and victims without the added stress of removing witnesses and victims to the Joint Operations Center (JOC) for interviews. The LE Substation is equipped with a radio, which allows officers to coordinate a response to a crime report within the city. In addition to being utilized to improve participant access to law enforcement services, the LE Substation is used as a mobile report writing station. This allows for efficiency and reduces labor costs because officers can write a report without travelling out of the city to the JOC. The travel time from the substation to the JOC is approximately 10-15 minutes one way or up to 30 minutes round trip. The substation creates efficiency in operations that ultimately saves the appellant increased costs of law enforcement staffing.

38.     During the 2018 event, one officer at a time was assigned to work the LE Substation for two hours during their shift, providing 24-hour coverage at the substation. As previously stated, the primary focus of the LE Substation was to provide participant access to law enforcement and allow for more efficient reporting, with a secondary function of community interaction. Since BRC cannot provide law enforcement services to the participants of the event, the LE Substation is necessary to provide participants direct access to law enforcement. Visitation to the LE Substation is evidence that, while Black Rock Rangers and Earth Guardians provide useful service to participants, these services were not sufficient to meet the needs of participants looking for directions or reporting crimes within Black Rock City. The mere presence of a law enforcement officer at the LE Substation may lead to an informal interaction with a member of the public. As previously stated, BLM officers are encouraged to engage with the visiting public as part of integration with the community and community policing as directed by former Interior Secretary Zinke.

39.     It is customary in municipalities to staff a law enforcement substation central to the population with strong community outreach to build trust with citizens and increase operational efficiencies. The IACP recognizes the importance of mobile computing capabilities specifically at substations to increase efficiencies and increase proximity of officers to citizens.   Black Rock City is touted as one of the largest cities in Nevada during the event and as such it is reasonable to compare municipality policing methodology to the event, since nothing else like it exists on other public lands administered by the BLM.  Based on that, the BLM has determined that the LE Substation is an important, reasonable, and necessary part of the agency's administration of the SRP for the Burning Man event.

**BLM Mission Critical Designation**

40.     The biweekly pay cap for employees assigned to the Burning Man Event has been lifted from 2012 through present.  In 2017, the decision was made to use the Mission Critical authority under §550.106(b)(1) rather than the previously utilized authority of Emergency designation under §550.106(a)(1).  Memorandums from the Washington Office have annually enacted these authorities to lift the pay cap.  Preparation, tracking, and posting of the memorandums is a large time commitment for the planning team during an already busy time of year.

41.     The planning team continues to support lifting the biweekly pay cap under the Mission Critical authority, §550.106(b)(1).  A return to Emergency authority was analyzed and abandoned by the 2018 planning team because the Mission Critical authority is the most applicable to this unique event. The authority was enacted in a Permanent Instruction Memorandum (P-IM) to reduce the annual paperwork burden and create efficiencies for the planning team, State Director, and Washington Office staff.

42.     The 2018 P-IM enacted the Mission Critical authority to lift the biweekly pay cap and ensure employees are fairly compensated for their work at the event.  This authority does not result in "bonus" or "extra" pay as the appellant purports but instead allows exempt federal employees receive full compensation for the extra hours they work on playa.  This authority applied to only 25 of the 75 assigned law enforcement positions, roughly one-third of the law enforcement staff utilized at the event.  The staff affected generally provide significant leadership within the event operations and, after an objective and reasonable review, are found to be critical in supporting the agency's administration of the event permit.

43.     The Burning Man Event is listed as a BLM Law Enforcement National Detail requiring each state to fulfill a quota of officers for the event.  In 2018, the number of officers who volunteered to work the event did not meet the quota and some officers were assigned without volunteering.  Assigning, or mandating, individuals to work the event makes fair compensation essential.

**BLM Medical Team**

44.     The appellant contends BLM's use of a separate medical facility is wasteful and redundant and should not be imposed on BRC through cost recovery.  In 2018, the BLM Medical Team was required at the event to mitigate threats to employee health, safety, and well-being

through a 24-hour mobile medical element. The team provided time-sensitive response and care to BLM employees in a secured environment at the JOC and in Gerlach. If not for the Burning Man event, these threats would not exist or need mitigation through the BLM Medical Team. As such, the medical trailer and labor costs for the BLM Medical Team were charged to the CRA for the 2018 event.

45.     The BLM Medical Team leader is responsible for planning and coordination throughout the year to ensure a comprehensive medical plan is in place to mitigate threats to public health and safety. During the event, the medical unit leader ensures the team serves as a federal patient advocate, providing personalized medical care for all government employees. This team is solely dedicated to providing care for federal employees assigned to the event. As such, definitive patient care is delivered rapidly, which is one of the most critical tenets of mitigating medical threats to employees working at Burning Man. The BLM Medical Team maintains a sealed medical history on each person assigned to the Burning Man event in case a patient becomes unable to communicate, imperative to continuity of treatment. In addition to on-site care, the BLM Medical Team provides care on and off-playa with medical staff available at Black Rock Fire Station and house calls in Gerlach, NV. The BLM Medical Team is capable of providing federal employees immediate access to peer/Critical Incident Stress Management services if needed during the event and initiating necessary workmen's compensation paperwork. The BLM Medical Team provides personalized care to employees and has earned employee trust in care, provides comprehensive care, and reduces advanced medical issues during the event. The BLM Medical Team provides daily briefings to employees tailored to trends noted during the event to further employee health and safety.

46.     BLM Medical Team members are trained in tactical medicine and are capable of providing care under fire, tactical first aid in an unsecured trauma scene, and act as a force multiplier in active shooter and mass casualty environments. These services are invaluable to keeping over 100 federal employees healthy in an austere environment. In addition, each shift was assigned a patrol officer also certified as an Emergency Medical Technician (EMT) to be used as a force multiplier to the BLM Medical Team. The layered approach of the medical plan for the 2017 event provided efficiencies and continuity of care from operations to the BLM Medical Team, similar to medical units in wildland firefighting, providing personalized medical surveillance, early preventative care, occupational medicine, and the ability to recognize changes in employees that may be in need of care.

47.     There is no assurance BRC and their medical provider can ensure rapid and immediate patient care for federal employees as they have primary care for a city of approximately 76,000 people. In addition, BRC's medical provider does not provide a tactical medical response team, provide adequate space for uniformed law enforcement personnel to securely receive care, does not allow for pre-screening of BLM employees or ensure patient confidentiality, does not provide continuity of care or patient advocacy, and cannot initiate workers compensation claims.

48.     The Federal Emergency Management Agency (FEMA) Special Events Contingency Planning Job Aids Manual (Special Events Manual) advises emergency management to consider medical personnel for public safety workers and to ensure safety of medical staff. FEMA's Special Events Manual advises medical requirements at an event be planned for the most critical injury or illness foreseeable and determination of a need for a mobile medical team. It is

important to note these are the guiding principles for urban large scale, short-term special events with supplemental resources in close proximity to the event; due to the remote, austere environment in which federal personnel work at Burning Man, these variables are intensified, further driving the need for the BLM Medical Program. The nearest hospital to the event site is approximately 100 miles away.

49.     The 2018 Medical Unit provided a minimum personnel hour savings of 128 hours for the ten day operational period through preventative care which mitigated prolonged illness and loss of duty time. In addition, the Office of Worker's Compensation (OWCP) paperwork was completed for several officers assigned to the event.

50.     One incident occurred in which a government employee was taken to the Burning Man medical facility to be seen by a physician only to realize the medical facility was not in possession of necessary clinical equipment. The BLM medical team supplied the physician on duty with the medical supplies from the BLM medical unit necessary to treat the employee effectively. Additionally, the BLM medical unit provided care to a senior BRC employee due to convenience of available resources because the BRC employee was at the JOC.

51.     During the 2018 event, BLM staff received multiple reports of deficiencies in the Burning Man medical facility and BLM special agents onsite initiated an investigation. This investigation continued for several months and found through witness interviews and government staff observations neglect and patient negligence by the contracted medical provider. The medical provider was unable to provide appropriate supplies, medicines, and sterile equipment as summarized in a BLM Informational/Briefing Memorandum which was incorporated into a letter and issued to Burning Man organizers.

52.     The BLM cannot jeopardize the health and safety of government employees by relying on BRC provided medical facilities. The BLM provided the information of medical shortcomings to provide Burning Man organizers information necessary protect the public land users and all attendees from negligent care. The BLM must rely on Intergovernmental Agency support to insure employees are provided safe and reliable care in the austere working environment at the event.

**BLM Supplies and Equipment**

53.     The appellant asserts any BLM staff assigned to the event can charge any expense to the cost recovery. This is wholly inaccurate. Each purchase charged to the cost code is analyzed, scrutinized and considered for reasonableness prior to executing the cost recovery close out. Occasionally, staff charge the cost recovery for purchases that are deemed a coding error or unreasonable per cost recovery regulations. In all cases where this is discovered, the charge is removed from the cost recovery account prior to the cost recovery account close out. Every purchase carried forward to the cost recovery account close out has been verified by the BLM for reasonableness and defensibility.

54.     The appellant requests refunds for several BLM staff assigned to the event to include lodging and meals. The appellant paid directly via MOU for lodging and meals for all

government employees during the event and only travel to and from the event is covered in the cost recovery agreement.

55.     The appellant's reference to the iNet Public Safety contract on page 37, lines 20-21, is inappropriate in the matter before the board as these expenses were accepted and agreed to by BRC under the contracting MOU and not the cost recovery agreement.

**BLM Contracting Increase**

56.     The appellant made it known to the government late in the 2017 planning cycle that a new dispatch (Mission Support) vendor was interested in the contract with BRC under the MOU Contracting Program. BLM committed to allowing open competition for this contract in 2018 and recognized the appropriate competition could only be managed by a government contract solicitation. During 2018 planning the Microwave/Internet Bandwidth Services contract was also identified as a contract removed from the MOU program and retained as a government contract, largely for government security measures. The dispatch contract was awarded following competitive government solicitation for $199,870 while the Microwave/Internet Bandwidth Services contract was awarded following competitive government solicitation for $22,000. These contracts were subject to the 21.8% indirect cost rate at a cost of approximately $48,367.66. The total cost to the cost recovery account of these two contracts coming back into federal acquisitions was $270,237.66. It is important to note that the appellant had paid all but the indirect cost rate in previous years through the MOU Contracting agreement. The overall cost of other operational functions were reasonably considered and reduced where feasible and as such the difference between 2017 and 2018 on the cost recovery account is $236,359.66 more in 2018. Absent the two contracts moving into federal acquisitions, the 2018 cost recovery account would have been $39,878 less than the 2017 cost recovery account.

**BLM Technology**

57.     The appellant asserts the government's utilization of DeLorme trackers are unnecessary. The DeLorme trackers are a necessary tool to locate emergency resources and civilian staff alike. The onsite dispatch center can monitor locations and enhance response times should an officer or civilian need assistance or miss a status check. Due to the loud nature of some areas at the event it is possible to not hear a radio status check during the event. The lights and changing life of the city can also be disorienting, a piece of art utilized as a landmark for a few days may be burned and no longer available. As has happened, law enforcement can be asked to follow a reporting party to a fight in progress and have trouble describing to dispatch their exact location for back-up to assist. The trackers make it possible for dispatch to pinpoint the location of the officer requesting assistance. The reasonableness of this tool is examined annually and no better or more efficient technology has been located.

58.     The appellant argues the camera installed at the Law Enforcement Substation is excessive in cost. In truth the camera provides an event over watch that could only be replaced with increased law enforcement staffing. Absent the camera, it would take a minimum of two additional law enforcement personnel to provide over watch of the event for security and feedback from an elevated position to agency management. The camera provides a low-cost alternative and allows the command staff to view areas of concern, obtain information during

AR03613

large incidents, and monitor activities within the event. Following recent active shooter incidents, it is recommended to provide a sniper over watch at large outdoor mass gatherings. In lieu of that level of staffing, the camera allows a cost effective countermeasure.

59.     The appellant asserts the BLM overstaffs the temporary dispatch service for government personnel at the event. This dispatch services law enforcement personnel and civilian personnel performing compliance checks within the event. Approximately 100 government personnel are utilizing the dispatch center with, at times, as many as approximately 50 government personnel in service at the event at one time. This leaves an average of 1 dispatcher to 10 employees at peak activity levels during the event which has at times overloaded existing staffing. Dispatch services are essential to employee safety and public health and safety. The BLM asserts its experts, whom review the statement of work for dispatch services annually for reasonableness, know best how to provide for the health and safety of government employees and are trained in providing for public health and safety in a way the appellant is not. The appellant expended a similar cost as the BLM did for the 2018 event for dispatch services for the BLM under the contracting MOU previously described for multiple years without protest to the number of dispatchers and cost.

Signature: _____   Date: 9/12/19

AR03614

LANCE WENGER
Regional Solicitor
JANELL M. BOGUE
Assistant Regional Solicitor
U.S. Department of the Interior
Office of the Regional Solicitor
Pacific Southwest Region
2800 Cottage Way, Room E-1712
Sacramento, CA 95825
Telephone:     (916) 978-5690
Facsimile:      (916) 978-5694
janell.bogue@sol.doi.gov

Attorneys for the Bureau of Land Management

UNITED STATES DEPARTMENT OF THE INTERIOR
OFFICE OF HEARINGS AND APPEALS
INTERIOR BOARD OF LAND APPEALS

| | | |
|---|---|---|
| BLACK ROCK CITY LLC, | ) | IBLA 2019-109 |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | **DECLARATION OF MARK E. HALL** |
| | ) | |
| BUREAU OF LAND MANAGEMENT, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |

I, Mark E. Hall, hereby declare as follows:

I have personal knowledge of the matters set forth herein and if called to testify I could and would testify competently thereto.

1.      I have 9 years of experience in federal land management; I have been employed with the Bureau of Land Management since January 2010.  I am currently employed as a Field Manager for the Bureau of Land Management (BLM) Winnemucca District, Black Rock Field Office (BRFO).  Prior to this position I was the Assistant Field Manager for the BRFO.  Other positions I have held in Winnemucca include: archaeologist, Planning and Environmental Coordinator, and Project Manager.

2.      I have 3 years (FY 2017, FY 2018, FY 2019) of experience working at the Burning Man event as the Authorized Officer.  From 2010 through 2016, while not physically at the event, I served as an interdisciplinary team member for their 2012 permit renewal, and after that was the

IBLA 2019-109 – Declaration of Mark E. Hall – Page 1

AR03615

Planning and Environmental Coordinator in charge of the Determinations of NEPA Adequacy (DNA) documents for the permit.

3.      My duties during the 2018 Burning Man event as Field Manager were as the Authorizing Official (AO) for the Burning Man event permit.  I was on playa during the event and implementation of the SRP. I had input in the development of the event Table of Organization, the development of the event Cost Recovery Agreement Estimate, the development of the event Permit Stipulations, and the development of the event Closure Order Restrictions. I signed the Special Recreation Permit.  I was responsible for leading the effort for the closeout of the 2018 Cost Recovery Agreement and the SRP Annual Evaluation.

**Mission Critical Status**

4.      The Burning Man event is held in a remote desert location with the nearest full service community over 200 miles away. During the time of year that the event is held, it is also the peak time of Fire Season for the BLM around the U.S. Conditions are often extremely rigorous during the event due to heat, dryness and dust. Dust levels often reach the EPA's hazardous level.[1] While the event itself is only a week long, set-up and clean-up requires approximately a month both before and after the event.

5.      BLM engages in a nearly year-round planning process for its administration of the Burning Man event Special Recreation Permit.  Each year, BLM reviews its entire administration staff and process to determine where efficiencies can be found or where processes can be changed.  Based on input from the planning team, stakeholders, previous years' After Action Reviews, and Operational Assessments, the BLM determines how many civilian employees and law enforcement officers (LEOs) will be needed to properly staff the event.  Staffing levels for the non-law enforcement (commonly called "civ-ops") positions is contingent upon which activities will be taken over and performed by the Burning Man Project, and based on incidents from the previous year.

6.      Permanent Instruction Memorandum (IM) 2018-010 designated the Burning Man Event as "mission critical work" and entitles personnel participating in direct support of the annual Burning Man Event premium pay under the limitations described in 5 CFR 550.106(c)  and 550.107.

7.      Pursuant to IM No. 2018-015, Law Enforcement Staffing Requirements for Fiscal Year 2018 Special Events and High Use Recreation Areas, the 2018 Burning Man event was classified as a national detail. The IM defines a national detail as "a high use weekend or special event where the ability to manage the activity in a reasonably safe manner for both the public and the LEOs assigned exceeds the capability of the resources within the State where the event is occurring."

8.      BLM requires a minimum of 75 officers to safely fulfill the law enforcement portion of administering the Burning Man event permit, 2 officers in the command staff and 73 officers in the support, patrol and investigative operation.  In August 2017, the entire BLM agency had a

---

[1] The BLM is working with safety and industrial hygenists to ensure worker health and safety, and also to determine if hazard pay is warranted.

AR03616

combined total of 277 law enforcement credentialed staff that could potentially be assigned to work at the Burning Man event. That number includes all leadership and management staff. To staff the event without the "Mission Critical" would require a three wave rotation of 73 officers, or a combined total of 219 officers, to be assigned to the event. To take this approach would exhaust BLM law enforcement resources nationwide both in the field and in critical leadership positions. In addition, the costs of not having the designation in place, which only requires one set of 73 officers, would increase lodging, meal, travel, and other associated costs for BLM Law enforcement personnel assigned to the event. Adequate lodging for 73 officers in the rural community in which the event is held is barely attainable as multiple officers share motel rooms and travel trailers to meet housing need. The rural community near the Burning Man event site currently does not have lodging capacity for an additional 146 officers.

9.     For non-LEO positions, the BLM requires 31 employees to work at the event. The Winnemucca District Office (WDO), table of organization, has a total of 71 employees (non-Fire and Aviation). Many of these employees are in critical positions that cannot be released for working the Burning Man event. Other employees in the WDO are reluctant to work the event for religious or moral reasons. To staff the event, the BRFO must reach out to other field offices within the BLM.

10.     The Mission Critical Designation lifts the pay-cap placed on federal employees to ensure that they are fairly compensated for the service they provide through their work at the event. Absent lifting the pay-cap, federal employees would be compensated at less than their normal pay rate, regardless of if the employee is exempt or non-exempt. This would not be a fair and reasonable practice to law enforcement officers or management employees on public lands. This also incentivizes detailed officers and non-LEO employees to volunteer to staff the event and without this incentive it would be difficult to provide the needed safety and security to event participants, and to ensure no unnecessary and undue degradation of affected public lands. Employees at the Burning Man event endure an austere working environment and subpar living conditions while working and to do so for less than their normal pay rate is not appealing or adequately providing for just federal employee compensation.

11.     As outlined above, the Burning Man event fits is appropriate for the "Mission-Critical" designation.

**Reasonable Costs**

12.     All the costs documented in the Cost Recovery Closeout fall under FLPMA's definition of "reasonable costs". The labor costs are for LEO and Civ-Ops employees to monitor the event and ensure that the stipulations of the permit are being followed, ensuring public health and safety of participants at the event, and ensuring no unnecessary or undue degradation of public lands occurs. This is also in accordance with 43 CFR 2932.31.

13.     The charges for equipment are for equipment that is used exclusively for the Burning Man Event. The equipment that is purchased is what would be purchased by the government for managing and monitoring public lands for general public use.

14.     Questions from BRC about cost recovery charges are answered either verbally or in some written form (email or letter).  For example, following the 2017 event, the BLM answered a series of questions from BRC regarding the cost recovery charges.  See AR 240, 241.

15.     BRC asserts that personnel working the event have a higher pay grade than necessary. This is not the case.  Many of the BLM employees who work the event have been with the BLM for more than 2 or 3 years.  Many of the non-LEO employees who have been with the BLM for that amount of time are at the GS-9 or GS-11 pay grade scale.  For example, for my current staff in the BRFO, 6 out of the 7 are at the GS-11 pay scale or higher.

**After Action Review**

16.     While After Action Reviews (AAR) are useful project management tools, there is no written policy nor requirement that a written AAR be provided to a proponent.  In the WDO, AARs are generally held after the completion of a major NEPA document with a proponent, but there is not always a written document that is produced.

17.     An AAR was held with the Burning Man Project in December 2018 and a draft SRP Evaluation was presented to them.  With the proponent's EIS for its permit renewal, a major hardrock mining EIS in progress, and reduced staffing in the BRFO, it was my decision to not have a lengthy written AAR for the 2018 Event as was done in the past.  The 35 day furlough also made it difficult to prepare a written AAR.

18.     The AAR for the 2017 Burning Man Event contains very little information on how the cost recovery monies were spent.  The document does provide a few more details on the number of employees working on a given day, and explanations of what the positions did on playa.  Most AARs I have been involved with do not discuss the cost recovery closeout (when one existed).

**Law Enforcement Staffing Levels and Roles**

19.     BLM law enforcement has a unique role as outlined in the BLM's 9260 Manual Law Enforcement Index of General Orders.  As stated in General Order 5: "The objective of the law enforcement program is to ensure compliance with those Federal laws that relate to the public lands, their resources and regulations."  This includes traffic stops (General Order 22), drug enforcement (General Order 33), and unauthorized storage and disposal of hazardous wastes on the public lands (General Order 34).  Associated with General Order 33, is General Order 36 which allows for the use of canine units.

20.     As Field Manager for the BRFO in 2018, per General Order 4, I was responsible for implementing a resource protection and law enforcement program for the Burning Man event. The level of law enforcement was decided by myself as Authorized Officer and Field Manager. This decision was based on a recommendation from law enforcement specialists and made in consultation with the Nevada State Director.

21.     The Burning Man event is held within the Black Rock-High Rock Emigrant Trails National Conservation Area.  One of my job duties is to ensure compliance with goals and objectives of the BLM's National Lands Conservation System and the Black Rock-High Rock

AR03618

Emigrant Trails Resource Management Plan. The use of law enforcement officers is one means of ensuring these policies and plans are implemented.

22.    It needs to be noted that the Burning Man event is essentially the temporary construction of a tent and recreational vehicle city inside the Black Rock-High Rock Emigrant Trails National Conservation Area. The population of the city in 2018 was approximately 80,000 people. This event is the largest Special Recreation Permit (SRP) that the BLM manages; no other SRP comes close in size or scope. It is also an event where copious amounts of alcohol and illicit substances are consumed, and many participants bring extra gasoline and fuel oil for burns. The uniqueness and size of the Burning Man event requires a unique law enforcement response.

23.    Data (Table 1) in the Public Health and Safety report produced for the Burning Man Permit Renewal EIS needs to be noted. Since 2015, the ratio of LEOs to paid participants has undergone a significant drop—in 2017, it was down to 1 officer per 1,059 paid participants. Only in 2008 was the ratio lower. Even in 2012 through 2015, the LEO officer to paid participant ratio was similar to the ratio in 2004 and 2005. The BLM has significantly lowered the number of officers at the event, and the increases in the cost of law enforcement are due to cost of living increases, standard promotional policies, and travel costs to get the LEOs to the event.

24.    While BRC asserts that the number of citations issued at the event given the number of LEOs are "random", a simple linear regression of the number of citations versus the number of LEOs at the event contained in Table 1 in the Public Health and Safety report (noted above) shows a moderate to strong trend ($R^2 = 0.74$, with a p value of less 0.001) that is highly significant. The assertion by BRC the event is over-policed is suspect.

25.    As Authorized Officer, I do ride with law enforcement officers on patrol. While BRC is correct in noting some of the public contact calls were for directions, I also observed law enforcement officers educating the public on appropriate hazardous material storage, potential environmental issues such as greywater/blackwater leaks, and safety recommendations. Not all contacts need to result in a citation or warning. Further, while BRC's staff and volunteers provide some support in these areas, the fact that law enforcement officers are sought out by participants and are providing these services suggests that they are needed.

26.    Due to the failure of BRC's environmental compliance teams during the 2018 Event, I authorized LEOs to issue warnings and citations for environmental compliance issues. Environmental issues ranged from grey and blackwater spills and dumping, fuel storage issues, and depositing human waste. Resource protection by LEOs is covered under General Order 4 and FLPMA.

27.    As noted in General Order 23, FLPMA authorizes the BLM to cooperate with local law enforcement agencies, particularly when there is an activity on public land that "receives visitation primarily from persons who reside outside the county…," and this "visitation represents a major impact…". Pershing County has under 7,000 residents, so the Burning Man event has a major impact on local law enforcement. If this event did not occur, the Pershing County Sheriff's Office would not be receiving such a major impact to its workload and BLM investigators would not be needed.

AR03619

28.     Since there were only 74 field law enforcement officers at the event that were split between 3 shifts, the LE substation is an important site since participants can find an officer there around the clock.  From my experience from spending at least 30 minutes a day there, law enforcement working the substation are queried by participants on issues ranging from how to resolve citations, concerns over potential criminal activities, complaints about other participants, questions concerning the event stipulations and regulations, and general questions concerning the Burning Man permit.  Per General Order 4, public contact on public lands is a job duty of Supervisory Law Enforcement Rangers and Law Enforcement Rangers.  When not addressing concerns from participants, the substation allows provides a space for officers to write their reports.

29.     The LE substation is not a redundancy to the services BRC offers at the event since it is staffed by sworn law enforcement officers capable of receiving criminal reports and coordinating a law enforcement response from within the city.  Substations in urban communities are one way of building trust with citizens.  Black Rock City is touted by the Burning Man organization as one of the largest cities in Nevada when the event occurs; and it was my determination that it was reasonable to use an urban staffing model for the Burning Man Event.

## BLM Medical Facilities

30.     The BLM Medical Team is a necessary component for the BLM to administer the Burning Man SRP.  This unit provides medical care for all government employees working the event; maintains an employee's sealed medical history; they can get employee immediate access to Critical Incident Stress Management services if needed; and initiate the necessary workmen's compensation paperwork.  Further, the BLM Medical Team serves as a patient advocate when care transfers to the next level.  BRC's medical unit cannot provide these services to government employees, nor can they institute a workmen's compensation claim.

31.     A letter explaining BLM's Medical Team was sent to BRC by certified mail and email on June 19, 2017.  AR 182.

32.     BRC's assertion of its medical capabilities and services is suspect.  Due to conflicting reports from BRC's medical supervisor regarding what happened with a vial of ketamine, I ordered law enforcement to investigate whether the vial was used appropriately or was missing. In the course of the investigation by law enforcement, medical professionals working for BRC came forward with other issues including: a shortage of medical supplies, reuse of sterile medical kits such as suture kits, lack of certain basic pharmaceutical drugs, and medical professionals who were lacking proper licensing.  More details can be found in a letter from the WDO District Manager to BRC dated May 30, 2019.  Government employees cannot be subjected to these conditions, so the BLM Medical Team is necessary to administer the Burning Man SRP.

## Vendor Compliance

33.     In 2018, the Burning Man event had 63 vendors who attended the event specifically to provide services to the participants of the Burning Man event. These vendors were not covered/authorized under the Burning Man event SRP. The vendors were present on federal

lands specifically because of the event. If the event were not present these vendors would not be present on federal lands conducting commercial business activities.

34.     Processing and administering 63 additional SRPs that are directly associated with the BLM's implementation and monitoring of the Burning Man event's SRP results in a direct cost to the BLM for labor associated with the issuance and monitoring of those additional permits. The Vending Compliance Team for the 2018 Burning Man event consisted of just two individuals.

35.     Vending Compliance Team members must have sufficient skills and experience to complete compliance and monitoring on vendor SRPs that are issued for the Burning Man event. They must also possess the skills needed to process newly identified SRPs as they are discovered during the event, and adjudicate complicated and nuanced SRP-related questions, situations and disputes.

36.     Although each vendor is issued an individual permit for its commercial business practices conducted at the Burning Man event, they are present to conduct those business activities for participants directly tied to the Burning Man event as a result of BRC's SRP. Per the SRP regulations, policy and manuals, BRC could have all those vendors operating under their permit. BRC would have to either pay or recruit volunteers to process the associated paperwork for those vendors. BRC would be held responsible for any violations by the vendors. BRC would be responsible for collecting the vending fees owed the US government. BRC has been verbally notified of this at several points in time; in May 2018, they verbally told the BLM they did not want this responsibility and liability.

37.     The Burning Man event is a year-round workload that includes but not limited to preparing NEPA documents for the event and vending SRP, preparing the actual SRPs, issuing and collecting fees for vendor SRPs, attending numerous meetings and conference calls, preparing the After Action Review, assisting in the preparation of the cost recovery estimate and cost recovery account closeout, and reviewing numerous documents submitted to the BLM by BRC. It is the overall responsibility of the BLM and its staff to monitor all aspects of the implementation of the SRP including but not limited to safety, GIS, Environmental and Vending Compliance, and as the permitting agency the BLM reserves the right to assign adequate staff to monitor these areas of activity during the event to ensure compliance with the SRP stipulations and Closure Order by the permittee. BLM holds the overall responsibility for compliance on Federal Lands and not the permit holder.

38.     Per the SRP regulations, approval of an SRP is a discretionary action made by the Authorized Officer. When the permit will take more than 50 hours to process or administer, all costs incurred by the BLM in order to implement the SRP must be reimbursed to the BLM by the permittee through cost recovery. If the permittee believes that cost recovery is not in its best interest, then the permittee can choose to move its event off public lands.

Signature:____Mark E Hall_____     Date: 24 Sept. 2019

IBLA 2019-109 – Declaration of Mark E. Hall – Page 7

AR03621

LANCE WENGER
Regional Solicitor
JANELL M. BOGUE
Assistant Regional Solicitor
U.S. Department of the Interior
Office of the Regional Solicitor
Pacific Southwest Region
2800 Cottage Way, Room E-1712
Sacramento, CA 95825
Telephone:     (916) 978-5690
Facsimile:     (916) 978-5694
janell.bogue@sol.doi.gov

Attorneys for the Bureau of Land Management

UNITED STATES DEPARTMENT OF THE INTERIOR
OFFICE OF HEARINGS AND APPEALS
INTERIOR BOARD OF LAND APPEALS

| | |
|---|---|
| BLACK ROCK CITY LLC, | ) IBLA 2019-109 |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) **DECLARATION OF CHELSEA** |
| | ) **McKINNEY** |
| BUREAU OF LAND MANAGEMENT, | ) |
| | ) |
| Respondent. | ) |
| | ) |
| | ) |

I, Chelsea McKinney, hereby declare as follows:

I have personal knowledge of the matters set forth herein and if called to testify I could and would testify competently thereto.

1.      I have 11 years of experience in federal land management; I have been employed with the Bureau of Land Management since October 2016.  I am currently employed as the Burning Man Project Manager, for the Bureau of Land Management (BLM) Winnemucca District, Black Rock Field Office.  Prior to this position I was the Outdoor Recreation Planner for the Black Rock Field Office.

2.      I have 2 years (FY 2017 and FY 2018) of experience working at the Burning Man event. In 2017 I was involved with vending compliance, and in 2018 I was the Special Recreation Permit (SRP) Monitor.

IBLA 2019-109 – Declaration of Chelsea McKinney – Page 1

AR03622

3.     My duties during the 2018 Burning Man event as SRP Monitor were to review the Operating Plan submitted by Black Rock City and make sure they were complying with all actions in their SRP, Permit Stipulations, and Operating Plan.  I was on playa during the event and implementation of the SRP. I had input in the development of the event Table of Organization; the development of the event Permit Stipulations; and the development of the event Closure Order Restrictions. I was responsible for preparing the Determination of NEPA Adequacy (DNA) for the 2018 Burning Man Event and the SRP for the Authorized Officer's and Black Rock City's signatures. I was also responsible for preparing and issuing SRPs for vendors at the event.

## Vendor Compliance

4.     In 2018 the Burning Man event had 63 vendors who attend the event specifically to provide services to the participants of the Burning Man event. These vendors were not covered/authorized under the Burning Man event SRP. The vendors were present on federal lands specifically because of the event. If the event were not present these vendors would not be present on federal lands conducting commercial business activities.

5.     To process and administer 63 additional SRPs that are directly associated with the BLM's implementation and monitoring of the Burning Man event's SRP, results in a direct cost to the BLM for labor associated with the issuance and monitoring of those additional permits. The Vending Compliance Team for the 2018 Burning Man event consisted of three individuals.

6.     Vending Compliance Team members must have sufficient skills and experience to complete compliance and monitoring on vendor SRPs that are issued for the Burning Man event. They must also possess the skills needed to process newly identified SRPs as they are discovered during the event, and adjudicate complicated and nuanced SRP-related questions, situations and disputes.

7.     Although each vendor is issued an individual permit for its commercial business practices conducted at the Burning Man event, they are present to conduct those business activities for participants directly tied to the Burning Man event as a result of BRC's SRP. Per the SRP regulations, policy and manuals, BRC could have all those vendors operating under their permit.  BRC would have to either pay or recruit volunteers to process the associated paperwork for those vendors.  BRC would be held responsible for any violations by the vendors.  BRC would be responsible for collecting the vending fees owed the US government.  BRC has been verbally notified of this at several points in time; in May 2018, they verbally told the BLM they did not want this responsibility and liability.

8.     The Burning Man event is a year-round workload that includes but not limited to preparing NEPA documents for the event and vending SRP, preparing the actual SRPs, issuing and collecting fees for vendor SRPs, attending numerous meetings and conference calls, preparing evaluations, assisting in the preparation of the cost recovery estimate and cost recovery account closeout, and reviewing numerous documents submitted to the BLM by BRC. It is the overall responsibility of the BLM and its staff to monitor all aspects of the implementation of the SRP including but not limited to safety, GIS, Environmental and Vending Compliance, and as the permitting agency the BLM reserves the right to assign adequate staff to monitor these areas

IBLA 2019-109 – Declaration of Chelsea McKinney – Page 2

AR03623

of activity during the event to ensure compliance with the SRP stipulations and Closure Order by the permittee. BLM holds the overall responsibility for compliance on Federal Lands and not the permit holder.

9.      Per the SRP regulations, approval of an SRP is a discretionary action made by the Authorized Officer. When the permit will take more than 50 hours to process or administer, all costs incurred by the BLM in order to implement the SRP must be reimbursed to the BLM by the permittee through cost recovery.  If the permittee believes that cost recovery is not in its best interest, then the permittee can choose to move its event off public lands.


Signature:_____Date: 9/12/19


IBLA 2019-109 – Declaration of Chelsea McKinney – Page 3

AR03624

LANCE WENGER
Regional Solicitor
JANELL M. BOGUE
Assistant Regional Solicitor
U.S. Department of the Interior
Office of the Regional Solicitor
Pacific Southwest Region
2800 Cottage Way, Room E-1712
Sacramento, CA 95825
Telephone:     (916) 978-5690
Facsimile:      (916) 978-5694
janell.bogue@sol.doi.gov

Attorneys for the Bureau of Land Management

UNITED STATES DEPARTMENT OF THE INTERIOR
OFFICE OF HEARINGS AND APPEALS
INTERIOR BOARD OF LAND APPEALS

| | | |
|---|---|---|
| BLACK ROCK CITY LLC, | ) | IBLA 2019-109 |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | **DECLARATION OF MARK PIRTLE** |
| | ) | |
| BUREAU OF LAND MANAGEMENT, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |

I, Mark Pirtle, hereby declare as following:

I have personal knowledge of the matters set forth herein and if called to testify I could and would testify competently thereto.

1.      I am currently employed as a Reemployed Annuitant for the Bureau of Land Management (BLM) in Nevada, Winnemucca District Office (WDO), as a Special Projects Manager for the Burning Man (BM) Special Recreation Permit (SRP). I have been employed with the BLM in this position since June 2012. Before this position, I was the BLM, Office of Law Enforcement and Security (OLES) Special Agent-in Charge (SAC) of Region 3 (Nevada/Utah). I retired from the SAC position in January 2012, after 26 years of service.

2.      I have 23 years of experience working the BM SRP, both in planning the BLM operations and executing the operations at the event site. My experience includes 16 years in law enforcement event operations and 7 years in compliance/support event operations. I have

AR03625

worked on closeout of the SRP cost recovery account for 6 years.  I have served in multiple positions, to include BLM's planning team member and/or lead, BLM's event lead for illegal drug interdiction, BLM's event lead for all law enforcement operations, BLM's event Deputy Incident Commander, BLM's event Incident Commander, BLM's event Project Manager, BLM's event Facility Manager, BLM's Civilian Operations Chief and I am currently serving as the BLM's 2018 civilian planning team member and operational Civilian Branch Chief.

3.       My duties during the 2018 event as the BLM Civilian Branch Chief included serving as a planning team member with lead responsibilities in: the development of the event logistics program; the development of the event communication network program; the development of the event lodging plan; the development of the event Joint Operation Center (JOC) Compound plan; the development of the event Incident Action Operational Plan; the development of the BLM/BRC Memorandum of Understanding (MOU)/Statements of Work (SOW) program; the development of the event Table of Organization; the development of the event Cost Recovery Agreement Estimate; the development of the event Contracting plan; the development of the event Permit Stipulations; and the development of the event Closure Order Restrictions.  During event operations, as the BLM Civilian Branch Chief, I was the overall supervisor of the BLM's logistic team, communication team and compliance team.  I was also the BLM coordinator of all the BRC MOU/SOW activities on playa.  In addition, I was on the 2018 Cost Recovery (CR) closeout team, which developed the CR package sent to BRC after the event.

## 2018 Cost Recovery Closeout Program

4.       To calculate the cost recovery closeout for the 2018, BLM collected actual expense data from the BLM's financial system (FBMS).  The closeout team requested raw data reports specific to the Burning Man event by querying the Work Breakdown Structure (WBS) established only for the 2018 event.  Costs included in the closeout reports were only those with the identified WBS.  The team sorted the expenses into categories (e.g. labor, contracts, travel, and micro-purchasing).  The team formatted the raw data reports into user-friendly documents to be provided to BRC. BLM does not provide internal government documents (i.e., each government employee's labor submissions in "Quicktime" and each government employees travel vouchers submissions in "Concur") as part of the closeout package, but the agency does provide BRC with summary spreadsheets of all those costs broken down by employee.  BLM also provide BRC copies of all micro-purchase receipts and copies of government contract solicitations/awards as part of the closeout package. All those materials were included in the cost recovery closeout decision for the 2018 Burning Man event.

## BLM Charged BRC for Reasonable Equipment and Supply Costs.

5.       In the BLM's 2018 CRA Closeout documents to BRC, the CR Closeout Summary Table documented, under Estimated Cost for the Miscellanies Supplies, Equipment & Services, an estimated cost amount of $35,000.00. Under the Actual Cost for the Miscellanies Supplies, Equipment & Services, the table documented an actual cost of $48,323.30. This included: $22,258.30 for miscellaneous Government credit card purchases for supplies during event operations by 75 card charges from 18 government employees with event operations responsibilities; $9,065.00 for a government contract for water septic tank service (multiple dumping of the septic tank) at the BLM's Black Rock Station (BRS) Administrative Site in

AR03626

Gerlach that is used as a lodging site for 19 event detailers during event operations; $17,000.00 for a government contract to wire for 12 volt generator service at the three contracted lodging facilities (Bruno Motel & Apartments) used by 55 event detailers during event operations.

6.      For the 75 credit card purchases, in the 2018 CRA Closeout documents, BLM provided BRC a Miscellaneous Supplies, Equipment & Services purchase table which listed the card holder's name, vendor's name, amount of charge and description of item purchased. A three ring binder was provided to BRC with a copy of all the 75 credit card purchase receipts. Miscellaneous credit card purchases are necessary and reasonable because each event cycle requires small purchases, sometimes at the last minute.  All of the requested purchases are approved by one or more of the leadership members of the SRP operation. The miscellaneous purchase category, including credit card purchases, has existed for many years as part of the BLM's Burning Man operation at the event with adjudication documents provided in the yearly close out documents.

7.      For the water septic tank service contract, 41 pages of documents were provided to BRC in the contract binder concerning this contract as part of the Closeout documents. The BRS admin site has been used as an event operations lodging since it was constructed many years ago. Having that many detailer lodged at the site for 3 weeks requires additional dumping services for the septic tank system. These additional septic services are a direct result of the Burning Man SRP. In the past, this additional service was charged to a non-CRA charge code but starting in 2018 these charges were properly charged to the SRP CRA charge code.

8.      In previous years during event operations, the power grid in Gerlach failed for multiple hours/days.  As a result of these past failures, the BLM decided the detailer lodging facilities needed to be capable of having generators hooked up to restore temporary power to facilities for employee health and safety. The contract for the 12 volt generator wiring of the Bruno Lodging Facilities was first offered to BRC under the MOU program because BRC rented the Bruno Lodging Facilities for BLM's event operations under the MOU program. BRC declined to accept the wiring project under the MOU program so it became an unexpected government contract that was put under the miscellaneous services expenses. For the wiring contract, 47 pages of documents were provided to BRC in the contract binder concerning this contract as part of the Closeout documents.

9.      In 2018, BLM had 136 employees and contractors "on site" at the Burning Man event. BLM purchased and issued goggles due to the many playa dust storms that occur every year during the event operational days.  BLM purchases the goggles with cost recovery agreement estimate funds under the category of "miscellaneous supplies and equipment."  Goggles are considered Personal Protection Equipment (PPE) by BLM and therefore are not re-issued over the years or to other people. Many detailers that have been to previous events do bring their same goggles back from previous events and reuse them, as long as they are still servable, but they are not told they have to reuse previously issued goggles or are they told they have to turn in their used goggles at the end of the operation because goggles are designated as PPE.  Any goggles purchased in a particular year with CRA funds that were not issued are stored so they can be issued in future BM event operations.  This practice has been BLM's standard operating procedure since 1996.

Signature: _____ Date: 9/25/2019

LANCE WENGER
Regional Solicitor
JANELL M. BOGUE
Assistant Regional Solicitor
U.S. Department of the Interior
Office of the Regional Solicitor
Pacific Southwest Region
2800 Cottage Way, Room E-1712
Sacramento, CA 95825
Telephone:    (916) 978-5690
Facsimile:    (916) 978-5694
janell.bogue@sol.doi.gov

Attorneys for the Bureau of Land Management


UNITED STATES DEPARTMENT OF THE INTERIOR
OFFICE OF HEARINGS AND APPEALS
INTERIOR BOARD OF LAND APPEALS

| | | |
|---|---|---|
| BLACK ROCK CITY LLC, | ) | IBLA 2019-109 |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | **DECLARATION OF KEVIN WISEMORE** |
| | ) | |
| BUREAU OF LAND MANAGEMENT, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |

I, Kevin Wisemore, hereby declare as follows:

I have personal knowledge of the matters set forth herein and if called to testify I could and would testify competently thereto.

1.      I am currently employed as the Telecommunication Specialist for the Bureau of Land Management's (BLM), Ely District Office Nevada. I have been employed with the BLM in this position since August 2013. Before this position, I served in the Marine Corps for 21 years.

2.      I have 3 years' experience working the Burning Man Event, both in planning the BLM operation and executing the operation at the event site. I have served in multiple positions, to include Communications Technician and Communications Unit Leader.  I have shadowed the Communications Chief position.

AR03629

3.      My duties during the 2018 event as the BLM Communications Unit Leader included being a planning team member with responsibilities of the development of the event microwave network system; the development of the event dispatch trailer and operation. As a planning team member, I also had input on the development of the event Table of Organization and the development of the statements of work for specific service acquisitions. During event operations, as the BLM Communications Unit Leader I was field supervisor of the BLM's Communications Technicians.

4.      During the months leading up to the 2018 Burning Man Event, I contributed a substantial portion my time toward working on, collaborating on, and preparing for the delivery of a safe and successful Burning Man event. I did this work with the full knowledge of my government supervisor and used a substantial portion of my government "base time" working on the event. These were hours compensated by Cost Recovery dollars, but this was also time I was unavailable to perform my normal government functions.

5.      I also worked at the 2018 Event and accurately logged my time that was involved in supporting the event and BRC's Special Recreation Permit (SRP). My duties required me to arrive early and setup the communications infrastructure and equipment before the "pre-patrol" portion of the event and remain late and break down the communication infrastructure and equipment after the event. I was also required to receive and inventory all IT assets rented for the event to include Burning Man IT equipment.  The majority of my labor costs were the result of time spent at the event location.

6.      There were a number of other communications employees who worked tirelessly to set up the communications infrastructure and equipment necessary to support the event. These employees are among the first government employees at the event and the last ones to depart. They not only build the systems, but also maintain the systems 24 hours per day to ensure high-reliability. A number of these employees worked to support Black Rock City, LLC (BRC), improve their efficiency, and reduce their cost. Before the 2018 Burning Man Event, BRC officially requested that BLM receive a shipment of Information Technology and computer equipment on behalf of BRC. The equipment was shipped from a third party contractor to the BLM Nevada State Office in Reno, Nevada. BLM Communications employees received the equipment, inventoried it, and loaded it into a transport trailer and hand delivered it to BRC personnel at the Joint Operations Center (JOC). BRC also requested BLM account for the equipment at the end of the event and package, transport and ship the equipment back to the contractor. BLM was pleased to collaborate with BRC on this effort to reduce duplicate workload, reduce costs for BRC and work efficiently in collaboration. This was not a small amount of work, added complexity and complications for BLM, but BLM delivered on their promise to BRC.

## Network services

7.      In preparation for the 2018 Burning Man Event, BLM issued a competitive government solicitation for "Network Services and Support" to ensure open competition among potential contractors. A comprehensive "Technical Evaluation" and "Pricing Evaluation" was conducted for the submitted bids by a Technical Proposal Evaluation Committee. Price Analysis Procedures were used to evaluate price reasonableness, review line item prices, other costs and fixed rates,

AR03630

review labor categories and level of effort to ensure the reflect the technical offering, review price realism, review and confirm and understanding of the requirements, review potential risk. After reviewing all bidder "Technical Proposals" and "Price Quotes" BLM selected the best qualified contractor.

8.      The Joint Operations Center (JOC) is a large compound used to support public safety operations for the Burning Man Event. It is several hundred yards across this compound. BLM uses eight separate buildings in this compound. Inside those buildings are 23 rooms or spaces used for various purposes. In some spaces, more than one phone/phone line is needed to support the mission. The number of phones, placed, strategically around the compound are used to execute business functions in an efficient manner. BLM has evaluated the purpose and need for each phone/phone line, and requests and uses the minimum necessary to accomplish the mission. Voice over IP (VoIP) technology is different from traditional telephone technology and the cost structure is much different. The fact that multiple lines are used does not mean the cost is excessively high or unreasonable.

**Radio equipment**

9.      BLM Policy through MS-1292 and General Order 18, Bureau radio systems will comply with Executive Order 12958 and R56 standards, i.e. P-25 digital requirements. BLM was out of Policy for the Burning Man event due to the analog connection from the dispatch consoles to the Base Stations. In 2017, prior to the event, the Nevada BLM Telecommunications Manager notified the BM Planning team that to comply with policy the BLM dispatch consoles used at the BM event will need to be upgraded as well as the dedicated Burning Man base station radios in order to function with DFSI. In 2017, BLM Nevada paid $80k in MLR funds to upgrade the BM Event dispatch consoles to meet these requirements. The BLM Burning Man Planning Team was made aware that the BM dedicated radio base stations would also need to be upgraded, using CRA funds, of approximately $60k. The BLM Planning Team made the decision not to ask BRC to purchase these base stations for the 2017 event and would put off this purchase until the 2018 event. After the 2017 event, the Nevada BLM Telecommunications Manager began researching options that would reduce the cost. No other options were available so the Telecommunications Manager reached out to a vendor that makes a base station that would meet the requirements and see if it was possible to have it engineered to fit into our communication trailer. The vendor was willing to build the base stations and reduced the cost to between $20k and $25k. The contractor installed the $80k upgrade that the BLM funded in FY17 to the consoles. Once that upgrade was complete, the existing base station radios no longer functioned. For the 2018 Burning Man event the communications network needed to comply with MS-1292 and meet R56 requirements.

KEVIN WISEMORE

Digitally signed by KEVIN WISEMORE
Date: 2019.09.17
10:08:46 -07'00'

Signature:_____Date:_____

AR03631



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Winnemucca District Office
Black Rock Field Office
5100 East Winnemucca Boulevard
Winnemucca, Nevada 89445
Phone: (775) 623-1500 Fax: (775) 623-1741
Email: wfoweb@blm.gov
https://www.blm.gov/office/winnemucca-district-office

In Reply Refer To:                          FEB 2 8 2020
LLNVW03500-19-01
2930 (NVW030.10)

> 9171 9690 0935 0211 8629 75

CERTIFIED MAIL NO. 9171 9690 0935 0211 8629 75
Return Receipt Requested

Ms. Marnee Benson
Associate Director of Government Affairs
Burning Man Project
660 Alabama St., 4th Floor
San Francisco, CA 94110

### 2019 After Action Review

Dear Ms. Benson:

Please find enclosed the Bureau of Land Management's (BLM) 2019 After Action Review (AAR).

The enclosed AAR covers Civilian and Law Enforcement Operations for the 2019 event. During planning for the 2020 Burning Man event, we will use this document and any other AARs to continue to work together to ensure a safe and successful event on public lands.

Should you have any questions please coordinate with Chelsea McKinney, Burning Man Project Manager for the BLM, at 775-623-1771.

Sincerely,

**Mark E. Hall**

Mark E. Hall Ph.D.
Field Manager
Black Rock Field Office

<span style="color:red">Official Record Copy</span>

Enclosure:
BLM 2019 After Action Review

---

**INTERIOR REGION 10 · CALIFORNIA-GREAT BASIN**
CALIFORNIA\*, NEVADA\*, OREGON\*
\* PARTIAL

**AR03671**



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Winnemucca District Office
Black Rock Field Office
5100 East Winnemucca Boulevard
Winnemucca, Nevada 89445
Phone: (775) 623-1500 Fax: (775) 623-1741
Email: wfoweb@blm.gov
https://www.blm.gov/office/winnemucca-district-office

In Reply Refer To:
LLNVW03500-19-01
2930 (NVW030.10)



## BLM
## AFTER ACTION REPORT
## 2019 BURNING MAN EVENT

### Introduction

The Burning Man Event is a Bureau of Land Management (BLM) Special Recreation Permit (SRP) permitted gathering of participants who engage in an "experiment in temporary community dedicated to radical self-expression and self-reliance". Burning Man is the largest and most complex special recreation event on BLM administered lands. The event is produced by the permittee, Burning Man Project (BMP).

Since 1990, the event has been held annually in the Black Rock Desert – High Rock Canyon – Emigrant Trails National Conservation Area within the Winnemucca District's Black Rock Field Office (BRFO). The Black Rock Desert is a remote rural area approximately two hours from the nearest city. During the week preceding Labor Day, participants convene to create Black Rock City. During the event, the city becomes the eighth largest city in Nevada. In 2019, the event had a cumulative peak population at 78,850 on Friday, August 30, 2019.

This document serves as the After Action Review (AAR) for the Burning Man event operations of the BLM and other cooperators. The items documented in this review will be considered in the planning of the 2020 event.

### 2019 BLM Event Planning

The BLM's 2019 planning team was approved by the Nevada State Director in February 2019, at which time the planning began in conjunction with the 2019 BMP and Pershing County Sheriff's Office (PCSO) planning teams.

At the start of the 2019 planning phase, in furtherance of capturing all planning costs in the SRP Cost Recovery Agreement (CRA), the CRA was executed in two phases. The first phase included the initiation of the CRA with the BLM's estimated planning costs, and the second phase was the final CRA that encompassed the BLM's total operational costs. This resulted in

funding the event CR account earlier which ensured the planning team labor expenses were covered by the event CRA.

The planned Table of Operations (TO) for 2019 resulted in 103 positions funded by CRA Labor Detail, 27 positions funded by CRA Contracting, 6 positions funded by CRA Interagency Agreements (IAA), totaling 136 operational personnel. Further positions were added once the Record of Decision (ROD) for the Burning Man Environmental Impact Statement (Burning Man EIS) was signed in July 2019.

### 2019 BLM Planned Event Contracting Plan

Each year the BLM planning team must identify what support contracts will be needed to conduct the BLM event operation and decided whether the contracted services are obtained as a government contract or through the Memorandum of Understanding (MOU) with BMP.  The 2019 event contracting plan consisted of five contracts presented to BMP through MOU and seven contracts retained by BLM as government contracts. The BLM planning team prepared the statements of work (SOW) for both the MOU and government contracts. BMP accepted five support contracts offered by the BLM planning team:

- Joint Operation Center (JOC) compound build-out and services contract

- Fueling services contract

- Meal Services contract (including ice and bottle drinks)

- BLM Lodging contract

- Computer Aided Dispatch (CAD) services contract

The seven support contracts retained by the BLM planning team for government contracting were:

- Dispatch CAD server licensing contract

- Satellite tracking services contract (Delorme Trackers)

- Network services contract

- Dispatch services contract

- Microwave internet bandwidth purchase contract

- IT Equipment rentals

- Air Monitoring with weather station

Additional components of the 2019 BLM operation developed by the planning team:

- 2019 JOC compound design

- 2019 permit stipulations

- 2019 Event Closure Order and Restrictions

2019 BM Event – BLM AAR

2

- 2019 Event Environmental Compliance Protocols

- 2019 Event Vending Protocols

- 2019 Incident Action Plan (IAP)

- 2019 LE Operational Plan

- Review and Audit of BMP Operations Plans

- Issuance of the Special Recreation Permit (SRP) and Record of Decision on Final EIS.

## 2019 BLM Event Operations

At the end of the 2019 event, each operational division was asked to evaluate their program and submit recommendations for consideration/evaluation by the 2019 planning team. Recommendations determined to have merit by the 2019 planning are provided below.

### CAD Program

In 2019, BMP accepted the CAD Services contract through the MOU, selecting iNET Public Safety for both the BMP and BLM CAD provider.  iNET provided 5 technicians (3 full time and 2 for set-up and break-down).

### Dispatch Contract

In 2019, LE Temporary Placement Services (LEOTEMPS) was BLM's selected vendor through a competitive government contracting process.  LEOTEMPS was also selected as the dispatch provider for the 2018 event.  A total of 15 dispatchers (divided into three shifts of 5) were required, in addition to two assistant center managers.

### Microwave Internet Network Services Contract

In 2019, the Microwave Internet Network Services program was contracted by government contract through an open and competitive bid process. Lyman was selected.  Lyman provided 5 technicians (3 full time and 2 for set-up and break-down).

### Other Communications Division Contracts

The communications division procured additional equipment and/or services through government contracts.  This included purchase of an updated CAD servers; the CAD server licensing fee; and the satellite tracking services contract for the Delorme trackers.

### 2019 BLM Civilian Operations Considerations

### Staffing Event TO

The 2019 TO was initially planned in the early part of 2019. As the ROD for the Burning Man EIS was signed in July 2019, this caused last minute additions to the event TO. Three additional monitors were added to assist with monitoring and mitigation evaluations. These positions should be added to future TOs.

### Contracting Plan

In 2019, logistical support services contracts were conducted by BMP for BLM under the MOU program (See list above under 2019 Contracting Plan). BLM has told BMP that due to BLM permitting the event, the BLM should not receive services from the permittee (BMP) and begin to separate services from BMP beginning in 2020. This will assist with any misconceptions from the public.

### Vendor/Commercial Compliance Program

Vending compliance worked successfully with BMPs Outside Services. 2019 was the second year that SRPs were not issued at the event. Improvement that could be made to benefit the program in 2020 include:

1. BLM staff will man Point One with staff as in 2015 and 2016. This allows the BLM to meet SRP/OSS staff and be ready to address any unauthorized activities at the event.
2. BLM staff will be available to assist at Main Gate should the OSS person need assistance. In 2019, BMP had an OSS representative at Main Gate. BLM applauds this effort and steps taken to notify OSS should commercial activities be suspected earlier than previous years (went from 6 in and out passes to 3 in 2019). Having a person available should main gate require assistance is essential and was needed in 2019 on a few occasions.
3. BMP has taken steps to keep SRP/OSS faulty equipment out of the event. It was noted by BLM staff on a few separate occasions that items in McKinley Park did have environmental issues (missing caps, leaking). BLM believes that working with BMP staff at Point One, in the future, will keep more faulty equipment out of the event.
4. BLM recommends having clear rules for Main Gate -- In and Out, Single Entry. This was the first year BLM noticed that during "Build Week" an in and out fee was not charged. Just clear information that could be provided to BLM staff ahead of time would be appreciated. Also, BLM staff came across single entries that reported different amounts paid to come and drop off items when coming through main gate (prices varied from $1100 -$1800). Please ensure that there is only one price for these type of entries.
5. Flights with single entry are still being noted. This is a liability issue and needs to end.
6. Contractors/Vendors for BMP and drivers for performers(Cirque de Soliel) and equipment being brought in for art builds need an SRP per regulations and for liability reasons.
7. Per the EIS ROD, all applicants for SRPs (New, Returning) will need to apply 194 days before Labor Day.

### Environmental Compliance Program

Environmental compliance continues to work successfully with BMPs Leave No Trace (LNT) Teams. Improvements that could be made to benefit the program include:

1. Increase Earth Guardian training on taking before and after photo evidence. At the 2019 event, LNT Teams provided photos of adjudicated examples that had LNT members and not proof that the environmental compliance issue had been resolved. Example: Gas Can with no secondary containment was the environmental issue, photo presented to BLM,

4

AR03675

when the adjudicated photo was presented it was a LNT member smiling, not a photo of the gas can in secondary containment.

2. Increase Earth guardian staff through Exodus. BMP did keep LNT on longer but the BLM feels that more cases are presented after "The Man" burns. BLM wishes to see more LNT on longer to address issues.

3. Hugzilla was a camp that required many different visitations from BMP and BLM. A strategy needs to be determined moving forward with large scale camps and how to proceed if they get so many visitations or issues identified. Hugzilla was visited twice by LNT, and items were identified as adjudicated but in reality Hugzilla was having new issues, and it was not brought to BLMs attention until a Random Point Inspection (Audit) was done near the camp. Hugzilla also had issues with camp members using facilities after they had been closed. BLM expects BMP to address the situation of camps like Hugzilla that are major repeat offenders year after year. It is BLM's expectation that a procedure gets developed by BMP to prevent this happening in a third consecutive year.

4. In the Fulcrum application, BLM recommends adding an additional information box to include if BLM Environmental Compliance or BLM Law Enforcement is called. This would improve information and tracking of certain camps.

5. BLM staff noticed that Hot Springs Monitors from BMP were being dropped off to monitor hot springs without communication methods (radios, SAT Phone) or transportation. Per the EIS Record of Decision (ROD), the BLM will patrol the Hot Springs beginning in 2020.

6. BMP provided a SPCC (Spill Prevention Control and Countermeasure) Plan. This plan should continue to be present in BMP's Operating Plan from here forward.

7. BLM staff noticed that the trash fence is deteriorating and breaking down into smaller pieces of trash that is littering and scattering the area via wind.

## 2019 Law Enforcement Operations

The 2019 law enforcement operational component was divided among three divisions: Uniformed Patrol, Investigations, and Medical. Law enforcement event orientation remained in 2019 to ensure objectives, protocols, and expectations for the event were clearly demonstrated and understood; an emphasis was placed on professionalism. The orientation occurred Friday, August 23, 2019 and consisted of an operational overview, legal updates from the Assistant United States Attorney's Office and Pershing County District Attorney's Office, overview of BMP operations from BMP's Law Enforcement advisor, followed by JOC orientation covering event specific protocols and procedures. With this orientation occurring on Friday, main event patrol operations began Saturday during the early arrival influx.

## Uniformed Patrol Division

The uniformed patrol division consisted of Patrol Chiefs (day/night), Patrol Commanders, Shift Supervisors, and Patrol Officers. A total of 3 K9 teams were assigned to the event. The Planning Team requested nine K9 teams, falling short by six teams. All K9 teams were certified by the District Court Judge for Pershing County prior to the event to further Unified Command's mission.

5

AR03676

Operational Periods: The uniformed patrol division operated during three event phases:

Pre-Event (August 20 – August 23, 2019) Officers were assigned to a 13-hour day shift and other officers were assigned to a 13-hour night shift. Each shift had a shift supervisor.

Main Event (August 24 – September 1, 2019): Officers were assigned to one of three overlapping 13-hour shifts (day, swing, and night). Each shift had a lieutenant and two sergeants. During main event, there were two patrol captains assigned to day and night overlapping shifts.

Post-Event (September 2 – September 4, 2019): Officers were assigned to one of two 13-hour shifts. Each shift had a shift sergeant. In direct response to the decline of the city population, the total number of officers was reduced accordingly throughout the post-event period.

Law enforcement Substation: BLM law enforcement staffed a law enforcement substation at "5:15 and Esplanade". The station was staffed by at least one BLM law enforcement officer 24 hours a day during main event. The presence of the station allowed BLM to provide LE presence at a predictable location during the event for participants to ask questions, receive information, and report illegal activity directly to law enforcement.

**Law Enforcement Outreach Ranger**

Staffing shortages did not allow for staffing the BLM funded Outreach Ranger in 2019. BLM is committed to this position and will continue to fill as staffing allows in future event years.

**Investigative Division**

The investigative division reported to the investigations chief. The chief provided supervision over  subdivisions: Integrated Investigations, Office of Professional Responsibility (OPR), and Evidence. This division provided coverage during main event, with the exception of evidence. One evidence technician provided coverage pre (August 21 – 23) and post (September 2 – 3, 2019) event.

**Integrated Investigations**

Investigators worked directly with the Pershing County Sheriff's Office under Integrated Command. Investigators (PCSO detectives and BLM investigators) were split into three shifts (day, swing, and night) to ensure 24-hour coverage. Their primary duties involved investigating complex or felony level state and federal cases.

**OPR Program**

The OPR program is the internal affairs function for the BLM. Due to the reporting and review requirements of BLM's Use of Force (UOF) policy, coupled with the numerous UOF incidents during the event, this position reviewed UOF reports for completeness while ensuring applications of force were being applied within policy.

**Evidence**

The Evidence program consisted of evidence technicians to provide nearly 24-hour coverage. In addition to processing evidence, the evidence technicians compiled and organized all BLM case documentation for prosecutors and case agents.

## Medical Division

The 2019 BLM medical unit was operational during main event. For the 8th year, BLM contracted with the U.S. Department of Health and Human Services (DHHS) Center for Tactical Medicine (CTM) to provide medical care for federal employees working the event. The unit consisted of a BLM medical unit lead and tactical medics.

Two of the tactical medics were from DHHS CTM, the other one was from the BLM.

## 2019 Integrated Command

During the 2019 event, the BLM and PCSO operated under an integrated command structure. The Integrated Command model was a success in seamless transition of cases between agencies. Integrated patrols increased efficiencies in operations and allowed case resolution as quickly as possible. In 2019, as in previous years, the PCSO program at the event was understaffed resulting again in more BLM law enforcement officers at the event to assist in PCSO cases involving person on person crimes. In the patrol division, there were approximately three times more BLM officers than PCSO working the event. In the integrated investigations unit there were twice as many BLM investigators compared to PCSO investigators (6 BLM, 3 PCSO).

The responsibility to ensure an effective law enforcement and public health and safety program exists during the Burning Man event lies with the BLM because the Burning Man event is held on federal public lands administered by the BLM under the SRP program. The BLM SRP administration responsibility creates fundamental liabilities to the government. Federal public lands administered by the BLM is proprietary jurisdiction, which means the state and local law enforcement agencies, PCSO, also have the authority and responsibility for ensuring public safety. PCSO is the lead investigating agency for person on person crimes, including but not limited to domestic violence, assault and battery, theft, sexual assaults, and missing juveniles. BLM must ensure affected state and/or local law enforcement agencies are involved in the event for response and investigation into person on person crimes, whether they are integrated with BLM's law enforcement operation or not.

PCSO needs to be afforded the opportunity to increase staffing in the patrol and investigative programs at the event to fulfill both agencies obligations to event participants and to respond to respective jurisdictional obligations in a timely manner. BLM, as the regulating agency of the event, has responsibility to ensure adequate staffing is obtained and encourages BMP to make sufficient funds available to PCSO allowing for adequate staffing. BLM's planning team cannot make final decisions on BLM law enforcement staffing for future events until PCSO is able to determine if BMP provided funds adequately staff the PCSO program. BLM acknowledges this falls under a settlement agreement between Pershing County and BMP. Regardless of BLM and PCSO's unified command structure, BLM and PCSO will continue to jointly plan event law enforcement operations at the event. BLM's primary concern is that PCSO be staffed at the

AR03678

appropriate level to meet BLM's responsibility to ensure adequate public safety for all participants at the event.

## 2019 BLM Law Enforcement Operations Considerations

At the end of the 2019 event operations, each LE operational component's Chief/Supervisor/Lead was asked to evaluate their program and submit internal recommendations for consideration/evaluation by the 2019 planning team that may be forwarded to the AO. Recommendations for consideration/evaluation determined to have merit by the 2019 planning team and are forwarded to the AO, will be discussed with BMP or other affected cooperators during the 2020 planning phase.

### Staffing

The hurricanes and requisite ESF-13 (Emergency Support Function) response threatened staffing resources at the event. Two BLM ESF-13 teams were activated and deployed during the event. The second deployment left post patrol short staffed and searching for last minute volunteers.

Staffing the event with nearly 40% of the BLM's entire workforce continues to present challenges with lack of law enforcement coverage and presence on public lands throughout the country on Labor Day weekend, as well as organizational burnout.

Staffing for the event continues to be a challenge. The agency suffers from drawdown in law enforcement staffing during the event.

### Safety

Two rangers were involved in a vehicle accident caused by a departing event participant on Hwy 447. Both were on day shift during the event and were demobilized during the heavy exodus the morning of Labor Day. One ranger suffered minor injuries and property damage while the other is presumed to have several months lost time at work due to substantial injuries and that officer's patrol vehicle was totaled, resulting in a lengthy process for replacement. Due to the accident, it is recommended for consideration to hold day shift over one day to demobilize on Tuesday following Labor Day when exodus traffic has subsided.

### Uniformed Patrol Operations

BLM will consider a separate pre-patrol operations plan and analyze earlier deployment of pre-patrol.

K9 Training at Pershing County Sheriff's Office (PCSO) was mandatory for any K9 team not certified within the last two years.

Event Orientation Day was a success and professional standards and expectations were clearly laid out. During Orientation Day, command staff need to review closure order specifics and examples with detailed officers to avoid misinterpretation in the field.

All units assigned to work the event perimeter recommended adding a second perimeter unit per shift for the second year in a row. Prior to 2012, BLM deployed two perimeter units per shift. The recommendation is to increase the number of perimeter patrol units to two per shift.

8

AR03679

Report writing needs a room dedicated to detailed reports requiring more concentration from officers.  Officers utilized the option to plug their own computers into the network at report writing and more network drops will be maintained for future events.

Unified Command between PCSO and BLM was smooth and improvements were noted with the duration of PCSO deputies assigned to the event.

Trash fence points should be placed on digital maps to improve navigation ability and one quick reference guide for all detailers.

There were two separate "man with a gun" calls for service from reporting parties under the influence in which one incident was two uniformed officers near a rave and the other incident was a man with a massage tool in a shoulder holster.  The reporting parties are appreciated for saying something when they were concerned but their reporting while under the influence created a large law enforcement response.  The recommendation is to work with dispatch to inquire about sobriety of reporting parties when call is unique and represents an unique threat and law enforcement response.

**Investigative Function**

**Integrated Investigations**

Integrated investigations agents continued to assist PCSO with person on person crimes due to calls for service exceeding PCSO staffing levels. BLM investigators extended their shifts to complete initial investigations of person on person crimes.

**Sexual Assault Response Team (SART)**

BLM partnered with PCSO to provide space for a sexual assault exam nurse to begin instituting Public Health and Safety Mitigation PHS-2 from the Burning Man Event EIS ROD.  The early implementation was deemed a success by BLM and PCSO as it was utilized with beneficial results to the victim and increased potential for successful prosecution.

**Evidence**

Improvements were noted for evidence processing by unified command.  Future work is needed to streamline and clarify PCSO reporting and paperwork, processing violation notices procedures, and roles and responsibilities of evidence staff.

The last two events have utilized investigative technicians for evidence support.  Each technician was enthusiastic and learned processes and procedures quickly.  Evidence staff recommend retaining repeat technicians or utilizing a ranger well versed in IMARS evidence entry. Evidence staff also recommended adjusting staffing hours for 24-hour coverage with increased overlap on Man Burn and Temple Burn nights.

**Medical**

The medical program ran smoothly and provided expedient care to government personnel and contractors. Three critical care responses were initiated at the JOC and many preventative treatments were provided to staff on site.  The continued ability for government personnel to

9

receive preventative care while on extended detail results in savings of lost time and better care for employees and contractors.

**2019 Event Planning Considerations Concerning BMP Operations**

As per the SRP program, BMP submitted their 2018 Event Operations Plan to BLM during the planning phase of the 2019 event. The document was approximately 300 pages long and fairly comprehensive. BMP had approximately 37 programs involved in the production of the event. BMP deployed approximately 13 event departments to manage the event operations. All of the event production programs and departments were documented in the operational plan and reviewed by BLM. During the planning phase, BMP had a planning team that worked jointly with the BLM planning team. BMP's planning team consisted of representatives from the Event Operations desk (Director and/or Deputy Director), a representative from the Governmental Affairs desk and a BMP LE Liaison position. In addition, subject matter experts participated when needed on a given subject.

One of the underlying missions of the joint planning team is to decide the roles and responsibilities of each entity for the upcoming event. These discussions resulted in changes reflected in BMP's 2019 Event Operations Plan. BLM needs more time in 2019 to review BMP's final operational plan pre-event. Per the EIS ROD, BMPs final Operations Plan must be submitted 45 calendar days prior to the Closure Order beginning.

On playa most of these program departments ran independently of BLM event operations. However, some of these program departments coordinate directly with or involve BLM event operations.

The following are comments on those BMP programs and departments that run independently of BLM event operations:

**BMP Medical Program (CrowdRx & BMP ESD)**

This was the second year of BMP contracting CrowdRx, under new organization, as the event ALS provider. CrowdRx provided improved medical coverage and incident reporting throughout the 2019 event for BMP and the event participants.

BMP representatives stated rigor was noted by medical staff on an individual brought to Rampart but that resuscitation was attempted anyways. This is not a standard medical practice and led to questions from the Washoe County Medical Examiner's Office.

**BMP Media Program**

During the event, BLM required commercial film permits for any entity that conducted commercial filming, photography, and other media productions at the event, as required by law. Projects were not provided to BLM in a timely manner and projects were not authorized. BMPs media group does not believe they can bump up the timeframe of when they can accept media proposals (stated on a planning call in 2019), which impacts the sharing of potential commercial filming with BLM. Without advanced notification, the BLM can not authorize potential film projects before the event. Discussions as to how best address this issue will need to be

10

AR03681

determined well before the 2020 event. Per the EIS ROD, people seeking film permits will need to apply 194 days before Labor Day.

## BMP Airport Operation

BLM believes that BMP provided acceptable airport management throughout the 2019 event for BMP. Operations ran smoothly during the event with the continuing BMP airline program.

BLM continued to work diligently with BMP airport staff to deconflict runway crossings. Improvements made in 2019 included BMP adding clear designation of runway termination and this should be repeated to reduce conflict and increase safety. BLM is unaware of any incidents of conflict at the airport in 2019 and credits improvements made by all parties.

Single charter flights are not covered by the SRP nor the insurance and creates hazards and liabilities for BLM and BMP. This use creates the potential for airspace conflicts with permitted flight operations. The BLM does not believe these single entry flights comply with SRP regulation and wishes to work with BMP to end this practice.

The BLM does wish to have more insight and coordination into sky diving events. Some of the jumps were in the evening and questions were raised about whether these aircrafts may have operated outside of airport hours identified in the Closure Order.

## BMP Gate/Exodus/Perimeter Operations

BLM believes that gate operations ran smoothly throughout the 2019 event for BMP and the event participants other than the gate closure due to an accident/fatality on CR 34. During the gate closure BMP worked well with BLM and PCSO in a Tier One activation and produced timely notifications to incoming event participants.

BLM Law Enforcement has concerns regarding gate inspections. It is challenging to understand why gate inspections do not result in referrals to law enforcement at the event.

BLM has concerns that perimeter continues to stop vehicles traversing the playa.

During exodus, the BLM noted loads that had fallen or were left on the side of the road. The BLM understands the safety component of picking up these items when traffic has reduced and the applicable permits from other entities (NDOT and/or County) allows BMP to retrieve these items. The BLM asks that BMP work with participants while they await exiting the event to secure loads and ensure participants items do not fall off vehicles when traveling to their next destination.

Another item from the loads that had fallen off vehicles upon exit was drugs. BLM staff monitoring County Road 34 for trash, discovered drugs. The BLM monitor reported the items discovered to Law Enforcement.

The following are comments on those important BMP programs and departments that impact and/or assist BLM's event operations.

## MOU Contracting Program

The sixth year of the BMP/BLM contracting MOU program was not fully successful from the perspective of BLM because BMP parted out the JOC SOW by refusing certain assets requested by BLM in the SOW i.e. the JOC Modular Buildings, the JOC Cleaning Team, the JOC Dumpsters and the JOC Decon Facility. This parting out was a violation of the MOU document between BLM and BMP. BLM had to transfer the JOC cleaning responsibilities to the BLM logistical team. The JOC Dumpsters and Decon Facility had to be obtained through last minute government contracts. BLM began the government contracting process to obtain the JOC Modular Building. BLM was able to find and reserve a contractor for the seven BLM modular buildings needed when BMP changed their minds and decided to retain the BLM modular building as part of the MOU program at the last minute. All this back and forth caused confusion and extra work for both parties.

**BMP's JOC Logistics Team**

This was the sixth year of BMP's Joint Operation Center (JOC) construction and service logistic team. For the JOC assets that BMP did accept under the MOU program, the construction and services program went well. The only on-site problem was the fuel program, due to a shortage of fuel by the BMP fuel contractor. JOC fuel tanks were not kept full but BLM never ran out of fuel due to the hard work of BMP's JOC Logistical Team.

**Event Sit Stat Program**

This was the fifth year of the current Sit Stat program during event operations. Over the last two previous years it has been refined and in 2019 it was a very valuable tool used by the Tier 1 team while managing the event programs and resources.

One suggestion that was brought up in the on playa event close-out meeting concerning the Sit Stat program was to add a third page to the 2018 sit stat document to show a comparison to last year's event stats to show trend changes. It is also recommended the event summary tables provided during the final Tier 1 meeting be included in future events.

**Event Tier 1 Program**

The Tier One notification and alert system needs to be seamless between BLM and BMP. The only way alerts from both agencies were successful was when a BLM employee carried a BMP pager and a cell phone with BLM alerts. Today's technology allows opportunities beyond pager systems for notifications and alerts.

**BMP Population Reporting Program**

BMP contracted Showclix to assist in selling the event tickets and tracking the participants entering the event. The population of the city during the event was counted through the scanning system. The data collected, was reported to the BLM through BMP's PRAM system, satisfying the stipulation requirement. The PRAM reports for 2019 provided only one total number. BLM and BMP discussed on playa how a potential breakdown should proceed in the future.

**BLM/BMP Joint CAD Program**

For the third fourth consecutive year, BLM and BMP ESD used the same CAD services contractor, iNET. This program was successful. During the 2017 on playa closeout meeting, there was an item for consideration by and for BMP to have BMP's Black Rock Ranger CAD program brought into the iNET CAD system. During the 2018 event, a representative from Black Rock Rangers sat in ESD dispatch to see how the system functioned and observe what consolidation would look like. If this was done it could increase the communication and cooperation between the BRR's and BLM/PCSO LE calls for service dispatching.

## BMP Ranger Department

Communication and coordination between BMP Law Enforcement Advisor and Black Rock Ranger (BRR) leadership with BLM planners during the planning phase of the event led to effective and efficient communication during the event. This level of cooperation allowed for issues to be conveyed and resolved in a timely manner.

During the event, the BLM Patrol Captain and a representative of PCSO attended daily BRR meeting to discuss any issues or concerns from the previous day's activities with BRR leadership. This continues to be a valuable method through which issues can be resolved.

Officers continue to report successes with using specialty units such as LEAL and Green Dots with resolving situations. BRR were utilized by the organization to reduce interactions between victims of sexual assault and law enforcement. This created tension and was extended by BRR to include a victim of reported domestic battery. The Pershing County Sheriff issued a letter warning BMP for obstructing law enforcement in the event and tensions escalated.

BMP instituted a limited scope private security detail for the safety of BRRs. BLM is unaware if the organization feels this program is a success. BLM did not have substantive interaction with this new program.

## BMP Safety Department

For the fourth fifth year in a row the BLM safety officer coordinated and worked closely with BMP's safety program. BMP's safety program is a proactive and vibrant program but is very busy evaluating and remediating safety issues identified during the event. BMP Safety also ensures BMP staff and participant compliance with regulations and stipulations related to safety during the event.

BLM would like to note that the steps taken to have BRRs as the perimeter for large scale burns was very effective in 2019, and both the BMP Safety (FAST) and BRR did an excellent job with these burns.

## Miscellaneous

The BLM SRP Monitor noted that during the final walk through of the Temple, before it burned, had many items that were or appeared to be vessels that held human remains or cremains. The Burning Man EIS stipulates that the disposal of human remains at the event is forbidden. BMP will need to inform participants of this stipulation moving forward.

**INFORMATION/BRIEFING MEMORANDUM**
**FOR THE ACTING STATE DIRECTOR - NEVADA**

**DATE:**        October XX, 2018

**THROUGH:**  Ester McCullough, Winnemucca District Manager.

**FROM:**       Mark Hall, PhD., Black Rock Field Manager and Authorizing Officer (AO) for
the 2018 Burning Man Event.

**SUBJECT:**   2018 After Action Review and Evaluation Protocols

**I.        INTRODUCTION**

The purpose of this memo is to brief internal interested parties on changes to the Bureau of Land
Management (BLM) After Action Review (AAR) and Burning Man Special Recreation Permit
(SRP) Evaluation procedures.

**II.        BACKGROUND**

In recent years, BLM has produced a lengthy external AAR and provided a draft copy to Black
Rock City, LLC (BRC).  This AAR included a review of BLM and BRC operations during the
Burning Man Event.  BLM provided BRC an opportunity to review and provide feedback on a
draft version of the BLM's AAR before finalizing the report.  BRC has also shared their AAR
regarding BRC operations at the event and the BLM reviewed for factual accuracy.

**III.       POSITIONS OF INTERESTED PARTIES**

BLM:  The BLM does not feel the recent format is the most appropriate review of governmental
operations and the AAR process with BRC should be focused on an evaluation of the permittee's
performance for the duration of their SRP.  Governmental AAR items will be formatted in an
internal document to inform the 2019 BLM Burning Man Planning Team.  All items traditionally
addressed in the AAR text will be incorporated in the 2018 Burning Man SRP Evaluation.  As
this is an evaluation of the permitee's performance, BLM does not feel it is appropriate to
provide an advanced draft to the permitee.  Items from the previous procedures of the AAR
process continue to arise in the permitee's Interior Board of Land Appeals (IBLA) Appeal
documents.

BRC failed to meet the terms and conditions of the Memorandum of Understanding (MOU)
between the BLM and BRC for services provided.  BRC refused to provide for back-up power
sources at lodging facilities, after accepting the Statement of Work (SOW) requiring this
provision.  BRC failed twice in one 24-hour period to provide adequate gasoline to BLM
vehicles assigned to the event.  BRC accepted the SOW for the Joint Operations Center in March
and continued to argue with the BLM as to the parameters of the SOW as late as June.  These are

1

a few examples of the failures of BRC to adequately fulfill the SOWs agreed to under the MOU, however more examples exist.

BRC:  BRC will likely believe a change in the protocol is a slight rather than an attempt to align government reviews to appropriate audiences.  The BLM Burning Man planning team is not aware of any other circumstance where the BLM reviews the government's performance in administering their action with the permitted party.  BRC may appeal to higher-ups in the Bureau to negate the proposed change in procedure.

## IV.    NEXT STEPS

BLM will move forward with evaluating the performance of the permitted party and hold a meeting with BRC to review the final document on December 12, 2018 at the Nevada State Office.  BLM will also provide the Post-event Site Inspection and a letter cancelling the MOU at the December 12, 2018 meeting.

PREPARED BY:

Chelsea McKinney, Black Rock Field Office, Burning Man Project Manager (a), 775-623-1771
Becky Andres, Zone 1 Staff Law Enforcement Ranger, 775-315-3497

AR04820

# Burning Man 2016 Incident Action Plan



**Bureau of Land Management**
**Nevada**
**Winnemucca District Office**

**Black Rock Field Office**





AR04402





**2016 BURNING MAN**

**INCIDENT ACTION PLAN**

**Table of Contents**

Background

Purpose and Need

Strategic Goals

Tactical Objectives

Operational Periods

Event Management

Operation/Support Functions

Responsibilities of Event Personnel

Medical Plan

Appendix 1 -  SRP

Appendix 2 -  SRP Stipulations

Appendix 3 -  Restrictions and Closure Orders

Appendix 4 -  Table of Organization

Appendix 5 -  Risk Assessments

Appendix 6 -  Communications Plan

Appendix 7 -  Event Meeting Schedules

Appendix 8 -  Environmental Compliance Protocols

Appendix 9 -  Vending Compliance Protocols

Appendix 10 - Code of Conduct

Appendix 11 - JOC Layout

Appendix 12 - Detailer Information

Appendix 13 - BLM Lodging Plan

Appendix 14 – CO Map

AR04403

**2016 Burning Man**
**Incident Action Plan**

This Incident Action Plan (IAP) is a companion document to the Law Enforcement Operational Plan outlining the Bureau of Land Management (BLM) Law Enforcement (LE) Activities, Contingency Plans and Risk Assessment for the 2016 Event.  However, the LE Operational Plan is exempt from public disclosure. A copy of the LE Operational Plan must be requested from and approved by LE Branch Chief, Logan Briscoe.

**Background**

Burning Man is an international art festival, an experiment in community living and provides for radical self-expression where everyone is a participant; there are no spectators.  The festival is billed as the largest *Leave No Trace®* event in the world and is the largest permitted special recreation event on BLM managed public lands.  Black Rock City, LLC (BRC) is responsible for all activities within Black Rock City (The City), including safety and security. The Burning Man 2016 event with the theme, "Da Vinci's Workshop" marks the 26th year that the Event has been held in the Black Rock Desert and the 25th year under permit on BLM administered public lands.  The 2016 Event begins on August 28 at 6pm and ends on September 5 at 6pm.  BRC have been approved and authorized for a population up to 70,000 paid participants.

Refer to the Burning Man web site http://www.burningman.com to find the Burning Man 2016 Survivor's Guide for more information about what to expect this year.

This is a multi-year Special Recreation Permit (SRP) issued to BRC, Appendix 1. For the 2016 Event, the SRP contains 13 General Terms and Conditions and 60 Special Stipulations (Appendix 2) to mitigate potential impacts and address supplementary requirements associated with the SPR. Additionally, BLM has developed specific restrictions within the closure order for this event, Appendix 3.

An Incident Command System (ICS) Unified Command structure will be used during the operational phase of the Event. A Unified Command is warranted when an event requires a multi-agency or multi-jurisdictional approach and when more than one agency with incident jurisdiction or when incidents cross political jurisdiction. This approach was used successfully in 2014 and 2015.  The cooperating agencies will work through their designated Tier 1 Command members to establish a common set of objectives and strategies. Unified Command will bring together the Tier 1 Command members involved to coordinate an effective response while concurrently allowing each representative member to carry out their own jurisdiction, legal and functional responsibilities. The 2016 Tier 1 Command structure will include representatives from BLM management, BLM law enforcement, BRC, BRC's contracted Advanced Life Support (ALS) medical provider (Crowd Rx) and Pershing County Sheriff and Administrative Offices.

AR04404

In 2014, BRC and BLM entered into a Best Business Practices Memorandum of Understanding (MOU) in an effort to reduce redundancy and cost by allowing and encouraging BRC to contract, through their internal procurement process, some of the facilities and services required by BLM to manage the Event. For 2016, BRC will procure items and services necessary for BLM's event operations through eight best business practices contracts. The most essential BRC contracts will be the BLM Headquarters facility or Joint Operations Command (JOC) compound build-out contract and separate services contracts for catering, lodging, IT/communication support, fuel services and equipment.

**Purpose and Need**

The purpose of this IAP is to provide coordination and oversight of the Burning Man Event ensuring SRP guidelines are followed to maintain the intent of the National Conservation Area (NCA) legislation, protection of cultural and natural resources, maintain public safety and federal law enforcement. BLM has issued BRC a SRP for the Event necessitating BLM's participation to provide oversight of the Event.

**Strategic Goals**

- Provide a safe environment for BLM employees, volunteers, event participants, staff and other users of the public land.
- Provide protection of cultural and natural resources and federal law enforcement, regulations, event closure orders and SRP terms/conditions and stipulations.
- Maintain a professional image with the BRC organization, event participants and cooperating agencies.
- Provide timely and accurate accounting of BLM investments associated with the Event.

**Tactical Objectives**

Event Administration

1. General
   a. Implement an event management organization to provide effective oversight.
   b. Provide internal communication so all employees and volunteers are aware of the BLM mission associated with the Event and assignments/directions are clearly communicated.
   c. Coordinate with all cooperators and agencies involved.

2. Logistics
   a. Establish and operate a safe and effective JOC center by providing; modular buildings for meeting space, sanitary facilities, electrical power, protection from weather, supplies, meals with dining facility and law enforcement support in close physical proximity to BRC support personnel.

4

    b. Provide a dependable and redundant communication system including radio, mobile phones, internet service and microwave communications covering the Event area, including Gerlach.

    c. Provide housing for Event detailers.

d. Business Practices

    a. Develop and implement financial systems effectively managing BLM labor and operational costs associated with the Event.

    b. Provide BRC with timely and accurate accounting of BLM labor and operational costs.

    c. Create cost effective and efficient event operations through integrated law enforcement practices, communications and planning;

    d. Create cost effective and efficient event operations through integrated contracting of resources.

e. Environmental Resource Protection

    a. Provide protection of public lands and resources through enforcement of SRP general and special stipulations, closure orders, applicable federal laws, BLM IAP, BLM Law Enforcement Operations Plan and BRC Operating Plan.

    b. Implement reporting protocol for documenting violations so that BRC, through the Black Rock Rangers, can investigate or process as many violations as possible.

f. SRP Compliance

    a. Ensure the American public receives fair value for the use of their public land.

    b. Ensure that commercial operation's on BLM-administered land maintains all necessary BLM authorizations.

g. Public Safety

    a. Provide for the safety of staff, event participants, contractors and cooperators through active enforcement of SRP general terms and conditions, special stipulations, closure orders and state and federal laws.

    b. Assist cooperators supporting public safety consistent with their areas of jurisdiction.

h. Public Outreach

    a. The conduct of all employees and volunteers will be professional and enhance mutual respect between the participants and staff.

    b. Contacts will include educating the public about the local natural and cultural resources and the integrated mission of the operation.

    c. Notify other public land users in the Black Rock Desert/NCA area of the closure order and public land access options.

    d. Information specific to the 2016 event, closure order and the NCA in general will be available at Black Rock Station.

AR04406

**Operational Periods**

Set-Up Period

The BLM/PCSO/BRC JOC site set-up period will commence August 3 - August 22, 2016 or until the JOC and the dispatch center are operational.  BRC staff will be responsible for setting up JOC, per MOU, allowing BRC to contract on behalf of the BLM all JOC facilities and services.  The BLM Civilian Operations (CivOps) Branch Chief will be on-site starting August 3, to coordinate and supervise the BRC construction of JOC and BLM's set-up of the communication network and dispatch center.

1. Operational Objectives
   a. Ensure construction activities comply with Contracts, Ops Plan and stipulations
   b. Set-up and operate a safe, efficient and integrated JOC.
   c. Maintain operational control of integrated event operations.

2. Activities
   a. Starting on August 3, BLM LE Rangers will patrol JOC site and The City until the Pre-Event operations start.
   b. CivOps Branch Chief and the Logistics Section will coordinate with BRC and BRC contractors on placement of modular buildings/trailers and other equipment (e.g. generators, light towers, portable restrooms).
   c. Temporary radio repeaters will be installed and activated.
   d. Dispatch center will be setup and tested.
   e. Post the SRP, special stipulations and closure orders where those documents are likely to be seen by participants and BRC staff.

Pre-Event Period

The Pre-Event period runs from August 23 - August 27, 2016. Main Event operations began at 1800 hours Sunday, August 28.

1. Operational Objectives
   a. Provide for safety of participants, staff and other public land users as they are designing and building The City.
   b. Ensure participants and BRC comply with the SPR, special stipulations, closure orders and applicable federal and state laws.
2. Activities
   a. Pre-Event Operations will consist of approximately 53 assigned personnel comprising of law enforcement, logistics, communications and Command staff (Appendix 4 - Table of Organization).

6

The following ICS services will be operational during the Pre-Event operations:

1. JOC Compound Operations
2. Logistics
3. Communications
4. Dispatch
5. LE Operations (Pre-Patrol)
6. Detailer Lodging
7. Detailer Meal Services

<u>Main Event Period</u>

The Main Event period runs from 1800 Sunday, August 28 - 1800 Monday, September 5, 2016 however SRP special stipulation #10 (authorized through Decision) will allow ingress of participants through the main gate to commence at 0001 hours on August 28 and egress of participants to be extended until 1200 hours September 6, 2016.

1. Operational Objectives
   a. Protect public lands from adverse impacts associated with the event.
   b. Provide on-site BLM LE presence.
   c. Provide for safety of participants, staff and other public land users.
   d. Ensure participants and BRC comply with the SRP, special stipulations, closure orders and applicable federal laws and regulations.
   e. Support cooperating LE agencies.
   f. Educate event staff, participants and non-event public about the SRP, special stipulations, rules and regulations associated with the Event.
   g. Maintain a functional and effective operating JOC.
   h. Provide an integrated communications system.

2. Activities
   a. Ensure agency integration occurs and provides mechanisms to support all cooperating agency missions.
   b. Main Event Operations will consist of approximately 122 BLM assigned personnel. (Appendix 4 - Table of Organization).

The following ICS services will be operational during the Main Event operations:

1. JOC Compound Operations
2. Tier 1 Operations
3. Dispatch/Communications
4. Logistics
5. Environmental Compliance monitoring
6. Vending Compliance monitoring

7

7.  GIS Support
8.  Medical
9.  Business and Finance
10. Public Information
11. Law Enforcement Operations
12. Detailer Lodging
13. Detailer Meal Services

Post-Event Period

The Post-Event period runs from September 5 - September 8, 2016.

1.  Operational Objectives
    a.  Provide for safety of participants, staff and other public land users as they are de-constructing The City.
    b.  Ensure participants and BRC comply with SRP stipulations, closure orders and applicable federal and state laws.

2.  Activities
    a.  Post-Event Operations will consist of approximately 53 assigned personnel. (Appendix 4 - Table of Organization).

The following ICS organizations will be operational during Post-Event:

1.  JOC Compound Operations
2.  Logistics
3.  Communications
4.  Dispatch
5.  LE Operations (Post-Patrol)
6.  Compliance Monitoring (as needed)
7.  Detailer Lodging
8.  Detailer Meal Services

Break-Down Period

The JOC site breakdown period runs from September 8 - September 16, 2016 or until all facilities structures/equipment are demobilized by BRC contractors.

1.  Operational Objectives
    a.  Ensure de-construction activities comply with Contracts, Ops Plan and special stipulations.

AR04409

2. Activities
   a. Starting on September 9, BLM LE Rangers will patrol The City and the JOC until the breakdown crew is clear of the site.
   b. Logistics Section and Project Manager will coordinate with BRC and BRC contractors on removal of trailers and other equipment (e.g. generators, light towers, portable restrooms).
   c. All Government property at JOC will be removed.
   d. Government property in The City will be removed.
   e. Temporary radio repeaters will be removed.
   f. Inventory will be completed and items stored

**Event Management**

Civilian Operations

The Civilian Operation will deploy approximately 45 positions (28 BLM employees & 17 Contracted/IAA). Civilian Operation's includes four management programs and nine event operations/support functions. The four management programs are:

1) Tier 1 Command-BLM IC Position;
2) Project Manager;
3) CivOps Branch Chief and
4) Communications Supervisor

The nine event Operations/Support functions include:

1) Public Affairs Officer;
2) Administrative Support;
3) Safety/HAZMAT Officer;
4) Logistics;
5) Communication/IT;
6) Vending Compliance;
7) Environmental Compliance;
8) BLM Medical and
9) LE Support (IMARS, Evidence)

**The Civilian Operations for the event includes:**

BLM Incident Commander/Tier 1 Command        William Mack
Project Manager                              Michael Vermeys
Admin Support                                Matt Gochis
CivOps Branch Chief                          Mark Pirtle
Communication Supervisor                     Jon Young
Public Information Officer                    Rudy Evenson

9

AR04410

| | |
|---|---|
| Safety/HAZMAT Officer | Barry Oelrich |
| Compliance Program Lead | David Freiberg |
| Environmental Compliance Lead | Matt Yacubic |
| Vending Compliance Lead | Robin Sears |
| CommL | Dalton Black |
| Logistics Lead | Zach Million |
| GIS | Bradlee Matthews |

The roles and responsibilities of the Civilian Operations members are:

1. BLM Incident Commander/Tier 1 Command
   a. Serves as representative of the BLM's Winnemucca District Office and is Authorizing Officer of SRP;
   b. Represents BLM Civilian Operations as Tier 1 Command Representative, participants in Tier 1 daily meetings, final decision-maker concerning BLM Event operations;
   c. Ensures the administration of the IAP, Closure Orders and the SRP by the CivOps Branch Chief, PM, Leads and staff.
   d. Management and supervision of the BLM event related activities;
   e. Supervises the Project Manager;
   f. Supervises the Public Information Officer;
   g. Supervises the CivOps Branch Chief;
   h. Supervises the LE Branch Chief
   i. Coordinates with BRC;
   j. Coordinates with participating civilian agencies;
   k. Coordinates with other cooperators;
   l. Ensures compliance of SRP by BRC;
   m. Provides financial accountability to BRC for cost recovery;
   n. Ensures there is a safe working environment; and
   o. Provides a Discrimination Free/Zero Tolerance work area.

2. Project Manager
   a. Reports to BLM Incident Commander;
   b. Is first line contact with BRC staff on the management of the Event;
   c. Coordinates BLM Interp Camp Program;
   d. Coordinates with CivOps Branch Chief;
   e. Ensures the operational managers of the event have all the facilities and services they require to properly manage event;
   f. Ensures there is a safe working environment; and
   g. Provides a Discrimination Free/Zero Tolerance work area.

AR04411

3. Administrative Support
   a. Reports to the BLM Incident Commander;
   b. Tracks all event purchases;
   c. Reviews and enters all CTRs in OF-288;
   d. Prepares CAD statistical reports;
   e. Reviews, compiles and prepares, in final form, daily compliance statistics for Tier 1 meeting and IC report;
   f. Assist staff/detailers check in and check out procedures;
   g. Takes notes at meetings;
   h. Ensures there is a safe working environment; and
   i. Provide a Discrimination Free/Zero Tolerance work area.

4. CivOps Branch Chief
   a. Reports to the BLM Incident Commander;
   b. Serves as the Operations Chief for the administrative functions at the Event, Supervisor of Compliance, Communication and Logistics Programs;
   c. Ensures compliance of SRP by BRC;
   d. Provides daily reports to the BLM Incident Commander on event activities;
   e. Coordination with the Project Manager;
   f. Coordination with BRC;
   g. Maintains financial accountability to BRC for cost recovery.
   h. Participates in assigned daily meeting;
   i. Coordination with other cooperators;
   j. Ensures there is a safe working environment; and
   k. Provide a Discrimination Free/Zero Tolerance work area.

5. Communication Supervisor
   a. Reports to the CivOps Branch Chief;
   b. Supervises the CommL;
   c. Supervises the Dispatch Center Manager;
   d. Supervises IT Security;
   e. Provides daily reports to the CivOps Branch Chief;
   f. Participates in daily meetings, as assigned;
   g. Coordination/liaison with BRC counterpart(s);
   h. Ensures there is a safe working environment; and
   i. Provide a Discrimination Free/Zero Tolerance work area

6. Public Information Officer
   a. Reports to the BLM Incident Commander;
   b. Provides traditional public information support in coordination with NSO;
   c. Documents the event experience through social media postings;
   d. Participates in daily meetings, as assigned;
   e. Coordination/liaison with BRC public information counterpart(s);

AR04412

      f.  Ensures there is a safe working environment; and
      g.  Provide a Discrimination Free/Zero Tolerance work area.

7.  Safety/HAZMAT Officer
      a.  Reports to the CivOps Branch Chief;
      b.  Coordinates with BRC Safety Officer;
      c.  Coordinates will BLM Supervisors, Leads and staff on issues concerning safety;
      d.  Coordinates with BRC Supervisors, Leads and staff on issues concerning safety;
      e.  Provides daily reports to the CivOps Branch Chief;
      f.  Ensures there is a safe working environment; and
      g.  Provide a Discrimination Free/Zero Tolerance work area.

8.  Compliance Program Supervisor
      a.  Reports to the the CivOps Branch Chief;
      b.  Supervises the Compliance Teams (Vending and Environmental);
      c.  Ensures compliance of SRP by BRC, vendors and participants;
      d.  Provides daily reports to the CivOps Branch Chief;
      e.  Participates in assigned daily meetings;
      f.  Coordination with the Investigations Team Chief;
      g.  Ensures there is a safe working environment; and
      h.  Provide a Discrimination Free/Zero Tolerance work area.

9.  Environmental Compliance Lead
      a.  Reports to the Compliance Program Supervisor;
      b.  Supervises the Environmental Compliance Team members;
      c.  Ensures compliance of SRP by BRC and participants;
      d.  Provides daily reports to Compliance Program Supervisor;
      e.  Participates in daily meetings, as assigned;
      f.  Coordination/liaison with BRC/Earth Guardians;
      g.  Ensures there is a safe working environment; and
      h.  Provide a Discrimination Free/Zero Tolerance work area.

10.  Vending Compliance Lead
      a.  Reports to the Compliance Program Supervisor;
      b.  Supervises the Vending Team;
      c.  Ensures compliance of SRP by BRC and vendors;
      d.  Provides daily reports to Compliance Program Supervisor;
      e.  Participates in daily meetings, as assigned;
      f.  Coordination/liaison with BRC counterpart(s);
      g.  Ensures there is a safe working environment; and
      h.  Provide a Discrimination Free/Zero Tolerance work area.

AR04413

11. CommL
    a. Reports to the Communication Supervisor;
    b. Supervises the Communication/IT Team members;
    c. Provides daily reports to the Communication Supervisor;
    d. Participates in daily meetings, as assigned;
    e. Coordination/liaison with BRC counterpart(s);
    f. Ensures there is a safe working environment; and
    g. Provide a Discrimination Free/Zero Tolerance work area.

12. Logistics Lead
    a. Reports to the CivOps Branch Chief;
    b. Supervises the Logistics Team members;
    c. Provides daily reports to the CivOps Branch Chief;
    d. Participates in daily meetings, as assigned;
    e. Coordination/liaison with BRC counterpart(s);
    f. Ensures there is a safe working environment; and
    g. Provide a Discrimination Free/Zero Tolerance work area.

13. GIS
    a. Reports to the Compliance Supervisor;
    b. Provides geospatial support to BLM Civilian and LE personnel;
    c. Participates in daily meetings, as assigned;
    d. Coordination/liaison with BRC counterpart(s);
    e. Ensures there is a safe working environment; and
    f. Provide a Discrimination Free/Zero Tolerance work area.

**Civilian Operation/Support Functions**

Administrative Function

Burning Man is a cost recovery event. There is an obligation to expend cost recovery in an effective manner, the administrative support position will monitor spending and document costs for the event. BLM will continue to work with BRC, Pershing County and other entities to ensure integrated operations and a reduction in dual functions. During the Event, Command staff will continually identify areas to reduce cost and increase efficiency.

**Shift Check in/out:** All personnel assigned to the Event will check in at the JOC when they begin their tour of duty and will check out when their tour of duty is completed and they are returning home to their permanent duty station. All visitors or invited guests will also check in and check out at the ICP.

AR04414

**Time:** All Event personnel charging time to Burning Man are required to maintain their hours and obtain supervisory approval on a Crew Time Report (CTR). Work-Rest rules apply for this incident. There must be at least 8 hours of off time between shifts. Overtime outside of normal assigned shift hours must be approved in advance of the time worked and justified on the field time report by the appropriate supervisor. At the end of the tour of duty, all personnel must provide a signed copy of the CTR to the Finance Section and bring yellow copy to home unit.

**Other Charges:** Other costs including travel, miscellaneous supplies and services will be documented and approved on the 2016 micro purchase form. Copies of travel vouchers and any vehicle reporting sheets with event exception coding and micro-purchase form with attached receipts, will be scanned and emailed (or faxed if scan is unavailable) to the Event Finance Chief after the event.

Public Affairs Function

The PIO will handle media contacts and prepare or approve press releases associated with the Event. BLM news releases, if needed, will be created and emailed from the Black Rock Station in Gerlach using normal NSO approval procedures. In the event that incidents occur that affect BLM, BRC and other agencies, a joint news release will be sent. All requests from media regarding LE related matters are to be referred to and/or coordinated with the Region 3 SAC and the Pershing County Sheriff's Office. Integrated news releases for serious incidents will be conducted. All BLM Serious Incident Reports (SIR) will be coordinated between the Tier 1 members, the United States Attorney's Office and Pershing County Sheriff.

Safety Officer Function

The Safety Officer will ensure a safe working environment for BLM staff by identifying safety related issues, coordinating and implementing solutions. The Safety Officer works with BLM and BRC staff to evaluate safety improvements made by BRC for the 2016 event. The Safety Officer identifies and documents safety concerns with BRC Safety staff.

Logistics Function

The Logistics Team will provide logistical services and support to the BLM/PCSO/BRC JOC compound and event staff. The logistics team will provide 24 hours service coverage. The logistic team will assist BRC in the set-up of the JOC during set-up week. The Logistics Team will provide supplies and equipment to detailers as needed. The Logistics Team will check out the UTVs and ensure they remain serviceable. The logistic team will supply support items or equipment and ensure needed support items remain available. The Logistics Team will assist in the break-down of the JOC during break-down week.

Communication/IT Function

The Communication Team will provide a radio communications network and IT equipment deployment program. The Communication Team will deploy the communication system (repeaters) on mountain tops during set-up week. The Communication Team will assist in the

AR04415

set-up of the combined dispatch center during set-up week.  The Communication Team will install the IT equipment in the designated modular buildings at the JOC compound during set-up week. The Communication Team will program the event radios and issue radios to detailers. The Communication Team will provide continuous communication service and IT support throughout the operational event periods. The Communication Team will break-down the communication network and IT equipment deployment during break-down week.

Dispatch Function

The Emergency Dispatch Center (EDC) will provide land mobile radio communications service and support to all government personnel working at the event, including the BLM, PCSO, USFS and U.S. Department of Health and Human Services (HHS). The EDC will also provide for satellite tracking and emergency monitoring of government personnel. The EDC will maintain a list of available and assigned resources and capture all information into a Computer Aided Dispatch (CAD) system, which allows for efficiency and accountability. The CAD system is connected as an authorized "Foreign Host" to the Nevada Department of Public Safety (NVDPS) Criminal Justice Information System (CJIS) allowing for access to critical federal, state and local criminal justice information. The EDC will be operated by contract "Mission Support Technicians" who will be directed by a Center Manager who is a government employee. The EDC is a shared building with separated space, between Black Rock City (BRC) Emergency Services Division (ESD) and the BLM. Only personnel who have been background cleared by the NVDPS or the United States Office of Personnel Management (OPM) at an acceptable level for criminal justice information are allowed on the BLM side of the EDC. BLM and BRC will be operating an integrated CAD system (new for 2016) which will allow for a common operating picture and will allow for the electronic transfer of event information for appropriate response and tracking. The EDC will be in continuous operation 24 hours per day from the beginning of pre-patrol through the end of post-patrol.

Compliance Function

For the 2016 event, The Compliance Function has been modified to more of a monitoring, support function.

The Environmental Compliance Team will ensure SRP environmental compliance by monitoring and working in cooperation BRC's compliance team and the participants.  When violations persist, the Environmental Compliance Team will notify their supervisor for the proper notification to the adjudicating authority. Violations and adjudication of violations will be documented for the permit files. (For Environmental Compliance Monitoring Plan/Protocols, see Appendix 8).

The Vending Compliance Team will ensure that the public receives fair value for the use of its public lands. The Vending Compliance Team Lead will coordinate with and monitor BRC's counterpart to ensure that all commercial operations on BLM-administered public lands maintain all necessary BLM and BRC authorizations. When violations are detected, the Vending Compliance Team will notify their supervisor for the proper notification to the

AR04416

adjudicating authority. Violations and adjudication of violations will be documented for the permit files. (For Vending Monitoring Plan/Protocols, see Appendix 9).

GIS will support the compliance team and management teams with all needed GIS services.

**NOTE:** For Law Enforcement Program (Patrol and Investigations) and BLM Playa Medical Program Plans - See companion LE Operational Plan

**Responsibilities of Event Personnel**

Uniforms: All BLM personnel assigned to the Event will wear an approved work uniform while on duty. Approval will come from their direct Event Supervisor or Lead.

Access to Event: Routes for vehicle travel to the BLM-BRC JOC site from Gerlach will be via Washoe County road 34 and the 12 mile playa entrance.  The 3 mile playa entrance will be available for use when traffic on 34 is heavy or during emergencies.  The playa tracks will not be marked so staff should familiarize themselves with this route during daylight hours. Personnel may also use the main Burning Man entrance, 8 mile playa access, prior to the beginning of the event and during the week before exodus on Sunday and Monday and proceed along the outside of the perimeter fence to the BLM-BRC JOC site.

Vehicle Speed: Vehicle speeds will be kept to a level that minimizes dust in and near the BLM-BRC JOC site, within The City and along the trash fence perimeter.

Parking: When appropriate, car-pooling is encouraged as parking can be limited. Parking shall remain organized at all times to ensure a safe working environment.

Cameras:  Government equipment is to be used for official use.

Social Media: All Social Media messaging must be approved and conducted by the PAO.

Conduct: Professionalism, both on and off duty, will be the priority.

**Medical Plan**
All medical incidents and accidents involving Burning Man participants are the responsibility of BRC and their medical ALS contractor (CrowdRx). There are several Medical Stations throughout The City for immediate first aid (see BRC Operating Plan).  In the event of emergency medical evacuation, the ALS provider has contracted ambulance and/or air transport (Care Flight) out of the Event to the nearest hospital. All incidents requiring attendance by medical personnel will be referred to the Burning Man emergency services personnel. All medical incidents and accidents involving United States Government Employees are the responsibility of the Deployable Medical Team from HHS. There will be a Medical Station located at the JOC staffed with two medical staff 24/7.

16

Additional, medical services:

**Nixon**
Pyramid Lake Health Clinic
705 Highway 447
Nixon, NV 775-574-
0987

**Reno**
Northern Nevada Medical Center
2375 E. Prater Way
Sparks, NV
Emergency:  775-356-4040
Lat/Long 39° 32' 25" N, 119° 41' 54" W

**Washoe Medical Center**
77 Pringle Way
Reno, NV
Emergency:  775-982-4100

**Winnemucca**
Humboldt General Hospital
118 E. Haskell Street
Winnemucca, NV 89445
Emergency:  775-623-5222
Lat/Long 40° 53' 48" N, 117° 48' 21" W

AR04418

# Burning Man 2017
# Incident Action Plan



## Bureau of Land Management
## Nevada
## Winnemucca District Office

## Black Rock Field Office





AR04419





# 2017 BURNING MAN
# INCIDENT ACTION PLAN

## Table of Contents

Background

Purpose and Need

Strategic Goals

Tactical Objectives

Operational Periods

Event Management

Operation/Support Functions

Responsibilities of Event Personnel

Medical Plan

Appendix 1 - S p e c i a l  R e c r e a t i o n  P e r m i t  ( SRP)
Appendix 2 -  SRP Stipulations
Appendix 3 -  Restrictions and Closure Orders
Appendix 4 -  Table of Organization
Appendix 5 -  Risk Management Worksheets
Appendix 6 -  Communications Plan
Appendix 7 -  Event Meeting Schedules
Appendix 8 -  Environmental Compliance Protocols
Appendix 9 -  Vending Compliance Protocols
Appendix 10- Commercial Filming Protocols
Appendix 11 - Code of Conduct
Appendix 12 - JOC Layout
Appendix 13 - Detailer Information BLM Lodging & Plan
Appendix 14 - City Map

AR04420

**2017 Burning Man**
**Incident Action Plan**

This Incident Action Plan (IAP) is a companion document to the Law Enforcement Operational Plan (Ops Plan) outlining the Bureau of Land Management (BLM) Law Enforcement (LE) Activities, Contingency Plans and Risk Assessment for the 2017 Event.

**NOTE: The LE Ops Plan is exempt from public disclosure. A copy of the LE Ops Plan must be requested from and approved by LE Operations Chief, Logan Briscoe. For Law Enforcement Program (Patrol and Investigations) and BLM Playa Medical Program and BLM Playa Evidence Program Plans - See companion LE Ops Plan**

**Background**

Burning Man is an international art festival, an experiment in community living and provides for radical self-expression where everyone is a participant; there are no spectators.  The festival is billed as the largest *Leave No Trace*® event in the world and is the largest permitted special recreation event on BLM managed public lands.  Black Rock City LLC (BRC) is responsible for all activities within Black Rock City (The City), including safety and security. The 2017 Burning Man Event (Event) with the theme, "Radical Ritual" marks the 27th year that the Event has been held in the Black Rock Desert and the 26th year under permit on BLM administered public lands. The Event begins on August 27 at 6pm and ends on September 4 at 6pm.  BRC have been approved and authorized for a population up to 70,000 paid participants.

Refer to the Burning Man web site http://www.burningman.com to find the Burning Man 2017 Survivor's Guide for more information about what to expect this year.

This is a single-year Special Recreation Permit (SRP) issued to BRC. The 2017 Event SRP contains 13 General Terms and Conditions and 61 Special Stipulations to mitigate potential impacts and address supplementary requirements associated with the SPR. Additionally, BLM has developed specific restrictions within the closure order for this Event.

An Incident Command System (ICS) Unified Command structure will be used during the operational phase of the Event. A Unified Command is warranted when an event requires a multi-agency or multi-jurisdictional approach and when more than one agency with incident jurisdiction or when incidents cross political jurisdiction. This approach was used successfully in 2014, 2015 and 2016.  The cooperating agencies will work through their designated Tier 1 Command members to establish a common set of objectives and strategies. Unified Command will bring together the Tier 1 Command members involved to coordinate an effective response while concurrently allowing each representative member to carry out their own jurisdiction, legal and functional responsibilities. The 2017 Tier 1 Command structure will include representatives from BLM management, BLM law enforcement, BRC, BRC's contracted Advanced Life Support (ALS) medical provider NES and Pershing County Sheriff's Office (PCSO).

3

AR04421

In 2014, BRC and BLM entered into a Best Business Practices Memorandum of Understanding (MOU) in an effort to reduce redundancy and cost by allowing and encouraging BRC to contract, through their internal procurement process, some of the facilities and services required by BLM to manage the Event. For 2017, BRC will procure items and services necessary for BLM's event operations through 9 best business practices contracts. The most essential BRC contracts will be the BLM/BRC/PCSO facility or Joint Operations Center (JOC) build-out contract and separate services contracts for catering, lodging, IT/communication support, fuel services and equipment.

**Purpose and Need**

The purpose of this IAP is to provide coordination and oversight of the Event ensuring SRP guidelines are followed to maintain the intent of the National Conservation Area (NCA) legislation, protection of cultural and natural resources, maintain public safety and federal law enforcement. BLM has issued BRC a SRP for the Event necessitating BLM's participation to provide oversight of the Event.

**Strategic Goals**

- Provide a safe environment for BLM employees, contractors, event participants, staff and other users of the public land.
- Provide protection of cultural and natural resources
- Provide Federal law enforcement, adhere to Federal regulations, event closure orders and SRP terms/conditions and special stipulations.
- Maintain a professional image with the BRC organization, event participants and cooperating agencies.
- Provide timely and accurate accounting of BLM investments associated with the Event.

**Tactical Objectives**

Event Administration

1. General
   a. Implement an event management organization to provide effective oversight.
   b. Provide internal communication so all employees and contractors are aware of BLM's mission associated with the Event and assignments/directions are clearly communicated.
   c. Coordinate with all cooperators and agencies involved.

2. Logistics
   a. Establish and operate a safe and functional JOC by providing; modular buildings for meeting space, sanitary facilities, electrical power, protection from weather, supplies, meals with dining facility and LE support in close physical proximity to BRC support personnel.
   b. Provide a dependable and redundant communication system including radio, mobile phones, internet service and microwave communications covering the Event area,

4

including Gerlach.
c.  Provide housing for Event detailers.

d.  Business Practices
    i.  Develop and implement financial systems effectively managing BLM labor and operational costs associated with the Event.
    ii.  Provide BRC with timely and accurate accounting of BLM labor and operational costs.
    iii.  Create cost effective and efficient event operations through integrated LE practices, communications and planning;
    iv.  Create cost effective and efficient event operations through integrated contracting of resources.
e.  Environmental Resource Protection
    i.  Provide protection of public lands and resources through enforcement of SRP general and special stipulations, closure orders, Federal law, BLM IAP, BLM Law Enforcement Ops Plan and BRC Ops Plan.
    ii.  Implement reporting protocol for documenting violations so that BRC, through the Black Rock Rangers, can investigate and/or process violations.
f.  SRP Compliance
    i.  Ensure the American public receives fair value for the use of their public land.
    ii.  Ensure that commercial operation's on BLM-administered land maintains all necessary BLM authorizations.
g.  Public Safety
    i.  Provide for the safety of staff, event participants, contractors and cooperators through active enforcement of SRP general terms and conditions, special stipulations, closure orders and state and Federal laws.
    ii.  Assist cooperators supporting public safety consistent with their areas of jurisdiction.
h.  Public Outreach
    i.  The conduct of all employees and volunteers will be professional and enhance mutual respect between the participants and staff.
    ii.  Contacts will include educating the public about the local natural and cultural resources and the integrated mission of the operation.
    iii.  Notify other public land users in the NCA area of the closure order and public land access options.
    iv.  Information specific to the 2017 event, closure order and the NCA in general will be available at the BLM's Black Rock Station.

## Operational Periods

### Set-Up Period

The JOC site set-up period will commence August 1 - August 21, 2017 or until the JOC and the dispatch center are operational.  BRC staff will be responsible for setting up JOC, per MOU, allowing BRC to contract on behalf of the BLM all JOC facilities and services.  The BLM Incident

5

Commander (IC) will be on-site starting August 1, to coordinate and supervise the BRC construction of JOC and BLM's set-up of the communication network and dispatch center.

1. Operational Objectives
   a. Ensure construction activities comply with Contracts, Ops Plan and stipulations
   b. Set-up and operate a safe, efficient and integrated JOC.
   c. Maintain operational control of integrated event operations.

2. Activities
   a. Starting on August 1, BLM LE Ranger will patrol the JOC and The City until the Pre-Event operations start.
   b. IC, Project Manager/CivOps and Logistics Section will coordinate with BRC and BRC contractors on placement of modular buildings/trailers and other equipment (e.g. generators, light towers, portable restrooms).
   c. Temporary radio repeaters will be installed and activated.
   d. Dispatch center will be setup and tested.
   e. Post the SRP, special stipulations and closure orders where those documents are likely to be seen by participants and BRC staff.

<u>Pre-Event Period</u>

The Pre-Event operations runs from Tuesday, August 22 - Friday, August 25, 2017.

1. Operational Objectives
   a. Provide for safety of participants, staff and other public land users as they are designing and building The City.
   b. Ensure participants and BRC comply with the SPR, special stipulations, closure orders and applicable federal and state laws.
2. Activities
   a. Pre-Event Operations will consist of roughly 60 assigned personnel comprising of law enforcement, logistics, communications and Command staff.

The following ICS services will be operational during the Pre-Event operations:

1. JOC Operations
2. Logistics
3. Communications
4. Dispatch
5. LE Operations (Pre-Patrol)
6. Detailer Lodging
7. Detailer Meal Services

<u>Main Event Period</u>

The Main Event operations runs from Saturday, August 26 - Sunday, September 3, 2017.

AR04424

1. Operational Objectives
   a. Protect public lands from adverse impacts associated with the event.
   b. Provide on-site BLM LE presence.
   c. Provide for safety of participants, staff and other public land users.
   d. Ensure participants and BRC comply with the SRP, special stipulations, closure orders and applicable federal laws and regulations.
   e. Support cooperating LE agencies.
   f. Educate event staff, participants and non-event public about the SRP, special stipulations, rules and regulations associated with the Event.
   g. Maintain a functional and effective operating JOC.
   h. Provide an integrated communications system.

2. Activities
   a. Ensure agency integration occurs and provides mechanisms to support all cooperating agency missions.
   b. Main Event Operations will consist of 136 BLM assigned personnel and BLM contractors.

The following ICS services will be operational during the Main Event operations:

1. JOC Operations
2. Tier 1 Operations
3. Dispatch/Communications
4. Logistics
5. Environmental Compliance monitoring
6. Vending Compliance monitoring
7. GIS Support
8. Medical
9. Business and Finance
10. Public Information
11. Law Enforcement Operations
12. Detailer Lodging
13. Detailer Meal Services

<u>Post-Event Period</u>

Post-Event period is from Monday, September 4 - Thursday, September 7, 2017 at 5:00 AM

1. Operational Objectives

   a. Provide for safety of participants, staff and other public land users as they are de-constructing The City.
   b. Ensure participants and BRC comply with SRP stipulations, closure orders and applicable federal and state laws.

AR04425

2. Activities
   a. Post-Event Operations will consist of roughly 60 assigned personnel.

The following ICS organizations will be operational during Post-Event:

1. JOC Operations
2. Logistics
3. Communications
4. Dispatch
5. LE Operations (Post-Patrol)
6. Compliance Monitoring (as needed)
7. Detailer Lodging
8. Detailer Meal Services

## Break-Down Period

The JOC site breakdown period is from Thursday, September 7, 5:00 AM - September 15, 2017 or until all facilities structures/equipment are demobilized by BRC contractors.

1. Operational Objectives
   a. Ensure de-construction activities comply with Contracts, Ops Plan and special stipulations.

2. Activities
   a. Starting on September 7, 2017 BLM LE Ranger will patrol The City and the JOC until the breakdown crew is clear of the site.
   b. Logistics Section and Project Manager will coordinate with BRC and BRC contractors on removal of trailers and other equipment (e.g. generators, light towers, portable restrooms).
   c. All Government property at JOC will be removed.
   d. Government property in The City will be removed.
   e. Temporary radio repeaters will be removed.
   f. Inventory will be completed and items stored

## Event Management

## Civilian Operations

The Civilian Operation will deploy 58 positions (31 BLM employees / 27 Contractors). Civilian Operation's includes 2 management programs and 12 event operations/support functions. The 2 management programs are:

1) Authorizing Officer (AO) and Incident Commander (IC);
2) Civilian Ops Chief/ Project Manager (PM);

AR04426

The 12 event Operations/Support functions include:

1) Public Affairs Officer (PAO);
2) Administrative Support;
3) Safety Officer;
4) Logistics;
5) Communications
6) IT Support;
7) Vending Compliance;
8) Environmental Compliance;
9) IMARS Support
10) CAD Support (Contractors)
11) Internet Services Support (Contractors)
12) Dispatching Support (Contractors)

**The Civilian Operations for the event includes:**

| | |
|---|---|
| Authorizing Officer | Mark E. Hall |
| Incident Commander | Mark Pirtle |
| CivOps Chief / Project Manager | Michael Vermeys |
| | |
| Communication Supervisor | Jon Young |
| Admin Support | Jeffrey Graham |
| Public Affairs Officer | Kyle Hendrix |
| Safety/HAZMAT Officer | Matt Clementi |
| Compliance Program Lead | John Kurtz |
| Environmental Lead | Casey Steenhoven |
| Vending Lead | Robin Sears |
| Communications Lead (CommL) | Dalton Black |
| Logistics Lead | Bradlee Mathews |
| GIS | Zwaantje Rorex |

The roles and responsibilities of the Civilian Operations members are:

1. Authorizing Officer
   a. Represents BLM in Tier 1 Unified Command, participates in Tier 1 daily meetings, final decision-maker concerning BLM Event operations;
   b. Ensures the administration of the IAP, closure orders and the SRP by the IC, CivOps Chief, Supervisors, Leads and staff.
   c. Management and supervision of the BLM event related activities;
   d. Supervises the IC;
   e. Supervises the CivOps Chief;
   f. Supervises the LEOps Chief;
   g. Supervises the Project Manager;
   h. Supervises the Public Information Officer;

9

g.   Supervises the Admin Support;
h.   Coordinates with BRC;
i.    Coordinates with participating civilian agencies;
j.    Coordinates with participating LE agencies;
k.   Coordinates with other cooperators;
l.    Ensures compliance of SRP by BRC;
m.  Provides financial accountability to BRC for cost recovery;
n.   Ensures there is a safe working environment; and
o.   Provides a Discrimination Free/Zero Tolerance work area.

2.  Incident Commander
a.   Serves as representative of the Authorizing Officer when AO is not on playa;
b.   Represents BLM in Tier 1 Unified Command, participants in Tier 1 daily meetings, final decision-maker concerning BLM Event operations;
c.   Ensures the administration of the IAP, Closure Orders and the SRP by the CivOps Chief, Supervisors, Leads and staff.
d.   Management and supervision of the BLM event related activities;
e.   Supervises the CivOps Chief;
f.    Supervises the LEOps Chief;
g.   Supervises the Project Manager;
h.   Supervises the Public Information Officer;
p.   Supervises the Admin Support;
q.   Coordinates with BRC;
r.   Coordinates with participating civilian agencies;
s.   Coordinates with participating LE agencies;
t.   Coordinates with other cooperators;
u.   Ensures compliance of SRP by BRC;
v.   Provides financial accountability to BRC for cost recovery;
w.  Ensures there is a safe working environment; and
x.   Provides a Discrimination Free/Zero Tolerance work area.

3.  Project Manager
a.  Reports to Incident Commander;
b.  Is first line contact with BRC staff on the management of the Event;
c.  Coordinates BLM Interp Camp Program;
d.  Coordinates with CivOps Branch Chief;
e.  Ensures the operational managers of the event have all the facilities and  services they require to properly manage event;
f.  Ensures there is a safe working environment; and
g.  Provides a Discrimination Free/Zero Tolerance work area.

4.  CivOps Chief
a.  Reports to the Incident Commander;
b.  Serves as the Operations Chief for the administrative functions at the Event, Supervisor of Compliance, Communication and Logistics Programs;
c.  Ensures compliance of SRP by BRC;

10

AR04428

    d.  Provides daily reports to the BLM Incident Commander on event activities;
    e.  Coordination with the Project Manager;
    f.  Coordination with BRC;
    g.  Maintains financial accountability to BRC for cost recovery.
    h.  Participates in assigned daily meeting;
    i.  Coordination with other cooperators;
    j.  Ensures there is a safe working environment; and
    k.  Provide a Discrimination Free/Zero Tolerance work area.

5.  Administrative Support
    a.  Reports to the Incident Commander;
    b.  Tracks all event purchases;
    c.  Reviews and enters all CTRs in OF-288;
    d.  Prepares CAD statistical reports;
    e.  Reviews, compiles and prepares, in final form, daily compliance statistics for Tier 1 meeting and IC report;
    f.  Assist staff/detailers check in and check out procedures;
    g.  Takes notes at meetings;
    h.  Ensures there is a safe working environment; and
    i.  Provide a Discrimination Free/Zero Tolerance work area.

6.  Communication Supervisor
    a.  Reports to the CivOps Chief;
    b.  Supervises the CommL;
    c.  Supervises the IT Specialist;
    d.  Supervises the Dispatch Center Manager;
    e.  Supervises the IT Security;
    f.  Supervises the GIS soecialist;
    g.  Provides daily reports to the CivOps Chief;
    h.  Participates in daily meetings, as assigned;
    i.  Coordination/liaison with BRC counterpart(s);
    j.  Ensures there is a safe working environment; and
    k.  Provide a Discrimination Free/Zero Tolerance work area

7.  Public Affairs Officer
    a.  Reports to the BLM Incident Commander;
    b.  Provides traditional public information support in coordination with NSO;
    c.  Documents the event experience through social media postings;
    d.  Participates in daily meetings, as assigned;
    e.  Coordination/liaison with BRC public information counterpart(s);
    f.  Ensures there is a safe working environment; and
    g.  Provide a Discrimination Free/Zero Tolerance work area.

8.  Safety/HAZMAT Officer

AR04429

   a. Reports to the CivOps Chief;
   b. Coordinates with BRC Safety Officer;
   c. Coordinates will BLM Supervisors, Leads and staff on issues concerning safety;
   d. Coordinates with BRC Supervisors, Leads and staff on issues concerning safety;
   e. Provides daily reports to the CivOps Branch Chief;
   f. Ensures there is a safe working environment; and
   g. Provide a Discrimination Free/Zero Tolerance work area.

9. Compliance Program Lead
   a. Reports to the CivOps Chief;
   b. Supervises the Compliance Teams (Vending and Environmental);
   c. Ensures compliance of SRP by BRC, vendors and participants;
   d. Provides daily reports to the CivOps Chief;
   e. Participates in assigned daily meetings;
   f. Coordination with the Investigations Team Chief;
   g. Ensures there is a safe working environment; and
   h. Provide a Discrimination Free/Zero Tolerance work area.

10. Environmental Compliance Lead
    a. Reports to the Compliance Program Supervisor;
    b. Supervises the Environmental Compliance Team members;
    c. Ensures compliance of SRP by BRC and participants;
    d. Provides daily reports to Compliance Program Supervisor;
    e. Participates in daily meetings, as assigned;
    f. Coordination/liaison with BRC/Earth Guardians;
    g. Ensures there is a safe working environment; and
    h. Provide a Discrimination Free/Zero Tolerance work area.

11. Vending Compliance Lead
    a. Reports to the Compliance Program Supervisor;
    b. Supervises the Vending Team;
    c. Ensures compliance of SRP by BRC and vendors;
    d. Provides daily reports to Compliance Program Supervisor;
    e. Participates in daily meetings, as assigned;
    f. Coordination/liaison with BRC counterpart(s);
    g. Ensures there is a safe working environment; and
    h. Provide a Discrimination Free/Zero Tolerance work area.

12. CommL
    a. Reports to the Communication Supervisor;
    b. Supervises the Communication Team members;
    c. Provides daily reports to the Communication Supervisor;
    d. Participates in daily meetings, as assigned;
    e. Coordination/liaison with BRC counterpart(s);
    f. Ensures there is a safe working environment; and
    g. Provide a Discrimination Free/Zero Tolerance work area.

AR04430

13.  Logistics Lead
   a.  Reports to the CivOps Chief;
   b.  Supervises the Logistics Team members;
   c.  Provides daily reports to the CivOps Chief;
   d.  Participates in daily meetings, as assigned;
   e.  Coordination/liaison with BRC counterpart(s);
   f.  Ensures there is a safe working environment; and
   g.  Provide a Discrimination Free/Zero Tolerance work area.

14.  GIS
   a.  Reports to the Communications Supervisor;
   b.  Provides geospatial support to BLM Civilian and LE personnel;
   c.  Participates in daily meetings, as assigned;
   d.  Coordination/liaison with BRC counterpart(s);
   e.  Ensures there is a safe working environment; and
   f.  Provide a Discrimination Free/Zero Tolerance work area.

## Civilian Operation/Support Functions

<u>Administrative Function</u>

Burning Man is a cost recovery event. There is an obligation to expend cost recovery in an effective manner, the administrative support position will monitor spending and document costs for the event. BLM will continue to work with BRC, PCSO and other entities to ensure integrated operations and a reduction in dual functions. During the Event, Command staff will continually identify areas to reduce cost and increase efficiency.

**Shift Check in/out:** All personnel assigned to the Event will check in at the JOC when they begin their tour of duty and will check out when their tour of duty is completed and they are returning home to their permanent duty station. All visitors or invited guests will also check in and check out at the ICP.

**Time:** All Event personnel charging time to Burning Man are required to maintain their hours and obtain supervisory approval on a Crew Time Report (CTR). Work-Rest rules apply for this incident. There must be at least 8 hours of off time between shifts. Overtime outside of normal assigned shift hours must be approved in advance of the time worked and justified on the field time report by the appropriate supervisor. At the end of the tour of duty, all personnel must provide a signed copy of the CTR to the Finance Section and bring yellow copy to home unit.

**Other Charges:** Other costs including travel, miscellaneous supplies and services will be documented and approved on the 2017 micro purchase form. Copies of travel vouchers and any vehicle reporting sheets with event exception coding and micro-purchase form with attached receipts, will be scanned and emailed to the Event Finance Chief after the event.

AR04431

Public Affairs Function

The PAO will handle media contacts and prepare or approve press releases associated with the Event. BLM news releases, if needed, will be created and emailed from the Black Rock Station in Gerlach using normal NVSO approval procedures. In the event that incidents occur that affect BLM, BRC and other agencies, a joint news release will be sent. All requests from media regarding LE related matters are to be referred to and/or coordinated with the Region 3 SAC and the PCSO. Integrated news releases for serious incidents will be conducted. All BLM Serious Incident Reports (SIR) will be coordinated between the Tier 1 members, the U.S. Attorney's Office and PCSO

Safety Officer Function

The Safety Officer will ensure a safe working environment for BLM staff by identifying safety related issues, coordinating and implementing solutions. The Safety Officer works with BLM and BRC staff to evaluate safety improvements made by BRC for the 2017 Event. The Safety Officer identifies and documents safety concerns with BRC Safety staff.

Logistics Function

The Logistics Team will provide logistical services and support to the JOC and event staff. The logistics team will provide 24 hour service coverage. The logistic team will assist BRC in the set-up of the JOC during set-up week. The Logistics Team will provide supplies and equipment to detailers as needed. The Logistics Team will check out the UTVs and ensure they remain serviceable. The Logistic team will supply support items or equipment and ensure needed support items remain available. The Logistics Team will assist in the break-down of the JOC during break-down week.

Communication/IT Function

The Communication Team will provide a radio communications network and IT equipment deployment program. The Communication Team will deploy the communication system (repeaters) on mountain tops during set-up week. The Communication Team will assist setting up the combined dispatch center during set-up week. The Communication Team will install the IT equipment in designated modular buildings at the JOC during set-up week. The Communication Team will program event radios and issue radios to detailers. The Communication Team will provide continuous communication service and IT support during the operational event periods. The Communications team will provide GIS support to the LE teams, compliances team and management teams. The Communication Team will break-down the communication network and IT equipment deployment during break-down week.

Dispatch Function

The Emergency Dispatch Center (EDC) will provide land mobile radio communications service and support all government personnel working at the event, including the BLM, PCSO, USFS and U.S. Department of Health and Human Services (HHS). EDC will provide for satellite tracking and emergency monitoring of government personnel. EDC will maintain a list of available and assigned resources capturing all information into a Computer Aided Dispatch (CAD) system, allowing for efficiency and accountability. The CAD system is connected as an authorized "Foreign Host" to the Nevada Department of Public Safety (NVDPS) Criminal Justice Information

AR04432

System (CJIS) allowing for access to critical federal, state and local criminal justice information. EDC will be operated by contract "Mission Support Technicians" who are directed by a Center Manager, a government employee. EDC is a shared building with separated workspace, between BRC ESD and the BLM. Only personnel who have been background cleared by the NVDPS or the US Office of Personnel Management (OPM) at an acceptable level for criminal justice information are allowed on the BLM side of the EDC. BLM and BRC will operate an integrated CAD system allowing for a common operating environment and synchronicity of electronic transfer of information for appropriate response and tracking. EDC will be continuously operating 24 hours per day from Tuesday, August 22 – Thursday September 7, 2017.

Compliance Function

The Environmental Compliance Team will ensure SRP environmental compliance by monitoring and working in cooperation with BRC's compliance teams and event participants. When violations persist, the Environmental Compliance Team will notify their Supervisor for the proper notification to the adjudicating authority. Violations and adjudication of violations will be documented for the permit files.

The Vending Compliance Team will ensure that the public receives fair value for the use of its public lands. The Vending Compliance Team Lead will coordinate with and monitor BRC's counterpart to ensure that all commercial operations on BLM-administered public lands maintain all necessary BLM and BRC authorizations. When violations are detected, the Vending Compliance Team will notify their supervisor for the proper notification to the adjudicating authority. Violations and adjudication of violations will be documented for the permit files.

**Responsibilities of Event Personnel**

Uniforms: All BLM personnel assigned to the Event will wear an approved work uniform while on duty. Approval will come from their direct Event Supervisor or Lead.

Access to Event: Vehicle travel to the JOC from Gerlach will be via Washoe County road 34 and the 12 Mile playa entrance.  The 3 Mile playa entrance will be available for use when traffic on 34 is heavy or during emergencies.  The playa roads will not be marked so staff should familiarize themselves with this route during daylight hours.  Personnel may also use the main Burning Man entrance, 8 Mile playa access, prior to the beginning of the event and during the week before exodus on Sunday and Monday and proceed along the outside of the perimeter fence to the JOC.

Non-Emergency Speed Limits: Vehicle speeds should be kept at posted limits within The City and at minimum speeds along the trash fence perimeter and the NV-88 airport to mitigate dust.

Parking: When appropriate, car-pooling is encouraged as parking can be limited at the JOC. Parking shall remain organized at all times to ensure a safe working environment.

Cameras:  Government equipment is to be used for official use only.

Social Media: All Social Media messaging must be approved and conducted by the PAO.

AR04433

Conduct: Professionalism, both on and off duty, will be the priority.

**Medical Plan**

All medical incidents and accidents involving Event participants are the responsibility of BRC and their medical ALS contractor, NES. There are several Medical Stations throughout The City for immediate first aid.  In case of emergency medical evacuation, NES has contracted ambulance and/or air transport (Care Flight) out of the Event to the nearest hospital. All Event participant incidents requiring attendance by medical personnel will be referred to NES personnel.

All medical incidents and accidents involving Government Employees are the responsibility of the Deployable Medical Team from HHS. There is a BLM/HHS provided Medical Station located at the JOC staffed 24/7 (see LE Ops Plan).

## Area Medical Services:

### Nixon

Pyramid Lake Health Clinic **775-574-0987**
705 Highway 447 Nixon, NV

### Reno

Northern Nevada Medical Center **Emergency: 775-356-4040**
2375 E. Prater Way Sparks, NV
Lat/Long 39° 32' 25" N, 119° 41' 54" W

Washoe Medical Center **Emergency: 775-982-4100**
77 Pringle Way Reno, NV

### Winnemucca

Humboldt General Hospital **Emergency: 775-623-5222**
118 E. Haskell Street Winnemucca, NV 89445
Lat/Long 40° 53' 48" N, 117° 48' 21" W

16

# Burning Man 2019
# Incident Action Plan

**Bureau of Land Management**
**Nevada**
**Winnemucca District Office**
**Black Rock Field Office**

AR03261

**2019 BURNING MAN**
**INCIDENT ACTION PLAN**

**Table of Contents**

Background

Purpose and Need

Strategic Goals

Tactical Objectives

Operational Periods

Event Management

Operation/Support Functions

Responsibilities of Event Personnel

Medical Plan

AR03262

**2019 BURNING MAN**

**INCIDENT ACTION PLAN**

**List of Appendix**

Appendix 1          2019 Record of Decision Environmental Impact Statement (EIS)
Appendix 2          Special Recreation Permit
Appendix 3          Additional Stipulations
Appendix 4          2019 Federal Closure Order and Map
Appendix 5          Table of Organization
Appendix 6          Risk Management Worksheets
Appendix 7          Communications Plan
Appendix 8          Event Meeting Schedules
Appendix 9          Environmental Compliance Protocols
Appendix 10         Vending Compliance Protocols
Appendix 11         Commercial Filming Protocols
Appendix 12         BLM Code of Conduct
Appendix 13         JOC Layout
Appendix 14         2019 BMP Event Schedule
Appendix 15         2019 Frequency Plan
Appendix 16         2019 Burning Man Survival Guide
Appendix 17         City Map

AR03263

**2019 Burning Man
Incident Action Plan**

This Incident Action Plan (IAP) is a companion document to the Law Enforcement Operational Plan (Ops Plan). Both documents will guide agency activities under the Authorized Officer's (AO) supervision for the 2019 Event.

**Background**

Burning Man is an international art festival, an experiment in community living and provides for radical self-expression where everyone is a participant; there are no spectators. The festival is billed as the largest *Leave No Trace®* event in the world and is the largest permitted special recreation event on BLM managed public lands. Burning Man Project (BMP) is responsible for all activities within Black Rock City (The City), including safety and security. The 2019 Burning Man Event (Event) with the theme "Metamorphoses" marks the 29th year that the Event has been held in the Black Rock Desert and the 28th year under permit on BLM administered public lands. The Event as described by BMP, begins on August 25, 2019 at 6:00 PM and ends on September 2, 2019 at 6:00 PM. The gate opens at 12:00 AM on August 25, 2019. BMP does not ask participants to leave until 12:00 PM on September 3, 2019 (Tuesday after Labor Day). BRC is approved and authorized for a population up to 80,000, this includes attendees, staff and volunteers.

Refer to the Burning Man web site http://www.burningman.com to find the Burning Man 2019 Survivor's Guide for more information about what to expect this year. A printed copy of the 2019 Survivor's Guide is in the Appendix.

This is a one year Special Recreation Permit (SRP) issued to BMP. The 2019 Event SRP contains 13 General Terms and Conditions and 54 Additional Stipulations to mitigate potential impacts and address supplementary requirements associated with the SRP. Additionally, BLM has developed specific restrictions within the closure order for this event.

An Incident Command System (ICS) Unified Command structure will be used during the operational phase of the event. A Unified Command is warranted when an event requires a multi-agency or multi-jurisdictional approach and when more than one agency with incident jurisdiction or when incidents cross political jurisdiction. This approach has been used since 2014. The cooperating agencies will work through their designated Tier 1 Command members to establish a common set of objectives and strategies. Unified Command will bring together the Tier 1 Command members involved to coordinate an effective response while concurrently allowing each representative member to carry out their own jurisdictional, legal and functional responsibilities. The 2019 Tier 1 Command structure will include representatives from BLM management, BLM law enforcement, BMP, BMP's contracted Advanced Life Support (ALS) medical provider, and Pershing County Sheriff's Office (PCSO).

In 2014, BMP and BLM entered into a Best Business Practices Memorandum of Understanding (MOU) in an effort to reduce redundancy and cost by allowing and encouraging BRC to contract,

4

AR03264

through their internal procurement process, some of the facilities and services required by BLM to manage the Event. For 2019, BMP will procure items and services necessary for BLM's event operations through 5 best business practices contracts. The most essential BMP contracts will be the BLM/BMP/PCSO facility or Joint Operations Center (JOC) build-out contract and separate services contracts for catering, lodging, fuel services, equipment and CAD services.

**Purpose and Need**

The purpose of this IAP is to provide coordination and oversight of the Event ensuring SRP guidelines are followed to maintain the intent of the National Conservation Area (NCA) legislation, protection of cultural and natural resources, maintain public health and safety, and federal law enforcement. BLM has issued BMP a SRP for the event necessitating BLM's participation to provide oversight of the event.

**Strategic Goals**

- Provide a safe environment for BLM employees, contractors, event participants, staff, volunteers, and other users of the public land.
- Provide protection of cultural and natural resources
- Provide federal law enforcement, adhere to federal regulations, event closure orders and SRP terms, conditions and additional stipulations.
- Maintain a professional image with the BMP organization, event participants and cooperating agencies.
- Provide timely and accurate accounting of BLM investments associated with the event.

**Tactical Objectives**

Event Administration

1. General
   a. Implement an event management organization to provide effective oversight.
   b. Provide internal communication so all employees and contractors are aware of BLM's mission associated with the event and assignments/directions are clearly communicated.
   c. Coordinate with all cooperators and agencies involved.

2. Logistics
   a. Establish and operate a safe and functional JOC by providing; modular buildings for meeting space, sanitary facilities, electrical power, protection from weather, supplies, meals with dining facility and LE support in close physical proximity to BMP support personnel.
   b. Provide a dependable and redundant communication system including radio, mobile phones, internet service and microwave communications covering the Event area, including Gerlach.
   c. Provide housing for Event detailers.

5

3. Business Practices
    a. Develop and implement financial systems effectively managing BLM labor and operational costs associated with the Event.
    b. Provide BMP with timely and accurate accounting of BLM labor and operational costs.
    c. Create cost effective and efficient event operations through integrated LE practices, communications and planning;
    d. Create cost effective and efficient event operations through integrated contracting of resources.

4. Environmental Resource Protection
    a. Provide protection of public lands and resources through enforcement of SRP general and additional stipulations, closure orders, Federal Law, BLM IAP, BLM Law Enforcement Ops Plan and BMP Ops Plan.
    b. Implement reporting protocol for documenting violations so that BLM in coordination with BMP, can investigate and respond accordingly to the situation.
    c. Implement an auditing protocol for documenting BRCs management and tracking of environmental violations and adjudications.

5. SRP and Vending Compliance
    a. Ensure the American public receives fair value for the use of their public land.
    b. Ensure that commercial operations on BLM-administered land obtains all necessary BLM authorizations.

6. Public Safety
    a. Provide for the safety of staff, event participants, contractors and cooperators through active enforcement of SRP general terms and conditions, additional stipulations, closure orders and state and Federal laws.
    b. Assist cooperators supporting public safety consistent with their areas of jurisdiction.

7. Public Outreach
    a. The conduct of all employees and volunteers will be professional and enhance mutual respect between the participants and staff.
    b. Contacts will include educating the public about the local natural and cultural resources and the integrated mission of the operation.
    c. Notify other public land users in the NCA area of the closure order and public land access options.

**Operational Periods**

Set-Up Period

The JOC site set-up period will commence July 29 - August 19, 2019 or until the JOC and the dispatch center are operational.  BMP staff will be responsible for setting up the JOC, per MOU, allowing BMP to contract on behalf of the BLM all JOC facilities and services.  The BLM Compliance & Support Branch Chief (BC) will be on-site starting July 29, to coordinate and

6

supervise the BRC construction of JOC and BLM's set-up of the communication network and dispatch center.

1.   Operational Objectives
     a.   Ensure construction activities comply with Contracts, Ops Plan and stipulations
     b.   Set-up and operate a safe, efficient and integrated JOC.
     c.   Maintain operational control of integrated event operations.

2.   Activities
     a.   Starting on July 29, a BLM LE Ranger will patrol the JOC and the City until the Pre-Event operations start.
     b.   BLM BC and Logistics Section will coordinate with BMP and BMP contractors on placement of modular buildings/trailers and other equipment (e.g. generators, light towers, portable restrooms).
     c.   Temporary radio repeaters will be installed and activated.
     d.   Dispatch center will be setup and tested.
     e.   Post the 2019 Closure Order and Map where those documents are likely to be seen by participants, other BLM land users, and BMP staff.

Pre-Event Period

The Pre-Event operations runs from Tuesday, August 20 - Friday, August 23, 2019.

1.   Operational Objectives
     a.   Provide for safety of participants, staff and other public land users as they are designing and building The City.
     b.   Ensure participants and BMP comply with the SRP, Additional Stipulations, Closure Orders and all applicable Federal and State Laws.

2.   Activities
     a.   Pre-Event Operations will consist of roughly 60 assigned personnel comprising of law enforcement, logistics, communications and Command staff.

The following ICS services will be operational during the Pre-Event operations:

1.   JOC Operations
2.   Logistics
3.   Environmental Compliance Monitoring
4.   Vending Compliance
5.   SRP Compliance Monitoring
6.   Communications
7.   Dispatch
8.   LE Operations (Pre-Patrol)
9.   Detailer Lodging
10.  Detailer Meal Services

7

Main Event Period

The Main Event operations runs from Saturday, August 24 - Sunday, September 1, 2019.

1.    Operational Objectives
          a.  Protect public lands from adverse impacts associated with the event.
          b.  Provide on-site BLM LE presence.
          c.  Provide for safety of participants, staff and other public land users.
          d.  Ensure participants and BMP comply with the SRP, Additional
              Stipulations, Closure Orders and applicable Federal laws and regulations.
          e.  Support cooperating LE agencies.
          f.  Educate event staff, participants and non-event public about the SRP, Additional
              Stipulations, rules and regulations associated with the event.
          g.  Maintain a functional and effective operating JOC.
          h.  Provide an integrated communications system.

2.    Activities
          a.  Ensure agency integration occurs and provides mechanisms to support all
              cooperating agency missions.
          b.  Main Event Operations will consist of 136 BLM assigned personnel and
              contractors.

The following ICS services will be operational during the Main Event operations:

    1.  JOC Operations
    2.  Tier 1 Operations
    3.  Dispatch/Communications
    4.  Logistics
    5.  Environmental Compliance Monitoring
    6.  Vending Compliance
    7.  SRP Compliance Monitoring
    8.  GIS Support
    9.  Medical
   10.  Business and Finance
   11.  Public Information
   12.  Law Enforcement Operations
   13.  Detailer Lodging
   14.  Detailer Meal Services

Post-Event Period

Post-Event period is from Monday, September 2 - Thursday, September 5, 2019 at 5:00 AM

1.    Operational Objectives

AR03268

a. Provide for safety of participants, staff and other public land users as they are de-constructing The City.
b. Ensure participants and BMP comply with SRP stipulations, closure orders and applicable federal and state laws.

2.   Activities
a. Post-Event Operations will consist of roughly 60 assigned personnel.

The following ICS organizations will be operational during Post-Event:

1. JOC Operations
2. Logistics
3. Environmental Compliance Monitoring
4. SRP Monitoring
5. Communications
6. Dispatch
7. LE Operations (Post-Patrol)
8. Compliance Monitoring (as needed)
9. Detailer Lodging
10. Detailer Meal Services

Break-Down Period

The JOC site breakdown period is from Thursday, September 5, 5:00 AM - September 14, 2019 or until all facilities structures/equipment are demobilized by BRC contractors.

1.   Operational Objectives
a. Ensure de-construction activities comply with Contracts, Ops Plan and Additional Stipulations.

2.   Activities
a. Starting on September 5, 2019 a BLM LE Ranger will patrol the City and the JOC until the breakdown crew is clear of the site.
b. Logistics Section and Project Manager will coordinate with BMP and BMP contractors on removal of trailers and other equipment (e.g. generators, light towers, portable restrooms).
c. All Government property at JOC will be removed.
d. Government property in The City will be removed.
e. Temporary radio repeaters will be removed.
f. Inventory will be completed and items stored

**Event Management**

Civilian Operations

The Civilian Operation will deploy 58 positions (31 BLM employees / 27 Contractors). Civilian

9

Operation's includes 2 management programs and 13 event operations/support functions. The 2 management programs are:

1)  Authorizing Officer (AO)/Incident Commander (IC);
2)  Project Manager (PM)/Civilian Branch Chief (BC);

The 13 event Operations/Support functions include:

1)   Public Affairs Officer (PAO);
2)   SRP Monitoring;
3)   Administrative Support;
4)   Safety Officer;
5)   Logistics;
6)   Communications;
7)   IT Support/Security;
8)   Vending Compliance;
9)   Environmental Compliance;
10) IMARS Support
11) CAD Support (Contractors)
12) Internet Services Support (Contractors)
13) Dispatching Support (Contractors)

**The Civilian Operations for the event includes:**

| | |
|---|---|
| Authorizing Officer/Incident Commander | Mark E. Hall, PhD |
| SRP Monitor | Chelsea McKinney |
| Compliance & Support Branch Chief | Mark Pirtle |
| Compliance & Support Operations Chief | Jennifer Jones |
| Communication Supervisor | Kevin Wisemore |
| Administrative Support | Christine Carter |
| Public Affairs Officer | John Asselin |
| Safety/HAZMAT Officer | Denis Baldwin |
| Environmental Lead | *see Jennifer Jones* |
| Vending Lead | *see Jennifer Jones* |
| Logistics Lead | Bradlee Mathews |
| GIS | Devin Welty |

The roles and responsibilities of the Civilian Operations members are:

1.  Incident Commander/Authorizing Officer
    a.  Represents BLM in Tier 1 Unified Command, participates in Tier 1 daily meetings, final decision-maker concerning BLM Event operations;
    b.  Ensures the administration of the IAP, closure orders and the SRP by the Branch Chiefs, Supervisors, Leads and staff;
    c.  Management and supervision of the BLM event related activities;
    d.  Supervises the Compliance & Support Branch Chief;
    e.  Supervises the LE Ops Branch Chief;

AR03270

f.   Supervises the SRP Monitor;
g.   Supervises the Public Information Officer;
h.   Supervises the Administrative Support;
i.   Coordinates with BMP;
j.   Coordinates with participating civilian agencies;
k.   Coordinates with participating LE agencies;
l.   Coordinates with other cooperators;
m.  Ensures compliance of SRP by BMP;
n.   Provides financial accountability to BMP for cost recovery;
o.   Ensures there is a safe working environment; and
p.   Provides a Discrimination Free/Zero Tolerance work area.

2.  SRP Monitor

a.   Reports to Incident Commander
b.   In conjunction with LE Branch Chief, serves as representative of the Incident Commander/Authorizing Officer when IC is not on playa;
c.   Represents BLM in Tier 1 Unified Command, participates in Tier 1 daily meetings;
d.   Ensures the administration of the Stipulation, Closure Orders and the SRP;
e.   Coordinates with BMP;
f.   Ensures compliance of SRP by BRC through site and Program inspections of BMP operations;
g.   Documents and summarizes inspection findings to IC/AO;
h.   Alerts the IC/AO of any non-compliance issues requiring immediate actions for remedy;
i.   Ensures there is a safe working environment; and
j.   Provides a Discrimination Free/Zero Tolerance work area.

3.  Compliance & Support Branch Chief

a.   Reports to Incident Commander
b.   Represents BLM in Tier 1 Unified Command, participates in Tier 1 daily meetings;
c.   Ensures the administration of the IAP, Closure Orders and the SRP;
d.   Management and supervision of the BLM event related activities;
e.   Supervises the Compliance & Support Operations Chief;
f.   Coordinates with BMP;
g.   Coordinates with participating civilian agencies;
h.   Coordinates with other cooperators;
i.   Ensures compliance of SRP by BMP;
j.   Provides financial accountability to BMP for cost recovery;
k.   Ensures there is a safe working environment; and
l.   Provides a Discrimination Free/Zero Tolerance work area.

4.  Compliance & Support Operations Chief

11

a. Reports to Compliance & Support Branch Chief
b. Represents BLM in Tier 1 Unified Command, participates in Tier 1 daily meetings;
c. Ensures the administration of the IAP, Closure Orders and the SRP;
d. Management and supervision of the BLM event civilian operations related activities;
e. Supervises Compliance & Support Supervisors and Leads;
f. Coordinates with BMP;
g. Coordinates with participating civilian agencies;
g. Coordinates with other cooperators;
h. Ensures compliance of SRP by BMP;
i. Provides financial accountability to BMP for cost recovery;
j. Ensures there is a safe working environment; and
k. Provides a Discrimination Free/Zero Tolerance work area.

5. Administrative Support
   a. Reports to the Incident Commander;
   b. Tracks all event purchases;
   c. Reviews and enters all CTRs in OF-288;
   d. Assist staff/detailers check in and check out procedures;
   e. Takes notes at meetings;
   f. Ensures there is a safe working environment; and
   g. Provide a Discrimination Free/Zero Tolerance work area.

6. Communication Supervisor
   a. Reports to Compliance & Support Branch Chief;
   b. Supervises the Communication Lead;
   c. Supervises the IT Specialist;
   d. Supervises the Dispatch Center Manager;
   e. Supervises the IT Security;
   f. Supervises the GIS specialist;
   g. Provides daily reports to the LE Ops Chief;
   h. Participates in daily meetings, as assigned;
   i. Coordination/liaison with BMP counterpart(s);
   j. Ensures there is a safe working environment; and
   k. Provide a Discrimination Free/Zero Tolerance work area

7. Public Affairs Officer
   a. Reports to the Incident Commander;
   b. Provides traditional public information support in coordination with NSO;
   c. Documents the event experience through social media postings;
   d. Participates in daily meetings, as assigned;
   e. Coordination/liaison with BMP public information counterpart(s);
   f. Ensures there is a safe working environment; and
   g. Provide a Discrimination Free/Zero Tolerance work area.

12

AR03272

8. Safety Officer
   a. Reports to the SRP Monitor;
   b. Coordinates with BMP Safety Officer;
   c. Coordinates will BLM Supervisors, Leads and staff on issues concerning safety;
   d. Coordinates with BMP Supervisors, Leads and staff on issues concerning safety;
   e. Provides daily reports to the Compliance and Support Chief:
   f. Ensures there is a safe working environment;
   g. Provide a Discrimination Free/Zero Tolerance work area; and
   h. Advises BLM Tier 1 members if issues arise.

9. Environmental Compliance Lead
   a. Reports to the Compliance & Support Operations Chief;
   b. Leads the Environmental Compliance Team members;
   c. Ensures compliance of SRP by BMP and participants;
   d. Provides daily reports to Compliance Program Supervisor;
   e. Participates in daily meetings, as assigned;
   f. Coordination/liaison with BMP/Earth Guardians;
   g. Ensures there is a safe working environment; and
   h. Provide a Discrimination Free/Zero Tolerance work area.

10. Vending Compliance Lead
   a. Reports to the Compliance & Support Operations Chief;
   b. Leads the Vending Team;
   c. Ensures compliance of SRP by BMP and vendors on playa;
   d. Provides daily reports to Compliance Program Supervisor;
   e. Participates in daily meetings, as assigned;
   f. Coordination/liaison with BMP counterpart(s);
   g. Ensures there is a safe working environment; and
   h. Provide a Discrimination Free/Zero Tolerance work area.

11. Logistics Lead
   a. Reports to the Compliance and Support Branch Chief;
   b. Supervises the Logistics Team members;
   c. Ensures support functions are sufficient;
   d. Provides daily reports to the CivOps Chief;
   e. Participates in daily meetings, as assigned;
   f. Coordination/liaison with BMP counterpart(s);
   g. Ensures there is a safe working environment; and
   h. Provide a Discrimination Free/Zero Tolerance work area.

12. GIS
   a. Reports to the Compliance & Support Operations Chief;
   b. Provides geospatial support to BLM Civilian and LE personnel;
   c. Participates in daily meetings, as assigned;
   d. Coordination/liaison with BMP counterpart(s);
   e. Ensures there is a safe working environment; and
   f. Provide a Discrimination Free/Zero Tolerance work area.

AR03273

**Civilian Operation/Support Functions**

Administrative Function

Burning Man is a cost recovery event. There is an obligation to expend cost recovery in an effective manner, the administrative support position will monitor spending and document costs for the event. BLM will continue to work with BMP, PCSO and other entities to ensure integrated operations and a reduction in dual functions. During the Event, Command staff will continually identify areas to reduce cost and increase efficiency.

**Shift Check in/out:** All personnel assigned to the Event will check in at the JOC when they begin their tour of duty and will check out when their tour of duty is completed and they are returning home to their permanent duty station. All visitors or invited guests will also check in and check out at the ICP.

**Time:** All Event personnel charging time to Burning Man are required to maintain their hours and obtain supervisory approval on a Crew Time Report (CTR) or Project Log. Work-Rest rules apply for this incident. There must be at least 8 hours of off time between shifts. Overtime outside of normal assigned shift hours must be approved in advance of the time worked and justified on the field time report by the appropriate supervisor. At the end of the tour of duty, all personnel must provide a signed copy of the CTR/Project Log to the Finance Section and bring yellow copy (CTR – may be a printed copy) to home unit.

**Other Charges:** Other costs including travel, miscellaneous supplies and services will be documented and approved on the 2019 micro purchase form. Copies of travel vouchers and any vehicle reporting sheets with event exception coding and micro-purchase form with attached receipts, will be scanned and emailed to the Planning/Closeout Team after the event by September 16, 2019.

Public Affairs Function

The PAO will handle media contacts and prepare or approve press releases associated with the Event. BLM news releases, if needed, will be created and emailed from the Black Rock Station in Gerlach using normal NVSO approval procedures. In the event that incidents occur that affect BLM, BMP and other agencies, a joint news release will be sent. All requests from media regarding LE related matters are to be referred to and/or coordinated with the Region 3 SAC and the PCSO. Integrated news releases for serious incidents will be conducted. All BLM Serious Incident Reports (SIR) will be coordinated between the Tier 1 members, the U.S. Attorney's Office and PCSO

SRP Monitoring Function

The SRP Monitor will ensure that the permittee, BMP, is following all the terms and conditions of their SRP, Additional Stipulations, Closure Order Restrictions, 2019 BMP Operations Plan, and all applicable Federal laws and regulations. The SRP monitor works with BMP Staff and BLM staff to evaluate and monitor BMP activities. The SRP Monitor documents the events

AR03274

activities and provides records through notes, photos, site inspections, and meetings. .Any items found to be in non-compliance will be presented to the AO/IC to make the final determination.

Safety Officer Function

The Safety Officer will ensure a safe working environment for BLM staff by identifying safety related issues, coordinating and implementing solutions. The Safety Officer works with BLM and BMP staff to evaluate safety improvements made by BMP for the 2019 Event. The Safety Officer identifies and documents safety concerns with BMP Safety staff.

Logistics Function

The Logistics Team will provide logistical services and support to the JOC and event staff. The logistics team will provide 24 hour service coverage. The logistic team will assist BMP in the set-up of the JOC during set-up week. The Logistics Team will provide supplies and equipment to detailers as needed. The Logistics Team will check out the rental vehicles and ensure they remain serviceable. The Logistic team will supply support items or equipment and ensure needed support items remain available. The Logistics Team will assist in the break-down of the JOC during break-down week.

Communication/IT Function

The Communication Team will provide a radio communications network and IT equipment deployment program. The Communication Team will deploy the communication system (repeaters) on mountain tops during set-up week. The Communication Team will assist setting up the combined dispatch center during set-up week. The Communication Team will install the IT equipment in designated modular buildings at the JOC during set-up week. The Communication Team will program event radios and issue radios to detailers. The Communication Team will provide continuous communication service and IT support during the operational event periods. The Communications team will provide GIS support to the LE teams, compliances team and management teams. The Communication Team will break-down the communication network and IT equipment deployment during break-down week.

Dispatch Function

The Emergency Dispatch Center (EDC) will provide land mobile radio communications service and support all government personnel working at the event, including the BLM, Pershing County Sheriff Office (PCSO), United States Forest Service (USFS) and U.S. Department of Health and Human Services (HHS). EDC will provide for satellite tracking and emergency monitoring of government personnel. EDC will maintain a list of available and assigned resources capturing all information into a Computer Aided Dispatch (CAD) system, allowing for efficiency and accountability. The CAD system is connected as an authorized "Foreign Host" to the Nevada Department of Public Safety (NVDPS) Criminal Justice Information System (CJIS) allowing for access to critical federal, state and local criminal justice information. EDC will be operated by contract "Mission Support Technicians" who are directed by a government Center Manager. EDC is a shared building with separated workspace, between BRC ESD and the BLM. Only personnel who have been background cleared by the NVDPS or the US Office of Personnel Management (OPM) at an acceptable level for criminal justice information are allowed on the BLM side of the EDC. BLM and BRC will operate an integrated CAD system allowing for a common operating environment and synchronicity of electronic transfer of information for appropriate response and

15

tracking. EDC will be continuously operating 24 hours per day from Tuesday, August 20 (5:00AM) – Thursday September 5 (5:00AM), 2019.

Environmental Compliance Function
The Environmental Compliance Team will determine, through adjudication concurrence and an auditing program, that the increasing BMP leadership role in the event environmental compliance program are sufficiently meeting the intent and terms of the stipulations and whether the issues discovered by the BMP LNT teams are representative of actual levels of compliance.

Vending Compliance Function
The Vending Compliance Team will ensure that the public receives fair value for the use of its public lands. The Vending Compliance Team Lead will coordinate with and monitor BMP's counterpart to ensure that all commercial operations on BLM-administered public lands maintain all necessary BLM authorizations. When violations are detected, the Vending Compliance Team will notify the Compliance & Support Operations Chief for the proper notification to the adjudicating authority. Violations and adjudication of violations will be documented for the permit files.

**Responsibilities of Event Personnel**

Uniforms: All BLM personnel assigned to the Event will wear an approved work uniform while on duty. Approval will come from their direct Event Supervisor or Lead.

Access to Event: Vehicle travel to the JOC from Gerlach will be via Washoe County road 34 and the 12 Mile playa entrance.  The 3 Mile playa entrance will be available for use when traffic on 34 is heavy or during emergencies.  The playa roads will not be marked so staff should familiarize themselves with this route during daylight hours.  Personnel may also use the main Burning Man entrance, 8 Mile playa access, prior to the beginning of the event and during the week before exodus on Sunday and Monday and proceed along the outside of the perimeter fence to the JOC.

Non-Emergency Speed Limits: Vehicle speeds should be kept at posted limits within The City and at minimum speeds along the trash fence perimeter and the NV-88 airport to mitigate dust.

Parking: When appropriate, car-pooling is encouraged as parking can be limited at the JOC. Parking shall remain organized at all times to ensure a safe working environment.

Cameras:  Government equipment is to be used for official use only.

Social Media: All Social Media messaging must be approved and conducted by the PAO.

Conduct: Professionalism, both on and off duty, is the priority (see BLM Code of Conduct).

**Medical Plan**

All medical incidents and accidents involving Event participants are the responsibility of BMP and their medical ALS contractor, Crowd Rx. There are several Medical Stations throughout The City for immediate first aid.  In case of emergency medical evacuation, NES has contracted

AR03276

ambulance and/or air transport (Care Flight) out of the Event to the nearest hospital. All Event participant incidents requiring attendance by medical personnel will be referred to NES personnel.

All medical incidents and accidents involving Government Employees are the responsibility of the Deployable Medical Team from HHS. There is a BLM/HHS provided Medical Station located at the JOC staffed 24/7 (see LE Ops Plan).

## Area Medical Services:

### Nixon

Pyramid Lake Health Clinic **775-574-0987**
705 Highway 447 Nixon, NV

### Reno

Northern Nevada Medical Center **Emergency: 775-356-4040**
2375 E. Prater Way Sparks, NV
Lat/Long 39° 32' 25" N, 119° 41' 54" W

Washoe Medical Center **Emergency: 775-982-4100**
77 Pringle Way Reno, NV

### Winnemucca

Humboldt General Hospital **Emergency: 775-623-5222**
118 E. Haskell Street Winnemucca, NV 89445
Lat/Long 40° 53' 48" N, 117° 48' 21" W

AR03277

# RECORD OF DECISION
# AND
# SPECIAL RECREATION PERMIT APPROVAL

## DOI-BLM-NV-W030-2018-0003-EIS
## Special Recreation Permit Number NVW03500-19-01

# Burning Man Special Recreation Permit Renewal

**July 2019**

*Prepared by:*

US Bureau of Land Management
Winnemucca District
Black Rock Field Office
5100 E. Winnemucca Blvd.
Winnemucca NV 89445-2921

AR03278

It is the mission of the Bureau of Land Management to sustain the health, diversity, and productivity of the public lands for the use and enjoyment of present and future generations.

BLM/NV/WN/ES/15-11+1793

DOI-BLM-NV-W030-2018-0003-EIS

AR03279

# RECORD OF DECISION
# AND
# SPECIAL RECREATION PERMIT

## BURNING MAN SPECIAL RECREATION PERMIT RENEWAL
## FINAL ENVIRONMENTAL IMPACT STATEMENT

### Special Recreation Permit Number NVW03500-19-01
### DOI-BLM-NV-W030-2018-0003-EIS

**Bureau of Land Management
Winnemucca District
Black Rock Field Office
Winnemucca, Nevada**

/s/ Joseph Balash
_____

**Joseph R. Balash,
Assistant Secretary for Land and Minerals Management
Department of the Interior**

7/16/19
_____

**Date Signed**

AR03280

This page intentionally left blank.

AR03281

# Record of Decision

## INTRODUCTION

The Black Rock Field Office (BRFO) of the United States (US) Department of the Interior, Bureau of Land Management (BLM) received an application from Black Rock City, LLC (BRC) to obtain a special recreation permit (SRP) to produce the Burning Man Event (Event) on an annual basis for the next 10 years. The Event is located on public land administered by the BLM Winnemucca District in Pershing County, Nevada, approximately 8.5 miles northeast of Gerlach, Nevada.

The Burning Man Event SRP Final Environmental Impact Statement (Final EIS) analyzed five alternatives:

1. Alternative A (Proposed Action): The BLM would issue an SRP for the Event that allows an annual incremental population increase of 5,000 participants starting in 2019 for a maximum population of 100,000 in 2022 through 2028.

2. Alternative B (Reduced Population Alternative): The BLM would issue an SRP for the Event at a maximum population of 50,000.

3. Alternative C (Alternate Site Alternative): This alternative would be similar to Alternative A (Proposed Action), except the larger 18,940-acre Closure Area boundary and 3,900-acre Event perimeter would shift to the north, and there would be no phased Closure Area.

4. Alternative D (No Population Change Alternative): The BLM would issue an SRP for the Event with the same population cap (80,000), durations, and conditions as the 2018 Event.

5. Alternative E (No Permit/Event Alternative): The BLM would not issue an SRP for the Event.

A description of the Proposed Action and the alternatives analyzed can be found in Chapter 2 of the Final EIS. **Appendix A** of the Final EIS includes maps of the alternatives.

## SELECTED ALTERNATIVE

The BLM, in accordance with the Federal Lands Recreation Enhancement Act ([REA]; Public Law (P.L.) 108-447), has selected Alternative D from the Final EIS. This will result in the issuance of an SRP for the Event with the same population cap, similar conditions as the 2018 Event, and with the required mitigations from **Appendix E** of the Final EIS. All SRPs have standard stipulations as authorized through the REA; however, those standard stipulations do not address the complexity of the Burning Man Event. Accordingly, additional stipulations will be added to the SRP and be edited annually dependent on monitoring and necessary adaptive management measures. Under the terms of the SRP, there will be no more than 80,000 total attendees, including Event participants, BRC staff, and BRC volunteers, allowed on the playa from the start of the Closure Order to the end of the Closure Order.

The BLM will implement a phased Closure Area, which will include a 9,570-acre[1] Closure Area footprint during build week and after the Event. During the Event, the Closure Area footprint will be 14,320 acres (see Figures 2-1, 2-2, and 2-3 in **Appendix A** of the Final EIS). **Appendix B** of the Final EIS contains additional stipulations (previously referred to as special stipulations) from the 2018 Event; applicable mitigation measures, as determined by the BLM, are in **Appendix E** of the Final EIS. Stipulations may be amended, added, or changed as determined necessary by the BLM. The duration of the permitted Event will change from 64 days to up to 74 days, to more accurately reflect on-the-ground conditions and to incorporate the Golden Spike Ceremony, which was not previously part of the Closure Order.

The BLM developed the mitigations in the Final EIS in response to the impacts that exist and were disclosed in the Draft EIS and Final EIS, after accounting for the proponent's Plan of Operations and best management practices. As the Plan of Operations changes for each Event, mitigation measures may be adjusted annually.

Elements of the BLM's selected alternative are summarized below (the exact details will be in BRC's Event Plan of Operations).

### Population Definition and Reporting

For 2019, as in the 2018 Event, BRC will keep the maximum Event population at 80,000 or less. For 2020, BRC will be required to keep the maximum Event population from exceeding a total of 80,000 for the duration of the Closure Order. A population overage of up to 300 people could be permitted for up to 8 hours for a given year's event; the BLM will set the exact number in the SRP stipulations. The BLM will work with BRC to develop an independent, third-party population monitoring system to count each person entering and exiting the Event through designated points of entry and to report daily numbers to the BLM.

### Event Production

The boundary of the Event site will be within an approximately 3,400-acre pentagon (see **Appendix A** of the Final EIS). The Event site will be within the Closure Area, the physical space that will be temporarily closed during the Event. The Closure Order will last up to 74 days. There will be two phases of the Closure Order. Closure Order Phase 1 will last the entire duration and will take effect approximately 40 days before Labor Day; it will encompass 9,570 acres. In addition, Closure Order Phase 2 will occur 14 days before Labor Day and will last for approximately 21 days; it will encompass an additional 4,760 acres, for a total Closure Order size of 14,330 acres (see **Appendix A** of the Final EIS). The Closure Order will shrink back to the Phase 1 size approximately 6 days after Labor Day.

Each year, the Event will start at 12:01 a.m. on Sunday the weekend before Labor Day and end at noon the Tuesday after Labor Day.

---

[1] Data from geographic information systems have been used in developing acreage calculations and for generating many of the figures in **Appendix A** of the Final EIS. Calculations are dependent upon the quality and availability of data, and most calculations in the Final EIS are rounded to the nearest 10 acres. Given the scale of the analysis, the compatibility constraints between datasets, and the lack of data for some resources, all calculations are approximate.

Within 5 days of the Event's end, all participants and most BRC staff will vacate the site. Within 21 days of the Event's end, BRC staff and volunteers will remove all structures, large equipment, and the perimeter fence. BRC will complete all cleanup work by October 1.

### Traffic Management and Access

Before each Event, BRC will submit a traffic plan to the BLM. The plan will include the following strategies:

1. State-licensed flaggers will be used along State Route (SR) 447 and County Road (CR) 34, as determined by the BLM in coordination with the Pyramid Lake Paiute Tribe (PLPT), Nevada Department of Transportation (NDOT), and Nevada Highway Patrol (NHP), to help ensure traffic flows through nearby communities during peak travel times before and after the Event.
2. During Exodus, BRC will employ a metered release protocol, which will ensure that no more than 800 vehicles per hour exit onto CR 34 from Gate Road.
3. BRC will communicate the need for safe travel, including promoting the traffic operations center, advising participants year-round and in real time on traffic trends and best practices, and promoting BRC's RideShare carpool program.

Motorized transportation in the Event perimeter will be restricted to BLM staff, law enforcement, BRC staff, vendors, mutant vehicles, vehicles for disabled persons, and satellite shuttles. The BLM will enforce a 5 miles per hour speed limit on all motorized vehicles inside the city.

### Vehicle Passes

BRC will issue a maximum of 33,000 vehicle passes, including for BRC staff and volunteer vehicles.

### Art

BRC will review and revise project plans to ensure build design and installation safety. BRC safety teams will continuously inspect the artwork before and during the Event.

### Dust Abatement

Private vendors hired by BRC will provide dust abatement along designated routes and streets within the Event site. Dust-abatement trucks will operate from the day the perimeter is established through site cleanup.

### Fire

BRC will actively educate participants in the construction and supervision of burn barrels in order to protect the playa surface and to create safe campfire containment. BRC will be responsible for implementing procedures for the complete cleanup of each burn site, including using decomposed granite, a raised platform, or other means to protect the playa surface; removing ash, charcoal, and unburned material such as nails, screws, glass, and any decomposed granite; and grading and raking the surface to eliminate scarring.

### Cultural Resources

BRC will inform all participants and staff that collection, excavation, or vandalism of historic and archaeological artifacts or sites is illegal. BRC will notify the BLM immediately upon any discovery of archaeological artifacts or human remains.

### Hot Springs Protection

Use of the hot springs is not allowed as part of the Burning Man Event SRP. BRC will educate participants about the potential for environmental damage when using the hot springs.

### Event Cleanup

BRC will remove debris in the Closure Area and dispose of it in an authorized facility. Hazardous waste will be disposed of in accordance with state and federal laws.

Off-site cleanup will include litter and debris pickup along roads and highways surrounding the Event site. Litter and debris that BRC collects will be disposed of at authorized facilities in accordance with all applicable laws and regulations.

The BLM, in coordination with the NDOT and PLPT, will monitor the effectiveness of BRC's trash collection plan. Monitoring results may result in the need for adaptive management, which may include additional mitigation measures to reduce the impact from wastes on the playa and surrounding roadways and communities.

### Security and Public Safety

BRC will meet with BLM law enforcement and the Pershing County Sheriff's Office year-round to plan operations and infrastructure. BRC will meet with BLM law enforcement and the Pershing County Sheriff's Office daily during and immediately after the Event to evaluate on-site operations, and respond to and adapt on-site operations to possible changing conditions.

BRC will meet with the BLM and those agencies with federal, state, or county jurisdiction, such as the Federal Aviation Administration, Pershing County, Washoe County, PLPT, and the State of Nevada, as needed annually. The BLM will inquire with responsible agencies to ensure their needs are being met.

The BLM and BRC will operate independent communications systems for the duration of each party's respective operational needs. The two systems will operate 24 hours per day to provide security, emergency response, and public safety to ensure coordinated emergency response.

BRC will educate participants and staff about federal, state, and local laws concerning the sale and use of illegal substances.

### Hazardous Materials

BRC will manage hazardous materials response. All hazardous waste will be disposed of in accordance with state and federal laws.

### Food and Drink Service and Potable Water Hauling

BRC will comply with all State of Nevada requirements for food and beverage service and potable water hauling. Any person who is hauling, delivering, vending, providing, or selling potable water to any individual or organized camp, other than their own private or individual camp, must be permitted by the Nevada Division of Public and Behavioral Health.

***Additional Components of the Selected Alternative***

In the Final EIS, Section 2.2.3, the BLM analyzed additional components, which are included in this Record of Decision (ROD) and will be implemented now and in future years. The Golden Spike Ceremony, which typically marks the beginning of the Event when anywhere from 200 to 400 people arrive on the playa for the ceremony, will be included in the Event SRP starting in 2019. Historically, the Golden Spike Ceremony has occurred on the Thursday prior to the start of the Event SRP Closure Order.

The BLM and BRC will review and revise the full environmental compliance protocol annually. Per the Federal Land Policy and Management Act of 1976 (FLPMA), the BLM has the authority to institute changes during the Event to maintain public health and safety, as well as resource protection. BRC is responsible for obtaining all other necessary permits as required by federal, state, and local laws.

## MITIGATION, MONITORING, AND ADAPTIVE MANAGEMENT

All mitigation and monitoring measures listed in **Appendix E** of the Burning Man Event SRP Final EIS will be implemented in 2019, except for the following mitigation and monitoring measures, which will be implemented in a phased approach when most appropriate and logistically feasible. The BLM has a goal of implementing all mitigation and monitoring measures by 2022.

- An adaptive management approach will be taken regarding security at all portals of entry. A third-party contractor will be employed to screen vehicles, participants, vendors, contractors, and staff and volunteers entering the Event. This mitigation will be implemented as soon as logistically possible, but will not be in effect for the 2019 Event (Mitigation Measure **PHS-1**).

- Beginning 21 days before Labor Day until 7 days after Labor Day during the Closure Order, BRC will provide a licensed ambulance service for emergency services. This mitigation measure will be implemented beginning in 2020 (Mitigation Measure **PHS-6**).

- BRC will increase its environmental compliance teams commensurate with the population size; teams will begin operating during build week and continue through Exodus. This mitigation measure will be implemented beginning in 2020 (Mitigation Measure **WHS-7**).

- BRC and the BLM must implement shielding interventions on mast-mounted work lights. This mitigation measure will be implemented beginning in 2020 (Mitigation Measure **VIS-2**).

- In coordination with Washoe County and the NDOT, BRC will provide cost recovery for the maintenance of CR 34 and SR 447, respectively, associated with Event traffic. This mitigation measure will be implemented beginning in 2020 (Mitigation Measure **ECON-1**).

- BRC must post a reclamation bond sufficient to remove large art installations and theme camp materials left behind after Exodus. This bond is intended to remove the risk of unnecessary or undue degradation to the national conservation area (NCA) and defray the costs to taxpayers. This mitigation measure will be implemented beginning in 2020 (Mitigation Measure **NCA-1**).

- BRC will inform all pilots of flight restrictions associated with wilderness and wilderness study areas. This mitigation measure will be implemented beginning in 2020 (Mitigation Measure **WILD-1/WSA-1**).

- Vendor and film permit applications associated with the Event must be submitted 194 calendar days before Labor Day. The costs of BLM employee labor will be recouped via cost recovery from BRC. This mitigation measure will be implemented beginning in 2020 (Mitigation Measure **REC-1**).

- The proponent will submit to the BLM and Pershing County its final Plan of Operations for each year's Event at least 45 calendar days before the first Closure Order begins for that year's Event. This mitigation measure will be implemented beginning in 2020 (Mitigation Measure **REC-2**).

- BRC will report directly to the BLM the number of vehicles entering the Closure Area under a vehicle pass. The number of vehicle passes will be limited to 33,000, which responds to the findings and recommendations in the traffic analysis prepared for the EIS (Solaegui 2018). This mitigation measure will be implemented beginning in 2020 (Mitigation Measure **TRAN-1**).

- For the 2020 Event, BRC will contract with a third-party ticketing agency to report directly to the BLM the number of individuals entering the Closure Area. The number of participants, BRC staff, volunteers, and vendors will be limited to 80,000 (Monitoring Measure **REC-1**).

- The cultural resources and Native American religious concerns mitigation measures (Mitigation Measures **CULT-1** through **CULT-5**) will be implemented in accordance with the memorandum of agreement (MOA) with the Nevada State Historic Preservation Office (SHPO).

Because of the complex nature of the Burning Man Event, the BLM will employ an adaptive management approach to some mitigation measures. As the first step in this process, the BLM will work with BRC to develop an initial mitigation approach starting with the 2019 Event. Beginning with the 2019 Event, monitoring, as described in Table E-2 of **Appendix E** in the Final EIS, will provide the BLM with the necessary information to determine the effectiveness of the initial mitigation approach. If monitoring results demonstrate that the initial mitigation approach effectively prevents the unnecessary and undue degradation of public lands and protects public health and safety, then no additional mitigation or stipulations will be required. If monitoring results demonstrate that the initial mitigation approach is not effective, then the BLM will apply the mitigation measures listed in **Appendix E**. The BLM may also add or remove stipulations for each annual Event in response to new monitoring data. Adaptive management will apply to the following mitigation measures:

- BRC will be required to implement physical perimeter barriers and controls to reduce the risk of unauthorized entry to the Event (Mitigation Measure **PHS-3**).

- BRC will facilitate structural integrity inspections of all structures over 10 feet tall that are designed for lodging space (Mitigation Measure **PHS-4**).

- To reduce litter and trash in the PLPT Reservation, along SR 447, and other routes accessing the playa, BRC, as part of its annual Event Plan of Operations, must develop a trash collection plan for the major egress routes from the Event (Mitigation Measure **WHS-1**).

- To reduce Event participant, employee, and contractor exposure to dust generated from vehicle traffic on Gate Road, BRC should consider rerouting Gate Road to an area north of Black Rock City (Mitigation Measure **AQ-1**).

- BRC will restore the playa contours by the end of the Closure Order (Mitigation Measure **SOIL-3**).

- The monitoring measures of the Artificial Light at Night Assessment (Craine and Craine 2017) will be implemented by a BLM-approved contractor via cost recovery (Mitigation Measure **VIS-1**).

- The BLM will not implement Monitoring Measure **VIS-3.** Through a third party contractor approved by the BLM and paid for through cost-recovery, annual monitoring of the artificial light at night will occur (Monitoring Measure **VIS-1**), and if the threshold outlined in Mitigation Measure

**VIS-1** is exceeded, the proponent, in the following year, will develop a lighting plan with measures to reduce the amount of artificial light at night.

## RATIONALE

The BLM's decision to issue an SRP for an Event with a maximum population of 80,000 is based on the environmental consequences analyzed in Chapter 3 of the Final EIS and the following rationale:

1. Cooperating agencies and other governmental agencies indicated they could not support the Event growing. Letters from the Mayor of the City of Reno, NDOT, and the NHP indicated they could not provide staff and accommodate growth over the current population level of 80,000 (see **Appendix K** of the Final EIS), particularly since this Event occurs over the Labor Day weekend when other recreation events occur in surrounding areas and communities. Additionally, the Pershing County Board of Commissioners, Pershing County Sheriff's Office, and the PLPT indicated they could not support the current event and requested a reduction in population. The Summit Lake Paiute Tribe, due to the closure of the playa and the inconvenience it causes for travel to their reservation, also requested a smaller population size. While not substantive, the BLM received public comments from Burning Man Event participants who expressed the view that the Event had grown too large and become too commercial; they wanted a smaller Event.

2. This decision responds to issues raised during public scoping and public comments received on the public Draft EIS. Substantial public involvement throughout the National Environmental Policy Act (NEPA) process has informed the BLM's decision (see Final EIS **Appendix K**, Public Comments and BLM Response).

3. The BLM developed mitigations in response to the impacts analyzed in the EIS and cooperating agency and public concerns regarding those impacts. While BRC's Event Plan of Operations and best management practices were taken into account, they do not result in an Event that avoids all the impacts; thus, the BLM developed mitigation and the phased approach through monitoring and adaptive management as described in **Appendix E** of the Final EIS. For example, a common theme in several of the cooperating agency and nongovernmental organization letters was the trash left behind and how long it took to be removed (see **Appendix K** of the Final EIS). Mitigation Measures **WHS-1**, **WHS-5**, and **WHS-7** (see **Appendix E** of the Final EIS) address these impacts. Another common theme was damage to the main roads into the event. Mitigation Measures **TRAN-1** and **ECON-1** address these impacts.

4. At an Event population of 80,000, the BLM and emergency services have a capacity to respond and manage the Event. Some of the imposed mitigations will help state, county, and local government services to successfully support the Event. Growing to a larger Event at current staffing levels would overextend resources and create financial hardships. The mitigation, monitoring, and adaptive management approach in this decision and as described in **Appendix E** of the Final EIS respond to concerns raised during government-to-government consultation and coordination and cooperation with cooperating agencies. These concerns include the associated impacts of solid waste, public health and safety, traffic, infrastructure limitations, socioeconomic impacts, and staffing capabilities.

5. The mitigation and monitoring measures for air quality (see Mitigation Measures **AQ-1**, **AQ-2**, and **AQ-3**, and Monitoring Measure **AQ-1** in **Appendix E** of the Final EIS) are designed to protect worker, volunteer, and participant public health and safety. The Environmental Protection Agency (EPA) noted concerns on the levels of particulate matter observed during the 2017 Event.

The BLM has concerns for worker health and safety, and preliminary studies by the Department of the Interior industrial hygienists raise concerns and show the need for further studies and analysis.

6. The mitigation and monitoring measures for solid waste (see Mitigation Measures **WHS-1**, **WHS-5**, and **WHS-7**, and Monitoring Measures **WHS-5**, **WHS-6**, **NAT-1**, and **REC-3** in **Appendix E** of the Final EIS) are designed to alleviate the problem of trash being left behind along roadways and in communities. The City of Reno, NDOT, Washoe County, NHP, PLPT, and some of the public comment letters all noted this as a major concern.

7. The mitigation and monitoring measures for public health and safety (see **Appendix E** of the Final EIS) were designed in coordination between BLM subject matter experts, the Department of Homeland Security, the Federal Bureau of Investigation, and the Pershing County Sheriff's Office. These are best practices for large public gatherings, specifically outdoor events. The BLM will employ adaptive management practices where appropriate and will liaise with BRC during the implementation of these mitigation measures. For Mitigation Measure **PHS-1**, law enforcement has documented that the current BRC screening system is insufficient for prohibited items. For Mitigation Measure **PHS-3**, while only minor incursions have occurred into the Event, the risk of incursions into large public gatherings is well documented both in the US and abroad (see Public Health and Safety at the Burning Man Event [BLM 2019]). For Mitigation Measure **PHS-6**, cooperating agency coordination and government-to-government consultation have made clear that calls for service related to the Burning Man Event disrupt emergency services to surrounding communities during the Closure Order.

8. The mitigation and monitoring measures for fuel storage (see Mitigation Measure **WHS-8** and Monitoring Measure **WHS-4** in **Appendix E** of the Final EIS) are designed to prevent unnecessary and undue degradation of the natural resources of the Black Rock Desert–High Rock Canyon Emigrant Trails NCA from fuel spills. The BLM has the legal authority and obligation to administer the Black Rock playa in accordance with 40 Code of Federal Regulations 112.

9. This decision is authorized by the National Conservation Act of 2000 designating the Black Rock Desert–High Rock Canyon Emigrant Trails NCA (P.L. 106-554): "The Secretary may continue to permit large scale events in defined low impact areas of the Black Rock Desert Playa in accordance with the management plan pursuant to this Act." The resource management plan, approved July 2004 for the Black Rock Desert–High Rock Canyon Emigrant Trails National Conservation Area and Associated Wilderness and other Contiguous Lands in Nevada, allows for large gatherings. Existing mitigation measures do not fully alleviate impacts on visual resources in the NCA and adjacent wilderness and wilderness study areas. Current practices are not in conformance with the resource management plan; however, mitigation, monitoring, and adaptive management (see Mitigation Measures **VIS-1, VIS-2**, and **NCA-1**, and Monitoring Measures **VIS-1, VIS-2, VIS-3, NCA-1**, and **REC-5** in **Appendix E** of the Final EIS) will reduce the potential for growth of these impacts during future Events.

10. This decision conforms to the BLM's Greater Nevada and Northeastern California Greater Sage-Grouse ROD and Approved Resource Management Plan Amendment, approved in March 2019.

11. Due to the noncompliances issued to BRC and unsatisfactory performance in 2018, and consistent with the REA (P.L. 108-447), the BLM will not issue an SRP for more than 1 year. Should BRC gain compliance, the BLM may then issue an SRP for the remainder of the 10 years. However, in accordance with H-2930-1, Recreation and Fee Administration Handbook, and the REA, the BLM will need to authorize the SRP annually.

12. To reduce impacts on the NCA and surrounding travel corridors, the mitigations and monitoring for this Event were developed and are contained in **Appendix E** of the Final EIS. As described above, some mitigations will be phased in. Phasing is occurring for two main reasons: 1) given the date of the ROD and the start of the 2019 Burning Man Event, the complexity and logistical issues of some mitigations require months to resolve; and 2) some mitigations will be implemented if monitoring and adaptive management illustrate they are needed (see *Mitigation, Monitoring, and Adaptive Management*, above). The BLM has a goal of implementing all mitigation and monitoring by 2022.

13. The decision is the result of and will continue meaningful government-to-government consultation and self-determination for tribes and Native communities. As sovereign nations affected by the Event permitted by the BLM, the BLM has a responsibility to mitigate and reduce effects. The BLM will continue to conduct government-to-government consultation to ensure the mitigations and stipulations address the identified effects: solid waste, public health and safety, traffic, cultural and Native American religious impacts, and socioeconomic impacts.

14. Due to the timing of this decision, as in the 2018 Event, BRC will keep the maximum Event population at 80,000 or less for the 2019 Event. In 2020, a total population cap of 80,000 attendees, which includes paid participants and BRC staff and volunteers, for the duration of the Closure Order will be implemented. Based on environmental monitoring, adaptive management may allow a peak population instead of a total population. Under a total population cap model, the proponent would close the entry gate when 80,000 participants have entered the playa. Even if participants leave the event, no additional participants would be allowed to enter. Under a peak population model, up to 80,000 participants would be allowed on the playa at any given time. As participants leave the event, the proponent would allow that same number of people to enter the playa.

15. The decision to authorize an Event with a population of 80,000 is consistent with the Recreation and Fee Administration Handbook (H-2930-1) because it allows the BLM to adequately administer the SRP. Mitigation and monitoring (see **Appendix E** of the Final EIS) are identified to provide for resource protection, public health and safety, and minimization of conflicts with other NCA users, and to serve the public interest. At the same time, the decision maintains an opportunity for the BLM to authorize the Event consistent with the Department of the Interior's priority of building a meaningful conservation stewardship legacy by expanding public access for sport and recreation opportunities on public lands.

16. Based on the environmental impact analysis contained in the EIS, the BLM has determined that by using the mitigation and monitoring described above and in **Appendix E** of the Final EIS, this decision will minimize environmental impacts on the public lands to an acceptable level, as outlined in the Final EIS.

17. To the maximum extent, this decision, subject to implementation of the mitigation measures in **Appendix E** of the Final EIS and obtaining required permits, is consistent with other federal, state, and local plans.

18. Prior to this decision, the BLM completed the process required by the National Historic Preservation Act (54 U.S.C. 300101 et seq.). A MOA between the BLM and the Nevada SHPO has been executed. That MOA describes required mitigation for the adverse impacts on historic properties and Native American religious concerns in the Closure Area.

19. The decision will not adversely affect any threatened or endangered species.

20. The decision meets the purpose and need for the federal action. The implementation of the mitigation and monitoring measures listed in **Appendix E** of the Final EIS, and with applicable adaptive management, will meet FLPMA goals to prevent unnecessary and undue degradation. The absence of required mitigation and monitoring has the likelihood, over time, of creating unnecessary and undue degradation.

21. All SRPs have standard stipulations from the REA; however, those standard stipulations do not address the complexity of the Burning Man Event. Accordingly, additional stipulations will be added to the SRP. The BLM will review and revise the additional stipulations annually dependent on monitoring and necessary adaptive management measures. **Appendix B** of the Final EIS contains an example of additional stipulations from a previous Event. The BLM has applied additional stipulations to the Burning Man Event SRP since at least the 2012 Event.

22. Future additional SRP stipulations and future applicant-committed environmental protection measures will serve to monitor, reduce, and/or prevent impacts. Monitoring and adaptive management are needed to assess the effectiveness of the stipulations and any future applicant-committed environmental protection measures.

23. Maintaining the 80,000 population limit, per this decision, in conjunction with the identified mitigation, monitoring, and adaptive management listed in **Appendix E** of the Final EIS, provides the opportunity for BRC to proactively eliminate or minimize effects to a manageable or acceptable level. This will be done through BRC's Event Plan of Operations.

Rationale for the BLM's decision to select the No Population Change alternative over the other alternatives is based on the environmental consequences analyzed in Chapter 3 of the Final EIS and the following:

1. With current resources, it would be challenging for the BLM to maintain consistency with FLPMA while at the same time addressing cooperating agency concerns about public health and safety under the Proposed Action. At a population of 100,000 (Alternatives A and C), the BLM could not adequately administer the SRP while providing for public health and safety and preventing unnecessary and undue degradation of lands. At an Event population of 100,000, with current BLM resources, the Event could possibly conflict with the multiple-use mandate of FLPMA because it could preclude other public lands users during the Closure Order. Cooperating agencies and other governmental agencies indicated they could not support the Event growing. Letters from the Mayor of the City of Reno, NDOT, and NHP indicated they could not provide staff and accommodate growth over the current population level of 80,000 (see **Appendix K** of the Final EIS). It is particularly difficult for agencies to staff the Event because it is over the Labor Day weekend when other recreation events in surrounding areas and communities occur.

2. The BLM is aware of BRC's approach to minimizing impacts through its best management practices; however, BRC cannot control all Event participant actions, which has led to the need for the mitigation and monitoring measures included in **Appendix E** of the Final EIS and incorporated in this decision. At an Event population of 100,000 (Alternatives A and C), these effects would be increased. Of particular concern are traffic, trash, air quality, and infrastructure as identified in Chapter 3 of the Final EIS. In the case of trash, the NDOT, NHP, and PLPT expressed concerns about the current level of trash left behind from the Event. It is a reasonable assumption that a population of 100,000 would result in even more trash left behind.

3. Cooperating agencies expressed concerns with Event population growth on traffic and maintenance issues on SR 447, Interstate 80, and CR 34. Traffic and maintenance are concerns at the current population level, and growth of the Event would exacerbate concerns of maintenance costs and overcrowding of surrounding roadways.

4. While some impacts may be reduced with an Event population of 50,000 (Alternative B), for several years BRC has successfully held the Burning Man Event with a population up to 80,000. BRC's best practices, combined with required mitigation measures, monitoring, and adaptive management outlined in the Final EIS will mitigate impacts to the point where a reduced Event population of 50,000 was not selected. At an Event population of 50,000, there would be the potential for an adverse economic impact on northern Nevada. Since 2012, the Event has grown to its current population level, and northern Nevada communities have become accustomed to the associated economic outcomes.

5. The BLM's decision to not select the No Event Alternative (Alternative E) is similar to the rationale for the reduced population alternative. In addition, the Event has occurred on the playa for over 20 years consistent with the BLM's multiple-use mandate under FLPMA. Additionally, the City of Reno has communicated the positive art and cultural aspects in the city from the Event.

## NATIVE AMERICAN CONSULTATION

The BLM sent letters on November 27, 2017, requesting consultation on the Proposed Action to the following tribes: PLPT, Reno-Sparks Indian Colony, and Summit Lake Paiute Tribe. The BLM has been actively engaged in government-to-government consultation with tribes throughout the EIS process. During consultation, tribal and cultural committee members expressed concerns regarding unauthorized artifact collection, especially along the travel routes. They also expressed concerns regarding increased visitation and impacts on springs and other culturally important sites surrounding the playa. Members noted that their concerns extend beyond tribal reservation boundaries. Additional information regarding Native American consultation can be found in the Final EIS, Section 4.4.1.

## COOPERATING AGENCIES

The cooperating agency relationships established during this project facilitated the exchange of views and expertise between BLM personnel and other government officials and staff. This form of consultation, unique to planning and NEPA processes, was crucial to shaping the EIS. The BLM formalized cooperating agency relationships with eight governmental parties: PLPT, NDOT, Pershing County, Pershing County Sheriff's Office, Federal Bureau of Investigation, Humboldt County, US Department of Homeland Security, and Washoe County.

## INTERGOVERNMENTAL PARTNERS

Under FLPMA, the BLM's coordination responsibilities include maximizing consistencies with the plans and policies of other government entities.

The BLM conducted coordination with the Nevada SHPO and the US Fish and Wildlife Service.

NEPA regulations require that EISs be filed with the EPA (40 Code of Federal Regulations 1506.9). The BLM submitted the Draft EIS and Final EIS to the EPA, as required by Council on Environmental Quality regulations. Chapter 4 of the Final EIS explains intergovernmental partners.

## PUBLIC INVOLVEMENT

### Public Scoping

Public scoping is detailed on Page 4-1 in Chapter 4 of the Final EIS. Public outreach began in November 2017. The BLM published a notice of intent on June 20, 2018. The BLM held two public scoping meetings on July 9 and 10, 2018, in Fernley and Lovelock, Nevada, respectively. A full description of the concerns brought forward during scoping can be found in the project scoping summary report (BLM 2018a).

Issues of concern identified in project scoping include:

- What are the impacts on wildlife and their habitats (aquatic and terrestrial) from air, light, noise, and waste (hazardous and solid) pollution; invasive species; and traffic. How will they be mitigated?

- What are the impacts from the Event on vegetation, wetlands, and riparian areas, and how will they be mitigated?

- What are the impacts on significant cultural and paleontological resources, including National Historic Trails, and can they be mitigated? What are the impacts on Native Americans from spiritual, cultural, and social values and economics?

- Can the BLM provide the support and resources needed to administer the SRP, while providing for public health and safety and preventing unnecessary and undue degradation to BLM-administered lands?

- How does the Burning Man Event affect air, soil, and water resources? Can mitigations be developed to prevent unnecessary and undue degradation?

- What are the regional economic contributions and effects on community services and federal, state, and local budgets?

- How do the public and participants view the Event? Are there any disproportionate impacts from the Burning Man Event on environmental justice and other populations?

- How does the Burning Man Event affect the values of the Black Rock Desert–High Rock Canyon Emigrant Trails NCA, wilderness areas, and wilderness study areas?

- How does the Burning Man Event affect access and transportation, SRPs, and other users and their experiences within the Assessment Area?

### Draft EIS

The BLM published the notice of availability for the Draft EIS in the *Federal Register* on March 15, 2019. During the 45-day public comment period, the BLM held two public meetings in Lovelock and Sparks, Nevada.

The BLM received a total of 2,061 submissions; 1,736 of these were considered unique submissions, and 325 were form letter campaigns (discussed further in **Appendix K** of the Final EIS).

### Final EIS

The BLM published the notice of availability for the Final EIS in the *Federal Register* on June 14, 2019, and uploaded the Final EIS to the EPA on June 7, 2019. The 30-day review period ended on July 14, 2019.

## ALTERNATIVES INCLUDING THE PROPOSED ACTION

A detailed description of the Proposed Action; alternatives, including the No Permit/Action Alternative; and those considered but not carried through this EIS are listed in detail in Chapter 2 of the Final EIS.

## SPECIAL RECREATION PERMIT APPROVAL

The 2930-2 Forms for the Special Recreation Permit are provided in **Appendix B** of the EIS.

This page intentionally left blank.

Form 2930-2
(January 2017)

**UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT**

**SPECIAL RECREATION PERMIT**
(43 U.S.C. 1201; 43 U.S.C. 1701; 16 U.S.C. 460L-6(a); and 43 CFR 2930)

Permit No.

**NVW03500-19-01**

BLM Issuing Office

**Black Rock Field Office
Winnemucca District**

Permittee **Burning Man Project**

Authorized Representative **Charles Dolman**

Address **660 Alabama St.
4th Floor
San Francisco, CA 94110**

Phone Number **415-865-3800**

Email Address **charlie.dolman@burningman.org**

Web Site **BURNINGMAN.ORG**

Permit is for *(check all that apply):* ☑ Commercial  ☐ Competitive  ☐ Organized Group  ☐ Vending

Date Issued **07/25/2019**   Date Expires **09/30/2019**   *(Terms greater than one year subject to annual authorization.)*

Seasonal or other period of use limitations _____

Permit Fee Formula   **Commercial: Greater of $110/year or 3% of gross revenue**

Assigned Sites *(commercial only):* ☑ None   No. of Assigned Sites subject to fees _____

Special Area Fees Apply: ☐ Yes ☑ No   Special Area Fee _____

Minimum insurance coverage requirements   **High Risk: $1,000,000 per occurrence, annual aggregate**

Permit is valid only if a current Certificate of Insurance, listing the United States as additional insured, is on file with the issuing BLM Office.

Post use report due date(s) **1/31/2020**   Bond Requirement: ☑ None   Bond Amount _____

Purpose and activities authorized
**2019 Burning Man Event**

Approved Area of Operation

**2019 Burning Man Event - Closure Area within the Black Rock High Rock Emigrant Trails National Conservation Area.**

Certification of Information:  I certify use of this permit will be as per the operations plan on file with BLM.  I acknowledge I am required to comply with any conditions or stipulations required by the BLM including the General Terms listed on page two of this form and any additional stipulations which may be attached.

Additional Stipulations are attached:   ☑ Yes ☐ No

_____
(Permittee Signature)

_7/25/19_
(Date)

Approved and issued for the conduct of permitted activities and locations shown on this permit and in conformance with the operating plan.  Permit is subject to General Terms and any additional stipulations attached.

**Mark E. Hall**
(BLM Authorized Officer Printed Name)

_Mark E. Hall_
(BLM Authorized Officer Signature)

_24 July 2019_
(Date)

((Continued on page 2))

AR03296

## GENERAL TERMS

a.  The permittee shall comply with all Federal, State, and local laws; ordinances; regulations; orders; postings; or written requirements applicable to the area or operations covered by the Special Recreation Permit (SRP or permit).  The permittee shall ensure that all persons operating under the authorization have obtained all required Federal, State, and local licenses or registrations.  The permittee shall make every reasonable effort to ensure compliance with these requirements by all agents of the permittee and by all clients, customers, participants, and spectators.

b.  An SRP authorizes special uses of the public lands and related waters and, should circumstances warrant, the permit may be modified by the BLM at any time, including modification of the amount of use.  The authorized officer may suspend or terminate an SRP if necessary to protect public resources, health, safety, the environment, or because of non-compliance with permit stipulations. Actions by the BLM to suspend or terminate an SRP are appealable.

c.  No value shall be assigned to or claimed for the permit, or for the occupancy or use of Federal lands or related waters granted thereupon.  The permit privileges are not to be considered property on which the permittee shall be entitled to earn or receive any return, income, price, or compensation.  The use of a permit as collateral is not recognized by the BLM.

d.  Unless expressly stated, the permit does not create an exclusive right of use of an area by the permittee.  The permittee shall not interfere with other valid uses of the federal land by other users.  The United States reserves the right to use any part of the area for any purpose.

e.  The permittee or permittee's representative may not assign, contract, or sublease any portion of the permit authorization or interest therein, directly or indirectly, voluntarily or involuntarily.  However, contracting of equipment or services may be approved by the authorized officer in advance, if necessary to supplement a permittee's operations.  Such contracting should not constitute more than half the required equipment or services for any one trip or activity and the permittee must retain operational control of the permitted activity.  If equipment or services are contracted, the permittee shall continue to be responsible for compliance with all stipulations and conditions of the permit.

f.  All advertising and representations made to the public and the authorized officer must be accurate.  Although the addresses and telephone numbers of the BLM may be included in advertising materials, official agency symbols may not be used.  The permittee shall not use advertising that attempts to portray or represent the activities as being conducted by the BLM.  The permittee may not portray or represent the permit fee as a special federal user's tax.  The permittee must furnish the authorized officer with any current brochure and price list if requested by the authorized officer.

g.  The permittee assumes responsibility for inspecting the permitted area for any existing or new hazardous conditions, e.g., trail and route conditions, landslides, avalanches, rocks, changing water or weather conditions, falling limbs or trees, submerged objects, hazardous flora/fauna, abandoned mines, or other hazards that present risks for which the permittee assumes responsibility.

h.  In the event of default on any mortgage or other indebtedness, such as bankruptcy, creditors shall not succeed to the operating rights or privileges of the permittee's SRP.

i.  The permittee cannot, unless specifically authorized, erect, construct, or place any building, structure, or other fixture on public lands.  Upon leaving, the lands must be restored as nearly as possible to pre-existing conditions.

j.  The permittee must present or display a copy of the SRP to an authorized officer's representative, or law enforcement personnel upon request. If required, the permittee must display a copy of the permit or other identification tag on equipment used during the period of authorized use.

k.  The authorized officer, or other duly authorized representative of the BLM, may examine any of the records or other documents related to the permit, the permittee or the permittee's operator, employee, or agent for up to three years after expiration of the permit.

l.  The permittee must submit a post-use report to the authorized officer according to the due dates shown on the permit.  If the post-use report is not received by the established deadline, the permit will be suspended and/or late fees assessed.

m.  The permittee shall notify the authorized officer of any incident that occurs while involved in activities authorized by these permits, which result in death, personal injury requiring hospitalization or emergency evacuation, or in property damage greater than $2,500 (lesser amounts if established by State law). Reports should be submitted within 24 hours.

(Form 2930-2, page 2)

AR03297

# BURNING MAN 2019

## SPECIAL RECREATION PERMIT ADDITIONAL STIPULATIONS



AR03298

# TABLE OF CONTENTS

# CONTENTS

**PERMIT ADMINISTRATION**

**GENERAL**

**COORDINATION**

**FEE SCHEDULE**

**SANITATION**

**TRAFFIC MANAGEMENT**

**COMPLIANCE INSPECTIONS**

# PERMIT ADMINISTRATION

**In addition to the terms and conditions contained in the Record of Decision and Special Recreation Permit Approval dated July 16, 2019, as well as the 13 general terms and conditions listed on the back of the Special Recreation Permit Form 2930-2, the following Additional Stipulations shall apply to the 2019 Burning Man Event.**

# GENERAL

1. The maximum authorized population (also referred to as the "population cap") at any point in time during the 2019 event is 80,000 total attendees, including Event participants, BRC Staff, and BRC volunteers. The population cap does not include government personnel or government contractors. Burning Man Project ("BMP") is required to keep the maximum population of the event from exceeding this population cap. Consequences to BMP for exceeding the population cap may include, but are not limited to, a finding of non-compliance; suspension or cancellation of this permit per 43 C.F.R. § 2932.56; a monetary or other penalty per 43 C.F.R. § 2932.57; denial of subsequent application(s) for a SRP per 43 C.F.R. § 2932.26; and/or imposition of additional terms and conditions in subsequent years' permits (if granted) that are designed to keep the event population within the maximum authorized population, consistent with 43 C.F.R. §§ 2932.26 and 2932.41. The Bureau of Land Management ("BLM") reserves the right to assess additional cost recovery for any costs the BLM incurs as a result of any population exceedances, per 43 C.F.R. § 2932.31.

2. If during the event it appears that the number of participants arriving to enter Black Rock City is likely to exceed the population cap, then BMP must promptly notify the BLM in writing and provide a detailed Contingency Plan explaining how it plans to manage the additional air and ground traffic. The BLM's acceptance of such a contingency plan does not constitute approval for BMP to exceed the population cap under Special Stipulation 1, nor does it constitute any form of cure for noncompliance with Special Stipulation 1. The purpose of this Special Stipulation 2 is to ensure that BMP will follow specific procedures to address the safety and health of arriving and departing participants when participants may be made to wait upon arrival before they are allowed to enter Black Rock City.

A. If during the event it appears that the camping area is insufficient to accommodate the number of participants, then BMP must promptly notify the BLM in writing and provide a detailed Contingency Plan explaining how it plans to accommodate the additional participants.

AR03299

3.  A. During the period of site occupancy, and according to an agreed-upon reporting standard with the BLM, BMP shall provide the BLM with daily population statistics and information on all arrivals, ticket scanning, and participant departures. The population statistics will include the total persons on site and will account for all entrance and departure through all event access points, namely the Main Gate, Airport, and Point 1. In addition, BMP must provide the BLM with event population statistics at any other time upon request.

B. BMP will notify the BLM immediately in writing if the population exceeds 79,000, and will manage operations per BMP's Population Overage plan.

C. For historical purposes and press inquiries, BMP shall also provide the BLM with the recorded maximum population for the entire event (otherwise known as peak population).

D. Within 60 days after the event, BMP shall provide the BLM with detailed information regarding the number of staff and participants at the event site for the period of site occupancy. This information shall include daily counts for both the non-event and event period.

E. Starting on August 24, 2019, and ending on September 3, 2019, BMP will provide the total number of emergency service providers, vendors, "work access" passes and contractors (e.g., service providers, staff, infrastructure contractors, art contractors, maintenance and operational personnel)

4.  These Additional Stipulations incorporate, by reference, information included in the 2019 Burning Man Event Operations Plan (Operations Plan). If there is a conflict between the Operations Plan and the Special Stipulations, the Stipulations shall control. BMP shall provide its latest version of the Operations Plan to the BLM before the BLM will issue the permit for the 2019 event. BMP shall provide a final Operations Plan to the BLM 45 days prior to the event. Modifications to the final Operations Plan concerning the stipulations and compliance with them will be coordinated with the BLM and may be accepted or denied by the Authorized Officer.

5.  The location of the 2019 Burning Man Event Area is limited to the public closure area, with ingress and egress from the 8-Mile or Event playa entrance, the 12-mile or Vendor playa entrance, and the playa Airport. The specific location of the event site will be identified and requested by BMP and approved by the BLM prior to the commencement of event setup.

6.  The event is authorized to last 192 hours starting on the Sunday that falls eight days before Labor Day and ending on Labor Day. Event activities may officially commence at 6:00 PM on Sunday, August 26, 2019 and shall end at 6:00 PM on Monday, September 3, 2019 (Labor Day). For the purposes of participant ingress, the main gate may be opened as early as 12:01 AM on Sunday, August 25, 2019. For the purposes of participant egress the main gate will be opened until 12:00 PM on Tuesday, September 3, 2019. During the extended ingress and egress hours, participants are required to focus their activities on camp location setup and breakdown. Pre-event surveys and site layout (including use of the communications tower) may begin on Thursday, July 25, 2019(the start of the event closure order). Site occupancy, including construction of facilities and structures, may occur no earlier than Thursday July 25, 2019. Removal of all above-ground material (i.e., items that could pose a hazard to other playa users) will be completed no later than September 30, 2019 (the end of the event closure orders). The exception to this requirement is the communications tower, which may remain on-playa throughout the cleanup period for safety purposes. The dates, calendar and procedures for event set up and cleanup will be outlined in the 2019 BMP Operations Plan.

7. The final phase of cleanup and restoration will be completed no later than September 30, 2019 in accordance with the last day the authorized 2930-2 (SRP). If unforeseen weather conditions arise, minor

2

AR03300

adjustments to the post-event cleanup deadlines may be granted by the BLM authorized officer.

8. Upon advance notice to BMP, the BLM reserves the right to alter the terms, conditions, and stipulations of the permit for significant changes in BLM policy or administrative procedure, to prevent use conflicts, prevent resource damage, or protect public safety as provided in 43 C.F.R. § 2932.56.

9. BMP shall post a copy of its permit, these Special Stipulations, and the Federal Register Closure and Restriction Orders in prominent view at Center Camp Playa Info where cooperators and participants have an opportunity to read them. Additionally, the documents referenced above shall also be available for participants and staff on the Burning Man website within 15 days of the BLM's issuance of the permit.

10. Except as otherwise noted in Special Stipulation 1, violation of the permit terms, conditions and stipulations may be subject to penalties prescribed in 43 C.F.R. Part 2930. Additionally, such violations may result in permit revocation, suspension, or probation. Violations may also be cause for the BLM to deny approval of a subsequent Permit or Operating Authorization (43 C.F.R. § 2932).

11. Commercial use is prohibited within the Black Rock City closure area unless specifically authorized by BMP and/or the BLM. Commercial use is defined by 43 C.F.R. § 2932.5, and includes, but is not limited to, commercial film production, food services, waste disposal, recreational/trailer rental and/or air carrier services. BMP and/or the BLM will monitor the compliance of all commercial operators entering the event via the Point 1 Gate and the Airport.

A. Prior to the event:

    i. BMP shall notify potential vendors and air carrier services in writing that they must obtain a BLM Special Recreation Permit (SRP) in order to enter into contract with BMP.

    ii. BMP shall also provide the BLM with a list of known vendors, commercial film/still photography production companies, and air carrier services that BMP recommends be granted a BLM SRP to operate at the event.

    iii. The BLM will immediately notify BMP if any recommended vendors and air operators do not meet the BLM's SRP requirements at 43 C.F.R. § 2932 and cannot be authorized to operate on public lands during the event.

    iv. BMP will immediately notify the BLM if BMP terminates any authorized vendors or air carrier services contract/agreement.

    v. BMP will describe the procedure for BMP and BLM coordination of authorizing vendors, commercial film/still photography production companies, and air carrier services in the 2019 BMP Operations Plan.

    vi. BMP will manage commercial filming per the Commercial Filming Compliance Protocol in the BMP Operations Plan and in accordance with BLM filming policy.

B. During the event:

    i. BMP shall require all authorized vendors, commercial film/still photography production companies, and air carrier services to display identification as proof of their authorization to

3

operate at the event by BMP and the BLM.

ii. Any vendors and air carrier services must show proof of their SRP within a reasonable amount of time (no more than 8 hours) when asked by authorized BLM and BMP personnel, as required by the Closure Order(s) and BMP's OSS or Air Carrier contracts. Commercial film/still photography production companies must show proof of their permit or notice that they do not need one within a reasonable amount of time.

iii. BMP will inform the BLM's Civilian Operations Lead of unauthorized vendors, commercial film/still photography production companies and air carrier services discovered at the event.

iv. Any vendors and air carrier services found operating without a contract with BMP and unpermitted by BLM at the event, will be found to be in noncompliance and will face eviction, and/or receive citations for noncompliance with 43 C.F.R. § 2932.

v. If BLM finds any commercial film/still photography production companies operating at the event without a BLM permit or BLM notice that one is not necessary, it will coordinate with BMP as outlined in the Commercial Filming Compliance Protocol in the BMP Operations Plan.

vi. BMP will provide a copy of the 2019 Closure Orders to all vendors, commercial film/still photography production companies, and air carrier services prior to the start of the event.

12. BMP staff and volunteers shall comply with all applicable supplemental regulations as promulgated in the Closure Order(s) published in the Federal Register prior to the 2019 event.

13. In regard to historical and archeological resources:

A. All participants and support staff will be informed that collection, excavation or vandalism of historical and archaeological artifacts or sites is illegal on public land. If BMP learns of the discovery of archaeological artifacts (objects greater than 50 years old) or human remains, BMP shall notify the BLM immediately.

B. BMP shall comply with 43 C.F.R. § 7.18 and shall not make available to the public any information concerning the nature and location of any archaeological resource.

C. Should BMP discover an archaeological resource, it must stop all activities in the discovery vicinity and protect the site until event completion or until notified otherwise by the BLM authorized officer.

14. BMP shall provide the appropriate identification to its authorized personnel (i.e. staff ID, decals, designated camping areas, etc.) and will inform the BLM of the nature and appearance of such identification prior to the event.

15. All mounted lasers on registered mutant vehicles, placed art projects and placed theme camps must be inspected and approved by BMP.

4

AR03302

16. The use of unmanned aircraft systems (UAS) is prohibited, unless the operator is registered through and complies with the Remote Control BMP program (RCBMP) and operates the UAS in accordance with all Federal laws and regulations.

17. With regard to mutant vehicles and art cars:

   A. Mutant Vehicles more than 13 feet wide are issued "Playa Only" driving licenses, restricting operation within the city streets. BMP shall locate known "Playa Only" car camps on the outside streets of the city.

   B. Art cars with flame effects shall not carry additional gasoline or diesel fuel tanks when in operation. Propane tanks are allowed on art cars with flame effects upon inspection from the Fire Art Safety Team (FAST) team at the Department of Mutant Vehicles (DMV) registration.

   C. For vehicles with limited visibility as determined by BMP DMV, easily identifiable walkers and/or spotters are required. Examples of easily identifiable clothing include: reflective safety vests, brightly colored or reflective hats, bandanas or shirts.

   D. BMP shall notify BLM immediately when there is an art car related injury requiring medical treatment and transport to Rampart.

18. BMP's propane shall be dispensed at identified refueling stations by a licensed professional.

19. BMP shall cooperate with the BLM when requested, to assist in removing individuals from the event as provided in 43 C.F.R. § 2932.57(a)(7). If BMP evicts anyone under BMP's internal procedures BMP will notify the BLM of the eviction and identify the evicted individuals.

20. BMP shall develop the following policies and procedures in their Operations Plan:

   A. Must Reports - to include prompt notification to BLM when additional BMP resources are required to reduce the intensity of a potential conflict or developing situation involving Burning Man participants

      i. BMP will immediately report all received reports of sexual assault to law enforcement including the day, time, and location in the city of the reported incident. BMP will facilitate law enforcement in locating the victim unless the victim requests anonymity. Notification must be in the form of a Tier 1 notification.

   B. Evacuation Plan

   C. Sanitation, medical, fire protection, security, participant camping, traffic management, drones, lasers, burn perimeters, and safety.

21. Regarding Burns:

   A. BMP shall include BLM at the 1600 briefing on the Thursday before the Man Burn.

   B. BMP shall provide BLM a "Daily Burn Sheet" that shall include information on each burn, the

5

perimeter size, the FAST Lead for the burn, image and location of the perimeter.

C. At large scale burns, participants who are stopped by BMP Rangers for repeatedly violating established burn perimeters shall be promptly turned over to BLM Law Enforcement.

D. All structures to be burned must meet BMP engineering standards for burnable structures, or they shall not be burned.

22. BMP shall provide forward deployment of appropriate ESD assets during large planned events including large scale burns. BMP shall ensure BLS and ALS care, and medical transport, are available during large unplanned events, including music events in the mobile sound zone.

23. BMP will provide the Winnemucca District a phone number to contact the Burning Man Airport during hours of operation and a point of contact who may be reached before, during and after the event. The phone number must be provided to the SRP Monitor and Central Nevada Interagency Dispatch Center no later than 8/20/19 by noon (12:00 PM), before the Burning Man Airport (88NV) opens.

- Central Nevada Interagency Dispatch Center telephone number (Business Hours): (775) 623-1555
- SRP Monitor for 2019: Chelsea McKinney

24. In the event of a fire within 100 nautical miles of the Burning Man 88NV airport, and with the issuance of a TFR, a BLM Division of Fire and Aviation air space coordinator may be assigned to the Burning Man airport. The air space coordinator will partner with 88NV management to record tail numbers of inbound and outbound flights at 88NV, notify departing pilots of active TFRs and regulate departures of traffic to and from event.

25. Single Entry Commercial Aircraft Services, known as Singleton's, will be required to show proof of insurance to BMP via the BXA Charter program. Carriers who do not show proof of insurance may not land.

## COORDINATION

26. BMP personnel shall meet with BLM staff and representatives from the various cooperators during the event period at such other times and places as needed. At these meetings, BMP shall provide daily attendance figures (as required in Special Stipulation 1) and exchange other information necessary to allow all parties to effectively administer and assess the event daily. BMP and BLM will have a daily meeting plan for the purposes of communication and exchange of information. Details will be included in the 2019 BMP Operations Plan.

27. BMP shall make a member of its Board, or authorized representative(s), available to the BLM prior to the event for planning coordination. This member of its Board, or authorized representative(s) will also be available to the BLM after the event for After Action Review coordination. BMP's Board member or authorized representative(s) must be authorized to represent and act on BMP's behalf to coordinate as needed with the BLM, law enforcement, and other event cooperators on issues requiring action. BMP must provide BLM with its authorized representative(s)/point of contact(s) by 07/25/2019.

The BLM's representatives are the following:
- Mark Hall, Incident Commander (AO)
- Mark Pirtle, Compliance and Support Branch Chief
- Becky Andres, Law Enforcement Operations Chief

6

AR03304

(Note: The BLM representatives may use designees to represent them for certain functions)

28. BMP and BLM, and other agencies as shall be mutually deemed appropriate, shall cooperate in the development of a Unified Command (UC) structure, including designation of "Tier 1" leadership positions, for the management of available safety, security and infrastructure resources during an emergency incident. UC operations will be managed from the Joint Operations Center (JOC) unless it is deemed more appropriate by Tier 1 leadership to have an incident-specific UC location. During the event, and during the immediate pre and post operating period, Tier 1 members will coordinate daily to review and discuss operating procedures and outcomes. Tier 1 members will coordinate in the event of an emergency threshold incident as defined in the BMP Ops Plan. BMP will ensure there is appropriate BMP representation in the Tier 1 leadership, available 24 hours a day 7 days a week during the event and will provide the name(s) of BMP representation to BLM by July 25, 2019.

29. Meetings required with affected parties:

    a. BMP shall confer with the following entities prior to the event to address local issues and concerns: Washoe County Sheriff's Office, NDOT, Federal Aviation Administration, Washoe County Roads Department, Nevada Highway Patrol and the Gerlach Volunteer Fire Department.

    b. A representative from BMP will meet with representatives from the BLM prior to the event to coordinate logistics for operation of the communication compound.

    c. BMP shall meet with the Pyramid Lake Paiute Tribe to address concerns and impacts to Tribal reservation resources anticipated from the Burning Man event.

    d. BMP shall keep the BLM informed regarding progress on formal agreements/MOUs with affected Parties.

30. BMP will develop and implement a plan to address the potential for minors at the event to be exposed to adult activities. The plan should include placement of themed camps and measures such as educating parents and guardians that they are legally responsible for supervising the minor children in their care and advising adult-oriented theme camps to post a gatekeeper during times when the camp's activities might not be suitable for minors. BMP will make a diligent effort to enforce actions identified in the plan. A copy of the plan shall be provided to the BLM and the Pershing County Sheriff's Office before or within 10 days of the BLM's grant of the permit and be a part of the 2019 BMP Operations Plan.

31. BMP shall develop and cooperate in the implementation of contingency plans for operations of critical health and safety services under adverse conditions, including those that could cause cancellation or temporary suspension of the event. Such causes may include adverse weather, natural or human caused disaster, or social unrest. This effort shall apply to participants within the event area and en-route to and leaving the event.

    A. Prior to the event, BMP shall disseminate emergency information to participants via the Burning Man Website, the Burning Man Survival Guide, and any other appropriate media.

    B. During the event:

        i. Should event cancellation be necessary, critical health and safety systems must be as operational as reasonably possible during the duration of any temporary suspension, or until

7

participants are able to leave the event site and the Gerlach/Empire area.

ii.   BMP and the BLM will monitor forecast weather conditions. If weather forecasts suggest a high probability of adverse weather conditions that may result in disruptions to the event, both parties in conjunction with other appropriate agencies and cooperators will follow response plans and maintain appropriate strategies and actions to deal with potential impacts on participants. In the event of natural disaster or civil unrest, response plans, appropriate strategies and actions will be initiated immediately after any disaster or unrest occurs.

iii.   BMP shall cooperate with the BLM and county law enforcement to warn participants headed into the event of event closure or other restrictions.

iv.   BMP shall provide participants with current and projected conditions, allowed and prohibited actions deemed necessary for public health and safety as well as protection of the environment, and other appropriate public service announcements via BMIR, flyers, or loud speaker broadcasts as needed.

v.   If event termination is required, an appropriate time frame will be established by the Tier l group and other cooperators to facilitate safe removal of people and property.

32.  BMP's medical contractor shall report daily to the BLM, and the Nevada Division of Public and Behavioral Health, providing a numerical breakdown of patient categories and transports, including a breakdown of reasons for transport; and no later than 60 days after the event shall provide to the BLM a written final statistical report of such medical cases.

33.  Within 12 hours upon learning of any incident that occurs before, during or after the event that could possibly result in a liability claim, BMP shall confer with the BLM and as deemed necessary by either party, submit a written incident report to the BLM.

34.  BMP shall manage fire suppression operations in Black Rock City in accordance with their annual Operating Plan to include operations pre, during, and post-event. BMP shall provide a minimum of two fire suppression apparatus (Type 6) and a Special Operations Response Apparatus. All personnel staffing apparatus shall comply with Firefighter 1 Certification from their home state, or NWCG Firefighter 2 Qualification. The fire suppression apparatus will be strategically placed within Black Rock City as determined necessary by BMP, including one fire tender and one apparatus (Type 1) dedicated to coverage for the airport during hours of operation.

**FEE SCHEDULE**
35.  The BLM shall collect a commercial use fee from BMP for the use of public lands for the event. The fee, as set by regulation 43 C.F.R. § 2930 and *BLM Handbook H-2930-1 Special Recreation Permits,* will be equal to 3% of the adjusted gross income derived from the use authorized under the SRP, plus any applicable assigned site fee and/or exclusive use fee, plus cost recovery, including application fees. Through the Collections and Billing System (CBS), the BLM will invoice BMP for a payment of at least 25% of the estimated commercial use fee (i.e. 3% of estimated gross receipts). Payment must be received by the BLM prior to the start of the event. Determination of gross income will be based on all payments received by BMP and its employees or agents for goods or services provided in connection with commercial activities authorized by the SRP. BMP shall provide BLM with an itemized detailed gross revenue report, prepared by a Certified Public Accountant, including, but is not limited to, ticket sales,

8

AR03306

authorized contractors operating under the Burning Man SRP, coffee and ice sales, revenue from filming and photography, fees associated with outside services and private donations received by BMP for management of the event on public lands.

The following schedule for payments will be used:

| Payment | Due Date | Amount Due |
|---------|----------|-----------|
| 1. | 10 days after permit is issued by BLM; generated in CBS. | 25% of estimated commercial use fees |
| 2. | January 31st, 2020 due date in CBS. | The remaining balance of commercial use fees |

36. BMP shall provide BLM with an itemized gross revenue report for all ticket sales and event entry sales. The report will include the number of tickets sold in each category and the price per ticket for the following categories as listed in the BMP "2019 Ticket Structure":

- DIRECTED GROUP SALE
- FOMO (Fear of Missing Out) SALE
- MAIN SALE
- KID'S TICKETS
- LOW INCOME TICKET PROGRAM
- OMG SALE

37. BMP is responsible for the cost recovery payment, consisting of the actual costs of administering the Special Recreation Permit, including all direct and indirect costs, in addition to the commercial use fees. BMP must sign a Cost Recovery Agreement (CRA) within 10 days of the issuance of the permit. 100% of the cost recovery fee estimate shall be received prior to the start of the event as provided in the 2019 CRA.

38. Any commercial vendors supplying goods or services directly to Burning Man participants at the event must have a permit from the BLM.

39. Per 43 CFR 5.2 and Public Law 106-206, commercial film producers/companies and commercial still photographers may need a permit from the BLM before they film/capture images on the playa.

**SANITATION**
40. BMP shall ensure there are an adequate number and suitable placement of toilets as needed throughout Black Rock City according to BMP's Operations Plan and the Nevada Division of Public and Behavioral Health's Mass Gathering permit requirements, in conjunction with the Nevada Revised Statute sanitation requirements. Throughout the event, restrooms shall be placed in in strategic locations to accommodate participant's needs. Sufficient portable toilets must be supplied at areas likely to be used after dark. BMP shall ensure the toilets in the open playa are adequately lit and visible during nighttime activities. In conjunction with Mutant Vehicle mass gathering producers, BMP will stage sanitation resources in the deep playa. BMP will manage restrooms near the Temple according to the BMP Operations Plan.

9

41. BMP will educate participants about pumping limits, portable toilet locations, and best practices in desert camping. BMP shall continue to educate the event participants regarding the importance of appropriate disposal of human waste prior to the 2019 Burning Man event. BMP shall include a page on the Burning Man website that specifies the appropriate disposal of human waste for participants using personal portable toilets and provides information regarding the risks to human health of improperly disposed of human wastes. BMP shall inform the event participants on the legal ramifications to the individual and to the applicant of inappropriately disposed human waste including the possible revocation of permits, see NAC 444.5466 Disposal of sewage; plumbing (for Camping) and NAC 444.5492 (regarding provision of toilet facilities for mass gatherings). BMP will place portable toilets near the Temple throughout Sunday night.

## TRAFFIC MANAGEMENT

42. BMP's Traffic Management Plan will include detail on Burning Man's traffic controls during ingress and egress. This plan will be approved by the BLM authorized officer and included in BMP's 2019 Operating Plan.

43. No more than 1,000 vehicles per hour shall be released from Black Rock City during the exodus period to avoid deterioration of the external roadway system to an unacceptable level of service (LOS E or F) (Note: Transportation engineers and planners commonly use the term level of service (LOS) to measure and describe the operational status of a roadway network. The Nevada Department of Transportation (NDOT) strives to maintain LOS D or better on all of its roadways. LOS levels E and F are considered unacceptable by NDOT).

44. BMP shall allow any dispatched tow truck that is licensed to operate in the State of Nevada to access the event through the 12-mile access vendor's gate for the purpose of removing vehicles in need of repair, and/or to carry out minor repairs to allow inoperable vehicles to be driven away from the event.

45. BMP shall manage highway clean-up operations in accordance with their annual Operations Plan to include litter and debris collection along the roads and highways surrounding the event. Operations shall focus on:
-County Road 34 from the "12-Mile" entrance to State Road (SR) 447
-SR 447 from County Road 34 to Wadsworth
-Gerlach to the California state line, and
-SR 446 from Nixon to SR 445 near Sutcliffe and may include as necessary CR34 north of the event site to Jackson Lane.

Weather, traffic and other safety concerns permitting, BMP will begin this cleanup effort on Wednesday post-event, and complete the effort by September 30, 2019. BMP representatives will also meet and confer with local entities that have reported concerns about event participants leaving trash, and BMP will work to mitigate these issues in order to prevent a reoccurrence of complaints, and to promote Leave No Trace ethics outside of the event.

BMP shall coordinate with NDOT and the Freeway Service Patrol to ensure that debris removal is conducted according to NDOT standards and protocols. BMP shall coordinate with Washoe County as needed to identify county roads impacted by event related trash and debris. BMP shall make best efforts to collect all event related trash that can be safely collected and will notify and coordinate with the appropriate agencies for any remaining items.

BMP shall coordinate with NDOT and the Washoe County Roads Department regarding the appropriate type of

10

AR03308

traffic control devices and shall use such devices in accordance with both agency's requirements. A copy of all necessary permits for encroachment within NDOT and Washoe County Roads Department right-of-ways for temporary traffic control measures (i.e. speed limit trailers, etc.) shall be provided to the BLM and to appropriate agencies/jurisdictions by BMP prior to the start of operations.

46. Flaggers shall be used at the intersection of SR-447 and SR-427 to provide for greater public safety within the Pyramid Lake Paiute Reservation.

47. BMP shall cooperate with Washoe County Sheriff's Office and NDOT to request a temporary speed limit reduction through the town of Empire. The BLM recommends a posted maximum speed limit of 25 mph. A reduced speed limit would improve the safety of parking along SR-447 through Empire and pedestrians crossing the roadway.

48. BMP shall provide traffic control, using traffic control devices as determined by Washoe County Roads Department and NDOT, at County Road 34 entrances/exits to the Burning Man event, the "Y" intersection of SR-447/County Road 34 and in the towns of Gerlach and Empire during heavy traffic periods.

49. To reduce impacts to the Pyramid Lake Paiute reservation located along the access routes, BMP shall coordinate with the Pyramid Lake Paiute Tribe. BMP shall work with the Pyramid Lake Tribe in developing the applicant's plan to increase public awareness and educational campaigns about Leave No Trace® on tribal land, including for example, signage on roads, Public Service Announcements on BMIR, blog-posts, etc. Also, BMP shall continue to support and promote tribal enterprises that are setup to collect participant trash and recycling for a fee, which also helps with economic benefits of the region.

50. Event speed limits shall be posted on both Gate Road and the 12-Mile/Point I Road. BMP will provide clearly identifiable mileage markers on Gate Road to facilitate emergency response. Will-call area shall have an organized layout including signage.

51. BMP shall delineate the perimeter edges and ends of the NV-88 runways, with visible safety cones, as specified in the annual BMP Event Operation Plan.

**COMPLIANCE INSPECTIONS**

52. BMP's operation and compliance with the terms, conditions and stipulations of the Special Recreation Permit, Form 2930-2 and BMP's Operation Plan will be evaluated through performance inspections before, during, and following the event. All campsites, vendor operating areas, commercial film/still photography production areas, and permittee operating areas are subject to compliance checks to monitor environmental, vending and film/still photography compliance-related stipulations. This includes the Department of Public Works, First Camp, Heavy Equipment Yards, and the United Site Services Operation Area, among others.

53. BMP shall coordinate with the BLM and any other relevant agency to monitor environmental protection measures identified in these Special Stipulations, the temporary closure order, and BMP's Operations Plan. BMP will manage operations in accordance with their annual Operations Plan. BMP will document and mitigate all violations of environmental protection measures within 24 hours of the violation being brought to BMP's attention. The 2019 BMP Operations Plan shall describe the monitoring, communication, and mitigation protocols for Environmental Compliance, including but not limited to:
A. Trash fence integrity;

11

AR03309

B. Appropriate campfire containment measures and prohibitions;

C. Protection of archaeological resources;

D. Camping within designated areas only;

E. Grey and black water dumping prohibitions;

F. Proper trash removal and cleanup;

G. Mitigation of vehicle oil dripping;

H. Hazardous materials;

I. Promotion of Leave No Trace ethics;

J. Motorized vehicle, motorcycle and ATV limitations and prohibitions as they relate to environmental compliance and possible impacts;

K. Appropriate disposal of human waste; and

L. Burn containers raised off the playa.

54. BMP shall make personnel available immediately after the end of the post-event cleanup period, and if deemed appropriate by the BLM, during the spring following the event, to inspect the site with the BLM to determine any latent adverse impacts, such as pit depressions, bumps, depressions from roadways, ruts from vehicular traffic, or surfacing buried materials, to ensure that the site is returned to pre-event condition.  Inspections of the event site, in the fall post-event, will be coordinated by the BLM using randomly placed transects on the site and a measurable cleaning standard. The inspecting party will intensively collect debris found on the ground within each transect. A follow-up spring inspection will be conducted only when deemed necessary by the BLM. The Post-Event Cleanup Standard shall be the average total surface area of debris collected from either the fall or spring transects will not exceed the equivalent of an average of 1 square foot per acre from identified inspection areas. BMP may make a written request for an extension of time for the completion of the cleanup if weather or some other catastrophic event interferes with access to the site for cleanup purposes. The BLM authorized officer may consider such a request. If cleanup studies indicate the Post-Event Cleanup Standard has been or is likely to be exceeded, the permit will be suspended until the site has been cleaned up to a level not to exceed 50% of the standard and the Operations Plan includes reasonable measures to assure that the Post-Event Cleanup Standard will not be exceeded during the life of the permit.

Burning Man Project

Authorized Officer Signature: _____  7/24/19
Date

BLM

Authorized Officer Signature:  Mark E Hall  24 July 2019
Date

12

management activities on their managed properties until June 20, 2048, or the current time remaining under the template CCAA.

Each permit application includes a proposed site plan that describes the lands to be covered by the permit and the required conservation measures of the template CCAA as they will be specifically enacted by the individual applicant. Primary conservation measures common to all five site plans include:

• Allowing access to covered lands to conduct fisher surveys;

• Protecting denning fisher and their young by limiting disturbance and impacts to denning structures;

• Limiting trapping/nuisance control for other animals that could pose a risk to fisher (note: Trapping of fisher is prohibited by State law);

• Allowing the potential future translocation of the fisher onto enrolled lands; and

• Promoting the development of habitat structures that would support the fisher.

**Public Comments**

We are making the five permit application packages, including the individual site plans and the five draft EASs, available for public review and comment (see **ADDRESSES**). The final template CCAA and EAS that were finalized and signed by the Service on June 20, 2018, are also available for reference. You may submit your comments and materials by one of the methods listed in the **ADDRESSES** section. We request data, comments, new information, or suggestions from the public, other concerned governmental agencies, the scientific community, Tribes, industry, or any other interested party on our proposed Federal action, including adequacy of the site plan in relation to the template CCAA, pursuant to the requirements for permits at 50 CFR parts 13 and 17.

**Public Availability of Comments**

All comments and materials we receive become part of the public record associated with this action. Before including your address, phone number, email address, or other personal identifying information in your comments, you should be aware that your entire comment—including your personal identifying information—may be made publicly available at any time. While you can ask us in your comment to withhold your personal identifying information from public review, we cannot guarantee that we will be able to do so. All submissions from organizations or businesses, and from individuals identifying themselves as representatives or officials of organizations or businesses, will be made available for public disclosure in their entirety. Comments and materials we receive, as well as supporting documentation, will be available for public inspection by appointment, during normal business hours, at our Oregon Fish and Wildlife Office (see **ADDRESSES**).

**Authority**

We provide this notice in accordance with the requirements of section 10(c) of the ESA (16 U.S.C. 1531 *et seq.*) and NEPA (42 U.S.C. 4321 *et seq.*), and their implementing regulations (50 CFR 17.22, and 40 CFR 1506.6, respectively).

**Robyn Thorson,**
*Regional Director, Pacific Region, U.S. Fish and Wildlife Service.*

[FR Doc. 2019–14206 Filed 7–2–19; 8:45 am]

**BILLING CODE 4333–15–P**

---

**DEPARTMENT OF THE INTERIOR**

**Bureau of Land Management**

**[LLNVW035.L51050000.EA0000.LVRCF1 805950.241A.18XL5017APMO #4500134707]**

**Temporary Closure and Temporary Restrictions of Specific Uses on Public Lands for the 2019 Burning Man Event (Permitted Event), Pershing County, NV**

**AGENCY:** Bureau of Land Management, Interior.

**ACTION:** Notice of temporary closure and restrictions.

**SUMMARY:** Under the authority of the Federal Land Policy and Management Act of 1976, as amended (FLPMA), the Bureau of Land Management (BLM) Winnemucca District, Black Rock Field Office, will implement a temporary closure and temporary restrictions to protect public safety and resources on public lands both within and adjacent to the proposed Permitted Event on the Black Rock Desert playa.

**DATES:** The temporary closure and temporary restrictions takes effect from 12:01 a.m. July 25, 2019, to 11:59 p.m. September 30, 2019.

**FOR FURTHER INFORMATION CONTACT:** Mark E. Hall, Field Manager, BLM Black Rock Field Office, Winnemucca District, 5100 East Winnemucca Boulevard, Winnemucca, NV 89445–2921; telephone: 775–623–1500; email: *mehall@blm.gov.* Persons who use a telecommunications device for the deaf (TDD) may call the Federal Relay Service (FRS) at 1–800–877–8339 to contact the above individual during normal business hours. The FRS is available 24 hours a day, 7 days a week, to leave a message or question with the above individual. You will receive a reply during normal hours.

**SUPPLEMENTARY INFORMATION:** The temporary closure and temporary restrictions affect public lands both within and adjacent to the Permitted Event authorized on the Black Rock Desert playa within the Black Rock Desert-High Rock Canyon Emigrant Trails National Conservation Area in Pershing County, Nevada. The temporary closure of public lands will be conducted in two phases in order to reduce impacts on the general public outside of the Permitted Event. Phase 1 will encompass a smaller temporary closure area during the building and tear-down of Black Rock City, and Phase 2 will encompass the larger, full temporary closure area during the event itself. Phase 2 includes all of the Phase 1 area. The Phase 2 temporary closure is the same size as the temporary closure area for the Permitted Event in previous years.

The legal description of the affected public lands in the temporary public closure area of both stages is:

**Mount Diablo Meridian, Nevada**

Phase 1, encompassing the smaller area of 9,715 acres, will be effective for 31 days before the main event from 12:01 a.m. Sunday, July 25, 2019, until 6:00 a.m. Monday, August 19, 2019. Phase 1 resumes for 24 days following the event at 6:00 a.m. Saturday, September 7, 2019, through 11:59 p.m. Monday, September 30, 2019.

*Phase 1*

T. 33 N, R. 24 E, unsurveyed
  Sec. 1, N½, those portions lying
    northwesterly of East Playa Highway;
  Sec. 2, N½ and SW¼;
  Sec. 3;
  Secs. 4 and 5, those portions lying
    southeasterly of Washoe County Road
    34;
  Sec. 9, N½;
T. 33½ N, R. 24 E, unsurveyed
  Secs. 25 and 26;
  Sec. 27, those portions lying southeasterly
    of West Playa Highway;
  Sec. 33, S½, those portions lying easterly
    and northeasterly of Washoe County
    Road 34;
  Sec. 34, those portions lying southeasterly
    of West Playa Highway;
  Secs. 35 and 36.
T. 34 N, R. 24 E, partly unsurveyed
  Sec. 25;
  Sec. 26, those portions lying southeasterly
    of West Playa Highway;
  Sec. 27, SE¼, those portions lying
    southeasterly of West Playa Highway;
  Sec. 34, E½, those portions lying
    southeasterly of West Playa Highway;
  Secs. 35 and 36.
T. 34 N, R. 25 E, unsurveyed

Sec. 16, SW¼SW¼;
Sec. 21;
Sec. 27, W½NW¼ and W½SW¼;
Sec. 28;
Sec. 33, N½ and SW¼;
sec. 34; W½NW¼.

Phase 2, encompassing the larger area of 14,153 acres which includes all of Phase 1, will be effective for 19 days from 6:00 a.m. Monday, August 19, 2019, until 6:00 a.m. Saturday, September 7, 2019.

*Phase 2*

T. 33 N, R. 24 E, unsurveyed
Secs. 1 and 2, those portions lying northwesterly of East Playa Road;
Sec. 3;
Sec. 4, that portion lying southeasterly of Washoe County Road 34;
Sec. 5;
Sec. 8, NE¼;
Secs. 9 and 10, N½;
Sec. 11, N½, those portions lying northwesterly of East Playa Road.
T. 33 ½ N, R. 24 E, unsurveyed
Secs. 25 thru 27;
Secs. 28, 29 and 33, those portions lying easterly and northeasterly of Washoe County Road 34;
Secs. 34 thru 36.
T. 34 N, R. 24 E, partly unsurveyed
Secs. 23 and 24, S½;
Secs. 25 and 26;
Sec. 27, E½NE¼, E½SW¼, and SE¼;
Sec. 33, NE¼NE¼, S½NE¼, that portion of the SW¼ lying northeasterly of Washoe County Road 34, and SE¼;
Secs. 34 thru 36.
T. 33 N, R. 25 E,
Sec. 4, lots 2 thru 4, those portions lying northwesterly of East Playa Highway.
T. 34 N, R. 25 E, unsurveyed
Sec. 16, S½;
Sec. 21;
Sec. 22, W½NW¼ and SW¼;
Sec. 27, W½;
Sec. 28;
Sec. 33, those portions lying northwesterly of East Playa Highway;
Sec. 34, W½ those portions northwesterly of East Playa Highway.

The two-phase temporary closure area is in Pershing County, Nevada, and is necessary for the period of time from July 25, 2019, to midnight September 30, 2019, because of the Permitted Event. The Permitted Event's activities begin with the golden spike, fencing the site perimeter, Black Rock City setup (July 25 to August 19), followed by the actual event (August 20 to September 6), Black Rock City tear down and cleanup, and final site cleanup (September 7 to September 30).

The public temporary closure area comprises about 13 percent of the Black Rock Desert playa. Public access to the other 87 percent of the playa outside the temporary closure area will remain open to dispersed casual use.

The event area is fully contained within the Phase 2 temporary closure area. The event area is defined as the portion of the temporary closure area that: (1) Is entirely contained within the event perimeter fence, including 50 feet from the outside of the event perimeter fence; (2) Lies within 25 feet from the outside edge of the event access road; and (3) Includes the entirety of the aircraft parking area outside the event perimeter fence. The temporary closure and restrictions are necessary to provide a safe environment for the staffs, volunteers, paid participants and members of the public visiting the Black Rock Desert, and to protect public land resources by addressing law enforcement and public safety concerns associated with the event. The temporary closure and temporary restrictions are also necessary to enable BLM law enforcement personnel to provide for public safety and to protect the public lands, as well as to support and assist State and local agencies with enforcement of existing laws. The Permitted Event takes place within Pershing County, Nevada, a rural county with a small population and a small Sheriff's Department. Key BLM staff members—including the authorizing officer for the 2019 event, the event incident commander, and the law enforcement operations chief—met with the Pershing County Sheriff and his planning team to coordinate and plan the 2019 event. The Sheriff's input and comments are incorporated in this temporary closure order.

The Permitted Event attracts up to 70,000 paid participants to a remote, rural area, located more than 90 miles from urban infrastructure and support, including such services as public safety, emergency medical delivery, transportation, and communication. During the Permitted Event, Black Rock City, the temporary city associated with the event, becomes one of the largest population areas in Nevada.

A temporary closure and restrictions order, under the authority of 43 CFR 8364.1, is appropriate for a single event. The temporary closure and restrictions are specifically tailored to the time frame that is necessary to provide a safe environment for the public and for participants at the Permitted Event and to protect public land resources while avoiding imposing restrictions that may not be necessary in the area during the remainder of the year.

The BLM will post copies of the temporary closure, temporary restrictions, and an associated map in kiosks at access points to the Black Rock Desert playa, and at the Gerlach Post Office, Bruno's Restaurant, Empire Store, Black Rock City Offices, Friends of Black Rock-High Rock Offices, the BLM—Nevada Black Rock Station near Gerlach, the Winnemucca District Office, and the BLM—California Applegate Field Office. The BLM will also make the materials available on the BLM external web page at: *http://www.blm.gov*.

In addition to the Nevada Collateral Forfeiture and Bail Schedule as authorized by the United States District Court, District of Nevada and under the authority of Section 303(a) of FLPMA, 43 CFR 8360.0–7 and 43 CFR 8364.1, the BLM will enforce a temporary public closure and the following temporary restrictions will apply within and adjacent to the Permitted Event on the Black Rock Desert playa from July 25, 2019, through September 30, 2019:

**Temporary Restrictions**

*(a) Environmental Resource Management and Protection*

(1) No person may deface, disturb, remove or destroy any natural object.

(2) Fires/Campfires: The ignition of fires on the surface of the Black Rock Desert playa without a burn blanket or burn pan is prohibited. Campfires may only be burned in containers that are sturdily elevated 6 inches above the playa surface and in a manner that does not pose a risk of fire debris falling onto the playa surface. Plastic and nonflammable materials may not be burned in campfires. The ignition of fires other than a campfire is prohibited. This restriction does not apply to events sanctioned and regulated as art burns by the event organizer.

(3) Fireworks: The use, sale or possession of personal fireworks is prohibited except for uses of fireworks approved by the permit holder and used as part of a Burning Man sanctioned art burn event.

(4) Grey and Black Water Discharge: The discharge and dumping of grey water onto the playa/ground surface is prohibited. Grey water is defined as water that has been used for cooking, washing, dishwashing, or bathing and/or contains soap, detergent, or food scraps/residue, regardless of whether such products are biodegradable or have been filtered or disinfected. Black water is defined as waste water containing feces, urine and/or flush water.

(5) Human Waste: The depositing of human waste (liquid and/or solid) on the playa/ground surface is prohibited.

(6) Trash: The discharge of any and all trash/litter onto the ground/playa surface is prohibited. All event participants must pack out and properly dispose of all trash at an appropriate disposal facility.

(7) Hazardous Materials: The dumping or discharge of vehicle oil,

petroleum products or other hazardous household, commercial or industrial refuse or waste onto the playa surface is prohibited. This applies to all recreational vehicles, trailers, motorhomes, port-a-potties, generators, and other camp infrastructure.

(8) Fuel Storage: The storage of greater than 110 gallons of fuel in a single camp is prohibited. Each camp storing fuel must establish a designated fuel storage area at least ten (10) feet apart from combustible materials and twenty-five (25) feet from vehicles, camp trailers/ RV's, and generators, unless manufactured and designed to store fuel, and any sources of ignition (such as burning cigarettes, open flame, electrical connections or trailer/RV appliances); and one hundred (100) feet from other designated fuel storage areas. Fuel containers, regardless of size or type, shall not exceed 80% capacity per container. Storage areas for all fuel, regardless of amount, and not exceeding 110 gallons, must include a secondary containment system that can hold a liquid volume equal to or greater than 110% of the largest container being stored. Secondary containment measures must comply with the following:

(a) The secondary containment system must be free of cracks or gaps and constructed of materials impermeable to the fuel(s) being stored; and

(b) The secondary containment system must be designed to allow the removal of any liquids captured resulting from leaks, spills or precipitation.

(9) Water Discharge: The unauthorized dumping or discharge of fresh water onto the playa surface, onto city streets and/or other public areas or onto camp electric systems in a manner that creates a hazard or nuisance is prohibited. This provision does not prohibit the use of water trucks contracted by the event organizer to provide dust abatement measures.

*(b) Commercial Activities*

In accordance with 43 CFR 2932, vending and the 2019 Special Recreation Permit Stipulation for the Permitted Event, ALL vendors and air carrier services must provide proof of authorization to operate at the Permitted Event issued by the permitting agency and/or the permit holder upon request. Failure to provide such authorization could result in eviction from the event.

*(c) Aircraft Landing*

The public closure area is closed to aircraft landing, taking off, and taxiing. Aircraft is defined in Title 18, U.S.C., section 31(a)(1) and includes lighter-

than-air craft and ultra-light craft. The following exceptions apply:

(1) All aircraft operations, including ultra-light and helicopter landings and takeoffs, will occur at the designated 88NV Black Rock City Airport landing strips and areas defined by airport management. All takeoffs and landings will occur only during the hours of operation (6:00 through 18:30) of the airport as described in the Burning Man Operating Plan. All pilots that use the Black Rock City Airport must agree to and abide by the published airport rules and regulations;

(2) Only fixed wing and helicopters providing emergency medical services may land at the designated Emergency Medical Services areas/pads or at other locations when required for medical incidents. The BLM authorized officer, or an authorized State/Local Law Enforcement Officer or his/her delegated representative may approve other helicopter landings and takeoffs when deemed necessary for the benefit of the law enforcement operation; and

(3) Landings or takeoffs of lighter-than-air craft previously approved by the BLM authorized officer.

*(d) Alcohol/Prohibited Substance*

(1) Possession of an open container of an alcoholic beverage by the driver or operator of any motorized vehicle, whether or not the vehicle is in motion, is prohibited;

(2) Possession of alcohol by minors:

(i) The following are prohibited:

(A) Consumption or possession of any alcoholic beverage by a person under 21 years of age on public lands; and

(B) Selling, offering to sell or otherwise furnishing or supplying any alcoholic beverage to a person under 21 years of age on public lands.

(3) Operation of a motor vehicle while under the influence of alcohol, narcotics or dangerous drugs:

(i) Title 43 CFR 8341.1(f)(3) prohibits the operation of an off-road motor vehicle on public land while under the influence of alcohol, narcotics or dangerous drugs.

(ii) In addition to the prohibition found at 43 CFR 8341.1(f)(3), it is prohibited for any person to operate or be in actual physical control of a motor vehicle while:

(A) The operator is under the combined influence of alcohol, a drug, or drugs to a degree that renders the operator incapable of safe operation of that vehicle; or

(B) The alcohol concentration in the operator's blood or breath is 0.08 grams or more of alcohol per 100 milliliters of blood or 0.08 grams or more of alcohol per 210 liters of breath; and

(C) It is unlawful for any person to drive or be in actual physical control of a vehicle on a highway or on premises to which the public has access with an amount of a prohibited substance in his or her urine or blood that is equal to or greater than the following nanograms per milliliter (ng/ml):

(1) Amphetamine: Urine, 500 ng/ml; blood, 100 ng/ml;

(2) Cocaine: Urine, 150 ng/ml; blood, 50 ng/ml;

(3) Cocaine metabolite: Urine, 150 ng/ ml; blood, 50 ng/ml;

(4) Heroin: Urine, 2,000 ng/ml; blood, 50 ng/ml;

(5) Heroin metabolite:

(i) Morphine: Urine, 2,000 ng/ml; blood, 50 ng/ml;

(ii) 6-monoacetyl morphine: Urine, 10 ng/ml; blood, 10 ng/ml;

(6) Lysergic acid diethylamide: Urine, 25 ng/ml; blood, 10 ng/ml;

(7) Marijuana: Urine, 10 ng/ml; blood, 2 ng/ml;

(8) Marijuana metabolite: Urine, 15 ng/ml; blood, 5 ng/ml;

(9) Methamphetamine: Urine, 500 ng/ ml; blood, 100 ng/ml;

(10) Phencyclidine: Urine, 25 ng/ml; blood, 10 ng/ml;

(iii) Tests:

(A) At the request or direction of any law enforcement officer authorized by the Department of the Interior to enforce this closure and restriction order, who has probable cause to believe that an operator of a motor vehicle has violated a provision of paragraph (i) or (ii) of this section, the operator shall submit to one or more tests of the blood, breath, saliva or urine for the purpose of determining blood alcohol and drug content.

(B) Refusal by an operator to submit to a test is prohibited and proof of refusal may be admissible in any related judicial proceeding.

(C) Any test or tests for the presence of alcohol and drugs shall be determined by and administered at the direction of an authorized law enforcement officer.

(D) Any test shall be conducted by using accepted scientific methods and equipment of proven accuracy and reliability operated by personnel certified in its use.

(iv) Presumptive levels:

(A) The results of chemical or other quantitative tests are intended to supplement the elements of probable cause used as the basis for the arrest of an operator charged with a violation of paragraph (i) of this section. If the alcohol concentration in the operator's blood or breath at the time of testing is less than alcohol concentrations specified in paragraph (ii)(B) of this section, this fact does not give rise to

any presumption that the operator is or is not under the influence of alcohol.

(B) The provisions of paragraph (iv)(A) of this section are not intended to limit the introduction of any other competent evidence bearing upon the question of whether the operator, at the time of the alleged violation, was under the influence of alcohol, a drug or multiple drugs or any combination thereof.

(4) Definitions:

(i) Open container: Any bottle, can or other container which contains an alcoholic beverage, if that container does not have a closed top or lid for which the seal has not been broken. If the container has been opened one or more times, and the lid or top has been replaced, that container is an open container.

(ii) Possession of an open container includes any open container that is physically possessed by the driver or operator or is adjacent to and reachable by that driver or operator. This includes, but is not limited, to containers in a cup holder or rack adjacent to the driver or operator, containers on a vehicle floor next to the driver or operator, and containers on a seat or console area next to a driver or operator.

*(e) Drug Paraphernalia*

(1) The possession of drug paraphernalia is prohibited.

(2) Definition: Drug paraphernalia means all equipment, products and materials of any kind which are used, intended for use, or designed for use in planting, propagating, cultivating, growing, harvesting, manufacturing, compounding, converting, producing, preparing, testing, analyzing, packaging, repackaging, storing, containing, concealing, injecting, ingesting, inhaling or otherwise introducing into the human body a controlled substance in violation of any state or Federal law, or regulation issued pursuant to law.

*(f) Disorderly Conduct*

(1) Disorderly conduct is prohibited.

(2) Definition: Disorderly conduct means that an individual, with the intent of recklessly causing public alarm, nuisance, jeopardy or violence; or recklessly creating a risk thereof:

(i) Engages in fighting or violent behavior;

(ii) Uses language, an utterance or gesture or engages in a display or act that is physically threatening or menacing or done in a manner that is likely to inflict injury or incite an immediate breach of the peace, or

(iii) Obstructs, resists or attempts to elude a law enforcement officer, or fails to follow their orders or directions.

*(g) Eviction of Persons*

(1) The public closure area is closed to any person who:

(i) Has been evicted from the event by the permit holder, whether or not the eviction was requested by the BLM;

(ii) Has been evicted from the event by the BLM; or

(iii) Has been ordered by a law enforcement officer to leave the area of the permitted event.

(2) Any person evicted from the event forfeits all privileges to be present within the perimeter fence or anywhere else within the public closure area even if they possess a ticket to attend the event.

*(h) Motor Vehicles*

(1) Must comply with the following requirements:

(i) The operator of a motor vehicle must possess a valid driver's license.

(ii) Motor vehicles and trailers must possess evidence of valid registration, except for mutant vehicles, or other vehicles registered with the permitted event organizers and operated within the scope of that registration.

(iii) Motor vehicles must possess evidence of valid insurance, except for mutant vehicles or other vehicles registered with the permitted event organizers and operated within the scope of that registration.

(iv) Motor vehicles and trailers must not block a street used for vehicular travel or a pedestrian pathway.

(v) Motor vehicles must not exceed the posted or designated speed limits. Posted or designated speed limits also apply to: motorized skateboards, hover boards, electric assist bicycles and Go-Peds with handlebars.

(vi) No person shall occupy a trailer while the motor vehicle is in transit upon a roadway, except for mutant vehicles, or other vehicles registered with the permitted event organizers and operated within the scope of that registration.

(vii) During night hours, from a half-hour after sunset to a half-hour before sunrise, motor vehicles, other than a motorcycle or golf cart must be equipped with at least two working headlamps and at least two functioning tail lamps, except for mutant vehicles or other vehicles registered with the permitted event organizers and operated within the scope of that registration, so long as they are adequately lit according to Black Rock City LLC Department of Mutant Vehicle requirements.

(viii) Motor vehicles, including motorcycles or golf carts, must display a red, amber or yellow light brake light visible to the rear in normal sunlight

upon application of the brake, except for mutant vehicles, or other vehicles registered with the permitted event organizers and operated within the scope of that registration, so long as they are adequately lit according to Black Rock City LLC Department of Mutant Vehicle requirements.

(ix) Motorcycles or golf carts require only one working headlamp and one working tail light during night hours, from a half-hour after sunset to a half-hour before sunrise, motor vehicles—unless registered with the permitted event organizers and operated within the scope of that registration, so long as they are adequately lit according to Black Rock City LLC Department of Mutant Vehicle requirements.

(x) Trailers pulled by motor vehicles must be equipped with at least two functioning tail lamps and at least two functioning brake lights.

(2) The public closure area is closed to motor vehicle use, except as provided below. Motor vehicles may be operated within the public closure area under the circumstances listed below:

(i) Participant arrival and departure on designated routes;

(ii) BLM, medical, law enforcement and firefighting vehicles are authorized at all times;

(iii) Vehicles, mutant vehicles or art cars operated by the permit holder's staff or contractors and service providers on behalf of the permit holder are authorized at all times. These vehicles must display evidence of event registration in such manner that it is visible to the rear of the vehicle while the vehicle is in motion;

(iv) Vehicles used by disabled drivers and displaying official state disabled driver license plates or placards; or mutant vehicles and art cars, or other vehicles registered with the permit holder must display evidence of registration at all times in such manner that it is visible to the rear of the vehicle while the vehicle is in motion;

(v) Participant drop-off of approved burnable material and wood to the Burn Garden/Wood Reclamation Stations (located on open playa at 3:00, 6:00, 9:00 Promenades and the Man base) from 10:00 a.m. Sunday through the end of day Tuesday, post event;

(vi) Passage through, without stopping, the public closure area on the west or east playa roads or from the east side of the playa to the west and vice versa to traverse the entirety of the playa surface.

(vii) Support vehicles for art vehicles, mutant vehicles and theme camps will be allowed to drive to and from fueling stations.

(3) Definitions:

(i) A motor vehicle is any device designed for and capable of travel over land and which is self-propelled by a motor, but does not include any vehicle operated on rails or any motorized wheelchair.

(ii) Motorized wheelchair means a self-propelled wheeled device, designed solely for and used by a mobility-impaired person for locomotion.

(iii) ''Trailer'' means every vehicle without motive power designed to carry property or passengers wholly on its own structure and to be drawn by a motor vehicle, this includes camp trailers, pop-up trailers, 4'x7' or larger flatbed trailers, enclosed cargo trailers, or RV style trailers.

*(i) Public Camping*

The public closure area is closed to public camping with the following exception:

The permitted event's ticket holders who are camped in designated event areas provided by the permit holder and ticket holders who are camped in the authorized pilot camp and the permit holder's authorized staff, contractors and BLM authorized event management related camps are exempt from this closure.

*(j) Public Use*

The public closure area is closed to use by members of the public unless that person:

(i) Is traveling through, without stopping, the public closure area on the west or east playa roads; possesses a valid ticket to attend the event;

(ii) Is an employee or authorized volunteer with the BLM, a law enforcement officer, emergency medical service provider, fire protection provider, or another public agency employee working at the event and that individual is assigned to the event;

(iii) Is a person working at or attending the event on behalf of the permit holder; or is authorized by the permit holder to be onsite prior to the commencement of the event for the primary purpose of constructing, creating, designing or installing art, displays, buildings, facilities or other items and structures in connection with the event;

(iv) Is an employee of a commercial operation contracted to provide services to the event organizers and/or participants authorized by the permit holder through a contract or agreement and authorized by BLM through a Special Recreation Permit.

*(k) Lasers*

(1) The possession and or use of handheld lasers is prohibited.

(2) Definition:

(i) A laser means any hand held laser beam device or demonstration laser product that emits a single point of light amplified by the stimulated emission of radiation that is visible to the human eye.

*(l) Weapons*

(1) The possession of any weapon is prohibited except weapons within motor vehicles passing, without stopping, through the public closure area on the designated west or east playa roads or from the east side of the playa to the west and vice versa to traverse the entirety of the playa surface.

(2) The discharge of any weapon is prohibited.

(3) The prohibitions above shall not apply to county, state, tribal and Federal law enforcement personnel who are working in their official capacity at the event. ''Art projects'' that include weapons and are sanctioned by the permit holder will be permitted after obtaining authorization from the BLM authorized officer.

(4) Definitions:

(i) Weapon means a firearm, compressed gas or spring powered pistol or rifle, bow and arrow, cross bow, blowgun, spear gun, hand-thrown spear, sling shot, irritant gas device, electric stunning or immobilization device, explosive device, any implement designed to expel a projectile, switch-blade knife, any blade which is greater than 10 inches in length from the tip of the blade to the edge of the hilt or finger guard nearest the blade (*e.g.,* swords, dirks, daggers, machetes) or any other weapon the possession of which is prohibited by state law. Exception: This rule does not apply in a kitchen or cooking environment or where an event worker is wearing or utilizing a construction knife for their duties at the event.

(ii) Firearm means any pistol, revolver, rifle, shotgun or other device which is designed to, or may be readily converted to expel a projectile by the ignition of a propellant.

(iii) Discharge means the expelling of a projectile from a weapon.

*(m) Enforcement*

Any person who violates this temporary closure or any of these temporary restrictions may be tried before a United States Magistrate and fined in accordance with 18 U.S.C. 3571, imprisoned no more than 12 months under 43 U.S.C. 1733(a) and 43 CFR 8360.0–7, or both. In accordance with 43 CFR 8365.1–7, State or local officials may also impose penalties for violations of Nevada law.

**Authority:** 43 CFR 8364.1.

**Mark E. Hall,**

*Field Manager, Black Rock Field Office, Winnemucca District.*

[FR Doc. 2019–14231 Filed 7–2–19; 8:45 am]

**BILLING CODE 4310–HC–P**

---

## DEPARTMENT OF THE INTERIOR

**National Park Service**

**[NPS–WASO–NRNHL–DTS#–28322; PPWOCRADI0, PCU00RP14.R50000]**

## National Register of Historic Places; Notification of Pending Nominations and Related Actions

**AGENCY:** National Park Service, Interior.

**ACTION:** Notice.

**SUMMARY:** The National Park Service is soliciting comments on the significance of properties nominated before June 22, 2019, for listing or related actions in the National Register of Historic Places.

**DATES:** Comments should be submitted by July 18, 2019.

**ADDRESSES:** Comments may be sent via U.S. Postal Service and all other carriers to the National Register of Historic Places, National Park Service, 1849 C St. NW, MS 7228, Washington, DC 20240.

**SUPPLEMENTARY INFORMATION:**

The properties listed in this notice are being considered for listing or related actions in the National Register of Historic Places. Nominations for their consideration were received by the National Park Service before June 22, 2019. Pursuant to Section 60.13 of 36 CFR part 60, written comments are being accepted concerning the significance of the nominated properties under the National Register criteria for evaluation.

Before including your address, phone number, email address, or other personal identifying information in your comment, you should be aware that your entire comment—including your personal identifying information—may be made publicly available at any time. While you can ask us in your comment to withhold your personal identifying information from public review, we cannot guarantee that we will be able to do so.

Nominations submitted by State Historic Preservation Officers:

**MICHIGAN**

**Calhoun County**

Record Printing and Box Company Building, 15 Carlyle St., Battle Creek, SG100004225.



# 2019 BURNING MAN EVENT BLM TABLE OF ORGANIZATION



AR03317

Form 1112-5
(August 2014)

**UNITED STATES**
**DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**

**RISK MANAGEMENT WORKSHEET**

| 1. Organization and Location:  Winnemucca District, Black Rock Field Office – 2019 Burning Man Event | | | | | | 2. Page 1 of: 4 | | |
|---|---|---|---|---|---|---|---|---|
| 3. Operation / Task:  Working Outdoors – Hot Environments | | | | 4. Beginning Date:  August 12, 2019 | | 5. Ending Date:  September 30, 019 | 6. Date Prepared:  August 2, 2019 | |

7. Prepared by *(Name / Duty Position)*:   Chelsea McKinney, Burning Man Project Manager

| 8. Identified Hazards: | 9. Assess the Hazards: (Initial Risk) | | | | | 10. Control Measures Developed for Identified Hazards: *(Specific measures taken to reduce the probability of a hazard)* Include all PPE | 11. Assess the Hazards: (Residual Risk) | | | | | 12. How to Implement the Controls: (May Be Filled in By Hand) | 13. Supervisers and Evaluation by: (Continuous Leader Checks, Buddy System, etc.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **(Be Specific)** | Negligible | Minor | Moderate | Serious | Critical | **(Be Specific)** | Negligible | Minor | Moderate | Serious | Critical | **(Be Specific)** | **(Be Specific)** |
| Sun Exposure | | | X | | | Sunlight contains ultraviolet (UV) radiation, which can cause premature aging of the skin, wrinkles, cataracts and skin cancer. There are no safe UV rays or safe suntans. Be especially careful in the sun if you burn easily, spend a lot time outdoors, or have any of the following physical features: numerous, irregular or large moles; freckles; fair skin. | | X | | | | Cover up. Wear light colored, breathable, loose fitting, long sleeved shirts and long pants.  Use Sunscreen with a sun protection factor (SPF) of at least 30. Always follow application instructions.  Wear a wide brim hat, not a baseball cap, works best because it shades the neck, ear, forehead, nose, and scalp.  Wear UV-absorbent/reflective eye wear protection. | **Long Sleeve Shirt** Ultraviolet Protection Factor (UPF) 50+ protection, moisture control system that actively moves moisture away from your body to keep you cool, dry and comfortable.  **Long Pants** Lightweight, breathable Nylon faille woven pants with durable water repellent (DWR) coating, relaxed fit, UPF 50.  **Hat/Headband** Lightweight nylon, external draw-cord adjustment, SolarShield ® construction |

| 8. Identified Hazards: | 9. Assess the Hazards: (Initial Risk) | | | | | 10. Control Measures Developed for Identified Hazards: *(Specific measures taken to reduce the probability of a hazard)* Include all PPE | 11. Assess the Hazards: (Residual Risk) | | | | | 12. How to Implement the Controls: (May Be Filled in By Hand) | 13. Supervisors and Evaluation by: (Continuous Leader Checks, Buddy System, etc.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **(Be Specific)** | Negligible | Minor | Moderate | Serious | Critical | **(Be Specific)** | Negligible | Minor | Moderate | Serious | Critical | **(Be Specific)** | **(Be Specific)** |
| Sun Exposure Continued: | | | | | | | | | | | | Eye wear should block 99-100% of UVA and UBV radian. Before purchase read the product tag or label.<br><br>Limit exposure. UV rays are most intense between 10 AM to 6 PM. | with Rip-Stop nylon/polyester blend; UPF 50 and Action ® headband for comfort and moisture management. |
| Extended Work in Severe Environmental Heat Loads | | X | | | | The combination of heat and dust can increase the risk for heat related illness during the summer months working for extended periods in a desert environment.<br><br>There are three kinds of major heat-related discords – heat cramps, heat exhaustion and heat stroke. Recognize each symptom and necessary first aid treatment.<br><br>a.  Reducing work load markedly decreases total heat stress.<br>b.  Lessen work load and/or duration of physical exertion the first days of heat exposure to allow gradual acclimatization. | | X | | | | Drink small amounts of water frequently.<br><br>Avoid caffeine and alcohol or large amounts of sugary drinks.<br><br>Increase fluids on hotter days or during extremely strenuous activity. Drink as much as 1 quart of water per hour when the temperature is above 80 degrees. Some over hydration is strongly recommended.<br><br>Allow approximately 2 weeks with progressive degrees of heat exposure and physical exertion for acclimatization. | **Hydration  System**<br>Light, comfortable fit 100 fl. oz. reservoir's equipped with the quick link connection system for hassle free removal of the drinking tube reservoir, compartment features an easy-access. (EXP: camelbacks, hydro-packs, etc.)<br><br>If members do not have a hydration system, they should drink water frequently via water other mechanisms. (Carry lots of water bottles, Ice chests in vehicles etc.)<br><br>Observe team members for signs of dehydration |

| 8. Identified Hazards: | 9. Assess the Hazards: (Initial Risk) | | | | | 10. Control Measures Developed for Identified Hazards: *(Specific measures taken to reduce the probability of a hazard)* Include all PPE | 11. Assess the Hazards: (Residual Risk) | | | | | 12. How to Implement the Controls: (May Be Filled in By Hand) | 13. Supervisors and Evaluation by: (Continuous Leader Checks, Buddy System, etc.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **(Be Specific)** | Negligible | Minor | Moderate | Serious | Critical | **(Be Specific)** | Negligible | Minor | Moderate | Serious | Critical | **(Be Specific)** | **(Be Specific)** |
| | | | | | | c.  Alternative work and rest periods. **More severe conditions require longer** rest periods and electrolyte fluid replacement.<br><br>Playa dust may contain particles that cause allergic reactions.<br><br>Take frequent short breaks in cool shade.<br><br>Eat smaller meals before work activity. | | | | | | Acclimatization is necessary regardless of an employee's physical condition. Tailor the work schedule to fit the climate, the physical condition of employees and mission requirements. | and heat exhaustion and treat immediately. If there is not quick improvement, seek medical attention.<br><br>Heat stroke is a medical emergency requiring evacuation.<br><br>Recognize the effects of allergic reactions to Playa dust and treat as necessary. |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

(Form 1112-5 page 3)

| 8. Identified Hazards: | 9. Assess the Hazards: (Initial Risk) | | | | | 10. Control Measures Developed for Identified Hazards: (Specific measures taken to reduce the probability of a hazard) Include all PPE | 11. Assess the Hazards: (Residual Risk) | | | | | 12. How to Implement the Controls: (May Be Filled in By Hand) | 13. Supervisors and Evaluation by: (Continuous Leader Checks, Buddy System, etc.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (Be Specific) | Negligible | Minor | Moderate | Serious | Critical | (Be Specific) | Negligible | Minor | Moderate | Serious | Critical | (Be Specific) | (Be Specific) |
| | | | | | | | | | | | | | |

| 14. Remaining Risk Level After Control Measures Are Implemented: (INDICATE HIGHEST REMAINING RISK LEVEL WITH "X") | NEGLIGIBLE (Supervisor) | MINOR (Associate/Assistant Mgr. / Branch Chief) | MODERATE (Field Manager) | SERIOUS (District Manager) | CRITICAL (State Director/Associate) |
|---|---|---|---|---|---|
| | | | X | | |

15. RISK DECISION AUTHORITY: (Approval/Authority Signature Block) (*If Initial Risk Level is CRITICAL, SERIOUS or MODERATE: Brief Risk Decision Authority at that level on Controls and Control Measures used to reduce risks*)

(**Note**: if the person preparing the form signs this block, the signature indicates only that the appropriate risk decision authority was notified of the <u>initial risk level</u>, control measures taken and appropriate resources requested; and that the risk was accepted by the decision authority.)

Mark E. Hall, Authorized Officer, Black Rock Field Office Field Manager        *Mark E Hall    5 Aug. 2019*
Printed Name / Signature

AR03321

## INSTRUCTIONS

1. Organization conducting the Risk Assessment and the location of the operation.

2. If more than one page is used, indicate number of pages. (For example: Page 1 of 3)

3. In general terms, identify the operation/task(s) to be performed.

4. Enter the date that the operation/task(s) is/are to begin.

5. Enter the date that the operation/task(s) is/are to end.

6. Enter the date that the Risk Assessment was prepared.

7. Enter the name and duty position of the person completing the form.

8. Identify specific hazards associated with the operation/task(s). It is important to be specific and start at the beginning, the preparation phase (equipment draw/transportation of equipment) of the operation. (For example: unfamiliar equipment, inexperienced operators, improperly configured equipment, challenging terrain, natural hazards, hazardous chemical use, span of supervision, location of work, types of roads, confined spaces, pinch points.)

9. Assess the initial risk using the risk assessment matrix.

10. Identify control measures for each identified hazard in block 8.

11. Assess the residual risk, the risk remaining after control measures are taken into consideration, using the risk assessment matrix.

12. Identify how the controls will be implemented (For example: SOPs, tailgate safety briefings, written/oral policy statements/directions, familiarization training, Right to Know training, use of PPE, use of spotters.)

13. Enter the specific individual(s) or method(s) used to supervise and evaluate the provisions of the Risk Assessment. (For example: supervisor/leader on site, buddy system, employee crosstalk.)

14. Check the appropriate remaining level of risk.

15. The authority accepting the risk should sign this block; however, if the authority is notified and accepts the risk, the person completing the form can note same sign block 15. (See "Note" in block 15.)

(Form 1112-5, final page)

AR03322

Form 1112-5
(August 2014)

**UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT**

**RISK MANAGEMENT WORKSHEET**

| 1. Organization and Location: Winnemucca District, Black Rock Field Office – 2019 Burning Man Event | | 2. Page 1 of: 4 | |
|---|---|---|---|

| 3. Operation / Task:<br>Manual Labor and Playa Environment | 4. Beginning Date:<br>August 12, 2019 | 5. Ending Date:<br>September 30, 019 | 6. Date Prepared:<br>August 2, 2019 |
|---|---|---|---|

7. Prepared by *(Name / Duty Position):*  Chelsea McKinney, Burning Man Project Manager

| 8. Identified Hazards: | 9. Assess the Hazards: (Initial Risk) | | | | | 10. Control Measures Developed for Identified Hazards: *(Specific measures taken to reduce the probability of a hazard)* Include all PPE | 11. Assess the Hazards: (Residual Risk) | | | | | 12. How to Implement the Controls: (May Be Filled in By Hand) | 13. Supervisors and Evaluation by: (Continuous Leader Checks, Buddy System, etc.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **(Be Specific)** | Negligible | Minor | Moderate | Serious | Critical | **(Be Specific)** | Negligible | Minor | Moderate | Serious | Critical | **(Be Specific)** | **(Be Specific)** |
| Foot Travel:<br>Falls, leg/ankle injuries from trips and twists on uneven ground. | | X | | | | Preview intended walking path and work area for tripping hazards.<br><br>Clear out any obstacles in the work area travel path.<br><br>Wear footwear appropriate for the terrain and type of work.<br><br>Sandals (open toed shoes) are prohibited on playa. | X | | | | | Crew briefings before project safety meeting prior to every shift.<br><br>Check for appropriate footwear. | Conscientious and Continuous Crew Leader, Supervisor, Manager or Team Leader checks for staff compliance. |
| Strains:<br>Lifting, carrying tools or equipment and setup of equipment and interpretive exhibits. | | X | | | | Always "test" lift (slightly move) a load to judge weight and feasibility before actually lifting.<br><br>Get help for heavy loads.<br><br>Stand or crouch close to objects, keep back as straight as | X | | | | | Crew chief will demonstrate proper lifting technique. Refer to BLM H-1112-2, Safety and Health Field Operations. | All crew members will be responsible for knowledge and use of proper technique. |

| 8. Identified Hazards: | 9. Assess the Hazards: (Initial Risk) | | | | | 10. Control Measures Developed for Identified Hazards: *(Specific measures taken to reduce the probability of a hazard)* Include all PPE | 11. Assess the Hazards: (Residual Risk) | | | | | 12. How to Implement the Controls: (May Be Filled In By Hand) | 13. Supervisors and Evaluation by: (Continuous Leader Checks, Buddy System, etc.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **(Be Specific)** | Negligible | Minor | Moderate | Serious | Critical | **(Be Specific)** | Negligible | Minor | Moderate | Serious | Critical | **(Be Specific)** | **(Be Specific)** |
| | | | | | | possible with fee in stable position (slightly apart). Lift up by straightening legs. Never twist the upper body while lifting heavy objects. On uneven ground or in areas of poor footing, make repeated trips with light loads. Use levers, rollers, jacks or other mechanical aids for lifting or moving heavy items. The further you reach out to lift the great the weight of the object is increased. | | | | | | | |
| Working on the Black Rock Desert Playa, Personal Hydration, Severe Weather Conditions including Thunderstorms and Lightening | X | | | | | Employees should wear full brim hats, sunglasses, long pants, long-sleeved shirts and apply sunscreen throughout the day. Have cool water available and continually hydrate. Consume at least one gallon of water/per person/per day, per recommendation. Dust storms frequent the playa, utilize scarf or other clothe cover to help reduce playa dust | X | | | | | Repeatedly stress the need for crew members to effectively hydrate. Ensure PPE is distributed to all and demonstrate appropriate use of PPE. SOPs Tailgate Safety Briefings | On-site supervision Situational Awareness Buddy Checks |

AR03324

| 8. Identified Hazards: | 9. Assess the Hazards: (Initial Risk) | | | | | 10. Control Measures Developed for Identified Hazards: *(Specific measures taken to reduce the probability of a hazard)* Include all PPE | 11. Assess the Hazards: (Residual Risk) | | | | | 12. How to Implement the Controls: (May Be Filled in By Hand) | 13. Supervisors and Evaluation by: (Continuous Leader Checks, Buddy System, etc.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **(Be Specific)** | Negligible | Minor | Moderate | Serious | Critical | **(Be Specific)** | Negligible | Minor | Moderate | Serious | Critical | **(Be Specific)** | **(Be Specific)** |
| | | | | | | inhalation.<br><br>Take cover in trailers or other covered structure during dust and thunderstorms.<br><br>Put down all tools. Avoid groups together. Take cover under shelter.<br><br>Do not handle flammable materials in open containers. | | | | | | | |
| Driving:<br>Driver proficiency, equipment operation<br>**OHV, GOV trucks, and Rental Vehicles | | | X | | | Driver must possess a valid state driver's license.<br><br>Drivers who are unfamiliar with off-road driving will go with an experienced driver for several trips until the experienced driver is confident with the driver's skills and knowledge.<br><br>Situational awareness while driving on playa in and around Black Rock City and the JOC.<br><br>Vehicle/equipment inspections must be completed. | | | X | | | Supervisor will physically view driver's license, contact safety officer for training information. | Supervisor checks of employee driving activities and ensures staff has the right skills and qualifications to accomplish given tasks safely. |
| Fatigue:<br>Driving to and from the Event | | | X | | | Adequate rest stops/ stretch breaks and driver rotation, if applicable. | | | X | | | Supervisor will physically view driver's license, contact safety officer for training information. | Supervisor checks of employee driving activities and ensures staff has the right skills and |

| 8. Identified Hazards: | 9. Assess the Hazards: (Initial Risk) | | | | | 10. Control Measures Developed for Identified Hazards: *(Specific measures taken to reduce the probability of a hazard)* Include all PPE | 11. Assess the Hazards: (Residual Risk) | | | | | 12. How to Implement the Controls: (May Be Filled in By Hand) | 13. Supervisors and Evaluation by: (Continuous Leader Checks, Buddy System, etc.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (Be Specific) | Negligible | Minor | Moderate | Serious | Critical | (Be Specific) | Negligible | Minor | Moderate | Serious | Critical | (Be Specific) | (Be Specific) |
| | | | | | | LEO's will not exceed 10 hours of driving time (behind the wheel) during the 16-hour duty period. Non-LEO staff will not exceed 10 hours driving time within a 12 hour duty period.<br><br>Breaks of 15 minutes are recommended every two (2) hours during extended driving.<br><br>At least 8 consecutive hours of rest are required before any duty period requiring extended driving.<br><br>Check windshield wiper fluid.<br><br>Verify lights are on when operating vehicle. | | | | | | | qualifications to accomplish given tasks safely. |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

AR03326

| 8. Identified Hazards: | 9. Assess the Hazards: (Initial Risk) | | | | | 10. Control Measures Developed for Identified Hazards: *(Specific measures taken to reduce the probability of a hazard)* Include all PPE | 11. Assess the Hazards: (Residual Risk) | | | | | 12. How to Implement the Controls: (May Be Filled in By Hand) | 13. Supervisors and Evaluation by: (Continuous Leader Checks, Buddy System, etc.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **(Be Specific)** | Negligible | Minor | Moderate | Serious | Critical | **(Be Specific)** | Negligible | Minor | Moderate | Serious | Critical | **(Be Specific)** | **(Be Specific)** |

| 14. Remaining Risk Level After Control Measures Are Implemented: (INDICATE HIGHEST REMAINING RISK LEVEL WITH "X") | **NEGLIGIBLE** (Supervisor) | **MINOR** (Associate/Assistant Mgr. / Branch Chief) | **MODERATE** (Field Manager) | **SERIOUS** (District Manager) | **CRITICAL** (State Director/Associate) |
|---|---|---|---|---|---|
| | | X | | | |

15. RISK DECISION AUTHORITY:   (Approval/Authority Signature Block) *(If Initial Risk Level is CRITICAL, SERIOUS or MODERATE: Brief Risk Decision Authority at that level on Controls and Control Measures used to reduce risks)*
(**Note**: if the person preparing the form signs this block, the signature indicates only that the appropriate risk decision authority was notified of the initial risk level, control measures taken and appropriate resources requested; and that the risk was accepted by the decision authority.)

Mark E. Hall, Authorized Officer, Black Rock Field Office Field Manager    *Mark E Hall*    5 Aug. 2019
Printed Name / Signature

## INSTRUCTIONS

1. Organization conducting the Risk Assessment and the location of the operation.

2. If more than one page is used, indicate number of pages. (For example: Page 1 of 3)

3. In general terms, identify the operation/task(s) to be performed.

4. Enter the date that the operation/task(s) is/are to begin.

5. Enter the date that the operation/task(s) is/are to end.

6. Enter the date that the Risk Assessment was prepared.

7. Enter the name and duty position of the person completing the form.

8. Identify specific hazards associated with the operation/task(s). It is important to be specific and start at the beginning, the preparation phase (equipment draw/transportation of equipment) of the operation. (For example: unfamiliar equipment, inexperienced operators, improperly configured equipment, challenging terrain, natural hazards, hazardous chemical use, span of supervision, location of work, types of roads, confined spaces, pinch points.)

9. Assess the initial risk using the risk assessment matrix.

10. Identify control measures for each identified hazard in block 8.

11. Assess the residual risk, the risk remaining after control measures are taken into consideration, using the risk assessment matrix.

12. Identify how the controls will be implemented (For example: SOPs, tailgate safety briefings, written/oral policy statements/directions, familiarization training, Right to Know training, use of PPE, use of spotters.)

13. Enter the specific individual(s) or method(s) used to supervise and evaluate the provisions of the Risk Assessment. (For example: supervisor/leader on site, buddy system, employee crosstalk.)

14. Check the appropriate remaining level of risk.

15. The authority accepting the risk should sign this block; however, if the authority is notified and accepts the risk, the person completing the form can note same sign block 15. (See "Note" in block 15.)

(Form 1112-5, final page)

AR03328

**COMMUNICATIONS PLAN - BURNING MAN 2019 Event**

**INTRODUCTION**

Burning Man Event (Event) is the largest and most complex Special Recreation Permit (SRP) issued by BLM and has occurred on public lands situated on the Black Rock Playa since 1990. The applicant and promoter for the event is Burning Man Project (BMP). Tens of thousands of people travel to this remote desert location to participate. The operations associated with the event occupy approximately 4,400 acres of specially designated public lands for a 7 week period; this period is initiated in late-July through temporarily fencing the site perimeter and concludes in late September with final site clean-up activities. Major Event activities are confined to several weeks in mid-August through early September, which encompass final set-up activities, Event execution and the initial phases of clean-up. During the actual event, Black Rock City becomes one of the largest cities in Nevada.

**COMMUNICATION GOALS**

SUPPORT BLM EVENT OPERATIONS, ESPECIALLY RESOURCE AND VISITOR PROTECTION, BY DISTRIBUTING ACCURATE AND TIMELY INFORMATION TO INTERNAL AND EXTERNAL AUDIENCES BEFORE, DURING AND AFTER THE EVENT.

> The public affairs officer's (PAO) priority will be disseminating information that supports BLM operations, including but not limited to the protection of visitors and natural and cultural resources, especially about emerging situations affecting BLM or its cooperators.

INCREASE UNDERSTANDING OF BLM'S SCOPE AND MISSION AMONG LOCAL AND NATIONAL AUDIENCES

> While the BLM manages more land than any other Federal agency, it is not as well-known as other federal agencies like the National Park Service or the US Forest Service. To increase public understanding of our mission, the PAO will distribute accurate and timely information about how the Event fits into the BLM's mission.

**TARGET AUDIENCE**

This Event has 3 main audiences, one internal and two external.

*1. Internal audiences*
- BLM Winnemucca managers and staff
- BLM Nevada State Office managers and staff
- BLM Washington Office managers and staff
- DOI managers and staff

*2. On-site external audiences*
- Agency cooperators (Pershing Co. Sheriff, FAA, NHP, etc.)
- Event participants
- Mass Media/reporters

AR03329

*3. Off-site external audiences*
- Local and state agencies
- Congressional delegation and other officials
- Outdoor recreationists
- Friends Groups

**KEY MESSAGES**
- The Event is permitted under BLM's multiple use mandate as enacted by Congress in the Federal Land Policy and Management Act of 1976.
- BLM and BMP have worked cooperatively on the 2019 SRP to make the Event safe for participants while protecting the natural resources of the Black Rock Desert-High Rock Canyon – Emigrant Trails National Conservation Area.
- Temporary Closure Orders and Temporary Restrictions have been implemented to protect the environment, ensure public safety, and address concerns relayed by adjacent communities and to facilitate administration of the Event.
- The closure will take effect in two phases: phase 1 consist of a smaller area (9,715 acres) and will remain in effect for 25 days in order to facilitate setup and preparation for the event. When the weeklong Burning Man event starts the larger phase 2 of the closure will be implemented. The second phase of the closure area, totaling 14,153 acres, is the same size as past years. After the event the first phase of the closure will go back in to effect to help facilitate completing site cleanup and post-event activities.
- Multiple agencies and multiple jurisdictions are involved in cooperative, integrated efforts for successful administration of the Event.

**STRATEGIES**
- Before the Event, coordinate with the BLM Interpretation Camp.
- Before, during and after the Event, coordinate with BMP Media Staff and other BMP public affairs staff to disseminate accurate and timely information to appropriate off-site audiences, bearing in mind that each organization will have its own separate distribution lists, along with a shared distribution list.
- During the Event, coordinate with BMP Media Staff and other BMP public affairs staff to disseminate accurate and timely emergent information to event participants.
- Before, during and after the Event, work with known BLM Nevada media contacts to distribute accurate and timely information promoting key messages.
- During the Event, work with on-site media to distribute accurate and timely information.
- Document BLM event management on multiple media, including video, still photography and sound recordings for social media posts during and after Event as well as later creation of more polished documentary products on special topics.
- Utilize social media platforms appropriately according to audience, timeliness and content.

AR03330

**TACTICS**

- Daily updates:  Produce a single "morning report" written product reporting playa population, numbers of support resources, incident statistics (medical transports and arrests) and a brief text report for internal audiences.
- Before, during and after the Event, distribute news releases as necessary, in coordination with Jim Graham and other BRC public affairs staff.
- Information will be disseminated internally by the information group using BLM email, the BLM Daily and the BLM Nevada "Blast." The information group will develop at least 3 BLM Daily stories for release in a "before-during-after" format, highlighting the scope of BLM's efforts in permitting and managing this Event.
- Participate in and record Burning Man Informational Radio (BMIR) interviews.
- Social media:
  - Re-post accurate and timely updates disseminated by BRC to support operations during emergent situations (e.g. rain event, traffic issues, etc.)
  - Produce YouTube videos on BLM operations during the Event
  - Produce daily Flickr albums with photos document BLM operations during the Event
  - Promote YouTube and Flickr products on BLM Facebook with 1 or 2 posts per day

**POINTS OF CONTACT**

John Asselin– On-Site Event Public Affairs Officer
Contact: jasselin@blm.gov, 702-515-5046 (w), 702-444-1476 (c)

Rudy Evenson – Off-Site Nevada State Office Public Affairs Officer
Contact: revenson@blm.gov, 775-861-6411 (w), 775-223-3158 (c)

AR03331

Case 1:19-cv-03729-DLF   Document 35-10   Filed 07/12/21   Page 185 of 220

# INTERAGENCY MEETING SCHEDULE

## DAILY ON-PLAYA MEETING SCHEDULE

| Meeting Name | Time | Who | Content | Location |
|---|---|---|---|---|
| Ranger LE Briefing | Daily 9:30 – 10:00 | Rangers LE | Briefing and Sitstat | Ranger HQ |
| Food Health and Sanitation | As needed | ESD DPW NDPBH Rampart | Health and Sanitation Briefing | Reports shared electronically |
| Unified Command Tier 1 Meeting** | Daily 1:00 – 2:00 | Tier 1 Parties | SitStat & Issues of concern | EOC |
| Compliance Meeting | Daily 4:30 - 5:30 | Environmental and Vending Compliance BLM and BMP | Briefing | EOC |

## PRE EVENT COOPERATOR MEETING

| Meeting Name | Time | Who | Content | Location |
|---|---|---|---|---|
| Pre-event Cooperator Meeting | May 21, 2019 0900 | Cooperators and BMP Leadership | Ops Updates | Washoe County EOC |

*Copyright Burning Man Project*
*Confidential Commercial/Financial Information for Permit Acquisition Use Only - Not for Distribution Outside of BLM*
*FOIA Exemption No. 4; 5 U.S.C. § 552(b)(4) and 43 CFR § 2.23(a)(1)*

AR03332

**Environmental Compliance Audit Protocol**
**2019 Burning Man Event**

## 1. Background

The annual Burning Man event is organized by the Burning Man Organization (now Burning Man Project (BMP)) and has been held almost every year on the Black Rock Playa since 1990. The event takes place in an annual temporary "city" known as Black Rock City (BRC). The Bureau of Land Management (BLM), Black Rock Field Office (BRFO) issues a Special Recreation Permit (SRP)[1] to Burning Man for each year's event. In June of 2012 the BRFO completed an Environmental Assessment (DOI-BLM-NV-W030-2012-0007-EA) (Burning Man EA) analyzing the potential impacts of the event over a five year period. The BLM developed a list of mitigation measures designed to reduce the severity of the potential impacts identified through the analysis. After 2012, the SRP is issued after a Determination of NEPA Adequacy (DNA) is prepared and a Decision Record (DR) is completed. The DNA process includes a review of the stipulated terms to ensure visitor safety and resource protection. On July 17, 2019 a Record of Decision was signed after an analysis of Burning Man's application for the 2019 event and the revised stipulations are attached.

In past years those who govern and manage BRC and BLM on-site staff initiated Environmental Compliance Teams to address stipulations pertaining to environmental issues. Starting in 2016, BMP took on the lead role in environmental compliance efforts and continued to do so in a greater capacity in 2017 and 2018. For these three years, BLM worked with BMP and assisted in identifying and resolving environmental compliance violations. BMP's staff and volunteers have demonstrated a commitment to adhering to the stipulated terms.

BMP's monitoring protocol is described in the BMP Operations Plan submitted to BRFO on an annual basis. To summarize BMP's efforts: Environmental Compliance Teams (LNT teams)[2] canvass the City to address stipulation violations (issues). All issues are documented. If an issue is resolved immediately, it is notated as "Adjudicated Immediately." If an issue is not resolved immediately, BMP follow up with a camp participant until the issue is resolved. If the issue is not resolved expeditiously, BLM may issue a citation or initiate the eviction protocol. The BLM reviews marked Adjudicated and reactivates issues that do not meet BLM standards.

## 2. Auditing Protocol

---

[1] Special Recreation Permits (SRPs) are required when a recreational activity on public lands falls into one of the following categories: (1) Competitive Uses; (2) Vending; (3) Organized Group Activities and Event Uses; or (4) Commercial Uses. Burning Man falls under the category of Commercial Uses, which is defined as "recreational use of public lands and related waters for business or financial gain. When any person, group, or organization makes or attempts to make a profit, receive money, amortize equipment, or obtain goods or services, as compensation from participants in recreational activities occurring on public lands, the use is considered commercial" (BLM 2011). (Burning Man EA 2012).

[2] BMP refers to these teams as Leave No Trace Outreach teams.

The BLM/BRFO will evaluate BMP's environmental compliance monitoring efforts:

2.1. Within 24 hours after the BRC population exceeds 3,000, BLM commences auditing protocol. Each day 25 random points[3] are generated through ArcGIS. The random points will be located along city streets, excluding the center camp area, in order to avoid the possibility of points falling within a theme camp or within the center camp area.

2.2. BLM Compliance staff conducts a 360° examination at each location and documents random point issues (RPIs).

2.2.1. The circumference of the examination area will be determined by the street width. The average street width is 40', therefore the radius of the circle of examination will be approximately 20'. The distance of the review is limited to what is visible from the street.

2.2.2. BLM will use BLM iPad or Samsung devices to document issues. Documentation will consist of notating the environmental stipulation violation, a photo of the violation, the specific location of the violation, and a general location of the violation. Wherever possible, license plate numbers will be collected to assist in re-locating the issue. If the violation is connected to an Outside Services (OSS) vendor, the OSS vendor sticker will be recorded.

2.2.3. If RPIs are discovered that lead BLM into a theme camp, those issues will be documented as well.

2.2.4. BLM will not be approaching participants. However, if participants ask about BLM's activities, this auditing protocol will be explained to the participant.

2.2.5. The BLM will notate if the participant resolves the issue in their presence.

2.3. When a RPI is discovered, the BLM Team will return to the site the following day and notate if the issue persists.

2.4. New issues at previous random points will not be recorded.

2.5. The last day of random point generation is the Monday after the Temple Burn (9/2/2019).

2.6. Last day of RPI and LNT issues review is the following Tuesday (9/3/19).

2.7. BLM auditing staff may request BLM Law Enforcement assistance at any time during auditing.

2.8. BLM will notify LNT team of issues identified needing immediate remediation.

3. Results (Post Event)

3.1. Compare RPIs with LNT issues.

- After the event, points collected by BMP and RPIs collected by BLM will be compared in ArcGIS by BLM's GIS specialist.
- It will be noted if the RPI was or was not captured by the LNT teams.

---

[3] BRFO conducts a post-event inspection each year after the event. This inspection occurs on 1 day, usually in October, and includes 60 random points. The number of random points are reduced during the event due to estimated time constraints.

3.2. Calculate:

    3.2.1.   The total number of RPIs.

    3.2.2.   The total number of RPIs that were included in BMP's monitoring efforts.

    3.2.3.   The total number of RPIs that were adjudicated and BLM confirmed adjudication.

    3.2.4.   The total number of RPIs that were not addressed by BMP's monitoring efforts.

3.3. The results will be scored as follows:

    3.3.1.   BMP monitoring effort (total number of RPIs captured by BMP's monitoring efforts divided by total number of RPIs.)

    3.3.2.   Issue adjudications (total number of RPIs where BLM confirmed adjudications divided by total number of RPIs).

3.4. Results may be used as a component of BLM's overall SRP evaluation.

3.5. The geographic information for the RPIs and associated attribute information will be provided to BMP after the event.

3

# Vending Team Compliance Protocol

## Vending Team

Vending Compliance Supervisor – Jennifer Jones (Civilian Operations)

Vending Team (Pre & Post Event) – Kathy Cadigan

Vending Team Lead (Pre & Main) –Paul Amar

Vending Team (Pre,Main & Post) – Rusty Gates

## Authorities for Vending;

3 CFR §2930 Permits for Recreation on Public Lands

43 CFR §2932 Special Recreation Permits for Commercial Use, Competitive Events, Organized Groups, and Recreation Use in Special Areas.

The statutory authorities underlying the regulations in this part are the Federal Land Policy and Management Act, 43 U.S.C. 1701 et seq., and the Federal Land Recreation Enhancement Act, 16 U.S.C. 6801 et seq.

The Federal Land Policy and Management Act (FLPMA) contains the Bureau of Land Management's (BLM's) general land use management authority over the public lands, and establishes outdoor recreation as one of the principal uses of those lands (43 U.S.C. 1701(a)(8)). Section 302(b) of FLPMA directs the Secretary of the Interior to regulate through permits or other instruments the use of the public lands, which includes commercial recreation use. Section 303 of FLPMA authorizes the BLM to promulgate and enforce regulations, and establishes the penalties for violations of the regulations.

The Federal Land Recreation Enhancement Act (REA) authorizes the BLM to collect fees for recreational use in areas meeting certain criteria (16 U.S.C. 6802(f) and (g)(2)), and to issue special recreation permits for group activities and recreation events (16 U.S.C. 6802(h).

18 U.S.C. 3571 and 3581 et seq. establish sentences of fines and imprisonment for violation of regulations. [72 FR 7836, Feb. 21, 2007]

## Background

At the end of the 2018 Burning Man event, the number of vendors, permitted by BLM SRP, on playa was 63.  Issuance of Special Recreation Permits (SRPs) on playa is time consuming and unfair to the folks who applied and received their documents before the event.  In order to uphold its own regulations BLM held a deadline for submitting applications for vending during the 2019 Burning Man Event.  The Burning Man Project's (BMP) Outside Services (OSS) program

coordinated with BLM to hold the same date for BMP's applications.  This was met with at least 75 applications and around 63 being authorized under a BLM SRP.

**No SRPs will be issued on site at the event.**

The 63 vendors authorized by BLM include RVs, Air Services, transportation and Camp Services, etc.  Each vendor applied with a 2930-1 (BLM FORM APPLICATION) on or before April 26, 2019.  They also submitted an operating plan, proof of insurance, a business license, and a minimum annual use payment of $110.  Pershing County Business Licenses or exemptions are also required.  This is the second year that BLM has worked with Pershing County regarding SRP holders obtaining a valid business license.

Once all the items were received, stipulations and a 2930-2 (BLM FORM PERMIT) were sent via mail and electronic mail to the applicants for review, signature and return.  Most permits and 2019 Authorization Letters will be delivered via certified mail.  Copies of permits and authorization letters will be on a thumb drive and readily available at the Joint Operation Center on the playa during the event for printing and distribution.

## Vending Compliance Objectives

- Work with BMP OSS and Burner Air Express Management
- Ensure that the American Public Receives Fair Value for the Use of its Public Land
- Protect America's Resources
- Uphold Permit Stipulations and Regulations

The BLM Vending Team works with BMP and its OSS year round.  These actions are described in the 2019 Burning Man Operations Plan Section 15.1.

The Vending team will work daily to review, inspect and insure that the terms, conditions and operating plans of the SRPs are being followed. They will note any environmental issues in the Fulcrum App provided by BMP, as well as documentation to the BRFO.  Any items that are found to be in non-compliance will be documented and presented to the permittee in the 2019 SRP Post-Use Evaluation.

Due to BLM not issuing SRPs on site at the 2019 event the Vending Team will handle the following items in order to adhere to BLM regulations:

Any unauthorized vendors brought forward by the Vending Team, BLM Law Enforcement (LE), OSS team, as well as any that are found or brought to them by the public will be addressed in the following manner and the following actions may be taken but are not limited to;

- Making contact and investigating whether or not commercial activities are occurring on BLM managed lands at the event.
- Escalating the unauthorized vendor to the Chain of Command during the Compliance Meeting at 4:30 with BMP.
- Executing the decisions made by the Authorized Officer.

- Coordinating with unauthorized representative to identify and remove any and all unpermitted equipment (EXAMPLE: Havasu RVs – removes all of their equipment/gear/vehicles to Lot D or off playa using their own driver and vehicles).

If the vendor will not remove their items, Vending Compliance will contact BLM LE and they will be present for any removal of equipment other than by the vendor. This includes:

- Working with BMP staff to hold equipment in D Lot (BMP takes possession and handles removal);
- Working with LE to remedy or remove equipment to a secure location;
- Coordination with outside entities to remove equipment (EXAMPLE: Calling A1 Towing to remove RVs).

The Vending Team and LE will give a sufficient amount of time to all persons affected by the equipment removal, to remove any of their personal belongings. 'Sufficient time' should not exceed 24 hours.

# COMMERCIAL FILMING COMPLIANCE PROTOCOL

## OVERVIEW

BLM policy states that a permit is required for all commercial filming activities on public lands. BLM defines commercial filming as the "use of motion picture, videotaping, sound recording, or other moving image or audio recording equipment on public lands that involves the advertisement of a product or service, the creation of product for sale, or the use of actors, models, sets or props, but not including activities associated with broadcasts for news programs. For purposes of this definition, creation of a product for sale includes a film, videotape, television broadcast or documentary of participants in commercial sporting or recreation event created for the purpose of generating income."

The BLM Vending Compliance Team will be responsible for research, investigations and follow up necessary with commercial filming and/or photography.

Guidance and chain of command for issues needing escalation will be as follows: Vending Team, Compliance and Support Operations Chief, Compliance and Support Branch Chief, and the Authorized Officer.

The Authorized Officer makes all final decisions.

BLM will take the following actions to comply with commercial filming policy:

1. The BLM has posted information regarding film permits and when you may need one at the following web address:
   https://www.blm.gov/programs/lands-and-realty/leases-and-permits/filming-on-public-lands
2. Burning Man Project (BMP) has a protocol that states if BMP believes a proposed media project qualifies as a commercial filming project under BLM guidelines, BMP will inform the lead of the media project and that they should contact BLM directly, ~~and~~ BMP will provide them with BLM contact information. This usually goes to the Lands and Realty specialist.
3. Due to filming at a Special Recreation Event, commercial filming will be processed under an SRP with the following fees. This is per the 2019 BLM Filming Fee Worksheet.
   a. Photography: $117or 3% gross, whichever is greater
   b. Filming $294 or 3% gross, whichever is greater
4. Recreational Event Commercial filming is a 3rd Party action, and requires written permission from the event manager (BMP).
   a. BLM will accept emails from BMP to Commercial Film – Project Leads.
5. BLM Vending Team will inspect and insure all Commercial film and or photography seen on playa has a BLM SRP or BMP media pass.

      a.  If BLM comes across a project that they believe is commercial in nature, via the BLM's definition even if they have a BMP media pass, BLM Vending team will obtain as much information as possible and report back to the Compliance Supervisor and Compliance & Support Operations Chief to determine if further discussions with BMP media and further follow up is needed.

      b.  The Operation Chief or Compliance Supervisor could bring issues to the Integrated BMP/BLM meetings held at 4:30 pm at JOC.

6.  If further follow up is determined by the Operations Chief and the Authorized Officer, the following actions could be taken:

      a.  Requesting the project cease and desist without any further filming or photography.

      b.  Equipment could be held at the JOC until the event is over.

      c.  Request LE

      d.  LE could take equipment as evidence of "operating without a permit"

7.  Work with BMP's media team after the event to insure all "approved" projects are not commercial.

For further information regarding how BMP approves projects can be found at:

https://burningman.org/network/about-us/press-media/

## CODE OF CONDUCT STATEMENT

**For
Bureau of Land Management,
United State Forest Service,
other Federal Agency staff and
Contracted workers assigned to
Burning Man Event
2019**

All Federal Government and Federal Government related Contracted staff assigned to the 2019 Burning Man Event, Unified Command (UC) operation will be held to a very high standard of personal/professional conduct due to the high public visibility of our mission at the Event.

Only agency approved attire will be worn at all times while working the 2019 Event.

Staff must not engage in any activity that might impair the public's confidence in staff judgment and/or professional abilities or bring discredit to the 2019 Event operation.

Staff will not knowingly commit any act during official business or on personal time that subjects the Federal Government to public censure or adverse criticism. All media inquiries must be forwarded to the on-site PAO.

Staff will abide by all laws, rules, practices, regulations and customs of the Federal Government in the performance of their duties, including those relating to health, safety, traditional media interaction, social media interaction, discrimination and harassment and technical expertise requirements of their position.

Staff at all levels of the UC organization will treat each other, cooperating partners and event participants with courtesy, respect, and dignity.

_Mark E Hall_
Signature

_8 August 2019_
Date

AR03341



BLM/PSCO SIDE OF JOC COMPOUND

2019

AR03342

2019 Burning Man Event

Black Rock Desert NCA

SHEET   1 OF 1

This calendar includes target dates for BRC's build, operation, and break schedule.
Many dates are subject to change based on weather, vendor availability, and other factors.

| 2019 OPERATIONAL DATE | EVENT | TIME | |
|---|---|---|---|
| Thursday, July 25 | Federal Closure Order Phase 1 starts | 12:01 AM | |
| Friday, July 26 | Survey Week START | All Day | |
| Friday, August 2 | Fence Day | All Day | |
| Friday, August 9 | ESD Station 6 Operational START | 7:00 AM | |
| Saturday, August 17 | Main Gate Opens for Work Access | 6:00 AM | |
| Monday, August 19 | Federal Closure Order Phase 2 starts | 12:01 AM | |
| Monday, August 19 | Build Week START | 12:01 AM | |
| Monday, August 19 | Ranger Operations START | 12:01 AM | |
| Monday, August 19 | Box Office @ Main Gate Opens | 12:00 PM | |
| Wednesday, August 21 | BRC 911 Dispatch Operational | 12:00 PM | |
| Wednesday, August 21 | Box Office @ Airport opens | 7:00 AM - 7:00 PM | |
| Wednesday, August 21 | Airport operational | 6:00 AM | |
| Wednesday, August 21 | Rampart Operational START | 7:00 AM | |
| Thursday, August 22 | Ranger/LE Daily Meetings START | 9:30 AM - 10:00 AM | |
| Thursday, August 22 | Ice: Pre-Event Sales begin at Downtown Arctica (6 o'clock location) | 12:00 PM - 6:00 PM | |
| Thursday, August 22 | Tier 1/Daily SitStats START | 1:00 PM - 2:00 PM | |
| Thursday, August 22 | Burner Express Bus Operations START | 10:00 AM | |
| Saturday, August 24 | DMV Pre-Event Mutant Vehicle Inspections - Day and Night | 11:00 AM - 11:00 PM | |
| Sunday, August 25 | Burner Express Air Operations START | 6:30 AM | |
| Sunday, August 25 | Gate Opens | 12:01 AM | |
| Sunday, August 25 | Build Week END | 6:00 PM | |
| Sunday, August 25 | Event Starts | 6:00 PM | |
| Thursday, August 29 | Man Burn Overview with LE - Ranger HQ | 4:30 PM | |
| Saturday, August 31 | Box Office @ Main Gate open 24/7 END | 12:00 PM 8/21- 12:00 PM 9/2 | |
| Monday, September 2 | Event ENDS | 6:00 PM | |

**This calendar includes target dates for BRC's build, operation, and break schedule.**
**Many dates are subject to change based on weather, vendor availability, and other factors.**

| 2019 OPERATIONAL DATE | EVENT | TIME | |
|---|---|---|---|
| Monday, September 2 | Strike Week START | 6:01 PM | |
| Monday, September 2 | Airport Officially Closes | 6:00 PM | |
| Tuesday, September 3 | Tier 1/Daily SitStats END | 1:00 PM - 2:00 PM | |
| Tuesday, September 3 | BRC 911 Dispatch ENDS | 5:00 PM | |
| Wednesday, September 4 | ESD and Rampart Event Operational END | 8:00 AM | |
| Tuesday, September 3 | Ranger/LE Daily Meetings END | 9:30-10:00 AM | |
| Friday, September 6 | Strike Week END | 11:59 PM | |
| Friday, September 6 | ESD Station 6 Operational END | 5:00 PM | |
| Friday, September 6 | GPE: Point 1 Operations End | 6:00 PM | |
| Friday, September 6 | BRC Radio System END | 5:00 PM | |
| Sunday, September 8 | Event Staff move off playa | All Day | |
| Thursday, September 12 | Fence Removal Day | All Day | |
| Monday, September 30 | Closure Order ENDS | 12:00 AM | |
| Tuesday, October 1 | Post Event Site Inspection | 8:00 AM - 12:00 PM | |
| | | | |
| | | | |

AR03344

# The 10 Principles

## A set of commonly understood values reflected in the Burning Man experience

### Radical Inclusion:
Anyone may be a part of Buring Man. We welcome and respect the stranger. No prerequisites exist for participation in our community.

### Gifting:
Burning Man is devoted to acts of gift-giving. The value of a gift is unconditional. Gifting does not contemplate a return or an exchange for something of equal value.

### Decommodification:
In order to preserve the spirit of gifting, our community seeks to create social environments that are unmediated by commercial sponsorships, transactions, or advertising. We stand ready to protect our culture from such exploitation. We resist the substitution of consumption for participatory experience.

### Radical Self-reliance:
Burning Man encourages the individual to discover, exercise, and rely on his or her inner resources.

### Radical Self-expression:
Radical self-expression arises from the unique gifts of the individual. No one other than the individual or a collaborating group can determine its content. It is offered as a gift to others. In this spirit, the giver should respect the rights and liberties of the recipient.

### Communal Effort:
Our community values creative cooperation and collaboration. We strive to produce, promote, and protect social networks, public spaces, works of art, and methods of communication that support such interaction.

### Civic Responsibility:
We value civil society. Community members who organize events should assume responsibility for public welfare and endeavor to communicate civic responsibilities to participants. They must also assume responsibility for conducting events in accordance with local, state, and federal laws.

### Leaving No Trace:
Our community respects the environment. We are committed to leaving no physical trace of our activities wherever we gather. We clean up after ourselves and endeavor, whenever possible, to leave such places in a better state than when we found them.

### Participation:
Our community is committed to a radically participatory ethic. We believe that transformative change, whether in the individual or in society, can occur only through the medium of deeply personal participation. We achieve being through doing. Everyone is invited to work. Everyone is invited to play. We make the world real through actions that open the heart.

### Immediacy:
Immediate experience is, in many ways, the most important touchstone of value in our culture. We seek to overcome barriers that stand between us and a recognition of our inner selves, the reality of those around us, participation in society, and contact with a natural world exceeding human powers. No idea can substitute for this experience.

# Burning Man 2019

## Survival Guide



## Metamorphoses

Black Rock City is built in Nevada's beautiful, remote and inhospitable Black Rock Desert. Burning Man is not a festival. It is an event, a community, and a global cultural movement. In Black Rock City you are responsible for your own survival, safety, and well-being. You are invited to collaborate, be inclusive, creative, connective, and to Leave No Trace. This Survival Guide is **essential reading** for every participant — read it carefully! For more detail, check out the Preparation section of the Burning Man website.

## August 25 – September 2, 2019

AR03345

# The Burning Essentials

You are legally bound to the terms on the back of your ticket.



**1 Participate:** Unlike other events, Burning Man is created by the people who attend — that means YOU!

**2 Leave No Trace:** There are no trash cans in BRC. You must take out everything you bring in.

**3 Portos:** Nothing goes in the portable toilets except human waste and 1-ply toilet tissue. If it wasn't in your body, don't put it in the potty!

**4 Commerce:** BRC is based on a Gifting economy — marketing, product promotion, and commercial activity are not welcome here. See pages 4, 5, & 12.

**5 Transit:** Walking and bike riding are the chosen modes of transit in Black Rock City. Except for public agencies, specially-marked service vehicles and those licensed by the Department of Mutant Vehicles, NO cars, motorcycles, motor-scooters, ATVs, golf carts or go-carts are allowed to drive in our city or on the open playa around it. See page 7.

**6 Personal Safety:** The Black Rock Desert is a harsh and challenging environment; you are responsible for your own safety. Nights on the playa are dark — illuminate yourself, your bike, and your artwork. See page 11.

**7 Fire:** Participants using fire effects or burning their artwork must follow our Fire Art Safety Guidelines. Structures must be 20 feet from anything burning (including burn barrels). Aerial flares, rockets, explosives and fireworks are prohibited. Keep at least one ABC fire extinguisher in a central, visible location in each camp and one in each camper or trailer. No fires of any kind are allowed on the unprotected playa surface. See page 9.

**8 Sound:** Be a considerate neighbor! Large-scale sound zones are along the 2:00 & 10:00 streets. Mutant Vehicles with sound systems must follow the Sound Policy. If you don't, Mutant Vehicle operators may lose their MV license and the right to drive the vehicle for the rest of the event. See page 15.

**9 Laws:** The Black Rock Desert is federal land, and Black Rock City is subject to local, state and federal laws, including those relating to controlled substances. The U.S. Bureau of Land Management (BLM) and Pershing County Sheriff's Office patrol BRC. You risk being cited, arrested and/or evicted if you break the law. Burning Man Project does not promote or condone illegal activity of any kind. See page 16.

**10 Firearms & Lasers:** The possession of firearms (including BB guns, air rifles and paintball guns) is prohibited in Black Rock City. Hand-held lasers are also prohibited.

**11 Tickets & Vehicle Passes:** Participants MUST purchase vehicle passes and tickets prior to arrival. All vehicles driven into Black Rock City must display a valid vehicle pass. All tickets are subject to the 9% Nevada Live Entertainment Tax. If you need to make a payment on-site, please be prepared to do so with a credit card. Will Call closes on Saturday, August 31, at noon.

**12 Event Entry:** Our Gate opens at 12:01 am Sunday, August 25. No one under 18 will be admitted without a parent or guardian. Anyone caught harboring stowaways faces citation, ejection from the event, and/or having their tickets voided.

## Black Rock City Belongs To All Of Us

You did it!
You're going to Black Rock City!
Being a citizen of Black Rock City means engaging and investing in the experience you create for yourself and those around you.

AR03346



# Arriving



FOR MAP & DIRECTIONS TO BLACK ROCK CITY, SEE THE BACK COVER.

MAKE SURE YOUR VEHICLE (AND WHATEVER YOU ARE TOWING) HAS A CURRENT REGISTRATION STICKER, AN UNOBSTRUCTED REAR LICENSE PLATE, WORKING HEADLIGHTS, TAIL LIGHTS, A LICENSE PLATE LIGHT, AND BRAKE LIGHTS. HAVE A VALID DRIVER'S LICENSE AND CURRENT INSURANCE.

## When You Arrive

The speed limit on Gate Road is 10 MPH. Speeding causes traffic stops, citations, deep ruts in the playa, and dust, which is a safety hazard. Tune in to Gate Advisory Radio Station 95.1 FM for Gate updates (BMIR at 94.5 FM for event info).

Tickets will not be sold at the Gate. If you are at the Gate without a ticket and you do not have one held for you at Will Call at the Box Office, you will be told to leave or risk citation from the BLM. If you don't have a ticket, do not show up at the event or in Gerlach looking for tickets.

All vehicles except motorcycles, require a vehicle pass. These need to be purchased and displayed in your windshield ahead of time. Go to the vTicketing website for more info.

Stay in your vehicle. If you need to go to the Box Office to pick up a Will Call ticket, your entire vehicle must go with you. Don't risk losing your friends (yes, it happens).

All lanes have access to the Will Call parking lot for Box Office. About 1/4 mile before you reach the Gate, you will come to a set of small kiosks. There will be Gate staff here to direct you to the Will Call lot if you or someone in your vehicle needs to pick up a Will Call ticket at Box Office. Return to your vehicle and proceed to the Main Gate.

For everyone's safety, do not drive faster than 5 MPH while inside the Will Call lot and the Main Gate areas.

## No Early Arrivals

If you arrive in the hours before 12:01 am on Sunday, August 25, please DO NOT wait on the side of the road along Hwy 447, CR 34 or in Gerlach or Empire. Your best option is to proceed down Gate Road and park in the Staging Lot. This will give you an opportunity to rest, stretch your legs, retrieve Will Call tickets from the Box Office, ponder the vagaries of life and meet your neighbors. You will not be penalized for arriving early. (You also don't get in any earlier.)

Before the Gate officially opens, a special Strike Team is dispatched to open up extra lanes to process vehicles in the Staging lot. This highly experienced team of Gate staff will quickly check your tickets, search your vehicle, and route you back onto Gate Road.

Please remember that you will need to drive again before you arrive in Black Rock City, and that law enforcement patrols Gate Road.

## Prohibited Items

### You may be denied entry if you bring any of the following:

Explosives, aerial flares, rockets and fireworks

❧

Firearms of any kind including BB guns, air rifles and paintball guns

❧

Hand-held lasers (all other lasers must be registered

❧

Items that cause MOOP: wood chips, loose feathers, tubs of confetti, etc.

❧

Anything that will break up and/or blow away in the wind

❧

Unregistered Mutant Vehicles

❧

Plants, living or dead

❧

ATVs and scooters

❧

Motorcycles that are not a participant's transportation to BRC

❧

Animals

## Cultural Course Correcting

Recent challenges are threatening the fabric of our community: people using photos from Black Rock City to promote products and businesses, exclusivity on mutant vehicles and in theme camps, issues with Matter Out of Place (MOOP), and participants showing up not prepared to live in a harsh desert environment or not prepared to contribute.

We must work together to preserve and protect the ethos that defines Burning Man and sets it apart from music festivals and other mass-produced events. Whether it's your first time in BRC, or you haven't gotten the playa dust out of your fun fur coats from the past 20 years, **we need your help.**

The future of the event depends on this, and on you. Do your part!

## Put Your Phone Away

Immediacy is one of the 10 Principles and key to the Burning Man experience. We seek to remove barriers that stand between ourselves and what's around us, including our fellow citizens and the natural world. In today's highly connected world, we can all benefit from taking one week to unplug and **be fully present.**

**1** FIND A WAY TO CONTRIBUTE.  **2** COME PREPARED.  **3** BE KIND TO YOURSELF AND OTHERS.  **1** LEAVE

AR03347



LIKE ANY
METROPOLIS, BLACK
ROCK CITY HAS

ESSENTIAL
INFRASTRUCTURE &
COMMUNITY SERVICES.

# BLACK ROCK CITY INFRASTRUCTURE

## ON PLAYA RESOURCES

### ICE

Ice is sold at Arctica in Center Camp, and in the 3:00+G and 9:00+G plazas on G. During the event, Monday to Saturday hours are 9 am to 6 pm, Sunday noon to 6 pm and Exodus Monday in Center Camp only from 9 am to noon. Ice is available in crushed or blocks for $4/bag. Pre-event, ice is available at two locations. Center Camp Arctica: Thursday through Sunday from noon to 6 pm. Ice 9 (9:00 and G): Saturday and Sunday pre-event from noon to 6 pm.

### LAW ENFORCEMENT

If you need law enforcement assistance please wave down a patrol unit, find a Black Rock Ranger who will help you contact law enforcement, or visit the law enforcement substation at 5:15 and Esplanade. The station is open 24/7 during the event and is staffed by BLM and the Pershing County Sheriff's Office.

### INFORMATION

Playa Info in Center Camp is staffed by knowledgeable volunteers ready to answer your questions 9 am to 6 pm, unless otherwise posted. You can use the Playa Info Directory 24/7 to register yourself and your camp location and look up friends, or find and post theme camp locations, event schedules, rideshares, services, and information. **Note: there is no Internet access.** Playa Info's large BRC map shows theme camp locations, and bulletin boards are available for posting events, messages, and general information.

### EARTH GUARDIANS

Earth Guardians inspire Burners to embrace Leaving No Trace and live more sustainably on and off the playa. If you have questions about sustainable camping or the Black Rock National Conservation Area, visit Earth Guardians on the Esplanade or check out their website at www.earthguardians.net.

### CRISIS INTERVENTION SERVICES

Black Rock City can be a hyper-stimulating place. If you're feeling overwhelmed, trained counselors from the Zendo Project and the Green Dot team of the Black Rock Rangers are there to support you. If it's a crisis, the Emergency Services Department's Crisis Intervention team is there, too. The Zendo Project facilities are entirely run by participants and are located at Esplanade and 5:45, between Rangers and BMIR.

### BMIR 94.5 FM

Burning Man Information Radio (BMIR) 94.5 FM broadcasts travel, emergency and general information, and community programming 24 hours a day. BMIR will also be available on mobile devices via iHeartRadio.com, providing traffic reports at the top of the hour during entry and Exodus. Stop by BMIR between 12 pm and 4 pm daily to record promos for your events and happenings... tell the city what you're up to!

### EMERGENCY MEDICAL SERVICES

Black Rock City Emergency Services Department (ESD) personnel wear yellow shirts labeled "Emergency Services" and feature the ESD logo on their uniforms and vehicles. They provide BRC with firefighting, emergency medical, and crisis intervention services. ESD is not part of any law enforcement or outside agency. Medical Stations are located on the Esplanade at 5:15, behind the plazas at 3:00+C, 9:00+C, 4:30+H, and 7:30+H, and out on the playa between the Temple and the Man.

### DON'T SHIP PACKAGES TO THE BURNING MAN OFFICE IN GERLACH

If you need a package delivered to Gerlach via USPS, you can send it via General Delivery, Gerlach, NV 89412. Burning Man has no way to deliver USPS, FedEx, or UPS packages to participants on playa. Any participant packages sent to the Gerlach Burning Man office or post office box will be returned.

Lost & Found does not accept bikes! Please leave them where you found them. After the event, whether you have lost or found something, email lostandfound@burningman.org.

AR03348



# Burning Man
# 365
## Days a Year

The nonprofit Burning Man Project supports and nurtures participants around the world who engage in initiatives and projects inspired by the Burning Man ethos and the 10 Principles. To learn more about Burning Man Project, Burners Without Borders, Fly Ranch, and the Burning Man Regional Network, vist the Everywhere Pavilion near 6:20 on the Esplanade (space shared with the ARTery).

## Lost & Found: Label It!

The best way to increase the chances of having a lost item reunited with you is to mark your possessions, especially your cell phone, with your name, phone number, email address, and camp location. Take a picture of your contact info and leave the image on your camera or cell phone. If you find something in Black Rock City, bring it to Lost & Found at Playa Info.

## Volunteering

Volunteering is a great way to step up your participation, and there are ample opportunities to get involved. Visit the V-Spot in the Center Camp Portal to learn more.

## Press & Media

Any commercial, editorial, or otherwise non-personal use of photos, video, or sound recordings is not permitted without prior written permission from Burning Man Project. All media professionals with intent to distribute content publicly (including art galleries, publications, or blogs) must register as professional media prior to the event and check in at Media Mecca. Participants sharing images for personal use are not required to register, but still must adhere to the Photo and Video Rights & Responsibilities and Burning Man Project's ticket terms and conditions. Questions? Visit Media Mecca at Center Camp, burningman.org/press or write press@burningman.org for more info.

## Center Camp Cafe

The Café is our community gathering space. Coffee, tea, and other nonalcoholic beverages are available for purchase, and your fellow citizens provide a wide variety of on-stage entertainment. It's always a bustling place, 24 hours a day with beverages available from Sunday at 7 pm through Monday at 11 am!

## Airport & Pilot Policies

Black Rock City Municipal Airport is a temporary, private airport (FAA identifier 88NV). The Airport is operational from 6 am to 6 pm daily during the event. Passenger drop-offs and pick-ups are prohibited except by Mutant Vehicle or Airport Shuttle. Do not drive your vehicle to the Airport. Do not leave bikes at the Airport. To find the Airport, take 5:00 to L and follow the signs toward Point 5. Pilots wishing to fly to BRC must land at 88NV and comply with all Airport rules. All pilots must pre-register at airport. burningman.org. All aircraft occupants must have a valid Burning Man ticket and pay the $60 per-person airport use fee. Will Call tickets can be picked up at the Airport between 7 am and 7 pm.

## Telephone Service

In the interest of Immediacy (see the 10 Principles), cell phone and internet use is highly discouraged in BRC. Limited cell service and public telephones are available in the town of Gerlach, 12 miles away.

## Burn Gardens

Metal platforms for burning wood are located at Esplanade and 3:00, 6:00, and 9:00. From Sunday, September 1, at 10 am through Tuesday, September 3, Gardens will be available for wood burning as well as donations of new and unused lumber. Wood only! No burning cardboard, paper, compost, recycling, or trash. Burning toxic and/or synthetic materials such as couches, stuffed furniture, rugs, PVC pipes, etc. is prohibited by law.

## Recycle Camp

Pre-crush and sort your empty aluminum cans into a mesh bag (so they dry out!), then bring them to Recycle Camp between 9 am and 5 pm, Monday through Sunday, directly behind the Center Camp Café at 6:00. Come ride the CRUSHINATOR, our state of the ART bicycle-powered aluminum can crushing machine. Come by early (don't wait until the last day!), come by often (we have great fun!), but by all means come before 5 pm Sunday, or you'll have to pack them out yourself. No plastic, tin, or steel please. All proceeds donated to Gerlach schools.

## Carpooling

Looking for transportation to the event? Consider carpooling and ride-sharing. Carpooling is a great option for those with extra space and is an easy way to share costs. Burner Express buses come from Reno and San Francisco directly to the playa. Visit burningman.org/travel.

## In and Out Fee

Casual traffic in and out of BRC is strongly discouraged. Participants who leave and return are required to pay a $20 per person fee.

## It's Your Task to Ask!
It is your responsibility to ask for consent before taking a photograph.

AR03349

# Black Rock City Plan



Street labels (radial, from outer to inner): LABYRINTH, IKONOS, ICARUS, HYACINTH, PANTHER, FORTUNA, ECHO, DIANA, CUPID, BACCHUS, ANDROMEDA, ESPLANADE

Clock positions (left side): 10:00, 9:45, 9:30, 9:15, 9:00, 8:30, 8:00, 7:30, 7:00, 6:30

Clock positions (right side): 2:00, 2:15, 2:30, 2:45, 3:00, 3:30, 4:00, 4:30, 5:00, 5:30, 6:00

CENTER CAMP

ROD'S RING ROAD

WALK-IN CAMPING AREA (2:30)

WALK-IN CAMPING AREA (4:30)

## 2019 City Plan

BRC consists of the main camping area formed by a series of concentric and radial streets, and an "open playa" reserved for art installations. BLM establishes a buffer zone on the playa around the event site — no camping is allowed in this area. The 2019 BRC plan is available at burningman.org/event/black-rock-city-guide/. You will receive a BRC map at Greeter's station when you arrive.

## Plazas

Plazas are located at 3:00, 4:30, 7:30 & 9:00 on B + G Streets, and on I Street at 6:00. These are mini civic centers and public gathering spaces with art installations, encircled by creative and inviting theme camps and service camps. Emergency Services are located behind the plazas at 3:00+C, 9:00+C, 4:30+H, and 7:30+H, and Black Rock Ranger Outposts are located behind the 3:00 and 9:00 plazas. Arctica ice sales are stationed at 3:00+G and 9:00+G plazas.

## Walk-In Camping

A large area past L Street between 2:00 and 5:00 is reserved for walk-in camping. Camp without cars! No vehicles or RVs are allowed. You must leave your vehicle along L street and carry your belongings to your chosen spot. The sheer difficulty of this exercise keeps Walk-In Camping sparsely populated, and your efforts will be rewarded with a sense of solitude unavailable in other parts of the city.

## Porta-Potties

Banks of porta-potties can be found throughout the city on radial streets on the blocks between C & D and H & I. The exceptions to this are 6:00, which has banks between F & G, and I & J, and 3:00 and 9:00, which have banks between D & E. There are also banks on the open playa on either side of the Man along 2:00 and 10:00, and out by the Temple. To help you find potties in your time of need, they are marked by solar-powered light poles topped with blue lights.

AR03350



# GETTING AROUND

Black Rock City is a walking and bike-friendly community. You must park your vehicle at your campsite and leave it there while you are in Black Rock City. Only public agency vehicles, specially marked BRC department service vehicles, and vehicles licensed by the Department of Mutant Vehicles (DMV) are allowed to drive in Black Rock City or on the open playa. Any non-mutated vehicles intended for recreational driving, including motorcycles, large scooters, golf carts, and ATVs, are NOT permitted and will be impounded at the Gate.

## MUTANT VEHICLES & THE DMV

Mutant Vehicle drivers, and those requiring a Disabled Persons Vehicle license, must pre-register with the DMV. Mutant Vehicles must meet certain criteria to be licensed. All registrations take place pre-event. You are required to show your acceptance letter to Gate staff upon entering BRC. Those not pre-approved will not be let into BRC! Mutant Vehicles must also comply with the Sound Policy posted on the Burning Man website.

## DRIVING SAFETY

The speed limit in BRC is 5 mph at all times — that's reeeaaaallly slow. Pedestrians and bicycles have the right of way over motor vehicles. Mutant Vehicle artists, operators, and passengers must comply with safety standards, including physical and mechanical integrity of vehicles and adherence to driving rules. **Passengers may only get on or off a vehicle that is completely stopped.** Vehicles are prohibited from driving on: the Esplanade, A Street, the promenades from the city to the Man and the Temple, and inside the perimeter around the Man.

## ELECTRIC-ASSIST BIKES

Electric-assist bikes are allowed on playa, but you must obey the 5 mph vehicle speed limit and they must conform to all specifications of Nevada state law.

## PERSONAL TRANSPORTATION VEHICLES

Personal Transportation Vehicles are subject to the same rules as any other motorized vehicles, including the 5 mph speed limit and use of front and rear lights at night. BLM Rangers will issue citations for noncompliance. Please review the complete list of allowed and disallowed vehicles on the Burning Man website.

Powered vehicle not on the "Allowed PTVs list" may not be brought to Black Rock City. This includes many electric or gas scooters. If you bring a disallowed PTV to Black Rock City, you will be required to take it off playa before you will be allowed to enter. If a disallowed PTV is found inside the city, you will be required to take it off playa. Operating a disallowed PTV at Burning Man can result in the vehicle and its owner being ejected from the event.

## MOTORCYCLES

Motorcycles are only allowed in Black Rock City if they were your sole means of transportation to BRC, and must be parked at your campsite for the duration of your stay. Participants bringing motorcycles that aren't their sole means of transportation will be asked to turn around at the Gate.

# HAPPY BICYCLING

Bikes are an integral part of our culture. Our city was designed for walking and biking. The playa is very dark at night and there are many riders. Light your bike to avoid injuring yourself and others. Please do not bring bikes, chairs, or large coolers to the larger burns, where they can pose a serious hazard.



## LOCK & DECORATE YOUR BIKE!

If you don't want your bike stolen on the playa, always lock it wherever you leave it. The only bikes that should never be locked are green Community Bikes. Never lock your bike to guy wires on the Café, art pieces, or any other structures. This is a safety hazard and may disrupt performances and scheduled burns.

Your bike is much less likely to be "borrowed without asking" if you decorate it. Make sure decorations are securely affixed so they don't become MOOP.

AR03351



# Leave No Trace

## THE BLACK ROCK DESERT IS A PLACE UNLIKE ANY OTHER

— a wide expanse of possibility set in the heart of one of the most scenic, culturally rich, scientifically important and yet least-known public lands in the country. The Black Rock Desert-High Rock Canyon Emigrant Trails National Conservation Area is part of the nation's prized National Conservation Lands, a special designation given by the U.S. Government. We are grateful for this stunningly beautiful location and are equally committed to respecting and protecting this special place.

**Burning Man is the largest Leave No Trace (LNT) event in the world.** There is no garbage collection service in BRC. It is up to all of us to remove all Matter Out of Place (MOOP) from Black Rock City. Our permit with BLM allows us a short period of time to restore the playa to its original condition. We can only satisfy BLM stipulations and pass inspection if ALL citizens share the responsibility to line-sweep their camps and the city.

Burning Man has a volunteer-led environmental compliance and LNT outreach team. This group of Earth Guardians and Black Rock Rangers educates and helps participants fix common environmental issues such as vehicle oil leaks and wastewater spills. **Help us help you.** If our team finds an issue, you'll be given a limited amount of time to fix it. You may face a citation or eviction if you don't address oil and wastewater spills. If you need help, visit the Black Rock Rangers and Earth Guardians.

## Plan Ahead To Leave No Trace

✳ The following items are most likely to become MOOP: loose glitter, feathers, Astroturf, styrofoam coolers, plastic bags, paper, string, disposable drink cups, hay bales, straw, gravel — or anything that can blow away in the wind.

✳ If you must buy single-serving drinks, choose aluminum cans over glass bottles. Aluminum cans can be recycled at Recycle Camp.

✳ Carry a MOOP bag everywhere you go — to deep playa, art pieces, dance floors — LNT applies to the entire playa, not just your camp.

✳ If you smoke, bring a mint tin to collect cigarette butts and ashes (yes, ash is MOOP).

✳ Kitchens, construction areas and workspaces generate the most MOOP. Packing a tarp to lay down in those areas can save a lot of clean-up time.

✳ Rope and other tie downs are required for securing everything in your camp and for strapping anything on top of your vehicle for the trip to or from the playa.

✳ A plastic milk or water jug with a handle is ideal for collecting MOOP around your camp (which you should do throughout the week).

✳ Showers are great on the playa, but remember to bring a small inflatable swimming pool or other water containment device. Shower water is gray water and not allowed to hit the playa.

✳ Don't want to haul gray water home? You have options! The Playa Living section of our website has great ideas for properly dealing with gray water.

✳ Want more tips? Check out the Earth Guardians' tips for keeping Burning Man clean and green.

AR03352





## Prevent MOOP

✳ Never let it hit the ground! Don't leave cigarette butts, ashtrays, bottles or cans lying around where they can blow away.

✳ Manage waste throughout the event. Sort your trash. Crush your cans. Separate food waste and dry it in a mesh bag in the sun.

✳ MOOP attracts more MOOP. If you see trash on the ground in BRC, pick it up — the dust quickly makes it hard to spot.

✳ MOOP sweeps. Get your campmates together and line up everyone arms-width apart along your camp boundary and walk from one side of the camp to the other, picking up any MOOP you see along the way. Do this before you set up camp, during and after the event. Your area should look cleaner than when you got there.

✳ WOOD IS MOOP! Wood is the #1 MOOP issue in Black Rock City. Wood from sawdust, splinters, wood debris and firewood bark poses a major MOOP problem. Lay down a tarp or rug under your wood cutting stations and firewood storage areas.

✳ If you plan to use a burn barrel, bring a shovel and metal containers to scoop up and remove ashes. All burn barrels must be elevated 10" off the playa surface to prevent burn scars.

## Before You Leave

✳ Line-sweep your camp. Walk shoulder-to-shoulder with your campmates and clean your campsite in a grid pattern. Pick up EVERYTHING. Use a magnet bar or a rake to go over your entire camp and conduct a final sweep.

✳ Community Clean-Up. As a citizen of BRC, we ask you to join your neighbors on Sunday and Monday after the Burn for two hours of community MOOPing in addition to your own camp clean up. Pick a well-traveled area. The Earth Guardians in Center Camp can direct you to a cleanup project.

✳ Cover and secure your load! Pack carefully and make sure trash and other items do not blow off and litter our highways.

## On Your Way Home

Leave No Trace does not end when you hit the pavement. **Do not dump your trash in neighboring communities!** See page 19 for waste and recycling locations.

### Environmental Stewardship

Burning Man Project believes in protecting the environment and making the event more sustainable, and we need your help to make that happen! Think of ways to lessen your camp's impact BEFORE you get to Black Rock City. De-MOOP your stuff, conserve fuel, use solar-powered batteries. The Leaving No Trace section of the Burning Man website is a treasure trove of tips for practicing the six R's: Rethink, Reduce, Reuse, Recycle, Respect and Restore! Visit burningman.org/event/preparation/leaving-no-trace/greening-your-burn/.

# On Playa

## Check Under Your Vehicle for Oil Leaks

Engine fluid leaks are common, especially in older vehicles and RVs. Check under your vehicle daily. If your vehicle is leaking, use a drip pan, tarp, rug, plywood, or anything that can be secured to the ground to catch the fluids.

## Waste Water

If you have a wastewater spill and the contaminated playa fits in a five-gallon bucket, dig up the soil and dispose of the bucket's contents off site. If it's too much for a bucket, call a Black Rock Ranger to contact our Hazmat team to help remediate the site.

## Burn Scars

A burn scar is a discoloration of the surface soil due to fire. They can last for years and bumps, which are hazardous to vehicles. It's your responsibility to prevent them. Never start a fire directly on the playa surface. BLM will issue a citation. A fireplace, burn barrel, or BBQ may be used for small fires.

## Burning Art

We love fire at Burning Man, but we must burn safely. Whether you want to have a burn barrel, plan to burn your artwork, or want to incorporate flame effects in your artwork or Mutant Vehicle, you must follow our Fire Art Safety Guidelines (posted on the Burning Man website). If you intend to burn your art installation, you must register with the Art Department and the Fire Art Safety Team (FAST) prior to arriving at the event.

## Fuel Storage Safety

Protect the playa from fuel spills. Fuel expands with heat so never fill your fuel containers past 80%. All containers, regardless of size, must be stored within "secondary containment" basins. These basins must be capable of holding 110% of the volume of the largest single fuel container stored within it. Participants using fuels in an art installation or storing fuel in camp must comply with best practices: burningman.org/fuel-hazmat. Questions about fuel? Contact fuelsafety@burningman.org.

## Digging Holes

Do not dig holes in the playa larger than six-inches wide and two-foot deep. Holes erode within a year's time, even when carefully back filled, leaving a visible mark and creating a safety hazard to drivers. Use an auger or a post hole digger instead of a shovel. Bag the dirt so it doesn't blow away. Refill the hole by tamping the soil back into place (an inverted sledgehammer works well). Repeat this process every few inches while dampening the soil.

## Historical Artifacts

The collection, excavation, or vandalism of archaeological artifacts is prohibited on public lands. If you find something that appears to be an authentic artifact, contact a Black Rock Ranger.

**AR03353**




# Surviving In Black Rock City

## The Elements

### Beating the Heat (& Cold)

The Black Rock Desert is a huge, flat, prehistoric lakebed, composed of a hardpan alkali, ringed by majestic mountains. Daytime temperatures routinely exceed 100°F, with extremely low humidity. Because the atmosphere is so dry, you may not feel particularly warm, but you'll be steadily drying up. Lip balm and lotion are your key to comfort. At nearly 4,000 feet above sea level, your skin will burn much faster and more severely than at lower elevations. Apply sunscreen every morning and repeat as needed. Have some kind of shade for your camp and consider laying low during the hottest part of the day. When the sun drops over the horizon, temperatures can quickly plummet 50 degrees. Overnight lows can be in the 40s, so bring warm clothing and a good sleeping bag.

It takes nearly everyone a day or so to adjust to the desert climate. Don't be surprised if you spend your first day feeling queasy and cranky. DRINK WATER!

Consuming alcohol, caffeine or other drugs increases risk of dehydration. Dehydration can cause headaches, stomach cramps, abdominal pains, constipation, flu-like symptoms, and mood swings, and makes it difficult for the body to recover. If someone complains of these symptoms, or shows signs of either severe overheating or a case of chills under the midday sun, get them to shade immediately and seek prompt medical help. (See page 4 for locations and info.)

### White Outs

The playa can be subject to sudden bouts of fierce, unpredictable weather. Storm cells may bring high winds, lightning and rain. Dust storms prowl the playa and can produce instant whiteouts. The desert wind can whip up to speeds exceeding 75 mph in an instant, picking up everything in its path — tents, chairs, card tables, ice chests, you name it. Weight the interior corners of your tent. Rebar makes excellent stakes but the ends must be capped or bent into a candy-cane shape to prevent foot or leg injuries.

If you're caught in a whiteout:

❊ Seek immediate shelter. Now's the time to use that dust mask and goggles you brought.

❊ If you're far from shelter, sit down, turn your back to the wind, cover your face with your shirt and wait.

❊ Be alert for moving vehicles.

❊ If you are driving a vehicle, stop and wait for the whiteout to pass. You will not be able to see where you are going and could injure yourself or others.

### Water

You must bring your own water! You will need 1.5 gallons of water per person per day for drinking, washing, and cleaning. Always carry a full water bottle when you leave camp. Public pools and showers are not permitted. Water for private use that entails full-body immersion or consumption must be potable and come from Nevada State Health Division approved water sources.

### Rainstorms

Sustained rainfall or prolonged whiteout conditions are uncommon, but you should be mentally and physically prepared for both. Bring a bucket (in case the porta-potties are out of commission), pack for cold weather, bring all the food/medicine you need, bring a battery or solar-powered radio. BMIR (94.5) broadcasts news and announcements at the top of the hour.

If rain is headed our way:

❊ WALK back to your camp and batten it down. Do not drive or ride your bike; playa mud will immediately clog wheels and gears.

❊ Protect food, medicine, bedding, and clothing by moving them to a safe, dry, elevated place.

❊ Stay off scaffolding, art projects, and the tops of vehicles and trucks.

❊ Cover or secure anything electrical.

❊ Use wood blocks to elevate power connections out of standing water, and seal connections with electrical tape.

❊ Don't operate generators or other electrically powered tools that are standing in water.

❊ Check with your campmates and neighbors to make sure they're prepared

❊ Absolutely no driving in wet areas except for emergency vehicles.

### Lighting Yourself at Night

The playa is dark at night, and it's very easy to run into people or things you can't see, like unlit art installations, pedestrians, and bikes. Imagine being the driver of a Mutant Vehicle trying to navigate safely around the playa and there you are. Walking or riding around with no lights is NOT SAFE. Light yourself, your bike, your art, and your belongings. Weak glow sticks and bracelets don't cut it and become instant trash and potential MOOP.

AR03354

# Personal Survival Checklist

## You Must Bring

- Your ticket or photo ID and confirmation number for Will Call pickup
- 1.5 gallons of water per person per day
- A reusable water bottle
- Food & beverages
- An extensive first-aid kit
- Sunscreen/sunblock & sunglasses
- Warm clothing
- Particle/dust mask
- Goggles to protect eyes during dust storms
- Rope or tie-down straps
- Emergency toilet: bring a five-gallon utility bucket with lid and garbage bag liners (doubles as a MOOP receptacle while MOOP walking your camp)
- Hand sanitizer

- Garbage and recycling bags, and tools to clean up your camp
- Duct tape — you'll find a need for it, guaranteed
- Flashlights and spare batteries (headlamps are useful)
- Lights for your bike and your person
- A good camp tent or other shelter and warm sleeping bags and bedding
- Portable ashtrays if you smoke (e.g. mint tin that closes securely)
- Prescriptions, contact lens supplies (disposables work great), and anything else you need to maintain your health in a remote area with no services
- Fire extinguishers
- Common sense, an open mind, a sense of humor and a positive attitude

 

## You Should Probably Bring

- Shade structures, parasols, something to break the midday sun
- A wide brim hat (a chinstrap is useful in the wind)
- Cooking stove if you expect to heat food or liquid
- A bicycle (mountain bikes or cruisers with balloon tires are best)
- A bike lock (tag your bike with name, playa address, email and/or phone information)
- Bicycle tire repair kit, pump, spare parts and extra tubes
- Portable shower with a drain system to collect gray water
- Lotion, lip balm and earplugs (not everyone will want to sleep when you do!)

- Watertight protective bags (e.g., heavy zip-type) for cameras and electronic gear
- Costumes, musical instruments, props, decorations, and anything that might make the experience more fun for you and your playa neighbors
- A battery-powered AM/FM radio so you can listen to BMIR radio and stay informed
- Camp marker (flag, banner, distinctive marking)
- 12" tent stakes (rebar is cheap and effective in high wind)
- Plastic bottles or tennis balls to top and protect dangerous rebar stakes
- Extra set of car keys (keys are easily lost, and there is no locksmith in BRC!)
- A reusable travel coffee mug

AR03355



# How To Be a Good Citizen of Black Rock City

## Contribute

**Burning Man is not a festival. Burning Man is a community.**
A temporary city. A global cultural movement based on 10 practical Principles. We don't book acts or provide entertainment. What happens here is up to you! Commercial activity, including branding and marketing, is not allowed. You are entering a "decommodified" space that values who you are, not what you have. Black Rock City is not the place to increase your online following or generate media attention for your ideas, your business, or yourself. You are expected to collaborate, to be inclusive, creative, and connective, and to clean up after yourself. Participate actively as a citizen of Black Rock City.

## Commerce & Concessions

The sale of products and services by participants is strictly prohibited. The sale of handmade items and food is also not allowed. There is no participant vending. Bring what you need. Confront your own survival. This is not a consumer event.

## Logos & Branding

Black Rock City is a decommodified zone where branding is not welcome. Advertising? Hell no. Launching a product? Not in Black Rock City. Burning Man is not a place to promote  your business, website, or product. Got a van from work with logos? Cover it up. Got a rental truck or RV? Alter the logos. Taking pictures of a product on playa to promote it online? Not okay.

## Children & Families

Since the first burn on Baker Beach in 1986 Burning Man has been a family affair. Kids are an important part of our culture in BRC and around the world. Parents are responsible for their children's well being at all times. If a child goes missing or you encounter a lost child, alert a Black Rock Ranger. Always be respectful and aware of the presence of children in BRC. "Kidsville" is a large camp for families located at 5:00 between E & G. If you are interested in camping with Kidsville, learn more at www.kidsville.org. If you are not a family-friendly camp, please locate yourself far away from it. For more info, contact kids@ burningman.org and check out our Survival Guide specifically for families on our website.

## Don't Steal Street Signs

In the case of an emergency, street signs are critical for navigating Black Rock City. Participants also count on them to find their way around. **All signs must remain in place through the Temple burn on Sunday night.** Seriously folks, we need your help stopping the rampant theft of street signs. If you see this happening, say something — this is your city!

## Dogs & Other Animals

Dogs are not permitted. If you show up with your dog, you will not be admitted to the event. This restriction is for the well-being and safety of participants and their four-legged friends. Black Rock City is a loud, tumultuous, and scary place for any animal — do not bring them with you.

## RVs

There is no recreational vehicle dumping station in Black Rock City, and you may not dump on the playa. BLM issues citations for dumping or leaking gray or black water. You are responsible for preventing and remediating leaks. Catch leaks immediately with a five-gallon bucket. There is no location for scheduling RV servicing. If you see a truck designated "RV servicing," you can flag it down. Many trucks are servicing infrastructure and not RVs, so be sure to look for the sign. The only vendor authorized to provide cash sales of pumping services is United Site Services. Note: pumping services only include removal of gray and black water — not a potable water fill. Use only one-ply toilet paper.

AR03356



## Cameras in BRC



As a condition of entry to BRC, participants agree not to interfere with the experience of others and to ask permission before photographing or recording anyone. Images from BRC may not be used for any commercial, promotional, editorial, or otherwise non-personal reasons without registering as professional media and receiving permission from Burning Man Project.

Burning Man Project limits media permitted at the event to protect participant privacy and prevent our culture from exploitation. All permitted professional media are credentialed and their cameras tagged with a unique Media ID #. If someone is being disrespectful with a camera, record their Media # and bring it to Media Mecca (at 10 o'clock on the inner ring, across from Center Camp Café). If they do not have a Media Tag, find a Black Rock Ranger immediately. If you find a picture of yourself or your images from Black Rock City being used without your permission, contact press@burningman.org.

## Protect Your Belongings

Secure your valuables, especially on Burn night. Consider locking valuables in your car. Take pictures of your valuables, record serial numbers, and report them missing immediately; police can't easily investigate otherwise. (Tip: Make two spare door keys — hide one and carry one.) Introduce yourself to neighbors and local Black Rock Rangers. Work together to keep your neighborhood secure.

## Personal Boundaries

Black Rock City can be an erotically charged environment. You can help prevent sexual harassment and assault while ensuring sex-positive free expression thrives. Know and express your boundaries. Ask about and respect the boundaries of others. Look out for each other, including anyone you encounter who might be in distress. If you see behavior that concerns you, contact a Black Rock Ranger.

## Your Well-Being

BRC is not immune to the potential dangers of drug and alcohol use and misuse. Burning Man and its partners in health and safety, including law enforcement, believe in the importance of harm reduction. Here are some things to remember:

- Always be hydrating. Bring your own water wherever you go and be sure to get enough electrolytes.
- Get enough sleep.
- Eat healthy, nourishing food.
- If you don't know what's in something, it's best not to drink or eat it.
- There have been isolated incidents of intentional dosing with intent to assault — sometimes referred to as "date rape." Participants should be aware of this and exercise appropriate caution.

- If you feel like you've been dosed, seek help immediately.
- If you see someone who appears to be overly intoxicated, ask them whether they need help.
- If you or someone around you needs help, seek out a Black Rock Ranger, medical personnel, or law enforcement officer. They are there to ensure your safety and will assist you.
- Volunteers from the Zendo Project and the Green Dot team of Black Rock Rangers are trained to help people going through challenging emotional processes. Both groups offer safe spaces in BRC. Seek them out.

## Consent

**Consent is the cornerstone of a healthy community.** Whether it's a potential sexual encounter, physical touch of any kind (including hugs), taking someone's photo or recording them, offering a gift, or anything requiring permission that will radically alter the experience of another person, **you are responsible for getting verbal consent before engaging.** It is neither ethical nor acceptable to proceed without that person's awareness and clear consent. Period. An impaired person cannot give consent. "Silence is not consent." Black Rock City citizens are encouraged to understand and help others understand the importance of consent. For more info, visit www.bureauoferoticdiscourse.org.

AR03357



# Your Role in the Survival of Black Rock City

While there are an infinite number of things you can do in Black Rock City, there are some things you need permission or a permit to do, and there are a few things you can't do because they could threaten the future of our event. As a good citizen of BRC, we look to you to support the larger community. Please be aware and help keep BRC alive for years to come.

## Respect Our Neighbors

With more than 75,000 people traveling through these normally quiet rural towns, we have a significant impact on the communities surrounding the Black Rock Desert. Drive slowly. Be courteous and patient, dress appropriately, and be respectful. We are guests here. Be polite and friendly to all local residents, follow posted speed limits, and remember to Leave No Trace.

## Gerlach & Empire

The citizens of Gerlach and Empire welcome us. Please be considerate of them in return. Drive slowly. Don't block driveways or streets. There are two gas stations, a market, water store, restaurant, and several street vendors. If you pull over to patronize these businesses, please avoid causing traffic issues. Remember, regular traffic laws apply, and you may be ticketed for obstructing traffic or creating a nuisance. Do not replenish your water supply from a private local spigot. Water is precious in the desert, and this water belongs to local residents. For more info, go to burningman.org/event/preparation/local-towns.

## Pyramid Lake Paiute Tribe

Traveling from the West, South, or East to Burning Man on Hwy 447, you will drive through the Pyramid Lake Paiute Tribe reservation. Please be respectful and supportive of the Pyramid Lake community. Speed limits are strictly enforced. Be courteous to Tribe members. Be respectful of the lake and land—they are considered sacred, the lake is home to two types of endangered fish, and artifact hunting and graffiti are prohibited.

The I-80 Smokeshop in Wadsworth and the Nixon Store in Nixon are open for extended hours during peak travel times, and will be fully stocked with gas and other supplies for travelers to and from Burning Man. There are also RV parks and campgrounds, a restaurant and saloon, gray water disposal services, auto/tow service, and a car wash in Wadsworth and Nixon.

Tribal members also offer services along the road such as car washes, tacos, food drives, and trash collection. Note, all vendors are required to register with the Tribal government, and with NDOT if operations occur on state easements. To learn more about the Paiute tribe, including permit info and locations, visit plpt.nsn.us and the Local Towns section of the Burning Man website.

AR03358



## Decommodification & Social Media

As a citizen of Black Rock City, you help create a "decommodified" zone for one week a year. The playa is free from advertising and transactional relationships, not beholden to corporate influence. It's one of the most important ways the Burning Man experience is different from other events, and that the event is different from the other 51 weeks of the year. We all play a part in keeping our city unique.

This continues when we're off the playa too! Recently we've seen an increase in people posting photos from BRC on Instagram, tagging the brands they're wearing or promoting products they brought with them. A lot of people use art pieces as scenery for their photo shoots. **The playa and its art are not a backdrop for your business!** The names "Burning Man," "Black Rock City," and any imagery from the event may not be used to promote a product, service, or brand. That means furry coats and sparkly boots, hats and headdresses, necklaces and glasses. It also means that art pieces may not be used on commercial websites or in conjunction with marketing campaigns.

Using Burning Man for marketing purposes is not just a violation of Burning Man's Principles, but also of our ticket terms and conditions (to which everyone agrees when they go to Black Rock City), and federal regulations. More importantly, it's offensive to the thousands of participants who built this city and the art, and who did not give permission for you to use their work to grow your following or promote your product. It is our collective responsibility to educate and prepare Burners about this important and unique aspect of our culture. Please help us by acculturating your campmates about the Principle. If you encounter examples of commodification on playa, you're encouraged to have a conversation with the person and/or notify a Black Rock Ranger or come by Media Mecca in Center Camp. If you see examples off-playa (on social media, etc.), please report them to ip@burningman.org.

## Hot Springs

Our Bureau of Land Management permit prohibits participants from using any of the local hot springs during the event. Some are lethally hot! A collaborative team of Earth Guardians and BLM patrol and protect these fragile resources. For more information email earthguardians@burningman.org.

## Noise Control & Sound Policy

Sound travels easily on the playa, and not everyone wants to sleep when you do. Bring ear plugs! Audio systems must be held to a maximum power amplification of 300 watts, generating 90 decibels at 20 feet. Speakers must be elevated off the playa surface and be backed by a truck, RV, or anything large and solid enough to prevent the sound from traveling backward. If a problem with sound levels continues after sufficient requests and warnings, the source of power for such device or system will be disabled. The hum of generators becomes annoying over a long period of time. Please keep your neighbors in mind. We recommend generators that are sound insulated and/or enclosed in a wooden box. Do not dig a trench to sound-insulate your generator. More information about generators on our website.

## Serving Food

Gifting food or certain drinks (including juice or dairy) to the public, or running a kitchen serving 125 persons or more (whether public or private) requires a permit from the Nevada State Health Division. Visit dpbh.nv.gov/Reg/ Temp-E/Temporary_Events_Home/ and scroll down to "Burning Man — Food." You don't need a permit for bar ice, but your ice must come from a source approved by the Health Division, like local stores or our ice sales. If you have questions on playa, representatives from the Nevada State Health Division are available at Playa Info Saturday, August 24, through Wednesday, August 28, 1 pm – 3pm. The Nevada State Health Division protects the health of our citizens and prevents food-borne epidemics. Please cooperate with their lawful inspections of all public food preparation at our event.

# Law Enforcement



## This could be the most important reading

## You do before arriving in Black Rock City

The Pershing County Sheriff and BLM are on site to enforce all applicable federal, state, and local laws. The roads leading into and out of the event are patrolled by the Nevada Highway Patrol, Washoe County Sheriff's Office, Pershing County Sheriff's Office, and Pyramid Lake Paiute Tribe. It is not the mission of these agencies to police your lifestyle or inhibit self-expression. They fulfill the same function as the police in any other city, and it is their duty to uphold the law — please cooperate.

**If you are a victim of crime during the event, report it IMMEDIATELY.** County Sheriff's Office will respond and investigate. It is imperative you report the crime while on site. It's nearly impossible to investigate a crime post-event when camps, cars, evidence, and witnesses are gone. Insurance agencies require a law enforcement report to file claims of theft.

*This isn't legal advice or a comprehensive list of the regulations and laws that apply in Black Rock City, but here are some tips to keep you safe and avoid citation, arrest, and/or eviction from the premises. For information and advice applicable to a particular situation, you should consult with a lawyer.*

* The use and possession of **illicit drugs and drug paraphernalia** are violations of the law. Depending on the violation, you may receive a citation or be arrested and/or evicted from the event. The possession of large quantities or a variety of drugs may be interpreted as evidence of **intent to distribute or trafficking**, a serious felony offense. Giving illegal substances to someone else could also be considered drug trafficking.

* **Prescription drugs** must be transported with the prescription and kept in the bottle you received from the pharmacist at all times.

* **Driving with an open container or under the influence of alcohol** (DUI) is illegal. Nevada's blood alcohol limit (BAC) is .08 for drivers 21 years of age and older, and 0.02 for drivers under 21.

* **Knowingly serving alcohol to minors** is illegal. If your theme camp has a bar where alcoholic drinks are gifted, the person serving alcohol should check that any person being served is at least 21. It is a state and local offense for anyone under 21 to consume alcoholic beverages or to try to pass themselves off as being of age. It is a violation of Pershing County law for minors to even possess alcoholic beverages.

* Any act of **assault or theft** is a violation of the law, and may be cited or arrested as a felony offense.

* **Possession or discharge of firearms or weapons** is prohibited.

* **Dumping, leaking or spilling gray water, black water, oil or fuel** is illegal.

* **Use of drones is prohibited** unless the operator is registered through the Remote Control BRC program (RCBRC) and operates the drone in accordance with BRC policies and applicable federal laws and regulations.

* **Human waste (urination and defecation) on the playa is a violation of federal regulations.** You may be issued a ticket that will cost you hundreds of dollars.

## Disclaimer

This Survival Guide provides information about laws and regulations applicable to activities within the Black Rock Desert in the State of Nevada, and at the Burning Man event. Legal information is not legal advice, and although we strive to ensure the accuracy and usefulness of the information here, you should consult with a lawyer if you want legal advice about a particular situation.

AR03360



## THE FEDERAL GOVERNMENT DOES NOT RECOGNIZE STATE LAWS DECRIMINALIZING MARIJUANA FOR MEDICAL OR RECREATIONAL PURPOSES.

The possession or use of marijuana is a federal infraction in the Black Rock-High Rock National Conservation Area where the Burning Man event takes place. Having a medical marijuana card is NOT a defense.

As of 2017, adults aged 21 and over are permitted **under Nevada law** to possess and transport up to one ounce of marijuana (1/8 ounce of concentrated marijuana) and marijuana paraphernalia within the state. But the use of marijuana in public places is still prohibited, as is possession or transportation of more than an ounce (which could be evidence of trafficking under state law). Other restrictions also apply.

See Nevada Revised Statutes Chapters 453A and 453D for t he full text of Nevada's laws regulating medical and recreational marijuana. Remember that **marijuana remains illegal under federal law**, and BLM may cite anyone for possession of any amount.

## WHY AM I GETTING PULLED OVER?

❋ Exceeding posted speed limits on the playa may result in a traffic stop and could escalate to a vehicle search (depending on the circumstances), and a moving violation of $250 or more.

❋ BLM regulations require all motorized vehicles driven at night, except for Mutant Vehicles, to have two working headlights, two working tail lights, and two working brake lights. Motor vehicles must display an unobstructed rear license plate.

❋ All vehicles must have a current registration sticker and insurance. All drivers must have their driver's license on them when operating any vehicle.

❋ You may only enter and exit the event site through the Gate. You may not enter or drive around the closed zone surrounding the event site except to approach the main Gate.

❋ Do not attempt to break through our city boundaries or avoid traffic at the conclusion of the event by driving around looking for an alternative route.

❋ Hiking in the closure order area is highly discouraged. Those on foot in this area should be prepared to show a ticket stub or risk citation by law enforcement.

❋ Visiting area hot springs during the event is not allowed.

❋ A copy of the closure order is made available at the BLM Mobile Command station at 5:30 and Esplanade.

## BLACK ROCK RANGERS

While Black Rock Rangers patrol the city, they are not law enforcement personnel. They are members of the Burning Man community, just like you. You can identify them by their khaki-colored attire, featuring the familiar Burning Man logo in brown on their backs and chests. You can request their assistance at any time for disputes, emergencies, or questions. They are available 24/7 throughout Black Rock City, at Ranger Headquarters at 5:45 and Esplanade, and at the Ranger Outposts at the 3:00 & 9:00 plazas.

Outside of Black Rock City we often only have law enforcement to call when we have a safety concern or need to settle things like a noise complaint or another issue with our neighbors. In BRC, we have veteran members of our community who can help mediate disagreements, find lost kids, address safety concerns, direct participants to resources and information, and even just help put a fresh set of eyes and ears on sticky problems. The Rangers' ideal outcome is to help people solve their own problems with a gentle nudge in the right direction, and then fade into the dust when they're not needed. Rangers can radio for law enforcement, medical and mental health staff, firefighting resources, and environmental clean-up teams if necessary.

## HELP FROM LAW ENFORCEMENT

If you need law enforcement assistance for any reason, please wave down a patrol unit, find a Black Rock Ranger who will help you contact law enforcement, or visit the law enforcement substation located at Esplanade and 5:15. The station is open 24/7 during the event and is staffed by BLM and the Pershing County Sheriff's Office.

## LAW ENFORCEMENT FEEDBACK

If you have any feedback (negative or positive) regarding your experience with law enforcement, please fill out one of our Law Enforcement Feedback Forms at Playa Info, Black Rock Ranger HQ at 5:45 and Esplanade or online (https://burningman.org/event/black-rock-city-guide/law-enforcement/) while the details are still fresh in your mind. Your feedback helps improve how we work with the agencies to ensure the safety of our event. It's important you fill out the form completely and truthfully. Include the officer's name, agency, vehicle license number, vehicle number (painted on the side of all law enforcement vehicles), badge number, time of day, details of the event, and the names of any witnesses. Avoid hearsay and accusations that can't be substantiated. We review feedback forms turned in during the event and discuss them with law enforcement agencies daily (without disclosing participants' names). The timely return of these forms enables us to act on them before the event is over.

AR03361

# Transportation & Traffic



## Getting to & From Black Rock City

Traffic is one of the biggest challenges our community faces. In addition to longer wait times to and from BRC, traffic places added stress on the surrounding rural area. Here is how we can work together to make a difference:

✳ Carpool! Fewer vehicles on the road will reduce wait times.

✳ Take the Burner Express: burnerexpress.burningman.org

✳ Arrive and depart at non-peak times to spread out vehicle traffic. Peak arrival and Exodus days are usually Sunday and Monday.

✳ Get traffic updates during your drive to or departure from BRC by listening to BMIR 94.5 FM (also streaming on iHeartRadio), following @BManTraffic on Twitter, and/or by listening to public service announcements during arrival and Exodus on GARS (Gate Advisory Radio Station) at 95.1 FM.

✳ Inbound traffic on Saturday and Sunday causes major impacts to the surrounding communities. Please do not park on the sides of Highway 447 or CR 34, as this affects the ability of BRC participants, emergency service vehicles, and local communities to travel safely.

## Load Your Vehicle Safely!

Loading your vehicle properly, whether it is a car, truck, trailer, motorhome, or anything towed, will make your trip safer and less stressful.

✳ Never exceed the load or towing capacity of a vehicle or trailer.

✳ Heavy items should be low, centered, and over or between the axles. For trailers, load the heaviest items toward the front. Secure your load with straps or rope.

✳ Cover your load with a tarp.

✳ Make sure the brakes and lights work on your vehicle and any trailer you're towing.

✳ Always use safety chains, installed between your trailer and the tow vehicle.

✳ Do not overload the roof or roof rack on your vehicle. Items may fall off. Trash bags

are found along the roadside every year due to poorly secured loads. Don't be that Burner.

## Vehicle Maintenance

You are traveling to the Nevada desert in August. Temperatures can reach well above 100°F during the day. Your vehicle is going to be loaded with extra weight. Check the quality of your vehicle's tires and air pressure. Before leaving home, have your local mechanic inspect your radiator, tires (including your spare), belts, brakes, hoses, lights, and fluids.

## Travel Tips & Reminders

Many motorists travel on Interstate 80 until they reach the Wadsworth exit. The roadway from Wadsworth to the playa (Highway 447) is very different from I-80. I-80 is designed to accommodate several thousand vehicles per hour. Highway 447 is a two-lane road with narrow dirt shoulders that drop off steeply in places, no rest areas and very few pull outs. Highway 447 has many blind curves, grades, open range areas, and soft sand roadway shoulders. Pay attention and obey all traffic laws. Please don't impact the Pyramid Lake Paiute Tribe with your driving.

✳ Highway 447 is open range area. There are no fences bordering the roadway and cattle roam freely. After dark, cattle are often drawn to the road to soak up warmth radiating from the asphalt. Cows can cost more than $2,000, if you hit one, you or your insurance company will be held responsible. Be prepared to share the road with livestock and wildlife.

✳ There are jackrabbits in the area. It is not worth jeopardizing your safety to swerve in an attempt to avoid them.

✳ If you do need to pull over, look for a wide open area that doesn't have steep shoulders bordering the highway. This will reduce the potential for getting stuck in the soft sand shoulder (this happens a lot!).

✳ Avoid pulling over near curves and grades. These areas can be extremely dangerous for you and other motorists when attempting to re-enter the roadway. Approaching motorists

are often unable to see you.

✳ Most vehicle accidents in which participants are injured occur on Highway 447 and County Road 34 on the final approach to BRC. Tired? Stop to rest in a safe location!

✳ Highway 447 leading to Gerlach and all other roads in the area are patrolled by the Nevada Highway Patrol, Washoe County Sheriff and, on tribal land, the Pyramid Lake Paiute Tribe Police. Observe posted speed limits.

✳ If stopped for speeding on tribal lands (Nixon and Wadsworth) be prepared to pay a fine immediately.

✳ Do not park alongside County Road 34. The Sheriff will ticket any vehicles that are parked by the roadside.

✳ Yield to emergency vehicles — meaning get off the road as quickly and safely as possible to allow them to pass. Again, please respect Tribal and all emergency vehicles and personnel

✳ Do not draft emergency vehicles. It is unsafe and potentially illegal.

✳ Do not get out of your car if traffic stops.

✳ When using safety chains with a trailer, be sure they aren't dragging on the pavement. They can cause sparks, leading to brush fires.

✧ Do not throw cigarette butts — or anything — out the window!

✳ Gate Road is your only access to Black Rock City. There are no other routes.

✳ The edges of the playa are saturated with water. If you attempt to drive there, you risk getting stuck. Mired vehicles have remained stranded for days or weeks.

### There Are limited Services in the 76 miles between Wadsworth & Empire.

This means no reliable access to gas and no water. Plan accordingly. Be wary of picking up hitchhikers—they may not have a ticket! Insist on seeing proof of a ticket before giving anyone a ride.

AR03362





# Leave Nevada Beautiful

## Trash, Recycling and Wastewater

Pack your load securely and separate trash from recycling. (See Travel Tips on page 18). If you have to carry garbage on top of your vehicle, make sure it is double-bagged and strapped down securely. DO NOT discard refuse along the highway, in neighboring towns or rest areas, or behind private businesses. This reflects very poorly on our community and threatens our future. Dispose ONLY at authorized collection areas — several locations are nearby (see below). The Nevada Highway Patrol may issue tickets to anyone leaving trash on the ground. There is a maximum $2,000 fine for littering.

## Exodus Trash and Recycling Locations

Leave Nevada Beautiful is our network of Burner-friendly authorized trash, recycling, and RV gray/black water servicing facilities where you can legally dispose of your waste on your way home after the Burning Man event!

Beware: You may encounter other "private enterprises" along the highways willing to take your trash for money. We cannot vouch for them. Sometimes these private enterprises have left their trash behind at their site after taking your money.

## Trash & Recycling Locations

### Whole Foods Market
6139 South Virginia St, Reno NV
(775) 852-8023
Sun 9/1 — Wed 9/4, 6 am — 12 am • $5 per 35 gal. • free recycling (please clean, sort, unbag recyclables before deposit) • hazardous waste prohibited

### Stead Transfer Station
13890 Mt Anderson, Reno NV
(775) 972-9160
Tue — Sat, 8 am—4 pm • $25 min. per cubic yd. • recycling no charge /no buybacks

### Churchill Transfer Station
1100 US Highway 95A, Fernley NV (775) 329-8822 Tue—Sat, 8 am-4 pm • Closed for lunch 12 pm-12:30 pm • $26 min. per cubic yd. • recycle no charge/no buybacks

### Rabbit Traxx Truck Stop — Mini-Mart
580 Patterson St., Cedarville CA (530) 279-2022 24hrs Sat 8/31 — Wed 9/4 • $5 per kitchen size bag, $10 per 35 gal., $15 up to 55 gal., $15 bike recycling • free recycling (please clean, sort, unbag recyclables before deposit) • hazardous waste prohibited

## Trash Only Locations

### Lockwood Regional Landfill
2700 East Mustang Rd, Reno NV (775) 329-8822 Closed Labor Day
Mon — Fri, 8am - 4:30 pm
$35 min. per cubic yd.(additional charges based on type of waste)

### Commercial Row/Sage Street Transfer Station
1390 E. Commercial Row, Reno NV (775) 326-2416
Open Labor Day • Mon — Fri, 7 am - 5 pm Sat — Sun 8am - 4:30pm • $35 min per cubic yd.

## Recycling Only Locations

### Recycle America — Reno Recycling Center
1390 E. Commercial Row, Reno NV (775) 326-2381 Closed Labor Day
Mon — Fri, 8 am - 4:30 pm • free recycling • no buybacks • charges for electronics and CFLs (cash or check only)

### Green Solutions
1085 Telegraph, Reno NV
(775) 870-0812  Closed Labor Day
Mon-Fri, 8 am-4 pm • Sat—Sun, 12 pm-4 pm • free recycling • no buybacks

## RV Dump — Gray Water & Black Water

### Pyramid Lake Marina & Campground
2500 Lakeview Dr, Sutcliffe NV
(775) 476-1155
24 hr credit card kiosk $10 dump station (must have hoses and elbow before payment

### Love's Travel Stop
825 Commerce Center Dr, Fernley NV
(775) 575-2200
24 hrs • $10 gray and black water (must have own hose)

### Golden Gate Petroleum
1055 S. Rock Blvd, Sparks NV
(775) 358-7400
5 am — 9 pm • $8 gray and black water • propane available • no potable water

### TA Travel Center
200 N. McCarran Blvd, Sparks NV
(775) 359-0550
24 hrs • RVs and 55-gallon drums acceptable • $5 gray water and black water

### Reno Boomtown KOA Campground
2100 Garson Rd, Verdi NV
(775) 345-2444  open everyday, 8 am — 9 pm • $10 gray and black water  • $10 RV potable water fill-up

### Modoc District Fairgrounds
1 Center St, Cedarville CA
(530) 279-2315  24 hrs
• $5 trash per 13 gal. • $10 trash up to 55 gal. • free recycle • free gray water $10 RV dump • $20 RV hookup • $5 bike recycle • $10 dry camping • $5 showers • non-perishable food donations accepted for local shelter • call to reserve storage

### Alturas Chevron
1080 North Main St, Alturas CA
(530) 233-5114
open everyday 5:30 am — 12 am
• $10 gray and black water

# Map & Directions
## to Black Rock City

### 🖋 From the Southeast

From Fallon, take Hwy 50 west 31 miles to Fernley. Drive through Fernley to Hwy 427. Stay on 427 for 5 miles to Wadsworth. Turn right onto Hwy 447. It's 75 miles to Gerlach.

### 🖋 From the West & Southwest

Route 1: From Reno take I-80 east 28 miles. Take the Wadsworth/Pyramid Lake Exit #43 to Hwy 447. Turn left—you can get gas here. Go north 1 mile to Wadsworth and turn left on Hwy 447. It's 75 miles to Gerlach.

Route 2: From Reno take I-80 east 4 miles. Take Exit #18 to Pyramid Way/Hwy 445. Turn left and travel north 31 miles. At Pyramid Lake, turn right on Hwy 446, and go east 12 miles to Nixon—you can get gas here. Turn left on Hwy 447, traveling north. It's 59 miles to Gerlach.

### 🖋 From the East

From Winnemucca, take I-80 for 130 miles to Fernley. Take Exit #46. You can get gas and supplies here. Turn right onto Hwy 427. Travel 5 miles to Wadsworth. Turn right onto Hwy 447. It's 75 miles to Gerlach. The other route from Winnemucca—Jungo Road—is a very treacherous dirt road, with easy-to-miss turns, and it is likely to cause a flat tire or worse.

### 🖋 From the North

From US 395, go 25 miles east on Hwy 299 to downtown Cedarville. This is the last opportunity to fill up on gas, supplies, and services until Gerlach. From downtown, go south onto County Rd 1/Hwy 447 for 84 miles to Gerlach. Before entering Gerlach, turn left on County Road 34 and it's 8 miles to the Burning Man entrance.

### 🖋 Gerlach to Black Rock City

From Gerlach, go west on Hwy 447 for one mile to the fork. Take the right-hand fork, County Road 34, and continue 8 miles to the Black Rock City entrance. Note the 3-mile turn-off is NOT an entrance to Black Rock City. The 12-mile turn-off just beyond ours, will also not take you to Black Rock City. Both will be patrolled by BLM Rangers.



# Exodus

While the event ends at 6 pm Monday, September 2, Exodus continues until 6 pm Tuesday. Sunday and Monday are when most people leave. If your schedule allows, stay until Tuesday and use the extra time to rest for the drive, secure your vehicle loads, or MOOP your campsite.

At peak times, Exodus can take six to nine hours just to get from your camp to County Road 34 ("the pavement"). From there, plan for three hours or more to get to Reno. Accidents or other traffic issues can make the trip even longer, so plan accordingly. Make sure you have water, snacks, and other necessities accessible in your vehicle.

Above all, keep the playa spirit with you! No sense getting road rage, cutting in front of fellow participants, or trying to dangerously pass cars on the highway. Are those two extra minutes really that important? Take your time and remember, Burning Man culture extends beyond the event.

### Pulsing: Exodus Peak Times

Pulsing is a process of moving vehicles at regular intervals toward the highway on Gate Road to avoid the long slow creep that challenges the sanity of even the most patient among us. With pulsing, vehicles stop and turn off their engines. Then, every hour, vehicles are pulsed a mile forward all at once. Pulsing does not get you out of the city more quickly, but it gives you a break from driving and is more environmentally friendly.

We may implement Pulsing at any time from 12:01 am Sunday morning until 11:59 pm Monday, or until it's no longer needed. Make the most out of your Exodus experience! Pulsing is the perfect time to create One-Hour Neighborhoods (see a participant's explanation of this idea here: http://apictureofit.com/2011/09/burning-man-2011-exodus/) and ensure your fellow Burners have properly secured their loads. Pack water, snacks, instruments and anything else to make the wait more fun. Have a one-hour dance party and meet your neighbors in line.

Potties are available on the sides of Gate Road. Listen to BMIR 94.5 FM for Exodus and Pulsing info.

### Exodus Questions

For a full list of frequently asked questions about Exodus, go here: burningman.org/event/preparation/getting-there-and-back/exodus/

**2019 SURVIVAL GUIDE**

Design: Arin Fishkin
Project & Production Manager: Sarah Harpold
Content: Burning Man Project Communications Team

With gratitude to the Original Instigator Larry Harvey (1948–2018)

AR03364

Case 1:19-cv-03729-DLF   Document 35-10   Filed 07/12/21   Page 218 of 220

(rev 07/12/19)

# CITY LOCATION & MAP OVERVIEW



**BLACK ROCK CITY**
**2019**

5,000 ft.

rev 06/10/19 TS

*Copyright Burning Man Project*
*Confidential Commercial/Financial Information for Permit Acquisition Use Only - Not for Distribution*
*Outside of BLM*
*FOIA Exemption No. 4; 5 U.S.C. § 552(b)(4) and 43 CFR § 2.23(a)(1)*

AR03365

The location of the 2019 Burning Man Event Area is limited to the public closure area, with ingress and egress from the 8-Mile or Event playa entrance, 12-mile playa entrance, and 88NV Airport. The specific location of the event site is identified and requested by BRC and approved by the BLM prior to the commencement of event setup and published in the Federal Register Closure Order.

<u>Black Rock City Man and Fence Locations:</u>

**The Man:** 40.785980  -119.205840

**Fence Points:**
P1-19  40.78236  -119.23530
P2-19  40.80570  -119.21965
P3-19  40.80163  -119.18533
P4-19  40.77568  -119.17971
P5-19  40.76373  -119.21050

<u>Annular Street Names</u>

- Esplanade
- Andromeda
- Bacchus
- Cupid
- Diana
- Echo
- Fortuna
- Ganymede
- Hyacinth
- Icarus
- Jove
- Kronos
- Labyrinth

*Copyright Burning Man Project*
*Confidential Commercial/Financial Information for Permit Acquisition Use Only - Not for Distribution Outside of BLM*
*FOIA Exemption No. 4; 5 U.S.C. § 552(b)(4) and 43 CFR § 2.23(a)(1)*

AR03366

| BURNING MAN - 2012 CONTRACTS/SERVICES | | |
|---|---|---|
| BLACK ROCK CITY,LLC (18.4%) | | 230,907.01 |
| BRUNO'S (LAW ENFORCEMENT LODGING) | L12PX01366 | 39,005.00 |
| BRUNO'S MOD #001 | L12PX01366 | 1,365.18 |
| ERQUIAGA, WYNARDA | L12PX01570 | 7,000.00 |
| NV DEPARTMENT OF PUBLIC SAFETY | L12PX01367 | 22,433.46 |
| U.S. DEPT OF AGRICULTURE MOD #002 | L08PG01819 | 89,000.00 |
| WADE DISTRIBUTING | L12PX01504 | 4,112.80 |
| WASHOE FUEL, INC | L12PX01646 | 9,000.00 |
| WASHOE FUEL, INC MOD #001 | L12PX01646 | 250.00 |
| | TOTAL: | 403,073.45 |