*Internal Working Document*

## INFORMATION MEMORANDUM FOR THE STATE DIRECTOR

DATE:  03-07-2017

THROUGH:  Dr. Mark Hall-Acting Field Manager, Black Rock Field Office (BRFO)  *MEHall  3/7/2017*

FROM:  Dr. Mark Hall-Acting Field Manager, Black Rock Field Office (BRFO)

SUBJECT:  Cost Recovery Estimate, Phase 1 for the Burning Man Event

## I.     INTRODUCTION

The purpose of this memo is to discuss the BLM's Phase 1 Cost Recovery Estimate (CRE) for the 2017 Burning Man Special Recreation Permit (BM SRP).

## II.    BACKGROUND

The following tables summarize the Phase 1 CRE for the 2016 BM SRP.

**2016 Phase 1 CRE Summary:**

| | |
|---|---|
| Labor Costs-Event Planning | $ 130,647 |
| Operational Costs (travel) | $ 15,000 |
| Sub Total of Direct Costs | $ 145,647 |
| Labor Costs-Event NEPA Planning | $ 4,007 |
| | |
| FY 2016 Indirect Cost Rate of 23.1% | $ 34,570 |
| **Cost Estimate TOTAL** | **$ 184,224** |

A breakdown of the labor costs for both the event planning and NEPA are below:

**Labor Detail (Event Planning):**

| POSITION | ESTIMATED HOURS | ESTIMATED AMOUNT |
|---|---|---|
| Agency Administrator, William Mack | 173 (1 WM) | $12,806 |
| Planning Team Lead/Logistics Manager, Mark Pirtle | 346 (2 WM) | $21,518 |
| Law Enforcement Lead, Logan Briscoe | 346 (2 WM) | $21,518 |
| OLES Representative, Zach Oper | 173 (1 WM) | $12,807 |
| Finance Lead, Mary Laub | 173 (1 WM) | $12,807 |
| Finance Lead Assistant, Cassie Sandberg | 86.5 (.5 WM) | $6,404 |
| Contracting Officer, Mary Laub | 174 (1 WM) | $12,806 |
| Contracting Officer Assistant, Cassie Sandberg | 86.5 (.5 WM) | $6404 |
| Communication Unit Lead, Dalton Black | 174 (1 WM) | $10,770 |
| Technology Specialist, Jon Young | 174 (1 WM) | $12,807 |
| **TOTAL** | | **$130,647** |

1

*Internal Working Document*

**Labor Detail (NEPA Planning):**

| POSITION | ESTIMATED HOURS | ESTIMATED AMOUNT |
|---|---|---|
| BRFO AFM, Mark Hall | 15 | $933 |
| WD P&EC, Lynn Ricci | 15 | $933 |
| BRFO Archeologist, Kathy Ataman | 10 | $594 |
| BRFO Wildlife Biologist, Kathy Cadigan | 10 | $480 |
| BRFO Wilderness Specialist, Zwaantje Rorex | 10 | $515 |
| BRFO Recreation Specialist, Joey Carmosino | 10 | $552 |
| **TOTAL** | | **$4,007** |

## III.   POSITIONS OF INTERESTED PARTIES

The breakdown of the BLM's 2017 CRE is as follows:

**2017 COST RECOVERY (CR) ESTIMATE**
**Summary:**

| | |
|---|---|
| Labor Costs | $ 128,189 |
| Operational Costs (Travel) | $ 15,000 |
| Operational Cost (Gov't Contracts) | $ 239,500 |
| Sub Total of Direct Costs | $ 382,689 |
| Indirect Cost (Rate of 23.4%) | $ 89,549 |
| Cost Estimate TOTAL | $ 472,238 |

**Labor Detail (Event Planning):**

| POSITION | ESTIMATED HOURS | ESTIMATED AMOUNT |
|---|---|---|
| Agency Administrator/Authoring Officer Planning | 150 | $10,814 |
| SRP Project Manager Planning | 350 | $23,317 |
| Event Outdoor Rec Planner Planning | 150 | $7,587 |
| Civilian Operations Planner Planning | 350 | $17,703 |
| LE Operations Planner Planning | 350 | $26,520 |
| OLES Planning | 80 | $7,209 |
| Technology Planning | 150 | $13,517 |
| Communications Planning | 150 | $10,814 |
| Finance Planning | 80 | $4,046 |
| Contracting Planning | 80 | $5,330 |
| Event NEPA Planning | 20 | $1,332 |
| TOTAL | | $128,189 |

2

*Internal Working Document*

**Operations Cost (Government Contracts):**

| DESCRIPTION | AMOUNT |
| --- | --- |
| Federal Register Notice (FRN) Posting Charges | $3,500 |
| CAD Server(s) Purchase Contract | $50,000 |
| Repeater Purchase Contract | $15,000 |
| Satellite Tracking Services Contract | $56,000 |
| CAD Servers Licensing Contract | $ 8,000 |
| Network Services and Support Contract | $ 107,000 |
| **TOTAL** | **$ 239,500** |

The 2016 Phase 1 CRE was $184,224, while the draft 2017 Phase 1 CRE is $472,238. The $288,014 additional charges/cost in the draft 2017 CRE are primarily due to the addition of the Government contract costs into the Phase 1 CRE. In 2016, the Government contract costs were charged in the Phase 2 Operational CRE, but BRC did not sign the Phase 2 CRE until late July. This put the BLM in the position of requesting additional funds for Government contracting without proper documentation. BRC was informed, through the 2016 After Action Review process that in 2017 BLM would be adding the Government contracting cost to the Phase 1 CRE. Additional charges in the 2017 Phase 1 CRE include: the FRN posting charges of approximately $3,500; and the indirect cost charged by the NOC was increased in 2017 to 23.4% from the 23.1%.

The Phase 1 labor in 2017 was reduced by $2,458 as compared to 2016, mainly due to a projected reduction in needed NEPA labor charges. The projected planning travel cost remained the same at $15,000.

BRC is extremely focused on reducing costs for the BM SRP. They have appealed the 2015 and 2016 CRE refunds. One of their arguments is that the L1232 SRP funds should be used for BLM's expenses for the event. Other places where they argue that cost reductions can be achieved are: 1) shutting down the LE substation in the city center (and thus reducing the number of LEOs); 2) reducing the number of LEOs; 3) reducing the number of environmental and vending compliance monitors; 4) coming up with a lower cost alternative to using the DeLorme trackers for the LEOs; and 5) a cheaper alternative on the server licensing. Items 1 through 3 will be dealt with in the Phase 2 Operational CRE. On items 4 and 5, no alternative that is within BLM rules and regulations has been brought forth by BRC to date.

PREPARED BY:  Mark Pirtle,  2017 BM Incident Commander (775)455-6947

Mark E. Hall, Acting BRFO Field Manager (775)623-1529

3

AR01304

# Worksheet

## Determination of NEPA Adequacy (DNA)

## U.S. Department of the Interior

## Bureau of Land Management

_____

OFFICE: Black Rock Field Office, Winnemucca District Office

TRACKING NUMBER:

CASE FILE/PROJECT NUMBER: **DOI-BLM-NV-W030-2017-0005-DNA**

PROPOSED ACTION TITLE/TYPE: Burning Man 2017 Special Recreation Permit

LOCATION/LEGAL DESCRIPTION: Mount Diablo Meridian, Nevada

| | |
|---|---|
| Unsurveyed T. 33N., R. 24 E., | sec. 1, portions lying northwesterly of E. Playa Road; sec. 2, portions lying northwesterly of E. Playa Road; sec. 3; sec. 4, portion east of Washoe County Road 34; sec. 5; sec. 8, NE¼; sec. 9, N½; sec. 10, N½; sec. 11, all portions lying northwesterly of the E. Playa Road and N. of E-W centerline. |
| Unsurveyed T. 33½ N., R. 24 E., | secs. 25, 26 and 27; sec. 28, portion east of Washoe County Road 34; sec. 33, portion east of Washoe County Road 34; secs. 34, 35 and 36. |
| Unsurveyed T. 34 N., R. 24 E., | sec. 23, S½; |

| | |
|---|---|
| | sec. 24, S½; |
| | sec. 25 & 26; |
| | sec. 27, SE¼, E½ NE½, E½ SW¼; |
| | sec. 33, SE¼, S½ NE¼, NE¼ NE¼; |
| | secs. 34, 35 and 36. |
| T. 33 N., R. 25 E., | sec. 4, portion lying northwesterly of E. Playa Road. |
| Unsurveyed T. 34 N., R. 25 E., | sec. 16, S½; |
| | sec. 21; |
| | sec. 22, SW¼, W½ NW¼; |
| | sec. 27, W½; |
| | sec. 28; |
| | sec. 33, portion lying northwesterly of E. Playa Road |
| | sec. 34, portion lying northwest of E. Playa Road and W of N-S centerline. |

<u>APPLICANT:</u> Black Rock City LLC.

## A.  Description of the Proposed Action with attached map(s) and any applicable mitigation measures.

The Burning Man event (Event) is a combination art festival, social event and experiment in community living. The Burning Man organization, Black Rock City LLC (BRC), is applying for a one year Special Recreation Permit (SRP) from the Bureau of Land Management (BLM) to conduct the 2017 Event.

The purpose of the Federal action is to respond to a request for an SRP under 43 CFR § 2930 to conduct the Event in 2017 on public lands administered by the BLM Winnemucca District on portions of the Black Rock Desert playa approximately 10 miles northeast of the community of Gerlach in Pershing County, Nevada.

The need for action is established by the BLM's responsibility under the Federal Land Policy and Management Act of 1976 (FLPMA) (Section 103(c)), requiring public lands to

be managed on the basis of multiple uses, and to take any action necessary to prevent unnecessary or undue degradation of lands (Section 302(b)). In addition, the need for action is established by the Federal Lands Recreation Enhancement Act (FLREA) that authorizes the BLM to issue SRPs for group activities and recreation events.

BRC proposes a maximum population level of 70,000 paid participants for the 2017 Event. During this Event, Black Rock City becomes one of the largest cities in Nevada.

Each year a closure order is placed in effect surrounding the Event to allow BRC, BLM, and law enforcement agencies to conduct their activities pre-Event, during and post- Event. For the 2017 Event, the closure period is from July 31, 2017 to September 20, 2017. The operations associated with the Event occupies roughly 4,400 acres. During this time span, major Event activities involve initial Event setup (building perimeter fence), the Event and the all phases of cleanup. In early October, BLM conducts final post-event site inspection monitoring and completes SRP evaluation.

In 2012, an environmental assessment (EA) DOI-BLM-NV-W030-2012-0007 was completed for the Burning Man event. The EA analyzed a five-year period from 2012 to 2016. The Decision Record (DR) and the Finding of No Significant Impact (FONSI) is dated 06/12/2012. BRC has been issued an SRP for the Event each year of the EA.

Authorization for 2017 Event is subject to a detailed review and evaluation of the previous year's Event and a separate SRP decision. As necessary, the BLM shall modify special stipulations (subject to NEPA) to address issues and concerns raised during the previous Events or otherwise identified for the applicable year's Event. Additionally, this year's SRP decision and/or the special stipulations attached thereto will specify the maximum population allowed for this year's Event. The maximum population authorized in any year may not exceed 70,000 participants, as that term is defined in the EA, unless the requisite additional NEPA analysis is completed.

In addition to the 13 general terms and conditions listed on the back of the permit (Form 2930-01), the authorized officer may require the permittee to comply with any reasonable special stipulations or conditions necessary to protect the lands or resources involved, reduce user conflicts, or minimize health and safety hazards. 43 C.F.R. § 2932.41. Following a detailed review and evaluation of BRC's 2016 SRP, the authorized officer in consultation with the permittee modified the *Burning Man 2012-2016 Special Recreation Permit Stipulations* to address issues and concerns raised during the 2016 event.

## PERMIT ADMINISTRATION

**In addition to the 13 general terms and conditions listed on the back of the Special Recreation Permit Form 2930-2, the following Special Stipulations shall apply to the 2017 Burning Man Event.**

### GENERAL

1. The maximum authorized population (also referred to as the "population cap") at any point in time during the 2017 Event is 70,000 paid participants. The population cap does not include volunteers, government personnel, emergency service providers, vendors, and contractors. BRC is required to keep the maximum population of the Event from exceeding this population cap. Consequences to BRC for exceeding the population cap may include, but are not limited to, a finding of non-compliance; suspension or cancellation of this permit per 43 C.F.R. § 2932.56; a monetary or other penalty per 43 C.F.R. § 2932.57; denial of subsequent application(s) for a SRP per 43 C.F.R. § 2932.26; and/or imposition of additional terms and conditions in subsequent years' permits (if granted) that are designed to keep the Event population within the maximum authorized population, consistent with 43 C.F.R. § 2932.26 and § 2932.41. The BLM reserves the right to assess additional cost recovery for any costs the BLM incurs as a result of any population exceedances, per 43 C.F.R. § 2932.31.

2. If during the Event it appears that the number of participants is likely to exceed the population cap, then BRC must promptly notify the BLM of the projected Event population

and provide a detailed Contingency Plan explaining how it plans to accommodate the additional participants. The BLM's acceptance of such a contingency plan does not constitute approval for BRC to exceed the population cap under Special Stipulation 1, nor does it constitute any form of cure for noncompliance with Special Stipulation 1. The purpose of this Special Stipulation 2 is to ensure that BRC will follow specific procedures to address the safety and health of additional participants, should noncompliance with Special Stipulation 1 occur. Procedures and protocols of main gate and airport closure/arrival/exodus pulsing program for population control will be outlined in BRC 2017 Burning Man Event Operations Plan (Operations Plan), their Contingency Plan and BLM's Incident Action plan.

3. BRC shall provide the BLM at the Event site with information on participant arrivals, ticket scanning, and the number of participant departures. These event population statistics will include and break out separately, the number of participants, volunteers, and total persons on site. BRC will provide the BLM, at times pre-determined between BRC and BLM, with data regarding the entry and exodus population numbers, as well as 2017 Event population statistics from all entities on the playa including but not limited to paid participants, "work access" passes and volunteers entering the Main Gate, the Airport and all other access points in Black Rock City. In addition, BRC must provide the BLM with Event population statistics at any other time upon request. BRC will notify the BLM immediately if the population exceeds 69,000 paid participants and will manage operations per BRC's Population Overage Plan.

4. During the period of site occupancy (July 31, 2017 - September 20, 2017), BRC shall provide the BLM with the BRC population numbers within the Event site each day, according to an agreed-upon reporting standard with the BLM. For historical purposes and press inquiries, BRC shall also provide the BLM with the recorded maximum population for the entire Event (otherwise known as peak population). The BLM may request population data at any time during the Event and BRC shall provide that data immediately. Within 60 days after the Event, BRC shall provide the BLM with detailed information regarding the number of staff and participants at the Event site for the period of site

occupancy (July 31, 2017 - September 20, 2017). This information shall include daily counts for both the non-event and event period. Starting June 5, 2017 and continuing on the fifth business day of every subsequent month thereafter, BRC will provide BLM with a 2017 Burning Man paid participant documentation report. This report will include but not be limited to the total number of tickets sold to paid participants, whether at pre-sale, group sale, individual sale, OMG sale, low income sale and miscellaneous sales. In addition, starting on August 26, 2017, BRC will provide a separate population documentation report for the total number of government personnel, emergency service providers, vendors, "work access" passes and contractors (e.g., service providers, staff, infrastructure contractors, art contractors and maintenance and operations personnel). The BLM may request paid participant data at any time prior to, during and after the 2017 Event.

5. These Special Stipulations incorporate by reference information included in the 2017 Operations Plan. If there is a conflict between the Operations Plan and the Special Stipulations, the Special Stipulations shall control. BRC shall provide its latest version of the Operations Plan to the BLM before the BLM will issue the permit for the 2017 Event. The Operations Plan may be modified by BRC before, during and after the event, as needed. Changes to the Operations Plan will be coordinated with BLM.

6. The location of the 2017 Event is limited to the public closure area, with ingress and egress from the 8-Mile or Event playa entrance, the 12-mile or Vendor playa entrance and the playa Airport. The specific location of the Event site will be identified and requested by BRC and approved by the BLM prior to the commencement of Event setup.

7. The Event is authorized to last 192 hours starting on the Sunday that falls eight days before Labor Day and ending on Labor Day. Event activities may officially commence at 6:00 PM on Sunday, August 27, 2017 and shall end at 6:00 PM on Monday, September 4, 2017 (Labor Day). For the purposes of participant ingress, the main gate may be opened as early as 12:01 AM on Sunday, August 27th, 2017. For the purposes of participant egress the main gate will be opened until 12:00 PM on Tuesday, September 5. During the extended

AR01316

ingress and egress hours, participants are required to focus their activities on camp location setup and breakdown. Pre-event surveys and site layout (including use of the communications tower) may begin on Friday, July 28, 2017. Site occupancy, including construction of facilities and structures, may occur no earlier than Monday, July 31, 2017 (the start of the Event closure order). Removal of all above-ground material (i.e., items that could pose a hazard to other playa users) will be completed no later than Monday, September 20, 2017 (the end of the Event closure orders). The exception to this requirement is the communications tower, which may remain on-playa throughout the cleanup period for safety purposes. The dates, calendar and procedures for Event set up and cleanup will be outlined in the 2017 BRC Operations Plan.

8. The final phase of cleanup and restoration will be completed no later than Friday, October 6, 2017. If unforeseen weather conditions arise, minor adjustments to the post-event cleanup deadlines may be granted by the BLM authorized officer.

9. Upon advance notice to BRC, the BLM reserves the right to alter the terms, conditions and stipulations of the permit for significant changes in BLM policy or administrative procedure, to prevent use conflicts, prevent resource damage or protect public safety as provided in 43 C.F.R. § 2932.56.

10. BRC shall post a copy of its permit, these Special Stipulations and the Federal Register Closure and Restriction Orders in prominent view at Center Camp Playa Info where cooperators and participants have an opportunity to read them. Additionally, the documents referenced above shall also be available for participants and staff on the Burning Man website within 15 days of the BLM's issuance of the permit.

11. Except as otherwise noted in Special Stipulation 1, violation of the permit terms, conditions and stipulations may be subject to penalties prescribed in 43 C.F.R. § 2930. Additionally, such violations may result in permit revocation, suspension or probation. Violations may also be cause for the BLM to deny approval of a subsequent Permit or Operating Authorization (43 C.F.R. § 2932).

12. BRC personnel shall meet with BLM staff and representatives from the various cooperators during the Event period at such other times and places as needed. At these meetings, BRC shall provide daily attendance figures (as required in Special Stipulation 1) and exchange other information necessary to allow all parties to effectively administer and assess the Event daily. BRC and BLM will have a daily meeting plan for the purposes of communication and exchange of information. Details will be included in the 2017 Operations Plan.

13. Commercial use is prohibited within the Black Rock City closure area unless specifically authorized by BRC and the BLM. Commercial use is defined by 43 C.F.R. § 2932.5, and includes, but is not limited to, commercial film production, food services, waste disposal, recreational/trailer rental and/or air carrier services. BRC and/or the BLM will monitor the compliance of all commercial operators entering the Event via the Point 1 Gate and the Airport.

A. Prior to the Event:

i. BRC shall notify potential vendors and air carrier services in writing that they must obtain a BLM SRP in order to enter into contract with BRC.

ii. BRC shall also provide the BLM with a list of vendors, commercial film/still photography production companies and air carrier services that BRC recommends be granted a BLM SRP to operate at the Event.

iii. The BLM will immediately notify BRC if any recommended vendors and air operators do not meet the BLM's SRP requirements at 43 C.F.R. § 2932 and cannot be authorized to operate on public lands during the Event.

iv. BRC will immediately notify the BLM if BRC terminates any authorized vendors or air carrier services contract/agreement.

v. BRC will describe the procedure for BRC and BLM coordination of authorizing vendors, commercial film/still photography production companies and air carrier services in the 2017 Operations Plan.

vi. BRC will manage commercial filming per the Commercial Filming Compliance Protocol in the BRC Operations Plan.

B. During the Event:

i. BRC shall require all authorized vendors, commercial film/still photography production companies and air carrier services to display identification as proof of their authorization to operate at the Event by BRC and the BLM.

ii. Any vendors and air carrier services must show proof of their SRP within a reasonable amount of time when asked by authorized BLM and BRC personnel, as required by the Closure Order(s) and BRC's OSS or air carrier contracts. Commercial film/still photography production companies must show proof of their permit or notice that they do not need one within a reasonable amount of time.

iii. BRC will inform the BLM's Vendor Compliance Lead of unauthorized vendors, commercial film/still photography production companies and air carrier services discovered at the Event.

iv. Any vendors and air carrier services found operating without a contract with BRC and unpermitted by BLM at the Event, will be found to be in noncompliance and may face eviction and/or receive citations for noncompliance with 43 C.F.R. § 2932, or be required to obtain a BRC contract and a BLM SRP, if required.

v. If BLM finds any commercial film/still photography production companies operating at the event without a BLM permit or BLM notice that one is not necessary, it will coordinate with BRC as outline din the Commercial Filming Compliance Protocol in the BRC Operations Plan.

vi. BRC will provide a copy of the 2017 Closure Orders to all vendors, commercial film/still photography production companies and air carrier services prior to the start of the Event.

14. BRC shall comply with all applicable supplemental regulations as promulgated in the Closure Order(s) published in the Federal Register prior to the 2017 Event.

15. In regard to historical and archeological resources:

A. All participants and support staff will be informed that collection, excavation or vandalism of historical and archaeological artifacts or sites is illegal on public land. If BRC learns of the discovery of archaeological artifacts (objects greater than 50 years old) or human remains, BRC shall notify the BLM immediately.

B. BRC shall comply with 43 C.F.R. § 7.18 and shall not make available to the public any information concerning the nature and location of any archaeological resource.

C. Should BRC discover an archaeological resource, it must stop all activities in the discovery vicinity and protect the site until Event completion or until notified otherwise by the BLM authorized officer.

16. BRC shall provide the appropriate identification to its authorized personnel (i.e. staff ID, decals, designated camping areas, etc.) and will inform the BLM of the nature and appearance of such identification prior to the Event.

17. All mounted lasers on registered mutant vehicles, placed art projects and placed theme camps must be inspected and approved by BRC.

18. The use of unmanned aircraft systems (UAS) is prohibited, unless the operator is registered through and complies with the Remote Control BRC program (RCBRC) and operates the UAS in accordance with Federal laws and regulations.

19. With regard to mutant vehicles and art cars:

> A. Mutant Vehicles more than 13 feet wide are issued "Playa Only" driving licenses, restricting operation within the city streets. BRC shall locate known "Playa Only" car camps on the outside streets of the city.

> B. Art cars with flame effects shall not carry additional gasoline or diesel fuel tanks when in operation. Propane tanks are allowed on art cars with flame effects upon inspection from the Fire Art Safety Team (FAST) team at the Department of Mutant Vehicles (DMV) registration.

> C. For vehicles with limited visibility as determined by BRC DMV, easily identifiable walkers and/or spotters are required. Examples of easily identifiable clothing include: reflective safety vests, brightly colored or reflective hats, bandanas or shirts.

> D. BRC shall notify BLM promptly when there is an art car related injury requiring medical treatment and transport to Rampart.

20. BRC's propane shall be dispensed at identified refueling stations by a licensed professional.

21. BRC shall cooperate with the BLM when requested, to assist in removing individuals from the Event as provided in 43 C.F.R. § 2932.57(a)(7). If BRC evicts anyone under

BRC's internal procedures BRC will notify the BLM of the eviction and identify the evicted individuals. BRC will work with BLM to develop a protocol for evictions which will be documented in the 2017 Operations Plan.

22. BRC shall promptly notify the BLM Dispatch when additional BRC resources are required to reduce the intensity of a potential conflict or developing situation involving BRC Participants, in accordance with BRC's "Must Report" policy in the 2017 BRC Operations Plan.

23. Regarding burns:

    A. BRC shall include BLM at the briefing on the Thursday before the Man Burn.

    B. BRC shall provide BLM a "Daily Burn Sheet" that shall include information on each burn, the perimeter size, the FAST Lead for the burn, image and location of the perimeter.

    C. At large scale burns, participants who are stopped by BRC Rangers for repeatedly violating established burn perimeters shall be promptly turned over to BLM Law Enforcement.

    D. All structures to be burned must meet BRC engineering standards for burnable structures, or they shall not be burned.

24. BRC shall maintain an evacuation plan and include it in the 2017 Operations Plan.

25. BRC shall provide forward deployment of ESD during planned mass gatherings.

**COORDINATION**

26. BRC shall make a member of its Board, or authorized representative(s), available to the BLM prior to the Event for planning coordination. This member of its Board, or

authorized representative(s) will also be available to the BLM after the Event for After Action Review coordination. BRC's Board member or authorized representative(s) must be authorized to represent and act on BRC's behalf to coordinate as needed with the BLM, law enforcement and other event cooperators on issues requiring action. BRC must provide BLM with its authorized representative(s)/point of contact(s) by July 30, 2017.

The BLM's representatives are the following;

Mark Hall – Authorized Officer

Mark Pirtle – Incident Commander

Logan Briscoe – Law Enforcement

(Note: The BLM representatives may use designees to represent them for certain functions)

27. BRC, BLM and other agencies as shall be mutually deemed appropriate, shall cooperate in the development of a Unified Command (UC) structure, including designation of "Tier 1" leadership positions, for the management of available safety, security and infrastructure resources in the Event of an emergency incident. During the Event, Tier 1 members will coordinate daily, as well as during the immediate pre and post operating period, (at a time to be determined) with regard to all daily operating procedures as well as in the event of an emergency threshold event, as defined in the Standard Operating Procedure (SOP). BRC will ensure there is appropriate representation from BRC in the Tier 1 leadership, available 24 hours a day and 7 days a week during the Event and will provide the name(s) of BRC representation to BLM by July 30, 2017. All UC operations will be managed from the Joint Operations Center (JOC) unless it is deemed more appropriate by the Tier 1 leadership to have an incident specific UC location.

28. Meetings required with affected parties:

> A. BRC shall confer with the following entities prior to the Event to address local

issues and concerns: Washoe County Sheriff's Office (WCSO), NDOT, Federal Aviation Administration, Washoe County Roads Department (WCRD), Nevada Highway Patrol and the Gerlach Volunteer Fire Department.

B. A representative from BRC will meet with representatives from the BLM prior to the Event to coordinate logistics for operation of the communication compound.

C. BRC shall meet with the Pyramid Lake Paiute Tribe to address concerns and impacts to Tribal reservation resources anticipated from the Event.

D. BRC shall keep the BLM informed regarding progress on formal agreements/MOUs with affected Parties.

29. As described in the 2017 Operations Plan, BRC shall develop procedures and plans for sanitation, emergency medical facilities and services, fire protection, security, participant camping, traffic, access and parking control, illumination, water supply, food supply, communication services, drones, lasers, burn perimeters and safety for the Event.

30. BRC will develop and implement a plan to address and prevent the exposure of minors to adult activities at the Event. The plan should include measures such as educating and requiring parents/guardians to supervise their children, zoning the city and making every effort to educate adult related theme camps about the need for having a gatekeeper during hours when the camp might not be suitable for minors. BRC will make a diligent effort to enforce actions identified in the plan. A copy of the plan shall be provided to the BLM and the Pershing County Sheriff's Office (PCSO) within 10 days of the BLM's grant of the permit.

31. BRC shall develop and cooperate in the implementation of contingency plans for operations of critical health and safety services under adverse conditions, including those that could cause cancellation or temporary suspension of the Event. Such causes may include adverse weather, natural or human caused disaster or social unrest. This effort shall

apply to participants within the Event area and en-route to and leaving the Event.

A. Prior to the event, BRC shall disseminate emergency information to participants via the Burning Man Website, the Burning Man Survival Guide and any other appropriate media.

B. During the Event:

> i. Should Event cancellation be necessary, critical health and safety systems must be as operational as reasonably possible during the duration of any temporary suspension or until participants are able to leave the Event site and the Gerlach/Empire area.

> ii. BRC and the BLM will monitor forecast weather conditions. If weather forecasts suggest a high probability of adverse weather conditions that may result in disruptions to the Event, both parties in conjunction with other appropriate agencies and cooperators will follow response plans and maintain appropriate strategies and actions to deal with potential impacts on participants. In the case of natural disaster or civil unrest, response plans or appropriate strategies and actions will be initiated immediately after any disaster or unrest occurs.

> iii. BRC shall cooperate with the BLM and county law enforcement to warn participants headed into the Event of any closures or other restrictions.

> iv. BRC shall provide participants with current and projected conditions, allowed and prohibited actions deemed necessary for public health and safety as well as protection of the environment, and other appropriate public service announcements via BMIR, flyers, or loud speaker broadcasts as needed.

> v. If Event termination is required, an appropriate time frame will be established by the Tier 1 group and other cooperators to facilitate safe removal of people and property.

32. In cooperation with emergency services providers and law enforcement agencies, BRC shall within a reasonable time after learning of them, notify the BLM and appropriate agencies of all accidents related to the Event that occur before, during and after the Event that result in death or personal injury requiring hospitalization. Accident reports involving death or injury will be coordinated with the PCSO and the BLM.

33. BRC's medical contractor shall report daily to the BLM and the Nevada Division of Public and Behavioral Health, providing a numerical breakdown of patient categories and transports, including a breakdown of reasons for transport; and no later than 60 days after the Event shall provide to the BLM a written final statistical report of such medical cases.

34. Within 12 hours upon learning of any incident that occurs before, during or after the Event that could possibly result in a liability claim, BRC shall confer with the BLM and as deemed necessary by either party, submit a written incident report to the BLM.

35. BRC shall provide a minimum of two structural/brush-type fire engines, National Wildfire Coordinating Group (NWCG) type 3-6. Engines and staff must meet NWCG or NWSA (National Wildfire Suppression Association) standards for personnel and equipment. These fire engines will be strategically placed within BRC as determined necessary by the BRC fire contractor. BRC shall station a specialized emergency firefighting vehicle at the airport during all times that the airport is open. BRC shall provide modern industry-standard technical rescue, extrication and high-angle rescue capabilities and equipment throughout pre- during- and post-event.

**FEE SCHEDULE**

36. The BLM shall collect a commercial use fee from BRC for the use of public lands for the Event. The fee, as set by regulation 43 C.F.R. § 2930 and *BLM Handbook H-2930-1 Special Recreation Permits*, will be equal to 3% of the adjusted gross income derived from the use authorized under the SRP, plus any applicable assigned site fee and/or exclusive

use fee, plus cost recovery, including application fees. Through the Collections and Billing System (CBS), the BLM will invoice BRC for a payment of at least 25% of the estimated commercial use fee (i.e. 3% of estimated gross receipts).  Payment must be received by the BLM prior to the start of the Event. Determination of gross income will be based on all payments received by BRC and its employees or agents for goods or services provided in connection with commercial activities authorized by the SRP. BRC shall provide BLM with an itemized detailed gross revenue report, prepared by a Certified Public Accountant, including, but is not limited to, ticket sales, authorized contractors operating under the Burning Man SRP, coffee and ice sales, revenue from filming and photography, Plug-and-Play camps, fees associated with outside services and private donations received by BRC for management of the Event on public lands.

The following schedule for payments will be used:

| Payment | Due Date | Amount Due |
|---------|----------|-----------|
| 1. | 10 days after permit is issued by BLM; generated in CBS. | 25% of estimated commercial use fees |
| 2. | January 31st, 2018 due date in CBS. | The remaining balance of commercial use fees |

37. BRC shall provide BLM with an itemized gross revenue report for all ticket sales and Event entry sales. The report will include the number of tickets sold in each category and the price per ticket for the following categories as listed in the BRC "2017 Ticket Structure":

• PRE-SALE • MAIN SALE  • DIRECTED GROUP SALES
• OMG SALE • LOW INCOME PROGRAM • OTHER SALES

38. BRC is responsible for the cost recovery payment, consisting of the actual costs of

administering the SRP, including all direct and indirect costs, in addition to the commercial use fees. BRC must sign a Cost Recovery Agreement (CRA) within 10 days of the issuance of the permit. 100% of the cost recovery fee estimate shall be received prior to the start of the Event as provided in the 2017 CRA.

39. Any commercial vendors supplying goods or services directly to Burning Man participants/theme camps at the Event must have a permit from the BLM.

40. Per 43 CFR 5.2 and Public Law 106-206, commercial film producers/companies and commercial still photographers may need a permit from the BLM before they film/capture images on the playa.

**SANITATION**

41. BRC shall ensure there are an adequate number and suitable placement of toilets as needed throughout Black Rock City according to the 2017 Operations Plan and the Nevada Division of Public and Behavioral Health's Mass Gathering permit requirements, in conjunction with the Nevada Revised Statute sanitation requirements. Throughout the Event, restrooms shall be placed in strategic locations to accommodate participant's needs. Sufficient portable toilets must be supplied at areas likely to be used after dark. BRC shall ensure the toilets in the open playa are adequately lit and visible during nighttime activities. In conjunction with Mutant Vehicle mass gathering producers, BRC will stage sanitation resources in the deep playa. BRC will manage restrooms near the Temple according to the 2017 Operations Plan.

42. BRC will educate participants about pumping limits, portable toilet locations and best practices in desert camping. BRC shall continue to educate Event participants regarding the importance of appropriate disposal of human waste prior to release of information regarding the 2017 Event. BRC shall include a page on the Burning Man website that specifies the appropriate disposal of human waste for participants using personal portable toilets and provides information regarding the risks to human health of improperly disposed of human wastes. BRC shall inform the Event participants on the legal ramifications to the

individual and to the applicant of inappropriately disposed human waste including the possible revocation of permits, see NAC 444.5466 Disposal of sewage; plumbing (for Camping) and NAC 444.5492 (regarding provision of toilet facilities for mass gatherings).

## TRAFFIC MANAGEMENT

43. BRC's Traffic Management Plan will include detail on Burning Man's traffic controls during ingress and egress. This plan will be approved by the BLM authorized officer.

44. No more than 1,000 vehicles per hour shall be released from Black Rock City during the exodus period to avoid deterioration of the external roadway system to an unacceptable level of service (LOS E or F) (Note: Transportation engineers and planners commonly use the term level of service (LOS) to measure and describe the operational status of a roadway network. The Nevada Department of Transportation (NDOT) strives to maintain LOS D or better on all of its roadways. LOS levels E and F are considered unacceptable by NDOT).

45. BRC shall allow any dispatched tow truck that is licensed to operate in the State of Nevada to access the Event through the 12-mile access vendor's gate for the purpose of removing vehicles in need of repair and/or to carry out minor repairs to allow inoperable vehicles to be driven away from the Event.

46. BRC shall provide a minimum of two post-event roadside crews to clean up litter and debris along the roads and highways surrounding the Event with a focus on County Road 34 from the "8-Mile" entrance to State Road (SR) 447, SR 447 from the intersection with County Road 34 to Wadsworth, from Gerlach to the California state line, and SR 446 from Nixon to SR 445 near Sutcliffe. Weather, traffic and other safety concerns permitting, BRC will begin this cleanup effort on Wednesday post-event and complete the effort by October 1, 2017. BRC representatives will also meet and confer with local entities that have reported concerns about Event participants leaving trash, and BRC will work to mitigate these issues in order to prevent a reoccurrence of complaints, and to promote Leave No Trace ethics outside of the Event.

47. BRC shall coordinate with NDOT and the Freeway Service Patrol to ensure that debris removal is conducted according to NDOT standards and protocols. Off-site clean-up will occur after the Event to gather trash discarded during the entire Event period. BRC shall make best efforts to collect all trash that can be safely collected and will notify and coordinate with the appropriate agencies for any remaining items in accordance with all NDOT encroachments permits. Clean-up staff must wear appropriate safety vests and hats and drive vehicles with flashing lights to ensure safety during trash collection.

48. In addition to patrolling SR-446 and SR-447 for event-related trash, BRC shall coordinate with NDOT to compile a list of any other roadways or rest areas that need to be cleared of Event-related trash. Additionally, BRC shall coordinate with Washoe County to patrol County Road 34 and Jackson Lane from the Event site to the "Black Rock City Work Ranch" in the Hualapai Valley, approximately 10 miles north of the Event site.

49. Prior to the Event, BRC shall coordinate with NDOT and the WCRD regarding the type of traffic control devices and shall use such devices in accordance with both agencies requirements. A copy of all necessary permits for encroachment within NDOT and WCRD right-of-ways for temporary traffic control measures (i.e. speed limit trailers, etc.) shall be provided to the BLM and to appropriate agencies/jurisdictions by BRC 30 days prior to the start of the Event.

50. Flaggers shall be used at the intersection of SR-447 and SR-427 to provide for greater public safety within the Pyramid Lake Paiute Tribal land.

51. BRC shall cooperate with WCSO and NDOT to request a temporary speed limit reduction through the town of Empire. The BLM recommends a posted maximum speed limit of 25 mph. A reduced speed limit would improve the safety of parking along SR-447 through Empire and pedestrians crossing the roadway.

52. BRC shall provide traffic control, using traffic control devices as determined by WCRD and NDOT, at County Road 34 entrances/exits to the Event, the "Y" intersection of SR-

447/County Road 34 and in the towns of Gerlach and Empire during heavy traffic periods.

53. To reduce impacts to the tribal land located along the access routes, BRC shall coordinate with the Pyramid Lake Paiute Tribe. BRC shall work with the Pyramid Lake Paiute Tribe in developing the applicant's plan to increase public awareness and educational campaigns about Leave No Trace® on tribal land, including for example, signage on roads, Public Service Announcements on BMIR, blog-posts, etc. Also, BRC shall continue to support and promote tribal enterprises that are setup to collect participant trash and recycling for a fee, which also helps with economic benefits of the region.

54. Event speed limits shall be posted on both Gate Road and the 12-Mile/Point 1 Road. BRC will provide clearly identifiable mileage markers on Gate Road to facilitate emergency response. Will-call area shall have an organized layout including signage.

55.  BRC shall delineate the perimeter edges and ends of the NV-88 runways, with visible safety cones, as specified in the annual Operations Plan.

**COMPLIANCE INSPECTIONS**

56. BRC's operation and compliance with the terms, conditions and Special Stipulations of the SRP will be evaluated through performance inspections before, during and following the Event. All campsites, vendor operating areas, commercial film/still photography production areas and permittee operating areas are subject to compliance checks to monitor environmental, vending and film/still photography compliance-related stipulations. This includes the Department of Public Works, First Camp, Heavy Equipment Yards and the United Site Services Operation Area, among others.

57. BRC shall coordinate with the BLM and any other relevant agency to monitor environmental protection measures identified in these Special Stipulations, the closure order and Operations Plan. BRC personnel shall participate in a combined Environmental Compliance Team, which will be responsible for monitoring environmental protection measures within the closure area during the entire Event. The Environmental Compliance

Team is a combination of the BLM and BRC's Earth Guardians, Black Rock Rangers, ESD/Fire Safety and Playa Restoration Crew. Each of these BRC departments will work through a central point person to document and mitigate all violations of environmental protection measures within 24 hours of the violation being brought to BRC's attention. The 2017 Operations Plan shall describe the monitoring, communication, and mitigation protocols for the Environmental Compliance Team that will include, but are not limited to:

A. Trash fence integrity;

B. Appropriate campfire containment measures and prohibitions;

C. Protection of archaeological resources;

D. Camping within designated areas only;

E. Grey and black water dumping prohibitions;

F. Proper trash removal and cleanup;

G. Mitigation of vehicle oil dripping;

H. Promotion of Leave No Trace ethics;

I. Motorized vehicle, motorcycle and ATV limitations and prohibitions as they relate to environmental compliance and possible impacts;

J. Appropriate disposal of human waste; and

K. Burn containers raised off the playa.

58. BRC shall make personnel available immediately after the end of the post-event

cleanup period, and if deemed appropriate by the BLM, during the spring following the Event, to inspect the site with the BLM to determine any latent adverse impacts, such as pit depressions, bumps, depressions from roadways, ruts from vehicular traffic, or surfacing buried materials, to ensure that the site is returned to pre-event condition.

59. Inspections of the Event site, in the fall post-event, will be coordinated by the BLM using randomly placed transects throughout the site and a measurable cleaning standard. The inspecting party will intensively collect debris found on the ground within each transect. A follow-up spring inspection will be conducted only when deemed necessary by the BLM. The Post-Event Cleanup Standard shall be the average total surface area of debris collected from either the fall or spring transects will not exceed the equivalent of an average of 1 square foot per acre from identified inspection areas.

60. BRC may make a written request for an extension of time for the completion of the cleanup if weather or some other catastrophe interferes with access to the site for cleanup purposes. The BLM authorized officer may consider such a request.

61. If cleanup studies indicate the Post-Event Cleanup Standard has been or is likely to be exceeded, the permit will be suspended until the site has been cleaned up to a level not to exceed 50% of the standard and the Operations Plan includes reasonable measures to assure that the Post-Event Cleanup Standard will not be exceeded during the life of the permit.

New stipulations concerning film permits were added to the list of special stipulations since it has come to the BLM's attention that there are potential commercial uses of images taken during the Event.

## B.  Land Use Plan (LUP) Conformance

The proposed action in conformance with the applicable LUP because it is specifically provided for the following LUP decisions:

*Resource Management Plan for Black Rock Desert-High Rock Canyon Emigrant Trails National Conservation Area and Associated Wilderness, and other Contiguous Lands in Nevada. Date Approved: July 2004*

The following RMP recreation decisions were cited in the *Burning Man 2012-2016 Special Recreation Permit EA, DOI-BLM-NV-W030-2012-0007* and are cited again here because of the relevance of this action to the Burning Man SRP. As this action is needed for the implementation, and therefore an integral feature of the Burning Man SRP, these decisions are relevant.

Recreation decisions REC-21 through REC-27 apply to the issuance of SRPs:

REC-21:  All recreation permittees will be required to adhere to Tread Lightly! and Leave-No-Trace® principles. Permit stipulations will emphasize the Tread Lightly! and Leave-No-Trace® principles.

REC-22:  Permits will be assigned to one of four classes of permitted activities (I - IV). A description of the classification system is provided in Appendix J of the RMP. (The Event is a Class IV event).

REC-23:  SRPs will be limited to certain geographic areas based on the permit class that the proposal is given. (See Table 2-9 and Map 2-15 of the RMP). (Class IV events, which are the largest events, are allowed in the Permit area of the Front Country Zone).

REC-24:  To maintain solitude on northern portions of the playa, Class III and IV permitted activities will be concentrated on or near the South Playa. Northern portions of the playa may be made available for Class III and IV permits when playa conditions are unsuitable or public safety or public access may be compromised.

REC-25:  SRPs will be authorized at times, in locations and for durations consistent with providing opportunities for solitude and full public access to the playa for at least one-half

of the summer season (Memorial Day through Labor Day). The number of SRPs issued could be limited to protect resources or the visitor experience.

REC-26: Two Class III and IV events may occur simultaneously, but only one may be a Class IV event.

REC-27:  No more than two access points to the playa will be closed on the same weekend in conjunction with permitted events. (Issuance of a permit for the Event would be consistent with the RMP).

**C.  Identify applicable National Environmental Policy Act (NEPA) documents and other related documents that cover the proposed action.**

*DOI-BLM-NV-W030-2012-0007-EA, Burning Man 2012-2016 SRP; DR dated 06/12/2012 and FONSI dated 06/12/2012.*

**D.  NEPA Adequacy Criteria**

1.  Is the new proposed action a feature of, or essentially similar to, an alternative analyzed in the existing NEPA documents(s)? Is the project within the same analysis area, or if the project location is different, are the geographic and resource conditions sufficiently similar to those analyzed in the existing NEPA document(s)? If there are differences, can you explain why they are not substantial?

Yes. The Event portion, including proposed population, of this action was analyzed in the 2012-2016 Burning Man EA. The proposed modifications of the stipulations are consistent with and meet intent of the stipulations developed in the above cited EA.  While this year's Event is outside the time period analyzed in the 2012-2016 Burning Man EA, nothing about the 2017 Event has changed from the analysis in the existing NEPA document.

2.  Is the range of alternatives analyzed in the existing NEPA documents(s) appropriate

with respect to the new proposed action, given current environmental concerns, interests, and resource values?

Yes. The alternatives analyzed in 2012 are appropriate for this action. The magnitude and duration of this proposal is within the same scope of the 2012-2016 Burning Man EA and therefore does not warrant further development of alternatives.

3. Is the existing analysis valid in light of any new information or circumstances (such as, rangeland health standard assessment, recent endangered species listings, updated lists of BLM-sensitive species)? Can you reasonably conclude that new information and new circumstances would not substantially change the analysis of the new proposed action?

Yes. At the present time, there is no new information or changed circumstances for the 2017 Event that would substantially change the existing analyses. The information used to support the 2012-2016 EA analysis was conducted in 2011 and 2012 making the information current.

On October 2, 2015, the U.S. Fish and Wildlife Service (FWS) determined that the Greater Sage-Grouse (GRSG) did not warrant protection under the Endangered Species Act (ESA); therefore, the GRSG was not listed as Endangered or Threatened and in addition, the FWS withdrew the species from the Candidate Species List. This finding was due to the conservation efforts implemented by Federal, State and private landowners, including the BLM Nevada and Northern California GRSG Approved RMP Amendment and Final Environmental Impact Statement (FEIS), Record of Decision signed September 22, 2015. The RMP identifies GRSG guidance and defines three types of habitat, which include Priority Habitat Management Areas (PHMA), General Habitat Management Areas (GHMA), and Other Habitat Management Areas (OHMA). Given the new information on GRSG, the proposed action would occur outside of PHMA, GHMA and OHMA. Therefore, the analyses conducted in existing NEPA documents are still valid because the Proposed Action is outside of and would not affect any designated GRSG habitat.

During the winter and spring of 2017, the closure area was flooded by rain and snow melt run-off. As late as the end of June, satellite imagery and on the ground observations indicated that parts of the closure area defined in the 2012 EA were still flooded. However, more recent satellite imagery and field observations in July indicate that the playa surface is dry.  To protect public health and safety and to ensure that the playa is not subjected to unnecessary and undue degradation, both BRC and BLM contracted with geomorphologists and engineers to assess the playa's surface conditions. Augering found groundwater anywhere from 4 feet to 8.5 below the ground surface of the playa, or in some locations not at all. The optimal soil moisture range of the playa soils are 21%-35%. Thirteen auger samples were pulled on July 20, 2017 from different locations across the closure area, and moisture levels were measured at 0"-3", 8"-14", and 20"-24". Twenty-seven out of 39 were within the optimal soil moisture range for the playa soils. Eight out of 12 had less soil moisture than optimum.  Anchor testing indicates that the playa has pull-out loads of 7,000 to 8,000 pounds.  All this data suggests that the playa is in normal condition and is comparable to previous years, thus the analysis in the 2012-2016 Burning Man EA is valid.

4.  Are the direct, indirect and cumulative effects that would result from implementation of the new proposed action similar (both quantitatively and qualitatively) to those analyzed in the existing NEPA document?

Yes. At the present time, there is no new information or changed circumstances that would substantially change from the direct, indirect or cumulative effects analyzed in the existing EAs. The magnitude and duration of this proposal is within the same scope of the 2012-2016 Burning Man EA and therefore does not warrant further analysis.

5.  Are the public involvement and interagency review associated with existing NEPA document(s) adequate for the current proposed action?

Yes, the public involvement and interagency reviews associated with the existing NEPA documents are adequate for the current proposed action. The decision based on this DNA

will be shared with those involved with the Burning Man EA as well as Burning Man Cooperators. The decision record will be posted for the general public in ePlanning with a link from the Winnemucca District webpage.

Burning Man Preliminary EA

On March 16, 2012, the Preliminary EA was posted on the Winnemucca District Office NEPA webpage for a 30-day public review period. Additionally, BLM sent a letter to interested parties requesting substantive comments on the Preliminary EA by April 16, 2012. BLM received 42 comment letters from agencies, organizations, businesses and individuals. As a result of substantive comments from the applicant, NDOT, Pyramid Lake Paiute Tribe and individuals, revisions were made to the EA. For a list of notable modifications that were made to the EA in response to substantive comments, see the 2012 DR.

**E. Persons/Agencies/BLM Staff Consulted**

| Name /Title | Resource/Agency Represented | Signature/Date | Comments |
|---|---|---|---|
| Kathy Ataman | Cultural Resources / Paleontological / NCA | /s/ Mark E. Hall 7/28/2017 | |
| Robin Sears | Recreation | /s/ Robin Sears 7/27/17 | |
| Chelsea McKinney | Visual Resources | /s/ Chelsea McKinney 7/27/17 | |
| Kurt Miers | Waste, Hazardous or Solid | ~~/s/ MCV — PM~~ 0k MEH 7/30/2017 | ~~See attached e-mail from K. Miers~~ MEH 7/30/2017 |
| ~~Michael McCampbell~~ MCV Brock Uhlig FMO | ~~Fire~~ Fire | /s/ Brock Uhlig 7/28/17 | |
| Rob Burton | Soils, Water, Air | /s/ Rob Burton 7/27/2017 | |
| Craig Nicholls | Air Quality | /s/ Craig L. Nicholls 7/26/17 | |
| Kathy Cadigan | T&E, SSS, Wildlife habitat | /s/ K Cadigan 7/27/2017 | |
| Duane Bayes | Minerals | /s/ Steve Sappington 7/28/2017 | |
| Michael McCampbell | Invasive, Non-native species (plants/animals) | /s/ Rob Burton HRFO/AFM/NR signing for M. McCampbell 7/27/2017 | |
| Bob Gibson | Hydrology | /s/ Robert Gibson 7/27/2017 | |
| Sandi Gracia Kenneth Shedden | Wilderness / WSA / LWC | /s/ Kenneth Shedden 7/28/2017 | |
| Josh Sidon | Social Values / Economics; Environmental Justice | /s/ Josh Sidon 7/27/2017 | |
| Zwaantje Rorex | GIS | /s/ Zwaantje Rorex 7/27/2017 | |

Based on the review documented above, I conclude that this proposal conforms to the applicable land use plan and that the NEPA documentation fully covers the proposed action and constitutes BLM' compliance with the requirements of the NEPA.

| x | **Conclusion**    *(If you found that one or more of these criteria is not met, you will not be able to check this box.)* |

Based on the review documented above, I conclude that this proposal conforms to the applicable land use plan and that the NEPA documentation fully covers the proposed action and constitutes BLM's compliance with the requirements of the NEPA.

/s/ Michael Vermeys                              7/28/17

_____

Signature of Project Lead                       Date

/s/ Mark E Hall                                  29 July 2017

_____

Signature of NEPA Coordinator                   Date

/s/ Mark E Hall                                  30 July 2017

_____

Signature of the Authorized Officer             Date

**Note:**  The signed Conclusion on this Worksheet is part of an interim step in the BLM's internal decision process and does not constitute an appealable decision.  However, the lease, permit, or other authorization based on this DNA is subject to protest or appeal under 43 CFR Part 4 and the program-specific regulations.

For Internal Use Only

BM 2017

| CRA Labor Worksheet: **Based on 4 days Pre Event, 9 days Main Event, 3 days Post Event Operations** |
|---|

P: Planning Only

P&C: Planning and Closeout

O: Operations

Note: OT Rate used in Worksheet is labor code 113 because of BLM's Mission Critical Designation status.

| Position/Name (Civilian Ops) | Hours P/Hours O/Hours Total Hours | Total Hrs By Category P&O/ Reg Hrs | | Hourly Rate Reg rate w Cola & Bens OT rate | Amount Reg Hrs & OT Hrs Reg Rate x Reg Hours | Estimated Total Amount (Reg + OT) |
|---|---|---|---|---|---|---|
| | | | O/ OT Hrs | | OT Rate x OT Hours (x 1.5) | |
| AO - GS 13/5 | P&C Hrs 180 O Hrs - 76 Total - 256 | Regular Hrs OT Hours | 236 20 | $ 80.45 $ 81.05 | $ 18,986.20 $ 1,621.00 | $20,607.20 |
| IC - GS 11/5 | P&C/Hrs - 349 O/Hrs - 466 Total - 815 | Regular Hrs OT Hours | 565 250 | $ 56.45 $ 56.87 | $ 31,894.25 $ 14,217.50 | $46,111.75 |
| Civ OC - GS 12/5 | P&C/Hrs - 140 O/Hrs - 290 Total - 430 | Regular Hrs OT Hours | 260 170 | $ 67.65 — — — $ 68.16 | $ 17,589.00 — — — $ 11,587.20 | $29,176.20 |
| Comm Sup - GS 13/5 | P&C/Hrs - 240 O/Hrs - 290 Total - 530 | Regular Hrs OT Hours | 360 170 | $ 80.45 $ 81.05 | $ 28,962.00 $ 13,778.50 | $42,740.50 |

AR01472

For Internal Use Only
BM 2017

2

| | | | | | | |
|---|---|---|---|---|---|---|
| Comp Sup - GS 12/5 | P&C/Hrs - 0<br>O/Hrs - 170<br>Total - 170 | Regular Hrs<br><br>OT Hours | 72<br><br>98 | $      67.65<br><br>$      68.16 | $      4,870.80<br><br>$      6,679.68 | **$11,550.48** |
| Disp CM - GS 9/5 | P&C/Hrs - 48<br>O/Hrs - 262<br>Total - 310 | Regular Hrs<br><br>OT Hours | 176<br><br>134 | $      46.66<br><br>$      47.01 | $      8,212.16<br><br>$      6,299.34 | **$14,511.50** |
| Log Sup - GS 11/5 | P/Hrs - 16<br>O/Hrs - 317<br>Total - **333** | Regular Hrs<br><br>OT Hours | 160<br><br>173 | $      56.45<br><br>$      56.87 | $      9,032.00<br><br>$      9,838.51 | **$18,870.51** |
| ComL - GS 13/5 | P&C/Hrs - 56<br>O/Hrs - 290<br>Total - 346 | Regular Hrs<br><br>OT Hours | 176<br><br>170 | $      80.45<br><br>$      81.05 | $     14,159.20<br><br>$     13,778.50 | **$27,937.70** |
| IT Spec - GS 11/5 | P&C/Hrs - 120<br>O/Hrs - 288<br>Total - 408 | Regular Hrs<br><br>OT Hours | 248<br><br>160 | $      56.45<br><br>$      56.87 | $     13,999.60<br><br>$      9,099.20 | **$23,098.80** |
| IT Security - GS 11/5 | P&C/Hrs - 96<br>O/Hrs - 288<br>Total - 384 | Regular Hrs<br><br>OT Hours | 224<br><br>160 | $      56.45<br><br>$      56.87 | $     12,644.80<br><br>$      9,099.20 | **$21,744.00** |
| Com Tech  GS 11/5 | P&C/Hrs - 40<br>O/Hrs - 316<br>Total - 356 | Regular Hrs<br><br>OT Hours | 168<br><br>188 | $      56.45<br><br>$      56.87 | $      9,483.60<br><br>$     10,691.56 | **$20,175.16** |

AR01473

For Internal Use Only

BM 2017

| | | Regular Hrs | 128 | $ | 56.45 | $ | 7,225.60 | |
|---|---|---|---|---|---|---|---|---|
| Com Tech - GS 11/5 | P/Hrs - 0 | | | | | | | $17,917.16 |
| | O/Hrs - 316 | | | | | | | |
| | Total - **316** | OT Hours | 188 | $ | 56.87 | $ | 10,691.56 | |
| | | Regular Hrs | 128 | $ | 56.45 | $ | 7,225.60 | |
| Com Tech - GS 11/5 | P/Hrs - 0 | | | | | | | $17,917.16 |
| | O/Hrs - 316 | | | | | | | |
| | Total - **316** | OT Hours | 188 | $ | 56.87 | $ | 10,691.56 | |
| | | Regular Hrs | 128 | $ | 56.45 | $ | 7,225.60 | |
| Com Tech - GS 11/5 | P/Hrs -0 | | | | | | | $17,917.16 |
| | O/Hrs - 316 | | | | | | | |
| | Total - **316** | OT Hours | 188 | $ | 56.87 | $ | 10,691.56 | |
| Com Tech – GS 11/5 (Pre & Post Only) | P/Hrs - 0 | Regular Hrs | 40 | $ | 56.45 | $ | 2,258.00 | $20,857.60 |
| | O/Hrs - 80 | | | | | | | |
| | Total - 80 | OT Hours | 40 | $ | 56.87 | $ | 2,274.80 | |
| Safety Off - GS 12/5 | P/Hrs - 8 | Regular Hrs | 64 | $ | 67.65 | $ | 4,329.60 | $9,237.12 |
| | O/Hrs - 128 | | | | | | | |
| | Total - **136** | OT Hours | 72 | $ | 68.16 | $ | 4,907.52 | |
| Admin Assist - GS 7/5 | P&C/Hrs - 80 | Regular Hrs | 136 | $ | 38.14 | $ | 5,187.04 | $7,108.54 |
| | O/Hrs - 106 | | | | | | | |
| | Total - **186** | OT Hours | 50 | $ | 38.43 | $ | 1,921.50 | |
| PIO - GS 12/5 | P&C/Hrs - 56 | Regular Hrs | 136 | $ | 67.65 | $ | 9,200.40 | $12,744.72 |
| | O/Hrs - 132 | | | | | | | |
| | Total - **188** | OT Hours | 52 | $ | 68.16 | $ | 3,544.32 | |
| GIS - GS 11/5 | P/Hrs -40 | Regular Hrs | 128 | $ | 56.45 | $ | 7,225.60 | $11,547.72 |
| | O/Hrs - 164 | | | | | | | |
| | Total - 204 | OT Hours | 76 | $ | 56.87 | $ | 4,322.12 | |

AR01474

For Internal Use Only

BM 2017

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CompVend - GS 11/5 | P&C/Hrs - 200 | Regular Hrs | 240 | $ 56.45 | $ 13,548.00 | | $19,121.26 |
| | O/Hrs - 138 | | | | | | |
| | Total - 338 | OT Hours | 98 | $ 56.87 | $ 5,573.26 | | |
| CompVend - GS 11/5 (Pre & Post Only) | P/Hrs -0 | Regular Hrs | 64 | $ 56.45 | $ 3,612.80 | | $6,342.56 |
| | O/Hrs - 112 | | 48 | | | | |
| | Total - 112 | OT Hours | | $ 56.87 | $ 2,729.76 | | |
| CompEnv - GS 11/5 | P/Hrs -0 | Regular Hrs | 72 | $ 56.45 | $ 4,064.40 | | $8,386.52 |
| | O/Hrs - 148 | | 76 | | | | |
| | Total - 148 | OT Hours | | $ 56.87 | $ 4,322.12 | | |
| CompEnv - GS 11/5 | P/Hrs -0 | Regular Hrs | 72 | $ 56.45 | $ 4,064.40 | | $8,386.52 |
| | O/Hrs - 148 | | 76 | | | | |
| | Total - 148 | OT Hours | | $ 56.87 | $ 4,322.12 | | |
| CompEnv - GS 9/5 (Pre & Post Only) | P/Hrs - 80 | Regular Hrs | 144 | $ 46.66 | $ 6,719.04 | | $8,975.52 |
| | O/Hrs - 112 | | 48 | | | | |
| | Total - 192 | OT Hours | | $ 47.01 | $ 2,256.48 | | |
| Log - GS 11/5 | P/Hrs - 0 | Regular Hrs | 176 | $ 56.45 | $ 9,935.20 | | $19,773.71 |
| | O/Hrs - 349 | | 173 | | | | |
| | Total - 349 | OT Hours | | $ 56.87 | $ 9,838.51 | | |
| Log - GS 9/5 | P/Hrs -0 | Regular Hrs | 104 | $ 46.66 | $ 4,852.64 | | $10,117.76 |
| | O/Hrs - 216 | | 112 | | | | |
| | Total - 216 | OT Hours | | $ 47.01 | $ 5,265.12 | | |

AR01475

For Internal Use Only

BM 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| Log - GS 9/5 | P/Hrs -0  O/Hrs - 216  Total - **216** | Regular Hrs | 104 | $ 46.66 | $ 4,852.64 | **$10,117.76** |
| | | OT Hours | 112 | $ 47.01 | $ 5,265.12 | |
| Log Runner - GS 9/5 | P/Hrs -0  O/Hrs - 88  Total - **88** | Regular Hrs | 40 | $ 46.66 | $ 1,866.40 | **$4,122.88** |
| | | OT Hours | 48 | $ 47.01 | $ 2,256.48 | |
| IMARS - GS 12/5 | P/Hrs -0  O/Hrs - 203  Total 203 | Regular Hrs | 88 | $ 67.65 | $ 5,953.20 | **$13,791.60** |
| | | OT Hours | 115 | $ 68.16 | $ 7,838.40 | |
| IMARS - GS 12/5 | P&C/Hrs - 40  O/Hrs - 203  Total 243 | Regular Hrs | 128 | $ 67.65 | $ 8,659.20 | **$16,497.60** |
| | | OT Hours | 115 | $ 68.16 | $ 7,838.40 | |
| IMARS – GS 11/5  (Off Site/Part Time) | P/Hrs - 0  O/Hrs - 80  Total 80 | Regular Hrs | 80 | $ 56.45 | $ 4,516.00 | **$4,516.00** |
| | | OT Hours | 0 | $ 79.03 | $ - | |
| Financial Support  GS 12/5  Planning/Closeout Only- Not on Playa | P&C/Hrs - 160  O/Hrs - 0  Total - 160 | Regular Hrs | 160 | $ 67.65 | $ 10,824.00 | **$10,824.00** |
| | | OT Hours | 0 | $ 68.16 | OT total - N/A | |
| Contracting Support  GS 11/5  Planning/Closeout Only- Not on Playa | P&C/Hrs - 120  O/Hrs - 0  Total - 120 | Regular Hrs | 120 | $ 56.45 | $ 6,774.00 | **$6,774.00** |
| | | OT Hours | 0 | $ 56.87 | OT total - N/A | |
| | | | | | | **Total Civ Ops**  **$518,911.47** |

For Internal Use Only

BM 2017

6

| Position/Name (LE Ops) | Hours P/Hours O/Hours Total Hours | Total Hrs By Category P&O/ Reg Hrs O/ OT Hrs | | Hourly Rate Reg rate w Cola & Bens & LE LEAP or AUO OT rate | Amount Reg Hrs & OT Hrs Reg Rate x Reg Hours OT Rate x OT Hours (x 1.5) | | Estimated Total Amount (Reg + OT) |
|---|---|---|---|---|---|---|---|
| LE OC - GS 12/5 | P&C/Hrs - 160 O/Hrs - 236 Total - 396 | Regular Hours OT Hours | 280 116 | $ 67.65 $ 94.71 | $ $ | 18,942.00 10,986.36 | **$29,928.36** |
| LE PM - GS 12/5 | P&C/Hrs - 500 O/Hrs - 236 Total - 736 | Regular Hours OT Hours | 620 116 | $ 67.65 $ 94.71 | $ $ | 41,943.00 10,986.36 | **$52,929.36** |
| LE POC (Day) - GS 13/5 | P&C/Hrs - 32 O/Hrs - 152 Total - 184 | Regular Hours OT Hours | 112 72 | $ 80.45 $ 112.63 | $ $ | 9,010.40 8,109.36 | **$17,119.76** |
| LE POC (Night) - GS 13/5 | P/Hrs - 0 O/Hrs - 152 Total - 152 | Regular Hours OT Hours | 80 72 | $ 80.45 $ 112.63 | $ $ | 6,436.00 8,109.36 | **$14,545.36** |
| LE INVC - GS 13/5 | P&C/Hrs - 24 O/Hrs - 216 Total - 240 | Regular Hours OT Hours | 144 96 | $ 80.45 $ 112.63 | $ $ | 11,584.80 10,812.48 | **$22,397.28** |
| LE PC - (Day) - GS 12/5 (Pre, Main) | P/Hrs - 16 O/Hrs - 245 Total - **261** | Regular Hours OT Hours | 152 109 | $ 67.65 $ 94.71 | $ $ | 10,282.80 10,323.39 | **$20,606.19** |

**AR01477**

For Internal Use Only

BM 2017

| | | Regular Hours | | | | | |
|---|---|---|---|---|---|---|---|
| LE PC (Swing- GS 12/5) (Pre, Main, Post) | P/Hrs - 16 | Regular Hours | 176 | $ | 67.65 | $ | 11,906.40 | **$23,650.44** |
| | O/Hrs - 284 | | | | | | | |
| | Total - 300 | OT Hours | 124 | $ | 94.71 | $ | 11,744.04 | |
| LE PC (Night)- GS 12/5 (Main, Post) | P/Hrs - 16 | Regular Hours | 144 | $ | 67.65 | $ | 9,741.60 | **$19,591.44** |
| | O/Hrs - 232 | | | | | | | |
| | Total - 248 | OT Hours | 104 | $ | 94.71 | $ | 9,849.84 | |
| LE MEDL - GS 13/5 | P&C/Hrs - 12 | Regular Hours | 68 | $ | 80.45 | $ | 5,470.60 | **$16,170.45** |
| | O/Hrs - 151 | | | | | | | |
| | Total - 163 | OT Hours | 95 | $ | 112.63 | $ | 10,699.85 | |
| LE MED - GS 12/5 | P/Hrs - 0 | Regular Hours | 56 | $ | 67.65 | $ | 3,788.40 | **$12,785.85** |
| | O/Hrs - 151 | | | | | | | |
| | Total - 151 | OT Hours | 95 | $ | 94.71 | $ | 8,997.45 | |
| LE MED HHS | P/Hrs - 0 | Regular Hours | 96 | | | | | **IAA Funded** |
| | O/Hrs - 167 | | | | | | | |
| | Total - 167 | OT Hours | 71 | | | | | |
| LE MED HHS | P/Hrs - 0 | Regular Hours | 96 | | | | | **IAA Funded** |
| | O/Hrs - 167 | | | | | | | |
| | Total - 167 | OT Hours | 71 | | | | | |
| LE Evidence - GS 12/5 | P&C/Hrs - 120 | Regular Hours | 216 | $ | 67.65 | $ | 14,612.40 | **$25,504.05** |
| | O/Hrs - 211 | | | | | | | |
| | Total - 331 | OT Hours | 115 | $ | 94.71 | $ | 10,891.65 | |
| LE Evidence - GS 11/5 | P/Hrs - 56 | Regular Hours | 144 | $ | 56.45 | $ | 8,128.80 | **$17,217.25** |
| | O/Hrs - 170 | | | | | | | |
| | Total - 259 | OT Hours | 115 | $ | 79.03 | $ | 9,088.45 | |

**AR01478**

For Internal Use Only

BM 2017

| | | Regular Hours | 72 | $ | 80.45 | $ | 5,792.40 | |
|---|---|---|---|---|---|---|---|---|
| LE OPR - GS 13/5 | P/Hrs - 0 | | | | | | | $13,901.76 |
| | O/Hrs - 144 | | | | | | | |
| | Total - **144** | OT Hours | 72 | $ | 112.63 | $ | 8,109.36 | |
| LE INV Sup - GS 12/5 TAC | P&C/Hrs - 56 | Regular Hours | 128 | $ | 67.65 | $ | 8,659.20 | $16,330.71 |
| | O/Hrs - 153 | | | | | | | |
| | Total - **209** | OT Hours | 81 | $ | 94.71 | $ | 7,671.51 | |
| | P/Hrs - 0 | Regular Hours | 72 | $ | 67.65 | $ | 4,870.80 | |
| LE INV Sup - GS 12/5 | O/Hrs - 137 | | | | | | | $11,026.95 |
| | Total - **137** | OT Hours | 65 | $ | 94.71 | $ | 6,156.15 | |
| | P/Hrs - 0 | Regular Hours | 72 | $ | 67.65 | $ | 4,870.80 | |
| LE INV Sup - GS 12/5 | O/Hrs - 137 | | | | | | | $11,026.95 |
| | Total - **137** | OT Hours | 65 | $ | 94.71 | $ | 6,156.15 | |
| | P/Hrs - 0 | Regular Hours | 72 | $ | 67.65 | $ | 4,870.80 | |
| LE INV Sup - GS 12/5 | O/Hrs - 137 | | | | | | | $11,026.95 |
| | Total - **137** | OT Hours | 65 | $ | 94.71 | $ | 6,156.15 | |
| | P/Hrs - 0 | Regular Hours | 72 | $ | 67.65 | $ | 4,870.80 | |
| LE INV Sup - GS 12/5 | O/Hrs - 137 | | | | | | | $11,026.95 |
| | Total - **137** | OT Hours | 65 | $ | 94.71 | $ | 6,156.15 | |
| | P/Hrs - 0 | Regular Hours | 72 | $ | 67.65 | $ | 4,870.80 | |
| LE INV Sup - GS 12/5 | O/Hrs - 137 | | | | | | | $11,026.95 |
| | Total - **137** | OT Hours | 65 | $ | 94.71 | $ | 6,156.15 | |
| | P/Hrs - 0 | Regular Hours | 72 | $ | 67.65 | $ | 4,870.80 | |
| LE INV - GS 12/5 | O/Hrs - 137 | | | | | | | $11,026.95 |
| | Total - **137** | OT Hours | 65 | $ | 94.71 | $ | 6,156.15 | |

For Internal Use Only

BM 2017

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LE INV - GS 12/5 | P/Hrs - 0 | Regular Hours | 72 | $ | 67.65 | $ | 4,870.80 | **$11,026.95** |
| | O/Hrs - 137 | | | | | | |
| | Total - **137** | OT Hours | 65 | $ | 94.71 | $ | 6,156.15 | |
| LE PAT PS - GS 12/5 | P/Hrs - 16 | Regular Hours | 88 | $ | 67.65 | $ | 5,953.20 | **$12,109.35** |
| | O/Hrs - 137 | | | | | | |
| | Total - **153** | OT Hours | 65 | $ | 94.71 | $ | 6,156.15 | |
| LE PAT PS - GS 12/5 | P/Hrs - 16 | Regular Hours | 88 | $ | 67.65 | $ | 5,953.20 | **$12,109.35** |
| | O/Hrs - 137 | | | | | | |
| | Total - **153** | OT Hours | 65 | $ | 94.71 | $ | 6,156.15 | |
| LE PAT PS - GS 12/6 | P/Hrs - 16 | Regular Hours | 88 | $ | 67.65 | $ | 5,953.20 | **$12,109.35** |
| | O/Hrs - 137 | | | | | | |
| | Total - **153** | OT Hours | 65 | $ | 94.71 | $ | 6,156.15 | |
| LE PAT PS - GS 12/7 | P/Hrs - 16 | Regular Hours | 88 | $ | 67.65 | $ | 5,953.20 | **$12,109.35** |
| | O/Hrs - 137 | | | | | | |
| | Total - **153** | OT Hours | 65 | $ | 94.71 | $ | 6,156.15 | |
| LE PAT PS - GS 12/5 | P/Hrs - 16 | Regular Hours | 88 | $ | 67.65 | $ | 5,953.20 | **$12,109.35** |
| | O/Hrs - 137 | | | | | | |
| | Total - **153** | OT Hours | 65 | $ | 94.71 | $ | 6,156.15 | |
| LE PAT PS - GS 12/5 | P/Hrs - 16 | Regular Hours | 88 | $ | 67.65 | $ | 5,953.20 | **$12,109.35** |
| | O/Hrs - 137 | | | | | | |
| | Total - **153** | OT Hours | 65 | $ | 94.71 | $ | 6,156.15 | |
| LE PAT - GS 11/5 (Pre, Main) K9 | P/Hrs - 8 | Regular Hours | 112 | $ | 56.45 | $ | 6,322.40 | **$13,039.95** |
| | O/Hrs - 189 | | | | | | |
| | Total - **197** | OT Hours | 85 | $ | 79.03 | $ | 6,717.55 | |

**AR01480**

For Internal Use Only

BM 2017

| | | Regular Hours | 112 | $ | 56.45 | $ | 6,322.40 | |
|---|---|---|---|---|---|---|---|---|
| LE PAT - GS 11/5 (Pre, Main) K9 | P/Hrs - 8 O/Hrs - 189 Total - 197 | OT Hours | 85 | $ | 79.03 | $ | 6,717.55 | **$13,039.95** |
| LE PAT - GS 11/5 (Pre, Main) K9 | P/Hrs - 8 O/Hrs - 189 Total - 197 | Regular Hours | 112 | $ | 56.45 | $ | 6,322.40 | **$13,039.95** |
| | | OT Hours | 85 | $ | 79.03 | $ | 6,717.55 | |
| LE PAT - GS 11/5 (Pre, Main) | P/Hrs - 0 O/Hrs - 189 Total - **189** | Regular Hours | 104 | $ | 56.45 | $ | 5,870.80 | **$12,588.35** |
| | | OT Hours | 85 | $ | 79.03 | $ | 6,717.55 | |
| LE PAT - GS 11/5 (Pre, Main) | P/Hrs - 0 O/Hrs - 189 Total - **189** | Regular Hours | 104 | $ | 56.45 | $ | 5,870.80 | **$12,588.35** |
| | | OT Hours | 85 | $ | 79.03 | $ | 6,717.55 | |
| LE PAT - GS 11/5 (Pre, Main) | P/Hrs - 0 O/Hrs - 189 Total - **189** | Regular Hours | 104 | $ | 56.45 | $ | 5,870.80 | **$12,588.35** |
| | | OT Hours | 85 | $ | 79.03 | $ | 6,717.55 | |
| LE PAT - GS 11/5 (Pre, Main) | P/Hrs - 0 O/Hrs - 189 Total - **189** | Regular Hours | 104 | $ | 56.45 | $ | 5,870.80 | **$12,588.35** |
| | | OT Hours | 85 | $ | 79.03 | $ | 6,717.55 | |
| LE PAT - GS 11/5 (Pre, Main) | P/Hrs - 0 O/Hrs - 189 Total - **189** | Regular Hours | 104 | $ | 56.45 | $ | 5,870.80 | **$12,588.35** |
| | | OT Hours | 85 | $ | 79.03 | $ | 6,717.55 | |

For Internal Use Only

BM 2017

| LE PAT - GS 11/5 (Main, Post) | P/Hrs - 0 O/Hrs - 176 Total - **176** | Regular Hours | 96 | $ 56.45 | $ 5,419.20 | **$11,741.60** |
|---|---|---|---|---|---|---|
| | | OT Hours | 80 | $ 79.03 | $ 6,322.40 | |
| LE PAT - GS 11/5 (Main, Post) | P/Hrs - 0 O/Hrs - 176 Total - **176** | Regular Hours | 96 | $ 56.45 | $ 5,419.20 | **$11,741.60** |
| | | OT Hours | 80 | $ 79.03 | $ 6,322.40 | |
| LE PAT - GS 11/5 (Main, Post) | P/Hrs - 0 O/Hrs - 176 Total - **176** | Regular Hours | 96 | $ 56.45 | $ 5,419.20 | **$11,741.60** |
| | | OT Hours | 80 | $ 79.03 | $ 6,322.40 | |
| LE PAT - GS 11/5 (Main, Post) | P/Hrs - 0 O/Hrs - 176 Total - **176** | Regular Hours | 96 | $ 56.45 | $ 5,419.20 | **$11,741.60** |
| | | OT Hours | 80 | $ 79.03 | $ 6,322.40 | |
| LE PAT - GS 11/5 (Main, Post) | P/Hrs - 0 O/Hrs - 176 Total - **176** | Regular Hours | 96 | $ 56.45 | $ 5,419.20 | **$11,741.60** |
| | | OT Hours | 80 | $ 79.03 | $ 6,322.40 | |
| LE PAT - GS 11/5 (Main, Post) | P/Hrs - 0 O/Hrs - 176 Total - **176** | Regular Hours | 96 | $ 56.45 | $ 5,419.20 | **$11,741.60** |
| | | OT Hours | 80 | $ 79.03 | $ 6,322.40 | |
| LE PAT - GS 11/5 (Main, Post) | P/Hrs - 0 O/Hrs - 176 Total - **176** | Regular Hours | 96 | $ 56.45 | $ 5,419.20 | **$11,741.60** |
| | | OT Hours | 80 | $ 79.03 | $ 6,322.40 | |

For Internal Use Only

BM 2017

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LE PAT - GS 11/5<br><br>(Main, Post) | P/Hrs - 0<br><br>O/Hrs - 176<br><br>Total - **176** | Regular Hours | 96 | $ | 56.45 | $ | 5,419.20 | |
| | | OT Hours | 80 | $ | 79.03 | $ | 6,322.40 | **$11,741.60** |
| LE PAT - GS 11/5 | P/Hrs - 0<br><br>O/Hrs - 137<br><br>Total - **137** | Regular Hours | 72 | $ | 56.45 | $ | 4,064.40 | |
| | | OT Hours | 65 | $ | 79.03 | $ | 5,136.95 | **$9,201.35** |
| LE PAT - GS 11/5 | P/Hrs - 0<br><br>O/Hrs - 137<br><br>Total - **137** | Regular Hours | 72 | $ | 56.45 | $ | 4,064.40 | |
| | | OT Hours | 65 | $ | 79.03 | $ | 5,136.95 | **$9,201.35** |
| LE PAT - GS 11/5 | P/Hrs - 0<br><br>O/Hrs - 137<br><br>Total - **137** | Regular Hours | 72 | $ | 56.45 | $ | 4,064.40 | |
| | | OT Hours | 65 | $ | 79.03 | $ | 5,136.95 | **$9,201.35** |
| LE PAT - GS 11/5 | P/Hrs - 0<br><br>O/Hrs - 137<br><br>Total - **137** | Regular Hours | 72 | $ | 56.45 | $ | 4,064.40 | |
| | | OT Hours | 65 | $ | 79.03 | $ | 5,136.95 | **$9,201.35** |
| LE PAT - GS 11/5 | P/Hrs - 0<br><br>O/Hrs - 137<br><br>Total - **137** | Regular Hours | 72 | $ | 56.45 | $ | 4,064.40 | |
| | | OT Hours | 65 | $ | 79.03 | $ | 5,136.95 | **$9,201.35** |
| LE PAT - GS 11/5 | P/Hrs - 0<br><br>O/Hrs - 137<br><br>Total - **137** | Regular Hours | 72 | $ | 56.45 | $ | 4,064.40 | |
| | | OT Hours | 65 | $ | 79.03 | $ | 5,136.95 | **$9,201.35** |

AR01483

| | P/Hrs - 0 | Regular Hours | 72 | $ | 56.45 | $ | 4,064.40 | |
|---|---|---|---|---|---|---|---|---|
| LE PAT - GS 11/5 | O/Hrs - 137 | | | | | | | **$9,201.35** |
| | Total - **137** | OT Hours | 65 | $ | 79.03 | $ | 5,136.95 | |
| | P/Hrs - 0 | Regular Hours | 72 | $ | 56.45 | $ | 4,064.40 | |
| LE PAT - GS 11/5 | O/Hrs - 137 | | | | | | | **$9,201.35** |
| | Total - **137** | OT Hours | 65 | $ | 79.03 | $ | 5,136.95 | |
| | P/Hrs - 0 | Regular Hours | 72 | $ | 56.45 | $ | 4,064.40 | |
| LE PAT - GS 11/5 | O/Hrs - 137 | | | | | | | **$9,201.35** |
| | Total - **137** | OT Hours | 65 | $ | 79.03 | $ | 5,136.95 | |
| | P/Hrs - 0 | Regular Hours | 72 | $ | 56.45 | $ | 4,064.40 | |
| LE PAT - GS 11/5 | O/Hrs - 137 | | | | | | | **$9,201.35** |
| | Total - **137** | OT Hours | 65 | $ | 79.03 | $ | 5,136.95 | |
| | P/Hrs - 0 | Regular Hours | 72 | $ | 56.45 | $ | 4,064.40 | |
| LE PAT - GS 11/5 | O/Hrs - 137 | | | | | | | **$9,201.35** |
| | Total - **137** | OT Hours | 65 | $ | 79.03 | $ | 5,136.95 | |
| | P/Hrs - 0 | Regular Hours | 72 | $ | 56.45 | $ | 4,064.40 | |
| LE PAT - GS 11/5 | O/Hrs - 137 | | | | | | | **$9,201.35** |
| | Total - **137** | OT Hours | 65 | $ | 79.03 | $ | 5,136.95 | |
| | P/Hrs - 0 | Regular Hours | 72 | $ | 56.45 | $ | 4,064.40 | |
| LE PAT - GS 11/5 | O/Hrs - 137 | | | | | | | **$9,201.35** |
| | Total - **137** | OT Hours | 65 | $ | 79.03 | $ | 5,136.95 | |

For Internal Use Only

BM 2017

| LE PAT - GS 11/5 | P/Hrs - 0  O/Hrs - 137  Total - **137** | Regular Hours | 72 | $ | 56.45 | $ | 4,064.40 | **$9,201.35** |
| | | OT Hours | 65 | $ | 79.03 | $ | 5,136.95 | |
| LE PAT - GS 11/5 | P/Hrs - 0  O/Hrs - 137  Total - **137** | Regular Hours | 72 | $ | 56.45 | $ | 4,064.40 | **$9,201.35** |
| | | OT Hours | 65 | $ | 79.03 | $ | 5,136.95 | |
| LE PAT - GS 11/5 | P/Hrs - 0  O/Hrs - 137  Total - **137** | Regular Hours | 72 | $ | 56.45 | $ | 4,064.40 | **$9,201.35** |
| | | OT Hours | 65 | $ | 79.03 | $ | 5,136.95 | |
| LE PAT - GS 11/5 | P/Hrs - 0  O/Hrs - 137  Total - **137** | Regular Hours | 72 | $ | 56.45 | $ | 4,064.40 | **$9,201.35** |
| | | OT Hours | 65 | $ | 79.03 | $ | 5,136.95 | |
| LE PAT - GS 11/5 | P/Hrs - 0  O/Hrs - 137  Total - **137** | Regular Hours | 72 | $ | 56.45 | $ | 4,064.40 | **$9,201.35** |
| | | OT Hours | 65 | $ | 79.03 | $ | 5,136.95 | |
| LE PAT - GS 11/5 | P/Hrs - 0  O/Hrs - 137  Total - **137** | Regular Hours | 72 | $ | 56.45 | $ | 4,064.40 | **$9,201.35** |
| | | OT Hours | 65 | $ | 79.03 | $ | 5,136.95 | |
| LE PAT - GS 11/5 | P/Hrs - 0  O/Hrs - 137  Total - **137** | Regular Hours | 72 | $ | 56.45 | $ | 4,064.40 | **$9,201.35** |
| | | OT Hours | 65 | $ | 79.03 | $ | 5,136.95 | |

For Internal Use Only

BM 2017

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LE PAT - GS 11/5 | P/Hrs - 0 | Regular Hours | 72 | $ | 56.45 | $ | 4,064.40 | **$9,201.35** |
| | O/Hrs - 137 | | | | | | |
| | Total - **137** | OT Hours | 65 | $ | 79.03 | $ | 5,136.95 | |
| LE PAT - GS 11/5 | P/Hrs - 0 | Regular Hours | 72 | $ | 56.45 | $ | 4,064.40 | **$9,201.35** |
| | O/Hrs - 137 | | | | | | |
| | Total - **137** | OT Hours | 65 | $ | 79.03 | $ | 5,136.95 | |
| LE PAT - GS 11/5 | P/Hrs - 0 | Regular Hours | 72 | $ | 56.45 | $ | 4,064.40 | **$9,201.35** |
| | O/Hrs - 137 | | | | | | |
| | Total - **137** | OT Hours | 65 | $ | 79.03 | $ | 5,136.95 | |
| LE PAT - GS 11/5 | P/Hrs - 0 | Regular Hours | 72 | $ | 56.45 | $ | 4,064.40 | **$9,201.35** |
| | O/Hrs - 137 | | | | | | |
| | Total - **137** | OT Hours | 65 | $ | 79.03 | $ | 5,136.95 | |
| LE PAT - GS 11/5 | P/Hrs - 0 | Regular Hours | 72 | $ | 56.45 | $ | 4,064.40 | **$9,201.35** |
| | O/Hrs - 137 | | | | | | |
| | Total - **137** | OT Hours | 65 | $ | 79.03 | $ | 5,136.95 | |
| LE PAT - FS IAA | P/Hrs - 0 | Regular Hours | 72 | | | | | **IAA Funded** |
| | O/Hrs - 137 | | | | | | |
| | Total - **137** | OT Hours | 65 | | | | | |
| LE PAT - FS IAA | P/Hrs - 0 | Regular Hours | 72 | | | | | **IAA Funded** |
| | O/Hrs - 137 | | | | | | |
| | Total - **137** | OT Hours | 65 | | | | | |

**AR01486**

For Internal Use Only
BM 2017

16

| | | | | | | |
|---|---|---|---|---|---|---|
| LE PAT - FS IAA | P/Hrs - 0<br><br>O/Hrs - 137<br><br>Total - **137** | Regular Hours<br><br><br>OT Hours | 72<br><br><br>65 | | | **IAA Funded** |
| LE PAT - FS IAA | P/Hrs - 0<br><br>O/Hrs - 137<br><br>Total - **137** | Regular Hours<br><br><br>OT Hours | 72<br><br><br>65 | | | **IAA Funded** |
| | | | | | | **Total LE Ops $878,551.16** |

**Total LE Ops and CivOps**          **$ 1,397,462.63**

AR01487

**2019 COST RECOVERY AGREEMENT**
**Phase 1 (Planning Labor & Projected Gov't Contracts Funds)**

**BURNING MAN SPECIAL RECREATION PERMIT:** NVW03500-19-01
**APPLICANT:** Burning Man Project
**LEAD BLM OFFICE:** Winnemucca District, Black Rock Field Office

**I.      AUTHORITY:** Section 304(b) of the Federal Land Policy and Management Act (FLPMA) [43 U.S.C. 1734(b), as amended and 43 CFR Subpart 2932.

**II.     PURPOSE:** This Agreement between the above referenced Applicant and the Bureau of Land Management (BLM) establishes procedures to reimburse BLM for costs incurred to process a Special Recreation Permit (SRP) NVW03500-19-01.  If the BLM decides to authorize an SRP, this Agreement shall be amended to reflect the overall costs to be reimbursed to the BLM for costs incurred for the 2019 Burning Man SRP, reflecting both event monitoring and planning. This Agreement will serve as the initiation of the 2019 Cost Recovery Agreement (CRA) (Phase 1-Planning Labor/Government Contracts) developed to cover BLM incurred costs associated with project planning, with a final estimate for all additional 2019 expenses due by April 30, 2019, in order to develop a final estimate and decision for the overall 2019 CRA.

**III.    PROVISIONS OF AGREEMENT**

**A.**      In accordance with Section 304(b) of FLPMA, BLM Handbook H-2930-1, BLM Manual 1323, and 43 CFR 2932.31, Applicant agrees to reimburse BLM for the costs incurred by BLM for processing the Application, and should a SRP be issued, costs for issuing a SRP and monitoring the SRP.

**B.**      This Agreement is subject to the Reimbursable Cost Provisions and the Direct and Indirect Costs to the government outlined in OMB Circular A-25, Treasury Account: 14X5017, Service Charges, Deposits, and Forfeitures, and 43 CFR Subpart 2932.  The Cost Estimate is included, and it will be amended should actual expenses exceed the amounts identified in Attachment 1.

**C.**      A cost recovery account will be established for the SRP. The BLM requires you to remit 100% of the estimated cost recovery costs before the start of the 2019 Event. Please refer to the payment schedule below.  After the permit is complete and all work is finished, the BLM will notify you if additional funds are required or if you are entitled to a refund.

The following schedule for payments has been developed to allow for the amount due from the estimate to be paid in multiple installments and have 100% of the cost recovery estimate paid prior to the start of the event:

| Payment | Date | Amount Due |
|---------|------|------------|
| #1 | February 15, 2019 (Phase 1) | **$745,008.00** *(received 2/15/19)* |
| #2 | Estimate for all additional 2019 expenses will be documented in Phase 2 of the CRA and will be broken down into multiple installments. The dates of Phase 2 payment will be documented in the Phase 2 CRA | TBD |

Following the close-out of the event permit, an accounting of the cost recovery funds will be provided

AR03441

to Burning Man Project by January 31, 2020.

## IV.    REIMBURSABLE COST PROVISIONS

A.    BLM agrees to process the Application to the extent funding under the Agreement permits. Processing will include, but not be limited to, the following: coordination, administration and approval of any necessary NEPA compliance; consultation with appropriate Federal, State, Tribal, and local officials; preparation of the administrative record, monitoring the construction, operation and termination of any resultant authorization; and other necessary processing actions consistent with a final decision.

B.    BLM agrees to timely notify the Applicant, in writing, of any changes to the indirect rate.  Refer to the Definition of Direct and Indirect Costs in Section V.  Applicant shall have the right to conduct, at its own expense, reasonable audits of the books, records, and documents of BLM relating to the items on any particular accounting statement provided by BLM.

C.    Cost Recovery funds, once obligated by BLM, are not refundable and will not be made refundable by termination of the Project, withdrawal of the Application, or non-issuance of a SRP.

D.    In accordance with 43 CFR 2932.31, 2932.32, and 2932.33(c), if BLM denies the Application, Applicant must reimburse BLM for all costs BLM incurred in processing the Application.  If the Applicant withdraws the application, Applicant will reimburse BLM for processing costs incurred by BLM in closing its review of the Application and which cannot reasonably be avoided after BLM receives written notice of withdrawal of the Application.

E.    Nothing herein shall be deemed to require BLM to maintain books, records, or documents other than those usually maintained by them, provided that such books, records, and documents reasonably segregate and identify the costs for which reimbursement is required and comply with generally accepted accounting practices for such documentation.

The designated points of contact with whom each party to this Agreement will communicate concerning any aspect of this Agreement are as follows:

Bureau of Land Management
Mark E. Hall
Black Rock Field Manager
5100 E. Winnemucca Blvd
Winnemucca, NV 89445
775-623-1500
mehall@blm.gov

Burning Man Project
Marnee Benson
Associate Director of Government Affairs
660 Alabama St
San Francisco, CA 94110-2008
415-865-3800
marnee.benson@burningman.org

## V.    DEFINITION OF DIRECT AND INDIRECT COSTS

Direct costs are those costs which can be specifically identified with the Application and which are incurred for the benefit of said applicant in that the costs would not have been incurred but for the Application and are appropriate in order for BLM to process the Application.  Examples of direct costs include, but are not limited to, personnel costs in the form of wages paid to BLM personnel working on the Application, with allowances provided for fringe benefits and leave surcharge rate and any overtime associated with processing the Application; travel expenses; purchased services, if necessary, such as printing, automated data processing services and photographic reproduction; and any

AR03442

miscellaneous supplies and equipment of a specialized nature, the use of which is directly applicable to processing the Application.

Indirect costs are those which cannot be specifically identified with the Application. These indirect costs have been calculated at a rate of 21.6 percent of direct costs. The indirect costs are subject to change annually. This percentage figure has been developed in accordance with Department of the Interior procedures and represents those administrative and program costs, excluding management overhead, which can be attributed to processing the Application. Indirect costs include a portion of the costs for capitalized and non-capitalized equipment; space rental; telephone services; postage; personnel transfer costs; budget and program development; administrative and clerical support; training; safety management; public information, inquiries and reports; cartography and basic series mapping; aviation management; telecommunications; maintenance of equipment and tools; and systems design and implementation.

Treasury Account, Service Charges, Deposits, and Forfeitures further described as BLM Recreation Cost Recovery is defined in the table below:

| Treasury Account | Service Charges, Deposits, and Forfeitures |
|---|---|
| BLM Fund Code, Subactivity, and Title | L51050000, Recreation Cost Recovery |
| Source of collections/appropriations | Cost recovery charges are associated with recreation activities or events and shall be levied to compensate the Government for the costs of authorizing and administering the recreation-related use. As such, this Subactivity covers revenues and expenditures associated with any Special Recreation Permit that has been determined to be Cost Recovery by BLM personnel as outlined in 43 CFR 2930-1 Permits for Recreation on Public Lands and H-2930-1, Recreation Permit Administration Handbook. Project codes are mandatory and will be assigned and administered by the State Office from their block of unassigned project numbers. They are used to differentiate revenues and obligations for each specific permit. Fees are collected in advance for specified tasks that must be carried out before significant recreation events can be permitted to occur on public lands, and BLM is expected to account to each applicant on the cost of all aspects of the work BLM performs. |

As noted in the definition in the table, this account stipulates cost recovery charges shall be levied to compensate the Government for the costs of authorizing and administering the recreation-related use. Because Burning Man is a full cost recovery event, indirect costs will apply as they would for all other commercial permits that require full cost recovery.

## VI.    EFFECTIVE DATE:

This Agreement shall be effective, as of the latter date of its execution by both parties. Unless terminated earlier, it shall continue until the BLM authorized officer deems the agreement provisions have been satisfied.

AR03443

Please sign the agreement below, and return to the BLM, Winnemucca District Black Rock Field Office Manager by February 28, 2019.

## VII.    SIGNATURES OF AGREEMENT

For: Bureau of Land Management

_____
Signature

**25 Feb 2019**
_____
Date

Mark E. Hall
Black Rock Field Manager

For: Burning Man Project

_____
Signature

**2-25-19**
_____
Date

Marnee Benson
Associate Director of Government Affairs

AR03444

## Attachment 1

**2019 Phase 1 COST RECOVERY (CR) ESTIMATE Summary:**

| | |
|---|---|
| Labor Costs | $ 135,171.00 |
| Operational Costs (Travel) | $ 15,000.00 |
| Operational Cost (Gov't Contracts) | $ 460,500.00 |
| Misc Purchase (FRN Posting Fee) | $ 2,000.00 |
| Sub Total of Direct Costs | $ 612,671.00 |
| Indirect Cost (Rate of 21.60%) | $ 132,337.00 |
| Cost Estimate TOTAL | $ 745,008.00 |

**Labor Detail (Event Planning):**

| POSITION | ESTIMATED HOURS | ESTIMATED AMOUNT |
|---|---|---|
| Agency Administrator/Authoring Officer Planning | 150 | $10,814 |
| Civilian Operations Planning | 350 | $23,317 |
| LE Operations Planner Planning | 450 | $34,065 |
| Environmental Program Planning | 150 | $7,587 |
| Vending Program Planning | 150 | $7,587 |
| Communications Planning | 150 | $10,814 |
| IT Program Planning | 150 | $10,814 |
| Technology Planning | 150 | $13,517 |
| Contracting Planning | 150 | $9,994 |
| Finance Planning | 80 | $5,330 |
| Event NEPA Planning | 20 | $1,332 |
| TOTAL | | $135,171 |

**Operations Detail (Government Contracts):**

| DESCRIPTION | AMOUNT |
|---|---|
| Satellite Tracking Services Contract | $ 55,000 |
| CAD Servers Licensing Contract (Multi-Year) | $ 12,000 |
| Network Services and Support Contract | $ 110,000 |
| Dispatch Services Contact | $ 220,000 |
| Microwave/Internet Bandwidth Contract | $ 20,000 |
| IT Equipment Rental | $ 17,000 |
| UTV/Golfcart Rental | $ 6,500 |
| Air Monitoring/Weather Station Program Contract | $ 20,000 |
| TOTAL | $ 460,500 |

AR03445

**Operations Detail (Planning Travel):**

| DESCRIPTION | AMOUNT |
|---|---|
| Travel | $15,000 |
| TOTAL | $15,000 |

**Miscellaneous Purchases (FRN Posting Fee):**

| DESCRIPTION | AMOUNT |
|---|---|
| FRN Posting | $2,000 |
| TOTAL | $2,000 |

*Internal Working Document*

## INFORMATION MEMORANDUM FOR THE STATE DIRECTOR

DATE:        June 25, 2018

THROUGH:   Ester McCullough, Winnemucca District Manager

FROM:       Mark Hall, Black Rock Field Office Manager    24 June 2018

SUBJECT:    Reduction in commitment of BLM special agents to support 2018 Burning Man
            event investigations.

### I.    INTRODUCTION

After the 2015 Burning Man event, the Nevada State Director requested a formal review of the
Burning Man SRP.  The review resulted a reduction of 11 positions within the investigations
division (25 to 14) for the 2016 and 2017 events.  The Burning Man planning team carefully
analyzed the risks associated with reductions to investigative staffing to ensure to ensure enough
investigative resources were available to conduct timely and thorough investigations at the event.
This decision was made in conjunction with the Pershing County Sheriff's Office (PCSO).  This
decision was largely made because PCSO provided additional investigative resources to work the
event.

For the 2018 Burning Man event, the BLM planning team carried forward the same staffing
levels (14 agents) needed for the 2016 and 2017 events: 6 investigative support, 6 integrated
investigations, 1 Office of Professional Responsibility (OPR) agent, and an Investigations Chief.
The investigative support agents work directly for patrol supervisors, providing investigative
support on BLM cases as needed. They also act as force multipliers for integrated investigations.
The integrated investigation agents assist the Pershing County Sheriff's Office (PCSO) with
major crimes to include but not limited to assault, battery, sexual assault, etc.  The OPR agent
investigates all incidents, allegations, or complaints of misconduct against BLM employees as
well as review Use of Force Reports.

### II.   BACKGROUND

Per IM-2018-015, Law Enforcement Staffing Requirements for FY 2018 Special Events and
High Use Recreation Areas, the Burning Man event has been designated as a national detail
because the Winnemucca District Office (WDO) lacks the law enforcement resources or ability
to manage activities in a reasonably safe manner for both the public.  The IM mandates 53
uniformed rangers to work the event, even though 75 LEOs are required for the operation.  The
additional 22 support positions have been typically filled by OLES personnel, although OLES
employees are not mandated to work the event through the IM.

Through Permanent Instruction Memorandum No. 2018-010, the BLM designated the Burning
Man event as "mission critical work" requiring a substantial percentage of the Bureau's

1

AR04462

*Internal Working Document*

nationwide staffing to administer the permit and account for public health and safety of participants and staff.

On January 24, 2018, the BLM planning team received approval from the acting Region 3 (R3) Special Agent-in-Charge (SAC) to fill the Investigations Chief position for the 2018 event with the acting Assistant Special Agent-in-Charge (ASAC), who was also designated as the OLES advisor to the planning team.

On May 1, 2018, the Zone 1 Staff Ranger sent an email to the acting R3 SAC, formally requesting 13 special agents to fulfill the investigations division. The request was emailed to all BLM OLES SACs on the same day. Only 2 commitments were received, leaving 12 positions unfulfilled.

On May 24, 2018, members of the Burning Man Planning team had a conference call with the OLES Deputy Director of Programs and Policy, OLES Deputy Director of Operations, Region 3 SAC and the Nevada State Chief Ranger regarding staffing of the investigative unit at the 2018 event. During the call, OLES asked if all 12 investigator positions were necessary. The planning team provided justification for why they were necessary. At the conclusion of the call, OLES conveyed they would ensure the positions would be filled. In the weeks after the call, an additional 4 agents committed to an investigative position.

On June 1, 2018, the acting R3 SAC called the Zone 1 Supervisory Ranger to notify him OLES was no longer allowing the person approved to fulfill the Investigations Chief on January 24 to fulfill the role at the event. A replacement name has not been provided to the Planning Team.

On June 11, 2018, the acting R3 SAC notified members of the 2018 Burning Man Planning Team of a decision made by OLES to only provide 6 of the 12 agent positions requested by the Planning Team, specifically the integrated investigations positions. This leaves the 6 investigative support positions unfilled.

## III.    POSITIONS OF INTERESTED PARTIES

The Federal Bureau of Investigations (FBI) will be providing limited investigative and intelligence resources to BLM law enforcement during the 2018 event; this is the first time the FBI has provided resources to the BLM. The FBI SAC stated they must be involved with event planning due to concerns they have regarding a mass casualty event at Burning Man.

The Pershing County Sheriff has expressed concerns a further reduction in BLM law enforcement investigative staffing at the event will limit the ability of law enforcement to provide timely investigations during the event. Furthermore, PCSO cannot provide additional investigative resources due to lack of funding.

2

AR04463

*Internal Working Document*

OLES considers Burning Man a uniformed patrol operation and does not feel all 14 agents requested by the planning team are necessary.

The 2018 Burning Man planning team feels the decision made by OLES to not provide 6 of 14 agents requested for the 2018 event will reduce the capacity of the BLM and Pershing County Sheriff's Office ability to conduct timely and thorough investigations. During the 2017 event, with 14 BLM investigators, there were several instances where not enough investigators were available. On September 2, 2017, there were four overlapping assault cases at the same time there were multiple reports of missing children. These cases required more investigators then were available, resulting in one assault case uninvestigated until the swing shift arrived. Entering the event with 6 fewer investigators would significantly decrease law enforcement's capacity to investigate cases in a timely manner.

## IV.    NEXT STEPS

Since OLES cannot fulfill the 6 investigative support positions deemed necessary and critical for the 2018 event, the WDO is recommending the following options for consideration:

- The Nevada State Director reach out to the OLES Director seeking support for filling all 14 investigation positions for the 2018 Burning Man event

- The WDO solicit an additional six rangers to fulfill these investigative slots through coordination with the Nevada State Chief Ranger to ensure the minimum level of investigative capacity necessary. This will exceed the 53 ranger quota requested through IM-2018-015. As such, the request may need to be communicated with the National Leadership Team (NLT). With the recent increase in requests for rangers to fulfill the Securing Americas Border Resources (SABR) detail operations along the southern border, it may be difficult for the WDO to fill these positions. As it currently stands, the standby list for the event has 6 names. Filling the 6 investigative positions off of the standby list would exhaust the standby list two months before the event. By not having a standby list, the WDO risks entering the event without the necessary resources to fulfill the table of organization.

- The WDO not fill the 6 patrol support positions. By not filling these positions, investigations will not be as timely and thorough, and rangers will have to be pulled from patrol duties to conduct BLM specific investigations, resulting in an inadequate number of high visibility patrols throughout the city. This would further limit BLM law enforcement's ability to respond to a mass casualty event on playa.

PREPARED BY:  Logan Briscoe, Supervisory Staff Law Enforcement Ranger, 775-434-5124
3

AR04465

# *Burning Man*

RECEIVED BLM
WINNEMUCCA NV   *www.burningman.org*

2016 JAN 19  PM 2: 37

January 12, 2016

William Mack
Black Rock Field Manager
Bureau of Land Management
5100 Winnemucca Blvd.
Winnemucca, NV 89445

Re: Special Recreation Permit Application for 2016 Burning Man Event

Dear Mr. Mack,

Enclosed is Black Rock City, LLC's (BRC) Special Recreation Permit (SRP) application for the 2016 Burning Man event. Also enclosed is BRC's 2015 Operation Plan. Please note that as in past years, this document is a working draft. BRC will send your office updated versions of the plan throughout the planning cycle as BRC and BLM continue to refine dates, policies regarding vendors, environmental compliance protocols and other issues as needed. Please do not hesitate to call if you have any questions about the permit application.

Regards,

Rosalie Fay Barnes
Government Relations Manager


Enclosures (2):      Special Recreation Permit Application for Burning Man 2016
                     2015 Burning Man Operation Plan (USB drive)

AR04644

Form 2930-1
(January 2014)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**SPECIAL RECREATION PERMIT APPLICATION**
(43 U.S.C. 1201; 43 U.S.C. 1701; 16 U.S.C. 460L-6(a); and 43 CFR 2930)

FORM APPROVED
OMB NO. 1004-0119
Expires: December 31, 2016

Permit No.

Instructions: Complete and return to appropriate BLM Office. *(Use additional sheets, as necessary.)*     **Type or Print Plainly in Ink**

1. ☐ New Application  ☑ Permit Renewal

2. Name of Business or Organization: Burning Man

3. First Name: Charlie     Last Name: Dolman     Middle Initial

4. Address: 660 Alabama Street San Francisco CA 94110

5. Phone No. *(include area code)* 415-865-3800

6. FAX No. *(include area code)* 415-865-3820

7. Email Address: charlie.dolman@burningman.org

8. Website: burningman.org

9. Applicant is: ☐ Individual  ☑ Corporation  ☐ Government Agency
   *(If corporation, attach copy of Articles of Incorporation and Certificate unless already on file.)*

10. Name(s) and phone number(s) *(include area code(s))* of person(s) authorized to conduct business with BLM concerning the permit:
Ray Allen, Charlie Dolman, Rosalie Barnes, Will R. Peterson, Doug Robertson, Marian Goodell / For all: 415-865-3800

11. Application is for *(check all that apply)*: ☑ Commercial  ☐ Competitive Event  ☐ Organized Group  ☐ Vending
*(Definitions of these permit types are provided on page 3 of this form.)*

12. To use the following public lands/related waters *(provide name, legal description and/or attach map or GIS data file as required by BLM)*:
See Burning Man 2015 Operations Plan

13. For the following purpose *(attach a complete Operations Plan as required by the issuing BLM Office)*:
See Burning Man 2015 Operations Plan

14. Dates of proposed use
Beginning Date: 07/24/16     Ending Date: 10/07/16

☐ Check if applying for a multiple year permit, subject to annual authorization.     Other schedule:

| | | | |
|---|---|---|---|
| 15.  Do you have a permit with BLM/USFS/NPS? | ☐ Yes ☑ No | 15a.  Have you had a permit previously? | ☑ Yes ☐ No |
| 15b.  Have you ever been denied or had a permit revoked? | ☐ Yes ☑ No | 15c.  Have you forfeited a bond or other security? | ☐ Yes ☑ No |
| 15d.  Do you have any unresolved, criminal, civil or administrative actions related to a permit or the activities you plan to conduct under this permit? | ☐ Yes ☑ No | 15e.  Have you been convicted, or paid a fine, or forfeited a bond, for violations regarding natural resources, cultural resources or any activity related to your proposal? | ☐ Yes ☑ No |

*If the answers to any of the above questions are, "Yes:" Provide a detailed explanation on a separate piece of paper.*

16.  Certification of Information:  I CERTIFY the information in this application and supporting documents is true, complete, and correct to the best of my knowledge and belief and is given in good faith.

I acknowledge that I (we) am (are) required to comply with any conditions or stipulations required by the BLM, including but not limited to the General Terms listed on page 2 of this form.

_____     1/12/16
(Signature of Applicant)     (Date)

Title 18 U.S.C. Section 1001 and Title 43 U.S.C. Section 1212 makes it a crime for any person knowingly and willfully to make to any department or agency of the United States any false, fictitious, or fraudulent statements or representations as to any matter within its jurisdiction.

**AR04645**

# GENERAL TERMS

a.   The permittee shall comply with all Federal, State, and local laws; ordinances; regulations; orders; postings; or written requirements applicable to the area or operations covered by the Special Recreation Permit (SRP). The permittee shall ensure that all persons operating under the authorization have obtained all required Federal, State, and local licenses or registrations. The permittee shall make every reasonable effort to ensure compliance with these requirements by all agents of the permittee and by all clients, customers, participants, and spectators under the permittee's supervision.

b.   An SRP authorizes special uses of the public lands and related waters and, should circumstances warrant, the permit may be modified by the BLM at any time, including modification of the amount of use. The authorized officer may suspend or terminate an SRP if necessary to protect public resources, health, safety, the environment, or because of non-compliance with permit stipulations. Actions by the BLM to suspend or terminate an SRP are appealable.

c.   No value shall be assigned to or claimed for the permit, or for the occupancy or use of Federal lands or related waters granted thereupon. The permit privileges are not to be considered property on which the permittee shall be entitled to earn or receive any return, income, price, or compensation. The use of a permit as collateral is not recognized by the BLM.

d.   Unless expressly stated, the SRP does not create an exclusive right of use of an area by the permittee. The permittee shall not interfere with other valid uses of the federal land by other users. The United States reserves the right to use any part of the area for any purpose.

e.   The permittee or permittee's representative may not assign, contract, or sublease any portion of the permit authorization or interest therein, directly or indirectly, voluntarily or involuntarily. However, contracting of equipment or services may be approved by the authorized officer in advance, if necessary to supplement a permittee's operations. Such contracting should not constitute more than half the required equipment or services for any one trip or activity and the permittee must retain operational control of the permitted activity. If equipment or services are contracted, the permittee shall continue to be responsible for compliance with all stipulations and conditions of the permit.

f.   All advertising and representations made to the public and the authorized officer must be accurate. Although the addresses and telephone numbers of the BLM may be included in advertising materials, official agency symbols may not be used. The permittee shall not use advertising that attempts to portray or represent the activities as being conducted by the BLM. The permittee may not portray or represent the permit fee as a special federal user's tax. The permittee must furnish the authorized officer with any current brochure and price list if requested by the authorized officer.

g.   The permittee assumes responsibility for inspecting the permitted area for any existing or new hazardous conditions, e.g., trail and route conditions, landslides, avalanches, rocks, changing water or weather conditions, falling limbs or trees, submerged objects, hazardous flora/fauna, abandoned mines, or other hazards that present risks for which the permittee assumes responsibility.

h.   In the event of default on any mortgage or other indebtedness, such as bankruptcy, creditors shall not succeed to the operating rights or privileges of the permittee's SRP.

i.   The permittee cannot, unless specifically authorized, erect, construct, or place any building, structure, or other fixture on public lands. Upon leaving, the lands must be restored as nearly as possible to pre-existing conditions.

j.   The permittee must present or display a copy of the SRP to an authorized officer's representative, or law enforcement personnel upon request. If required, the permittee must display a copy of the permit or other identification tag on equipment used during the period of authorized use.

k.   The authorized officer, or other duly authorized representative of the BLM, may examine any of the records or other documents related to the permit, the permittee or the permittee's operator, employee, or agent for up to three years after expiration of the permit.

l.   The permittee must submit a post-use report to the authorized officer according to the due dates shown on the permit. If the post-use report is not received by the established deadline, the permit will be suspended and/or late fees assessed.

m.   The permittee shall notify the authorized officer of any incident that occurs while involved in activities authorized by this permit, which result in death, personal injury requiring hospitalization or emergency evacuation, or in property damage greater than $2,500 (lesser amounts if established by State law). Reports should be submitted within 24 hours.

(Continued on page 3)                                                                                                 (Form 2930-1, page 2)

**AR04646**

## DEFINITIONS

**Commercial use** is defined as recreational use of the public lands and related waters for business or financial gain. The activity, service, or use is commercial if any person, group or organization makes or attempts to make a profit, receive money, amortize equipment, or obtain goods or services, as compensation from participants in recreational activities occurring on public lands led, sponsored, or organized by that person, group, or organization. An activity, service, or use is commercial if anyone collects a fee or receives other compensation that is not strictly a sharing of, or exceeds, actual expenses incurred for the purposes of the activity, service or use. Commercial use is also characterized by situations where there is paid public advertising to seek participants or participants pay for a duty of care or an expectation of safety. Profit-making organizations and organizations seeking to make a profit are automatically classified as commercial, even if that part of their activity covered by the permit is not profit-making or the business as a whole is not profitable. Use of the public lands by scientific, educational, and therapeutic institutions or non-profit organizations is commercial and subject to a permit requirement when it meets any of the threshold criteria above. The non-profit status of any group or organization does not alone determine that an event or activity arranged by such a group or organization is noncommercial.

**Financial Gain** occurs when an individual or entity receives or attempts to receive money, donations, gratuities, or gifts, amortizes equipment, or barters for goods or services.

**Competitive Use** means any organized, sanctioned, or structured use, event, or activity on public land in which two or more contestants compete and any of the following elements apply: (1) Participants register, enter, or complete an application for the event; or (2) A predetermined course or area is designated. It also means one or more individuals contesting an established record such as speed or endurance.

**Organized Group Activity or Event** means a structured, ordered, consolidated, or scheduled event on, or occupation of, public lands for the purpose of recreational use that is not commercial or competitive, and which BLM has determined needs a special recreation permit based on planning decisions, resource concerns, potential user conflicts, or public health and safety.

**Vending** means selling or renting recreation related goods or services such as firewood, equipment repair, shuttles, rentals, etc. on the public lands or related waters.

## NOTICES

**The Privacy Act** and 43 CFR 2.48(d) require that you be furnished the following information in connection with the information requested by this form.

**AUTHORITY:** 43 U.S.C. 1201; 43 CFR Group 2930

**PRINCIPAL PURPOSE:** BLM will use your information to determine whether or not to issue you a Special Recreation Permit. BLM will use some of the information to determine your qualifications for the permit and other information to determine the merits of your proposal.

**ROUTINE USES:** BLM will disclose the information in accordance with the regulations at 43 CFR 2.56(d).

**EFFECT OF NOT PROVIDING INFORMATION:** Disclosing the information is necessary to receive a benefit. Not disclosing the information may result in BLM rejecting your application.

**The Paperwork Reduction Act requires us to inform you that:**

BLM will use the information to determine whether or not to issue you a Special Recreation Permit. Response to this request is required to obtain the benefit of receiving a Special Recreation Permit.

You do not have to respond to this or any other Federal agency-sponsored information collection unless it displays a valid OMB control number.

## BURDEN HOURS STATEMENT

Public reporting burden for this form is estimated to average 30 minutes per response and 3 hours and 30 minutes for accompanying information. You may submit comments regarding the burden estimate or any other aspect of this form to:
U.S. Department of the Interior, Bureau of Land Management (1004-0119), Bureau Information Collection Clearance Officer (WO-630), Mail Stop 401 LS, 1849 C St., N.W., Washington , D.C. 20240.

**Request for Waiver or Reduction of Indirect Costs on a Reimbursable Agreement**

*This form is used to request a waiver or reduction of the annual indirect cost assessment for work funded with reimbursable authority. Before finalizing the cost estimate for services provided on an Inter-Intra Agency Agreement (IAA), the following steps should be taken to determine if a waiver or reduction of the indirect rate is reasonable.*

> ➢ *Identify any statutory or other written documentation to support the request.*
> ➢ *Determine if there is any precedence for the waiver of indirect costs based on similar project work.*
> ➢ *Verify that requested services are reciprocal in nature and have mutual benefit to both partner agencies.*
> ➢ *Estimate the amount of indirect costs that will not be recovered by BLM if this rate change is approved.*
> ➢ *Prepare documentation to support the rationale to request a reduction of the current rate assessed.*

**The purpose of this request is to:**

☐ **Obtain approval for a waiver of all indirect costs.**

☐ **Obtain approval to reduce the indirect rate assessed to:** Click here to enter percent**%**

WBS Number: Click here to enter WBS Number
Name of Project: Click here to enter Name of Project
Total amount of authority provided over all fiscal years of agreement: $Click here to enter amount
Justification for a change in the indirect rate that results in the non-recovery of $Click here to enter amount of BLM indirect costs:

☐ Statutory or written evidence is attached to support a change to the indirect rate.

☐ Services to be provided are of mutual benefit to both agencies.

☐ This partner reciprocally waives indirect assessments on work requested by BLM.

☐ The rate of indirect assessment on this work has been changed in previous years.

Click to enter additional justification information here.  Include a description of the project and references to any applicable laws, related projects, etc.  If requesting a reduction to the established rate, explain in detail the rationale for arriving at the reduced rate.  If requesting a total waiver of the established rate, explain in detail why the rate should be waived.  Explain and quantify as much as possible the mutual financial and workload benefits to both partners.

*This document certifies that all associated justification of indirect change has been reviewed by the Program Lead, Administrative or Budget Office, and the State/Center Director.*

**Requestor:** Click here to enter name                    Date: Click here to enter date

☐ Reviewed     ☐ Denied by Administrative or Budget Office: Click here to enter name

☐ State/Center Approved     ☐ State/Center Denied     Date: Click here to enter date

**State/Center Director:** Click here to enter name     **Signed:** _____

☐ Reviewed WO Budget   ☐ Not Recommended by: _____

Attachment 1 - 1

**AR07666**

☐ Request APPROVED   ☐ Request DENIED      Date: ____/____/20____

Budget Officer's Justification: _____

_____

**BLM Budget Officer:** _____   **Signed:** _____

After the State/Center Director has approved and the BLM Budget Officer has approved or denied, please upload the signed copies to the NOC Project Management Sharepoint site > Documents > Indirect Waiver Requests > respective state/center folder.

Attachment 1 - 2

**AR07667**

| 2017 BURNING MAN - MISC. SUPPLIES AND EQUIPMENT (ATT#5) | | | | |
|---|---|---|---|---|
| RECEIPT # | CARD HOLDER | VENDOR | AMOUNT | DESCRIPTION |
| R-1 | APPOLD | Bass Pro Online | $303.14 | Uniforms for CivOps Event Specific. |
| R-2 | APPOLD | Gerlach General | $160.00 | Space Rental for Gerlach Community Center Orientation Day. |
| R-3 | APPOLD | Gerlach General - payment fee | $3.04 | Payment fee for Gerlach Community Center. |
| R-4 | APPOLD | Scheels | $303.14 | Uniforms for CivOps Event Specific. |
| R-5 | APPOLD | Sports Den | $1,957.14 | Uniforms for CivOps Event Specific. |
| R-6 | BLACK | Amazon | $490.08 | Radio Accessories. |
| R-7 | BLACK | Amazon | $235.64 | Radio Accessories. |
| R-8 | BLACK | Amazon | $385.96 | Radio Accessories. |
| R-9 | BLACK | Amazon | $757.85 | Radio Accessories. |
| R-10 | BLACK | Amazon | $96.91 | Radio Accessories. |
| R-11 | BLACK | Factory Outlet Store | $859.48 | Radio Accessories. |
| R-12 | BLACK | Lowe's | $261.21 | Foil Tape, Reflective Tape, Big Alarm. |
| R-13 | BLACK | LTS Logo & Team Sports | $404.85 | Communications Polos - Event Specific. |
| R-14 | BLACK | Pioneer Energy Product | $1,765.93 | Cable, Clamp, Copper Strap. |
| R-15 | BLACK | Power Werx | $608.84 | 30 AMP Power supply, RIGrunner. |
| R-16 | BLACK | Power Werx | $255.46 | DC Line Noise Filter (20 Amps) |
| R-17 | BLACK | Shell Oil | $145.00 | Auto Detailing. |
| R-18 | BLACK | Arellano Heat | $1,885.00 | Communications Tower Repair. |
| R-19 | BLACK | Systems Engineering | $1,792.00 | RIOS Standard Interface Cable. |
| R-20 | BLACK | Tessco Technologies | $2,077.17 | Communications Panel. |
| R-21 | BLACK | Tessco Technologies | $1,293.33 | Duplexer, Cables, adapters/breakers. |
| R-22 | BLACK | Tessco Technologies | $2,193.38 | Duplexer, Shelf, Cables, accessories. |
| R-23 | BLACK | Tessco Technologies | $10.93 | Panel for communications. |
| R-24 | CADIGAN | United Site Service | $1,200.00 | Restroom Services at LE Substation. |
| R-25 | FORURIA | Walmart Supercenter | $28.88 | Office Supplies. |
| R-26 | GARSIDE | Advanced Educational | $291.00 | Safety protection from sun exposure - sunscreen. |
| R-27 | GARSIDE | HD Supply Facilities | $68.38 | Safety protection from playa exposure - lotion. |
| R-28 | GARSIDE | Lowe's | $159.58 | Compressor for Vehicle and Equipment maintenance. |
| R-29 | GARSIDE | Lowe's | $8.01 | Caulking for logistics. |

AR08314

| R-30 | GARSIDE | Lowe's | $162.09 | Supplies for logistics - scotch and Duct tape, boxes, chisel. |
|------|---------|--------|---------|-----------|
| R-31 | GARSIDE | Noble Supply & Logistics | $90.56 | Windshield washing supplies. |
| R-32 | GARSIDE | Office Depot | $47.40 | Duct Tape. |
| R-33 | GARSIDE | Premier & Companies | $118.25 | Car wash supplies. |
| R-34 | GARSIDE | Premier & Companies | $72.60 | Windshield washing supplies. |
| R-35 | GARSIDE | Supplies Now | $52.50 | Windshield washing supplies. |
| R-36 | GARSIDE | The Office Group | $209.85 | Towels and Hand Sanitizer. |
| R-37 | GARSIDE | Grainger | $104.40 | Trash bags. |
| R-38 | GARSIDE | IB Supply | $22.38 | Zip ties. |
| R-39 | GARSIDE | IB Supply | $115.65 | Windshield washing supplies. |
| R-40 | GRAHAM | 76 - BHCB LLC Easy Auto | $240.00 | Auto Detailing. |
| R-41 | GRAHAM | Chief Supply CRM | $209.99 | Two-way Radio speaker mount replacement, broken on playa. |
| R-42 | HONE | Target | $280.51 | OTC Medications and supplies for Medical Unit. |
| R-43 | HONE | The Home Depot | $103.43 | Medical Unit Supplies - Air Filters, doormats, Stretch wrap, wet/dry vacuum. |
| R-44 | HONE | Walmart Supercenter | $26.85 | OTC Medications for Medical Unit. |
| R-45 | I426844 | Fine Detailing | $300.00 | Auto Detailing. DIERMIER |
| R-46 | I620516 | Fine Detailing | $300.00 | Auto Detailing. LOCKIE |
| R-47 | IAGULLI | Enterprise Rent-A-Car | $171.12 | Rental for delivery of communications equipment (BRC & BLM). |
| R-48 | IAGULLI | Enterprise Rent-A-Car | $159.34 | Rental for return of communications equipment (BRC & BLM). |
| R-49 | IAGULLI | Loves | $102.86 | Gas for rented Enterprise Truck. |
| R-50 | IAGULLI | Tessco Technologies | $149.08 | 20 AMP Plug-in, communications support. |
| R-51 | KANIA | AutoZone | $10.99 | Trailer plug adaptor. |
| R-52 | KING | Amazon | $1,067.83 | Server rack system. |
| R-53 | KING | Newegg | $199.99 | Camera license pack. |
| R-54 | KING | Newegg | $989.82 | Standard depth rack enclosure cabinet for harsh environments - IT Security. |
| R-55 | LAZZARO | Reno Cart | $5.00 | Equipment Rental. |
| R-56 | LEFLAR | Lowe's | $7.57 | Plastic cap nails - Logsitics support. |
| R-57 | MOORE | Amazon | $56.88 | Collar Brass for LE command staff. |
| R-58 | PHILIPP | LN Curtis | $36.00 | Collar Brass for LE command staff. |
| R-59 | PHILIPP | Uniforms West Supp | $10.17 | Collar Brass for LE command staff. |

AR08315

*David Appold*

*R-1*





# Thank you for your order!

You will receive a confirmation by e-mail to verify your order.

Confirmation number: 362739976015

Order date: July 28, 2017

## Shipping Summary

### Shipping Address    Shipping Method

**SHANE GARSIDE**     Economy
**BLM BLACK ROCK STTION**   Arrives Aug 3 - Aug 7
**P.O. BOX 307**
**GERLACH, Nevada, 89412**
**(775) 861-6417**
**DAPPOLD@BLM.GOV**

## Payment & Billing Summary

### Payments

ending   $378.93
in 3093
Expires on
03/2018

### Billing Address

**DAVID APPOLD**
**1340 Financial Blvd**
**Reno, Nevada,**
**89502-7147**
**(775) 861-6417**
**DAPPOLD@BLM.GOV**

⑧ — 1 PAIR OF PANTS WAS ON BACK ORDER AND REFUNDED BUT NO RECEIPT $75.79 CREDIT

## Cart

| Item Description | Quantity | Price | Subtotal |
|---|---|---|---|
| The North Face Paramount Trail Convertible Pants for Men - Asphalt Grey - M/Long SKU:2369162 In Stock Asphalt Grey M Long | 5 | $70.00 | $350.00 |

*Civ Ops Uniforms*

## Order Total Summary

| | |
|---|---|
| Product Subtotal | $350.00 |
| Shipping | $0.00 |
| Tax | $28.93 |
| Total | $378.93 |
| MasterCard | -$378.93 |
| Balance Due | $0.00 |

378.93
- 75.79 (Credit back to BCM)
_____
$ 303.14

AR08317

Gerlach General Improvment District

# Invoice

P.O. Box 209
410 Cottonwood Street
Gerlach, NV 89412

| Date | Invoice # |
|---|---|
| 8/7/17 | 1399 |

| Bill To |
|---|
| BLM-Nevada State Office
1340 Financial Blvd.
Reno, Nevada 89502 |

*Dave Appold*

*R-2*

| | P.O. No. | Terms | Project |
|---|---|---|---|
| | | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Community Center Rental August 25, 2017 | 100.00 | 100.00 |
| | Cleaning fee | 60.00 | 60.00 |

*PD Check # 1032 8/11/17*

*See Becky if you have questions can pay w/check mailed to above or thru NCC*

We appreciate your business!

| Total | $160.00 |
|---|---|

AR08318

DAVID APPOLD
DOI-BUREAU OF LAND MANAGEMENT
DEPARTMENT OF INTERIOR/BLM
1340 FINANCIAL BLVD
RENO NV 89502

1032

88-767/1130

For Official Use Only
US Government Tax Exempt
Not Valid If Made Payable To Cash

PAY TO
THE ORDER OF   Central Genural Employeement Distruct                 $ 160 00

ONE Hundred Sixty                                                    ου   DOLLARS

J.P.Morgan
JPMorgan Chase Bank, N.A.
Commercial Card Card Access Check   Method

MEMO   Quarter Mon - Detrois

Not Valid For Amount Over $3500
Not Valid After 60 Days
Tax ID# 14-0001849

⑆1130076739⑆527280004030⑈1032

$160.00
x1.9%
3.04

Check fee

David Appold
R-3

AR08319

**David Appold**

| | |
|---|---|
| **From:** | customerservice@scheels.com |
| **Sent:** | Friday, July 28, 2017 12:23 PM |
| **To:** | dappold@blm.gov |
| **Subject:** | Confirmation for scheels.com Order #16606239 |

*David Appold*

*12-4*



# THANK YOU FOR YOUR ORDER

### Order #: 16606239

Hello Shane,

Our fulfillment experts are shopping for your order. You can expect your order to ship within 1 business day.

**What's next?** Once your order is ready to be shipped you will receive an email with your shipping and tracking information.

Email Us

Call Us
(701) 356-8264

| Product | | Total |
|---|---|---|
| | **Men's The North Face Paramount Trail Convertible Pants** <br> SKU: 19028659832 <br> **Size : Medium** <br> **Inseam : 34" Inseam** <br> **Color : Asphalt Grey** <br> **Quantity: 4** | $280.00 |

*Civ Ops Uniforms*

**Shipping To:**
Shane garside
p.o. box 307
gerlach, Nevada

1

89412

| | |
|---|---|
| Order Subtotal: | $280.00 |
| Tax: | $23.14 |
| Shipping: | $14.28 |
| Shipping Discount: | ($14.28) |
| **Order Total:** | **$303.14** |

Everything you buy at SCHEELS, on sale or otherwise, is guaranteed satisfactory or your money back. You don't take chances at SCHEELS...Ever.

**FIND A STORE**

**READ OUR BLOG**

© 2017 Scheels, All Rights Reserved.

2

AR08321

# Payment Receipt

**Sports Den Corporate Sales Inc**
**Salt Lake City, UT 84108**

**Received From:**
BLM - BLACK ROCK STATION
BLM - BLACK ROCK STATION
200 TRANSFER ROAD
GERLACH, NV 89412

*Dave Appold*
*12-5*

| | |
|---|---|
| **Date Received** | 08/11/2017 |
| **Payment Method** | E-Check |
| **Check/Ref. No.** | MC-3093 |

**Payment Amount**      USD 1,957.14

*Civ Ops Uniforms*

**Invoices Paid**

| Date | Number | Amount Applied |
|---|---|---|
| 08/09/2017 | 3576 | USD -1,957.14 |

AR08322

**amazon**.com

*R-6*

## Final Details for Order #112-6860242-1833837

Print this page for your records.

**Order Placed:** August 19, 2017
**Amazon.com order number:** 112-6860242-1833837
**Order Total:** $490.08

*Dalton Black*

*Radio Accessories*

### Shipped on August 20, 2017

| Items Ordered | Price |
|---|---|
| 6 of: *Ebtech Hum X Voltage Hum Filter*<br>Sold by: GearTree (seller profile)<br><br>Condition: New | $79.00 |

**Shipping Address:**
Dalton Black
200 TRANSFER Station RD
Box 307
GERLACH, NV 89412-0307
United States

**Shipping Speed:**
Two-Day Shipping

| | |
|---|---|
| Item(s) Subtotal: | $474.00 |
| Shipping & Handling: | $16.08 |
| | ----- |
| Total before tax: | $490.08 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$490.08** |
| | ----- |

### Payment information

**Payment Method:**
MasterCard | Last digits: 2487

**Billing address**
Dalton Black
4701 N TORREY PINES DR
LAS VEGAS, NV 89130-2301
United States

| | |
|---|---|
| Item(s) Subtotal: | $474.00 |
| Shipping & Handling: | $16.08 |
| | ----- |
| Total before tax: | $490.08 |
| Estimated tax to be collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$490.08** |

**Credit Card transactions**    MasterCard ending in 2487: August 20, 2017: $490.08

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2017, Amazon.com, Inc. or its affiliates

**AR08323**

https://www.amazon.com/gp/css/summary/print.html/ref=oh_aui_pi_o01_?ie=UTF8&orde...    9/19/2017

Amazon.com - Order 114-7076245-4001831

Page 1 of 3

amazon.com

*Dalton Black*
*Radio Accessories*
*R-7*

## Final Details for Order #114-7076245-4001831

Print this page for your records.



### Shipped on August 26, 2017

| Items Ordered | Price |
|---|---|
| 9 of: MaximalPower RHF 617-1N X3 3.5mm Receiver/Listen Only Surveillance Headset Earpiece, 3 Pack<br>Sold by: Amazon.com LLC | $25.55 |
| | |
| Condition: New | |

| | |
|---|---|
| Item(s) Subtotal: | $229.95 |
| Shipping & Handling: | $5.69 |
| | ----- |
| Total before tax: | $235.64 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment: $235.64** | ----- |

**Shipping Address:**
Dalton Black
200 TRANSFER Station RD
Box 307
GERLACH, NV 89412-0307
United States

**Shipping Speed:**
One-Day Shipping

AR08324

*R-8*

## Shipped on August 26, 2017

*Dalton Black*

| Items Ordered | Price |
|---|---|
| 7 of: *MaximalPower RHF 617-1N X2 3.5mm Receiver/Listen Only Surveillance Headset Earpiece, 2 Pack* <br> Sold by: Refuelergy (seller profile) | $16.15 |

*Radio Accessories*

Condition: New

| | |
|---|---|
| 3 of: *MaximalPower RHF 617-1N X2 3.5mm Receiver/Listen Only Surveillance Headset Earpiece, 2 Pack* <br> Sold by: Refuelergy (seller profile) | $16.15 |

Condition: New

**Shipping Address:**
Dalton Black
200 TRANSFER Station RD
Box 307
GERLACH, NV 89412-0307
United States

**Shipping Speed:**
One-Day Shipping

| | |
|---|---|
| Item(s) Subtotal: | $161.50 |
| Shipping & Handling: | $6.31 |
| | ----- |
| Total before tax: | $167.81 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$167.81** |
| | ----- |

## Shipped on August 28, 2017

| Items Ordered | Price |
|---|---|
| 13 of: *MaximalPower RHF 617-1N X2 3.5mm Receiver/Listen Only Surveillance Headset Earpiece, 2 Pack* <br> Sold by: Refuelergy (seller profile) | $16.15 |

Condition: New

**Shipping Address:**
Dalton Black
200 TRANSFER Station RD
Box 307
GERLACH, NV 89412-0307
United States

**Shipping Speed:**
One-Day Shipping

| | |
|---|---|
| Item(s) Subtotal: | $209.95 |
| Shipping & Handling: | $8.20 |
| | ----- |
| Total before tax: | $218.15 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$218.15** |
| | ----- |

167.81
+ 218.15

$385.96

AR08325

*Dalton Black* R-9

| Items Ordered | Price |
|---|---|
| 10 of: *Zeadio ZP-AR169-AII 1 Pin 2.5mm RECEIVER/LISTEN ONLY Surveillance Acoustic Earpiece with Earmould for Ham Radio, Two-Way Radios, Transceivers and Radio Speaker Mics Jacks*<br>Sold by: Zeadio (seller profile) | Product question? Ask Seller | $12.99 |

*Radio Accessories*

Condition: New

**Shipping Address:**
Dalton Black
4701 N TORREY PINES DR
LAS VEGAS, NV 89130-2301
United States

| | |
|---|---|
| Item(s) Subtotal: | $129.90 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $129.90 |
| Sales Tax: | $0.00 |
| | ----- |

**Shipping Speed:**
FREE Shipping

**Total for This Shipment:** $129.90
-----

## Payment information

**Payment Method:**
MasterCard | Last digits: 2487

**Billing address**
Dalton Black
4701 N TORREY PINES DR
LAS VEGAS, NV 89130-2301
United States

| | |
|---|---|
| Item(s) Subtotal: | $765.05 |
| Shipping & Handling: | $0.00 |
| Promotion Applied: | -$7.20 |
| | ----- |
| Total before tax: | $757.85 |
| Estimated tax to be collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$757.85** |

**Credit Card transactions**

MasterCard ending in 2487: June 8, 2017: $35.26
MasterCard ending in 2487: June 8, 2017: $7.05
MasterCard ending in 2487: June 8, 2017: $21.17
MasterCard ending in 2487: June 8, 2017: $190.58
MasterCard ending in 2487: June 8, 2017: $285.54
MasterCard ending in 2487: June 8, 2017: $46.04
MasterCard ending in 2487: June 8, 2017: $35.26
MasterCard ending in 2487: June 8, 2017: $129.90
MasterCard ending in 2487: June 8, 2017: $7.05

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2017, Amazon.com, Inc. or its affiliates

**AR08326**

**Items Ordered** **Price**

3 of: *2.5mm Listen/Receive Only Covert Acoustic Tube Earpiece Headset For* $7.27
*Two Way Radio Speaker Mic Microphone RLN4941*
Sold by: Marvogo (seller profile)

Condition: New

**Shipping Address:** Item(s) Subtotal: $21.81
Dalton Black Shipping & Handling: $0.00
4701 N TORREY PINES DR Promotion Applied: -$0.64
LAS VEGAS, NV 89130-2301 -----
United States Total before tax: $21.17
 Sales Tax: $0.00
**Shipping Speed:** -----
FREE Shipping **Total for This Shipment:$21.17**
 -----

## Shipped on June 3, 2017

**Items Ordered** **Price**

5 of: *Zeadio ZP-AR169-AII 1 Pin 2.5mm RECEIVER/LISTEN ONLY Surveillance* $12.99
*Acoustic Earpiece with Earmould for Ham Radio, Two-Way Radios,*
*Transceivers and Radio Speaker Mics Jacks*
Sold by: Zeadio (seller profile) | Product question? Ask Seller

Condition: New

4 of: *Zeadio ZP-AR169 RECEIVER/LISTEN ONLY Surveillance Acoustic* $8.49
*Earpiece with 2.5mm Connector for Ham Radio, Two-Way Radios,*
*Transceivers and Radio Speaker Mics Jacks*
Sold by: Zeadio (seller profile) | Product question? Ask Seller

Condition: New

13 of: *2.5mm Listen/Receive Only Covert Acoustic Tube Earpiece Headset For* $7.27
*Two Way Radio Speaker Mic Microphone RLN4941*
Sold by: Marvogo (seller profile)

Condition: New

**Shipping Address:** Item(s) Subtotal: $193.42
Dalton Black Shipping & Handling: $0.00
4701 N TORREY PINES DR Promotion Applied: -$2.84
LAS VEGAS, NV 89130-2301 -----
United States Total before tax: $190.58
 Sales Tax: $0.00
**Shipping Speed:** -----
FREE Shipping **Total for This Shipment:$190.58**
 -----

## Shipped on June 8, 2017

**Items Ordered** **Price**

 $7.27

AR08327

1 of: *2.5mm Listen/Receive Only Covert Acoustic Tube Earpiece Headset For Two Way Radio Speaker Mic Microphone RLN4941*
Sold by: Marvogo (seller profile)

Condition: New

**Shipping Address:**
Dalton Black
4701 N TORREY PINES DR
LAS VEGAS, NV 89130-2301
United States

| | |
|---|---|
| Item(s) Subtotal: | $7.27 |
| Shipping & Handling: | $0.00 |
| Promotion Applied: | -$0.22 |
| | ----- |
| Total before tax: | $7.05 |
| Sales Tax: | $0.00 |
| | ----- |

**Shipping Speed:**
FREE Shipping

**Total for This Shipment: $7.05**
-----

## Shipped on June 4, 2017

| Items Ordered | Price |
|---|---|
| 1 of: *Zeadio ZP-AR169 RECEIVER/LISTEN ONLY Surveillance Acoustic Earpiece with 2.5mm Connector for Ham Radio, Two-Way Radios, Transceivers and Radio Speaker Mics Jacks (Pack of 10)*<br>Sold by: Zeadio (seller profile) | Product question? Ask Seller | $76.99 |

Condition: New

| | |
|---|---|
| 1 of: *Zeadio ZP-AR169 RECEIVER/LISTEN ONLY Surveillance Acoustic Earpiece with 2.5mm Connector for Ham Radio, Two-Way Radios, Transceivers and Radio Speaker Mics Jacks (Pack of 5)*<br>Sold by: Zeadio (seller profile) | Product question? Ask Seller | $38.99 |

Condition: New

| | |
|---|---|
| 3 of: *Zeadio ZP-AR169 RECEIVER/LISTEN ONLY Surveillance Acoustic Earpiece with 2.5mm Connector for Ham Radio, Two-Way Radios, Transceivers and Radio Speaker Mics Jacks (Pack of 2)*<br>Sold by: Zeadio (seller profile) | Product question? Ask Seller | $15.99 |

Condition: New

| | |
|---|---|
| 11 of: *Zeadio ZP-AR169 RECEIVER/LISTEN ONLY Surveillance Acoustic Earpiece with 2.5mm Connector for Ham Radio, Two-Way Radios, Transceivers and Radio Speaker Mics Jacks*<br>Sold by: Zeadio (seller profile) | Product question? Ask Seller | $8.49 |

Condition: New

| | |
|---|---|
| 4 of: *2.5mm Listen/Receive Only Covert Acoustic Tube Earpiece Headset For Two Way Radio Speaker Mic Microphone RLN4941*<br>Sold by: Marvogo (seller profile) | $7.27 |

Condition: New

**Shipping Address:**
Dalton Black
4701 N TORREY PINES DR
LAS VEGAS, NV 89130-2301
United States

| | |
|---|---|
| Item(s) Subtotal: | $286.42 |
| Shipping & Handling: | $0.00 |
| Promotion Applied: | -$0.88 |
| | ----- |
| Total before tax: | $285.54 |
| Sales Tax: | $0.00 |

AR08328

-----

**Shipping Speed:**                                    **Total for This Shipment:$285.54**
FREE Shipping
                                                        -----

## Shipped on June 5, 2017

**Items Ordered**                                                          **Price**
1 of: *Zeadio ZP-AR169 RECEIVER/LISTEN ONLY Surveillance Acoustic*          $38.99
*Earpiece with 2.5mm Connector for Ham Radio, Two-Way Radios,*
*Transceivers and Radio Speaker Mics Jacks (Pack of 5)*
Sold by: Zeadio (seller profile) | Product question? Ask Seller

Condition: New
1 of: *2.5mm Listen/Receive Only Covert Acoustic Tube Earpiece Headset For*   $7.27
*Two Way Radio Speaker Mic Microphone RLN4941*
Sold by: Marvogo (seller profile)

Condition: New

**Shipping Address:**                        Item(s) Subtotal: $46.26
Dalton Black                          Shipping & Handling:  $0.00
4701 N TORREY PINES DR                Promotion Applied: -$0.22
LAS VEGAS, NV 89130-2301                                    -----
United States                             Total before tax: $46.04
                                                Sales Tax:  $0.00
                                                            -----
**Shipping Speed:**
FREE Shipping                         **Total for This Shipment:$46.04**
                                                            -----

## Shipped on June 4, 2017

**Items Ordered**                                                          **Price**
5 of: *2.5mm Listen/Receive Only Covert Acoustic Tube Earpiece Headset For*   $7.27
*Two Way Radio Speaker Mic Microphone RLN4941*
Sold by: Marvogo (seller profile)

Condition: New

**Shipping Address:**                        Item(s) Subtotal: $36.35
Dalton Black                          Shipping & Handling:  $0.00
4701 N TORREY PINES DR                Promotion Applied: -$1.09
LAS VEGAS, NV 89130-2301                                    -----
United States                             Total before tax: $35.26
                                                Sales Tax:  $0.00
                                                            -----
**Shipping Speed:**
FREE Shipping                         **Total for This Shipment:$35.26**
                                                            -----

## Shipped on June 2, 2017

AR08329

# amazon.com

## Final Details for Order #113-6043758-3110638
### Print this page for your records.

**Order Placed:** May 31, 2017
**Amazon.com order number:** 113-6043758-3110638
**Order Total:** $757.85

## Shipped on June 4, 2017

| Items Ordered | Price |
|---|---|
| 5 of: *2.5mm Listen/Receive Only Covert Acoustic Tube Earpiece Headset For Two Way Radio Speaker Mic Microphone RLN4941*<br>Sold by: Marvogo (seller profile)<br><br>Condition: New | $7.27 |

**Shipping Address:**
Dalton Black
4701 N TORREY PINES DR
LAS VEGAS, NV 89130-2301
United States

**Shipping Speed:**
FREE Shipping

Item(s) Subtotal: $36.35
Shipping & Handling: $0.00
Promotion Applied: -$1.09
-----
Total before tax: $35.26
Sales Tax: $0.00
-----
**Total for This Shipment:** **$35.26**
-----

## Shipped on June 7, 2017

| Items Ordered | Price |
|---|---|
| 1 of: *2.5mm Listen/Receive Only Covert Acoustic Tube Earpiece Headset For Two Way Radio Speaker Mic Microphone RLN4941*<br>Sold by: Marvogo (seller profile)<br><br>Condition: New | $7.27 |

**Shipping Address:**
Dalton Black
4701 N TORREY PINES DR
LAS VEGAS, NV 89130-2301
United States

**Shipping Speed:**
FREE Shipping

Item(s) Subtotal: $7.27
Shipping & Handling: $0.00
Promotion Applied: -$0.22
-----
Total before tax: $7.05
Sales Tax: $0.00
-----
**Total for This Shipment:** **$7.05**
-----

## Shipped on June 6, 2017

AR08330

# amazon.com

## Final Details for Order #114-7076245-4001831
### Print this page for your records.

R-10

*Dalton Black*
*R-10*

*Radio Accessories*

### Shipped on September 12, 2017

| Items Ordered | Price |
|---|---|
| 3 of: *MaximalPower RHF 617-1N X2 3.5mm Receiver/Listen Only Surveillance Headset Earpiece, 2 Pack*<br>Sold by: Refuelergy (seller profile)<br><br>Condition: New | $16.15 |
| 3 of: *MaximalPower RHF 617-1N X2 3.5mm Receiver/Listen Only Surveillance Headset Earpiece, 2 Pack*<br>Sold by: Refuelergy (seller profile)<br><br>Condition: New | $16.15 |

**Shipping Address:**
Dalton Black
200 TRANSFER Station RD
Box 307
GERLACH, NV 89412-0307
United States

**Shipping Speed:**
One-Day Shipping

| | |
|---|---|
| Item(s) Subtotal: | $96.90 |
| Shipping & Handling: | $0.01 |
| | ----- |
| Total before tax: | $96.91 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$96.91** |
| | ----- |

AR08331



R-11　Pirtle, Mark <mpirtle@blm.gov>

## d: Your FactoryOutletStore.com Order Receipt # FOS7769591E
1 message

**Black, Dalton** <dlblack@blm.gov>　　　　　　　　　　　　　Tue, Jan 2, 2018 at 8:21 AM
To: Mark Pirtle <mpirtle@blm.gov>

Headsets for Dispatch.

---------- Forwarded message ----------
From: **FactoryOutletStore Customer Service** <processing@factoryoutletstore.com>
Date: Mon, Aug 21, 2017 at 8:12 AM
Subject: Your FactoryOutletStore.com Order Receipt # FOS7769591E
To: Dalton Black <dlblack@blm.gov>

*Dalton Black*
*Radio Accessories*

FactoryOutletStore.com
An Independent Retailer Of Consumer Products

## Thanks For Your Order Scroll down to view order details

Thank you for your purchase. A confirmation e-mail has been sent to you with your order details. You will receive another e-mail with tracking information once your order has shipped.

## Problems, questions, or concerns about your order?

Call us toll free at (800) 721-1260 or E-mail us at processing@factoryoutletstore.com. You can also visit us online at factoryoutletstore.com/Help.

## Order Receipt

Order Number　Order Date　　　　Order Status
FOS7769591E 8/21/2017 11:12:35 AM For order status go to pl.factoryoutletstore.com/Help

## Billing and Shipping Information

Shipping Address　　　　　　　　　　　Billing Address

| | | | | |
|---|---|---|---|---|
| Name: | Dalton Black | | | |
| Company Name: | BLM | | Name: | Dalton Black |
| Address: | 200 Transfer RD | | Address: | 4107 N Torrey Pines |
| Suite or Apt#: | Box 307 | | City, State, Zip: | Las Vegas, NV, 89130 |
| City, State, Zip: | GERLACH, NV, 89412 | | Telephone: | 775-296-1542 |
| Telephone: | 775-296-1542 | | Email Address: | dlblack@blm.gov |
| Email Address: | dlblack@blm.gov | | | |

## Credit Card Information

| Payment Method | Account Number | Account Name | Expiration Date |
|---|---|---|---|
| Mastercard | ***********2487 | Dalton Black | November-2017 |

**Note:** Your credit card bill will show a charge from Factory Outlet Store.

🛒 Your Shopping Cart

Product Info　　　　　　　　　　　　　Unit Price　　　　Quantity　　　　Total

**AR08332**





**Plantronics EncorePro HW540**
Mono Corded Headset
Brand New
Returnable: 30 Day Guarantee 🛈

reg: ~~$122.00~~
**Now $72.95**

| 10 |

$729.50

Promo Savings: -$5.00
Subtotal : $724.50
Sales Tax : $0.00
2 Day Shipping: $134.98
(2 Business Days)
Total : $859.48

# Reminders About Your Order

**Confirmation:** Your order receipt has been e-mailed to: **dlblack@blm.gov.**

**Shipping Method:** Your order may be shipped by various carriers - UPS, FedEx or USPS. A tracking notification will be provided via email once your order has been shipped. Orders for batteries and/or small accessories may be shipped via USPS.

**Returns/Exchanges:** You must keep all your original packaging to return or exchange any merchandise within 30 Days.

**Policies & Procedures:** You have read and agree to all of our Policies & Procedures regarding exchanges, returns, etc.

**Cancellations:** You must speak with a Customer Service Representative in order to cancel any order Tel: (800) 721-1260.

Factory Outlet Store Promo (5OFFPROMO): $5 Off orders of $50 or more. Excludes Shipping Charges and Tax. Discount cannot be combined with any other offers or previous purchases. Does not include Garmin, Humminbird, Minn Kota, Cannon, Raymarine, Lowrance, Furuno, Motorguide, Motorola, Engenius, Polycom, Panasonic BTS, PetSafe, SportDog, Innotek, Petzl, Soda Stream, Teac, Tascam, Suunto and Aastra products.

alton Black
Telecommunications Manager
Nevada BLM
775-861-6409 - office
775-296-1542 - cell
702-515-5152 -fax

**AR08333**

R-12



Dalton Black



LOWE'S HOME CENTERS, LLC
5075 KIETZKE LANE
RENO, NV 89511   (775) 824-4750

- SALE -

SN: S0321354 8/5734   TRANS#: 17646644 08-13-17

13357 24 IN X 25 FT FOIL BUBBLE         40.90
                    2 @     24.45
135512 2 IN X 30 FT REFLECTIVE F          3.35
235526 2 IN X 150 FT FOIL TAPE            8.98
683008 55 1.19 CU FT DIG ALARM F        199.90

              SUBTOTAL:         261.21
              TOTAL TAX.          0.00
INVOICE 66030 TOTAL:           261.21
                   M/C:        261.21

A/L:XXXXXXXXXXXX2467 AMOUNT:261.21 AUTH/R:045735
CHIP REF ID:0321660586253 08/13/17 11:23.30
              CUSTOMER CODE: 0
        APL: MASTERCARD   TVR: 0000008000
        AID: A0000000041010   TSI: E800

STORE: 0321   TERMINAL: 66   08/13/17 11:24:53
# OF ITEMS PURCHASED:              5
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: MISTY GIBSON

LOWE'S PRICE MATCH GUARANTEE

AR08334



*Dalton Black*

Black, Dalton <dlblack@blm.gov>

## LogoSportswear Order 850537 Confirmation

1 message

---

customer_service@logosportswear.com <customer_service@logosportswear.com>     Thu, Jul 20, 2017 at 3:33 PM
Reply-To: customer_service@logosportswear.com
To: dlblack@blm.gov



**LogoSportswear**

12 Beaumont Road
Wallingford, CT 06492
Info@LogoSportswear.com

**Order No.**

850537

☎ **877-535-5646**
Monday - Friday 8:30 - 6:30 EST

---

## Thank you for shopping at LogoSportswear

**Your sales order number is 850537.**

Please use your order number when speaking with our customer service team or to Track Your Order online. Your order information is also available in your account's Order History. Keep this receipt for your records.

Carefully review all shipping, billing and ordering details. **Your order will be produced exactly as shown below.** If you have questions or need to make any changes, reply to this order confirmation immediately. Once an order is staged for decoration, we cannot accept changes or cancellations.

*LogoSportswear will always use the best decoration method available to produce your order. We reserve the right to alter the size and/or layout of lettering, logo, or design to fit imprint size restrictions and ensure that your design looks its best on every item ordered.*

---

**Bill to**

Dalton Black
4701 N Torrey Pines Dr
Las Vegas, Nevada 89130
United States
775-861-6409
dlblack@blm.gov

**Ship to**

Dalton Black
4701 N Torrey Pines Dr
Las Vegas, Nevada 89130
United States

---

## Order Information

**Payment Method:** Credit Card
Delivery Date: 8/4/2017

---

**AR08335**

## Shopping Cart

| Qty | Name | Style | Price | Total |
|---|---|---|---|---|
| 15 | UltraClub Adult Cool-N-Dry Sport Polo Embroidered | 8405 | $26.99 | $404.85 |

**Color(s):** Navy

**Size(s):**
6 x L

3 x XL

3 x 2XL

3 x 3XL

| | |
|---|---|
| **Sub Total:** | $404.85 |
| **Delivery By 8/4/2017:** | $0.00 |
| **Total:** | $404.85 |

We will notify you of any order delays within 1-2 business days. In the unlikely event that a product is back ordered and cannot be delivered on time, we will contact you immediately via email. Due to dye lot variances, shading differences beyond our control may sometimes occur.

If you requested an embroidery or print proof, you'll receive an email once the proof is ready for review. **Production time does not begin until we receive your proof approval.** Please respond to all customer service emails as soon as possible to avoid delays to your Delivery Date.

### Easy Re-Ordering

When you're ready to re-order, we keep it simple. Place a re-order online, or call our customer service department at 877-535-5646, Mon. - Fri. 8:00am - 7:00pm EST with your original order number.

### Returns, Exchanges & Cancellations

<u>Custom Orders:</u> As a general rule, all custom products are made-to-order and cannot be returned or exchanged. Please make sure you confirm all sizes, names, designs, and text, and respond to this email immediately with any updates or corrections.

However, if your custom product has flaws or defects in workmanship, we will immediately repair your item(s). Notify our customer service department *within 15 days* of receipt of order for a return authorization.

<u>Blank Orders:</u> To return or exchange a blank item, please notify our customer service department to receive a return authorization. Blank items may be returned up to 15 days after receipt of the item at no cost*, or up to 30 days with a 15% restocking fee. Original shipping charges are non-refundable. If you are exchanging blank items for different sizes, colors, etc., standard shipping rates will apply.

Return shipping costs must be paid by the buyer. Any free shipping discounts at time of purchase do not apply.

<u>Digitizing Fee:</u> If you cancel an order with a file that has already been digitized, you will still be charged the digitizing fee, even if it would have been waived had the order been processed. The digitized file will be added to your account and will be available for future use.

*NOTE:* As noted above, we cannot accept cancellations once an order is staged for decoration. All cancellations must be received in writing (either via email or fax at 203-265-3334).Cancellations are subject to a 15% restocking fee.
*Returns for blank orders $150 or higher will be charged a 15% restocking fee.

### Helpful Links

My Account       Order Tracking       Ordering Information       **AR08336**

Dalton Black                                                              R-14



**INVOICE**

Pioneer Energy Products, LLC.
PO Box 1061
Franklin, PA 16323-5061
USA

| Invoice No. | Date |
|---|---|
| 002284 | 6/23/2017 |

Refer to Invoice Number When Remitting

**SECURE DEPLOYABLE RADIO SITES**

| SOLD TO: | BLM SOUTHERN NEVADA DIST OFFC<br>4701 NORTH TORREY PINES DR<br>LAS VEGAS, NV 89130 | SHIP TO: | BLM SOUTHERN NEVADA DIST OFFC<br>4701 NORTH TORREY PINES DR<br>LAS VEGAS, NV 89130 |
|---|---|---|---|

ATTN: DALTON BLACK                                   ATTN: DALTON BLACK

| Sales Order | Cust No | Customer PO # | Order Date | Tax | Mark Shipment | Terms |
|---|---|---|---|---|---|---|
| 0000912-0000 | BLM08 | YOUR RFQ | 6/21/2017 | E | 3 WEEK ARO | |

| Sales Rep | | Ship Date | Shipped Via | | F.O.B. Point | Ins | Waybill Number |
|---|---|---|---|---|---|---|---|
| | | 6/23/2017 | UPS GROUND | | ORIGIN | N | |

| Item | T | Quantity Order | B/O | Ship | Part Number/Revision | Description | Unit Price $ | Amount $ |
|---|---|---|---|---|---|---|---|---|
| 001 | S | 2 | | 2 | 760-0056      B | CABLE ENTRY GLAND STD<br>4 HOLES EACH (LMR 400) | 800.00000 | 1,600.00 |
| 002 | S | 16 | | 16 | 280-0034 | SNAPPER CLAMP 0.463 TO 0.558 | | |
| 003 | S | 8 | | 8 | 620-0015 | COPPER STRAP RG8 | 19.00000 | 152.00 |
| | | | | | | LMR400<br>4 HOLES EACH GLAND | | |
| | | | | | | FREIGHT CHARGES | | 13.93 |
| | | | | | | PAID BY MASTERCARD<br>XXXXXXXXXXXX2487 | | |

| | TOTAL: $ | 1,765.93 |
|---|---|---|



*Dalton Black*

R. 15

# INVOICE

**Number:** 1639622
**Date:** 6/15/2017

Powerwerx
95 Via Del Rio
Yorba Linda, CA 92887

888-321-0073
help@powerwerx.com
http://powerwerx.com

| Bill To | |
|---|---|
| BLM<br>Dalton Black<br>4701 North Torrey Pines<br>Las Vegas, NV 89130 | dlblack@blm.gov<br>775-289-1806 |

| Ship To | |
|---|---|
| BLM<br>Dalton Black<br>4701 North Torrey Pines<br>Las Vegas, NV 89130 | dlblack@blm.gov<br>775-289-1806 |

**Ship via:** UPS Ground

**Tracking Number:** 1Z5RW1600399001896

| SKU | Description | Unit Price | Qty | Total Price |
|---|---|---|---|---|
| RSPS-30 | Powerwerx 30 Amp Redundant Rack Mount Switching Power Supply<br>*Serial Number: 1919E* | $419.99 | 1 | $419.99 |
| RR-4007U | RIGrunner 4007U with Digital Display and USB output | $169.99 | 1 | $169.99 |

| | |
|---|---|
| Subtotal: | $589.98 |
| Shipping: | $18.86 |
| Tax: | $0.00 |
| Total: | **$608.84** |
| Payment Received: | $608.84 |
| Balance Due: | **$0.00** |

AR08338

Case 1:19-cv-03729-DLF   Document 35-16   Filed 07/12/21   Page 91 of 227

R-16



Black, Dalton <dlblack@blm.gov>

---

## Powerwerx Order 2750954 Confirmation
1 message

---

Powerwerx <help@powerwerx.com>                    Sat, Aug 19, 2017 at 10:33 AM
To: Dalton Black <dlblack@blm.gov>

Dalton Black



Hello Dalton,

Thank you for placing an order with Powerwerx! We value your business, and will process and ship your order as quickly as possible. Another email will be sent with your tracking number when your order ships.

Order 2750954 was placed on Saturday, August 19, 2017.

**Bill To:**                          **Ship To:**

BLM                                   BLM
Dalton Black                          Dalton Black
4701 North Torrey Pines              200 Transfer RD
Las Vegas, NV 89130                  Box 307
Email: dlblack@blm.gov               Gerlach, NV 89412-0307
Phone: 775-289-1806                  Email: dlblack@blm.gov
                                      Phone: 775-296-1542

                                      **Ship Via:** UPS Next Day Air

| Name | Price | Qty | Total |
|---|---|---|---|
| DC Line Noise Filter (20 Amps max) with Powerpole connectors<br>SKU: LF-1-PP | $29.99 | 6 | $179.94 |

|  | **Subtotal:** | **$179.94** |
|---|---|---|
|  | **Shipping:** | **$75.52** |

**AR08339**

| | | |
|---|---|---|
| | **Tax:** | **$0.00** |
| | **Total:** | **$255.46** |

You can always check your current Order Status through our website.

If you have any questions regarding your order, please check our Help Center for quick answers to common questions.

If you still can't find an answer, no problem, there are many ways you can Contact Us!

Sincerely,
Customer Service at Powerwerx
http://powerwerx.com/

**Help Center | Contact Us | Continue Shopping**

Follow Powerwerx on **Twitter**, **Facebook**

© Powerwerx. All rights reserved. Privacy Policy

**AR08340**

R-17

Dalton
Black



SHELL
4390 W. CRAIG R
NORTH LAS VEG, N 89
57       702

09/15/2017 12:08:33 PM
Register: 3 Trans #: 8391 Op ID: 1012
Your cashier: Tori

INTDET L                        $145.00
                              ----------
              Subtotal =      $145.00
                  Tax  =        $0.00
                              ----------
                 Total =      $145.00

            Change Due =        $0.00

Credit                        $145.00
-----------------------------------------
Credit                  USD  145.00
XXXX XXXX XXXX 2487, MC FLE
Swiped
APPROVED
AUTH # 088990          INV # 548628

Mode: Issuer

-----------------------------------------
Your Bonus Savi
Save at least $0   5   al on every fuel
purchase. Join the Fuel Rewards program
and get INSTANT GOLD STATUS!
Pick up a FREE card and register at
fuelrewards.com/gold today.

Please come again

AR08341

Arellano Heating & Cooling LLC
32 S. Main Street
YERINGTON, NV 89447
NV LIC. #0074600  /  MHD LIC. #A0159

(775) 463-9520  (775) 575-2108
(775) 881-8118

**HVAC SERVICE ORDER INVOICE**

R-18

6099

BILL TO: Dalton Black

**THIS WORK IS TO BE**  ☐ C.O.D.  ☐ CHARGE  ☐ NO CHARGE

| | MAKE | | MAKE |
|---|---|---|---|
| | MODEL | | MODEL |
| | SERIAL NUMBER | | SERIAL NUMBER |

NAME: BLM
STREET:
CITY: Buckly Acno.
DATE PROMISED: 9-1-17
PHONE: ☐ A.M. ☐ P.M.
CALL BEFORE:
TECHNICIAN:
AUTHORIZED BY:
WORK TO BE PERFORMED:

## ENVIRONMENTAL CHECK LIST

| WORK PERFORMED | QTY. | TYPE/DISPOSITION |
|---|---|---|
| ☐ RECOVERED | | |
| ☐ RECYCLED | | |
| ☐ RECLAIMED | | |
| ☐ RETURNED | | |
| ☐ DISPOSAL | | |
| ☐ DISMANTLED | | |
| ☐ CHANGED OUT/REPLACED | | **TOTAL $** |

## MATERIALS & SERVICES

| QTY | MATERIALS & SERVICES | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | REFRIGERANT R-        LBS | | |
| 1 | New Programmable T-stat | 95+ | |
| | FILTERS    x    x | | |
| | FILTERS    x    x | | |
| | BELTS | | |
| | **TOTAL MATERIALS** | 95+ | |

| HRS. | LABOR | RATE | AMOUNT |
|---|---|---|---|
| 4 | M.W. | 90 | |
| | **TOTAL LABOR** | | 360 |

MATERIALS & LABOR MAY BE CONTINUED ON OTHER SIDE

TERMS

...thonty to order the work outlined above which has been satisfactorily completed. I agree that s...tains title to equipment/materials furnished until final payment is made. If payment is not made as agreed, seller can remove said equipment/materials at Seller's expense. Any damage resulting from said removal shall not be the responsibility of Seller.

CUSTOMER SIGNATURE    DATE 9-1-17

## DESCRIPTION OF WORK PERFORMED

Checked the AC unit on the communication Tower because not working found the T-stat needed to be Replace Turnd unit on is working fine at this time set T-stat at 74°F

## RECOMMENDATIONS

**LIMITED WARRANTY:** All materials, parts and equipment are warranted by the manufacturers' or suppliers' written warranty only. All labor performed by the above named company is warranted for 30 days or as otherwise indicated in writing. The above named company makes no other warranties, express or implied, and its agents or technicians are not authorized to make any such warranties on behalf of above named company.

☐ REGULAR    ☐ WARRANTY
☐ SERVICE CONTRACT

*Thank You*

## WORK PERFORMED

| CONDENSING UNIT | | COND'SATE DRAINS | |
|---|---|---|---|
| LEVELED | | CLEANED MAIN DRAIN | |
| CLEANED COIL | | REPAIRED MAIN DRAIN | |
| CHECKED CHARGE | | CLEANED PAN DRAIN | |
| REPAIRED LEAK IN COIL | | REPAIRED PAN DRAIN | |
| REPAIRED LEAK IN COPPER | | **FURN. OR FAN COIL** | |
| # REF. | | REPLACED BELT | |
| CHECKED MOTOR | | ADJUSTED BELT | |
| CHANGED MOTOR | | REPLACED PULLEY | |
| REPLACED BELT | | ADJUSTED PULLEY | |
| ADJUSTED BELT | | CLEANED BLOWER | |
| REPLACED CONTACTOR | | REPLACED BEARINGS | |
| REPL. START RELAY | | OILED MOTOR | |
| REPL. START CAPACITOR | | OILED BEARINGS | |
| REPLACED RUN CAPACITOR | | CLEANED HEAT EXCH | |
| CLEANED OR ADJ. CONTACTOR | | REPLACED HEAT EXCH | |
| REPAIRED WIRING | | CLEANED OR ADJ. PILOT | |
| REPLACED FUSE | | REPLACED THERMOCOUPLE | |
| REPLACED COMPRESSOR | | REPAIRED VALVE | |
| **EVAPORATOR COIL** | | REPLACED VALVE | |
| REPLACED EXP VALVE | | CLEANED BURNERS | |
| ADJUSTED EXP VALVE | | **DUCT** | |
| REPLACED CAP TUBE | | REPAIRED | |
| CLEANED CAP TUBE | | ADJUSTED | |
| REPAIRED COIL LEAK | | **THERMOSTAT** | |
| REPAIRED COPPER LINES | | REPLACED | |
| CLEANED COIL | | ADJUSTED | |
| LEVELED COIL | | | |
| **ELECT. HTR.** | | **CLG TOWER** | |
| REPLACED LINK | | CLEANED | |
| REPLACED KILN | | | |
| REPAIRED WIRE | | **PUMP(S)** | |
| REPLACED CONT | | GREASED | |
| | | REPAIRED | |
| **FILTERS** | ☐ CLEANED | ☐ REPLACED | |

## TOTAL SUMMARY

| TOTAL MATERIALS | 95 |
|---|---|
| TOTAL LABOR | 360 |
| TRAVEL CHARGE | 1420 |
| TAX | |
| **TOTAL** | |

AR08342

R·19

 **SyTech Corporation**

| Quotation |
| --- |

| Quote Prepared For | Dalton Black | | |
| --- | --- | --- | --- |
| | Nevada Bureau of Land Management | **Quote Date** | 6/22/2017 |
| | | **Quote Number** | 101094 |

*Dalton Black*

### Additional Cables for NV BLM

| Item # | Description | Qty | List Price | Extended | Line Total |
| --- | --- | --- | --- | --- | --- |
| R-CAB-S | RIOS Standard Interface Cable | 8 | $266.81 | $224.00 | $1,792.00 |

| | | |
| --- | --- | --- |
| **Total Items** | | **$1,792.00** |
| Labor / Shipping | | **$0.00** |
| Virginia Sales Tax @ .00% | | **$0.00** |
| **Total Quote** | | **$1,792.00** |

All Quotes are valid for 60 days unless otherwise noted. Quote based on current information, not necessarily a final price. Prices and part numbers are subject to change without notification.

**Non-government sales:**

All non-government sales REQUIRE PAYMENT IN FULL prior to the shipment of items and labor charges unless otherwise indicated in TERMS OF SALE. A tax exempt certificate is require for all government-intended orders. If a tax-exempt certificate can not be produced a 5% sales tax will be applied for non-exempt purchases. See TERMS OF SALE of additional information.

Fax PO to 703-941-7997 or email to SyTech contact. By submitting the corresponding purchase order the terms of this quote are agreed to.

+++++ RIOS Gateway Requirements +++++

RIOS requires properly installed and powered radio entry points, antennas, antenna spacing and other required apparatus. Power requirements are 120 V AC or 12 DC with uninterrupted power from supply for best performance. Standard cable lengths are 8 – 10 ft. Please confirm distance to RIOS I/O Chassis.

SyTech requires a complete inventory of radio entry-point makes and models and/or additional interface devices and systems for correct connections, functionality and pricing.

Additional Gateway requirements may apply.

AR08343

2

R·20

| Type | Invoice Number | Date | Page |
|------|----------------|------|------|
| Invoice | 318186 | 07/13/17 | 2 of 2 |

**TESSCO Delivers What You Need,
When and Where You Need It.**

*Dalton Black*

| Purchase Order Number | Buyer Name | Payment Terms | Payment Due Date | Delivery Terms | Delivery Requested |
|----------------------|-----------|---------------|------------------|----------------|--------------------|
| 061517 | Dalton Black | CREDIT CARD | N/A | FOB S | 3 Day |

| TESSCO Part# | U/M | Description | Initial Order | Now Due | Expected | This Delivery | Unit Price | Extension (US Dollars) |
|--------------|-----|-------------|---------------|---------|----------|---------------|------------|------------------------|
| 589982 | 1 EA | 19" x3.5" Panel SFA-1832 Lead time 3-4 weeks ARO | 1 | 1 | 08/15/17 | | 10.40 | 0.00 |
| | | Thanks for choosing TESSCO... your "Total Source" for a Wireless World | | | | | | |

| Comments: | | |
|-----------|---|---|
| All amounts shown in US Dollars.<br>** For information only - payment made via credit card.<br>INVOICES ARE ON TESSCO.COM > MY ACCOUNT > MY ORDERS > PRINT INVOICES<br>Equal Opportunity Employer M/F/D/V<br>If this order was funded partially or fully through the AMERICAN RECOVERY AND | Order Subtotal | 2,057.76 |
| | Delv. & Handling | 19.41 |
| | Sales Tax | 0.00 |
| | ** TOTAL (US Dollars) | 2,077.17 |

*Communications Panel*

AR08344

R-21



**TESSCO**

*making wireless work*

FEIN# 52-1868893
Holder of GSA Contracts
An ISO 9001:2008 and TL9000
registered company

| Type | Invoice Number | Date | Page |
|------|----------------|------|------|
| Invoice | 371929 | 08/02/17 | 1 of 2 |

| Billed To Account 2288000 |
|---|
| Delivered To Location 0000 |

U.S.D.I., B.L.M.
4701 N TORREY PINES DRIVE
LAS VEGAS, NV 89130-2301

*Dalton Black*

U.S.D.I., B.L.M.
4701 N. Torrey Pines
Attn: Dalton Black
Las Vegas, NV 89130

| Purchase Order Number | Buyer Name | Payment Terms | Payment Due Date | Delivery Terms | Delivery Requested |
|---|---|---|---|---|---|
| 072717 | Dalton Black | CREDIT CARD | N/A | FOB S | 5 Day |

| TESSCO Part# | U/M | Description | Initial Order | Now Due | Expected | This Delivery | Unit Price | Extension (US Dollars) |
|---|---|---|---|---|---|---|---|---|
| | | BACK-ORDERED FROM TRANSACTION 358511 ADDITIONAL ITEMS SHIPPED CONCURRENTLY ON INVOICE(S) 371930 (07) | | | | | | |
| 338452 | 1 EA | SMA Male Crimp-RG58, 58A, 58C, 141, 141A RSA-3000-1C | 10 | 10 | 08/03/17 | | 3.00 | 0.00 |
| | | Lead time 1 week ARO | | | | | | |
| 27 | 1 EA | N Female/N Female Bulkhead Adapter 172124 | 4 | 4 | 08/02/17 | | 5.50 | 0.00 |
| | | In Stock | | | | | | |
| 473883 | 1 EA | 148-174 MHz 2.5dB Inverted Fiberglass Omni Antenna ANT150F2-I | 2 | 0 | | 2 | 570.00 | 1,140.00 |
| | | In Stock | | | | | | |
| 24656 | 1 EA | N Male Crimp-RG58/RG141 RFN-1005-2N | 10 | 10 | 08/02/17 | | 2.80 | 0.00 |
| | | In Stock | | | | | | |
| 49874 | 1 EA | 148-174 MHz Compact Duplexer TPRD1544C | 1 | 1 | 08/02/17 | | 1200.00 | 0.00 |
| | | In Stock | | | | | | |
| 66443 | 1 EA | 5A Plug-in Breaker,DST-20 PBA-5 | 4 | 0 | | 4 | 33.00 | 132.00 |
| | | In Stock | | | | | | |
| 429150 | 1 FT | 1/2" Foam Heliax Cable - Black Jacket | 200 | 200 | 08/02/17 | | 1.50 | 0.00 |

Please tear at perforation and include this portion with payment.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Customer Name | U.S.D.I., B.L.M. |
|---|---|
| Account Number | 2288000 |
| Invoice Number | 371929 |
| Invoice Date | 08/02/17 |
| **Amount Due (US Dollars)** | 0.00 |

Please mail your payment to:

TESSCO Incorporated
PO Box 102885
Atlanta, GA 30368-2885

2288000 371929 080217 00129333 1

AR08345

| Type | Invoice Number | Date | Page |
|------|----------------|------|------|
| Invoice | 371929 | 08/02/17 | 2 of 2 |

**TESSCO Delivers What You Need,
When and Where You Need It.**

| Purchase Order Number | Buyer Name | Payment Terms | Payment Due Date | Delivery Terms | Delivery Requested |
|-----------------------|------------|---------------|------------------|----------------|--------------------|
| 072717 | Dalton Black | CREDIT CARD | N/A | FOB S | 5 Day |

| TESSCO Part# | U/M | Description | Initial Order | Now Due | Expected | This Delivery | Unit Price | Extension (US Dollars) |
|--------------|-----|-------------|---------------|---------|----------|---------------|------------|------------------------|
| 414440 | 1 EA | LDF4-50A<br>Cable Handling/Cutting CABLE CUT<br><br>Thanks for choosing TESSCO... your<br>"Total Source" for a Wireless World | 1 | 1 | 08/02/17 | | 0.00 | 0.00 |

| Comments: | | |
|-----------|---|---|
| All amounts shown in US Dollars. | Order Subtotal | 1,272.00 |
| ** For information only - payment made via credit card. | Delv. & Handling | 21.33 |
| INVOICES ARE ON TESSCO.COM > MY ACCOUNT > MY ORDERS > PRINT INVOICES | Sales Tax | 0.00 |
| Equal Opportunity Employer M/F/D/V<br>If this order was funded partially or fully through the AMERICAN RECOVERY AND | ** TOTAL (US Dollars) | 1,293.33 |

AR08346

R·22



**making wireless work**

FEIN# 52-1868893
Holder of GSA Contracts
An ISO 9001:2008 and TL9000
registered company

| Type | Invoice Number | Date | Page |
|------|----------------|------|------|
| Invoice | 371930 | 08/02/17 | 1 of 2 |

| Billed To Account 2288000 |
|---|
| Delivered To Location 0000 |

U.S.D.I., B.L.M.
4701 N TORREY PINES DRIVE
LAS VEGAS, NV  89130-2301

U.S.D.I., B.L.M.
4701 N. Torrey Pines
Attn: Dalton Black
Las Vegas, NV 89130

| Purchase Order Number | Buyer Name | Payment Terms | Payment Due Date | Delivery Terms | Delivery Requested |
|---|---|---|---|---|---|
| 072717 | Dalton Black | CREDIT CARD | N/A | FOB S | 5 Day |

| TESSCO Part# | U/M | Description | Initial Order | Now Due | Expected | This Delivery | Unit Price | Extension (US Dollars) |
|---|---|---|---|---|---|---|---|---|
| | | BACK-ORDERED FROM TRANSACTION 358511 ADDITIONAL ITEMS SHIPPED CONCURRENTLY ON INVOICE(S) 371929 (03) | | | | | | |
| 338452 | 1 EA | SMA Male Crimp-RG58, 58A, 58C, 141, 141A RSA-3000-1C | 10 | 10 | 08/03/17 | | 3.00 | 0.00 |
| | | Lead time 1 week ARO | | | | | | |
| 27 | 1 EA | N Female/N Female Bulkhead Adapter 172124 | 4 | 0 | | 4 | 5.50 | 22.00 |
| | | In Stock | | | | | | |
| 24656 | 1 EA | N Male Crimp-RG58/RG141 RFN-1005-2N | 10 | 0 | | 10 | 2.80 | 28.00 |
| | | In Stock | | | | | | |
| 49874 | 1 EA | 148-174 MHz Compact Duplexer TPRD1544C | 1 | 0 | | 1 | 1200.00 | 1,200.00 |
| | | In Stock | | | | | | |
| 429150 | 1 FT | 1/2" Foam Heliax Cable - Black Jacket LDF4-50A | 200 | 0 | | 200 | 1.50 | 300.00 |
| 414440 | 1 EA | Cable Handling/Cutting CABLE CUT | 1 | 0 | | 1 | 0.00 | 0.00 |
| | | Thanks for choosing TESSCO... your "Total Source" for a Wireless World | | | | | | |

Please tear at perforation and include this portion with payment.

| Customer Name | U.S.D.I., B.L.M. |
|---|---|
| Account Number | 2288000 |
| Invoice Number | 371930 |
| Invoice Date | 08/02/17 |
| **Amount Due (US Dollars)** | 0.00 |

Please mail your payment to:

TESSCO Incorporated
PO Box 102885
Atlanta, GA  30368-2885

| Type | Invoice Number | Date | Page |
|------|----------------|------|------|
| Invoice | 371930 | 08/02/17 | 2 of 2 |

**TESSCO Delivers What You Need,
When and Where You Need It.**

| Purchase Order Number | Buyer Name | Payment Terms | Payment Due Date | Delivery Terms | Delivery Requested |
|-----------------------|------------|---------------|------------------|----------------|--------------------|
| 072717 | Dalton Black | CREDIT CARD | N/A | FOB S | 5 Day |

| TESSCO Part# | U/M | Description | Initial Order | Now Due | Expected | This Delivery | Unit Price | Extension (US Dollars) |
|--------------|-----|-------------|---------------|---------|----------|---------------|------------|------------------------|
| | | Comments: | | | | Order Subtotal | | 1,550.00 |
| | | All amounts shown in US Dollars. | | | | Delv. & Handling | | 36.61 |
| | | ** For information only - payment made via credit card. | | | | Sales Tax | | 0.00 |
| | | INVOICES ARE ON TESSCO.COM > MY ACCOUNT > MY ORDERS > PRINT INVOICES | | | | ** TOTAL (US Dollars) | | 1,586.61 |
| | | Equal Opportunity Employer M/F/D/V | | | | | | |
| | | If this order was funded partially or fully through the AMERICAN RECOVERY AND | | | | | | |

AR08348



**TESSCO**
*making wireless work*

FEIN# 52-1868893
Holder of GSA Contracts
An ISO 9001:2008 and TL9000
registered company

| Type | Invoice Number | Date | Page |
|---|---|---|---|
| Invoice | 366664 | 08/03/17 | 1 of 1 |

| Billed To Account 2288000 |
|---|
| Delivered To Location 0000 |

U.S.D.I., B.L.M.
4701 N TORREY PINES DRIVE
LAS VEGAS, NV 89130-2301

U.S.D.I., B.L.M.
4701 N. Torrey Pines
Attn: Dalton Black
Las Vegas, NV 89130

| Purchase Order Number | Buyer Name | Payment Terms | Payment Due Date | Delivery Terms | Delivery Requested |
|---|---|---|---|---|---|
| 061517 | Dalton Black | CREDIT CARD | N/A | FOB S | 3 Day |

| TESSCO Part# | U/M | Description | Initial Order | Now Due | Expected | This Delivery | Unit Price | Extension (US Dollars) |
|---|---|---|---|---|---|---|---|---|
| 455103 | 1 EA | BACK-ORDERED FROM TRANSACTION 318186 19" Adjst Sliding Heavy Duty Shelf, 24"D, Black 9013-1924 Lead time of 2 weeks ARO | 4 | 0 | | 4 | 131.93 | 527.72 |
| 589982 | 1 EA | 19" x3.5" Panel SFA-1832 Lead time 3-4 weeks ARO | 1 | 1 | 08/23/17 | | 10.40 | 0.00 |
| | | Thanks for choosing TESSCO... your "Total Source" for a Wireless World | | | | | | |

| Comments: | | |
|---|---|---|
| All amounts shown in US Dollars. | Order Subtotal | 527.72 |
| ** For information only - payment made via credit card. | Delv. & Handling | 48.99 |
| INVOICES ARE ON TESSCO.COM > MY ACCOUNT > MY ORDERS > PRINT INVOICES | Sales Tax | 0.00 |
| Equal Opportunity Employer M/F/D/V | **TOTAL (US Dollars)** | 576.71 |
| If this order was funded partially or fully through the AMERICAN RECOVERY AND | | |

Please tear at perforation and include this portion with payment.

| Customer Name | U.S.D.I., B.L.M. |
|---|---|
| Account Number | 2288000 |
| Invoice Number | 366664 |
| Invoice Date | 08/03/17 |
| Amount Due (US Dollars) | 0.00 |

Please mail your payment to:

TESSCO Incorporated
PO Box 102885
Atlanta, GA 30368-2885

2288000 366664 080317 00057671 5

AR08349


**TESSCO**
*making wireless work*

FEIN# 52-1868893
Holder of GSA Contracts
An ISO 9001:2008 and TL9000
registered company

| Type | Invoice Number | Date | Page |
|------|----------------|------|------|
| Invoice | 373631 | 08/03/17 | 1 of 1 |

| Billed To Account 2288000 |
|---|
| Delivered To Location 0000 |

U.S.D.I., B.L.M.
4701 N TORREY PINES DRIVE
LAS VEGAS, NV 89130-2301

U.S.D.I., B.L.M.
4701 N. Torrey Pines
Attn: Dalton Black
Las Vegas, NV 89130

| Purchase Order Number | Buyer Name | Payment Terms | Payment Due Date | Delivery Terms | Delivery Requested |
|---|---|---|---|---|---|
| 072717 | Dalton Black | CREDIT CARD | N/A | FOB S | 5 Day |

| TESSCO Part# | U/M | Description | Initial Order | Now Due | Expected | This Delivery | Unit Price | Extension (US Dollars) |
|---|---|---|---|---|---|---|---|---|
| 338452 | 1 EA | BACK-ORDERED FROM TRANSACTION 358511 SMA Male Crimp-RG58, 58A, 58C, 141, 141A RSA-3000-1C Lead time 1 week ARO<br><br>Thanks for choosing TESSCO... your "Total Source" for a Wireless World | 10 | 0 | | 10 | 3.00 | 30.00 |

| Comments: | | |
|---|---|---|
| All amounts shown in US Dollars. | Order Subtotal | 30.00 |
| ** For information only - payment made via credit card. | Delv. & Handling | 0.06 |
| INVOICES ARE ON TESSCO.COM > MY ACCOUNT > MY ORDERS > PRINT INVOICES | Sales Tax | 0.00 |
| Equal Opportunity Employer M/F/D/V | ** TOTAL | 30.06 |
| If this order was funded partially or fully through the AMERICAN RECOVERY AND | (US Dollars) | |

---

Please tear at perforation and include this portion with payment.

| Customer Name | U.S.D.I., B.L.M. |
|---|---|
| Account Number | 2288000 |
| Invoice Number | 373631 |
| Invoice Date | 08/03/17 |
| Amount Due (US Dollars) | 0.00 |

Please mail your payment to:

TESSCO Incorporated
PO Box 102885
Atlanta, GA 30368-2885

Total: $ 1,586.61
$ 576.71
$ 30.06
$ 2,193.38

2288000 373631 080317 00003006 1

**AR08350**

R-23



**TESSCO**
*making wireless work*

FEIN# 52-1868893
Holder of GSA Contracts
An ISO 9001:2008 and TL9000
registered company

| Type | Invoice Number | Date | Page |
|------|----------------|------|------|
| Invoice | 416192 | 08/17/17 | 1 of 1 |

| Billed To Account 2288000 |
|---|
| Delivered To Location 0000 |

U.S.D.I., B.L.M.
4701 N TORREY PINES DRIVE
LAS VEGAS, NV  89130-2301

*Dalton Black*

U.S.D.I., B.L.M.
4701 N. Torrey Pines
Attn: Dalton Black
Las Vegas, NV  89130

| Purchase Order Number | Buyer Name | Payment Terms | Payment Due Date | Delivery Terms | Delivery Requested |
|---|---|---|---|---|---|
| 061517 | Dalton Black | CREDIT CARD | N/A | FOB S | 3 Day |

| TESSCO Part# | U/M | Description | Initial Order | Now Due | Expected | This Delivery | Unit Price | Extension (US Dollars) |
|---|---|---|---|---|---|---|---|---|
| 589982 | 1 EA | BACK-ORDERED FROM TRANSACTION 318186 19" x3.5" Panel SFA-1832 Lead time 3-4 weeks ARO Thanks for choosing TESSCO... your "Total Source" for a Wireless World | 1 | 0 | | 1 | 10.40 | 10.40 |

Comments:
All amounts shown in US Dollars.
** For information only - payment made via credit card.
INVOICES ARE ON TESSCO.COM > MY ACCOUNT > MY ORDERS > PRINT INVOICES
Equal Opportunity Employer M/F/D/V
If this order was funded partially or fully through the AMERICAN RECOVERY AND

| | |
|---|---|
| Order Subtotal | 10.40 |
| Delv. & Handling | 0.53 |
| Sales Tax | 0.00 |
| ** TOTAL (US Dollars) | 10.93 |

---

Please tear at perforation and include this portion with payment.

| Customer Name | U.S.D.I., B.L.M. |
|---|---|
| Account Number | 2288000 |
| Invoice Number | 416192 |
| Invoice Date | 08/17/17 |
| **Amount Due (US Dollars)** | **0.00** |

Please mail your payment to:

TESSCO Incorporated
PO Box 102885
Atlanta, GA  30368-2885

2288000 416192 081717 00001093 1

AR08351

Kathy Cadigan

R-24

**UNITED SITE SERVICES**
**MICRO-PURCHASE (Gov't Credit Card)**
**by Cadigan for services at BLM Interpative Camp ($1,200) and LE Sub-Station ($1,200)**

Cathy Cadigan (WDO Employee) charged the USS services for the BLM Interp Camp and the
LE Sub-Station on her gov't credit card as a micro-purchase contract. Only the LE Sub-Station
fee of $1,200.00 was charged against the BM SRP Cost Recovery Charge code. The Interp Camp
fee of $1,200.00 was charged to 1232 code. However, the receipt shows the full $2,400.00 for
both contracts. The FBMS spread sheet shows just $1,200.00 charged to BM CR charge code.

R-24

Page: 1

**United**
SITE SERVICES

U_ _d Site Services of Nevada, Inc.

**Customer Service: 1-800-864-5387**

**INVOICE**

| | |
|---|---|
| Customer ID: | USS-105343 |
| Invoice No: | 114-5836676 |
| Terms: | Due Upon Receipt |
| P.O. No: | |
| Our Order No: | 0-951790 |
| Invoice Date: | 09/26/17 |

Bill   BLM
To:   5100 EAST WINNEMUCCA BLVD
      WINNEMUCCA, NV 89445

Ship   BLM
To:   BURNING MAN 2016
      BLACK ROCK CITY
      GERLACH, NV 89412

*Kathy Cadisan*

| Item / Description | Quantity | Term | From / Thru | Unit Price | Total Price |
|---|---|---|---|---|---|
| ADA<br>ADA Wheelchair Accessible | 2<br>Each | Misc. | 08/25/17<br>09/05/17 | 1,200.00 | 2,400.00 |
| SPC-ADA<br>Special Event Service | 2<br>Each | Misc. | 08/26/17<br>09/05/17 | 0.00 | 0.00 |
| SPC-ADA<br>Special Event Service | 2<br>Each | Misc. | 08/27/17<br>09/05/17 | 0.00 | 0.00 |
| S_ DA<br>Special Event Service | 2<br>Each | Misc. | 08/28/17<br>09/05/17 | 0.00 | 0.00 |
| SPC-ADA<br>Special Event Service | 2<br>Each | Misc. | 08/29/17<br>09/05/17 | 0.00 | 0.00 |
| SPC-ADA<br>Special Event Service | 2<br>Each | Misc. | 08/30/17<br>09/05/17 | 0.00 | 0.00 |
| SPC-ADA<br>Special Event Service | 2<br>Each | Misc. | 08/31/17<br>09/05/17 | 0.00 | 0.00 |
| SPC-ADA<br>Special Event Service | 2<br>Each | Misc. | 09/01/17<br>09/05/17 | 0.00 | 0.00 |
| SPC-ADA<br>Special Event Service | 2<br>Each | Misc. | 09/02/17<br>09/05/17 | 0.00 | 0.00 |
| 2SS<br>2 Station Sink | 2<br>Each | Misc. | 08/25/17<br>09/05/17 | 0.00 | 0.00 |
| SPC-2SS<br>Special Event Service | 2<br>Each | Misc. | 08/26/17<br>09/05/17 | 0.00 | 0.00 |
| SPC-2SS<br>Special Event Service | 2<br>Each | Misc. | 08/27/17<br>09/05/17 | 0.00 | 0.00 |
| SPC-2SS<br>Special Event Service | 2<br>Each | Misc. | 08/28/17<br>09/05/17 | 0.00 | 0.00 |
| S_ 2SS<br>Special Event Service | 2<br>Each | Misc. | 08/29/17<br>09/05/17 | 0.00 | 0.00 |

AR08353

Page: 2

 

United Site Services of Nevada, Inc.

**Customer Service: 1-800-864-5387**

### INVOICE

Customer ID: USS-105343
Invoice No: 114-5836676
Terms: Due Upon Receipt
P.O. No:
Our Order No: 0-951790
Invoice Date: 09/26/17

Bill To: BLM
5100 EAST WINNEMUCCA BLVD
WINNEMUCCA, NV 89445

Ship To: BLM
BURNING MAN 2016
BLACK ROCK CITY
GERLACH, NV 89412

| Item / Description | Quantity | Term | From / Thru | Unit Price | Total Price |
|---|---|---|---|---|---|
| SPC-2SS<br>Special Event Service | 2<br>Each | Misc. | 08/30/17<br>09/05/17 | 0.00 | 0.00 |
| SPC-2SS<br>Special Event Service | 2<br>Each | Misc. | 08/31/17<br>09/05/17 | 0.00 | 0.00 |
| SPC-2SS<br>Special Event Service | 2<br>Each | Misc. | 09/01/17<br>09/05/17 | 0.00 | 0.00 |
| SPC-2SS<br>Special Event Service | 2<br>Each | Misc. | 09/02/17<br>09/05/17 | 0.00 | 0.00 |
| EEC<br>Environment/Energy/Compliance | | | | | 0.00 |

**2,400.00 paid with MasterCard XXXXXXXXXXXX9050 Exp. Date: 01/18**

Total: 2,400.00

---

**Please detach this coupon and include with your payment in the enclosed envelope.**
**See Reverse for Terms & Conditions, which are part of this Agreement**
wherein United Site Services of Nevada, Inc. is referred to as "Company"

**BLM**

| Customer ID: | USS-105343 | Subject to Tax | Exempt from Tax |
|---|---|---|---|
| Invoice Number: | 114-5836676 | 0.00 | 2,400.00 |
| Our Order No: | 0-951790 | | |

Total: 2,400.00

**Please Remit to:**
**United Site Services**
**PO Box 53267**
**Phoenix, AZ 85072-3267**

**Amount Paid:**

☐ Check this box if you would like to pay by credit card, change your address or decline damage waiver, and you have completed the necessary form(s) on the reverse.

000000000114-5836676000024000007

**AR08354**

United Site Services
Westborough

Date:    08/25/17          Ref. #:   000001609172
Cashier:                   Tran #: 0825MGFYI5E3

**MasterCard**
XXXXXXXXXXXX9050

Total:                     2,400.00

$1,200 against DRC charge code
$1,200 against BLM 1232 charge code

Credit Card Authorize (Card Not Present)
@    0012      EXACT MATCH

Customer Copy

AR08355



*R - 25*

*Jearred Foruria*

# Bureau of Land Management
## Nevada State Office
## Support Services
### LOST RECEIPT MEMO

Date: 08/18/17

To: Mark Pirtle

From: Jearred Foruria

I have lost or misplaced the receipt for the purchase of ___office supplies___, from WALMART in the amount of $__28.88____ on _August 18, 2017._

I attest that this purchase was for Official U.S. Government purposes and was within my purchasing authority.

This memo serves as documentation in lieu of the original receipt.

_____ _AFM_     _1/z/2018_
Employee Signature                      Date

_____           _1-2-18_
Approving Official Signature            Date

_____           _____
District/State A/OPC                    Date

Shane Garsill   R-28 

## ORDER FOR SUPPLIES OR SERVICES

| | | |
|---|---|---|
| **DATE OF ORDER**<br>Jul 13 2017 | **GSA CONTRACT NUMBER**<br>GS-07F-057BA | **SHIP TO**<br>See SHIPPING INSTRUCTIONS below |
| **ORDER NUMBER**<br>**47QDCC17F8GM0** | **REQUISITION/REFERENCE NO.** | |
| **ISSUING OFFICE**<br>Department of the Interior | | |
| **TO**<br>ADVANCED EDUCATIONAL PRODUCTS<br>c/o ADVANCED EDUCATIONAL PRODUCTS<br>2495 MAIN STREET, SUITE 230,<br>BUFFALO, NY 14214 | | **TYPE OF ORDER**<br>DELIVERY |
| **ACCOUNTING AND APPROPRIATION DATA** | | **REQUISITIONING OFFICE**<br>GSA ADVANTAGE ORDER - AAC: 140ADV |

**BUSINESS CLASSIFICATION**

[X] SMALL          OTHER-THAN-SMALL          DISADVANTAGED          WOMEN-OWNED          [X] VET-OWNED

| **FOB POINT**<br>SEE SCHEDULE | **GOVERNMENT B/L NO.** | **DELIVERY TO FOB POINT ON OR BEFORE (date)**<br>Jul 27 2017 | **DISCOUNT TERMS**<br>NET 30 Days |
|---|---|---|---|

### SCHEDULE

| ITEM NO. | SUPPLIES OR SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | SUN X SPF30 SUNSCREEN (2 OZ. TOTTLE)<br>2 oz. Tottle Bottle - Case of 24 - FDA compliant with new FDA<br>Sunscreen Monograph. Contains Aloe Ve...<br>Manufacturer:CORETEX<br>Mfr Part: 71663<br>Vnd Part: 71663<br>FOB: Destination - Includes Shipping | 6 | CA | $48.50 | $291.00 |
| | | | | **GRAND TOTAL:** | **$291.00** |

```
***SHIPPING INSTRUCTIONS***
SHIP TO:
  BLM - Black Rock Station
  200 TRANSFER RD
  Gerlach, NV 89412
  Attn: SHANE GARSIDE 7755572503
  SGARSIDE@BLM.GOV
  PO: 47QDCC17F8GM0
***END SHIPPING INSTRUCTIONS***
```

#### MAIL INVOICE TO/PURCHASE CARD INFORMATION

| **NAME**<br>Government Purchase Card =<br>MASTERCARD | **STREET ADDRESS**<br>Credit Card Number/Exp Date: XXXX-XXXX-XXXX-7190 /<br>03-2018 | **CITY/STATE/ZIP**<br>Obtain credit card<br>authorization prior to<br>shipment |
|---|---|---|
| **CONTRACTING/ORDERING OFFICER**<br>Shane Garside | **E-MAIL**<br>sgarside@blm.gov | **PHONE**<br>7755572503 |

**AR08357**



**Advanced Educational Products Inc.**

*Veteran Owned, HUBZone Certified Small Business*

07 Biscayne Blvd.
Ste. 203
Aventura, FL 33180-1410
800-311-1522

| **Invoice** |
| --- |

Invoice#: **52779-01**

Sales Order #: **52779**

Invoice Date: **7/20/2017**

| | |
| --- | --- |
| DUNS Number: | 966 326 514 |
| Fed Tax ID: | 16-1597345 |
| CAGE Code: | 1US05 |
| GSA Schedule 73 | |

| BILL TO: Shane Garside |
| --- |
| BLM - Black Rock Station |
| |
| 200 Transfer Rd. |
| Gerlach, NV 89412 |
| 775-557-2503 |
| P.O. # 47QDCC17F8GM0 |

| SHIPPED TO: Shane Garside |
| --- |
| BLM - Black Rock Station |
| |
| 200 Transfer Rd. |
| Gerlach, NV 89412 |
| 775-557-2503 |
| P.O. # 47QDCC17F8GM0 |

*Page 1 of 1*

| ORDER DATE | CUSTOMER ORDER # | | PAYMENT TERMS | ACCOUNT REP | SHIPPED VIA |
| --- | --- | --- | --- | --- | --- |
| 7/17/2017 | 47QDCC17F8GM0 | | Visa / MC | Leah Hambridge - AEP A | FedEx Grnd #326340944 |

| Line # | ISBN / Item | Title | | | | | Ship Date | Media | Volumes |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Comments | | Qty Ordered | Previous Ship | This Ship | | | Price Each | Total Amount |
| 0001 | 71663 | SunX Sunscreen SPF 30 - 2 oz. Lotion Tottle Bottle | | | | | 07/20/17 | Other | 01 |
| Drop Ship | | | 6 | 0 | 6 | | | $48.50 | $291.00 |
| | **Totals** | | 6 | 0 | 6 | | | | |

Comments:

| | |
| --- | --- |
| SUBTOTAL: | $291.00 |
| SHIPPING + HANDLING: | $0.00 |
| 0.00% TAX: | $0.00 |
| OTHER: | $0.00 |
| **TOTAL** | $291.00 |
| **AMOUNT DUE** | $0.00 |

| Code: | Description |
| --- | --- |
| OOP | Out of Print |
| OOS | Out of Stock |
| NYP | Not Yet Printed |
| POD | Print on Demand |

| Please remit to the above address. | Thank you for ordering from AEP |
| --- | --- |
| Remaining backorder titles will be billed upon shipment. | **Paid in Full** |
| Please review this statement for accuracy. | |

AR08358

*Shane Garside*    R 27

| ORDER FOR SUPPLIES OR SERVICES | | |
|---|---|---|
| **DATE OF ORDER**<br>Jul 13 2017 | **GSA CONTRACT NUMBER**<br>GS-06F-0080M | **SHIP TO**<br>See SHIPPING INSTRUCTIONS below |
| **ORDER NUMBER**<br>**47QDCC17F8GLZ** | **REQUISITION/REFERENCE NO.** | |
| **ISSUING OFFICE**<br>Department of the Interior | | |
| **TO**<br>HD SUPPLY FACILITIES MAINTENANCE<br>10641 SCRIPPS SUMMIT COURT<br>SAN DIEGO, CA 92131 | | **TYPE OF ORDER**<br>DELIVERY |
| **ACCOUNTING AND APPROPRIATION DATA** | | **REQUISITIONING OFFICE**<br>GSA ADVANTAGE ORDER - AAC: 140ADV |

| BUSINESS CLASSIFICATION | | | | |
|---|---|---|---|---|
| SMALL | [X] OTHER-THAN-SMALL | DISADVANTAGED | WOMEN-OWNED | VET-OWNED |

| **FOB POINT**<br>SEE SCHEDULE | **GOVERNMENT B/L NO.** | **DELIVERY TO FOB POINT ON OR BEFORE (date)**<br>Jul 14 2017 | **DISCOUNT TERMS**<br>NET 30 Days |
|---|---|---|---|

| SCHEDULE | | | | | | |
|---|---|---|---|---|---|---|
| ITEM NO. | SUPPLIES OR SERVICES | QTY | UNIT | UNIT PRICE | | AMOUNT |
| 1 | VO5 LOTION .75 OZ 190/CS<br>VO5 Lotion "Case Of 190" - .75 Oz - Squeezable Bottle - Flip Cap<br>Manufacturer:VO5<br>Mfr Part: 0046.1.11<br>Vnd Part: 751287<br>FOB: Destination - Includes Shipping | 2 | CS | $34.19 | | $68.38 |
| | | | | GRAND TOTAL: | | $68.38 |

***SHIPPING INSTRUCTIONS***

**SHIP TO:**
  BLM - Black Rock Station
  200 TRANSFER RD
  Gerlach, NV 89412
  Attn: SHANE GARSIDE 7755572503
  SGARSIDE@BLM.GOV
  PO: 47QDCC17F8GLZ
***END SHIPPING INSTRUCTIONS***

| MAIL INVOICE TO/PURCHASE CARD INFORMATION | | |
|---|---|---|
| **NAME**<br>Government Purchase Card =<br>MASTERCARD | **STREET ADDRESS**<br>Credit Card Number/Exp Date: XXXX-XXXX-XXXX-7190 /<br>03-2018 | **CITY/STATE/ZIP**<br>Obtain credit card<br>authorization prior to<br>shipment |
| **CONTRACTING/ORDERING OFFICER**<br>Shane Garside | **E-MAIL**<br>sgarside@blm.gov | **PHONE**<br>7755572503 |

**AR08359**



**Order Confirmation**

**Order #**
**129003290**
Page 1 of 2

**HD SUPPLY FACILITIES MAINTENANCE CONTACT INFORMATION**

| Department | Phone | Fax |
|---|---|---|
| Customer Service | 1-800-431-3000 | 1-800-859-8889 |
| Government | 1-877-610-6912 | 1-877-219-8526 |
| Web Support | 1-877-694-4932 | 1-800-859-8889 |
| Fabrication | 1-866-455-8907 | 1-866-455-8903 |
| Special Order | 1-800-431-3003 | 1-800-431-3316 |
| Renovations | 1-800-431-3002 | 1-888-293-1649 |
| Installations | 1-866-455-4798 | 1-866-455-8923 |
| Customer Advocate | 1-800-644-3006 | 1-877-884-4575 |
| En Espanol | 1-800-511-5652 | 1-800-859-8889 |

HD SUPPLY FACILITIES MAINTENANCE
ORDER CONFIRMATION

THANK YOU FOR YOUR ORDER!

| Customer Number | Ordered By | Order Date | Order Method | Quote | Payment Terms | PO Number |
|---|---|---|---|---|---|---|
| 13608146 | Shane Garside | 07/17/2017 | Electronic | N/A | Bankcard | 47QDCC17F8G LZ |

Bill To:  BLM
Attn: JAMES SCHENCK
200 TRANSFER ROAD
Gerlach NV 89412

Ship To:  BLM – Black Rock Station
SHANE GARSIDE 775-557-2503
200 TRANSFER ROAD
Gerlach NV 89412

| Ship Loc | Part Number | Description | Ordered Qty | Confirmed Qty | Est. Delivery Date | UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | | **Hospitality Supply** | | | | | | |
| CA20 | 751287 51V | VO5 Lotion .75 Oz 190/Cs US | 2 | 2 | 07/19/2017 | CS | $34.19 | $68.38 |

**Estimated Delivery Date is based on current stock availability and time of order placement.**

**Factory Direct Items are shipped directly from manufacturer.**

**Delivery times vary depending on product/vendor.**
**Some Factory Direct Items are non-returnable. See product descriptions in catalog for details.**

**Refused or cancelled orders are subject to restocking fee and return freight.**
**All Special Orders and custom made-to-order factory direct items are NON-RETURNABLE.**
Damaged and shorted Factory Direct items must be reported to HD Supply within 3 business days.

| | |
|---|---|
| Sub Total | $68.38 |
| Sales Tax | $0.00 |
| Additional Fees | $0.00 |
| Freight | $0.00 |
| TOTAL | $68.38 |

*** OM: Open Market product only, not on GSA Schedule. OM Item Total = $0.00**
*** 51V: GSA Schedule number. 51V Item Total = $68.38**
*All products on this order confirmation are included in HD Supply Facilities*
*Maintenance's schedule number identified above unless noted otherwise.*

| Country Code | - | Country Name |
|---|---|---|
| US | - | USA |

AR08360

R-28 

Shane Cearside

Compressor



LOVE'S HOME CENTERS, LLC
375 STANLEY DR E
FERNLEY, NV 89408   (775) 980-4000

– SALE –
SALES#: S2661NS2 2309125   TRANS#: 13960170 08-28-17

702744 DV 6-GAL 135-PSI MAX COMP   149.00

SUBTOTAL:   149.00

M/C:   159.58

M/C:XXXXXXXXXXXX7190 AMOUNT:159.58 AUTHCD:018172
CHIP REFID:266113032169 08/28/17 15:40:24
CUSTOMER CODE: 0
APL: MASTERCARD   TVR: 0000008000
AID: A0000000041010   TSI: E800



STORE: 2661   TERMINAL: 13   08/28/17 15:43:24
# OF ITEMS PURCHASED:   1
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

*  REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY  *
*      WITHIN ONE WEEK AT: www.lowes.com/survey       *
*         Y O U R   I D #  13466 2661 240             *
*                                                     *
*      NO PURCHASE NECESSARY TO ENTER OR WIN.         *
* VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER. *
*   OFFICIAL RULES & WINNERS AT: www.lowes.com/survey  *
******************************************************
        STORE: 2661   TERMINAL: 13   08/28/17 15:43:24

THE FOLLOWING ITEMS HAVE EXTENDED PROTECTION PLANS
AVAILABLE FOR PURCHASE. YOU HAVE 30 DAYS FROM THE DATE
OF THIS SALE TO PURCHASE A PLAN. TO MAKE A PURCHASE,
CONTACT A LOVE'S SALESPERSON.

702744   DV 6-GAL 135-PSI MAX COMPRESSOR

AR08361

R-29

Shane
Garside



LOWE'S HOME CENTERS, LLC
375 STANLEY DR E
FERNLEY, NV 89408   (775) 980-4000

- SALE -

SALES#: S2661X01 1915072   TRANS#: 2035435 08-29-17

46006 9 OZ DAP 3.0 K/B GLOSS WH      7.48

SUBTOTAL:        7.48
TAX:             0.53
INVOICE 02157 TOTAL:       8.01
M/C:             8.01

M/C:XXXXXXXXXXXX7190 AMOUNT:8.01 AUTHCD:034157
CHIP REFID:266102120216 08/29/17 12:37:14
CUSTOMER CODE: 0
APL: MASTERCARD   TVR: 0000000000
AID: A0000000041010   TSI: E800
STORE: 2661   TERMINAL: 02   08/29/17 12:37:52

# OF ITEMS PURCHASED:           1

EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: DAVID BERNTZEN

LOWE'S PRICE MATCH GUARANTEE
FOR MORE DETAILS, VISIT LOWES.COM/PRICEMATCH

```
*******************************************
*        YOUR OPINIONS COUNT!             *
*     REGISTER FOR A CHANCE TO BE         *
*   ONE OF FIVE $300 WINNERS DRAWN MONTHLY!*
*      !REGISTRESE EN EL SORTEO MENSUAL   *
*  PARA SER UNO DE LOS CINCO GANADORES DE $300!*
*                                         *
* REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY *
*     WITHIN ONE WEEK AT: www.lowes.com/survey *
*     Y O U R   I D #  02157 2661 241     *
*                                         *
*     NO PURCHASE NECESSARY TO ENTER OR WIN. *
* VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER. *
* OFFICIAL RULES & WINNERS AT: www.lowes.com/survey *
*******************************************
       STORE: 2661   TERMINAL: 02   08/29/17 12:37:52
```

AR08362



9/4/2017

DEPARTMENT OF THE INTERIOR Mail - Your Order Is Ready For Pickup

12-30



Garside, Shane <sgarside@blm.gov>

## Your Order Is Ready For Pickup
1 message

**Lowe's Home Improvement** <lowes@e.lowes.com>
Reply-To: Lowe's <reply-fec0157976660c75-23_HTML-78747886-1060694-77311@e.lowes.com>
To: SGARSIDE@blm.gov

Mon, Sep 4, 2017 at 12:16 PM

We'll make your project better, together.

View email as a **webpage.**

*Shane Garside*



| MYLOWE'S > | WEEKLY AD > | CLEARANCE > | APPLIANCES > |

### Dear Shane,

Your Lowe's order placed 09/04/2017 is ready for pickup at Lowe's of LOWE'S HOME CENTERS, LLC.

## Please Bring:

 

**Photo ID**



**This Email**



**Customer Service Desk**

**You'll need:**
- a state driver's license, military ID or state ID
- this email (mobile device or printed) OR your confirmation number

| Purchase Date | | Delivery Method | Order Total |
|---|---|---|---|
| 09/04/2017 | 0012534-2661 | Customer Pickup | 162.9 |

**Customer Pickup (0012534)**

| Products Ordered | Unit Price | Quantity | Total |
|---|---|---|---|
| **HEAVY DUTY MEDIUM BOX** | 2.38 | 15 | 35.70 |
| Item 475929 | Model 475929 | | |
| **HEAVY DUTY LARGE BOX** | 3.33 | 15 | 49.95 |
| Item 475930 | Model 475930 | | |

3/4/2017                          DEPARTMENT OF THE INTERIOR Mail - Your Order is Ready For Pickup                    

| | | | | |
|---|---|---|---|---|
| **HEAVY DUTY SMALL BOX** | | 1.56 | 5 | 7.80 |
| Item 605135 \| Model 605135 | | | | |
| **DUCK CLEAR PACKAGING TAPE** | | 21.99 | 1 | 21.99 |
| Item 608129 \| Model 282195 | | | | |
| **SCOTCH 1-7/8-IN PKG TP W/ HD DISP** | | 11.98 | 2 | 23.96 |
| Item 258575 \| Model 3850-ST | | | | |
| **PROFESSIONAL CHISEL 2-CT BLACK** | | 3.98 | 3 | 11.94 |
| Item 121861 \| Model 34821PP | | | | |

**Pickup Location**        **Phone and Fax**

LOWE'S HOME CENTERS, LLC   P: (775) 980-4000
#2661
375 STANLEY DR E
375 STANLEY DR E
FERNLEY, NV
89408


Payment and Billing

**Bill To**                        **Billing Summary**

SHANE GARSIDE                        Subtotal        151.34
5100 E WINNEMUCCA BLVD
WINNEMUCCA                      Customer Pickup      0.0
NV
89445                              Tax          10.75
(707) 951-3303
SGARSIDE@BLM.GOV               Order Total       162.09


Payment Method

**Card Type**                 **Last 4 Digits of**    **Card Amount**
                              **Card**

Maste                             7190                162.9

Lowe's Consumer Credit Terms and Conditions


**CONTACT US | YOUR STORE**

Thank you for your business. View our **Privacy Statement**.

© 2017 by Lowe's®. All rights reserved. Lowe's and the gable

design are registered trademarks of LF, LLC.

   

Lowes Companies Inc
1000 Lowes Blvd. Mooresville, NC 28117

Shane Garside                          R-31

| ORDER FOR SUPPLIES OR SERVICES | | |
|---|---|---|
| **DATE OF ORDER**<br>Jul 15 2017 | **GSA CONTRACT NUMBER**<br>GS-06F-0032K | **SHIP TO**<br>See SHIPPING INSTRUCTIONS below |
| **ORDER NUMBER**<br>**47QDCC17F8N04** | **REQUISITION/REFERENCE NO.** | |
| **ISSUING OFFICE**<br>Department of the Interior | | |
| **TO**<br>NOBLE SUPPLY & LOGISTICS<br>302 Weymouth St.<br>Rockland, MA 02370 | **TYPE OF ORDER**<br>DELIVERY | |
| **ACCOUNTING AND APPROPRIATION DATA** | **REQUISITIONING OFFICE**<br>GSA ADVANTAGE ORDER - AAC: 140ADV | |

| BUSINESS CLASSIFICATION | | | | |
|---|---|---|---|---|
| [X] SMALL | OTHER-THAN-SMALL   DISADVANTAGED | | [X] WOMEN-OWNED | VET-OWNED |

| **FOB POINT**<br>SEE SCHEDULE | **GOVERNMENT B/L NO.** | **DELIVERY TO FOB POINT ON OR BEFORE (date)**<br>Jul 17 2017 | **DISCOUNT TERMS**<br>NET 30 Days |
|---|---|---|---|

| SCHEDULE | | | | | | |
|---|---|---|---|---|---|---|
| ITEM NO. | SUPPLIES OR SERVICES | QTY | UNIT | UNIT PRICE | | AMOUNT |
| 1 | EXTEND-A-FLOW WASH BRUSH<br>Extend-A-Flow Wash Brush, Type Flow-Thru, Bristle Material Soft, Handle Length 6'. Pole extends to 6,...<br>Manufacturer.ETTORE<br>Mfr Part: 59072<br>Vnd Part: N191C81<br>FOB: Destination - Includes Shipping | 4 | EA | $22.64 | | $90.56 |
| | | | | **GRAND TOTAL:** | | **$90.56** |

***SHIPPING INSTRUCTIONS***

**SHIP TO:**
  BLM - Black Rock Station
  200 TRANSFER RD
  Gerlach, NV 89412
  Attn: SHANE GARSIDE 7755572503
  SGARSIDE@BLM.GOV
  PO: 47QDCC17F8N04
***END SHIPPING INSTRUCTIONS***

| MAIL INVOICE TO/PURCHASE CARD INFORMATION | | |
|---|---|---|
| **NAME**<br>Government Purchase Card =<br>MASTERCARD | **STREET ADDRESS**<br>Credit Card Number/Exp Date: XXXX-XXXX-XXXX-7190 /<br>03-2018 | **CITY/STATE/ZIP**<br>Obtain credit card authorization prior to shipment |
| **CONTRACTING/ORDERING OFFICER**<br>Shane Garside | **E-MAIL**<br>sgarside@blm.gov | **PHONE**<br>7755572503 |

**AR08365**



**Sales Receipt/Paid in Full**
**#CS293716**
07/19/2017

302 Weymouth Street Rockland MA 02370 | www.NobleSupply.com
**DUNS:** 107910259 | **Cage:** 1HEN9 | **P:** 877-999-1911 | **F:** 781-871-7449

*Hello SHANE GARSIDE,*

Below is a copy of your invoice, for your records. Your payment card will now be charged. If you need to return an item,
please see the disclaimer at the bottom of the page for return information.

| Bill To | Ship To | TRACKING # |
|---|---|---|
| SHANE GARSIDE | SHANE GARSIDE | |
| BLM - Black Rock Station | BLM - Black Rock Station | |
| 200 TRANSFER RD | 200 TRANSFER RD | |
| Gerlach NV 89412 | Gerlach NV 89412 | |
| United States | United States | |

| Order Date | GSA Contract | Customer PO# | Ship Via |
|---|---|---|---|
| 07/19/2017 | (51V)Hardware  Superstore GS-06F-0032K | 47QDCC17F8N04 | Standard Ground |

### Order Details

| Quantity | Item | Price | Extended Price |
|---|---|---|---|
| 4 | **N191C81** Extend-A-Flow Wash Brush, Type Flow-Thru, Bristle Material Soft, Handle Length 6 | $22.64 | $90.56 |

| | |
|---|---|
| Shipping Cost | $0.00 |
| **Total** | **$90.56** |


CS293716

1 2

**AR08366**

R-32

*Shane Garside*

## ORDER FOR SUPPLIES OR SERVICES

| DATE OF ORDER Jul 13 2017 | GSA CONTRACT NUMBER GS02Q14DCR0024 | SHIP TO See SHIPPING INSTRUCTIONS below |
|---|---|---|
| ORDER NUMBER **47QDCC17F8GLW** | REQUISITION/REFERENCE NO. | |
| ISSUING OFFICE Department of the Interior | | |

| TO OFFICE DEPOT 6304 WOODSIDE COURT COLUMBIA, MD 21046 | TYPE OF ORDER DELIVERY |
|---|---|

| ACCOUNTING AND APPROPRIATION DATA | REQUISITIONING OFFICE GSA ADVANTAGE ORDER - AAC: 140ADV |
|---|---|

| BUSINESS CLASSIFICATION | | | |
|---|---|---|---|
| SMALL | [X] OTHER-THAN-SMALL   DISADVANTAGED | WOMEN-OWNED | VET-OWNED |

| FOB POINT SEE SCHEDULE | GOVERNMENT B/L NO. | DELIVERY TO FOB POINT ON OR BEFORE (date) Jul 16 2017 | DISCOUNT TERMS NET 30 Days |
|---|---|---|---|

### SCHEDULE

| ITEM NO. | SUPPLIES OR SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | TAPE,DUCT<br>OD ITEM# 692672 TAPE,DUCTDuct Tape, 2in x 60 Yards, Silver (AbilityOne 5640-00-103-2254)<br>Manufacturer:NIB<br>Mfr Part: NSN1032254<br>Vnd Part: 692672<br>NSN: 5640-00-103-2254<br>FOB: Destination - Includes Shipping | 12 | RL | $3.95 | $47.40 |
| | | | | **GRAND TOTAL:** | **$47.40** |

***SHIPPING INSTRUCTIONS***

**SHIP TO:**

BLM - Black Rock Station
200 TRANSFER RD
Gerlach, NV 89412
Attn: SHANE GARSIDE 7755572503
SGARSIDE@BLM.GOV
PO: 47QDCC17F8GLW
***END SHIPPING INSTRUCTIONS***

### MAIL INVOICE TO/PURCHASE CARD INFORMATION

| NAME Government Purchase Card = MASTERCARD | STREET ADDRESS Credit Card Number/Exp Date: XXXX-XXXX-XXXX-7190 / 03-2018 | CITY/STATE/ZIP Obtain credit card authorization prior to shipment |
|---|---|---|
| CONTRACTING/ORDERING OFFICER Shane Garside | E-MAIL sgarside@blm.gov | PHONE 7755572503 |

**AR08367**

*Shane Garside*

R-33

## ORDER FOR SUPPLIES OR SERVICES

| DATE OF ORDER<br>Jul 23 2017 | GSA CONTRACT NUMBER<br>GS-21F-0035T | SHIP TO<br>See SHIPPING INSTRUCTIONS below |
|---|---|---|
| ORDER NUMBER<br>**47QDCC17F9GSJ** | REQUISITION/REFERENCE NO. | |
| ISSUING OFFICE<br>Department of the Interior | | |
| TO<br>PREMIER & COMPANIES, INC.<br>212 WEST 35TH STREET<br>2ND FLOOR<br>NEW YORK, NY 10001 | | TYPE OF ORDER<br>DELIVERY |
| ACCOUNTING AND APPROPRIATION DATA | | REQUISITIONING OFFICE<br>GSA ADVANTAGE ORDER - AAC: 140ADV |
| BUSINESS CLASSIFICATION<br>[X] SMALL          OTHER-THAN-SMALL          DISADVANTAGED          WOMEN-OWNED          VET-OWNED | | |
| FOB POINT<br>SEE SCHEDULE | GOVERNMENT B/L NO. | DELIVERY TO FOB POINT ON OR BEFORE (date)<br>Jul 28 2017 — DISCOUNT TERMS<br>NET 30 Days |

### SCHEDULE

| ITEM NO. | SUPPLIES OR SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | TURTLE WAX CAR WASH 100OZ<br>TURTLE WAX T149R - TURTLE WAX CAR WASH 100OZ -<br>CAR WASH CONCENTRATE SIZE OZ=...<br>Manufacturer:TURTLE WAX<br>Mfr Part: T149R<br>Vnd Part: 2510515123<br>FOB: Destination - Includes Shipping | 25 | EA | $4.73 | $118.25 |
| | | | | GRAND TOTAL: | $118.25 |

***SHIPPING INSTRUCTIONS***

**SHIP TO:**
  BLM - Black Rock Station
  200 TRANSFER RD
  Gerlach, NV 89412
  Attn: SHANE GARSIDE 7755572503
  SGARSIDE@BLM.GOV
  PO: 47QDCC17F9GSJ
***END SHIPPING INSTRUCTIONS***

| MAIL INVOICE TO/PURCHASE CARD INFORMATION | | |
|---|---|---|
| NAME<br>Government Purchase Card =<br>MASTERCARD | STREET ADDRESS<br>Credit Card Number/Exp Date: XXXX-XXXX-XXXX-7190 /<br>03-2018 | CITY/STATE/ZIP<br>Obtain credit card authorization prior to shipment |
| CONTRACTING/ORDERING OFFICER<br>Shane Garside | E-MAIL<br>sgarside@blm.gov | PHONE<br>7755572503 |

**AR08368**



# ORDER CONFIRMATION

| | |
|---|---|
| **Sales Order Number** | **SO017001** |
| **Sales Order Date** | **7/24/2017** |

**Page: 1**

..iit To:
Premier & Companies, Inc.
212 W. 35th Street, 2nd Fl.
New York, NY 10001
Phone - 866-412-2472
FAX - 877-901-1141

Sold
To:  SHANE GARSIDE
     BLM – Black Rock Station
     200 TRANSFER RD
     Gerlach, NV 89412
     UNITED STATES

Ship
To:  SHANE GARSIDE
     BLM – Black Rock Station
     SHANE GARSIDE
     200 TRANSFER RD
     Gerlach, NV 89412
     UNITED STATES

| TERMS | ACCT. NO | CLIENT PO NO. | ORDER SOURCE | SELL-TO CUSTOMER NAME |
|---|---|---|---|---|
| N30 | 206420 | 47QDCC17F9GSJ | GSA | SHANE GARSIDE |

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| 2510515123 | TURTLE WAX CAR WASH 100OZ | EA | 25 | 4.73 | 118.25 |

Tax ID# 13-3750244
DUNS# 78-414-1384
Cage Code # 3Z0C0

| | |
|---|---|
| **Subtotal:** | **118.25** |
| Invoice Discount: | |
| **Total:** | **AR08869** |

*Shane Garside*

R-34

## ORDER FOR SUPPLIES OR SERVICES

| DATE OF ORDER<br>Jul 13 2017 | GSA CONTRACT NUMBER<br>GS-21F-0035T | SHIP TO<br>See SHIPPING INSTRUCTIONS below |
|---|---|---|
| ORDER NUMBER<br>**47QDCC17F8GM1** | REQUISITION/REFERENCE NO. | |
| ISSUING OFFICE<br>Department of the Interior | | |
| TO<br>PREMIER & COMPANIES, INC.<br>212 WEST 35TH STREET<br>2ND FLOOR<br>NEW YORK, NY 10001 | | TYPE OF ORDER<br>DELIVERY |
| ACCOUNTING AND APPROPRIATION DATA | | REQUISITIONING OFFICE<br>GSA ADVANTAGE ORDER - AAC: 140ADV |

| BUSINESS CLASSIFICATION | | | | |
|---|---|---|---|---|
| [X] SMALL | OTHER-THAN-SMALL | DISADVANTAGED | WOMEN-OWNED | VET-OWNED |

| FOB POINT<br>SEE SCHEDULE | GOVERNMENT B/L NO. | DELIVERY TO FOB POINT ON OR BEFORE (date)<br>Jul 13 2017 | DISCOUNT TERMS<br>NET 30 Days |
|---|---|---|---|

### SCHEDULE

| ITEM NO. | SUPPLIES OR SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | WINDSHIELD WASHER FLUID 1 GAL.<br>SPLASH 234193-T35 - WINDSHIELD WASHER FLUID 1 GAL.<br>- WINDSHIELD WASHER ALL SEASON +3...<br>Manufacturer:SPLASH<br>Mfr Part: 234193-T35<br>Vnd Part: 2510707006<br>BPA: GS-23F-BA009<br>FOB: Destination - Includes Shipping | 30 | EA | $2.42 | $72.60 |
| | | | | GRAND TOTAL: | $72.60 |

***SHIPPING INSTRUCTIONS***

SHIP TO:

   BLM - Black Rock Station
   200 TRANSFER RD
   Gerlach, NV 89412
   Attn: SHANE GARSIDE 7755572503
   SGARSIDE@BLM.GOV
   PO: 47QDCC17F8GM1
***END SHIPPING INSTRUCTIONS***

### MAIL INVOICE TO/PURCHASE CARD INFORMATION

| NAME<br>Government Purchase Card =<br>MASTERCARD | STREET ADDRESS<br>Credit Card Number/Exp Date: XXXX-XXXX-XXXX-7190 /<br>03-2018 | CITY/STATE/ZIP<br>Obtain credit card authorization prior to shipment |
|---|---|---|
| CONTRACTING/ORDERING OFFICER<br>Shane Garside | E-MAIL<br>sgarside@blm.gov | PHONE<br>7755572503 |

**AR08370**



**ALL YOUR FEDERAL NEEDS**

# ORDER CONFIRMATION

| Sales Order Number | SO014214 |
|---|---|
| Sales Order Date | 7/14/2017 |

**Page: 1**

iit To:
Premier & Companies, Inc.
212 W. 35th Street, 2nd Fl.
New York, NY 10001
Phone - 866-412-2472
FAX - 877-901-1141

Sold
To:   SHANE GARSIDE
      BLM - Black Rock Station
      200 TRANSFER RD
      Gerlach, NV 89412
      UNITED STATES

Ship
To:   SHANE GARSIDE
      BLM - Black Rock Station
      SHANE GARSIDE
      200 TRANSFER RD
      Gerlach, NV 89412
      UNITED STATES

| TERMS | ACCT. NO | CLIENT PO NO. | ORDER SOURCE | SELL-TO CUSTOMER NAME |
|---|---|---|---|---|
| N30 | 206420 | 47QDCC17F8GM1 | GSA | SHANE GARSIDE |

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| 2510707006 | WINDSHIELD WASHER FLUID 1 GAL. | EA | 30 | 2.42 | 72.60 |

| | | |
|---|---|---|
| | Subtotal: | 72.60 |
| | Invoice Discount: | |
| | Total: | |

Tax ID# 13-3750244
DUNS# 78-414-1384
Cage Code # 3Z0C0

*Shane Garside*

P1

R-35

## ORDER FOR SUPPLIES OR SERVICES

| DATE OF ORDER<br>Jul 13 2017 | GSA CONTRACT NUMBER<br>GS-02F-0229R | SHIP TO<br>See SHIPPING INSTRUCTIONS below | |
|---|---|---|---|
| ORDER NUMBER<br>**47QDCC17F8GLV** | REQUISITION/REFERENCE NO. | | |
| ISSUING OFFICE<br>Department of the Interior | | | |
| TO<br>SUPPLIES NOW<br>3900 WOODLAKE BLVD.<br>SUITE 206<br>GREENACRES, FL 33463 | | TYPE OF ORDER<br>DELIVERY | |
| ACCOUNTING AND APPROPRIATION DATA | | REQUISITIONING OFFICE<br>GSA ADVANTAGE ORDER - AAC: 140ADV | |

| BUSINESS CLASSIFICATION | | | | |
|---|---|---|---|---|
| [X] SMALL | OTHER-THAN-SMALL | DISADVANTAGED | WOMEN-OWNED | VET-OWNED |

| FOB POINT<br>SEE SCHEDULE | GOVERNMENT B/L NO. | DELIVERY TO FOB POINT ON OR<br>BEFORE (date)<br>Jul 18 2017 | DISCOUNT TERMS<br>NET 30 Days |
|---|---|---|---|

## SCHEDULE

| ITEM NO. | SUPPLIES OR SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | GENERAL-DUTY SQUEEGEE, 8" SPONGE/RUBBER<br>General-Duty Squeegee, 8" Sponge/rubber Blade, Black/white,<br>21" Metal Handle<br>Manufacturer:UNISAN<br>Mfr Part: UNS824<br>Vnd Part: UNS824<br>FOB: Destination - Includes Shipping | 15 | EA | $3.50 | $52.50 |
| | | | | GRAND TOTAL: | $52.50 |

***SHIPPING INSTRUCTIONS***
SHIP TO:
  BLM - Black Rock Station
  200 TRANSFER RD
  Gerlach, NV 89412
  Attn: SHANE GARSIDE 7755572503
  SGARSIDE@BLM.GOV
  PO: 47QDCC17F8GLV
***END SHIPPING INSTRUCTIONS***

## MAIL INVOICE TO/PURCHASE CARD INFORMATION

| NAME<br>Government Purchase Card =<br>MASTERCARD | STREET ADDRESS<br>Credit Card Number/Exp Date: XXXX-XXXX-XXXX-7190 /<br>03-2018 | CITY/STATE/ZIP<br>Obtain credit card<br>authorization prior to<br>shipment |
|---|---|---|
| CONTRACTING/ORDERING<br>OFFICER<br>Shane Garside | E-MAIL<br>sgarside@blm.gov | PHONE<br>7755572503 |

**AR08372**

# SALES INVOICE



**BILL TO:**
Shane Garside
BLM - Black Rock Station
200 Transfer Road

Gerlach, NV, 89412
United States

**SHIP TO:**
Shane Garside
BLM - Black Rock Station
200 Transfer Road

Gerlach, NV, 89412
United States

**REMIT TO:**
3900 Woodlake Blvd, Suite 203
Greenacres, FL 33463

Phone: (888) 750-5223

| CUSTOMER # | INVOICE NUMBER | ORDER REFERENCE # | CUSTOMER PO # | DATE |
|---|---|---|---|---|
| 34729 | SI2054268 | 100054235 | 47QDCC17F8GLV | 07/18/2017 |

| REFERENCE | PRODUCT NAME | UOM | SHIPPED | QTY-B/O | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| AZ-BWK824 | MOP,24OZ CTTN LIEFLAT/WEB | EA | 15 | 0 | 3.50 | 52.50 |
| Shipping and Handling | Shipping and Handling | Unit | 1 | 0 | 0.00 | 0.00 |

| | |
|---|---|
| SUBTOTAL | 52.50 |
| TAX | 0.00 |
| TOTAL | 52.50 |
| AMOUNT RECEIVED | 52.50 |
| BALANCE DUE | 0.00 |

| PAYMENT TERMS | SUPPLIES NOW |
|---|---|
| Immediate | 83-0389880 |

PAGE 1 OF 1

AR08373

Garside, Shane <sgarside@blm.gov>

## Supplies Now: for Order # 100054235
1 message

**Sales** <sales@suppliesnow.com>
To: Shane Garside <sgarside@blm.gov>

Mon, Jul 17, 2017 at 10:48 PM



# Hello, Shane Garside

Thank you for your payment to Supplies Now. You can check the status of your order by logging into your account. If you have any questions about your order please contact us at support@suppliesnow.com or call us at 888-750-5223 Monday - Friday, 8am - 5pm EST at 888-750-5233.

## Your invoice for Order #100054235

**Billing Information:**

Shane Garside
BLM - Black Rock Station
200 Transfer Road
Gerlach, Nevada, 89412
United States
T: 775-557-2503

**Payment Method:**

Credit Card

   **Credit Card Type:**
   MasterCard
   **Credit Card Number:**
   xxxx-7190

**Shipping Information:**

Shane Garside
BLM - Black Rock Station
200 Transfer Road
Gerlach, Nevada, 89412
United States
T: 775-557-2503

**Shipping Method:**

Free Shipping - Free

| Item | Sku | Qty | Subtotal |
|------|-----|-----|----------|
| MOP,24OZ CTTN LIEFLAT/WEB | AZ-BWK824 | 15 | $52.50 |
| | | Subtotal (Excl.Tax) | $52.50 |
| | | Subtotal (Incl.Tax) | $52.50 |
| | | **Grand Total (Excl.Tax)** | **$52.50** |
| | | Tax | $0.00 |
| | | **Grand Total (Incl.Tax)** | **$52.50** |

Thank you again, **Supplies Now**

**AR08374**

Shane Garside

R·36

# ORDER FOR SUPPLIES OR SERVICES

| DATE OF ORDER<br>Jul 13 2017 | GSA CONTRACT NUMBER<br>GS-21F-0054X | SHIP TO<br>See SHIPPING INSTRUCTIONS below | |
|---|---|---|---|
| ORDER NUMBER<br>**47QDCC17F8GM2** | REQUISITION/REFERENCE NO. | | |
| ISSUING OFFICE<br>Department of the Interior | | | |
| TO<br>THE OFFICE GROUP INC<br>372 WYTHE CREEK RD STE C<br>POQUOSON, VA 23662-1972 | | TYPE OF ORDER<br>DELIVERY | |
| ACCOUNTING AND APPROPRIATION DATA | | REQUISITIONING OFFICE<br>GSA ADVANTAGE ORDER - AAC: 140ADV | |

| BUSINESS CLASSIFICATION | | | |
|---|---|---|---|
| [X] SMALL | OTHER-THAN-SMALL   DISADVANTAGED | [X] WOMEN-OWNED   VET-OWNED | |
| FOB POINT<br>SEE SCHEDULE | GOVERNMENT B/L NO. | DELIVERY TO FOB POINT ON OR<br>BEFORE (date)<br>Jul 14 2017 | DISCOUNT TERMS<br>0.50 %/10 NET 30 Days |

## SCHEDULE

| ITEM NO. | SUPPLIES OR SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | TOWEL,SHOP,ROLL,SCOTT<br>TOWEL,SHOP,ROLL,SCOTT Scott Shop Towels on a roll are ideal for changing oil, refilling fluids and g...<br>Manufacturer:KIMBERLY-CLARK PROFESSIONAL<br>Mfr Part: KCC75147CT<br>Vnd Part: KCC75147CT<br>FOB: Destination - Includes Shipping | 3 | CO | $35.68 | $107.04 |
| 2 | SANITIZER,HAND,PURELL,2OZ<br>UPC=00073852001303 Topical antiseptic helps you stay clean without soap or water. Kills 99.99% of co...<br>Manufacturer:GO-JO INDUSTRIES<br>Mfr Part: GOJ960624<br>Vnd Part: GOJ960624<br>FOB: Destination - Includes Shipping | 3 | CT | $34.27 | $102.81 |
| | | | GRAND TOTAL: | | $209.85 |

***SHIPPING INSTRUCTIONS***

SHIP TO:
  BLM - Black Rock Station
  200 TRANSFER RD
  Gerlach, NV 89412
  Attn: SHANE GARSIDE 7755572503
  SGARSIDE@BLM.GOV
  PO: 47QDCC17F8GM2
***END SHIPPING INSTRUCTIONS***

| MAIL INVOICE TO/PURCHASE CARD INFORMATION | | | |
|---|---|---|---|
| NAME<br>Government Purchase Card =<br>MASTERCARD | STREET ADDRESS<br>Credit Card Number/Exp Date: XXXX-XXXX-XXXX-7190 /<br>03-2018 | CITY/STATE/ZIP<br>Obtain credit card<br>authorization prior to<br>shipment | |
| CONTRACTING/ORDERING<br>OFFICER | E-MAIL | PHONE | |

**AR08375**

*Shane Garside*

*R-37*

## ORDER FOR SUPPLIES OR SERVICES

| DATE OF ORDER | GSA CONTRACT NUMBER | SHIP TO |
|---|---|---|
| Jul 13 2017 | GS-06F-0007J | See SHIPPING INSTRUCTIONS below |

| ORDER NUMBER | REQUISITION/REFERENCE NO. | |
|---|---|---|
| **47QDCC17F8GLX** | | |

| ISSUING OFFICE | |
|---|---|
| Department of the Interior | |

| TO | TYPE OF ORDER |
|---|---|
| W.W.GRAINGER, INC.<br>100 GRAINGER PARKWAY A2.C55<br>LAKE FOREST, IL 60045 | DELIVERY |

| ACCOUNTING AND APPROPRIATION DATA | REQUISITIONING OFFICE |
|---|---|
| | GSA ADVANTAGE ORDER - AAC: 140ADV |

| BUSINESS CLASSIFICATION | | | | |
|---|---|---|---|---|
| SMALL | [X] OTHER-THAN-SMALL | DISADVANTAGED | WOMEN-OWNED | VET-OWNED |

| FOB POINT | GOVERNMENT B/L NO. | DELIVERY TO FOB POINT ON OR BEFORE (date) | DISCOUNT TERMS |
|---|---|---|---|
| SEE SCHEDULE | | Jul 13 2017 | NET 30 Days |

### SCHEDULE

| ITEM NO. | SUPPLIES OR SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | TRASH BAGS 55 GAL. 1.65 MIL PK<br>Trash Bags Capacity 55 gal. Super Heavy Strength Rating<br>Trash Bag Color Family Black Trash Bag Mate...<br>Manufacturer:TOUGH GUY<br>Mfr Part: 5WG01<br>Vnd Part: 5WG01<br>BPA: GS-07F-BA397<br>FOB: Destination - Includes Shipping | 15 | EA | $6.96 | $104.40 |
| | | | | GRAND TOTAL: | $104.40 |

**\*\*\*SHIPPING INSTRUCTIONS\*\*\***

**SHIP TO:**
   BLM - Black Rock Station
   200 TRANSFER RD
   Gerlach, NV 89412
   Attn: SHANE GARSIDE 7755572503
   SGARSIDE@BLM.GOV
   PO: 47QDCC17F8GLX
**\*\*\*END SHIPPING INSTRUCTIONS\*\*\***

### MAIL INVOICE TO/PURCHASE CARD INFORMATION

| NAME | STREET ADDRESS | CITY/STATE/ZIP |
|---|---|---|
| Government Purchase Card = MASTERCARD | Credit Card Number/Exp Date: XXXX-XXXX-XXXX-7190 / 03-2018 | Obtain credit card authorization prior to shipment |

| CONTRACTING/ORDERING OFFICER | E-MAIL | PHONE |
|---|---|---|
| Shane Garside | sgarside@blm.gov | 7755572503 |

**AR08376**



# GRAINGER.

900 PACKER WAY
SPARKS, NV 89431-6441
www.grainger.com

PAGE 1   OF 1

## INVOICE

| | |
|---|---|
| GRAINGER ACCOUNT NUMBER | 857020549 |
| INVOICE NUMBER | 9500684981 |
| INVOICE DATE | 07/14/2017 |

### NO AMOUNT DUE

SHIP TO
ATTN: SHANE GARSIDE
DOI BLM BLACK ROCK STATION
200 TRANSFER RD
GERLACH NV 89412-0000

| | |
|---|---|
| PO NUMBER: | 47QDCC17F8GLX |
| CALLER: | SHANE GARSIDE |
| CUSTOMER PHONE: | 7755572503 |
| ORDER NUMBER: | 1295871401 |
| INCO TERMS: | FOB ORIGIN |

BILL TO
DOI BLM
5100 E WINNEMUCCA BLVD
WINNEMUCCA NV 89445-2921

Interested in receiving invoices via email?
Sign up for paperless invoicing at:
www.grainger.com/paperlessinvoicing

*THANK YOU!*   FEI NUMBER 36-1150280
FOR QUESTIONS ABOUT THIS INVOICE OR ACCOUNT CALL **1-800-472-4643**

| PO LINE# | ITEM # | DESCRIPTION | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| | 5WG01 | TRASH BAGS,55 GAL.,1.65 MIL,PK20<br>MANUFACTURER # 5WG01<br><br>Delivery #:6366070425   Date: 07/14/2017<br>Carrier: UPS GROUND  No:of Pkgs:4   Wt: 75.300<br>Trk #:1Z8745360395068362   1Z8745360395068371<br>1Z8745360395068380<br>SHIPPED FROM: SPARKS BRANCH 639<br>900 PACKER WAY,SPARKS,NV 89431-6441 | 15 | 6.96 | 104.40 |

| | | |
|---|---|---|
| INVOICE SUB TOTAL | | 104.40 |
| CR. CARD OR CASH RECEIVED | | 104.40 |

THIS PURCHASE IS GOVERNED  EXCLUSIVELY BY GRAINGER'S TERMS OF SALE, INCLUDING: (I) DISPUTE RESOLUTION REMEDIES, AND (II) CERTAIN WARRANTY AND DAMAGES LIMITATIONS AND DISCLAIMERS IN EFFECT AT THE TIME OF THE ORDER, WHICH ARE INCORPORATED BY REFERENCE HEREIN. GRAINGER'S TERMS OF SALE ARE AVAILABLE AT  WWW.GRAINGER.COM
PRODUCT RETURN INSTRUCTIONS ARE AVAILABLE AT  WWW.GRAINGER.COM/RETURNS

These items are sold for domestic consumption. If exported, purchaser assumes full responsibility for compliance with US export controls. Diversion contrary to US law prohibited.
Reprint

NO PAYMENT DUE – PAYMENT TERMS  MasterCard  .THIS INVOICE FOR YOUR RECORDS.

**AMOUNT DUE**   ***$0.00***

▲    NO PAYMENT DUE - THIS INVOICE FOR YOUR RECORDS    ▲

FOR COMMENTS OR CHANGE OF ADDRESS, ENTER INFORMATION ON REVERSE SIDE

**AR08377**

P. 38



# INVOICE/RECEIPT

| | |
|---|---|
| **INVOICE NUMBER** | IB786115 |
| **INVOICE DATE** | 08/03/2017 |
| **ORDER NUMBER** | IB786115 |
| **ORDER DATE** | 08/03/2017 |
| **PAGE** | 1 of 1 |

INDUSTRIES FOR THE BLIND, INC.
445 S. CURTIS RD.
WEST ALLIS, WI 53214
800-642-8778
customerservice@ibsupply.com
www.ibSupply.com

*Shane Garside*

| BILLING ADDRESS | SHIPPING ADDRESS |
|---|---|
| NEVADA<br>SHANE GARSIDE<br>5100 E WINNEMUCCA BLVD<br>WINNEMUCCA, NV 89445<br>775-557-2503<br>SGARSIDE@BLM.GOV | BLM - BLACK ROCK STATION<br>SHANE GARSIDE<br>200 TRANSFER RD<br>GERLACH, NV 89412<br>775-557-2503<br>sgarside@blm.gov |

| PO NUMBER / JOB ORDER NUMBER | TERMS | CUSTOMER ACCOUNT |
|---|---|---|
| | NET 30 | SGARSIDE@BLM.GOV |
| DUNS #:  006096200 | Fed ID #:  39-0840476 | |

| Item Number | Contract Status | AbilityOne | Green | Ord.Qty. | Ship Qty. | Unit Price |
|---|---|---|---|---|---|---|
| Item Description | | | | UOM | Status | Ext. Price |
| 102-1150UVB | | NO | NO | 3 | 3 | 3.43 |
| CABLE TIE 11.1IN 50LB UV BLACK | | | | BG | | 10.29 |
| 102-1450UVB | | NO | NO | 3 | 3 | 4.03 |
| CABLE TIE 14.6IN 50LB UV BLACK | | | | BG | | 12.09 |

**Date Captured: 08/03/2017 20:31PM**
**Credit Card #: XXXXXXXXXXXX7190**
**Status: PAID IN FULL!**

Any returns must be made within 30 days of the date of purchase.
Products are subject to a 10% restocking fee, plus all return
shipping charges if customer error. Custom furniture cannot be
returned.

| | |
|---|---|
| **SUBTOTAL** | $22.38 |
| **SHIPPING** | $0.00 |
| **DISCOUNT** | $0.00 |
| **SALES TAX** | $0.00 |
| **LESS DEPOSIT** | $22.38 |
| **TOTAL AMOUNT DUE** | $0.00 |

R-39



**INVOICE/RECEIPT**

| | |
|---|---|
| **INVOICE NUMBER** | IB796257 |
| **INVOICE DATE** | 08/25/2017 |
| **ORDER NUMBER** | IB796257 |
| **ORDER DATE** | 08/24/2017 |
| **PAGE** | 1 of 1 |

INDUSTRIES FOR THE BLIND, INC.
445 S. CURTIS RD.
WEST ALLIS, WI 53214
800-642-8778
customerservice@ibsupply.com
www.ibSupply.com

*Shane Cearside*

| BILLING ADDRESS | SHIPPING ADDRESS |
|---|---|
| NEVADA<br>SHANE GARSIDE<br>5100 E WINNEMUCCA BLVD<br>WINNEMUCCA, NV 89445<br>775-557-2503<br>SGARSIDE@BLM.GOV | BLM - BLACK ROCK STATION<br>SHANE GARSIDE<br>200 TRANSFER RD<br>GERLACH, NV 89412<br>775-557-2503<br>sgarside@blm.gov |

| PO NUMBER / JOB ORDER NUMBER | TERMS | CUSTOMER ACCOUNT |
|---|---|---|
| | NET 30 | SGARSIDE@BLM.GOV |
| **DUNS #:** 006096200 | | **Fed ID #:** 39-0840476 |

| Item Number | Contract Status | AbilityOne | Green | Ord.Qty. | Ship Qty. | Unit Price |
|---|---|---|---|---|---|---|
| Item Description | | | | UOM | Status | Ext. Price |
| SJN695237CT | | NO | NO | 1 | 1 | 60.48 |
| Windex Powerized Glass Cleaner | | | | CT | | 60.48 |

**Date Captured:** 08/25/2017 20:33PM
**Credit Card #:** XXXXXXXXXXXX7190
**Status:** PAID IN FULL!

Any returns must be made within 30 days of the date of purchase. Products are subject to a 10% restocking fee, plus all return shipping charges if customer error. Custom furniture cannot be returned.

| | |
|---|---|
| **SUBTOTAL** | $60.48 |
| **SHIPPING** | $0.00 |
| **DISCOUNT** | $0.00 |
| **SALES TAX** | $0.00 |
| **LESS DEPOSIT** | $60.48 |
| **TOTAL AMOUNT DUE** | $0.00 |

*Industries for the Blind, Inc.*    Generated on: 08/25/2017 08:33PM    *An Equal Opportunity Employer!*

AR08379



# INVOICE/RECEIPT

INDUSTRIES FOR THE BLIND, INC.
445 S. CURTIS RD.
WEST ALLIS, WI 53214
800-642-8778
customerservice@ibsupply.com
www.ibSupply.com

| | |
|---|---|
| INVOICE NUMBER | IB795679 |
| INVOICE DATE | 08/25/2017 |
| ORDER NUMBER | IB795679 |
| ORDER DATE | 08/22/2017 |
| PAGE | 1 of 1 |

| BILLING ADDRESS | SHIPPING ADDRESS |
|---|---|
| NEVADA<br>SHANE GARSIDE<br>5100 E WINNEMUCCA BLVD<br>WINNEMUCCA, NV 89445<br>775-557-2503<br>SGARSIDE@BLM.GOV | BLM - BLACK ROCK STATION<br>SHANE GARSIDE<br>200 TRANSFER RD<br>GERLACH, NV 89412<br>775-557-2503<br>sgarside@blm.gov |

| PO NUMBER / JOB ORDER NUMBER | TERMS | CUSTOMER ACCOUNT |
|---|---|---|
| | NET 30 | SGARSIDE@BLM.GOV |
| DUNS #:  006096200 | Fed ID #:  39-0840476 | |

| Item Number | Contract Status | AbilityOne | Green | Ord.Qty. | Ship Qty. | Unit Price |
|---|---|---|---|---|---|---|
| Item Description | | | | UOM | Status | Ext. Price |
| CLO70427 | GS-02F-0208N | NO | NO | 3 | 3 | 18.39 |
| Forceflex Tall Kitchen Drawstring Bags, 13 Gal, .90mil, 24x25 1/8 White 100/bx | | | | CT | | 55.17 |

Date Captured: 08/25/2017 20:31PM
Credit Card #: XXXXXXXXXXXX7190
Status: PAID IN FULL!

*Total chaise - $115.65*

Any returns must be made within 30 days of the date of purchase. Products are subject to a 10% restocking fee, plus all return shipping charges if customer error. Custom furniture cannot be returned.

| | |
|---|---|
| SUBTOTAL | $55.17 |
| SHIPPING | $0.00 |
| DISCOUNT | $0.00 |
| SALES TAX | $0.00 |
| LESS DEPOSIT | $55.17 |
| TOTAL AMOUNT DUE | $0.00 |

Form 1510-18 (June 1990)

R-40
Jeep
Detail
From
Buring ~~~

1 Jeffery Graham
2 Admin Support
3. Detailed Jeep got stuck in
the Playa Mud had to be
~~~~ Pulled out. Covered with
Mud inside and out.

9|13|17
# 240.00

Gov't CC

L 5105. EA 0000 LVRCF 1705 280

LLNV035-00

G6239375

BHCB LLC EASY AUTO W
139 EASY ST
WENATCHEE        WA
60298643

09/13/2017 7:26:16 AM
Register: 1 Trans #: 8920 Op ID: 1
Your cashier: Cary

Non Tax                              $240.00   99
                              ----------
                    Subtotal =  $240.00
                    Tax    =     $0.00
                              ----------
                    Total  =   $240.00

                    Change Due =    $0.00

Credit                           $240.00
----------------------------------------
XXXX XXXX XXXX 9398 MC FLEET
INVOICE: 072616
AUTH 00-065896 REF 500100913170726
SALE
Batch: 50 Seq Num: 10
Term ID: 1
Workstation ID: 1
Your opinion counts!  Enter to Win
1 of 60 $25 gas gift cards!!!
Provide feedback at www.gasvisit.com
Learn how to earn 30 cents/gallon in
fuel statement credits.  Go to
drivesavvy.com or see details at the
pump. Restrictions apply.
Offer expires 12/31/17.
21024
----------------------------------------

Thank you, come again
509-665-7634

**AR08381**

3/27/2017    DEPARTMENT OF THE INTERIOR Mail - Fwd: CHIEF: New Order # 100289552




R-41

Rorex, Zwaantje <zrorex@blm.gov>

## Fwd: CHIEF: New Order # 100289552
1 message

**Graham, Jeffrey** <jdgraham@blm.gov>          Sun, Aug 27, 2017 at 2:03 PM
To: zrorex@blm.gov



---------- Forwarded message ----------
From: **Graham, Jeffrey** <jdgraham@blm.gov>
Date: Sun, Aug 27, 2017 at 2:01 PM
Subject: Fwd: CHIEF: New Order # 100289552
To: bmatthew@blm.gov

---------- Forwarded message ----------
From: **Sales** <cust.services@mailg.chiefsupply.com>
Date: Sun, Aug 27, 2017 at 1:57 PM
Subject: CHIEF: New Order # 100289552
To: Jeffery Graham <jdgraham@blm.gov>

Shop CHIEFsupply.com for today's tactical gear

FREE SHIPPING OVER $99



800.733.9281 | CHIEFsupply.com

Brands     Law     Fire     EMS     Military     Outdoors     Clearance

# Hello Jeffery Graham,

Thank you for your order from CHIEF. Once your package ships we will send an email with a link to track
your order. You can check the status of your order by logging into your account. If you have any questions
about your order please contact us at cust.services@mailg.chiefsupply.com or call us at 888-823-3673
Monday - Friday, 8am - 5pm EST.
Your order confirmation is below. Thank you again for your business.

## Your Order #100289552
(placed on August 27, 2017 4:57:42 PM EDT)

### Billing Information:

Jeffery Graham
BLM
915 Walla, Walla Ave
Wenatchee, Washington, 98801
United States
T: 5096652147

### Payment Method:

**Debit or Credit Card**

  **Credit Card Type:**
MasterCard

  **Credit Card Number:**
xxxx-9398

### Shipping Information:          **Shipping Method:**

8/27/2017

DEPARTMENT OF THE INTERIOR Mail - Fwd: CHIEF: New Order # 100289552

C/O Logan Briscoe
200 Transfer Station Road
Gerlach, Nevada, 89412
United States
T: (775) 434-5124

Shipping Option - Standard

## Additional Information:

Customer Comment

| Item | Qty | Subtotal |
|------|-----|----------|
| SoundOff Signal 100L Series Speaker w/Universal Bail Bracket<br>**Availability:** Item will ship from our warehouse in 7-10 business days<br>**Sku: ETSS100L** | 1 | $209.99 |
| | Subtotal | $209.99 |
| | **Grand Total** | **$209.99** |

**Terms**

All orders ship complete. If all items above appear with an In Stock status, expect your order to ship within 1 business day. If any of your items are listed with a shipping timeframe (ie. Ships within 5-10 business days), your ENTIRE order will ship when everything arrives.

If you would like to receive the in stock items ahead of the shipping schedule, please contact Customer Service at 800-733-9281. The order will then be released for a partial shipment and an additional shipping fee will be applied to your order.

**Due to excess weight, size, and/or haz-mat fees,** some orders may incur additional shipping fees. We will contact you with a shipping quote to complete your order. Note that you will not be charged until your order ships.

**Badges and restricted items** require authorization before we can complete your order. Restricted items include but are not limited to custom badges, automatic knives, auto opening kits, body armor, vehicle equipment and lighting, OC spray, and chemical munitions and launchers. For instructions on how to complete your purchase, see How to Order Restricted Items.

**Shipping to Alaska, Hawaii, Canada, Puerto Rico, APO/FPO and all other destinations outside the continental U.S.:** After you submit your order, Customer Service will notify you with a final freight quote for your approval.

**If you need to make a return,** we will gladly refund, credit or exchange your new or unused items within 30 days (except for customized items, which can be returned only in situations where we erred). Some non-stock or special order items are subject to manufacturer restocking fees. We will repair or replace any product or part which proves to be defective in workmanship or material. Please note that free gifts received with (an) item(s) must be returned with that item.

If you have questions or concerns about your order, email us anytime at cust.services@CHIEFsupply.com or call 888.823.3673.

      

Never miss our emails by adding chiefsupply@e.chiefsupply.com to your address book

**888.588.8569 | Customer Service | CHIEFsupply.com**

AR08383

MEDICAL EQUIPMENT FOR BURNINGMAN 2017
(MED TRAILER/UNIT) SA HOPE

*Jason Mone*

R-44                                    R-42

See back of receipt for your chance
to win $1000

ID #:   7L1TNR17VRN7

# Walmart
### Save money. Live better.

```
( 801 ) 484 - 7311
MANAGER JAMIE DENNIS
350 HOPE AVE
SALT LAKE CITY UT 84115
STR 03589 OP# 004931 TE# 94 TR# 01094
EQ ANTACID   068113159949      3.90 0
EQ ANTACID   068113169949      3.90 0
ADVIL SUSP   030573017130      5.67 0
COUPON 30573 053057333000      1.50-0
PAIN RELIEF  060113106126      4.98 0
ADVIL SUSP   030573017130      5.67 0
COUPON 30573 053057333000      1.50-0
ADVIL SUSP   030573017130      5.67 0
                    SUBTOTAL   26.85
                       TOTAL   26.85
                  MCARD TEND   26.85
MASTERCARD  **** **** **** 4502   I 1
APPROVAL # 076007
REF # 1042000314

AID A0000000041010
TC 7F459A0FC4C8F343
TERMINAL # SC018613
*NO SIGNATURE REQUIRED

      08/18/17   11:26:53
               CHANGE DUE    0.00
          # ITEMS SOLD 6
   TC# 0396 5173 9511 2600 0716
```

Low Prices You Can Trust. Every Day.
08/18/17   11:27:02
***CUSTOMER COPY***

Store receipts on your phone. Walmart P
ay.



## TARGET
### EXPECT MORE. PAY LESS.

```
SALT LAKE CITY - 801-401-9562
08/18/2017 10:44 AM  EXPIRES 11/16/17

HARDWARE-AUTOMOTIVE
085032225     CMND DEC VP    T    $7.99  ↓
              Saved $1.00 off $8.99
HEALTH-BEAUTY-COSMETICS
049040007     CREST TOOTHP   T    $5.00
              5 @ $1.00 ea
049090299     UP&UP 1CT S    T    $3.95
              5 @ $0.79 ea
052140007     QTIP           T    $4.79
094030652     UP&UP          T    $9.95 +
              5 @ $1.99 ea
094040101     UP & UP        T   $17.97
              3 @ $5.99 ea
094040375     UP&UP          T   $24.95
              5 @ $4.99 ea
094040378     UP & UP        T    $7.58
              2 @ $3.79 ea
094140059     UP&UP          T   $33.95
              5 @ $6.79 ea
094140060     UP&UP          T   $33.95
              5 @ $6.79 ea
094140140     UP&UP          T   $10.98
              2 @ $5.49 ea
094140149     UP&UP          T   $10.98
              2 @ $5.49 ea
245090024     VISINE         T   $38.90
              10 @ $3.89 ea
HOME
253010067     UPUP FOOD ST   T    $2.12
253010712     UPUP FOOD ST   T    $3.88  ↓
253040055     WET ONES       T    $6.08
              4 @ $1.52 ea
253040076     WET ONES       T   $31.92
              21 @ $1.52 ea
253050498     UPUP DISPOSA   T    $3.49
253070020     UP FACIAL      T   $22.08
              24 @ $0.92 ea

                    SUBTOTAL   $280.51
             TAX EXEMPT SALE     $0.00
                       TOTAL   $280.51

*4502 MASTERCARD CHARGE   $280.51
          AID:  A0000000041010
                 MASTERCARD

        ↓ INDICATES SAVINGS
        + INDICATES HEALTH ITEM
```

AR08384

R-43

*Jason Howe*

BURNINGMAN
MEDICAL UNIT
SUPPLIES



**More saving.**
® **More doing.**

2965 MOUNTAIN CITY HWY
STORE MGR: ASHY MERINO    7/5 716 0455

3320  00501  24339    08/24/17  01:20 PM
CASHIER ALEXANDREA

031949498727 FRAGFILTER <A>
  20"X20"X1" HOUSEHOLD PLEAT FILTR 4PK
  208.97                      17.94N
  MAX REFUND VALUE $17.54/?
6951662600010 DOORMAT <A>
  RIB-IT 18"X27"CHARCOAL MAT
  292.97                       5.94N
  MAX REFUND VALUE $5.80/?
051414002841 STRETCH WRAP <A>
  20"X1000' STRETCH WRAP
  MAX REFUND VALUE $21.47        21.91N
648846020720 9GALWDVAC <A>
  RIDGID 9 GAL WET/DRY VAC
  MAX REFUND VALUE $53.62        59.97N
-----------FED Customer
105.61 2.25 Percent Off        -2.38
MUST RETURN ALL ITEMS FOR A FULL REFUND

              SUBTOTAL        103.43
              SALES TAX         0.00
TAX EXEMPT
              TOTAL        $103.43
XXXXXXXXXXXX4502 MASTERCARD
                        USD$ 103.43
AUTH CODE 004213/7011475          TA
Chip Read
AID A0000000041010      MASTERCARD
TVR 0000008000
IAD 0110609003729000444A500000000000000FF
TSI E800
ARC 00

P.O #/JOB NAME: BURNING MAN



3320 01 24339 08/24/2017 9543

RETURN POLICY DEFINITIONS
POLICY ID  DAYS  POLICY EXPIRES ON
A     1     90      11/22/2017
THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS

AR08385

R-45

**PINE DETAILING**
CARS • BOATS • TRUCKS • RVS • TRAILERS
530.249.6528 • 705-050 Hwy 395 • Susanville, CA 96127

Name: B.L.M
Address:
City/State:
Email:

Phone: 530 252 5525
Zip:

SATISFACTION 100% GUARANTEE

| DESCRIPTION | PRICE |
|---|---|
| 1. Full Detail on Jeep Rubicon | 300 |
| (White) T4218844 | |
| Burning Man | |
| (Diemier) | |
| SUBTOTAL | 300.00 |
| TOTAL | $ 300.00 |

DETAILING FOR OVER 25 YEARS

9-12-17

R-46

**PINE DETAILING**
CARS • BOATS • TRUCKS • RVS • TRAILERS
530.249.6528 • 705-050 Hwy 395 • Susanville, CA 96127

Name: B.M
Address:
City/State:
Email:

Phone: 530 252 5525
Zip:

SATISFACTION 100% GUARANTEE

| DESCRIPTION | PRICE |
|---|---|
| 1. Full Detail on Dodge Ram 200 | |
| 1500 Silver in color | |
| (I 620516) | |
| (Lockie) | |
| SUBTOTAL | 300 |
| TOTAL | $ 300.00 |

DETAILING FOR OVER 25 YEARS

AR08386

R-47

ENTERPRISE LEASING COMPANY - WEST, 3005 MILL ST, RENO, NV 89502 PHONE (775) 325-8888

AGREEMENT      REF#
               8RW73X

CORAL PARK SERVICE,
RICKEAD

TIME OUT
17  07:56 AM

TIME IN
17  08:17 AM

CPCL

AS CHARGED

2016 INTE 43GA 268X
VMMMMLHGL159968
8051
RVEN  249
5. GBOX

NSO
200187 C-A

## SUMMARY OF CHARGES

| Charge Description | Date | Quantity | Per | Rate | Total |
|---|---|---|---|---|---|
| EXCESS DISTANCE CHARGE | 08/15 - 08/17 | 49 | DISTANCE | $0.14 | $6.86 |
| TIME & DISTANCE | 08/15 - 08/17 | 2 | DAY | $73.75 | $147.50 |
| REFUELING CHARGE | 08/15 - 08/17 | | | | $0.00 |
| | | | | Subtotal | $154.36 |
| **Taxes & Surcharge** | | | | | |
| SALES TAX | 08/15 - 08/17 | | | 8.265% | $12.76 |
| VEHICLE LICENSE C ST | 08/15 - 08/17 | 2 | DAY | $2.00 | $4.00 |
| | | | | Total Charges: | $171.12 |

Total Estimated Amount Due                                    $171.12

PAYMENT INFORMATION
AMOUNT PAID      TYPE           CREDIT CARD NUMBER
$171.12          Mastercard     )))XXXXXXX8)E  PENDING

James Iasulli
2017 BM CivOps Detailer / Comm Tech
Enterprise Vehicle Rental / box Truck / 8/15-17/2017
$171.12

For Transporting Comm gear o Hartford FT rental equipment
from Reno (NSO) to SOC during set-up
on Iasulli's gov't credit card, charged to CRA

**enterprise**

OWNER OF VEHICLE
BRANCH ADDRESS

ENTERPRISE LEASING COMPANY - WEST, LLC
3005 HILL ST, RENO, NV, 895020106        (775) 325-8888

MO 7:00 AM - 5:30 PM    TU 7:00 AM - 5:30 PM    WE 7:00 AM - 5:30 PM
TH 7:00 AM - 5:30 PM    FR 7:00 AM - 5:30 PM    SA 9:00 AM - 12:00 PM
SU CLOSED

549NVTRK UC17  **PAGE 1 of 4**

429002

| RENTAL TYPE | BUSINESS | SOURCE | 021679100 | I.D. # | 999 | RENTAL AGREEMENT | NO. | 8RM73X |

COMPANY: ARLN NATIONAL PARK SERVIDEVON KINKEAD    DOT #

START CHARGES IF DIFFERENT    08/15/2017    7:56 AM

**ORIGINAL VEHICLE**

WHITE    5196051
4503    7LFC11

DAY = 24 HOUR PERIOD

VEHICLE $24.34/HOUR
$73.75/DAY
$442.50/WEEK
$1,770.00/MONTH

$0.14/MILE CHARGE ABOVE
100/DAY
500/WEEK
1500/MONTH

MILEAGE IN / OUT / DRIVEN

BILL TO    COMPANY
ATTN    PHONE    EXT

REFERENCE WID 020107 O-4

ADDITIONAL AUTHORIZED DRIVER(S) - EXCEPT AS RESTRICTED BY PARAGRAPH, NONE UNLESS WRITTEN APPROVAL
I REQUEST OWNER'S PERMISSION TO ALLOW

WHO IS UNDER MY CONTROL AND DIRECTION TO DRIVE THE RENTED VEHICLE (VEHICLE) FOR ME AND ON MY BEHALF. I AM RESPONSIBLE FOR THEIR ACTS WHILE THEY ARE DRIVING AND FOR FULFILLING TERMS AND CONDITIONS OF THIS RENTAL AGREEMENT (AGREEMENT). USE OF VEHICLE BY AN UNAUTHORIZED DRIVER WILL AFFECT MY LIABILITY AND RIGHTS UNDER THIS AGREEMENT.

RENTER'S REP: X

**A VEHICLE CONDITION AND EQUIPMENT REPORT IS PROVIDED AND INCORPORATED AS PART OF THIS AGREEMENT.**

RENTER UNDERSTANDS AND AGREES VEHICLE WILL NOT BE OPERATED OR USED IN CANADA.
PERMISSION GRANTED TO OPERATE VEHICLE ONLY IN THE STATE OF RENTAL AND THE FOLLOWING STATE(S) AND OR COUNTRYS

**OPTIONAL PRODUCTS NOTICE:** OUR CONTRACT OFFERS, FOR AN ADDITIONAL CHARGE, OPTIONAL PRODUCTS: DAMAGE WAIVER, PERSONAL ACCIDENT INSURANCE, ROADSIDE ASSISTANCE PROTECTION AND SUPPLEMENTAL LIABILITY PROTECTION. BEFORE DECIDING WHETHER TO PURCHASE ANY OF THESE OPTIONAL PRODUCTS, YOU MAY WISH TO DETERMINE WHETHER YOUR PERSONAL OR COMMERCIAL INSURANCE OR CREDIT CARD PROVIDES YOU COVERAGE DURING THE RENTAL PERIOD.

DAMAGE WAIVER DOES NOT PROVIDE PROTECTION FOR IMPROPER FUELING OR OVERHEAD DAMAGE TO THE PASSENGER COMPARTMENT OR CONTAINER.

FOR A FURTHER DESCRIPTION OF THE PRODUCTS, INCLUDING BENEFITS, RESTRICTIONS AND EXCLUSIONS, PLEASE SEE PAGE 3. THEIR PURCHASE IS NOT REQUIRED TO RENT VEHICLE.

OPERATION IN ANY OTHER STATE OR COUNTRY WILL AFFECT YOUR LIABILITY AND RIGHTS UNDER THIS AGREEMENT

RENTER DECLINES OPTIONAL DAMAGE WAIVER (DW) AND ASSUMES DAMAGE RESPONSIBILITY SEE PARAGRAPH 7

RENTER ACCEPTS OPTIONAL DAMAGE WAIVER (DW) AT FEE SHOWN IN COLUMN TO RIGHT RENTER IS RELIEVED OF DAMAGE RESPONSIBILITY FOR CERTAIN DAMAGE AND LOSSES OVER THE RETAINED RESPONSIBILITY (RR) AMOUNT DETAILED BELOW SEE OPTIONAL PRODUCTS NOTICE TO LEFT AND PARAGRAPH 17. DW IS NOT INSURANCE.

RENTER'S REP: X    $0 RR    $1000 RR

RENTER'S REP: X

RENTER DECLINE OPTIONAL PERSONAL ACCIDENT INSURANCE (PAI) SEE PARAGRAPH 13

RENTER ACCEPTS OPTIONAL PERSONAL ACCIDENT INSURANCE (PAI) AT FEE SHOWN IN COLUMN TO RIGHT SEE OPTIONAL PRODUCTS NOTICE TO LEFT AND PARAGRAPH 18    RENTER'S REP: X

RENTER'S REP: X

RENTER'S DECLINE OPTIONAL SUPPLEMENTAL LIABILITY PROTECTION (SLP) SEE PARAGRAPH 14

RENTER ACCEPTS OPTIONAL SUPPLEMENTAL LIABILITY PROTECTION (SLP) AT FEE SHOWN IN COLUMN TO RIGHT SEE OPTIONAL PRODUCTS NOTICE TO LEFT AND PARAGRAPH 19    RENTER'S REP: X

RENTER'S REP: X

RENTER DECLINES OPTIONAL ROADSIDE ASSISTANCE PROTECTION (RAP) SEE PARAGRAPH 5

RENTER ACCEPTS OPTIONAL ROADSIDE ASSISTANCE PROTECTION (RAP) AT FEE SHOWN IN COLUMN TO RIGHT SEE OPTIONAL PRODUCTS NOTICE TO LEFT AND PARAGRAPH 20    RENTER'S REP: X

RENTER'S REP: X

**ACKNOWLEDGMENT OF THE ENTIRE AGREEMENT - PAGES 1 THROUGH 4.** I HAVE READ AND AGREE TO THE TERMS AND CONDITIONS ON PAGES 1 THROUGH 4 OF THIS AGREEMENT AND BY MY SIGNATURE BELOW I ACCEPT VEHICLE ON BEHALF OF "RENTER" UNDER THIS AGREEMENT. RENTER AUTHORIZES OWNER TO PROCESS CHARGES ON CREDIT CARD(S) AND/OR DEBIT CARD(S) PROVIDED FOR ADVANCE DEPOSITS, INCREMENTAL AUTHORIZATIONS/DEPOSITS, AND CHARGES INCURRED, AS WELL AS PAYMENTS REFUSED BY A THIRD PARTY TO WHOM BILLING WAS DIRECTED. I CERTIFY THAT THE DRIVERS LICENSE(S) PRESENTED IS CURRENTLY VALID AND IS NOT SUSPENDED, EXPIRED, REVOKED, CANCELLED OR SURRENDERED.

RENTER:
BY RENTER'S REP: X    DATE 08/15/2017
RENTER'S REPRESENTATIVE    (MONTH/YEAR)

FUEL CHARGE $6.05/GALLON

SALES TAX 8.265%/RENTAL
COUNTY TAX 0.00%/RENTAL
GOV FEE 0.00%/RENTAL
VLF $2.00/DAY

OWNER REP    EMPL #    E687MG

**REPLACEMENT VEHICLE**

| COLOR | LICENSE NO. |
| MODEL | UNIT # |

MILEAGE IN / OUT / DRIVEN

I WILL RETURN VEHICLE BY:
DATE 08/17/2017    TIME 7:30 AM

DEPOSITS:
AMOUNT $300.00    PAID BY XXXXXXXXXXX8188    08/15/20

ADDITIONAL INFORMATION

TOTAL CHARGES

DEPOSITS

REFUNDS

**AMOUNT DUE**

CLOSED BY

PAID BY    CASH    CHECK    CHARGE

RECEIPT OF CASH REFUND    DATE    AMOUNT RECEIVED

NO FUEL REFUND

NO DEF REFUND

FOR ROADSIDE ASSISTANCE, PLEASE CALL 1-800-RENT-A-TRUCK (24 HRS DAY)

OWNER IS AN AFFILIATE OF ENTERPRISE HOLDINGS INC., WHICH OWNS ALL RIGHTS TO ENTERPRISE NAMES AND MARKS.    © ENTERPRISE LEASING COMPANY — WEST, LLC,

AR08388

R-48

ENTERPRISE LEASING COMPANY - WEST, 3005 MILL ST, RENO, NV 89502-0106 (775) 325-8898

RENTAL AGREEMENT      REF#
429427                6YWNY3

RENTER
BLM LAW ENFORCEMENT, JAMES
IAGULLI

DATE & TIME OUT
09/05/2017   11:15 AM
DATE & TIME IN
09/07/2017   10:00 AM

BILLING CYCLE
24-HOUR

CAR CLASS CHARGED
G3OX

VEH #1 2016 INTE 4BCA 24BX
VIN# 3HAMMMML5CL013639
LIC# 975497T1
MILES DRIVEN   256
CAR CLASS   FBOX

CLAIM INFO
NV-CC7-030111 O-4

SUMMARY OF CHARGES

| Charge Description | Date | Quantity | Per | Rate | Total |
|---|---|---|---|---|---|
| EXCESS DISTANCE CHARGE | 09/05 - 09/07 | 56 | DISTANCE | $0.14 | $7.84 |
| TIME & DISTANCE | 09/05 - 09/07 | 2 | DAY | $73.75 | $147.50 |
| REFUELING CHARGE | 09/05 - 09/07 | | | | $0.00 |
| | | | Subtotal: | | $155.34 |
| Taxes & Surcharges | | | | | |
| VEHICLE LICENSE COST | 09/05 - 09/07 | 2 | DAY | $2.00 | $4.00 |
| | | | Total Charges: | | $159.34 |

Total Estimated Amount Due                                    $159.34

PAYMENT INFORMATION
AMOUNT PAID      TYPE              CREDIT CARD NUMBER
$159.34          MasterCard       xxxxxxxxxxxx5128 PENDING

James Iagulli
2017 BM Cvops Detailer / Comm Tech
Enterprise Vehicle Rental / Box Truck / 9/5-7/2017
$159.34
For Transporting comm gear & Hart fuel IT rental
equipment from SOC to Reno (NSO) during break-down.
On Iagulli's gov't card, charged to CRA.

# enterprise

549NVTRK UC17 PAGE 1 of 4

| | | |
|---|---|---|
| | MO 7:00 AM - 5:30 PM | WE 7:00 AM - 5:30 PM |
| | TU 7:00 AM - 5:30 PM | SA 9:00 AM - 12:00 PM |
| | TH 7:00 AM - 5:30 PM | SU CLOSED |
| | FR 7:00 AM - 5:30 PM | |

**OWNER OF VEHICLE.**
**BRANCH ADDRESS.**
ENTERPRISE LEASING COMPANY - WEST, LLC
3005 MILL ST, RENO, NV, 895020106          (775) 325-8888

| RENTAL TYPE | SOURCE # | ID # | | **RENTAL AGREEMENT NO.** | 429427 |
|---|---|---|---|---|---|
| BUSINESS | CON1679100 | 599 | | | 8YWHY |

COMPANY/RENTER    BLM LAW ENFORCEMENT    JAMES IAGULLI    DOT.#

09/05/2017    11:15 M
START CHAR.E OF DIFF RENT

**DAY = 24 HOUR PERIOD**

164    VEHICLE $24.34/HOUR
$73.75/DAY
$442.50/WEEK
$1,770.00/MONTH

### ORIGINAL VEHICLE

| COLOR | LICENSE NO |
|---|---|
| MODEL | UNIT # |

0/2018    $0.14/MILE CHARGE ABOVE
100/DAY
500/WZEK
1500/MONTH

| MILEAGE | IN | |
|---|---|---|
| | OUT | |

| BILL TO | COMPANY |
|---|---|
| ATTN | N |
| | PHONE    EXT. |

DRIVE's

| | | E 1/8 1/4 3/8 1/2 5/8 3/4 7/8 F |
|---|---|---|
| CUT | | |
| IN | E 1/8 1/4 3/8 1/2 5/8 3/4 7/8 F | |
| CUT | E 1/4 1/2 3/4 F | |
| | NO | |
| IN | E 1/4 1/2 3/4 F | |

REFERENCE NUMBER

ADDITIONAL AUTHORIZED DRIVER( 1) - EXC(PT AS REQUIRED BY LAW NONE PERMITTED WITHOUT OWNER'S WRITTEN APPROVAL
I REQUEST OWNER'S PERMISSION TO ALLOW    SEE PARAGRAPH ONE ON REVERSE

### A VEHICLE CONDITION AND EQUIPMENT REPORT IS PROVIDED AND INCORPORATED AS PART OF THIS AGREEMENT.

WHO IS UNDER MY CONTROL AND DIRECTION TO DRIVE THE RENTED VEHICLE (VEHICLE) FOR ME AND ON MY BEHALF. I AM RESPONSIBLE FOR THEIR ACTS WHILE THEY ARE DRIVING, AND FOR FULFILLING TERMS DRIVER WILL AFFECT MY LIABILITY AND RIGHTS UNDER THIS AGREEMENT.

RENTER'S REP: X

RENTER UNDERSTANDS AND AGREES VEHICLE WILL NOT BE OPERATED OR USED IN CANADA.
PERMISSION GRANTED TO OPERATE VEHICLE ONLY IN THE STATE OF RENTAL AND THE FOLLOWING STATES AND OR COUNTRY

### OPTIONAL PRODUCTS NOTICE:
OUR CONTRACT OFFERS, FOR AN ADDITIONAL CHARGE, OPTIONAL PRODUCTS. DAMAGE WAIVER, PERSONAL ACCIDENT INSURANCE, ROADSIDE ASSISTANCE PROTECTION AND SUPPLEMENTAL LIABILITY PROTECTION. BEFORE DECIDING WHETHER TO PURCHASE ANY OF THESE OPTIONAL PRODUCTS, YOU MAY WISH TO DETERMINE WHETHER YOUR PERSONAL OR COMMERCIAL INSURANCE OR CREDIT CARD PROVIDES YOU COVERAGE DURING THE RENTAL PERIOD.
DAMAGE WAIVER DOES NOT PROVIDE PROTECTION FOR IMPROPER FUELING OR OVERHEAD DAMAGE TO THE PASSENGER COMPARTMENT OR CONTAINER.
FOR A FURTHER DESCRIPTION OF THE PRODUCTS, INCLUDING BENEFITS, RESTRICTIONS AND EXCLUSIONS, PLEASE SEE PAGE 3. THEIR PURCHASE IS NOT REQUIRED TO RENT VEHICLE.

OPERATION IN ANY OTHER STATE OR COUNTRY WILL AFFECT YOUR LIABILITY AND RIGHTS UNDER THIS AGREEMENT

| RENTER DECLINES OPTIONAL DAMAGE WAIVER (DW) AND ASSUMES DAMAGE RESPONSIBILITY SEE PARAGRAPH 7 | RENTER ACCEPTS OPTIONAL DAMAGE WAIVER (DW) AT... SHOWN IN COLUMN TO RIGHT RENTER IS RELIEVED OF DAMAGE RESPONSIBILITY FOR CERTAIN DAMAGE AND LOSSES OVER THE RETAINED RESPONSIBILITY (RR) AMOUNT INITIALED BELOW SEE OPTIONAL PRODUCTS NOTICE TO LEFT AND PARAGRAPH 17 DW IS NOT INSURANCE | |
|---|---|---|
| RENTER'S REP: X | RENTER'S REP: X    $0 RR    $1000 RR | ▷ |
| RENTER DECLINES OPTIONAL PERSONAL ACCIDENT INSURANCE (PAI) SEE PARAGRAPH 19 | RENTER ACCEPTS OPTIONAL PERSONAL ACCIDENT INSURANCE (PAI) AT FEE SHOWN IN COLUMN TO RIGHT SEE OPTIONAL PRODUCTS NOTICE TO LEFT AND PARAGRAPH 19    RENTER'S REP: X | ▷ |
| RENTER'S REP: X | | |
| RENTER DECLINES OPTIONAL SUPPLEMENTAL LIABILITY PROTECTION (SLP) SEE PARAGRAPH 8. | RENTER ACCEPTS OPTIONAL SUPPLEMENTAL LIABILITY PROTECTION (SLP) AT FEE SHOWN IN COLUMN TO RIGHT SEE OPTIONAL PRODUCTS NOTICE TO LEFT AND PARAGRAPH 18    RENTER'S REP: X | ▷ |
| RENTER'S REP: X | | |
| RENTER DECLINES OPTIONAL ROADSIDE ASSISTANCE PROTECTION (RAP) SEE PARAGRAPH | RENTER ACCEPTS OPTIONAL ROADSIDE ASSISTANCE PROTECTION (RAP) AT FEE SHOWN IN COLUMN TO RIGHT SEE OPTIONAL PRODUCTS NOTICE TO LEFT AND PARAGRAPH 20.    RENTER'S REP: X | ▷ |
| RENTER'S REP: X | | |

ACKNOWLEDGMENT OF THE ENTIRE AGREEMENT - PAGES 1 THROUGH 4.
I HAVE READ AND AGREE TO THE TERMS AND CONDITIONS ON PAGES 1 THROUGH 4 OF THIS AGREEMENT AND BY MY SIGNATURE BELOW I ACCEPT VEHICLE ON BEHALF OF "RENTER" UNDER THIS AGREEMENT. RENTER AUTHORIZES OWNER TO PROCESS CHARGES ON CREDIT CARD(S) AND/OR DEBIT CARD(S) PROVIDED FOR ADVANCE DEPOSITS, INCREMENTAL AUTHORIZATIONS/DEPOSITS, AND CHARGES INCURRED, AS WELL AS PAYMENTS REFUSED BY A THIRD PARTY TO WHOM BILLING WAS DIRECTED. I CERTIFY THAT THE DRIVERS LICENSE(S) PRESENTED IS CURRENTLY VALID AND IS NOT SUSPENDED, EXPIRED, REVOKED, CANCELLED OR SURRENDERED.

FUEL CHARGE $6.05/GALLON

| RENTER: | | DATE |
|---|---|---|
| BY RENTER'S REP X | | 09/05/2017 |
| RENTER'S REPRESENTATIVE | | DOB MONTH/YEAR |

COUNTY TAX 0.00%/RENTAL
GOV FEE 0.00%/RENTAL
VLF $2.00/DAY

### REPLACEMENT VEHICLE

| OWNER REP | | EVPL # | R687HG |
|---|---|---|---|

| COLOR | LICENSE NO. |
|---|---|
| MODEL | UNIT # |

| | | I WILL RETURN VEHICLE BY. | DEPOSIT(S): | |
|---|---|---|---|---|
| | | DATE    TIME | AMOUNT    PAID BY | |
| | | 09/07/2017 11:00 AM | | |

| MILEAGE | IN | |
|---|---|---|
| | OUT | |

DRIVEN

| | | E 1/8 1/4 3/8 1/2 5/8 3/4 7/8 F |
|---|---|---|
| CUT | | E 1/8 1/4 3/8 1/2 5/8 3/4 7/8 F |
| | NO FUEL REFUND | |
| CUT | E 1/4 1/2 3/4 F | |
| | NO DEF REFUND | |
| IN | E 1/4 1/2 3/4 F | |

ADDITIONAL INFORMATION

FOR ROADSIDE ASSISTANCE, PLEASE CALL 1-800-RENT-A-TRUCK (24 HRS/DAY)

OWNER IS AN AFFILIATE OF ENTERPRISE HOLDINGS INC., WHICH OWNS ALL RIGHTS TO ENTERPRISE NAMES AND MARKS.

| | |
|---|---|
| **TOTAL CHARGES** | |
| **DEPOSITS** | |
| **REFUNDS** | |
| **AMOUNT DUE** | |
| **CLOSED BY** | |

| PAID BY | CASH | CHECK | CHARGE |
|---|---|---|---|
| RECEIPT OF CASH REFUND | DATE | AMOUNT | R...CEIVED BY |

© ENTERPRISE LEASING COMPANY — WEST, LLC, 20

AR08390

R-49

```
Welcome To Loves#246
825 Commerce Center
      Fernley NV

08/15/17   10:05

Pump   Gallons    Price
 04    35.603  $ 2.889

Product          Amount
Auto Diesel  $ 102.86

TOTAL SALE  $ 102.86

###############8188
Card:   MCFL
Approval:        028756

Ticket:          11826


TOTAL SALE  $ 102.86

Thank You !!!
```

James Iasulli
2017 BM CivOps Detailer / Comm Tech
Loves Truck Stop / Fernley NV / 8/15/17
Fuel for rental Truck for comm gear / $102.86
on Iasulli's gov't credit card, charged to CRA

AR08391

R-50

 **TESSCO**




**Everything** needed to design, build, run, maintain or use **wireless**

## QUOTATION
**Prepared by: Karen Murphy**
**DATE: 8/8/2017**
**800-472-7373 Ext: 1371 · 410-527-0005 Fax**
Mail to: salessupport@TESSCO.com
Click on above image or visit us at: http://www.TESSCO.com

Quotation number: 2 88000 808
ILL TO: 2288000 0000          1 TO:        U H          L

.S.D.I., R.L.M.          U.   ,  .I.H.          T    1  .     4
01 N Torrey  ine   r v     '    r  t   ir          N     a    u l
  Vegas, NV  891 0  0     R n ,    9

                                                                I r

| SKU # | Unit of measure | Description | Manufacturer part number | Order qty | Unit price | Extended price |
|-------|-----------------|-------------|--------------------------|-----------|------------|----------------|
| 48    |          | 20A Plug-in, DST20A/PFM in stock | P8A-20 | 4 | 37.27 | 149.08 |

Stock availability and lead-times
may be subject to change.
A confirmed order is required
in order to reserve stock.

Ship via: UI Early     Estimated weight:  2 lbs
Terms: CREDIT CARD
Based on Pricing level at time of request.
To confirm price and availability, build a
Worksheet on www.tessco.com <http://www.tessco.com>
for your current, everyday lowest total cost.

Destination & handling:     0.00
NV Sales tax:               0.00
Total:                    149.08

*James Iagulli*
*2017 BM Civops Detailer/ Comm Tech*
*Tessco/ 20 Amp breaker for comm gear / $149.08 / 8-8-17*
*on Iagulli's gov't credit card, charged to CRA*

AR08392

Aaron Kania

R - 51

Trailer plug adaptor

```
AutoZone 0873
      780 S BLUFF ST
      ST GEORGE, UT
      (435) 688-9472
#428067  47345              10.99 P
      Hopkins
   7 RV Blade to 4 Wire Flat, EA
TAX EXEMPT TRANSACTION
   STATE TAX # 140001849
      BLM
            SUBTOTAL    10.99
            TOTAL       10.99
XXXXXXXXXXXX6122 MASTERCARD  10.99
         APPROVAL #       000958
Data Source: CHIP
App Name/Label: MASTERCARD
AID: A0000000041010
TC 0D986D64313487FB
   REG #11  CSR #06 RECEIPT #065313
      STR. TRANS #250976
         STORE #0873
      DATE 08/21/2017 18:24
         # OF ITEMS SOLD 1
```

0 8 7 3 2 5 0 9 7 6 0 8 2 1 1 7

```
      Take a survey for a
      chance to win $10000
    at www.autozonecares.com
  or by calling 1-800-598-8943.
No Purchase Necessary. Ends 8/31/17,
      subject to Entry Periods.
    Subject to full Official Rules
      at www.autozonecares.com.
            Ref No:
0873-250976 170821 4
```

AR08393

# MICROPURCHASE REQUISITION
## (MUST BE ATTACHED TO CREDIT CARD STATEMENT)

DATE: 8/17/17

REQUISITIONED BY: (PRINT & SIGN) Ryan King

REQUISITION APPROVAL BY: (PRINT & SIGN)

PURCHASED BY:   CARD ⊙   CHECK ○

BUDGET APPROVAL CHARGE CODE CONFIRMED (INITIALS & DATE)

*P1*   Ryan King R-52

By approving this requisition, the office or delegate certifies that funds are available

| SOURCE OF SUPPLY/ BUSINESS NAME | COST CENTER (LLAZ9510000) | FUNCTIONAL AREA SUB (L07770900) | PE CODE (XK0000) | WBS (Formerly Project Code) |
|---|---|---|---|---|
| Amazon.com | LLNVW03500 | L51050000 | EA0000 | LVRCF1705280 |

| ITEM NO. | DESCRIPTION | COMMITMENT ITEM (6100.261.A0) | QTY | UNIT PRICE | ESTIMATE AMOUNT TOTAL | PURCHASED AMOUNT TOTAL |
|---|---|---|---|---|---|---|
|  |  | 6100.312F0 |  |  | $1,000.00 | $0.00 |
| 1 | TRIPP LITE Universal Adjustable Rack Enclosure Server Cabinet Shelf Kit 4POSTRAILKIT1U |  | 5 | $46.51 |  | $232.55 |
| 2 | TRIPP LITE Rack Enclosure Cantilever Mount Fixed Shelf Deep 2URM Components Other SRSHELF2PDP |  | 1 | $54.65 |  | $54.65 |
| 3 | Tripp Lite SRSHELF2P1U Rack Enclosure Cabinet Cantilever Fixed Shelf 40 Pound Capacity 1URM |  | 1 | $48.73 |  | $48.73 |
| 4 | Tripp Lite 4-Post Rack-Mount Installation Kit for Select Rack-Mount UPS Systems (4POSTRAILKIT) |  | 1 | $54.99 |  | $54.99 |
| 5 | TRIPP LITE Rack Cantilever Fixed Shelf 2-Post 4-Post Compatible 2URM Components SRSHELF2PX2 |  | 1 | $66.98 |  | $66.98 |
| 6 | Tripp Lite P776-006 KVM USB Cable Kit for 8020/8022 Series Switches - 6ft |  | 8 | $20.32 |  | $162.56 |
|  | TRIPP LITE Rack Enclosure Square Hole Hardware 50-Piece Kit with 12-24 Screws and Washers Components SRCAGENUTS1224 |  | 6 | $33.11 |  | $198.66 |
| 7 | Tripp Lite SRSHELF2P Rack Enclosure Mount Cabinet Cantilever Fixed Shelf 60lb Capacity 2URM |  | 1 | $44.75 |  | $44.75 |
| 8 | Shipping & Handling |  | 0 | $0.00 |  | $203.96 |
|  |  |  | 0 | $203.96 |  | $0.00 |
|  |  |  | 0 | $0.00 |  | $0.00 |
|  |  | **Grand Total** |  |  |  | **$1,067.83** |

*Attach quote and receipt/invoice.

(Revised November 2008)

AZ-1510-1

AR083941

amazon.com

**Final Details for Order #112-8658015-3333069**
Print this page for your records.

**Order Placed:** August 18, 2017
**Amazon.com order number:** 112-8658015-3333069
**Order Total: $1,067.83**

### Shipped on August 18, 2017

| Items Ordered | Price |
|---|---|
| 5 of: *TRIPP LITE Universal Adjustable Rack Enclosure Server Cabinet Shelf Kit 4POSTRAILKIT1U*<br>Sold by: Amazon.com LLC<br><br>Condition: New | $46.51 |

**Shipping Address:**
Ryan King
1340 FINANCIAL BLVD
RENO, NV 89502-7147
United States

**Shipping Speed:**
One-Day Shipping

Item(s) Subtotal: $232.55
Shipping & Handling: $40.88
-----
Total before tax: $273.43
Sales Tax: $0.00
-----
**Total for This Shipment:$273.43**
-----

### Shipped on August 18, 2017

| Items Ordered | Price |
|---|---|
| 1 of: *TRIPP LITE Rack Enclosure Cantilever Mount Fixed Shelf Deep 2URM Components Other SRSHELF2PDP*<br>Sold by: Amazon.com LLC<br><br>Condition: New | $54.65 |

**Shipping Address:**
Ryan King
1340 FINANCIAL BLVD
RENO, NV 89502-7147
United States

**Shipping Speed:**
One-Day Shipping

Item(s) Subtotal: $54.65
Shipping & Handling: $32.38
-----
Total before tax: $87.03
Sales Tax: $0.00
-----
**Total for This Shipment:$87.03**
-----

### Shipped on August 18, 2017

| Items Ordered | Price |
|---|---|
| 1 of: *Tripp Lite SRSHELF2P1U Rack Enclosure Cabinet Cantilever Fixed Shelf 40 Pound Capacity 1URM*<br>Sold by: Amazon.com LLC<br>Condition: New | $48.73 |
| 1 of: *Tripp Lite 4-Post Rack-Mount Installation Kit for Select Rack-Mount UPS Systems* | $54.99 |

**AR08395**

(4POSTRAILKIT)
Sold by: Amazon.com LLC

Condition: New
1 of: *TRIPP LITE Rack Cantilever Fixed Shelf 2-Post 4-Post Compatible 2URM*          $66.98
*Components SRSHELF2PX2*
Sold by: Amazon.com LLC

Condition: New

| | |
|---|---|
| **Shipping Address:** | Item(s) Subtotal: $170.70 |
| Ryan King | Shipping & Handling: $62.69 |
| 1340 FINANCIAL BLVD | ----- |
| RENO, NV 89502-7147 | Total before tax: $233.39 |
| United States | Sales Tax: $0.00 |
| | ----- |
| **Shipping Speed:** | **Total for This Shipment: $233.39** |
| One-Day Shipping | ----- |

## Shipped on August 19, 2017

**Items Ordered**                                                                 **Price**
8 of: *Tripp Lite P776-006 KVM USB Cable Kit for B020/B022 Series Switches - 6ft*    $20.32
Sold by: Amazon.com LLC

Condition: New
6 of: *TRIPP LITE Rack Enclosure Square Hole Hardware 50-Piece Kit with 12-24 Screws*  $33.11
*and Washers Components SRCAGENUTS1224*
Sold by: Amazon.com LLC

Condition: New

| | |
|---|---|
| **Shipping Address:** | Item(s) Subtotal: $361.22 |
| Ryan King | Shipping & Handling: $36.49 |
| 1340 FINANCIAL BLVD | ----- |
| RENO, NV 89502-7147 | Total before tax: $397.71 |
| United States | Sales Tax: $0.00 |
| | ----- |
| **Shipping Speed:** | **Total for This Shipment: $397.71** |
| One-Day Shipping | ----- |

## Shipped on August 18, 2017

**Items Ordered**                                                                 **Price**
1 of: *Tripp Lite SRSHELF2P Rack Enclosure Mount Cabinet Cantilever Fixed Shelf 60lb*  $44.75
*Capacity 2URM*
Sold by: Amazon.com LLC

Condition: New

| | |
|---|---|
| **Shipping Address:** | Item(s) Subtotal: $44.75 |
| Ryan King | Shipping & Handling: $31.52 |
| 1340 FINANCIAL BLVD | ----- |
| RENO, NV 89502-7147 | Total before tax: $76.27 |
| United States | Sales Tax: $0.00 |
| | ----- |
| **Shipping Speed:** | **Total for This Shipment: $76.27** |

One-Day Shipping                                                                     -----

# Payment information

**Payment Method:**
MasterCard | Last digits: 1624

| | |
|---|---|
| Item(s) Subtotal: | $863.87 |
| Shipping & Handling: | $203.96 |
| | ----- |
| Total before tax: | $1,067.83 |
| Estimated tax to be collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$1,067.83** |

**Billing address**
Ryan King
1340 FINANCIAL BLVD
RENO, NV 89502-7147
United States

**Credit Card transactions**

MasterCard ending in 1624: August 19, 2017: $273.43
MasterCard ending in 1624: August 19, 2017:  $87.03
MasterCard ending in 1624: August 19, 2017: $233.39
MasterCard ending in 1624: August 19, 2017: $397.71
MasterCard ending in 1624: August 19, 2017:  $76.27

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2017, Amazon.com, Inc. or its affiliates

**AR08397**

## INVOICE DETAILS

Sold and Shipped by Newegg

*R-53*

*Ryan King*

Order #: 400807314
Invoice #: 151890047
Submitted: 07/23/2017 10:04 AM

### Ship To

Ryan King
BLM
21605 N 7th Ave
Phoenix,AZ 85027-2929
United States

602-417-9655

### Bill To

Ryan King
21605 N 7th Ave
Phoenix,AZ 85027-2929

Mastercard:***********1624

## Order Summary

| Qty | Product Description | Price |
|-----|---------------------|-------|
| | **Shipped from NJ, USA - Tracking #: 845390195189457** | |
| 1 | Synology CLP4 Camera License Pack - 1 code to connect up to 4 IP cameras<br>Item #: N82E16822108230<br>Standard Return Policy | $199.99 |
| | **Subtotal** | $199.99 |
| | **Tax** | $0.00 |
| | Super Eggsaver (4-7 bus. days) | $0.00 |
| | **Order Total** | $199.99 |

### Return Policies

1. **--Manufacturer Warranty**
   a. Summary
      i.
         ▪ Return for refund within: non-refundable
         ▪ Return for replacement within: non-replaceable
   b. Detail
      i. Newegg.com does not offer any express warranties. However, many of the products available through Newegg.com are covered by Manufacturers' Warranties. If a product is covered by a manufacturer's warranty, it will be stated on that product's web page. Manufacturers' warranty details are typically available at the manufacturer's website; click Contact Manufacturers to see a list of the manufacturers whose items we carry. Detailed manufacturer warranty information can also be obtained for free by contacting our Customer Service department. Please note that products in this category are **non-refundable** unless otherwise indicated.

      Products that state *"This item can be returned to the product manufacturer only"* must be returned directly to the product manufacturer for repair or replacement, unless otherwise required by law. For these items, the warranty policy provided by the product manufacturer explicitly requires that any returns, repairs etc. be requested and processed directly by the consumer (or "end-user") of the item.

2. **Standard Return Policy**
   a. Summary
      i.
         ▪ Return for refund within: 30 days
         ▪ Return for replacement within: 30 days
   b. Detail
      i. This is our Standard Return Policy. Items covered by this policy (those products for which Newegg states *"This item may be returned for a replacement or refund within 30 days only"*) must be returned to Newegg

## INVOICE DETAILS

Sold and Shipped by Newegg

*R-54*

*Ryan King*

Order #:              401629252
Invoice #:           151946748
Submitted:         07/24/2017 08:53 AM

┌─ **Ship To** ──────────────────┐     ┌─ **Bill To** ──────────────────┐

Ryan King                                         Ryan King
BLM - Attn: Jon Young - Law Enforcement          21605 N 7th Ave
1340 Financial Blvd                              Phoenix,AZ 85027-2929
Reno,NV 89502-7147
United States                                    Mastercard:************1624

480-209-9178

## Order Summary

| Qty | Product Description | Price |
|-----|---------------------|-------|
| 1 | Tripp Lite SmartRack 24U Standard-Depth Rack Enclosure Cabinet for Harsh Environments<br>Item #: N82E16816228199<br>Standard Return Policy | $989.82 |
| | **Subtotal** | $989.82 |
| | **Tax** | $0.00 |
| | **Large Item(Signature Required)** | $0.00 |
| | **Order Total** | $989.82 |

Return Policies

1. **Standard Return Policy**
   a. Summary
      i.
         • Return for refund within: 30 days
         • Return for replacement within: 30 days
   b. Detail
      i. This is our Standard Return Policy. Items covered by this policy (those products for which Newegg states *"This item may be returned for a replacement or refund within 30 days only"*) must be returned to Newegg **within 30 days of the invoice date** for this policy to apply. "Return" constitutes receipt of the product by Newegg, and not the mere issuance of an RMA.

      *Please Review the special notes specific for your product:*
      ii. Desktop PC, Notebooks, or Tablet PCs:
         • A defective Desktop PC, Notebook, or Tablet PC that is returned for a replacement may be repaired or replaced at Newegg's sole discretion, unless otherwise required by law. While we strive to adhere to our own standard RMA processing times, we cannot guarantee that these times will be met, especially in situations where the item must be sent to the manufacturer for repair. If you have a question regarding returning a Desktop PC, Notebook, or Tablet PC, please contact our Customer Service Department.
         • Some computer systems will require pre-authorization from the manufacturer technical support in order for an RMA to Newegg to be authorized.
         • For computers that have had an additional operating system(s) installed, we will provide you a replacement or refund as noted in the above policy as long as the original operating system is not corrupted or removed.
            ■ Televisions:
               • For televisions with a screen size greater than 37 inches: An adult (age 18 or older) is required to sign the shipping courier's release form to complete delivery. It is highly recommended that you inspect the product upon delivery for visible damage. Large Item

AR08399

Joseph Lazzaro    R-55



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT

I hereby certify that on ___ 8/23/2017_____ (date) I purchased $__5.00_____ (amount) for airport baggage cart at the following vendor: Fairbanks International Airport.

This affidavit and photo is in lieu of a receipt as the machine does not provide any physical receipt.

___Joseph Lazzaro_____ _____

Print Name

_____    __9/11/2017_____

Signature                                            Date

AR08400

R-56
Rusty Leflan



LOWE'S HOME CENTERS, LLC
375 STANLEY DR E
FERNLEY, NV 89408   (775) 980-4000

- SALE -
SALES#: S2561KG1 1915072   TRANS#: 2919234 08-16-17

109265 1-IN GLV PLTC CAP RFG NAI       7.57
(Plastic Cap Nails)
                    SUBTOTAL:          7.57
                    TOTAL TAX:         0.00
        INVOICE 02756  TOTAL:          7.57
                       N/C:            7.57

M/L:XXXXXXXXXXXX4526 AMOUNT:7.57 AUTHCD:030002
CHIP REFID:266102116942 09/16/17 14:33.06
        CUSTOMER CODE: burning man
        APL: MASTERCARD   TVR: 0000000000
        AID: A0000000041010   TSI: E800
    STORE: 2661  TERMINAL: 02   08/16/17 14:34:38
# OF ITEMS PURCHASED:               1
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: DAVID BERNTZEN

LOWE'S PRICE MATCH GUARANTEE
FOR MORE DETAILS, VISIT LOWES.COM/PRICEMATCH

***********************************************
*        YOUR OPINIONS COUNT!                 *
*      REGISTER FOR A CHANCE TO BE            *
*  ONE OF FIVE $300 WINNERS DRAWN MONTHLY!    *
*    ¡REGISTRESE EN EL SORTEO MENSUAL         *
*  PARA SER UNO DE LOS CINCO GANADORES DE $300*
*                                             *
* REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY *
*    WITHIN ONE WEEK AT: www.lowes.com/survey *
*       Y O U R    I D #  02756 2661 228      *
*                                             *
*    NO PURCHASE NECESSARY TO ENTER OR WIN.   *
* VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER. *
*  OFFICIAL RULES & WINNERS AT: www.lowes.com/survey *
***********************************************
    STORE: 2661  TERMINAL: 02   08/16/17 14:34:38



AR08401

Amazon.com - Order 112-1595180-2501830

Page 1 of 1

 *Jason Moore*



R-57

### Final Details for Order #112-1595180-2501830
Print this page for your records.

**Order Placed:** August 9, 2017
**Amazon.com order number:** 112-1595180-2501830
**Order Total:** $56.88

## Shipped on August 10, 2017

| Items Ordered | Price |
| --- | --- |
| 6 of: *Lieutenant Bars, Gold Plated, Small, Pair (1/4" by 3/4") Double clutch pin backings*<br>Sold by: Murphy's Police and Fire (seller profile)<br><br>Condition: New | $6.99 |

**Shipping Address:**
Bureau of Land Management
440 West 200 South
Suite 500
Salt Lake City, UT 84101
United States

**Shipping Speed:**
Standard

Item(s) Subtotal: $41.94
Shipping & Handling: $14.94
-----
Total before tax: $56.88
Sales Tax:  $0.00
-----
**Total for This Shipment:$56.88**
-----

## Payment information

**Payment Method:**
MasterCard | Last digits: 4659

**Billing address**
Bureau of Land Management
440 West 200 South
Suite 500
Salt Lake City, UT 84101
United States

Item(s) Subtotal: $41.94
Shipping & Handling: $14.94
-----
Total before tax: $56.88
Estimated tax to be collected:  $0.00
-----
**Grand Total:$56.88**

**Credit Card transactions**      MasterCard ending in 4659: August 10, 2017:$56.88

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2017, Amazon.com, Inc. or its affiliates

AR08402

*Chase Philipp*

*R-58*



# CURTIS
### BLUE LINE

Ph: 801-349-1150
TF: 877-778-8834
Fax: 801-972-1245
support@CurtisBlueLine.com
DUNS#: 00-922-4163
CAGE: 5e720

Intermountain Division
3060 West California Ave, Suite I
Salt Lake City, UT 84104
www.CURTISBLUELINE.com
Small Business
Sales Order No. 353092

## Sales Order

**SOLD TO:**
Bureau of Land Managment
440 West 200 South Suite 500
Salt Lake City UT 84101

**SHIP TO:**
Bureau of Land Managment
Chase Phillip 385-266-2095
3060 W. California Ave Suite I
Salt Lake City UT 84104
PO: Chase Phillip- LT
Emblems

| SALES ORDER NO. | DATE ORDER ACCEPTED |
|---|---|
| 353092 | 08/16/2017 |

| SALESPERSON | CUSTOMER SERVICE REP |
|---|---|
| Jason Richards | Mason Goold |
| jrichards@curtisblueline.com | mgoold@curtisblueline.com |
| 801-946-1729 | 801-349-1150 |

| CUST CONTRACT/PO NO. | ORDERING PARTY | CUSTOMER NO. | TERMS | ORDER CLASS |
|---|---|---|---|---|
| Chase Phillip- LT Emblems | Chase Phillip | C1462 | Net 30 | LE |

| F.O.B. | SHIP VIA | REQ. DELIVERY DATE | SHIP COMPLETE | TCN |
|---|---|---|---|---|
| DEST | Store Pickup | | No | |

| LN | CLIN | QTY | UNIT | PART NUMBER | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|---|
| 1 | | 6 | PK | 4409MG HERO'S | 3/4" MINI GOLD LIEUTENANT OFFICERS RANK WITH DOUBLE CLUTCH BACK, 2PER | $6.00 | $36.00 |

| | |
|---|---|
| Subtotal | $36.00 |
| Tax Total | $0.00 |
| Transportation | $0.00 |
| Total | $36.00 |
| Total Payments | $36.00 |
| Total Due | $0.00 |

Page 1 of 1

AR08403

Invoice

*** Duplicate ***

R-57

Page: 1

UWI, Inc
237 WEST 8600 SOUTH
MIDVALE, UT 84047



Ticket #: 152040
Ticket date: 8/16/17
Station: WPOS
Orig ord #: 17168

| Sold to: | BUREAU OF LAND MANAGEMENT<br>440 W 200S<br>SKC, YT 84101 | | Ship to: | |

| Customer #: | BLM | Ship date: | | Ship-via code: | |
| Sls rep: | DSW | Location: | MAIN | Terms: | |
| Customer PO#: | COLAR BRASS | | | | |

| Quantity | Item # | Description | Ship-from location | Price | Selling unit | Ext pri |
|---|---|---|---|---|---|---|
| 3 | P1300 | LIEUTENANT BARS<br>GOLD | | 3.39 | EACH | (Unshipped |

| | User: DSW | Total line items: 1 | Sale subtotal: | 0.0 |
|---|---|---|---|---|
| | | | Tax: | 0.0 |
| | | | Total: | 0.0 |

| Tender: | |
|---|---|
| Visa\Mastercard # ****3582 | 10.1 |
| Net tender: | 10.1 |

| Order # | 17168 | | |
|---|---|---|---|
| Order total | 10 17 | Order amt recvd | 10.1 7 |
| Order amt due | 0 00 | | |



AR08404

| R-60 | PINCUS | Advanced Digital Solution | $1,083.16 | Encrypted hard drives for evidence, policy compliant PPI protected. |
|---|---|---|---|---|
| R-61 | PINCUS | Air Science USA | $2,008.06 | Fume hood for evidence - officer safety reduce exposure to illicit drugs. |
| R-62 | PINCUS | Amazon | $94.82 | Nitrile gloves. |
| R-63 | PINCUS | Amazon | $837.27 | Safety goggles for employees. |
| R-64 | PINCUS | Amazon | $138.49 | Safety goggles for employees. |
| R-65 | PINCUS | Amazon | $289.57 | Safety goggles for employees. |
| R-66 | PINCUS | Amazon | $199.18 | Safety goggles for employees. |
| R-67 | PINCUS | Auto Body Toolmart | $52.94 | Window Markers for identifying detailer vehicles. |
| R-68 | PINCUS | Evident Inc | $368.39 | Drug Test Kits. |
| R-69 | PINCUS | FedEx Office | $79.74 | LE Information sheets. |
| R-70 | PINCUS | Galls | $111.70 | Replacement Pepper Spray for LE. |
| R-71 | PINCUS | Gem Laser Express | $53.68 | Admistrative file totes. |
| R-72 | PINCUS | Idea Stage Promotion | $239.21 | Safety LED Light Arm Band. |
| R-73 | PINCUS | Medimpex United | $1,451.50 | Drug Test Kits. |
| R-74 | PINCUS | Office Depot | $41.14 | Playa office supplies: file folders, hanging files, pencils. |
| R-75 | PINCUS | Tactical Gear | $1,192.50 | Shemaghs for employee safety. |
| R-76 | PINCUS | The Home Depot | $122.36 | Evidence Storage bins and zip ties. |
| R-77 | PINCUS | The Office Group | $166.30 | AA batteries. |
| R-78 | PINCUS | Walmart | $105.80 | Evidence bags, hand sanitzer, lotion. |
| R-79 | SHAARDA | FedEx | $5.18 | Shipping charges. |
| R-80 | SHAARDA | FedEx Office | $216.00 | Shipping charges. |
| R-81 | SHAARDA | Lowe's | $35.94 | Air filters. |
| R-82 | SHAARDA | Walmart | $253.40 | OTC first aid supplies, hepa filters, and glue. |
| R-83 | SHAARDA | IB Supply | $93.60 | Flash Drives. |
| R-84 | SPAIN | Amazon | $90.92 | K-9 Medical Supplies - Tub for cooling and soaking paws. |
| R-85 | TAYLOR | Walmart | $40.58 | Bug spray, paint, tape. |

AR08405

| R-86 | TAYLOR | IB Supply | $46.30 | Notebooks - Playa office supplies. |
|---|---|---|---|---|
| R-87 | VERMEYS | DHC Supplies | $20.33 | Ratchet tie downs. |
| R-88 | VERMEYS | Idea Stage Promotion | $229.64 | Safety LED Light Arm Band. |
| R-89 | VERMEYS | Jim Dandy Productions | $687.05 | Perimeter Signage. |
| R-90 | VERMEYS | Lowe's | $148.39 | Logistics Supplies: screws, bucket, disinfectant. |
| R-91 | VERMEYS | Staples | $113.98 | 2 locking filing cabinets for LE, 7 notebooks. |
| R-92 | YOUNG | Lowe's | $34.34 | Keys made. |
| **TOTAL** | | | **$36,075.90** | |

AR08406

P 1

R-60

**PURCHASE CARD PRE-APPROVAL FORM**   *Jared Pincus*

**BLM OLES**

| 1. Cardholder: | 2. Requestor (If purchasing item for someone other than cardholder) | 3. Date of Request |
|---|---|---|
| Jared Pincus | Sean Hyrons / Becky Andres | 7/19/2017 |

| 4. Description of Item | | 6. Cost of Item |
|---|---|---|
| 4 encrypted external 2TB hard drives; Fortress FIPS Portable | | $1083.16 |

LVRCF1705260  17X

| 9. Accounting Code: | COST CENTER | FUNCTIONAL AREA | PE CODE | WORK BREAKDOWN STRUCTURE | |
|---|---|---|---|---|---|
| | LLNVW03500 | L51050000 | EA0000 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Supervisors Comments:**

Supervisor Approval: Yes ✗   No _____

Signature:

Date: 7/20/2017

AR08407

p 2

## ORDER FOR SUPPLIES OR SERVICES

| DATE OF ORDER<br>Jul 19 2017 | GSA CONTRACT NUMBER<br>GS-35F-0032Y | SHIP TO<br>See SHIPPING INSTRUCTIONS below |
|---|---|---|
| ORDER NUMBER<br>**47QDCC17F92RF** | REQUISITION/REFERENCE NO. | |
| ISSUING OFFICE<br>Department of the Interior | | |

| TO<br>ADVANCED DIGITAL SOLUTIONS INTL<br>4255 BUSINESS CENTER DR<br>FREMONT, CA 94538 | TYPE OF ORDER<br>DELIVERY |
|---|---|
| ACCOUNTING AND APPROPRIATION DATA | REQUISITIONING OFFICE<br>GSA ADVANTAGE ORDER - AAC: |

| BUSINESS CLASSIFICATION | | | |
|---|---|---|---|
| [X] SMALL | OTHER-THAN-SMALL      DISADVANTAGED | [X] WOMEN-OWNED      VET-OWNED | |
| FOB POINT<br>SEE SCHEDULE | GOVERNMENT B/L. NO. | DELIVERY TO FOB POINT ON OR<br>BEFORE (date)<br>Jul 22 2017 | DISCOUNT TERMS<br>NET 30 Days |

### SCHEDULE

| ITEM NO. | SUPPLIES OR SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | A25-3PL256-2000F APRICORN<br>2TB FORTRESS FIPS PORTABLE Shipping charges may<br>apply if weight limit exceeds 50lbs<br>Manufacturer:APRICORN<br>Mfr Part: A25-3PL256-2000F<br>Vnd Part: A25-3PL256-2000F<br>FOB: Destination - Includes Shipping | 4 | EA | $270.79 | $1,083.16 |
| | | | | GRAND TOTAL: | **$1,083.16** |

```
***SHIPPING INSTRUCTIONS***
SHIP TO:
    Bureau of Land Management
    1340 FINANCIAL BLVD.
    OLES
    Reno, NV 89502
    Attn: JARED PINCUS 7758616680
    JPINCUS@BLM.GOV
    PO: 47QDCC17F92RF
***END SHIPPING INSTRUCTIONS***
```

| MAIL INVOICE TO/PURCHASE CARD INFORMATION | | |
|---|---|---|
| NAME<br>Government Purchase Card =<br>MASTERCARD | STREET ADDRESS<br>Credit Card Number/Exp Date: XXXX-XXXX-XXXX-1563 /<br>02-2020 | CITY/STATE/ZIP<br>Obtain credit card<br>authorization prior to<br>shipment |
| CONTRACTING/ORDERING<br>OFFICER<br>Jared M Pincus | E-MAIL<br>jpincus@blm.gov | PHONE<br>7758616680 |



**AR08408**

P1

R- 61

**'PURCHASE CARD PRE-API .OVAL FORM**

Jared Pincus

**BLM OLES**

| 1. Cardholder: | 2. Requestor (if purchasing item for someone other than cardholder) | 3. Date of Request |
|---|---|---|
| Jared Pincus | Sean Hyrons / Becky Andres | 7/19/2017 |

| 4. Description of Item | | 6. Cost of Item |
|---|---|---|
| 1) PURAIR Basic Ductless Fume Hoom<br>2) GP Plus! 11 lb. Main Carbon filter<br>3) HEPA filter | | $1,608.06<br>$180.00<br>$220.00<br>Total = 2,008.06 |

LVRCF1705200   i7X

| 9. Accounting Code: | COST CENTER | FUNCTIONAL AREA | PE CODE | WORK BREAKDOWN STRUCTURE | |
|---|---|---|---|---|---|
| | LLNVW03500 | L51050000 | EA0000 | LVRCF1705200<br>LVR | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Supervisors Comments:

( 6 )

Supervisor Approval: Yes ✗  No _____

| Signature: | Date: |
|---|---|
| | 7- 20/2a |



July 20, 2017
Quote # COR-002
Status: Submitted

| QUANTITY | DESCRIPTION | UNIT PRICE (USD) |
|---|---|---|
| 1 | **PURAIR BASIC DUCTLESS FUME HOODS:**<br>Low airflow alarm, 100 f/m face velocity, self securing hinged door panels, whisper Quiet brushless and sparkless centrifugal fan, clear acrylic side panels for 360° viewing, patented "Easy-Clamp" that totally eliminates any by-pass leakage, FILTRETE electrostatic pre-filter,  light weight and completely portable, 110-130VAC 60HZ | |

|  | **P5-36** (36"W x 27"D x 31"H): | $1608.06 |
|---|---|---|
| 1 | GP Plus! 11 lb. Main carbon filter (for solvents and organics) | $ 180.00 |
| 1 | HEPA filter (for particulates) | $ 220.00 |
|  | Shipping: | Included |
|  | **Total:** | **$2008.06** |

### Must be received by 8/22



**STANDARD TERMS & CONDITIONS**
SHIPPING:    F.O.B. Fort Myers, FL.  Items are shipped LTL freight and charges are prepaid and added to the invoice. Dock-to-dock only, Lift gate truck and inside delivery extra fees apply.
WARRANTY:  Please visit www.airscience.com/warranty for details.
TERMS:        Prices do not include taxes, duties or other fees.  Offer valid 30 days from issuance. Please visit www.airscience.com/terms-and-conditions for full details.  It is the responsibility of the customer to ensure this product complies with all relevant standards and local safety codes.

PO Box 62296 • Fort Myers • Florida • 33907 • Tel 800-306-0656 • Fax 800-306-0677
Tax ID# 54-2089015; GSA Contract # GS-07F5832P
www.airscience.com





**AR08410**

**amazon**.com

R 62

### Final Details for Order #114-9176502-3974662
Print this page for your records.

Jared Pincus

**Order Placed:** July 24, 2017
**Amazon.com order number:** 114-9176502-3974662
**Order Total:** $94.82

## Shipped on July 25, 2017

| Items Ordered | Price |
|---|---|
| 2 of: *Microflex Midknight MK-296 Black XL Nitrile Powder Free Disposable General Purpose & Examination Gloves - Medical Grade - Rough Finish - 9.6 in Length - MK-296-XL [PRICE is per BOX](100 count)* <br> Sold by: My Medical Warehouse (seller profile) <br><br> Condition: New | $14.93 |
| 2 of: *Microflex MidKnight MK-296-M (Size Medium) 100/per box* <br> Sold by: Amazon.com LLC <br><br> Condition: New | $12.99 |
| 2 of: *Microflex (MFXMK296L) MidKnight Black Powder-Free Nitrile Examination Gloves - Large, 100ct.* <br> Sold by: Amazon.com LLC <br><br> Condition: New | $13.60 |

**Shipping Address:**
Jared Pincus
BLM OLES 1340 FINANCIAL BLVD
RENO, NV 89502-7147
United States

**Shipping Speed:**
Standard Shipping

| | |
|---|---|
| Item(s) Subtotal: | $83.04 |
| Shipping & Handling: | $11.78 |
| | ----- |
| Total before tax: | $94.82 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$94.82** |
| | ----- |

## Payment information

**Payment Method:**
MasterCard | Last digits: 1563

**Billing address**
Jared Pincus
BLM OLES 1340 FINANCIAL BLVD
RENO, NV 89502-7147
United States

| | |
|---|---|
| Item(s) Subtotal: | $83.04 |
| Shipping & Handling: | $11.78 |
| | ----- |
| Total before tax: | $94.82 |
| Estimated tax to be collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$94.82** |

**Credit Card transactions**      MasterCard ending in 1563: July 25, 2017: $94.82

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2017, Amazon.com, Inc. or its affiliates



**amazon**.com

*P1*

### Final Details for Order #114-3975929-6785018

Print this page for your records.

**Order Placed:** July 24, 2017
**Amazon.com order number:** 114-3975929-6785018
**Order Total: $1,265.33**

*Jared Pincus*
*R-63 | R-64 | R-65*

## Shipped on July 26, 2017

| Items Ordered | Price |
|---|---|
| 27 of: *Binboll UV Protective Outdoor Glasses Motorcycle Goggles Dust-proof Protective Combat Goggles Military Sunglasses Outdoor Tactical Goggles to Prevent Particulates and Fog*<br>Sold by: binboll ( seller profile ) | $12.59 |

Condition: New

**Shipping Address:**
Jared Pincus
BLM OLES 1340 FINANCIAL BLVD
RENO, NV 89502-7147
United States

**Shipping Speed:**
Two-Day Shipping

| | |
|---|---|
| Item(s) Subtotal: | $339.93 |
| Shipping & Handling: | $2.59 |
| | ----- |
| Total before tax: | $342.52 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$342.52** |
| | ----- |

*X order R-6*

## Shipped on July 30, 2017

| Items Ordered | Price |
|---|---|
| 19 of: *Binboll UV Protective Outdoor Glasses Motorcycle Goggles Dust-proof Protective Combat Goggles Military Sunglasses Outdoor Tactical Goggles to Prevent Particulates and Fog*<br>Sold by: binboll ( seller profile ) | $12.59 |

Condition: New

**Shipping Address:**
Jared Pincus
BLM OLES 1340 FINANCIAL BLVD
RENO, NV 89502-7147
United States

**Shipping Speed:**
Two-Day Shipping

| | |
|---|---|
| Item(s) Subtotal: | $239.21 |
| Shipping & Handling: | $1.82 |
| | ----- |
| Total before tax: | $241.03 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$241.03** |
| | ----- |

*X order R-6*

## Shipped on August 8, 2017

| Items Ordered | Price |
|---|---|
| 23 of: *Binboll UV Protective Outdoor Glasses Motorcycle Goggles Dust-proof Protective Combat Goggles Military Sunglasses Outdoor Tactical Goggles to Prevent Particulates and Fog*<br>Sold by: binboll ( seller profile ) | $12.59 |

Condition: New

**Shipping Address:**
Jared Pincus
BLM OLES 1340 FINANCIAL BLVD

| | |
|---|---|
| Item(s) Subtotal: | $289.57 |
| Shipping & Handling: | $0.00 |
| | ----- |

AR08412

RENO, NV 89502-7147
United States



Total before tax: $289.57
Sales Tax: $0.00
-----
**Total for This Shipment: $289.57**
-----

**Shipping Speed:**
Two-Day Shipping

## Shipped on July 27, 2017

**Items Ordered**                                                              **Price**
20 of: *Binboll UV Protective Outdoor Glasses Motorcycle Goggles Dust-proof Protective*      $12.59
*Combat Goggles Military Sunglasses Outdoor Tactical Goggles to Prevent Particulates and Fog*
Sold by: binboll (seller profile)

Condition: New

**Shipping Address:**
Jared Pincus
BLM OLES 1340 FINANCIAL BLVD
RENO, NV 89502-7147
United States

Item(s) Subtotal: $251.80
Shipping & Handling: $1.92
-----
Total before tax: $253.72
Sales Tax: $0.00
-----

**Shipping Speed:**
Two-Day Shipping

**Total for This Shipment: $253.72**
-----

## Shipped on August 4, 2017

**Items Ordered**                                                              **Price**
11 of: *Binboll UV Protective Outdoor Glasses Motorcycle Goggles Dust-proof Protective*      $12.59
*Combat Goggles Military Sunglasses Outdoor Tactical Goggles to Prevent Particulates and Fog*
Sold by: binboll (seller profile)

Condition: New

**Shipping Address:**
Jared Pincus
BLM OLES 1340 FINANCIAL BLVD
RENO, NV 89502-7147
United States

Item(s) Subtotal: $138.49
Shipping & Handling: $0.00
-----
Total before tax: $138.49
Sales Tax: $0.00
-----

**Shipping Speed:**
Two-Day Shipping

**Total for This Shipment: $138.49**
-----



**Payment Method:**
MasterCard | Last digits: 1563

**Billing address**
Jared Pincus
BLM OLES 1340 FINANCIAL BLVD
RENO, NV 89502-7147
United States

**Credit Card transactions**



AR08413

P1

R-66

# PURCHASE CARD PRE-APPROVAL FORM

Jared Pincus

**BLM OLES**

| 1. Cardholder:<br><br>Jared Pincus | 2. Requestor (if purchasing item for someone other than cardholder)<br><br>Becky Andres | 3. Date of Request<br><br>7/24/2017 |
|---|---|---|
| 4. Description of Item<br><br>10 Pyramex Safety V2G-XP Eyewear, Black Strap, Gray Anti-Fog Dual Lens<br>Shipping | | 6. Cost of Item<br><br>$185.70<br>$13.48<br>Total = $199.18 |

| 9 Accounting Code: | COST CENTER | FUNCTIONAL AREA | PE CODE | WORK BREAKDOWN STRUCTURE | |
|---|---|---|---|---|---|
| | LLNVW03500 | L51050000 | EA0000 | LVRCF1705280 17X | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Supervisors Comments:**

(3)

Supervisor Approval: Yes __X__ No _____

| Signature: | Date |
|---|---|

7/24/2017                                  Amazon.com - Order 114-2758202-961224

**amazon**.com

## Details for Order #114-2758202-9612241
### Print this page for your records.

**Order Placed:** July 24, 2017
**Amazon.com order number:** 114-2758202-9612241
**Order Total:** $199.18

## Not Yet Shipped

| Items Ordered | Price |
|---|---|
| 10 of: *Pyramex Safety V2G-XP Eyewear, Black Strap, Gray Anti-Fog Dual Lens*<br>Sold by: Amazon.com LLC<br><br>Condition: New | $18.57 |

**Shipping Address:**
Jared Pincus
BLM OLES 1340 FINANCIAL BLVD
RENO, NV 89502-7147
United States

**Shipping Speed:**
Two-Day Shipping

## Payment information

**Payment Method:**
MasterCard | Last digits: 1563

**Billing address**
Jared Pincus
BLM OLES 1340 FINANCIAL BLVD
RENO, NV 89502-7147
United States

Item(s) Subtotal: $185.70
Shipping & Handling:   $13.48
-----
Total before tax: $199.18
Estimated tax to be collected:   $0.00
-----
**Grand Total: $199.18**

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2017, Amazon.com, Inc. or its affiliates



AR08415

8!

R. 67



**Auto Body**
**TOOLMART**
DIV. OF AMERICAN INDUSTRIAL DIRECT, LLC
2545 Millennium Dr., Elgin, IL 60124
(800) 382-1200 Fax (847) 462-9247

# Packing Slip / Invoice

Page 1 of 1
INVOICE #: 00271868001_1
CUSTOMER NO. 0800523

Jared Pincus

**Bill To:**
Bureau of Land Management - OLES Jared
Pincus
1340 Financial Blvd.
Reno NV 89502

**Ship To:** 775-861-6680
Bureau of Land Management - OLES Jared Pincus
1340 Financial Blvd
Reno NV 89502-7147

## Remit To: Auto Body Toolmart  2545 Millennium Dr.  Elgin, IL  60124

| SHIP DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 07/28/2017 | FXGR | Shipping Point | PAID - Master Card |

| PURCHASE ORDER NUMBER | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| | 07/28/17 | 335 | 00271868 |

| QUANTITY REQUIRED | QUANTITY SHIPPED | B.O. | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 5 | 5 | | 7373-W | BIG GLASS MARKER WHITE, A22F3A | 8.59 | 42.95 |

| | |
|---|---|
| Subtotal: | 42.95 |
| Tax: | 0.00 |
| Shipping: | 9.99 |
| Total: | 52.94 |
| BALANCE DUE: | 0.00 |

### Thank You

AR08416

Search by Keyword or Part Number    SEARCH    **Shopping Cart**
5 items - $42.95

 **3 PAYMENT PLAN** *Restrictions apply.*    **Pay for your order over 3 months!**
Orders between $500 & $5000 qualify Learn More »

 **Questions?**
Click here to leave
us a message >>>

Now in: Please confirm your order

- Index -
Abrasives
Air Compressors & Supplies
Air Tools
American Made
Automotive Paint & Primer
Chilton Repair Manuals
Clamps, Chains & Hooks
Clearance/Scratch & Dent
Craftsman
Dent Repair
Diagnostic Equipment
Frame Straightening
Gift Certificates
Glass & Windshield Tools
Hydraulics
Lifts
Measuring
Metal Shaping Tools
Neon Signs
New Products
OTC Tools
Paint Booths and Accessories
Paint Guns
Painting Supplies
Powder Coating
Replacement Parts
Sale Items
Shop Equipment
Shop Supplies
Summer Clearance Sale
Tools
Towing/Warning Lights
Training Videos and Manuals

**Secure Checkout**    1. Account    2. Shipping    3. Payment    4. Review

5. Order Confirmation

## Please confirm your order

You are now ready to complete your order. Please review your order below, and
then click the 'Place Order' button only once below to process your order. It may
take up to one minute for your order to process.

Place Order

**Billing Address:**
Jared Pincus
Bureau of Land
Management - OLES
1340 Financial Blvd.
Reno, NV 89502
United States
775-861-6680

**Payment Method:** Credit
Card

| | |
|---|---|
| Name On Card: | Jared Pincus |
| Card Type: | MasterCard |
| Card Number: | ****1563 |
| Card Expiration: | 03/2020 |

**Shipping Address**
Jared Pincus
Bureau of Land
Management - OLES
1340 Financial Blvd.
Reno, NV 89502
United States
775-861-6680

## Shopping Cart

| Product | Quantity | SubTotal |
|---|---|---|
| **The Big Glass Marker**<br>SKU 7373W<br>Choose Color: White | 5 | $42.95 |

Sub Total: $42.95
Shipping: (Ground) $9.99
Tax: $0.00
**Total: $52.94**

Place Order

AR08417



**Vo-Tech Student Offers
Welders & Supplies**

Sign up for E-Mail Savings!

| **Customer Support** | **Company Info** | **Product Support** | **Shipping Info** |
| --- | --- | --- | --- |
| Help Center | About Us | Tech Info | Shipping Policy & Rates |
| Contact Us | Terms & Conditions | Tutorials | International Shipping |
| Wish List | Website Security | Resources | Track my Package |
| Return Policy | Testimonials | | |

Copyright © 2017 Auto Body Toolmart. All Rights Reserved.



AR08418

R-68

**EV**

**Evident, Inc.**
99 Brooks Mill Road
Union Hall VA 24176-4025

Phone 800-576-7606 or 540-576-3512
Fax 888-384-3368 or 540-576-3942
contact@ShopEVIDENT.com
**www.ShopEVIDENT.com**

| Page | Date | Invoice |
|------|------|---------|
| 1 | 07/13/17 | 120975A |

**Evident, Inc.**
**Federal ID #54-1634534**

| BILL TO | BUREAU OF LAND MANAGEMENT - OLES<br>ACCOUNTS PAYABLE<br>1340 FINANCIAL BLVD<br>RENO, NV  89502 |
|---------|------|

| SHIP TO | BUREAU OF LAND MANAGEMENT - O<br>JARED M PINCUS<br>1340 FINANCIAL BLVD<br>RENO, NV  89502 |
|---------|------|

| Customer No. | Sales I.D. | Purchase Order# | Media Code | Payment Terms |
|--------------|-----------|-----------------|------------|----------------|
| 57394 | /DAN | W24504 | RNV/ | XXXXXXXX1563 MASTER |

| Credit Card Number | Type | App. Code | Phone Number | Total Wt. | Zone | Boxes | Ship Via |
|--------------------|------|-----------|--------------|-----------|------|-------|----------|
| | | 059248 | (775) 861-6680 | 5.0 | 8 | 1 | UPC |

We Appreciate Your Business!
Visit Our Website At www.ShopEVIDENT.com
EVIDENT is a Woman-Owned Small Business

| Qty. | B/O | Shipped | Item # | Description | Unit Price | Disc. | Extension | Pk |
|------|-----|---------|--------|-------------|------------|-------|-----------|-----|
| 5 | 5 | 0 | NIK6074 | Nik Test D LSD - 10 tests | 25.50-- | | 0.00 | |
| 1 | 0 | 1 | NIK6074 | Nik Test D LSD - 10 tests | 25.50-- | | 25.50 | |
| 4 | 0 | 4 | NIK6075 | Nik Test E Marijuana - 10 tests | 25.50-- | | 102.00 | |
| 8 | 8 | 0 | NIK6087 | Nik Test U Methamphetamine - 10 tests | 25.50-- | | 0.00 | |
| | | | | *WE EXPECT THE ABOVE ITEM ON OR BEFORE 07/21/17* | | | | |
| 2 | 0 | 2 | NARK20010 | Nark II Special Opiates Codeine/Heroin - 10 tests | 20.55-- | | 41.10 | |
| 3 | 0 | 3 | NARK20015 | Nark II Methamphetamine/MDMA - 10 tests | 20.55-- | | 61.65 | |
| 5 | 0 | 5 | NARCO929 | NarcoPouch Psilocybin Mushrooms - 10 tests | 23.25-- | | 116.25 | |
| 1 | 0 | 1 | FIRSTORDER | THANK YOU FOR YOUR FIRST ORDER WITH EVIDENT! | 0.00-- | | 0.00 | |

EVIDENT, INC. IS A WOMAN-OWNED
SMALL BUSINESS
FEID: 54-1634534

ShopEVIDENT.com Order #W24504

VISIT www.ShopEVIDENT.com FOR
ALL OF YOUR FAVORITE ITEMS

EMAIL INVOICE TO:
jpincus@blm.gov

| | |
|---|---|
| MERCHANDISE INVOICE TOTAL $ | 346.50 |
| SHIPPING & HANDLING $ | 21.89 |
| INVOICE TOTAL $ | 368.39 |
| CR. CARD: MC, APPR:059248 $ | -368.39 |

AR08419

R-69

Jared Pincus





FedEx Office is your destination
for printing and shipping.

6479 S Virginia St
Reno, NV 89511
Tel: (775) 851-6800

8/4/2017          9:41:44 AM PST
Team Member: Hannah M.
Account #: XXXXXX9810-0000
Account: BLM

SALE
Tax Exempt

| | | |
|---|---|---|
| 8.5x14 Lamination | 12 @ | 1.9900 E |
| 000338 Reg. Price | 1.99 | |
| 11x17 Lamination | 14 @ | 3.9900 E |
| 000339 Reg. Price | 3.99 | |

| | |
|---|---|
| Regular Total | 79.74 |
| Discounts | 0.00 |
| Total | 79.74 |

| | |
|---|---|
| Total | 79.74 |
| | 0.00 |
| it | 0.00 |
| Total | 79.74 |

| | |
|---|---|
| MasterCard (S) | 79.74 |
| Account:  1563 | |
| Auth: 025067 (A) | |

| | |
|---|---|
| Total Tender | 79.74 |
| Change Due | 0.00 |

Total Discounts    0.00

AR08420

*Jared Pincus*                                                          R-70

## ORDER FOR SUPPLIES OR SERVICES

| DATE OF ORDER<br>Jul 24 2017 | GSA CONTRACT NUMBER<br>GS-07F-0157M | SHIP TO<br>See SHIPPING INSTRUCTIONS below |
|---|---|---|
| ORDER NUMBER<br>47QDCC17F9K90 | REQUISITION/REFERENCE NO. | |
| ISSUING OFFICE<br>Department of the Interior | | |
| TO<br>GALLS LLC<br>c/o GALLS LLC<br>1340 RUSSELL CAVE ROAD,<br>LEXINGTON, KY 40505 | | TYPE OF ORDER<br>DELIVERY |
| ACCOUNTING AND APPROPRIATION DATA | | REQUISITIONING OFFICE<br>GSA ADVANTAGE ORDER - AAC: |

| BUSINESS CLASSIFICATION | | | | |
|---|---|---|---|---|
| SMALL | [X] OTHER-THAN-SMALL   DISADVANTAGED | WOMEN-OWNED | VET-OWNED | |

| FOB POINT<br>SEE SCHEDULE | GOVERNMENT B/L NO. | DELIVERY TO FOB POINT ON OR<br>BEFORE (date)<br>Jul 31 2017 | DISCOUNT TERMS<br>NET 30 Days |
|---|---|---|---|

### SCHEDULE

| ITEM NO. | SUPPLIES OR SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | FIRST DEFENSE STREAM X2 MK3<br>Twice the Heat! Packed with twice the capsaicinoids as the<br>original formula, is made from the same p...<br>Manufacturer:DEFENSE TECHNOLOGIES<br>Mfr Part: 5239<br>Vnd Part: SD131<br>Product Weight: 1.000 LB<br>Product Cube: 1.0 CF<br>FOB: Origin - Ship Prepaid<br>***OTHER INSTRUCTIONS***<br>For Items Designated as FOB Origin - Ship Prepaid. Add freight<br>charges to your invoice and attach prepaid freight bill.<br>***END OTHER INSTRUCTIONS*** | 10 | EA | $10.67 | $106.70 |
| | | | | GRAND TOTAL: | $106.70 |

***SHIPPING INSTRUCTIONS***

SHIP TO:
  Bureau of Land Management
  1340 FINANCIAL BLVD.
  OLES
  Reno, NV 89502
  Attn: JARED PINCUS 7758616680
  JPINCUS@BLM.GOV
  PO: 47QDCC17F9K90
***END SHIPPING INSTRUCTIONS***

### MAIL INVOICE TO/PURCHASE CARD INFORMATION

| NAME<br>Government Purchase Card =<br>MASTERCARD | STREET ADDRESS<br>Credit Card Number/Exp Date: XXXX-XXXX-XXXX-1563 /<br>02-2020 | CITY/STATE/ZIP<br>Obtain credit card<br>authorization prior to<br>shipment |
|---|---|---|
| | E-MAIL | PHONE |

AR08421



7/24/2017                    DEPARTMEN    THE INTERIOR Mail - Confirmation of GSA Advanta    assion Number 9848247

Pincus, Jared <jpincus@blm.gov>

# Confirmation of GSA Advantage! Session Number 9848247
1 message

**gsa.advantage@gsa.gov** <gsa.advantage@gsa.gov>                    Mon, Jul 24, 2017 at 10:11 AM
To: jpincus@blm.gov

Thank you for ordering from GSA Advantage!. We are proud to be your one-stop shopping source!

This e-mail is a CONFIRMATION of the order you recently placed. Your order information is below. We will notify you by e-mail of status changes as they occur. You may also monitor the progress of your order or other orders by logging on at https://www.GSAadvantage.gov and then choosing "Order Status/History" from the menu at the top of each page.

The following items were ordered from session #9848247 on Jul 24, 2017 for a total of $106.70.

```
------------------------------------------------------------------
Vendor: GALLS LLC 859-266-7227
PO #:   47QDCC17F9K90
Order Status POC: MIL@GALLS.COM

QTY    ITEM                                PRICE     TOTAL


10 EA  FIRST DEFENSE STREAM X2 MK3         $10.67    $106.70
       5239

                                 PO TOTAL:  $106.70
------------------------------------------------------------------
```

Having problems with GSA NSN requisitions? Call 800-488-3111 or go to https://apps.fas.gsa.gov/cops/ncsc/ and report a problem.

Having problems with Schedule orders? Contact the vendor directly at the phone number or e-mail address provided above.

For other questions pertaining to GSA Advantage! Call toll free 877-472-3777, option 2, or e-mail gsa.advantage@gsa.gov.

To change or discontinue your e-mail for these messages, logon to https://www.GSAadvantage.gov , then choose Profile and update your e-mail address, or select No to receive e-mail status updates for your orders. Thank you!



AR08422



**PACKING LIST - DO NOT PAY FROM THIS COPY**

1340 Russell Cave Road
Lexin    , KY 40505
1-800    .-7766
www.galls.com

Regular

ORDER NO:   8664504-2

3007246629

JARED PINCUS
BLM
1340 FINANCIAL BLVD
RENO NV 89502-7147

Pkt Ctrl Nbr

3007246629

BLM
JARED PINCUS
1340 FINANCIAL BLVD
RENO NV 89502-7147

**ORT RESTRICTIONS:**

transaction may contain commodities restricted by the United States International Trade Regulations.  If, at a later date, you, your business or agency decide these commodities will b
rted from the United States, then please reference the United States Department of Commerce Bureau of Industry and Security Export Administration Regulations (15 CFR 730 - 774), th
ed States Department of State International Traffic In Arms Regulations (22 CFR 120-130), as well as any other applicable laws.  These laws apply to private, commercial and governmen
ncy export transactions. As an exporter, you, your business or agency, will be responsible for compliance with all U.S. laws relating to the export of these items.

| WFL | QTY | ITEM NO. | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| )1SC28DD01 | 10.00 | SD131 | FIRST DEFENSE STREAM X2 MK3 | 10.67 | 106.70 |

**REVERSE SIDE FOR PRE-AUTHORIZED RETURN FORM**

01FO1213A5

Galls
1340 Russell Cave Road
Lexington, KY 40505
1-800-477-7766
www.galls.com
galls.com/pages/returns

1   OF 1   PAGES

| | |
|---|---|
| Net Product $ | 106.70 |
| Tax | 0.00 |
| P & H | 5.00 |
| Total Shipment $ | 111.70 |
| MC | 111.70 |

Cust. Phone#:7758616680

07/25/2017          07/27/2017  11:31:35    1707270274   LEX

BLM

RENO NV 89502-7147

Order:  8664504-2
PO #:   47QDCC17F9K90

**AR08423**





R-71

**Pincus, Jared <jpincus@blm.gov>**

## ‌onfirmation of GSA Advantage! Session Number 9866829
ı message

**gsa.advantage@gsa.gov** <gsa.advantage@gsa.gov>
To: jpincus@blm.gov

*Jared Pincus*

Fri, Jul 28, 2017 at 10:11 AM

Thank you for ordering from GSA Advantage!. We are proud to be your one-stop shopping source!

This e-mail is a CONFIRMATION of the order you recently placed. Your order information is below. We will notify you by e-mail of status changes as they occur. You may also monitor the progress of your order or other orders by logging on at https://www.GSAadvantage.gov and then choosing "Order Status/History" from the menu at the top of each page.

The following items were ordered from session #9866829 on Jul 28, 2017 for a total of $53.68.

---------------------------------------------------------------------------
```
Vendor: GEM LASER EXPRESS JOHANNA YOUNG
PO #:   47QDCC17FABPH
Order Status POC: jyoung@gemlaser.com
```

| QTY | ITEM | PRICE | TOTAL |
|-----|------|-------|-------|
| 2 EA | FILE,TOTE,LETTER,23"",CLR<br>AVT55797 | $26.84 | $53.68 |
| | | PO TOTAL: | $53.68 |

---------------------------------------------------------------------------

Having problems with GSA NSN requisitions? Call 800-488-3111 or go to https://apps.fas.gsa.gov/cops/ncsc/ and report a ‌:oblem.

Having problems with Schedule orders? Contact the vendor directly at the phone number or e-mail address provided above.

For other questions pertaining to GSA Advantage! Call toll free 877-472-3777, option 2, or e-mail gsa.advantage@gsa.gov.

To change or discontinue your e-mail for these messages, logon to https://www.GSAadvantage.gov , then choose Profile and update your e-mail address, or select No to receive e-mail status updates for your orders. Thank you!

AR08424

PURCHASE CARD PRE-APPROVAL FORM    *Jared Pincus*    P1    **BLM OLES**    R-7?

| 1. Cardholder: | 2. Requestor (if purchasing item for someone other than cardholder) | 3. Date of Request |
|---|---|---|
| Jared Pincus | Becky Andres | 7/27/2017 |

| 4. Description of Item | | 6. Cost of Item |
|---|---|---|
| 50 LED Glow In the Dark Armbands<br>Shipping | | $215.00<br>$23.71<br>Total = $239.21 |

| 9. Accounting Code: | COST CENTER | FUNCTIONAL AREA | PE CODE | WORK BREAKDOWN STRUCTURE | |
|---|---|---|---|---|---|
| | LLNVW03500 | L51050000 | EA0000 | LVRCF1705280 17X | |
| | | | | | |
| | | | | | |
| | | | | | |

**Supervisors Comments:**

**Supervisor Approval:** Yes ☑    No _____

**Signature:** _____    Date: _____





$l\ 2$

Pincus, Jared <jpincus@blm.gov>

**ʾur IdeaStage Order Receipt**
ᵊnessages

**orders@ideastage.com** <orders@ideastage.com>
To: jpincus@blm.gov

Mon. Jul 31. 2017 at 7:05 AM



## Thank you for your order!

## Your Order Number is: 170728-82209

Order Date: 7/28/2017 6:35:46 AM

**Shipping Address**

Jared Pincus
Bureau Of Land Management
1340 Financial Blvd
Reno  NV 89502
775-861-6980
jpincus@blm.gov

**Billing Address**

Jared Pincus
Bureau Of Land Management
1340 Financial Blvd
Reno  NV 89502
775-861-6980
jpincus@blm.gov

**Payment Information**

**Payment Status:** Captured
**Payment:** MasterCard ending in 1563

**Order Information**

**Status:** Order In Process



| | Subtotal: | $215.50 |
| | Tax: | $0.00 |

AR08426

P3



Shipping:          $23.71

**Order Total:** **$239.21**

Pincus, Jared <jpincus@blm.gov>
To: "Ramos. Andrea (AJ)" <aramos@blm.gov>

Mon. Jul 31. 2017 at 7:23 AM

Burning Man Purchase.

[Quoted text hidden]

—
Jared Pincus
Investigative Technician  Region 3
Office of Law Enforcement and Security
1340 Financial Blvd
Reno  NV 89502
Office  (775) 861-6560
jpincus@blm.gov

AR08427

p1   R-73

| PURCHASE CARD PRE-APPROVAL FORM | *Jared Pincus* | BLM OLES |
|---|---|---|

| 1. Cardholder:  Jared Pincus | 2. Requestor (if purchasing item for someone other than cardholder)  Becky Andres | 3. Date of Request  7/27/2017 |
|---|---|---|
| 4. Description of Item  Six (6), 4 Drug (D4D) Aerosol Drug Test Compact Kits  Shipping | | 6. Cost of Item  $1,374.00  $77.50  Total = $1,451.50 |

| 9  Accounting Code: | COST CENTER | FUNCTIONAL AREA | PE CODE | WORK BREAKDOWN STRUCTURE | |
|---|---|---|---|---|---|
| | LLNVW03500 | L51050000 | EA0000 | LVRCF1705280 17X | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Supervisors Comments:

Supervisor Approval: Yes ___   No _____

Signature:

Date:
9/4/7.



**MEDIMPEX**
*United Inc.*
### Toll Free: 1-866-848-8378
**www.meditests.com**

Thank you for your order. Please **print this page** for your records.
**GET 5% OFF YOUR NEXT PURCHASE OVER $20.00**
**Coupon Code: get33**

Shipping&Billing     **Confirmation**

If you have any questions about your order, please **Contact Us**

**Order Confirmation**
**Confirmation**

**Order Date:**   07/31/2017

**Order Number:**   meditests-152211

**Ship To**

Jared Pincus
Bureau of Land Management - OLES
1340 Financial Blvd
Reno, NV 89502
775-8616680

Shipping Method: Express Mail USPS (1-2 business days)

**Bill To**

Jared Pincus
Bureau of Land Management - OLES
1340 Financial Blvd
Reno, NV 89502
775-8616680

jpincus@blm.gov (Will send order confirmation to this email)

| **Your Order** | |
|---|---|
| **Item** | **Cost** |
| 6  4 Drugs (D4D) Aerosol Drug Test Compact Kit | $1,374.00 |
| Subtotal: | $1,374.00 |
| Shipping: | $77.50 |
| Tax: | $0.00 |
| Total: | $1,451.50 |

Privacy Policy - Merchant's Privacy Policy



**Secure Site**

P3

| **#152211** | **Order meditests-152211 for Meditests** |
| **Date** | Mon Jul 31 15:42:32 EDT 2017 |
| **Ship to** | Jared Pincus<br>Bureau of Land Management - OLES<br>1340 Financial Blvd<br>Reno NV 89502<br>US United States<br>775-8616680 |
| **Bill to** | Same |
| **E-Mail** | jpincus@blm.gov (emailed) |
| **Via** | Express Mail USPS (1-2 business days) |
| **Payment** | MasterCard |

| Item | Code | Qty | Unit Price |
|---|---|---|---|
| 4 Drugs (D4D) Aerosol Drug Test Compact Kit<br>http://store.yahoo.com/meditests/d4d-drug-test.html | D4D-CS | 6 | 229.00 |
| | Subtotal | | 1374.00 |
| | Shipping | | 77.50 |
| | Tax | | 0.00 |
| | Total | | 1451.50 |

AR08430

*Jared Pincus*

p.74



# Office DEPOT
# OfficeMax

Reno ~ (775) 332-5559
08/04/2017  10:02 AM

27VT3PXPXXQ5E4RMW



```
SALE              3252-1-2768-877836-17.6.1
810994  FLDR,HNG,1/5,2            7.99 SS
  G
  Business Solutions Prc    9.990
            You Pay               7.99SS
1394803 Rcyl FF Ltr 1/    18.49SS
  G
  Business Solutions Prc   17.99
            You Pay              17.99SS
872955  PNCL,ZGRP,.7MM
  2 @ 3.99                   7.98
  G
  Business Solutions Prc    9.980
            You Pay               7.98SS
314417  PNCL,#2,12/BX,
  2 @ 3.99                   7.98
  G
  Business Solutions Prc    7.18
            You Pay               7.18SS
            Subtotal:            41.14
       NV State Tax4.6%           0.00
       NV County Tax3.665%        0.00
            Total:               41.14
MasterCard SmartPay 1            41.14

AUTH CODE 054823
TDS Chip Read
AID A0000000041010   MASTERCARD
TVR 0000008000
CVS Signature Verified
```

```
CONTROL:         UWCM6-VCCHO
OD
   Congratulations! You've reached VIP
rewards status. You'll now get 5% back
on paper, ink, toner & copy/print/ship
  services PLUS 2% back on everything
else. Visit officedepot.com/rewards to
    view all benefits of being a VIP
                 *END*
```

AR08431

P1   R-75

# PURCHASE CARD PRE-APPROVAL FORM

Jared Pincus

BLM OLES

| 1. Cardholder:<br><br>Jared Pincus | 2. Requestor (if purchasing item for someone other than cardholder)<br><br>Becky Andres | 3. Date of Request<br><br>7/24/2017 |
|---|---|---|
| 4. Description of Item<br><br>150 Tan Condor Schemagh | | 6. Cost of Item<br><br>$1,192.50 |

| 9 Accounting Code: | COST CENTER | FUNCTIONAL AREA | PE CODE | WORK BREAKDOWN STRUCTURE | |
|---|---|---|---|---|---|
| | LLNVW03500 | L51050000 | EA0000 | LVRCF1705280 17X | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Supervisors Comments:**

**Supervisor Approval:** Yes __X__   No _____

**Signature:**                                    Date:



$\int \int$

7/24/2017          DEPARTMENT      HE INTERIOR Mail - Fwd: Order SD002194206 Con      ion from TacticalGear.com

Pincus, Jared <jpincus@blm.gov>

## Fwd: Order SD002194206 Confirmation from TacticalGear.com
1 message

**Nikki Girven** <nikki@cat5.com>                                                    Mon, Jul 24, 2017 at 10:00 AM
To: Jared Pincus <jpincus@blm.gov>

---------- Forwarded message ----------
From: **TacticalGear.com** <email@cat5.com>
Date: Mon, Jul 24, 2017 at 11:59 AM
Subject: Order SD002194206 Confirmation from TacticalGear.com
To: nikki@cat5.com

Thank you for ordering from TacticalGear.com!

DATE:      7/24/2017
GP Order Number: SD002194206

SOLD TO:
========
JARED PINCUS
1340 FINANCIAL BLVD.
RENO NV  89502
US

SHIPPED TO:
===========
JARED PINCUS
1340 FINANCIAL BLVD.
RENO NV  89502
US

===============================================================
Ordered: 150  CON201-003   Condor Shemagh - Tan   $7.95
===============================================================

Product Total: $1,192.50
Sales Tax: $0.00
Shipping & Handling: $0.00
Grand Total: $1,192.50

THANK YOU FOR YOUR BUSINESS!



--
Nikki Girven
Customer Relations Manager

Cat5 Commerce
636-680-8000 (phone)
636-680-8080 (fax)
nikki@cat5.com
http://cat5.com

AR08433

R-76



Jared Pincus



More saving.
More doing.®

590 SOUTH VIRGINIA ST, RENO, NV 89511
ORE MANAGER CHHARY SIENG (775)851-9600

10  00006  59516      08/01/17  10:04 AM
SHIER AMANDA

15409150244 CABLE TIE <A>
48" NATURAL HVY DUTY CABLE TIE  1UPK
498.87                                35.48
MAX REFUND VALUE $34.68/4
567118420 27 GAL TOTE <A,S>
HDX 27 GALLON TOUGH TOTE
1008.97
MAX REFUND VALUE $87.68/10        89.70A
-------------- FED Customer-----
8/1/18 2.25 Percent Off           -2.22
MUST RETURN ALL ITEMS FOR A FULL REFUND

              SUBTOTAL          122.36
              SALES TAX           0.00
TAX EXEMPT
              TOTAL           $122.36
XXXXXXXXXXXX1563 MASTERCARD

AUTH CODE 066865/0061195    USD$ 122.36
Chip Read                          TA
AIL A000000041010
TVR 0000008000            MASTERCARD
IAD 011-06.0003220000080000000000000FF
TSI E800
ARC 00

P.O.#/JOB NAME



3310 06 59516 08/01/2017 3123

      RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A     1      90         10/30/2017
THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
            DETAILS.

***

AR08434



R-77

# INVOICE

| | |
|---|---|
| **INVOICE NUMBER** | 721293-0 |
| **INVOICE DATE** | 07/31/17 |
| **ACCOUNT NO.** | 11431 |
| **ORDER PLACED BY** | JARED PINCUS |

The Office Group
C Wythe Creek Rd
Poquoson, VA  23662

Phone: 757-868-0914  Fax: 757-868-0507
www.theofficestore.com



| BILL TO ADDRESS | SHIP TO ADDRESS |
|---|---|
| GSA CUSTOMER<br><br>372 C WYTHE CREEK RD<br>POQUOSON          VA 23662<br>Phone Number: 757-868-0914 | Bureau of Land Management<br>OLES                    *Jared Pincus*<br>1340 FINANCIAL BLVD.<br>Reno                       NV 89502 |

| CUSTOMER PURCHASE ORDER | SALESPERSON | TERMS | ROUTE | PAYCODE | ORDER TAKER |
|---|---|---|---|---|---|
| 7QDCC17FA7<br>47QDCC17FA7SU | PHONE SALES | Credit Card | DROP | PREPAID | 127 |

**PLEASE CONTACT  recycle@theofficestore.com  TO RECYCLE YOUR USED INK AND TONER CARTRIDGES FOR FREE!**

| ITEM NUMBER | MFG | ITEM DESCRIPTION | UM | ORD QTY | SHIP QTY | QTY REMAIN | SELL PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|---|---|
| | | jpincus@blm.gov | | | | | | |
| | | Customer P/O#47QDCC17FA7SU | | | | | | |
| | | **Attention :Phone #-7755616680 | | | | | | |
| 707 | 22N | L91 - STANDARD BATTERY AA LITH | PG | 5 | 5 | | 33.26 | 166.30 |
| | | HS   ON CONTRACT GS-21F-0054X | | | | | | |
| | | Bureau of Land Management | | | | | | |
| | | JARED PINCUS | | | | | | |
| | | 1340 FINANCIAL BLVD. | | | | | | |
| | | OLES | | | | | | |
| | | Reno, NV 89502 | | | | | | |
| | | | | | | | | |
| | | AMOUNT PAID:  166.30   AMOUNT DUE: | | .00 | | | | |

**RETURNS MUST BE RECEIVED WITHIN 30 DAYS**

Due to Safety concerns and regulations, food and beverage items and medicines are not returnable unless damaged in transit.
...urns must be in original packaging and must not be written on or defaced in any manner.
...rompt Pay Discount 1/2% 10 Net 30.
Contracts GS14F0019L, GS21F0054X, GS28F0029U, SP47W117D0006, GS23FBA012, GS07FBA393
All short shipments and damages must be phoned in within 48 hours of order receipt. Federal ID: 54-1809348 DUNS ID
:119079903

| | |
|---|---|
| **Subtotal** | 166.30 |
| **Tax** | |
| **Total Paid** | 166.30 |

Page 1 of 1

AR08435

*Jared Pincus*

R-78



See back of receipt for your chance
to win $1000

ID #:   7L1SJR1GX491

------------------------------------------

# Walmart >'<

### Save money. Live better.

```
          ( 775 ) 332 - 0308
         MANAGER JEFF PADERON
        250 VISTA KNOLL PARKWAY
            RENO, NV, 89506
ST# 04239 OP# 001573 TE# 09 TR# 06717
 LNCHBAG      007874207184      1.96 L
 LNCHBAG      007874207184      1.96 O
 SH EXT 2CT   007164108433      2.97 O
 SH EXT 2CT   007164108433      2.97 O
 LNCHBAG      007874207184      1.96 O
 LNCHBAG      007874207184      1.96 O
 LNCHBAG      007874207181      1.96 O
 LNCHBAG      007874207181      1.96 O
 FASTENING CU 007535303011     12.99 O
FREEZER BAGS  002570071032      6.88 O
FREEZER BAGS  002570071032      6.88 O
SUA LOTION    030621030292      3.93 O
SUA LOTION    030621030292      3.93 O
SUA LOTION    030621030292      3.93 O
SUA LOTION    030621030292      3.93 O
SUA LOTION    030621030292      3.93 O
SUA LOTION    030621030292      3.93 O
SANITIZER     007278501882      3.97 O
SANITIZER     007278501882      3.97 O
SANITIZER     007278501882      3.97 O
SANITIZER     007278511016      3.97 O
SANITIZER     007278511016      3.97 O
SANITIZER     007278511016      3.97 O
SANITIZER     007278511016      3.97 O
SANITIZER     007278511016      3.97 O
SANITIZER     007278511016      3.97 O
PURELL 1L     007386202745      6.97 O
            SUBTOTAL    105.80
               TOTAL    105.80
          MCARD TEND    105.80
MASTERCARD   **** **** **** 1563  I 1
APPROVAL # 013210
REF # 722100614982
PAYMENT SERVICE - A

AID A0000000041010
TC E0646477D98BE8F8
TERMINAL # SC012028
*NO SIGNATURE REQUIRED

     08/08/17     19:27:01
           CHANGE DUE      0.00
         # ITEMS SOLD 26
   TC# 7198 9778 1809 6196 3542 8
```



```
Low Prices You Can Trust. Every Day.
     08/08/17     19:27:09
       ***CUSTOMER COPY***
```

Store receipts on your phone. Walmart P
ay.

AR08436

Krishna Shaccila 12-79

**FedEx**

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-952-77524 | Oct 06, 2017 | 1853-1774-9 | 4 of 5 |

## FedEx Express Shipment Detail By Payor Type (Original)

**Ship Date: Sep 27, 2017**
**Payer: Shipper**

Ship Ref No: REFERENCE INFORMATION
Ref#3:

| Automation | AWB | **Sender** | **Recipient** |
|---|---|---|---|
| Tracking ID | 808528835893 | C PHILLIPS | CASUAL PYMT CENTER |
| Service Type | FedEx Priority Overnight | BLM/WINNEMUCCA DO | 3833 S DEVELOPMENT |
| Package Type | FedEx Envelope | 5100 E WINNEMUCCA BLVD | BOISE ID 83705 US |
| Packages | 1 | WINNEMUCCA NV 89445-2921 US | |
| Rated Weight | N/A | | |
| Delivered | Sep 28, 2017 10:11 | Transportation Charge | 4.61 |
| Svc Area | A2 | Fuel Surcharge | 0.00 |
| Signed by | G.GENIE | Total Charge | USD $4.61 |
| FedEx Use | 027062875/52497/_ | | |

**Ship Date: Sep 27, 2017**
**Payer: Shipper**

Ship Ref No: REFERENCE INFORMATION
Ref#3:

| Automation | AWB | **Sender** | **Recipient** |
|---|---|---|---|
| Tracking ID | 808528835908 | C PHILLIPS | EASTERN SUPERVISORY AREA IDAHO |
| Service Type | FedEx Priority Overnight | BLM/WINNEMUCCA DO | 3563 RIRIE HWY |
| Package Type | FedEx Envelope | 5100 E WINNEMUCCA BLVD | IDAHO FALLS ID 83401 US |
| Packages | 1 | WINNEMUCCA NV 89445-2921 US | |
| Rated Weight | N/A | | |
| Delivered | Sep 28, 2017 10:11 | Transportation Charge | 4.61 |
| Svc Area | AA | Fuel Surcharge | 0.00 |
| Signed by | K.KIENLEN | Total Charge | USD $4.61 |
| FedEx Use | 027062875/52497/_ | | |

**Ship Date: Sep 27, 2017**
**Payer: Shipper**

Distance Based Pricing, Zone 5

Ship Ref No: REFERENCE INFORMATION
Ref#3:

| Automation | AWB | **Sender** | **Recipient** |
|---|---|---|---|
| Tracking ID | 808528835919 | C PHILLIPS | JAIME PONCE DELEON |
| Service Type | FedEx Express Saver | BLM/WINNEMUCCA DO | 750 A ASTER SW |
| Package Type | Customer Packaging | 5100 E WINNEMUCCA BLVD | ALBUQUERQUE NM 87121 U... |
| Zone | 05 | WINNEMUCCA NV 89445-2921 US | |
| Packages | 1 | | |
| Rated Weight | 7.0 lbs, 3.2 kgs | Transportation Charge | 6.20 |
| Delivered | Sep 29, 2017 12:23 | Direct Signature | 2.50 |
| Svc Area | A1 | Residential Delivery | 3.25 |
| Signed by | J.PONCEDELEON | Fuel Surcharge | |
| FedEx Use | 027062875/12892/_ | Total Charge | USD |

**Ship Date: Sep 27, 2017**
**Payer: Shipper**

Ship Ref No: REFERENCE INFORMATION
Ref#3:

| Automation | AWB | **Sender** | **Recipient** |
|---|---|---|---|
| Tracking ID | 808528835330 | ZWANNI LE RDREX | BRADLEY SONES |
| Service Type | FedEx Priority Overnight | BLM/WINNEMUCCA DO | BLM |
| Package Type | FedEx Pak | 5100 E WINNEMUCCA BLVD | 4701 N TORREY PINES RD |
| Packages | 1 | WINNEMUCCA NV 89445-2921 US | LAS VEGAS NV 89130 US |
| Rated Weight | 1.0 lbs, 0.5 kgs | | |
| Delivered | Sep 28, 2017 09:17 | Transportation Charge | 5.18 |
| Svc Area | A1 | Fuel Surcharge | 0.00 |
| Signed by | M.VINSON | Total Charge | USD $5.18 |
| FedEx Use | 027062875/22985d/ | | |

AR08437



**FedEx Office.** ✳

FedEx Office is your destination
for printing and shipping.

6479 S Virginia St
Reno, NV 89511
Tel: (775) 851-6800

8/15/2017                    1:46:25 PM PST
Team Member: Ali T.
Customer: zwaantje Rorex

SALE
*DUPLICATE RECEIPT*
Tax Exempt

4x6 Lamination                    $08.00

  nation/SqFt                            E
  0369 Reg. Price        3

       Price per piece    13.50
       Regular Total     144.00
       Discounts          36.00

36x48 Lam              Qty 4    108.00

Lamination/SqFt          48 @   2.2500 E
  000369 Reg. Price       3.00

       Price per piece    27.00
       Regular Total     144.00
       Discounts          36.00

Sub-Total                      216.00
Tax                              0.00
Deposit                          0.00

Total                    /     216.00

Kristina Shaarda
R - 80


shipping Charges

AR08438

8/31/2017                    DEPARTMENT OF THE INTERIOR Mail - Burning man supplies

Rusty Leflar
Winnemucca District Office
supply technician
office:775-623-1560
cell: 775-421-6985

--
**Thanks**
**Rusty Leflar**
**Winnemucca District Office**
**supply technician**
**office:775-623-1560**
**cell: 775-421-6985**



LOWE'S HOME CENTERS, LLC
1145 STANLEY DR E
FERNLEY, NV 89408   (775) 950-4000

SALE

SALES#. S2661 R2 D94557I   INVOICE  D75540/ 09-01-17

222316 16 20 Kilim Antibact 2 Ct          15.94
        19.97    Discount Item          -2.00
                2 J    17 57

             SUBTOTAL              35.94
             TOTAL TAX.             0.00
             Invoice 15570 Total    35.94
                       n/c          35.94  ←

TOTAL  DISCOUNTS              4.00
R/C XXXXXXXXXXXX2758 Amount 35.94 Auth#:008823
CHIP BLT ID:266115047619 09/01/17 08 08:27
APL. MASTERCARD   TVR: C8B08e0000
AID: A0000000041010   TSI: E800

Store: 2661   Terminal: 15   09/01/17 08:09:41
# OF ITEMS PURCHASED:           2
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER:  DAVID BERNITZEN

LOWE'S PRICE MATCH GUARANTEE
FOR MORE DETAILS, VISIT LOWES.COM/PRICEMATCH

**********************************************
*        YOUR OPINIONS COUNT!                *
*        REGISTER FOR A CHANCE TO BE         *
*   ONE OF FIVE $300 WINNERS DRAWN MONTHLY!  *
*        ¡REGISTRESE EN EL SORTEO MENSUAL    *
*   PARA SER UNO DE LOS CINCO GANADORES DE $300!  *
*                                            *
*  REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY  *
*   WITHIN ONE WEEK AT: www.lowes.com/survey *
*        Y O U R   I D #  15570 2661 244     *
*                                            *
*      NO PURCHASE NECESSARY TO ENTER OR WIN *
*  CONTEST RULES PROHIBITED MUST BE 18 OR OLDER TO ENTER  *
*  SEE THE RULES & WINNERS AT: www.lowes.com/survey  *
**********************************************
Store: 2661   Terminal: 15   09/01/17 08:09:41

*Kristine Smarda*

*12-81*

AR08439

LVRCF1705280

See back of ..ceipt for your chance
to win $1000

ID #:   7L236RXBHJH

KRISTINA SHAARDA

PURCHASE

# Walmart
Save money. Live better.

( 776 ) 625 - 3777
MANAGER KEVIN DORSEY
3010 POTATO RD
WINNEMUCCA NV 89445

ST# 02617 OP# 004962 TE# 09 TR# 01424

| Item | Code | Price |
|---|---|---|
| CHPK MST 3PK | 003660082812 | 2.94 O |
| BLX MB 3P | 004138800046 | 2.84 O |
| BLX MB 3P | 004138800046 | 2.84 O |
| BLX MB 3P | 004138800046 | 2.84 O |
| BLX MB 3P | 004138800046 | 2.84 O |
| BLX MB 3P | 004138800046 | 2.84 O |
| EQ SUPPORT | 068113102939H | 9.97 O |
| EQ SUPPORT | 068113102939H | 9.97 O |
| VISINE | 007430000803 | 3.24 O |
| EQ TEARS | 068113173194H | 3.46 O |
| EQREST TRTWN | 068113107176 | 10.44 O |
| EQ TEARS | 068113173196H | 6.94 O |
| BLX MB 3P | 004138800046 | 2.84 O |
| EQ TEARS | 068113173196H | 6.94 O |
| EQ SUPPORT | 068113102939H | 9.97 O |
| VISINE | 007430001067H | 6.96 O |
| EQ SUPPORT | 068113102939H | 9.97 O |
| EQ TEARS | 068113173194H | 3.46 O |
| CHPK MST 3PK | 003660082812 | 2.94 O |
| CLEAR EYES | 067811266920H | 3.24 O |
| CLEAR EYES | 067811226416 | 3.24 O |
| VISINE | 007430000803 | 3.24 O |
| VISINE | 007430000803 | 3.24 O |
| CLEAR EYES | 067811266920H | 3.24 O |
| VISINE | 007430001067H | 6.96 O |
| VISINE | 007430000803 | 3.24 O |
| EQ TEARS | 068113173194H | 3.46 O |
| EQ SUPPORT | 068113102939H | 9.97 O |
| EQ SUPPORT | 068113102939H | 9.97 O |
| CLEAR EYES | 067811226416 | 3.24 O |
| EQREST TRTWN | 068113107176 | 10.44 O |
| EQREST TRTWN | 068113107176 | 10.44 O |
| ** VOIDED ENTRY ** | | |
| EQREST TRTWN | 068113107176 | 10.44-O |
| EQ TEARS | 068113173194H | 3.46 O |
| LOC ULTRAGEL | 007934068607 | 3.97 O |
| LOC ULTRAGEL | 007934068607 | 3.97 O |
| EQ TEARS | 068113173194H | 3.46 O |
| EQ TEARS | 068113173196H | 6.94 O |
| EQ TEARS | 068113173196H | 6.94 O |
| VISINE | 007430000803 | 3.24 O |
| EQ TEARS | 068113173194H | 3.46 O |
| EQ TEARS | 068113173194H | 3.46 O |
| CLEAR EYES | 067811266920H | 3.24 O |
| CLEAR EYES | 067811226416 | 3.24 O |
| VISINE | 007430000803 | 3.24 O |
| CLEAR EYES | 067811226416 | 3.24 O |
| LIT 123 12P | 003980010062 | 29.88 O |
| PEPTO | 030149003947 | 9.94 O |

SUBTOTAL          263.40
TOTAL          263.40
MCARD TEND          263.40

MASTERCARD   **** **** **** 2768  I 1
APPROVAL # 063066
REF # 724400457078
PAYMENT SERVICE - A

AID A0000000041010
TC 928664CC469F9104
TERMINAL # SC010022
**NO SIGNATURE REQUIRED

09/01/17      06:12:46
CHANGE DUE          0.00
# ITEMS SOLD 46
TC# 1553 9015 6102 8820 5413 7

Low Prices You Can Trust  Every Day.
09/01/17      06 12 56
***CUSTOMER COPY***

AR08440

$\beta$3

## Coding Consolidation Worksheet

REALLOCATED

Vendor Name IBSUPPLY

Payment Code: 9241254IB786752

MO Document Number

MO Total          $692.98

| Line Item | Amount | Cost Center | Functional Area | Work Breakdown Structure | Budget Object Class | Notes |
|---|---|---|---|---|---|---|
| 1 | $599.38 | LLNVW00210 | L13400000.FJ0000 | LXSIGE0T0000 | 261A | VACUUM CLEANERS |
| 2 | $93.60 | LLNVW03500 | L51050000.EA0000 | LVRCF1705280 | 261A | THUMBE DRIVE (BM) |
| 3 |  |  |  |  |  |  |
| 4 |  |  |  |  |  |  |
| 5 |  |  |  |  |  |  |
| 6 |  |  |  |  |  |  |
| 7 |  |  |  |  |  |  |
| 8 |  |  |  |  |  |  |
| 9 |  |  |  |  |  |  |
| 10 |  |  |  |  |  |  |
| 11 |  |  |  |  |  |  |
| 12 |  |  |  |  |  |  |
| 13 |  |  |  |  |  |  |
| 14 |  |  |  |  |  |  |
| 15 |  |  |  |  |  |  |
| 16 |  |  |  |  |  |  |
| 17 |  |  |  |  |  |  |

AR08441

7/31/2017                              DEPARTMENT OF THE INTERIOR Mail - Pool                          *p l*



David Spain                                          Andres, Rebecca <randres@blm.gov>

*R-84*

**Pool**

**David Spain** <dspain@blm.gov>                                Mon, Jul 31, 2017 at 11:14 AM
To: "Andres, Rebecca" <randres@blm.gov>
Cc: mpirtle@blm.gov

Order date          Jul 30, 2017
Order #             111-8238027-4837051
Order total         $90.92 (1 item)

Cancel items

## Shipment details

### Preparing for Shipment

Delivery Estimate
**Monday, August 7, 2017 by 8 PM**

**Rubbermaid**           $90.92
**Commercial**           Qty: 1
**FG424300BLA**          Sold By:          *K-9  Bath*
**Structural Foam Stock**
**Tank, 50...**
Amazon.com LLC

Track

shipment

## Payment information

**Payment Method**
MasterCard ending in 7917

**Billing Address**
1405 Hollipark Drive
Idaho Falls, Idaho 83401

## Shipping address

AR08442

Pirtle, Mark <mpirtle@blm.gov>

Tue, Jan 2, 2018 at 11:09 AM

*p1*

*Eleanor Taylor*

*R-85*

DEPARTMENT OF THE INTERIOR Mail - Burning Man receipts



## Burning Man receipts

1 message

**Taylor, Eleanor <emtaylor@blm.gov>**
To: Mark Pirtle <mpirtle@blm.gov>

Hi Mark,
I combined both receipts from Walmart into one transaction.
Both on 8/28/17
$32.64
$ 7.94
$40.58
ET

--
*Eleanor Taylor*
*Procurement Tech*
*775-623-1768*

AR08443

P2



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT

### MISSING RECEIPT FORM

This affidavit is in lieu of a receipt,

I hereby certify that on ___8/25/17___ (*date*)

the purchase of $ ___32.64___ (*amount*)

for (*full itemized list of items purchased*):
___Paint + Tape for___
___Burning Man___
_____
_____
_____
_____

at the following vendor: ___Wal-mart___

Justification for missing receipt ___lost Receipt___

(exp. Lost receipt, machine couldn't print receipt)

→ *Eleanor Taylor*

**Print Name**

*Elean Tayh*

**Signature**                    ___9/20/17___

                                 **Date**

*Terri Suiter*

**Supervisor's Printed Name**

*Terri Suiter*

**Supervisor's Signature**       ___9/20/2017___

                                 **Date**

AR08444

p 3



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT

## MISSING RECEIPT FORM

**This affid**avit is in lieu of a receipt,

**I hereby** certify that on ___8/25___ *(date)*

the purchase of $ ___7.94___ *(amount)*

for *(full itemized list of items purchased):*

___Bug Spray___

_____

_____

_____

_____

_____

at the following **vendor:** ___Wal-mart___

**Justification for missing receipt** ___lost Receipt___

(exp. Lost receipt, machine couldn't print receipt)

→ *Eleanor Taylor*

**Print Name**

*Elica Tgh*

**Signature**                              ___9/20/17___

                                            **Date**

*TERRI SUITER*

**Supervisor's Printed Name**

*(signature)*                              ___9/20/2017___

**Supervisor's Signature**                 **Date**

AR08445



**REALLOCATED**
9/11/17
5105 - EA
LV RCF 1705280

*Eleanor Taylor*

R-86

# INVOICE/RECEIPT

| | |
|---|---|
| **INVOICE NUMBER** | IB795945 |
| **INVOICE DATE** | 08/23/2017 |
| **ORDER NUMBER** | IB795945 |
| **ORDER DATE** | 08/23/2017 |
| **PAGE** | 1 of 1 |

**INDUSTRIES FOR THE BLIND, INC.**
445 S. CURTIS RD.
WEST ALLIS, WI 53214
800-642-8778
customerservice@ibsupply.com
www.ibSupply.com

| BILLING ADDRESS | SHIPPING ADDRESS |
|---|---|
| BLM WINNEMUCCA DISTRICT<br>ELEANOR TAYLOR<br>5100 E WINNEMUCCA BLVD<br>WINNEMUCCA, NV 89445<br>775-623-1768<br>emtaylor@blm.gov | BLM<br>ELEANOR TAYLOR<br>5100 E. WINNEMUCCA BLVD<br>WINNEMUCCA, NV 89445<br>775-623-1768<br>emtaylor@blm.gov |

| PO NUMBER / JOB ORDER NUMBER | TERMS | CUSTOMER ACCOUNT |
|---|---|---|
| | NET 30 | DOIET1 |
| DUNS #:  006096200 | | Fed ID #:  39-0840476 |

| Item Number | Contract Status | AbilityOne | Green | Ord.Qty. | Ship Qty. | Unit Price |
|---|---|---|---|---|---|---|
| Item Description | | | | UOM | Status | Ext. Price |
| TOP80220 | | NO | NO | 5 | 5 | 9.26 |
| Steno Book W/assorted Colored Covers, 6 X 9, White, 80 Sheets, 4 Pads/pack | | | | PK | | 46.30 |

**Date Captured:** 08/23/2017 20:35PM
**Credit Card #:** XXXXXXXXXXXX5983
**Status: PAID IN FULL!**

*Steno Note Book*

| | |
|---|---|
| Any returns must be made within 30<br>Products are subject to a 10% resto<br>shipping charges if customer error. Cus...<br>returned. | |

| | |
|---|---|
| TOTAL | $46.30 |
| SHIPPING | $0.00 |
| DISCOUNT | $0.00 |
| SALES TAX | $0.00 |
| LESS DEPOSIT | $46.30 |
| TOTAL AMOUNT DUE | $0.00 |

*Industries for the Blind, Inc.*     Generated on: 08/25/2017 08:32PM     *An Equal Opportunity Employer!*

AR08446



**Sparks Branch**
1095 Spice Islands Dr #109
Sparks, Nevada 89431
775-358-5644
775-358-5797 (Fax)
sales@dhcsupplies.com

*Shipment Confirmation*

Michael Vermey's   R-87



16:03 07/31/17 CB

Page 1/1

Order #    B/O  Rel     BR/WHSE USER
3034102-00-00            03/03    CB

| S O L D | CASH SALES (KG1) 1095 SPICE ISLAND DR #109 SPARKS NV 89434 | S H I P  T O | CASH SALES (KG1) 1095 SPICE ISLAND DR #109 SPARKS NV 89434 |

**Tel**            **Fax**

| ORDER DATE | CUSTOMER NUMBER | CUSTOMER P/O NUMBER | TERMS CODE | TAX CODE | SHIP VIA | SALES PERSON | JOB ID/NAME |
|---|---|---|---|---|---|---|---|
| 07/31/17 | OD02007 | MIKE | Net 30 | NV-WA/8.265% | WILL CALL | Kelly Gunter | |

| LN# | Q-ORD | Q-SHP | Q-B/O | PRODUCT | UOM | UNIT-PRICE | DISC% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1) | 2 | 2 | 0 | 64103B | EA | 9.3922 | | $18.78 |
| | | | | 1" X 15' COATED OPEN HOOK HUGGER RATCHET TIEDOWN | | | | |

```
==========================
Sub-Total..        18.78
Tax ..........      1.55
Order Total        20.33
```

DHC SUPPLIES,INC.
1095 SPICE ISLAND DR.10
SPARKS, NV 89434-0000

07/31/2017    16:09:37

CREDIT CARD
MC SALE

CARD #:        XXXXXXXXXXXX0274
INVOICE:       0017
SEQ #:         0017
Batch #:       000565
Approval Code: 068013
Entry Method:  Swiped
Mode:          Online
Tax Amount:    $0.00
Cust Code:

SALE AMOUNT    $20.33

CUSTOMER COPY

TOT:    2      2      0

| Received in Good Condition: | REPORT ALL DISCREPENCIES WITHIN 24 HOURS **Terms & Conditions** Restocking charge up to 25% may be assessed. Special order items cannot be returned for credit. | Ship Date 07/31/17 Loc |
|---|---|---|

Ship Date 07/31/17 Loc
Volume _____      Picked  by CB
Weight _____
Pieces _____      Packed  by _____
Pallet _____
Pkgs _____       Checked by _____
Ctns _____
Lnth _____       Loaded  by _____

AR08447

9/12/2017

DEPARTMENT OF THE INTERIOR Mail - Your IdeaStage Order Receipt





Vermeys, Michael <mvermeys@blm.gov>

P|

# Your IdeaStage Order Receipt
1 message

orders@ideastage.com <orders@ideastage.com>
To: mvermeys@blm.gov

Thu, Aug 24, 2017 at 7:21 AM

*2017 EVENT*

COMPLIANCE BLUE MEN
BAND LIGHTS
LIGHT UP 5500
LS105. EA
LVRC F17-05 280  17×
Michael Vermeys
R-68

# Thank you for your order!

# Your Order Number is: 170822-83744

Order Date: 8/22/2017 4:09:39 PM

**Shipping Address**

Michael Vermeys
BLM
200 Transfer Road
Gerlach, NV 89412
775-315-5547
mvermeys@blm.gov

**Billing Address**

Michael Vermeys
BLM
1500 E. Winnemucca Blvd.
Winnemucca, NV 89445
775-315-5547
mvermeys@blm.gov

**Payment Information**

Payment Status: Captured
Payment: MasterCard ending in 0274

AR08448

p2

9/12/2017

DEPARTMENT OF THE INT[__]OR Mall - Your IdeaStage Order Receipt

## Order Information

**Status: Order In Process**



| Item | |
|---|---|
| 11812-BL | BLANK ITEM (×6) |
| SHIPPING | |
| SETUP | |
| RUNNING | |

| | |
|---|---|
| Subtotal: | $206.88 |
| Tax: | $0.00 |
| Shipping: | $22.76 |

**Order Total: $229.64**

2/2

https://mail.google.com/mail/u/0/?ui=2&ik=7d6ea7ff338j&ver=6H9snhMcJ_A8.en.&view=pt&search=inbox&th=15e14l8f15e4e319b&simi=15e14l9f15e4e319b

AR08449



*LLNVN03500*
*L5705. IA*                    *R-89*
*LVRG FI705280 17x*

*Michael Vermeys*

## Invoice #11139                                          7/27/2017

**Prepared For:**
Bureau of Land Management
Eleanor Taylor
5100 E. Winnemucca BLVD.
Winnemucca, NV 89445

Phone:  623-1541          Fax:     623-1592
Alt. Phone
E-Mail:

**Prepared By:**
Amy Jenkins
Jim Dandy Productions
1178 East Winnemucca Blvd.
Winnemucca, NV 89445
USA

Phone.  775-623-2918      Fax:     775-623-2922
Alt. Phone.
E-Mail·  jimdandyawards@att.net

**Description:**
Burning Man Signs
This Job's due date· 7/22/2017

| Quantity | Description | Each | Total | Taxable |
|---|---|---|---|---|
| 10 | 18.00 in x 24.00 in Vinyl Print Media 3640<br>Top laminated with 210 Oraguard<br>Mounted on Coroplast white 18x24 | 22.2315 | $222.32 | |
| 10 | 18.00 in x 24.00 in Vinyl Print Media 3640<br>Top laminated with 210 Oraguard<br>Mounted on Coroplast white 18x24 | 22.2315 | $222.32 | |
| 5 | 18.00 in x 24.00 in Vinyl Print Media 3640<br>Top laminated with 210 Oraguard<br>Mounted on Coroplast white 18x24 | 24.2415 | $121.21 | |
| 5 | 18.00 in x 24.00 in Vinyl Print Media 3640<br>Top laminated with 210 Oraguard<br>Mounted on Coroplast white 18x24 | 24.2415 | $121.21 | |
| | | Subtotal | $687.05 | |
| | | Total Due | $687.05 | |

**Terms:**

This estimate good for 30 days.  Full payment net 30 days.

Jim Dandy Productions
50 E. Railroad St
WINNEMUCCA, NV 89445
775-623-2918
5435845552898073

**SALE**

MID: 7300   Store: 0001  Term: 0002
Batch #: 429      REF#: 00000002
07/27/17      RRN#: 720819404724
Trans ID: 0727MGF0TWJ8  12:47:35
APPR CODE: 029606
MASTERCARD
************0274                   Swiped

AMOUNT      $687.05

APPROVED
THANK YOU
CUSTOMER COPY

AR08450

*CUIT EVENT    LLNV WØSSØP*
*Logistics Supplies  LS105, EA*
*— LVRCF 1705 280 17c*
*R-90*

*Michael Vermeys*



LOWE'S HOME CENTERS, LLC
375 STANLEY DR E
FERNLEY, NV 89408   (775) 980-4000

- SALE -
SALES#: S2661ST1 2313252   TRANS#: 23159999 08 19 17

309791 NIAGARA J2-CT PURIFIED WA      19.85
          5 @     3.97
656861 SYD ALPHA NUMBER COMB          7.98
586968 QBR 1LB 6X1 CRS DRYW SCRW      6.96
752968 STANLEY 2-PACK CLASSIC 99      6.98
757233 IWN 5 PACK DRYWALL UTILIT      2.48
13357 24-IN X 25-FT FOIL BUBBLE      73.35
          3 @    24.45
211017 5 GAL LOWES BUCKET LETTA      14.90
          5 @     2.98
647675 32-OZ VIREX DISINFECTANT       2.98
369887 32-OZ ZEP ALL-PURPOSE CLN      7.92
          4 @     1.98
569154 WD-40 12-OZ SMART STRAW H      4.99

          SUBTOTAL:      148.39
          TOTAL TAX:       0.00
INVOICE 23276 TOTAL:     148.39
          H/C:      148.39

H/C:XXXXXXXXXXXX0274 AMOUNT:148.39 AUTH#:D70665
KEYED REF1D:266123061075 08/19/17 09:30:21
CUSTOMER CODE: burningman



STORE: 2661   TERMINAL: 23   08/19/17 09:30:35
# OF ITEMS PURCHASED:       23
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: DAVID BERNITZEN

LOWE'S PRICE MATCH GUARANTEE
FOR MORE DETAILS, VISIT LOWES.COM/PRICEMATCH

••••••••••••

AR08451

2017 EVENT
7/ NOTEBOOKS
2) 2 Locking
Cabinets
for LE

LLNVW∅ 356∅
LJ10S EA
LVRCF1705 280.   17x

R-91

Michael Vermeys

# STAPLES

355 Plumb Lane
RENO, NV 89502
(775) 324-7700

SALE

1798458 2 002 60902
1472 08/23/17 12:31

Your Sales Associate was:
Alina R

| QTY | SKU | PRICE |
|-----|-----|-------|
| 1 | OD 18IN 2DR VERT G *<br>029404144431 | |
| | Instant Savings <-4.00> | 49.99N |
| 1 | OD 18IN 2DR VERT G *<br>029404144431 | |
| | Instant Savings <-4.00> | 49.99N |
| 1 | STPLS 2 MINICOMP 3<br>718103108447 | |
| 1 | STPLS 2 MINICOMP 3<br>718103108447 | 2.00N |
| 1 | STPLS 2 MINICOMP 3<br>718103108447 | 2.00N |
| 1 | STPLS 2 MINICOMP 3<br>718103108447 | 2.00N |
| 1 | STPLS 2 MINICOMP 3<br>718103108447 | 2.00N |
| 1 | STPLS 2 MINICOMP 3<br>718103108447 | 2.00N |
| 1 | STPLS 2 MINICOMP 3<br>718103108447 | 2.00N |
| 1 | STPLS 2 MINICOMP 3<br>718103108447 | 2.00N |

SUBTOTAL                        2.00N

Tax Exempt Number 4639408436        113.98

TOTAL                    $113.98

MasterCard              USD$113.98
Card No.: XXXXXXXXXXXXX0274 [S]
Auth No.: 019128

## TOTAL ITEMS   9

...ently on promotion.  ...

AR08452



R-92 Douglas Young

**LOWE'S**

LOWE'S HOME CENTERS, LLC
375 STANLEY DR E
FERNLEY, NV 89408   (775) 980-4000

- SALE -
SALES#: S2661LT1 2104607   TRANS#: 25182012 08-19-17

71877 HM #66 KWIKSET BRASS KEY        32.06
14 @     2.29

                    SUBTOTAL:        32.06
                         TAX:         2.28
         INVOICE 23331 TOTAL:        34.34  ①
                         M/C:        34.34

M/C.XXXXXXXXXXXX6916 AMOUNT:34.34 AUTHCD:094500
CHIP REFID:266123061148 08/19/17 15:33:46
CUSTOMER CODE: burning nan
APL: MASTERCARD   IVR: 0000008000
AID: A0000000041010   TSI: E800



STORE: 2661   TERMINAL: 23   08/19/17 15:34:26
# OF ITEMS PURCHASED:        14
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: DAVID BERNTZEN

LOWE'S PRICE MATCH GUARANTEE
FOR MORE DETAILS, VISIT LOWES.COM/PRICEMATCH

**********************************************
*         YOUR OPINIONS COUNT!               *
*     REGISTER FOR A CHANCE TO BE            *
*    ONE OF FIVE $300 WINNERS DRAWN MONTHLY! *
*     ¡REGISTRESE EN EL SORTEO MENSUAL       *
*  PARA SER UNO DE LOS CINCO GANADORES DE $300! *
*                                            *
* REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY *
*    WITHIN ONE WEEK AT: www.lowes.com/survey *
*       Y O U R   I D #  23331 2661 231      *
*                                            *
*    NO PURCHASE NECESSARY TO ENTER OR WIN.  *
* VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER. *
* OFFICIAL RULES & WINNERS AT: www.lowes.com/survey *
**********************************************
   STORE: 2661   TERMINAL: 23   08/19/17 15:34:26

AR08453

FOR OFFICIAL USE ONLY



United States Department of
Health & Human Services

**Assistant Secretary for Preparedness and Response**

# Center for Tactical Medicine
# Office of Emergency Management
# Medical Threat Assessment

# Burning Man Event 2017
# Black Rock Desert, NV

UNCLASSIFIED
For Official Use Only/Law Enforcement Sensitive
(U/FOUO/LES)
12 July 2017

**WARNING:** All information listed in this Medical Threat Assessment, unless otherwise marked, should be treated as law enforcement sensitive (LES). LES information may not be furnished to agencies outside of law enforcement, DoD, the U.S. government, or public safety agencies. Disclosure of LES information could jeopardize ongoing investigations and the safety of law enforcement personnel. Information marked (U) is unclassified. Information marked (FOUO) is for Official Use Only. Information should not be released to the media, or other agencies within or outside HHS without a need to know. This report contains privileged information, which must be protected. Further dissemination should be limited to a minimum, consistent with the purpose of supporting effective law enforcement and public safety. Persons or organizations violating distribution restrictions will be banned from receiving future Medical Threat Assessments.

CTM 2017-42
OS/ASPR/OEM/PREP/TACMED

AR08518

# (U/FOUO) Preface

(U/FOUO) The following Medical Threat Assessment (MTA) contains information and intelligence compiled by the Center for Tactical Medicine from reports generated by local, state and federal information and intelligence sharing partners. The MTA contains only UNCLASSIFIED information; NO Classified sources are accessed, reviewed or otherwise used to create this MTA. Further dissemination of the MTA will be limited to a minimum, consistent with the purpose of supporting homeland security, critical infrastructure protection, effective law enforcement and public safety. This collection of open source information is offered for informational purposes only. It is not, and should not be, construed as official evaluated intelligence. Points of view or opinions are those of the individual authors and do not necessarily represent the official position or policies of HHS. The MTA is raw information intended to assist recipients by providing indications and warnings (I&W); the MTA does NOT provide reasonable suspicion or probable cause. This MTA, including the threat level statement, is only a snapshot of actual or potential medical threats, as assessed at the time of publication.



(U) Black Rock City and LE Command Center, Black Rock Desert (2012)

AR08519

# (U/FOUO/LES) Executive Summary

(U/FOUO) This Medical Threat Assessment (MTA) assesses the area of operations to delineate (1) medical threats and countermeasures, (2) health vulnerabilities and mitigation strategies, and (3) available medical resources in order to enhance the safe and effective execution of the planned law enforcement mission. Based on current medical indicators, the Burning Man Event 2017 has a MODERATE risk for adverse medical sequelae.

(U/FOUO) While comprehensive planning and preparation coupled with on-scene vigilance is always the appropriate approach, the medical support of this mission is enhanced overall in this setting by several factors. First, a dedicated team of medical professionals providing 24-hour medical coverage will be available at the event location. Second, solid public agency partnerships with good corporate knowledge of the event are providing coordinated aviation evacuation capability to the Trauma Center in Reno. Third, a number of targeted interventions (medical preplanning, just-in- time training, individual medical kits (IFAKs) and medical pre-screening of Federal employees before the operation begins) will greatly increase the likelihood for operational success.

(U/FOUO/LES) There are, however, several notable areas of concern for this event. One of the central concerns for this event is the remote location of definitive trauma and burn care in Reno, approximately 150 miles away from the Burning Man site. Given that many critical injuries are time-sensitive and that the goal of field care is to reach definitive care as rapidly as possible, *this gap is in many ways the critical planning tenet of the medical support mission for this event*. The expected high ambient temperatures coupled with significant open spaces may heighten the scope of heat-related illness with dehydration, particularly in elderly visitors or children. As a public health matter best prevented, food-borne illness can be temporarily incapacitating for a team if not recognized then managed early and aggressively. The high profile nature of the event coupled with the traditionally large crowds raises the concern for a highly complex mass casualty response scenario, such as triggered by a lone wolf active shooter or a multi-pronged conventional terrorist attack, akin to a Mumbai-style assault.

(U/FOUO/LES) Based on the findings of this MTA, a layered approach to medical support is likely to provide the best coverage package. A comprehensive laydown of on-scene providers with both basic and advanced capability in mobile platforms accessible to all Federal employees will provide the initial medical response and the backbone of the medical infrastructure. These on-scene assets will need to be coupled with expeditious evacuation platforms, such as emergency services ground transport and air assets, in order to provide efficient access to definitive care. For select tactical applications and for law enforcement concerns, a mobile tactical medical element is recommended to contribute to critical incident response. Officers are advised to carry their personal protective equipment (e.g. individual first aid kits, gloves, sunscreen, H20), to maintain good fluid intake during the day and night, to utilize their playa dust kits, and to review specific areas of concern in this document based on their role in the event.

AR08520

FOR OFFICIAL USE ONLY

# (U/FOUO) TABLE OF CONTENTS

1. Purpose

2.  Area of Operation

3.  Threats and Countermeasures

> General Threats

> Environmental Threats

> Hazardous Materials Threats

> CBRN Threats

> Animal Threats

> Plant Threats

> Mass Casualty Incidents

4.  Health Vulnerabilities and Mitigation Strategies

> Pre-Existing Medical Conditions

> Immunizations

> Foot Care

> Mental Health

> Food-Borne Illness

5.  Medical Resources

> Aid Tents

> Local Landing Zones

> Local Medical Facility

> Trauma Center

AR08521

Burn Center

Emergency Medical Services

Air Evacuation Service

6.  Contact Information—HHS POCs

7.  Conclusion

8.  Recommendations

AR08522

FOR OFFICIAL USE ONLY

# (U/FOUO) Purpose

(U/FOUO) This Medical Threat Assessment (MTA) assesses the area of operations to delineate (1) medical threats and countermeasures, (2) health vulnerabilities and mitigation strategies, and (3) available medical resources in order to enhance the safe and effective execution of the planned law enforcement mission.

# (U) Area of Operation

## (U) Location

Black Rock Desert, Nevada

Lat/Long:       40°52′59″N 119°03′50″W

Elevation:      3,907 feet

Total Area:     1000 square miles

## (U) Terrorism and Security Threat Level

National Threat Level: Elevated (Yellow)

Defense Intelligence Agency Threat Assessment Level: Significant

Aviation/Transportation Sector Threat Level: High (Orange)

## (U) Demographics

Total Population in attendance:                approximately 100,000

Federal Employees that HHS is supporting:      approximately 250

Typical Number of LEO requiring medical assistance over event:  50-70

## (U) Climate

Temperature:    August-September:  Average 93-103 °F

                Record High 125 °F / Record Low 14 °F (night)

Rainfall:       Average of 0.28 inches of rainfall.

Pollution:      Ozone levels are high and groups that are sensitive to ozone should stay inside.

Pollen:         Grass, tree and weed pollens are moderate during this timeframe overall, but very low at this event venue.

AR08523

# (U/FOUO/LES) Threats and Countermeasures

## (U/FOUO/LES) General Threats

1. <u>Accidental Injuries</u>:  Accidental injuries are common and may be attributed to body mechanics and motor vehicle/UTV use.  The most common personal injuries include back injuries from improper lifting and small lacerations and abrasions, especially when hands are unprotected by gloves. The most common injury related to motorized equipment is a vehicular crash.  Falls from heights as little as 5-6 feet can produce significant injury.
*Countermeasures*: All personnel should employ good safety practices, use personal protective equipment and seat belts, and avoid riding on running boards or tailgates. Fall precautions should be taken to include use of well-fitted attire and footwear.

2. <u>Hostile Action/Act of Terrorism</u>:  Injuries from conventional small arms, unconventional weapons, VBIED, IEDs, active shooter, suicide bomber are considered potential threats.
*Countermeasures*: A high index of suspicion should be exercised at all times during contact with suspects.  Officers should remain alert and maintain situational awareness, and work in pairs if possible. Protective equipment (body armor, eye armor and gloves) should be used.  Officers should carry and be familiar with the contents of their Individual First Aid Kits (IFAKs).

3. <u>Blood/Body Fluid Borne Illness</u>: Transmission of HIV and Hepatitis B/C can occur when contaminated blood or body fluid breaks the mucus membrane barrier (e.g. mouth or eyes), falls on broken skin (e.g. cuts or sores), or enters through puncture or penetrating  wounds. While no large-scale protests have been scheduled for this event with potential for thrown substances, officers are encouraged to maintain vigilance in searching individual suspects with open cuts, sores or possible drug paraphernalia.
*Countermeasures*:  Use Body Substance Isolation (BSI), which includes wearing latex gloves and possibly eye shields. Use of rapid hasty decontamination techniques by BLM medical staff.  Remove soiled clothing and decontaminate as appropriate.  Seek professional medical care <u>within 3 hours</u> for any needle sticks after promptly cleansing site.

4. <u>Common Medical Conditions</u>: The most common medical conditions in law enforcement personnel last year were sinusitis, nasal congestion, small skin irritation and abrasion, eye foreign bodies, and dehydration.
*Countermeasures:* Officers should utilize their small health and medical playa kit containing selected items to prevent and treat common ailments.  For persistent or more severe conditions, promptly seek medical attention so that small manageable issues do not become incapacitating problems under deployed conditions.

AR08524

## (U) Environmental Threats

1. <u>Weather Threats</u>: During the summer months, dust storms may appear short notice and pose hazard to officers and participants by producing an environment of zero visibility.



(U) Dust Storm

*Countermeasures:* When caught in a dust storm while operating a patrol vehicle or UTV, it is recommended that officers come to a complete stop whenever possible until the dust storm passes to ensure the safety of the event participants.

2. <u>Playa Dust</u>:  Playa dust is the alkaline fine particulate sand that makes up the dry lake bed.  In addition to coating clothing and gear, it can causes significant irritation for eyes, sinuses, allergies and skin.  The playa also can be stirred into sudden dust storms, impeding visibility during vehicle movement.

AR08525

*Countermeasures:* Officers should employ eye and respiratory protection particularly during vehicle operations. Officers should limit vehicular movement during periods of low visibility such as during dust storms. Officers should also use their playa medical kit as well as a portable humidifier for use during sleep periods.



(U) Playa Dust Cover

3. <u>Heat Injury</u>: Heat injury can occur when the body's cooling mechanism does not adequately counter high ambient temperatures. As heat injury worsens, it may be characterized by flush red skin, lack of sweating and change in consciousness. If unrecognized or untreated, heat injury can be fatal. There is significant potential for heat injury on this deployment due to several factors including but not limited to the extreme temperature and extended duty days in body armor. The best cure for heat injury is prevention.

*Countermeasures*: Dressing in layers allows personnel to remove excess clothing so the perspiration can evaporate efficiently. Uniform adjustments should be allowed during extreme temperature exposure (e.g. utility uniform). Drinking adequate amounts of fluids ensures that the perspiration process works properly. If personnel become overheated, they should be removed to a cooler environment. Personnel with significant heat injury should be seen by medical personnel ASAP.

4. <u>Dehydration</u>: Dehydration occurs when the body does not maintain adequate water and electrolyte replacement. Remember that beverages such as coffee, soda, hot tea and hot chocolate do not adequately replace the body's need for water and electrolytes. In fact, caffeine and high sugar drinks act as natural diuretics contributing to the loss of water and electrolytes. Headache and irritability can be early signs of dehydra-

AR08526

tion; thirst is a late sign.

*Countermeasures*: Pre-hydrate by pushing clear fluids such as water and half-strength sport drink (commercial preparation diluted with 50% water).  A good indicator to ensure adequate fluid intake is to maintain clear-colored urine and not bright yellow urine.  Bright yellow or dark urine indicates a need to increase water intake.



## Am I Hydrated?
## Urine Color Chart

This urine color chart is a simple tool your can use to assess if you are drinking enough fluids throughout day to stay hydrated.

If your urine matches the colors numbered **1, 2, or 3 you are hydrated**.

If your urine matches the colors numbered **4 through 8 you are dehydrated** and need to drink for more fluid.

**Be Aware!** If you are taking single vitamin supplements or a multivitamin supplement, some of the vitamins in the supplements can change the color of your urine for a few hours, making it bright yellow or discolored.

Drinking fizzy drinks and drinks with Caffiene will not effectively rehydrate you.

Prepared by Michael Gold for Lotus Sports - Michael can be contacted by e-mail mike@lotussports.co.uk or by mobile: 07946 169 141

AR08527

The table (below) shows the amount of water in quarts that personnel should drink to remain hydrated at different activity levels; recommended hydration consumption per person while on duty during this deployment is one quart/hour.

| Heat Category | WBGT Index | Easy Work | | Moderate Work | | Hard Work | |
|---|---|---|---|---|---|---|---|
| | | Work / Rest | Water Intake | Work / Rest | Water Intake | Work / Rest | Water Intake |
| 1 | 78-81.9 | NL | ½ | NL | ¾ | 40/20 | ¾ |
| 2 | 82-84.9 | NL | ½ | 50/10 | ¾ | 30/30 | 1 |
| 3 | 85-87.9 | NL | ¾ | 40/20 | ¾ | 30/30 | 1 |
| 4 | 88-89.9 | NL | ¾ | 30/30 | ¾ | 20/40 | 1 |
| 5 | >90 | 50/10 | 1 | 20/40 | 1 | 10/50 | 1 |

5.  Sunburn: Sunburn can seriously degrade work performance. The UV index will likely be high.

   *Countermeasures*: Avoid sunburn by applying sunscreen that has an SPF level of at least 30. The sunscreen should be applied fifteen minutes before exposure to the sun, which allows it to penetrate the skin for maximum protection. Apply sunscreen even if it is used immediately before exposure to the sun, since some protection is better than none. Reapply as often as needed, remembering that some brands are not waterproof and perspiration may wash it away.

## (U) Hazardous Materials Threats

   Given the nature of the event, there were a number of potential sources of hazardous material exposure for law enforcement personnel. The improvised construction of many of the vehicles and structures utilized a variety of non-standard pyrotechnics, electrical systems and fuel tanks in close proximity. In addition, there were a number of illicit substances of abuse detectable in the air surrounding many of the venues. *Countermeasures*: Officers should maintain awareness for the potential of exposure to hazardous materials when performing their duties during this event. Officers should exercise caution in any situation where extrication of individuals from improvised vehicles or structures is required, particularly if an explosion or fire has occurred involving any of those constructs. Officers should be careful to use gloves when contacting suspects to avoid skin transfer of illicit substances. Officers should exercise caution in confined spaces, particularly if the air is tainted with cigarette smoke. All officers should have gas masks and appropriate filters available to them while on patrol.

AR08528



(U) Art Car Pyrotechnics with Surrounding Crowd in Close Proximity

# (U/FOUO/LES) CBRN Threats

1. <u>Chemical Weapons Threat:</u> No credible threat for this type of weapon has been reported in connection with this event. While exposure to a chemical weapon during this event is not probable, it is possible. Chemical agents are relatively simple to make and employ. Since their effects are immediate and dramatic, chemical weapons can be used to kill and injure large groups of victims rapidly. There are many types of chemical weapons, such as nerve agents and mustard gas. Indicators of possible chemical weapon attack may include a visible gas cloud and multiple collapsed victims with breathing difficulty but no apparent traumatic injury. Chemical weapons may be dispersed in many different ways, including dispersion by conventional explosion or aerosolized sprays. They exert their effects when they are inhaled or come in contact with exposed skin.

   *Countermeasures:* Due to the Global War on Terrorism (GWOT), and current threats to our homeland regarding potential use of WMD, officers are encouraged to keep their APR within operational reach during their shift in the event of chemical weapon use. If exposed, once out of the contamination zone a high percentage of self-decontamination can be achieved by removal of outer clothing layer in conjunction with copious washing using water and liquid soap.

AR08529

2. <u>CS Riot Control Agent:</u>   The most likely scenario for significant exposure to CS spray would be in the context of response to a violent protest.  CS riot control agents are lacrimators, which may cause skin irritation, excessive tearing from the eye and coughing.  Individuals with underlying respiratory conditions, such as asthma, may experience more pronounced effects including wheezing.
   *Countermeasures:*  Ventilate exposed areas in open air.  Do not rub exposed areas. Washing exposed sites with cool water can be helpful. Contact medical support for any individuals with breathing difficulty.

3. <u>Biological Threats:</u>  No credible threat for this type of weapon has been reported in connection with this event. While exposure to biological agents during this event is not probable, it is possible.  However, the consequences of this exposure would not likely manifest until several days after the event has concluded.
   *Countermeasures:*  No specific recommendations.

4. <u>Radiological Weapon/Dirty Bomb:</u> No credible threat for this type of weapon has been reported in connection with this event. A radiation dispersal device (RDD) is any device that causes the purposeful dissemination of radioactive material across an area without a nuclear detonation. Such weapons can be easily developed and used by terrorist groups using conventional weapons and access to radionuclides. The radioactive source is blown up using conventional explosives and scattered across the targeted area as debris.
   *Countermeasures:* Due to the GWOT, and current threats to our homeland regarding potential use of WMD, officers are encouraged to keep their APR within operational reach during their shift in the event of an RDD detonation. If exposed, once out of the contamination zone a high percentage of self-decontamination can be achieved by removal of outer clothing layer in conjunction with copious washing using water and liquid soap.

5. <u>Intentional Poisoning of Food or Water Supply</u>:  No credible threat for this type of weapon has been reported in connection with this event. A potential method for individuals to injure or kill law enforcement personnel would be to poison or drug a food or water item that a law enforcement officer would then consume.  One method would be to poison a water bottle then offer that bottle to a law enforcement officer.
   *Countermeasures:*  Law enforcement officers must remain vigilant about only consuming food and water from safe sources, such as from a commercial vendor or Base Camp.  Officers should NOT accept food or drink from any civilian attending the event.

# (U) Animal Threats

<u>Snakes</u>:  Rattlesnakes have been seen in the area of the playa.
*Countermeasures*:  Wear over ankle boots and long pants at all times while out on the playa.  Avoid reaching into areas without visually inspecting them first. Seek medical attention immediately if you receive a snake bite.

13

## (U) Plant Threats

<u>Dangerous plants</u>:  No vegetation given venue in dry lake bed.
*Countermeasures*: None required.

## (U/FOUO) Mass Casualty Incidents

The potential for a mass casualty incident (MCI) is an important medical consideration for this event, given the very large crowds expected.  A MCI will be managed according to the Black Rock City Emergency Services MCI Plan, which will be available during the event.

*Countermeasures:*  In addition to a posture of vigilance, law enforcement personnel are encouraged to maintain their IFAKs with them at all times during the event.  In advance of an incident, officers should be familiar with their respective roles in the MCI Plan.

# (U/FOUO/LES) Health Vulnerabilities and Mitigation Strategies

## (U) Pre-Existing Medical Conditions

Personnel health status should be reviewed and those individuals on medication should have medical staff screen the medications for effects that would interfere with mental status, judgment, physical ability to function, and increased effects due to weather or sun exposure.
*Mitigation Strategies*: A medical screening will take place during the check-in process prior to the operation.

## (U) Immunizations

<u>Required</u>:  NONE.  No vaccines are required for CONUS operations; however routine vaccinations should be up to date regardless of operation location.

<u>Recommended</u>:  NONE.

<u>Routine</u>:  Regardless of operation location, routine vaccinations should be kept up to date.  All personnel should be current with vaccinations, including childhood vaccine tions:  Tetanus/Diptheria, Influenza (Seasonal and H1N1), MMR, Polio, H. Influenza, Hepatitis A & B, and Varicella.

AR08531

## (U) Foot Care

Officers should be aware of the potential for fungal foot infections which can be common in conditions such as found during this mission.  While not medically serious in most cases, such foot infections ("athlete's foot") can lead to difficulty and discomfort during long periods on patrol.
*Mitigation Strategies*: Officers are encouraged to follow good foot care practices, including properly fitting boots, routine changing of socks and keeping feet dry.

## (U) Mental Health

None identified.

## (U) Food-Borne Illness

Best prevented, food-borne illness can be temporarily incapacitating for a team if not recognized then managed early and aggressively.
*Mitigation Strategies*:  Force personnel should pay attention to properly storing and consuming food.  Eat hot foods while they are hot, and keep cold foods refrigerated until they are consumed.  Do not eat foods that have been improperly stored and avoid easily perishable foodstuffs (such as sandwiches with mayonnaise) if storage practices are undetermined.  Wash hands before eating and after visiting bathroom facilities.

## (U/FOUO/LES) Working Dogs

The environmental conditions (heat, playa dust, dry climate) exert a particular toll on canines (K-9).  During the prior events, operators required rooms with bath Tubs to ensure their dogs could wash their paws daily. The most common items used for the K-9 dogs were moleskin for pads, Vaseline for pads, and humidifiers for nasal congestion. Of note, K-9 officers who resided with the K-9 dogs reported relief of their dogs' nasal congestion symptoms when the humidifiers were employed and observed that the K-9 dogs appeared to be more accurate with "hits" on illicit drugs.
*Mitigation Strategies*:  All K-9 Officers should have rooms with tubs.  A K-9 kit should be configured for all K-9 teams.  Humidifiers should be standard for K-9 teams.

## (U/FOUO/LES) Vulnerable Populations-Pediatrics

One area of particular concern is the significant pediatric population present during the event.  Given their anatomic and physiologic differences from adults, children are especially susceptible to many of the medical threats identified in the prior section of this report.  Also, given the nature of the event, there is the potential for predatory behavior against children.

AR08532

*Mitigation Strategies*:  Officers should be aware of the unique issues affecting children at this event and vigilant for any potential problems.

# (U/FOUO/LES) On-Scene Medical Resources

One of the central concerns for this event is the remote location of definitive trauma and burn care in Reno, approximately 150 miles away from the Burning Man site.  Given that many critical injuries are time-sensitive and that the goal of field care is to reach definitive care as rapidly as possible, *this gap is in many ways the critical planning tenet of the medical support mission for this event*.

Note:  Medical resources may be accessed during the event by calling for the medic unit on the radio or requesting a medic unit through control.  The information provided below is for LE situational awareness in a crisis situation.



(U) Map of Medical Infrastructure

# (U) Aid Tents

AR08533

Medical Aid Tents are strategically located at the 3 o'clock and 9 o'clock positions. The tents are staffed with medical personnel.  The tents provide an access point for immediate care and subsequent entry into the medical support infrastructure for the event.



(U) Aid Tent

## (U)  Local Landing Zone (LZ)

Local LZ will be Gerlach High School football field.

## (U/FOUO/LES)  Local Medical Facility

Name:            Rampart Medical Center  (CrowdRX)

Phone:           xxx.xxx.xxxx

Helipad:                          NO

24 Hour ED:                       YES

Emergency Medicine Physicians:    Limited

MEDEVAC:                          YES (from Gerlach High School)

Notes:  Rampart General Hospital is the contract hospital that will provide general medical support to the participants of Burning Man.   Rampart General Hospital is located close to Center Camp.

In the past, Rampart General has consisted of acute care beds, an area for observation and care, an x-ray unit, a laboratory with rapid bedside tests, and several deployable ground ambulances.  The medical staff has consisted of EMTs, Paramedics, Nurses, Residents,

AR08534

and Emergency Physicians.  Aero-medical evacuation was available for patients requiring transfer to definitive care.

The civilian medical infrastructure, particularly Rampart General Hospital, was not felt secure for routine use by LEOs.  The close juxtaposition of LEOs and event participants poses complications for weapon security and personnel safety.  The x-ray and laboratory capability onsite may have value for the medical care of LEO personnel in select situations, unless similar parallel provisions are set up elsewhere on-scene.

# (U) Trauma Center

| | |
|---|---|
| Name: | Reno Regional Medical Center  (Level II) |
| | 1155 Mill St |
| | Reno, NV, 89502 |
| | |
| Phone: | 775.982.4100 |
| | |
| Helipad: | YES (50x100) (Lighted) |
| | |
| 24 Hour ED: | YES |
| | |
| Emergency Medicine Physicians: | YES |
| | |
| Number of Trauma Rooms: | 06 |
| | |
| Number of Beds: | 529 |
| | |
| 24 Hour X-Ray: | YES |
| | |
| 24 Hour Lab: | YES |
| | |
| 24 Hour CT Scan: | YES |
| | |
| Anesthesiology: | In house Day / Night |
| | |
| Burns: | In house Day / Night |
| | |
| Cardiology: | In house Day / Night |
| | |
| Ophthalmology: | On Call |
| | |
| Neonatal: | In house Day / Night |
| | |
| Pediatrics: | In house Day / Night |

AR08535

| | |
|---|---|
| Psychiatry: | In house Day / Night |
| Pulmonary: | In house Day / Night |
| Radiology: | In house Day / Night |
| General Surgery: | In house Day / Night |
| Cardio Thoracic Surgery: | In house Day / Night |
| Neurosurgery: | On Call |
| Pediatric Trauma: | In house Day |
| Eye Trauma: | In house Day |
| Decontamination: | The Emergency Department has the capability of conducting full DECON/triage operations outside the Emergency Department entrance. |
| Prisoner Holding Area: | The Emergency Department has secure area for either prisoner holding or mental evaluation. |

## (U) Burn Center

Name:       Reno Regional Medical Center
            1155 Mill St
            Reno, NV, 89502

## (U) Emergency Medical Services (EMS)

Name: Black Rock City(HGH EMS)
Phone: Radio Dispatch
Assets:   Fire/ALS/Rescue Service

NOTES:  During the event, this EMS agency will have pre- staged medical assets around the city.

## (U) Air Medical Evacuation Service

1.       Care Flight
         Program Type: EMS
         Location: Reno, NV
         Parent Organization: REMSA

AR08536

Operated by: Care Flight
Aircraft: A-star (single patient)

## (U/FOUO) Contact Information—HHS POCs

████████████████     ████████████
████████████         ████████████

HHS Secretary's Operation Center (24/7)    202.619.7800

AR08537

# (U/FOUO/LES) Conclusion

(U/FOUO) Based on current medical indicators, the 2016 Burning Man has a MODERATE risk for adverse medical sequelae.

(U/FOUO) While comprehensive planning and preparation coupled with onscene vigilance is always the appropriate approach, the medical support of this mission is enhanced overall in this setting by several factors. First, a dedicated team of medical professionals providing 24-hour medical coverage will be available at the event location. Second, solid public agency partnerships with good corporate knowledge of the event are providing coordinated aviation evacuation capability to the Trauma Center in Reno. Third, a number of target interventions (medical pre-planning, just-in- time training, individual medical kits (IFAKs) and medical pre-screening of Federal employees before the operation begins) will greatly increase the likelihood for operational success.

(U/FOUO/LES) There are, however, several notable areas of concern for this event. One of the central concerns for this event is the remote location of definitive trauma and burn care in Reno, approximately 150 miles away from the Burning Man site. Given that many critical injuries are time-sensitive and that the goal of field care is to reach definitive care as rapidly as possible, *this gap is in many ways the critical planning tenet of the medical support mission for this event.* The expected high ambient temperatures coupled with significant open spaces may heighten the scope of heat-related illness with dehydration, particularly in elderly visitors or children. As a public health matter best prevented, food-borne illness can be temporarily incapacitating for a team if not recognized then managed early and aggressively. The high profile nature of the event coupled with the traditionally large crowds raises the concern for a highly complex mass casualty response scenario, such as triggered by a lone wolf active shooter or a multi-pronged conventional terrorist attack, akin to a Mumbai-style assault.

# (U/FOUO/LES) Recommendations

(U/FOUO/LES) Based on the findings of this MTA, a layered approach to medical support is likely to provide the best coverage package. A comprehensive laydown of onscene providers with both basic and advanced capability in mobile platforms accessible to all Federal employees will provide the initial medical response and the backbone of the medical infrastructure. These onscene assets will need to be coupled with expeditious evacuation platforms, such as emergency services ground transport and air assets, in order to provide efficient access to definitive care. For select tactical applications and for law enforcement concerns, a mobile tactical medical element is recommended to contribute to critical incident response. Officers are advised to carry their personal protective equipment (e.g. individual first aid kits, gloves, sunscreen, H20), to maintain good fluid intake during the day and night, to utilize their playa dust kits, and to review specific areas of concern in this document based on their role in the event.

AR08538

**FOR OFFICIAL USE ONLY**

**THIS PAGE INTENTIONALLY LEFT BLANK**

**AR08539**