UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK ROCK CITY LLC *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEBRA HAALAND, <br> Secretary, U.S. Department of the Interior, *et al.*,[1] <br><br> *Defendants*. | No. 19-cv-3729 (DLF) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the plaintiffs' Motion for Summary Judgment, Dkt. 28, is **GRANTED IN PART** and **DENIED IN PART**.  Accordingly, it is **ORDERED** that the Closeout Decisions issued between 2015 and 2019 are **REMANDED** to the Bureau of Land Management without vacatur.  It is further

**ORDERED** that the defendants' Cross-Motion for Summary Judgment, Dkt. 30, is **DENIED**.

_____
DABNEY L. FRIEDRICH
United States District Judge

March 21, 2022

---

[1] When this complaint was filed, David Bernhardt was the Secretary of the Interior.  When Debra Haaland became Secretary, she was substituted pursuant to Fed. R. Civ. P. 25(d).