IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK ROCK CITY LLC, and <br> BURNING MAN PROJECT, <br><br> Plaintiffs, <br><br> v. <br><br> DEBRA HAALAND, <br> SECRETARY OF THE INTERIOR *et al.*, <br><br> Defendants. | Civil Action No. 19-cv-03729-DLF |

**NOTICE OF APPEAL**

Notice is hereby given that all Defendants in the above case hereby appeal to the United States Court of Appeals for the District of Columbia from the Order of the District Court entered in this action on March 21, 2022 (ECF No. 36), granting in part Plaintiffs' motion for summary judgment and denying Defendants' cross-motion for summary judgment, and from the associated Memorandum Opinion entered on March 21, 2022 (ECF No. 37).

Respectfully submitted this 19th day of May, 2022.

    TODD KIM
    Assistant Attorney General
    United States Department of Justice
    Environment and Natural Resources Division

    /s/ *Paul A. Turcke*
    PAUL A. TURCKE (Idaho Bar # 4759)
    Trial Attorney
    Natural Resources Section
    P.O. Box 7611
    Washington, D.C. 20044
    (202) 353-1389
    paul.turcke@usdoj.gov

    *Attorneys for Defendants*