# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK ROCK CITY LLC, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DEBRA HAALAND, )<br>SECRETARY OF THE INTERIOR *et al.* )<br>)<br>Defendants. )<br>) | Civ. Action No. 1:19-cv-03729-DLF |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Black Rock City LLC and Burning Man Project hereby appeal to the United States Court of Appeals for the District of Columbia from the Order of the District Court dated March 21, 2022 (ECF No. 36) in the above-referenced case, which granted in part and denied in part Plaintiffs' motion for summary judgment and denied Defendants' cross-motion for summary judgment, and from the associated Memorandum Opinion dated March 21, 2022 (ECF No.37).

Respectfully submitted this 19th day of May, 2022.

HOLLAND & KNIGHT LLP

By: /s/ Rafe Petersen

Rafe Petersen (Bar ID Number: 465542)
Alexandra E. Ward
800 17th Street NW, #1100
Washington, D.C. 20006
(202) 419-2481

*Attorneys for Plaintiffs Black Rock City LLC and Burning Man Project*

#157773451_v2