# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5148**  September Term, 2022

1:19-cv-03729-DLF

Filed On: December 12, 2022 [1977277]

Black Rock City LLC and Burning Man
Project,

       Appellees

    v.

Debra A. Haaland, in her official capacity as
Secretary of the United States Department
of the Interior, et al.,

       Appellants

## M A N D A T E

In accordance with the order of December 12, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                     BY:   /s/
                              Michael C. McGrail
                              Deputy Clerk

Link to the order filed December 12, 2022