IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK ROCK CITY LLC and<br>BURNING MAN PROJECT<br><br>  Plaintiffs,<br><br>v.<br><br>DEBRA HAALAND,<br>SECRETARY OF THE INTERIOR *et al.*<br>  Defendants. | Civ. Action No. 1:19-cv-03729-DLF<br><br>PLAINTIFFS' MOTION FOR<br>ATTORNEYS' FEES AND COSTS |

Pursuant to Loc. Civ. R. 54.2(a) and Fed. R. Civ. Proc. 54(d)(2), Plaintiffs Black Rock City LLC and Burning Man Project move for attorney's fees, costs and other expenses pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).  Counsel for the parties have met and conferred with respect to this motion.

This motion is based the memorandum of points and authorities in support of this motion, the declarations and timesheets attached as exhibits in support of this motion, and all papers and records on file with the Clerk or which may be submitted before or at the time of the hearing, and any further evidence that may be offered.  A proposed order is also enclosed.

Respectfully submitted this 7th day of August, 2023.

HOLLAND & KNIGHT LLP

By: /s/ Rafe Petersen

Rafe Petersen (Bar ID Number: 465542)
Alexandra E. Ward (Bar ID Number: 1687003)
800 17th Street NW, #1100
Washington, D.C. 20006

rafe.petersen@hklaw.com  
alexandra.ward@hklaw.com  
T: (202) 419-2481  
F: (202) 955-5564  

*Attorneys for Plaintiffs Black Rock City LLC and Burning Man Project*

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2023, I electronically filed the foregoing PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS with the Clerk of the Court via the CM/ECF system, which will send notification of such filing to all counsel of record.

HOLLAND & KNIGHT LLP

By: /s/ Rafe Petersen

Rafe Petersen (Bar ID Number: 465542)