# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BLACK ROCK CITY LLC and<br>BURNING MAN PROJECT<br><br>    Plaintiffs,<br><br>v.<br><br>DEBRA HAALAND,<br>SECRETARY OF THE INTERIOR *et al.*<br><br>    Defendants. | Civ. Action No. 1:19-cv-03729-DLF |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Attorneys' Fees and Costs it is hereby ORDERED that:

- Defendants shall pay _____ in attorney's fees.

- Defendants shall reimburse Plaintiffs \_\_\_\_\_ in costs.

SO ORDERED this \_\_\_ day of _____, 2023.

_____
Judge Dabney L. Friedrich

#226539146_v1