**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ————————————————————— )<br>BLACK ROCK CITY LLC and )<br>BURNING MAN PROJECT )<br>  )<br>      Plaintiffs, )<br>  )<br>v. )<br>  )<br>DEBRA HAALAND, )<br>SECRETARY OF THE INTERIOR *et al.* )<br>  )<br>      Defendants. )<br>  )<br>————————————————————— ) | Civ. Action No. 1:19-cv-03729-DLF<br><br>DECLARATION OF ADAM BELSKY<br>IN SUPPORT OF PLAINTIFFS' MOTION<br>FOR ATTORNEYS' FEES AND<br>EXPENSES |

I, Adam Belsky, hereby declare and state that:

1.    I submit this declaration in support of the Plaintiffs' motion for attorneys' fees and other expenses in the above-captioned case. The facts set forth below are based on my personal knowledge. If called as a witness in these proceedings, I could and would testify competently to these facts.

2.    I am the General Counsel for Burning Man Project. I have worked for Burning Man Project and its predecessors and subsidiaries, including Black Rock City LLC (collectively referred to as "BMP"), since February 1, 2022.

3.    I make this declaration in support of BMP's motion for attorney fees and costs incurred in BMP's case before the U.S. District Court for the District of Columbia.

4.    BMP is a non-profit organization based in San Francisco that meets the standards for tax exempt status under the Internal Revenue Service ("IRS") Code Section 501(c)(3).

Attached to this Declaration as **Exhibit A** are BMP's 990 Forms for Years 2019, 2020, and 2021, which certify the organization's 501(c)(3) status.[1]

5.      BMP retained Holland & Knight LLP to represent BMP in this case in 2019.

6.      BMP had previously retained David Levin of Levin Law Firm to assist with disputes and legal issues relating to BMP's use of public lands for its annual Event. The Levin Law Firm worked on the six appeals of cost recovery decisions before the Interior Board of Land Appeals ("IBLA") that were ultimately the subject of this litigation.

7.      We requested Holland & Knight's assistance to file the above-referenced case before this Court because, after several years, the IBLA did not render decisions on any of BMP's appeals while BLM continued to annually impose impermissible, burdensome costs and additional unnecessary requirements on the Burning Man Event.

8.      BMP commenced this action on December 13, 2019 when its Complaint was filed with this Court.

9.      Holland & Knight and the Levin Law Firm collaborated on the litigation of this matter. Their tasks did not overlap.

10.      BMP lists the total number of employees that it employs over the course of the year on its 990 Forms, which includes thousands of seasonal and temporary workers that assist with its annual Event. These temporary or seasonal employees are not otherwise employed by BMP when the Event is not occurring. Therefore, the total number in the 990 Forms does not accurately represent the number of full-time employees employed by BMP at the time that this action was commenced.

---

[1] BMP's 990 Form for 2022 is not due until November 2023 and is not yet available.

11.     Upon information and belief, and after review of BMP's employment records for 2019, BMP had 118 full-time employees and 15 part-time employees in December of 2019 when this action commenced, totaling 133 employees.

12.     To the best of my knowledge, BMP does not owe any debt to the United States federal government at the time of filing this EAJA petition.


I declare under penalty of perjury that the above is true and correct to the best of my knowledge and belief.


DATE: <u>August 3, 2023</u>

_____

Adam Belsky

# EXHIBIT A

**Caution:** Forms printed from within Adobe Acrobat may not meet IRS or state taxing agency specifications. When using Acrobat, select the "Actual Size" in the Adobe "Print" dialog.

PUBLIC DISCLOSURE COPY

** PUBLIC DISCLOSURE COPY **

OMB No. 1545-0047

Form **990**
(Rev. January 2020)
Department of the Treasury
Internal Revenue Service

# Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

▶ Do not enter social security numbers on this form as it may be made public.
▶ Go to www.irs.gov/Form990 for instructions and the latest information.

**2019**

Open to Public
Inspection

**A** For the 2019 calendar year, or tax year beginning _____ and ending _____

| **B** Check if applicable: | **C** Name of organization | **D** Employer identification number |
|---|---|---|
| ☐ Address change | **BURNING MAN PROJECT** | |
| ☐ Name change | Doing business as | **45-2638273** |
| ☐ Initial return | Number and street (or P.O. box if mail is not delivered to street address) Room/suite | **E** Telephone number |
| ☐ Final return/terminated | **660 ALABAMA STREET, 4TH FLOOR** | **415-865-3800** |
| ☐ Amended return | City or town, state or province, country, and ZIP or foreign postal code | **G** Gross receipts $ **47,691,152.** |
| ☐ Application pending | **SAN FRANCISCO, CA  94110** | |
| | **F** Name and address of principal officer: **MARIAN GOODELL** | **H(a)** Is this a group return for subordinates? ☐ Yes ☒ No |
| | **SAME AS C ABOVE** | **H(b)** Are all subordinates included? ☐ Yes ☐ No |

**I** Tax-exempt status: ☒ 501(c)(3)  ☐ 501(c) (   )◀ (insert no.)  ☐ 4947(a)(1) or  ☐ 527
If "No," attach a list. (see instructions)

**J** Website: ▶ **WWW.BURNINGMANPROJECT.ORG**
**H(c)** Group exemption number ▶

**K** Form of organization: ☒ Corporation  ☐ Trust  ☐ Association  ☐ Other ▶   **L** Year of formation: **2011** **M** State of legal domicile: **CA**

## Part I  Summary

| | | |
|---|---|---|
| **1** | Briefly describe the organization's mission or most significant activities: **UPHOLD AND MANIFEST THE TEN PRINCIPLES OF BURNING MAN INTERNATIONALLY THROUGH ART AND CULTURE,** | |
| **2** | Check this box ▶ ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets. | |
| **3** | Number of voting members of the governing body (Part VI, line 1a) ........... **3** | **19** |
| **4** | Number of independent voting members of the governing body (Part VI, line 1b) .. **4** | **14** |
| **5** | Total number of individuals employed in calendar year 2019 (Part V, line 2a) .... **5** | **986** |
| **6** | Total number of volunteers (estimate if necessary) ................. **6** | **10000** |
| **7a** | Total unrelated business revenue from Part VIII, column (C), line 12 ........ **7a** | **0.** |
| **b** | Net unrelated business taxable income from Form 990-T, line 39 .......... **7b** | **0.** |

| | | Prior Year | Current Year |
|---|---|---|---|
| Revenue | **8** Contributions and grants (Part VIII, line 1h) ................. | 2,074,927. | 2,217,006. |
| | **9** Program service revenue (Part VIII, line 2g) ................ | 44,301,800. | 43,743,993. |
| | **10** Investment income (Part VIII, column (A), lines 3, 4, and 7d) ........ | 17,132. | 53,256. |
| | **11** Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) .... | 247,796. | 400,620. |
| | **12** Total revenue - add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 46,641,655. | 46,414,875. |
| Expenses | **13** Grants and similar amounts paid (Part IX, column (A), lines 1-3) ....... | 2,219,048. | 1,708,753. |
| | **14** Benefits paid to or for members (Part IX, column (A), line 4) ......... | 0. | 0. |
| | **15** Salaries, other compensation, employee benefits (Part IX, column (A), lines 5-10) | 16,715,283. | 18,905,799. |
| | **16a** Professional fundraising fees (Part IX, column (A), line 11e) ........ | 0. | 85,989. |
| | **b** Total fundraising expenses (Part IX, column (D), line 25) ▶ 1,021,868. | | |
| | **17** Other expenses (Part IX, column (A), lines 11a-11d, 11f-24e) ....... | 25,107,477. | 25,364,325. |
| | **18** Total expenses. Add lines 13-17 (must equal Part IX, column (A), line 25) ... | 44,041,808. | 46,064,866. |
| | **19** Revenue less expenses. Subtract line 18 from line 12 .......... | 2,599,847. | 350,009. |

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| Net Assets or Fund Balances | **20** Total assets (Part X, line 16) .................... | 30,236,682. | 31,715,370. |
| | **21** Total liabilities (Part X, line 26) ................... | 3,980,326. | 5,109,005. |
| | **22** Net assets or fund balances. Subtract line 21 from line 20 ........ | 26,256,356. | 26,606,365. |

## Part II  Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| | | | |
|---|---|---|---|
| Sign Here | ▶ Signature of officer | | Date |
| | ▶ **JENNIFER RAISER, TREASURER** | | |
| | Type or print name and title | | |

| | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| Paid Preparer Use Only | **JOUA LO** | **JOUA LO** | **11/13/20** | | **P01225144** |
| | Firm's name ▶ **BAKER TILLY US, LLP** | | | Firm's EIN ▶ **39-0859910** |
| | Firm's address ▶ **135 MAIN STREET, 9TH FLOOR** | | | |
| | **SAN FRANCISCO, CA 94105-1815** | | | Phone no. **(415) 781-2500** |

May the IRS discuss this return with the preparer shown above? (see instructions) ........... ☒ Yes  ☐ No

932001 01-20-20   **LHA  For Paperwork Reduction Act Notice, see the separate instructions.**   Form **990** (2019)

**SEE SCHEDULE O FOR ORGANIZATION MISSION STATEMENT CONTINUATION**

Form 990 (2019)  BURNING MAN PROJECT  45-2638273  Page **2**

| Part III | Statement of Program Service Accomplishments |
|---|---|

Check if Schedule O contains a response or note to any line in this Part III ........................................... [X]

**1** Briefly describe the organization's mission:

BURNING MAN PROJECT FACILITATES AND EXTENDS BURNING MAN CULTURE INTO
THE LARGER WORLD. ITS CHARITABLE MISSION IS TO UPHOLD AND MANIFEST THE
VALUES REFLECTED IN THE TEN PRINCIPLES OF BURNING MAN, SPECIFICALLY:
RADICAL INCLUSION, GIFTING, DECOMMODIFICATION, RADICAL SELF-RELIANCE,

**2** Did the organization undertake any significant program services during the year which were not listed on the
prior Form 990 or 990-EZ? ........................................................................................... ☐ Yes [X] No
If "Yes," describe these new services on Schedule O.

**3** Did the organization cease conducting, or make significant changes in how it conducts, any program services? ........ ☐ Yes [X] No
If "Yes," describe these changes on Schedule O.

**4** Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses.
Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total expenses, and
revenue, if any, for each program service reported.

**4a** (Code: _____ ) (Expenses $ 26,253,997. including grants of $ 231,753. ) (Revenue $ 42,785,229. )
BLACK ROCK CITY
BLACK ROCK CITY ("BRC") IS A TEMPORARY METROPOLIS DEDICATED TO ART,
COMMUNITY, AND CULTURE CREATED BY ITS 70,000+ PARTICIPANTS AND GUIDED
BY THE TEN PRINCIPLES OF BURNING MAN (SEE ABOVE). THROUGH THE ANNUAL
CONSTRUCTION OF THIS PHYSICAL SPACE, BURNING MAN PROJECT ("BMP")
EMPOWERS AND INSPIRES PARTICIPANTS TO DISCOVER, INVENT, AND ENGAGE IN
NEW WAYS. THIS EXPERIENCE LEADS TO MORE ART AND MORE CIVICALLY-ENGAGED
CITIZENS AROUND THE WORLD.

BRC SERVES AS A BLANK CANVAS THAT INSPIRES PARTICIPATION, CREATIVITY,
AND ARTISTIC AND CULTURAL EXPERIMENTATION. BURNING MAN HAS DEVELOPED AN
APPROACH TO ART THAT IS COMMUNITY-DRIVEN, INCLUSIVE, INTERACTIVE, AND

**4b** (Code: _____ ) (Expenses $ 2,671,700. including grants of $ 1,366,273. ) (Revenue $ 293,381. )
BURNING MAN ARTS
THE BURNING MAN ARTS PROGRAM INCLUDES THE ART OF BLACK ROCK CITY, CIVIC
ARTS, AND GLOBAL ART GRANTS.

BLACK ROCK CITY HONORARIA: THE AWARD OF $1,255,737 IN GRANT FUNDS ALONG
WITH OTHER RESOURCES AND CAPACITY PLANNING TO ARTISTS IN THE CREATION
AND INSTALLATION OF 71 WORKS OF ART IN BLACK ROCK CITY, NEVADA. 10 OF
THOSE PROJECTS RECEIVING GRANT FUNDS WERE CREATED BY ARTISTS BASED
OVERSEAS AND BROUGHT TO THE U.S. EACH HONORARIUM RECIPIENT IS REQUIRED
TO RAISE A SIGNIFICANT PORTION OF THEIR BUDGET THROUGH FUNDRAISING
WHICH HELPS CREATE STRONG COMMUNITIES AND PARTICIPATION. THE ART
PROJECTS SELECTED FOR HONORARIA MUST EPITOMIZE THE

**4c** (Code: _____ ) (Expenses $ 1,188,470. including grants of $ 44,396. ) (Revenue $ 27,485. )
CIVIC ENGAGEMENT
BMP'S CIVIC ENGAGEMENT PROGRAM INCLUDES THE BURNING MAN REGIONAL
NETWORK (THE "REGIONAL NETWORK") AND BURNERS WITHOUT BORDERS. THE
REGIONAL NETWORK IS A GLOBAL NETWORK OF INDIVIDUALS, EVENTS, AND
ORGANIZATIONS INSPIRED BY THE VALUES REFLECTED IN THE TEN PRINCIPLES.
THE REGIONAL NETWORK PLAYS A KEY ROLE IN THE YEAR-ROUND EXTENSION OF
THE BURNING MAN EXPERIENCE AND GROWTH AS A GLOBAL CULTURAL MOVEMENT. IN
37 COUNTRIES AROUND THE WORLD, OVER 260 VOLUNTEER REGIONAL CONTACTS AND
META REGIONAL CONTACTS BRING BURNING MAN PRINCIPLES AND CULTURE INTO
THEIR LOCAL COMMUNITIES THROUGH 108 UNIQUE OFFICIAL REGIONAL EVENTS
AROUND THE WORLD AND OTHER YEAR-ROUND ACTIVITIES.

**4d** Other program services (Describe on Schedule O.)
(Expenses $ 3,553,892. including grants of $ 66,331. ) (Revenue $ 632,939. )

**4e** Total program service expenses ▶ 33,668,059.

Form **990** (2019)

932002 01-20-20

SEE SCHEDULE O FOR CONTINUATION(S)

Form 990 (2019)　　BURNING MAN PROJECT　　　　　　　　　　　　　　45-2638273　　Page **3**

| Part IV | Checklist of Required Schedules |
|---|---|

|  |  | | Yes | No |
|---|---|---|---|---|
| 1 | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes," complete Schedule A* | **1** | X | |
| 2 | Is the organization required to complete *Schedule B, Schedule of Contributors*? | **2** | X | |
| 3 | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If "Yes," complete Schedule C, Part I* | **3** | | X |
| 4 | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* | **4** | X | |
| 5 | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Revenue Procedure 98-19? *If "Yes," complete Schedule C, Part III* | **5** | | X |
| 6 | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D, Part I* | **6** | | X |
| 7 | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* | **7** | | X |
| 8 | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D, Part III* | **8** | | X |
| 9 | Did the organization report an amount in Part X, line 21, for escrow or custodial account liability, serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? *If "Yes," complete Schedule D, Part IV* | **9** | | X |
| 10 | Did the organization, directly or through a related organization, hold assets in donor-restricted endowments or in quasi endowments? *If "Yes," complete Schedule D, Part V* | **10** | | X |
| 11 | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X as applicable. | | | |
| a | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D, Part VI* | **11a** | X | |
| b | Did the organization report an amount for investments - other securities in Part X, line 12, that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* | **11b** | | X |
| c | Did the organization report an amount for investments - program related in Part X, line 13, that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* | **11c** | | X |
| d | Did the organization report an amount for other assets in Part X, line 15, that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* | **11d** | | X |
| e | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* | **11e** | | X |
| f | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* | **11f** | X | |
| 12a | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI and XII* | **12a** | | X |
| b | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional* | **12b** | X | |
| 13 | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* | **13** | | X |
| 14a | Did the organization maintain an office, employees, or agents outside of the United States? | **14a** | X | |
| b | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV* | **14b** | X | |
| 15 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If "Yes," complete Schedule F, Parts II and IV* | **15** | X | |
| 16 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If "Yes," complete Schedule F, Parts III and IV* | **16** | X | |
| 17 | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I* | **17** | X | |
| 18 | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If "Yes," complete Schedule G, Part II* | **18** | X | |
| 19 | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes," complete Schedule G, Part III* | **19** | | X |
| 20a | Did the organization operate one or more hospital facilities? *If "Yes," complete Schedule H* | **20a** | | X |
| b | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | **20b** | | |
| 21 | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* | **21** | X | |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Form **990** (2019)

Form 990 (2019)         BURNING MAN PROJECT                          45-2638273         Page **4**

| Part IV | Checklist of Required Schedules *(continued)* |

|  |  |  | Yes | No |
|---|---|---|---|---|
| **22** | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* | **22** | X | |
| **23** | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5 about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* | **23** | X | |
| **24a** | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K. If "No," go to line 25a* | **24a** | | X |
| **b** | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? | **24b** | | |
| **c** | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? | **24c** | | |
| **d** | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? | **24d** | | |
| **25a** | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L, Part I* | **25a** | | X |
| **b** | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L, Part I* | **25b** | | X |
| **26** | Did the organization report any amount on Part X, line 5 or 22, for receivables from or payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part II* | **26** | | X |
| **27** | Did the organization provide a grant or other assistance to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor or employee thereof, a grant selection committee member, or to a 35% controlled entity (including an employee thereof) or family member of any of these persons? *If "Yes," complete Schedule L, Part III* | **27** | | X |
| **28** | Was the organization a party to a business transaction with one of the following parties (see Schedule L, Part IV instructions, for applicable filing thresholds, conditions, and exceptions): | | | |
| **a** | A current or former officer, director, trustee, key employee, creator or founder, or substantial contributor? *If "Yes," complete Schedule L, Part IV* | **28a** | | X |
| **b** | A family member of any individual described in line 28a? *If "Yes," complete Schedule L, Part IV* | **28b** | | X |
| **c** | A 35% controlled entity of one or more individuals and/or organizations described in lines 28a or 28b? *If "Yes," complete Schedule L, Part IV* | **28c** | X | |
| **29** | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* | **29** | X | |
| **30** | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* | **30** | | X |
| **31** | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* | **31** | | X |
| **32** | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* | **32** | | X |
| **33** | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If "Yes," complete Schedule R, Part I* | **33** | X | |
| **34** | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* | **34** | X | |
| **35a** | Did the organization have a controlled entity within the meaning of section 512(b)(13)? | **35a** | | X |
| **b** | If "Yes" to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* | **35b** | | |
| **36** | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* | **36** | | X |
| **37** | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* | **37** | | X |
| **38** | Did the organization complete Schedule O and provide explanations in Schedule O for Part VI, lines 11b and 19? **Note:** All Form 990 filers are required to complete Schedule O | **38** | X | |

| Part V | Statements Regarding Other IRS Filings and Tax Compliance |

Check if Schedule O contains a response or note to any line in this Part V ........................................ ☐

|  |  |  |  | Yes | No |
|---|---|---|---|---|---|
| **1a** | Enter the number reported in Box 3 of Form 1096. Enter -0- if not applicable | **1a** | 238 | | |
| **b** | Enter the number of Forms W-2G included in line 1a. Enter -0- if not applicable | **1b** | 0 | | |
| **c** | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? | | **1c** | X | |

Form **990** (2019)

Form 990 (2019)　　BURNING MAN PROJECT　　　　　　　　　　　　45-2638273　　Page **5**

| Part V | Statements Regarding Other IRS Filings and Tax Compliance *(continued)* |
|---|---|

|  |  |  | Yes | No |
|---|---|---|---|---|
| **2a** | Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return ............... | **2a** | 986 |  |  |
| **b** | If at least one is reported on line 2a, did the organization file all required federal employment tax returns? ........................... | **2b** | X |  |
|  | **Note:** If the sum of lines 1a and 2a is greater than 250, you may be required to *e-file* (see instructions) ............... |  |  |  |
| **3a** | Did the organization have unrelated business gross income of $1,000 or more during the year? ........................... | **3a** |  | X |
| **b** | If "Yes," has it filed a Form 990-T for this year? *If "No" to line 3b, provide an explanation on Schedule O* ............... | **3b** |  |  |
| **4a** | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? ............... | **4a** |  | X |
| **b** | If "Yes," enter the name of the foreign country ▶ |  |  |  |
|  | See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). |  |  |  |
| **5a** | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? ............... | **5a** |  | X |
| **b** | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? ............... | **5b** |  | X |
| **c** | If "Yes" to line 5a or 5b, did the organization file Form 8886-T? ............... | **5c** |  |  |
| **6a** | Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? ............... | **6a** |  | X |
| **b** | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? ............... | **6b** |  |  |
| **7** | **Organizations that may receive deductible contributions under section 170(c).** |  |  |  |
| **a** | Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? | **7a** | X |  |
| **b** | If "Yes," did the organization notify the donor of the value of the goods or services provided? ............... | **7b** | X |  |
| **c** | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? ............... | **7c** |  | X |
| **d** | If "Yes," indicate the number of Forms 8282 filed during the year ............... | **7d** |  |  |  |
| **e** | Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? ............... | **7e** |  | X |
| **f** | Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? ............... | **7f** |  | X |
| **g** | If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? ............... | **7g** |  |  |
| **h** | If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? ............... | **7h** | X |  |
| **8** | **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year? ............... | **8** |  |  |
| **9** | **Sponsoring organizations maintaining donor advised funds.** |  |  |  |
| **a** | Did the sponsoring organization make any taxable distributions under section 4966? ............... | **9a** |  |  |
| **b** | Did the sponsoring organization make a distribution to a donor, donor advisor, or related person? ............... | **9b** |  |  |
| **10** | **Section 501(c)(7) organizations.** Enter: |  |  |  |
| **a** | Initiation fees and capital contributions included on Part VIII, line 12 ............... | **10a** |  |  |  |
| **b** | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities ............... | **10b** |  |  |  |
| **11** | **Section 501(c)(12) organizations.** Enter: |  |  |  |
| **a** | Gross income from members or shareholders ............... | **11a** |  |  |  |
| **b** | Gross income from other sources (Do not net amounts due or paid to other sources against amounts due or received from them.) ............... | **11b** |  |  |  |
| **12a** | **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | **12a** |  |  |
| **b** | If "Yes," enter the amount of tax-exempt interest received or accrued during the year ............... | **12b** |  |  |  |
| **13** | **Section 501(c)(29) qualified nonprofit health insurance issuers.** |  |  |  |
| **a** | Is the organization licensed to issue qualified health plans in more than one state? ............... | **13a** |  |  |
|  | **Note:** See the instructions for additional information the organization must report on Schedule O. |  |  |  |
| **b** | Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans ............... | **13b** |  |  |  |
| **c** | Enter the amount of reserves on hand ............... | **13c** |  |  |  |
| **14a** | Did the organization receive any payments for indoor tanning services during the tax year? ............... | **14a** |  | X |
| **b** | If "Yes," has it filed a Form 720 to report these payments? *If "No," provide an explanation on Schedule O* ............... | **14b** |  |  |
| **15** | Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year? ............... | **15** |  | X |
|  | If "Yes," see instructions and file Form 4720, Schedule N. |  |  |  |
| **16** | Is the organization an educational institution subject to the section 4968 excise tax on net investment income? ............... | **16** |  | X |
|  | If "Yes," complete Form 4720, Schedule O. |  |  |  |

Form **990** (2019)

Form 990 (2019) BURNING MAN PROJECT 45-2638273 Page **6**

| **Part VI** | Governance, Management, and Disclosure *For each "Yes" response to lines 2 through 7b below, and for a "No" response to line 8a, 8b, or 10b below, describe the circumstances, processes, or changes on Schedule O. See instructions.* |

Check if Schedule O contains a response or note to any line in this Part VI .................................................................... [X]

## Section A. Governing Body and Management

| | | | Yes | No |
|---|---|---|---|---|
| 1a | Enter the number of voting members of the governing body at the end of the tax year ............... **1a** `19` | | | |
| | If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain on Schedule O. | | | |
| b | Enter the number of voting members included on line 1a, above, who are independent ............... **1b** `14` | | | |
| 2 | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? ............................................................ | **2** | X | |
| 3 | Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors, trustees, or key employees to a management company or other person? ............... | **3** | | X |
| 4 | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? ......... | **4** | | X |
| 5 | Did the organization become aware during the year of a significant diversion of the organization's assets? ............... | **5** | | X |
| 6 | Did the organization have members or stockholders? ............................................................ | **6** | | X |
| 7a | Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? ............................................................ | **7a** | | X |
| b | Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? ............................................................ | **7b** | | X |
| 8 | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: | | | |
| a | The governing body? ............................................................ | **8a** | X | |
| b | Each committee with authority to act on behalf of the governing body? ............................................................ | **8b** | X | |
| 9 | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? *If "Yes," provide the names and addresses on Schedule O* ............... | **9** | | X |

## Section B. Policies *(This Section B requests information about policies not required by the Internal Revenue Code.)*

| | | | Yes | No |
|---|---|---|---|---|
| 10a | Did the organization have local chapters, branches, or affiliates? ............................................................ | **10a** | | X |
| b | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? ............... | **10b** | | |
| 11a | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? | **11a** | X | |
| b | Describe in Schedule O the process, if any, used by the organization to review this Form 990. | | | |
| 12a | Did the organization have a written conflict of interest policy? *If "No," go to line 13* ............... | **12a** | X | |
| b | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? | **12b** | X | |
| c | Did the organization regularly and consistently monitor and enforce compliance with the policy? *If "Yes," describe in Schedule O how this was done* ............................................................ | **12c** | X | |
| 13 | Did the organization have a written whistleblower policy? ............................................................ | **13** | X | |
| 14 | Did the organization have a written document retention and destruction policy? ............................................................ | **14** | X | |
| 15 | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | |
| a | The organization's CEO, Executive Director, or top management official ............................................................ | **15a** | X | |
| b | Other officers or key employees of the organization ............................................................ | **15b** | X | |
| | If "Yes" to line 15a or 15b, describe the process in Schedule O (see instructions). | | | |
| 16a | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? ............................................................ | **16a** | | X |
| b | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? ............................................................ | **16b** | | |

## Section C. Disclosure

17   List the states with which a copy of this Form 990 is required to be filed ▶ CA,NV,NY

18   Section 6104 requires an organization to make its Forms 1023 (1024 or 1024-A, if applicable), 990, and 990-T (Section 501(c)(3)s only) available for public inspection. Indicate how you made these available. Check all that apply.
   [ ] Own website    [ ] Another's website    [X] Upon request    [ ] Other *(explain on Schedule O)*

19   Describe on Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year.

20   State the name, address, and telephone number of the person who possesses the organization's books and records ▶
     THE ORGANIZATION - 415-865-3800
     660 ALABAMA STREET, SAN FRANCISCO, CA  94110

932006 01-20-20                                                                                          Form **990** (2019)

Form 990 (2019)       BURNING MAN PROJECT                                45-2638273       Page **7**

| **Part VII** | **Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors** |
| --- | --- |

Check if Schedule O contains a response or note to any line in this Part VII ............................................. ☐

**Section A.  Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

**1a**  Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

● List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

● List all of the organization's **current** key employees, if any. See instructions for definition of "key employee."

● List the organization's five **current** highest compensated employees (other than an officer, director, trustee, or key employee) who received report-able compensation (Box 5 of Form W-2 and/or Box 7 of Form 1099-MISC) of more than $100,000 from the organization and any related organizations.

● List all of the organization's **former** officers, key employees, and highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

● List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

See instructions for the order in which to list the persons above.

☐ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A) Name and title | (B) Average hours per week (list any hours for related organizations below line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (1)  MARIAN GOODELL<br>DIRECTOR/CHIEF EXECUTIVE OFFICER | 50.00 | X | | X | | | | 297,128. | 0. | 25,796. |
| (2)  HARLEY K. DUBOIS<br>DIRECTOR | 36.00 | X | | | | | | 216,197. | 0. | 24,263. |
| (3)  NANCI O. PETERSON<br>SECRETARY | 20.00 | X | | X | | | | 148,704. | 0. | 18,867. |
| (4)  MICHAEL MIKEL<br>DIRECTOR | 16.00 | X | | | | | | 78,350. | 0. | 3,417. |
| (5)  WILL ROGER PETERSON<br>DIRECTOR | 17.50 | X | | | | | | 75,281. | 0. | 4,785. |
| (6)  DENNIS M. BARTELS<br>CHAIR OF BOARD | 2.00 | X | | X | | | | 0. | 0. | 0. |
| (7)  JENNIFER RAISER<br>TREASURER | 2.00 | X | | X | | | | 0. | 0. | 0. |
| (8)  KAY MORRISON<br>DIRECTOR | 2.00 | X | | | | | | 0. | 0. | 0. |
| (9)  LEO VILLAREAL<br>DIRECTOR | 2.00 | X | | | | | | 0. | 0. | 0. |
| (10)  MERCEDES MARTINEZ<br>DIRECTOR | 2.00 | X | | | | | | 0. | 0. | 0. |
| (11)  MIKE FARRAH<br>DIRECTOR | 2.00 | X | | | | | | 0. | 0. | 0. |
| (12)  TERRY GROSS<br>DIRECTOR | 2.00 | X | | | | | | 0. | 0. | 0. |
| (13)  DAVID WALKER<br>DIRECTOR | 2.00 | X | | | | | | 0. | 0. | 0. |
| (14)  MATT GOLDBERG<br>DIRECTOR | 2.00 | X | | | | | | 0. | 0. | 0. |
| (15)  PING FU<br>DIRECTOR | 2.00 | X | | | | | | 0. | 0. | 0. |
| (16)  MATTHEW KWATINETZ<br>DIRECTOR | 2.00 | X | | | | | | 0. | 0. | 0. |
| (17)  FARHAD MOHIT<br>DIRECTOR | 2.00 | X | | | | | | 0. | 0. | 0. |

932007  01-20-20                                                                                        Form **990** (2019)

Form 990 (2019)     BURNING MAN PROJECT     45-2638273    Page **8**

**Part VII**   Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)*

| (A) Name and title | (B) Average hours per week (list any hours for related organizations below line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (18) NUSHIN SABET<br>DIRECTOR | 2.00 | X | | | | | | 0. | 0. | 0. |
| (19) FRED BRATHWAITE<br>DIRECTOR | 2.00 | X | | | | | | 0. | 0. | 0. |
| (20) STEPHEN T CONLEY (THRU 9/13/19)<br>DIRECTOR | 2.00 | X | | | | | | 0. | 0. | 0. |
| (21) DOUG ROBERTSON<br>DIRECTOR OF FINANCE | 40.00 | | | X | | | | 179,770. | 0. | 15,753. |
| (22) DAVID BILL<br>INTERIM CHIEF TECHNOLOGY OFFICER | 40.00 | | | | X | | | 241,866. | 0. | 4,443. |
| (23) HEATHER WHITE<br>CHIEF OPERATING OFFICER | 40.00 | | | | X | | | 191,322. | 0. | 17,751. |
| (24) RAYMOND ALLEN<br>GENERAL COUNSEL | 40.00 | | | | X | | | 185,146. | 0. | 18,279. |
| (25) KIM COOK<br>DIRECTOR OF ART AND CIVIC ENGAGEMENT | 40.00 | | | | X | | | 162,164. | 0. | 19,318. |
| (26) CHARLIE DOLMAN<br>DIRECTOR OF EVENT OPERATIONS | 40.00 | | | | X | | | 155,300. | 0. | 11,076. |

| | | |
|---|---|---|
| 1b Subtotal ......................................... ▶ | 1,931,228. | 0. | 163,748. |
| c Total from continuation sheets to Part VII, Section A ........ ▶ | 884,832. | 0. | 67,226. |
| d Total (add lines 1b and 1c) .......................... ▶ | 2,816,060. | 0. | 230,974. |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ▶    **41**

| | | Yes | No |
|---|---|---|---|
| **3** Did the organization list any *former* officer, director, trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual* ......................................... | **3** | | X |
| **4** For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* .................. | **4** | X | |
| **5** Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? *If "Yes," complete Schedule J for such person* ................................. | **5** | | X |

**Section B. Independent Contractors**

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A) Name and business address | (B) Description of services | (C) Compensation |
|---|---|---|
| UNITED SITE SERVICES, INC.<br>PO BOX 53267, PHOENIX, AZ 85072 | SANITATION | 1,403,528. |
| SPECTRUM CATERING<br>PO BOX 7130, THE WOODLANDS, TX 77387 | FOOD SERVICE | 1,253,039. |
| CROWD RX<br>115 E 34TH ST #1181, NEW YORK, NY 10156 | MEDICAL SERVICES | 481,796. |
| BEARCOM WIRELESS, 4009 DISTRIBUTION DR<br>#200, GARLAND, TX 75041 | RADIO & COMMUNICATIONS | 381,807. |
| MECO<br>3700 CRAZY HORSE RD, RENO, NV 89510 | POTABLE WATER & DUST ABATEMENT | 378,982. |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ▶    **24**

SEE PART VII, SECTION A CONTINUATION SHEETS

Form **990** (2019)

932008 01-20-20

Form 990       BURNING MAN PROJECT                                      45-2638273

| **Part VII** | Section A.   Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)* |

| (A)<br>Name and title | (B)<br>Average<br>hours<br>per<br>week<br>(list any<br>hours for<br>related<br>organizations<br>below<br>line) | (C)<br>Position<br>(check all that apply) | | | | | | (D)<br>Reportable<br>compensation<br>from<br>the<br>organization<br>(W-2/1099-MISC) | (E)<br>Reportable<br>compensation<br>from related<br>organizations<br>(W-2/1099-MISC) | (F)<br>Estimated<br>amount of<br>other<br>compensation<br>from the<br>organization<br>and related<br>organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (27) PEDRO VIDAL FLORES<br>DIRECTOR OF PEOPLE OPERATIONS | 40.00 | | | | X | | | 152,258. | 0. | 13,063. |
| (28) WILLIAM SINCLAIR<br>SOFTWARE ENGINEERING MANAGER | 40.00 | | | | | X | | 161,952. | 0. | 7,556. |
| (29) MEGAN MILLER<br>DIRECTOR OF COMMUNICATIONS | 40.00 | | | | | X | | 147,471. | 0. | 13,633. |
| (30) STUART MANGRUM<br>DIRECTOR OF EDUCATION | 40.00 | | | | | X | | 141,651. | 0. | 11,764. |
| (31) MARK LEVITT<br>SENIOR TECHNICAL PRODUCT MANAGER | 40.00 | | | | | X | | 140,440. | 0. | 15,293. |
| (32) THERESA DUNCAN (THRU 8/14/2019)<br>DIRECTOR OF PHILANTHROPIC ENGAGEMENT | 40.00 | | | | | X | | 141,060. | 0. | 5,917. |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Total to Part VII, Section A, line 1c | | | | | | | | 884,832. | | 67,226. |

932201
04-01-19

Form 990 (2019)    BURNING MAN PROJECT    45-2638273    Page **9**

| Part VIII | Statement of Revenue |
|---|---|

Check if Schedule O contains a response or note to any line in this Part VIII ................................. ☐

|  |  |  | (A)<br>Total revenue | (B)<br>Related or exempt<br>function revenue | (C)<br>Unrelated<br>business revenue | (D)<br>Revenue excluded<br>from tax under<br>sections 512 - 514 |
|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | **1 a** Federated campaigns ............. | **1a** |  |  |  |  |
| | **b** Membership dues ............... | **1b** |  |  |  |  |
| | **c** Fundraising events ............... | **1c** | 356,643. |  |  |  |
| | **d** Related organizations ........... | **1d** | 90,000. |  |  |  |
| | **e** Government grants (contributions) | **1e** | 34,700. |  |  |  |
| | **f** All other contributions, gifts, grants, and<br>similar amounts not included above | **1f** | 1,735,663. |  |  |  |
| | **g** Noncash contributions included in lines 1a-1f | **1g** $ | 172,481. |  |  |  |
| | **h Total.** Add lines 1a-1f ......................... ▶ |  | 2,217,006. |  |  |  |
| **Program Service Revenue** |  |  | **Business Code** |  |  |  |
| | **2 a** BURNING MAN ANNUAL EVENT | 541900 | 42,954,470. | 42,954,470. |  |  |
| | **b** PROGRAM EVENT & SERVICES FEES | 541900 | 440,445. | 440,445. |  |  |
| | **c** SPECIAL EVENTS | 541900 | 318,183. | 318,183. |  |  |
| | **d** SPEAKER FEES | 541900 | 17,131. | 17,131. |  |  |
| | **e** OTHER PROGRAM REVENUE | 541900 | 13,764. | 13,764. |  |  |
| | **f** All other program service revenue .............. |  |  |  |  |  |
| | **g Total.** Add lines 2a-2f ......................... ▶ |  | 43,743,993. |  |  |  |
| **Other Revenue** | **3** Investment income (including dividends, interest, and<br>other similar amounts) ......................... ▶ |  | 53,256. |  |  | 53,256. |
| | **4** Income from investment of tax-exempt bond proceeds ▶ |  |  |  |  |  |
| | **5** Royalties ......................... ▶ |  |  |  |  |  |
| |  | (i) Real | (ii) Personal |  |  |  |  |
| | **6 a** Gross rents ........... | **6a** | 19,800. |  |  |  |  |
| | **b** Less: rental expenses ... | **6b** | 0. |  |  |  |  |
| | **c** Rental income or (loss) | **6c** | 19,800. |  |  |  |  |
| | **d** Net rental income or (loss) ......................... ▶ |  | 19,800. |  |  | 19,800. |
| | **7 a** Gross amount from sales of | (i) Securities | (ii) Other |  |  |  |  |
| | assets other than inventory | **7a** |  |  |  |  |  |
| | **b** Less: cost or other basis<br>and sales expenses | **7b** |  |  |  |  |  |
| | **c** Gain or (loss) | **7c** |  |  |  |  |  |
| | **d** Net gain or (loss) ......................... ▶ |  |  |  |  |  |
| | **8 a** Gross income from fundraising events (not<br>including $ 356,643. of<br>contributions reported on line 1c). See<br>Part IV, line 18 ................... | **8a** | 139,216. |  |  |  |
| | **b** Less: direct expenses ............ | **8b** | 258,584. |  |  |  |
| | **c** Net income or (loss) from fundraising events ......... ▶ |  | -119,368. |  |  | -119,368. |
| | **9 a** Gross income from gaming activities. See<br>Part IV, line 19 ................... | **9a** |  |  |  |  |
| | **b** Less: direct expenses ............ | **9b** |  |  |  |  |
| | **c** Net income or (loss) from gaming activities ......... ▶ |  |  |  |  |  |
| | **10 a** Gross sales of inventory, less returns<br>and allowances ................... | **10a** | 1,517,881. |  |  |  |
| | **b** Less: cost of goods sold ......... | **10b** | 1,017,693. |  |  |  |
| | **c** Net income or (loss) from sales of inventory ......... ▶ |  | 500,188. |  |  | 500,188. |
| **Miscellaneous Revenue** |  |  | **Business Code** |  |  |  |
| | **11 a** |  |  |  |  |  |
| | **b** |  |  |  |  |  |
| | **c** |  |  |  |  |  |
| | **d** All other revenue ................... |  |  |  |  |  |
| | **e Total.** Add lines 11a-11d ......................... ▶ |  |  |  |  |  |
| | **12 Total revenue.** See instructions ......................... ▶ |  | 46,414,875. | 43,743,993. | 0. | 453,876. |

932009  01-20-20    Form **990** (2019)

Form 990 (2019)  BURNING MAN PROJECT  45-2638273  Page **10**

| Part IX | Statement of Functional Expenses |

*Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).*

Check if Schedule O contains a response or note to any line in this Part IX ............................................................ ☒

| *Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII.* | (A)<br>Total expenses | (B)<br>Program service<br>expenses | (C)<br>Management and<br>general expenses | (D)<br>Fundraising<br>expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21 | 865,147. | 865,147. | | |
| **2** Grants and other assistance to domestic individuals. See Part IV, line 22 | 627,137. | 627,137. | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and foreign individuals. See Part IV, lines 15 and 16 | 216,469. | 216,469. | | |
| **4** Benefits paid to or for members | | | | |
| **5** Compensation of current officers, directors, trustees, and key employees | 2,260,297. | 1,036,135. | 1,224,162. | |
| **6** Compensation not included above to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) | | | | |
| **7** Other salaries and wages | 14,001,165. | 9,824,515. | 3,622,054. | 554,596. |
| **8** Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions) | 320,588. | 188,205. | 118,789. | 13,594. |
| **9** Other employee benefits | 976,347. | 261,637. | 694,287. | 20,423. |
| **10** Payroll taxes | 1,347,402. | 932,501. | 370,842. | 44,059. |
| **11** Fees for services (nonemployees): | | | | |
| **a** Management | | | | |
| **b** Legal | 535,244. | 404,941. | 130,303. | |
| **c** Accounting | 187,927. | | 187,927. | |
| **d** Lobbying | | | | |
| **e** Professional fundraising services. See Part IV, line 17 | 85,989. | | | 85,989. |
| **f** Investment management fees | | | | |
| **g** Other. (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Sch O.) | 5,939,041. | 4,432,927. | 1,476,562. | 29,552. |
| **12** Advertising and promotion | 3,225. | 290. | 2,935. | |
| **13** Office expenses | 551,002. | 235,194. | 306,266. | 9,542. |
| **14** Information technology | | | | |
| **15** Royalties | | | | |
| **16** Occupancy | 2,251,089. | 690,747. | 1,510,962. | 49,380. |
| **17** Travel | 1,078,287. | 878,874. | 143,622. | 55,791. |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials | | | | |
| **19** Conferences, conventions, and meetings | 42,149. | 26,367. | 12,434. | 3,348. |
| **20** Interest | | | | |
| **21** Payments to affiliates | | | | |
| **22** Depreciation, depletion, and amortization | 871,634. | 430,206. | 441,428. | |
| **23** Insurance | 917,033. | 726,945. | 184,854. | 5,234. |
| **24** Other expenses. Itemize expenses not covered above (List miscellaneous expenses on line 24e. If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O.) | | | | |
| **a** EQUIPMENT RENTAL | 4,084,945. | 3,962,906. | 89,361. | 32,678. |
| **b** PERMITS AND FEES | 4,051,304. | 4,047,662. | 2,411. | 1,231. |
| **c** MATERIALS AND SUPPLIES | 2,338,500. | 1,864,727. | 419,245. | 54,528. |
| **d** TICKET SALES RELATED EX | 173,603. | 144,216. | 358. | 29,029. |
| **e** All other expenses | 2,339,342. | 1,870,311. | 436,137. | 32,894. |
| **25** Total functional expenses. Add lines 1 through 24e | 46,064,866. | 33,668,059. | 11,374,939. | 1,021,868. |
| **26** Joint costs. Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation. Check here ▶ ☐ if following SOP 98-2 (ASC 958-720) | | | | |

932010  01-20-20

Form **990** (2019)

Form 990 (2019)  BURNING MAN PROJECT  45-2638273  Page **11**

| Part X | Balance Sheet |
|---|---|

Check if Schedule O contains a response or note to any line in this Part X .............................. ☐

| | | | **(A)** Beginning of year | | **(B)** End of year |
|---|---|---|---|---|---|
| **Assets** | 1 | Cash - non-interest-bearing | 8,981,108. | 1 | 8,823,849. |
| | 2 | Savings and temporary cash investments | 5,468,564. | 2 | 7,195,867. |
| | 3 | Pledges and grants receivable, net | 270,000. | 3 | 520,000. |
| | 4 | Accounts receivable, net | 273,193. | 4 | 472,310. |
| | 5 | Loans and other receivables from any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons | | 5 | |
| | 6 | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), and persons described in section 4958(c)(3)(B) | | 6 | |
| | 7 | Notes and loans receivable, net | | 7 | |
| | 8 | Inventories for sale or use | 30,950. | 8 | 29,676. |
| | 9 | Prepaid expenses and deferred charges | 251,944. | 9 | 490,326. |
| | 10a | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D **10a** 12,486,298. | | | |
| | b | Less: accumulated depreciation **10b** 2,978,213. | 9,833,367. | 10c | 9,508,085. |
| | 11 | Investments - publicly traded securities | | 11 | |
| | 12 | Investments - other securities. See Part IV, line 11 | 150,000. | 12 | 150,000. |
| | 13 | Investments - program-related. See Part IV, line 11 | | 13 | |
| | 14 | Intangible assets | 4,531,063. | 14 | 4,107,957. |
| | 15 | Other assets. See Part IV, line 11 | 446,493. | 15 | 417,300. |
| | 16 | **Total assets.** Add lines 1 through 15 (must equal line 33) | 30,236,682. | 16 | 31,715,370. |
| **Liabilities** | 17 | Accounts payable and accrued expenses | 3,576,293. | 17 | 4,738,048. |
| | 18 | Grants payable | | 18 | |
| | 19 | Deferred revenue | 404,033. | 19 | 370,957. |
| | 20 | Tax-exempt bond liabilities | | 20 | |
| | 21 | Escrow or custodial account liability. Complete Part IV of Schedule D | | 21 | |
| | 22 | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons | | 22 | |
| | 23 | Secured mortgages and notes payable to unrelated third parties | | 23 | |
| | 24 | Unsecured notes and loans payable to unrelated third parties | | 24 | |
| | 25 | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17-24). Complete Part X of Schedule D | | 25 | |
| | 26 | **Total liabilities.** Add lines 17 through 25 | 3,980,326. | 26 | 5,109,005. |
| **Net Assets or Fund Balances** | | Organizations that follow FASB ASC 958, check here ▶ ☒ and complete lines 27, 28, 32, and 33. | | | |
| | 27 | Net assets without donor restrictions | 25,979,831. | 27 | 26,081,791. |
| | 28 | Net assets with donor restrictions | 276,525. | 28 | 524,574. |
| | | Organizations that do not follow FASB ASC 958, check here ▶ ☐ and complete lines 29 through 33. | | | |
| | 29 | Capital stock or trust principal, or current funds | | 29 | |
| | 30 | Paid-in or capital surplus, or land, building, or equipment fund | | 30 | |
| | 31 | Retained earnings, endowment, accumulated income, or other funds | | 31 | |
| | 32 | Total net assets or fund balances | 26,256,356. | 32 | 26,606,365. |
| | 33 | Total liabilities and net assets/fund balances | 30,236,682. | 33 | 31,715,370. |

Form **990** (2019)

932011 01-20-20

Form 990 (2019)      BURNING MAN PROJECT                                45-2638273    Page **12**

| Part XI | Reconciliation of Net Assets |
|---|---|

Check if Schedule O contains a response or note to any line in this Part XI ......................................... ☐

| | | | |
|---|---|---|---:|
| 1 | Total revenue (must equal Part VIII, column (A), line 12) ................................................... | **1** | 46,414,875. |
| 2 | Total expenses (must equal Part IX, column (A), line 25) ................................................... | **2** | 46,064,866. |
| 3 | Revenue less expenses. Subtract line 2 from line 1 ......................................................... | **3** | 350,009. |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 32, column (A)) ............... | **4** | 26,256,356. |
| 5 | Net unrealized gains (losses) on investments ............................................................... | **5** | |
| 6 | Donated services and use of facilities ..................................................................... | **6** | |
| 7 | Investment expenses ....................................................................................... | **7** | |
| 8 | Prior period adjustments ................................................................................... | **8** | |
| 9 | Other changes in net assets or fund balances (explain on Schedule O) ...................................... | **9** | 0. |
| 10 | Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 32, column (B)) | **10** | 26,606,365. |

| Part XII | Financial Statements and Reporting |
|---|---|

Check if Schedule O contains a response or note to any line in this Part XII .............................................. ☐

| | | | Yes | No |
|---|---|---|:---:|:---:|
| 1 | Accounting method used to prepare the Form 990:  ☐ Cash  ☒ Accrual  ☐ Other _____ | | | |
| | If the organization changed its method of accounting from a prior year or checked "Other," explain in Schedule O. | | | |
| 2a | Were the organization's financial statements compiled or reviewed by an independent accountant? ................... | **2a** | | X |
| | If "Yes," check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both: | | | |
| | ☐ Separate basis   ☐ Consolidated basis   ☐ Both consolidated and separate basis | | | |
| b | Were the organization's financial statements audited by an independent accountant? .............................. | **2b** | X | |
| | If "Yes," check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both: | | | |
| | ☐ Separate basis   ☒ Consolidated basis   ☐ Both consolidated and separate basis | | | |
| c | If "Yes" to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? ................ | **2c** | X | |
| | If the organization changed either its oversight process or selection process during the tax year, explain on Schedule O. | | | |
| 3a | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? .......................................................................... | **3a** | | X |
| b | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why on Schedule O and describe any steps taken to undergo such audits ..................... | **3b** | | |

Form **990** (2019)

| SCHEDULE A | Public Charity Status and Public Support | OMB No. 1545-0047 |
|---|---|---|
| **(Form 990 or 990-EZ)** | Complete if the organization is a section 501(c)(3) organization or a section 4947(a)(1) nonexempt charitable trust. | **2019** |
| Department of the Treasury Internal Revenue Service | ▶ **Attach to Form 990 or Form 990-EZ.** ▶ Go to www.irs.gov/Form990 for instructions and the latest information. | Open to Public Inspection |

| Name of the organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part I**  **Reason for Public Charity Status** (All organizations must complete this part.) See instructions.

The organization is not a private foundation because it is: (For lines 1 through 12, check only one box.)

**1** ☐ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**

**2** ☐ A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E (Form 990 or 990-EZ).)

**3** ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

**4** ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state: _____

**5** ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170(b)(1)(A)(iv).** (Complete Part II.)

**6** ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

**7** ☐ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

**8** ☐ A community trust described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

**9** ☐ An agricultural research organization described in **section 170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land-grant college of agriculture (see instructions). Enter the name, city, and state of the college or university: _____

**10** ☒ An organization that normally receives: (1) more than 33 1/3% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions - subject to certain exceptions, and (2) no more than 33 1/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See **section 509(a)(2).** (Complete Part III.)

**11** ☐ An organization organized and operated exclusively to test for public safety. See **section 509(a)(4).**

**12** ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2).** See **section 509(a)(3).** Check the box in lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g.

**a** ☐ **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization. **You must complete Part IV, Sections A and B.**

**b** ☐ **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s). **You must complete Part IV, Sections A and C.**

**c** ☐ **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions). **You must complete Part IV, Sections A, D, and E.**

**d** ☐ **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated. The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions). **You must complete Part IV, Sections A and D, and Part V.**

**e** ☐ Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization.

**f** Enter the number of supported organizations ..............................................................................

**g** Provide the following information about the supported organization(s).

| (i) Name of supported organization | (ii) EIN | (iii) Type of organization (described on lines 1-10 above (see instructions)) | (iv) Is the organization listed in your governing document? | | (v) Amount of monetary support (see instructions) | (vi) Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | Yes | No | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total** | | | | | | |

LHA **For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.** 932021 09-25-19       **Schedule A (Form 990 or 990-EZ) 2019**

Schedule A (Form 990 or 990-EZ) 2019  BURNING MAN PROJECT                    45-2638273   Page **2**

| **Part II** | Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi) |
|---|---|

(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part III. If the organization fails to qualify under the tests listed below, please complete Part III.)

## Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | **(a)** 2015 | **(b)** 2016 | **(c)** 2017 | **(d)** 2018 | **(e)** 2019 | **(f)** Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grants.") …… | | | | | | |
| **2** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf ………… | | | | | | |
| **3** The value of services or facilities furnished by a governmental unit to the organization without charge …… | | | | | | |
| **4** **Total.** Add lines 1 through 3 ……… | | | | | | |
| **5** The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f) …………………………… | | | | | | |
| **6** **Public support.** Subtract line 5 from line 4. | | | | | | |

## Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | **(a)** 2015 | **(b)** 2016 | **(c)** 2017 | **(d)** 2018 | **(e)** 2019 | **(f)** Total |
|---|---|---|---|---|---|---|
| **7** Amounts from line 4 ………………… | | | | | | |
| **8** Gross income from interest, dividends, payments received on securities loans, rents, royalties, and income from similar sources … | | | | | | |
| **9** Net income from unrelated business activities, whether or not the business is regularly carried on … | | | | | | |
| **10** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) ………… | | | | | | |
| **11** **Total support.** Add lines 7 through 10 | | | | | | |

| **12** Gross receipts from related activities, etc. (see instructions) …………………………………… | **12** | |
|---|---|---|

**13** **First five years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** ……………………………………………………………………………………………………… ▶ ☐

## Section C. Computation of Public Support Percentage

| **14** Public support percentage for 2019 (line 6, column (f) divided by line 11, column (f)) ………………… | **14** | % |
|---|---|---|
| **15** Public support percentage from 2018 Schedule A, Part II, line 14 …………………………………………… | **15** | % |

**16a** **33 1/3% support test - 2019.** If the organization did not check the box on line 13, and line 14 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization ……………………………………………… ▶ ☐

**b** **33 1/3% support test - 2018.** If the organization did not check a box on line 13 or 16a, and line 15 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization ………………………………………… ▶ ☐

**17a** **10% -facts-and-circumstances test - 2019.** If the organization did not check a box on line 13, 16a, or 16b, and line 14 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization …………………………… ▶ ☐

**b** **10% -facts-and-circumstances test - 2018.** If the organization did not check a box on line 13, 16a, 16b, or 17a, and line 15 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization …………………… ▶ ☐

**18** **Private foundation.** If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see instructions …… ▶ ☐

**Schedule A (Form 990 or 990-EZ) 2019**

Schedule A (Form 990 or 990-EZ) 2019 BURNING MAN PROJECT        45-2638273  Page **3**

| **Part III** | Support Schedule for Organizations Described in Section 509(a)(2) |
|---|---|

(Complete only if you checked the box on line 10 of Part I or if the organization failed to qualify under Part II. If the organization fails to qualify under the tests listed below, please complete Part II.)

### Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | **(a)** 2015 | **(b)** 2016 | **(c)** 2017 | **(d)** 2018 | **(e)** 2019 | **(f)** Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grants.") | 1,329,325. | 7,751,594. | 910,635. | 2,074,927. | 2,217,006. | 14,283,487. |
| **2** Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose | 35,755,564. | 38,831,080. | 44,470,574. | 44,572,372. | 44,244,181. | 207,873,771. |
| **3** Gross receipts from activities that are not an unrelated trade or business under section 513 | | | | | | |
| **4** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | | | | | | |
| **5** The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| **6** **Total.** Add lines 1 through 5 | 37,084,889. | 46,582,674. | 45,381,209. | 46,647,299. | 46,461,187. | 222,157,258. |
| **7a** Amounts included on lines 1, 2, and 3 received from disqualified persons | | | | | | 0. |
| **b** Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of $5,000 or 1% of the amount on line 13 for the year | | | | | | 0. |
| **c** Add lines 7a and 7b | | | | | | 0. |
| **8** **Public support.** (Subtract line 7c from line 6.) | | | | | | 222,157,258. |

### Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | **(a)** 2015 | **(b)** 2016 | **(c)** 2017 | **(d)** 2018 | **(e)** 2019 | **(f)** Total |
|---|---|---|---|---|---|---|
| **9** Amounts from line 6 | 37,084,889. | 46,582,674. | 45,381,209. | 46,647,299. | 46,461,187. | 222,157,258. |
| **10a** Gross income from interest, dividends, payments received on securities loans, rents, royalties, and income from similar sources | 17,146. | 20,286. | 27,819. | 37,165. | 73,056. | 175,472. |
| **b** Unrelated business taxable income (less section 511 taxes) from businesses acquired after June 30, 1975 | | | | | | |
| **c** Add lines 10a and 10b | 17,146. | 20,286. | 27,819. | 37,165. | 73,056. | 175,472. |
| **11** Net income from unrelated business activities not included in line 10b, whether or not the business is regularly carried on | | | | | | |
| **12** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) | | | | 50,801. | | 50,801. |
| **13** **Total support.** (Add lines 9, 10c, 11, and 12.) | 37,102,035. | 46,602,960. | 45,409,028. | 46,735,265. | 46,534,243. | 222,383,531. |

**14** **First five years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** ................................................................ ▶ ☐

### Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| **15** Public support percentage for 2019 (line 8, column (f), divided by line 13, column (f)) ............ | **15** | 99.90 % |
| **16** Public support percentage from 2018 Schedule A, Part III, line 15 ................................ | **16** | 99.92 % |

### Section D. Computation of Investment Income Percentage

| | | |
|---|---|---|
| **17** Investment income percentage for **2019** (line 10c, column (f), divided by line 13, column (f)) ......... | **17** | .08 % |
| **18** Investment income percentage from **2018** Schedule A, Part III, line 17 ........................... | **18** | .05 % |

**19a** **33 1/3% support tests - 2019.** If the organization did not check the box on line 14, and line 15 is more than 33 1/3%, and line 17 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization ..... ▶ ☒

**b** **33 1/3% support tests - 2018.** If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33 1/3%, and line 18 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization ..... ▶ ☐

**20** **Private foundation.** If the organization did not check a box on line 14, 19a, or 19b, check this box and see instructions ........ ▶ ☐

932023 09-25-19                                                    Schedule A (Form 990 or 990-EZ) 2019

Schedule A (Form 990 or 990-EZ) 2019 BURNING MAN PROJECT                    45-2638273 Page **4**

| **Part IV** | Supporting Organizations |
|---|---|

(Complete only if you checked a box in line 12 on Part I. If you checked 12a of Part I, complete Sections A and B. If you checked 12b of Part I, complete Sections A and C. If you checked 12c of Part I, complete Sections A, D, and E. If you checked 12d of Part I, complete Sections A and D, and complete Part V.)

**Section A. All Supporting Organizations**

| | | | Yes | No |
|---|---|:---:|:---:|:---:|
| **1** | Are all of the organization's supported organizations listed by name in the organization's governing documents? If "No," describe in **Part VI** how the supported organizations are designated. If designated by class or purpose, describe the designation. If historic and continuing relationship, explain. | **1** | | |
| **2** | Did the organization have any supported organization that does not have an IRS determination of status under section 509(a)(1) or (2)? If "Yes," explain in **Part VI** how the organization determined that the supported organization was described in section 509(a)(1) or (2). | **2** | | |
| **3a** | Did the organization have a supported organization described in section 501(c)(4), (5), or (6)? If "Yes," answer (b) and (c) below. | **3a** | | |
| **b** | Did the organization confirm that each supported organization qualified under section 501(c)(4), (5), or (6) and satisfied the public support tests under section 509(a)(2)? If "Yes," describe in **Part VI** when and how the organization made the determination. | **3b** | | |
| **c** | Did the organization ensure that all support to such organizations was used exclusively for section 170(c)(2)(B) purposes? If "Yes," explain in **Part VI** what controls the organization put in place to ensure such use. | **3c** | | |
| **4a** | Was any supported organization not organized in the United States ("foreign supported organization")? If "Yes," and if you checked 12a or 12b in Part I, answer (b) and (c) below. | **4a** | | |
| **b** | Did the organization have ultimate control and discretion in deciding whether to make grants to the foreign supported organization? If "Yes," describe in **Part VI** how the organization had such control and discretion despite being controlled or supervised by or in connection with its supported organizations. | **4b** | | |
| **c** | Did the organization support any foreign supported organization that does not have an IRS determination under sections 501(c)(3) and 509(a)(1) or (2)? If "Yes," explain in **Part VI** what controls the organization used to ensure that all support to the foreign supported organization was used exclusively for section 170(c)(2)(B) purposes. | **4c** | | |
| **5a** | Did the organization add, substitute, or remove any supported organizations during the tax year? If "Yes," answer (b) and (c) below (if applicable). Also, provide detail in **Part VI**, including (i) the names and EIN numbers of the supported organizations added, substituted, or removed; (ii) the reasons for each such action; (iii) the authority under the organization's organizing document authorizing such action; and (iv) how the action was accomplished (such as by amendment to the organizing document). | **5a** | | |
| **b** | **Type I or Type II only.** Was any added or substituted supported organization part of a class already designated in the organization's organizing document? | **5b** | | |
| **c** | **Substitutions only.** Was the substitution the result of an event beyond the organization's control? | **5c** | | |
| **6** | Did the organization provide support (whether in the form of grants or the provision of services or facilities) to anyone other than (i) its supported organizations, (ii) individuals that are part of the charitable class benefited by one or more of its supported organizations, or (iii) other supporting organizations that also support or benefit one or more of the filing organization's supported organizations? If "Yes," provide detail in **Part VI**. | **6** | | |
| **7** | Did the organization provide a grant, loan, compensation, or other similar payment to a substantial contributor (as defined in section 4958(c)(3)(C)), a family member of a substantial contributor, or a 35% controlled entity with regard to a substantial contributor? If "Yes," complete Part I of Schedule L (Form 990 or 990-EZ). | **7** | | |
| **8** | Did the organization make a loan to a disqualified person (as defined in section 4958) not described in line 7? If "Yes," complete Part I of Schedule L (Form 990 or 990-EZ). | **8** | | |
| **9a** | Was the organization controlled directly or indirectly at any time during the tax year by one or more disqualified persons as defined in section 4946 (other than foundation managers and organizations described in section 509(a)(1) or (2))? If "Yes," provide detail in **Part VI.** | **9a** | | |
| **b** | Did one or more disqualified persons (as defined in line 9a) hold a controlling interest in any entity in which the supporting organization had an interest? If "Yes," provide detail in **Part VI.** | **9b** | | |
| **c** | Did a disqualified person (as defined in line 9a) have an ownership interest in, or derive any personal benefit from, assets in which the supporting organization also had an interest? If "Yes," provide detail in **Part VI.** | **9c** | | |
| **10a** | Was the organization subject to the excess business holdings rules of section 4943 because of section 4943(f) (regarding certain Type II supporting organizations, and all Type III non-functionally integrated supporting organizations)? If "Yes," answer 10b below. | **10a** | | |
| **b** | Did the organization have any excess business holdings in the tax year? (Use Schedule C, Form 4720, to determine whether the organization had excess business holdings.) | **10b** | | |

Schedule A (Form 990 or 990-EZ) 2019 BURNING MAN PROJECT                         45-2638273   Page **5**

| **Part IV** | Supporting Organizations *(continued)* | | | |
|---|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| **11** | Has the organization accepted a gift or contribution from any of the following persons? | | | |
| **a** | A person who directly or indirectly controls, either alone or together with persons described in (b) and (c) | | | |
| | below, the governing body of a supported organization? | **11a** | | |
| **b** | A family member of a person described in (a) above? | **11b** | | |
| **c** | A 35% controlled entity of a person described in (a) or (b) above?*If "Yes" to a, b, or c, provide detail in* **Part VI.** | **11c** | | |

### Section B. Type I Supporting Organizations

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Did the directors, trustees, or membership of one or more supported organizations have the power to | | | |
| | regularly appoint or elect at least a majority of the organization's directors or trustees at all times during the | | | |
| | tax year? *If "No," describe in* **Part VI** *how the supported organization(s) effectively operated, supervised, or* | | | |
| | *controlled the organization's activities. If the organization had more than one supported organization,* | | | |
| | *describe how the powers to appoint and/or remove directors or trustees were allocated among the supported* | | | |
| | *organizations and what conditions or restrictions, if any, applied to such powers during the tax year.* | **1** | | |
| **2** | Did the organization operate for the benefit of any supported organization other than the supported | | | |
| | organization(s) that operated, supervised, or controlled the supporting organization? *If "Yes," explain in* | | | |
| | **Part VI** *how providing such benefit carried out the purposes of the supported organization(s) that operated,* | | | |
| | *supervised, or controlled the supporting organization.* | **2** | | |

### Section C. Type II Supporting Organizations

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Were a majority of the organization's directors or trustees during the tax year also a majority of the directors | | | |
| | or trustees of each of the organization's supported organization(s)? *If "No," describe in* **Part VI** *how control* | | | |
| | *or management of the supporting organization was vested in the same persons that controlled or managed* | | | |
| | *the supported organization(s).* | **1** | | |

### Section D. All Type III Supporting Organizations

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Did the organization provide to each of its supported organizations, by the last day of the fifth month of the | | | |
| | organization's tax year, (i) a written notice describing the type and amount of support provided during the prior tax | | | |
| | year, (ii) a copy of the Form 990 that was most recently filed as of the date of notification, and (iii) copies of the | | | |
| | organization's governing documents in effect on the date of notification, to the extent not previously provided? | **1** | | |
| **2** | Were any of the organization's officers, directors, or trustees either (i) appointed or elected by the supported | | | |
| | organization(s) or (ii) serving on the governing body of a supported organization? *If "No," explain in* **Part VI** *how* | | | |
| | *the organization maintained a close and continuous working relationship with the supported organization(s).* | **2** | | |
| **3** | By reason of the relationship described in (2), did the organization's supported organizations have a | | | |
| | significant voice in the organization's investment policies and in directing the use of the organization's | | | |
| | income or assets at all times during the tax year? *If "Yes," describe in* **Part VI** *the role the organization's* | | | |
| | *supported organizations played in this regard.* | **3** | | |

### Section E. Type III Functionally Integrated Supporting Organizations

| **1** | *Check the box next to the method that the organization used to satisfy the Integral Part Test during the year* **(see instructions).** | | | |
|---|---|---|---|---|
| **a** | ☐ The organization satisfied the Activities Test. *Complete* **line 2** *below.* | | | |
| **b** | ☐ The organization is the parent of each of its supported organizations. *Complete* **line 3** *below.* | | | |
| **c** | ☐ The organization supported a governmental entity. *Describe in* **Part VI** *how you supported a government entity (see instructions).* | | | |

| **2** | Activities Test. **Answer (a) and (b) below.** | | Yes | No |
|---|---|---|---|---|
| **a** | Did substantially all of the organization's activities during the tax year directly further the exempt purposes of | | | |
| | the supported organization(s) to which the organization was responsive? *If "Yes," then in* **Part VI identify** | | | |
| | **those supported organizations and explain** *how these activities directly furthered their exempt purposes,* | | | |
| | *how the organization was responsive to those supported organizations, and how the organization determined* | | | |
| | *that these activities constituted substantially all of its activities.* | **2a** | | |
| **b** | Did the activities described in (a) constitute activities that, but for the organization's involvement, one or more | | | |
| | of the organization's supported organization(s) would have been engaged in? *If "Yes," explain in* **Part VI** *the* | | | |
| | *reasons for the organization's position that its supported organization(s) would have engaged in these* | | | |
| | *activities but for the organization's involvement.* | **2b** | | |
| **3** | Parent of Supported Organizations. **Answer (a) and (b) below.** | | | |
| **a** | Did the organization have the power to regularly appoint or elect a majority of the officers, directors, or | | | |
| | trustees of each of the supported organizations? *Provide details in* **Part VI.** | **3a** | | |
| **b** | Did the organization exercise a substantial degree of direction over the policies, programs, and activities of each | | | |
| | of its supported organizations? *If "Yes," describe in* **Part VI** *the role played by the organization in this regard.* | **3b** | | |

Schedule A (Form 990 or 990-EZ) 2019 BURNING MAN PROJECT                          45-2638273   Page **6**

| Part V | Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations |
|---|---|

**1** ☐ Check here if the organization satisfied the Integral Part Test as a qualifying trust on Nov. 20, 1970 (explain in Part VI). **See instructions.** All other Type III non-functionally integrated supporting organizations must complete Sections A through E.

| Section A - Adjusted Net Income | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|
| **1** Net short-term capital gain | 1 | | |
| **2** Recoveries of prior-year distributions | 2 | | |
| **3** Other gross income (see instructions) | 3 | | |
| **4** Add lines 1 through 3. | 4 | | |
| **5** Depreciation and depletion | 5 | | |
| **6** Portion of operating expenses paid or incurred for production or collection of gross income or for management, conservation, or maintenance of property held for production of income (see instructions) | 6 | | |
| **7** Other expenses (see instructions) | 7 | | |
| **8** **Adjusted Net Income** (subtract lines 5, 6, and 7 from line 4) | 8 | | |

| Section B - Minimum Asset Amount | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|
| **1** Aggregate fair market value of all non-exempt-use assets (see instructions for short tax year or assets held for part of year): | | | |
| **a** Average monthly value of securities | 1a | | |
| **b** Average monthly cash balances | 1b | | |
| **c** Fair market value of other non-exempt-use assets | 1c | | |
| **d** **Total** (add lines 1a, 1b, and 1c) | 1d | | |
| **e** **Discount** claimed for blockage or other factors (explain in detail in **Part VI**): | | | |
| **2** Acquisition indebtedness applicable to non-exempt-use assets | 2 | | |
| **3** Subtract line 2 from line 1d. | 3 | | |
| **4** Cash deemed held for exempt use. Enter 1-1/2% of line 3 (for greater amount, see instructions). | 4 | | |
| **5** Net value of non-exempt-use assets (subtract line 4 from line 3) | 5 | | |
| **6** Multiply line 5 by .035. | 6 | | |
| **7** Recoveries of prior-year distributions | 7 | | |
| **8** **Minimum Asset Amount** (add line 7 to line 6) | 8 | | |

| Section C - Distributable Amount | | | Current Year |
|---|---|---|---|
| **1** Adjusted net income for prior year (from Section A, line 8, Column A) | 1 | | |
| **2** Enter 85% of line 1. | 2 | | |
| **3** Minimum asset amount for prior year (from Section B, line 8, Column A) | 3 | | |
| **4** Enter greater of line 2 or line 3. | 4 | | |
| **5** Income tax imposed in prior year | 5 | | |
| **6** **Distributable Amount.** Subtract line 5 from line 4, unless subject to emergency temporary reduction (see instructions). | 6 | | |

**7** ☐ Check here if the current year is the organization's first as a non-functionally integrated Type III supporting organization (see instructions).

**Schedule A (Form 990 or 990-EZ) 2019**

932026  09-25-19

Schedule A (Form 990 or 990-EZ) 2019 BURNING MAN PROJECT          45-2638273  Page **7**

| **Part V** | Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations *(continued)* |
|---|---|

| Section D - Distributions | Current Year |
|---|---|
| **1** Amounts paid to supported organizations to accomplish exempt purposes | |
| **2** Amounts paid to perform activity that directly furthers exempt purposes of supported organizations, in excess of income from activity | |
| **3** Administrative expenses paid to accomplish exempt purposes of supported organizations | |
| **4** Amounts paid to acquire exempt-use assets | |
| **5** Qualified set-aside amounts (prior IRS approval required) | |
| **6** Other distributions (describe in **Part VI**). See instructions. | |
| **7** **Total annual distributions.** Add lines 1 through 6. | |
| **8** Distributions to attentive supported organizations to which the organization is responsive (provide details in **Part VI**). See instructions. | |
| **9** Distributable amount for 2019 from Section C, line 6 | |
| **10** Line 8 amount divided by line 9 amount | |

| Section E - Distribution Allocations (see instructions) | (i)<br>Excess Distributions | (ii)<br>Underdistributions<br>Pre-2019 | (iii)<br>Distributable<br>Amount for 2019 |
|---|---|---|---|
| **1** Distributable amount for 2019 from Section C, line 6 | | | |
| **2** Underdistributions, if any, for years prior to 2019 (reason-able cause required- explain in **Part VI**). See instructions. | | | |
| **3** Excess distributions carryover, if any, to 2019 | | | |
| **a** From 2014 | | | |
| **b** From 2015 | | | |
| **c** From 2016 | | | |
| **d** From 2017 | | | |
| **e** From 2018 | | | |
| **f** **Total** of lines 3a through e | | | |
| **g** Applied to underdistributions of prior years | | | |
| **h** Applied to 2019 distributable amount | | | |
| **i** Carryover from 2014 not applied (see instructions) | | | |
| **j** Remainder. Subtract lines 3g, 3h, and 3i from 3f. | | | |
| **4** Distributions for 2019 from Section D, line 7:    $ | | | |
| **a** Applied to underdistributions of prior years | | | |
| **b** Applied to 2019 distributable amount | | | |
| **c** Remainder. Subtract lines 4a and 4b from 4. | | | |
| **5** Remaining underdistributions for years prior to 2019, if any. Subtract lines 3g and 4a from line 2. For result greater than zero, explain in **Part VI**. See instructions. | | | |
| **6** Remaining underdistributions for 2019. Subtract lines 3h and 4b from line 1. For result greater than zero, explain in **Part VI**. See instructions. | | | |
| **7** **Excess distributions carryover to 2020.** Add lines 3j and 4c. | | | |
| **8** Breakdown of line 7: | | | |
| **a** Excess from 2015 | | | |
| **b** Excess from 2016 | | | |
| **c** Excess from 2017 | | | |
| **d** Excess from 2018 | | | |
| **e** Excess from 2019 | | | |

**Schedule A (Form 990 or 990-EZ) 2019**

Schedule A (Form 990 or 990-EZ) 2019  BURNING MAN PROJECT                45-2638273  Page **8**

| Part VI | **Supplemental Information.** Provide the explanations required by Part II, line 10; Part II, line 17a or 17b; Part III, line 12; Part IV, Section A, lines 1, 2, 3b, 3c, 4b, 4c, 5a, 6, 9a, 9b, 9c, 11a, 11b, and 11c; Part IV, Section B, lines 1 and 2; Part IV, Section C, line 1; Part IV, Section D, lines 2 and 3; Part IV, Section E, lines 1c, 2a, 2b, 3a, and 3b; Part V, line 1; Part V, Section B, line 1e; Part V, Section D, lines 5, 6, and 8; and Part V, Section E, lines 2, 5, and 6. Also complete this part for any additional information. (See instructions.) |
|---|---|

SCHEDULE A, PART III, LINE 12, EXPLANATION FOR OTHER INCOME:

OTHER MISC INCOME

2018 AMOUNT: $    52.


MERCHANDISE DELIVERY FEES

2018 AMOUNT: $    15,749.


BRC LEGAL SETTLEMENT

2018 AMOUNT: $    35,000.

# Schedule B

**(Form 990, 990-EZ, or 990-PF)**
Department of the Treasury
Internal Revenue Service

## Schedule of Contributors

▶ **Attach to Form 990, Form 990-EZ, or Form 990-PF.**
▶ **Go to www.irs.gov/Form990 for the latest information.**

OMB No. 1545-0047

# 2019

| Name of the organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Organization type** (check one):

| Filers of: | Section: |
|---|---|
| Form 990 or 990-EZ | [X] 501(c)( 3 ) (enter number) organization |
| | [ ] 4947(a)(1) nonexempt charitable trust **not** treated as a private foundation |
| | [ ] 527 political organization |
| Form 990-PF | [ ] 501(c)(3) exempt private foundation |
| | [ ] 4947(a)(1) nonexempt charitable trust treated as a private foundation |
| | [ ] 501(c)(3) taxable private foundation |

Check if your organization is covered by the **General Rule** or a **Special Rule.**
**Note:** Only a section 501(c)(7), (8), or (10) organization can check boxes for both the General Rule and a Special Rule. See instructions.

**General Rule**

[X] For an organization filing Form 990, 990-EZ, or 990-PF that received, during the year, contributions totaling $5,000 or more (in money or property) from any one contributor. Complete Parts I and II. See instructions for determining a contributor's total contributions.

**Special Rules**

[ ] For an organization described in section 501(c)(3) filing Form 990 or 990-EZ that met the 33 1/3% support test of the regulations under sections 509(a)(1) and 170(b)(1)(A)(vi), that checked Schedule A (Form 990 or 990-EZ), Part II, line 13, 16a, or 16b, and that received from any one contributor, during the year, total contributions of the greater of **(1)** $5,000; or **(2)** 2% of the amount on (i) Form 990, Part VIII, line 1h; or (ii) Form 990-EZ, line 1. Complete Parts I and II.

[ ] For an organization described in section 501(c)(7), (8), or (10) filing Form 990 or 990-EZ that received from any one contributor, during the year, total contributions of more than $1,000 *exclusively* for religious, charitable, scientific, literary, or educational purposes, or for the prevention of cruelty to children or animals. Complete Parts I, II, and III.

[ ] For an organization described in section 501(c)(7), (8), or (10) filing Form 990 or 990-EZ that received from any one contributor, during the year, contributions *exclusively* for religious, charitable, etc., purposes, but no such contributions totaled more than $1,000. If this box is checked, enter here the total contributions that were received during the year for an *exclusively* religious, charitable, etc., purpose. Don't complete any of the parts unless the **General Rule** applies to this organization because it received *nonexclusively* religious, charitable, etc., contributions totaling $5,000 or more during the year ............................................. ▶ $ _____

**Caution:** An organization that isn't covered by the General Rule and/or the Special Rules doesn't file Schedule B (Form 990, 990-EZ, or 990-PF), but it **must** answer "No" on Part IV, line 2, of its Form 990; or check the box on line H of its Form 990-EZ or on its Form 990-PF, Part I, line 2, to certify that it doesn't meet the filing requirements of Schedule B (Form 990, 990-EZ, or 990-PF).

LHA **For Paperwork Reduction Act Notice, see the instructions for Form 990, 990-EZ, or 990-PF.** **Schedule B (Form 990, 990-EZ, or 990-PF) (2019)**

Schedule B (Form 990, 990-EZ, or 990-PF) (2019)                                                                Page **2**

| Name of organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part I**  **Contributors** (see instructions). Use duplicate copies of Part I if additional space is needed.

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 1 | | $ 116,360. | Person ☒  Payroll ☐  Noncash ☐  (Complete Part II for noncash contributions.) |
| 2 | | $ 51,001. | Person ☐  Payroll ☐  Noncash ☒  (Complete Part II for noncash contributions.) |
| 3 | | $ 50,000. | Person ☒  Payroll ☐  Noncash ☐  (Complete Part II for noncash contributions.) |
| 4 | | $ 40,000. | Person ☒  Payroll ☐  Noncash ☐  (Complete Part II for noncash contributions.) |
| 5 | | $ 37,125. | Person ☒  Payroll ☐  Noncash ☐  (Complete Part II for noncash contributions.) |
| 6 | | $ 33,888. | Person ☒  Payroll ☐  Noncash ☐  (Complete Part II for noncash contributions.) |

923452  11-06-19

Schedule B (Form 990, 990-EZ, or 990-PF) (2019)

Schedule B (Form 990, 990-EZ, or 990-PF) (2019)                                                                            Page **2**

| Name of organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part I**  **Contributors** (see instructions). Use duplicate copies of Part I if additional space is needed.

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 7 | | $ 30,400. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 8 | | $ 26,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 9 | | $ 25,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 10 | | $ 23,756. | Person ☐ <br> Payroll ☐ <br> Noncash ☒ <br> (Complete Part II for noncash contributions.) |
| 11 | | $ 19,934. | Person ☐ <br> Payroll ☐ <br> Noncash ☒ <br> (Complete Part II for noncash contributions.) |
| 12 | | $ 18,012. | Person ☐ <br> Payroll ☐ <br> Noncash ☒ <br> (Complete Part II for noncash contributions.) |

Schedule B (Form 990, 990-EZ, or 990-PF) (2019)                                                                      Page **2**

| Name of organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part I**   **Contributors** (see instructions). Use duplicate copies of Part I if additional space is needed.

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 13 | | $ 16,500. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 14 | | $ 16,250. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 15 | | $ 15,200. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 16 | | $ 15,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 17 | | $ 13,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 18 | | $ 12,795. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |

Schedule B (Form 990, 990-EZ, or 990-PF) (2019)                                                     Page **2**

| Name of organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part I**   **Contributors** (see instructions). Use duplicate copies of Part I if additional space is needed.

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 19 | | $ 11,615. | Person ☒<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| 20 | | $ 10,000. | Person ☒<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| 21 | | $ 10,000. | Person ☒<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| 22 | | $ 10,000. | Person ☒<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| 23 | | $ 10,000. | Person ☒<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| 24 | | $ 10,000. | Person ☒<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |

Schedule B (Form 990, 990-EZ, or 990-PF) (2019)                                                                          Page **2**

| Name of organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part I**  **Contributors** (see instructions). Use duplicate copies of Part I if additional space is needed.

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 25 | | $ 10,000. | Person ☒<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| 26 | | $ 9,850. | Person ☒<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| 27 | | $ 9,765. | Person ☒<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| 28 | | $ 9,400. | Person ☒<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| 29 | | $ 9,300. | Person ☒<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| 30 | | $ 8,325. | Person ☒<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |

923452  11-06-19                                                          Schedule B (Form 990, 990-EZ, or 990-PF) (2019)

Schedule B (Form 990, 990-EZ, or 990-PF) (2019)                                                                 Page **2**

| Name of organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part I**   **Contributors** (see instructions). Use duplicate copies of Part I if additional space is needed.

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 31 | | $ 8,150. | Person [X] Payroll [ ] Noncash [ ] (Complete Part II for noncash contributions.) |
| 32 | | $ 7,765. | Person [X] Payroll [ ] Noncash [ ] (Complete Part II for noncash contributions.) |
| 33 | | $ 7,500. | Person [X] Payroll [ ] Noncash [ ] (Complete Part II for noncash contributions.) |
| 34 | | $ 7,000. | Person [X] Payroll [ ] Noncash [ ] (Complete Part II for noncash contributions.) |
| 35 | | $ 6,400. | Person [X] Payroll [ ] Noncash [ ] (Complete Part II for noncash contributions.) |
| 36 | | $ 6,000. | Person [X] Payroll [ ] Noncash [ ] (Complete Part II for noncash contributions.) |

Schedule B (Form 990, 990-EZ, or 990-PF) (2019)                                                                                  Page **2**

| Name of organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part I**   **Contributors** (see instructions). Use duplicate copies of Part I if additional space is needed.

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 37 | | $ 5,850. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 38 | | $ 5,500. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 39 | | $ 5,200. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 40 | | $ 5,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 41 | | $ 5,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 42 | | $ 5,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |

     Schedule B (Form 990, 990-EZ, or 990-PF) (2019)

Schedule B (Form 990, 990-EZ, or 990-PF) (2019)                                                                 Page **2**

| Name of organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part I**  **Contributors** (see instructions). Use duplicate copies of Part I if additional space is needed.

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 43 | | $ 5,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 44 | | $ 5,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 45 | | $ 5,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 46 | | $ 5,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 47 | | $ 5,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 48 | | $ 155,002. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |

923452  11-06-19                                            Schedule B (Form 990, 990-EZ, or 990-PF) (2019)

Schedule B (Form 990, 990-EZ, or 990-PF) (2019)                                             Page **2**

| Name of organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part I**  **Contributors** (see instructions). Use duplicate copies of Part I if additional space is needed.

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 49 | | $ 50,000. | Person ☒ Payroll ☐ Noncash ☐ (Complete Part II for noncash contributions.) |
| 50 | | $ 50,000. | Person ☒ Payroll ☐ Noncash ☐ (Complete Part II for noncash contributions.) |
| 51 | | $ 50,000. | Person ☒ Payroll ☐ Noncash ☐ (Complete Part II for noncash contributions.) |
| 52 | | $ 50,000. | Person ☒ Payroll ☐ Noncash ☐ (Complete Part II for noncash contributions.) |
| 53 | | $ 34,700. | Person ☒ Payroll ☐ Noncash ☐ (Complete Part II for noncash contributions.) |
| 54 | | $ 30,000. | Person ☒ Payroll ☐ Noncash ☐ (Complete Part II for noncash contributions.) |

923452  11-06-19                                                   **Schedule B (Form 990, 990-EZ, or 990-PF) (2019)**

Schedule B (Form 990, 990-EZ, or 990-PF) (2019)                                                    Page **2**

| Name of organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part I**   **Contributors** (see instructions). Use duplicate copies of Part I if additional space is needed.

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 55 | | $ 25,000. | Person ☒ Payroll ☐ Noncash ☐ (Complete Part II for noncash contributions.) |
| 56 | | $ 25,000. | Person ☒ Payroll ☐ Noncash ☐ (Complete Part II for noncash contributions.) |
| 57 | | $ 25,000. | Person ☒ Payroll ☐ Noncash ☐ (Complete Part II for noncash contributions.) |
| 58 | | $ 25,000. | Person ☒ Payroll ☐ Noncash ☐ (Complete Part II for noncash contributions.) |
| 59 | | $ 25,000. | Person ☒ Payroll ☐ Noncash ☐ (Complete Part II for noncash contributions.) |
| 60 | | $ 25,000. | Person ☒ Payroll ☐ Noncash ☐ (Complete Part II for noncash contributions.) |

923452  11-06-19                                                        Schedule B (Form 990, 990-EZ, or 990-PF) (2019)

Schedule B (Form 990, 990-EZ, or 990-PF) (2019)                                                            Page **2**

| Name of organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part I**   **Contributors** (see instructions). Use duplicate copies of Part I if additional space is needed.

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 61 | | $ 15,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 62 | | $ 15,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 63 | | $ 10,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 64 | | $ 10,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 65 | | $ 10,000. | Person ☐ <br> Payroll ☐ <br> Noncash ☒ <br> (Complete Part II for noncash contributions.) |
| 66 | | $ 10,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |

923452  11-06-19                                                            Schedule B (Form 990, 990-EZ, or 990-PF) (2019)

Schedule B (Form 990, 990-EZ, or 990-PF) (2019)                                                    Page **2**

| Name of organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part I**   **Contributors** (see instructions). Use duplicate copies of Part I if additional space is needed.

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 67 | | $ 10,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 68 | | $ 10,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 69 | | $ 10,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 70 | | $ 10,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 71 | | $ 10,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 72 | | $ 10,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |

923452  11-06-19                                                    Schedule B (Form 990, 990-EZ, or 990-PF) (2019)

Schedule B (Form 990, 990-EZ, or 990-PF) (2019)                                                                 Page **2**

| Name of organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part I**  **Contributors** (see instructions). Use duplicate copies of Part I if additional space is needed.

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 73 | | $ 8,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 74 | | $ 7,500. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 75 | | $ 5,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 76 | | $ 6,000. | Person ☐ <br> Payroll ☐ <br> Noncash ☒ <br> (Complete Part II for noncash contributions.) |
| 77 | | $ 90,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| ___ | | $ | Person ☐ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |

Schedule B (Form 990, 990-EZ, or 990-PF) (2019)                                                    Page **3**

| Name of organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part II**   **Noncash Property** (see instructions). Use duplicate copies of Part II if additional space is needed.

| (a) No. from Part I | (b) Description of noncash property given | (c) FMV (or estimate) (See instructions.) | (d) Date received |
|---|---|---|---|
| 2 | 145 SHS VB, 618 SHS DON, 70 SHS SDY | $ 51,001. | 02/13/19 |
| 10 | 3683 SHS SIGA, 100 SHS SQ | $ 23,756. | 12/03/19 |
| 11 | 143 SHS MSFT | $ 19,934. | 12/31/19 |
| 12 | 100 SHS MSFT, 14 SHS MSI | $ 18,012. | 12/30/19 |
| 65 | VEHICLE DONATION - SHUTTLE BUS | $ 10,000. | 08/14/19 |
| 76 | VEHICLE DONATION - FUEL VEHICLE | $ 6,000. | 05/01/19 |

923453  11-06-19                                             Schedule B (Form 990, 990-EZ, or 990-PF) (2019)

Schedule B (Form 990, 990-EZ, or 990-PF) (2019)												Page **4**

| Name of organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part III**    Exclusively religious, charitable, etc., contributions to organizations described in section 501(c)(7), (8), or (10) that total more than $1,000 for the year **from any one contributor.** Complete columns **(a)** through **(e)** and the following line entry. For organizations completing Part III, enter the total of exclusively religious, charitable, etc., contributions of **$1,000 or less** for the year. (Enter this info. once.) ▶ $ _____

Use duplicate copies of Part III if additional space is needed.

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| _____ | | | |

**(e) Transfer of gift**

| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
|---|---|
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| _____ | | | |

**(e) Transfer of gift**

| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
|---|---|
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| _____ | | | |

**(e) Transfer of gift**

| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
|---|---|
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| _____ | | | |

**(e) Transfer of gift**

| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
|---|---|
| | |

Schedule B (Form 990, 990-EZ, or 990-PF) (2019)

| SCHEDULE C | Political Campaign and Lobbying Activities | OMB No. 1545-0047 |
|---|---|---|
| (Form 990 or 990-EZ) | | **2019** |

**For Organizations Exempt From Income Tax Under section 501(c) and section 527**
▶ **Complete if the organization is described below.**   ▶ **Attach to Form 990 or Form 990-EZ.**
▶ **Go to www.irs.gov/Form990 for instructions and the latest information.**

Department of the Treasury
Internal Revenue Service

**Open to Public Inspection**

**If the organization answered "Yes," on Form 990, Part IV, line 3, or Form 990-EZ, Part V, line 46 (Political Campaign Activities), then**

- Section 501(c)(3) organizations: Complete Parts I-A and B. Do not complete Part I-C.
- Section 501(c) (other than section 501(c)(3)) organizations: Complete Parts I-A and C below. Do not complete Part I-B.
- Section 527 organizations: Complete Part I-A only.

**If the organization answered "Yes," on Form 990, Part IV, line 4, or Form 990-EZ, Part VI, line 47 (Lobbying Activities), then**

- Section 501(c)(3) organizations that have filed Form 5768 (election under section 501(h)): Complete Part II-A. Do not complete Part II-B.
- Section 501(c)(3) organizations that have NOT filed Form 5768 (election under section 501(h)): Complete Part II-B. Do not complete Part II-A.

**If the organization answered "Yes," on Form 990, Part IV, line 5 (Proxy Tax) (see separate instructions) or Form 990-EZ, Part V, line 35c (Proxy Tax) (see separate instructions), then**

- Section 501(c)(4), (5), or (6) organizations: Complete Part III.

| Name of organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

| **Part I-A** | **Complete if the organization is exempt under section 501(c) or is a section 527 organization.** |
|---|---|

1  Provide a description of the organization's direct and indirect political campaign activities in Part IV.
2  Political campaign activity expenditures ........................................................................ ▶ $ _____
3  Volunteer hours for political campaign activities ........................................................ _____

| **Part I-B** | **Complete if the organization is exempt under section 501(c)(3).** |
|---|---|

1  Enter the amount of any excise tax incurred by the organization under section 4955 ........... ▶ $ _____
2  Enter the amount of any excise tax incurred by organization managers under section 4955 ......... ▶ $ _____
3  If the organization incurred a section 4955 tax, did it file Form 4720 for this year? ................. ☐ Yes   ☐ No
4a  Was a correction made? ........................................................................................ ☐ Yes   ☐ No
  b  If "Yes," describe in Part IV.

| **Part I-C** | **Complete if the organization is exempt under section 501(c), except section 501(c)(3).** |
|---|---|

1  Enter the amount directly expended by the filing organization for section 527 exempt function activities ........... ▶ $ _____
2  Enter the amount of the filing organization's funds contributed to other organizations for section 527
  exempt function activities ........................................................................................ ▶ $ _____
3  Total exempt function expenditures. Add lines 1 and 2. Enter here and on Form 1120-POL,
  line 17b ................................................................................................................ ▶ $ _____
4  Did the filing organization file **Form 1120-POL** for this year? ....................................... ☐ Yes   ☐ No
5  Enter the names, addresses and employer identification number (EIN) of all section 527 political organizations to which the filing organization made payments. For each organization listed, enter the amount paid from the filing organization's funds. Also enter the amount of political contributions received that were promptly and directly delivered to a separate political organization, such as a separate segregated fund or a political action committee (PAC). If additional space is needed, provide information in Part IV.

| (a) Name | (b) Address | (c) EIN | (d) Amount paid from filing organization's funds. If none, enter -0-. | (e) Amount of political contributions received and promptly and directly delivered to a separate political organization. If none, enter -0-. |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.**          **Schedule C (Form 990 or 990-EZ) 2019**

LHA

932041  11-26-19

Schedule C (Form 990 or 990-EZ) 2019 BURNING MAN PROJECT                                45-2638273  Page **2**

| **Part II-A** | Complete if the organization is exempt under section 501(c)(3) and filed Form 5768 (election under section 501(h)). |
|---|---|

**A** Check ▶ ☐ if the filing organization belongs to an affiliated group (and list in Part IV each affiliated group member's name, address, EIN, expenses, and share of excess lobbying expenditures).

**B** Check ▶ ☐ if the filing organization checked box A and "limited control" provisions apply.

| Limits on Lobbying Expenditures<br>(The term "expenditures" means amounts paid or incurred.) | **(a)** Filing organization's totals | **(b)** Affiliated group totals |
|---|---|---|
| **1a** Total lobbying expenditures to influence public opinion (grassroots lobbying) | | |
| **b** Total lobbying expenditures to influence a legislative body (direct lobbying) | | |
| **c** Total lobbying expenditures (add lines 1a and 1b) | | |
| **d** Other exempt purpose expenditures | 46,064,866. | |
| **e** Total exempt purpose expenditures (add lines 1c and 1d) | 46,064,866. | |
| **f** Lobbying nontaxable amount. Enter the amount from the following table in both columns. | 1,000,000. | |

| If the amount on line 1e, column (a) or (b) is: | The lobbying nontaxable amount is: |
|---|---|
| Not over $500,000 | 20% of the amount on line 1e. |
| Over $500,000 but not over $1,000,000 | $100,000 plus 15% of the excess over $500,000. |
| Over $1,000,000 but not over $1,500,000 | $175,000 plus 10% of the excess over $1,000,000. |
| Over $1,500,000 but not over $17,000,000 | $225,000 plus 5% of the excess over $1,500,000. |
| Over $17,000,000 | $1,000,000. |

| | **(a)** Filing organization's totals | **(b)** Affiliated group totals |
|---|---|---|
| **g** Grassroots nontaxable amount (enter 25% of line 1f) | 250,000. | |
| **h** Subtract line 1g from line 1a. If zero or less, enter -0- | 0. | |
| **i** Subtract line 1f from line 1c. If zero or less, enter -0- | 0. | |
| **j** If there is an amount other than zero on either line 1h or line 1i, did the organization file Form 4720 reporting section 4911 tax for this year? | ☐ Yes ☐ No | |

**4-Year Averaging Period Under Section 501(h)**
**(Some organizations that made a section 501(h) election do not have to complete all of the five columns below.**
**See the separate instructions for lines 2a through 2f.)**

**Lobbying Expenditures During 4-Year Averaging Period**

| Calendar year<br>(or fiscal year beginning in) | **(a)** 2016 | **(b)** 2017 | **(c)** 2018 | **(d)** 2019 | **(e)** Total |
|---|---|---|---|---|---|
| **2a** Lobbying nontaxable amount | 1,000,000. | 1,000,000. | 1,000,000. | 1,000,000. | 4,000,000. |
| **b** Lobbying ceiling amount (150% of line 2a, column(e)) | | | | | 6,000,000. |
| **c** Total lobbying expenditures | | | | | |
| **d** Grassroots nontaxable amount | 250,000. | 250,000. | 250,000. | 250,000. | 1,000,000. |
| **e** Grassroots ceiling amount (150% of line 2d, column (e)) | | | | | 1,500,000. |
| **f** Grassroots lobbying expenditures | | | | | |

**Schedule C (Form 990 or 990-EZ) 2019**

Schedule C (Form 990 or 990-EZ) 2019  BURNING MAN PROJECT                    45-2638273   Page **3**

**Part II-B** | Complete if the organization is exempt under section 501(c)(3) and has NOT filed Form 5768 (election under section 501(h)).

| | | (a) | | (b) |
|---|---|:---:|:---:|:---:|
| *For each "Yes" response on lines 1a through 1i below, provide in Part IV a detailed description of the lobbying activity.* | | **Yes** | **No** | **Amount** |
| **1** | During the year, did the filing organization attempt to influence foreign, national, state, or local legislation, including any attempt to influence public opinion on a legislative matter or referendum, through the use of: | | | |
| **a** | Volunteers? | | | |
| **b** | Paid staff or management (include compensation in expenses reported on lines 1c through 1i)? | | | |
| **c** | Media advertisements? | | | |
| **d** | Mailings to members, legislators, or the public? | | | |
| **e** | Publications, or published or broadcast statements? | | | |
| **f** | Grants to other organizations for lobbying purposes? | | | |
| **g** | Direct contact with legislators, their staffs, government officials, or a legislative body? | | | |
| **h** | Rallies, demonstrations, seminars, conventions, speeches, lectures, or any similar means? | | | |
| **i** | Other activities? | | | |
| **j** | Total. Add lines 1c through 1i | | | |
| **2a** | Did the activities in line 1 cause the organization to be not described in section 501(c)(3)? | | | |
| **b** | If "Yes," enter the amount of any tax incurred under section 4912 | | | |
| **c** | If "Yes," enter the amount of any tax incurred by organization managers under section 4912 | | | |
| **d** | If the filing organization incurred a section 4912 tax, did it file Form 4720 for this year? | | | |

**Part III-A** | Complete if the organization is exempt under section 501(c)(4), section 501(c)(5), or section 501(c)(6).

| | | Yes | No |
|---|---|:---:|:---:|
| **1** | Were substantially all (90% or more) dues received nondeductible by members? | **1** | |
| **2** | Did the organization make only in-house lobbying expenditures of $2,000 or less? | **2** | |
| **3** | Did the organization agree to carry over lobbying and political campaign activity expenditures from the prior year? | **3** | |

**Part III-B** | Complete if the organization is exempt under section 501(c)(4), section 501(c)(5), or section 501(c)(6) and if either (a) BOTH Part III-A, lines 1 and 2, are answered "No" OR (b) Part III-A, line 3, is answered "Yes."

| | | | |
|---|---|:---:|:---|
| **1** | Dues, assessments and similar amounts from members | **1** | |
| **2** | Section 162(e) nondeductible lobbying and political expenditures (**do not include amounts of political expenses for which the section 527(f) tax was paid**). | | |
| **a** | Current year | **2a** | |
| **b** | Carryover from last year | **2b** | |
| **c** | Total | **2c** | |
| **3** | Aggregate amount reported in section 6033(e)(1)(A) notices of nondeductible section 162(e) dues | **3** | |
| **4** | If notices were sent and the amount on line 2c exceeds the amount on line 3, what portion of the excess does the organization agree to carryover to the reasonable estimate of nondeductible lobbying and political expenditure next year? | **4** | |
| **5** | Taxable amount of lobbying and political expenditures (see instructions) | **5** | |

**Part IV** | **Supplemental Information**

Provide the descriptions required for Part I-A, line 1; Part I-B, line 4; Part I-C, line 5; Part II-A (affiliated group list); Part II-A, lines 1 and 2 (see instructions); and Part II-B, line 1. Also, complete this part for any additional information.

_____

_____

_____

_____

_____

_____

**Schedule C (Form 990 or 990-EZ) 2019**

| SCHEDULE D<br>(Form 990)<br><br>Department of the Treasury<br>Internal Revenue Service | **Supplemental Financial Statements**<br>▶ Complete if the organization answered "Yes" on Form 990,<br>Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b.<br>▶ Attach to Form 990.<br>▶Go to www.irs.gov/Form990 for instructions and the latest information. | OMB No. 1545-0047<br>**2019**<br>Open to Public<br>Inspection |
|---|---|---|

| Name of the organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part I** | **Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.** Complete if the organization answered "Yes" on Form 990, Part IV, line 6.

|  | | **(a)** Donor advised funds | **(b)** Funds and other accounts |
|---|---|---|---|
| 1 | Total number at end of year .................... | | |
| 2 | Aggregate value of contributions to (during year) ........... | | |
| 3 | Aggregate value of grants from (during year) ................ | | |
| 4 | Aggregate value at end of year ................... | | |

5 Did the organization inform all donors and donor advisors in writing that the assets held in donor advised funds
are the organization's property, subject to the organization's exclusive legal control? .................... ☐ Yes ☐ No

6 Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used only
for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose conferring
impermissible private benefit? .................... ☐ Yes ☐ No

**Part II** | **Conservation Easements.** Complete if the organization answered "Yes" on Form 990, Part IV, line 7.

1 Purpose(s) of conservation easements held by the organization (check all that apply).
- ☐ Preservation of land for public use (for example, recreation or education) ☐ Preservation of a historically important land area
- ☐ Protection of natural habitat ☐ Preservation of a certified historic structure
- ☐ Preservation of open space

2 Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation easement on the last
day of the tax year.

|  | | Held at the End of the Tax Year |
|---|---|---|
| a | Total number of conservation easements .................... | 2a |
| b | Total acreage restricted by conservation easements .................... | 2b |
| c | Number of conservation easements on a certified historic structure included in (a) .................... | 2c |
| d | Number of conservation easements included in (c) acquired after 7/25/06, and not on a historic structure<br>listed in the National Register .................... | 2d |

3 Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the tax
year ▶ _____

4 Number of states where property subject to conservation easement is located ▶ _____

5 Does the organization have a written policy regarding the periodic monitoring, inspection, handling of
violations, and enforcement of the conservation easements it holds? .................... ☐ Yes ☐ No

6 Staff and volunteer hours devoted to monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
▶ _____

7 Amount of expenses incurred in monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
▶ $ _____

8 Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i)
and section 170(h)(4)(B)(ii)? .................... ☐ Yes ☐ No

9 In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement and
balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes the
organization's accounting for conservation easements.

**Part III** | **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 8.

1a If the organization elected, as permitted under FASB ASC 958, not to report in its revenue statement and balance sheet works
of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public
service, provide in Part XIII the text of the footnote to its financial statements that describes these items.

b If the organization elected, as permitted under FASB ASC 958, to report in its revenue statement and balance sheet works of
art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service,
provide the following amounts relating to these items:

(i) Revenue included on Form 990, Part VIII, line 1 .................... ▶ $ _____

(ii) Assets included in Form 990, Part X .................... ▶ $ _____

2 If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide
the following amounts required to be reported under FASB ASC 958 relating to these items:

a Revenue included on Form 990, Part VIII, line 1 .................... ▶ $ _____

b Assets included in Form 990, Part X .................... ▶ $ _____

Schedule D (Form 990) 2019    BURNING MAN PROJECT      45-2638273   Page **2**

| Part III | Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets *(continued)* |

**3** Using the organization's acquisition, accession, and other records, check any of the following that make significant use of its collection items (check all that apply):

a ☐ Public exhibition      d ☐ Loan or exchange program

b ☐ Scholarly research      e ☐ Other _____

c ☐ Preservation for future generations

**4** Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII.

**5** During the year, did the organization solicit or receive donations of art, historical treasures, or other similar assets to be sold to raise funds rather than to be maintained as part of the organization's collection? ............... ☐ Yes ☐ No

| Part IV | Escrow and Custodial Arrangements. Complete if the organization answered "Yes" on Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21. |

**1a** Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not included on Form 990, Part X? ............................................................... ☐ Yes ☐ No

**b** If "Yes," explain the arrangement in Part XIII and complete the following table:

|  |  | Amount |
|---|---|---|
| **c** | Beginning balance | **1c** | |
| **d** | Additions during the year | **1d** | |
| **e** | Distributions during the year | **1e** | |
| **f** | Ending balance | **1f** | |

**2a** Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability? ............... ☐ Yes ☐ No

**b** If "Yes," explain the arrangement in Part XIII. Check here if the explanation has been provided on Part XIII .................. ☐

| Part V | Endowment Funds. Complete if the organization answered "Yes" on Form 990, Part IV, line 10. |

|  |  | (a) Current year | (b) Prior year | (c) Two years back | (d) Three years back | (e) Four years back |
|---|---|---|---|---|---|---|
| **1a** | Beginning of year balance | | | | | |
| **b** | Contributions | | | | | |
| **c** | Net investment earnings, gains, and losses | | | | | |
| **d** | Grants or scholarships | | | | | |
| **e** | Other expenditures for facilities and programs | | | | | |
| **f** | Administrative expenses | | | | | |
| **g** | End of year balance | | | | | |

**2** Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as:

**a** Board designated or quasi-endowment ▶ _____ %

**b** Permanent endowment ▶ _____ %

**c** Term endowment ▶ _____ %

The percentages on lines 2a, 2b, and 2c should equal 100%.

**3a** Are there endowment funds not in the possession of the organization that are held and administered for the organization by:

|  |  |  | Yes | No |
|---|---|---|---|---|
| **(i)** | Unrelated organizations | **3a(i)** | | |
| **(ii)** | Related organizations | **3a(ii)** | | |
| **b** | If "Yes" on line 3a(ii), are the related organizations listed as required on Schedule R? | **3b** | | |

**4** Describe in Part XIII the intended uses of the organization's endowment funds.

| Part VI | Land, Buildings, and Equipment. |

Complete if the organization answered "Yes" on Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | (a) Cost or other basis (investment) | (b) Cost or other basis (other) | (c) Accumulated depreciation | (d) Book value |
|---|---|---|---|---|
| **1a** Land | | 7,635,231. | | 7,635,231. |
| **b** Buildings | | 1,175,458. | 240,657. | 934,801. |
| **c** Leasehold improvements | | 115,416. | 45,826. | 69,590. |
| **d** Equipment | | 583,386. | 465,946. | 117,440. |
| **e** Other | | 2,976,807. | 2,225,784. | 751,023. |
| **Total.** Add lines 1a through 1e. *(Column (d) must equal Form 990, Part X, column (B), line 10c.)* ....................... ▶ | | | | 9,508,085. |

Schedule D (Form 990) 2019

Schedule D (Form 990) 2019     BURNING MAN PROJECT                                45-2638273   Page **3**

**Part VII** Investments - Other Securities.

Complete if the organization answered "Yes" on Form 990, Part IV, line 11b. See Form 990, Part X, line 12.

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| **(1)** Financial derivatives ........................................ | | |
| **(2)** Closely held equity interests ........................................ | | |
| **(3)** Other | | |
| (A) | | |
| (B) | | |
| (C) | | |
| (D) | | |
| (E) | | |
| (F) | | |
| (G) | | |
| (H) | | |
| **Total.** (Col. (b) must equal Form 990, Part X, col. (B) line 12.) ▶ | | |

**Part VIII** Investments - Program Related.

Complete if the organization answered "Yes" on Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| (a) Description of investment | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |
| (6) | | |
| (7) | | |
| (8) | | |
| (9) | | |
| **Total.** (Col. (b) must equal Form 990, Part X, col. (B) line 13.) ▶ | | |

**Part IX** Other Assets.

Complete if the organization answered "Yes" on Form 990, Part IV, line 11d. See Form 990, Part X, line 15.

| (a) Description | (b) Book value |
|---|---|
| (1) | |
| (2) | |
| (3) | |
| (4) | |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| **Total.** (Column (b) must equal Form 990, Part X, col. (B) line 15.) ................................................................. ▶ | |

**Part X** Other Liabilities.

Complete if the organization answered "Yes" on Form 990, Part IV, line 11e or 11f. See Form 990, Part X, line 25.

| **1.** (a) Description of liability | (b) Book value |
|---|---|
| (1)   Federal income taxes | |
| (2) | |
| (3) | |
| (4) | |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| **Total.** (Column (b) must equal Form 990, Part X, col. (B) line 25.) ................................................................. ▶ | |

**2.** Liability for uncertain tax positions. In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FASB ASC 740. Check here if the text of the footnote has been provided in Part XIII ...  [X]

Schedule D (Form 990) 2019

Schedule D (Form 990) 2019   BURNING MAN PROJECT   45-2638273   Page **4**

| Part XI | Reconciliation of Revenue per Audited Financial Statements With Revenue per Return. |
|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 12a.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Total revenue, gains, and other support per audited financial statements | | | **1** | |
| 2 | Amounts included on line 1 but not on Form 990, Part VIII, line 12: | | | | |
| a | Net unrealized gains (losses) on investments | **2a** | | | |
| b | Donated services and use of facilities | **2b** | | | |
| c | Recoveries of prior year grants | **2c** | | | |
| d | Other (Describe in Part XIII.) | **2d** | | | |
| e | Add lines **2a** through **2d** | | | **2e** | |
| 3 | Subtract line **2e** from line 1 | | | **3** | |
| 4 | Amounts included on Form 990, Part VIII, line 12, but not on line 1: | | | | |
| a | Investment expenses not included on Form 990, Part VIII, line 7b | **4a** | | | |
| b | Other (Describe in Part XIII.) | **4b** | | | |
| c | Add lines **4a** and **4b** | | | **4c** | |
| 5 | Total revenue. Add lines **3** and **4c.** *(This must equal Form 990, Part I, line 12.)* | | | **5** | |

| Part XII | Reconciliation of Expenses per Audited Financial Statements With Expenses per Return. |
|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 12a.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Total expenses and losses per audited financial statements | | | **1** | |
| 2 | Amounts included on line 1 but not on Form 990, Part IX, line 25: | | | | |
| a | Donated services and use of facilities | **2a** | | | |
| b | Prior year adjustments | **2b** | | | |
| c | Other losses | **2c** | | | |
| d | Other (Describe in Part XIII.) | **2d** | | | |
| e | Add lines **2a** through **2d** | | | **2e** | |
| 3 | Subtract line **2e** from line 1 | | | **3** | |
| 4 | Amounts included on Form 990, Part IX, line 25, but not on line 1: | | | | |
| a | Investment expenses not included on Form 990, Part VIII, line 7b | **4a** | | | |
| b | Other (Describe in Part XIII.) | **4b** | | | |
| c | Add lines **4a** and **4b** | | | **4c** | |
| 5 | Total expenses. Add lines **3** and **4c.** *(This must equal Form 990, Part I, line 18.)* | | | **5** | |

| Part XIII | Supplemental Information. |
|---|---|

Provide the descriptions required for Part II, lines 3, 5, and 9; Part III, lines 1a and 4; Part IV, lines 1b and 2b; Part V, line 4; Part X, line 2; Part XI, lines 2d and 4b; and Part XII, lines 2d and 4b. Also complete this part to provide any additional information.

PART X, LINE 2:

EACH YEAR, MANAGEMENT CONSIDERS WHETHER ANY MATERIAL TAX POSITIONS THE

ORGANIZATION HAS TAKEN ARE MORE LIKELY THAN NOT TO BE SUSTAINED UPON

EXAMINATION BY THE APPLICABLE TAXING AUTHORITY. MANAGEMENT BELIEVES THAT

ANY POSITIONS THE ORGANIZATION HAS TAKEN ARE SUPPORTED BY SUBSTANTIAL

AUTHORITY AND, HENCE, DO NOT NEED TO BE MEASURED OR DISCLOSED IN THESE

CONSOLIDATED FINANCIAL STATEMENTS.

| SCHEDULE F | | | |
|---|---|---|---|
| **(Form 990)** | | | |

**SCHEDULE F (Form 990)**

Department of the Treasury
Internal Revenue Service

# Statement of Activities Outside the United States

▶ **Complete if the organization answered "Yes" on Form 990, Part IV, line 14b, 15, or 16.**
▶ **Attach to Form 990.**
▶ **Go to www.irs.gov/Form990 for instructions and the latest information.**

OMB No. 1545-0047

## 2019

**Open to Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

| **Part I** | **General Information on Activities Outside the United States.** Complete if the organization answered "Yes" on Form 990, Part IV, line 14b. |
|---|---|

**1** **For grantmakers.** Does the organization maintain records to substantiate the amount of its grants and other assistance, the grantees' eligibility for the grants or assistance, and the selection criteria used to award the grants or assistance? ...... [X] **Yes**  [ ] **No**

**2** **For grantmakers.** Describe in Part V the organization's procedures for monitoring the use of its grants and other assistance outside the United States.

**3** Activities per Region. (The following Part I, line 3 table can be duplicated if additional space is needed.)

| (a) Region | (b) Number of offices in the region | (c) Number of employees, agents, and independent contractors in the region | (d) Activities conducted in the region (by type) (such as, fundraising, program services, investments, grants to recipients located in the region) | (e) If activity listed in (d) is a program service, describe specific type of service(s) in the region | (f) Total expenditures for and investments in the region |
|---|---|---|---|---|---|
| EAST ASIA AND THE PACIFIC | 0 | 0 | GRANTMAKING | COMMUNITY BASED PROJECT GRANTS | 1,518. |
| EUROPE (INCLUDING ICELAND & GREENLAND) | 0 | 12 | PROGRAM SERVICES | EUROPEAN LEADERSHIP CONFERENCE, ART GRANTS, AND COMMUNITY BASED PROJECT GRANTS | 180,981. |
| MIDDLE EAST AND NORTH AFRICA | 0 | 0 | GRANTMAKING | ART GRANTS | 4,850. |
| NORTH AMERICA | 0 | 0 | GRANTMAKING | ART GRANTS | 59,157. |
| RUSSIA AND NEIGHBORING STATES | 0 | 0 | GRANTMAKING | ART GRANTS | 36,670. |
| SOUTH AMERICA | 0 | 0 | GRANTMAKING | COMMUNITY BASED PROJECT GRANTS, ART GRANTS | 5,000. |
| SUB-SAHARAN AFRICA | 0 | 0 | GRANTMAKING | ART GRANTS | 14,000. |
| **3 a** Subtotal ................ | 0 | 12 | | | 302,176. |
| **b** Total from continuation sheets to Part I ......... | 0 | 0 | | | 0. |
| **c** **Totals** (add lines 3a and 3b) ............. | 0 | 12 | | | 302,176. |

LHA **For Paperwork Reduction Act Notice, see the Instructions for Form 990.**
**Schedule F (Form 990) 2019**

Schedule F (Form 990) 2019     BURNING MAN PROJECT                          45-2638273                          Page **2**

| Part II | **Grants and Other Assistance to Organizations or Entities Outside the United States.** Complete if the organization answered "Yes" on Form 990, Part IV, line 15, for any recipient who received more than $5,000. Part II can be duplicated if additional space is needed. |

| 1 (a) Name of organization | (b) IRS code section and EIN (if applicable) | (c) Region | (d) Purpose of grant | (e) Amount of cash grant | (f) Manner of cash disbursement | (g) Amount of noncash assistance | (h) Description of noncash assistance | (i) Method of valuation (book, FMV, appraisal, other) |
|---|---|---|---|---|---|---|---|---|
| | | EUROPE (INCLUDING ICELAND & GREENLAND) | ART GRANT | 9,000. | WIRE TRANSFER | 0. | | FMV |
| | | RUSSIA AND NEIGHBORING STATES | ART GRANT | 9,000. | WIRE TRANSFER | 0. | | FMV |
| | | EUROPE (INCLUDING ICELAND & GREENLAND) | ART GRANT | 6,000. | WIRE TRANSFER | 0. | | FMV |
| | | SUB-SAHARAN AFRICA | ART GRANT | 5,000. | WIRE TRANSFER | 0. | | FMV |
| | | EUROPE (INCLUDING ICELAND & GREENLAND) | ART GRANT | 27,000. | WIRE TRANSFER | 0. | | FMV |
| | | NORTH AMERICA | ART GRANT | 25,600. | WIRE TRANSFER | 0. | | FMV |
| | | NORTH AMERICA | ART GRANT | 20,000. | WIRE TRANSFER | 0. | | FMV |
| | | EUROPE (INCLUDING ICELAND & GREENLAND) | ART GRANT | 19,075. | WIRE TRANSFER | 0. | | FMV |

**2** Enter total number of recipient organizations listed above that are recognized as charities by the foreign country, recognized as tax-exempt
by the IRS, or for which the grantee or counsel has provided a section 501(c)(3) equivalency letter ................ ▶ 0

**3** Enter total number of other organizations or entities ................ ▶ 11

Schedule F (Form 990) 2019

932072  10-12-19

Schedule F (Form 990)     BURNING MAN PROJECT                    45-2638273                        Page **2**

| Part II | Continuation of Grants and Other Assistance to Organizations or Entities Outside the United States. (Schedule F (Form 990), Part II, line 1) |

| **1** (a) Name of organization | (b) IRS code section and EIN (if applicable) | (c) Region | (d) Purpose of grant | (e) Amount of cash grant | (f) Manner of cash disbursement | (g) Amount of non-cash assistance | (h) Description of non-cash assistance | (i) Method of valuation (book, FMV, appraisal, other) |
|---|---|---|---|---|---|---|---|---|
| | | RUSSIA AND NEIGHBORING STATES | ART GRANT | 15,000. | WIRE TRANSFER | 0. | | FMV |
| | | EUROPE (INCLUDING ICELAND & GREENLAND) | ART GRANT | 10,000. | WIRE TRANSFER | 0. | | FMV |
| | | NORTH AMERICA | ART GRANT | 7,500. | WIRE TRANSFER | 0. | | FMV |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

932182
04-01-19

Schedule F (Form 990) 2019    **BURNING MAN PROJECT**      45-2638273      Page **3**

| **Part III** | **Grants and Other Assistance to Individuals Outside the United States.** Complete if the organization answered "Yes" on Form 990, Part IV, line 16. |
|---|---|

Part III can be duplicated if additional space is needed.

| **(a)** Type of grant or assistance | **(b)** Region | **(c)** Number of recipients | **(d)** Amount of cash grant | **(e)** Manner of cash disbursement | **(f)** Amount of noncash assistance | **(g)** Description of noncash assistance | **(h)** Method of valuation (book, FMV, appraisal, other) |
|---|---|---|---|---|---|---|---|
| ART GRANT | EUROPE (INCLUDING ICELAND & GREENLAND) | 7 | 11,699. | WIRE TRANSFER | 0. | | FMV |
| ART GRANT | MIDDLE EAST AND NORTH AFRICA | 1 | 850. | ACH | 0. | | FMV |
| ART GRANT | MIDDLE EAST AND NORTH AFRICA | 1 | 4,000. | WIRE TRANSFER | 0. | | FMV |
| ART GRANT | NORTH AMERICA | 3 | 2,550. | CHECK | 0. | | FMV |
| ART GRANT | NORTH AMERICA | 1 | 3,507. | WIRE TRANSFER | 0. | | FMV |
| ART GRANT | RUSSIA AND NEIGHBORING STATES | 1 | 12,670. | WIRE TRANSFER | 0. | | FMV |
| ART GRANT | SOUTH ASIA | 1 | 4,000. | WIRE TRANSFER | 0. | | FMV |
| ART GRANT | SUB-SAHARAN AFRICA | 1 | 8,000. | WIRE TRANSFER | 0. | | FMV |
| COMMUNITY BASED PROJECT GRANT | EAST ASIA AND THE PACIFIC | 1 | 750. | WIRE TRANSFER | 0. | | FMV |

Schedule F (Form 990) 2019

Schedule F (Form 990)   BURNING MAN PROJECT   45-2638273   Page **3**

| Part III | Continuation of Grants and Other Assistance to Individuals Outside the United States. (Schedule F (Form 990), Part III) |

| **(a)** Type of grant or assistance | **(b)** Region | **(c)** Number of recipients | **(d)** Amount of cash grant | **(e)** Manner of cash disbursement | **(f)** Amount of non-cash assistance | **(g)** Description of non-cash assistance | **(h)** Method of valuation (book, FMV, appraisal, other) |
|---|---|---|---|---|---|---|---|
| COMMUNITY BASED PROJECT GRANT | EUROPE (INCLUDING ICELAND & GREENLAND) | 1 | 1,000. | WIRE TRANSFER | 0. | | FMV |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

932183
04-01-19

Schedule F (Form 990) 2019   BURNING MAN PROJECT                    45-2638273          Page **4**

| **Part IV** | **Foreign Forms** |
|---|---|

**1**   Was the organization a U.S. transferor of property to a foreign corporation during the tax year? *If "Yes," the organization may be required to file Form 926, Return by a U.S. Transferor of Property to a Foreign Corporation (see Instructions for Form 926)* .......................................................................................... ☐ Yes   ☒ No

**2**   Did the organization have an interest in a foreign trust during the tax year? *If "Yes," the organization may be required to separately file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts, and/or Form 3520-A, Annual Information Return of Foreign Trust With a U.S. Owner (see Instructions for Forms 3520 and 3520-A; don't file with Form 990)* ................. ☐ Yes   ☒ No

**3**   Did the organization have an ownership interest in a foreign corporation during the tax year? *If "Yes," the organization may be required to file Form 5471, Information Return of U.S. Persons With Respect to Certain Foreign Corporations (see Instructions for Form 5471)* ...................................................... ☐ Yes   ☒ No

**4**   Was the organization a direct or indirect shareholder of a passive foreign investment company or a qualified electing fund during the tax year? *If "Yes," the organization may be required to file Form 8621, Information Return by a Shareholder of a Passive Foreign Investment Company or Qualified Electing Fund (see Instructions for Form 8621)* ............................................................................................. ☐ Yes   ☒ No

**5**   Did the organization have an ownership interest in a foreign partnership during the tax year? *If "Yes," the organization may be required to file Form 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships (see Instructions for Form 8865)* ............................................................ ☐ Yes   ☒ No

**6**   Did the organization have any operations in or related to any boycotting countries during the tax year? *If "Yes," the organization may be required to separately file Form 5713, International Boycott Report (see Instructions for Form 5713; don't file with Form 990)* ............................................................. ☐ Yes   ☒ No

**Schedule F (Form 990) 2019**

932074  10-12-19

Schedule F (Form 990) 2019   BURNING MAN PROJECT                                45-2638273   Page **5**

**Part V** | **Supplemental Information**

Provide the information required by Part I, line 2 (monitoring of funds); Part I, line 3, column (f) (accounting method; amounts of investments vs. expenditures per region); Part II, line 1 (accounting method); Part III (accounting method); and Part III, column (c) (estimated number of recipients), as applicable. Also complete this part to provide any additional information. See instructions.

PART I, LINE 2:

BURNING MAN PROJECT HAS ADOPTED A DUE DILIGENCE PROCESS IN ACCORDANCE

WITH THE PROCEDURES OUTLINED BY THE U.S. DEPARTMENT OF TREASURY, AS

OUTLINED IN THE DOCUMENT "US DEPARTMENT OF THE TREASURY ANTI-TERRORIST

FINANCING GUIDELINES: VOLUNTARY BEST PRACTICES FOR US BASED CHARITIES."

IN ACCORDANCE WITH SECTION 6 OF THESE GUIDELINES, BURNING MAN PROJECT

RESEARCHES AND COLLECTS RECOMMENDED DATA, PERFORMS INTERNET SEARCHES ON

THE GRANT RECIPIENTS, AND SEARCHES FOR THE ORGANIZATION AND/OR

INDIVIDUALS ASSOCIATED WITH THE GRANT FUNDS IN THE OFAC SDN LIST. ONCE

THE DATA IS COLLECTED, A MEMO IS DRAFTED FOR REVIEW AND SAVED IN THE

BURNING MAN PROJECT RECORDS.  GRANTS ARE MADE SUBJECT TO A WRITTEN

AGREEMENT BETWEEN THE GRANTEE AND BURNING MAN PROJECT.


ONCE FUNDS ARE DISTRIBUTED, BURNING MAN PROJECT MONITORS THE GRANT

RECIPIENTS BY REQUIRING REGULAR REPORTS REGARDING THE USE OF GRANT FUNDS

AND PERIODICALLY CHECKING WITH PROGRAM RECIPIENTS DIRECTLY TO ENSURE

FUNDS ARE USED FOR THEIR INTENDED EXEMPT PURPOSES.


AS APPROPRIATE, BURNING MAN PROJECT, AT ANY STAGE OF THE PROCESS, MAY

SOLICIT INPUT FROM ITS LEGAL, FINANCE, OR OTHER DEPARTMENTS TO HELP

ENSURE THAT THE OVERSIGHT OF FUNDS GRANTED OUTSIDE THE U.S. IS

SUFFICIENTLY THOROUGH. ALSO AS APPROPRIATE, BURNING MAN PROJECT MAY, AT

ANY STAGE, SOLICIT REPORTS FROM VOLUNTEERS OR COLLABORATORS ON-SITE IN

THE COUNTRY OR MAKE SITE VISITS TO RECIPIENTS OF GRANTS OUTSIDE OF THE

U.S. HONORARIA FOR ART PROJECTS DESIGNATED FOR BLACK ROCK CITY REQUIRE

THAT THE ART PROJECT MUST BE BROUGHT TO AND EXHIBITED AT BLACK ROCK CITY,

NEVADA.

| SCHEDULE G | Supplemental Information Regarding Fundraising or Gaming Activities | OMB No. 1545-0047 |
|---|---|---|
| (Form 990 or 990-EZ) | Complete if the organization answered "Yes" on Form 990, Part IV, line 17, 18, or 19, or if the organization entered more than $15,000 on Form 990-EZ, line 6a. | **2019** |
| Department of the Treasury Internal Revenue Service | ▶ Attach to Form 990 or Form 990-EZ. ▶ Go to www.irs.gov/Form990 for instructions and the latest information. | Open to Public Inspection |

| Name of the organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part I**  **Fundraising Activities.** Complete if the organization answered "Yes" on Form 990, Part IV, line 17. Form 990-EZ filers are not required to complete this part.

1   Indicate whether the organization raised funds through any of the following activities. Check all that apply.

a [X] Mail solicitations      e [X] Solicitation of non-government grants
b [X] Internet and email solicitations     f [X] Solicitation of government grants
c [X] Phone solicitations     g [X] Special fundraising events
d [X] In-person solicitations

2 a Did the organization have a written or oral agreement with any individual (including officers, directors, trustees, or key employees listed in Form 990, Part VII) or entity in connection with professional fundraising services?   [X] **Yes**   [ ] **No**

b If "Yes," list the 10 highest paid individuals or entities (fundraisers) pursuant to agreements under which the fundraiser is to be compensated at least $5,000 by the organization.

| (i) Name and address of individual or entity (fundraiser) | (ii) Activity | (iii) Did fundraiser have custody or control of contributions? | | (iv) Gross receipts from activity | (v) Amount paid to (or retained by) fundraiser listed in col. (i) | (vi) Amount paid to (or retained by) organization |
|---|---|---|---|---|---|---|
| | | Yes | No | | | |
| BEERSTEIN ASSOCIATES  - 4602 FAIRWAY DRIVE, SOQUEL, CA | FUNDRAISING COUNSEL FOR PHILANTHROPIC ENGAGEMENT | | X | 904,663. | 85,989. | 818,674. |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total** | | | ▶ | 904,663. | 85,989. | 818,674. |

3   List all states in which the organization is registered or licensed to solicit contributions or has been notified it is exempt from registration or licensing.

CA,NY,NV

LHA  **For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.**    **Schedule G (Form 990 or 990-EZ) 2019**

SEE PART IV FOR CONTINUATIONS

932081  09-11-19

Schedule G (Form 990 or 990-EZ) 2019 BURNING MAN PROJECT                                    45-2638273  Page **2**

| **Part II** | **Fundraising Events.** Complete if the organization answered "Yes" on Form 990, Part IV, line 18, or reported more than $15,000 of fundraising event contributions and gross income on Form 990-EZ, lines 1 and 6b. List events with gross receipts greater than $5,000. |

| | | **(a)** Event #1 ARTUMNAL (event type) | **(b)** Event #2 (event type) | **(c)** Other events NONE (total number) | **(d)** Total events (add col. **(a)** through col. **(c)**) |
|---|---|---|---|---|---|
| Revenue | **1** Gross receipts ............................ | 495,859. | | | 495,859. |
| | **2** Less: Contributions ................... | 356,643. | | | 356,643. |
| | **3** Gross income (line 1 minus line 2) .......... | 139,216. | | | 139,216. |
| Direct Expenses | **4** Cash prizes ............................. | | | | |
| | **5** Noncash prizes ....................... | | | | |
| | **6** Rent/facility costs .................... | 82,808. | | | 82,808. |
| | **7** Food and beverages ................ | 95,139. | | | 95,139. |
| | **8** Entertainment ........................ | 2,300. | | | 2,300. |
| | **9** Other direct expenses ............. | 78,337. | | | 78,337. |
| | **10** Direct expense summary. Add lines 4 through 9 in column (d) ............................. ▶ | | | | 258,584. |
| | **11** Net income summary. Subtract line 10 from line 3, column (d) ............................. ▶ | | | | -119,368. |

| **Part III** | **Gaming.** Complete if the organization answered "Yes" on Form 990, Part IV, line 19, or reported more than $15,000 on Form 990-EZ, line 6a. |

| | | **(a)** Bingo | **(b)** Pull tabs/instant bingo/progressive bingo | **(c)** Other gaming | **(d)** Total gaming (add col. **(a)** through col. **(c)**) |
|---|---|---|---|---|---|
| Revenue | **1** Gross revenue ......................... | | | | |
| Direct Expenses | **2** Cash prizes ............................. | | | | |
| | **3** Noncash prizes ....................... | | | | |
| | **4** Rent/facility costs .................... | | | | |
| | **5** Other direct expenses ............. | | | | |
| | **6** Volunteer labor ...................... | ☐ Yes _____ % <br> ☐ No | ☐ Yes _____ % <br> ☐ No | ☐ Yes _____ % <br> ☐ No | |
| | **7** Direct expense summary. Add lines 2 through 5 in column (d) ............................. ▶ | | | | |
| | **8** Net gaming income summary. Subtract line 7 from line 1, column (d) ............................. ▶ | | | | |

**9** Enter the state(s) in which the organization conducts gaming activities: _____

**a** Is the organization licensed to conduct gaming activities in each of these states? ........................................... ☐ Yes ☐ No

**b** If "No," explain: _____

_____

**10a** Were any of the organization's gaming licenses revoked, suspended, or terminated during the tax year? ..................... ☐ Yes ☐ No

**b** If "Yes," explain: _____

_____

932082 09-11-19                                                                              Schedule G (Form 990 or 990-EZ) 2019

Schedule G (Form 990 or 990-EZ) 2019   BURNING MAN PROJECT                                          45-2638273   Page **3**

**11**  Does the organization conduct gaming activities with nonmembers? ............................................................  ☐ **Yes**  ☐ **No**

**12**  Is the organization a grantor, beneficiary or trustee of a trust, or a member of a partnership or other entity formed
      to administer charitable gaming? ........................................................................................................  ☐ **Yes**  ☐ **No**

**13**  Indicate the percentage of gaming activity conducted in:

**a**  The organization's facility ................................................................................................................  **13a** |              %

**b**  An outside facility ..........................................................................................................................  **13b** |              %

**14**  Enter the name and address of the person who prepares the organization's gaming/special events books and records:

Name ▶ _____

Address ▶ _____

**15a**  Does the organization have a contract with a third party from whom the organization receives gaming revenue? ..............  ☐ **Yes**  ☐ **No**

**b**  If "Yes," enter the amount of gaming revenue received by the organization ▶ $ _____  and the amount
    of gaming revenue retained by the third party ▶ $ _____

**c**  If "Yes," enter name and address of the third party:

Name ▶ _____

Address ▶ _____

**16**  Gaming manager information:

Name ▶ _____

Gaming manager compensation ▶ $ _____

Description of services provided ▶ _____

_____

☐ Director/officer          ☐ Employee          ☐ Independent contractor

**17**  Mandatory distributions:

**a**  Is the organization required under state law to make charitable distributions from the gaming proceeds to
    retain the state gaming license? .........................................................................................................  ☐ **Yes**  ☐ **No**

**b**  Enter the amount of distributions required under state law to be distributed to other exempt organizations or spent in the
    organization's own exempt activities during the tax year ▶ $ _____

| **Part IV** | **Supplemental Information.** Provide the explanations required by Part I, line 2b, columns (iii) and (v); and Part III, lines 9, 9b, 10b, |

15b, 15c, 16, and 17b, as applicable. Also provide any additional information. See instructions.

SCHEDULE G, PART I, LINE 2B, LIST OF TEN HIGHEST PAID FUNDRAISERS:


(I) NAME OF FUNDRAISER: BEERSTEIN ASSOCIATES

(I) ADDRESS OF FUNDRAISER: 4602 FAIRWAY DRIVE, SOQUEL, CA  95073

(II) ACTIVITY: FUNDRAISING COUNSEL FOR PHILANTHROPIC ENGAGEMENT DEPT

Schedule G (Form 990 or 990-EZ)    BURNING MAN PROJECT                    45-2638273  Page **4**

| **Part IV** | **Supplemental Information** *(continued)* |

SCHEDULE I
(Form 990)

Department of the Treasury
Internal Revenue Service

**Grants and Other Assistance to Organizations,
Governments, and Individuals in the United States**

Complete if the organization answered "Yes" on Form 990, Part IV, line 21 or 22.
▶ Attach to Form 990.
▶ Go to www.irs.gov/Form990 for the latest information.

OMB No. 1545-0047

**2019**

Open to Public
Inspection

Name of the organization
BURNING MAN PROJECT

Employer identification number
45-2638273

| Part I | General Information on Grants and Assistance |

1  Does the organization maintain records to substantiate the amount of the grants or assistance, the grantees' eligibility for the grants or assistance, and the selection
criteria used to award the grants or assistance? ......................................................................................................... [X] Yes [ ] No

2  Describe in Part IV the organization's procedures for monitoring the use of grant funds in the United States.

| Part II | **Grants and Other Assistance to Domestic Organizations and Domestic Governments.** Complete if the organization answered "Yes" on Form 990, Part IV, line 21, for any recipient that received more than $5,000. Part II can be duplicated if additional space is needed. |

| **1 (a)** Name and address of organization or government | **(b)** EIN | **(c)** IRC section (if applicable) | **(d)** Amount of cash grant | **(e)** Amount of non-cash assistance | **(f)** Method of valuation (book, FMV, appraisal, other) | **(g)** Description of noncash assistance | **(h)** Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| BLACK ROCK LABS 660 ALABAMA ST SAN FRANCISCO, CA 94110 | 80-0204355 | 501C3 | 20,000. | 0. | | | CHARITABLE - GENERAL SUPPORT |
| BLACK ROCK ARTS FOUNDATION 660 ALABAMA ST SAN FRANCISCO, CA 94110 | 91-2130056 | 501C3 | 10,000. | 0. | | | CHARITABLE - GENERAL SUPPORT |
| FRIENDS OF BLACK ROCK-HIGH ROCK INC - 320 MAIN ST - GERLACH, NV 89412 | 88-0437464 | 501C3 | 7,000. | 0. | | | CHARITABLE - GENERAL SUPPORT |
| THE GENERATOR INC 1240 ICEHOUSE AVE SPARKS, NV 89431 | 46-2305409 | 501C3 | 6,000. | 0. | | | CHARITABLE - GENERAL SUPPORT |
| GERLACH HIGH SCHOOL PO BOX 180 GERLACH, NV 89412 | 88-6000919 | | 5,241. | 0. | | | CHARITABLE - GENERAL SUPPORT |
| BURNING WISH 1715 DANBY LN GRAND RAPIDS, MI 49506 | 85-1404599 | 501C3 | 29,100. | 0. | | | FISCAL SPONSORSHIP GRANT |

2  Enter total number of section 501(c)(3) and government organizations listed in the line 1 table ......................................... ▶ 8.

3  Enter total number of other organizations listed in the line 1 table ................................................................................. ▶ 25.

LHA  **For Paperwork Reduction Act Notice, see the Instructions for Form 990.**

Schedule I (Form 990) (2019)

932101 10-26-19

Schedule I (Form 990)    **BURNING MAN PROJECT**                                        45-2638273        Page 1

| **Part II** | Continuation of Grants and Other Assistance to Governments and Organizations in the United States (Schedule I (Form 990), Part II.) |

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of non-cash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| DAVID BEST TEMPLES<br>175 WATER STREET<br>PETALUMA, CA 94952 | 81-1372527 | | 14,574. | 0. | | | FISCAL SPONSORSHIP GRANT |
| TEMPLE OF DIRECTION, LLC<br>22 GOUGH ST.<br>SAN FRANCISCO, CA 94103 | 83-3645944 | | 115,000. | 0. | | | HONORARIA ART GRANT |
| BIG PICTURE BUILDERS LLC<br>PO BOX 460535<br>SAN FRANCISCO, CA 94146 | 30-1183840 | | 65,000. | 0. | | | HONORARIA ART GRANT |
| REARED IN STEEL, LLC<br>110 COPELAND STREET<br>PETALUMA, CA 94952 | 37-1777629 | | 50,000. | 0. | | | HONORARIA ART GRANT |
| FLAMING LOTUS GIRLS<br>548 PRECITA AVE<br>SAN FRANCISCO, CA 94110 | 27-1587813 | | 45,000. | 0. | | | HONORARIA ART GRANT |
| XIAN PRODUCTIONS<br>1037 MURRAY ST.<br>BERKELEY, CA 94710 | 47-3825165 | | 41,000. | 0. | | | HONORARIA ART GRANT |
| PROTECTORS OF TULE SPRINGS<br>517 S 9TH STREET<br>LAS VEGAS, NV 89101 | 45-4870553 | 501C3 | 35,000. | 0. | | | HONORARIA ART GRANT |
| CHRIST2PRODUCTIONS<br>P.O. BOX 658<br>EL PRADO, NM 87529 | 81-3178870 | | 30,000. | 0. | | | HONORARIA ART GRANT |
| DANIEL MOUNTAIN, LLC<br>495 OLD SPANISH TRAIL<br>PORTOLA VALLEY, CA 94028 | 83-3940721 | | 30,000. | 0. | | | HONORARIA ART GRANT |

**Schedule I (Form 990)**

Schedule I (Form 990)  **BURNING MAN PROJECT**  45-2638273  Page 1

| Part II | Continuation of Grants and Other Assistance to Governments and Organizations in the United States (Schedule I (Form 990), Part II.) |
|---|---|

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of non-cash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| LASER EYES OF LOVE<br>333 TUNNEL AVENUE<br>RICHMOND, CA 94801 | 83-4180229 | | 27,350. | 0. | | | HONORARIA ART GRANT |
| BLISSWAVE PRODUCTIONS, LLC<br>2314 COPPERFIELD DR.<br>SANTA ROSA, CA 95401 | 45-2589045 | | 24,500. | 0. | | | HONORARIA ART GRANT |
| NUCLEAR PICNIC INC<br>936 PINE GROVE AVE<br>LOS ANGELES, CA 90042 | 20-8440030 | | 24,434. | 0. | | | HONORARIA ART GRANT |
| ORANGE LOTUS DESIGN, INC<br>290 47TH ST., APT 2<br>BROOKLYN, NY 11220 | 47-2652080 | | 22,500. | 0. | | | HONORARIA ART GRANT |
| RESONANT ARTS, LLC<br>48 5TH AVE.<br>OAKLAND, CA 94606 | 83-4221408 | | 21,000. | 0. | | | HONORARIA ART GRANT |
| MIRACLE WONDERLAND CARNIVAL CO.<br>634 GALLIER ST.<br>NEW ORLEANS, LA 70117 | 83-4098010 | | 20,000. | 0. | | | HONORARIA ART GRANT |
| HOUSE OF STRANGE RITUALS LLC<br>3060 ONYX ST.<br>EUGENE, OR 97405 | 83-4058292 | | 19,998. | 0. | | | HONORARIA ART GRANT |
| ENNIS CARNABUCI INC<br>719 ROUTE 301<br>COLD SPRING, NY 10516 | 22-3869301 | | 15,585. | 0. | | | HONORARIA ART GRANT |
| EASTERN PROMISES<br>P.O. BOX 641073<br>SAN FRANCISCO, CA 94164 | 46-2735725 | 501C3 | 15,000. | 0. | | | HONORARIA ART GRANT |

**Schedule I (Form 990)**

932241
04-01-19

Schedule I (Form 990)    **BURNING MAN PROJECT**                                                          45-2638273      Page 1

| **Part II** | Continuation of Grants and Other Assistance to Governments and Organizations in the United States (Schedule I (Form 990), Part II.) |

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of non-cash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| COUP DE FOUDRE<br>938 SANCHEZ ST<br>SAN FRANCISCO, CA 94114 | 38-4042937 | 501C3 | 14,050. | 0. | | | HONORARIA ART GRANT |
| TIME 2 FLY LLC<br>23 WEATHERLY DRIVE<br>MILL VALLEY, CA 94941 | 83-4415241 | | 13,200. | 0. | | | HONORARIA ART GRANT |
| KELLY SCHOTT ART LLC<br>11377 SURCO DR.<br>SAN DIEGO, CA 92126 | 83-4434034 | | 12,000. | 0. | | | HONORARIA ART GRANT |
| HYDEMADE<br>32185B US HWY 97<br>OROVILLE, WA 98844 | 47-3777367 | | 11,163. | 0. | | | HONORARIA ART GRANT |
| VERBSTUDIO LLC<br>18 LYONS ST<br>WATERTOWN, MA 02472 | 83-3709212 | | 9,500. | 0. | | | HONORARIA ART GRANT |
| TICKLEMEWITHHAPPINESS LLC<br>8558 HOLLOWAY DR. #102B<br>WEST HOLLYWOOD, CA 90069 | 83-4399582 | | 9,150. | 0. | | | HONORARIA ART GRANT |
| MR & MRS FERGUSON LLC<br>2618 BAYVIEW DRIVE<br>ALAMEDA, CA 94501 | 82-4864553 | | 8,900. | 0. | | | HONORARIA ART GRANT |
| IRON MONKEY ARTS<br>6520 - 5TH AVENUE SOUTH, SUITE 110<br>SEATTLE, WA 98108 | 47-2376316 | | 8,500. | 0. | | | HONORARIA ART GRANT |
| SALT MIND LLC<br>656 EAST 800 SOUTH<br>SALT LAKE CITY, UT 84102 | 83-3766164 | | 7,500. | 0. | | | HONORARIA ART GRANT |

**Schedule I (Form 990)**

932241
04-01-19

Schedule I (Form 990) (2019)     BURNING MAN PROJECT                                     45-2638273                    Page **2**

| **Part III** | Grants and Other Assistance to Domestic Individuals. Complete if the organization answered "Yes" on Form 990, Part IV, line 22. |
|---|---|

Part III can be duplicated if additional space is needed.

| (a) Type of grant or assistance | (b) Number of recipients | (c) Amount of cash grant | (d) Amount of non-cash assistance | (e) Method of valuation (book, FMV, appraisal, other) | (f) Description of noncash assistance |
|---|---|---|---|---|---|
| HONORARIA ART GRANT | 73 | 485,214. | 0. | | |
| ART GRANT | 6 | 39,750. | 0. | | |
| COMMUNITY BASED PROJECT GRANT | 13 | 12,175. | 0. | | |
| STIPEND | 250 | 89,998. | 0. | | |
| | | | | | |

| **Part IV** | Supplemental Information. Provide the information required in Part I, line 2; Part III, column (b); and any other additional information. |
|---|---|

PART I, LINE 2:

BURNING MAN PROJECT HAS AN ESTABLISHED PROCESS FOR REVIEWING GRANT

APPLICATIONS INCLUDING A PRE-FUNDING LETTER OF INTENT, AND A CONTRACT

ESTABLISHING THE NATURE OF THE PROJECT AND MUTUAL EXPECTATIONS, REGULAR

REPORTING AND TRANSFER OR LICENSE OF INTELLECTUAL PROPERTY TO BMP. THE

REVIEW COMMITTEE EVALUATES EACH PROJECT FOR IMPACT, COMMUNITY INTERACTIVITY

AND KINETIC QUALITIES. MORE INFORMATION CAN BE FOUND BY SEARCHING

"HONORARIA" ON OUR WEBSITE.

| SCHEDULE J | **Compensation Information** | OMB No. 1545-0047 |
|---|---|---|
| (Form 990) | For certain Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees | **2019** |
| Department of the Treasury<br>Internal Revenue Service | ▶ Complete if the organization answered "Yes" on Form 990, Part IV, line 23.<br>▶ Attach to Form 990.<br>▶ Go to www.irs.gov/Form990 for instructions and the latest information. | Open to Public Inspection |

| Name of the organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

| **Part I** | **Questions Regarding Compensation** |
|---|---|

|  |  | Yes | No |
|---|---|---|---|
| **1a** | Check the appropriate box(es) if the organization provided any of the following to or for a person listed on Form 990, Part VII, Section A, line 1a. Complete Part III to provide any relevant information regarding these items. |  |  |

☐ First-class or charter travel   ☐ Housing allowance or residence for personal use
☐ Travel for companions   ☐ Payments for business use of personal residence
☐ Tax indemnification and gross-up payments   ☐ Health or social club dues or initiation fees
☐ Discretionary spending account   ☐ Personal services (such as maid, chauffeur, chef)

|  |  |  | Yes | No |
|---|---|---|---|---|
| **b** | If any of the boxes on line 1a are checked, did the organization follow a written policy regarding payment or reimbursement or provision of all of the expenses described above? If "No," complete Part III to explain | **1b** |  |  |
| **2** | Did the organization require substantiation prior to reimbursing or allowing expenses incurred by all directors, trustees, and officers, including the CEO/Executive Director, regarding the items checked on line 1a? | **2** |  |  |
| **3** | Indicate which, if any, of the following the organization used to establish the compensation of the organization's CEO/Executive Director. Check all that apply. Do not check any boxes for methods used by a related organization to establish compensation of the CEO/Executive Director, but explain in Part III. |  |  |  |

☒ Compensation committee   ☐ Written employment contract
☐ Independent compensation consultant   ☒ Compensation survey or study
☒ Form 990 of other organizations   ☒ Approval by the board or compensation committee

|  |  |  | Yes | No |
|---|---|---|---|---|
| **4** | During the year, did any person listed on Form 990, Part VII, Section A, line 1a, with respect to the filing organization or a related organization: |  |  |  |
| **a** | Receive a severance payment or change-of-control payment? | **4a** |  | X |
| **b** | Participate in, or receive payment from, a supplemental nonqualified retirement plan? | **4b** |  | X |
| **c** | Participate in, or receive payment from, an equity-based compensation arrangement? | **4c** |  | X |
|  | If "Yes" to any of lines 4a-c, list the persons and provide the applicable amounts for each item in Part III. |  |  |  |
|  | **Only section 501(c)(3), 501(c)(4), and 501(c)(29) organizations must complete lines 5-9.** |  |  |  |
| **5** | For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the revenues of: |  |  |  |
| **a** | The organization? | **5a** |  | X |
| **b** | Any related organization? | **5b** |  | X |
|  | If "Yes" on line 5a or 5b, describe in Part III. |  |  |  |
| **6** | For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the net earnings of: |  |  |  |
| **a** | The organization? | **6a** |  | X |
| **b** | Any related organization? | **6b** |  | X |
|  | If "Yes" on line 6a or 6b, describe in Part III. |  |  |  |
| **7** | For persons listed on Form 990, Part VII, Section A, line 1a, did the organization provide any nonfixed payments not described on lines 5 and 6? If "Yes," describe in Part III | **7** |  | X |
| **8** | Were any amounts reported on Form 990, Part VII, paid or accrued pursuant to a contract that was subject to the initial contract exception described in Regulations section 53.4958-4(a)(3)? If "Yes," describe in Part III | **8** |  | X |
| **9** | If "Yes" on line 8, did the organization also follow the rebuttable presumption procedure described in Regulations section 53.4958-6(c)? | **9** |  |  |

LHA   **For Paperwork Reduction Act Notice, see the Instructions for Form 990.**   **Schedule J (Form 990) 2019**

932111  10-21-19

Schedule J (Form 990) 2019    **BURNING MAN PROJECT**       45-2638273       Page **2**

**Part II** | **Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees.** Use duplicate copies if additional space is needed.

For each individual whose compensation must be reported on Schedule J, report compensation from the organization on row (i) and from related organizations, described in the instructions, on row (ii). Do not list any individuals that aren't listed on Form 990, Part VII.

**Note:** The sum of columns (B)(i)-(iii) for each listed individual must equal the total amount of Form 990, Part VII, Section A, line 1a, applicable column (D) and (E) amounts for that individual.

| (A) Name and Title | | (B) Breakdown of W-2 and/or 1099-MISC compensation | | | (C) Retirement and other deferred compensation | (D) Nontaxable benefits | (E) Total of columns (B)(i)-(D) | (F) Compensation in column (B) reported as deferred on prior Form 990 |
|---|---|---|---|---|---|---|---|---|
| | | (i) Base compensation | (ii) Bonus & incentive compensation | (iii) Other reportable compensation | | | | |
| (1) MARIAN GOODELL | (i) | 294,378. | 2,750. | 0. | 11,200. | 14,596. | 322,924. | 0. |
| DIRECTOR/CHIEF EXECUTIVE OFFICER | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (2) HARLEY K. DUBOIS | (i) | 213,447. | 2,750. | 0. | 8,910. | 15,353. | 240,460. | 0. |
| DIRECTOR | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (3) NANCI O. PETERSON | (i) | 145,954. | 2,750. | 0. | 6,072. | 12,795. | 167,571. | 0. |
| SECRETARY | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (4) DOUG ROBERTSON | (i) | 177,020. | 2,750. | 0. | 7,310. | 8,443. | 195,523. | 0. |
| DIRECTOR OF FINANCE | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (5) DAVID BILL | (i) | 241,866. | 0. | 0. | 0. | 4,443. | 246,309. | 0. |
| INTERIM CHIEF TECHNOLOGY OFFICER | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (6) HEATHER WHITE | (i) | 188,572. | 2,750. | 0. | 7,812. | 9,939. | 209,073. | 0. |
| CHIEF OPERATING OFFICER | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (7) RAYMOND ALLEN | (i) | 182,396. | 2,750. | 0. | 7,630. | 10,649. | 203,425. | 0. |
| GENERAL COUNSEL | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (8) KIM COOK | (i) | 159,414. | 2,750. | 0. | 6,756. | 12,562. | 181,482. | 0. |
| DIRECTOR OF ART AND CIVIC ENGAGEMENT | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (9) CHARLIE DOLMAN | (i) | 152,550. | 2,750. | 0. | 5,652. | 5,424. | 166,376. | 0. |
| DIRECTOR OF EVENT OPERATIONS | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (10) PEDRO VIDAL FLORES | (i) | 149,508. | 2,750. | 0. | 6,179. | 6,884. | 165,321. | 0. |
| DIRECTOR OF PEOPLE OPERATIONS | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (11) WILLIAM SINCLAIR | (i) | 161,952. | 0. | 0. | 0. | 7,556. | 169,508. | 0. |
| SOFTWARE ENGINEERING MANAGER | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (12) MEGAN MILLER | (i) | 144,721. | 2,750. | 0. | 6,110. | 7,523. | 161,104. | 0. |
| DIRECTOR OF COMMUNICATIONS | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (13) STUART MANGRUM | (i) | 138,901. | 2,750. | 0. | 5,910. | 5,854. | 153,415. | 0. |
| DIRECTOR OF EDUCATION | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (14) MARK LEVITT | (i) | 137,690. | 2,750. | 0. | 5,868. | 9,425. | 155,733. | 0. |
| SENIOR TECHNICAL PRODUCT MANAGER | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| | (i) | | | | | | | |
| | (ii) | | | | | | | |
| | (i) | | | | | | | |
| | (ii) | | | | | | | |

932112 10-21-19

Schedule J (Form 990) 2019

Schedule J (Form 990) 2019     BURNING MAN PROJECT                                          45-2638273              Page **3**

**Part III** | **Supplemental Information**

Provide the information, explanation, or descriptions required for Part I, lines 1a, 1b, 3, 4a, 4b, 4c, 5a, 5b, 6a, 6b, 7, and 8, and for Part II. Also complete this part for any additional information.

932113  10-21-19

**SCHEDULE L**
(Form 990 or 990-EZ)

Department of the Treasury
Internal Revenue Service

# Transactions With Interested Persons

▶ Complete if the organization answered "Yes" on Form 990, Part IV, line 25a, 25b, 26, 27, 28a,
28b, or 28c, or Form 990-EZ, Part V, line 38a or 40b.
▶ **Attach to Form 990 or Form 990-EZ.**
▶ Go to www.irs.gov/Form990 for instructions and the latest information.

OMB No. 1545-0047

**2019**

Open To Public
Inspection

Name of the organization
BURNING MAN PROJECT

Employer identification number
45-2638273

**Part I** | **Excess Benefit Transactions** (section 501(c)(3), section 501(c)(4), and section 501(c)(29) organizations only).

Complete if the organization answered "Yes" on Form 990, Part IV, line 25a or 25b, or Form 990-EZ, Part V, line 40b.

| 1 **(a)** Name of disqualified person | **(b)** Relationship between disqualified person and organization | **(c)** Description of transaction | **(d)** Corrected? | |
|---|---|---|---|---|
| | | | Yes | No |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

2  Enter the amount of tax incurred by the organization managers or disqualified persons during the year under
section 4958 ..................................................................................................... ▶ $ _____

3  Enter the amount of tax, if any, on line 2, above, reimbursed by the organization ............................ ▶ $ _____

**Part II** | **Loans to and/or From Interested Persons.**

Complete if the organization answered "Yes" on Form 990-EZ, Part V, line 38a or Form 990, Part IV, line 26; or if the organization
reported an amount on Form 990, Part X, line 5, 6, or 22.

| **(a)** Name of interested person | **(b)** Relationship with organization | **(c)** Purpose of loan | **(d)** Loan to or from the organization? | | **(e)** Original principal amount | **(f)** Balance due | **(g)** In default? | | **(h)** Approved by board or committee? | | **(i)** Written agreement? | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | To | From | | | Yes | No | Yes | No | Yes | No |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

Total ................................................................................................ ▶ $

**Part III** | **Grants or Assistance Benefiting Interested Persons.**

Complete if the organization answered "Yes" on Form 990, Part IV, line 27.

| **(a)** Name of interested person | **(b)** Relationship between interested person and the organization | **(c)** Amount of assistance | **(d)** Type of assistance | **(e)** Purpose of assistance |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

LHA   **For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.**      **Schedule L (Form 990 or 990-EZ) 2019**

932131  10-21-19

Schedule L (Form 990 or 990-EZ) 2019   BURNING MAN PROJECT                45-2638273   Page **2**

| Part IV | **Business Transactions Involving Interested Persons.** |

Complete if the organization answered "Yes" on Form 990, Part IV, line 28a, 28b, or 28c.

| **(a)** Name of interested person | **(b)** Relationship between interested person and the organization | **(c)** Amount of transaction | **(d)** Description of transaction | **(e)** Sharing of organization's revenues? | |
|---|---|---|---|---|---|
| | | | | **Yes** | **No** |
| METAMORPH LLC | METAMORPH LLC IS OW | 22,800. | BMP LEASES | | X |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Part V | **Supplemental Information.** |

Provide additional information for responses to questions on Schedule L (see instructions).

SCH L, PART IV, BUSINESS TRANSACTIONS INVOLVING INTERESTED PERSONS:

(A) NAME OF PERSON: METAMORPH LLC

(B) RELATIONSHIP BETWEEN INTERESTED PERSON AND ORGANIZATION:

METAMORPH LLC IS OWNED BY THE SPOUSE OF MICHAEL MIKEL, DIRECTOR

(C) AMOUNT OF TRANSACTION $ 22,800.

(D) DESCRIPTION OF TRANSACTION: BMP LEASES 2 PROPERTIES FROM METAMORPH

LLC.

(E) SHARING OF ORGANIZATION REVENUES? = NO

932132  10-21-19

| SCHEDULE M | | | | |
|---|---|---|---|---|
| **(Form 990)** | | | | |

**SCHEDULE M**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

# Noncash Contributions

▶ **Complete if the organizations answered "Yes" on Form 990, Part IV, lines 29 or 30.**
▶ **Attach to Form 990.**
▶ **Go to www.irs.gov/Form990 for instructions and the latest information.**

OMB No. 1545-0047

**2019**

Open to Public
Inspection

| Name of the organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

| Part I | Types of Property |
|---|---|

| | | (a)<br>Check if<br>applicable | (b)<br>Number of<br>contributions or<br>items contributed | (c)<br>Noncash contribution<br>amounts reported on<br>Form 990, Part VIII, line 1g | (d)<br>Method of determining<br>noncash contribution amounts |
|---|---|---|---|---|---|
| 1 | Art - Works of art | | | | |
| 2 | Art - Historical treasures | | | | |
| 3 | Art - Fractional interests | | | | |
| 4 | Books and publications | | | | |
| 5 | Clothing and household goods | | | | |
| 6 | Cars and other vehicles | X | 3 | 18,000. | FMV |
| 7 | Boats and planes | | | | |
| 8 | Intellectual property | | | | |
| 9 | Securities - Publicly traded | X | 8 | 112,704. | AVG HI/LO STOCK PRIC |
| 10 | Securities - Closely held stock | | | | |
| 11 | Securities - Partnership, LLC, or<br>trust interests | | | | |
| 12 | Securities - Miscellaneous | | | | |
| 13 | Qualified conservation contribution -<br>Historic structures | | | | |
| 14 | Qualified conservation contribution - Other | | | | |
| 15 | Real estate - Residential | | | | |
| 16 | Real estate - Commercial | | | | |
| 17 | Real estate - Other | | | | |
| 18 | Collectibles | | | | |
| 19 | Food inventory | | | | |
| 20 | Drugs and medical supplies | | | | |
| 21 | Taxidermy | | | | |
| 22 | Historical artifacts | | | | |
| 23 | Scientific specimens | | | | |
| 24 | Archeological artifacts | | | | |
| 25 | Other ▶ ( AUCTION ITEMS ) | X | 116 | 41,777. | FMV |
| 26 | Other ▶ ( _____ ) | | | | |
| 27 | Other ▶ ( _____ ) | | | | |
| 28 | Other ▶ ( _____ ) | | | | |

| 29 | Number of Forms 8283 received by the organization during the tax year for contributions<br>for which the organization completed Form 8283, Part IV, Donee Acknowledgement | **29** | | 0 |
|---|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| 30a | During the year, did the organization receive by contribution any property reported in Part I, lines 1 through 28, that it<br>must hold for at least three years from the date of the initial contribution, and which isn't required to be used for<br>exempt purposes for the entire holding period? | **30a** | | X |
| b | If "Yes," describe the arrangement in Part II. | | | |
| 31 | Does the organization have a gift acceptance policy that requires the review of any nonstandard contributions? | **31** | X | |
| 32a | Does the organization hire or use third parties or related organizations to solicit, process, or sell noncash<br>contributions? | **32a** | X | |
| b | If "Yes," describe in Part II. | | | |
| 33 | If the organization didn't report an amount in column (c) for a type of property for which column (a) is checked,<br>describe in Part II. | | | |

LHA   **For Paperwork Reduction Act Notice, see the Instructions for Form 990.**

**Schedule M (Form 990) 2019**

932141 09-27-19

Schedule M (Form 990) 2019   BURNING MAN PROJECT                                        45-2638273       Page **2**

| Part II | **Supplemental Information.** Provide the information required by Part I, lines 30b, 32b, and 33, and whether the organization is reporting in Part I, column (b), the number of contributions, the number of items received, or a combination of both. Also complete this part for any additional information. |
|---|---|

SCHEDULE M, LINE 32B:

BMP USES CLICK BID THIRD PARTY SOFTWARE TO PROCESS FUNDRAISING EVENT

AUCTION PAYMENTS.

**SCHEDULE O**
**(Form 990 or 990-EZ)**

Department of the Treasury
Internal Revenue Service

**Supplemental Information to Form 990 or 990-EZ**

Complete to provide information for responses to specific questions on
Form 990 or 990-EZ or to provide any additional information.
▶ Attach to Form 990 or 990-EZ.
▶ Go to www.irs.gov/Form990 for the latest information.

OMB No. 1545-0047

**2019**

**Open to Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

FORM 990, PART I, LINE 1, DESCRIPTION OF ORGANIZATION MISSION:

EDUCATION, AND CIVIC ENGAGEMENT.

FORM 990, PART III, LINE 1, DESCRIPTION OF ORGANIZATION MISSION:

RADICAL SELF-EXPRESSION, COMMUNAL EFFORT, CIVIC RESPONSIBILITY, LEAVING

NO TRACE, PARTICIPATION, AND IMMEDIACY THROUGH ARTS, CULTURE,

EDUCATION, AND CIVIC ENGAGEMENT.

FORM 990, PART III, LINE 4A, PROGRAM SERVICE ACCOMPLISHMENTS:

PARTICIPATORY. BRC IS A MANIFESTATION OF ART'S CULTURE-BUILDING

CAPACITY, ONE OF ART'S MOST VALUABLE FUNCTIONS AND ONE THAT IS VITAL TO

A THRIVING SOCIETY.

FORM 990, PART III, LINE 4B, PROGRAM SERVICE ACCOMPLISHMENTS:

COMMUNITY-DRIVEN,INCLUSIVE, INTERACTIVE, PARTICIPATORY NATURE OF

BURNING MAN ART, AND FURTHER THE TEN PRINCIPLES OF BURNING MAN AND

BMP'S EXEMPT PURPOSES.

FORM 990, PART III, LINE 4C, PROGRAM SERVICE ACCOMPLISHMENTS:

BURNERS WITHOUT BORDERS ("BWB") SUPPORTS COMMUNITIES' INHERENT CAPACITY

TO THRIVE IN THE FACE OF CHALLENGES (BE THEY ECONOMIC, NATURAL

DISASTER, OR SOCIAL INEQUITY) BY ACTIVATING INNOVATIVE, GRASSROOTS

INITIATIVES AND APPROACHES TO RECOVERY THAT ARE INSPIRED BY BURNING

MAN'S MISSION AND LED BY BURNING MAN PARTICIPANTS. THESE ACTIVITIES

FURTHER BMP'S MISSION AND ALL OF ITS EXEMPT PURPOSES, PARTICULARLY

CIVIC ENGAGEMENT AND EDUCATION.

| Name of the organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

FORM 990, PART III, LINE 4D, OTHER PROGRAM SERVICES:

BURNING MAN CULTURE AND METHODOLOGY HAS PROVEN TO BE OF GREAT INTEREST

TO DIVERSE CONSTITUENCIES, INCLUDING MUNICIPALITIES, NONPROFITS,

CORPORATIONS, AND ORGANIZATIONS DEVOTED TO CIVIC ENGAGEMENT, ART AND

CULTURE, VOLUNTEERISM, AND PROCESS MANAGEMENT. THESE ACTIVITIES WERE

SELECTED BASED ON THEIR CONSISTENCY WITH BURNING MAN PROJECT'S EXEMPT

PURPOSES AND THE TEN PRINCIPLES. ADDITIONALLY, THROUGHOUT THE YEAR,

BURNING MAN PROJECT CONDUCTED A SERIES OF EDUCATIONAL PANELS AND

WORKSHOPS INTRODUCING ASPECTS OF BURNING MAN CULTURE TO A BROAD

CROSS-SECTION OF PROFESSIONAL AND PUBLIC AUDIENCES.


SINCE 2014, AS A SERVICE TO THE COMMUNITY, BURNING MAN HAS ADMINISTERED

A MODEL C FISCAL SPONSORSHIP/ GRANTMAKING PROGRAM, WHICH HAS EMPOWERED

MISSION ALIGNED ART AND CIVIC ENGAGEMENT PROJECTS TO FUNDRAISE TO A

GREATER CAPACITY IN LOCAL COMMUNITIES. A LEGACY PROGRAM FROM THE BLACK

ROCK ARTS FOUNDATION, BURNING MAN'S FISCAL SPONSORSHIP PROGRAM WAS

EXPANDED IN 2016 TO INCLUDE NOT ONLY BLACK ROCK CITY HONORARIA

RECIPIENTS, BUT SELF-FUNDED ART AND CIVIC PROJECTS DESTINED FOR BLACK

ROCK CITY, CIVIC ART PROJECTS AND GLOBAL ART GRANT RECIPIENTS, AND

OTHER MISSION ALIGNED PROJECTS OUTSIDE OF BLACK ROCK CITY.

EXPENSES $ 3,553,892.   INCLUDING GRANTS OF $ 66,331.   REVENUE $ 632,939.


FORM 990, PART VI, SECTION A, LINE 2:

BOARD MEMBERS WILL ROGER PETERSON AND NANCI O. PETERSON ARE A MARRIED

COUPLE.

BOARD MEMBERS FARHAD MOHIT AND NUSHIN SABET ARE A MARRIED COUPLE.

Page **2**

| Name of the organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

FORM 990, PART VI, SECTION B, LINE 11B:

THE INFORMATION REQUIRED TO BE REPORTED ON THIS FORM 990 WAS INITIALLY

COMPILED BY THE ORGANIZATION'S FINANCE AND ACCOUNTING DEPARTMENT, PRIMARILY

RELYING ON THE ORGANIZATION'S GENERAL LEDGER, AUDITED FINANCIAL STATEMENTS,

AND OTHER FINANCIAL SYSTEMS. THE ORGANIZATION'S DIRECTOR OF FINANCE,

CONTROLLER, GENERAL COUNSEL, OUTSIDE COUNSEL, AND EXTERNAL TAX ADVISORS

THEN PARTICIPATED IN A SERIES OF DETAILED REVIEWS OF THE FORM 990. THE FORM

990 WAS ALSO REVIEWED BY THE ORGANIZATION'S SENIOR MANAGEMENT, INCLUDING

THE CEO AND TREASURER. A COMPLETE COPY WAS PROVIDED TO EACH MEMBER OF THE

BOARD OF DIRECTORS FOR AN OPPORTUNITY TO REVIEW AND COMMENT.


FORM 990, PART VI, SECTION B, LINE 12C:

THE ORGANIZATION REGULARLY AND CONSISTENTLY MONITORS AND ENFORCES

COMPLIANCE WITH ITS CONFLICT OF INTEREST POLICY BY REQUIRING ONGOING

DISCLOSURE OF POTENTIAL CONFLICTS WHEN WARRANTED AND, SPECIFICALLY, ON AN

ANNUAL BASIS, REVIEW OF SUCH DISCLOSURES BY THE BOARD OF DIRECTORS, AND BY

RECUSAL BY CONFLICTED INDIVIDUALS FROM BOARD DELIBERATIONS AND

DECISION-MAKING REGARDING SUCH TRANSACTIONS. A CONFLICT OF INTEREST

DISCLOSURE STATEMENT MUST BE COMPLETED, SIGNED AND RETURNED TO CEO, IF FOR

STAFF, OR THE BOARD OF DIRECTORS IF FOR DIRECTORS OR BOARD COMMITTEE

MEMBERS.


FORM 990, PART VI, SECTION B, LINE 15:

THE BOARD HAS A WRITTEN BOARD APPROVAL OF COMPENSATION POLICY THAT INCLUDES

A REQUIREMENT THAT ALL COMPENSATION BE FAIR AND REASONABLE TO THE

ORGANIZATION, AND DETERMINED BASED UPON SURVEY COMPENSATION COMPARABILITY

DATA.  BMP SUBSCRIBES TO TWO RECOGNIZED NONPROFIT SALARY SURVEYS, ONE

SPECIFICALLY FOR NORTHERN CALIFORNIA, WHERE MOST OF ITS STAFF ARE EMPLOYED.

| Name of the organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

THE BOARD DELEGATES DETERMINATION OF COMPENSATION FOR OTHER STAFF TO THE

CEO, WHO IS REQUIRED CONTRACTUALLY TO ABIDE BY THE BOARD APPROVAL OF

COMPENSATION POLICY, AND ALL OTHER BOARD POLICIES IN DETERMINING

COMPENSATION.  WHERE APPROPRIATE, THE BOARD SEEKS THE ADVICE OF THE

ORGANIZATION'S GENERAL COUNSEL AND APPROPRIATE EXTERNAL LEGAL COUNSEL AND

CPAS.


FORM 990, PART VI, SECTION C, LINE 19:

BURNING MAN PROJECT'S BYLAWS AND FORM 990 FILINGS ARE AVAILABLE AS A

DOWNLOADABLE PDF ON THE PUBLIC DOCUMENTS SECTION OF THE ORGANIZATION'S

WEBSITE. COPIES OF BURNING MAN PROJECT'S GOVERNING DOCUMENTS, FINANCIAL

STATEMENTS, AND CONFLICT OF INTEREST POLICY CAN BE OBTAINED BY REQUEST FROM

BURNING MAN PROJECT.


FORM 990, PART IX, LINE 11G, OTHER FEES:

EVENT INDEPENDENT CONTRACTORS:

PROGRAM SERVICE EXPENSES                                          836,620.

MANAGEMENT AND GENERAL EXPENSES                                        0.

FUNDRAISING EXPENSES                                              17,684.

TOTAL EXPENSES                                                    854,304.


INDEPENDENT CONTRACTORS:

PROGRAM SERVICE EXPENSES                                          914,299.

MANAGEMENT AND GENERAL EXPENSES                                  890,785.

FUNDRAISING EXPENSES                                              10,868.

TOTAL EXPENSES                                                  1,815,952.


PUBLIC HEALTH AND SAFETY:

Page **2**

| Name of the organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

PROGRAM SERVICE EXPENSES                                              1,464,597.

MANAGEMENT AND GENERAL EXPENSES                                               0.

FUNDRAISING EXPENSES                                                          0.

TOTAL EXPENSES                                                       1,464,597.

---

POTABLE WATER:

PROGRAM SERVICE EXPENSES                                               130,588.

MANAGEMENT AND GENERAL EXPENSES                                               0.

FUNDRAISING EXPENSES                                                          0.

TOTAL EXPENSES                                                         130,588.

---

CONTRACT SERVICE VENDORS:

PROGRAM SERVICE EXPENSES                                               732,799.

MANAGEMENT AND GENERAL EXPENSES                                         277,221.

FUNDRAISING EXPENSES                                                      1,000.

TOTAL EXPENSES                                                       1,011,020.

---

DUST ABATEMENT:

PROGRAM SERVICE EXPENSES                                               354,024.

MANAGEMENT AND GENERAL EXPENSES                                               0.

FUNDRAISING EXPENSES                                                          0.

TOTAL EXPENSES                                                         354,024.

---

PEOPLE AND OPERATIONS:

PROGRAM SERVICE EXPENSES                                                      0.

MANAGEMENT AND GENERAL EXPENSES                                         308,556.

FUNDRAISING EXPENSES                                                          0.

TOTAL EXPENSES                                                         308,556.

Schedule O (Form 990 or 990-EZ) (2019)                                                          Page **2**

| Name of the organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

TOTAL OTHER FEES ON FORM 990, PART IX, LINE 11G, COL A          5,939,041.

| SCHEDULE R | | |
|---|---|---|
| (Form 990) | | OMB No. 1545-0047 |

**SCHEDULE R**
(Form 990)

Department of the Treasury
Internal Revenue Service

# Related Organizations and Unrelated Partnerships

▶ Complete if the organization answered "Yes" on Form 990, Part IV, line 33, 34, 35b, 36, or 37.
▶ Attach to Form 990.
▶ Go to www.irs.gov/Form990 for instructions and the latest information.

OMB No. 1545-0047

**2019**

**Open to Public Inspection**

Name of the organization

BURNING MAN PROJECT

Employer identification number
45-2638273

**Part I**  Identification of Disregarded Entities. Complete if the organization answered "Yes" on Form 990, Part IV, line 33.

| (a)<br>Name, address, and EIN (if applicable)<br>of disregarded entity | (b)<br>Primary activity | (c)<br>Legal domicile (state or<br>foreign country) | (d)<br>Total income | (e)<br>End-of-year assets | (f)<br>Direct controlling<br>entity |
|---|---|---|---|---|---|
| BLACK ROCK CITY LLC - 94-3319618<br>660 ALABAMA STREET 4TH FLOOR<br>SAN FRANCISCO, CA  94110 | ARTS, CULTURAL, CIVIC<br>EVENTS | NEVADA | 0. | 13,252,719. | BURNING MAN PROJECT |
| BLACK ROCK CITY PROPERTIES LLC<br>660 ALABAMA STREET 4TH FLOOR<br>SAN FRANCISCO, CA  94110 | REAL ESTATE HOLDING COMPANY | NEVADA | 0. | 562,743. | BLACK ROCK CITY LLC |
| FUTURE MAN LLC<br>660 ALABAMA STREET 4TH FLOOR<br>SAN FRANCISCO, CA  94110 | REAL ESTATE HOLDING COMPANY | NEVADA | 0. | 0. | BURNING MAN PROJECT |

**Part II**  Identification of Related Tax-Exempt Organizations. Complete if the organization answered "Yes" on Form 990, Part IV, line 34, because it had one or more related tax-exempt organizations during the tax year.

| (a)<br>Name, address, and EIN<br>of related organization | (b)<br>Primary activity | (c)<br>Legal domicile (state or<br>foreign country) | (d)<br>Exempt Code<br>section | (e)<br>Public charity<br>status (if section<br>501(c)(3)) | (f)<br>Direct controlling<br>entity | (g)<br>Section 512(b)(13)<br>controlled<br>entity? | |
|---|---|---|---|---|---|---|---|
| | | | | | | Yes | No |
| BLACK ROCK ARTS FOUNDATION - 91-2130056<br>660 ALABAMA STREET 4TH FLOOR<br>SAN FRANCISCO, CA  94110 | ARTS, CULTURAL, CIVIC<br>EVENTS | CALIFORNIA | 501(C)(3) | LINE 7 | BURNING MAN<br>PROJECT | | X |

For Paperwork Reduction Act Notice, see the Instructions for Form 990.

Schedule R (Form 990) 2019

932161 09-10-19   LHA

Schedule R (Form 990) 2019   **BURNING MAN PROJECT**                    45-2638273        Page **2**

**Part III** | **Identification of Related Organizations Taxable as a Partnership.** Complete if the organization answered "Yes" on Form 990, Part IV, line 34, because it had one or more related organizations treated as a partnership during the tax year.

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Direct controlling entity | (e) Predominant income (related, unrelated, excluded from tax under sections 512-514) | (f) Share of total income | (g) Share of end-of-year assets | (h) Disproportionate allocations? Yes | No | (i) Code V-UBI amount in box 20 of Schedule K-1 (Form 1065) | (j) General or managing partner? Yes | No | (k) Percentage ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DECOMMODIFICATION LLC - 27-4245819, 660 ALABAMA STREET 4TH FLOOR, SAN FRANCISCO, CA 94110 | TRADEMARK LICENSE MANAGEMENT | CA | N/A | N/A | N/A | N/A | N/A | | N/A | N/A | | N/A |
| GERLACH HOLDINGS LLC - 46-1616188, 660 ALABAMA STREET 4TH FLOOR, SAN FRANCISCO, CA 94110 | REAL ESTATE RENTAL | NV | N/A | N/A | N/A | N/A | N/A | | N/A | N/A | | N/A |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

**Part IV** | **Identification of Related Organizations Taxable as a Corporation or Trust.** Complete if the organization answered "Yes" on Form 990, Part IV, line 34, because it had one or more related organizations treated as a corporation or trust during the tax year.

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Direct controlling entity | (e) Type of entity (C corp, S corp, or trust) | (f) Share of total income | (g) Share of end-of-year assets | (h) Percentage ownership | (i) Section 512(b)(13) controlled entity? Yes | No |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

932162 09-10-19                                                                        **Schedule R (Form 990) 2019**

Schedule R (Form 990) 2019   BURNING MAN PROJECT                                45-2638273   Page **3**

| **Part V** | **Transactions With Related Organizations.** Complete if the organization answered "Yes" on Form 990, Part IV, line 34, 35b, or 36. |
|---|---|

**Note:** Complete line 1 if any entity is listed in Parts II, III, or IV of this schedule.

| | | | Yes | No |
|---|---|---|---|---|
| **1** | During the tax year, did the organization engage in any of the following transactions with one or more related organizations listed in Parts II-IV? | | | |
| **a** | Receipt of **(i)** interest, **(ii)** annuities, **(iii)** royalties, or **(iv)** rent from a controlled entity | 1a | | X |
| **b** | Gift, grant, or capital contribution to related organization(s) | 1b | X | |
| **c** | Gift, grant, or capital contribution from related organization(s) | 1c | X | |
| **d** | Loans or loan guarantees to or for related organization(s) | 1d | | X |
| **e** | Loans or loan guarantees by related organization(s) | 1e | | X |
| **f** | Dividends from related organization(s) | 1f | | X |
| **g** | Sale of assets to related organization(s) | 1g | | X |
| **h** | Purchase of assets from related organization(s) | 1h | | X |
| **i** | Exchange of assets with related organization(s) | 1i | | X |
| **j** | Lease of facilities, equipment, or other assets to related organization(s) | 1j | | X |
| **k** | Lease of facilities, equipment, or other assets from related organization(s) | 1k | | X |
| **l** | Performance of services or membership or fundraising solicitations for related organization(s) | 1l | | X |
| **m** | Performance of services or membership or fundraising solicitations by related organization(s) | 1m | | X |
| **n** | Sharing of facilities, equipment, mailing lists, or other assets with related organization(s) | 1n | | X |
| **o** | Sharing of paid employees with related organization(s) | 1o | X | |
| **p** | Reimbursement paid to related organization(s) for expenses | 1p | | X |
| **q** | Reimbursement paid by related organization(s) for expenses | 1q | X | |
| **r** | Other transfer of cash or property to related organization(s) | 1r | | X |
| **s** | Other transfer of cash or property from related organization(s) | 1s | | X |

**2** If the answer to any of the above is "Yes," see the instructions for information on who must complete this line, including covered relationships and transaction thresholds.

| **(a)**<br>Name of related organization | **(b)**<br>Transaction type (a-s) | **(c)**<br>Amount involved | **(d)**<br>Method of determining amount involved |
|---|---|---|---|
| **(1)** BLACK ROCK ARTS FOUNDATION | C | 90,000. | BOOK |
| **(2)** BLACK ROCK ARTS FOUNDATION | B | 10,000. | BOOK |
| **(3)** | | | |
| **(4)** | | | |
| **(5)** | | | |
| **(6)** | | | |

932163 09-10-19                                                Schedule R (Form 990) 2019

Schedule R (Form 990) 2019   BURNING MAN PROJECT                                                                45-2638273   Page **4**

| Part VI | Unrelated Organizations Taxable as a Partnership. Complete if the organization answered "Yes" on Form 990, Part IV, line 37. |
|---|---|

Provide the following information for each entity taxed as a partnership through which the organization conducted more than five percent of its activities (measured by total assets or gross revenue) that was not a related organization. See instructions regarding exclusion for certain investment partnerships.

| (a) Name, address, and EIN of entity | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Predominant income (related, unrelated, excluded from tax under sections 512-514) | (e) Are all partners sec. 501(c)(3) orgs.? | | (f) Share of total income | (g) Share of end-of-year assets | (h) Dispropor-tionate allocations? | | (i) Code V-UBI amount in box 20 of Schedule K-1 (Form 1065) | (j) General or managing partner? | | (k) Percentage ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Yes | No | | | Yes | No | | Yes | No | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

**Schedule R (Form 990) 2019**

932164 09-10-19

Schedule R (Form 990) 2019      BURNING MAN PROJECT                      45-2638273   Page **5**

| Part VII | Supplemental Information |
| --- | --- |

Provide additional information for responses to questions on Schedule R. See instructions.

                                                                    **Schedule R (Form 990) 2019**

Form **8868**
(Rev. January 2020)

Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File an Exempt Organization Return

▶ File a separate application for each return.
▶ Go to www.irs.gov/Form8868 for the latest information.

OMB No. 1545-0047

**Electronic filing (e-file).** You can electronically file Form 8868 to request a 6-month automatic extension of time to file any of the forms listed below with the exception of Form 8870, Information Return for Transfers Associated With Certain Personal Benefit Contracts, for which an extension request must be sent to the IRS in paper format (see instructions). For more details on the electronic filing of this form, visit *www.irs.gov/e-file-providers/e-file-for-charities-and-non-profits.*

**Automatic 6-Month Extension of Time.** Only submit original (no copies needed).

All corporations required to file an income tax return other than Form 990-T (including 1120-C filers), partnerships, REMICs, and trusts must use Form 7004 to request an extension of time to file income tax returns.

| Type or print | Name of exempt organization or other filer, see instructions. | Taxpayer identification number (TIN) |
|---|---|---|
| File by the due date for filing your return. See instructions. | BURNING MAN PROJECT | 45-2638273 |
| | Number, street, and room or suite no. If a P.O. box, see instructions. 660 ALABAMA STREET, 4TH FLOOR | |
| | City, town or post office, state, and ZIP code. For a foreign address, see instructions. SAN FRANCISCO, CA  94110 | |

Enter the Return Code for the return that this application is for (file a separate application for each return) .......... `0` `1`

| Application Is For | Return Code | Application Is For | Return Code |
|---|---|---|---|
| Form 990 or Form 990-EZ | 01 | Form 990-T (corporation) | 07 |
| Form 990-BL | 02 | Form 1041-A | 08 |
| Form 4720 (individual) | 03 | Form 4720 (other than individual) | 09 |
| Form 990-PF | 04 | Form 5227 | 10 |
| Form 990-T (sec. 401(a) or 408(a) trust) | 05 | Form 6069 | 11 |
| Form 990-T (trust other than above) | 06 | Form 8870 | 12 |

THE ORGANIZATION
- The books are in the care of ▶ 660 ALABAMA STREET - SAN FRANCISCO, CA 94110

Telephone No. ▶ 415-865-3800            Fax No. ▶

- If the organization does not have an office or place of business in the United States, check this box ................................ ▶ ☐
- If this is for a Group Return, enter the organization's four digit Group Exemption Number (GEN) _____ . If this is for the whole group, check this box ▶ ☐ . If it is for part of the group, check this box ▶ ☐ and attach a list with the names and TINs of all members the extension is for.

**1** I request an automatic 6-month extension of time until    NOVEMBER 16, 2020    , to file the exempt organization return for the organization named above. The extension is for the organization's return for:
  ▶ ☒ calendar year 2019 or
  ▶ ☐ tax year beginning _____ , and ending _____ .

**2** If the tax year entered in line 1 is for less than 12 months, check reason:  ☐ Initial return  ☐ Final return
  ☐ Change in accounting period

| | | | | | |
|---|---|---|---|---|---|
| **3a** | If this application is for Forms 990-BL, 990-PF, 990-T, 4720, or 6069, enter the tentative tax, less any nonrefundable credits. See instructions. | | **3a** | $ | 0. |
| **b** | If this application is for Forms 990-PF, 990-T, 4720, or 6069, enter any refundable credits and estimated tax payments made. Include any prior year overpayment allowed as a credit. | | **3b** | $ | 0. |
| **c** | **Balance due.** Subtract line 3b from line 3a. Include your payment with this form, if required, by using EFTPS (Electronic Federal Tax Payment System). See instructions. | | **3c** | $ | 0. |

**Caution:** If you are going to make an electronic funds withdrawal (direct debit) with this Form 8868, see Form 8453-EO and Form 8879-EO for payment instructions.

LHA    **For Privacy Act and Paperwork Reduction Act Notice, see instructions.**                    Form **8868** (Rev. 1-2020)

923841  12-30-19

** PUBLIC DISCLOSURE COPY **

OMB No. 1545-0047

**Form 990**

## Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

**2020**

▶ Do not enter social security numbers on this form as it may be made public.

▶ Go to www.irs.gov/Form990 for instructions and the latest information.

Department of the Treasury
Internal Revenue Service

**Open to Public Inspection**

**A** For the 2020 calendar year, or tax year beginning _____ and ending _____

| **B** Check if applicable: | **C** Name of organization | **D** Employer identification number |
|---|---|---|
| ☐ Address change | **BURNING MAN PROJECT** | |
| ☐ Name change | Doing business as | 45-2638273 |
| ☐ Initial return | Number and street (or P.O. box if mail is not delivered to street address) | Room/suite | **E** Telephone number |
| ☐ Final return/terminated | 660 ALABAMA STREET, 4TH FLOOR | | 415-865-3800 |
| ☐ Amended return | City or town, state or province, country, and ZIP or foreign postal code | | **G** Gross receipts $ 15,799,204. |
| ☐ Application pending | SAN FRANCISCO, CA  94110 | | |

**F** Name and address of principal officer: MARIAN GOODELL
SAME AS C ABOVE

**H(a)** Is this a group return for subordinates? ☐ Yes ☒ No
**H(b)** Are all subordinates included? ☐ Yes ☐ No

**I** Tax-exempt status: ☒ 501(c)(3)  ☐ 501(c) (   ) ◀ (insert no.)  ☐ 4947(a)(1) or  ☐ 527

**J** Website: ▶ WWW.BURNINGMAN.ORG

If "No," attach a list. See instructions
**H(c)** Group exemption number ▶

**K** Form of organization: ☒ Corporation  ☐ Trust  ☐ Association  ☐ Other ▶       **L** Year of formation: 2011  **M** State of legal domicile: CA

## Part I | Summary

| | | | |
|---|---|---|---|
| **Activities & Governance** | **1** Briefly describe the organization's mission or most significant activities: UPHOLD AND MANIFEST THE TEN PRINCIPLES OF BURNING MAN INTERNATIONALLY THROUGH ART AND CULTURE, | | |
| | **2** Check this box ▶ ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets. | | |
| | **3** Number of voting members of the governing body (Part VI, line 1a) | **3** | 19 |
| | **4** Number of independent voting members of the governing body (Part VI, line 1b) | **4** | 13 |
| | **5** Total number of individuals employed in calendar year 2020 (Part V, line 2a) | **5** | 227 |
| | **6** Total number of volunteers (estimate if necessary) | **6** | 10000 |
| | **7 a** Total unrelated business revenue from Part VIII, column (C), line 12 | **7a** | 0. |
| | **b** Net unrelated business taxable income from Form 990-T, Part I, line 11 | **7b** | 0. |

| | | Prior Year | Current Year |
|---|---|---|---|
| **Revenue** | **8** Contributions and grants (Part VIII, line 1h) | 2,217,006. | 12,366,591. |
| | **9** Program service revenue (Part VIII, line 2g) | 43,743,993. | 1,960,703. |
| | **10** Investment income (Part VIII, column (A), lines 3, 4, and 7d) | 53,256. | 1,259,111. |
| | **11** Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 400,620. | 47,402. |
| | **12** Total revenue - add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 46,414,875. | 15,633,807. |
| **Expenses** | **13** Grants and similar amounts paid (Part IX, column (A), lines 1-3) | 1,708,753. | 80,173. |
| | **14** Benefits paid to or for members (Part IX, column (A), line 4) | 0. | 0. |
| | **15** Salaries, other compensation, employee benefits (Part IX, column (A), lines 5-10) | 18,905,799. | 14,954,109. |
| | **16a** Professional fundraising fees (Part IX, column (A), line 11e) | 85,989. | 226,450. |
| | **b** Total fundraising expenses (Part IX, column (D), line 25) ▶ 945,561. | | |
| | **17** Other expenses (Part IX, column (A), lines 11a-11d, 11f-24e) | 25,364,325. | 7,394,966. |
| | **18** Total expenses. Add lines 13-17 (must equal Part IX, column (A), line 25) | 46,064,866. | 22,655,698. |
| | **19** Revenue less expenses. Subtract line 18 from line 12 | 350,009. | -7,021,891. |

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| **Net Assets or Fund Balances** | **20** Total assets (Part X, line 16) | 31,715,370. | 25,058,069. |
| | **21** Total liabilities (Part X, line 26) | 5,109,005. | 5,473,595. |
| | **22** Net assets or fund balances. Subtract line 21 from line 20 | 26,606,365. | 19,584,474. |

## Part II | Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| Sign Here | ▶ Signature of officer | | Date |
|---|---|---|---|
| | ▶ JENNIFER RAISER, TREASURER | | |
| | Type or print name and title | | |

| | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| **Paid Preparer Use Only** | JOUA LO | JOUA LO | 11/05/21 | | P01225144 |
| | Firm's name ▶ BAKER TILLY US, LLP | | | Firm's EIN ▶ 39-0859910 | |
| | Firm's address ▶ 50 FREMONT STREET, SUITE 4000 SAN FRANCISCO, CA 94105 | | | Phone no. 415.781.2500 | |

May the IRS discuss this return with the preparer shown above? See instructions ......... ☒ Yes  ☐ No

032001 12-23-20   **LHA  For Paperwork Reduction Act Notice, see the separate instructions.**   Form **990** (2020)

**SEE SCHEDULE O FOR ORGANIZATION MISSION STATEMENT CONTINUATION**

Form 990 (2020)          BURNING MAN PROJECT                    45-2638273      Page **2**

| Part III | Statement of Program Service Accomplishments |

Check if Schedule O contains a response or note to any line in this Part III ........................................... [X]

**1** Briefly describe the organization's mission:

BURNING MAN PROJECT FACILITATES AND EXTENDS BURNING MAN CULTURE INTO
THE LARGER WORLD. ITS CHARITABLE MISSION IS TO UPHOLD AND MANIFEST THE
VALUES REFLECTED IN THE TEN PRINCIPLES OF BURNING MAN, SPECIFICALLY:
RADICAL INCLUSION, GIFTING, DECOMMODIFICATION, RADICAL SELF-RELIANCE,

**2** Did the organization undertake any significant program services during the year which were not listed on the
prior Form 990 or 990-EZ? ................................................................................... [ ] Yes [X] No

If "Yes," describe these new services on Schedule O.

**3** Did the organization cease conducting, or make significant changes in how it conducts, any program services? ............. [ ] Yes [X] No

If "Yes," describe these changes on Schedule O.

**4** Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses.
Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total expenses, and
revenue, if any, for each program service reported.

**4a** (Code: _____ ) (Expenses $ 8,692,429. including grants of $ 13,401. ) (Revenue $ 1,646,914. )

BLACK ROCK CITY
BLACK ROCK CITY ("BRC") IS A TEMPORARY METROPOLIS DEDICATED TO ART,
COMMUNITY, AND CULTURE CREATED BY ITS 70,000+ PARTICIPANTS AND GUIDED
BY THE TEN PRINCIPLES OF BURNING MAN (SEE ABOVE). THROUGH THE
CONSTRUCTION OF THIS PHYSICAL SPACE, BURNING MAN PROJECT ("BMP")
EMPOWERS AND INSPIRES PARTICIPANTS TO DISCOVER, INVENT, AND ENGAGE IN
NEW WAYS. THIS EXPERIENCE LEADS TO MORE ART AND MORE CIVICALLY-ENGAGED
CITIZENS AROUND THE WORLD.

BRC SERVES AS A BLANK CANVAS THAT INSPIRES PARTICIPATION, CREATIVITY,
AND ARTISTIC AND CULTURAL EXPERIMENTATION. BURNING MAN HAS DEVELOPED AN
APPROACH TO ART THAT IS COMMUNITY-DRIVEN, INCLUSIVE, INTERACTIVE, AND

**4b** (Code: _____ ) (Expenses $ 1,573,600. including grants of $ 5,481. ) (Revenue $ 7,393. )

CIVIC ENGAGEMENT
BMP'S CIVIC ENGAGEMENT PROGRAM INCLUDES THE BURNING MAN REGIONAL
NETWORK (THE "REGIONAL NETWORK") AND BURNERS WITHOUT BORDERS. THE
REGIONAL NETWORK IS A GLOBAL NETWORK OF INDIVIDUALS, EVENTS, AND
ORGANIZATIONS INSPIRED BY THE VALUES REFLECTED IN THE TEN PRINCIPLES.
THE REGIONAL NETWORK PLAYS A KEY ROLE IN THE YEAR-ROUND EXTENSION OF
THE BURNING MAN EXPERIENCE AND GROWTH AS A GLOBAL CULTURAL MOVEMENT.
FOR THE YEAR 2020, IN 37 COUNTRIES AROUND THE WORLD, OVER 260 VOLUNTEER
REGIONAL CONTACTS AND META REGIONAL CONTACTS BRING BURNING MAN
PRINCIPLES AND CULTURE TO THEIR LOCAL COMMUNITIES THROUGH 20 UNIQUE
OFFICIAL REGIONAL EVENTS AROUND THE WORLD AND OTHER YEAR-ROUND
ACTIVITIES.

**4c** (Code: _____ ) (Expenses $ 1,568,892. including grants of $ 59,715. ) (Revenue $ 160,834. )

BURNING MAN ARTS
THE BURNING MAN ARTS PROGRAM INCLUDES THE ART OF BLACK ROCK CITY, CIVIC
ARTS, AND GLOBAL ART GRANTS.

BLACK ROCK CITY HONORARIA: THE 2020 AWARD OF $56,000 IN GRANT FUNDS
ALONG WITH OTHER RESOURCES AND CAPACITY PLANNING TO ARTISTS IN THE
CREATION AND FUTURE INSTALLATION OF WORKS OF ART IN BLACK ROCK CITY,
NEVADA. EACH HONORARIUM RECIPIENT IS REQUIRED TO RAISE A SIGNIFICANT
PORTION OF THEIR BUDGET THROUGH FUNDRAISING WHICH HELPS CREATE STRONG
COMMUNITIES AND PARTICIPATION. THE ART PROJECTS SELECTED FOR HONORARIA
MUST EPITOMIZE THE COMMUNITY-DRIVEN,INCLUSIVE, INTERACTIVE,
PARTICIPATORY NATURE OF BURNING MAN ART, AND FURTHER THE TEN PRINCIPLES

**4d** Other program services (Describe on Schedule O.)
(Expenses $ 2,733,064. including grants of $ 1,576. ) (Revenue $ 145,562. )

**4e** Total program service expenses ▶ 14,567,985.

Form **990** (2020)

032002  12-23-20

SEE SCHEDULE O FOR CONTINUATION(S)

Form 990 (2020)  BURNING MAN PROJECT  45-2638273  Page **3**

**Part IV** | Checklist of Required Schedules

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes," complete Schedule A* | **1** | X | |
| 2 | Is the organization required to complete *Schedule B, Schedule of Contributors*? | **2** | X | |
| 3 | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If "Yes," complete Schedule C, Part I* | **3** | | X |
| 4 | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* | **4** | X | |
| 5 | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Revenue Procedure 98-19? *If "Yes," complete Schedule C, Part III* | **5** | | X |
| 6 | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D, Part I* | **6** | | X |
| 7 | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* | **7** | | X |
| 8 | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D, Part III* | **8** | | X |
| 9 | Did the organization report an amount in Part X, line 21, for escrow or custodial account liability, serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? *If "Yes," complete Schedule D, Part IV* | **9** | | X |
| 10 | Did the organization, directly or through a related organization, hold assets in donor-restricted endowments or in quasi endowments? *If "Yes," complete Schedule D, Part V* | **10** | | X |
| 11 | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X as applicable. | | | |
| a | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D, Part VI* | **11a** | X | |
| b | Did the organization report an amount for investments - other securities in Part X, line 12, that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* | **11b** | | X |
| c | Did the organization report an amount for investments - program related in Part X, line 13, that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* | **11c** | | X |
| d | Did the organization report an amount for other assets in Part X, line 15, that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* | **11d** | | X |
| e | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* | **11e** | X | |
| f | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* | **11f** | X | |
| 12a | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI and XII* | **12a** | | X |
| b | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional* | **12b** | X | |
| 13 | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* | **13** | | X |
| 14a | Did the organization maintain an office, employees, or agents outside of the United States? | **14a** | X | |
| b | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV* | **14b** | | X |
| 15 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If "Yes," complete Schedule F, Parts II and IV* | **15** | | X |
| 16 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If "Yes," complete Schedule F, Parts III and IV* | **16** | | X |
| 17 | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I* | **17** | X | |
| 18 | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If "Yes," complete Schedule G, Part II* | **18** | | X |
| 19 | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes," complete Schedule G, Part III* | **19** | | X |
| 20a | Did the organization operate one or more hospital facilities? *If "Yes," complete Schedule H* | **20a** | | X |
| b | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | **20b** | | |
| 21 | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* | **21** | X | |

Form **990** (2020)

Form 990 (2020)          BURNING MAN PROJECT                                    45-2638273          Page **4**

**Part IV** | **Checklist of Required Schedules** *(continued)*

|  |  |  | Yes | No |
|---|---|:---:|:---:|:---:|
| 22 | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* | **22** | X | |
| 23 | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5 about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* | **23** | X | |
| 24a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K. If "No," go to line 25a* | **24a** | | X |
| b | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? | **24b** | | |
| c | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? | **24c** | | |
| d | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? | **24d** | | |
| 25a | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L, Part I* | **25a** | | X |
| b | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L, Part I* | **25b** | | X |
| 26 | Did the organization report any amount on Part X, line 5 or 22, for receivables from or payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part II* | **26** | | X |
| 27 | Did the organization provide a grant or other assistance to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor or employee thereof, a grant selection committee member, or to a 35% controlled entity (including an employee thereof) or family member of any of these persons? *If "Yes," complete Schedule L, Part III* | **27** | | X |
| 28 | Was the organization a party to a business transaction with one of the following parties (see Schedule L, Part IV instructions, for applicable filing thresholds, conditions, and exceptions): | | | |
| a | A current or former officer, director, trustee, key employee, creator or founder, or substantial contributor? *If "Yes," complete Schedule L, Part IV* | **28a** | | X |
| b | A family member of any individual described in line 28a? *If "Yes," complete Schedule L, Part IV* | **28b** | | X |
| c | A 35% controlled entity of one or more individuals and/or organizations described in lines 28a or 28b? *If "Yes," complete Schedule L, Part IV* | **28c** | X | |
| 29 | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* | **29** | X | |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* | **30** | | X |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* | **31** | | X |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* | **32** | | X |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If "Yes," complete Schedule R, Part I* | **33** | X | |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* | **34** | X | |
| 35a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? | **35a** | | X |
| b | If "Yes" to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* | **35b** | | |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* | **36** | | X |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* | **37** | | X |
| 38 | Did the organization complete Schedule O and provide explanations in Schedule O for Part VI, lines 11b and 19? **Note:** All Form 990 filers are required to complete Schedule O | **38** | X | |

**Part V** | **Statements Regarding Other IRS Filings and Tax Compliance**

Check if Schedule O contains a response or note to any line in this Part V ......................................................... ☐

|  |  |  | Yes | No |
|---|---|:---:|:---:|:---:|
| 1a | Enter the number reported in Box 3 of Form 1096. Enter -0- if not applicable | **1a** | 84 | |
| b | Enter the number of Forms W-2G included in line 1a. Enter -0- if not applicable | **1b** | 0 | |
| c | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? | **1c** | X | |

032004  12-23-20                                                                                          Form **990** (2020)

Form 990 (2020)      BURNING MAN PROJECT      45-2638273      Page **5**

### Part V   Statements Regarding Other IRS Filings and Tax Compliance *(continued)*

| | | | Yes | No |
|---|---|---|---|---|
| **2a** Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return … **2a** | 227 | | | |
| **b** If at least one is reported on line 2a, did the organization file all required federal employment tax returns? …… | | **2b** | X | |
| **Note:** If the sum of lines 1a and 2a is greater than 250, you may be required to *e-file* (see instructions) …… | | | | |
| **3a** Did the organization have unrelated business gross income of $1,000 or more during the year? …… | | **3a** | | X |
| **b** If "Yes," has it filed a Form 990-T for this year? *If "No" to line 3b, provide an explanation on Schedule O* …… | | **3b** | | |
| **4a** At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? …… | | **4a** | | X |
| **b** If "Yes," enter the name of the foreign country ▶ | | | | |
| See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | | | |
| **5a** Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? …… | | **5a** | | X |
| **b** Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? …… | | **5b** | | X |
| **c** If "Yes" to line 5a or 5b, did the organization file Form 8886-T? …… | | **5c** | | |
| **6a** Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? …… | | **6a** | | X |
| **b** If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? …… | | **6b** | | |
| **7** **Organizations that may receive deductible contributions under section 170(c).** | | | | |
| **a** Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? | | **7a** | | X |
| **b** If "Yes," did the organization notify the donor of the value of the goods or services provided? …… | | **7b** | | |
| **c** Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? …… | | **7c** | X | |
| **d** If "Yes," indicate the number of Forms 8282 filed during the year …… **7d** | 1 | | | |
| **e** Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? …… | | **7e** | | X |
| **f** Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? …… | | **7f** | | X |
| **g** If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? …… | | **7g** | | |
| **h** If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? …… | | **7h** | X | |
| **8** **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year? …… | | **8** | | |
| **9** **Sponsoring organizations maintaining donor advised funds.** | | | | |
| **a** Did the sponsoring organization make any taxable distributions under section 4966? …… | | **9a** | | |
| **b** Did the sponsoring organization make a distribution to a donor, donor advisor, or related person? …… | | **9b** | | |
| **10** **Section 501(c)(7) organizations.** Enter: | | | | |
| **a** Initiation fees and capital contributions included on Part VIII, line 12 …… **10a** | | | | |
| **b** Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities …… **10b** | | | | |
| **11** **Section 501(c)(12) organizations.** Enter: | | | | |
| **a** Gross income from members or shareholders …… **11a** | | | | |
| **b** Gross income from other sources (Do not net amounts due or paid to other sources against amounts due or received from them.) …… **11b** | | | | |
| **12a** **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? …… | | **12a** | | |
| **b** If "Yes," enter the amount of tax-exempt interest received or accrued during the year …… **12b** | | | | |
| **13** **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | | |
| **a** Is the organization licensed to issue qualified health plans in more than one state? …… | | **13a** | | |
| **Note:** See the instructions for additional information the organization must report on Schedule O. | | | | |
| **b** Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans …… **13b** | | | | |
| **c** Enter the amount of reserves on hand …… **13c** | | | | |
| **14a** Did the organization receive any payments for indoor tanning services during the tax year? …… | | **14a** | | X |
| **b** If "Yes," has it filed a Form 720 to report these payments? *If "No," provide an explanation on Schedule O* …… | | **14b** | | |
| **15** Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year? …… | | **15** | | X |
| If "Yes," see instructions and file Form 4720, Schedule N. | | | | |
| **16** Is the organization an educational institution subject to the section 4968 excise tax on net investment income? …… | | **16** | | X |
| If "Yes," complete Form 4720, Schedule O. | | | | |

Form **990** (2020)

Form 990 (2020)          BURNING MAN PROJECT                          45-2638273          Page **6**

| Part VI | Governance, Management, and Disclosure | *For each "Yes" response to lines 2 through 7b below, and for a "No" response* |

*to line 8a, 8b, or 10b below, describe the circumstances, processes, or changes on Schedule O. See instructions.*

Check if Schedule O contains a response or note to any line in this Part VI ............................................................. [X]

## Section A. Governing Body and Management

|  |  |  | Yes | No |
|---|---|---|---|---|
| 1a | Enter the number of voting members of the governing body at the end of the tax year ............. **1a** 19 |  |  |  |
|  | If there are material differences in voting rights among members of the governing body, or if the governing |  |  |  |
|  | body delegated broad authority to an executive committee or similar committee, explain on Schedule O. |  |  |  |
| b | Enter the number of voting members included on line 1a, above, who are independent ............. **1b** 13 |  |  |  |
| 2 | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other |  |  |  |
|  | officer, director, trustee, or key employee? | **2** | X |  |
| 3 | Did the organization delegate control over management duties customarily performed by or under the direct supervision |  |  |  |
|  | of officers, directors, trustees, or key employees to a management company or other person? | **3** |  | X |
| 4 | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? | **4** |  | X |
| 5 | Did the organization become aware during the year of a significant diversion of the organization's assets? | **5** |  | X |
| 6 | Did the organization have members or stockholders? | **6** |  | X |
| 7a | Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or |  |  |  |
|  | more members of the governing body? | **7a** |  | X |
| b | Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or |  |  |  |
|  | persons other than the governing body? | **7b** |  | X |
| 8 | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: |  |  |  |
| a | The governing body? | **8a** | X |  |
| b | Each committee with authority to act on behalf of the governing body? | **8b** | X |  |
| 9 | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the |  |  |  |
|  | organization's mailing address? *If "Yes," provide the names and addresses on Schedule O* | **9** |  | X |

## Section B. Policies *(This Section B requests information about policies not required by the Internal Revenue Code.)*

|  |  |  | Yes | No |
|---|---|---|---|---|
| 10a | Did the organization have local chapters, branches, or affiliates? | **10a** |  | X |
| b | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, |  |  |  |
|  | and branches to ensure their operations are consistent with the organization's exempt purposes? | **10b** |  |  |
| 11a | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? | **11a** | X |  |
| b | Describe in Schedule O the process, if any, used by the organization to review this Form 990. |  |  |  |
| 12a | Did the organization have a written conflict of interest policy? *If "No," go to line 13* | **12a** | X |  |
| b | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? | **12b** | X |  |
| c | Did the organization regularly and consistently monitor and enforce compliance with the policy? *If "Yes," describe* |  |  |  |
|  | *in Schedule O how this was done* | **12c** | X |  |
| 13 | Did the organization have a written whistleblower policy? | **13** | X |  |
| 14 | Did the organization have a written document retention and destruction policy? | **14** | X |  |
| 15 | Did the process for determining compensation of the following persons include a review and approval by independent |  |  |  |
|  | persons, comparability data, and contemporaneous substantiation of the deliberation and decision? |  |  |  |
| a | The organization's CEO, Executive Director, or top management official | **15a** | X |  |
| b | Other officers or key employees of the organization | **15b** | X |  |
|  | If "Yes" to line 15a or 15b, describe the process in Schedule O (see instructions). |  |  |  |
| 16a | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a |  |  |  |
|  | taxable entity during the year? | **16a** |  | X |
| b | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation |  |  |  |
|  | in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's |  |  |  |
|  | exempt status with respect to such arrangements? | **16b** |  |  |

## Section C. Disclosure

17  List the states with which a copy of this Form 990 is required to be filed ▶CA,NV,NY

18  Section 6104 requires an organization to make its Forms 1023 (1024 or 1024-A, if applicable), 990, and 990-T (Section 501(c)(3)s only) available
for public inspection. Indicate how you made these available. Check all that apply.
[X] Own website       [X] Another's website       [X] Upon request       [ ] Other *(explain on Schedule O)*

19  Describe on Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial
statements available to the public during the tax year.

20  State the name, address, and telephone number of the person who possesses the organization's books and records ▶
THE ORGANIZATION - 415-865-3800
660 ALABAMA STREET, SAN FRANCISCO, CA   94110

032006  12-23-20                                                                              Form **990** (2020)

Form 990 (2020)     BURNING MAN PROJECT     45-2638273    Page **7**

| **Part VII** | **Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors** |
|---|---|

Check if Schedule O contains a response or note to any line in this Part VII ........................................ ☐

**Section A.   Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

**1a** Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

• List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

• List all of the organization's **current** key employees, if any. See instructions for definition of "key employee."

• List the organization's five **current** highest compensated employees (other than an officer, director, trustee, or key employee) who received reportable compensation (Box 5 of Form W-2 and/or Box 7 of Form 1099-MISC) of more than $100,000 from the organization and any related organizations.

• List all of the organization's **former** officers, key employees, and highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

• List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

See instructions for the order in which to list the persons above.

☐ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A) Name and title | (B) Average hours per week (list any hours for related organizations below line) | (C) Position — Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | (D) Reportable compensation from the organization (W-2/1099-MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| (1) MARIAN GOODELL — DIRECTOR/CHIEF EXECUTIVE OFFICER | 50.00 | X | | X | | | | 282,812. | 0. | 15,867. |
| (2) HARLEY K. DUBOIS — DIRECTOR | 36.00 | X | | | | | | 204,995. | 0. | 16,416. |
| (3) HEATHER WHITE — CHIEF OPERATING OFFICER | 40.00 | | | | X | | | 187,855. | 0. | 10,803. |
| (4) STEVEN BLUMENFELD — CHIEF TECHNOLOGY OFFICER | 40.00 | | | | X | | | 177,793. | 0. | 11,683. |
| (5) RAYMOND ALLEN — GENERAL COUNSEL | 40.00 | | | | X | | | 175,461. | 0. | 11,244. |
| (6) SILVIA STEPHENSON (THRU 11/2020) — UX DESIGN MANAGER | 40.00 | | | | | X | | 171,181. | 0. | 10,174. |
| (7) DOUG ROBERTSON — DIRECTOR OF FINANCE | 40.00 | | | X | | | | 170,911. | 0. | 9,064. |
| (8) PEDRO VIDAL FLORES — DIRECTOR OF PEOPLE AND LEARNING | 40.00 | | | | X | | | 158,070. | 0. | 4,722. |
| (9) DAVID BILL (THRU 5/2020) — INTERIM CHIEF TECHNOLOGY OFFICER | 40.00 | | | | X | | | 154,977. | 0. | 3,961. |
| (10) CHARLIE DOLMAN — DIRECTOR OF EVENT OPERATIONS | 40.00 | | | | | X | | 146,061. | 0. | 5,781. |
| (11) JONATHAN ROSEN — ASSOC DIR PRODUCT AND DESIGN | 40.00 | | | | | X | | 149,910. | 0. | 269. |
| (12) NANCI O. PETERSON — SECRETARY | 20.00 | X | | X | | | | 132,551. | 0. | 13,758. |
| (13) STUART MANGRUM — DIRECTOR OF PHILOSOPHICAL CENTER | 40.00 | | | | | X | | 144,006. | 0. | 269. |
| (14) MEGAN MILLER — DIRECTOR OF COMMUNICATIONS | 40.00 | | | | | X | | 135,901. | 0. | 7,638. |
| (15) WILL ROGER PETERSON — DIRECTOR | 17.50 | X | | | | | | 78,133. | 0. | 1,042. |
| (16) MICHAEL MIKEL — DIRECTOR | 16.00 | X | | | | | | 78,300. | 0. | 272. |
| (17) MATTHEW KWATINETZ — DIRECTOR | 2.00 | X | | | | | | 0. | 0. | 0. |

032007  12-23-20                                Form **990** (2020)

Form 990 (2020)          BURNING MAN PROJECT                              45-2638273          Page **8**

**Part VII** | Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)*

| (A)<br>Name and title | (B)<br>Average<br>hours per<br>week<br>(list any<br>hours for<br>related<br>organizations<br>below<br>line) | (C)<br>Position<br>(do not check more than one<br>box, unless person is both an<br>officer and a director/trustee) | | | | | | (D)<br>Reportable<br>compensation<br>from<br>the<br>organization<br>(W-2/1099-MISC) | (E)<br>Reportable<br>compensation<br>from related<br>organizations<br>(W-2/1099-MISC) | (F)<br>Estimated<br>amount of<br>other<br>compensation<br>from the<br>organization<br>and related<br>organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (18) DENNIS M. BARTELS | 2.00 | | | | | | | | | |
| CHAIR OF BOARD | | X | | X | | | | 0. | 0. | 0. |
| (19) JENNIFER RAISER | 2.00 | | | | | | | | | |
| TREASURER | | X | | X | | | | 0. | 0. | 0. |
| (20) KAY MORRISON | 2.00 | | | | | | | | | |
| DIRECTOR | | X | | | | | | 0. | 0. | 0. |
| (21) LEO VILLAREAL | 2.00 | | | | | | | | | |
| DIRECTOR | | X | | | | | | 0. | 0. | 0. |
| (22) MERCEDES MARTINEZ | 2.00 | | | | | | | | | |
| DIRECTOR | | X | | | | | | 0. | 0. | 0. |
| (23) MIKE FARRAH | 2.00 | | | | | | | | | |
| DIRECTOR | | X | | | | | | 0. | 0. | 0. |
| (24) TERRY GROSS | 2.00 | | | | | | | | | |
| DIRECTOR | | X | | | | | | 0. | 0. | 0. |
| (25) DAVID WALKER | 2.00 | | | | | | | | | |
| DIRECTOR | | X | | | | | | 0. | 0. | 0. |
| (26) MATT GOLDBERG | 2.00 | | | | | | | | | |
| DIRECTOR | | X | | | | | | 0. | 0. | 0. |

| | | |
|---|---|---|---|
| **1b Subtotal** ▶ | 2,548,917. | 0. | 122,963. |
| **c Total from continuation sheets to Part VII, Section A** ▶ | 0. | 0. | 0. |
| **d Total (add lines 1b and 1c)** ▶ | 2,548,917. | 0. | 122,963. |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable
compensation from the organization ▶                                                                                          **41**

| | | | Yes | No |
|---|---|---|---|---|
| **3** | Did the organization list any *former* officer, director, trustee, key employee, or highest compensated employee on<br>line 1a? *If "Yes," complete Schedule J for such individual* | **3** | | X |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization<br>and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* | **4** | X | |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services<br>rendered to the organization? *If "Yes," complete Schedule J for such person* | **5** | | X |

**Section B. Independent Contractors**

**1**     Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from
the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A)<br>Name and business address | (B)<br>Description of services | (C)<br>Compensation |
|---|---|---|
| HOLLAND & KNIGHT LLP<br>PO BOX 864084, ORLANDO, FL 32886 | LEGAL CONSULTING | 470,475. |
| MERCER US INC, 1166 AVENUE OF THE<br>AMERICAS, NEW YORK, NY 10036 | SOFTWARE<br>IMPLEMENTATION | 458,264. |
| BEERSTEIN ASSOCIATES<br>4602 FAIRWAY DR, SOQUEL, CA 95073 | FUNDRAISING<br>CONSULTING | 224,964. |
| LAND ART GENERATOR INITIATIVE, 3501 BUTLER<br>ST UNIT 2A, PITTSBURGH, PA 15201 | DESIGN COMPETITION<br>DEVELOPMENT | 120,000. |
| BABUSHKA INCORPORATED<br>619 W REMINGTON DR, SUNNYVALE, CA 94087 | EVENT PRODUCTION | 109,800. |

**2**     Total number of independent contractors (including but not limited to those listed above) who received more than
$100,000 of compensation from the organization ▶                     6

SEE PART VII, SECTION A CONTINUATION SHEETS

032008 12-23-20                                                                                                  Form **990** (2020)

Form 990       **BURNING MAN PROJECT**       45-2638273

**Part VII** | Section A.   Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)*

| (A)<br>Name and title | (B)<br>Average hours per week (list any hours for related organizations below line) | (C)<br>Position<br>(check all that apply) | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC) | (E)<br>Reportable compensation from related organizations (W-2/1099-MISC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (27) PING FU<br>DIRECTOR | 2.00 | X | | | | | | 0. | 0. | 0. |
| (28) FARHAD MOHIT<br>DIRECTOR | 2.00 | X | | | | | | 0. | 0. | 0. |
| (29) NUSHIN SABET<br>DIRECTOR | 2.00 | X | | | | | | 0. | 0. | 0. |
| (30) FRED BRATHWAITE<br>DIRECTOR | 2.00 | X | | | | | | 0. | 0. | 0. |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Total to Part VII, Section A, line 1c ............................................................ | | | | | | | | | | |

Form 990 (2020)        BURNING MAN PROJECT                                45-2638273        Page **9**

| Part VIII | Statement of Revenue |
|---|---|

Check if Schedule O contains a response or note to any line in this Part VIII ........................ ☐

|  |  |  | (A)<br>Total revenue | (B)<br>Related or exempt<br>function revenue | (C)<br>Unrelated<br>business revenue | (D)<br>Revenue excluded<br>from tax under<br>sections 512 - 514 |
|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | **1 a** Federated campaigns ............ | **1a** |  |  |  |  |
| | **b** Membership dues .............. | **1b** |  |  |  |  |
| | **c** Fundraising events ............... | **1c** |  |  |  |  |
| | **d** Related organizations ......... | **1d** |  |  |  |  |
| | **e** Government grants (contributions) | **1e** | 35,910. |  |  |  |
| | **f** All other contributions, gifts, grants, and similar amounts not included above | **1f** | 12,330,681. |  |  |  |
| | **g** Noncash contributions included in lines 1a-1f | **1g** $ | 259,177. |  |  |  |
| | **h** **Total.** Add lines 1a-1f .................... ▶ | | 12,366,591. |  |  |  |
| **Program Service Revenue** | | **Business Code** | | | | |
| | **2 a** SERVICE FEES & STORAGE CONTAINER | 541900 | 1,656,581. | 1,656,581. | | |
| | **b** PROGRAM EVENT & SERVICES FEES | 541900 | 244,858. | 244,858. | | |
| | **c** OTHER PROGRAM REVENUE | 541900 | 29,337. | 29,337. | | |
| | **d** LICENSING INCOME | 541900 | 15,683. | 15,683. | | |
| | **e** SHIPPING INCOME | 541900 | 14,244. | 14,244. | | |
| | **f** All other program service revenue ............. | | | | | |
| | **g** **Total.** Add lines 2a-2f .................... ▶ | | 1,960,703. | | | |
| **Other Revenue** | **3** Investment income (including dividends, interest, and other similar amounts) .............. ▶ | | 10,737. | | | 10,737. |
| | **4** Income from investment of tax-exempt bond proceeds ▶ | | | | | |
| | **5** Royalties .................................... ▶ | | | | | |
| | | | **(i) Real** | **(ii) Personal** | | |
| | **6 a** Gross rents ........... | **6a** | 6,348. | | | |
| | **b** Less: rental expenses ... | **6b** | 0. | | | |
| | **c** Rental income or (loss) ... | **6c** | 6,348. | | | |
| | **d** Net rental income or (loss) ...................... ▶ | | 6,348. | | | 6,348. |
| | | | **(i) Securities** | **(ii) Other** | | |
| | **7 a** Gross amount from sales of assets other than inventory | **7a** | 1,398,374. | | | |
| | **b** Less: cost or other basis and sales expenses ... | **7b** | 150,000. | | | |
| | **c** Gain or (loss) ......... | **7c** | 1,248,374. | | | |
| | **d** Net gain or (loss) ........................... ▶ | | 1,248,374. | | | 1,248,374. |
| | **8 a** Gross income from fundraising events (not including $ _____ of contributions reported on line 1c). See Part IV, line 18 ..................... | **8a** | | | | |
| | **b** Less: direct expenses ...................... | **8b** | | | | |
| | **c** Net income or (loss) from fundraising events ....... ▶ | | | | | |
| | **9 a** Gross income from gaming activities. See Part IV, line 19 ........................ | **9a** | | | | |
| | **b** Less: direct expenses ...................... | **9b** | | | | |
| | **c** Net income or (loss) from gaming activities ....... ▶ | | | | | |
| | **10 a** Gross sales of inventory, less returns and allowances .................. | **10a** | 56,451. | | | |
| | **b** Less: cost of goods sold ................. | **10b** | 15,397. | | | |
| | **c** Net income or (loss) from sales of inventory ...... ▶ | | 41,054. | | | 41,054. |
| **Miscellaneous Revenue** | | **Business Code** | | | | |
| | **11 a** _____ | | | | | |
| | **b** _____ | | | | | |
| | **c** _____ | | | | | |
| | **d** All other revenue .................... | | | | | |
| | **e** **Total.** Add lines 11a-11d .................... ▶ | | | | | |
| | **12** **Total revenue.** See instructions .............. ▶ | | 15,633,807. | 1,960,703. | 0. | 1,306,513. |

032009  12-23-20                                                                Form **990** (2020)

Form 990 (2020)       BURNING MAN PROJECT       45-2638273    Page **10**

| Part IX | Statement of Functional Expenses |
|---|---|

*Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).*

Check if Schedule O contains a response or note to any line in this Part IX ......................................................... ☐

| *Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII.* | (A)<br>Total expenses | (B)<br>Program service expenses | (C)<br>Management and general expenses | (D)<br>Fundraising expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21 | 65,593. | 65,593. | | |
| **2** Grants and other assistance to domestic individuals. See Part IV, line 22 | 14,580. | 14,580. | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and foreign individuals. See Part IV, lines 15 and 16 | | | | |
| **4** Benefits paid to or for members | | | | |
| **5** Compensation of current officers, directors, trustees, and key employees | 1,963,987. | 965,352. | 998,635. | |
| **6** Compensation not included above to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) | | | | |
| **7** Other salaries and wages | 10,813,239. | 7,588,546. | 2,727,531. | 497,162. |
| **8** Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions) | | | | |
| **9** Other employee benefits | 1,214,949. | 797,762. | 380,875. | 36,312. |
| **10** Payroll taxes | 961,934. | 643,690. | 278,485. | 39,759. |
| **11** Fees for services (nonemployees): | | | | |
| **a** Management | | | | |
| **b** Legal | 627,257. | 422,929. | 204,328. | |
| **c** Accounting | 126,364. | | 126,364. | |
| **d** Lobbying | | | | |
| **e** Professional fundraising services. See Part IV, line 17 | 226,450. | | | 226,450. |
| **f** Investment management fees | | | | |
| **g** Other. (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Sch O.) | 1,425,288. | 1,055,439. | 369,849. | |
| **12** Advertising and promotion | 2,921. | 801. | 2,120. | |
| **13** Office expenses | 557,108. | 96,424. | 450,729. | 9,955. |
| **14** Information technology | 393,808. | 124,193. | 269,615. | |
| **15** Royalties | | | | |
| **16** Occupancy | 1,641,732. | 1,089,074. | 519,567. | 33,091. |
| **17** Travel | 167,339. | 133,513. | 29,586. | 4,240. |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials | | | | |
| **19** Conferences, conventions, and meetings | 13,081. | 10,783. | 2,298. | |
| **20** Interest | 16,083. | | 16,083. | |
| **21** Payments to affiliates | | | | |
| **22** Depreciation, depletion, and amortization | 863,450. | 421,366. | 442,084. | |
| **23** Insurance | 363,782. | 238,270. | 112,706. | 12,806. |
| **24** Other expenses. Itemize expenses not covered above (List miscellaneous expenses on line 24e. If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O.) | | | | |
| **a** TICKET SALES RELATED EX | 681,746. | 615,171. | 860. | 65,715. |
| **b** MATERIALS AND SUPPLIES | 174,843. | 99,020. | 75,822. | 1. |
| **c** PERMITS AND FEES | 85,709. | 83,888. | 1,821. | |
| **d** EQUIPMENT RENTAL | 47,667. | 36,965. | 10,653. | 49. |
| **e** All other expenses | 206,788. | 64,626. | 122,141. | 20,021. |
| **25** Total functional expenses. Add lines 1 through 24e | 22,655,698. | 14,567,985. | 7,142,152. | 945,561. |
| **26** Joint costs. Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation.<br>Check here ▶ ☐ if following SOP 98-2 (ASC 958-720) | | | | |

Form 990 (2020)      BURNING MAN PROJECT                                    45-2638273    Page **11**

| Part X | Balance Sheet |
|---|---|

Check if Schedule O contains a response or note to any line in this Part X ...................................................... ☐

|  |  | | **(A)** Beginning of year |  | **(B)** End of year |
|---|---|---|---:|---|---:|
| **Assets** | 1 | Cash - non-interest-bearing | 8,823,849. | 1 | 5,524,195. |
| | 2 | Savings and temporary cash investments | 7,195,867. | 2 | 5,282,275. |
| | 3 | Pledges and grants receivable, net | 520,000. | 3 | 169,621. |
| | 4 | Accounts receivable, net | 472,310. | 4 | 345,585. |
| | 5 | Loans and other receivables from any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons | | 5 | |
| | 6 | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), and persons described in section 4958(c)(3)(B) ..... | | 6 | |
| | 7 | Notes and loans receivable, net | | 7 | |
| | 8 | Inventories for sale or use | 29,676. | 8 | 23,635. |
| | 9 | Prepaid expenses and deferred charges | 490,326. | 9 | 788,876. |
| | 10a | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D ... **10a** 12,647,514. | | | |
| | b | Less: accumulated depreciation ............ **10b** 3,418,557. | 9,508,085. | 10c | 9,228,957. |
| | 11 | Investments - publicly traded securities | | 11 | |
| | 12 | Investments - other securities. See Part IV, line 11 | 150,000. | 12 | |
| | 13 | Investments - program-related. See Part IV, line 11 | | 13 | |
| | 14 | Intangible assets | 4,107,957. | 14 | 3,684,850. |
| | 15 | Other assets. See Part IV, line 11 | 417,300. | 15 | 10,075. |
| | 16 | **Total assets.** Add lines 1 through 15 (must equal line 33) ..... | 31,715,370. | 16 | 25,058,069. |
| **Liabilities** | 17 | Accounts payable and accrued expenses | 4,738,048. | 17 | 2,346,976. |
| | 18 | Grants payable | | 18 | |
| | 19 | Deferred revenue | | 19 | 79,625. |
| | 20 | Tax-exempt bond liabilities | | 20 | |
| | 21 | Escrow or custodial account liability. Complete Part IV of Schedule D ......... | | 21 | |
| | 22 | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons | | 22 | |
| | 23 | Secured mortgages and notes payable to unrelated third parties | | 23 | |
| | 24 | Unsecured notes and loans payable to unrelated third parties | | 24 | |
| | 25 | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17-24). Complete Part X of Schedule D | 370,957. | 25 | 3,046,994. |
| | 26 | **Total liabilities.** Add lines 17 through 25 ...... | 5,109,005. | 26 | 5,473,595. |
| **Net Assets or Fund Balances** | | **Organizations that follow FASB ASC 958, check here** ▶ ☒ **and complete lines 27, 28, 32, and 33.** | | | |
| | 27 | Net assets without donor restrictions | 26,081,791. | 27 | 19,410,303. |
| | 28 | Net assets with donor restrictions | 524,574. | 28 | 174,171. |
| | | **Organizations that do not follow FASB ASC 958, check here** ▶ ☐ **and complete lines 29 through 33.** | | | |
| | 29 | Capital stock or trust principal, or current funds | | 29 | |
| | 30 | Paid-in or capital surplus, or land, building, or equipment fund | | 30 | |
| | 31 | Retained earnings, endowment, accumulated income, or other funds ......... | | 31 | |
| | 32 | Total net assets or fund balances | 26,606,365. | 32 | 19,584,474. |
| | 33 | Total liabilities and net assets/fund balances | 31,715,370. | 33 | 25,058,069. |

Form **990** (2020)

032011  12-23-20

Form 990 (2020)          BURNING MAN PROJECT                              45-2638273    Page **12**

| Part XI | **Reconciliation of Net Assets** | | |
|---|---|---|---|

Check if Schedule O contains a response or note to any line in this Part XI ........................................................ ☐

| | | | |
|---|---|---|---|
| 1 | Total revenue (must equal Part VIII, column (A), line 12) ........................................ | **1** | 15,633,807. |
| 2 | Total expenses (must equal Part IX, column (A), line 25) ........................................ | **2** | 22,655,698. |
| 3 | Revenue less expenses. Subtract line 2 from line 1 ........................................ | **3** | -7,021,891. |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 32, column (A)) ............ | **4** | 26,606,365. |
| 5 | Net unrealized gains (losses) on investments ........................................ | **5** | |
| 6 | Donated services and use of facilities ........................................ | **6** | |
| 7 | Investment expenses ........................................ | **7** | |
| 8 | Prior period adjustments ........................................ | **8** | |
| 9 | Other changes in net assets or fund balances (explain on Schedule O) ........................ | **9** | 0. |
| 10 | Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 32, column (B)) ........................................ | **10** | 19,584,474. |

| Part XII | **Financial Statements and Reporting** | | |
|---|---|---|---|

Check if Schedule O contains a response or note to any line in this Part XII ........................................................ ☐

| | | Yes | No |
|---|---|---|---|
| 1 | Accounting method used to prepare the Form 990:  ☐ Cash   ☒ Accrual   ☐ Other _____ | | |
| | If the organization changed its method of accounting from a prior year or checked "Other," explain in Schedule O. | | |
| **2a** | Were the organization's financial statements compiled or reviewed by an independent accountant? ............... | | X |
| | If "Yes," check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both: | | |
| | ☐ Separate basis   ☐ Consolidated basis   ☐ Both consolidated and separate basis | | |
| **b** | Were the organization's financial statements audited by an independent accountant? ........................ | X | |
| | If "Yes," check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both: | | |
| | ☐ Separate basis   ☒ Consolidated basis   ☐ Both consolidated and separate basis | | |
| **c** | If "Yes" to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? ................ | X | |
| | If the organization changed either its oversight process or selection process during the tax year, explain on Schedule O. | | |
| **3a** | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? ........................................ | | X |
| **b** | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why on Schedule O and describe any steps taken to undergo such audits ........................ | | |

Row keys: 2a, 2b, 2c, 3a, 3b.

Form **990** (2020)

032012  12-23-20

**SCHEDULE A**
**(Form 990 or 990-EZ)**

Department of the Treasury
Internal Revenue Service

# Public Charity Status and Public Support

Complete if the organization is a section 501(c)(3) organization or a section 4947(a)(1) nonexempt charitable trust.
▶ Attach to Form 990 or Form 990-EZ.
▶ Go to www.irs.gov/Form990 for instructions and the latest information.

OMB No. 1545-0047

**2020**

**Open to Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part I**    **Reason for Public Charity Status.** (All organizations must complete this part.) See instructions.

The organization is not a private foundation because it is: (For lines 1 through 12, check only one box.)

1 ☐   A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**

2 ☐   A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E (Form 990 or 990-EZ).)

3 ☐   A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

4 ☐   A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state: _____

5 ☐   An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170(b)(1)(A)(iv).** (Complete Part II.)

6 ☐   A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

7 ☐   An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

8 ☐   A community trust described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

9 ☐   An agricultural research organization described in **section 170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land-grant college of agriculture (see instructions). Enter the name, city, and state of the college or university: _____

10 ☒   An organization that normally receives (1) more than 33 1/3% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions, subject to certain exceptions; and (2) no more than 33 1/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See **section 509(a)(2).** (Complete Part III.)

11 ☐   An organization organized and operated exclusively to test for public safety. See **section 509(a)(4).**

12 ☐   An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2).** See **section 509(a)(3).** Check the box in lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g.

a ☐   **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization. **You must complete Part IV, Sections A and B.**

b ☐   **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s). **You must complete Part IV, Sections A and C.**

c ☐   **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions). **You must complete Part IV, Sections A, D, and E.**

d ☐   **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated. The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions). **You must complete Part IV, Sections A and D, and Part V.**

e ☐   Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization.

f   Enter the number of supported organizations ............................................................ ☐

g   Provide the following information about the supported organization(s).

| (i) Name of supported organization | (ii) EIN | (iii) Type of organization (described on lines 1-10 above (see instructions)) | (iv) Is the organization listed in your governing document? Yes | No | (v) Amount of monetary support (see instructions) | (vi) Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total** | | | | | | |

LHA **For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.**    032021 01-25-21    **Schedule A (Form 990 or 990-EZ) 2020**

Schedule A (Form 990 or 990-EZ) 2020  BURNING MAN PROJECT                    45-2638273   Page **2**

| **Part II** | Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi) |
|---|---|

(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part III. If the organization fails to qualify under the tests listed below, please complete Part III.)

## Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | **(a)** 2016 | **(b)** 2017 | **(c)** 2018 | **(d)** 2019 | **(e)** 2020 | **(f)** Total |
|---|---|---|---|---|---|---|
| 1 Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grants.") | | | | | | |
| 2 Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | | | | | | |
| 3 The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| 4 **Total.** Add lines 1 through 3 | | | | | | |
| 5 The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f) | | | | | | |
| 6 **Public support.** Subtract line 5 from line 4. | | | | | | |

## Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | **(a)** 2016 | **(b)** 2017 | **(c)** 2018 | **(d)** 2019 | **(e)** 2020 | **(f)** Total |
|---|---|---|---|---|---|---|
| 7 Amounts from line 4 | | | | | | |
| 8 Gross income from interest, dividends, payments received on securities loans, rents, royalties, and income from similar sources | | | | | | |
| 9 Net income from unrelated business activities, whether or not the business is regularly carried on | | | | | | |
| 10 Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) | | | | | | |
| 11 **Total support.** Add lines 7 through 10 | | | | | | |
| 12 Gross receipts from related activities, etc. (see instructions) | | | | **12** | | |

13 **First 5 years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** .......... ▶ ☐

## Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| 14 Public support percentage for 2020 (line 6, column (f), divided by line 11, column (f)) | **14** | % |
| 15 Public support percentage from 2019 Schedule A, Part II, line 14 | **15** | % |

16a **33 1/3% support test - 2020.** If the organization did not check the box on line 13, and line 14 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization ................................. ▶ ☐

b **33 1/3% support test - 2019.** If the organization did not check a box on line 13 or 16a, and line 15 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization ................................. ▶ ☐

17a **10% -facts-and-circumstances test - 2020.** If the organization did not check a box on line 13, 16a, or 16b, and line 14 is 10% or more, and if the organization meets the facts-and-circumstances test, check this box and **stop here.** Explain in Part VI how the organization meets the facts-and-circumstances test. The organization qualifies as a publicly supported organization ................................. ▶ ☐

b **10% -facts-and-circumstances test - 2019.** If the organization did not check a box on line 13, 16a, 16b, or 17a, and line 15 is 10% or more, and if the organization meets the facts-and-circumstances test, check this box and **stop here.** Explain in Part VI how the organization meets the facts-and-circumstances test. The organization qualifies as a publicly supported organization ................................. ▶ ☐

18 **Private foundation.** If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see instructions .......... ▶ ☐

**Schedule A (Form 990 or 990-EZ) 2020**

032022 01-25-21

Schedule A (Form 990 or 990-EZ) 2020  BURNING MAN PROJECT                                45-2638273  Page **3**

| Part III | Support Schedule for Organizations Described in Section 509(a)(2) |

(Complete only if you checked the box on line 10 of Part I or if the organization failed to qualify under Part II. If the organization fails to qualify under the tests listed below, please complete Part II.)

### Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2016 | (b) 2017 | (c) 2018 | (d) 2019 | (e) 2020 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grants.") | 7751594. | 910,635. | 2074927. | 2217006. | 12366591. | 25320753. |
| **2** Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose | 38831080. | 44470574. | 44572372. | 44244181. | 1960703. | 174078910 |
| **3** Gross receipts from activities that are not an unrelated trade or business under section 513 | | | | | | |
| **4** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | | | | | | |
| **5** The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| **6** **Total.** Add lines 1 through 5 | 46582674. | 45381209. | 46647299. | 46461187. | 14327294. | 199399663 |
| **7a** Amounts included on lines 1, 2, and 3 received from disqualified persons | 104,723. | | 19,765. | 136,294. | 31,637. | 292,419. |
| **b** Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of $5,000 or 1% of the amount on line 13 for the year | | | | | | 0. |
| **c** Add lines 7a and 7b | 104,723. | | 19,765. | 136,294. | 31,637. | 292,419. |
| **8** **Public support.** (Subtract line 7c from line 6.) | | | | | | 199107244 |

### Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2016 | (b) 2017 | (c) 2018 | (d) 2019 | (e) 2020 | (f) Total |
|---|---|---|---|---|---|---|
| **9** Amounts from line 6 | 46582674. | 45381209. | 46647299. | 46461187. | 14327294. | 199399663 |
| **10a** Gross income from interest, dividends, payments received on securities loans, rents, royalties, and income from similar sources | 20,286. | 27,819. | 37,165. | 73,056. | 17,085. | 175,411. |
| **b** Unrelated business taxable income (less section 511 taxes) from businesses acquired after June 30, 1975 | | | | | | |
| **c** Add lines 10a and 10b | 20,286. | 27,819. | 37,165. | 73,056. | 17,085. | 175,411. |
| **11** Net income from unrelated business activities not included in line 10b, whether or not the business is regularly carried on | | | | | | |
| **12** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) | | | 50,801. | | | 50,801. |
| **13** **Total support.** (Add lines 9, 10c, 11, and 12.) | 46602960. | 45409028. | 46735265. | 46534243. | 14344379. | 199625875 |

**14** **First 5 years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** ............................................................................................. ▶ ☐

### Section C. Computation of Public Support Percentage

| | | | |
|---|---|---|---|
| **15** Public support percentage for 2020 (line 8, column (f), divided by line 13, column (f)) | **15** | 99.74 | % |
| **16** Public support percentage from 2019 Schedule A, Part III, line 15 | **16** | 99.90 | % |

### Section D. Computation of Investment Income Percentage

| | | | |
|---|---|---|---|
| **17** Investment income percentage for **2020** (line 10c, column (f), divided by line 13, column (f)) | **17** | .09 | % |
| **18** Investment income percentage from **2019** Schedule A, Part III, line 17 | **18** | .08 | % |

**19a** **33 1/3% support tests - 2020.** If the organization did not check the box on line 14, and line 15 is more than 33 1/3%, and line 17 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization ....................... ▶ ☒

**b** **33 1/3% support tests - 2019.** If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33 1/3%, and line 18 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization ....... ▶ ☐

**20** **Private foundation.** If the organization did not check a box on line 14, 19a, or 19b, check this box and see instructions .................. ▶ ☐

032023 01-25-21                                                                 Schedule A (Form 990 or 990-EZ) 2020

Schedule A (Form 990 or 990-EZ) 2020 BURNING MAN PROJECT                45-2638273   Page **4**

| Part IV | Supporting Organizations |

(Complete only if you checked a box in line 12 on Part I. If you checked box 12a, Part I, complete Sections A and B. If you checked box 12b, Part I, complete Sections A and C. If you checked box 12c, Part I, complete Sections A, D, and E. If you checked box 12d, Part I, complete Sections A and D, and complete Part V.)

**Section A. All Supporting Organizations**

|  |  | | Yes | No |
|---|---|---|---|---|
| **1** | Are all of the organization's supported organizations listed by name in the organization's governing documents? *If "No," describe in* **Part VI** *how the supported organizations are designated. If designated by class or purpose, describe the designation. If historic and continuing relationship, explain.* | **1** | | |
| **2** | Did the organization have any supported organization that does not have an IRS determination of status under section 509(a)(1) or (2)? *If "Yes," explain in* **Part VI** *how the organization determined that the supported organization was described in section 509(a)(1) or (2).* | **2** | | |
| **3a** | Did the organization have a supported organization described in section 501(c)(4), (5), or (6)? *If "Yes," answer lines 3b and 3c below.* | **3a** | | |
| **b** | Did the organization confirm that each supported organization qualified under section 501(c)(4), (5), or (6) and satisfied the public support tests under section 509(a)(2)? *If "Yes," describe in* **Part VI** *when and how the organization made the determination.* | **3b** | | |
| **c** | Did the organization ensure that all support to such organizations was used exclusively for section 170(c)(2)(B) purposes? *If "Yes," explain in* **Part VI** *what controls the organization put in place to ensure such use.* | **3c** | | |
| **4a** | Was any supported organization not organized in the United States ("foreign supported organization")? *If "Yes," and if you checked box 12a or 12b in Part I, answer lines 4b and 4c below.* | **4a** | | |
| **b** | Did the organization have ultimate control and discretion in deciding whether to make grants to the foreign supported organization? *If "Yes," describe in* **Part VI** *how the organization had such control and discretion despite being controlled or supervised by or in connection with its supported organizations.* | **4b** | | |
| **c** | Did the organization support any foreign supported organization that does not have an IRS determination under sections 501(c)(3) and 509(a)(1) or (2)? *If "Yes," explain in* **Part VI** *what controls the organization used to ensure that all support to the foreign supported organization was used exclusively for section 170(c)(2)(B) purposes.* | **4c** | | |
| **5a** | Did the organization add, substitute, or remove any supported organizations during the tax year? *If "Yes," answer lines 5b and 5c below (if applicable). Also, provide detail in* **Part VI,** *including (i) the names and EIN numbers of the supported organizations added, substituted, or removed; (ii) the reasons for each such action; (iii) the authority under the organization's organizing document authorizing such action; and (iv) how the action was accomplished (such as by amendment to the organizing document).* | **5a** | | |
| **b** | **Type I or Type II only.** Was any added or substituted supported organization part of a class already designated in the organization's organizing document? | **5b** | | |
| **c** | **Substitutions only.** Was the substitution the result of an event beyond the organization's control? | **5c** | | |
| **6** | Did the organization provide support (whether in the form of grants or the provision of services or facilities) to anyone other than (i) its supported organizations, (ii) individuals that are part of the charitable class benefited by one or more of its supported organizations, or (iii) other supporting organizations that also support or benefit one or more of the filing organization's supported organizations? *If "Yes," provide detail in* **Part VI.** | **6** | | |
| **7** | Did the organization provide a grant, loan, compensation, or other similar payment to a substantial contributor (as defined in section 4958(c)(3)(C)), a family member of a substantial contributor, or a 35% controlled entity with regard to a substantial contributor? *If "Yes," complete Part I of Schedule L (Form 990 or 990-EZ).* | **7** | | |
| **8** | Did the organization make a loan to a disqualified person (as defined in section 4958) not described in line 7? *If "Yes," complete Part I of Schedule L (Form 990 or 990-EZ).* | **8** | | |
| **9a** | Was the organization controlled directly or indirectly at any time during the tax year by one or more disqualified persons, as defined in section 4946 (other than foundation managers and organizations described in section 509(a)(1) or (2))? *If "Yes," provide detail in* **Part VI.** | **9a** | | |
| **b** | Did one or more disqualified persons (as defined in line 9a) hold a controlling interest in any entity in which the supporting organization had an interest? *If "Yes," provide detail in* **Part VI.** | **9b** | | |
| **c** | Did a disqualified person (as defined in line 9a) have an ownership interest in, or derive any personal benefit from, assets in which the supporting organization also had an interest? *If "Yes," provide detail in* **Part VI.** | **9c** | | |
| **10a** | Was the organization subject to the excess business holdings rules of section 4943 because of section 4943(f) (regarding certain Type II supporting organizations, and all Type III non-functionally integrated supporting organizations)? *If "Yes," answer line 10b below.* | **10a** | | |
| **b** | Did the organization have any excess business holdings in the tax year? *(Use Schedule C, Form 4720, to determine whether the organization had excess business holdings.)* | **10b** | | |

032024  01-25-21                                                              Schedule A (Form 990 or 990-EZ) 2020

Schedule A (Form 990 or 990-EZ) 2020  BURNING MAN PROJECT                     45-2638273   Page 5

| **Part IV** | **Supporting Organizations** *(continued)* |
|---|---|

|  |  | | Yes | No |
|---|---|---|---|---|
| **11** | Has the organization accepted a gift or contribution from any of the following persons? | | | |
| **a** | A person who directly or indirectly controls, either alone or together with persons described in lines 11b and 11c below, the governing body of a supported organization? | **11a** | | |
| **b** | A family member of a person described in line 11a above? | **11b** | | |
| **c** | A 35% controlled entity of a person described in line 11a or 11b above? *If "Yes" to line 11a, 11b, or 11c, provide detail in* **Part VI.** | **11c** | | |

## Section B. Type I Supporting Organizations

|  |  | | Yes | No |
|---|---|---|---|---|
| **1** | Did the governing body, members of the governing body, officers acting in their official capacity, or membership of one or more supported organizations have the power to regularly appoint or elect at least a majority of the organization's officers, directors, or trustees at all times during the tax year? *If "No," describe in* **Part VI** *how the supported organization(s) effectively operated, supervised, or controlled the organization's activities. If the organization had more than one supported organization, describe how the powers to appoint and/or remove officers, directors, or trustees were allocated among the supported organizations and what conditions or restrictions, if any, applied to such powers during the tax year.* | **1** | | |
| **2** | Did the organization operate for the benefit of any supported organization other than the supported organization(s) that operated, supervised, or controlled the supporting organization? *If "Yes," explain in* **Part VI** *how providing such benefit carried out the purposes of the supported organization(s) that operated, supervised, or controlled the supporting organization.* | **2** | | |

## Section C. Type II Supporting Organizations

|  |  | | Yes | No |
|---|---|---|---|---|
| **1** | Were a majority of the organization's directors or trustees during the tax year also a majority of the directors or trustees of each of the organization's supported organization(s)? *If "No," describe in* **Part VI** *how control or management of the supporting organization was vested in the same persons that controlled or managed the supported organization(s).* | **1** | | |

## Section D. All Type III Supporting Organizations

|  |  | | Yes | No |
|---|---|---|---|---|
| **1** | Did the organization provide to each of its supported organizations, by the last day of the fifth month of the organization's tax year, (i) a written notice describing the type and amount of support provided during the prior tax year, (ii) a copy of the Form 990 that was most recently filed as of the date of notification, and (iii) copies of the organization's governing documents in effect on the date of notification, to the extent not previously provided? | **1** | | |
| **2** | Were any of the organization's officers, directors, or trustees either (i) appointed or elected by the supported organization(s) or (ii) serving on the governing body of a supported organization? *If "No," explain in* **Part VI** *how the organization maintained a close and continuous working relationship with the supported organization(s).* | **2** | | |
| **3** | By reason of the relationship described in line 2, above, did the organization's supported organizations have a significant voice in the organization's investment policies and in directing the use of the organization's income or assets at all times during the tax year? *If "Yes," describe in* **Part VI** *the role the organization's supported organizations played in this regard.* | **3** | | |

## Section E. Type III Functionally Integrated Supporting Organizations

|  |  | | | |
|---|---|---|---|---|
| **1** | *Check the box next to the method that the organization used to satisfy the Integral Part Test during the year* **(see instructions).** | | | |
| **a** | ☐ The organization satisfied the Activities Test. *Complete* **line 2** *below.* | | | |
| **b** | ☐ The organization is the parent of each of its supported organizations. *Complete* **line 3** *below.* | | | |
| **c** | ☐ The organization supported a governmental entity. *Describe in* **Part VI** *how you supported a governmental entity (see instructions).* | | | |

|  |  | | Yes | No |
|---|---|---|---|---|
| **2** | Activities Test. **Answer lines 2a and 2b below.** | | | |
| **a** | Did substantially all of the organization's activities during the tax year directly further the exempt purposes of the supported organization(s) to which the organization was responsive? *If "Yes," then in* **Part VI** *identify those supported organizations and explain* *how these activities directly furthered their exempt purposes, how the organization was responsive to those supported organizations, and how the organization determined that these activities constituted substantially all of its activities.* | **2a** | | |
| **b** | Did the activities described in line 2a, above, constitute activities that, but for the organization's involvement, one or more of the organization's supported organization(s) would have been engaged in? *If "Yes," explain in* **Part VI** *the reasons for the organization's position that its supported organization(s) would have engaged in these activities but for the organization's involvement.* | **2b** | | |
| **3** | Parent of Supported Organizations. **Answer lines 3a and 3b below.** | | | |
| **a** | Did the organization have the power to regularly appoint or elect a majority of the officers, directors, or trustees of each of the supported organizations? *If "Yes" or "No" provide details in* **Part VI.** | **3a** | | |
| **b** | Did the organization exercise a substantial degree of direction over the policies, programs, and activities of each of its supported organizations? *If "Yes," describe in* **Part VI** *the role played by the organization in this regard.* | **3b** | | |

032025  01-25-21                                                      Schedule A (Form 990 or 990-EZ) 2020

Schedule A (Form 990 or 990-EZ) 2020   BURNING MAN PROJECT                45-2638273   Page **6**

| **Part V** | **Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations** |
|---|---|

**1** ☐ Check here if the organization satisfied the Integral Part Test as a qualifying trust on Nov. 20, 1970 ( *explain in* **Part VI**). **See instructions.** All other Type III non-functionally integrated supporting organizations must complete Sections A through E.

| **Section A - Adjusted Net Income** | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|
| **1** Net short-term capital gain | 1 | | |
| **2** Recoveries of prior-year distributions | 2 | | |
| **3** Other gross income (see instructions) | 3 | | |
| **4** Add lines 1 through 3. | 4 | | |
| **5** Depreciation and depletion | 5 | | |
| **6** Portion of operating expenses paid or incurred for production or collection of gross income or for management, conservation, or maintenance of property held for production of income (see instructions) | 6 | | |
| **7** Other expenses (see instructions) | 7 | | |
| **8** **Adjusted Net Income** (subtract lines 5, 6, and 7 from line 4) | 8 | | |

| **Section B - Minimum Asset Amount** | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|
| **1** Aggregate fair market value of all non-exempt-use assets (see instructions for short tax year or assets held for part of year): | | | |
| **a** Average monthly value of securities | 1a | | |
| **b** Average monthly cash balances | 1b | | |
| **c** Fair market value of other non-exempt-use assets | 1c | | |
| **d** **Total** (add lines 1a, 1b, and 1c) | 1d | | |
| **e** **Discount** claimed for blockage or other factors (*explain in detail in* **Part VI**): | | | |
| **2** Acquisition indebtedness applicable to non-exempt-use assets | 2 | | |
| **3** Subtract line 2 from line 1d. | 3 | | |
| **4** Cash deemed held for exempt use. Enter 0.015 of line 3 (for greater amount, see instructions). | 4 | | |
| **5** Net value of non-exempt-use assets (subtract line 4 from line 3) | 5 | | |
| **6** Multiply line 5 by 0.035. | 6 | | |
| **7** Recoveries of prior-year distributions | 7 | | |
| **8** **Minimum Asset Amount** (add line 7 to line 6) | 8 | | |

| **Section C - Distributable Amount** | | | Current Year |
|---|---|---|---|
| **1** Adjusted net income for prior year (from Section A, line 8, column A) | 1 | | |
| **2** Enter 0.85 of line 1. | 2 | | |
| **3** Minimum asset amount for prior year (from Section B, line 8, column A) | 3 | | |
| **4** Enter greater of line 2 or line 3. | 4 | | |
| **5** Income tax imposed in prior year | 5 | | |
| **6** **Distributable Amount.** Subtract line 5 from line 4, unless subject to emergency temporary reduction (see instructions). | 6 | | |

**7** ☐ Check here if the current year is the organization's first as a non-functionally integrated Type III supporting organization (see instructions).

**Schedule A (Form 990 or 990-EZ) 2020**

032026 01-25-21

Schedule A (Form 990 or 990-EZ) 2020  BURNING MAN PROJECT                    45-2638273  Page **7**

| **Part V** | **Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations** *(continued)* | | |
|---|---|---|---|

| **Section D - Distributions** | | **Current Year** |
|---|---|---|
| 1 | Amounts paid to supported organizations to accomplish exempt purposes | 1 | |
| 2 | Amounts paid to perform activity that directly furthers exempt purposes of supported organizations, in excess of income from activity | 2 | |
| 3 | Administrative expenses paid to accomplish exempt purposes of supported organizations | 3 | |
| 4 | Amounts paid to acquire exempt-use assets | 4 | |
| 5 | Qualified set-aside amounts (prior IRS approval required - *provide details in* **Part VI**) | 5 | |
| 6 | Other distributions (*describe in* **Part VI**). See instructions. | 6 | |
| 7 | **Total annual distributions.** Add lines 1 through 6. | 7 | |
| 8 | Distributions to attentive supported organizations to which the organization is responsive (*provide details in* **Part VI**). See instructions. | 8 | |
| 9 | Distributable amount for 2020 from Section C, line 6 | 9 | |
| 10 | Line 8 amount divided by line 9 amount | 10 | |

| **Section E - Distribution Allocations** (see instructions) | **(i)** Excess Distributions | **(ii)** Underdistributions Pre-2020 | **(iii)** Distributable Amount for 2020 |
|---|---|---|---|
| 1 | Distributable amount for 2020 from Section C, line 6 | | | |
| 2 | Underdistributions, if any, for years prior to 2020 (reasonable cause required - *explain in* **Part VI**). See instructions. | | | |
| 3 | Excess distributions carryover, if any, to 2020 | | | |
| a | From 2015 | | | |
| b | From 2016 | | | |
| c | From 2017 | | | |
| d | From 2018 | | | |
| e | From 2019 | | | |
| f | **Total** of lines 3a through 3e | | | |
| g | Applied to underdistributions of prior years | | | |
| h | Applied to 2020 distributable amount | | | |
| i | Carryover from 2015 not applied (see instructions) | | | |
| j | Remainder. Subtract lines 3g, 3h, and 3i from line 3f. | | | |
| 4 | Distributions for 2020 from Section D, line 7:                    $ | | | |
| a | Applied to underdistributions of prior years | | | |
| b | Applied to 2020 distributable amount | | | |
| c | Remainder. Subtract lines 4a and 4b from line 4. | | | |
| 5 | Remaining underdistributions for years prior to 2020, if any. Subtract lines 3g and 4a from line 2. For result greater than zero, *explain in* **Part VI.** See instructions. | | | |
| 6 | Remaining underdistributions for 2020. Subtract lines 3h and 4b from line 1. For result greater than zero, *explain in* **Part VI**. See instructions. | | | |
| 7 | **Excess distributions carryover to 2021.** Add lines 3j and 4c. | | | |
| 8 | Breakdown of line 7: | | | |
| a | Excess from 2016 | | | |
| b | Excess from 2017 | | | |
| c | Excess from 2018 | | | |
| d | Excess from 2019 | | | |
| e | Excess from 2020 | | | |

**Schedule A (Form 990 or 990-EZ) 2020**

032027  01-25-21

Schedule A (Form 990 or 990-EZ) 2020  BURNING MAN PROJECT                45-2638273  Page **8**

**Part VI** | **Supplemental Information.** Provide the explanations required by Part II, line 10; Part II, line 17a or 17b; Part III, line 12; Part IV, Section A, lines 1, 2, 3b, 3c, 4b, 4c, 5a, 6, 9a, 9b, 9c, 11a, 11b, and 11c; Part IV, Section B, lines 1 and 2; Part IV, Section C, line 1; Part IV, Section D, lines 2 and 3; Part IV, Section E, lines 1c, 2a, 2b, 3a, and 3b; Part V, line 1; Part V, Section B, line 1e; Part V, Section D, lines 5, 6, and 8; and Part V, Section E, lines 2, 5, and 6. Also complete this part for any additional information. (See instructions.)

SCHEDULE A, PART III, LINE 12, EXPLANATION FOR OTHER INCOME:

OTHER MISC INCOME

2018 AMOUNT: $    52.


MERCHANDISE DELIVERY FEES

2018 AMOUNT: $    15,749.


BRC LEGAL SETTLEMENT

2018 AMOUNT: $    35,000.

032028 01-25-21                                                          Schedule A (Form 990 or 990-EZ) 2020

# Schedule B

**(Form 990, 990-EZ, or 990-PF)**
Department of the Treasury
Internal Revenue Service

## Schedule of Contributors

▶ Attach to Form 990, Form 990-EZ, or Form 990-PF.
▶ Go to www.irs.gov/Form990 for the latest information.

OMB No. 1545-0047

# 2020

| Name of the organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Organization type** (check one):

| Filers of: | Section: |
|---|---|
| Form 990 or 990-EZ | [X] 501(c)( 3 ) (enter number) organization |
| | [ ] 4947(a)(1) nonexempt charitable trust **not** treated as a private foundation |
| | [ ] 527 political organization |
| Form 990-PF | [ ] 501(c)(3) exempt private foundation |
| | [ ] 4947(a)(1) nonexempt charitable trust treated as a private foundation |
| | [ ] 501(c)(3) taxable private foundation |

Check if your organization is covered by the **General Rule** or a **Special Rule.**

**Note:** Only a section 501(c)(7), (8), or (10) organization can check boxes for both the General Rule and a Special Rule. See instructions.

**General Rule**

[X] For an organization filing Form 990, 990-EZ, or 990-PF that received, during the year, contributions totaling $5,000 or more (in money or property) from any one contributor. Complete Parts I and II. See instructions for determining a contributor's total contributions.

**Special Rules**

[ ] For an organization described in section 501(c)(3) filing Form 990 or 990-EZ that met the 33 1/3% support test of the regulations under sections 509(a)(1) and 170(b)(1)(A)(vi), that checked Schedule A (Form 990 or 990-EZ), Part II, line 13, 16a, or 16b, and that received from any one contributor, during the year, total contributions of the greater of **(1)** $5,000; or **(2)** 2% of the amount on (i) Form 990, Part VIII, line 1h; or (ii) Form 990-EZ, line 1. Complete Parts I and II.

[ ] For an organization described in section 501(c)(7), (8), or (10) filing Form 990 or 990-EZ that received from any one contributor, during the year, total contributions of more than $1,000 exclusively for religious, charitable, scientific, literary, or educational purposes, or for the prevention of cruelty to children or animals. Complete Parts I (entering "N/A" in column (b) instead of the contributor name and address), II, and III.

[ ] For an organization described in section 501(c)(7), (8), or (10) filing Form 990 or 990-EZ that received from any one contributor, during the year, contributions *exclusively* for religious, charitable, etc., purposes, but no such contributions totaled more than $1,000. If this box is checked, enter here the total contributions that were received during the year for an *exclusively* religious, charitable, etc., purpose. Don't complete any of the parts unless the **General Rule** applies to this organization because it received *nonexclusively* religious, charitable, etc., contributions totaling $5,000 or more during the year .......................... ▶ $ _____

**Caution:** An organization that isn't covered by the General Rule and/or the Special Rules doesn't file Schedule B (Form 990, 990-EZ, or 990-PF), but it **must** answer "No" on Part IV, line 2, of its Form 990; or check the box on line H of its Form 990-EZ or on its Form 990-PF, Part I, line 2, to certify that it doesn't meet the filing requirements of Schedule B (Form 990, 990-EZ, or 990-PF).

LHA  **For Paperwork Reduction Act Notice, see the instructions for Form 990, 990-EZ, or 990-PF.**  **Schedule B (Form 990, 990-EZ, or 990-PF) (2020)**

023451 11-25-20

Schedule B (Form 990, 990-EZ, or 990-PF) (2020)                                                                                          Page **2**

| Name of organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part I**   **Contributors** (see instructions). Use duplicate copies of Part I if additional space is needed.

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 1 | | $ 10,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 2 | | $ 10,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 3 | | $ 30,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 4 | | $ 21,798. | Person ☐ <br> Payroll ☐ <br> Noncash ☒ <br> (Complete Part II for noncash contributions.) |
| 5 | | $ 15,379. | Person ☐ <br> Payroll ☐ <br> Noncash ☒ <br> (Complete Part II for noncash contributions.) |
| 6 | | $ 15,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |

023452  11-25-20                                                                                Schedule B (Form 990, 990-EZ, or 990-PF) (2020)

Schedule B (Form 990, 990-EZ, or 990-PF) (2020)                                                                          Page **2**

| Name of organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part I**   **Contributors** (see instructions). Use duplicate copies of Part I if additional space is needed.

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 7 | | $ 10,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 8 | | $ 10,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 9 | | $ 10,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 10 | | $ 40,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 11 | | $ 10,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 12 | | $ 20,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |

Schedule B (Form 990, 990-EZ, or 990-PF) (2020)                                                                      Page **2**

| Name of organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part I**　　Contributors (see instructions). Use duplicate copies of Part I if additional space is needed.

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 13 | | $ 10,000. | Person ☒　Payroll ☐　Noncash ☐ (Complete Part II for noncash contributions.) |
| 14 | | $ 50,000. | Person ☒　Payroll ☐　Noncash ☐ (Complete Part II for noncash contributions.) |
| 15 | | $ 20,000. | Person ☒　Payroll ☐　Noncash ☐ (Complete Part II for noncash contributions.) |
| 16 | | $ 75,000. | Person ☒　Payroll ☐　Noncash ☐ (Complete Part II for noncash contributions.) |
| 17 | | $ 35,910. | Person ☒　Payroll ☐　Noncash ☐ (Complete Part II for noncash contributions.) |
| 18 | | $ 25,000. | Person ☒　Payroll ☐　Noncash ☐ (Complete Part II for noncash contributions.) |

Schedule B (Form 990, 990-EZ, or 990-PF) (2020)                                                              Page **2**

| Name of organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part I**    **Contributors** (see instructions). Use duplicate copies of Part I if additional space is needed.

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 19 | | $ 25,000. | Person ☒<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| 20 | | $ 10,000. | Person ☒<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| 21 | | $ 5,010,000. | Person ☒<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| 22 | | $ 100,000. | Person ☒<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| 23 | | $ 25,000. | Person ☒<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| 24 | | $ 25,000. | Person ☒<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |

023452  11-25-20                                                       Schedule B (Form 990, 990-EZ, or 990-PF) (2020)

Schedule B (Form 990, 990-EZ, or 990-PF) (2020)                                                                    Page **2**

| Name of organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part I**    **Contributors** (see instructions). Use duplicate copies of Part I if additional space is needed.

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 25 | | $ 15,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 26 | | $ 15,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 27 | | $ 10,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 28 | | $ 10,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 29 | | $ 25,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 30 | | $ 10,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |

Schedule B (Form 990, 990-EZ, or 990-PF) (2020)                                                    Page **2**

| Name of organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part I**  **Contributors** (see instructions). Use duplicate copies of Part I if additional space is needed.

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 31 | | $ 7,500. | Person ☒ Payroll ☐ Noncash ☐ (Complete Part II for noncash contributions.) |
| 32 | | $ 150,000. | Person ☒ Payroll ☐ Noncash ☐ (Complete Part II for noncash contributions.) |
| 33 | | $ 220,000. | Person ☐ Payroll ☐ Noncash ☒ (Complete Part II for noncash contributions.) |
| 34 | | $ 6,392. | Person ☒ Payroll ☐ Noncash ☐ (Complete Part II for noncash contributions.) |
| 35 | | $ 10,000. | Person ☒ Payroll ☐ Noncash ☐ (Complete Part II for noncash contributions.) |
| 36 | | $ 50,000. | Person ☒ Payroll ☐ Noncash ☐ (Complete Part II for noncash contributions.) |

023452  11-25-20                                      Schedule B (Form 990, 990-EZ, or 990-PF) (2020)

Schedule B (Form 990, 990-EZ, or 990-PF) (2020)                                                                    Page **2**

| Name of organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part I** **Contributors** (see instructions). Use duplicate copies of Part I if additional space is needed.

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 37 | | $ 6,930. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 38 | | $ 20,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 39 | | $ 10,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 40 | | $ 15,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 41 | | $ 50,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 42 | | $ 10,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |

Schedule B (Form 990, 990-EZ, or 990-PF) (2020)                                                           Page **2**

| Name of organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part I**   **Contributors** (see instructions). Use duplicate copies of Part I if additional space is needed.

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 43 | | $ 50,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 44 | | $ 25,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 45 | | $ 16,258. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 46 | | $ 11,034. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 47 | | $ 50,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 48 | | $ 15,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |

023452  11-25-20                                                           Schedule B (Form 990, 990-EZ, or 990-PF) (2020)

Schedule B (Form 990, 990-EZ, or 990-PF) (2020)                                                                                     Page **2**

| Name of organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part I**   **Contributors** (see instructions). Use duplicate copies of Part I if additional space is needed.

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 49 | | $ 10,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 50 | | $ 100,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 51 | | $ 10,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 52 | | $ 20,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 53 | | $ 935,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |
| 54 | | $ 10,000. | Person ☒ <br> Payroll ☐ <br> Noncash ☐ <br> (Complete Part II for noncash contributions.) |

023452  11-25-20                                                                 Schedule B (Form 990, 990-EZ, or 990-PF) (2020)

Schedule B (Form 990, 990-EZ, or 990-PF) (2020)                                                          Page **2**

| Name of organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part I**  **Contributors** (see instructions). Use duplicate copies of Part I if additional space is needed.

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 55 | | $ 95,020. | Person ☒ Payroll ☐ Noncash ☐ (Complete Part II for noncash contributions.) |
| 56 | | $ 15,000. | Person ☒ Payroll ☐ Noncash ☐ (Complete Part II for noncash contributions.) |
| 57 | | $ 20,000. | Person ☒ Payroll ☐ Noncash ☐ (Complete Part II for noncash contributions.) |
| 58 | | $ 10,000. | Person ☒ Payroll ☐ Noncash ☐ (Complete Part II for noncash contributions.) |
| 59 | | $ 22,000. | Person ☒ Payroll ☐ Noncash ☐ (Complete Part II for noncash contributions.) |
| 60 | | $ 200,000. | Person ☒ Payroll ☐ Noncash ☐ (Complete Part II for noncash contributions.) |

023452  11-25-20                                                          Schedule B (Form 990, 990-EZ, or 990-PF) (2020)

Schedule B (Form 990, 990-EZ, or 990-PF) (2020)                                                                              Page **3**

| Name of organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part II**   Noncash Property (see instructions). Use duplicate copies of Part II if additional space is needed.

| (a) No. from Part I | (b) Description of noncash property given | (c) FMV (or estimate) (See instructions.) | (d) Date received |
|---|---|---|---|
| 4 | 75 SHS RINGCENTRAL | $ 21,798. | 07/07/20 |
| 5 | 67 SHS DANAHER CORP | $ 15,379. | 11/10/20 |
| 33 | 275 SHS PROMEGA | $ 220,000. | 06/15/20 |
|  |  | $ |  |
|  |  | $ |  |
|  |  | $ |  |

023453  11-25-20                                                                        Schedule B (Form 990, 990-EZ, or 990-PF) (2020)

Schedule B (Form 990, 990-EZ, or 990-PF) (2020)                                                                                      Page **4**

Name of organization | **Employer identification number**

BURNING MAN PROJECT | 45-2638273

**Part III** | Exclusively religious, charitable, etc., contributions to organizations described in section 501(c)(7), (8), or (10) that total more than $1,000 for the year **from any one contributor.** Complete columns **(a)** through **(e)** and the following line entry. For organizations completing Part III, enter the total of exclusively religious,  charitable, etc., contributions of **$1,000 or less** for the year. (Enter this info. once.) ▶ $_____

Use duplicate copies of Part III if additional space is needed.

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| _____ | _____ | _____ | _____ |

**(e) Transfer of gift**

| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
|---|---|
| _____ | _____ |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| _____ | _____ | _____ | _____ |

**(e) Transfer of gift**

| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
|---|---|
| _____ | _____ |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| _____ | _____ | _____ | _____ |

**(e) Transfer of gift**

| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
|---|---|
| _____ | _____ |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| _____ | _____ | _____ | _____ |

**(e) Transfer of gift**

| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
|---|---|
| _____ | _____ |

023454  11-25-20 | Schedule B (Form 990, 990-EZ, or 990-PF) (2020)

| SCHEDULE C | **Political Campaign and Lobbying Activities** | OMB No. 1545-0047 |
|---|---|---|
| (Form 990 or 990-EZ) | | **2020** |

**For Organizations Exempt From Income Tax Under section 501(c) and section 527**
► **Complete if the organization is described below.** ► **Attach to Form 990 or Form 990-EZ.**
► **Go to www.irs.gov/Form990 for instructions and the latest information.**

Department of the Treasury
Internal Revenue Service

**Open to Public Inspection**

**If the organization answered "Yes," on Form 990, Part IV, line 3, or Form 990-EZ, Part V, line 46 (Political Campaign Activities), then**
• Section 501(c)(3) organizations: Complete Parts I-A and B. Do not complete Part I-C.
• Section 501(c) (other than section 501(c)(3)) organizations: Complete Parts I-A and C below. Do not complete Part I-B.
• Section 527 organizations: Complete Part I-A only.

**If the organization answered "Yes," on Form 990, Part IV, line 4, or Form 990-EZ, Part VI, line 47 (Lobbying Activities), then**
• Section 501(c)(3) organizations that have filed Form 5768 (election under section 501(h)): Complete Part II-A. Do not complete Part II-B.
• Section 501(c)(3) organizations that have NOT filed Form 5768 (election under section 501(h)): Complete Part II-B. Do not complete Part II-A.

**If the organization answered "Yes," on Form 990, Part IV, line 5 (Proxy Tax) (See separate instructions) or Form 990-EZ, Part V, line 35c (Proxy Tax) (See separate instructions), then**
• Section 501(c)(4), (5), or (6) organizations: Complete Part III.

| Name of organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

| **Part I-A** | **Complete if the organization is exempt under section 501(c) or is a section 527 organization.** |
|---|---|

**1** Provide a description of the organization's direct and indirect political campaign activities in Part IV.
**2** Political campaign activity expenditures .................................................................. ► $ _____
**3** Volunteer hours for political campaign activities ........................................................ _____

| **Part I-B** | **Complete if the organization is exempt under section 501(c)(3).** |
|---|---|

**1** Enter the amount of any excise tax incurred by the organization under section 4955 .................. ► $ _____
**2** Enter the amount of any excise tax incurred by organization managers under section 4955 .......... ► $ _____
**3** If the organization incurred a section 4955 tax, did it file Form 4720 for this year? .................. ☐ Yes ☐ No
**4a** Was a correction made? ............................................................................. ☐ Yes ☐ No
**b** If "Yes," describe in Part IV.

| **Part I-C** | **Complete if the organization is exempt under section 501(c), except section 501(c)(3).** |
|---|---|

**1** Enter the amount directly expended by the filing organization for section 527 exempt function activities ......... ► $ _____
**2** Enter the amount of the filing organization's funds contributed to other organizations for section 527 exempt function activities ....................................................................... ► $ _____
**3** Total exempt function expenditures. Add lines 1 and 2. Enter here and on Form 1120-POL, line 17b ............................................................................................... ► $ _____
**4** Did the filing organization file **Form 1120-POL** for this year? ........................................ ☐ Yes ☐ No
**5** Enter the names, addresses and employer identification number (EIN) of all section 527 political organizations to which the filing organization made payments. For each organization listed, enter the amount paid from the filing organization's funds. Also enter the amount of political contributions received that were promptly and directly delivered to a separate political organization, such as a separate segregated fund or a political action committee (PAC). If additional space is needed, provide information in Part IV.

| **(a)** Name | **(b)** Address | **(c)** EIN | **(d)** Amount paid from filing organization's funds. If none, enter -0-. | **(e)** Amount of political contributions received and promptly and directly delivered to a separate political organization. If none, enter -0-. |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.** **Schedule C (Form 990 or 990-EZ) 2020**
LHA

032041  12-02-20

Schedule C (Form 990 or 990-EZ) 2020  BURNING MAN PROJECT                    45-2638273   Page **2**

| **Part II-A** | **Complete if the organization is exempt under section 501(c)(3) and filed Form 5768 (election under section 501(h)).** |
|---|---|

**A** Check ▶ ☐ if the filing organization belongs to an affiliated group (and list in Part IV each affiliated group member's name, address, EIN, expenses, and share of excess lobbying expenditures).

**B** Check ▶ ☐ if the filing organization checked box A and "limited control" provisions apply.

| **Limits on Lobbying Expenditures**<br>**(The term "expenditures" means amounts paid or incurred.)** | **(a)** Filing organization's totals | **(b)** Affiliated group totals |
|---|---|---|
| **1a** Total lobbying expenditures to influence public opinion (grassroots lobbying) | | |
| **b** Total lobbying expenditures to influence a legislative body (direct lobbying) | | |
| **c** Total lobbying expenditures (add lines 1a and 1b) | | |
| **d** Other exempt purpose expenditures | 22,655,698. | |
| **e** Total exempt purpose expenditures (add lines 1c and 1d) | 22,655,698. | |
| **f** Lobbying nontaxable amount. Enter the amount from the following table in both columns. | 1,000,000. | |

| If the amount on line 1e, column (a) or (b) is: | The lobbying nontaxable amount is: |
|---|---|
| Not over $500,000 | 20% of the amount on line 1e. |
| Over $500,000 but not over $1,000,000 | $100,000 plus 15% of the excess over $500,000. |
| Over $1,000,000 but not over $1,500,000 | $175,000 plus 10% of the excess over $1,000,000. |
| Over $1,500,000 but not over $17,000,000 | $225,000 plus 5% of the excess over $1,500,000. |
| Over $17,000,000 | $1,000,000. |

| | **(a)** Filing organization's totals | **(b)** Affiliated group totals |
|---|---|---|
| **g** Grassroots nontaxable amount (enter 25% of line 1f) | 250,000. | |
| **h** Subtract line 1g from line 1a. If zero or less, enter -0- | 0. | |
| **i** Subtract line 1f from line 1c. If zero or less, enter -0- | 0. | |
| **j** If there is an amount other than zero on either line 1h or line 1i, did the organization file Form 4720 reporting section 4911 tax for this year? | ☐ Yes | ☐ No |

**4-Year Averaging Period Under Section 501(h)**
**(Some organizations that made a section 501(h) election do not have to complete all of the five columns below.**
**See the separate instructions for lines 2a through 2f.)**

**Lobbying Expenditures During 4-Year Averaging Period**

| Calendar year<br>(or fiscal year beginning in) | **(a)** 2017 | **(b)** 2018 | **(c)** 2019 | **(d)** 2020 | **(e)** Total |
|---|---|---|---|---|---|
| **2a** Lobbying nontaxable amount | 1,000,000. | 1,000,000. | 1,000,000. | 1,000,000. | 4,000,000. |
| **b** Lobbying ceiling amount<br>(150% of line 2a, column(e)) | | | | | 6,000,000. |
| **c** Total lobbying expenditures | | | | | |
| **d** Grassroots nontaxable amount | 250,000. | 250,000. | 250,000. | 250,000. | 1,000,000. |
| **e** Grassroots ceiling amount<br>(150% of line 2d, column (e)) | | | | | 1,500,000. |
| **f** Grassroots lobbying expenditures | | | | | |

**Schedule C (Form 990 or 990-EZ) 2020**

032042 12-02-20

Schedule C (Form 990 or 990-EZ) 2020  BURNING MAN PROJECT                    45-2638273   Page **3**

**Part II-B** Complete if the organization is exempt under section 501(c)(3) and has NOT filed Form 5768 (election under section 501(h)).

*For each "Yes" response on lines 1a through 1i below, provide in Part IV a detailed description of the lobbying activity.*

| | | (a) | | (b) |
|---|---|:---:|:---:|:---:|
| | | Yes | No | Amount |
| **1** | During the year, did the filing organization attempt to influence foreign, national, state, or local legislation, including any attempt to influence public opinion on a legislative matter or referendum, through the use of: | | | |
| **a** | Volunteers? | | | |
| **b** | Paid staff or management (include compensation in expenses reported on lines 1c through 1i)? | | | |
| **c** | Media advertisements? | | | |
| **d** | Mailings to members, legislators, or the public? | | | |
| **e** | Publications, or published or broadcast statements? | | | |
| **f** | Grants to other organizations for lobbying purposes? | | | |
| **g** | Direct contact with legislators, their staffs, government officials, or a legislative body? | | | |
| **h** | Rallies, demonstrations, seminars, conventions, speeches, lectures, or any similar means? | | | |
| **i** | Other activities? | | | |
| **j** | Total. Add lines 1c through 1i | | | |
| **2a** | Did the activities in line 1 cause the organization to be not described in section 501(c)(3)? | | | |
| **b** | If "Yes," enter the amount of any tax incurred under section 4912 | | | |
| **c** | If "Yes," enter the amount of any tax incurred by organization managers under section 4912 | | | |
| **d** | If the filing organization incurred a section 4912 tax, did it file Form 4720 for this year? | | | |

**Part III-A** Complete if the organization is exempt under section 501(c)(4), section 501(c)(5), or section 501(c)(6).

| | | | Yes | No |
|---|---|:---:|:---:|:---:|
| **1** | Were substantially all (90% or more) dues received nondeductible by members? | **1** | | |
| **2** | Did the organization make only in-house lobbying expenditures of $2,000 or less? | **2** | | |
| **3** | Did the organization agree to carry over lobbying and political campaign activity expenditures from the prior year? | **3** | | |

**Part III-B** Complete if the organization is exempt under section 501(c)(4), section 501(c)(5), or section 501(c)(6) and if either (a) BOTH Part III-A, lines 1 and 2, are answered "No" OR (b) Part III-A, line 3, is answered "Yes."

| | | | |
|---|---|:---:|---|
| **1** | Dues, assessments and similar amounts from members | **1** | |
| **2** | Section 162(e) nondeductible lobbying and political expenditures **(do not include amounts of political expenses for which the section 527(f) tax was paid).** | | |
| **a** | Current year | **2a** | |
| **b** | Carryover from last year | **2b** | |
| **c** | Total | **2c** | |
| **3** | Aggregate amount reported in section 6033(e)(1)(A) notices of nondeductible section 162(e) dues | **3** | |
| **4** | If notices were sent and the amount on line 2c exceeds the amount on line 3, what portion of the excess does the organization agree to carryover to the reasonable estimate of nondeductible lobbying and political expenditure next year? | **4** | |
| **5** | Taxable amount of lobbying and political expenditures (See instructions) | **5** | |

**Part IV**   Supplemental Information

Provide the descriptions required for Part I-A, line 1; Part I-B, line 4; Part I-C, line 5; Part II-A (affiliated group list); Part II-A, lines 1 and 2 (See instructions); and Part II-B, line 1. Also, complete this part for any additional information.

_____

_____

_____

_____

_____

Schedule C (Form 990 or 990-EZ) 2020

032043  12-02-20

**SCHEDULE D**
(Form 990)

Department of the Treasury
Internal Revenue Service

# Supplemental Financial Statements

▶ **Complete if the organization answered "Yes" on Form 990,**
Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b.
▶ **Attach to Form 990.**
▶**Go to www.irs.gov/Form990 for instructions and the latest information.**

OMB No. 1545-0047

**2020**

**Open to Public
Inspection**

| Name of the organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part I** | **Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.** Complete if the
organization answered "Yes" on Form 990, Part IV, line 6.

| | | **(a)** Donor advised funds | **(b)** Funds and other accounts |
|---|---|---|---|
| 1 | Total number at end of year ............................... | | |
| 2 | Aggregate value of contributions to (during year) ............ | | |
| 3 | Aggregate value of grants from (during year) ............... | | |
| 4 | Aggregate value at end of year ........................... | | |

5  Did the organization inform all donors and donor advisors in writing that the assets held in donor advised funds
are the organization's property, subject to the organization's exclusive legal control? ..................................  ☐ Yes  ☐ No

6  Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used only
for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose conferring
impermissible private benefit? ..................................................................................  ☐ Yes  ☐ No

**Part II** | **Conservation Easements.** Complete if the organization answered "Yes" on Form 990, Part IV, line 7.

1  Purpose(s) of conservation easements held by the organization (check all that apply).
  ☐ Preservation of land for public use (for example, recreation or education)  ☐ Preservation of a historically important land area
  ☐ Protection of natural habitat  ☐ Preservation of a certified historic structure
  ☐ Preservation of open space

2  Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation easement on the last
  day of the tax year.

| | | **Held at the End of the Tax Year** |
|---|---|---|
| **a** | Total number of conservation easements ........................................... | **2a** | |
| **b** | Total acreage restricted by conservation easements ................................ | **2b** | |
| **c** | Number of conservation easements on a certified historic structure included in (a) ...... | **2c** | |
| **d** | Number of conservation easements included in (c) acquired after 7/25/06, and not on a historic structure
listed in the National Register ................................................ | **2d** | |

3  Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the tax
  year ▶ _____

4  Number of states where property subject to conservation easement is located ▶ _____

5  Does the organization have a written policy regarding the periodic monitoring, inspection, handling of
  violations, and enforcement of the conservation easements it holds? ..........................................  ☐ Yes  ☐ No

6  Staff and volunteer hours devoted to monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
  ▶ _____

7  Amount of expenses incurred in monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
  ▶ $ _____

8  Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i)
  and section 170(h)(4)(B)(ii)? ................................................................................  ☐ Yes  ☐ No

9  In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement and
  balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes the
  organization's accounting for conservation easements.

**Part III** | **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 8.

**1a** If the organization elected, as permitted under FASB ASC 958, not to report in its revenue statement and balance sheet works
  of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public
  service, provide in Part XIII the text of the footnote to its financial statements that describes these items.

**b** If the organization elected, as permitted under FASB ASC 958, to report in its revenue statement and balance sheet works of
  art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service,
  provide the following amounts relating to these items:

  **(i)** Revenue included on Form 990, Part VIII, line 1 .............................................................  ▶ $ _____
  **(ii)** Assets included in Form 990, Part X ...................................................................  ▶ $ _____

2  If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide
  the following amounts required to be reported under FASB ASC 958 relating to these items:

**a** Revenue included on Form 990, Part VIII, line 1 .............................................................  ▶ $ _____
**b** Assets included in Form 990, Part X ...................................................................  ▶ $ _____

LHA  **For Paperwork Reduction Act Notice, see the Instructions for Form 990.**                **Schedule D (Form 990) 2020**

032051  12-01-20

Schedule D (Form 990) 2020        BURNING MAN PROJECT                    45-2638273        Page **2**

## Part III Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets *(continued)*

**3** Using the organization's acquisition, accession, and other records, check any of the following that make significant use of its
collection items (check all that apply):

**a** ☐ Public exhibition        **d** ☐ Loan or exchange program

**b** ☐ Scholarly research

**c** ☐ Preservation for future generations    **e** ☐ Other

**4** Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII.

**5** During the year, did the organization solicit or receive donations of art, historical treasures, or other similar assets
to be sold to raise funds rather than to be maintained as part of the organization's collection? ............................ ☐ Yes ☐ No

## Part IV Escrow and Custodial Arrangements. Complete if the organization answered "Yes" on Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

**1a** Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not included
on Form 990, Part X? .................................................................................................................... ☐ Yes ☐ No

**b** If "Yes," explain the arrangement in Part XIII and complete the following table:

| | Amount |
|---|---|
| **c** Beginning balance | **1c** |
| **d** Additions during the year | **1d** |
| **e** Distributions during the year | **1e** |
| **f** Ending balance | **1f** |

**2a** Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability? .............. ☐ Yes ☐ No

**b** If "Yes," explain the arrangement in Part XIII. Check here if the explanation has been provided on Part XIII ...............................

## Part V Endowment Funds. Complete if the organization answered "Yes" on Form 990, Part IV, line 10.

| | **(a)** Current year | **(b)** Prior year | **(c)** Two years back | **(d)** Three years back | **(e)** Four years back |
|---|---|---|---|---|---|
| **1a** Beginning of year balance | | | | | |
| **b** Contributions | | | | | |
| **c** Net investment earnings, gains, and losses | | | | | |
| **d** Grants or scholarships | | | | | |
| **e** Other expenditures for facilities and programs | | | | | |
| **f** Administrative expenses | | | | | |
| **g** End of year balance | | | | | |

**2** Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as:

**a** Board designated or quasi-endowment ▶ _____ %

**b** Permanent endowment ▶ _____ %

**c** Term endowment ▶ _____ %

The percentages on lines 2a, 2b, and 2c should equal 100%.

**3a** Are there endowment funds not in the possession of the organization that are held and administered for the organization
by:

| | | Yes | No |
|---|---|---|---|
| **(i)** Unrelated organizations .................................................................................................... | **3a(i)** | | |
| **(ii)** Related organizations ..................................................................................................... | **3a(ii)** | | |
| **b** If "Yes" on line 3a(ii), are the related organizations listed as required on Schedule R? ................................. | **3b** | | |

**4** Describe in Part XIII the intended uses of the organization's endowment funds.

## Part VI Land, Buildings, and Equipment.

Complete if the organization answered "Yes" on Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | **(a)** Cost or other basis (investment) | **(b)** Cost or other basis (other) | **(c)** Accumulated depreciation | **(d)** Book value |
|---|---|---|---|---|
| **1a** Land | | 7,663,731. | | 7,663,731. |
| **b** Buildings | | 1,242,681. | 293,491. | 949,190. |
| **c** Leasehold improvements | | 115,416. | 53,520. | 61,896. |
| **d** Equipment | | 636,013. | 517,292. | 118,721. |
| **e** Other | | 2,989,673. | 2,554,254. | 435,419. |

**Total.** Add lines 1a through 1e. *(Column (d) must equal Form 990, Part X, column (B), line 10c.)* ............................... ▶ | 9,228,957. |

Schedule D (Form 990) 2020

032052  12-01-20

Schedule D (Form 990) 2020     BURNING MAN PROJECT                                   45-2638273   Page **3**

| **Part VII** | **Investments - Other Securities.** | | |
|---|---|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 11b. See Form 990, Part X, line 12.

| **(a)** Description of security or category (including name of security) | **(b)** Book value | **(c)** Method of valuation: Cost or end-of-year market value | |
|---|---|---|---|
| **(1)** Financial derivatives | | | |
| **(2)** Closely held equity interests | | | |
| **(3)** Other | | | |
| (A) | | | |
| (B) | | | |
| (C) | | | |
| (D) | | | |
| (E) | | | |
| (F) | | | |
| (G) | | | |
| (H) | | | |
| **Total.** (Col. (b) must equal Form 990, Part X, col. (B) line 12.) ▶ | | | |

| **Part VIII** | **Investments - Program Related.** | |
|---|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| **(a)** Description of investment | **(b)** Book value | **(c)** Method of valuation: Cost or end-of-year market value |
|---|---|---|
| **(1)** | | |
| **(2)** | | |
| **(3)** | | |
| **(4)** | | |
| **(5)** | | |
| **(6)** | | |
| **(7)** | | |
| **(8)** | | |
| **(9)** | | |
| **Total.** (Col. (b) must equal Form 990, Part X, col. (B) line 13.) ▶ | | |

| **Part IX** | **Other Assets.** |
|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 11d. See Form 990, Part X, line 15.

| **(a)** Description | **(b)** Book value |
|---|---|
| **(1)** | |
| **(2)** | |
| **(3)** | |
| **(4)** | |
| **(5)** | |
| **(6)** | |
| **(7)** | |
| **(8)** | |
| **(9)** | |
| **Total.** (Column (b) must equal Form 990, Part X, col. (B) line 15.) ................................ ▶ | |

| **Part X** | **Other Liabilities.** |
|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 11e or 11f. See Form 990, Part X, line 25.

| **1.** | **(a)** Description of liability | **(b)** Book value |
|---|---|---|
| (1) | Federal income taxes | |
| (2) | PPP LOAN | 2,476,988. |
| (3) | DEFERRED RENT | 570,006. |
| (4) | | |
| (5) | | |
| (6) | | |
| (7) | | |
| (8) | | |
| (9) | | |
| **Total.** (Column (b) must equal Form 990, Part X, col. (B) line 25.) ....................................... ▶ | | 3,046,994. |

**2.** Liability for uncertain tax positions. In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FASB ASC 740. Check here if the text of the footnote has been provided in Part XIII ... [X]

**Schedule D (Form 990) 2020**

Schedule D (Form 990) 2020      BURNING MAN PROJECT                                    45-2638273   Page **4**

| **Part XI** | **Reconciliation of Revenue per Audited Financial Statements With Revenue per Return.** | | | | |
|---|---|---|---|---|---|
| | Complete if the organization answered "Yes" on Form 990, Part IV, line 12a. | | | | |
| **1** | Total revenue, gains, and other support per audited financial statements | | | **1** | |
| **2** | Amounts included on line 1 but not on Form 990, Part VIII, line 12: | | | | |
| **a** | Net unrealized gains (losses) on investments | **2a** | | | |
| **b** | Donated services and use of facilities | **2b** | | | |
| **c** | Recoveries of prior year grants | **2c** | | | |
| **d** | Other (Describe in Part XIII.) | **2d** | | | |
| **e** | Add lines **2a** through **2d** | | | **2e** | |
| **3** | Subtract line **2e** from line **1** | | | **3** | |
| **4** | Amounts included on Form 990, Part VIII, line 12, but not on line 1: | | | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b | **4a** | | | |
| **b** | Other (Describe in Part XIII.) | **4b** | | | |
| **c** | Add lines **4a** and **4b** | | | **4c** | |
| **5** | Total revenue. Add lines **3** and **4c.** *(This must equal Form 990, Part I, line 12.)* | | | **5** | |

| **Part XII** | **Reconciliation of Expenses per Audited Financial Statements With Expenses per Return.** | | | | |
|---|---|---|---|---|---|
| | Complete if the organization answered "Yes" on Form 990, Part IV, line 12a. | | | | |
| **1** | Total expenses and losses per audited financial statements | | | **1** | |
| **2** | Amounts included on line 1 but not on Form 990, Part IX, line 25: | | | | |
| **a** | Donated services and use of facilities | **2a** | | | |
| **b** | Prior year adjustments | **2b** | | | |
| **c** | Other losses | **2c** | | | |
| **d** | Other (Describe in Part XIII.) | **2d** | | | |
| **e** | Add lines **2a** through **2d** | | | **2e** | |
| **3** | Subtract line **2e** from line **1** | | | **3** | |
| **4** | Amounts included on Form 990, Part IX, line 25, but not on line 1: | | | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b | **4a** | | | |
| **b** | Other (Describe in Part XIII.) | **4b** | | | |
| **c** | Add lines **4a** and **4b** | | | **4c** | |
| **5** | Total expenses. Add lines **3** and **4c.** *(This must equal Form 990, Part I, line 18.)* | | | **5** | |

| **Part XIII** | **Supplemental Information.** |
|---|---|

Provide the descriptions required for Part II, lines 3, 5, and 9; Part III, lines 1a and 4; Part IV, lines 1b and 2b; Part V, line 4; Part X, line 2; Part XI, lines 2d and 4b; and Part XII, lines 2d and 4b. Also complete this part to provide any additional information.

PART X, LINE 2:

EACH YEAR, MANAGEMENT CONSIDERS WHETHER ANY MATERIAL TAX POSITIONS THE

ORGANIZATION HAS TAKEN ARE MORE LIKELY THAN NOT TO BE SUSTAINED UPON

EXAMINATION BY THE APPLICABLE TAXING AUTHORITY. MANAGEMENT BELIEVES THAT

ANY POSITIONS THE ORGANIZATION HAS TAKEN ARE SUPPORTED BY SUBSTANTIAL

AUTHORITY AND, HENCE, DO NOT NEED TO BE MEASURED OR DISCLOSED IN THESE

CONSOLIDATED FINANCIAL STATEMENTS.

| SCHEDULE G | Supplemental Information Regarding Fundraising or Gaming Activities | OMB No. 1545-0047 |
|---|---|---|
| (Form 990 or 990-EZ) | Complete if the organization answered "Yes" on Form 990, Part IV, line 17, 18, or 19, or if the organization entered more than $15,000 on Form 990-EZ, line 6a. | **2020** |
| Department of the Treasury Internal Revenue Service | ▶ Attach to Form 990 or Form 990-EZ. ▶ Go to www.irs.gov/Form990 for instructions and the latest information. | Open to Public Inspection |

| Name of the organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

| Part I | **Fundraising Activities.** Complete if the organization answered "Yes" on Form 990, Part IV, line 17. Form 990-EZ filers are not required to complete this part. |
|---|---|

**1** Indicate whether the organization raised funds through any of the following activities. Check all that apply.

**a** [X] Mail solicitations        **e** [X] Solicitation of non-government grants
**b** [X] Internet and email solicitations    **f** [X] Solicitation of government grants
**c** [X] Phone solicitations          **g** [X] Special fundraising events
**d** [X] In-person solicitations

**2 a** Did the organization have a written or oral agreement with any individual (including officers, directors, trustees, or key employees listed in Form 990, Part VII) or entity in connection with professional fundraising services?   [X] **Yes**   [ ] **No**

**b** If "Yes," list the 10 highest paid individuals or entities (fundraisers) pursuant to agreements under which the fundraiser is to be compensated at least $5,000 by the organization.

| (i) Name and address of individual or entity (fundraiser) | (ii) Activity | (iii) Did fundraiser have custody or control of contributions? | | (iv) Gross receipts from activity | (v) Amount paid to (or retained by) fundraiser listed in col. (i) | (vi) Amount paid to (or retained by) organization |
|---|---|---|---|---|---|---|
| | | Yes | No | | | |
| BEERSTEIN ASSOCIATES - 4602 FAIRWAY DRIVE, SOQUEL, CA | FUNDRAISING COUNSEL FOR PHILANTHROPIC ENGAGEMENT | | X | 12,366,591. | 224,964. | 12,141,627. |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total ▶ | | | | 12,366,591. | 224,964. | 12,141,627. |

**3** List all states in which the organization is registered or licensed to solicit contributions or has been notified it is exempt from registration or licensing.

CA,NY,NV

LHA **For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.**     **Schedule G (Form 990 or 990-EZ) 2020**

SEE PART IV FOR CONTINUATIONS

032081  11-25-20

Schedule G (Form 990 or 990-EZ) 2020 BURNING MAN PROJECT                    45-2638273   Page **2**

| **Part II** | **Fundraising Events.** Complete if the organization answered "Yes" on Form 990, Part IV, line 18, or reported more than $15,000 of fundraising event contributions and gross income on Form 990-EZ, lines 1 and 6b. List events with gross receipts greater than $5,000. |
|---|---|

| | | **(a)** Event #1 | **(b)** Event #2 | **(c)** Other events | **(d)** Total events (add col. **(a)** through col. **(c)**) |
|---|---|---|---|---|---|
| | | (event type) | (event type) | (total number) | |
| Revenue | 1 Gross receipts ............................. | | | | |
| | 2 Less: Contributions | | | | |
| | 3 Gross income (line 1 minus line 2) ........... | | | | |
| Direct Expenses | 4 Cash prizes .............................. | | | | |
| | 5 Noncash prizes | | | | |
| | 6 Rent/facility costs | | | | |
| | 7 Food and beverages | | | | |
| | 8 Entertainment | | | | |
| | 9 Other direct expenses ................ | | | | |
| | 10 Direct expense summary. Add lines 4 through 9 in column (d) ............................................ ▶ | | | | |
| | 11 Net income summary. Subtract line 10 from line 3, column (d) ......................................... ▶ | | | | |

| **Part III** | **Gaming.** Complete if the organization answered "Yes" on Form 990, Part IV, line 19, or reported more than $15,000 on Form 990-EZ, line 6a. |
|---|---|

| | | **(a)** Bingo | **(b)** Pull tabs/instant bingo/progressive bingo | **(c)** Other gaming | **(d)** Total gaming (add col. **(a)** through col. **(c)**) |
|---|---|---|---|---|---|
| Revenue | 1 Gross revenue .......................... | | | | |
| Direct Expenses | 2 Cash prizes .......................... | | | | |
| | 3 Noncash prizes .......................... | | | | |
| | 4 Rent/facility costs .......................... | | | | |
| | 5 Other direct expenses | | | | |
| | 6 Volunteer labor .......................... | ☐ Yes_____ %  ☐ No | ☐ Yes_____ %  ☐ No | ☐ Yes_____ %  ☐ No | |
| | 7 Direct expense summary. Add lines 2 through 5 in column (d) ............................................... ▶ | | | | |
| | 8 Net gaming income summary. Subtract line 7 from line 1, column (d) ................................... ▶ | | | | |

**9** Enter the state(s) in which the organization conducts gaming activities: _____

**a** Is the organization licensed to conduct gaming activities in each of these states? ......................................... ☐ **Yes**  ☐ **No**

**b** If "No," explain: _____

_____

**10a** Were any of the organization's gaming licenses revoked, suspended, or terminated during the tax year? ......................... ☐ **Yes**  ☐ **No**

**b** If "Yes," explain: _____

_____

032082  11-25-20

Schedule G (Form 990 or 990-EZ) 2020  BURNING MAN PROJECT                    45-2638273   Page 3

**11** Does the organization conduct gaming activities with nonmembers? .................................................... ☐ Yes ☐ No

**12** Is the organization a grantor, beneficiary or trustee of a trust, or a member of a partnership or other entity formed
to administer charitable gaming? ........................................................................................................ ☐ Yes ☐ No

**13** Indicate the percentage of gaming activity conducted in:

**a** The organization's facility .................................................................................................................. | 13a | | % |

**b** An outside facility ............................................................................................................................. | 13b | | % |

**14** Enter the name and address of the person who prepares the organization's gaming/special events books and records:

Name ▶ _____

Address ▶ _____

**15a** Does the organization have a contract with a third party from whom the organization receives gaming revenue? ................. ☐ Yes ☐ No

**b** If "Yes," enter the amount of gaming revenue received by the organization ▶ $ _____ and the amount
of gaming revenue retained by the third party ▶ $ _____

**c** If "Yes," enter name and address of the third party:

Name ▶ _____

Address ▶ _____

**16** Gaming manager information:

Name ▶ _____

Gaming manager compensation ▶ $ _____

Description of services provided ▶ _____

_____

_____

☐ Director/officer          ☐ Employee          ☐ Independent contractor

**17** Mandatory distributions:

**a** Is the organization required under state law to make charitable distributions from the gaming proceeds to
retain the state gaming license? ......................................................................................................... ☐ Yes ☐ No

**b** Enter the amount of distributions required under state law to be distributed to other exempt organizations or spent in the
organization's own exempt activities during the tax year ▶ $

| Part IV | **Supplemental Information.** Provide the explanations required by Part I, line 2b, columns (iii) and (v); and Part III, lines 9, 9b, 10b, |

15b, 15c, 16, and 17b, as applicable. Also provide any additional information. See instructions.

SCHEDULE G, PART I, LINE 2B, LIST OF TEN HIGHEST PAID FUNDRAISERS:

_____

(I) NAME OF FUNDRAISER: BEERSTEIN ASSOCIATES

(I) ADDRESS OF FUNDRAISER: 4602 FAIRWAY DRIVE, SOQUEL, CA  95073

(II) ACTIVITY: FUNDRAISING COUNSEL FOR PHILANTHROPIC ENGAGEMENT DEPT

_____

_____

_____

032083  11-25-20                                                      Schedule G (Form 990 or 990-EZ) 2020

Schedule G (Form 990 or 990-EZ)    BURNING MAN PROJECT                    45-2638273   Page **4**

| **Part IV** | **Supplemental Information** *(continued)* |

032084  04-01-20

**SCHEDULE I**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

# Grants and Other Assistance to Organizations, Governments, and Individuals in the United States

Complete if the organization answered "Yes" on Form 990, Part IV, line 21 or 22.
▶ Attach to Form 990.
▶ Go to www.irs.gov/Form990 for the latest information.

OMB No. 1545-0047

**2020**

Open to Public
Inspection

| Name of the organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

| Part I | General Information on Grants and Assistance |
|---|---|

1  Does the organization maintain records to substantiate the amount of the grants or assistance, the grantees' eligibility for the grants or assistance, and the selection criteria used to award the grants or assistance? .................................................................................................   [X] **Yes**   [ ] **No**

2  Describe in Part IV the organization's procedures for monitoring the use of grant funds in the United States.

| Part II | Grants and Other Assistance to Domestic Organizations and Domestic Governments. Complete if the organization answered "Yes" on Form 990, Part IV, line 21, for any |
|---|---|

recipient that received more than $5,000. Part II can be duplicated if additional space is needed.

| 1 (a) Name and address of organization or government | (b) EIN | (c) IRC section (if applicable) | (d) Amount of cash grant | (e) Amount of non-cash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of noncash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| EMPYREAN LLC<br>BOX 1663<br>BOULDER, CO 80306 | 84-4188664 | | 55,000. | 0. | | | HONORARIA ART GRANT |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

2  Enter total number of section 501(c)(3) and government organizations listed in the line 1 table ..................................................... ▶  0.

3  Enter total number of other organizations listed in the line 1 table ................................................................................... ▶  1.

LHA   **For Paperwork Reduction Act Notice, see the Instructions for Form 990.**     **Schedule I (Form 990) 2020**

032101  11-02-20

Schedule I (Form 990) 2020      BURNING MAN PROJECT                                45-2638273            Page **2**

| Part III | **Grants and Other Assistance to Domestic Individuals.** Complete if the organization answered "Yes" on Form 990, Part IV, line 22. |

Part III can be duplicated if additional space is needed.

| (a) Type of grant or assistance | (b) Number of recipients | (c) Amount of cash grant | (d) Amount of non-cash assistance | (e) Method of valuation (book, FMV, appraisal, other) | (f) Description of noncash assistance |
|---|---|---|---|---|---|
| ART GRANT | 2 | 7,000. | 0. | | |
| COMMUNITY BASED PROJECT GRANT | 5 | 4,684. | 0. | | |
| STIPEND | 5 | 2,896. | 0. | | |
| | | | | | |
| | | | | | |

| Part IV | **Supplemental Information.** Provide the information required in Part I, line 2; Part III, column (b); and any other additional information. |

PART I, LINE 2:

BURNING MAN PROJECT HAS AN ESTABLISHED PROCESS FOR REVIEWING GRANT

APPLICATIONS INCLUDING A PRE-FUNDING LETTER OF INTENT, AND A CONTRACT

ESTABLISHING THE NATURE OF THE PROJECT AND MUTUAL EXPECTATIONS, REGULAR

REPORTING AND TRANSFER OR LICENSE OF INTELLECTUAL PROPERTY TO BMP. THE

REVIEW COMMITTEE EVALUATES EACH PROJECT FOR IMPACT, COMMUNITY INTERACTIVITY

AND KINETIC QUALITIES. MORE INFORMATION CAN BE FOUND BY SEARCHING

"HONORARIA" ON OUR WEBSITE.

032102  11-02-20                                                              **Schedule I (Form 990) 2020**

| SCHEDULE J | **Compensation Information** | OMB No. 1545-0047 |
|---|---|---|
| **(Form 990)** | For certain Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees | **2020** |
| Department of the Treasury Internal Revenue Service | ▶ Complete if the organization answered "Yes" on Form 990, Part IV, line 23.<br>▶ Attach to Form 990.<br>▶ Go to www.irs.gov/Form990 for instructions and the latest information. | **Open to Public Inspection** |

| Name of the organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part I** | **Questions Regarding Compensation**

|  |  | Yes | No |
|---|---|---|---|

**1a** Check the appropriate box(es) if the organization provided any of the following to or for a person listed on Form 990, Part VII, Section A, line 1a. Complete Part III to provide any relevant information regarding these items.

| ☐ First-class or charter travel | ☐ Housing allowance or residence for personal use |
|---|---|
| ☐ Travel for companions | ☐ Payments for business use of personal residence |
| ☐ Tax indemnification and gross-up payments | ☐ Health or social club dues or initiation fees |
| ☐ Discretionary spending account | ☐ Personal services (such as maid, chauffeur, chef) |

**b** If any of the boxes on line 1a are checked, did the organization follow a written policy regarding payment or reimbursement or provision of all of the expenses described above? If "No," complete Part III to explain ............. | **1b** | | |

**2** Did the organization require substantiation prior to reimbursing or allowing expenses incurred by all directors, trustees, and officers, including the CEO/Executive Director, regarding the items checked on line 1a? ............. | **2** | | |

**3** Indicate which, if any, of the following the organization used to establish the compensation of the organization's CEO/Executive Director. Check all that apply. Do not check any boxes for methods used by a related organization to establish compensation of the CEO/Executive Director, but explain in Part III.

| ☒ Compensation committee | ☐ Written employment contract |
|---|---|
| ☐ Independent compensation consultant | ☒ Compensation survey or study |
| ☒ Form 990 of other organizations | ☒ Approval by the board or compensation committee |

**4** During the year, did any person listed on Form 990, Part VII, Section A, line 1a, with respect to the filing organization or a related organization:

**a** Receive a severance payment or change-of-control payment? ............. | **4a** | | X

**b** Participate in or receive payment from a supplemental nonqualified retirement plan? ............. | **4b** | | X

**c** Participate in or receive payment from an equity-based compensation arrangement? ............. | **4c** | | X

If "Yes" to any of lines 4a-c, list the persons and provide the applicable amounts for each item in Part III.

**Only section 501(c)(3), 501(c)(4), and 501(c)(29) organizations must complete lines 5-9.**

**5** For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the revenues of:

**a** The organization? ............. | **5a** | | X

**b** Any related organization? ............. | **5b** | | X

If "Yes" on line 5a or 5b, describe in Part III.

**6** For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the net earnings of:

**a** The organization? ............. | **6a** | | X

**b** Any related organization? ............. | **6b** | | X

If "Yes" on line 6a or 6b, describe in Part III.

**7** For persons listed on Form 990, Part VII, Section A, line 1a, did the organization provide any nonfixed payments not described on lines 5 and 6? If "Yes," describe in Part III ............. | **7** | | X

**8** Were any amounts reported on Form 990, Part VII, paid or accrued pursuant to a contract that was subject to the initial contract exception described in Regulations section 53.4958-4(a)(3)? If "Yes," describe in Part III ............. | **8** | | X

**9** If "Yes" on line 8, did the organization also follow the rebuttable presumption procedure described in Regulations section 53.4958-6(c)? ............. | **9** | | |

LHA  **For Paperwork Reduction Act Notice, see the Instructions for Form 990.**                    **Schedule J (Form 990) 2020**

Schedule J (Form 990) 2020     **BURNING MAN PROJECT**                          45-2638273                                                    Page **2**

| **Part II** | Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees. | Use duplicate copies if additional space is needed. |

For each individual whose compensation must be reported on Schedule J, report compensation from the organization on row (i) and from related organizations, described in the instructions, on row (ii).
Do not list any individuals that aren't listed on Form 990, Part VII.

**Note:** The sum of columns (B)(i)-(iii) for each listed individual must equal the total amount of Form 990, Part VII, Section A, line 1a, applicable column (D) and (E) amounts for that individual.

| (A) Name and Title | | (B) Breakdown of W-2 and/or 1099-MISC compensation | | | (C) Retirement and other deferred compensation | (D) Nontaxable benefits | (E) Total of columns (B)(i)-(D) | (F) Compensation in column (B) reported as deferred on prior Form 990 |
|---|---|---|---|---|---|---|---|---|
| | | (i) Base compensation | (ii) Bonus & incentive compensation | (iii) Other reportable compensation | | | | |
| (1) MARIAN GOODELL | (i) | 280,112. | 2,700. | 0. | 0. | 15,867. | 298,679. | 0. |
| DIRECTOR/CHIEF EXECUTIVE OFFICER | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (2) HARLEY K. DUBOIS | (i) | 202,295. | 2,700. | 0. | 0. | 16,416. | 221,411. | 0. |
| DIRECTOR | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (3) HEATHER WHITE | (i) | 185,155. | 2,700. | 0. | 0. | 10,803. | 198,658. | 0. |
| CHIEF OPERATING OFFICER | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (4) STEVEN BLUMENFELD | (i) | 177,793. | 0. | 0. | 0. | 11,683. | 189,476. | 0. |
| CHIEF TECHNOLOGY OFFICER | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (5) RAYMOND ALLEN | (i) | 172,761. | 2,700. | 0. | 0. | 11,244. | 186,705. | 0. |
| GENERAL COUNSEL | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (6) SILVIA STEPHENSON (THRU 11/2020) | (i) | 117,627. | 2,700. | 50,854. | 0. | 10,174. | 181,355. | 0. |
| UX DESIGN MANAGER | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (7) DOUG ROBERTSON | (i) | 168,211. | 2,700. | 0. | 0. | 9,064. | 179,975. | 0. |
| DIRECTOR OF FINANCE | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (8) PEDRO VIDAL FLORES | (i) | 155,370. | 2,700. | 0. | 0. | 4,722. | 162,792. | 0. |
| DIRECTOR OF PEOPLE AND LEARNING | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (9) DAVID BILL (THRU 5/2020) | (i) | 138,597. | 0. | 16,380. | 0. | 3,961. | 158,938. | 0. |
| INTERIM CHIEF TECHNOLOGY OFFICER | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (10) CHARLIE DOLMAN | (i) | 143,361. | 2,700. | 0. | 0. | 5,781. | 151,842. | 0. |
| DIRECTOR OF EVENT OPERATIONS | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (11) JONATHAN ROSEN | (i) | 149,910. | 0. | 0. | 0. | 269. | 150,179. | 0. |
| ASSOC DIR PRODUCT AND DESIGN | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| | (i) | | | | | | | |
| | (ii) | | | | | | | |
| | (i) | | | | | | | |
| | (ii) | | | | | | | |
| | (i) | | | | | | | |
| | (ii) | | | | | | | |
| | (i) | | | | | | | |
| | (ii) | | | | | | | |
| | (i) | | | | | | | |
| | (ii) | | | | | | | |

Schedule J (Form 990) 2020       BURNING MAN PROJECT                                                     45-2638273                               Page **3**

| **Part III** | **Supplemental Information** |

Provide the information, explanation, or descriptions required for Part I, lines 1a, 1b, 3, 4a, 4b, 4c, 5a, 5b, 6a, 6b, 7, and 8, and for Part II. Also complete this part for any additional information.

Schedule J (Form 990) 2020

032113  12-07-20

**SCHEDULE L**
**(Form 990 or 990-EZ)**

# Transactions With Interested Persons

▶ **Complete if the organization answered "Yes" on Form 990, Part IV, line 25a, 25b, 26, 27, 28a, 28b, or 28c, or Form 990-EZ, Part V, line 38a or 40b.**
▶ **Attach to Form 990 or Form 990-EZ.**
▶ **Go to www.irs.gov/Form990 for instructions and the latest information.**

OMB No. 1545-0047

**2020**

Department of the Treasury
Internal Revenue Service

**Open To Public Inspection**

Name of the organization
BURNING MAN PROJECT

**Employer identification number**
45-2638273

**Part I** **Excess Benefit Transactions** (section 501(c)(3), section 501(c)(4), and section 501(c)(29) organizations only).

Complete if the organization answered "Yes" on Form 990, Part IV, line 25a or 25b, or Form 990-EZ, Part V, line 40b.

| 1 **(a)** Name of disqualified person | **(b)** Relationship between disqualified person and organization | **(c)** Description of transaction | **(d)** Corrected? | |
|---|---|---|---|---|
| | | | Yes | No |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**2** Enter the amount of tax incurred by the organization managers or disqualified persons during the year under section 4958 ................................................................................................ ▶ $ _____

**3** Enter the amount of tax, if any, on line 2, above, reimbursed by the organization ................. ▶ $ _____

**Part II** **Loans to and/or From Interested Persons.**

Complete if the organization answered "Yes" on Form 990-EZ, Part V, line 38a or Form 990, Part IV, line 26; or if the organization reported an amount on Form 990, Part X, line 5, 6, or 22.

| **(a)** Name of interested person | **(b)** Relationship with organization | **(c)** Purpose of loan | **(d)** Loan to or from the organization? | | **(e)** Original principal amount | **(f)** Balance due | **(g)** In default? | | **(h)** Approved by board or committee? | | **(i)** Written agreement? | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | To | From | | | Yes | No | Yes | No | Yes | No |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

**Total** ...................................................... ▶ $

**Part III** **Grants or Assistance Benefiting Interested Persons.**

Complete if the organization answered "Yes" on Form 990, Part IV, line 27.

| **(a)** Name of interested person | **(b)** Relationship between interested person and the organization | **(c)** Amount of assistance | **(d)** Type of assistance | **(e)** Purpose of assistance |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**LHA** **For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.** **Schedule L (Form 990 or 990-EZ) 2020**

Schedule L (Form 990 or 990-EZ) 2020  BURNING MAN PROJECT                              45-2638273  Page **2**

| Part IV | **Business Transactions Involving Interested Persons.** |
|---------|---------------------------------------------------------|

Complete if the organization answered "Yes" on Form 990, Part IV, line 28a, 28b, or 28c.

| **(a)** Name of interested person | **(b)** Relationship between interested person and the organization | **(c)** Amount of transaction | **(d)** Description of transaction | **(e)** Sharing of organization's revenues? | |
|---|---|---|---|---|---|
| | | | | Yes | No |
| METAMORPH LLC | METAMORPH LLC IS OW | 11,550. | BMP LEASES | | X |
| QBL REAL ESTATE LLC | QBL REAL ESTATE LLC | 63,297. | BMP ENGAGED | | X |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Part V | **Supplemental Information.** |
|--------|-------------------------------|

Provide additional information for responses to questions on Schedule L (see instructions).

SCH L, PART IV, BUSINESS TRANSACTIONS INVOLVING INTERESTED PERSONS:

(A) NAME OF PERSON: METAMORPH LLC

(B) RELATIONSHIP BETWEEN INTERESTED PERSON AND ORGANIZATION:

METAMORPH LLC IS OWNED BY THE SPOUSE OF MICHAEL MIKEL, DIRECTOR

(C) AMOUNT OF TRANSACTION $ 11,550.

(D) DESCRIPTION OF TRANSACTION: BMP LEASES 2 PROPERTIES FROM METAMORPH

LLC.

(E) SHARING OF ORGANIZATION REVENUES? = NO


(A) NAME OF PERSON: QBL REAL ESTATE LLC

(B) RELATIONSHIP BETWEEN INTERESTED PERSON AND ORGANIZATION:

QBL REAL ESTATE LLC IS OWNED BY MATTHEW KWATINETZ, DIRECTOR

(C) AMOUNT OF TRANSACTION $ 63,297.

(D) DESCRIPTION OF TRANSACTION: BMP ENGAGED REAL ESTATE CONSULTATION

SERVICES FROM QBL REAL ESTATE LLC.

(E) SHARING OF ORGANIZATION REVENUES? = NO

032132  12-09-20

| SCHEDULE M<br>(Form 990) | **Noncash Contributions** | OMB No. 1545-0047 |
|---|---|---|
| | | **2020** |
| Department of the Treasury<br>Internal Revenue Service | ► **Complete if the organizations answered "Yes" on Form 990, Part IV, lines 29 or 30.**<br>► **Attach to Form 990.**<br>► **Go to www.irs.gov/Form990 for instructions and the latest information.** | Open to Public<br>Inspection |

| Name of the organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part I** | **Types of Property**

| | | (a)<br>Check if<br>applicable | (b)<br>Number of<br>contributions or<br>items contributed | (c)<br>Noncash contribution<br>amounts reported on<br>Form 990, Part VIII, line 1g | (d)<br>Method of determining<br>noncash contribution amounts |
|---|---|---|---|---|---|
| 1 | Art - Works of art | | | | |
| 2 | Art - Historical treasures | | | | |
| 3 | Art - Fractional interests | | | | |
| 4 | Books and publications | | | | |
| 5 | Clothing and household goods | | | | |
| 6 | Cars and other vehicles | X | 1 | 2,000. | FMV |
| 7 | Boats and planes | | | | |
| 8 | Intellectual property | | | | |
| 9 | Securities - Publicly traded | X | 2 | 37,177. | AVG HI/LO STOCK PRIC |
| 10 | Securities - Closely held stock | | | | |
| 11 | Securities - Partnership, LLC, or<br>trust interests | | | | |
| 12 | Securities - Miscellaneous | X | 1 | 220,000. | SALES PROCEEDS |
| 13 | Qualified conservation contribution -<br>Historic structures | | | | |
| 14 | Qualified conservation contribution - Other | | | | |
| 15 | Real estate - Residential | | | | |
| 16 | Real estate - Commercial | | | | |
| 17 | Real estate - Other | | | | |
| 18 | Collectibles | | | | |
| 19 | Food inventory | | | | |
| 20 | Drugs and medical supplies | | | | |
| 21 | Taxidermy | | | | |
| 22 | Historical artifacts | | | | |
| 23 | Scientific specimens | | | | |
| 24 | Archeological artifacts | | | | |
| 25 | Other ► ( _____ ) | | | | |
| 26 | Other ► ( _____ ) | | | | |
| 27 | Other ► ( _____ ) | | | | |
| 28 | Other ► ( _____ ) | | | | |

| | | | | |
|---|---|---|---|---|
| 29 | Number of Forms 8283 received by the organization during the tax year for contributions<br>for which the organization completed Form 8283, Part V, Donee Acknowledgement ............ | **29** | | 1 |

| | | | Yes | No |
|---|---|---|---|---|
| 30a | During the year, did the organization receive by contribution any property reported in Part I, lines 1 through 28, that it<br>must hold for at least three years from the date of the initial contribution, and which isn't required to be used for<br>exempt purposes for the entire holding period? ............................................................... | **30a** | | X |
| b | If "Yes," describe the arrangement in Part II. | | | |
| 31 | Does the organization have a gift acceptance policy that requires the review of any nonstandard contributions? | **31** | X | |
| 32a | Does the organization hire or use third parties or related organizations to solicit, process, or sell noncash<br>contributions? ........................................................................................................ | **32a** | | X |
| b | If "Yes," describe in Part II. | | | |
| 33 | If the organization didn't report an amount in column (c) for a type of property for which column (a) is checked,<br>describe in Part II. | | | |

LHA    **For Paperwork Reduction Act Notice, see the Instructions for Form 990.**          **Schedule M (Form 990) 2020**

032141  11-23-20

Schedule M (Form 990) 2020   BURNING MAN PROJECT                          45-2638273          Page **2**

| Part II | **Supplemental Information.** Provide the information required by Part I, lines 30b, 32b, and 33, and whether the organization is reporting in Part I, column (b), the number of contributions, the number of items received, or a combination of both. Also complete this part for any additional information. |

**Schedule M (Form 990) 2020**

**SCHEDULE O**
**(Form 990 or 990-EZ)**

Department of the Treasury
Internal Revenue Service

**Supplemental Information to Form 990 or 990-EZ**

Complete to provide information for responses to specific questions on
Form 990 or 990-EZ or to provide any additional information.
▶ Attach to Form 990 or 990-EZ.
▶ Go to www.irs.gov/Form990 for the latest information.

OMB No. 1545-0047

**2020**

**Open to Public
Inspection**

Name of the organization

BURNING MAN PROJECT

**Employer identification number**
45-2638273

FORM 990, PART I, LINE 1, DESCRIPTION OF ORGANIZATION MISSION:

EDUCATION, AND CIVIC ENGAGEMENT.

FORM 990, PART III, LINE 1, DESCRIPTION OF ORGANIZATION MISSION:

RADICAL SELF-EXPRESSION, COMMUNAL EFFORT, CIVIC RESPONSIBILITY, LEAVING

NO TRACE, PARTICIPATION, AND IMMEDIACY THROUGH ARTS, CULTURE,

EDUCATION, AND CIVIC ENGAGEMENT.

FORM 990, PART III, LINE 4A, PROGRAM SERVICE ACCOMPLISHMENTS:

PARTICIPATORY. BRC IS A MANIFESTATION OF ART'S CULTURE-BUILDING

CAPACITY, ONE OF ART'S MOST VALUABLE FUNCTIONS AND ONE THAT IS VITAL TO

A THRIVING SOCIETY. IN THE ABSENCE OF THE ABILITY TO HOLD BLACK ROCK

CITY IN 2020, WE SPENT THE YEAR EVALUATING THE EVENT, PARTICULARLY FOR

SUSTAINABILITY, STREAMLINING OPERATIONS, AND DIVERSITY AND INCLUSION

PLANNING. FUNDS WERE USED TO RETAIN ESSENTIAL STAFF, MOVE SPECIAL

INITIATIVES AHEAD, AND PREPARE FOR FUTURE ITERATIONS OF BLACK ROCK

CITY.

FORM 990, PART III, LINE 4B, PROGRAM SERVICE ACCOMPLISHMENTS:

BURNERS WITHOUT BORDERS ("BWB") SUPPORTS COMMUNITIES' INHERENT CAPACITY

TO THRIVE IN THE FACE OF CHALLENGES (BE THEY ECONOMIC, NATURAL

DISASTER, OR SOCIAL INEQUITY) BY ACTIVATING INNOVATIVE, GRASSROOTS

INITIATIVES AND APPROACHES TO RECOVERY THAT ARE INSPIRED BY BURNING

MAN'S MISSION AND LED BY BURNING MAN PARTICIPANTS. THESE ACTIVITIES

FURTHER BMP'S MISSION AND ALL OF ITS EXEMPT PURPOSES, PARTICULARLY

LHA  **For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.**    **Schedule O (Form 990 or 990-EZ) 2020**

032211  11-20-20

Schedule O (Form 990 or 990-EZ) 2020                                                                        Page **2**

| Name of the organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

CIVIC ENGAGEMENT AND EDUCATION.

FORM 990, PART III, LINE 4C, PROGRAM SERVICE ACCOMPLISHMENTS:

OF BURNING MAN AND BMP'S EXEMPT PURPOSES.

FORM 990, PART III, LINE 4D, OTHER PROGRAM SERVICES:

BURNING MAN CULTURE AND METHODOLOGY HAS PROVEN TO BE OF GREAT INTEREST

TO DIVERSE CONSTITUENCIES, INCLUDING MUNICIPALITIES, NONPROFITS,

CORPORATIONS, AND ORGANIZATIONS DEVOTED TO CIVIC ENGAGEMENT, ART AND

CULTURE, VOLUNTEERISM, AND PROCESS MANAGEMENT. THESE ACTIVITIES WERE

SELECTED BASED ON THEIR CONSISTENCY WITH BURNING MAN PROJECT'S EXEMPT

PURPOSES AND THE TEN PRINCIPLES. ADDITIONALLY, THROUGHOUT THE YEAR,

BURNING MAN PROJECT CONDUCTED A SERIES OF EDUCATIONAL PANELS AND

WORKSHOPS INTRODUCING ASPECTS OF BURNING MAN CULTURE TO A BROAD

CROSS-SECTION OF PROFESSIONAL AND PUBLIC AUDIENCES.

SINCE 2014, AS A SERVICE TO THE COMMUNITY, BURNING MAN HAS ADMINISTERED

A MODEL C FISCAL SPONSORSHIP/ GRANTMAKING PROGRAM, WHICH HAS EMPOWERED

MISSION ALIGNED ART AND CIVIC ENGAGEMENT PROJECTS TO FUNDRAISE TO A

GREATER CAPACITY IN LOCAL COMMUNITIES. A LEGACY PROGRAM FROM THE BLACK

ROCK ARTS FOUNDATION, BURNING MAN'S FISCAL SPONSORSHIP PROGRAM WAS

EXPANDED IN 2016 TO INCLUDE NOT ONLY BLACK ROCK CITY HONORARIA

RECIPIENTS, BUT SELF-FUNDED ART AND CIVIC PROJECTS DESTINED FOR BLACK

ROCK CITY, CIVIC ART PROJECTS AND GLOBAL ART GRANT RECIPIENTS, AND

OTHER MISSION ALIGNED PROJECTS OUTSIDE OF BLACK ROCK CITY.

EXPENSES $ 2,733,064.   INCLUDING GRANTS OF $ 1,576.   REVENUE $ 145,562.

FORM 990, PART VI, SECTION A, LINE 2:

| Name of the organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

BOARD MEMBERS WILL ROGER PETERSON AND NANCI O. PETERSON ARE A MARRIED

COUPLE.

BOARD MEMBERS FARHAD MOHIT AND NUSHIN SABET ARE A MARRIED COUPLE.


FORM 990, PART VI, SECTION B, LINE 11B:

THE INFORMATION REQUIRED TO BE REPORTED ON THIS FORM 990 WAS INITIALLY

COMPILED BY THE ORGANIZATION'S FINANCE AND ACCOUNTING DEPARTMENT, PRIMARILY

RELYING ON THE ORGANIZATION'S GENERAL LEDGER, AUDITED FINANCIAL STATEMENTS,

AND OTHER FINANCIAL SYSTEMS. THE ORGANIZATION'S DIRECTOR OF FINANCE,

CONTROLLER, LEGAL COUNSEL, OUTSIDE COUNSEL, AND EXTERNAL TAX ADVISORS THEN

PARTICIPATED IN A SERIES OF DETAILED REVIEWS OF THE FORM 990. THE FORM 990

WAS ALSO REVIEWED BY THE ORGANIZATION'S SENIOR MANAGEMENT, INCLUDING THE

CEO AND TREASURER. A COMPLETE COPY WAS PROVIDED TO EACH MEMBER OF THE BOARD

OF DIRECTORS FOR AN OPPORTUNITY TO REVIEW AND COMMENT.


FORM 990, PART VI, SECTION B, LINE 12C:

THE ORGANIZATION REGULARLY AND CONSISTENTLY MONITORS AND ENFORCES

COMPLIANCE WITH ITS CONFLICT OF INTEREST POLICY BY REQUIRING ONGOING

DISCLOSURE OF POTENTIAL CONFLICTS WHEN WARRANTED AND, SPECIFICALLY, ON AN

ANNUAL BASIS, REVIEW OF SUCH DISCLOSURES BY THE BOARD OF DIRECTORS, AND BY

RECUSAL BY CONFLICTED INDIVIDUALS FROM BOARD DELIBERATIONS AND

DECISION-MAKING REGARDING SUCH TRANSACTIONS. A CONFLICT OF INTEREST

DISCLOSURE STATEMENT MUST BE COMPLETED, SIGNED AND RETURNED TO CEO, IF FOR

STAFF, OR THE BOARD OF DIRECTORS IF FOR DIRECTORS OR BOARD COMMITTEE

MEMBERS.


FORM 990, PART VI, SECTION B, LINE 15:

THE BOARD HAS A WRITTEN BOARD APPROVAL OF COMPENSATION POLICY THAT INCLUDES

| | Page **2** |
|---|---|
| Name of the organization<br>BURNING MAN PROJECT | **Employer identification number**<br>45-2638273 |

A REQUIREMENT THAT ALL COMPENSATION BE FAIR AND REASONABLE TO THE

ORGANIZATION, AND DETERMINED BASED UPON SURVEY COMPENSATION COMPARABILITY

DATA.  BMP SUBSCRIBES TO TWO RECOGNIZED NONPROFIT SALARY SURVEYS, ONE

SPECIFICALLY FOR NORTHERN CALIFORNIA, WHERE MOST OF ITS STAFF ARE EMPLOYED.

THE BOARD DELEGATES DETERMINATION OF COMPENSATION FOR OTHER STAFF TO THE

CEO, WHO IS REQUIRED CONTRACTUALLY TO ABIDE BY THE BOARD APPROVAL OF

COMPENSATION POLICY, AND ALL OTHER BOARD POLICIES IN DETERMINING

COMPENSATION.  WHERE APPROPRIATE, THE BOARD SEEKS THE ADVICE OF THE

ORGANIZATION'S GENERAL COUNSEL AND APPROPRIATE EXTERNAL LEGAL COUNSEL AND

CPAS.


FORM 990, PART VI, SECTION C, LINE 19:

BURNING MAN PROJECT'S BYLAWS AND FORM 990 FILINGS ARE AVAILABLE AS A

DOWNLOADABLE PDF ON THE PUBLIC DOCUMENTS SECTION OF THE ORGANIZATION'S

WEBSITE. COPIES OF BURNING MAN PROJECT'S GOVERNING DOCUMENTS, FINANCIAL

STATEMENTS, AND CONFLICT OF INTEREST POLICY CAN BE OBTAINED BY REQUEST FROM

BURNING MAN PROJECT.

**SCHEDULE R**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

# Related Organizations and Unrelated Partnerships

▶ Complete if the organization answered "Yes" on Form 990, Part IV, line 33, 34, 35b, 36, or 37.

▶ Attach to Form 990.

▶ Go to www.irs.gov/Form990 for instructions and the latest information.

OMB No. 1545-0047

**2020**

**Open to Public Inspection**

Name of the organization
BURNING MAN PROJECT

Employer identification number
45-2638273

**Part I**   **Identification of Disregarded Entities.** Complete if the organization answered "Yes" on Form 990, Part IV, line 33.

| (a) Name, address, and EIN (if applicable) of disregarded entity | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Total income | (e) End-of-year assets | (f) Direct controlling entity |
|---|---|---|---|---|---|
| BLACK ROCK CITY LLC - 94-3319618 660 ALABAMA STREET 4TH FLOOR SAN FRANCISCO, CA 94110 | ARTS, CULTURAL, CIVIC EVENTS | NEVADA | 0. | 12,029,689. | BURNING MAN PROJECT |
| BLACK ROCK CITY PROPERTIES LLC 660 ALABAMA STREET 4TH FLOOR SAN FRANCISCO, CA 94110 | REAL ESTATE HOLDING COMPANY | NEVADA | 0. | 562,743. | BLACK ROCK CITY LLC |
| FUTURE MAN LLC 660 ALABAMA STREET 4TH FLOOR SAN FRANCISCO, CA 94110 | REAL ESTATE HOLDING COMPANY | NEVADA | 0. | 0. | BURNING MAN PROJECT |
| GT NV MANAGER, LLC 660 ALABAMA STREET 4TH FLOOR SAN FRANCISCO, CA 94110 | HOLDING COMPANY | DELAWARE | 0. | 0. | BURNING MAN PROJECT |

**Part II**   **Identification of Related Tax-Exempt Organizations.** Complete if the organization answered "Yes" on Form 990, Part IV, line 34, because it had one or more related tax-exempt organizations during the tax year.

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Exempt Code section | (e) Public charity status (if section 501(c)(3)) | (f) Direct controlling entity | (g) Section 512(b)(13) controlled entity? Yes | No |
|---|---|---|---|---|---|---|---|
| BLACK ROCK ARTS FOUNDATION - 91-2130056 660 ALABAMA STREET 4TH FLOOR SAN FRANCISCO, CA 94110 | ARTS, CULTURAL, CIVIC EVENTS | CALIFORNIA | 501(C)(3) | LINE 7 | BURNING MAN PROJECT | | X |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 990.**

**Schedule R (Form 990) 2020**

032161  10-28-20   LHA

Schedule R (Form 990)      BURNING MAN PROJECT                                          45-2638273

| Part I | Continuation of Identification of Disregarded Entities |

| (a) Name, address, and EIN of disregarded entity | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Total income | (e) End-of-year assets | (f) Direct controlling entity |
|---|---|---|---|---|---|
| GREEN TREE NEVADA PROPERTIES, LLC - 84-4600942, 660 ALABAMA STREET 4TH FLOOR, SAN FRANCISCO, CA  94110 | ARTS, CULTURAL, CIVIC EVENTS | NEVADA | 0. | 206,322. | GT NV MANAGER, LLC |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

032221
04-01-20

Schedule R (Form 990) 2020   BURNING MAN PROJECT                                    45-2638273      Page **2**

**Part III** | **Identification of Related Organizations Taxable as a Partnership.**  Complete if the organization answered "Yes" on Form 990, Part IV, line 34, because it had one or more related organizations treated as a partnership during the tax year.

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Direct controlling entity | (e) Predominant income (related, unrelated, excluded from tax under sections 512-514) | (f) Share of total income | (g) Share of end-of-year assets | (h) Disproportionate allocations? Yes | No | (i) Code V-UBI amount in box 20 of Schedule K-1 (Form 1065) | (j) General or managing partner? Yes | No | (k) Percentage ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GERLACH HOLDINGS LLC - 46-1616188, 660 ALABAMA STREET 4TH FLOOR, SAN FRANCISCO, CA  94110 | REAL ESTATE RENTAL | NV | N/A | N/A | N/A | N/A | | X | N/A | | X | N/A |

**Part IV** | **Identification of Related Organizations Taxable as a Corporation or Trust.**  Complete if the organization answered "Yes" on Form 990, Part IV, line 34, because it had one or more related organizations treated as a corporation or trust during the tax year.

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Direct controlling entity | (e) Type of entity (C corp, S corp, or trust) | (f) Share of total income | (g) Share of end-of-year assets | (h) Percentage ownership | (i) Section 512(b)(13) controlled entity? Yes | No |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

032162  10-28-20                                                                                 Schedule R (Form 990) 2020

Schedule R (Form 990) 2020    BURNING MAN PROJECT                                                    45-2638273    Page **3**

| **Part V** | **Transactions With Related Organizations.** Complete if the organization answered "Yes" on Form 990, Part IV, line 34, 35b, or 36. |
|---|---|

**Note:** Complete line 1 if any entity is listed in Parts II, III, or IV of this schedule.

| | | Yes | No |
|---|---|:---:|:---:|
| **1** | During the tax year, did the organization engage in any of the following transactions with one or more related organizations listed in Parts II-IV? | | |
| **a** | Receipt of **(i)** interest, **(ii)** annuities, **(iii)** royalties, or **(iv)** rent from a controlled entity | **1a** | | X |
| **b** | Gift, grant, or capital contribution to related organization(s) | **1b** | | X |
| **c** | Gift, grant, or capital contribution from related organization(s) | **1c** | | X |
| **d** | Loans or loan guarantees to or for related organization(s) | **1d** | | X |
| **e** | Loans or loan guarantees by related organization(s) | **1e** | | X |
| **f** | Dividends from related organization(s) | **1f** | | X |
| **g** | Sale of assets to related organization(s) | **1g** | | X |
| **h** | Purchase of assets from related organization(s) | **1h** | | X |
| **i** | Exchange of assets with related organization(s) | **1i** | | X |
| **j** | Lease of facilities, equipment, or other assets to related organization(s) | **1j** | | X |
| **k** | Lease of facilities, equipment, or other assets from related organization(s) | **1k** | | X |
| **l** | Performance of services or membership or fundraising solicitations for related organization(s) | **1l** | | X |
| **m** | Performance of services or membership or fundraising solicitations by related organization(s) | **1m** | | X |
| **n** | Sharing of facilities, equipment, mailing lists, or other assets with related organization(s) | **1n** | | X |
| **o** | Sharing of paid employees with related organization(s) | **1o** | X | |
| **p** | Reimbursement paid to related organization(s) for expenses | **1p** | | X |
| **q** | Reimbursement paid by related organization(s) for expenses | **1q** | | X |
| **r** | Other transfer of cash or property to related organization(s) | **1r** | | X |
| **s** | Other transfer of cash or property from related organization(s) | **1s** | | X |

**2**   If the answer to any of the above is "Yes," see the instructions for information on who must complete this line, including covered relationships and transaction thresholds.

| (a)<br>Name of related organization | (b)<br>Transaction<br>type (a-s) | (c)<br>Amount involved | (d)<br>Method of determining amount involved |
|---|---|---|---|
| **(1)** | | | |
| **(2)** | | | |
| **(3)** | | | |
| **(4)** | | | |
| **(5)** | | | |
| **(6)** | | | |

032163  10-28-20                                                                                        Schedule R (Form 990) 2020

Schedule R (Form 990) 2020   BURNING MAN PROJECT                                                    45-2638273      Page **4**

| Part VI | **Unrelated Organizations Taxable as a Partnership.** Complete if the organization answered "Yes" on Form 990, Part IV, line 37. |
|---|---|

Provide the following information for each entity taxed as a partnership through which the organization conducted more than five percent of its activities (measured by total assets or gross revenue) that was not a related organization. See instructions regarding exclusion for certain investment partnerships.

| (a) Name, address, and EIN of entity | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Predominant income (related, unrelated, excluded from tax under sections 512-514) | (e) Are all partners sec. 501(c)(3) orgs.? | | (f) Share of total income | (g) Share of end-of-year assets | (h) Dispropor- tionate allocations? | | (i) Code V-UBI amount in box 20 of Schedule K-1 (Form 1065) | (j) General or managing partner? | | (k) Percentage ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Yes | No | | | Yes | No | | Yes | No | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

Schedule R (Form 990) 2020

032164  10-28-20

Schedule R (Form 990) 2020      BURNING MAN PROJECT                    45-2638273   Page **5**

| Part VII | **Supplemental Information** |

Provide additional information for responses to questions on Schedule R. See instructions.

Form **8868**
(Rev. January 2020)

Department of the Treasury
Internal Revenue Service

# Application for Automatic Extension of Time To File an Exempt Organization Return

▶ File a separate application for each return.
▶ Go to www.irs.gov/Form8868 for the latest information.

OMB No. 1545-0047

**Electronic filing (e-file).** You can electronically file Form 8868 to request a 6-month automatic extension of time to file any of the forms listed below with the exception of Form 8870, Information Return for Transfers Associated With Certain Personal Benefit Contracts, for which an extension request must be sent to the IRS in paper format (see instructions). For more details on the electronic filing of this form, visit *www.irs.gov/e-file-providers/e-file-for-charities-and-non-profits.*

**Automatic 6-Month Extension of Time.** Only submit original (no copies needed).

All corporations required to file an income tax return other than Form 990-T (including 1120-C filers), partnerships, REMICs, and trusts must use Form 7004 to request an extension of time to file income tax returns.

| Type or print | Name of exempt organization or other filer, see instructions. | Taxpayer identification number (TIN) |
|---|---|---|
| File by the due date for filing your return. See instructions. | BURNING MAN PROJECT | 45-2638273 |
| | Number, street, and room or suite no. If a P.O. box, see instructions. | |
| | 660 ALABAMA STREET, 4TH FLOOR | |
| | City, town or post office, state, and ZIP code. For a foreign address, see instructions. | |
| | SAN FRANCISCO, CA 94110 | |

Enter the Return Code for the return that this application is for (file a separate application for each return) ................... | 0 | 1 |

| Application Is For | Return Code | Application Is For | Return Code |
|---|---|---|---|
| Form 990 or Form 990-EZ | 01 | Form 990-T (corporation) | 07 |
| Form 990-BL | 02 | Form 1041-A | 08 |
| Form 4720 (individual) | 03 | Form 4720 (other than individual) | 09 |
| Form 990-PF | 04 | Form 5227 | 10 |
| Form 990-T (sec. 401(a) or 408(a) trust) | 05 | Form 6069 | 11 |
| Form 990-T (trust other than above) | 06 | Form 8870 | 12 |

THE ORGANIZATION
● The books are in the care of ▶ 660 ALABAMA STREET - SAN FRANCISCO, CA 94110

Telephone No. ▶ 415-865-3800   Fax No. ▶

● If the organization does not have an office or place of business in the United States, check this box ................................................. ▶ ☐
● If this is for a Group Return, enter the organization's four digit Group Exemption Number (GEN) _____ . If this is for the whole group, check this box ▶ ☐ . If it is for part of the group, check this box ▶ ☐ and attach a list with the names and TINs of all members the extension is for.

**1** I request an automatic 6-month extension of time until  NOVEMBER 15, 2021 , to file the exempt organization return for the organization named above. The extension is for the organization's return for:
▶ ☒ calendar year 2020  or
▶ ☐ tax year beginning _____ , and ending _____ .

**2** If the tax year entered in line 1 is for less than 12 months, check reason:  ☐ Initial return   ☐ Final return
☐ Change in accounting period

| | | | | |
|---|---|---|---|---|
| **3a** | If this application is for Forms 990-BL, 990-PF, 990-T, 4720, or 6069, enter the tentative tax, less any nonrefundable credits. See instructions. | **3a** | $ | 0. |
| **b** | If this application is for Forms 990-PF, 990-T, 4720, or 6069, enter any refundable credits and estimated tax payments made. Include any prior year overpayment allowed as a credit. | **3b** | $ | 0. |
| **c** | **Balance due.** Subtract line 3b from line 3a. Include your payment with this form, if required, by using EFTPS (Electronic Federal Tax Payment System). See instructions. | **3c** | $ | 0. |

**Caution:** If you are going to make an electronic funds withdrawal (direct debit) with this Form 8868, see Form 8453-EO and Form 8879-EO for payment instructions.

LHA   **For Privacy Act and Paperwork Reduction Act Notice, see instructions.**   Form **8868** (Rev. 1-2020)

023841  04-01-20

** PUBLIC DISCLOSURE COPY **

| | | | |
|---|---|---|---|
| Form **990** | **Return of Organization Exempt From Income Tax** | | OMB No. 1545-0047 |
| | Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations) | | **2021** |
| Department of the Treasury<br>Internal Revenue Service | ▶ Do not enter social security numbers on this form as it may be made public.<br>▶ Go to www.irs.gov/Form990 for instructions and the latest information. | | **Open to Public Inspection** |

**A** For the 2021 calendar year, or tax year beginning _____ and ending _____

| **B** Check if applicable: | **C** Name of organization | **D** Employer identification number |
|---|---|---|
| ☐ Address change | **BURNING MAN PROJECT** | |
| ☐ Name change | Doing business as | 45-2638273 |
| ☐ Initial return | Number and street (or P.O. box if mail is not delivered to street address)    Room/suite | **E** Telephone number |
| ☐ Final return/terminated | 660 ALABAMA STREET, 4TH FLOOR | 415-865-3800 |
| ☐ Amended return | City or town, state or province, country, and ZIP or foreign postal code | **G** Gross receipts $ 27,832,237. |
| ☐ Application pending | SAN FRANCISCO, CA  94110 | |

**H(a)** Is this a group return for subordinates? ☐ Yes ☒ No

**F** Name and address of principal officer: MARIAN GOODELL
SAME AS C ABOVE

**H(b)** Are all subordinates included? ☐ Yes ☐ No
If "No," attach a list. See instructions

**I** Tax-exempt status: ☒ 501(c)(3)  ☐ 501(c) ( ) ◀ (insert no.)  ☐ 4947(a)(1) or  ☐ 527

**J** Website: ▶ WWW.BURNINGMAN.ORG

**H(c)** Group exemption number ▶

**K** Form of organization: ☒ Corporation  ☐ Trust  ☐ Association  ☐ Other ▶ ____  **L** Year of formation: 2011  **M** State of legal domicile: CA

## Part I | Summary

| | | | | |
|---|---|---|---|---|
| Activities & Governance | 1 | Briefly describe the organization's mission or most significant activities: UPHOLD AND MANIFEST THE TEN PRINCIPLES OF BURNING MAN INTERNATIONALLY THROUGH ART AND CULTURE, | | |
| | 2 | Check this box ▶ ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets. | | |
| | 3 | Number of voting members of the governing body (Part VI, line 1a) | 3 | 21 |
| | 4 | Number of independent voting members of the governing body (Part VI, line 1b) | 4 | 16 |
| | 5 | Total number of individuals employed in calendar year 2021 (Part V, line 2a) | 5 | 288 |
| | 6 | Total number of volunteers (estimate if necessary) | 6 | 10000 |
| | 7 a | Total unrelated business revenue from Part VIII, column (C), line 12 | 7a | 0. |
| | b | Net unrelated business taxable income from Form 990-T, Part I, line 11 | 7b | 0. |

| | | Prior Year | Current Year |
|---|---|---|---|
| Revenue | 8 Contributions and grants (Part VIII, line 1h) | 12,366,591. | 27,057,227. |
| | 9 Program service revenue (Part VIII, line 2g) | 1,960,703. | 710,470. |
| | 10 Investment income (Part VIII, column (A), lines 3, 4, and 7d) | 1,259,111. | -7,618. |
| | 11 Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 47,402. | -11,205. |
| | 12 Total revenue - add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 15,633,807. | 27,748,874. |
| Expenses | 13 Grants and similar amounts paid (Part IX, column (A), lines 1-3) | 80,173. | 1,040,437. |
| | 14 Benefits paid to or for members (Part IX, column (A), line 4) | 0. | 0. |
| | 15 Salaries, other compensation, employee benefits (Part IX, column (A), lines 5-10) | 14,954,109. | 16,762,572. |
| | 16a Professional fundraising fees (Part IX, column (A), line 11e) | 226,450. | 132,942. |
| | b Total fundraising expenses (Part IX, column (D), line 25) ▶ 1,560,219. | | |
| | 17 Other expenses (Part IX, column (A), lines 11a-11d, 11f-24e) | 7,394,966. | 7,180,609. |
| | 18 Total expenses. Add lines 13-17 (must equal Part IX, column (A), line 25) | 22,655,698. | 25,116,560. |
| | 19 Revenue less expenses. Subtract line 18 from line 12 | -7,021,891. | 2,632,314. |

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| Net Assets or Fund Balances | 20 Total assets (Part X, line 16) | 25,058,069. | 30,700,234. |
| | 21 Total liabilities (Part X, line 26) | 5,473,595. | 8,469,721. |
| | 22 Net assets or fund balances. Subtract line 21 from line 20 | 19,584,474. | 22,230,513. |

## Part II | Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| | | | |
|---|---|---|---|
| Sign Here | ▶ Signature of officer | | Date |
| | ▶ JENNIFER RAISER, TREASURER | | |
| | Type or print name and title | | |

| | Print/Type preparer's name | Preparer's signature | Date | Check ☒ if self-employed | PTIN |
|---|---|---|---|---|---|
| Paid Preparer Use Only | BRIAN YACKER | BRIAN YACKER | 11/15/22 | | P00401346 |
| | Firm's name ▶ BAKER TILLY US, LLP | | | Firm's EIN ▶ 39-0859910 | |
| | Firm's address ▶ 18500 VON KARMAN AVE, 10TH FLOOR<br>IRVINE, CA 92612 | | | Phone no. 949.222.2999 | |

May the IRS discuss this return with the preparer shown above? See instructions   ☒ Yes  ☐ No

SEE SCHEDULE O FOR ORGANIZATION MISSION STATEMENT CONTINUATION

Form 990 (2021)        BURNING MAN PROJECT                        45-2638273              Page **2**

| Part III | Statement of Program Service Accomplishments |
| --- | --- |

Check if Schedule O contains a response or note to any line in this Part III ........................................ [X]

**1**   Briefly describe the organization's mission:

BURNING MAN PROJECT FACILITATES AND EXTENDS BURNING MAN CULTURE INTO
THE LARGER WORLD. ITS CHARITABLE MISSION IS TO UPHOLD AND MANIFEST THE
VALUES REFLECTED IN THE TEN PRINCIPLES OF BURNING MAN, SPECIFICALLY:
RADICAL INCLUSION, GIFTING, DECOMMODIFICATION, RADICAL SELF-RELIANCE,

**2**   Did the organization undertake any significant program services during the year which were not listed on the
prior Form 990 or 990-EZ? ...................................................................... [ ] Yes [X] No
If "Yes," describe these new services on Schedule O.

**3**   Did the organization cease conducting, or make significant changes in how it conducts, any program services? ............ [ ] Yes [X] No
If "Yes," describe these changes on Schedule O.

**4**   Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses.
Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total expenses, and
revenue, if any, for each program service reported.

**4a**  (Code: _____ ) (Expenses $ _____ 9,501,063. including grants of $ _____ 10,656. ) (Revenue $ _____ 223,722. )
BLACK ROCK CITY
BLACK ROCK CITY (""BRC"") IS A TEMPORARY METROPOLIS DEDICATED TO ART,
COMMUNITY, AND CULTURE CREATED BY ITS 70,000+ PARTICIPANTS AND GUIDED
BY THE TEN PRINCIPLES OF BURNING MAN (SEE ABOVE). THROUGH THE
CONSTRUCTION OF THIS PHYSICAL SPACE, BURNING MAN PROJECT (""BMP"")
EMPOWERS AND INSPIRES PARTICIPANTS TO DISCOVER, INVENT, AND ENGAGE IN
NEW WAYS. THIS EXPERIENCE LEADS TO MORE ART AND MORE CIVICALLY-ENGAGED
CITIZENS AROUND THE WORLD.

BRC SERVES AS A BLANK CANVAS THAT INSPIRES PARTICIPATION, CREATIVITY,
AND ARTISTIC AND CULTURAL EXPERIMENTATION. BURNING MAN HAS DEVELOPED AN
APPROACH TO ART THAT IS COMMUNITY-DRIVEN, INCLUSIVE, INTERACTIVE, AND

**4b**  (Code: _____ ) (Expenses $ _____ 3,471,370. including grants of $ _____ 935,635. ) (Revenue $ _____ 464,662. )
BURNING MAN ARTS
THE BURNING MAN ARTS PROGRAM INCLUDES THE ART OF BLACK ROCK CITY, CIVIC
ARTS, AND GLOBAL ART GRANTS.

BLACK ROCK CITY HONORARIA: THE 2021 AWARD OF $931,747 IN GRANT FUNDS
ALONG WITH OTHER RESOURCES AND CAPACITY PLANNING TO ARTISTS IN THE
CREATION AND FUTURE INSTALLATION OF WORKS OF ART IN BLACK ROCK CITY,
NEVADA. EACH HONORARIUM RECIPIENT IS REQUIRED TO RAISE A SIGNIFICANT
PORTION OF THEIR BUDGET THROUGH FUNDRAISING WHICH HELPS CREATE STRONG
COMMUNITIES AND PARTICIPATION. THE ART PROJECTS SELECTED FOR HONORARIA
MUST EPITOMIZE THE COMMUNITY-DRIVEN,INCLUSIVE, INTERACTIVE,
PARTICIPATORY NATURE OF BURNING MAN ART, AND FURTHER THE TEN PRINCIPLES

**4c**  (Code: _____ ) (Expenses $ _____ 1,454,213. including grants of $ _____ 1,647. ) (Revenue $ _____ 21,349. )
CIVIC ENGAGEMENT
BMP'S CIVIC ENGAGEMENT PROGRAM INCLUDES THE BURNING MAN REGIONAL
NETWORK (THE ""REGIONAL NETWORK"") AND BURNERS WITHOUT BORDERS. THE
REGIONAL NETWORK IS A GLOBAL NETWORK OF INDIVIDUALS, EVENTS, AND
ORGANIZATIONS INSPIRED BY THE VALUES REFLECTED IN THE TEN PRINCIPLES.
THE REGIONAL NETWORK PLAYS A KEY ROLE IN THE YEAR-ROUND EXTENSION OF
THE BURNING MAN EXPERIENCE AND GROWTH AS A GLOBAL CULTURAL MOVEMENT. IN
32 COUNTRIES AROUND THE WORLD, OVER 250 VOLUNTEER REGIONAL CONTACTS AND
META REGIONAL CONTACTS BRING BURNING MAN PRINCIPLES AND CULTURE INTO
THEIR LOCAL COMMUNITIES THROUGH 40 UNIQUE OFFICIAL REGIONAL EVENTS
AROUND THE WORLD AND OTHER YEAR-ROUND ACTIVITIES.

**4d**  Other program services (Describe on Schedule O.)
(Expenses $ _____ 2,198,024. including grants of $ _____ 92,499.) (Revenue $ _____ 737.)

**4e**  Total program service expenses ▶ _____ 16,624,670.

Form **990** (2021)

132002  12-09-21

Form 990 (2021)                     BURNING MAN PROJECT                          45-2638273                    Page **3**

| Part IV | Checklist of Required Schedules |

|  |  | | Yes | No |
|---|---|---|---|---|
| 1 | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? | | | |
|  | *If "Yes," complete Schedule A* | **1** | X | |
| 2 | Is the organization required to complete *Schedule B, Schedule of Contributors*? See instructions | **2** | X | |
| 3 | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for | | | |
|  | public office? *If "Yes," complete Schedule C, Part I* | **3** | | X |
| 4 | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect | | | |
|  | during the tax year? *If "Yes," complete Schedule C, Part II* | **4** | X | |
| 5 | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or | | | |
|  | similar amounts as defined in Rev. Proc. 98-19? *If "Yes," complete Schedule C, Part III* | **5** | | X |
| 6 | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to | | | |
|  | provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D, Part I* | **6** | | X |
| 7 | Did the organization receive or hold a conservation easement, including easements to preserve open space, | | | |
|  | the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* | **7** | | X |
| 8 | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete* | | | |
|  | *Schedule D, Part III* | **8** | | X |
| 9 | Did the organization report an amount in Part X, line 21, for escrow or custodial account liability, serve as a custodian for | | | |
|  | amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? | | | |
|  | *If "Yes," complete Schedule D, Part IV* | **9** | | X |
| 10 | Did the organization, directly or through a related organization, hold assets in donor-restricted endowments | | | |
|  | or in quasi endowments? *If "Yes," complete Schedule D, Part V* | **10** | | X |
| 11 | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X, | | | |
|  | as applicable. | | | |
| a | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D,* | | | |
|  | *Part VI* | **11a** | X | |
| b | Did the organization report an amount for investments - other securities in Part X, line 12, that is 5% or more of its total | | | |
|  | assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* | **11b** | | X |
| c | Did the organization report an amount for investments - program related in Part X, line 13, that is 5% or more of its total | | | |
|  | assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* | **11c** | | X |
| d | Did the organization report an amount for other assets in Part X, line 15, that is 5% or more of its total assets reported in | | | |
|  | Part X, line 16? *If "Yes," complete Schedule D, Part IX* | **11d** | | X |
| e | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* | **11e** | X | |
| f | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses | | | |
|  | the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* | **11f** | X | |
| 12a | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete* | | | |
|  | *Schedule D, Parts XI and XII* | **12a** | | X |
| b | Was the organization included in consolidated, independent audited financial statements for the tax year? | | | |
|  | *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional* | **12b** | X | |
| 13 | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* | **13** | | X |
| 14a | Did the organization maintain an office, employees, or agents outside of the United States? | **14a** | X | |
| b | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, | | | |
|  | investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 | | | |
|  | or more? *If "Yes," complete Schedule F, Parts I and IV* | **14b** | X | |
| 15 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any | | | |
|  | foreign organization? *If "Yes," complete Schedule F, Parts II and IV* | **15** | X | |
| 16 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to | | | |
|  | or for foreign individuals? *If "Yes," complete Schedule F, Parts III and IV* | **16** | X | |
| 17 | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, | | | |
|  | column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I.* See instructions | **17** | X | |
| 18 | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines | | | |
|  | 1c and 8a? *If "Yes," complete Schedule G, Part II* | **18** | | X |
| 19 | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes,"* | | | |
|  | *complete Schedule G, Part III* | **19** | | X |
| 20a | Did the organization operate one or more hospital facilities? *If "Yes," complete Schedule H* | **20a** | | X |
| b | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | **20b** | | |
| 21 | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or | | | |
|  | domestic government on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* | **21** | X | |

132003  12-09-21                                                                                          Form **990** (2021)

Form 990 (2021)              BURNING MAN PROJECT                    45-2638273           Page **4**

| **Part IV** | **Checklist of Required Schedules** *(continued)* | | | |
|---|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| 22 | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* | **22** | X | |
| 23 | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5, about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* | **23** | X | |
| 24a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K. If "No," go to line 25a* | **24a** | | X |
| b | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? | **24b** | | |
| c | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? | **24c** | | |
| d | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? | **24d** | | |
| 25a | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L, Part I* | **25a** | | X |
| b | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L, Part I* | **25b** | | X |
| 26 | Did the organization report any amount on Part X, line 5 or 22, for receivables from or payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part II* | **26** | | X |
| 27 | Did the organization provide a grant or other assistance to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor or employee thereof, a grant selection committee member, or to a 35% controlled entity (including an employee thereof) or family member of any of these persons? *If "Yes," complete Schedule L, Part III* | **27** | X | |
| 28 | Was the organization a party to a business transaction with one of the following parties (see the Schedule L, Part IV, instructions for applicable filing thresholds, conditions, and exceptions): | | | |
| a | A current or former officer, director, trustee, key employee, creator or founder, or substantial contributor? *If "Yes," complete Schedule L, Part IV* | **28a** | X | |
| b | A family member of any individual described in line 28a? *If "Yes," complete Schedule L, Part IV* | **28b** | | X |
| c | A 35% controlled entity of one or more individuals and/or organizations described in line 28a or 28b? *If "Yes," complete Schedule L, Part IV* | **28c** | X | |
| 29 | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* | **29** | X | |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* | **30** | | X |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* | **31** | | X |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* | **32** | | X |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If "Yes," complete Schedule R, Part I* | **33** | X | |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* | **34** | X | |
| 35a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? | **35a** | | X |
| b | If "Yes" to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* | **35b** | | |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* | **36** | | X |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* | **37** | | X |
| 38 | Did the organization complete Schedule O and provide explanations on Schedule O for Part VI, lines 11b and 19? **Note:** All Form 990 filers are required to complete Schedule O | **38** | X | |

| **Part V** | **Statements Regarding Other IRS Filings and Tax Compliance** | | | |
|---|---|---|---|---|
| | Check if Schedule O contains a response or note to any line in this Part V | | | ☐ |

| | | | | Yes | No |
|---|---|---|---|---|---|
| 1a | Enter the number reported in box 3 of Form 1096. Enter -0- if not applicable | **1a** | 105 | | |
| b | Enter the number of Forms W-2G included on line 1a. Enter -0- if not applicable | **1b** | 0 | | |
| c | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? | | **1c** | X | |

132004  12-09-21                                                                Form **990** (2021)

Form 990 (2021)          BURNING MAN PROJECT          45-2638273          Page **5**

| Part V | Statements Regarding Other IRS Filings and Tax Compliance *(continued)* |
|---|---|

|  |  |  | Yes | No |
|---|---|---|---|---|
| **2a** | Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return ........ **2a** 288 |  |  |  |
| **b** | If at least one is reported on line 2a, did the organization file all required federal employment tax returns? ............ | **2b** | X |  |
|  | **Note:** If the sum of lines 1a and 2a is greater than 250, you may be required to *e-file.* See instructions. ................ |  |  |  |
| **3a** | Did the organization have unrelated business gross income of $1,000 or more during the year? ................ | **3a** |  | X |
| **b** | If "Yes," has it filed a Form 990-T for this year? *If "No" to line 3b, provide an explanation on Schedule O* ............ | **3b** |  |  |
| **4a** | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? ......... | **4a** |  | X |
| **b** | If "Yes," enter the name of the foreign country ▶ |  |  |  |
|  | See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). |  |  |  |
| **5a** | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? ............ | **5a** |  | X |
| **b** | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? ......... | **5b** |  | X |
| **c** | If "Yes" to line 5a or 5b, did the organization file Form 8886-T? ............ | **5c** |  |  |
| **6a** | Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? ............ | **6a** |  | X |
| **b** | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? ............ | **6b** |  |  |
| **7** | **Organizations that may receive deductible contributions under section 170(c).** |  |  |  |
| **a** | Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? | **7a** |  | X |
| **b** | If "Yes," did the organization notify the donor of the value of the goods or services provided? ............ | **7b** |  |  |
| **c** | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? ............ | **7c** |  | X |
| **d** | If "Yes," indicate the number of Forms 8282 filed during the year ............ **7d** |  |  |  |
| **e** | Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? ......... | **7e** |  | X |
| **f** | Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? ......... | **7f** |  | X |
| **g** | If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? ... | **7g** |  |  |
| **h** | If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? ... | **7h** |  |  |
| **8** | **Sponsoring organizations maintaining donor advised funds.**  Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year? ............ | **8** |  |  |
| **9** | **Sponsoring organizations maintaining donor advised funds.** |  |  |  |
| **a** | Did the sponsoring organization make any taxable distributions under section 4966? ............ | **9a** |  |  |
| **b** | Did the sponsoring organization make a distribution to a donor, donor advisor, or related person? ............ | **9b** |  |  |
| **10** | **Section 501(c)(7) organizations.** Enter: |  |  |  |
| **a** | Initiation fees and capital contributions included on Part VIII, line 12 ............ **10a** |  |  |  |
| **b** | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities ......... **10b** |  |  |  |
| **11** | **Section 501(c)(12) organizations.** Enter: |  |  |  |
| **a** | Gross income from members or shareholders ............ **11a** |  |  |  |
| **b** | Gross income from other sources. (Do not net amounts due or paid to other sources against amounts due or received from them.) ............ **11b** |  |  |  |
| **12a** | **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | **12a** |  |  |
| **b** | If "Yes," enter the amount of tax-exempt interest received or accrued during the year ......... **12b** |  |  |  |
| **13** | **Section 501(c)(29) qualified nonprofit health insurance issuers.** |  |  |  |
| **a** | Is the organization licensed to issue qualified health plans in more than one state? ............ | **13a** |  |  |
|  | **Note:** See the instructions for additional information the organization must report on Schedule O. |  |  |  |
| **b** | Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans ............ **13b** |  |  |  |
| **c** | Enter the amount of reserves on hand ............ **13c** |  |  |  |
| **14a** | Did the organization receive any payments for indoor tanning services during the tax year? ............ | **14a** |  | X |
| **b** | If "Yes," has it filed a Form 720 to report these payments? *If "No," provide an explanation on Schedule O* ......... | **14b** |  |  |
| **15** | Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year? ............ | **15** |  | X |
|  | If "Yes," see the instructions and file Form 4720, Schedule N. |  |  |  |
| **16** | Is the organization an educational institution subject to the section 4968 excise tax on net investment income? ......... | **16** |  | X |
|  | If "Yes," complete Form 4720, Schedule O. |  |  |  |
| **17** | **Section 501(c)(21) organizations.**  Did the trust, any disqualified person, or mine operator engage in any activities that would result in the imposition of an excise tax under section 4951, 4952 or 4953? ............ | **17** |  |  |
|  | If "Yes," complete Form 6069. |  |  |  |

132005 12-09-21                                                                                          Form **990** (2021)

Form 990 (2021)          BURNING MAN PROJECT                                45-2638273          Page **6**

| Part VI | **Governance, Management, and Disclosure.** *For each "Yes" response to lines 2 through 7b below, and for a "No" response to line 8a, 8b, or 10b below, describe the circumstances, processes, or changes on Schedule O. See instructions.* |
|---|---|

Check if Schedule O contains a response or note to any line in this Part VI .......................................................... ☒

## Section A. Governing Body and Management

| | | | | Yes | No |
|---|---|---|---|---|---|
| **1a** | Enter the number of voting members of the governing body at the end of the tax year ............... | **1a** | 21 | | |
| | If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain on Schedule O. | | | | |
| **b** | Enter the number of voting members included on line 1a, above, who are independent ............ | **1b** | 16 | | |
| **2** | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? | | **2** | X | |
| **3** | Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors, trustees, or key employees to a management company or other person? | | **3** | | X |
| **4** | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? | | **4** | | X |
| **5** | Did the organization become aware during the year of a significant diversion of the organization's assets? | | **5** | | X |
| **6** | Did the organization have members or stockholders? | | **6** | | X |
| **7a** | Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? | | **7a** | | X |
| **b** | Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? | | **7b** | | X |
| **8** | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: | | | | |
| **a** | The governing body? | | **8a** | X | |
| **b** | Each committee with authority to act on behalf of the governing body? | | **8b** | X | |
| **9** | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? *If "Yes," provide the names and addresses on Schedule O* | | **9** | | X |

## Section B. Policies *(This Section B requests information about policies not required by the Internal Revenue Code.)*

| | | | Yes | No |
|---|---|---|---|---|
| **10a** | Did the organization have local chapters, branches, or affiliates? | **10a** | | X |
| **b** | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? | **10b** | | |
| **11a** | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? | **11a** | X | |
| **b** | Describe on Schedule O the process, if any, used by the organization to review this Form 990. | | | |
| **12a** | Did the organization have a written conflict of interest policy? *If "No," go to line 13* | **12a** | X | |
| **b** | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? | **12b** | X | |
| **c** | Did the organization regularly and consistently monitor and enforce compliance with the policy? *If "Yes," describe on Schedule O how this was done* | **12c** | X | |
| **13** | Did the organization have a written whistleblower policy? | **13** | X | |
| **14** | Did the organization have a written document retention and destruction policy? | **14** | X | |
| **15** | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | |
| **a** | The organization's CEO, Executive Director, or top management official | **15a** | X | |
| **b** | Other officers or key employees of the organization | **15b** | X | |
| | If "Yes" to line 15a or 15b, describe the process on Schedule O. See instructions. | | | |
| **16a** | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? | **16a** | | X |
| **b** | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? | **16b** | | |

## Section C. Disclosure

| | |
|---|---|
| **17** | List the states with which a copy of this Form 990 is required to be filed ▶ CA,NV,NY |
| **18** | Section 6104 requires an organization to make its Forms 1023 (1024 or 1024-A, if applicable), 990, and 990-T (section 501(c)(3)s only) available for public inspection. Indicate how you made these available. Check all that apply. <br> ☒ Own website     ☒ Another's website     ☒ Upon request     ☐ Other *(explain on Schedule O)* |
| **19** | Describe on Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year. |
| **20** | State the name, address, and telephone number of the person who possesses the organization's books and records ▶ <br> THE ORGANIZATION - 415-865-3800 <br> 660 ALABAMA STREET, SAN FRANCISCO, CA  94110 |

132006  12-09-21                                                                                    Form **990** (2021)

Form 990 (2021)  BURNING MAN PROJECT  45-2638273  Page **7**

| Part VII | Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors |
|---|---|

Check if Schedule O contains a response or note to any line in this Part VII ............................................. ☐

**Section A.  Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

**1a**  Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

● List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

● List all of the organization's **current** key employees, if any. See the instructions for definition of "key employee."

● List the organization's five **current** highest compensated employees (other than an officer, director, trustee, or key employee) who received reportable compensation (box 5 of Form W-2, Form 1099-MISC, and/or box 1 of Form 1099-NEC) of more than $100,000 from the organization and any related organizations.

● List all of the organization's **former** officers, key employees, and highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

● List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

See the instructions for the order in which to list the persons above.

☐ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A) Name and title | (B) Average hours per week (list any hours for related organizations below line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC/1099-NEC) | (E) Reportable compensation from related organizations (W-2/1099-MISC/1099-NEC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (1)  MARIAN GOODELL DIRECTOR/CHIEF EXECUTIVE OFFICER | 40.00 | X | | X | | | | 327,006. | 0. | 15,943. |
| (2)  STEVEN BLUMENFELD CHIEF TECHNOLOGY OFFICER | 40.00 | | | X | | | | 294,029. | 0. | 17,878. |
| (3)  HARLEY K. DUBOIS DIRECTOR | 36.00 | X | | | | | | 231,638. | 0. | 16,349. |
| (4)  HEATHER WHITE CHIEF OPERATING OFFICER | 40.00 | | | X | | | | 217,818. | 0. | 9,905. |
| (5)  DOUG ROBERTSON DIRECTOR OF FINANCE | 40.00 | | | X | | | | 192,166. | 0. | 11,715. |
| (6)  KIM COOK DIRECTOR OF ART AND CIVIC ENGAGEMENT | 32.00 | | | | | X | | 182,046. | 0. | 13,964. |
| (7)  DANIEL KAUFMAN DIRECTOR OF PHILANTHROPIC ENGAGEMENT | 40.00 | | | | | X | | 190,231. | 0. | 4,716. |
| (8)  CHARLIE DOLMAN DIRECTOR OF EVENT OPERATIONS | 40.00 | | | | | X | | 188,030. | 0. | 5,770. |
| (9)  PEDRO VIDAL FLORES DIRECTOR OF PEOPLE OPERATIONS | 40.00 | | | | | X | | 180,954. | 0. | 6,174. |
| (10)  MATTHEW KWATINETZ DIRECTOR | 40.00 | X | | | | | | 182,803. | 0. | 0. |
| (11)  NANCI O. PETERSON SECRETARY | 20.00 | X | | X | | | | 157,152. | 0. | 18,267. |
| (12)  STUART MANGRUM DIRECTOR OF PHILOSOPHICAL CENTER | 40.00 | | | | | X | | 172,017. | 0. | 265. |
| (13)  JONATHAN ROSEN ASSOCIATE DIRECTOR OF PRODUCT AND DE | 40.00 | | | | | X | | 167,952. | 0. | 265. |
| (14)  RAYMOND ALLEN GENERAL COUNSEL THROUGH 08/27 | 40.00 | | | | X | | | 155,671. | 0. | 7,469. |
| (15)  ALLYSON DERAPS DEPUTY GENERAL COUNSEL | 40.00 | | | | | X | | 162,825. | 0. | 265. |
| (16)  WILL ROGER PETERSON DIRECTOR | 17.50 | X | | | | | | 81,736. | 0. | 975. |
| (17)  MICHAEL MIKEL DIRECTOR | 16.00 | X | | | | | | 81,908. | 0. | 236. |

132007  12-09-21  Form **990** (2021)

Form 990 (2021)　　　BURNING MAN PROJECT　　　45-2638273　　　Page **8**

## Part VII  Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)*

| (A) Name and title | (B) Average hours per week (list any hours for related organizations below line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC/ 1099-NEC) | (E) Reportable compensation from related organizations (W-2/1099-MISC/ 1099-NEC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (18) JENNIFER RAISER | 2.00 | | | | | | | | | |
| TREASURER | | X | | X | | | | 0. | 0. | 0. |
| (19) DENNIS M. BARTELS | 2.00 | | | | | | | | | |
| CHAIR OF BOARD | | X | | X | | | | 0. | 0. | 0. |
| (20) FRED BRATHWAITE | 2.00 | | | | | | | | | |
| DIRECTOR | | X | | | | | | 0. | 0. | 0. |
| (21) NUSHIN SABET | 2.00 | | | | | | | | | |
| DIRECTOR | | X | | | | | | 0. | 0. | 0. |
| (22) FARHAD MOHIT | 2.00 | | | | | | | | | |
| DIRECTOR | | X | | | | | | 0. | 0. | 0. |
| (23) JOSETTE MELCHOR | 2.00 | | | | | | | | | |
| DIRECTOR | | X | | | | | | 0. | 0. | 0. |
| (24) PING FU | 2.00 | | | | | | | | | |
| DIRECTOR | | X | | | | | | 0. | 0. | 0. |
| (25) MATT GOLDBERG | 2.00 | | | | | | | | | |
| DIRECTOR | | X | | | | | | 0. | 0. | 0. |
| (26) DAVID WALKER | 2.00 | | | | | | | | | |
| DIRECTOR | | X | | | | | | 0. | 0. | 0. |
| **1b Subtotal** ▶ | | | | | | | | 3,165,982. | 0. | 130,156. |
| **c Total from continuation sheets to Part VII, Section A** ▶ | | | | | | | | 0. | 0. | 0. |
| **d Total (add lines 1b and 1c)** ▶ | | | | | | | | 3,165,982. | 0. | 130,156. |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ▶ 　　15

| | | | Yes | No |
|---|---|---|---|---|
| **3** | Did the organization list any *former* officer, director, trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual* | **3** | | X |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* | **4** | X | |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? *If "Yes," complete Schedule J for such person* | **5** | | X |

### Section B. Independent Contractors

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A) Name and business address | (B) Description of services | (C) Compensation |
|---|---|---|
| HOLLAND & KNIGHT LLP PO BOX 864084, ORLANDO, FL 32886 | LEGAL CONSULTING | 332,628. |
| FARELLA BRAUN & MARTEL, LLP, 235 MONTGOMERY STREET, SAN FRANCISCO, CA 94104 | LEGAL CONSULTING | 207,574. |
| BEERSTEIN ASSOCIATES 4602 FAIRWAY DR, SOQUEL, CA 95073 | FUNDRAISING CONSULTING | 132,942. |
| KIRSTEN WEISENBURGER 4515 AVE DE MELROSE, , MONTREAL, CANADA | COMMUNICATIONS CONSULTING | 120,663. |
| SIMONE TORREY, 323 MONTE VISTA AVE APT 210, OAKLAND, CA 94611 | BUSINESS CONSULTING | 101,733. |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ▶ 　　5

SEE PART VII, SECTION A CONTINUATION SHEETS

Form 990   BURNING MAN PROJECT                                        45-2638273

| Part VII | Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)* |

| (A)<br>Name and title | (B)<br>Average<br>hours<br>per<br>week<br>(list any<br>hours for<br>related<br>organizations<br>below<br>line) | (C)<br>Position<br>(check all that apply) | | | | | | (D)<br>Reportable<br>compensation<br>from<br>the<br>organization<br>(W-2/1099-MISC) | (E)<br>Reportable<br>compensation<br>from related<br>organizations<br>(W-2/1099-MISC) | (F)<br>Estimated<br>amount of<br>other<br>compensation<br>from the<br>organization<br>and related<br>organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (27) TERRY GROSS | 2.00 | | | | | | | | | |
| DIRECTOR | | X | | | | | | 0. | 0. | 0. |
| (28) MIKE FARRAH | 2.00 | | | | | | | | | |
| DIRECTOR | | X | | | | | | 0. | 0. | 0. |
| (29) MERCEDES MARTINEZ | 2.00 | | | | | | | | | |
| DIRECTOR | | X | | | | | | 0. | 0. | 0. |
| (30) LEO VILLAREAL | 2.00 | | | | | | | | | |
| DIRECTOR | | X | | | | | | 0. | 0. | 0. |
| (31) KAY MORRISON | 2.00 | | | | | | | | | |
| DIRECTOR | | X | | | | | | 0. | 0. | 0. |
| (33) KIMBAL MUSK | 2.00 | | | | | | | | | |
| DIRECTOR | | X | | | | | | 0. | 0. | 0. |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Total to Part VII, Section A, line 1c  ................................................................... | | | | | | | | | | |

Form 990 (2021)  BURNING MAN PROJECT                                    45-2638273         Page **9**

| Part VIII | Statement of Revenue |

Check if Schedule O contains a response or note to any line in this Part VIII ............................ ☐

| | | | (A)<br>Total revenue | (B)<br>Related or exempt<br>function revenue | (C)<br>Unrelated<br>business revenue | (D)<br>Revenue excluded<br>from tax under<br>sections 512 - 514 |
|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | **1 a** Federated campaigns ............... | **1a** | | | | |
| | **b** Membership dues ................... | **1b** | | | | |
| | **c** Fundraising events ................. | **1c** | | | | |
| | **d** Related organizations ............ | **1d** | | | | |
| | **e** Government grants (contributions) | **1e** | 5,726,948. | | | |
| | **f** All other contributions, gifts, grants, and similar amounts not included above | **1f** | 21,330,279. | | | |
| | **g** Noncash contributions included in lines 1a-1f | **1g** $ | 548,975. | | | |
| | **h** **Total.** Add lines 1a-1f ............................ ▶ | | 27,057,227. | | | |
| **Program Service Revenue** | | **Business Code** | | | | |
| | **2 a** ART PROGRAM | 541900 | 464,662. | 464,662. | | |
| | **b** BLACK ROCK CITY | 541900 | 223,722. | 223,722. | | |
| | **c** CIVIC ENGAGEMENT | 541900 | 21,349. | 21,349. | | |
| | **d** EDUCATION | 541900 | 737. | 737. | | |
| | **e** | | | | | |
| | **f** All other program service revenue | | | | | |
| | **g** **Total.** Add lines 2a-2f ............................ ▶ | | 710,470. | | | |
| **Other Revenue** | **3** Investment income (including dividends, interest, and other similar amounts) ...................... ▶ | | 3,926. | | | 3,926. |
| | **4** Income from investment of tax-exempt bond proceeds ▶ | | | | | |
| | **5** Royalties ................................................ ▶ | | | | | |
| | | | **(i) Real** | **(ii) Personal** | | |
| | **6 a** Gross rents ............ | **6a** | 23,955. | | | |
| | **b** Less: rental expenses ... | **6b** | 48,960. | | | |
| | **c** Rental income or (loss) ... | **6c** | -25,005. | | | |
| | **d** Net rental income or (loss) ...................... ▶ | | -25,005. | | | -25,005. |
| | | | **(i) Securities** | **(ii) Other** | | |
| | **7 a** Gross amount from sales of assets other than inventory | **7a** | | | | |
| | **b** Less: cost or other basis and sales expenses | **7b** | | 11,544. | | |
| | **c** Gain or (loss) ............ | **7c** | | -11,544. | | |
| | **d** Net gain or (loss) ...................................... ▶ | | -11,544. | | | -11,544. |
| | **8 a** Gross income from fundraising events (not including $ _____ of contributions reported on line 1c). See Part IV, line 18 ...................... | **8a** | | | | |
| | **b** Less: direct expenses ...... | **8b** | | | | |
| | **c** Net income or (loss) from fundraising events .......... ▶ | | | | | |
| | **9 a** Gross income from gaming activities. See Part IV, line 19 ...................... | **9a** | | | | |
| | **b** Less: direct expenses ...... | **9b** | | | | |
| | **c** Net income or (loss) from gaming activities ............ ▶ | | | | | |
| | **10 a** Gross sales of inventory, less returns and allowances | **10a** | 36,659. | | | |
| | **b** Less: cost of goods sold ...... | **10b** | 22,859. | | | |
| | **c** Net income or (loss) from sales of inventory ......... ▶ | | 13,800. | 13,800. | | |
| **Miscellaneous Revenue** | **11 a** | **Business Code** | | | | |
| | **b** | | | | | |
| | **c** | | | | | |
| | **d** All other revenue | | | | | |
| | **e** **Total.** Add lines 11a-11d ............................ ▶ | | | | | |
| | **12** **Total revenue.** See instructions ............... ▶ | | 27,748,874. | 724,270. | 0. | -32,623. |

132009 12-09-21                                                              Form **990** (2021)

Form 990 (2021)       BURNING MAN PROJECT       45-2638273       Page **10**

| **Part IX** | **Statement of Functional Expenses** |

Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).

Check if Schedule O contains a response or note to any line in this Part IX ...........................................

| Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII. | (A) Total expenses | (B) Program service expenses | (C) Management and general expenses | (D) Fundraising expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21 | 233,736. | 233,736. | | |
| **2** Grants and other assistance to domestic individuals. See Part IV, line 22 | 499,214. | 499,214. | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and foreign individuals. See Part IV, lines 15 and 16 | 307,487. | 307,487. | | |
| **4** Benefits paid to or for members | | | | |
| **5** Compensation of current officers, directors, trustees, and key employees | 2,401,590. | 1,162,247. | 1,239,343. | |
| **6** Compensation not included above to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) | | | | |
| **7** Other salaries and wages | 12,148,061. | 8,591,807. | 2,656,262. | 899,992. |
| **8** Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions) | | | | |
| **9** Other employee benefits | 1,105,477. | 778,324. | 277,598. | 49,555. |
| **10** Payroll taxes | 1,107,444. | 745,198. | 293,218. | 69,028. |
| **11** Fees for services (nonemployees): | | | | |
| **a** Management | | | | |
| **b** Legal | 650,208. | | 650,208. | |
| **c** Accounting | 117,914. | | 117,914. | |
| **d** Lobbying | | | | |
| **e** Professional fundraising services. See Part IV, line 17 | 132,942. | | | 132,942. |
| **f** Investment management fees | | | | |
| **g** Other. (If line 11g amount exceeds 10% of line 25, column (A), amount, list line 11g expenses on Sch O.) | 1,575,613. | 1,345,469. | 67,141. | 163,003. |
| **12** Advertising and promotion | | | | |
| **13** Office expenses | 674,351. | 204,270. | 392,292. | 77,789. |
| **14** Information technology | | | | |
| **15** Royalties | | | | |
| **16** Occupancy | 1,346,515. | 897,446. | 423,048. | 26,021. |
| **17** Travel | 370,719. | 238,393. | 56,232. | 76,094. |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials | | | | |
| **19** Conferences, conventions, and meetings | 1,833. | 1,579. | 254. | |
| **20** Interest | | | | |
| **21** Payments to affiliates | | | | |
| **22** Depreciation, depletion, and amortization | 750,196. | 323,039. | 427,157. | |
| **23** Insurance | 377,020. | 256,550. | 100,918. | 19,552. |
| **24** Other expenses. Itemize expenses not covered above. (List miscellaneous expenses on line 24e. If line 24e amount exceeds 10% of line 25, column (A), amount, list line 24e expenses on Schedule O.) | | | | |
| **a** MATERIALS AND SUPPLIES | 599,888. | 453,494. | 145,249. | 1,145. |
| **b** EQUIPMENT RENTAL | 362,184. | 350,159. | 12,025. | |
| **c** MEALS AND ENTERTAINMENT | 154,629. | 94,356. | 17,029. | 43,244. |
| **d** PERMITS AND FEES | 97,066. | 91,597. | 5,469. | |
| **e** All other expenses | 102,473. | 50,305. | 50,314. | 1,854. |
| **25** Total functional expenses. Add lines 1 through 24e | 25,116,560. | 16,624,670. | 6,931,671. | 1,560,219. |
| **26** Joint costs. Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation. Check here ▶ ☐ if following SOP 98-2 (ASC 958-720) | | | | |

132010 12-09-21                                                  Form **990** (2021)

Form 990 (2021)            BURNING MAN PROJECT                          45-2638273          Page **11**

| Part X | Balance Sheet |

Check if Schedule O contains a response or note to any line in this Part X .................................................. ☐

|  |  | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|---|
| **Assets** | 1 | Cash - non-interest-bearing | 5,524,195. | **1** | 15,377,675. |
| | 2 | Savings and temporary cash investments | 5,282,275. | **2** | 102,688. |
| | 3 | Pledges and grants receivable, net | 169,621. | **3** | 1,349,978. |
| | 4 | Accounts receivable, net | 345,585. | **4** | 239,194. |
| | 5 | Loans and other receivables from any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons | | **5** | |
| | 6 | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), and persons described in section 4958(c)(3)(B) | | **6** | |
| | 7 | Notes and loans receivable, net | | **7** | |
| | 8 | Inventories for sale or use | 23,635. | **8** | 18,415. |
| | 9 | Prepaid expenses and deferred charges | 788,876. | **9** | 307,059. |
| | 10a | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D | **10a** 13,754,053. | | |
| | b | Less: accumulated depreciation | **10b** 3,745,647. | 9,228,957. | **10c** | 10,008,406. |
| | 11 | Investments - publicly traded securities | | **11** | |
| | 12 | Investments - other securities. See Part IV, line 11 | | **12** | |
| | 13 | Investments - program-related. See Part IV, line 11 | | **13** | |
| | 14 | Intangible assets | 3,684,850. | **14** | 3,261,744. |
| | 15 | Other assets. See Part IV, line 11 | 10,075. | **15** | 35,075. |
| | 16 | **Total assets.** Add lines 1 through 15 (must equal line 33) | 25,058,069. | **16** | 30,700,234. |
| **Liabilities** | 17 | Accounts payable and accrued expenses | 2,346,976. | **17** | 3,323,812. |
| | 18 | Grants payable | | **18** | |
| | 19 | Deferred revenue | 79,625. | **19** | 2,721,472. |
| | 20 | Tax-exempt bond liabilities | | **20** | |
| | 21 | Escrow or custodial account liability. Complete Part IV of Schedule D | | **21** | |
| | 22 | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons | | **22** | |
| | 23 | Secured mortgages and notes payable to unrelated third parties | | **23** | |
| | 24 | Unsecured notes and loans payable to unrelated third parties | | **24** | |
| | 25 | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17-24). Complete Part X of Schedule D | 3,046,994. | **25** | 2,424,437. |
| | 26 | **Total liabilities.** Add lines 17 through 25 | 5,473,595. | **26** | 8,469,721. |
| **Net Assets or Fund Balances** | | **Organizations that follow FASB ASC 958, check here** ▶ ☒ **and complete lines 27, 28, 32, and 33.** | | | |
| | 27 | Net assets without donor restrictions | 19,410,303. | **27** | 15,876,145. |
| | 28 | Net assets with donor restrictions | 174,171. | **28** | 6,354,368. |
| | | **Organizations that do not follow FASB ASC 958, check here** ▶ ☐ **and complete lines 29 through 33.** | | | |
| | 29 | Capital stock or trust principal, or current funds | | **29** | |
| | 30 | Paid-in or capital surplus, or land, building, or equipment fund | | **30** | |
| | 31 | Retained earnings, endowment, accumulated income, or other funds | | **31** | |
| | 32 | Total net assets or fund balances | 19,584,474. | **32** | 22,230,513. |
| | 33 | Total liabilities and net assets/fund balances | 25,058,069. | **33** | 30,700,234. |

Form **990** (2021)

Form 990 (2021)              BURNING MAN PROJECT                                    45-2638273            Page **12**

| Part XI | Reconciliation of Net Assets |
|---|---|

Check if Schedule O contains a response or note to any line in this Part XI ............................................................ ☐

| | | | |
|---|---|---|---|
| 1 | Total revenue (must equal Part VIII, column (A), line 12) ........................................................ | **1** | 27,748,874. |
| 2 | Total expenses (must equal Part IX, column (A), line 25) ........................................................ | **2** | 25,116,560. |
| 3 | Revenue less expenses. Subtract line 2 from line 1 ............................................................... | **3** | 2,632,314. |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 32, column (A)) ................. | **4** | 19,584,474. |
| 5 | Net unrealized gains (losses) on investments ........................................................................ | **5** | |
| 6 | Donated services and use of facilities ................................................................................. | **6** | |
| 7 | Investment expenses ....................................................................................................... | **7** | |
| 8 | Prior period adjustments .................................................................................................. | **8** | 13,725. |
| 9 | Other changes in net assets or fund balances (explain on Schedule O) ....................................... | **9** | 0. |
| 10 | Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 32, column (B)) ........................................................................................................... | **10** | 22,230,513. |

| Part XII | Financial Statements and Reporting |
|---|---|

Check if Schedule O contains a response or note to any line in this Part XII ........................................................ ☒

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Accounting method used to prepare the Form 990: ☐ Cash  ☒ Accrual  ☐ Other _____ | | | |
| | If the organization changed its method of accounting from a prior year or checked "Other," explain on Schedule O. | | | |
| 2a | Were the organization's financial statements compiled or reviewed by an independent accountant? .................... | **2a** | | X |
| | If "Yes," check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both: | | | |
| | ☐ Separate basis  ☐ Consolidated basis  ☐ Both consolidated and separate basis | | | |
| b | Were the organization's financial statements audited by an independent accountant? .................................... | **2b** | X | |
| | If "Yes," check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both: | | | |
| | ☐ Separate basis  ☒ Consolidated basis  ☐ Both consolidated and separate basis | | | |
| c | If "Yes" to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? ..................... | **2c** | X | |
| | If the organization changed either its oversight process or selection process during the tax year, explain on Schedule O. | | | |
| 3a | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? .............................................................................................. | **3a** | | X |
| b | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why on Schedule O and describe any steps taken to undergo such audits .......................... | **3b** | | |

Form **990** (2021)

| SCHEDULE A | **Public Charity Status and Public Support** | OMB No. 1545-0047 |
|---|---|---|
| (Form 990) | Complete if the organization is a section 501(c)(3) organization or a section 4947(a)(1) nonexempt charitable trust. | **2021** |
| Department of the Treasury<br>Internal Revenue Service | ▶ Attach to Form 990 or Form 990-EZ.<br>▶ Go to www.irs.gov/Form990 for instructions and the latest information. | **Open to Public Inspection** |

| Name of the organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part I** | **Reason for Public Charity Status.** (All organizations must complete this part.) See instructions.

The organization is not a private foundation because it is: (For lines 1 through 12, check only one box.)

1 ☐ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**

2 ☐ A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E (Form 990).)

3 ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

4 ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state: _____

5 ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170(b)(1)(A)(iv).** (Complete Part II.)

6 ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

7 ☐ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

8 ☐ A community trust described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

9 ☐ An agricultural research organization described in **section 170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land-grant college of agriculture (see instructions). Enter the name, city, and state of the college or university: _____

10 ☒ An organization that normally receives (1) more than 33 1/3% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions, subject to certain exceptions; and (2) no more than 33 1/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See **section 509(a)(2).** (Complete Part III.)

11 ☐ An organization organized and operated exclusively to test for public safety. See **section 509(a)(4).**

12 ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2).** See **section 509(a)(3).** Check the box on lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g.

a ☐ **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization. **You must complete Part IV, Sections A and B.**

b ☐ **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s). **You must complete Part IV, Sections A and C.**

c ☐ **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions). **You must complete Part IV, Sections A, D, and E.**

d ☐ **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated. The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions). **You must complete Part IV, Sections A and D, and Part V.**

e ☐ Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization.

f Enter the number of supported organizations ................................................................ ☐

g Provide the following information about the supported organization(s).

| (i) Name of supported organization | (ii) EIN | (iii) Type of organization (described on lines 1-10 above (see instructions)) | (iv) Is the organization listed in your governing document? | | (v) Amount of monetary support (see instructions) | (vi) Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | Yes | No | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total** | | | | | | |

LHA **For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.**   132021 01-04-22   **Schedule A (Form 990) 2021**

Schedule A (Form 990) 2021  BURNING MAN PROJECT    45-2638273   **Page 2**

| Part II | Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi) |

(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part III. If the organization fails to qualify under the tests listed below, please complete Part III.)

## Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2017 | (b) 2018 | (c) 2019 | (d) 2020 | (e) 2021 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grants.") | | | | | | |
| **2** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | | | | | | |
| **3** The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| **4** **Total.** Add lines 1 through 3 | | | | | | |
| **5** The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f) | | | | | | |
| **6** **Public support.** Subtract line 5 from line 4. | | | | | | |

## Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2017 | (b) 2018 | (c) 2019 | (d) 2020 | (e) 2021 | (f) Total |
|---|---|---|---|---|---|---|
| **7** Amounts from line 4 | | | | | | |
| **8** Gross income from interest, dividends, payments received on securities loans, rents, royalties, and income from similar sources | | | | | | |
| **9** Net income from unrelated business activities, whether or not the business is regularly carried on | | | | | | |
| **10** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) | | | | | | |
| **11** **Total support.** Add lines 7 through 10 | | | | | | |

**12** Gross receipts from related activities, etc. (see instructions) ...................................... | **12** | |

**13** **First 5 years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** ........................................................................................................ ▶ ☐

## Section C. Computation of Public Support Percentage

**14** Public support percentage for 2021 (line 6, column (f), divided by line 11, column (f)) ................. | **14** | | % |

**15** Public support percentage from 2020 Schedule A, Part II, line 14 ........................................ | **15** | | % |

**16a** **33 1/3% support test - 2021.** If the organization did not check the box on line 13, and line 14 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization ................................. ▶ ☐

 **b** **33 1/3% support test - 2020.** If the organization did not check a box on line 13 or 16a, and line 15 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization ................................................. ▶ ☐

**17a** **10% -facts-and-circumstances test - 2021.** If the organization did not check a box on line 13, 16a, or 16b, and line 14 is 10% or more, and if the organization meets the facts-and-circumstances test, check this box and **stop here.** Explain in Part VI how the organization meets the facts-and-circumstances test. The organization qualifies as a publicly supported organization ............................. ▶ ☐

 **b** **10% -facts-and-circumstances test - 2020.** If the organization did not check a box on line 13, 16a, 16b, or 17a, and line 15 is 10% or more, and if the organization meets the facts-and-circumstances test, check this box and **stop here.** Explain in Part VI how the organization meets the facts-and-circumstances test. The organization qualifies as a publicly supported organization ............................. ▶ ☐

**18** **Private foundation.** If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see instructions ......... ▶ ☐

**Schedule A (Form 990) 2021**

Schedule A (Form 990) 2021     BURNING MAN PROJECT     45-2638273     **Page 3**

| Part III | Support Schedule for Organizations Described in Section 509(a)(2) |

(Complete only if you checked the box on line 10 of Part I or if the organization failed to qualify under Part II. If the organization fails to qualify under the tests listed below, please complete Part II.)

## Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2017 | (b) 2018 | (c) 2019 | (d) 2020 | (e) 2021 | (f) Total |
|---|---|---|---|---|---|---|
| 1 Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grants.") | 910,635. | 2,074,927. | 2,217,006. | 12,366,591. | 27,057,227. | 44,626,386. |
| 2 Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose | 44,470,574. | 44,572,372. | 44,244,181. | 1,960,703. | 710,470. | 135,958,300. |
| 3 Gross receipts from activities that are not an unrelated trade or business under section 513 | | | | | | |
| 4 Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | | | | | | |
| 5 The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| 6 **Total.** Add lines 1 through 5 | 45,381,209. | 46,647,299. | 46,461,187. | 14,327,294. | 27,767,697. | 180,584,686. |
| 7a Amounts included on lines 1, 2, and 3 received from disqualified persons | | 19,765. | 136,294. | 31,637. | 10,025,000. | 10,212,696. |
| b Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of $5,000 or 1% of the amount on line 13 for the year | | | | | | 0. |
| c Add lines 7a and 7b | | 19,765. | 136,294. | 31,637. | 10,025,000. | 10,212,696. |
| 8 **Public support.** (Subtract line 7c from line 6.) | | | | | | 170,371,990. |

## Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2017 | (b) 2018 | (c) 2019 | (d) 2020 | (e) 2021 | (f) Total |
|---|---|---|---|---|---|---|
| 9 Amounts from line 6 | 45,381,209. | 46,647,299. | 46,461,187. | 14,327,294. | 27,767,697. | 180,584,686. |
| 10a Gross income from interest, dividends, payments received on securities loans, rents, royalties, and income from similar sources | 27,819. | 37,165. | 73,056. | 17,085. | 27,881. | 183,006. |
| b Unrelated business taxable income (less section 511 taxes) from businesses acquired after June 30, 1975 | | | | | | |
| c Add lines 10a and 10b | 27,819. | 37,165. | 73,056. | 17,085. | 27,881. | 183,006. |
| 11 Net income from unrelated business activities not included on line 10b, whether or not the business is regularly carried on | | | | | 13,800. | 13,800. |
| 12 Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) | | 50,801. | | | | 50,801. |
| 13 **Total support.** (Add lines 9, 10c, 11, and 12.) | 45,409,028. | 46,735,265. | 46,534,243. | 14,344,379. | 27,809,378. | 180,832,293. |

**14 First 5 years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** ▶ ☐

## Section C. Computation of Public Support Percentage

| 15 Public support percentage for 2021 (line 8, column (f), divided by line 13, column (f)) | 15 | 94.22 % |
|---|---|---|
| 16 Public support percentage from 2020 Schedule A, Part III, line 15 | 16 | 99.74 % |

## Section D. Computation of Investment Income Percentage

| 17 Investment income percentage for **2021** (line 10c, column (f), divided by line 13, column (f)) | 17 | .10 % |
|---|---|---|
| 18 Investment income percentage from **2020** Schedule A, Part III, line 17 | 18 | .09 % |

**19a 33 1/3% support tests - 2021.** If the organization did not check the box on line 14, and line 15 is more than 33 1/3%, and line 17 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization ▶ ☒

**b 33 1/3% support tests - 2020.** If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33 1/3%, and line 18 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization ▶ ☐

**20 Private foundation.** If the organization did not check a box on line 14, 19a, or 19b, check this box and see instructions ▶ ☐

132023 01-04-22               **Schedule A (Form 990) 2021**

Schedule A (Form 990) 2021      BURNING MAN PROJECT                              45-2638273      **Page 4**

| **Part IV** | **Supporting Organizations** |
|---|---|

(Complete only if you checked a box in line 12 on Part I. If you checked box 12a, Part I, complete Sections A and B. If you checked box 12b, Part I, complete Sections A and C. If you checked box 12c, Part I, complete Sections A, D, and E. If you checked box 12d, Part I, complete Sections A and D, and complete Part V.)

## Section A. All Supporting Organizations

|  |  | Yes | No |
|---|:---:|---|---|
| **1** Are all of the organization's supported organizations listed by name in the organization's governing documents? *If "No," describe in* **Part VI** *how the supported organizations are designated. If designated by class or purpose, describe the designation. If historic and continuing relationship, explain.* | **1** | | |
| **2** Did the organization have any supported organization that does not have an IRS determination of status under section 509(a)(1) or (2)? *If "Yes," explain in* **Part VI** *how the organization determined that the supported organization was described in section 509(a)(1) or (2).* | **2** | | |
| **3a** Did the organization have a supported organization described in section 501(c)(4), (5), or (6)? *If "Yes," answer lines 3b and 3c below.* | **3a** | | |
| **b** Did the organization confirm that each supported organization qualified under section 501(c)(4), (5), or (6) and satisfied the public support tests under section 509(a)(2)? *If "Yes," describe in* **Part VI** *when and how the organization made the determination.* | **3b** | | |
| **c** Did the organization ensure that all support to such organizations was used exclusively for section 170(c)(2)(B) purposes? *If "Yes," explain in* **Part VI** *what controls the organization put in place to ensure such use.* | **3c** | | |
| **4a** Was any supported organization not organized in the United States ("foreign supported organization")? *If "Yes," and if you checked box 12a or 12b in Part I, answer lines 4b and 4c below.* | **4a** | | |
| **b** Did the organization have ultimate control and discretion in deciding whether to make grants to the foreign supported organization? *If "Yes," describe in* **Part VI** *how the organization had such control and discretion despite being controlled or supervised by or in connection with its supported organizations.* | **4b** | | |
| **c** Did the organization support any foreign supported organization that does not have an IRS determination under sections 501(c)(3) and 509(a)(1) or (2)? *If "Yes," explain in* **Part VI** *what controls the organization used to ensure that all support to the foreign supported organization was used exclusively for section 170(c)(2)(B) purposes.* | **4c** | | |
| **5a** Did the organization add, substitute, or remove any supported organizations during the tax year? *If "Yes," answer lines 5b and 5c below (if applicable). Also, provide detail in* **Part VI,** *including (i) the names and EIN numbers of the supported organizations added, substituted, or removed; (ii) the reasons for each such action; (iii) the authority under the organization's organizing document authorizing such action; and (iv) how the action was accomplished (such as by amendment to the organizing document).* | **5a** | | |
| **b Type I or Type II only.** Was any added or substituted supported organization part of a class already designated in the organization's organizing document? | **5b** | | |
| **c Substitutions only.** Was the substitution the result of an event beyond the organization's control? | **5c** | | |
| **6** Did the organization provide support (whether in the form of grants or the provision of services or facilities) to anyone other than (i) its supported organizations, (ii) individuals that are part of the charitable class benefited by one or more of its supported organizations, or (iii) other supporting organizations that also support or benefit one or more of the filing organization's supported organizations? *If "Yes," provide detail in* **Part VI.** | **6** | | |
| **7** Did the organization provide a grant, loan, compensation, or other similar payment to a substantial contributor (as defined in section 4958(c)(3)(C)), a family member of a substantial contributor, or a 35% controlled entity with regard to a substantial contributor? *If "Yes," complete Part I of Schedule L (Form 990).* | **7** | | |
| **8** Did the organization make a loan to a disqualified person (as defined in section 4958) not described on line 7? *If "Yes," complete Part I of Schedule L (Form 990).* | **8** | | |
| **9a** Was the organization controlled directly or indirectly at any time during the tax year by one or more disqualified persons, as defined in section 4946 (other than foundation managers and organizations described in section 509(a)(1) or (2))? *If "Yes," provide detail in* **Part VI.** | **9a** | | |
| **b** Did one or more disqualified persons (as defined on line 9a) hold a controlling interest in any entity in which the supporting organization had an interest? *If "Yes," provide detail in* **Part VI.** | **9b** | | |
| **c** Did a disqualified person (as defined on line 9a) have an ownership interest in, or derive any personal benefit from, assets in which the supporting organization also had an interest? *If "Yes," provide detail in* **Part VI.** | **9c** | | |
| **10a** Was the organization subject to the excess business holdings rules of section 4943 because of section 4943(f) (regarding certain Type II supporting organizations, and all Type III non-functionally integrated supporting organizations)? *If "Yes," answer line 10b below.* | **10a** | | |
| **b** Did the organization have any excess business holdings in the tax year? *(Use Schedule C, Form 4720, to determine whether the organization had excess business holdings.)* | **10b** | | |

Schedule A (Form 990) 2021       BURNING MAN PROJECT       45-2638273       **Page 5**

| **Part IV** | **Supporting Organizations** *(continued)* | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| **11** | Has the organization accepted a gift or contribution from any of the following persons? | | |
| **a** | A person who directly or indirectly controls, either alone or together with persons described on lines 11b and | | |
| | 11c below, the governing body of a supported organization? | **11a** | |
| **b** | A family member of a person described on line 11a above? | **11b** | |
| **c** | A 35% controlled entity of a person described on line 11a or 11b above? *If "Yes" to line 11a, 11b, or 11c, provide* | | |
| | *detail in* **Part VI.** | **11c** | |

## Section B. Type I Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Did the governing body, members of the governing body, officers acting in their official capacity, or membership of one or more supported organizations have the power to regularly appoint or elect at least a majority of the organization's officers, directors, or trustees at all times during the tax year? *If "No," describe in* **Part VI** *how the supported organization(s) effectively operated, supervised, or controlled the organization's activities. If the organization had more than one supported organization, describe how the powers to appoint and/or remove officers, directors, or trustees were allocated among the supported organizations and what conditions or restrictions, if any, applied to such powers during the tax year.* | **1** | |
| **2** | Did the organization operate for the benefit of any supported organization other than the supported organization(s) that operated, supervised, or controlled the supporting organization? *If "Yes," explain in* **Part VI** *how providing such benefit carried out the purposes of the supported organization(s) that operated, supervised, or controlled the supporting organization.* | **2** | |

## Section C. Type II Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Were a majority of the organization's directors or trustees during the tax year also a majority of the directors or trustees of each of the organization's supported organization(s)? *If "No," describe in* **Part VI** *how control or management of the supporting organization was vested in the same persons that controlled or managed the supported organization(s).* | **1** | |

## Section D. All Type III Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Did the organization provide to each of its supported organizations, by the last day of the fifth month of the organization's tax year, (i) a written notice describing the type and amount of support provided during the prior tax year, (ii) a copy of the Form 990 that was most recently filed as of the date of notification, and (iii) copies of the organization's governing documents in effect on the date of notification, to the extent not previously provided? | **1** | |
| **2** | Were any of the organization's officers, directors, or trustees either (i) appointed or elected by the supported organization(s) or (ii) serving on the governing body of a supported organization? *If "No," explain in* **Part VI** *how the organization maintained a close and continuous working relationship with the supported organization(s).* | **2** | |
| **3** | By reason of the relationship described on line 2, above, did the organization's supported organizations have a significant voice in the organization's investment policies and in directing the use of the organization's income or assets at all times during the tax year? *If "Yes," describe in* **Part VI** *the role the organization's supported organizations played in this regard.* | **3** | |

## Section E. Type III Functionally Integrated Supporting Organizations

| | | | | |
|---|---|---|---|---|
| **1** | *Check the box next to the method that the organization used to satisfy the Integral Part Test during the year* **(see instructions).** | | | |
| **a** | ☐ The organization satisfied the Activities Test. *Complete* **line 2** *below.* | | | |
| **b** | ☐ The organization is the parent of each of its supported organizations. *Complete* **line 3** *below.* | | | |
| **c** | ☐ The organization supported a governmental entity. *Describe in* **Part VI** *how you supported a governmental entity (see instructions).* | | | |

| | | | Yes | No |
|---|---|---|---|---|
| **2** | Activities Test. **Answer lines 2a and 2b below.** | | | |
| **a** | Did substantially all of the organization's activities during the tax year directly further the exempt purposes of the supported organization(s) to which the organization was responsive? *If "Yes," then in* **Part VI identify those supported organizations and explain** *how these activities directly furthered their exempt purposes, how the organization was responsive to those supported organizations, and how the organization determined that these activities constituted substantially all of its activities.* | | **2a** | |
| **b** | Did the activities described on line 2a, above, constitute activities that, but for the organization's involvement, one or more of the organization's supported organization(s) would have been engaged in? *If "Yes," explain in* **Part VI** *the reasons for the organization's position that its supported organization(s) would have engaged in these activities but for the organization's involvement.* | | **2b** | |
| **3** | Parent of Supported Organizations. **Answer lines 3a and 3b below.** | | | |
| **a** | Did the organization have the power to regularly appoint or elect a majority of the officers, directors, or trustees of each of the supported organizations? *If "Yes" or "No" provide details in* **Part VI.** | | **3a** | |
| **b** | Did the organization exercise a substantial degree of direction over the policies, programs, and activities of each of its supported organizations? *If "Yes," describe in* **Part VI** *the role played by the organization in this regard.* | | **3b** | |

Schedule A (Form 990) 2021      BURNING MAN PROJECT      45-2638273     **Page 6**

| **Part V** | **Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations** |
|---|---|

**1** ☐ Check here if the organization satisfied the Integral Part Test as a qualifying trust on Nov. 20, 1970 ( *explain in* **Part VI**). **See instructions.**
    All other Type III non-functionally integrated supporting organizations must complete Sections A through E.

| **Section A - Adjusted Net Income** | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|
| **1** Net short-term capital gain | **1** | | |
| **2** Recoveries of prior-year distributions | **2** | | |
| **3** Other gross income (see instructions) | **3** | | |
| **4** Add lines 1 through 3. | **4** | | |
| **5** Depreciation and depletion | **5** | | |
| **6** Portion of operating expenses paid or incurred for production or collection of gross income or for management, conservation, or maintenance of property held for production of income (see instructions) | **6** | | |
| **7** Other expenses (see instructions) | **7** | | |
| **8** **Adjusted Net Income** (subtract lines 5, 6, and 7 from line 4) | **8** | | |

| **Section B - Minimum Asset Amount** | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|
| **1** Aggregate fair market value of all non-exempt-use assets (see instructions for short tax year or assets held for part of year): | | | |
| **a** Average monthly value of securities | **1a** | | |
| **b** Average monthly cash balances | **1b** | | |
| **c** Fair market value of other non-exempt-use assets | **1c** | | |
| **d** **Total** (add lines 1a, 1b, and 1c) | **1d** | | |
| **e** **Discount** claimed for blockage or other factors (*explain in detail in* **Part VI**): | | | |
| **2** Acquisition indebtedness applicable to non-exempt-use assets | **2** | | |
| **3** Subtract line 2 from line 1d. | **3** | | |
| **4** Cash deemed held for exempt use. Enter 0.015 of line 3 (for greater amount, see instructions). | **4** | | |
| **5** Net value of non-exempt-use assets (subtract line 4 from line 3) | **5** | | |
| **6** Multiply line 5 by 0.035. | **6** | | |
| **7** Recoveries of prior-year distributions | **7** | | |
| **8** **Minimum Asset Amount** (add line 7 to line 6) | **8** | | |

| **Section C - Distributable Amount** | | | Current Year |
|---|---|---|---|
| **1** Adjusted net income for prior year (from Section A, line 8, column A) | **1** | | |
| **2** Enter 0.85 of line 1. | **2** | | |
| **3** Minimum asset amount for prior year (from Section B, line 8, column A) | **3** | | |
| **4** Enter greater of line 2 or line 3. | **4** | | |
| **5** Income tax imposed in prior year | **5** | | |
| **6** **Distributable Amount.** Subtract line 5 from line 4, unless subject to emergency temporary reduction (see instructions). | **6** | | |

**7** ☐ Check here if the current year is the organization's first as a non-functionally integrated Type III supporting organization (see instructions).

                                                           **Schedule A (Form 990) 2021**

132026  01-04-22

Schedule A (Form 990) 2021          BURNING MAN PROJECT                                45-2638273          Page **7**

| **Part V** | **Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations** *(continued)* | | |
|---|---|---|---|

**Section D - Distributions** | | | **Current Year**

| | | | |
|---|---|---|---|
| **1** | Amounts paid to supported organizations to accomplish exempt purposes | **1** | |
| **2** | Amounts paid to perform activity that directly furthers exempt purposes of supported organizations, in excess of income from activity | **2** | |
| **3** | Administrative expenses paid to accomplish exempt purposes of supported organizations | **3** | |
| **4** | Amounts paid to acquire exempt-use assets | **4** | |
| **5** | Qualified set-aside amounts (prior IRS approval required - *provide details in* **Part VI**) | **5** | |
| **6** | Other distributions (*describe in* **Part VI**). See instructions. | **6** | |
| **7** | **Total annual distributions.** Add lines 1 through 6. | **7** | |
| **8** | Distributions to attentive supported organizations to which the organization is responsive (*provide details in* **Part VI**). See instructions. | **8** | |
| **9** | Distributable amount for 2021 from Section C, line 6 | **9** | |
| **10** | Line 8 amount divided by line 9 amount | **10** | |

| **Section E - Distribution Allocations** (see instructions) | **(i)** **Excess Distributions** | **(ii)** **Underdistributions Pre-2021** | **(iii)** **Distributable Amount for 2021** |
|---|---|---|---|
| **1** Distributable amount for 2021 from Section C, line 6 | | | |
| **2** Underdistributions, if any, for years prior to 2021 (reasonable cause required - *explain in* **Part VI**). See instructions. | | | |
| **3** Excess distributions carryover, if any, to 2021 | | | |
| **a** From 2016 | | | |
| **b** From 2017 | | | |
| **c** From 2018 | | | |
| **d** From 2019 | | | |
| **e** From 2020 | | | |
| **f** **Total** of lines 3a through 3e | | | |
| **g** Applied to underdistributions of prior years | | | |
| **h** Applied to 2021 distributable amount | | | |
| **i** Carryover from 2016 not applied (see instructions) | | | |
| **j** Remainder. Subtract lines 3g, 3h, and 3i from line 3f. | | | |
| **4** Distributions for 2021 from Section D, line 7:                    $ | | | |
| **a** Applied to underdistributions of prior years | | | |
| **b** Applied to 2021 distributable amount | | | |
| **c** Remainder. Subtract lines 4a and 4b from line 4. | | | |
| **5** Remaining underdistributions for years prior to 2021, if any. Subtract lines 3g and 4a from line 2. For result greater than zero, *explain in* **Part VI.** See instructions. | | | |
| **6** Remaining underdistributions for 2021. Subtract lines 3h and 4b from line 1. For result greater than zero, *explain in* **Part VI**. See instructions. | | | |
| **7** **Excess distributions carryover to 2022.** Add lines 3j and 4c. | | | |
| **8** Breakdown of line 7: | | | |
| **a** Excess from 2017 | | | |
| **b** Excess from 2018 | | | |
| **c** Excess from 2019 | | | |
| **d** Excess from 2020 | | | |
| **e** Excess from 2021 | | | |

Schedule A (Form 990) 2021

Schedule A (Form 990) 2021     BURNING MAN PROJECT                              45-2638273          Page **8**

| Part VI | **Supplemental Information.** Provide the explanations required by Part II, line 10; Part II, line 17a or 17b; Part III, line 12; Part IV, Section A, lines 1, 2, 3b, 3c, 4b, 4c, 5a, 6, 9a, 9b, 9c, 11a, 11b, and 11c; Part IV, Section B, lines 1 and 2; Part IV, Section C, line 1; Part IV, Section D, lines 2 and 3; Part IV, Section E, lines 1c, 2a, 2b, 3a, and 3b; Part V, line 1; Part V, Section B, line 1e; Part V, Section D, lines 5, 6, and 8; and Part V, Section E, lines 2, 5, and 6. Also complete this part for any additional information. (See instructions.) |

SCHEDULE A, PART III, LINE 12, EXPLANATION FOR OTHER INCOME:

OTHER MISC INCOME

2018 AMOUNT: $   52.


MERCHANDISE DELIVERY FEES

2018 AMOUNT: $   15,749.


BRC LEGAL SETTLEMENT

2018 AMOUNT: $   35,000.

| SCHEDULE C | **Political Campaign and Lobbying Activities** | OMB No. 1545-0047 |
|---|---|---|
| (Form 990) | | **2021** |

**SCHEDULE C**
(Form 990)

Department of the Treasury
Internal Revenue Service

# Political Campaign and Lobbying Activities

**For Organizations Exempt From Income Tax Under section 501(c) and section 527**
▶ **Complete if the organization is described below.**  ▶ **Attach to Form 990 or Form 990-EZ.**
▶ **Go to www.irs.gov/Form990 for instructions and the latest information.**

OMB No. 1545-0047

**2021**

**Open to Public Inspection**

**If the organization answered "Yes," on Form 990, Part IV, line 3, or Form 990-EZ, Part V, line 46 (Political Campaign Activities), then**

- Section 501(c)(3) organizations: Complete Parts I-A and B. Do not complete Part I-C.
- Section 501(c) (other than section 501(c)(3)) organizations: Complete Parts I-A and C below. Do not complete Part I-B.
- Section 527 organizations: Complete Part I-A only.

**If the organization answered "Yes," on Form 990, Part IV, line 4, or Form 990-EZ, Part VI, line 47 (Lobbying Activities), then**

- Section 501(c)(3) organizations that have filed Form 5768 (election under section 501(h)): Complete Part II-A. Do not complete Part II-B.
- Section 501(c)(3) organizations that have NOT filed Form 5768 (election under section 501(h)): Complete Part II-B. Do not complete Part II-A.

**If the organization answered "Yes," on Form 990, Part IV, line 5 (Proxy Tax) (See separate instructions) or Form 990-EZ, Part V, line 35c (Proxy Tax) (See separate instructions), then**

- Section 501(c)(4), (5), or (6) organizations: Complete Part III.

| Name of organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

| **Part I-A** | **Complete if the organization is exempt under section 501(c) or is a section 527 organization.** |
|---|---|

**1** Provide a description of the organization's direct and indirect political campaign activities in Part IV.

**2** Political campaign activity expenditures ........................................................ ▶ $ _____

**3** Volunteer hours for political campaign activities ........................................... _____

| **Part I-B** | **Complete if the organization is exempt under section 501(c)(3).** |
|---|---|

**1** Enter the amount of any excise tax incurred by the organization under section 4955 ............. ▶ $ _____

**2** Enter the amount of any excise tax incurred by organization managers under section 4955 ............. ▶ $ _____

**3** If the organization incurred a section 4955 tax, did it file Form 4720 for this year? ............. ☐ Yes  ☐ No

**4a** Was a correction made? ........................................................................ ☐ Yes  ☐ No

 **b** If "Yes," describe in Part IV.

| **Part I-C** | **Complete if the organization is exempt under section 501(c), except section 501(c)(3).** |
|---|---|

**1** Enter the amount directly expended by the filing organization for section 527 exempt function activities ........... ▶ $ _____

**2** Enter the amount of the filing organization's funds contributed to other organizations for section 527
 exempt function activities .............................................................. ▶ $ _____

**3** Total exempt function expenditures. Add lines 1 and 2. Enter here and on Form 1120-POL,
 line 17b ................................................................................ ▶ $ _____

**4** Did the filing organization file **Form 1120-POL** for this year? ...................... ☐ Yes  ☐ No

**5** Enter the names, addresses and employer identification number (EIN) of all section 527 political organizations to which the filing organization made payments. For each organization listed, enter the amount paid from the filing organization's funds. Also enter the amount of political contributions received that were promptly and directly delivered to a separate political organization, such as a separate segregated fund or a political action committee (PAC). If additional space is needed, provide information in Part IV.

| (a) Name | (b) Address | (c) EIN | (d) Amount paid from filing organization's funds. If none, enter -0-. | (e) Amount of political contributions received and promptly and directly delivered to a separate political organization. If none, enter -0-. |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.** **Schedule C (Form 990) 2021**

LHA

132041  11-03-21

Schedule C (Form 990) 2021     BURNING MAN PROJECT                                45-2638273          Page **2**

| **Part II-A** | **Complete if the organization is exempt under section 501(c)(3) and filed Form 5768 (election under section 501(h)).** |
|---|---|

**A**  Check ▶ ☐  if the filing organization belongs to an affiliated group (and list in Part IV each affiliated group member's name, address, EIN,

      expenses, and share of excess lobbying expenditures).

**B**  Check ▶ ☐  if the filing organization checked box A and "limited control" provisions apply.

| **Limits on Lobbying Expenditures**<br>**(The term "expenditures" means amounts paid or incurred.)** | **(a)** Filing organization's totals | **(b)** Affiliated group totals |
|---|---|---|
| **1a** Total lobbying expenditures to influence public opinion (grassroots lobbying) | | |
| **b** Total lobbying expenditures to influence a legislative body (direct lobbying) | | |
| **c** Total lobbying expenditures (add lines 1a and 1b) | | |
| **d** Other exempt purpose expenditures | 16,624,670. | |
| **e** Total exempt purpose expenditures (add lines 1c and 1d) | 16,624,670. | |
| **f** Lobbying nontaxable amount. Enter the amount from the following table in both columns. | 981,234. | |

| If the amount on line 1e, column (a) or (b) is: | The lobbying nontaxable amount is: | | |
|---|---|---|---|
| Not over $500,000 | 20% of the amount on line 1e. | | |
| Over $500,000 but not over $1,000,000 | $100,000 plus 15% of the excess over $500,000. | | |
| Over $1,000,000 but not over $1,500,000 | $175,000 plus 10% of the excess over $1,000,000. | | |
| Over $1,500,000 but not over $17,000,000 | $225,000 plus 5% of the excess over $1,500,000. | | |
| Over $17,000,000 | $1,000,000. | | |

| | | |
|---|---|---|
| **g** Grassroots nontaxable amount (enter 25% of line 1f) | 245,309. | |
| **h** Subtract line 1g from line 1a. If zero or less, enter -0- | 0. | |
| **i** Subtract line 1f from line 1c. If zero or less, enter -0- | 0. | |
| **j** If there is an amount other than zero on either line 1h or line 1i, did the organization file Form 4720 reporting section 4911 tax for this year? | ☐ Yes | ☐ No |

**4-Year Averaging Period Under Section 501(h)**

**(Some organizations that made a section 501(h) election do not have to complete all of the five columns below.**
**See the separate instructions for lines 2a through 2f.)**

**Lobbying Expenditures During 4-Year Averaging Period**

| Calendar year<br>(or fiscal year beginning in) | **(a)** 2018 | **(b)** 2019 | **(c)** 2020 | **(d)** 2021 | **(e)** Total |
|---|---|---|---|---|---|
| **2a** Lobbying nontaxable amount | 1,000,000. | 1,000,000. | 1,000,000. | 981,234. | 3,981,234. |
| **b** Lobbying ceiling amount<br>(150% of line 2a, column(e)) | | | | | 5,971,851. |
| **c** Total lobbying expenditures | | | | | |
| **d** Grassroots nontaxable amount | 250,000. | 250,000. | 250,000. | 245,309. | 995,309. |
| **e** Grassroots ceiling amount<br>(150% of line 2d, column (e)) | | | | | 1,492,964. |
| **f** Grassroots lobbying expenditures | | | | | |

**Schedule C (Form 990) 2021**

132042  11-03-21

Schedule C (Form 990) 2021      BURNING MAN PROJECT                    45-2638273         Page **3**

**Part II-B**  Complete if the organization is exempt under section 501(c)(3) and has NOT filed Form 5768 (election under section 501(h)).

| | | (a) | | (b) |
|---|---|---|---|---|
| *For each "Yes" response on lines 1a through 1i below, provide in Part IV a detailed description of the lobbying activity.* | | Yes | No | Amount |
| **1** During the year, did the filing organization attempt to influence foreign, national, state, or local legislation, including any attempt to influence public opinion on a legislative matter or referendum, through the use of: | | | | |
| **a** Volunteers? | | | | |
| **b** Paid staff or management (include compensation in expenses reported on lines 1c through 1i)? | ... | | | |
| **c** Media advertisements? | | | | |
| **d** Mailings to members, legislators, or the public? | | | | |
| **e** Publications, or published or broadcast statements? | | | | |
| **f** Grants to other organizations for lobbying purposes? | | | | |
| **g** Direct contact with legislators, their staffs, government officials, or a legislative body? | | | | |
| **h** Rallies, demonstrations, seminars, conventions, speeches, lectures, or any similar means? | | | | |
| **i** Other activities? | | | | |
| **j** Total. Add lines 1c through 1i | | | | |
| **2a** Did the activities in line 1 cause the organization to be not described in section 501(c)(3)? | | | | |
| **b** If "Yes," enter the amount of any tax incurred under section 4912 | | | | |
| **c** If "Yes," enter the amount of any tax incurred by organization managers under section 4912 | | | | |
| **d** If the filing organization incurred a section 4912 tax, did it file Form 4720 for this year? | | | | |

**Part III-A**  Complete if the organization is exempt under section 501(c)(4), section 501(c)(5), or section 501(c)(6).

| | | Yes | No |
|---|---|---|---|
| **1** Were substantially all (90% or more) dues received nondeductible by members? | **1** | | |
| **2** Did the organization make only in-house lobbying expenditures of $2,000 or less? | **2** | | |
| **3** Did the organization agree to carry over lobbying and political campaign activity expenditures from the prior year? | **3** | | |

**Part III-B**  Complete if the organization is exempt under section 501(c)(4), section 501(c)(5), or section 501(c)(6) and if either (a) BOTH Part III-A, lines 1 and 2, are answered "No" OR (b) Part III-A, line 3, is answered "Yes."

| | | |
|---|---|---|
| **1** Dues, assessments and similar amounts from members | **1** | |
| **2** Section 162(e) nondeductible lobbying and political expenditures **(do not include amounts of political expenses for which the section 527(f) tax was paid).** | | |
| **a** Current year | **2a** | |
| **b** Carryover from last year | **2b** | |
| **c** Total | **2c** | |
| **3** Aggregate amount reported in section 6033(e)(1)(A) notices of nondeductible section 162(e) dues | **3** | |
| **4** If notices were sent and the amount on line 2c exceeds the amount on line 3, what portion of the excess does the organization agree to carryover to the reasonable estimate of nondeductible lobbying and political expenditure next year? | **4** | |
| **5** Taxable amount of lobbying and political expenditures. See instructions | **5** | |

**Part IV**  **Supplemental Information**

Provide the descriptions required for Part I-A, line 1; Part I-B, line 4; Part I-C, line 5; Part II-A (affiliated group list); Part II-A, lines 1 and 2 (See instructions); and Part II-B, line 1. Also, complete this part for any additional information.

_____

_____

_____

_____

_____

_____

132043  11-03-21

| SCHEDULE D<br>(Form 990) | **Supplemental Financial Statements** | OMB No. 1545-0047 |
|---|---|---|
| | ▶ **Complete if the organization answered "Yes" on Form 990,**<br>Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b. | **2021** |
| Department of the Treasury<br>Internal Revenue Service | ▶ **Attach to Form 990.**<br>▶Go to www.irs.gov/Form990 for instructions and the latest information. | **Open to Public<br>Inspection** |

| Name of the organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part I** | **Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.** Complete if the
organization answered "Yes" on Form 990, Part IV, line 6.

| | | **(a)** Donor advised funds | **(b)** Funds and other accounts |
|---|---|---|---|
| 1 | Total number at end of year ........................... | | |
| 2 | Aggregate value of contributions to (during year) ............ | | |
| 3 | Aggregate value of grants from (during year) ............ | | |
| 4 | Aggregate value at end of year .......................... | | |

5  Did the organization inform all donors and donor advisors in writing that the assets held in donor advised funds

are the organization's property, subject to the organization's exclusive legal control? ........................... ☐ Yes   ☐ No

6  Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used only

for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose conferring

impermissible private benefit? ........................... ☐ Yes   ☐ No

**Part II** | **Conservation Easements.** Complete if the organization answered "Yes" on Form 990, Part IV, line 7.

1  Purpose(s) of conservation easements held by the organization (check all that apply).

☐ Preservation of land for public use (for example, recreation or education)    ☐ Preservation of a historically important land area

☐ Protection of natural habitat    ☐ Preservation of a certified historic structure

☐ Preservation of open space

2  Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation easement on the last
day of the tax year.

| | | **Held at the End of the Tax Year** |
|---|---|---|
| **a** | Total number of conservation easements ........................... | 2a |
| **b** | Total acreage restricted by conservation easements ........................... | 2b |
| **c** | Number of conservation easements on a certified historic structure included in (a) ........... | 2c |
| **d** | Number of conservation easements included in (c) acquired after 7/25/06, and not on a historic structure<br>listed in the National Register ........................... | 2d |

3  Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the tax

year ▶ _____

4  Number of states where property subject to conservation easement is located ▶ _____

5  Does the organization have a written policy regarding the periodic monitoring, inspection, handling of

violations, and enforcement of the conservation easements it holds? ........................... ☐ Yes   ☐ No

6  Staff and volunteer hours devoted to monitoring, inspecting, handling of violations, and enforcing conservation easements during the year

▶ _____

7  Amount of expenses incurred in monitoring, inspecting, handling of violations, and enforcing conservation easements during the year

▶ $ _____

8  Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i)

and section 170(h)(4)(B)(ii)? ........................... ☐ Yes   ☐ No

9  In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement and

balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes the

organization's accounting for conservation easements.

**Part III** | **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 8.

**1a** If the organization elected, as permitted under FASB ASC 958, not to report in its revenue statement and balance sheet works

of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public

service, provide in Part XIII the text of the footnote to its financial statements that describes these items.

**b** If the organization elected, as permitted under FASB ASC 958, to report in its revenue statement and balance sheet works of

art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service,

provide the following amounts relating to these items:

(i)  Revenue included on Form 990, Part VIII, line 1 ........................... ▶ $ _____

(ii) Assets included in Form 990, Part X ........................... ▶ $ _____

2  If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide

the following amounts required to be reported under FASB ASC 958 relating to these items:

**a** Revenue included on Form 990, Part VIII, line 1 ........................... ▶ $ _____

**b** Assets included in Form 990, Part X ........................... ▶ $ _____

LHA  **For Paperwork Reduction Act Notice, see the Instructions for Form 990.**   **Schedule D (Form 990) 2021**

132051  10-28-21

Schedule D (Form 990) 2021     BURNING MAN PROJECT                               45-2638273          Page **2**

## Part III  Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets *(continued)*

**3** Using the organization's acquisition, accession, and other records, check any of the following that make significant use of its collection items (check all that apply):

a ☐ Public exhibition  
b ☐ Scholarly research  
c ☐ Preservation for future generations

d ☐ Loan or exchange program  
e ☐ Other _____

**4** Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII.

**5** During the year, did the organization solicit or receive donations of art, historical treasures, or other similar assets to be sold to raise funds rather than to be maintained as part of the organization's collection? ............................... ☐ Yes ☐ No

## Part IV  Escrow and Custodial Arrangements. Complete if the organization answered "Yes" on Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

**1a** Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not included on Form 990, Part X? ....................................................................................................... ☐ Yes ☐ No

**b** If "Yes," explain the arrangement in Part XIII and complete the following table:

| | | Amount |
|---|---|---|
| **c** Beginning balance | **1c** | |
| **d** Additions during the year | **1d** | |
| **e** Distributions during the year | **1e** | |
| **f** Ending balance | **1f** | |

**2a** Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability? ............... ☐ Yes ☐ No

**b** If "Yes," explain the arrangement in Part XIII. Check here if the explanation has been provided on Part XIII ...........................

## Part V  Endowment Funds. Complete if the organization answered "Yes" on Form 990, Part IV, line 10.

| | **(a)** Current year | **(b)** Prior year | **(c)** Two years back | **(d)** Three years back | **(e)** Four years back |
|---|---|---|---|---|---|
| **1a** Beginning of year balance | | | | | |
| **b** Contributions | | | | | |
| **c** Net investment earnings, gains, and losses | | | | | |
| **d** Grants or scholarships | | | | | |
| **e** Other expenditures for facilities and programs | | | | | |
| **f** Administrative expenses | | | | | |
| **g** End of year balance | | | | | |

**2** Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as:

**a** Board designated or quasi-endowment ▶ _____ %  
**b** Permanent endowment ▶ _____ %  
**c** Term endowment ▶ _____ %

The percentages on lines 2a, 2b, and 2c should equal 100%.

**3a** Are there endowment funds not in the possession of the organization that are held and administered for the organization by:

| | | Yes | No |
|---|---|---|---|
| **(i)** Unrelated organizations | **3a(i)** | | |
| **(ii)** Related organizations | **3a(ii)** | | |
| **b** If "Yes" on line 3a(ii), are the related organizations listed as required on Schedule R? | **3b** | | |

**4** Describe in Part XIII the intended uses of the organization's endowment funds.

## Part VI  Land, Buildings, and Equipment.

Complete if the organization answered "Yes" on Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | **(a)** Cost or other basis (investment) | **(b)** Cost or other basis (other) | **(c)** Accumulated depreciation | **(d)** Book value |
|---|---|---|---|---|
| **1a** Land | | 7,798,924. | | 7,798,924. |
| **b** Buildings | | 1,277,152. | 346,541. | 930,611. |
| **c** Leasehold improvements | | 115,416. | 61,215. | 54,201. |
| **d** Equipment | | 1,276,510. | 591,379. | 685,131. |
| **e** Other | | 3,286,051. | 2,746,512. | 539,539. |
| **Total.** Add lines 1a through 1e. *(Column (d) must equal Form 990, Part X, column (B), line 10c.)* ▶ | | | | 10,008,406. |

Schedule D (Form 990) 2021

132052  10-28-21

Schedule D (Form 990) 2021        BURNING MAN PROJECT                          45-2638273        Page **3**

## Part VII  Investments - Other Securities.

Complete if the organization answered "Yes" on Form 990, Part IV, line 11b. See Form 990, Part X, line 12.

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| **(1)** Financial derivatives | | |
| **(2)** Closely held equity interests | | |
| **(3)** Other | | |
| (A) | | |
| (B) | | |
| (C) | | |
| (D) | | |
| (E) | | |
| (F) | | |
| (G) | | |
| (H) | | |
| **Total.** (Col. (b) must equal Form 990, Part X, col. (B) line 12.) ▶ | | |

## Part VIII  Investments - Program Related.

Complete if the organization answered "Yes" on Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| (a) Description of investment | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| **(1)** | | |
| **(2)** | | |
| **(3)** | | |
| **(4)** | | |
| **(5)** | | |
| **(6)** | | |
| **(7)** | | |
| **(8)** | | |
| **(9)** | | |
| **Total.** (Col. (b) must equal Form 990, Part X, col. (B) line 13.) ▶ | | |

## Part IX  Other Assets.

Complete if the organization answered "Yes" on Form 990, Part IV, line 11d. See Form 990, Part X, line 15.

| (a) Description | (b) Book value |
|---|---|
| **(1)** | |
| **(2)** | |
| **(3)** | |
| **(4)** | |
| **(5)** | |
| **(6)** | |
| **(7)** | |
| **(8)** | |
| **(9)** | |
| **Total.** (Column (b) must equal Form 990, Part X, col. (B) line 15.) ▶ | |

## Part X  Other Liabilities.

Complete if the organization answered "Yes" on Form 990, Part IV, line 11e or 11f. See Form 990, Part X, line 25.

| **1.** | (a) Description of liability | (b) Book value |
|---|---|---|
| (1) | Federal income taxes | |
| (2) | PPP LOAN | 2,000,000. |
| (3) | DEFERRED RENT | 424,212. |
| (4) | SECURITY DEPOSIT | 225. |
| (5) | | |
| (6) | | |
| (7) | | |
| (8) | | |
| (9) | | |
| **Total.** (Column (b) must equal Form 990, Part X, col. (B) line 25.) ▶ | | 2,424,437. |

**2.** Liability for uncertain tax positions. In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FASB ASC 740. Check here if the text of the footnote has been provided in Part XIII ... [X]

Schedule D (Form 990) 2021

132053  10-28-21

Schedule D (Form 990) 2021    BURNING MAN PROJECT                                      45-2638273          Page **4**

| **Part XI** | **Reconciliation of Revenue per Audited Financial Statements With Revenue per Return.** | | |
|---|---|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 12a.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Total revenue, gains, and other support per audited financial statements | ...... | | **1** | |
| 2 | Amounts included on line 1 but not on Form 990, Part VIII, line 12: | | | | |
| a | Net unrealized gains (losses) on investments | | **2a** | | |
| b | Donated services and use of facilities | | **2b** | | |
| c | Recoveries of prior year grants | | **2c** | | |
| d | Other (Describe in Part XIII.) | | **2d** | | |
| e | Add lines **2a** through **2d** | | | **2e** | |
| 3 | Subtract line **2e** from line **1** | | | **3** | |
| 4 | Amounts included on Form 990, Part VIII, line 12, but not on line 1: | | | | |
| a | Investment expenses not included on Form 990, Part VIII, line 7b | | **4a** | | |
| b | Other (Describe in Part XIII.) | | **4b** | | |
| c | Add lines **4a** and **4b** | | | **4c** | |
| 5 | Total revenue. Add lines **3** and **4c.** *(This must equal Form 990, Part I, line 12.)* | | | **5** | |

| **Part XII** | **Reconciliation of Expenses per Audited Financial Statements With Expenses per Return.** | | |
|---|---|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 12a.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Total expenses and losses per audited financial statements | ...... | | **1** | |
| 2 | Amounts included on line 1 but not on Form 990, Part IX, line 25: | | | | |
| a | Donated services and use of facilities | | **2a** | | |
| b | Prior year adjustments | | **2b** | | |
| c | Other losses | | **2c** | | |
| d | Other (Describe in Part XIII.) | | **2d** | | |
| e | Add lines **2a** through **2d** | | | **2e** | |
| 3 | Subtract line **2e** from line **1** | | | **3** | |
| 4 | Amounts included on Form 990, Part IX, line 25, but not on line 1: | | | | |
| a | Investment expenses not included on Form 990, Part VIII, line 7b | | **4a** | | |
| b | Other (Describe in Part XIII.) | | **4b** | | |
| c | Add lines **4a** and **4b** | | | **4c** | |
| 5 | Total expenses. Add lines **3** and **4c.** *(This must equal Form 990, Part I, line 18.)* | | | **5** | |

| **Part XIII** | **Supplemental Information.** |
|---|---|

Provide the descriptions required for Part II, lines 3, 5, and 9; Part III, lines 1a and 4; Part IV, lines 1b and 2b; Part V, line 2; Part X, line 2; Part XI, lines 2d and 4b; and Part XII, lines 2d and 4b. Also complete this part to provide any additional information.

PART X, LINE 2:

BMP AND BRAF ARE EXEMPT FROM FEDERAL AND STATE INCOME TAXES UNDER INTERNAL

REVENUE CODE SECTION 501(C)(3) AND CALIFORNIA REVENUE AND TAXATION CODE,

SECTION 23701D. BRC, BRC PROPERTIES, FUTURE MAN, LLC, GT AND GT PROPERTIES

ARE SINGLE MEMBER LLC'S AND CONSIDERED DISREGARDED ENTITIES FOR FEDERAL

TAX PURPOSES. FOR STATE REPORTING PURPOSES BRC IS SUBJECT TO THE

CALIFORNIA GROSS RECEIPTS TAX AND A MINIMUM FRANCHISE TAX OF $800. BRC

PROPERTIES, FUTURE MAN, LLC, GT, AND GT PROPERTIES ARE REGISTERED IN

NEVADA AND ARE NOT SUBJECT TO A STATE TAX.

Schedule D (Form 990) 2021          BURNING MAN PROJECT                              45-2638273          Page **5**

| Part XIII | Supplemental Information *(continued)* |

| SCHEDULE F | Statement of Activities Outside the United States | OMB No. 1545-0047 |
|---|---|---|
| **(Form 990)** | | **2021** |

▶ Complete if the organization answered "Yes" on Form 990, Part IV, line 14b, 15, or 16.
▶ **Attach to Form 990.**
▶ **Go to www.irs.gov/Form990 for instructions and the latest information.**

Department of the Treasury
Internal Revenue Service

**Open to Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part I** **General Information on Activities Outside the United States.** Complete if the organization answered "Yes" on Form 990, Part IV, line 14b.

**1** **For grantmakers.** Does the organization maintain records to substantiate the amount of its grants and other assistance, the grantees' eligibility for the grants or assistance, and the selection criteria used to award the grants or assistance? ...... [X] **Yes** [ ] **No**

**2** **For grantmakers.** Describe in Part V the organization's procedures for monitoring the use of its grants and other assistance outside the United States.

**3** Activities per Region. (The following Part I, line 3 table can be duplicated if additional space is needed.)

| (a) Region | (b) Number of offices in the region | (c) Number of employees, agents, and independent contractors in the region | (d) Activities conducted in the region (by type) (such as, fundraising, program services, investments, grants to recipients located in the region) | (e) If activity listed in (d) is a program service, describe specific type of service(s) in the region | (f) Total expenditures for and investments in the region |
|---|---|---|---|---|---|
| EUROPE (INCLUDING ICELAND & GREENLAND) | 0 | 0 | GRANTMAKING | | 150,082. |
| NORTH AMERICA | 0 | 0 | GRANTMAKING | | 18,755. |
| EAST ASIA AND PACIFIC | 0 | 0 | GRANTMAKING | | 33,750. |
| RUSSIA AND NEIGHBORING STATES | 0 | 0 | GRANTMAKING | | 89,900. |
| SOUTH ASIA | 0 | 0 | GRANTMAKING | | 15,000. |
| | | | | | |
| | | | | | |
| | | | | | |
| **3 a** Subtotal ............... | 0 | 0 | | | 307,487. |
| **b** Total from continuation sheets to Part I .......... | 0 | 0 | | | 0. |
| **c** Totals (add lines 3a and 3b) ................ | 0 | 0 | | | 307,487. |

LHA **For Paperwork Reduction Act Notice, see the Instructions for Form 990.** Schedule F (Form 990) 2021

132071  12-20-21

Schedule F (Form 990) 2021     BURNING MAN PROJECT                    45-2638273                          Page **2**

| Part II | Grants and Other Assistance to Organizations or Entities Outside the United States. | | | | | | | |

Complete if the organization answered "Yes" on Form 990, Part IV, line 15, for any recipient who received more than $5,000. Part II can be duplicated if additional space is needed.

| 1 **(a)** Name of organization | **(b)** IRS code section and EIN (if applicable) | **(c)** Region | **(d)** Purpose of grant | **(e)** Amount of cash grant | **(f)** Manner of cash disbursement | **(g)** Amount of noncash assistance | **(h)** Description of noncash assistance | **(i)** Method of valuation (book, FMV, appraisal, other) |
|---|---|---|---|---|---|---|---|---|
| | | EUROPE (INCLUDING ICELAND & GREENLAND) | HONORARIA ART GRANT | 50,000. | | 0. | | |
| | | NORTH AMERICA | HONORARIA ART GRANT | 18,755. | | 0. | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**2**  Enter total number of recipient organizations listed above that are recognized as charities by the foreign country, recognized as a tax exempt 501(c)(3) organization by the IRS, or for which the grantee or counsel has provided a section 501(c)(3) equivalency letter  .................. ▶ _____ 2

**3**  Enter total number of other organizations or entities  ................................................................................................. ▶ _____ 0

Schedule F (Form 990) 2021

132072  12-20-21

Schedule F (Form 990) 2021       BURNING MAN PROJECT                                    45-2638273                              Page **3**

| Part III | Grants and Other Assistance to Individuals Outside the United States. Complete if the organization answered "Yes" on Form 990, Part IV, line 16. |

Part III can be duplicated if additional space is needed.

| **(a)** Type of grant or assistance | **(b)** Region | **(c)** Number of recipients | **(d)** Amount of cash grant | **(e)** Manner of cash disbursement | **(f)** Amount of noncash assistance | **(g)** Description of noncash assistance | **(h)** Method of valuation (book, FMV, appraisal, other) |
|---|---|---|---|---|---|---|---|
| HONORARIA ART GRANT | SOUTH ASIA | 1 | 15,000. | WIRE | 0. | | FMV |
| HONORARIA ART GRANT | EAST ASIA AND THE PACIFIC | 1 | 33,750. | WIRE | 0. | | FMV |
| HONORARIA ART GRANT | EUROPE (INCLUDING ICELAND & GREENLAND) | 5 | 100,082. | WIRE | 0. | | FMV |
| HONORARIA ART GRANT | RUSSIA AND NEIGHBORING STATES | 3 | 89,900. | WIRE | 0. | | FMV |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Schedule F (Form 990) 2021

132073  12-20-21

Schedule F (Form 990) 2021   BURNING MAN PROJECT                                45-2638273         Page **4**

| **Part IV** | **Foreign Forms** |

**1**   Was the organization a U.S. transferor of property to a foreign corporation during the tax year?   *If "Yes,"*
  *the organization may be required to file Form 926, Return by a U.S. Transferor of Property to a Foreign*
  *Corporation (see Instructions for Form 926)*  .................................................................................................   ☐ **Yes**   ☒ **No**

**2**   Did the organization have an interest in a foreign trust during the tax year?   *If "Yes," the organization may*
  *be required to separately file Form 3520, Annual Return To Report Transactions With Foreign Trusts and*
  *Receipt of Certain Foreign Gifts, and/or Form 3520-A, Annual Information Return of Foreign Trust With a*
  *U.S. Owner (see Instructions for Forms 3520 and 3520-A; don't file with Form 990)*  ...................................   ☐ **Yes**   ☒ **No**

**3**   Did the organization have an ownership interest in a foreign corporation during the tax year?   *If "Yes,"*
  *the organization may be required to file Form 5471, Information Return of U.S. Persons With Respect to*
  *Certain Foreign Corporations (see Instructions for Form 5471)*  ....................................................................   ☐ **Yes**   ☒ **No**

**4**   Was the organization a direct or indirect shareholder of a passive foreign investment company or a
  qualified electing fund during the tax year?   *If "Yes," the organization may be required to file Form 8621,*
  *Information Return by a Shareholder of a Passive Foreign Investment Company or Qualified Electing*
  *Fund (see Instructions for Form 8621)*  .......................................................................................................   ☐ **Yes**   ☒ **No**

**5**   Did the organization have an ownership interest in a foreign partnership during the tax year?   *If "Yes,"*
  *the organization may be required to file Form 8865, Return of U.S. Persons With Respect to Certain*
  *Foreign Partnerships (see Instructions for Form 8865)*  ...............................................................................   ☐ **Yes**   ☒ **No**

**6**   Did the organization have any operations in or related to any boycotting countries during the tax year?   *If*
  *"Yes," the organization may be required to separately file Form 5713, International Boycott Report (see*
  *Instructions for Form 5713; don't file with Form 990)*  .................................................................................   ☐ **Yes**   ☒ **No**

**Schedule F (Form 990) 2021**

132074  12-20-21

Schedule F (Form 990) 2021     BURNING MAN PROJECT                                    45-2638273                    Page **5**

| **Part V** | **Supplemental Information** |
| --- | --- |

Provide the information required by Part I, line 2 (monitoring of funds); Part I, line 3, column (f) (accounting method; amounts of investments vs. expenditures per region); Part II, line 1 (accounting method); Part III (accounting method); and Part III, column (c) (estimated number of recipients), as applicable. Also complete this part to provide any additional information. See instructions.

PART I, LINE 2:

BURNING MAN PROJECT HAS ADOPTED A DUE DILIGENCE PROCESS IN ACCORDANCE

WITH THE PROCEDURES OUTLINED BY THE U.S. DEPARTMENT OF TREASURY, AS

OUTLINED IN THE DOCUMENT ""US DEPARTMENT OF THE TREASURY ANTI-TERRORIST

FINANCING GUIDELINES: VOLUNTARY BEST PRACTICES FOR US BASED CHARITIES.""

IN ACCORDANCE WITH SECTION 6 OF THESE GUIDELINES, BURNING MAN PROJECT

RESEARCHES AND COLLECTS RECOMMENDED DATA, PERFORMS INTERNET SEARCHES ON

THE GRANT RECIPIENTS, AND SEARCHES FOR THE ORGANIZATION AND/OR

INDIVIDUALS ASSOCIATED WITH THE GRANT FUNDS IN THE OFAC SDN LIST. ONCE

THE DATA IS COLLECTED, A MEMO IS DRAFTED FOR REVIEW AND SAVED IN THE

BURNING MAN PROJECT RECORDS.  GRANTS ARE MADE SUBJECT TO A WRITTEN

AGREEMENT BETWEEN THE GRANTEE AND BURNING MAN PROJECT.


ONCE FUNDS ARE DISTRIBUTED, BURNING MAN PROJECT MONITORS THE GRANT

RECIPIENTS BY REQUIRING REGULAR REPORTS REGARDING THE USE OF GRANT FUNDS

AND PERIODICALLY CHECKING WITH PROGRAM RECIPIENTS DIRECTLY TO ENSURE

FUNDS ARE USED FOR THEIR INTENDED EXEMPT PURPOSES.


AS APPROPRIATE, BURNING MAN PROJECT, AT ANY STAGE OF THE PROCESS, MAY

SOLICIT INPUT FROM ITS LEGAL, FINANCE, OR OTHER DEPARTMENTS TO HELP

ENSURE THAT THE OVERSIGHT OF FUNDS GRANTED OUTSIDE THE U.S. IS

SUFFICIENTLY THOROUGH. ALSO AS APPROPRIATE, BURNING MAN PROJECT MAY, AT

ANY STAGE, SOLICIT REPORTS FROM VOLUNTEERS OR COLLABORATORS ON-SITE IN

THE COUNTRY OR MAKE SITE VISITS TO RECIPIENTS OF GRANTS OUTSIDE OF THE

U.S. HONORARIA FOR ART PROJECTS DESIGNATED FOR BLACK ROCK CITY REQUIRE

THAT THE ART PROJECT MUST BE BROUGHT TO AND EXHIBITED AT BLACK ROCK CITY,

NEVADA.

| SCHEDULE G<br>(Form 990) | **Supplemental Information Regarding Fundraising or Gaming Activities** | OMB No. 1545-0047 |
|---|---|---|
| | Complete if the organization answered "Yes" on Form 990, Part IV, line 17, 18, or 19, or if the<br>organization entered more than $15,000 on Form 990-EZ, line 6a. | **2021** |
| Department of the Treasury<br>Internal Revenue Service | ▶ **Attach to Form 990 or Form 990-EZ.**<br>▶ Go to www.irs.gov/Form990 for instructions and the latest information. | **Open to Public<br>Inspection** |

| Name of the organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part I**  **Fundraising Activities.** Complete if the organization answered "Yes" on Form 990, Part IV, line 17. Form 990-EZ filers are not
required to complete this part.

1  Indicate whether the organization raised funds through any of the following activities. Check all that apply.

a [X] Mail solicitations                                 e [X] Solicitation of non-government grants

b [X] Internet and email solicitations          f [X] Solicitation of government grants

c [X] Phone solicitations                             g [X] Special fundraising events

d [ ] In-person solicitations

2 a Did the organization have a written or oral agreement with any individual (including officers, directors, trustees, or
key employees listed in Form 990, Part VII) or entity in connection with professional fundraising services?   [X] **Yes**   [ ] **No**

b If "Yes," list the 10 highest paid individuals or entities (fundraisers) pursuant to agreements under which the fundraiser is to be
compensated at least $5,000 by the organization.

| **(i)** Name and address of individual<br>or entity (fundraiser) | **(ii)** Activity | **(iii)** Did<br>fundraiser<br>have custody<br>or control of<br>contributions? | | **(iv)** Gross receipts<br>from activity | **(v)** Amount paid<br>to (or retained by)<br>fundraiser<br>listed in col. (i) | **(vi)** Amount paid<br>to (or retained by)<br>organization |
|---|---|---|---|---|---|---|
| | | **Yes** | **No** | | | |
| BEERSTEIN ASSOCIATES - 4602<br>FAIRWAY DRIVE, SOQUEL, CA | FUNDRAISING COUNSEL FOR<br>PHILANTHROPIC ENGAGEMENT | | X | 0. | 132,942. | -132,942. |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total** ........................................................................▶ | | | | | 132,942. | -132,942. |

3  List all states in which the organization is registered or licensed to solicit contributions or has been notified it is exempt from registration
or licensing.

CA,NY,NV

**LHA**  **For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.**                    **Schedule G (Form 990) 2021**
SEE PART IV FOR CONTINUATIONS

Schedule G (Form 990) 2021      BURNING MAN PROJECT      45-2638273      Page **2**

**Part II**   **Fundraising Events.** Complete if the organization answered "Yes" on Form 990, Part IV, line 18, or reported more than $15,000 of fundraising event contributions and gross income on Form 990-EZ, lines 1 and 6b. List events with gross receipts greater than $5,000.

| | | **(a)** Event #1 | **(b)** Event #2 | **(c)** Other events | **(d)** Total events (add col. **(a)** through col. **(c)**) |
|---|---|---|---|---|---|
| | | (event type) | (event type) | (total number) | |
| **Revenue** | **1** Gross receipts ............................ | | | | |
| | **2** Less: Contributions ................... | | | | |
| | **3** Gross income (line 1 minus line 2) ........... | | | | |
| **Direct Expenses** | **4** Cash prizes ............................. | | | | |
| | **5** Noncash prizes ....................... | | | | |
| | **6** Rent/facility costs ................... | | | | |
| | **7** Food and beverages ................. | | | | |
| | **8** Entertainment ........................ | | | | |
| | **9** Other direct expenses ............. | | | | |
| | **10** Direct expense summary. Add lines 4 through 9 in column (d) ................................................ ▶ | | | | |
| | **11** Net income summary. Subtract line 10 from line 3, column (d) .......................................... ▶ | | | | |

**Part III**   **Gaming.** Complete if the organization answered "Yes" on Form 990, Part IV, line 19, or reported more than $15,000 on Form 990-EZ, line 6a.

| | | **(a)** Bingo | **(b)** Pull tabs/instant bingo/progressive bingo | **(c)** Other gaming | **(d)** Total gaming (add col. **(a)** through col. **(c)**) |
|---|---|---|---|---|---|
| **Revenue** | **1** Gross revenue ............................ | | | | |
| **Direct Expenses** | **2** Cash prizes ............................. | | | | |
| | **3** Noncash prizes ....................... | | | | |
| | **4** Rent/facility costs ................... | | | | |
| | **5** Other direct expenses ............. | | | | |
| | **6** Volunteer labor ...................... | ☐ Yes_____ % ☐ No | ☐ Yes_____ % ☐ No | ☐ Yes_____ % ☐ No | |
| | **7** Direct expense summary. Add lines 2 through 5 in column (d) ................................................ ▶ | | | | |
| | **8** Net gaming income summary. Subtract line 7 from line 1, column (d) ................................. ▶ | | | | |

**9** Enter the state(s) in which the organization conducts gaming activities: _____

**a** Is the organization licensed to conduct gaming activities in each of these states? ............................................. ☐ **Yes** ☐ **No**

**b** If "No," explain: _____

**10a** Were any of the organization's gaming licenses revoked, suspended, or terminated during the tax year? ......................... ☐ **Yes** ☐ **No**

**b** If "Yes," explain: _____

Schedule G (Form 990) 2021        BURNING MAN PROJECT                    45-2638273        Page **3**

**11** Does the organization conduct gaming activities with nonmembers? ............................................... ☐ **Yes** ☐ **No**

**12** Is the organization a grantor, beneficiary or trustee of a trust, or a member of a partnership or other entity formed
to administer charitable gaming? ................................................................................... ☐ **Yes** ☐ **No**

**13** Indicate the percentage of gaming activity conducted in:

| | | |
|---|---|---|
| **a** The organization's facility ................................................................... | **13a** | % |
| **b** An outside facility ............................................................................ | **13b** | % |

**14** Enter the name and address of the person who prepares the organization's gaming/special events books and records:

Name ▶ _____

Address ▶ _____

**15a** Does the organization have a contract with a third party from whom the organization receives gaming revenue? ............. ☐ **Yes** ☐ **No**

**b** If "Yes," enter the amount of gaming revenue received by the organization ▶ $ _____ and the amount
of gaming revenue retained by the third party ▶ $ _____

**c** If "Yes," enter name and address of the third party:

Name ▶ _____

Address ▶ _____

**16** Gaming manager information:

Name ▶ _____

Gaming manager compensation ▶ $ _____

Description of services provided ▶ _____

_____

☐ Director/officer        ☐ Employee        ☐ Independent contractor

**17** Mandatory distributions:

**a** Is the organization required under state law to make charitable distributions from the gaming proceeds to
retain the state gaming license? ................................................................................... ☐ **Yes** ☐ **No**

**b** Enter the amount of distributions required under state law to be distributed to other exempt organizations or spent in the
organization's own exempt activities during the tax year ▶ $

| Part IV | **Supplemental Information.** Provide the explanations required by Part I, line 2b, columns (iii) and (v); and Part III, lines 9, 9b, 10b, 15b, 15c, 16, and 17b, as applicable. Also provide any additional information. See instructions. |
|---|---|

SCHEDULE G, PART I, LINE 2B, LIST OF TEN HIGHEST PAID FUNDRAISERS:


(I) NAME OF FUNDRAISER: BEERSTEIN ASSOCIATES

(I) ADDRESS OF FUNDRAISER: 4602 FAIRWAY DRIVE, SOQUEL, CA  95073

(II) ACTIVITY: FUNDRAISING COUNSEL FOR PHILANTHROPIC ENGAGEMENT DEPT

Schedule G (Form 990)          BURNING MAN PROJECT                    45-2638273              Page **4**

| Part IV | Supplemental Information *(continued)* |

132084  11-18-21

| SCHEDULE I | | |
|---|---|---|
| (Form 990) | | OMB No. 1545-0047 |

**SCHEDULE I**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

**Grants and Other Assistance to Organizations,**
**Governments, and Individuals in the United States**
Complete if the organization answered "Yes" on Form 990, Part IV, line 21 or 22.
▶ Attach to Form 990.
▶ Go to www.irs.gov/Form990 for the latest information.

OMB No. 1545-0047

**2021**

Open to Public
Inspection

Name of the organization
BURNING MAN PROJECT

**Employer identification number**
45-2638273

| Part I | General Information on Grants and Assistance |
|---|---|

1   Does the organization maintain records to substantiate the amount of the grants or assistance, the grantees' eligibility for the grants or assistance, and the selection
    criteria used to award the grants or assistance? ............................................................................... ☒ **Yes** ☐ **No**
2   Describe in Part IV the organization's procedures for monitoring the use of grant funds in the United States.

| Part II | Grants and Other Assistance to Domestic Organizations and Domestic Governments. Complete if the organization answered "Yes" on Form 990, Part IV, line 21, for any recipient that received more than $5,000. Part II can be duplicated if additional space is needed. |
|---|---|

| **1 (a)** Name and address of organization or government | **(b)** EIN | **(c)** IRC section (if applicable) | **(d)** Amount of cash grant | **(e)** Amount of noncash assistance | **(f)** Method of valuation (book, FMV, appraisal, other) | **(g)** Description of noncash assistance | **(h)** Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| EMPYREAN LLC<br>P.O. BOX 1663<br>BOULDER, CO 80306 | 84-4188664 | | 30,000. | 0. | | | HONORARIA ART GRANT |
| JEN LEWIN STUDIOS LLC<br>238 EAST 4TH STREET, UNIT A<br>NEW YORK, NY 10009 | 20-4436212 | | 26,808. | 0. | | | HONORARIA ART GRANT |
| XIAN STUDIOS LLC<br>41968 PAMELA PLACE<br>OAKHURST, CA 93644 | 47-3825165 | | 26,000. | 0. | | | HONORARIA ART GRANT |
| UNBOUND ARTS COLLECTIVE LLC<br>890 MARSHALL DR.<br>PALO ALTO, CA 94303 | 86-3875003 | | 24,000. | 0. | | | HONORARIA ART GRANT |
| EAGLE ROCK STUDIOS INC.<br>83 RUSSELL ST. 1R<br>BROOKLYN, NY 11222 | 47-2867184 | | 20,000. | 0. | | | HONORARIA ART GRANT |
| LELAVISION<br>22608 111TH AVE SW<br>VASHON, WA 98070 | 91-1887634 | | 19,980. | 0. | | | HONORARIA ART GRANT |

2   Enter total number of section 501(c)(3) and government organizations listed in the line 1 table ............................................. ▶ 1.
3   Enter total number of other organizations listed in the line 1 table ................................................................................ ▶ 13.

LHA   **For Paperwork Reduction Act Notice, see the Instructions for Form 990.**                                                                 **Schedule I (Form 990) 2021**

132101 10-26-21

Schedule I (Form 990)    BURNING MAN PROJECT                                                    45-2638273                Page 1

| Part II | Continuation of Grants and Other Assistance to Domestic Organizations and Domestic Governments   (Schedule I (Form 990), Part II.) |

| **(a)** Name and address of organization or government | **(b)** EIN | **(c)** IRC section if applicable | **(d)** Amount of cash grant | **(e)** Amount of noncash assistance | **(f)** Method of valuation (book, FMV, appraisal, other) | **(g)** Description of non-cash assistance | **(h)** Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| METAMORPH LLC<br>507 W. 6TH STREET<br>RENO, NV 89503 | 26-4510253 | | 15,000. | 0. | | | LAGI ART GRANT |
| ELMENDORF GEURTS LTD.<br>940 S JASON ST UNIT 9<br>DENVER, CO 80223 | 83-0811426 | | 12,685. | 0. | | | HONORARIA ART GRANT |
| LIQUID PXL LLC<br>204 MIRA MAR AVE<br>LONG BEACH, CA 90803 | 47-2620344 | | 10,000. | 0. | | | HONORARIA ART GRANT |
| ZANN REALTY<br>8907 NE 117TH PLACE<br>KIRKLAND, WA 98034 | 20-1563252 | | 8,660. | 0. | | | HONORARIA ART GRANT |
| THE HIGH PLAINS INSTITUTE OF ARTS AND ECOLOGY - 900 SUNSET TERRACE - AMARILLO, TX 79106 | 26-1158525 | 501C3 | 8,650. | 0. | | | HONORARIA ART GRANT |
| MR & MRS FERGUSON LLC<br>2618 BAYVIEW DRIVE<br>ALAMEDA, CA 94501 | 82-4864553 | | 8,500. | 0. | | | HONORARIA ART GRANT |
| THE CENTER FOR ECOLOGICAL DESIGN<br>7118 SAGEBRUSH WAY<br>SALT LAKE CITY, UT 84121 | 85-0711889 | | 7,488. | 0. | | | HONORARIA ART GRANT |
| BIG ROCK CREATIVE LLC<br>17216 SATICOY #238<br>VAN NUYS, CA 91406 | 85-1439282 | | 5,585. | 0. | | | FISCIAL SPONSORSHIP FOR VIRTUAL ART |

**Schedule I (Form 990)**

Schedule I (Form 990) 2021      BURNING MAN PROJECT                                                45-2638273                    Page **2**

| Part III | **Grants and Other Assistance to Domestic Individuals.** Complete if the organization answered "Yes" on Form 990, Part IV, line 22. |
|---|---|

Part III can be duplicated if additional space is needed.

| (a) Type of grant or assistance | (b) Number of recipients | (c) Amount of cash grant | (d) Amount of non-cash assistance | (e) Method of valuation (book, FMV, appraisal, other) | (f) Description of noncash assistance |
|---|---|---|---|---|---|
| ART GRANT | 38 | 476,789. | 0. | | |
| COMMUNITY BASED PROJECT GRANT | 13 | 21,805. | 0. | | |
| MISCELLANEOUS GRANTS | 3 | 620. | 0. | | |
| | | | | | |
| | | | | | |

| Part IV | **Supplemental Information.** Provide the information required in Part I, line 2; Part III, column (b); and any other additional information. |
|---|---|

PART I, LINE 2:

BURNING MAN PROJECT HAS AN ESTABLISHED PROCESS FOR REVIEWING GRANT

APPLICATIONS INCLUDING A PRE-FUNDING LETTER OF INTENT, AND A CONTRACT

ESTABLISHING THE NATURE OF THE PROJECT AND MUTUAL EXPECTATIONS, REGULAR

REPORTING AND TRANSFER OR LICENSE OF INTELLECTUAL PROPERTY TO BMP. THE

REVIEW COMMITTEE EVALUATES EACH PROJECT FOR IMPACT, COMMUNITY INTERACTIVITY

AND KINETIC QUALITIES. MORE INFORMATION CAN BE FOUND BY SEARCHING

"HONORARIA" ON OUR WEBSITE.

**SCHEDULE J**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

# Compensation Information

**For certain Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**
▶ **Complete if the organization answered "Yes" on Form 990, Part IV, line 23.**
▶ **Attach to Form 990.**
▶ **Go to www.irs.gov/Form990 for instructions and the latest information.**

OMB No. 1545-0047

**2021**

**Open to Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

| Part I | Questions Regarding Compensation |
|---|---|

|  |  | Yes | No |
|---|---|---|---|
| **1a** Check the appropriate box(es) if the organization provided any of the following to or for a person listed on Form 990, Part VII, Section A, line 1a. Complete Part III to provide any relevant information regarding these items. |  |  |  |

☐ First-class or charter travel  ☐ Housing allowance or residence for personal use
☐ Travel for companions  ☐ Payments for business use of personal residence
☐ Tax indemnification and gross-up payments  ☐ Health or social club dues or initiation fees
☐ Discretionary spending account  ☐ Personal services (such as maid, chauffeur, chef)

|  |  | Yes | No |
|---|---|---|---|
| **b** If any of the boxes on line 1a are checked, did the organization follow a written policy regarding payment or reimbursement or provision of all of the expenses described above? If "No," complete Part III to explain | **1b** |  |  |
| **2** Did the organization require substantiation prior to reimbursing or allowing expenses incurred by all directors, trustees, and officers, including the CEO/Executive Director, regarding the items checked on line 1a? | **2** |  |  |

**3** Indicate which, if any, of the following the organization used to establish the compensation of the organization's CEO/Executive Director. Check all that apply. Do not check any boxes for methods used by a related organization to establish compensation of the CEO/Executive Director, but explain in Part III.

☒ Compensation committee  ☐ Written employment contract
☐ Independent compensation consultant  ☒ Compensation survey or study
☒ Form 990 of other organizations  ☒ Approval by the board or compensation committee

|  |  | Yes | No |
|---|---|---|---|
| **4** During the year, did any person listed on Form 990, Part VII, Section A, line 1a, with respect to the filing organization or a related organization: |  |  |  |
| **a** Receive a severance payment or change-of-control payment? | **4a** |  | X |
| **b** Participate in or receive payment from a supplemental nonqualified retirement plan? | **4b** |  | X |
| **c** Participate in or receive payment from an equity-based compensation arrangement? | **4c** |  | X |
| If "Yes" to any of lines 4a-c, list the persons and provide the applicable amounts for each item in Part III. |  |  |  |
| **Only section 501(c)(3), 501(c)(4), and 501(c)(29) organizations must complete lines 5-9.** |  |  |  |
| **5** For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the revenues of: |  |  |  |
| **a** The organization? | **5a** |  | X |
| **b** Any related organization? | **5b** |  | X |
| If "Yes" on line 5a or 5b, describe in Part III. |  |  |  |
| **6** For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the net earnings of: |  |  |  |
| **a** The organization? | **6a** |  | X |
| **b** Any related organization? | **6b** |  | X |
| If "Yes" on line 6a or 6b, describe in Part III. |  |  |  |
| **7** For persons listed on Form 990, Part VII, Section A, line 1a, did the organization provide any nonfixed payments not described on lines 5 and 6? If "Yes," describe in Part III | **7** |  | X |
| **8** Were any amounts reported on Form 990, Part VII, paid or accrued pursuant to a contract that was subject to the initial contract exception described in Regulations section 53.4958-4(a)(3)? If "Yes," describe in Part III | **8** |  | X |
| **9** If "Yes" on line 8, did the organization also follow the rebuttable presumption procedure described in Regulations section 53.4958-6(c)? | **9** |  |  |

**LHA  For Paperwork Reduction Act Notice, see the Instructions for Form 990.**  **Schedule J (Form 990) 2021**

132111  11-02-21

Schedule J (Form 990) 2021     BURNING MAN PROJECT     45-2638273     Page **2**

| **Part II** | **Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees.** Use duplicate copies if additional space is needed. |

For each individual whose compensation must be reported on Schedule J, report compensation from the organization on row (i) and from related organizations, described in the instructions, on row (ii).
Do not list any individuals that aren't listed on Form 990, Part VII.

**Note:** The sum of columns (B)(i)-(iii) for each listed individual must equal the total amount of Form 990, Part VII, Section A, line 1a, applicable column (D) and (E) amounts for that individual.

| (A) Name and Title | | (B) Breakdown of W-2 and/or 1099-MISC and/or 1099-NEC compensation | | | (C) Retirement and other deferred compensation | (D) Nontaxable benefits | (E) Total of columns (B)(i)-(D) | (F) Compensation in column (B) reported as deferred on prior Form 990 |
|---|---|---|---|---|---|---|---|---|
| | | (i) Base compensation | (ii) Bonus & incentive compensation | (iii) Other reportable compensation | | | | |
| (1) MARIAN GOODELL | (i) | 307,006. | 20,000. | 0. | 0. | 15,943. | 342,949. | 0. |
| DIRECTOR/CHIEF EXECUTIVE OFFICER | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (2) STEVEN BLUMENFELD | (i) | 294,029. | 0. | 0. | 0. | 17,878. | 311,907. | 0. |
| CHIEF TECHNOLOGY OFFICER | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (3) HARLEY K. DUBOIS | (i) | 231,638. | 0. | 0. | 0. | 16,349. | 247,987. | 0. |
| DIRECTOR | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (4) HEATHER WHITE | (i) | 217,818. | 0. | 0. | 0. | 9,905. | 227,723. | 0. |
| CHIEF OPERATING OFFICER | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (5) DOUG ROBERTSON | (i) | 192,166. | 0. | 0. | 0. | 11,715. | 203,881. | 0. |
| DIRECTOR OF FINANCE | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (6) KIM COOK | (i) | 182,046. | 0. | 0. | 0. | 13,964. | 196,010. | 0. |
| DIRECTOR OF ART AND CIVIC ENGAGEMENT | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (7) DANIEL KAUFMAN | (i) | 190,231. | 0. | 0. | 0. | 4,716. | 194,947. | 0. |
| DIRECTOR OF PHILANTHROPIC ENGAGEMENT | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (8) CHARLIE DOLMAN | (i) | 188,030. | 0. | 0. | 0. | 5,770. | 193,800. | 0. |
| DIRECTOR OF EVENT OPERATIONS | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (9) PEDRO VIDAL FLORES | (i) | 180,954. | 0. | 0. | 0. | 6,174. | 187,128. | 0. |
| DIRECTOR OF PEOPLE OPERATIONS | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (10) MATTHEW KWATINETZ | (i) | 182,803. | 0. | 0. | 0. | 0. | 182,803. | 0. |
| DIRECTOR | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (11) NANCI O. PETERSON | (i) | 157,152. | 0. | 0. | 0. | 18,267. | 175,419. | 0. |
| SECRETARY | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (12) STUART MANGRUM | (i) | 172,017. | 0. | 0. | 0. | 265. | 172,282. | 0. |
| DIRECTOR OF PHILOSOPHICAL CENTER | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (13) JONATHAN ROSEN | (i) | 167,952. | 0. | 0. | 0. | 265. | 168,217. | 0. |
| ASSOCIATE DIRECTOR OF PRODUCT AND DE | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (14) RAYMOND ALLEN | (i) | 147,512. | 0. | 8,159. | 0. | 7,469. | 163,140. | 0. |
| GENERAL COUNSEL THROUGH 08/27 | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (15) ALLYSON DERAPS | (i) | 162,825. | 0. | 0. | 0. | 265. | 163,090. | 0. |
| DEPUTY GENERAL COUNSEL | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| | (i) | | | | | | | |
| | (ii) | | | | | | | |

132112 11-02-21          **Schedule J (Form 990) 2021**

Schedule J (Form 990) 2021        BURNING MAN PROJECT                                                    45-2638273                          Page **3**

**Part III** | Supplemental Information

Provide the information, explanation, or descriptions required for Part I, lines 1a, 1b, 3, 4a, 4b, 4c, 5a, 5b, 6a, 6b, 7, and 8, and for Part II. Also complete this part for any additional information.

Schedule J (Form 990) 2021

132113  11-02-21

| SCHEDULE L | Transactions With Interested Persons | OMB No. 1545-0047 |
|---|---|---|

**SCHEDULE L**
**(Form 990)**

**Transactions With Interested Persons**

▶ Complete if the organization answered "Yes" on Form 990, Part IV, line 25a, 25b, 26, 27, 28a, 28b, or 28c, or Form 990-EZ, Part V, line 38a or 40b.
▶ Attach to Form 990 or Form 990-EZ.
▶ Go to www.irs.gov/Form990 for instructions and the latest information.

OMB No. 1545-0047

**2021**

Open To Public Inspection

Department of the Treasury
Internal Revenue Service

| Name of the organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part I** **Excess Benefit Transactions** (section 501(c)(3), section 501(c)(4), and section 501(c)(29) organizations only).

Complete if the organization answered "Yes" on Form 990, Part IV, line 25a or 25b, or Form 990-EZ, Part V, line 40b.

| 1 | (a) Name of disqualified person | (b) Relationship between disqualified person and organization | (c) Description of transaction | (d) Corrected? Yes | No |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

2  Enter the amount of tax incurred by the organization managers or disqualified persons during the year under section 4958 ........................................................................ ▶ $ _____

3  Enter the amount of tax, if any, on line 2, above, reimbursed by the organization ................ ▶ $ _____

**Part II** **Loans to and/or From Interested Persons.**

Complete if the organization answered "Yes" on Form 990-EZ, Part V, line 38a or Form 990, Part IV, line 26; or if the organization reported an amount on Form 990, Part X, line 5, 6, or 22.

| (a) Name of interested person | (b) Relationship with organization | (c) Purpose of loan | (d) Loan to or from the organization? To | From | (e) Original principal amount | (f) Balance due | (g) In default? Yes | No | (h) Approved by board or committee? Yes | No | (i) Written agreement? Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

Total ............................................................ ▶ $

**Part III** **Grants or Assistance Benefiting Interested Persons.**

Complete if the organization answered "Yes" on Form 990, Part IV, line 27.

| (a) Name of interested person | (b) Relationship between interested person and the organization | (c) Amount of assistance | (d) Type of assistance | (e) Purpose of assistance |
|---|---|---|---|---|
| METAMORPH LLC | METAMORPH LLC IS | 15,000. | GRANTS | GENERAL SUPPO |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

LHA  **For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.**     **Schedule L (Form 990) 2021**

SEE PART V FOR CONTINUATIONS

132131  11-02-21

Schedule L (Form 990) 2021          BURNING MAN PROJECT                                    45-2638273              Page **2**

| **Part IV** | **Business Transactions Involving Interested Persons.** |

Complete if the organization answered "Yes" on Form 990, Part IV, line 28a, 28b, or 28c.

| (a) Name of interested person | (b) Relationship between interested person and the organization | (c) Amount of transaction | (d) Description of transaction | (e) Sharing of organization's revenues? | |
|---|---|---|---|---|---|
| | | | | Yes | No |
| MATTHEW KWATINETZ | MATTHEW KWATINETZ I | 195,153. | EMPLOYEE PA | | X |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| **Part V** | **Supplemental Information.** |

Provide additional information for responses to questions on Schedule L (see instructions).

SCH L, PART III, GRANTS OR ASSISTANCE BENEFITTING INTERESTED PERSONS:

(A) NAME OF PERSON: METAMORPH LLC

(B) RELATIONSHIP BETWEEN INTERESTED PERSON AND ORGANIZATION:

METAMORPH LLC IS OWNED BY THE SPOUSE OF MICHAEL MIKEL, DIRECTOR

(C) AMOUNT OF GRANT $  15,000.

(D) TYPE OF ASSISTANCE: GRANTS

(E) PURPOSE OF ASSISTANCE: GENERAL SUPPORT


SCH L, PART IV, BUSINESS TRANSACTIONS INVOLVING INTERESTED PERSONS:

(A) NAME OF PERSON: MATTHEW KWATINETZ

(B) RELATIONSHIP BETWEEN INTERESTED PERSON AND ORGANIZATION:

MATTHEW KWATINETZ IS A DIRECTOR OF BURNING MAN PROJECT

(C) AMOUNT OF TRANSACTION $ 195,153.

(D) DESCRIPTION OF TRANSACTION: EMPLOYEE PAYROLL

(E) SHARING OF ORGANIZATION REVENUES? = NO

132132  11-02-21

| SCHEDULE M | **Noncash Contributions** | OMB No. 1545-0047 |
|---|---|---|
| **(Form 990)** | | **2021** |

▶ **Complete if the organizations answered "Yes" on Form 990, Part IV, lines 29 or 30.**
▶ **Attach to Form 990.**
▶ **Go to www.irs.gov/Form990 for instructions and the latest information.**

Department of the Treasury
Internal Revenue Service

**Open to Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part I   Types of Property**

| | | (a) Check if applicable | (b) Number of contributions or items contributed | (c) Noncash contribution amounts reported on Form 990, Part VIII, line 1g | (d) Method of determining noncash contribution amounts |
|---|---|---|---|---|---|
| 1 | Art - Works of art | | | | |
| 2 | Art - Historical treasures | | | | |
| 3 | Art - Fractional interests | | | | |
| 4 | Books and publications | | | | |
| 5 | Clothing and household goods | | | | |
| 6 | Cars and other vehicles | X | 1 | 5,425. | FMV |
| 7 | Boats and planes | | | | |
| 8 | Intellectual property | | | | |
| 9 | Securities - Publicly traded | X | 4 | 543,550. | AVERAGE HI/LO |
| 10 | Securities - Closely held stock | | | | |
| 11 | Securities - Partnership, LLC, or trust interests | | | | |
| 12 | Securities - Miscellaneous | | | | |
| 13 | Qualified conservation contribution - Historic structures | | | | |
| 14 | Qualified conservation contribution - Other | | | | |
| 15 | Real estate - Residential | | | | |
| 16 | Real estate - Commercial | | | | |
| 17 | Real estate - Other | | | | |
| 18 | Collectibles | | | | |
| 19 | Food inventory | | | | |
| 20 | Drugs and medical supplies | | | | |
| 21 | Taxidermy | | | | |
| 22 | Historical artifacts | | | | |
| 23 | Scientific specimens | | | | |
| 24 | Archeological artifacts | | | | |
| 25 | Other ▶ ( _____ ) | | | | |
| 26 | Other ▶ ( _____ ) | | | | |
| 27 | Other ▶ ( _____ ) | | | | |
| 28 | Other ▶ ( _____ ) | | | | |

29   Number of Forms 8283 received by the organization during the tax year for contributions
     for which the organization completed Form 8283, Part V, Donee Acknowledgement .......... | **29** | |

| | | | Yes | No |
|---|---|---|---|---|
| 30a | During the year, did the organization receive by contribution any property reported in Part I, lines 1 through 28, that it must hold for at least three years from the date of the initial contribution, and which isn't required to be used for exempt purposes for the entire holding period? ..................................... | **30a** | | X |
| **b** | If "Yes," describe the arrangement in Part II. | | | |
| 31 | Does the organization have a gift acceptance policy that requires the review of any nonstandard contributions? ........... | **31** | X | |
| 32a | Does the organization hire or use third parties or related organizations to solicit, process, or sell noncash contributions? ..................................... | **32a** | | X |
| **b** | If "Yes," describe in Part II. | | | |
| 33 | If the organization didn't report an amount in column (c) for a type of property for which column (a) is checked, describe in Part II. | | | |

LHA   **For Paperwork Reduction Act Notice, see the Instructions for Form 990.**          **Schedule M (Form 990) 2021**

132141  11-17-21

Schedule M (Form 990) 2021    BURNING MAN PROJECT                                          45-2638273          Page **2**

| Part II | **Supplemental Information.** Provide the information required by Part I, lines 30b, 32b, and 33, and whether the organization is reporting in Part I, column (b), the number of contributions, the number of items received, or a combination of both. Also complete this part for any additional information. |

SCHEDULE M, PART I, COLUMN (B):

NUMBER OF CONTRIBUTIONS

**SCHEDULE O**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

# Supplemental Information to Form 990 or 990-EZ

**Complete to provide information for responses to specific questions on Form 990 or 990-EZ or to provide any additional information.**
► **Attach to Form 990 or Form 990-EZ.**
► **Go to www.irs.gov/Form990 for the latest information.**

OMB No. 1545-0047

**2021**

**Open to Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

FORM 990, PART I, LINE 1, DESCRIPTION OF ORGANIZATION MISSION:

EDUCATION, AND CIVIC ENGAGEMENT.


FORM 990, PART III, LINE 1, DESCRIPTION OF ORGANIZATION MISSION:

RADICAL SELF-EXPRESSION, COMMUNAL EFFORT, CIVIC RESPONSIBILITY, LEAVING

NO TRACE, PARTICIPATION, AND IMMEDIACY THROUGH ARTS, CULTURE,

EDUCATION, AND CIVIC ENGAGEMENT.


FORM 990, PART III, LINE 4A, PROGRAM SERVICE ACCOMPLISHMENTS:

PARTICIPATORY. BRC IS A MANIFESTATION OF ART'S CULTURE-BUILDING

CAPACITY, ONE OF ART'S MOST VALUABLE FUNCTIONS AND ONE THAT IS VITAL TO

A THRIVING SOCIETY.


FORM 990, PART III, LINE 4B, PROGRAM SERVICE ACCOMPLISHMENTS:

OF BURNING MAN AND BMP'S EXEMPT PURPOSES.


FORM 990, PART III, LINE 4C, PROGRAM SERVICE ACCOMPLISHMENTS:

BURNERS WITHOUT BORDERS (""BWB"") SUPPORTS COMMUNITIES' INHERENT

CAPACITY TO THRIVE IN THE FACE OF CHALLENGES (BE THEY ECONOMIC, NATURAL

DISASTER, OR SOCIAL INEQUITY) BY ACTIVATING INNOVATIVE, GRASSROOTS

INITIATIVES AND APPROACHES TO RECOVERY THAT ARE INSPIRED BY BURNING

MAN'S MISSION AND LED BY BURNING MAN PARTICIPANTS. THESE ACTIVITIES

FURTHER BMP'S MISSION AND ALL OF ITS EXEMPT PURPOSES, PARTICULARLY

CIVIC ENGAGEMENT AND EDUCATION.


FORM 990, PART III, LINE 4D, OTHER PROGRAM SERVICES:

**LHA   For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.**                    **Schedule O (Form 990) 2021**

132211  11-11-21

| Schedule O (Form 990) 2021 | Page **2** |
|---|---|

| Name of the organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

BURNING MAN CULTURE AND METHODOLOGY HAS PROVEN TO BE OF GREAT INTEREST

TO DIVERSE CONSTITUENCIES, INCLUDING MUNICIPALITIES, NONPROFITS,

CORPORATIONS, AND ORGANIZATIONS DEVOTED TO CIVIC ENGAGEMENT, ART AND

CULTURE, VOLUNTEERISM, AND PROCESS MANAGEMENT. THESE ACTIVITIES WERE

SELECTED BASED ON THEIR CONSISTENCY WITH BURNING MAN PROJECT'S EXEMPT

PURPOSES AND THE TEN PRINCIPLES. ADDITIONALLY, THROUGHOUT THE YEAR,

BURNING MAN PROJECT CONDUCTED A SERIES OF EDUCATIONAL PANELS AND

WORKSHOPS INTRODUCING ASPECTS OF BURNING MAN CULTURE TO A BROAD

CROSS-SECTION OF PROFESSIONAL AND PUBLIC AUDIENCES.


SINCE 2014, AS A SERVICE TO THE COMMUNITY, BURNING MAN HAS ADMINISTERED

A MODEL C FISCAL SPONSORSHIP/ GRANTMAKING PROGRAM, WHICH HAS EMPOWERED

MISSION ALIGNED ART AND CIVIC ENGAGEMENT PROJECTS TO FUNDRAISE TO A

GREATER CAPACITY IN LOCAL COMMUNITIES. A LEGACY PROGRAM FROM THE BLACK

ROCK ARTS FOUNDATION, BURNING MAN'S FISCAL SPONSORSHIP PROGRAM WAS

EXPANDED IN 2016 TO INCLUDE NOT ONLY BLACK ROCK CITY HONORARIA

RECIPIENTS, BUT SELF-FUNDED ART AND CIVIC PROJECTS DESTINED FOR BLACK

ROCK CITY, CIVIC ART PROJECTS AND GLOBAL ART GRANT RECIPIENTS, AND

OTHER MISSION ALIGNED PROJECTS OUTSIDE OF BLACK ROCK CITY.

EXPENSES $ 2,198,024.   INCLUDING GRANTS OF $ 92,499.  REVENUE $ 737.


FORM 990, PART VI, SECTION A, LINE 2:

BOARD MEMBERS WILL ROGER PETERSON AND NANCI O. PETERSON ARE A MARRIED

COUPLE.

BOARD MEMBERS FARHAD MOHIT AND NUSHIN SABET ARE A MARRIED COUPLE.


FORM 990, PART VI, SECTION B, LINE 11B:

THE INFORMATION REQUIRED TO BE REPORTED ON THIS FORM 990 WAS INITIALLY

Name of the organization
BURNING MAN PROJECT

**Employer identification number**
45-2638273

COMPILED BY THE ORGANIZATION'S FINANCE AND ACCOUNTING DEPARTMENT, PRIMARILY

RELYING ON THE ORGANIZATION'S GENERAL LEDGER, AUDITED FINANCIAL STATEMENTS,

AND OTHER FINANCIAL SYSTEMS. THE ORGANIZATION'S DIRECTOR OF FINANCE,

CONTROLLER, LEGAL COUNSEL, OUTSIDE COUNSEL, AND EXTERNAL TAX ADVISORS THEN

PARTICIPATED IN A SERIES OF DETAILED REVIEWS OF THE FORM 990. THE FORM 990

WAS ALSO REVIEWED BY THE ORGANIZATION'S SENIOR MANAGEMENT, INCLUDING THE

CEO AND TREASURER. A COMPLETE COPY WAS PROVIDED TO EACH MEMBER OF THE BOARD

OF DIRECTORS FOR AN OPPORTUNITY TO REVIEW AND COMMENT.


FORM 990, PART VI, SECTION B, LINE 12C:

THE ORGANIZATION REGULARLY AND CONSISTENTLY MONITORS AND ENFORCES

COMPLIANCE WITH ITS CONFLICT OF INTEREST POLICY BY REQUIRING ONGOING

DISCLOSURE OF POTENTIAL CONFLICTS WHEN WARRANTED AND, SPECIFICALLY, ON AN

ANNUAL BASIS, REVIEW OF SUCH DISCLOSURES BY THE BOARD OF DIRECTORS, AND BY

RECUSAL BY CONFLICTED INDIVIDUALS FROM BOARD DELIBERATIONS AND

DECISION-MAKING REGARDING SUCH TRANSACTIONS. A CONFLICT OF INTEREST

DISCLOSURE STATEMENT MUST BE COMPLETED, SIGNED AND RETURNED TO CEO, IF FOR

STAFF, OR THE BOARD OF DIRECTORS IF FOR DIRECTORS OR BOARD COMMITTEE

MEMBERS.


FORM 990, PART VI, SECTION B, LINE 15:

THE BOARD HAS A WRITTEN BOARD APPROVAL OF COMPENSATION POLICY THAT INCLUDES

A REQUIREMENT THAT ALL COMPENSATION BE FAIR AND REASONABLE TO THE

ORGANIZATION, AND DETERMINED BASED UPON SURVEY COMPENSATION COMPARABILITY

DATA.  BMP SUBSCRIBES TO TWO RECOGNIZED NONPROFIT SALARY SURVEYS, ONE

SPECIFICALLY FOR NORTHERN CALIFORNIA, WHERE MOST OF ITS STAFF ARE EMPLOYED.

THE BOARD DELEGATES DETERMINATION OF COMPENSATION FOR OTHER STAFF TO THE

CEO, WHO IS REQUIRED CONTRACTUALLY TO ABIDE BY THE BOARD APPROVAL OF

| Name of the organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

COMPENSATION POLICY, AND ALL OTHER BOARD POLICIES IN DETERMINING

COMPENSATION.  WHERE APPROPRIATE, THE BOARD SEEKS THE ADVICE OF THE

ORGANIZATION'S GENERAL COUNSEL AND APPROPRIATE EXTERNAL LEGAL COUNSEL AND

CPAS.


FORM 990, PART VI, SECTION C, LINE 19:

BURNING MAN PROJECT'S BYLAWS AND FORM 990 FILINGS ARE AVAILABLE AS A

DOWNLOADABLE PDF ON THE PUBLIC DOCUMENTS SECTION OF THE ORGANIZATION'S

WEBSITE. COPIES OF BURNING MAN PROJECT'S GOVERNING DOCUMENTS, FINANCIAL

STATEMENTS, AND CONFLICT OF INTEREST POLICY CAN BE OBTAINED BY REQUEST FROM

BURNING MAN PROJECT.


FORM 990, PART XII, LINE 2C:

THE ORGANIZATION DID NOT CHANGE ITS OVERSIGHT PROCESS OR SELECTION

PROCESS DURING THE TAX YEAR.

| SCHEDULE R<br>(Form 990) | **Related Organizations and Unrelated Partnerships**<br>▶ Complete if the organization answered "Yes" on Form 990, Part IV, line 33, 34, 35b, 36, or 37.<br>▶ Attach to Form 990.<br>▶ Go to www.irs.gov/Form990 for instructions and the latest information. | OMB No. 1545-0047<br>**2021**<br>Open to Public<br>Inspection |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | |

| Name of the organization | Employer identification number |
|---|---|
| BURNING MAN PROJECT | 45-2638273 |

**Part I**  **Identification of Disregarded Entities.** Complete if the organization answered "Yes" on Form 990, Part IV, line 33.

| (a)<br>Name, address, and EIN (if applicable)<br>of disregarded entity | (b)<br>Primary activity | (c)<br>Legal domicile (state or<br>foreign country) | (d)<br>Total income | (e)<br>End-of-year assets | (f)<br>Direct controlling<br>entity |
|---|---|---|---|---|---|
| BLACK ROCK CITY LLC - 94-3319618<br>660 ALABAMA STREET 4TH FLOOR<br>SAN FRANCISCO, CA  94110 | ARTS, CULTURAL, CIVIC<br>EVENTS | NEVADA | 0. | 5,187,293. | BURNING MAN PROJECT |
| BLACK ROCK CITY PROPERTIES LLC<br>660 ALABAMA STREET 4TH FLOOR<br>SAN FRANCISCO, CA  94110 | REAL ESTATE HOLDING COMPANY | NEVADA | 0. | 562,743. | BLACK ROCK CITY LLC |
| FUTURE MAN LLC<br>660 ALABAMA STREET 4TH FLOOR<br>SAN FRANCISCO, CA  94110 | REAL ESTATE HOLDING COMPANY | NEVADA | 0. | 0. | BURNING MAN PROJECT |
| GT NV MANAGER, LLC<br>660 ALABAMA STREET 4TH FLOOR<br>SAN FRANCISCO, CA  94110 | HOLDING COMPANY | DELAWARE | 0. | 0. | BURNING MAN PROJECT |

**Part II**  **Identification of Related Tax-Exempt Organizations.** Complete if the organization answered "Yes" on Form 990, Part IV, line 34, because it had one or more related tax-exempt organizations during the tax year.

| (a)<br>Name, address, and EIN<br>of related organization | (b)<br>Primary activity | (c)<br>Legal domicile (state or<br>foreign country) | (d)<br>Exempt Code<br>section | (e)<br>Public charity<br>status (if section<br>501(c)(3)) | (f)<br>Direct controlling<br>entity | (g)<br>Section 512(b)(13)<br>controlled<br>entity? ||
|---|---|---|---|---|---|---|---|
| | | | | | | Yes | No |
| BLACK ROCK ARTS FOUNDATION - 91-2130056<br>660 ALABAMA STREET 4TH FLOOR<br>SAN FRANCISCO, CA  94110 | ARTS, CULTURAL, CIVIC<br>EVENTS | CALIFORNIA | 501(C)(3) | LINE 7 | BURNING MAN<br>PROJECT | | X |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 990.**  **Schedule R (Form 990) 2021**

132161  11-17-21    LHA

Schedule R (Form 990)    BURNING MAN PROJECT                                    45-2638273

| Part I | Continuation of Identification of Disregarded Entities |

| (a)<br>Name, address, and EIN<br>of disregarded entity | (b)<br>Primary activity | (c)<br>Legal domicile (state or<br>foreign country) | (d)<br>Total income | (e)<br>End-of-year assets | (f)<br>Direct controlling<br>entity |
|---|---|---|---|---|---|
| GREEN TREE NEVADA PROPERTIES, LLC -<br>84-4600942, 660 ALABAMA STREET 4TH FLOOR,<br>SAN FRANCISCO, CA 94110 | ARTS, CULTURAL, CIVIC<br>EVENTS | NEVADA | 0. | 513,001. | GT NV MANAGER, LLC |
| GERLACH HOLDINGS LLC - 46-1616188<br>660 ALABAMA STREET 4TH FLOOR<br>SAN FRANCISCO, CA 94110 | REAL ESTATE HOLDING COMPANY | CALIFORNIA | 0. | 0. | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

132221
04-01-21

Schedule R (Form 990) 2021   BURNING MAN PROJECT                                    45-2638273          Page **2**

**Part III**  **Identification of Related Organizations Taxable as a Partnership.**  Complete if the organization answered "Yes" on Form 990, Part IV, line 34, because it had one or more related organizations treated as a partnership during the tax year.

| (a)<br>Name, address, and EIN<br>of related organization | (b)<br>Primary activity | (c)<br>Legal domicile<br>(state or<br>foreign<br>country) | (d)<br>Direct controlling<br>entity | (e)<br>Predominant income<br>(related, unrelated,<br>excluded from tax under<br>sections 512-514) | (f)<br>Share of total<br>income | (g)<br>Share of<br>end-of-year<br>assets | (h)<br>Disproportionate<br>allocations?<br>Yes / No | (i)<br>Code V-UBI<br>amount in box<br>20 of Schedule<br>K-1 (Form 1065) | (j)<br>General or<br>managing<br>partner?<br>Yes / No | (k)<br>Percentage<br>ownership |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**Part IV**  **Identification of Related Organizations Taxable as a Corporation or Trust.**  Complete if the organization answered "Yes" on Form 990, Part IV, line 34, because it had one or more related organizations treated as a corporation or trust during the tax year.

| (a)<br>Name, address, and EIN<br>of related organization | (b)<br>Primary activity | (c)<br>Legal domicile<br>(state or<br>foreign<br>country) | (d)<br>Direct controlling<br>entity | (e)<br>Type of entity<br>(C corp, S corp,<br>or trust) | (f)<br>Share of total<br>income | (g)<br>Share of<br>end-of-year<br>assets | (h)<br>Percentage<br>ownership | (i)<br>Section<br>512(b)(13)<br>controlled<br>entity?<br>Yes / No |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

132162  11-17-21                                                                 **Schedule R (Form 990) 2021**

Schedule R (Form 990) 2021   BURNING MAN PROJECT                                                            45-2638273        **Page 3**

| Part V | Transactions With Related Organizations. | Complete if the organization answered "Yes" on Form 990, Part IV, line 34, 35b, or 36. |

**Note:** Complete line 1 if any entity is listed in Parts II, III, or IV of this schedule.

| | | Yes | No |
|---|---|---|---|
| **1** | During the tax year, did the organization engage in any of the following transactions with one or more related organizations listed in Parts II-IV? | | |
| **a** | Receipt of **(i)** interest, **(ii)** annuities, **(iii)** royalties, or **(iv)** rent from a controlled entity | 1a | | X |
| **b** | Gift, grant, or capital contribution to related organization(s) | 1b | | X |
| **c** | Gift, grant, or capital contribution from related organization(s) | 1c | | X |
| **d** | Loans or loan guarantees to or for related organization(s) | 1d | | X |
| **e** | Loans or loan guarantees by related organization(s) | 1e | | X |
| **f** | Dividends from related organization(s) | 1f | | X |
| **g** | Sale of assets to related organization(s) | 1g | | X |
| **h** | Purchase of assets from related organization(s) | 1h | | X |
| **i** | Exchange of assets with related organization(s) | 1i | | X |
| **j** | Lease of facilities, equipment, or other assets to related organization(s) | 1j | | X |
| **k** | Lease of facilities, equipment, or other assets from related organization(s) | 1k | | X |
| **l** | Performance of services or membership or fundraising solicitations for related organization(s) | 1l | | X |
| **m** | Performance of services or membership or fundraising solicitations by related organization(s) | 1m | | X |
| **n** | Sharing of facilities, equipment, mailing lists, or other assets with related organization(s) | 1n | | X |
| **o** | Sharing of paid employees with related organization(s) | 1o | X | |
| **p** | Reimbursement paid to related organization(s) for expenses | 1p | | X |
| **q** | Reimbursement paid by related organization(s) for expenses | 1q | | X |
| **r** | Other transfer of cash or property to related organization(s) | 1r | | X |
| **s** | Other transfer of cash or property from related organization(s) | 1s | | X |

**2** If the answer to any of the above is "Yes," see the instructions for information on who must complete this line, including covered relationships and transaction thresholds.

| (a)<br>Name of related organization | (b)<br>Transaction<br>type (a-s) | (c)<br>Amount involved | (d)<br>Method of determining amount involved |
|---|---|---|---|
| **(1)** | | | |
| **(2)** | | | |
| **(3)** | | | |
| **(4)** | | | |
| **(5)** | | | |
| **(6)** | | | |

Schedule R (Form 990) 2021    BURNING MAN PROJECT        45-2638273    **Page 4**

| **Part VI** | **Unrelated Organizations Taxable as a Partnership.** Complete if the organization answered "Yes" on Form 990, Part IV, line 37. |
|---|---|

Provide the following information for each entity taxed as a partnership through which the organization conducted more than five percent of its activities (measured by total assets or gross revenue) that was not a related organization. See instructions regarding exclusion for certain investment partnerships.

| (a) Name, address, and EIN of entity | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Predominant income (related, unrelated, excluded from tax under sections 512-514) | (e) Are all partners sec. 501(c)(3) orgs.? Yes | No | (f) Share of total income | (g) Share of end-of-year assets | (h) Disproportionate allocations? Yes | No | (i) Code V-UBI amount in box 20 of Schedule K-1 (Form 1065) | (j) General or managing partner? Yes | No | (k) Percentage ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

Schedule R (Form 990) 2021

132164 11-17-21

Schedule R (Form 990) 2021        BURNING MAN PROJECT                                45-2638273        Page **5**

| Part VII | Supplemental Information |

Provide additional information for responses to questions on Schedule R. See instructions.