**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BLACK ROCK CITY LLC, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DEB HAALAND, )<br>SECRETARY OF THE INTERIOR, *et al.* )<br>)<br>Defendants. ) | Civil Action No. 19-cv-03729-DLF |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Attorneys' Fees and Costs, Dkt. 44, the Motion is hereby DENIED.

SO ORDERED this ___ day of _____ 2023.

_____
Judge Dabney L. Friedrich