IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACK ROCK CITY LLC and <br> BURNING MAN PROJECT <br><br> Plaintiffs, <br><br> v. <br><br> DEBRA HAALAND, <br> SECRETARY OF THE INTERIOR *et al.* <br><br> Defendants. | Civ. Action No. 1:19-cv-03729-DLF <br><br> SUPPLEMENTAL DECLARATION OF ADAM BELSKY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES |

I, Adam Belsky, hereby declare and state that:

1. I submit this supplemental declaration in support of the Plaintiffs' motion for attorneys' fees and other expenses in the above-captioned case. The facts set forth below are based on my personal knowledge. If called as a witness in these proceedings, I could and would testify competently to these facts.

2. I am the General Counsel for the Burning Man Project. I have worked for the Burning Man Project and its predecessors and subsidiaries, including Black Rock City LLC (collectively referred to as "BMP"), since February 1, 2022.

3. I previously submitted a Declaration in support of Plaintiffs' Motion for Attorneys' Fees and Expenses (ECF No. 44-4). All statements in my first Declaration are restated and incorporated herein.

4. Burning Man Project is a nonprofit 501(c)(3) organization that was organized in 2013. Black Rock City LLC ("BRC") has been a disregarded entity wholly owned by Burning

Man Project since 2013. BRC retains no profits and all earnings of Plaintiffs are dedicated to the charitable mission and activities of BMP.

5. Because BMP is a non-profit organization, any profits from the annual Event are applied to planning and development of the following year's Event, charitable activities, or Event-related expenditures. BMP has no profit surplus for significant additional year-round employment.

6. Plaintiffs do not have extra profits or resources to support more than 500 year-round employees, nor have any need for such a large year-round workforce.

7. I directed BMP's Human Resources Department (called "People Operations" at BMP) to review Plaintiffs' employment records concerning full-time employees. Plaintiffs have never employed more than 160 full-time workers in a single year. From 2015 to present, Plaintiffs have employed less than 500 year-round employees.

8. Plaintiffs rely on temporary workers and volunteers to operate its Event, which runs from the Sunday before Labor Day through Labor Day. These volunteers perform tasks that are specific to the Event and have no purpose or function outside of the Event. Outside of Event season, Plaintiffs have less than 200 employees.

9. At the time this lawsuit was filed in December 2019, BMP had 133 employees. In order to calculate the number of employees at the time of filing this lawsuit, I asked BMP's People Operations to subtract the number of Event-related seasonal employees who were terminated prior to December of 2019 (consistent with Plaintiffs' practices each year) from the total number of employees (986) listed in BMP's IRS 990 Form for the year 2019.

10. Holland & Knight LLP has represented BMP in this litigation and in other matters for at least five years. BMP had also previously retained David Levin of Levin Law Firm to assist with disputes and legal issues relating to BMP's use of public lands for its annual Event.

11. As General Counsel for BMP, I review and approve the legal bills of BMP's outside counsel, including those of Holland & Knight LLP and Levin Law Firm.

12. Holland & Knight LLP's and Levin Law Firm's bills are drafted in a manner that are comprehensible and appropriately illustrate the time spent on legal tasks. BMP does not require that outside counsel utilize special procedures outside of standard legal billing practices.

13. As General Counsel for BMP, I have not challenged any time expended or time entries provided by Holland & Knight LLP or Levin Law Firm for this litigation. It is my belief that all time expended has been reasonable and necessary for representation in this lawsuit. I am also not personally aware of any such challenges by my predecessor.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge and belief.

DATE: September 28, 2023

_____
Adam Belsky
General Counsel
Burning Man Project