# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BLACK ROCK CITY LLC and<br>BURNING MAN PROJECT<br><br>    Plaintiffs,<br><br>v.<br><br>DEBRA HAALAND,<br>SECRETARY OF THE INTERIOR *et al.*<br><br>    Defendants. | Civ. Action No. 1:19-cv-03729-DLF<br><br>SUPPLEMENTAL DECLARATION OF<br>RAFE PETERSEN IN SUPPORT OF<br>PLAINTIFFS' MOTION FOR<br>ATTORNEYS' FEES AND EXPENSES |

I, Rafe Petersen, hereby declare and state that:

1. I submit this supplemental declaration in support of the Plaintiffs' motion for attorneys' fees and other expenses in the above-captioned case. The facts set forth below are based on my personal knowledge. If called as a witness in these proceedings, I could and would testify competently to these facts.

2. I am a partner at Holland & Knight LLP ("Holland & Knight") and I am based in the Washington D.C. office located at 800 17th Street Northwest, Suite 1100, Washington D.C. 20006.

3. I previously submitted a Declaration in support of Plaintiffs' Motion for Attorneys' Fees and Costs (ECF No. 44-3). All statements in my first Declaration are restated and incorporated herein.

4. I have over 26 years of experience in private practice and experience in billing to private clients.

5. I oversaw the litigation of this matter and also managed the billing of costs and attorney's fees to Plaintiff Burning Man Project ("BMP").

6. Our calculation of fees owed under EAJA is based on the hours charged in the final bills that were sent to BMP each month, which were paid in full.

7. Consistent with standard practice in the legal industry, attorneys at Holland & Knight LLP bill time in .1-hour (six-minute) increments on a daily basis and briefly describe the tasks performed during the billed timeframe. Brief, common phrases are frequently used between time entries to describe the tasks performed, to provide consistency to the client and ensure the bills are understandable to a layperson.

8. We have provided legal services to BMP for over five years, and we have utilized these same standard billing practices for the entirety of this relationship.

9. BMP does not require us to take any steps outside of these standard billing practices, such as describing the amount of time spent on specific sub-tasks within a billed timeframe or providing more elaborate descriptions of the work performed.

10. Each month, I am provided a draft bill that I review in order to determine whether it is accurate and reflects a reasonable time for the work performed. As a result, the final bills sent to the client usually reflect less time than our attorneys actually expended on such tasks.

11. In presenting this request for attorneys' fees, I made a good faith effort to include only proper and reasonable attorney's fees and costs in the calculation of recoverable fees and costs under EAJA, and to remove fees from the bills that are excessive, redundant, or otherwise unnecessary.

12. In overseeing this matter, I made a good faith effort to maintain a lean staff (usually only one associate for any task), to exercise good billing judgment, and to work effectively and efficiently in the successful representation of Plaintiffs.

13. During the summer of 2023, I utilized a summer associate, Bishop Walton, to assist with research and drafting of this fee petition in an effort to minimize costs. Like myself and the other associates that worked on this matter, Bishop Walton was based in Holland & Knight's Washington D.C. office at the time that he worked on this case. Bishop Walton completed this work under my oversight.

14. Our attorneys utilize administrative assistants wherever possible for non-legal tasks, which is time that is not billed to the client and therefore not included in Plaintiffs' fee petition.

15. As is typical with litigation partners in private practice, and to ensure competent representation of our clients, I expect my associates to verify consistency with local rules prior to filing on behalf of the client.

16. Meetings with the litigation team and the client are standard legal practice and reasonably necessary for effective representation. Meetings with other teams working on related matters for the client, such as the political team, are also reasonably necessary to inform overall litigation strategy.

17. I made a good faith effort not to include any attorney time relating to lobbying, political efforts, media relations, or other tasks not relevant to this litigation in this fee petition.

18. I did not include fees and costs associated with briefing these issues before the Interior Board of Land Appeals ("IBLA") prior to commencing this action, nor did I include

fees and costs incurred in connection with the appeal of this case or our participation in the D.C. Circuit's mediation program.

19. Fees incurred in connection with addressing jurisdictional issues initially raised in the case relating to the IBLA appeals are included in this fee request because they were necessary for jurisdictional purposes and conducted at the request of opposing counsel.

20. Fees incurred in connection with NEPA, permitting, and similarly related topics were also included in this fee request to the extent that such fees relate to the matters at issue in this litigation (*i.e.,* the reasonableness of BLM's cost recovery claims).

21. Also included in this fee request are fees incurred in connection with EAJA analyses performed while the appeal and mediation were ongoing, for use in discussions with Defendants' counsel and to prepare for filing this EAJA request. All of these entries were reasonably necessary to preparation and filing of this EAJA request.

22. A list of Holland & Knight's recoverable costs and fees specifically relating to EAJA is attached hereto as **Exhibit 1** with sufficient detail to generally understand the tasks performed. These are in addition to the costs and fees included in my first Declaration submitted in support of Plaintiffs' Motion for Attorneys' Fees and Costs (ECF No. 44-3).

23. Holland & Knight applied the lodestar method in calculating the amount recoverable under EAJA.

24. In calculating the total amount of attorney's fees recoverable under EAJA, Holland & Knight utilized the annual statutory maximum hourly rates under EAJA with the inflation adjustment recognized by the Ninth Circuit, and multiplied this applicable yearly rate to the number of recoverable hours performed in that year.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge and belief.

DATE: September 28, 2023

_____
Rafe Petersen
Holland & Knight LLP

# EXHIBIT 1

**HOLLAND & KNIGHT LLP'S REMAINING ATTORNEYS' FEES FOR CASE 1:19-CV-03729**

| WORK DATE | TIME KEEPER | POSITION | TIME KEEPER'S HOURS | TIME KEEPER'S CHARGED RATE | TIME KEEPER'S CHARGED FEE | EAJA RATES | EAJA FEE REIMBURSEMENT | FEE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 3/22/2022 | Ward, Alexandra E. | Associate | 5.20 | $496.00 | $2,579.20 | $231.49/Hour | $1,203.75 | Research pursuit of fee awards under the Equal Access to Justice Act; summarize process and requirements under the EAJA for obtaining a fee |
| 3/23/2022 | Petersen, Rafe | Partner | 1.80 | $908.00 | $1,634.40 | $231.49/Hour | $416.68 | Outline fees petition and review of past invoices for invoice. Review and analysis of charts regarding fees petition. |
| 3/24/2022 | Petersen, Rafe | Partner | 0.80 | $908.00 | $726.40 | $231.49/Hour | $185.19 | Discussions and analysis related to costs and fees petition. |
| 3/25/2022 | Petersen, Rafe | Partner | 1.00 | $908.00 | $908.00 | $231.49/Hour | $231.49 | Conference call with M. Benson and A. Belsky regarding impact of opinion and strategy. Follow-up discussions concerning same. |
| 3/30/2022 | Petersen, Rafe | Partner | 0.80 | $908.00 | $726.40 | $231.49/Hour | $185.19 | Review and analysis of response from USDOJ related to request to consider fees petition. Discussions and analysis related to eligibility for attorney's fees. |
| 3/30/2022 | Ward, Alexandra E. | Associate | 3.40 | $496.00 | $1,686.40 | $231.49/Hour | $787.07 | Research eligibility under the EAJA for award of fees to BMP as a 501c3 nonprofit organization. |
| 3/31/2022 | Petersen, Rafe | Partner | 1.50 | $908.00 | $1,362.00 | $231.49/Hour | $347.24 | Discussions and analysis related to USDOJ's response to offer to consider fee petition. |
| 3/31/2022 | Ward, Alexandra E. | Associate | 0.40 | $496.00 | $198.40 | $231.49/Hour | $92.60 | Review response from Defendant attorney regarding EAJA eligibility and consider response; send thoughts re eligibility and response to R. Petersen. |
| 3/31/2022 | Ward, Alexandra E. | Associate | 5.20 | $496.00 | $2,579.20 | $231.49/Hour | $1,203.75 | Research eligibility under the EAJA through review of BMP public documents and Form 990s; draft summary of same to R. Petersen; research case law regarding EAJA eligibility, timing of motion, and EAJA applicability to a remand; draft summary of same to R. Petersen. |
| 4/1/2022 | Petersen, Rafe | Partner | 0.60 | $908.00 | $544.80 | $231.49/Hour | $138.89 | Review and analysis of research concerning eligibility for fees. Follow-up discussions with USDOJ concerning same. |
| 4/1/2022 | Ward, Alexandra E. | Associate | 4.30 | $496.00 | $2,132.80 | $231.49/Hour | $995.41 | Research case law regarding EAJA fee applicability and number of employees; draft summary of same to R. Petersen; confer with client regarding employment numbers at time of filing administrative appeal. |
| 4/5/2022 | Petersen, Rafe | Partner | 0.30 | $908.00 | $272.40 | $231.49/Hour | $69.45 | Update team concerning discussions with USDOJ regarding EAJA eligibility. |
| 4/26/2022 | Petersen, Rafe | Partner | 1.30 | $908.00 | $1,180.40 | $231.49/Hour | $300.94 | Discussions and analysis related to estimating amount of attorneys fees and costs owed Burning Man Project. |
| 5/6/2022 | Petersen, Rafe | Partner | 1.70 | $908.00 | $1,543.60 | $231.49/Hour | $393.53 | Conference call with P. Turcke (USDOJ) regarding settlement possibilities for attorneys fees under EAJA. Follow-up discussions concerning proposal for attorneys fees. |
| 5/6/2022 | Ward, Alexandra E. | Associate | 2.50 | $496.00 | $1,240.00 | $231.49/Hour | $578.73 | Confer with R. Petersen re EAJA fees and conduct analysis regarding same. |
| 5/11/2022 | Petersen, Rafe | Partner | 1.10 | $908.00 | $998.80 | $231.49/Hour | $254.64 | Discussions and analysis related to rates for fee petition. |
| 5/11/2022 | Ward, Alexandra E. | Associate | 0.40 | $496.00 | $198.40 | $231.49/Hour | $92.60 | Discuss EAJA analysis with R. Petersen, to determine next steps in preparing for EAJA settlement discussions. |
| 5/18/2022 | Petersen, Rafe | Partner | 2.80 | $908.00 | $2,542.40 | $231.49/Hour | $648.17 | Discussions and analysis related to attorney's fees. |
| 5/19/2022 | Ward, Alexandra E. | Associate | 2.20 | $496.00 | $1,091.20 | $231.49/Hour | $509.28 | Confer with R. Petersen re EAJA fees for EAJA settlement negotiations, and conduct analysis of same. |
| 5/20/2022 | Petersen, Rafe | Partner | 0.40 | $908.00 | $363.20 | $231.49/Hour | $92.60 | Discussions and analysis related to fees and cost recovery. |
| 5/20/2022 | Ward, Alexandra E. | Associate | 3.40 | $496.00 | $1,686.40 | $231.49/Hour | $787.07 | Research eligibility and reasonable rates under EAJA for purposes of assessing potential award estimate to be used in EAJA settlement negotiations. |
| 5/24/2022 | Ward, Alexandra E. | Associate | 3.20 | $496.00 | $1,587.20 | $231.49/Hour | $740.77 | Review HK fees incurred by BMP on present case to date and research legal costs for which costs may be reasonably awarded under EAJA. |
| 5/25/2022 | Petersen, Rafe | Partner | 0.80 | $908.00 | $726.40 | $231.49/Hour | $185.19 | Response to questions concerning fees. |

| WORK DATE | TIME KEEPER | POSITION | TIME KEEPER'S HOURS | TIME KEEPER'S CHARGED RATE | TIME KEEPER'S CHARGED FEE | EAJA RATES | EAJA FEE REIMBURSEMENT | FEE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 5/25/2022 | Ward, Alexandra E. | Associate | 4.00 | $496.00 | $1,984.00 | $231.49/Hour | $925.96 | Research and draft letter to USDOJ regarding eligibility for EAJA fees. |
| 5/26/2022 | Petersen, Rafe | Partner | 1.60 | $908.00 | $1,452.80 | $231.49/Hour | $370.38 | Discussions and analysis related to fees. |
| 5/26/2022 | Ward, Alexandra E. | Associate | 4.40 | $496.00 | $2,182.40 | $231.49/Hour | $1,018.56 | Research reasonable rates of attorney's fees under EAJA and review chart of HK attorney fees; draft section of letter to DOJ regarding same. |
| 5/27/2022 | Petersen, Rafe | Partner | 1.10 | $908.00 | $998.80 | $231.49/Hour | $254.64 | Review and comment on letter to USDOJ concerning attorney fees under EAJA. |
| 5/27/2022 | Ward, Alexandra E. | Associate | 2.30 | $496.00 | $1,140.80 | $231.49/Hour | $532.43 | Confer with R. Petersen re EAJA fees and drafting letter re same to Defendant attorney; research reasonable hourly rate under EAJA to confirm appropriate rate for attorneys in different locations. |
| 6/1/2022 | Petersen, Rafe | Partner | 0.60 | $908.00 | $544.80 | $231.49/Hour | $138.89 | Review and comment on revised letter to USDOJ re attorney fees under EAJA. |
| 6/1/2022 | Ward, Alexandra E. | Associate | 1.20 | $496.00 | $595.20 | $231.49/Hour | $277.79 | Call with R. Petersen to discuss attorney fees letter; revise and send letter to client for review. |
| 6/2/2022 | Petersen, Rafe | Partner | 0.80 | $908.00 | $726.40 | $231.49/Hour | $185.19 | Discussions and analysis related to fees petition letter. |
| 6/3/2022 | Petersen, Rafe | Partner | 0.30 | $908.00 | $272.40 | $231.49/Hour | $69.45 | Review and analysis of D Levin billing sheets. |
| 6/3/2022 | Ward, Alexandra E. | Associate | 0.50 | $496.00 | $248.00 | $231.49/Hour | $115.75 | Review D. Levin attorney fees to be incorporated into EAJA fee letter to USDOJ. |
| 6/6/2022 | Ward, Alexandra E. | Associate | 2.50 | $496.00 | $1,240.00 | $231.49/Hour | $578.73 | Review D. Levin attorneys fees enttries to identify those reasonably eligible for EAJA fee award; provide summary of same to R. Petersen. |
| 6/7/2022 | Petersen, Rafe | Partner | 2.20 | $908.00 | $1,997.60 | $231.49/Hour | $509.28 | Review and comment on revised letter regarding fees. Follow-up discussions concerning same. |
| 6/7/2022 | Ward, Alexandra E. | Associate | 2.60 | $496.00 | $1,289.60 | $231.49/Hour | $601.87 | Review D. Levin attorney fees and calculate hours spent on federal administrative appeal for purposes of EAJA fee award. Prepare attachment of fee summaries. Revise EAJA fee letter to reflect same. |
| 6/8/2022 | Petersen, Rafe | Partner | 1.70 | $908.00 | $1,543.60 | $231.49/Hour | $393.53 | Finalize letter to USDOJ concerning attorney's fees. |
| 6/8/2022 | Ward, Alexandra E. | Associate | 0.20 | $496.00 | $99.20 | $231.49/Hour | $46.30 | Finalize EAJA fee letter to be sent to USDOJ. |
| 6/10/2022 | Petersen, Rafe | Partner | 0.80 | $908.00 | $726.40 | $231.49/Hour | $185.19 | Discussions and analysis related to fees petition. |
| 6/16/2022 | Petersen, Rafe | Partner | 0.40 | $908.00 | $363.20 | $231.49/Hour | $92.60 | Discussions and analysis related to issues related to attorney's fees. |
| 10/11/2022 | Petersen, Rafe | Partner | 1.10 | $908.00 | $1,086.80 | $231.49/Hour | $254.64 | Review and analysis of USDOJ counter-offer on attorney's fees. |
| 10/11/2022 | Ward, Alexandra E. | Associate | 0.80 | $496.00 | $451.20 | $231.49/Hour | $185.19 | Review DOJ's EAJA fee response letter; send summary of thoughts to R. Petersen re same. |
| 10/12/2022 | Petersen, Rafe | Partner | 0.60 | $908.00 | $592.80 | $231.49/Hour | $138.89 | Discussions and analysis related to DOJ's fee petition response letter. |
| 10/12/2022 | Ward, Alexandra E. | Associate | 0.70 | $496.00 | $394.80 | $231.49/Hour | $162.04 | Review DOJ's EAJA response letter. Discuss DOJ's EAJA response letter with R. Petersen and strategize on next steps. |
| 10/14/2022 | Ward, Alexandra E. | Associate | 1.80 | $496.00 | $1,015.20 | $231.49/Hour | $416.68 | Review EAJA letter and accompanying documents from DOJ attorney and begin researching case law for counter arguments. |
| 11/30/2022 | Petersen, Rafe | Partner | 0.70 | $908.00 | $691.60 | $231.49/Hour | $162.04 | Discussions and analysis related to impact on eligibility for attorneys' fees from DOJ dropping its appeal. |
| 11/30/2022 | Ward, Alexandra E. | Associate | 3.80 | $496.00 | $2,143.20 | $231.49/Hour | $879.66 | Review email from DOJ regarding decision to dismiss DOJ appeal; call with R. Petersen to discuss same; research and analyze potential impact on EAJA fee eligibility; consider potential strategy for pursing EAJA fee costs and summarize same for R. Petersen to assist in advising client on overall litigation strategy. |
| 12/13/2022 | Petersen, Rafe | Partner | 0.30 | $908.00 | $296.40 | $231.49/Hour | $69.45 | Discussions and analysis related to implications of mandate and attorneys' fees. |
| 3/30/2023 | Ward, Alexandra E. | Associate | 1.50 | $564.00 | $846.00 | $234.95/Hour | $352.43 | Strategy call with R. Petersen to discuss options and next steps for reimbursement of attorney's fees under EAJA. Review applicable law pertaining to attorney's fees under EAJA. |
| 3/31/2023 | Petersen, Rafe | Partner | 0.30 | $988.00 | $296.40 | $234.95/Hour | $70.49 | Discussions and analysis related to attorneys fees. |

| WORK DATE | TIME KEEPER | POSITION | TIME KEEPER'S HOURS | TIME KEEPER'S CHARGED RATE | TIME KEEPER'S CHARGED FEE | EAJA RATES | EAJA FEE REIMBURSEMENT | FEE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 4/12/2023 | Petersen, Rafe | Partner | 1.30 | $988.00 | $1,284.40 | $234.95/Hour | $305.44 | Review and analysis of USDOJ's response re EAJA fee request. |
| 4/14/2023 | Petersen, Rafe | Partner | 0.60 | $988.00 | $592.80 | $234.95/Hour | $140.97 | Discussions and analysis related to appeal and EAJA attorneys fees. |
| 4/14/2023 | Ward, Alexandra E. | Associate | 1.00 | $564.00 | $564.00 | $234.95/Hour | $234.95 | Call with R. Petersen to discuss appeal and attorney fees under EAJA. |
| 5/2/2023 | Petersen, Rafe | Partner | 1.10 | $988.00 | $1,086.80 | $234.95/Hour | $258.45 | Discussions and analysis related to status of appeal and attorneys fees. |
| 5/3/2023 | Petersen, Rafe | Partner | 0.40 | $988.00 | $395.20 | $234.95/Hour | $93.98 | Discussions and analysis related to attorneys fees. |
| 5/8/2023 | Petersen, Rafe | Partner | 0.80 | $988.00 | $790.40 | $234.95/Hour | $187.96 | Discussions and analysis related to proper rate to charge for EAJA fees. |
| 5/18/2023 | Petersen, Rafe | Partner | 0.30 | $988.00 | $296.40 | $234.95/Hour | $70.49 | Review and analysis of counteroffer on attorney's fees. |
| 5/30/2023 | Petersen, Rafe | Partner | 0.40 | $988.00 | $395.20 | $234.95/Hour | $93.98 | Response to USDOJ request for final offer on EAJA fees. Follow-up discussions concerning same. |
| 5/31/2023 | Petersen, Rafe | Partner | 1.20 | $988.00 | $1,185.60 | $234.95/Hour | $281.94 | Outline motion for attorneys fees under Equal Access to Justice Act. Discussions and analysis related to what qualifies. |
| 5/31/2023 | Walton, Bishop M^ | Summer Associate | 2.00 | $380.00 | $760.00 | $234.95/Hour | $469.90 | Research on EAJA, case background research, call with Rafe (2x) to understand preparation for motion. |
| 5/31/2023 | Ward, Alexandra E. | Associate | 1.40 | $564.00 | $789.60 | $234.95/Hour | $328.93 | Call with R. Petersen to confer regarding EAJA claim. Review prior analyses, EAJA requests, and correspondence with DOJ regarding requests to assess counter offer. |
| 6/1/2023 | Walton, Bishop M^ | Summer Associate | 5.80 | $380.00 | $2,204.00 | $234.95/Hour | $1,362.71 | Discussion with Alexandra Ward about EAJA petition and its status, research on EAJA expert rates, research on current prevailing rates, and reading cases pertaining to both issues. Prepare memo on both issues. |
| 6/1/2023 | Ward, Alexandra E. | Associate | 2.10 | $564.00 | $1,184.40 | $234.95/Hour | $493.40 | Pull and review costs and fees incurred in matter to date, for purposes of EAJA claim. |
| 6/2/2023 | Walton, Bishop M^ | Summer Associate | 4.60 | $380.00 | $1,748.00 | $234.95/Hour | $1,080.77 | Finished preparing email (memo) on increasing fees based on "special factor exception," and determining the prevailing rate. Included reading cases and preparing document to send to supervising attorneys. Reviewed Alexandra's response to the memo on increasing fees. Started a new memo on clarifying standard rate and preparing rate to use in EAJA settlement negotiations. |
| 6/2/2023 | Petersen, Rafe | Partner | 0.30 | $988.00 | $296.40 | $234.95/Hour | $70.49 | Review and analysis of memorandum concerning proper fee level. |
| 6/2/2023 | Ward, Alexandra E. | Associate | 0.20 | $564.00 | $112.80 | $234.95/Hour | $46.99 | Review research from B. Walton regarding recovery of attorney's fees under EAJA and draft and send follow-up questions. |
| 6/5/2023 | Walton, Bishop M^ | Summer Associate | 6.70 | $380.00 | $2,546.00 | $234.95/Hour | $1,574.17 | Analyze for common trends between DOJ objections, developing arguments against objections. Status update with A. Ward. Prepare email memorandum re case law research and common sense arguments to combat DOJ objections to our fees. |
| 6/6/2023 | Walton, Bishop M^ | Summer Associate | 2.10 | $380.00 | $798.00 | $234.95/Hour | $493.40 | Reviewing and drafting strategy email to A. Ward for EAJA claim and preparing for follow-up call. Reviewing DOJ Objections excel sheet and making markups and comments. |
| 6/6/2023 | Petersen, Rafe | Partner | 1.10 | $988.00 | $1,086.80 | $234.95/Hour | $258.45 | Review and analysis of new fee petition. Discussions and analysis related to EAJA strategy. |
| 6/6/2023 | Ward, Alexandra E. | Associate | 5.60 | $564.00 | $3,158.40 | $234.95/Hour | $1,315.72 | Analyze claims under EAJA and confer with R. Petersen and A. Belsky regarding same. Review B. Walton's research regarding recoverable costs under EAJA and incorporate into analysis. Prepare response to DOJ with proposed EAJA claim. |
| 6/7/2023 | Ward, Alexandra E. | Associate | 2.00 | $564.00 | $1,128.00 | $234.95/Hour | $469.90 | Review research from B. Walton regarding attorney's fees; conduct further research regarding expert fees and applicability of EAJA rates. Research basis for other DOJ objections made in its 2022 attorney fees response letter. |
| 6/8/2023 | Ward, Alexandra E. | Associate | 1.00 | $564.00 | $564.00 | $234.95/Hour | $234.95 | Review and consider response from DOJ regarding EAJA attorney's fees. Confer with R. Petersen regarding same. |

| WORK DATE | TIME KEEPER | POSITION | TIME KEEPER'S HOURS | TIME KEEPER'S CHARGED RATE | TIME KEEPER'S CHARGED FEE | EAJA RATES | EAJA FEE REIMBURSEMENT | FEE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 6/9/2023 | Petersen, Rafe | Partner | 0.40 | $988.00 | $395.20 | $234.95/Hour | $93.98 | Discussions and analysis related to DOJ's counterproposal on EAJA fees. |
| 6/9/2023 | Ward, Alexandra E. | Associate | 0.30 | $564.00 | $169.20 | $234.95/Hour | $70.49 | Draft and send update and potential next steps to A. Belsky regarding status of attorney's fees negotiations. |
| 6/13/2023 | Ward, Alexandra E. | Associate | 2.40 | $564.00 | $1,353.60 | $234.95/Hour | $563.88 | Research EAJA case law and successful EAJA petitions filed in DC Circuit to assist with preparation of EAJA petition. |
| 6/14/2023 | Walton, Bishop M^ | Summer Associate | 0.40 | $380.00 | $152.00 | $234.95/Hour | $93.98 | Strategy call with A. Ward on filing and drafting motion for Atty's fees and reading subsequent documents necessary for drafting. |
| 6/14/2023 | Petersen, Rafe | Partner | 0.30 | $988.00 | $296.40 | $234.95/Hour | $70.49 | Response to USDOJ counter-offer on EAJA analysis. |
| 6/14/2023 | Ward, Alexandra E. | Associate | 1.00 | $564.00 | $564.00 | $234.95/Hour | $234.95 | Prepare for and attend call with B. Walton to discuss drafting EAJA petition. |
| 6/15/2023 | Walton, Bishop M^ | Summer Associate | 5.10 | $380.00 | $1,938.00 | $234.95/Hour | $1,198.25 | Preparing to draft motion for Atty's fees including reading and researching case law. |
| 6/15/2023 | Ward, Alexandra E. | Associate | 1.50 | $564.00 | $846.00 | $234.95/Hour | $352.43 | Review EAJA materials and begin analyzing to prepare for drafting EAJA petition. |
| 6/16/2023 | Walton, Bishop M^ | Summer Associate | 5.70 | $380.00 | $2,166.00 | $234.95/Hour | $1,339.22 | Writing Motion for Atty's Fees. Reading and research corresponding case law. |
| 6/20/2023 | Walton, Bishop M^ | Summer Associate | 3.80 | $380.00 | $1,444.00 | $234.95/Hour | $892.81 | Drafting Motion for Atty's Fees. |
| 6/21/2023 | Walton, Bishop M^ | Summer Associate | 4.00 | $380.00 | $1,520.00 | $234.95/Hour | $939.80 | Drafting Motion for Att'ys fees. Legal research on issues and case law. |
| 6/22/2023 | Walton, Bishop M^ | Summer Associate | 5.20 | $380.00 | $1,976.00 | $234.95/Hour | $1,221.74 | Editing and Drafting Motion for Atty's Fees. |
| 6/22/2023 | Ward, Alexandra E. | Associate | 0.80 | $564.00 | $451.20 | $234.95/Hour | $187.96 | Review and provide comments and factual information to B. Walters to assist in preparing draft EAJA petition for attorney's fees. |
| 6/23/2023 | Walton, Bishop M^ | Summer Associate | 0.70 | $380.00 | $266.00 | $234.95/Hour | $164.47 | Draft Motion for Att'ys Fees. Call with A. Ward to discuss next steps and how to move forward. |
| 6/23/2023 | Ward, Alexandra E. | Associate | 2.00 | $564.00 | $1,128.00 | $234.95/Hour | $469.90 | Call with B. Walters to discus draft EAJA petition. Review and revise EAJA petition. |
| 6/27/2023 | Ward, Alexandra E. | Associate | 0.80 | $564.00 | $451.20 | $234.95/Hour | $187.96 | Confer with R. Petersen regarding appeal dismissal and impacts to timing for EAJA claim. |
| 7/3/2023 | Petersen, Rafe | Partner | 0.80 | $988.00 | $790.40 | $234.95/Hour | $187.96 | Discussions and analysis related to timing for filing EAJA motion. |
| 7/3/2023 | Ward, Alexandra E. | Associate | 1.40 | $564.00 | $789.60 | $234.95/Hour | $328.93 | Research EAJA filing requirements to prepare for filing EAJA petition upon dismissal. |
| 7/6/2023 | Ward, Alexandra E. | Associate | 0.80 | $564.00 | $451.20 | $234.95/Hour | $187.96 | Revise EAJA petition. |
| 7/11/2023 | Ward, Alexandra E. | Associate | 3.10 | $564.00 | $1,748.40 | $234.95/Hour | $728.35 | Revise EAJA petition. |
| 7/12/2023 | Petersen, Rafe | Partner | 1.60 | $988.00 | $1,580.80 | $234.95/Hour | $375.92 | Review and comment on fees petition. |
| 7/14/2023 | Petersen, Rafe | Partner | 1.10 | $988.00 | $1,086.80 | $234.95/Hour | $258.45 | Review and analysis of time sheets for petition. |
| 7/14/2023 | Ward, Alexandra E. | Associate | 2.10 | $564.00 | $1,184.40 | $234.95/Hour | $493.40 | Research scope of EAJA reimbursement and analyze timeframe of EAJA request. |
| 7/20/2023 | Ward, Alexandra E. | Associate | 2.20 | $564.00 | $1,240.80 | $234.95/Hour | $516.89 | Research case law regarding case dismissal and impact to potential fees recoverable under EAJA. |
| 7/24/2023 | Ward, Alexandra E. | Associate | 3.40 | $564.00 | $1,917.60 | $234.95/Hour | $798.83 | Revise EAJA petition/memorandum in support of motion for attorneys' fees. |
| 7/25/2023 | Petersen, Rafe | Partner | 0.40 | $988.00 | $395.20 | $234.95/Hour | $93.98 | Review and analysis of caselaw on potential to recover EAJA fees for legal work at appellate level. |
| 7/26/2023 | Ward, Alexandra E. | Associate | 0.80 | $564.00 | $451.20 | $234.95/Hour | $187.96 | Draft declarations to accompany Burning Man EAJA petition. |
| 7/27/2023 | Ward, Alexandra E. | Associate | 6.00 | $564.00 | $3,384.00 | $234.95/Hour | $1,409.70 | Revise EAJA petition. |
| 7/31/2023 | Petersen, Rafe | Partner | 1.80 | $988.00 | $1,778.40 | $234.95/Hour | $422.91 | Edits to EAJA Petition for attorneys fees. |
| 8/1/2023 | Petersen, Rafe | Partner | 2.70 | $988.00 | $2,667.60 | $234.95/Hour | $634.37 | Review and analysis of time sheets for EAJA petition. Revise time sheets to remove time that cannot be recovered under EAJA |
| 8/1/2023 | Ward, Alexandra E. | Associate | 4.40 | $564.00 | $2,481.60 | $234.95/Hour | $1,033.78 | Draft EAJA petition, declarations, and assess attorney fees and costs recoverable under EAJA. |

| WORK DATE | TIME KEEPER | POSITION | TIME KEEPER'S HOURS | TIME KEEPER'S CHARGED RATE | TIME KEEPER'S CHARGED FEE | EAJA RATES | EAJA FEE REIMBURSEMENT | FEE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 8/2/2023 | Petersen, Rafe | Partner | 2.30 | $988.00 | $2,272.40 | $234.95/Hour | $540.39 | Review and comment on draft declarations in support of petiton for fees. Review and analysis of comments on time sheets. |
| 8/2/2023 | Ward, Alexandra E. | Associate | 3.80 | $564.00 | $2,143.20 | $234.95/Hour | $892.81 | Draft Declarations supporting EAJA petition. Review attorney fees and costs and analyze reasonableness under EAJA. Research reasonable fee arguments under EAJA. |
| 8/3/2023 | Petersen, Rafe | Partner | 2.40 | $988.00 | $2,371.20 | $234.95/Hour | $563.88 | Review and comment on Belsky declaration in support of petition. Edits to EAJA petition for fees. |
| 8/4/2023 | Petersen, Rafe | Partner | 3.20 | $988.00 | $3,161.60 | $234.95/Hour | $751.84 | Meet and confer with USDOJ regarding fees motion. Conference call with A. Belsky regarding comments on Memorandum in support of Motion for Attorneys Fees. Revise motion, proposed order and edit memorandum in support. |
| 8/6/2023 | Ward, Alexandra E. | Associate | 1.40 | $564.00 | $789.60 | $234.95/Hour | $328.93 | Analyze attorney time entries for reasonableness under EAJA. |
| 8/7/2023 | Petersen, Rafe | Partner | 3.40 | $988.00 | $3,359.20 | $234.95/Hour | $798.83 | Final comments on EAJA Motion, supporting memo and exhibits to memo requesting attorney's fees. |
| 8/7/2023 | Ward, Alexandra E. | Associate | 7.30 | $564.00 | $4,117.20 | $234.95/Hour | $1,715.14 | Revise motion supporting EAJA fee request, draft exhibits and finalize declarations, and prepare and file EAJA fee request package. |
| 8/8/2023 | Petersen, Rafe | Partner | 0.80 | $988.00 | $790.40 | $234.95/Hour | $187.96 | Follow-up discussions with A. Belsky concerning filing of motion for attorney's fees. |
| 8/11/2023 | Petersen, Rafe | Partner | 0.80 | $988.00 | $790.40 | $234.95/Hour | $187.96 | Review and analysis of USDOJ's response re EAJA claim. Discussions and analysis related to response. |
| 8/11/2023 | Ward, Alexandra E. | Associate | 1.00 | $564.00 | $564.00 | $234.95/Hour | $234.95 | Review email from DOJ regarding potential EAJA settlement offer and extension request. Confer with R. Petersen regarding same. Analyze bills and fees associated with EAJA petition for purposes of settlement negotiations. |
| 8/14/2023 | Petersen, Rafe | Partner | 0.80 | $988.00 | $790.40 | $234.95/Hour | $187.96 | Conference call regarding USDOJ counter-offer and timing of briefing. |
| 8/14/2023 | Ward, Alexandra E. | Associate | 0.20 | $564.00 | $112.80 | $234.95/Hour | $46.99 | Correspond with DOJ regarding extension request for response to Fees Petition. |
| 8/16/2023 | Petersen, Rafe | Partner | 0.80 | $988.00 | $790.40 | $234.95/Hour | $187.96 | Discussions and analysis related to EAJA settlement offer from USDOJ. |
| 8/21/2023 | Petersen, Rafe | Partner | 0.50 | $988.00 | $494.00 | $234.95/Hour | $117.48 | Review and edit to fees to remove entries not subject to EAJA. |
| 9/5/2023 | Petersen, Rafe | Partner | 0.60 | $988.00 | $592.80 | $234.95/Hour | $140.97 | Discussions and analysis related to rejection of EAJA counter-offer from BLM. |
| 9/5/2023 | Ward, Alexandra E. | Associate | 0.30 | $564.00 | $169.20 | $234.95/Hour | $70.49 | Confer with R. Petersen regarding response to DOJ EAJA counteroffer. |
| 9/8/2023 | Petersen, Rafe | Partner | 0.80 | $988.00 | $790.40 | $234.95/Hour | $187.96 | Discussions and analysis related to fees response. |
| 9/11/2023 | Petersen, Rafe | Partner | 0.90 | $988.00 | $889.20 | $234.95/Hour | $211.46 | Preliminary review and analysis of Opposition to Motion for Attorneys fees. |
| 9/12/2023 | Petersen, Rafe | Partner | 1.30 | $988.00 | $1,284.40 | $234.95/Hour | $305.44 | Draft outline of issues for Response to BLM's Opposition to Motion for Attorney's Fees. |
| 9/12/2023 | Ward, Alexandra E. | Associate | 3.60 | $564.00 | $2,030.40 | $234.95/Hour | $845.82 | Call with R. Petersen to discuss DOJ opposition to EAJA fees petition. Review and analyze petition to consider counter arguments for reply. |
| 9/13/2023 | Petersen, Rafe | Partner | 1.40 | $988.00 | $1,383.20 | $234.95/Hour | $328.93 | Draft section of EAJA Reply brief. |
| 9/14/2023 | Petersen, Rafe | Partner | 0.60 | $988.00 | $592.80 | $234.95/Hour | $140.97 | Outline declaration for BMP in response to BLM's Opposition re EAJA claim. |
| 9/15/2023 | Petersen, Rafe | Partner | 1.30 | $988.00 | $1,284.40 | $234.95/Hour | $305.44 | Draft sections of BMP Reply to BLM's Opposition to Motion for Attorney's fees. |
| 9/20/2023 | Petersen, Rafe | Partner | 1.40 | $988.00 | $1,383.20 | $234.95/Hour | $328.93 | Draft outline for section regarding adequacy of description of billable time in BMP reply to BLM's Opposition re EAJA claim. |
| 9/21/2023 | Petersen, Rafe | Partner | 0.40 | $988.00 | $395.20 | $234.95/Hour | $93.98 | Analysis of response to BLM Opposition re EAJA claim. |
| 9/22/2023 | Ward, Alexandra E. | Associate | 1.40 | $564.00 | $789.60 | $234.95/Hour | $328.93 | Work on Reply to DOJ opposition motion for EAJA fees. |

| WORK DATE | TIME KEEPER | POSITION | TIME KEEPER'S HOURS | TIME KEEPER'S CHARGED RATE | TIME KEEPER'S CHARGED FEE | EAJA RATES | EAJA FEE REIMBURSEMENT | FEE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 9/22/2023 | Petersen, Rafe | Partner | 1.20 | $988.00 | $1,185.60 | $234.95/Hour | $281.94 | Review and analysis of bills for preparation of Motion. Edits to same. |
| 9/24/2023 | Ward, Alexandra E. | Associate | 5.80 | $564.00 | $3,271.20 | $234.95/Hour | $1,362.71 | Review time entries from March 2022 to present regarding EAJA fees analysis to prepare update to final EAJA amount sought in reply; work on drafting reply; research cases cited by Defendants in Opposition and analogous cases for nonprofit organizations under EAJA. |
| 9/25/2023 | Petersen, Rafe | Partner | 2.70 | $988.00 | $2,667.60 | $234.95/Hour | $634.37 | Draft argument that Defendant's position was not substantially justified. |
| 9/25/2023 | Ward, Alexandra E. | Associate | 5.90 | $564.00 | $3,327.60 | $234.95/Hour | $1,386.21 | Draft Reply to DOJ Opposition. |
| 9/26/2023 | Petersen, Rafe | Partner | 2.40 | $988.00 | $2,371.20 | $234.95/Hour | $563.88 | Edits to various sections of Reply brief. |
| 9/26/2023 | Ward, Alexandra E. | Associate | 3.60 | $564.00 | $2,030.40 | $234.95/Hour | $845.82 | Draft/revise EAJA reply brief. Research and analyze caselaw regarding eligibility and special circumstances under EAJA. |
| 9/27/2023 | Petersen, Rafe | Partner | 1.10 | $988.00 | $1,086.80 | $234.95/Hour | $258.45 | Review and comment on draft declarations and section on billing practices. |
| 9/27/2023 | Ward, Alexandra E. | Associate | 4.60 | $564.00 | $2,594.40 | $234.95/Hour | $1,080.77 | Draft fees and time entry section of EAJA reply brief and research case law in support of same; draft supplemental declarations in support of EAJA petition. |
| | | TOTAL HOURS: | 495.20 | TOTAL CHARGED: | $348,468.80 | TOTAL EAJA REIMBURSEMENT: | $61,484.29 | |

# HOLLAND & KNIGHT LLP'S REMAINING LEGAL EXPENSES FOR CASE 1:19-CV-03729

| COST DATE | TIME KEEPER | COST CODE | COST DESCRIPTION | BILLED AMOUNT FOR EAJA REIMBURSEMENT |
|---|---|---|---|---|
| 5/2/2023 | Petersen, Rafe | ONLINE | Pacer--rpetersen Rafe Petersen (4480877) | $3.40 |
| 6/1/2023 | Walton, Bishop M^ | WEST | Westlaw - WALTON,BISHOP - 06/01/2023 - | $901.78 |
| 6/2/2023 | Walton, Bishop M^ | WEST | Westlaw - WALTON,BISHOP - 06/02/2023 - | $692.00 |
| 6/5/2023 | Walton, Bishop M^ | WEST | Westlaw - WALTON,BISHOP - 06/05/2023 - | $709.66 |
| 6/6/2023 | Walton, Bishop M^ | WEST | Westlaw - WALTON,BISHOP - 06/06/2023 - | $58.76 |
| 6/13/2023 | Ward, Alexandra E. | WEST | Westlaw - DOBLES,ALEXANDRA - 06/13/2023 - | $66.27 |
| 6/15/2023 | Walton, Bishop M^ | WEST | Westlaw - WALTON,BISHOP - 06/15/2023 - | $210.34 |
| 6/22/2023 | Walton, Bishop M^ | WEST | Westlaw - WALTON,BISHOP - 06/22/2023 - | $345.50 |
| 8/2/2023 | Ward, Alexandra E. | WEST | Westlaw - DOBLES,ALEXANDRA - 08/02/2023 - | $164.25 |
| 9/26/2023 | Ward, Alexandra E. | WEST | Westlaw - DOBLES,ALEXANDRA - 08/02/2023 - | $394.32 |
| | | | **TOTAL COSTS FOR EAJA REIMBURSEMENT:** | **$3,546.28** |